1  KARL J. KRAMER (CA SBN 136433)
   ROBERT L. McKAGUE (CA SBN 187461)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  kkramer@mofo.com

6  Attorneys for Defendant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.    C06-01839 HRL |
   |---|---|
13 | | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
14 | Plaintiff, | |
15 | v. | |
16 | SYNAPTICS, INC., a Delaware corporation, | |
17 | Defendant. | |

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT
CASE NO. C06-01839 HRL
pa-1065633

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

2      The undersigned party hereby declines to consent to the assignment of this case to a
3  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
4  this case to a United States District Court Judge.

5  Dated:         May 16, 2006             KARL J. KRAMER
                                                    ROBERT L. McKAGUE
6                                                      ERIKA L. LABIT
7                                                      MORRISON & FOERSTER LLP

8
                                         By:   s/Karl J. Kramer
9                                                 Karl J. Kramer

10                                                Attorneys for Defendant
                                               SYNAPTICS, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT
CASE NO. C06-01839 HRL                                                                                         1
pa-1065633