UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elantech Devices Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>Synaptics, Inc.,<br><br>      Defendant.<br>_____/ | No. C06-01839<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 18, 2006 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: May 17, 2006

RICHARD W. WIEKING,
United States District Court

     */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4  Sean DeBruine    sdebruine@akingump.com, skapralov@akingump.com; nmarie@akingump.com; btseng@akingump.com; vchan@akingump.com

5

6  Hsin-Yi Cindy Feng    cfeng@akingump.com

7  Karl J. Kramer    kkramer@mofo.com, sdevol@mofo.com

2