**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**May 17, 2006**

**CASE NUMBER:  CV 06-01839 HRL**
**CASE TITLE:  ELANTECH DEVICES CORPORATION-v-SYNAPTICS, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/17/06

FOR THE EXECUTIVE COMMITTEE:

_____
    Richard W. Wieking
            Clerk

NEW CASE FILE CLERK:      5/17/06

Copies to: Courtroom Deputies  5/17/06        Special Projects
Log Book Noted                5/17/06        Entered in Computer    5/17/06


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel       5/17/06        Transferor CSA         5/17/06Bjw