KARL J. KRAMER (CA SBN 136433)
ROBERT L. McKAGUE (CA SBN 187461)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
kkramer@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION., a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation,<br><br>Defendant. | Case No.   3:06-CV-01839 CRB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SYNAPTICS' MOTION TO DISMISS COUNTERCLAIMS OF PLAINTIFF ELANTECH DEVICES CORP.**<br><br>Date: July 7, 2006<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

REQ. FOR JUDICIAL NOTICE I/S/O DEF.'S MOT. TO DISMISS COUNTERCLS. OF ELANTECH DEVICE CORP.
CASE NO. 3:06-CV-01839 CRB
pa-1067354

1

1  Pursuant to Federal Rule of Evidence 201, defendant Synaptics, Inc. ("Synaptics") respectfully submits this Request for Judicial Notice in support of its Motion to Dismiss Counterclaims of Plaintiff Elantech Devices Corp. ("Elantech").

In ruling on Synaptics' motion to dismiss, the Court may take judicial notice of its own files and records in other cases. *See Robinson v. California*, No. Civ. S-04-1888 GEB DAD PS, 2005 U.S. Dist. LEXIS 24692, at *3 (E.D. Cal. Oct. 21, 2005) (*citing Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Accordingly, Synaptics respectfully requests that the Court take judicial notice of the following documents:

1. Complaint For Patent Infringement, filed January 27, 2006, in *Synaptics, Inc. v. Averatec, Inc. and Prostar Computer, Inc.*, Case No. C06-00523 HRL, an action for patent infringement that was filed by Synaptics in the Northern District of California. A true and correct copy of the complaint is attached as Exhibit A to the Declaration of Robert L. McKague in Support of Synaptics' Motion to Dismiss Counterclaims of Plaintiff Elantech Devices Corporation, filed herewith ("McKague Declaration").

2. Stipulated Consent Judgment Order, filed March 16, 2006, in *Synaptics, Inc. v. Averatec, Inc. and Prostar Computer, Inc.*, Case No. C06-00523 HRL, a true and correct copy of which is attached as Exhibit B to the McKague Declaration.

3. Stipulated Order, filed March 16, 2006, in *Synaptics, Inc. v. Averatec, Inc. and Prostar Computer, Inc.*, Case No. C06-00523 HRL, a true and correct copy of which is attached as Exhibit C to the McKague Declaration.

Dated: May 19, 2006

KARL J. KRAMER
ROBERT L. McKAGUE
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By:  s/Robert L. McKague
     Robert L. McKague

Attorneys for Defendant
SYNAPTICS, INC.

REQ. FOR JUDICIAL NOTICE I/S/O DEF.'S MOT. TO DISMISS COUNTERCLS. OF ELANTECH DEVICE CORP.
CASE NO. 3:06-CV-01839 CRB
pa-1067354

1

1    I, Erika Labit, am the ECF User whose ID and password are being used to file this
2    Request for Judicial Notice in Support of Synaptics' Motion to Dismiss Counterclaims of
3    Plaintiff Elantech Devices Corp.  In compliance with General Order 45, X.B., I hereby attest that
4    Robert L. McKague has concurred in this filing.

5    Dated:  May 19, 2006                    MORRISON & FOERSTER LLP

6
7                                             By: s/Erika L. Labit_____
                                              Erika L. Labit
                                              Attorneys for Defendant
8                                             Synaptics, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQ. FOR JUDICIAL NOTICE I/S/O DEF.'S MOT. TO DISMISS COUNTERCLS. OF ELANTECH DEVICE CORP.
CASE NO. 3:06-CV-01839 CRB
pa-1067354

2