1  KARL J. KRAMER (CA SBN 136433)
   ROBERT L. McKAGUE (CA SBN 187461)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  kkramer@mofo.com

6  Attorneys for Defendant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION., a          Case No.    3:06-CV-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                    **DECLARATION OF ROBERT L.
                                               McKAGUE IN SUPPORT OF
14                   Plaintiff,                DEFENDANT SYNAPTICS'
                                               MOTION TO DISMISS
15          v.                                 COUNTERCLAIMS OF
                                               PLAINTIFF ELANTECH
16  SYNAPTICS, INC., a Delaware corporation,   DEVICES CORP.**

17                   Defendant.                Date:  July 7, 2006
                                               Time:  10:00 a.m.
18                                             Courtroom 8, 19th Floor
                                               Hon. Charles R. Breyer
19

20

21

22          I, Robert L. McKague, declare:

23          1.     I am an attorney licensed to practice law in the courts of the State of California.  I

24  am an attorney with the law firm of Morrison & Foerster LLP, counsel for defendant Synaptics,

25  Inc. in this action.  I have personal knowledge of the facts set forth in this declaration, and I could

26  and would testify competently to these facts if called as a witness.

27

28

2.      Attached as Exhibit A is a true and correct copy of the complaint, filed January 27, 2006, in *Synaptics, Inc. v. Averatec, Inc. and Prostar Computer, Inc.,* Case No. C06-00523 HRL, an action for patent infringement that was filed in the Northern District of California.

3.      Attached as Exhibit B is a true and correct copy of the Stipulated Consent Judgment Order, filed March 16, 2006, in *Synaptics, Inc. v. Averatec, Inc. and Prostar Computer, Inc.*, Case No C06-00523 HRL.  The attached copy was taken from the Court's electronic docket system.

4.      Attached as Exhibit C is a true and correct copy of the Stipulated Order, filed March 16, 2006, in *Synaptics, Inc. v. Averatec, Inc. and Prostar Computer, Inc.*, Case No. C06-00523 HRL.  The attached copy was taken from the Court's electronic docket system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of May, 2006, at Palo Alto, California.

By:      s/Robert L. McKague
                Robert L. McKague

I, Erika Labit, am the ECF User whose ID and password are being used to file this Declaration of Robert L. McKague In Support of Synaptics, Inc.'s Motion To Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Robert L. McKague has concurred in this filing.

Dated:  May 19, 2006            MORRISON & FOERSTER LLP

By: s/Erika L. Labit
Erika L. Labit
Attorneys for Defendant
Synaptics, Inc.

DECL. OF R. MCKAGUE I/S/O SYNAPTICS' MOT. TO DISMISS COUNTERCLS. OF ELANTECH DEVICES CORP.
CASE NO. 3:06-CV-01839 CRB
pa-1067334

2

# EXHIBIT A

ORIGINAL FILED

JAN 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  KARL J. KRAMER (CA SBN 136433)
   ROBERT L. McKAGUE (CA SBN 187461)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   kkramer@mofo.com
5
   Attorneys for Plaintiff
6  SYNAPTICS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION   **E-Filing**

11

12  SYNAPTICS, INC., a Delaware corporation,   **C 06- 00523 HRL**

13              Plaintiff,                      **COMPLAINT FOR PATENT INFRINGEMENT**

14       v.                                     **DEMAND FOR JURY TRIAL**

15  AVERATEC, INC, a California corporation; and
    PROSTAR COMPUTER, INC., a California
16  corporation,

17              Defendants.

18

19

20       Plaintiff Synaptics, Inc. ("Synaptics"), by and through its undersigned attorneys, hereby

21  complains against Defendants Averatec, Inc. ("Averatec"), and Prostar Computer, Inc.

