Yitai Hu (*California Admission Pending*)(yhu@akingump.com)
Sean P. DeBruine (State Bar No. 168071)(sdebruine@akingump.com)
Hsin-Yi Cindy Feng (State Bar No. 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1950 University Avenue, Suite 505
East Palo Alto, CA 94303
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>SYNAPTICS CORPORATION,<br><br>    Defendant. | Case No. 5:06-cv-01839 CRB<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that, as of June 2, 2006, the East Palo Alto office of Akin Gump Strauss Hauer & Feld LLP will be relocating to a new address. The new address will be as follows:

Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Dated:  May 30, 2006            Respectfully submitted,

                    By:_____/s_____
                        Sean P. DeBruine
                        AKIN GUMP STRAUSS HAUER & FELD LLP
                        1950 University Avenue, Suite 505
                        East Palo Alto, CA 94303

                        Attorney For Plaintiff
                        ELANTECH DEVICES CORPORATION