1  KARL J. KRAMER (CA SBN 136433)
   ROBERT L. McKAGUE (CA SBN 187461)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  kkramer@mofo.com

6  Attorneys for Defendant
   SYNAPTICS, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION., a          Case No.   3:06-CV-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                   **STIPULATION AND
                                              [PROPOSED] ORDER
14              Plaintiff,                    CONTINUING CASE
                                              MANAGEMENT CONFERENCE**
15      v.
                                              Date: July 21, 2006
16  SYNAPTICS, INC., a Delaware corporation,  Time: 8:30 a.m.
                                              Courtroom 8, 19th Floor
17              Defendant.                    Hon. Charles R. Breyer

18

19                            **STIPULATION**

20      WHEREAS, on May 19, 2006, the Court issued an order scheduling a case management

21  conference for this action for July 21, 2006 at 8:30 a.m.;

22      WHEREAS, due to scheduled vacations, counsel for defendant have scheduling conflicts

23  on July 21 and 28, 2006;

24      WHEREAS, the parties, acting through their counsel, have met and conferred regarding

25  continuing the case management conference to the next available date; and

26      WHEREAS, counsel for plaintiff is scheduled to be in trial outside of California during

27  the first two weeks of August;

28

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:06-CV-01839 CRB                                                              1
pa-1067950

1  NOW THEREFORE,

2  The parties to this action, acting by and through their counsel of record, stipulate to

3  continue the case management conference currently scheduled for July 21, 2006 at 8:30 a.m. until

4  August 18, 2006 at 8:30 a.m., or to a date and time thereafter that is convenient to the Court.

5  **IT IS SO STIPULATED.**

6  Dated: June 8, 2006                                KARL J. KRAMER
                                                      ROBERT L. McKAGUE
7                                                     ERIKA L. LABIT
                                                      MORRISON & FOERSTER LLP
8

9
                                                      By:    s/Robert L. McKague
10                                                           Robert L. McKague

11                                                    Attorneys for Defendant
                                                      SYNAPTICS, INC.
12

13  Dated: June 8, 2006                                YITAI HU
                                                       SEAN P. DeBRUINE
14                                                     AKIN GUMP STRAUSS HAUER & FELD LLP

15

16                                                     By:    s/Sean P. DeBruine
                                                              Sean P. DeBruine
17

18                                                     Attorneys for Plaintiff
                                                       ELANTECH DEVICES CORPORATION

19

20                                  **ORDER**

21  The case management conference currently scheduled for July 21, 2006 at 8:30 a.m. in

22  this matter is hereby continued until August 18, 2006 at 8:30 a.m.

23  Good cause appearing, IT IS SO ORDERED.

24  Dated: _____, 2006

25
                                            _____
26                                             Honorable Charles R. Breyer
                                               United States District Judge
27

28

1    I, Robert L. McKague, am the ECF user whose ID and password are being used to file this

2  **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT**

3  **CONFERENCE**.  In compliance with General Order 45, X.B., I hereby attest that Sean P.

4  DeBruine has concurred in this filing.

5    Dated: June 8, 2006

        Morrison & Foerster LLP

6

7        By:    s/Robert L. McKague
                Robert L. McKague
8
            Attorney for Defendant
9           Synaptics, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:06-CV-01839 CRB
pa-1067950

3