1  KARL J. KRAMER (CA SBN 136433)
   ROBERT L. McKAGUE (CA SBN 187461)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  kkramer@mofo.com

6  Attorneys for Defendant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION., a        Case No.    3:06-CV-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                 **STIPULATION AND
                                            [PROPOSED] ORDER
14              Plaintiff,                   CONTINUING CASE
                                            MANAGEMENT CONFERENCE**
15       v.
                                            Date:  July 21, 2006
16  SYNAPTICS, INC., a Delaware corporation, Time:  8:30 a.m.
                                            Courtroom 8, 19th Floor
17              Defendant.                   Hon. Charles R. Breyer

18

19                        **STIPULATION**

20       WHEREAS, on May 19, 2006, the Court issued an order scheduling a case management

21  conference for this action for July 21, 2006 at 8:30 a.m.;

22       WHEREAS, due to scheduled vacations, counsel for defendant have scheduling conflicts

23  on July 21 and 28, 2006;

24       WHEREAS, the parties, acting through their counsel, have met and conferred regarding

25  continuing the case management conference to the next available date; and

26       WHEREAS, counsel for plaintiff is scheduled to be in trial outside of California during

27  the first two weeks of August;

28

1    NOW THEREFORE,

2        The parties to this action, acting by and through their counsel of record, stipulate to

3    continue the case management conference currently scheduled for July 21, 2006 at 8:30 a.m. until

4    August 18, 2006 at 8:30 a.m., or to a date and time thereafter that is convenient to the Court.

5        **IT IS SO STIPULATED.**

6    Dated:  June 8, 2006                KARL J. KRAMER
                                         ROBERT L. McKAGUE
7                                        ERIKA L. LABIT
                                         MORRISON & FOERSTER LLP
8

9

10                                       By:    s/Robert L. McKague
                                         Robert L. McKague
11
                                         Attorneys for Defendant
12                                       SYNAPTICS, INC.

13   Dated:  June 8, 2006                YITAI HU
                                         SEAN P. DeBRUINE
14                                       AKIN GUMP STRAUSS HAUER & FELD LLP

15

16                                       By:    s/Sean P. DeBruine
                                         Sean P. DeBruine
17
                                         Attorneys for Plaintiff
18                                       ELANTECH DEVICES CORPORATION

19

20                           **ORDER**

21       The case management conference currently scheduled for July 21, 2006 at 8:30 a.m. in

22   this matter is hereby continued until August 18, 2006 at 8:30 a.m.

23       Good cause appearing, IT IS SO ORDERED.

24       Dated:  June 12,            , 2006

25

26                                       Honorab
                                         United S
27

28
STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:06-CV-01839 CRB
pa-1067950

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA