Yitai Hu – yhu@akingump.com (California Admission Pending)
Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS CORPORATION,<br><br>    Defendant. | Case No. 3:06-cv-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING ELANTECH TO FILE ITS AMENDED COMPLAINT JOINING AVERATEC, INC. AND PROSTAR COMPUTER, INC. AS CO-DEFENDANTS** |

## STIPULATION

WHEREAS, plaintiff Elantech Devices Corp. ("Elantech") filed its complaint against Synaptics for patent infringement on March 9, 2006, and Elantech has recently learned that Averatec and Prostar also use, sell, offer for sale, and/or import into the United States products that incorporate the Synaptics's devices that are accused of patent infringement in this case;

WHEREAS, Elantech seeks to amend its Complaint to allege counts of patent infringement against proposed co-defendants Averatec, Inc. ("Averatec") and Prostar Computer, Inc. ("Prostar"); and

1          WHEREAS, Synaptics does not oppose Elantech's request to amend its complaint, but
2  reserves the right to challenge Elantech's substantive allegations to the extent permitted by the
3  Federal Rules of Civil Procedure and applicable law;
4          IT IS HEREBY STIPULATED, therefore, by and between the parties, acting through
5  the undersigned counsel, that Elantech may amend its Complaint to join Averatec and Prostar
6  as co-defendants in this case. Pursuant to Civ. L. R. 10-1, a proposed Amended Complaint is
7  attached as Exhibit A. A proposed order accompanies this stipulation on the following page.

8  Dated: June 14, 2006             AKIN GUMP STRAUSS HAUER & FELD LLP

10                                   By:_____/s/_____
11                                          Sean P. DeBruine

12                                      Attorney For Plaintiff
13                                      ELANTECH DEVICES CORPORATION

14  Dated: June 14, 2006             MORRISON & FOERSTER LLP

16                                   By:_____/s/_____
                                            Karl J. Kramer
17
18                                      Attorney For Defendant
                                        SYNAPTICS, INC.
19

20         I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing
21  of this document has been obtained from Karl J. Kramer.
22
23  Dated: June 14, 2006             By:_____/s/_____
                                            Sean P. DeBruine
24
25
26
27
28

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that Elantech may file its Amended Complaint.

Dated: _____, 2006

_____
Hon. Charles R. Breyer
United States District Court Judge

Yitai Hu – yhu@akingump.com (California Admission Pending)
Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation;<br>AVERATEC, INC., a California corporation; and<br>PROSTAR COMPUTER, INC., a California<br>corporation,<br><br>    Defendants. | Case No. C06-01839 CRB<br><br>**AMENDED COMPLAINT FOR<br>PATENT INFRINGEMENT AND<br>DEMAND FOR JURY TRIAL** |

Plaintiff Elantech Devices Corporation ("Elantech"), for its Complaint against Defendants Synaptics, Inc. ("Synaptics"), Averatec, Inc. ("Averatec"), and Prostar Computer, Inc. ("Prostar") hereby alleges as follows:

**NATURE OF THE ACTION**

1.    This action arises under the patent laws of the United States, 35 U.S.C. § 100 *et seq*., from Defendants' direct and contributory infringement, and inducement to infringe, United States Patent No. 5,825,352 ("the '352 patent"). A copy of the '352 patent is attached hereto as Exhibit A.

**JURISDICTION AND VENUE**

2.    This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

1    3.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 28 U.S.C. § 1400(b) because Defendants have committed acts of infringement in this judicial district and reside in this judicial district.

## PARTIES

4.    Elantech is a corporation existing under the laws of Taiwan, R.O.C., with its principal place of business at 4F, 780 Jung-Jeng Road, Chung Ho City, Taipei County, Taiwan, R.O.C.

5.    On information and belief, Defendant Synaptics, Inc. is a corporation organized under the laws of the State of Delaware and has its principal place of business at 3120 Scott Boulevard, Suite 130, Santa Clara, California 95054.

6.    On information and belief, Defendant Averatec, Inc. is a corporation orgarnized under the laws of the State of California and has its principal place of business at 1231 E. Dyer Road, Suite 150, Santa Ana, California 92705.

7.    On information and belief, Defendant Prostar Computer, Inc. is a corporation organized under the laws of the State of California and has its principal place of business at 1128 Coiner Court, City of Industry, California 91748.

## THE '352 PATENT

8.    Elantech is the owner and assignee of all rights, title and interest in and to the '352 patent, entitled "MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD," issued October 20, 1998, to Stephen J. Bisset and Bernard Kasser.

9.    Upon information and belief, Defendant Synaptics has infringed and is infringing Elantech's '352 patent by making, using, selling, offering for sale, importing and/or inducing others to use and/or sell touchpad products or products incorporating such touchpad products within the United States and in this judicial district without Elantech's permission.

