1 | Yitai Hu – yhu@akingump.com (California Admission Pending)
Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)

2 | AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square

3 | 3000 El Camino Real, Suite 400
Palo Alto, CA 94306

4 | Telephone: (650) 838-2000
Facsimile: (650) 838-2001

5 |

6 | Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN FRANCISCO DIVISION**

11 |

| | |
|---|---|
| 12 | Case No. 3:06-cv-01839 CRB |
| 13  ELANTECH DEVICES CORPORATION, | **[PROPOSED] ORDER DENYING SYNAPTICS'S** |
| 14      Plaintiff, | **MOTION TO DISMISS** |
| 15      v. | Date: July 7, 2006 |
| 16  SYNAPTICS CORPORATION, | Time: 10:00 a.m.  Courtroom 8, 19th Floor  Hon. Charles R. Breyer |
| 17      Defendant. | |

18 |

19    On May 19 2006, defendant Synaptics, Inc. ("Synaptics") filed a motion to dismiss

20 counterclaims II, II, and IV in Elantech Devices Corp.'s ("Elantech") Answer And

21 Counterclaims to Synaptics's Counterclaims And Demand For Jury Trial.  In the alternative,

22 Synaptics moved the Court for a more definite statement of the counterclaims pursuant to Rule

23 12(e) of Federal Rules of Civil Procedure.  Also in the alternative, Synaptics moved the Court

24 to dismiss without prejudice or stay Elantech's counterclaims pending resolution of

25 Synaptics's patent litigation.  On June 16, 2006, plaintiff Elantech filed an opposition to

26 Synaptics's motion.

27    Based on the papers filed by the parties, the papers and records on file in this action,

28 and the parties' arguments at the hearing on this matter,

1    IT IS HEREBY ORDERED that defendant Synaptics, Inc's motion to dismiss is

2  DENIED.

3

4

5    IT IS SO ORDERED.

6

7    Dated: _____, 2006

        _____
8                                         Honorable Charles R. Breyer
                                          United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28