Yitai Hu – yhu@akingump.com (California Admission Pending)
Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SYNAPTICS CORPORATION,<br><br>　　　　Defendant. | Case No. 3:06-cv-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING ELANTECH TO FILE ITS AMENDED COMPLAINT JOINING AVERATEC, INC. AND PROSTAR COMPUTER, INC. AS CO-DEFENDANTS** |

**STIPULATION**

WHEREAS, plaintiff Elantech Devices Corp. ("Elantech") filed its complaint against Synaptics for patent infringement on March 9, 2006, and Elantech has recently learned that Averatec and Prostar also use, sell, offer for sale, and/or import into the United States products that incorporate the Synaptics's devices that are accused of patent infringement in this case;

WHEREAS, Elantech seeks to amend its Complaint to allege counts of patent infringement against proposed co-defendants Averatec, Inc. ("Averatec") and Prostar Computer, Inc. ("Prostar"); and

1       WHEREAS, Synaptics does not oppose Elantech's request to amend its complaint, but
2 reserves the right to challenge Elantech's substantive allegations to the extent permitted by the
3 Federal Rules of Civil Procedure and applicable law;

4       IT IS HEREBY STIPULATED, therefore, by and between the parties, acting through
5 the undersigned counsel, that Elantech may amend its Complaint to join Averatec and Prostar
6 as co-defendants in this case. Pursuant to Civ. L. R. 10-1, a proposed Amended Complaint is
7 attached as Exhibit A. A proposed order accompanies this stipulation on the following page.

8 Dated: June 14, 2006           AKIN GUMP STRAUSS HAUER & FELD LLP

10                                     By:      /s/
11                                            Sean P. DeBruine

12                                     Attorney For Plaintiff
13                                     ELANTECH DEVICES CORPORATION

14 Dated: June 14, 2006           MORRISON & FOERSTER LLP

16                                     By:      /s/
                                             Karl J. Kramer

18                                     Attorney For Defendant
                                    SYNAPTICS, INC.

20       I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing
21 of this document has been obtained from Karl J. Kramer.

23 Dated: June 14, 2006           By:      /s/
                                           Sean P. DeBruine

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that Elantech may file its Amended Complaint.

Dated:   June 16   , 2006

_____
Hon. Charles R. Breyer
United States District Court

