**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8  # UNITED STATES DISTRICT COURT
9  **Northern District of California**

10 | Elantech Devices Corporation, | 06-01839 CRB
11 |         Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**
12 | v. |
13 | Synaptics, Inc., |
14 |         Defendant(s). |

15

16     The parties have failed to file an ADR Certification and either a Stipulation and
17 [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
18 Conference as required by the Initial Case Management Scheduling Order.  Counsel
19 shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
20 matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
21 an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
22 **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
23 ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
24 at www.adr.cand.uscourts.gov.)
25
26     Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
27 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
28 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
06-01839 CRB       -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 29, 2006

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
06-01839 CRB                                             -2-

PROOF OF SERVICE

Case Name:      Elantech Devices Corporation v. Synaptics, Inc.

Case Number:    06-01839 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 29, 2006, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Hsin-Yi Cindy Feng
> Akin Gump Strauss Hauer & Feld LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> Palo Alto, CA 94303
> cfeng@akingump.com
>
> Yitai Hu
> Akin Gump Strauss Hauer & Feld LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> East Palo Alto, CA 94306
>
> Sean DeBruine
> Akin Gump Strauss Hauer & Feld LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> Palo Alto, CA 94306
> sdebruine@akingump.com

Karl J. Kramer
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
kkramer@mofo.com

Erika Lin Labit
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
elabit@mofo.com

Robert L. McKague
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
rmckague@mofo.com

Averatec, Inc.
1231 E. Dyer Road, Suite 150
Santa Ana, CA 92705

ProStar Computer, Inc.
1128 Coiner Court
City of Industry, CA 91748


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 29, 2006 in San Francisco, California.

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        */s/ Timothy Smagacz*
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov