KARL J. KRAMER (CA SBN 136433)
Email:  KKramer@mofo.com
ROBERT L. McKAGUE (CA SBN 187461)
Email:  RMcKague@mofo.com
ERIKA L. LABIT (CA SBN 234919)
Email:  ELabit@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant
  SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>SYNAPTICS, INC., et al.,<br><br>              Defendants. | Case No.   3:06-CV-01839 CRB<br><br>**STIPULATION TO CONTINUE DEADLINES FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS** |

     Plaintiff Elantech Devices Corp. ("Elantech") and Defendant Synaptics, Inc. ("Synaptics") hereby stipulate to the following:

**RECITALS**

     WHEREAS, this action was previously assigned to U.S. Magistrate Judge Howard R. Lloyd;

     WHEREAS, Magistrate Judge Lloyd assigned this action to the Alternative Dispute Resolution (ADR) Multi-Option Program and set the deadline for the parties to file the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference required by ADR Local Rule 3-5 for June 27, 2006;

STIPULATION TO CONTINUE DEADLINES FOR FILING OF ADR CERTIFICATION
AND SELECTION OF ADR PROCESS  — CASE NO. 3:06-CV-01839 CRB
pa-1054762

1

1    WHEREAS, Synaptics declined jurisdiction of the Magistrate Judge, and on May 17,
2 2006, this case was reassigned to the U.S. District Court Judge Charles R. Breyer;

3    WHEREAS, pursuant to a stipulation submitted by Elantech and Synaptics, this Court
4 moved the Initial Case Management Conference for this case from June 13, 2006 to August 18,
5 2006;

6    WHEREAS, as a result of the change in the Initial Case Management Conference date, the
7 deadline for the parties to meet-and-confer regarding the case management conference pursuant
8 to the Federal Rules of Civil Procedure and the Local Rules of this Court is now July 19, 2006;

9    WHEREAS, despite the change in the case management schedule, the parties received a
10 Notice Re: Noncompliance with Court Order for failure to file an ADR Certification and either a
11 Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by June 27, 2006;
12 and

13    WHEREAS, the parties have initiated meet-and-confer discussions regarding the ADR
14 Process and respectfully request that the Court change the deadlines for the filing of the ADR
15 Certification and the filing of the Stipulation and [Proposed] Order Selecting an ADR Process or
16 the Notice of Need for ADR Phone Conference to coincide with the July 19, 2006 deadline for
17 the parties to meet-and-confer.

## STIPULATION

19    IT IS HEREBY STIPULATED BY THE PARTIES, that, subject to the Court's approval,
20 the deadlines for Elantech and Synaptics (1) to file the ADR Certification required by ADR Local
21 Rule 3-5(b) and (2) to file either a Stipulation and [Proposed] Order Selecting ADR Process or a
22 Notice of Need for ADR Phone Conference pursuant to ADR Local Rule 3-5(c) shall be
23 continued until July 19, 2006.

STIPULATION TO CONTINUE DEADLINES FOR FILING OF ADR CERTIFICATION
AND SELECTION OF ADR PROCESS — CASE NO. 3:06-CV-01839 CRB
pa-1054762

2

| | | |
|---|---|---|
| 1 | Dated: July 6, 2006 | YITAI HU |
| 2 | | SEAN DeBRUINE |
| | | HSIN-YI CINDY FENG |
| 3 | | AKIN GUMP STRAUSS HAUER & FELD, LLP |

5          By:  /s/ Sean DeBruine
                 Sean DeBruine

            Attorneys for Plaintiff
7           ELANTECH DEVICES CORP.

8   Dated: July 6, 2006            KARL J. KRAMER
                                   ROBERT L. McKAGUE
9                                  ERIKA L. LABIT
                                   MORRISON & FOERSTER LLP

12          By:  /s/ Robert L.McKague
                 Robert L. McKague

13          Attorneys for Defendant
            SYNAPTICS, INC.

15  I, Robert L. McKague, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE DEADLINES FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS.  In compliance with General Order 45, X.B., I hereby attest that Sean DeBruine has concurred in this filing.

19  Date: July 6, 2006            /s/ Robert L. McKague
                                   Robert L. McKague

STIPULATION TO CONTINUE DEADLINES FOR FILING OF ADR CERTIFICATION
AND SELECTION OF ADR PROCESS  — CASE NO. 3:06-CV-01839 CRB
pa-1054762

3

1  KARL J. KRAMER (CA SBN 136433)
   Email:  KKramer@mofo.com
2  ROBERT L. McKAGUE (CA SBN 187461)
   Email:  RMcKague@mofo.com
3  ERIKA L. LABIT (CA SBN 234919)
   Email:  ELabit@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
6  Facsimile: (650) 494-0792

7  Attorneys for Defendant
     SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | Case No.    3:06-CV-01839 CRB |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING DEADLINES FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS** |
| v. | |
| SYNAPTICS, INC., et al., | |
| Defendants. | |

Having reviewed the Stipulation To Continue Deadlines For Filing Of ADR Certification And Selection Of ADR Process submitted by plaintiff Elantech Devices Corporation ("Elantech") and defendant Synaptics, Inc. ("Synaptics"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines for Elantech and Synaptics to (1) file the ADR Certification required by ADR Local Rule 3-5(b) and (2) file a Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone Conference required by ADR Local Rule 3-5(c) are continued until July 19, 2006.

Dated: _____, 2006

_____
Honorable Charles R. Breyer
U.S. District Court Judge

[PROPOSED] ORDER CONTINUING DEADLINES FOR FILING OF ADR CERTIFICATION
AND SELECTION OF ADR PROCESS — CASE NO. 3:06-CV-01839 CRB

1

pa-1077637