KARL J. KRAMER (CA SBN 136433)
Email: KKramer@mofo.com
ROBERT L. McKAGUE (CA SBN 187461)
Email: RMcKague@mofo.com
ERIKA L. LABIT (CA SBN 234919)
Email: ELabit@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant
SYNAPTICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., et al.,<br><br>Defendants. | Case No.   3:06-CV-01839 CRB<br><br>**DECLARATION OF ROBERT L. MCKAGUE IN SUPPORT OF STIPULATION TO CONTINUE DEADLINES FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS** |

DECL. OF ROBERT L. MCKAGUE IN SUPP. OF STIP. TO CONTINUE DEADLINES
FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS — CASE NO. 3:06-CV-01839 CRB
pa-1077660

1

I, Robert L. McKague, declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of Morrison & Foerster LLP, attorneys of record for defendant Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to these facts if called as a witness.

2. This action was previously assigned to U.S. Magistrate Judge Howard R. Lloyd. In his initial case management scheduling order, Magistrate Judge Lloyd assigned this action to the Alternative Dispute Resolution (ADR) Multi-Option Program and set the deadline for the parties to file the ADR Certification and the Stipulation to ADR Process or Notice of Need for ADR Phone Conference required by ADR Local Rule 3-5 for June 27, 2006.

3. Subsequently, Synaptics declined jurisdiction of the Magistrate Judge, and the case was reassigned to U.S. District Court Judge Charles R. Breyer on May 17, 2006.

4. Following reassignment, the initial case management conference was scheduled for July 21, 2006. Acting through their counsel, Synaptics and plaintiff Elantech Devices Corporation ("Elantech") submitted a stipulation and proposed order to the Court requesting continuance of the initial case management conference to August 18, 2006. The Court granted the parties' request and a stipulated order issued on June 13, 2006.

5. As a result of the change in the initial case management conference date to August 18, 2006, the deadline for the parties to meet-and-confer pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court was changed to July 19, 2006.

6. The parties believed that this change of dates also changed the deadlines for submission of the ADR Certification and other materials required by ADR Local Rule 3-5, which requires the parties to meet-and-confer regarding ADR "no later than the deadline to meet and confer."

7. Despite the change in the case management schedule, the parties received a Notice Re: Noncompliance with Court Order for failure to file an ADR Certification and either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by June 27, 2006,

DECL. OF ROBERT L. MCKAGUE IN SUPP. OF STIP. TO CONTINUE DEADLINES
FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS — CASE NO. 3:06-CV-01839 CRB
pa-1077660

1

1 the original deadline for the parties to meet-and-confer prior to the change in the initial case
2 management conference date.

3     8. I have spoken with counsel for Elantech, Mr. Sean DeBruine, to discuss the Notice
4 Re: Noncompliance and we have agreed, subject to the Court's approval, to submit the materials
5 required by ADR Local Rule 3-5 no later than the current meet-and-confer deadline on July 19,
6 2006. The parties do not believe that this change will affect any other deadlines in the case.

7 I declare under penalty of perjury under the laws of the United States that the foregoing is
8 true and correct.

9 Dated: July 6, 2006

11                                                   /s/ Robert L. McKague
12                                                     Robert L. McKague

DECL. OF ROBERT L. MCKAGUE IN SUPP. OF STIP. TO CONTINUE DEADLINES
FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS — CASE NO. 3:06-CV-01839 CRB
pa-1077660

2