1  KARL J. KRAMER (CA SBN 136433)
   Email:  KKramer@mofo.com
2  ROBERT L. McKAGUE (CA SBN 187461)
   Email:  RMcKague@mofo.com
3  ERIKA L. LABIT (CA SBN 234919)
   Email:  ELabit@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
6  Facsimile: (650) 494-0792

7  Attorneys for Defendant
     SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., et al.,<br><br>Defendants. | Case No.   3:06-CV-01839 CRB<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES FOR FILING OF ADR CERTIFICATION AND SELECTION OF ADR PROCESS** |

Having reviewed the Stipulation To Continue Deadlines For Filing Of ADR Certification And Selection Of ADR Process submitted by plaintiff Elantech Devices Corporation ("Elantech") and defendant Synaptics, Inc. ("Synaptics"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadlines for Elantech and Synaptics to (1) file the ADR Certification required by ADR Local Rule 3-5(b) and (2) file a Stipulation and [Proposed] Order Selecting ADR Process or a Notice of Need for ADR Phone Conference required by ADR Local Rule 3-5(c) are continued until July 19, 2006.

Dated:  __July 7_____, 2006

_____
Honorable Charles R. Breyer
U.S. District Court Judge

GRANTED
Judge Charles R. Breyer

[PROPOSED] ORDER CONTINUING DEADLINES FOR FILING OF ADR
AND SELECTION OF ADR PROCESS — CASE NO. 3:06-CV-01839 CRB                    1

pa-1077637