IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | No. C 06-01839 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| SYNAPTICS, INC., | |
| Defendant. _____/ | |
| and related counterclaims _____/ | |

    Now pending before the Court is Synaptics, Inc.'s motion to dismiss Elantech's counterclaims. After carefully considering the parties' papers, Elantech's motion is GRANTED. As currently pled, Elantech's state claims are preempted by the federal patent law, see <u>Zenith Electronics Corp. v. Exzec, Inc.</u>, 182 F.3d 1340, 1353-55 (Fed. Cir. 1999), fall within the California litigation privilege, <u>Sharper Image v. Target Corp.</u>, 425 F.Supp.2d 1056, 1077-78 (N.D. Cal. 2006), and fail to sufficiently identify that business relationships that it alleges Synaptics interfered with. The question, then, is whether the claims should be dismissed with leave to amend.

    Normally, leave to amend should be freely granted. Fed. R. Civ. P. 15(a). Here, however, Elantech's claims are premature. Elantech cannot plead around preemption and

allege that Synaptics' infringement allegations were "objectively baseless" until Synaptics' infringement claims are resolved.  <u>See</u> <u>Visto Corp. v. Sproqit Tech. Inc.</u>, 360 F.Supp.2d 1064, 1072 (N.D. Cal. 2005).  Elantech's assertion that its counterclaims are not based on Synaptics' infringement allegations is disproved by the language of Elantech's counterclaims: "Synaptics has been sending Elantech's customers letters containing, and visiting Elantech's customers providing, false and misleading information *about Elantech's alleged infringement of Synaptics' patents*.  Counterclaims at ¶ 10 (emphasis added).

Accordingly, Elantech's state law counterclaims are dismissed with leave to amend; however, Elantech's amendment of the claims is stayed until the adjudication of Synaptics' patent infringement claims.

**IT IS SO ORDERED.**

Dated: July 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderrecounterclaims.wpd        2