## CIVIL MINUTES

**Judge CHARLES R. BREYER**

Date: **July 7, 2006**

**C-06-01839CRB**

### ELANTECH DEVICES CORPORATION  v.  SYNAPTICS, INC.

Attorneys:  Sean Debruine _____    ___ Karl Kramer _____

  Hsin Yi Feng _____    _____

Deputy Clerk: **BARBARA ESPINOZA** _____    Reporter:  **Sahar McVickar**
**PROCEEDINGS:**                              **RULING:**

1. D's Motion to Dismiss _____    _____

2. _____    _____

3. _____    _____

## ORDERED AFTER HEARING:

_____

_____

(X) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court __X__

(  ) Referred to Magistrate Judge For: _____

(  ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____