UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELANTECH DEVICES
CORPORATION, a corporation
existing under the laws of Taiwan,
R.O.C.
    Plaintiff,

v.

SYNAPTICS, INC., a Delaware
corporation; AVERATEC, INC., a
California corporation; and PROSTAR
COMPUTER, INC., a California
corporation,
    Defendants.

Case No. 3:06-CV-01839 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process.

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  August 18, 2006

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sean DeBruine | Elantech | 650-838-2000 | sdebruine@akingump.com |
| Karl J. Kramer | Synaptics | 650-813-5600 | kkramer@mofo.com |
| Karen H. Bromberg | Averatec | 212-957-7600 | kbromberg@cohengresser.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Rev 12.05          1

American LegalNet, Inc.
www.USCourtForms.com

Dated: July 19, 2006                                        s/Sean DeBruine
                                                            Sean DeBruine
                                                            Akin Gump Straus Hauer
                                                               & Feld LLP
                                                            Attorney for Plaintiff
                                                            Elantech Devices Corp.


Dated: July 19, 2006                                        s/Karl J. Kramer
                                                            Karl J. Kramer
                                                            Morrison & Foerster LLP
                                                            Attorney for Defendant
                                                            Synaptics, Inc.


Dated: July 19, 2006                                        s/Karen H. Bromberg
                                                            Karen H. Bromberg
                                                            Cohen & Gresser LLP
                                                            Attorney for Defendant
                                                            Averatec, Inc.


I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **NOTICE OF NEED FOR ADR PHONE CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Sean DeBruine and Karen H. Bromberg have concurred in this filing.

Dated: July 19, 2006                    MORRISON & FOERSTER LLP


                                By:     s/Karl J. Kramer
                                        Karl J. Kramer
                                        Attorney for Defendant
                                        Synaptics, Inc.

American LegalNet, Inc.
www.USCourtForms.com