UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELANTECH DEVICES
CORPORATION, a corporation
existing under the laws of Taiwan,
R.O.C.

        Plaintiff,

v.

SYNAPTICS, INC., a Delaware
corporation; AVERATEC, INC., a
California corporation; and PROSTAR
COMPUTER, INC., a California
corporation,

        Defendants.

Case No. 3:06-CV-01839 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

American LegalNet, Inc.
www.USCourtForms.com

Dated: July 19, 2006                      s/ Greg DeWolfe
                                          Greg DeWolfe
                                          General Counsel
                                          Synaptics, Inc.

Dated: July 19, 2006                      s/ Karl J. Kramer
                                          Karl J. Kramer
                                          Attorney for Defendant
                                          Synaptics, Inc.


I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **ADR CERTIFICATION BY PARTIES AND COUNSEL**. In compliance with General Order 45, X.B., I hereby attest that Greg DeWolfe has concurred in this filing.

Dated: July 19, 2006             MORRISON & FOERSTER LLP


                                 By:   s/Karl J. Kramer
                                       Karl J. Kramer
                                       Attorney for Defendant
                                       Synaptics, Inc.