| | |
|---|---|
| SCOTT R. RABER (CA SBN 194924)<br>KASTNER \| BANCHERO LLP<br>20 California Street, 7th Floor<br>San Francisco, California 94111<br>Telephone: (415) 398-7000<br>Facsimile: (415) 616-7000<br>Mr. Raber's email: srr@kastnerbanchero.com<br><br>LAWRENCE T. GRESSER<br>KAREN H. BROMBERG<br>COHEN & GRESSER LLP<br>100 Park Avenue, 23rd Floor<br>New York, New York 10017<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>Mr. Gresser's email: ltgresser@cohengresser.com<br>Ms. Bromberg's email: kbromberg@cohengresser.com<br>Admission *Pro Hac Vice* Pending<br><br>Attorneys for Defendant<br>AVERATEC, INC. | Sean P. DeBruine (CA SBN 168071)<br>AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 838-2000<br>Facsimile:  (650) 838-2001<br>Mr. DeBruine's email: sdebruine@akingump.com<br><br>Attorneys for Plaintiff<br>ELANTECH DEVICES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation;<br>AVERATEC, INC., a California corporation;<br>and PROSTAR COMPUTER, INC., a<br>California corporation,<br><br>        Defendants. | CASE NO. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Elantech Devices Corporation and defendant Averatec, Inc. ("Averatec"), that the time for Averatec to answer, respond or otherwise move against the complaint is extended to and shall include August 10, 2006.

This Stipulation may be signed in counterparts and copies of this Stipulation signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated as the original.

| AKIN GUMP STRAUSS HAUER & FELD LLP | COHEN & GRESSER LLP |
|---|---|
| | KASTNER | BANCHERO LLP |
| By: ___/s_____ | By: _____ |
| Sean P. DeBruine | Scott R. Raber |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ELANTECH DEVICES CORPORATION | AVERATEC, INC. |
| DATED: July 27, 2006 | DATED: July 20, 2006 |

IT IS SO ORDERED.

DATED: _____, 2006

_____
HON. CHARLES R. BRYER
UNITED STATES DISTRICT COURT