1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yitai Hu – yhu@akingump.com (*Admission Pending)*
Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | PLAINTIFF ELANTECH'S ANSWER AND COUNTERCLAIMS TO DEFENDANT SYNAPTICS'S COUNTERCLAIMS TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL <br><br> Case No. 3:06-cv-01839 CRB |

**ELANTECH'S ANSWER AND COUNTERCLAIMS TO SYNAPTICS'S**

**COUNTERCLAIMS TO ELANTECH'S AMENDED COMPLAINT**

**AND DEMAND FOR JURY TRIAL**

Plaintiff/Counterclaim Defendant Elantech Devices Corporation ("Elantech"),

for its Answer to Defendant/Counterclaim Plaintiff Synaptics, Inc. ("Synaptics")

Counterclaims, hereby states as follows:

**PARTIES**

27.    Upon information and belief, Elantech admits the statements of Paragraph 22.

1    28.    Admitted.

**JURISDICTION AND VENUE**

3    29.    Admitted.

4    30.    Elantech admits that venue is proper in this judicial district.  Elantech denies

5  that it has committed acts of infringement in this judicial district.

**First Counterclaim**

**SYNAPTICS'S PATENTS**

8    31.    Elantech admits that U.S. Patent No. 5,543,591 ("the '591 patent") is entitled

9  "Object Position Detector With Edge Motion Feature And Gesture Recognition" and was

10  issued by the United States Patent and Trademark Office on August 6, 1996.  Elantech denies

11  that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to

12  Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit

13  A.  Elantech is without knowledge or information sufficient to form a belief as to the

14  remaining allegations of Paragraph 31, and on that basis denies them.

15    32.    Elantech admits that U.S. Patent No. 5,880,411 ("the '411 patent") is entitled

16  "Object Position Detector With Edge Motion Feature And Gesture Recognition" and was

17  issued by the United States Patent and Trademark Office on March 9, 1999.  Elantech denies

18  that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to

19  Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit

20  B.  Elantech is without knowledge or information sufficient to form a belief as to the

21  remaining allegations of Paragraph 32, and on that basis denies them.

22    33.    Elantech admits that U.S. Patent No. 5,943,052 ("the '052 patent") is entitled

23  "Method And Apparatus For Scroll Bar Control" and was issued by the United States Patent

24  and Trademark Office on August 24, 1999.  Elantech denies that a copy of the '591 patent is

25  attached to Synaptics's Answer and Counterclaims to Elantech's Amended Complaint For

26  Patent Infringement and Demand for Jury Trial as Exhibit C.  Elantech is without knowledge

27  or information sufficient to form a belief as to the remaining allegations of Paragraph 33, and

28  on that basis denies them.

1       34.      Elantech admits that U.S. Patent No. 6,380,931 ("the '931 patent") is entitled

2 "Object Position Detector With Edge Motion Feature And Gesture Recognition" and was

3 issued by the United States Patent and Trademark Office on April 30, 2002.  Elantech denies

4 that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to

5 Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit

6 D.  Elantech is without knowledge or information sufficient to form a belief as to the

7 remaining allegations of Paragraph 34, and on that basis denies them.

8       35.      Elantech is without knowledge or information sufficient to form a belief as to

9 the truth of the allegations of Paragraph 35 and therefore denies the same.

10      36.      Elantech admits that the Synaptics patents appear to cover inventions relating to

11 touch-pad systems.  Elantech is without knowledge or information sufficient to form a belief

12 as to the remaining allegations of Paragraph 36, and on that basis denies them.

13 **ALLEGATIONS REGARDING ELANTECH**

14      37.      Elantech admits that it makes, uses, sells, and offers to sell electronic products

15 including touch pads.  Elantech denies the remaining allegations of Paragraph 37.

16      38.      Elantech admits that it manufactures electronic products including touch pads

17 outside the United States and denies the remaining allegations of Paragraph 38.

18      39.      Elantech admits that it was on notice of Synaptics's allegation of infringement

19 of the Synaptics patents.  Elantech denies that it has infringed or infringes the Synaptics

20 patents.  Elantech is without knowledge or information sufficient to form a belief as to the

21 remainder of the allegations of Paragraph 39, and on that basis denies them.

22      40.      Elantech admits that it conducts activities with respect to electronic products

23 including touch pads, with knowledge that third parties may use their respective United States

24 contacts and distribution channels to import into, sell, offer for sale, and/or use these products

25 in California and/or elsewhere in the United States.  Elantech denies the remaining allegations

26 of Paragraph 40.

27      41.      Denied.

28      42.      Denied.

1    43.     Denied.

2                              **Second Counterclaim**

3    44.     Elantech incorporates by reference its allegations set forth in Elantech's

4  Amended Complaint, as well as its answers to the allegations in Paragraphs 27-43 above.

5    45.     Denied.

6    46.     Admitted.

7    47.     Denied.

8                              **Third Counterclaim**

9    48.     Elantech incorporates by reference its answers to the allegations in Paragraphs

10 27-47 above.

11   49.     Denied.

12   50.     Admitted.

