Yitai Hu – yhu@akingump.com (*Admission Pending*)
Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br>            Plaintiff, <br><br>   v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br>            Defendants. | PLAINTIFF ELANTECH'S ANSWER AND COUNTERCLAIMS TO DEFENDANT SYNAPTICS'S COUNTERCLAIMS TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL <br><br> Case No. 3:06-cv-01839 CRB |

**ELANTECH'S ANSWER AND COUNTERCLAIMS TO SYNAPTICS'S**

**COUNTERCLAIMS TO ELANTECH'S AMENDED COMPLAINT**

**AND DEMAND FOR JURY TRIAL**

Plaintiff/Counterclaim Defendant Elantech Devices Corporation ("Elantech"), for its Answer to Defendant/Counterclaim Plaintiff Synaptics, Inc. ("Synaptics") Counterclaims, hereby states as follows:

**PARTIES**

27.     Upon information and belief, Elantech admits the statements of Paragraph 27.

28. Admitted.

## JURISDICTION AND VENUE

29. Admitted.

30. Elantech admits that venue is proper in this judicial district. Elantech denies that it has committed acts of infringement in this judicial district.

## First Counterclaim

## SYNAPTICS'S PATENTS

31. Elantech admits that U.S. Patent No. 5,543,591 ("the '591 patent") is entitled "Object Position Detector With Edge Motion Feature And Gesture Recognition" and was issued by the United States Patent and Trademark Office on August 6, 1996. Elantech denies that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit A. Elantech is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 31, and on that basis denies them.

32. Elantech admits that U.S. Patent No. 5,880,411 ("the '411 patent") is entitled "Object Position Detector With Edge Motion Feature And Gesture Recognition" and was issued by the United States Patent and Trademark Office on March 9, 1999. Elantech denies that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit B. Elantech is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 32, and on that basis denies them.

33. Elantech admits that U.S. Patent No. 5,943,052 ("the '052 patent") is entitled "Method And Apparatus For Scroll Bar Control" and was issued by the United States Patent and Trademark Office on August 24, 1999. Elantech denies that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit C. Elantech is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 33, and on that basis denies them.

34. Elantech admits that U.S. Patent No. 6,380,931 ("the '931 patent") is entitled "Object Position Detector With Edge Motion Feature And Gesture Recognition" and was issued by the United States Patent and Trademark Office on April 30, 2002. Elantech denies that a copy of the '591 patent is attached to Synaptics's Answer and Counterclaims to Elantech's Amended Complaint For Patent Infringement and Demand for Jury Trial as Exhibit D. Elantech is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 34, and on that basis denies them.

35. Elantech is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 and therefore denies the same.

36. Elantech admits that the Synaptics patents appear to cover inventions relating to touch-pad systems. Elantech is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 36, and on that basis denies them.

## ALLEGATIONS REGARDING ELANTECH

37. Elantech admits that it makes, uses, sells, and offers to sell electronic products including touch pads. Elantech denies the remaining allegations of Paragraph 37.

38. Elantech admits that it manufactures electronic products including touch pads outside the United States and denies the remaining allegations of Paragraph 38.

39. Elantech admits that it was on notice of Synaptics's allegation of infringement of the Synaptics patents. Elantech denies that it has infringed or infringes the Synaptics patents. Elantech is without knowledge or information sufficient to form a belief as to the remainder of the allegations of Paragraph 39, and on that basis denies them.

40. Elantech admits that it conducts activities with respect to electronic products including touch pads, with knowledge that third parties may use their respective United States contacts and distribution channels to import into, sell, offer for sale, and/or use these products in California and/or elsewhere in the United States. Elantech denies the remaining allegations of Paragraph 40.

41. Denied.

42. Denied.

1    43.    Denied.

## Second Counterclaim

44.    Elantech incorporates by reference its allegations set forth in Elantech's Amended Complaint, as well as its answers to the allegations in Paragraphs 27-43 above.

45.    Denied.

46.    Admitted.

47.    Denied.

## Third Counterclaim

48.    Elantech incorporates by reference its answers to the allegations in Paragraphs 27-47 above.

49.    Denied.

50.    Admitted.

51.    Denied.

## AFFIRMATIVE DEFENSES

Elantech pleads the following as affirmative defenses to Synaptics's complaint for patent infringement.

