RECEIVED
06 AUG -3 PM 1:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

ELANTECH DEVICES CORPORATION,

        Plaintiff(s),

v.

SYNAPTICS, INC., AVERATEC, INC., and PROSTAR COMPUTER, INC.,

        Defendant(s).

CASE NO. C06-01839 CRB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Damir Cefo, an active member in good standing of the bar of U.S. District Court, Southern Dist. of New York whose business address and telephone number (particular court to which applicant is admitted) is

Cohen & Gresser, LLP, 100 Park Avenue, 23rd Fl., New York, NY 10017
Telephone: (212) 957-7600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Averatec, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 4, 2006

_____
United States District Judge
Charles R. Breyer

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*