RECEIVED

06 AUG -3 PM 1:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**Northern District of California**

1

2

3

4

5    ELANTECH DEVICES
     CORPORATION,

6                                              CASE NO.  C06-01839 CRB

7                         Plaintiff(s),          ~~(Proposed)~~
                                                 **ORDER GRANTING APPLICATION**
8         v.                                     **FOR ADMISSION OF ATTORNEY**
                                                 ***PRO HAC VICE***
9    SYNAPTICS, INC., AVERATEC, INC.,
     and PROSTAR COMPUTER, INC.,

10

11

12                       Defendant(s).
     _____/

13   Elizabeth F. Bernhardt                      , an active member in good standing of the bar of

14   U.S. District Court, Southern Dist. of New York    whose business address and telephone number

15   (particular court to which applicant is admitted)

16   is

17   Cohen & Gresser, LLP, 100 Park Avenue, 23rd Fl., New York, NY 10017
     Telephone:  (212) 957-7600

18

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing          Averatec, Inc.

21        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designed in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing.*

26

27   Dated: *August 4, 2006*

28
                                                 _____
                                                 United States District    Judge

                                                 Charles R. Breyer

UNITED STATES DISTRICT COURT
For the Northern District of California