| | |
|---|---|
| SCOTT R. RABER (CA SBN 194924)<br>KASTNER \| BANCHERO LLP<br>20 California Street, 7th Floor<br>San Francisco, California 94111<br>Telephone: (415) 398-7000<br>Facsimile: (415) 616-7000<br>Mr. Raber's email: srr@kastnerbanchero.com | Sean P. DeBruine (CA SBN 168071)<br>AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone:  (650) 838-2000<br>Facsimile:   (650) 838-2001<br>Mr. DeBruine's email: sdebruine@akingump.com |

LAWRENCE T. GRESSER
KAREN H. BROMBERG
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Mr. Gresser's email: ltgresser@cohengresser.com
Ms. Bromberg's email: kbromberg@cohengresser.com
Admission *Pro Hac Vice* Pending

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation;<br>AVERATEC, INC., a California corporation;<br>and PROSTAR COMPUTER, INC., a<br>California corporation,<br><br>           Defendants. | CASE NO. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

---

**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel |
| 2 | for plaintiff Elantech Devices Corporation and defendant Averatec, Inc. ("Averatec"), that the |
| 3 | time for Averatec to answer, respond or otherwise move against the complaint is extended to and |
| 4 | shall include August 10, 2006. |

This Stipulation may be signed in counterparts and copies of this Stipulation signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP

COHEN & GRESSER LLP

KASTNER | BANCHERO LLP

By: ___/s_____
    Sean P. DeBruine

By: _____
    Scott R. Raber

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

Attorneys for Defendant
AVERATEC, INC.

DATED: July _27_, 2006

DATED: July _20_, 2006

IT IS SO ORDERED.

DATED: _____August 04_____, 2006

_____
HON. CHARLES R. BRYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*