Scott R. Raber (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Raber's email:  srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Damir Cefo (NY SBN DC 1507)
Elizabeth F. Bernhardt (NY SBN EB 4637)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Ms. Bromberg's email: kbromberg@cohengresser.com
Mr. Cefo's email:  dcefo@cohengresser.com
Ms. Bernhardt's email:  ebernhardt@cohengresser.com
Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | CASE NO. C06-01839 CRB<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE [CIVIL L.R. 16-10(a)]**<br><br>Date: August 18, 2006<br>Time: 8:30 a.m.<br>Place: Courtroom 8, 19th Fl.<br><br>Before Hon. Charles R. Breyer |

1
**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**
CASE NO. C06-01839 CRB

1  Pursuant to Civil Local Rule 16-10(a), defendant Averatec, Inc. requests that the
2  undersigned, representative for defendant, be permitted to participate by telephone in the Case
3  Management Conference scheduled in the above-captioned case on August 18, 2006, at 8:30 a.m.
4  The undersigned can be reached at the following number on August 18, 2006:  (212) 957-7604.

6  DATED: August 8, 2006                    KASTNER | BANCHERO LLP

                                            COHEN & GRESSER LLP


                                            By:_____/s/_____
                                                    Karen H. Bromberg

                                            Attorneys for Defendant
                                            AVERATEC, INC.