| | |
|---|---|
| 1 | Scott R. Raber (CA SBN 194924) |
|  | KASTNER BANCHERO LLP |
| 2 | 20 California Street, 7th Floor |
|  | San Francisco, California 94111 |
| 3 | Telephone: (415) 398-7000 |
| 4 | Facsimile: (415) 616-7000 |
|  | Mr. Raber's email:  srr@kastnerbanchero.com |
| 5 | |
|  | Karen H. Bromberg (NY SBN KB 2153) |
| 6 | Damir Cefo (NY SBN DC 1507) |
|  | Elizabeth F. Bernhardt (NY SBN EB 4637) |
| 7 | COHEN & GRESSER LLP |
| 8 | 100 Park Avenue, 23rd Floor |
|  | New York, New York 10017 |
| 9 | Telephone: (212) 957-7600 |
|  | Facsimile: (212) 957-4514 |
| 10 | Ms. Bromberg's email: kbromberg@cohengresser.com |
|  | Mr. Cefo's email:  dcefo@cohengresser.com |
| 11 | Ms. Bernhardt's email:  ebernhardt@cohengresser.com |
| 12 | Admitted *Pro Hac Vice* |
| 13 | Attorneys for Defendant |
|  | AVERATEC, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | CASE NO. C06-01839 CRB |
| Plaintiff, | **REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE [CIVIL L.R. 16-10(a)]** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: August 18, 2006<br>Time: 8:30 a.m.<br>Place: Courtroom 8, 19th Fl. |
| Defendants. | Before Hon. Charles R. Breyer |

1  Pursuant to Civil Local Rule 16-10(a), defendant Averatec, Inc. requests that the
2  undersigned, representative for defendant, be permitted to participate by telephone in the Case
3  Management Conference scheduled in the above-captioned case on August 18, 2006, at 8:30 a.m.
4  The undersigned can be reached at the following number on August 18, 2006:  (212) 957-7604.

6  DATED: August 8, 2006                    KASTNER | BANCHERO LLP

7                                            COHEN & GRESSER LLP

10                                           By:_____/s/_____
                                                  Karen H. Bromberg

12                                           Attorneys for Defendant
                                             AVERATEC, INC.

14  *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*     August 14, 2006

---
2
**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**
CASE NO. C06-01839 CRB