1 | KARL J. KRAMER (CA SBN 136433)
ROBERT L. McKAGUE (CA SBN 187461)
2 | ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
3 | 755 Page Mill Road
Palo Alto, California 94304-1018
4 | Telephone: (650) 813-5600
Facsimile: (650) 494-0792
5 | kkramer@mofo.com

6 | Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No. C06-01839 CRB |
|---|---|
| Plaintiff, | **DEFENDANT SYNAPTICS' REPLY TO PLAINTIFF ELANTECH'S COUNTERCLAIM FOR DECLARATORY RELIEF** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

SYNAPTICS' REPLY TO ELANTECH'S COUNTERCLAIM FOR DECL. RELIEF
CASE NO. C06-01839 CRB
pa-1084981

1

Defendant Synaptics, Inc. ("Synaptics"), by and through its undersigned attorneys, hereby replies to the counter-claim for declaratory relief filed by plaintiff Elantech Devices Corporation ("Elantech") as follows:

### REPLY TO ELANTECH'S COUNTERCLAIM FOR DECLARATORY RELIEF

1. To the extent Elantech incorporates by reference the allegations in its Complaint into paragraph 55 of its Counterclaim, Synaptics incorporates by reference its responses to those allegations, as set forth in Synaptics' Answer, as if set forth fully herein.

### JURISDICTION

2. With respect to the allegations in paragraph 56 of Elantech's Counterclaim, Synaptics admits that this Court has subject matter jurisdiction over Elantech's counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338(a), the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Synaptics denies the remaining allegations in paragraph 56.

3. With respect to the allegations in paragraph 57 of Elantech's Counterclaim, Synaptics admits that it has brought counterclaims against Elantech for infringement of United States Patent Nos. 5,543,591 ("the '591 patent"), 5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931 ("the '931 patent") (collectively, the "Synaptics Patents"). Synaptics also admits that there is an actual justiciable controversy between Synaptics and Elantech over Elantech's infringement of the Synaptics Patents, and the validity and enforceability of the claims of those patents.

4. With respect to the allegation in paragraph 58 of Elantech's Counterclaim, Synaptics admits that this Court has personal jurisdiction over Synaptics in this case.

5. With respect to the allegation in paragraph 59 of Elantech's Counterclaim, Synaptics admits that venue is proper in this district pursuant to 28 U.S.C. § 1391.

**First Claim**
**(Declaratory Relief)**

6. To the extent paragraph 60 of Elantech's Counterclaim incorporates by reference the allegations contained in paragraphs 55 through 59 of the Counterclaim, Synaptics incorporates by reference its responses to those allegations as if set forth fully herein.

7. Synaptics denies the allegation in paragraph 61 of Elantech's Counterclaim.

8. Synaptics denies the allegation in paragraph 62 of Elantech's Counterclaim.

Dated:     August 17, 2006         KARL J. KRAMER
                                    ROBERT L. McKAGUE
                                    ERIKA L. LABIT
                                    MORRISON & FOERSTER LLP


                                    By:   s/Karl J. Kramer
                                          Karl J. Kramer

                                          Attorneys for Defendant
                                          SYNAPTICS, INC.

SYNAPTICS' REPLY TO ELANTECH'S COUNTERCLAIM FOR DECL. RELIEF
CASE NO. C06-01839 CRB
pa-1084981

2