**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 18, 2006**

**C-06-01839CRB**

   **ELANTECH DEVICES CORPORATION v. SYNAPTICS, INC.**

Attorneys:      Sean DeBruine                                   Robert McKague, Karl Framer

                                                                                    Elizabeth Bernhardt

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: N/A

**PROCEEDINGS:**                                                                                **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO  March 6, 2007 @ 2:30   for  Tutorial
                                              March 8, 2007 @ 2:30   for  Claim Construction

Discovery Cut-Off _____         Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: