1  YITAI HU (California Admission Pending) (yhu@akingump.com)
   SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
2  HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone:    650-838-2000
   Facsimile:    650-838-2001

5
   Attorneys for Plaintiff
6  ELANTECH DEVICES CORP.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11

12 ELANTECH DEVICES CORP.,            ) Case No. 3:06-CV-01839 CRB
                                      )
13         Plaintiff,                 ) **CERTIFICATE OF SERVICE OF**
                                      ) **SUMMONS AND AMENDED COMPLAINT**
14     vs.                            ) **ON PROSTAR COMPUTER, INC.**
                                      )
15
   SYNAPTICS, INC.;                   )
16 AVERATEC, INC.;                    )
   PROSTAR COMPUTER, INC.             )
17                                    )
           Defendants.                )
18                                    )
                                      )
19                                    )
                                      )
20 _____    )

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                          3:06-CV-01839 CRB

| *Attorney or Party without Attorney:*<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>2029 CENTURY PARK EAST<br>SUITE 2400<br>LOS ANGELES, CA 90067<br>Telephone No: 310 229-1000    FAX No: 310 229-1001 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* C101432 |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT- LOS ANGELES |
|---|
| *Plaintiff:* ELANTECH DEVICES CORPORATION |
| *Defendant:* Synaptics, Inc., A Delaware Corporation; Prostar Computer, Inc., A California Corporation |

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C06-01839 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Amended Complaint For Patent Infringement And Demand For Jury Trial; Order Setting Cmc; Final Pretrial Conference; Standing Orders; Notice Of Need For Adr Phone Conference; Stipulation And [proposed] Order Selecting Adr Process; Adr Certification By Parties And Counsel; Electronic Case Filing Users Manual; Ecf Registration Info Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Reassignment Order; Stip And Order Continuing Cmc; Joint Case Management Statement And [proposed] Order; Stipulated Protective Order.

3. a. *Party served:*  PROSTAR COMPUTER, INC., A CALIFORNIA CORPORATION
   b. *Person served:* WAN FEN CHOW AGENT FOR SERVICE OF PROCESS FOR PROSTAR COMPUTER, INC., A CALIFORNIA CORPORATION

4. *Address where the party was served:*  1128 CONER ST.
   ROWLAND HEIGHTS, CA 91748

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 28, 2006 (2) at: 4:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN OLIVARES
   
   IN-HOUSE ATTORNEY SERVICE, INC.
   10351 Santa Monica Boulevard
   Suite 101A
   Los Angeles, California 90025
   Telephone 310-557-9666
   E-Mail: inhouse_98@yahoo.com

   d. *The Fee for Service was:* $117.75
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.: 3431
       (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Oct. 03, 2006

   (EDWIN OLIVARES)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004      PROOF OF SERVICE SUMMONS      c101432.ags.129447

| Attorney or Party without Attorney:<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>2029 CENTURY PARK EAST<br>SUITE 2400<br>LOS ANGELES, CA 90067 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 310 229-1000    FAX No: 310 229-1001 | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>C101433 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT- LOS ANGELES | | | | |
| Plaintiff: ELANTECH DEVICES CORPORATION | | | | |
| Defendant: SYNAPTICS, INC., A DELAWARE CORPORATION | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div.: | Case Number:<br>C06-01839 CRB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Amended Complaint For Patent Infringement And Demand For Jury Trial; Order Setting Cmc; Final Pretrial Conference; Standing Orders; Notice Of Need For Adr Phone Conference; Stipulation And [proposed] Order Selecting Adr Process; Adr Certification By Parties And Counsel; Electronic Case Filing Users Manual; Ecf Registration Info Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Reassignment Order; Stip And Order Continuing Cmc; Joint Case Management Statement And [proposed] Order; Stipulated Protective Order.

3. a. Party served:        VINCENT Y. LIN
   b. Person served:     party in item 3.a.

4. Address where the party was served:    17800 CASTLETON ST.
                                           # 265
                                           ROWLAND HEIGHTS, CA 91748

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Oct. 02, 2006 (2) at: 10:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RENE URIBE                                    d. **The Fee** for Service was:   $116.50

   IN-HOUSE ATTORNEY SERVICE, INC.                  e. I am: (3) registered California process server
   10351 Santa Monica Boulevard                         (i) Employee
   Suite 101A                                           (ii) Registration No.:    3431
   Los Angeles, California 90025                        (iii) County:             Los Angeles
   Telephone 310 657 9666
   E-Mail: inhouse_98@yahoo.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Oct. 03, 2006

   Judicial Council form POS-010           PROOF OF SERVICE           (RENE URIBE)
   Rule 982.9.(a)&(b) Rev July 1, 2004         SUMMONS                           c101433.ags.129420