1  Vincent Y. Lin - SBN 201419
   Law Offices of Vincent Y. Lin
2  17800 Castleton Street, Suite 265
   City of Industry, CA 91748
3  Tel:(626) 935-0929
   Fax:(626) 935-0380
4
   Attorney for Defendants
5  PROSTAR COMPUTER, INC.

6

7                 UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

11
    ELANTECH DEVICES CORPORATION, )   Case No. C06-01839 CRB
12                                )
                                  )
13            Plaintiff,          )
                                  )   **STIPULATION AND ORDER**
14        v.                      )   **EXTENDING TIME FOR DEFENDANT**
                                  )   **PROSTAR COMPUTER, INC.  TO**
15                                )   **RESPOND TO PLAINTIFF'S AMENDED**
    SYNAPTICS, INC., a Delaware   )   **COMPLAINT FOR PATENT**
16  corporation; AVERATEC, INC.,  )   **INFRINGEMENT AND DEMAND FOR**
    a California corporation; and )   **JURY TRIAL**
17  PROSTAR COMPUTER, INC., a     )
    California corporation,       )
18                                )
                                  )
19            Defendants.         )
    _____)
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                  1
    Stipulation and Order Extending Time for Defendant Prostar
    Computer, Inc. to Respond to Plaintiff's Amended Complaint

1     Plaintiff ELANTECH DEVICES CORPORATION (hereinafter
2 "Plaintiff") and Defendant PROSTAR COMPUTER, INC. (hereinafter
3 "Defendant"), by and through their counsel of record, hereby
4 stipulate as follows:
5     1. Defendant PROSTAR COMPUTER, INC. were properly served
6 with Plaintiff's Amended Complaint for Patent Infringement and
7 Demand for Jury Trial (hereinafter "Amended Complaint");
8     2. Defendant PROSTAR COMPUTER, INC. have not had adequate
9 time to fully evaluate and respond to Plaintiff Amended
10 Complaint;
11     3. Defendant and Plaintiff agreed to an extension for
12 Defendant PROSTAR COMPUTER, INC. to file any responsive
13 pleadings, with the new due date being November 3, 2006;
14     4. No previous extensions of time have been requested or
15 granted for the Defendant;
16     In view of the foregoing facts, Plaintiff ELANTECH DEVICES
17 CORPORATION and Defendant PROSTAR COMPUTER, INC. believe that
18 good cause exists to extend the time for Defendants to file and
19 serve responsive pleadings to the Plaintiff's Amended Complaint.
20     WHEREFORE, IT IS STIPULATED THAT Defendant PROSTAR COMPUTER,
21 INC. shall be required to file and serve responsive pleadings to
22 Plaintiff's Amended Complaint by November 3, 2006.
23
24 **IT IS SO STIPULATED.**
25 Dated:                       AKIN GUMP STRAUSS HAUER & FELD LLP
26
27                                     _/s/ Elizabeth H. Rader_
28                                     Attorney for Plaintiff
                                      ELANTECH DEVICES CORPORATION

Stipulation and Order Extending Time for Defendant Prostar Computer, Inc. to Respond to Plaintiff's Amended Complaint

1  Dated:                                      LAW OFFICES OF VINCENT Y. LIN
2
3                                              _____
4                                              Attorney for Defendant
                                               PROSTAR COMPUTER, INC.
5
6
7     IT IS HEREBY ORDERED THAT Defendant PROSTAR COMPUTER, INC.
8  shall be required to file and serve responsive pleadings to
   Plaintiff's Amended Complaint for Patent Infringement and Demand
9  for Jury Trial by November 3, 2006.
10
11
       **IT IS SO ORDERED.**
12
13
   Dated: Oct. 31, 2006
14
15                                             _____
16
17                                             UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Extending Time for Defendant Prostar
Computer, Inc. to Respond to Plaintiff's Amended Complaint

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the aforesaid county, State of California; I am over the age of 18 years and I am not a party to the within action; my business address is 17800 Castleton Street, Suite 265, City of Industry, CA 91748-6781.

    On October 18, 2006, I served the foregoing documents described as: **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT PROSTAR COMPUTER, INC. TO RESPOND TO PLAINTIFF'S AMENDED COMLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL**; on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

[Please See Attached Service List]

XX (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice, it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at City of Industry, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY PERSONAL HAND DELIVERY) I caused such envelope to be hand delivered to the parties at the 17800 Castleton Street, Suite 265, City of Industry, CA 91748.

_____ (BY COURIER) I caused the above-referenced document(s) to be delivered to a courier service for delivery at the above address.

_____ (BY FACSIMILE) I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the following fax number _____ at the hour of _____ a.m./p.m.

    Executed on October 18, 2006, at City of Industry, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 10/18/2006            By: _____
                                                     Cyrus Chiu

## SERVICE LIST

YITAI HU
SEAN P. DEBRUINE
HSIN-YI CINDY FENG
AKIN GUMP STRAUSS HAUER & FELD LLP
TWO PALO ALTO SQUARE
3000 EL CMINO REAL, SUITE 400
PALO ALTO, CA 94306

KARL J. KRAMER
MORRISON & FOERSTER LLP
755 PAGE MILL ROAD
PALO ALTO, CA 94304

AVERATEC, INC.
1231 E. DYER ROAD, SUITE 150
SANTA ANA, CA 92705