1  Yitai Hu – yhu@akingump.com (California Admission Pending)
   Sean P. DeBruine – sdebruine@akingump.com (State Bar No. 168071)
2  Hsin-Yi Cindy Feng – cfeng@akingump.com (State Bar No. 215152)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, CA 94306
   Telephone: (650) 838-2000
5  Facsimile: (650) 838-2001

6  Attorneys For Plaintiff
   ELANTECH DEVICES CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>SYNAPTICS CORPORATION, a Delaware corporation;<br>AVERATEC, INC., a California corporation; and<br>PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants. | Case No. 5:06-cv-01839 CRB<br><br>**STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER** |

Plaintiff Elantech Devices Corporation ("Elantech") is the owner of United States Patent No. 5,825,352 ("the '352 patent"). On March 9, 2006, Elantech filed suit against Synaptics Corporation ("Synaptics") for infringement of the '352 patent. On June 20, 2006, Elantech joined Prostar Computer, Inc. ("Prostar") as co-defendant in the above-captioned action for infringement of the '352 patent. Elantech and Prostar (collectively "the Parties") have resolved and have agreed upon a settlement. Accordingly, the Parties consent to the entry of the following judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered for the plaintiff Elantech against Prostar. Each party shall bear its own costs and attorneys' fees associated with litigation of this matter prior to the entry of this Stipulated Consent Judgment Order ("Order").

2. Elantech is the owner and assignee of all rights, title, and interest in and to the '352 patent.

3. Prostar admits and stipulates that the '352 patent is valid and enforceable.

4. Prostar admits and stipulates that it has directly or indirectly infringed one or more claims of the '352 patent by making, using, selling, offering to sale, and/or importing computer laptop products incorporating touch-pad systems accused of infringement in this action.

5. Elantech, through its attorneys, covenants that it will not bring suit or seek to enforce the claims of the '352 patent against Prostar or customers who purchase the infringing products of Prostar, now or in the future, for making, having made, selling, offering for sale, importing or otherwise disposing of any past or current products of Prostar that infringe or may infringe the '352 patent.

6. This Court has and retains jurisdiction over the Parties to this action, the subject matter of this litigation, and any action to enforce or modify this Consent Judgment.

7. In any suit to enforce the terms of this Order, the party seeking enforcement shall be entitled to reasonable attorneys' fees and costs if that party demonstrates that the other party has violated the term(s) of this Order.

Dated: November 3, 2006                    AKIN GUMP STRAUSS HAUER & FELD LLP


By: _____/s/_____
    Sean P. DeBruine

Dated: ~~October~~, 2006   November 1.

LAW OFFICE OF VINCENT Y. LIN

By: _____
Vincent Y. Lin

Attorney For Defendant
PROSTAR COMPUTER, INC.

Dated: October ___, 2006

ELANTECH DEVICES CORPORATION

By: _____

Dated: ~~October~~ ___, 2006   November 1

PROSTAR COMPUTER, INC.

By: _____
Eddie Yuan

## ORDER

Based upon the foregoing Stipulation of counsel and good cause appearing therefor, IT IS SO ORDERED.

Dated: _____

_____
Honorable Charles R. Breyer
U.S. District Court Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: October __, 2006 | LAW OFFICE OF VINCENT Y. LIN |
| 4 | | |
| 5 | | |
| 6 | | By:_____ |
| | | Vincent Y. Lin |
| 7 | | |
| 8 | | Attorney For Defendant |
| | | PROSTAR COMPUTER, INC. |
| 9 | | |
| 10 | | |
| 11 | Dated: ~~October~~ November 3, 2006 | ELANTECH DEVICES CORPORATION |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Duke Shudo |
| 16 | Dated: October __, 2006 | PROSTAR COMPUTER, INC. |
| 17 | | |
| 18 | | |
| 19 | | By:_____ |
| 20 | | |

## ORDER

Based upon the foregoing Stipulation of counsel and good cause appearing therefor, IT IS SO ORDERED.

Dated: _____     _____
                             Honorable Charles R. Breyer
                             U.S. District Court Judge