1  Yitai Hu (California Admission Pending) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone:     650-838-2000
   Facsimile:     650-838-2001
5

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11  ELANTECH DEVICES CORP.,           )  Case No. 3:06-CV-01839 CRB
                                      )
12              Plaintiff,            )  **STIPULATION AND [PROPOSED] ORDER**
                                      )  **FOR LEAVE TO FILE ELANTECH'S**
13          vs.                       )  **AMENDED ANSWER TO SYNAPTICS'S**
                                      )  **COUNTERCLAIMS**
14  SYNAPTICS, INC., AVERATEC, INC., and )
    PROSTAR COMPUTER, INC.,           )
15                                    )
                                      )
16              Defendants.           )
                                      )
17  _____    )

# STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Elantech Devices Corp. ("Plaintiff") and Defendants Synaptics, Inc. and Averatec, Inc., by and through their respective attorneys of record, that Plaintiff may file a First Amended Answer to Synaptics' Counterclaims, a copy of which is attached hereto as Exhibit A. Agreement to this stipulation shall not be construed in any way as an admission of the merit or truth of any of the allegations contained in the amended pleading.

Dated: November 21, 2006          AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/
Sean P. DeBruine

Attorney For Plaintiff
ELANTECH DEVICES CORPORATION

Dated: November 21, 2006          MORRISON & FOERSTER LLP

By: /s/
Karl J. Kramer

Attorney For Defendant
SYNAPTICS, INC.

Dated: November 21, 2006          COHEN & GRESSER LLP

By: /s/
Karen H. Bromberg

Attorney For Defendant
AVERATEC, INC.

I hereby attest, pursuant to Section X of General Order 45, that concurrence in the filing of this document has been obtained from Karl J. Kramer and Karen H. Bromberg.

Dated: November 21, 2006            By:        /s/
                                                  Sean P. DeBruine

### [PROPOSED] ORDER

It is hereby ORDERED that pursuant to a stipulation of Plaintiff Elantech Devices Corp. and Defendants Synaptics, Inc. and Averatec, Inc., Plaintiff may file its First Amended Answer to Synaptics' Counterclaims.

Dated: November 22, 2006            _____
                                                  Honorable Charles R. Breyer
                                                  United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (signed)*