SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**AVERATEC INC.'S PATENT LOCAL RULE 4-5(B) RESPONSIVE BRIEF AND SUPPORTING EVIDENCE IN OPPOSITION TO ELANTECH'S OPENING BRIEF CONCERNING CLAIM CONSTRUCTION OF THE '352 PATENT CLAIMS** |

**PRELIMINARY STATEMENT**

Pursuant to Northern District of California Patent Local Rule 4-5(b), Defendant Averatec, Inc. ("Averatec"), provides the responsive brief and supporting evidence in opposition to Elantech Devices Corp's ("Elantech") opening claim construction brief for U.S. Patent No. 5,825,352 ("the '352 Patent").

**RESPONSIVE BRIEF AND SUPPORTING EVIDENCE**

Averatec hereby incorporates by reference and adopts in their entirety as if fully set forth herein, Synaptics, Inc.'s ("Synaptics") Opposition to Elantech's Claim Construction Brief Concerning the '352 Patent, along with Declarations of Dr. Andrew Wolfe and Mr. Karl Kramer dated February 12, 2007 ("Synaptics' Responsive Brief and Supporting Evidence").

Averatec reserves the right to supplement or amend its responsive brief and supporting evidence based on further investigation, discovery, evaluation of the scope and content of the prior art, or any changes in the claims and contentions of Elantech.

Dated: February 12, 2007           KASTNER BANCHERO LLP
                                   COHEN & GRESSER LLP


                                   By:    /s/ Scott R. Raber, Esq.

                                   Attorneys for Defendant
                                   AVERATEC, INC.