**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ELANTECH DEVICES CORPORATION,          No. C 06-01839 CRB

12              Plaintiff,                   **ORDER RE: CLAIM
                                             CONSTRUCTION**
13        v.

14    SYNAPTICS, INC.,

15              Defendant.
                                        /
16   _____

     and related counterclaims
17   _____/

18
          The Court is in receipt of the parties' claim construction briefs.  Each party is directed
19
     to advise the Court in writing, on or before **noon on Friday, February 16, 2007**, of the four
20
     terms or phrases that the party most wants the Court to construe.  The Court will limit the
21
     claim construction order and claim construction hearing to those eight terms or phrases and
22
     will consider, at a later date, if any further constructions are necessary.
23
          **IT IS SO ORDERED.**
24

25
     Dated: Feb. 14, 2007               _____
26                                       CHARLES  R. BREYER
                                         UNITED STATES DISTRICT JUDGE
27

28


G:\CRBALL\2006\1839\orderrelimitingterms.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28