**AKIN GUMP**
**STRAUSS HAUER & FELD** LLP
━━━━━━━━━━━ Attorneys at Law

SEAN P. DEBRUINE
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

February 16, 2007

Hon. Charles R. Breyer
United States District Court for the
   Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    ***Elantech Devices Corp. v. Synaptics, Inc. et al.***
               **Case No. C06-01839 CRB**

Dear Judge Breyer:

In response to the Court's Order of February 14, 2007, plaintiff Elantech Devices Corp. hereby identifies the following four terms as those it would most like construed by the Court. The terms are taken from chart at Exhibit A to the parties' December 18, 2006 Joint Claim Construction Statement:

    9. "initiating a signal to the host indicating the occurrence of said tap gesture" ('931);

    10. "maintaining said signal for a predetermined period of time" ('931);

    11. "detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred" ('931); and

    13. "incrementally move" ('411).

                                      Respectfully submitted,
                                      AKIN GUMP STRAUSS HAUER & FELD LLP


                                      /S/
                                      Sean P. DeBruine

                                      Attorneys for Plaintiff
                                      Elantech Devices Corp.