SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**AVERATEC INC.'S REQUESTED TERMS PURSUANT TO THE COURT'S FEBRUARY 14, 2007 ORDER** |

Pursuant to this Court's February 14, 2007 order, in which each party was directed to advise the Court in writing of the four terms or phrases that the party most wants the Court to construe, Defendant Averatec, Inc. ("Averatec"), Averatec hereby incorporates by reference and adopts in their entirety as if fully set forth herein, Synaptics, Inc.'s ("Synaptics") Requested Terms For Claim Construction submitted on February 16, 2007.

Dated: February 16, 2007        KASTNER BANCHERO LLP

　　　　　　　　　　　　　　　　COHEN & GRESSER LLP


　　　　　　　　　　　　　　　　By:   /s/ Scott R. Raber, Esq.


　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　AVERATEC, INC.