```
 1  SCOTT R. RABER (CA SBN 194924)
    KASTNER BANCHERO LLP
 2  20 California Street, 7th Floor
    San Francisco, California 94111
 3  Telephone: (415) 398-7000
    Facsimile: (415) 616-7000
 4  srr@kastnerbanchero.com
 5
    Karen H. Bromberg (NY SBN KB 2153)
 6  Elizabeth F. Bernhardt (NY SBN EB 4637)
    Damir Cefo (NY SBN DC 1507)
 7  COHEN & GRESSER LLP
    100 Park Avenue, 23rd Floor
 8  New York, New York 10017
    Telephone: (212) 957-7600
 9  Facsimile: (212) 957-4514
    kbromberg@cohengresser.com
10  ebernhardt@cohengresser.com
    dcefo@cohengresser.com
11
    Admitted Pro Hac Vice
12
    Attorneys for Defendant
13  AVERATEC, INC.

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17
18  ELANTECH DEVICES CORPORATION, a      Case No.   3:06-CV-01839 CRB
    corporation existing under the laws of Taiwan,
19  R.O.C.,                              REQUEST TO PARTICIPATE IN
                                         TUTORIAL HEARING AND
20                  Plaintiff,           CLAIM CONSTRUCTION
                                         HEARING BY TELEPHONE
21          v.
                                         Date: March 6 and 8, 2007
22  SYNAPTICS, INC., a Delaware corporation;   Time: 2:30 p.m.
    AVERATEC, INC., a California corporation; and
23  PROSTAR COMPUTER, INC., a California  Hon. Charles R. Breyer
    corporation,                          Courtroom No. 8, 19th Floor
24
                    Defendants.
25
26
27
28  REQUEST TO PARTICIPATE IN TUTORIAL HEARING AND       {1139-006/00012892.DOCv}
    CLAIM CONSTRUCTION HEARING BY TELEPHONE

    CASE NO. 3:06-CV-01839 CRB
                                                                            1
```

1    Counsel for defendant Averatec, Inc. requests that, to minimize the costs incurred by
2 defendant, the undersigned, representative for defendant, be permitted to participate by telephone
3 in the tutorial hearing scheduled in the above-captioned case on March 6, 2007 at 2:30 p.m. and
4 the claim construction hearing scheduled in the above-captioned case on March 8, 2007, at 2:30
5 p.m. The undersigned can be reached at the following telephone number on both March 6 and 8,
6 2007: (212) 957-7006.

7
8    Dated: February 28, 2007                    KASTNER BANCHERO LLP
                                                  COHEN & GRESSER LLP
9
10                                   By: __ /s/__ Scott R. Raber,
                                          Attorneys for Defendant
11                                        AVERATEC, INC.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   REQUEST TO PARTICIPATE IN TUTORIAL HEARING AND            {1139-006/00012892.DOCv}
     CLAIM CONSTRUCTION HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 CRB