SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.   3:06-CV-01839 CRB <br><br> **REQUEST TO PARTICIPATE IN TUTORIAL HEARING AND CLAIM CONSTRUCTION HEARING BY TELEPHONE** <br><br> Date: March 6 and 8, 2007 <br> Time: 2:30 p.m. <br><br> Hon. Charles R. Breyer <br> Courtroom No. 8, 19th Floor |

REQUEST TO PARTICIPATE IN TUTORIAL HEARING AND
CLAIM CONSTRUCTION HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 CRB

{1139-006/00012892.DOCv}

1

1  Counsel for defendant Averatec, Inc. requests that, to minimize the costs incurred by
2  defendant, the undersigned, representative for defendant, be permitted to participate by telephone
3  in the tutorial hearing scheduled in the above-captioned case on March 6, 2007 at 2:30 p.m. and
4  the claim construction hearing scheduled in the above-captioned case on March 8, 2007, at 2:30
5  p.m. Damir Cefo, who wishes to appear telephonically on behalf of defendant, can be reached at
6  the following telephone number on both March 6 and 8, 2007: (212) 957-7006.

Dated: February 28, 2007

KASTNER BANCHERO LLP
COHEN & GRESSER LLP

By: __/s/__ Scott R. Raber,
Attorneys for Defendant
AVERATEC, INC.

REQUEST TO PARTICIPATE IN TUTORIAL HEARING AND
CLAIM CONSTRUCTION HEARING BY TELEPHONE

{1139-006/00012892.DOCv}

CASE NO. 3:06-CV-01839 CRB