1  KARL J. KRAMER (CA SBN 136433)
   ELLEN S. REINSTEIN (CA SBN 227833)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  Email:  kkramer@mofo.com

6  Attorneys for Defendant and Counterplaintiff
   SYNAPTICS, INC.
7

8  Yitai Hu (CA SBN 248085) yhu@akingump.com
   Sean P. DeBruine (CA SBN 168071) sdebruine@akingump.com
9  Hsin-Yi Cindy Feng (CA SBN 215152) cfeng@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
10 3000 El Camino Real, Suite 400
   Palo Alto, CA 94306
11 Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
12

13 Attorneys For Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
   |---|---|
   | Plaintiff, | **JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM** |
   | v. | |
   | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date:  March 6 and 8, 2007<br>Time:  2:30 p.m.<br>Before: Honorable Charles R. Breyer<br>Location: Courtroom 8, 19th Floor |
   | Defendants. | |
   | AND RELATED COUNTERCLAIMS | |

MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM
CASE NO. C06-01839 CRB
pa-1133817

1   WHEREAS by Court order, Synaptics, Inc., ("Synaptics") and Elantech Devices Corp. ("Elantech") will be participating in a tutorial for the Court on March 6, 2007 and a Claim Construction Hearing on March 8, 2007, and

   WHEREAS, as a part of the tutorial and hearing, Synaptics and Elantech require the use of certain equipment (as detailed below) in the courtroom; and

   WHEREAS Synaptics and Elantech will require time to set up said equipment on March 6, 2007, for use at the tutorial on March 6, 2007 and hearing on March 8, 2007;

   THEREFORE, Synaptics and Elantech respectfully ask the Court for permission to install on March 6, 2007 the following equipment in the courtroom of Judge Charles R. Breyer for use on March 6 and 8, 2007:

   1   15" flat screen monitor
   3   laptop portable computers, each with a computer mouse
   6   touchpad devices
   1   Projector with stand
   1   Screen with stand
       Flip chart and pens for use with the Court's easel
       SVGA computer switches
       VGA Cables and wires to connect computers, monitors, and projector
       Power cables, extension cords, splitters and surge protectors

1 | A proposed order is filed herewith.

2

3 | Dated: February 28, 2007                MORRISON & FOERSTER LLP

4

5 |                                          By:   s/Karl J. Kramer
                                                   Karl J. Kramer

6 |                                          Attorneys for Defendant
                                             SYNAPTICS, INC.
7

8 | Dated: February 28, 2007                YITAI HU
                                             SEAN P. DeBRUINE
9 |                                          AKIN GUMP STRAUSS HAUER & FELD LLP

10

11 |                                         By:   s/Sean P. DeBruine
                                                   Sean P. DeBruine
12

13 |                                         Attorneys for Plaintiff
                                             ELANTECH DEVICES CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM
CASE NO. C06-01839 CRB
pa-1133817

2

1
2
3
4
5
6
7
8

9   UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>14           Plaintiff,<br><br>15       v.<br><br>16  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>            Defendants. | Case No.   C06-01839 CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM**<br><br>Date:  March 6 and 8, 2007<br>Time:  2:30 p.m.<br>Before: Honorable Charles R. Breyer<br>Location: Courtroom 8, 19th Floor |
| 20  AND RELATED COUNTERCLAIMS | |

21

22      IT IS HEREBY ORDERED that Synaptics, Inc. and Elantech Devices Corp. shall be

23  permitted to install, use and remove the following equipment for the tutorial set for March 6,

24  2007 and the hearing set for March 8, 2007 in Courtroom 8, 19th Floor, of Judge Charles R.

25  Breyer:

26      1    15" flat screen monitor

27      3    laptop portable computers, each with a computer mouse

28      6    touchpad devices

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM
CASE NO. C06-01839 CRB
pa-1133851

1     1    Projector with stand

2     1    Screen with stand

3          Flip chart and pens for use with the Court's easel

4          SVGA computer switches

5          VGA Cables and wires to connect computers, monitors, and projector

6          Power cables, extension cords, splitters and surge protectors

7

8     Dated: _____, 2007

9                                                  _____
                                                   CHARLES R. BREYER
                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM     1
CASE NO. C06-01839 CRB
pa-1133851