**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | No. C 06-01839 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SYNAPTICS, INC., | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the **Tutorial** currently on calendar for March 6, 2007 to **March 19, 2007 at 2:30 p.m.** and the **Claim Construction** currently on calendar for March 8, 2007 to **March 22, 2007 at 2:30 p.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 2, 2007                              FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
Barbara Espinoza
Courtroom Deputy