IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | No. C 06-01839 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| SYNAPTICS, INC., | |
| Defendant. / | |

Defendant Averatec's motion to appear at the tutorial and claim construction hearings by telephone is GRANTED; however, if Averatec wishes to be heard at either of those proceedings Averatec must appear in person.

**IT IS SO ORDERED.**

Dated: March 5, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderretelephone1.wpd