UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM<br><br>Date: March 6 and 8, 2007<br>Time: 2:30 p.m.<br>Before: Honorable Charles R. Breyer<br>Location: Courtroom 8, 19th Floor |

IT IS HEREBY ORDERED that Synaptics, Inc. and Elantech Devices Corp. shall be permitted to install, use and remove the following equipment for the tutorial set for March ~~6~~ 19, 2007 and the hearing set for March ~~8~~ 22, 2007 in Courtroom 8, 19th Floor, of Judge Charles R. Breyer:

    1    15" flat screen monitor

    3    laptop portable computers, each with a computer mouse

    6    touchpad devices

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM
CASE NO. C06-01839 CRB
pa-1133851

1        1    Projector with stand

2        1    Screen with stand

3             Flip chart and pens for use with the Court's easel

4             SVGA computer switches

5             VGA Cables and wires to connect computers, monitors, and projector

6             Power cables, extension cords, splitters and surge protectors

8    Dated:  __March__ _____, 2007          _____
                                                CHARLES R. BREYER
                                                United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM    1
CASE NO. C06-01839 CRB
pa-1133851