**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 19, 2007**

**C-06-01839** CRB

    **ELANTECH DEVICES CORPORATION  v.  SYNAPTICS, INC.**

Attorneys:   Sean DeBruine                        Karl Kramer, Erika Labit

              Scott MacKensie                   Ellen Reinstein, Damir Cefo (telephone)

Deputy Clerk: **BARBARA ESPINOZA**         Reporter:  N/A

**PROCEEDINGS:**                                                                 **RULING:**

1. Tutorial  –  Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf ____  Deft ____  Court ____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO  March 22, 2007 @ 2:30p.m.  for  Claim Construction

Discovery Cut-Off _____                   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____           Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: _____