IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORP., | No. C 06-01839 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| SYNAPTICS, INC.; AVERATEC, INC., | |
| Defendants. | |

The following question replaces question number five with respect to the '352 patent: What intrinsic evidence supports or refutes a construction of "identify a first maxima" as "identify a first absolute measured value within a region, the value being greater than all other absolute measured values in the region"?

Each side will be permitted no more than 45 minutes for argument for all questions.

**IT IS SO ORDERED.**

Dated: March 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\ORDERreMarkmanQs_revisedQ5.wpd

G:\CRBALL\2006\1839\ORDERreMarkmanQs_revisedQ5.wpd