**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 22, 2007**

**C-06-01839** CRB

**ELANTECH DEVICES CORPORATION** v. **SYNAPTICS, INC.**

| Attorneys: | Sean DeBruine | Karl Kramer, Ellen Reinstein, |
|---|---|---|
| | | Erika Labit, Gregory DeWolf, Wendy DeWolf |

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Belle Ball**

**PROCEEDINGS:**                                               **RULING:**

1. Claims Construction Hearing                                  Submitted

2. _____                          _____

3. _____                          _____

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____           Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for ____ days
                    Type of Trial:  ( )Jury   ( )Court

Notes: _____

_____

_____