1  SCOTT R. RABER (CA SBN 194924)
   KASTNER BANCHERO LLP
2  20 California Street, 7th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-7000
4  Facsimile: (415) 616-7000
   srr@kastnerbanchero.com
5
   Karen H. Bromberg (NY SBN KB 2153)
6  Elizabeth F. Bernhardt (NY SBN EB 4637)
   Damir Cefo (NY SBN DC 1507)
7  COHEN & GRESSER LLP
   100 Park Avenue, 23rd Floor
8  New York, New York 10017
   Telephone: (212) 957-7600
9  Facsimile: (212) 957-4514
   kbromberg@cohengresser.com
10 ebernhardt@cohengresser.com
   dcefo@cohengresser.com
11
   Admitted *Pro Hac Vice*
12
   Attorneys for Defendant
13 AVERATEC, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

| 19 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|---|
| 20 |  | **AVERATEC INC.'S JOINDER IN SYNAPTICS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT** |
| 21 | Plaintiff, |  |
| 22 | v. |  |
| 23 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, |  |
| 24 |  | Date: June 1, 2007 |
| 25 | Defendants. | Time: 10:00 am<br>Courtroom 8, 19th floor<br>Hon. Charles R. Breyer |

26

27

28

AVERATEC'S NOTICE AND MOTION FOR SUMMARY JUDGMENT                                    {1139-006/00014636.DOCv2}}
CASE NO. 3:06-CV-01839 CRB

1    PLEASE TAKE NOTICE that defendant Averatec, Inc. ("Averatec") hereby joins in defendant and counterclaimant Synaptics Inc.'s ("Synaptics") Motion for an order granting summary judgment of non-infringement of the claims of U.S. Patent No. 5,825,352 ("the '352 Patent") that are asserted by Elantech Devices Corporation ("Elantech") in this action.

Defendant Averatec incorporates by reference and adopts in their entirety as if fully set forth herein, Synaptics' Notice, the Memorandum of Points and Authorities, the supporting Expert Declaration of Dr. Andrew Wolfe, executed April 20, 2007 ("Wolfe SJ Decl."), the Declaration of Karl J. Kramer, executed April 20, 2007 ("Kramer SJ Decl."), the prior papers filed by Synaptics and Averatec in connection with the Claim Construction hearing, and other documents relied upon and/or submitted by Synaptics in connection with this Motion.

Defendant Averatec also respectfully requests the same relief as recited in the joint Motion and set forth in the proposed Order.

Dated: April 20, 2007         KASTNER BANCHERO LLP
                              COHEN & GRESSER LLP


                              By:    /s/ Scott R. Raber, Esq.


                              Attorneys for Defendant
                              AVERATEC, INC.