KARL J. KRAMER (CA SBN 136433)
ELLEN S. REINSTEIN (CA SBN 227833)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: June 1, 2007<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5, Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under seal portions of the Confidential Declaration of Dr. Andrew Wolfe in Support of Synaptics' Motion For Summary Judgment of Non-Infringement of the Asserted Claims of the '352 Patent ("Wolfe Declaration") and Exhibit 5 thereto. Synaptics' request is based upon this Motion and the Declaration of Karl J. Kramer in Support of Defendant Synaptics' Motion for Summary Judgment of Noninfringement of the '352 Patent, and the Declaration of David W. Gillespie in

1  Support of Synaptics' Miscellaneous Administrative Request to File Documents Under Seal
2  ("Gillespie Decl.").
3        Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document
4  may be obtained when it is established that the document in question contains information that
5  is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.
6        Synaptics seeks to file Exhibit 5 to the Wolfe Declaration and the portions of the Wolfe
7  Declaration that reference the contents of Exhibit 5 under seal because Exhibit 5 consists of a
8  computer disk containing "current" and "exemplary" versions of Synaptics' highly confidential
9  proprietary firmware and source code ("Code").  The Code was produced to Elantech Devices
10 Corp. ("Elantech") on October 2 and 16, 2006 with the "Confidential – Attorney's Eyes Only"
11 designation pursuant to the Stipulated Amended Protective Order entered by the Court on
12 September 26, 2006. (Kramer Decl., ¶ 10.)  The parties agreed that the contents of the parties'
13 proprietary firmware and source code should be protected with the highest level of
14 confidentiality.  (September 26, 2006 Stipulated Amended Protective Order, ¶ 3.3.1.)
15       The information contained in Exhibit 5 consists of proprietary trade secret protected
16 source code.  (Gillespie Decl., ¶¶ 4-5.)  Pursuant to Cal. Civ. Code § 3426.1(d), "'Trade secret'
17 means information, including a formula, pattern, compilation, program, device, method,
18 technique, or process, that:  (1) Derives independent economic value, actual or potential, from
19 not being generally known to the public or to other persons who can obtain economic value
20 from its disclosure or use; and (2) Is the subject of efforts that are reasonable under the
21 circumstances to maintain its secrecy."  The Code submitted as Exhibit 5 to the Wolfe
22 Declaration and referenced in portions of his declaration contains information that, if known,
23 would, under some circumstances, permit a competitor to copy features of Synaptics' devices
24 and save the competitor significant investment in research and development.  (Gillespie Decl.,
25 ¶ 4.)  Synaptics has been diligent in protecting the confidentiality of this information and
26 derives significant independent economic value from the fact that the Code is not generally
27 known to the public.  (Gillespie Decl., ¶ 5.)
28

SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839 CRB      2
pa-1149327

1     For the reasons stated above, Synaptics respectfully requests that the Court grant its Miscellaneous Administrative Request to File Documents Under Seal. A non-confidential "Public Version" of Dr. Wolfe's Declaration will be filed herewith, which will exclude the full version of the Code itself (Exhibit 5) and those portions of the text in Dr. Wolfe's Declaration that directly reference highly confidential Code names or routines.

Dated:     April 23, 2007

KARL J. KRAMER
ELLEN S. REINSTEIN
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By:   s/Karl J. Kramer
       Karl J. Kramer

Attorneys for Defendant
SYNAPTICS, INC.

```
 1  KARL J. KRAMER (CA SBN 136433)
    ELLEN S. REINSTEIN (CA SBN 227833)
 2  ERIKA L. LABIT (CA SBN 234919)
    MORRISON & FOERSTER LLP
 3  755 Page Mill Road
    Palo Alto, California  94304-1018
 4  Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
 5  KKramer@mofo.com

 6  Attorneys for Defendant and Counterclaimant
    SYNAPTICS, INC.
 7
```

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: June 1, 2007 <br> Time:  10:00 a.m. <br> Courtroom 8, 19th Floor <br> Hon. Charles R. Breyer |

   This matter comes before the Court on an administrative motion to file under seal confidential versions of portions of the Confidential Declaration of Andrew Wolfe, Ph.D. in Support of Synaptics' Motion For Summary Judgment of Non-Infringement of the Asserted Claims of the '352 Patent ("Wolfe Declaration") and Exhibit 5 thereto, filed April 23, 2007.  Having considered Synaptics' request, as well as the pleadings and materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for portions of the Wolfe Declaration and Exhibit 5 to the Wolfe

[PROPOSED] ORDER GRANTING SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL; Case No. C06-01839 CRB
pa-1149346

1

1  Declaration to be filed under seal. Plaintiff's administrative motion to file portions of the
2  Wolfe Declaration and Exhibit 5 under seal is hereby GRANTED.
3       IT IS SO ORDERED.
4  Dated: _____

         By: _____
             UNITED STATES DISTRICT COURT JUDGE
             HONORABLE CHARLES R. BREYER

[PROPOSED] ORDER GRANTING SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS
UNDER SEAL; Case No. C06-01839 CRB
pa-1149346

22