22  ("Prostar"), and alleges as follows:

23                      **NATURE OF THE ACTION**

24       1.      This is a civil action for infringement of United States Patent Nos. 5,543,591 ("the

25  '591 patent"), 5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931 ("the

26  '931 patent"), brought pursuant to the United States patent laws, 35 U.S.C. § 271 *et seq.*

27

28

**PARTIES**

2.      Plaintiff Synaptics is a corporation organized under the laws of the State of Delaware and has its principal place of business at 3120 Scott Blvd., Suite 130, Santa Clara, California 95054.

3.      On information and belief, Defendant Averatec is a corporation organized under the laws of the State of California with its principal place of business at 1231 E. Dyer Road, Suite 150, Santa Ana, California 92705.

4.      On information and belief, Defendant Prostar is a corporation organized under the laws of the State of California with its principal place of business at 1128 Coiner Court, City of Industry, California 91748.

**JURISDICTION**

5.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

**VENUE**

6.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c), and 1400(b).

**FACTS RELEVANT TO CLAIMS FOR PATENT INFRINGEMENT**

**Plaintiff Synaptics' Patents**

7.      The '591 patent, entitled "Object Position Detector With Edge Motion Feature And Gesture Recognition," was duly and legally issued by the United States Patent and Trademark Office on August 6, 1996. A true and correct copy of the '591 patent is attached hereto as Exhibit A.

8.      The '411 patent, entitled "Object Position Detector With Edge Motion Feature And Gesture Recognition," was duly and legally issued by the United States Patent and Trademark Office on March 9, 1999. A true and correct copy of the '411 patent is attached hereto as Exhibit B.

9.    The '052 patent, entitled "Method And Apparatus For Scroll Bar Control," was duly and legally issued by the United States Patent and Trademark Office on August 24, 1999. A true and correct copy of the '052 patent is attached hereto as Exhibit C.

10.    The '931 patent, entitled "Object Position Detector With Edge Motion Feature And Gesture Recognition," was duly and legally issued by the United States Patent and Trademark Office on April 30, 2002. A true and correct copy of the '931 patent is attached hereto as Exhibit D.

11.    Synaptics is the owner of all right, title, and interest in and to the '591, '411, '052, and '931 patents ("the Synaptics patents").

12.    The Synaptics patents cover inventions relating to touch-pad systems. These inventions are used in products including, for example, laptop and notebook computers.

### Defendants' Wrongful Course Of Conduct

13.    On information and belief, Defendants Averatec and Prostar import into, sell, offer for sale, use, design, and/or develop in the United States, including California, either directly or through the Internet, electronic products including touch pads, touch sensing or pointing devices that incorporate and use at least one invention claimed in each of the Synaptics patents.

14.    On information and belief, Defendants manufacture in the United States and/or manufacture outside the United States and direct into the United States, including California, through established distribution channels involving various third parties, electronic products including touch pads, touch sensing or pointing devices that incorporate at least one invention claimed in each of the Synaptics patents. During the course of the infringing conduct, the Defendants have known of the Synaptics patents and have intentionally and willfully infringed, and intentionally induced others to infringe, the claims of the Synaptics patents.

15.    At least as early as December 2005, Defendants were on written notice of their infringement of the Synaptics patents. In addition, Synaptics, and persons making, offering for sale, or selling within the United States articles covered by the Synaptics patents, or importing the same into the United States, gave notice to the public that the same was patented by duly marking the articles pursuant 35 U.S.C. § 287(a).

1    16.    Defendants conduct their activities with respect to electronic products including

2    touch pads, touch sensing, or pointing devices, with knowledge and intending that third parties

3    will use their respective United States contacts and distribution channels to import into, sell, offer

4    for sale, and/or use these products in California and/or elsewhere in the United States.

5                            **CLAIMS FOR RELIEF**

6              **(Patent Infringement Of The Synaptics Patent Claims)**

7    17.    Synaptics reasserts and realleges the averments contained in paragraphs 1-16

8    above, as if fully set forth herein.

9    18.    Defendants have infringed, induced infringement of, and/or contributorily

10    infringed and are infringing, inducing infringement of, and/or contributorily infringing one or

11    more claims of each of the '591, '411, '052, and '931 patents.