10.   Upon information and belief, Defendant Averatec has infringed and is infringing Elantech's '352 patent by making, using, selling, offering for sale, importing and/or inducing others to use and/or sell touchpad products or products incorporating such touchpad

1  products, including Averatec's AV4270-EH1, within the United States and in this judicial
2  district without Elantech's permission.
3         11.    Upon information and belief, Defendant Prostar has infringed and is infringing
4  Elantech's '352 patent by making, using, selling, offering for sale, importing and/or inducing
5  others to use and/or sell touchpad products or products incorporating such touchpad products,
6  including Prostar 9068 (model D9K), within the United States and in this judicial district
7  without Elantech's permission.
8         12.    Upon information and belief, Defendants Synaptics, Averatec, and Prostar are
9  on notice that their making, using, selling, contributing to others' use and inducing others to
10 use and sell the products referred to in the above paragraph are infringing Elantech's '352
11 patent.  Defendants' infringements of the '352 patent are and have been willful.

## CLAIM I – PATENT INFRINGEMENT

13        13.    Paragraphs 1 through 12 are incorporated herein by reference.
14        14.    Elantech is the owner of all right, title, and interest in United States Patent
15 5,825,352, and has the right to bring this action to recover damages for infringement of the
16 '352 patent.
17        15.    Defendants make, use, sell, and offer to sell, or import into the United States
18 and within this judicial district products that directly or indirectly infringe or induce
19 infringement of the '352 patent.
20        16.    On information and belief, Defendants have actively induced and are actually
21 inducing items to infringe the '352 patent.
22        17.    On information and belief, Defendants have offered to sell, have sold, and are
23 currently offering for sale and selling to others in the United States components of the
24 invention(s) claimed in the '352 patent.  Those components are not staple articles of
25 commerce, are specially adapted for use in an infringing apparatus, and are not capable of
26 substantial non-infringing use.  Defendants' actions as alleged herein constituted contributory
27 infringement of the '352 patent.
28

## CLAIM II – WILLFUL INFRINGEMENT

18. Paragraphs 1 through 17 are incorporated herein by reference.

19. On information and belief, Defendants have actual notice of the '352 patent owned by Elantech.

20. Defendants have not had nor do they presently have a reasonable basis for believing they have a right to engage in the acts complained of herein, and their past and on-going infringements are willful and deliberate, making this an exceptional case and justifying the award of treble damages pursuant to 35 U.S.C. § 284 and attorney fees pursuant to 35 U.S.C. § 285.

21. Unless enjoined by this Court, Defendants will continue to infringe the '352 patent owned by Elantech, thereby irreparably harming Elantech.

## PRAYER FOR RELIEF

**WHEREFORE**, Elantech respectfully requests that the Court:

A. Declare that Defendants have infringed, actively induced infringement, and/or committed acts of contributory infringement with respect to the claims of the '352 patent.

B. Declare that Defendants' infringements of the '352 patent were willful.

C. Award Elantech compensatory damages resulting from Defendants' infringements of the '352 patent, in an amount to be ascertained at trial, pursuant to 35 U.S.C. § 284.

D. Treble any and all damages awarded for Defendants' infringements of the '352 patent, pursuant to 35 U.S.C. § 284.

E. Permanently enjoin Defendants and their officers, directors, employees, servants and agents from infringing or inducing others to infringe the '352 patent.

F. Award to Elantech its interest and costs, pursuant to 35 U.S.C. § 284.

G. Award to Elantech reasonable attorney's fees and costs of the litigation, pursuant to 35 U.S.C. § 285.

H. Award Elantech for such other and further relief in favor of Elantech as this Court deems just and proper.

1  Dated:  June 14, 2006                            Respectfully submitted,

2

3                                                   AKIN GUMP STRAUSS HAUER & FELD, LLP

4                                                   By:_____/s/_____
                                                            Sean P. DeBruine

5                                                   AKIN GUMP STRAUSS HAUER & FELD LLP
                                                    Two Palo Alto Square
6                                                   3000 El Camino Real, Suite 400
                                                    Palo Alto, CA 94306
7                                                   Telephone: (650) 838-2000
                                                    Facsimile: (650) 838-2001
8
                                                    Attorney For Plaintiff
9                                                   Elantech Device Corporation

10                              **DEMAND FOR JURY TRIAL**

11     Plaintiff Elantech hereby demands a trial by jury for all matters so triable.

12  Dated:  June 14, 2006                           Respectfully submitted,

13

14                                                  AKIN GUMP STRAUSS HAUER & FELD, LLP

15                                                  By:_____/s/_____
                                                            Sean P. DeBruine
16
                                                    AKIN GUMP STRAUSS HAUER & FELD LLP
17                                                  Two Palo Alto Square
                                                    3000 El Camino Real, Suite 400
18                                                  Palo Alto, CA 94306
                                                    Telephone: (650) 838-2000
19                                                  Facsimile: (650) 838-2001

20                                                  Attorney For Plaintiff
                                                    Elantech Device Corporation
21

22

23

24

25

26

27

28

ELANTECH DEVICES CORP.'S AMENDED COMPLAINT                              C06-01839 CRB
                                     -5-