13   51.     Denied.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**AFFIRMATIVE DEFENSES**

2      Elantech pleads the following as affirmative defenses to Synaptics's complaint for

3   patent infringement.

4

**First Affirmative Defense**

5

**(Failure To State A Claim)**

6      52.    Synaptics fails to allege facts sufficient to state a claim for relief against

7   Elantech in its pleadings.

8

**Second Affirmative Defense**

9

**(Non-infringement)**

10     53.    Elantech has not infringed and does not directly, contributorily, or by

11  inducement infringe (either literally or under the doctrine of equivalents) any valid and

12  enforceable claim of any of the '591 patent, the '411 patent, the '052 patent, and the '931

13  patent.

14

**Third Affirmative Defense**

15

**(Invalidity)**

16     54.    The claims of the '591 patent, the '411 patent, the '052 patent, and the '931

17  patent are invalid and/or unenforceable because they fail to satisfy one or more of the

18  requirements of Title 35, U.S. Code, at least in Sections 102, 103, and/or 112.

19

**COUNTERCLAIM**

20     Elantech asserts the following counterclaims against Synaptics:

21     55.    Elantech re-alleges and incorporates by reference its allegations in its

22  Complaint and responses and allegations as set forth herein in Paragraphs 27 through 54

23  above.

24

**JURISDICTION**

25     56.    This Court has subject matter jurisdiction of these Counterclaims pursuant to 28

26  U.S.C. §§ 1331, 1338(a), and 1367, under the Patent Laws of the United States, 35 U.S.C. § 1

27  *et seq.*, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C §§ 2201 and 2202, and

28  pursuant to Fed. R. Civ. P. 13.  In addition, this Court has original jurisdiction over these

1  Counterclaims pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between

2  the parties, and the amount in controversy exceeds $75,000.

3      57.    Synaptics has commenced a civil action for infringement of the '591 patent, the

4  '411 patent, the '052 patent, and the '931 patent by filing its Answer and Counterclaims to

5  Elantech's Complaint.  As a consequence, there is an actual justiciable controversy between

6  Elantech and Synaptics concerning whether Elantech infringes any valid and enforceable claim

7  of the '591 patent, the '411 patent, the '052 patent, and the '931 patent.

8      58.    This Court has personal jurisdiction over Synaptics because, *inter alia*,

9  Synaptics has submitted itself to the jurisdiction of this Court.

10     59.    Venue is proper in this district pursuant to 28 U.S.C. § 1391.

11                              **First Claim**

12                          **(Declaratory Relief)**

13     60.    Elantech hereby incorporates by reference the allegations set forth in

14  Paragraphs 55 through 59 above.

15     61.    Elantech has not infringed and does not directly, contributorily, or by

16  inducement infringe (either literally or under the doctrine of equivalents) any valid and

17  enforceable claim of any of the '591 patent, the '411 patent, the '052 patent, and the '931

18  patent.

19     62.    One or more claims of the '591 patent, the '411 patent, the '052 patent, and the

20  '931 patent are invalid for failure to comply with one or more requirements of Title 35, U.S.

21  Code, including at least Sections 102, 103, and 112, and/or under applicable judicial

22  precedent.

23                    **ELANTECH'S PRAYER FOR RELIEF**

24      WHEREFORE, Elantech respectfully prays for the following relief and request that

25  this Court:

26     1.    Declare that Elantech has not infringed and currently is not infringing, whether

27  directly, indirectly, contributorily, by inducement, literally, or under the doctrine of

28  equivalents any claim of the '591 patent, the '411 patent, the '052 patent, and the '931 patent.

1    2.    Deny Synaptics's prayer for preliminary and permanent injunctions

2    3.    Deny Synaptics's prayer for award of compensatory damages.

3    4.    Deny Synaptics's prayer for trebling of any and all damages.

4    5.    Deny Synaptics's prayer for interests and costs.

5    5.    Deny Synaptics's prayer for attorneys' fees and costs of the litigation.

6    6.    Deny Synaptics's prayer for prejudgment interest.

7    7.    Deny Synaptics's prayer for any other or further relief.

8    8.    Declare that the '591 patent, the '411 patent, the '052 patent, and the '931

9    patent are invalid.

10    9.    Declare that this is an exceptional case under 35 U.S.C. § 285 and award

11    attorneys fees to Elantech.

12    10.    Grant such further relief as the Court deems just and proper.

13    **DEMAND FOR JURY TRIAL**

14    Pursuant to Federal Rule of Civil Procedure 38(b), Elantech respectfully demands a

15    trial by jury on all issues so triable.

16                    *  *  *  *

17

18

19  Dated:  July 31, 2006                    Respectfully Submitted,

20

21                    By:_____/s_____
                        Sean P. DeBruine
22                        AKIN GUMP STRAUSS HAUER & FELD LLP
                        Two Palo Alto Square
23                        3000 El Camino Real, Suite 400
                        Palo Alto, CA 94306
24
                        Attorney For Plaintiff
25                        ELANTECH DEVICES CORPORATION

26

27

28