### First Affirmative Defense

### (Failure To State A Claim)

52. Synaptics fails to allege facts sufficient to state a claim for relief against Elantech in its pleadings.

### Second Affirmative Defense

### (Non-infringement)

53. Elantech has not infringed and does not directly, contributorily, or by inducement infringe (either literally or under the doctrine of equivalents) any valid and enforceable claim of any of the '591 patent, the '411 patent, the '052 patent, and the '931 patent.

### Third Affirmative Defense

### (Invalidity)

54. The claims of the '591 patent, the '411 patent, the '052 patent, and the '931 patent are invalid and/or unenforceable because they fail to satisfy one or more of the requirements of Title 35, U.S. Code, at least in Sections 102, 103, and/or 112.

## COUNTERCLAIM

Elantech asserts the following counterclaims against Synaptics:

55. Elantech re-alleges and incorporates by reference its allegations in its Complaint and responses and allegations as set forth herein in Paragraphs 27 through 54 above.

### JURISDICTION

56. This Court has subject matter jurisdiction of these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367, under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C §§ 2201 and 2202, and pursuant to Fed. R. Civ. P. 13. In addition, this Court has original jurisdiction over these

1  Counterclaims pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between
2  the parties, and the amount in controversy exceeds $75,000.
3        57.    Synaptics has commenced a civil action for infringement of the '591 patent, the
4  '411 patent, the '052 patent, and the '931 patent by filing its Answer and Counterclaims to
5  Elantech's Complaint.  As a consequence, there is an actual justiciable controversy between
6  Elantech and Synaptics concerning whether Elantech infringes any valid and enforceable claim
7  of the '591 patent, the '411 patent, the '052 patent, and the '931 patent.
8        58.    This Court has personal jurisdiction over Synaptics because, *inter alia*,
9  Synaptics has submitted itself to the jurisdiction of this Court.
10       59.    Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**First Claim**

**(Declaratory Relief)**

13       60.    Elantech hereby incorporates by reference the allegations set forth in
14 Paragraphs 55 through 59 above.
15       61.    Elantech has not infringed and does not directly, contributorily, or by
16 inducement infringe (either literally or under the doctrine of equivalents) any valid and
17 enforceable claim of any of the '591 patent, the '411 patent, the '052 patent, and the '931
18 patent.
19       62.    One or more claims of the '591 patent, the '411 patent, the '052 patent, and the
20 '931 patent are invalid for failure to comply with one or more requirements of Title 35, U.S.
21 Code, including at least Sections 102, 103, and 112, and/or under applicable judicial
22 precedent.

**ELANTECH'S PRAYER FOR RELIEF**

24     WHEREFORE, Elantech respectfully prays for the following relief and request that
25 this Court:
26       1.     Declare that Elantech has not infringed and currently is not infringing, whether
27 directly, indirectly, contributorily, by inducement, literally, or under the doctrine of
28 equivalents any claim of the '591 patent, the '411 patent, the '052 patent, and the '931 patent.

2. Deny Synaptics's prayer for preliminary and permanent injunctions

3. Deny Synaptics's prayer for award of compensatory damages.

4. Deny Synaptics's prayer for trebling of any and all damages.

5. Deny Synaptics's prayer for interests and costs.

5. Deny Synaptics's prayer for attorneys' fees and costs of the litigation.

6. Deny Synaptics's prayer for prejudgment interest.

7. Deny Synaptics's prayer for any other or further relief.

8. Declare that the '591 patent, the '411 patent, the '052 patent, and the '931 patent are invalid.

9. Declare that this is an exceptional case under 35 U.S.C. § 285 and award attorneys fees to Elantech.

10. Grant such further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Elantech respectfully demands a trial by jury on all issues so triable.

\* \* \* \*

Dated:  July 31, 2006        Respectfully Submitted,

By: _____/s/_____
Sean P. DeBruine
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

Attorney For Plaintiff
ELANTECH DEVICES CORPORATION