12    19.    Synaptics has no adequate remedy at law.  Defendants' acts of infringement,

13    inducement of infringement, and/or contributory infringement of the '591, '411, '052, and '931

14    patents have caused and will continue to cause Synaptics irreparable harm unless Defendants are

15    enjoined by the Court.

16    20.    Defendants' acts of infringement, inducement of infringement, and/or contributory

17    infringement of the '591,'411,'052, and '931 patents have been and continue to be willful,

18    wanton, deliberate, and with knowledge and awareness of the '591, '411, '052, and '931 patents.

19                            **PRAYER FOR RELIEF**

20    WHEREFORE, Plaintiff Synaptics prays for the following relief against Defendants as

21    follows:

22    (a)    Adjudge and decree that Defendants have infringed, induced infringement of,

23    and/or contributorily infringed each of the '591, '411, '052, and '931 patents;

24    (b)    Preliminarily and permanently enjoin Defendants, their officers, directors,

25    employees, agents, servants, successors and assigns, and any and all persons and entities acting in

26    privity or concert with them from further infringement, inducement of infringement, and/or

27    contributory infringement of the '591, '411, '052, and '931 patents;

28

COMPLAINT FOR PATENT INFRINGEMENT

pa-1040278

4

1        (c)    Award Synaptics damages in an amount adequate to compensate Synaptics for

2    Defendants' infringement, inducement of infringement, and/or contributory infringement of the

3    '591, '411, '052, and '931 patents, but in no event less than a reasonable royalty under 35 U.S.C.

4    § 284;

5        (d)    Award Synaptics increased damages, pursuant to 35 U.S.C. § 284, in an amount

6    not less than three times the amount of actual damages awarded to Synaptics, by reason of

7    Defendants' willful infringement of the '591, '411, '052, and '931 patents;

8        (e)    Award Synaptics interest on damages awarded and its costs pursuant to 35 U.S.C.

9    § 284;

10       (f)    Declare this an exceptional case, with respect to the patent infringement claims,

11   and award Synaptics its reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285;

12       (g)    Award Synaptics prejudgment interest; and

13       (h)    Award such other relief as the Court may deem just and proper.

14   ### DEMAND FOR JURY TRIAL

15       Plaintiff demands a trial by jury of any and all issues triable of right by a jury in the

16   above-captioned action.

17   ### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

18       Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, Elantech

19   Devices Corp. and/or Elan Microelectronics Corp., both apparently Taiwanese companies, may

20   be "non-party interested entities," under the provisions of Civil L.R. 3-16. There is no other such

21   interest to report.

22

23

24

25

26

27

28

1

Dated:      January 27, 2006           KARL J. KRAMER

2                                     ROBERT L. McKAGUE

3                                     MORRISON & FOERSTER LLP

4                             By:   s/Karl J. Kramer

5                                       Karl J. Kramer

6                                     Attorneys for Plaintiff

7                                     SYNAPTICS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

# EXHIBIT B

Case 5:06-cv-01839-PVT    Document 12-3    Filed 05/19/2006    Page 2 of 5
03/15/2006  11:55   626-935-0380        LAW OFFICES OF MoKa        PAGE  01
Case 5:06-cv-00523-HRL    Document 14    Filed 03/16/2006    Page 1 of 4

1 | KARL J. KRAMER (CA SBN 136433)
2 | ROBERT L. McKAGUE (CA SBN 187461)
  | MORRISON & FOERSTER LLP
3 | 755 Page Mill Road
  | Palo Alto, California  94304-1018
4 | Telephone: (650) 813-5600          *E-filed 3/16/06*
  | Facsimile: (650) 494-0792
  | kkramer@mofo.com
5 |
  | Attorneys for Plaintiff
6 | SYNAPTICS, INC.
7 |
8 |              UNITED STATES DISTRICT COURT
9 |            NORTHERN DISTRICT OF CALIFORNIA
10 |                  SAN JOSE DIVISION
11 |
12 | SYNAPTICS, INC., a Delaware corporation,       Case No.    C06-00523 HRL
13 |                    Plaintiff,                  STIPULATED [PROPOSED]
   |                                                CONSENT JUDGMENT ORDER
14 |          v.
15 | AVERATEC, INC, a California corporation; and
   | PROSTAR COMPUTER, INC., a California
16 | corporation,
17 |                    Defendants.
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Case 5:06-cv-00523-HRL    Document 14    Filed 03/15/2006    Page 2 of 4

1    Plaintiff Synaptics, Inc. ("Synaptics") is the owner of United States Patent Nos. 5,543,591

2  ("the '591 patent"), 5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931

3  ("the '931 patent"). On January 27, 2006, Synaptics sued Prostar Computer, Inc.. ("Prostar") for

4  infringement of the '591, '411, '052, and '931 patents. Synaptics and Prostar (collectively "the

5  Parties") have resolved and have agreed upon a private damages settlement. Accordingly, both

6  parties consent to the entry of the following judgment:

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

8    1.    Judgment is entered for the plaintiff Synaptics. Each party shall bear its own costs

9  and attorneys' fees associated with litigation of this matter prior to the entry of this Order.

10    2.    For the life of the '591, '411, '052, and '931 patents, Prostar is enjoined from

11  using in the United States, making in the United States, having made in the United States, selling

12  in the United States, offering for sale in the United States, or importing into the United States for

13  sale, any touch-pad systems that infringe claims of the '591, '411, '052, and '931 patents.

14  Nothing in this Order precludes Prostar from purchasing and/or reselling touch-pad systems that

15  are licensed by Synaptics.

16    3.    This Court has and retains jurisdiction over the parties to this action and the

17  subject matter of this litigation, and any action to enforce or modify this Consent Judgment.

18    4.    In any suit to enforce the terms of this Order, the party seeking enforcement shall

19  be entitled to reasonable attorneys' fees and costs if that party demonstrates that there was a

20  violation of the terms of this Order.

21

22  Dated: March 15, 2006                    KARL J. KRAMER
                                            ROBERT L. McKAGUE
23                                          MORRISON & FOERSTER LLP

24

25                              By:    s/Karl J. Kramer
                                       Karl J. Kramer
26
                                       Attorneys for Plaintiff
27                                     SYNAPTICS, INC.

28

1    Dated: March 15, 2006          LAW OFFICE OF VINCENT Y. LIN

2

3
                                    By: _____
4                                        Vincent Y. Lin
5                                        Attorneys for Defendant
                                         PROSTAR COMPUTER, INC.
6

7
                                    **ORDER**
8
     Based upon the foregoing Stipulation of counsel and good cause appearing therefor,
9
     IT IS SO ORDERED.
10
        Dated: _3/16/06_____
11

12
                                    _____
13                                  Honorable Howard R. Lloyd
                                    U.S. Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2 ATTESTATION

3

4

5     I, KARL J. KRAMER, am the ECF User whose ID and password are being used to file

6 this STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER.  In compliance with

7 General Order 45, X.B., I hereby attest that Vincent Lin, attorney for defendant, ProStar

8 Computer, Inc., has concurred in this filing.

9

10 Dated: March 15, 2006

                    MORRISON & FOERSTER LLP

11

12

                  By:     s/Karl J. Kramer

13                           Karl J. Kramer

14                           Attorneys for Plaintiff
                          SYNAPTICS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER
CASE NO. C06-00523 HRL
pa-1046309

4

# EXHIBIT C

1   KARL J. KRAMER (CA SBN 136433)
    ROBERT L. McKAGUE (CA SBN 187461)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road                              *E-filed 3/16/06*
3   Palo Alto, California  94304-1018
    Telephone: (650) 813-5600
4   Facsimile: (650) 494-0792
    kkramer@mofo.com
5
    Attorneys for Plaintiff
6   SYNAPTICS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  SYNAPTICS, INC., a Delaware corporation,     Case No.    C06-00523 HRL

13                        Plaintiff,             **STIPULATED [PROPOSED]**
                                                 **ORDER**
14            v.

15  AVERATEC, INC, a California corporation; and
    PROSTAR COMPUTER, INC., a California
16  corporation,

17                        Defendants.

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER
CASE NO. C06-00523 HRL

Case 5:06-cv-00523-HRL    Document 13    Filed 03/06/2006    Page 2 of 4

1     Plaintiff Synaptics, Inc. ("Synaptics") is the owner of United States Patent Nos. 5,543,591

2  ("the '591 patent"), 5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931

3  ("the '931 patent"). On January 27, 2006, Synaptics sued Averatec, Inc. ("Averatec") for

4  infringement of the '591, '411, '052, and '931 patents.

5     WHEREAS, Synaptics and Averatec (collectively "the Parties") have resolved and have

6  agreed upon a private damages settlement;

7     NOW THEREFORE, the Parties consent to the entry of the following Order:

8     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9     1.     Except as set forth herein, this action is hereby dismissed with prejudice as against

10  Averatec. Each party shall bear its own costs and attorneys' fees associated with litigation of this

11  matter prior to the entry of this Order.

12     2.     For the life of the '591, '411, '052, and '931 patents, Averatec is enjoined from

13  using in the United States, making in the United States, having made in the United States, selling

14  in the United States, offering for sale in the United States, or importing into the United States for

15  sale, the touch-pad systems accused of infringement in this action furnished directly or indirectly

16  by Elantech Devices Corporation, or its affiliates or related companies, or any touch-pad systems

17  that infringe claims of the '591, '411, '052, and '931 patents. Nothing in this Order precludes

18  Averatec from purchasing and/or reselling touch-pad systems that are licensed by Synaptics.

19     3.     This Court has and retains jurisdiction over the parties to this action and the

20  subject matter of this litigation, and any action to enforce or modify this Order.

21     4.     In any suit to enforce the terms of this Order, the party seeking enforcement shall

22  be entitled to reasonable attorneys' fees and costs if that party demonstrates that there was a

23  violation of the terms of this Order.

24

25

26

27

28

STIPULATED [PROPOSED] ORDER
CASE NO. C06-00523 HRL

2

1  Dated:  March 8, 2006                KARL J. KRAMER
                                        ROBERT L. McKAGUE
2                                       MORRISON & FOERSTER LLP

3

4                                       By:    s/Karl J. Kramer
                                               Karl J. Kramer
5
                                        Attorneys for Plaintiff
6                                       SYNAPTICS, INC.

7  Dated:  March 8, 2006                KAREN H. BROMBERG
                                        COHEN & GRESSER LLP
8

9

10                                      By:    s/Karen H. Bromberg
                                               Karen H. Bromberg
11
                                        Attorneys for Defendant
12                                      AVERATEC, INC.

13

14

15

16

17                                **ORDER**

18     Based upon the foregoing Stipulation of counsel and good cause appearing therefor,

19     IT IS SO ORDERED.

20     Dated:  3/16/06

21

22                                      Honorable Howard R. Lloyd
                                        U.S. Magistrate Judge
23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER
CASE No. C06-00523 HRL                                               3

1      I, KARL J. KRAMER, am the ECF User whose ID and password are being used to file

2  this STIPULATED [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I

3  hereby attest that Karen H. Bromberg, Attorney for Defendant Averatec, Inc., has concurred in

4  this filing.

5

Dated:  March 8, 2006

6                                                    MORRISON & FOERSTER LLP

7

8                                    By:    s/Karl J. Kramer
                                              _____
9                                              Karl J. Kramer

                                              Attorneys for Plaintiff
10                                            SYNAPTICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER
CASE NO. C06-00523 HRL                                                                          4