1  KARL J. KRAMER (CA SBN 136433)
   ELLEN S. REINSTEIN (CA SBN 227833)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a          Case No.   C06-01839 CRB
   | corporation existing under the laws of Taiwan,
13 | R.O.C.,                                   **CONFIDENTIAL DECLARATION
   |                                           OF DR. ANDREW WOLFE IN
14 |              Plaintiff,                    SUPPORT OF SYNAPTICS'
   |                                           MOTION FOR SUMMARY
15 |                                           JUDGMENT OF NON-
   |        v.                                 INFRINGEMENT OF THE
16 |                                           ASSERTED CLAIMS OF THE
   |                                           '352 PATENT**
17 | SYNAPTICS, INC., a Delaware corporation;
   | AVERATEC, INC., a California corporation;  Date: June 1, 2007
18 | and PROSTAR COMPUTER, INC., a             Time: 10:00 a.m.
   | California corporation,                    Courtroom 8, 19th Floor
19 |                                           Hon. Charles R. Breyer
   |              Defendants.
20 |

21 | AND RELATED COUNTERCLAIMS

22

23      **CONFIDENTIAL:  SUBMITTED UNDER SEAL PURSUANT TO AMENDED
         STIPULATED PROTECTIVE ORDER DATED SEPTEMBER 26, 2006**

24                       **PUBLIC VERSION**

25

26

27

28

I, Andrew Wolfe, hereby declare as follows:

1.      The statements made in this declaration are of my own personal knowledge, and I could and would so testify if called as witness in this matter.

## I.      BACKGROUND AND QUALIFICATIONS

### A.      Education and Professional Experience

2.      The statements made in this declaration are of my own personal knowledge, and I could and would so testify if called as a witness in this matter.

3.      I received a BSEE degree in electrical engineering and computer science from the Johns Hopkins University in 1985, an MS degree in electrical and computer engineering from Carnegie Mellon University in 1987, and a Ph.D. degree in computer engineering from Carnegie Mellon University in 1992. I was a visiting assistant professor at Carnegie Mellon University in 1992 and an assistant professor in the electrical engineering department of Princeton University from 1991 to 1997. From 1999 to 2002 I served as a consulting professor at Stanford University, where I taught courses in computer architecture and microprocessor design. Attached to this declaration as Exhibit 1 is a true and correct copy of my Curriculum Vitae.

4.      I have been actively involved in the development of touch sensor technologies for over 20 years. From 1983 to 1985, I was a senior design engineer at Touch Technology, Inc. in Annapolis, Maryland. In 1986 and 1987, I was a contractor at Carroll Touch Division, Amp Inc., in Round Rock, Texas, where I designed technologies for touch-screen systems. In 1989, I founded and developed technologies for the Graphics Technology Company, Inc., which developed touch-sensitive components and systems for interactive systems. I worked at the Graphics Technology Company, Inc. on touch-sensor technology development from 1989 through 1995. From 1997 through 2002, I served in varying capacities, including Director of Technology and Chief Technical Officer, for SonicBlue, Inc., a leading networked consumer electronics company. I also co-founded and served as Chief Technical Officer for RGB, Inc., where in 2003 I developed architectural specifications for programmable video signal processors and other devices. Since 2002, I have also consulted for a number of companies on a range of technology development, investment, and intellectual property matters.

5.      I am a named inventor on numerous patents relating to electrical and computer engineering.  In particular, I am the named inventor on at least four patents relevant to touch-sensitive interfacing devices such as those at issue in this litigation: U.S. Pat. Nos. 5,041,701; 5,438,168; 5,736,688; and 6,037,930.

6.      I have an intimate knowledge of the state of touchpad technology development during the 1990's and can accurately reflect the state of that development from my own work experience.  I have specific experience in the design of touch-sensor systems.  I have supervised other engineers in the development of touch-sensor systems.  I have studied and am familiar with the circuit and software design concepts utilized in the inventions claimed in U.S. Patent No. 5,825,352 ("the '352 Patent"), a true and correct copy of which is attached as Exhibit 2 hereto.

7.      With a broad knowledge of touchpad technology, with a solid grounding in pertinent circuit and software design, with a historical perspective based on active personal participation, and with experience with the patent process, I believe that I am qualified to provide an accurate assessment of the technical issues in this case.

**B.      Summary of Expert Opinions**

8.      I was asked to review materials and provide technical teaching and opinions regarding whether the touchpad devices that Elantech has accused of infringing the '352 Patent meet the asserted claims of the '352 Patent literally or under the Doctrine of Equivalents.  In particular, in this Declaration, I will explain some of the basic functions of the firmware and software code that control the functions of the accused touchpad devices.

9.      Based upon my review of the Synaptics' software and firmware code, I conclude that the accused devices do not infringe the asserted claims of the '352 Patent either literally or under the Doctrine of Equivalents.  My conclusions are based upon four specific opinions:  (1) Elantech's Infringement Contentions are completely devoid of any explanation or exposition concerning how limitations (a)-(c) of the claimed "scanning" function are met in the accused Synaptics touchpad devices; (2) accused versions of the Synaptics code for multiple-finger detection are not enabled and thus cannot possibly meet, literally or under the Doctrine of Equivalents, the claimed functions of "detecting the operative coupling of multiple fingers" and

1   "providing an indication of the simultaneous presence of two fingers in response to identification

2   of said first and second maxima;" (3) Synaptics' Type 1 Code does not meet, literally or under the

3   Doctrine of Equivalents, the claimed functions of "scanning the touch sensor to (a) identify a first

4   maxima in a signal corresponding to a first finger, (b) identify a minima following the first

5   maxima, (c) identify a second maxima in a signal corresponding to a second finger following said

6   minima, and providing an indication of the simultaneous presence of two fingers in response to

7   identification of said first and second maxima;" (4) Synaptics' Type 2 Code does not meet,

8   literally or under the Doctrine of Equivalents, the claimed functions of "scanning the touch sensor

9   to . . . (b) identify a minima following the first maxima, (c) identify a second maxima in a signal

10  corresponding to a second finger following said minima, and providing an indication of the

11  simultaneous presence of two fingers in response to identification of said first and second

12  maxima."

13  **II.    THE '352 PATENT CLAIMS**

14          10.    In its September 1, 2006 Infringement Contentions, Elantech asserted that

15  Synaptics infringes independent claims 1 and 18.  A true and correct copy of Plaintiff Elantech

16  Devices Corp.'s Asserted Claims And Preliminary Infringement Contentions, served September

17  1, 2006 ("Elantech's Infringement Contentions"), is attached as Exhibit 3 hereto.          .

18          11.    The '352 Patent is directed to "processes for detection of multiple maxima with

19  intermediate minima in appropriate sequences to emulate the operations of cursor control and

20  button actuations in a pointing and control device." (Exhibit 2 (Abstract).)  Each of the asserted

21  claims 1 and 18 requires a method or system for "detecting the operative coupling of multiple

22  fingers" to a touch sensor. Each of the two asserted claims also requires at least "scanning the

23  touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a

24  minima following the first maxima, (c) identify a second maxima in a signal corresponding to a

25  second finger following said minima, and providing an indication of the simultaneous presence of

26  two fingers in response to identification of said first and second maxima."  (Exhibit 2, col. 16,

27  lines 14-23 and col. 17, lines 27-37.)  The claims are set forth in full below and in Appendix A to

28

1   Synaptics' Notice of Motion and Motion for Summary Judgment of Noninfringement of the '352

2   Patent, with which this Declaration is filed.

3

4           1. A method for detecting the operative coupling of multiple fingers
            to a touch sensor involving the steps of

5           scanning the touch sensor to (a) identify a first maxima in a signal
            corresponding to a first finger, (b) identify a minima following the

6           first maxima, (c) identify a second maxima in a signal
            corresponding to a second finger following said minima, and

7           providing an indication of the simultaneous presence of two fingers
            in response to identification of said first and second maxima.

8

9           18. A touch sensor for detecting the operative coupling of multiple
            fingers comprising:

10          means for scanning the touch sensor to (a) identify a first maxima

11          in a signal corresponding to a first finger, (b) identify a minima
            following the first maxima, and (c) identify a second maxima in a

12          signal corresponding to a second finger following said minima, and

13          means for providing an indication of the simultaneous presence of
            two fingers in response to identification of said first and second

14          maxima.

15          12.     Pertinent to the issue presented in this Declaration, the Court has construed the

16  sub-limitations (a)-(c), ruling that the "scanning" step sub-limitations mean to "identify a first

17  peak value in a finger profile obtained from scanning the touch sensor[;] identify the lowest value

18  in the finger profile that occurs after the first peak value, and before another peak value is

19  identified[; and] after identifying the lowest value in the finger profile, identify a second peak

20  value in the finger profile." (*See* Court's April 6, 2007 Claim Construction Order ("Claim

21  Construction Order"), at 15.)

22          13.     The '352 Patent specification underscores the importance of finding the claimed

23  "minima," or "valley," between two adjacent maxima, or "peaks." The '352 Patent explains that

24  "[t]he only requirement is that, in the profile of finger-induced capacitances, the profile of the

25  newly placed finger exhibits a zero value or a local minimum on each side of its peak value, in at

26  least one of the X or Y directions, so that it may be distinguished from the other finger(s) in

27  contact with the touchpad." (Exhibit 2, col. 11, lines 49-55.) The patent explains that it is

28

1    important "to ensure that a legitimate valley and two legitimate peaks have been detected, to

2    avoid artifacts." (*Id.*, col. 10, lines 60-63.)

3            14.    The patent expressly teaches that "thresholds" can be used to verify "peaks" and

4    "valleys" in the finger profile. (*Id.*, col. 10, lines 31-60.) A threshold is simply a reference value

5    that is compared with signal values to determine if a specific condition is true or not. Indeed, the

6    comparison of "threshold" values to "minima" and "maxima" values is expressly taught as an

7    auxiliary step that is not a substitute for the step of locating a "minima" between two "maxima."

8    (*Id.*, col. 10, lines 52-65; FIG. 6-2; FIG. 9-2.) The patent explains that "artifacts" can be avoided

9    only by detecting "legitimate" maxima and minima values in appropriate sequences. (*Id.*, col. 10,

10   lines 60-63.) As disclosed in the '352 Patent, this method of avoiding artifacts was used in a

11   system that generally sampled the capacitance values of the touchpad electrodes from between

12   about 30 to 200 scans per second. (*Id.*, col. 6, lines 14-25.) Thus, the sole explanation provided

13   in the '352 Patent for the use of "processes for detection of multiple maxima with intermediate

14   minima in appropriate sequences" is to avoid "artifacts" in the capacitance signals that are being

15   sampled at a relatively low scan rate of 30-200 scans per second.

16   **III.    ANALYSIS OF ELANTECH'S INFRINGEMENT CLAIMS**

17           **A.    Elantech's Infringement Contentions**

18           15.    On September 1, 2006, Elantech served its "Asserted Claims and Preliminary

19   Infringement Contentions." (Exhibit 3.) Pursuant to Patent Local Rule 3-1(b), Elantech accused

20   specifically Synaptics' "TM41 series or family, including but not limited to TM41xx134,

21   TM41xx156, TM41xx180, TM41xx200, TM41xx220,TW41xx230, TM41xx240, TM41xx140,

22   TM41xx301, and TM41xx221 series or families" of touchpad devices. (*Id.* at 2.) Elantech also

23   accused specifically "the notebook products and product families of Averatec that incorporate

24   Synaptics' touchpads, such as 22xx, 31xx, 32xx, 33xx, c35xx, 41xx, and 51xx series or families

25   of Averatec. . . ." (*Id.*) Collectively, these are the "Accused Touchpads" at issue.

26           16.    In its Infringement Contentions, Elantech includes several citations to support its

27   contention that the "scanning" limitations (a)-(c) and the "providing" limitation are found in the

28   Accused Touchpads. Elantech cites generically to several pages of the 2001 Synaptics Touchpad

1    Interfacing Guide, 2nd Edition, in particular pages 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6.

2    (*See* Exhibit 4; Exhibits A and B to Elantech's Infringement Contentions.)  A true and correct

3    copy of the 2001 Synaptics Touchpad Interfacing Guide, 2nd Edition is attached as Exhibit 4

4    hereto.  There is nothing in pages 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6, that describe in

5    any way the function of "scanning the touch sensor" to identify any of the values required to be

6    identified in claim limitations (a)-(c) or the function of "providing" as claimed, specifically:

7    "scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first

8    finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal

9    corresponding to a second finger following said minima, and providing an indication of the

10    simultaneous presence of two fingers in response to identification of said first and second

11    maxima."

12        17.    The cited passages, in general, have nothing whatsoever to do with the detection of

13    multiple fingers.  One cited passage, on pages 8 and 9, discusses the encoding of communications

14    from the touchpad to the host computer, in particular a portion of the communication packet in

15    one communication mode that is called the "W" value.  The W value can communicate that two

16    fingers are on the pad or that three or more fingers are on the pad if this optional feature is

17    enabled on the subset of Synaptics products that support this capability.  The cited passages do

18    not indicate that this capability is present in any of the Accused Touchpads.  More importantly,

19    nothing cited in the Elantech contentions describes the method for determining whether two or

20    more fingers are touching the touchpad.  As such there is nothing cited that describes the elements

21    of the claim in the scanning limitations (a)-(c).

22        **B.    Devices With No Enabled Multiple-Finger Detection Function**

23        18.    There are Synaptics products that have no enabled multiple-finger detection

24    function.  Given the way that Synaptics products have been designed, functional steps such as the

25    ones recited in the asserted claims can only exist in the embedded software programs (called

26    firmware).  (Attached as Exhibit 5 hereto is a true and correct copy of a computer disk containing

27    "current" and "exemplary" versions of Synaptics' code that were produced to Elantech in October

28    2006 pursuant to the agreement embodied in the September 26, 2006 Amended Stipulated

1  Protective Order, ¶3.3.1.)  Some of these devices do not include any firmware whatsoever for

2  detecting multiple fingers.  The firmware that would potentially perform such a function is

3  eliminated prior to the manufacture of these devices.  This is the case when software is built for

4  any board model that includes the descriptor ██████████████████████████████

5  ██████████████████████████ related to that product (Exhibit 5, SYN 00097065-97236).

6  Only when this line is *not* included for a given product is this feature turned on in the ██████

7  vector (Exhibit 5, SYN 00097700).  This causes ████████████████████

8  ████████████ and thus incorporates the multiple finger detection code into a product (Exhibit 5,

9  SYN 0097760; SYN 00097898-97899).  Devices that lack the multiple finger detection code

10  cannot infringe literally or under the Doctrine of Equivalents the asserted claims which are

11  limited to a specific technique for *multiple finger detection*.

12       19.  Some other Synaptics products physically contain firmware that could potentially

13  detect multiple fingers; however, that firmware is always disabled whenever the device is

14  operated.  In the "current code" software version that has been produced pursuant to ¶3.3.1 of the

15  September 26, 2006 Stipulated Amended Protective Order, multifinger capability is disabled by

16  default.  The software flag ██████████████████ must be set for the multifinger detection code

17  to execute (Exhibit 5, SYN 00097898-97899).  It is cleared by default (Exhibit 5,

18  SYN 00097046).  In this case, the finger counting code is skipped altogether (*see* module

19  ██████████████████████████████) (Exhibit 5, SYN 00097898-97899).  This flag is

20  declared in ████████ as part of a ████████ register (*i.e.*, ████████████

21  ████████████) (Exhibit 5, SYN 00097943).  It is cleared on any reset by the

22  ████████ code in ████████ (Exhibit 5, SYN 00097046).

23       20.  The "current code" Synaptics device driver software never enables the multi-finger

24  detection firmware.  The ██████████████████ flag can only be changed by calling the

25  ██████████████ code in ████████ via a message from the device driver running on the

26  host computer (Exhibit 5, SYN 0097546-97549).  The Synaptics drivers send no such message.

27  Feature-related messages, such as this one, are sent via the call

28  ██████████████████████████ in the Synaptics device driver (Exhibit 5, SYN 00094180-

CONF. DECL OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' [PUBLIC VERSION]      7
MOT. FOR SJ OF NONINFRINGEMENT OF THE '352 PATENT
CASE NO. C 06-01839 CRB
pa-1149954

1   94181). I have searched the driver code for each call to this routine and none of them impact the

2   value of the ▮▮▮▮▮▮▮▮▮ (which is in the ▮▮▮▮▮▮▮ register). Other

3   features are set (Exhibit 5, SYN 00093958-93962), but multiple-finger detection is never enabled.

4   Since the steps recited in claim 1 are never performed, such devices cannot infringe that claim

5   literally or under the Doctrine of Equivalents. Furthermore, since the functions described for

6   various "means" elements in claim 18 are not performed by any structure, corresponding "means"

7   elements do not exist.

8         **C.    Synaptics Type 1 Code**

9         21.    There are two ways in which Synaptics has firmware to perform functions related

10  to multiple-finger detection, when such a capability is enabled. I will call the first type of

11  firmware the Type 1 Code. This is the "exemplary" version of code produced in October 2006

12  pursuant to ¶3.3.1 of the September 26, 2006 Stipulated Amended Protective Order. The Type 1

13  Code uses a simple "threshold" comparison method to discern the presence of multiple fingers on

14  the touchpad. A threshold is used to distinguish a touched location from one that is not touched.

15  The technique of using a threshold to determine if a location has been touched was used in

16  capacitive touchpads at least twenty years prior to the '352 Patent.

17        22.    The Synaptics Type 1 Code does not ever attempt to identify a peak in the finger

18  profile, nor does it ever attempt to "identify the lowest value in the finger profile that occurs after

19  the first peak value, and before another peak value identified." Instead, the Type 1 Code uses a

20  much simpler approach to count the number of fingers touching the touch sensor. The Type 1

21  Code does construct a sample data array every millisecond based on "Z pressure" values.

22  (Exhibit 5, SYN 00100234-100295). The code then sets a threshold value, approximately ▮▮▮

23  ▮▮▮ of the sample values. (Exhibit 5, SYN 00100288-100289). Each sample in the profile

24  is compared to the threshold to determine if it is above the threshold or below (*Id.*). A value is

25  stored in a bit-vector called ▮▮▮▮▮▮ to represent each sample; a one is stored if it is above

26  the threshold and a zero is stored if it is below (*Id.*). This is illustrated in the diagram below. The

27  code then counts the number of contiguous groups of ones in this bit vector, *i.e.*, the number of

28  groups of contiguous traces that appear to be touched (Exhibit 5, SYN 00100292-100295; SYN

1    00100268).  The resulting number is accumulated over 13 or 26 passes through this process.

2    Finally, the sum of these estimates is compared to some additional finger count filtering

3    thresholds to determine what the number of fingers touching the pad along one axis could be

4    (Exhibit 5, SYN 00100013-100014).  In some products, this process is also performed along the

5    other axis and the data is combined to estimate the number of fingers (using the

6    ███████████████    (Exhibit 5, SYN 00100234-100295)).



22        23.    In this method, there is no process for "scanning the touch sensor to (a) "identify a

23    first peak value in a finger profile obtained from scanning the touch sensor;" (b) "identify the

24    lowest value in the finger profile that occurs after the first peak value, and before another peak

25    value is identified;" or (c) "after identifying the lowest value in the finger profile, identify a

26    second peak value in the finger profile."  (Claim Construction Order at 15.)    Furthermore, there

27    is no function of "providing an indication of the simultaneous presence of two fingers in response

28    to identification of said first and second maxima." (*Id.*) Since these maxima are never identified,

CONF. DECL OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' [PUBLIC VERSION]
MOT. FOR SJ OF NONINFRINGEMENT OF THE '352 PATENT
CASE NO. C 06-01839 CRB
pa-1149954

9

1   nothing can be provided in response to such an identification. Instead, in the Type 1 Code

2   contiguous groups of ones are identified in the threshold bit vector without ever identifying the

3   value or location of any peak. In fact, a contiguous group of ones in this bit vector may represent

4   a portion of the sample data array that has more than one peak as in the example shown above on

5   traces 9 through 11. The Type 1 Code will identify this as a single touch. In addition, this code

6   does not ever attempt to "identify the lowest value in the finger profile that occurs after the first

7   peak value, and before another peak value is identified." Neither the location nor the value of the

8   lowest point between two peaks or between two fingers is ever identified. Since the functions

9   recited in the claimed scanning steps (a-c) are completely absent in the Synaptics Type 1 Code,

10  there can be no infringement.

11         24.     The Synaptics Type 1 Code is substantially different from the scanning steps (a-c)

12  described in the asserted claims. This code does not perform the functions embodied in these

13  limitations and as such the Type 1 Code performs different functions in a substantially different

14  way. The patent states that the intended result of the claimed scanning steps (a-c) was to avoid

15  artifacts (*i.e.*, false touch counts caused by signal noise). (Ex. 2, '352 Patent, col. 10, lines 31-

16  63.) The Synaptics Type 1 Code addresses this problem in a substantially different way through

17  higher sampling rates (around 1000 scans/s), filtering of sample data, and filtering and

18  thresholding of finger count estimates. Since the Type 1 Code is so different from what is

19  described and claimed in scanning steps (a-c) in the asserted claims in the '352 Patent, there can

20  be no infringement under the Doctrine of Equivalents.

21         **D.     Synaptics' Type 2 Code**

22         25.     Synaptics has also implemented a version of code that applies spatial and temporal

23  filtering calculations to the operative coupling data from the traces prior to creating a sample data

24  array. These steps are performed primarily to improve the accuracy of determining the position

25  of a single finger on the touch sensor by eliminating various types of noise in the measured

26  signals. The result is a smoothed data sequence that generally does not contain the small dips or

27  bumps that can make finger counting difficult. Because of these changes to the code for locating

28  a single finger, Synaptics also modified its code for detecting multiple fingers in the event any

customer actually wanted to use the multiple-finger detection function. For purposes of this declaration, these code modifications will be called the "Type 2 Code." This is the "current" version of code produced in October 2006 pursuant to ¶3.3.1 of the September 26, 2006 Stipulated Amended Protective Order.

26. The Type 2 Code samples the traces on an axis 12 times (once every millisecond) and averages the values to reduce noise and assist in eliminating artifacts. These samples are shown in black in the drawing below. The set of accumulated values is then smoothed using a spatial filter to create a data sequence that generally does not contain any substantial jitter or other measurement anomalies. This filtered data sequence is shown as red circles in the drawing below.







27. The filtered data sequence is then processed to find the location, but not the value, of peaks. A firmware routine called [REDACTED] is called to count the fingers in this data sequence (Exhibit 5, SYN 00096900-96904). This calls [REDACTED]

1  ████████████████████████████████████████████████████████████

2  ████████████████████████████████████████. This produces a bit value of 1 to

3  mark each trace that was a "non-increasing" trace immediately following an "increasing" trace,

4  *i.e.*, each trace that is greater than its predecessor and not less than its successor. These traces

5  would be identified as "peak" locations, but there is no attempt to identify the peak value

6  (Exhibit 5, SYN 00096904-96907). There is no code whatsoever to determine the value or

7  location of any lowest point between any two such peaks and thus no way to "identify the lowest

8  value in the finger profile that occurs after the first peak value" (Exhibit 5, SYN 00096878-

9  96907).

10       28.    Other code ████████████████████████ determines the overall

11  (global) minimum and maximum values in the data sequence for the purpose of computing

12  thresholds, but this code cannot determine where these values occur. The minimum value could

13  be anywhere in the data sequence, for example at the beginning. In fact, this is done prior to peak

14  detection (Exhibit 5, SYN 00096878; SYN 00096903-96904).

15       29.    Once the locations of peaks are detected, ████████████████████████

16  ████████████████████████████████████████. These peak counts are

17  combined with a hysteresis function to determine how many fingers to count. This is stored in

18  ████████████████████████████ (Exhibit 5, SYN 00096899). This process is

19  performed for both axes. The Y finger count information is then merged into the X finger count

20  information (Exhibit 5, SYN 00096900).

21       30.    After this finger count estimate is made, the "W" computation code is executed to

22  report the finger width. This is where multiple finger touches would be encoded – but when the

23  ████████████████████ feature is turned off, then the code to support multiple finger touch

24  values in W is skipped as well (*see* ████████████████████████, Exhibit 5,

25  SYN 00096923-96925).

26       31.    In the Type 2 Code, there is no process for scanning the touch sensor to (a)

27  "identify a first peak value in a finger profile obtained from scanning the touch sensor;" (b)

28  "identify the lowest value in the finger profile that occurs after the first peak value, and before

1    another peak value is identified;" or (c) "after identifying the lowest value in the finger profile,

2    identify a second peak value in the finger profile." These steps simply are not necessary in order

3    to identify multiple fingers on a Synaptics Touchpad and thus are not present. Since the functions

4    recited in the claimed scanning steps (a-c) are not all present in the Synaptics Type 2 Code, there

5    can be no infringement.

6        32.    The Synaptics Type 2 Code is substantially different from the scanning steps (a-c)

7    described in the asserted claims. This code does not perform the functions embodied in these

8    limitations and as such the Type 2 Code performs different functions in a substantially different

9    way. The '352 Patent explains that "[t]he only requirement is that, in the profile of finger-

10   induced capacitances, the profile of the newly placed finger exhibits a zero value or a local

11   minimum on each side of its peak value, in at least one of the X or Y directions, so that it may be

12   distinguished from the other finger(s) in contact with the touchpad." (Exhibit 2, '352 Patent, col.

13   11, lines 49-55.) The patent explains that it is important "to ensure that a legitimate valley and

14   two legitimate peaks have been detected, to avoid artifacts." (*Id.*, col. 10, lines 60-63.) Because

15   these aspects of the invention are explicitly described as being so important, the claim limitations

16   related to them cannot be disregarded in an attempt to read the claim on a completely different

17   technique for detecting multiple fingers. Furthermore, the Synaptics Type 2 Code addresses the

18   problem of artifacts in a substantially different way through higher sampling rates (around 1000

19   scans/s), spatial and temporal filtering of sample data, and slope computations. Since the Type 2

20   Code is so different from what is described and claimed in scanning steps (a-c) in the asserted

21   claims in the '352 Patent, there can be no infringement under the Doctrine of Equivalents.

22       33.    I understand that I may be called upon to respond to any new issues that Elantech

23   may raise. I anticipate that I might supplement or modify the opinions in this declaration in view

24   of any such new information or other new information that might arise between now and the time

25   of the hearing on the summary judgment motion.

26

27

28

1      I declare under penalty of perjury under the laws of the United States of America that,

2  to the best of my knowledge, the foregoing is true and correct. Executed on April 20, 2007,

3  in Cupertino, California.

4                                                Andrew Wolfe, Ph.D

CONF. DECL OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS'
MOT. FOR SJ OF NONINFRINGEMENT OF THE '352 PATENT
CASE NO. C 06-01839 CRB
pa-1149213

14

# Exhibit 1

# Andrew Wolfe Ph.D.

108 Leewood Ct.
Los Gatos, CA 95032
(408) 394-1096
Email: awolfe@awolfe.org

**Education:**

Ph.D. in Computer Engineering, Carnegie Mellon University, 1992
Visiting Graduate Student, Center for Reliable Computing, Stanford University, 1988-1989
M.S. in Electrical and Computer Engineering, Carnegie Mellon University, 1987
B.S.E.E. in Electrical Engineering and Computer Science, The Johns Hopkins University, 1985

**Recent Employment:**

Consultant, [October 2002-]

Consultant on processor technology, computer systems, consumer electronics, software, design tools, and intellectual property issues.

Chief Technical Officer & Founder, [May 2003- Nov. 2003]

**RGB Inc,** Los Altos, CA

Responsible for detailed architecture of a complex video SOC for a pre-funding fabless semiconductor company. Responsibilities include developing detailed architectural specifications for programmable video signal processors as well as all other signal processing, control, communications, and memory interface circuits as well as defining development processes for hardware and software and managing the development of simulation and programming tools. Also responsible for product definition and financing along with the CEO.

Chief Technical Officer, [1999-2002]
Sr. VP of Business Development, [2001-2002]
VP, Systems Integration, S3 Fellow , [1998 – 1999]
Director of Technology, S3 Fellow , [1997 - 1998]
**SONIC|blue, Inc,** Santa Clara, CA (formerly S3 Inc.)

**Strategic Business Development:**

Developed and implemented strategy to reposition S3 from PC graphics into the leading networked consumer electronics company.

- Acquired Diamond Multimedia and coordinated integration of communications, Rio digital music, and workstation graphics divisions into S3.
- Identified and negotiated acquisitions to grow digital media businesses including Empeg, ReplayTV, and Sensory Science.
- Identified and negotiated strategic investments including Comsilica, Intellon, KBGear Interactive, Entridia, DataPlay and others.
- Developed strategy for integrated graphics/core-logic products and established a joint venture with Via Technologies to design and market these products.
- Negotiated divestiture of graphics chip business to Via and the workstation graphics division to ATI.

**Product Planning and Development:**

- Drove roadmap development within SONICblue product divisions.
- Managed Business Development for all product lines.
- Led New Product Development and Corporate Vision processes.
- Acting co-General Manager of Rio digital music business in 2nd half of 2001. Responsible for all areas of product development, business development, and cost management.

- Managed development of the Savage/MX and Savage/IX mobile 3D graphics accelerators and Savage/NB system logic products.

**Public Relations, Public Policy and Investor Relations:**
- Present company products and strategy at industry events such as CES, Comdex, and Microprocessor Forum.
- Discuss new products and initiatives with the press.
- Promote issues of interest to SONICblue to industry groups and in Washington.
- Brief analysts, and investors on company progress.  Participate in quarterly conference calls.

**IP Management and Licensing:**
- Negotiated and managed partnership agreements including a critical cross-licensing agreement with Intel.
- Renegotiated technology-licensing agreements with IBM for workstation graphics products.
- Evaluated outside technology opportunities, managed video research and development, and managed corporate IP strategy with legal staff including patent filings, cross licensing, and litigation.

Consulting Professor , [1999-2002]
**Stanford University**, Stanford, CA

Teaching computer architecture and microprocessor design.

Assistant Professor  [1991 - 1997]
**Princeton University**, Princeton, NJ

Teaching and research in the Electrical Engineering department.  Research in embedded computing systems, multimedia, video signal processors, compiler optimization, and high performance computer architecture. Principal investigator or project manager for ~$6M in funded research.

Visiting Assistant Professor , [1992]
**Carnegie Mellon University**, Pittsburgh, PA

Research and preparation of teaching materials on advanced microprocessor designs including new superscalar and superpipelined processor architectures.

Founder and Vice President and Consultant, [1989 - 1995]
**The Graphics Technology Company, Inc.**, Austin, TX

Founded company to develop touch-sensitive components and systems for the first generation of PDA devices and interactive public systems.  Obtained financing from Gunze Corp., Osaka, Japan.   Company is now part of 3M.

Senior Electrical Engineer, [1989]
**ESL - TRW, Advanced Technology Division**, Sunnyvale, CA

Designed the architecture for an Intel i860-based multiple-processor digital signal processing system for advanced military applications.  Designed several FPGA interface chips for VME-bus systems.

Design Consultant, [1986 -1987]
**Carroll Touch Division, AMP Inc.**, Round Rock, TX

Developed several new technologies for touch-screen systems.  Designed the first ASIC produced for AMP, a mixed-signal interface chip for controlling touch-screen sensors.  Developed the system electronics, system firmware, and customer utility software for numerous products including those based on the new ASIC.

Senior Design Engineer, [1983 -1985]
**Touch Technology Inc.**, Annapolis, MD

**Advisory Boards:**

<u>Director</u>, KBGear Interactive, Inc., Comsilica, Inc., Rioport.com, various S3 subsidiaries.

<u>Technical Advisory Board</u>, Ageia, Inc., Intellon, Inc., Comsilica, Inc., Entridia, Inc., Siroyan, Ltd., BOPS, Inc, Quester Venture Funds

Carnegie Mellon University Silicon Valley Advisory Board

**Awards:**

Business 2.0 "20 Young Executives You Need to Know", 2002
Walter C. Johnson Prize for Teaching Excellence, 1997.
Princeton University Engineering Council Excellence in Teaching Award, Spring 1996
AT&T/Lucent Foundation Research Award, 1996.
Walter C. Johnson Prize for Teaching Excellence, 1995
IEEE Certificate of Appreciation, 1995, 2001.
AT&T Foundation Research Award, 1993.
Semiconductor Research Corporation Fellow, 1986 - 1991.
Burroughs Corporation Fellowship in Engineering, 1985 - 1986.

**Patents:**

U. S. Pat. 5,041,701 - *Edge Linearization Device for a Contact Input System*, Aug. 20, 1991.
U. S. Pat. 5,438,168 - *Touch Panel*, Aug. 1, 1995.
U. S. Pat. 5,736,688 - *Curvilinear Linearization Device for Touch Systems*, Apr. 7, 1998.
U. S. Pat. 6,037,930 - *Multimodal touch sensitive peripheral device*, March 14, 2000.
U. S. Pat. 6,408,421 - *High-speed asynchronous decoder circuit for variable-length coded data*, June 18, 2002.
U. S. Pat. 6,865,668 - *Variable-length, high-speed, asynchronous decoder circuit*, March 8, 2005
U. S. Pat. 7,079,133 - *Superscalar 3D Graphics Engine*, July 18, 2006
Various foreign equivalents submitted.

**Professional Activities:**

Program Chair:  Micro-24, 1991, Hot Chips 13, 2001.

General Chair:  Micro-26, 1993, Micro-33, 2000.

Associate Editor:  IEEE Computer Architecture Letters; ACM Transactions in Embedded Computing Systems

Speaker at CES, WinHec, Comdex, Intel Dev. Forum, Digital Media Summit, Microprocessor Forum, etc.

Keynote speaker at Micro-34, ICME 2002

**Over 50 refereed publications.**

Exhibit 2

US005825352A

# United States Patent [19]

## Bisset et al.

| [11] | **Patent Number:** | **5,825,352** |
| [45] | **Date of Patent:** | **Oct. 20, 1998** |

[54] **MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD**

[75] Inventors: **Stephen J. Bisset**, Palo Alto; **Bernard Kasser**, Menlo Park, both of Calif.

[73] Assignee: **Logitech, Inc.**, Fremont, Calif.

[21] Appl. No.: **608,116**

[22] Filed: **Feb. 28, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 582,768, Jan. 4, 1996, abandoned.

[51] **Int. Cl.**[6] ............................... **G09G 5/00**; G09G 5/08
[52] **U.S. Cl.** .......................................... **345/173**; 345/157
[58] **Field of Search** ................................... 345/156, 157, 345/160, 173, 174, 145; 178/18; 341/33

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,921,166 | 11/1975 | Volpe . |
| 4,103,252 | 7/1978 | Bobick ..................................... 345/174 |
| 4,455,452 | 6/1984 | Schuyler ................................. 345/173 |
| 4,550,221 | 10/1985 | Mabusth .................................. 345/173 |
| 4,639,720 | 1/1987 | Rympalski et al. ..................... 345/174 |
| 4,686,332 | 8/1987 | Greanias et al. ....................... 345/173 |
| 4,733,222 | 3/1988 | Evans ....................................... 341/33 |
| 4,736,191 | 4/1988 | Matzke et al. ......................... 345/157 |
| 4,914,624 | 4/1990 | Dunthorn ................................. 345/173 |

| | | |
|---|---|---|
| 5,016,008 | 5/1991 | Gruaz et al. ............................ 345/173 |
| 5,203,704 | 4/1993 | McCloud ................................. 434/156 |
| 5,327,161 | 7/1994 | Logan et al. ............................ 345/173 |
| 5,365,461 | 11/1994 | Stein et al. ............................... 364/550 |
| 5,376,946 | 12/1994 | Mikan ...................................... 345/173 |
| 5,432,531 | 7/1995 | Calder et al. ........................... 345/173 |
| 5,442,376 | 8/1995 | Tannenbaum et al. ................. 345/156 |
| 5,463,388 | 10/1995 | Boie et al. ................................. 341/33 |
| 5,495,077 | 2/1996 | Miller et al. ............................ 345/173 |
| 5,528,266 | 6/1996 | Arbeitman et al. ..................... 345/173 |
| 5,543,591 | 8/1996 | Gillespie et al. ........................ 178/18 |
| 5,565,658 | 10/1996 | Gerpheide et al. ..................... 345/174 |
| 5,648,642 | 7/1997 | Miller et al. .............................. 178/18 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO 91/03039 | 3/1991 | WIPO . |
| WO 97/18508 | 5/1997 | WIPO ............................ G06F 3/033 |

#### OTHER PUBLICATIONS

Synaptics Brochure, "Synaptics Touch Pad," pp. 1–39.

*Primary Examiner*—Jeffery Brier
*Assistant Examiner*—Paul A. Bell
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew

[57] **ABSTRACT**

Method and apparatus for detecting an operative coupling between one or more fingers or other appropriate objects and a touch pad includes processes for detection of multiple maxima with intermediate minima in appropriate sequences to emulate the operations of cursor control and button actuations in a pointing and control device.

**31 Claims, 17 Drawing Sheets**





*FIG. 1.*



INTERFACE TO PC OR OTHER DEVICE

*FIG. 2.*



FIG. 3.

FIG. 4.



FIG. 5.

U.S. Patent

Oct. 20, 1998

Sheet 4 of 17

5,825,352



FIG. 6-1.



*FIG. 6-2.*



FIG. 7A.



*FIG. 7B.*



FIG. 7C.



FIG. 7D.





*FIG. 7E.*



*FIG. 7F-1.*



FIG. 7F-2.



*FIG. 8-I.*



*FIG. 8-2.*



*FIG. 9-1.*



FIG. 9-2.

5,825,352

**1**

# MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD

## RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 08/582,768, filed Jan. 4, 1996, abandoned.

## FIELD OF THE INVENTION

The present invention relates generally to touchpad devices, and more particularly relates to touchpad devices which detect at least the presence of one or more objects such as fingers to effectuate preselected control functions.

## BACKGROUND OF THE INVENTION

Touch sensing devices are well known, and take a number of different forms. Perhaps the best known are resistive-membrane position sensors, which have been used in a number of different applications for many years. Such devices have been used as keyboards, position indicators, and so forth. Other types of touch sensing devices include resistive tablets, surface acoustic wave devices, touch sensors based on strain gages or pressure sensors, and optical sensors.

Yet another touch sensing technology is capacitive sensing, in which the location of a finger (or in some instances another object such as a stylus) over a sensing device is determined by virtue of variations in capacitance under and around the location of the finger. Typical of capacitive touch sensing devices are touch screens and capacitive pads which employ a matrix of row and column electrodes and detect, for example, either the transcapacitance between row and column electrodes or the effective capacitance to virtual ground. Other capacitive techniques are also known. Some touch sensitive devices are known to use interpolation for more precisely identifying the location of a finger or stylus.

Typical of each of these prior art devices is that each of them senses any contact as that of only one finger at a time. Cursor movement is straightforward with one finger, and tapping of a finger on the surface of the pad can be detected and acted upon in a manner similar to detecting the actuation of a button on a mouse. Single and double taps can be used as simple equivalents of single and double mouse clicks.

With a single-finger touchpad, the click and drag function is more difficult. With single finger detection, dragging has been implemented with schemes such as uptap (finger lifted and placed down again quickly), tap-and-a-half, and sticky drag (drag lock turns on automatically after the finger is placed in one location without moving for more than a certain time, such as one second). All of these methods take more time and/or more finger motions than it takes to perform the equivalent function with a mouse, and are not intuitive to users familiar with electronic mice. Prior art touch pads are thus less attractive for general use than a mouse.

Another commonly used function in the prior art is that of clicking a box (or icon or displayed "button") or series of boxes (such as "connecting the dots"). With a mouse, the cursor is moved into position by moving the mouse, then the click occurs with a down-up motion of the finger to actuate a button or switch. With a touchpad typical of the prior art, the cursor is moved into position with the finger, then the click occurs with a tap of the finger which moved the cursor.

**2**

This requires an up-down-up-down finger motion to do the same thing as simply the "down-up" motion of the mouse button. In general, any touchpad equivalent to a mouse button-clicking function requires an extra "up . . . up" motion of the finger, because the finger must be lifted off the pad before and after the tap.

The time and stress associated with the extra motion is significant. Human factors studies have shown that such touchpads yield lower productivity than a mouse in many applications. This somewhat limits touchpads to those applications, such as portable computing, where use of a mouse is inconvenient due to space or other considerations. There is therefore a need for a touchpad capable of yielding the same productivity as a mouse.

## SUMMARY OF THE INVENTION

The present invention provides a novel method and apparatus for sensing the proximity of multiple simultaneous fingers or other appropriate objects to a touch sensor. The present invention may be implemented based on any conventional touch sensing technology, although an exemplary embodiment involves the use of a capacitive touch sensing device similar to that described in U.S. patent application Ser. No. 08/478,290, entitled Touch Sensing Method and Apparatus, filed Jun. 7, 1995, and assigned to the assignee of the present application. The numerous modifications to such a basic device required to implement the present invention are described generally below, and in detail hereinafter. Alternatively, the present invention may be used with the method and apparatus described in the U.S. patent application Ser. No. 08/582,769, entitled Touch Pad Sensing Method and Apparatus, having as inventors Bemi Joss, Bernard Kasser and Stephen Bisset, filed on Jan. 4, 1996, and assigned to the assignee of the present invention, the relevant portions of which are incorporated herein by reference.

Operation of the present invention includes two aspects: detection of multiple objects, typically fingers, and assignment of various functions to particular actions by the movement of one or both fingers. The detection function can be general, but in a simple, exemplary implementation can be limited to a two-finger function such as the combination of the index finger and middle finger. In general, these are the two most dextrous fingers, and they work well together. As a result, for this exemplary embodiment, the touchpad need only distinguish between the two fingers in one dimension since the two fingers are typically side by side. In addition, the touchpad need only detect the second finger in reasonably close proximity to the first finger. In most situations, the distance between finger centers will be less than five centimeters. Additional combinations of fingers, such as three fingers tapping simultaneously or other combinations, may also be implemented in accordance with the methodology of the present invention.

For clarity of explanation, the present invention can be described in most of its applications by establishing one finger as controlling movement of the cursor, and the second finger as controlling functions equivalent to a mouse button or switch. In this context, one finger may be considered the "point" finger, while the other is the "click" finger. Various conventional functions may then be defined accordingly. For example, "drag" may be effected by moving the two fingers in unison, "point and click" may be effected by moving the cursor with the first finger and tapping with the second finger, "point and double click" may be effected by moving the cursor with the first finger and double tapping with the

5,825,352

3

second finger, and so on. "Click and Drag" may be performed simply by moving the cursor to the appropriate position with the first finger, placing both first and second fingers on the pad, and moving both fingers together. The function may be concluded by simply raising one or both fingers. Similarly, connecting the dots may be performed simply by moving the cursor from dot to dot with the first finger, and then clicking on the dot by tapping with the second finger. It will be apparent to those skilled in the art that these functions may be defined differently and still fall within the scope of the present invention. It will also be apparent that many of these operations will be intuitive to experienced mouse users, as soon as the correspondence between mouse functions and the two fingers is demonstrated to the user, and thus their implementation in a touchpad context makes them especially desirable.

In addition to the foregoing functions, which can be performed (albeit awkwardly and less intuitively) with conventional touch pads, there are additional functions that can be performed with two fingers and which can have substantial analogs to the use of a mouse or even go beyond conventional mouse functions. For example, detection and location of two fingers will permit the touchpad to report to a host system the distance between the two fingers. This can be used, for example, in paint or other programs to determine line width or other spacing functions, or any other "variable value" function. Similarly, tapping with both fingers at the same time may be defined as an alternate, shorthand method for a double tap (such as may be defined for the middle button in a Logitech mouse) or may be defined as a special function, similar to the "right button" functions of a mouse. Such special functions may have particular value in operating systems such as Windows 95 where, for example, implementation of the Object Viewer function is an important special function. Such functions can be implemented readily with a triple finger tap, a double tap of two fingers, or other convenient combination.

Another function which may be implemented with two finger detection is "drag lock". This function may be used when a drag function is underway, but at least one of the fingers reaches the edge of the pad before the drag function is complete. Touchpad operation may be controlled to maintain the drag mode if, for example, both fingers are lifted off the pad within a threshold period of one another, and are then placed down on the pad again within a suitable time period. In some implementations, highly extended time periods may be suitable in this context.

A further function which may be readily implemented with the present invention is the ability to operate in relative mode, where a first finger performs a key function, and a second finger controls some attribute of the operation performed by the first finger. For example, a first finger contacting a touch pad may cause a cursor to move across a screen, while contact (and removal) of a second finger with the screen may turn an image, or "ink" on (and off). The resulting image, or "ink," is defined by the motion of the first finger during the period when the second finger is also in contact with the pad; gaps in the "ink" occur when the second finger is lifted away from the pad. The function may, in some ways, be thought of as electronic finger painting, but has the additional advantage of allowing multiple characters to be written on a touch pad. Thus, with the use of two fingers, hand printing of text with gaps between the letters and words becomes feasible and convenient, whereas it is impractical with the prior art "tap and a half" method of turning on the ink.

Yet another function which may be implemented with the present invention is use of the touchpad in absolute mode.

4

Most prior art touchpad devices operate, like mice, in relative mode by indicating the distance travelled relative to the starting point of the motion. Touchpads, on the other hand, can also be operated in absolute mode, where the absolute position of the finger on the pad is detected and reported to the host system or application. In absolute mode, multi-finger detection allows the first finger to point to the desired absolute position, while the second finger performs whatever "click" operation is desired without requiring a removal of the first finger which might lessen accuracy or resolution.

Also included within the present invention is the detection and location of more than two fingers, with accompanying functional definitions permitting such multiple contacts to indicate pointing device or other control operations, such as musical keyboards.

It is therefore one object of the present invention to provide a touchpad system capable of detecting a plurality of contacts such as fingers.

It is a further object of the present invention to provide a touchpad device capable of locating a plurality of contacts such as fingers.

It is a further object of the present invention to provide a method for detecting the presence of more than one finger on a touch pad device.

It is a still further object of the present invention to provide a method for locating each of a plurality of fingers on a touch pad device.

It is yet another object of the present invention to provide a method for effecting the "point and click" function on a touchpad through the use of multiple fingers.

Yet a further object of the present invention is to provide a method for effecting the "click and drag" function on a touchpad through the use of multiple fingers.

A still further object of the present invention is to provide a method for effecting on a touchpad, through the use of multiple finger contacts, a plurality of conventional mouse button functions.

Yet another object of the present invention is to provide a method and apparatus for effecting on a touchpad, through the use of multiple finger contacts, a plurality of enhanced functions.

Yet a further object of the present invention is to provide a method and apparatus for electronic finger painting.

These and other objects of the invention may be better appreciated from the following detailed description of the invention, taken together with the appended figures.

THE FIGURES

FIG. 1 shows a perspective view of a device according to the present invention.

FIG. 2 shows in block diagram form the electronics of the present invention.

FIG. 3 shows a finger profile for two non-overlapping fingers as sensed by the present invention.

FIG. 4 shows a finger profile for two closely-spaced fingers as sensed by the present invention.

FIG. 5 shows in flow diagram form the steps for a high level algorithm for a pointing device according to the present invention.

FIG. 6 shows in flow diagram form the steps for computing motion and "button" states.

FIGS. 7A–7F2 show in diagrammatic form an exemplary sequence of finger contacts and movements across a touch sensor.

5,825,352

5

FIG. **8** shows a more generalized case of FIG. **5**.

FIG. **9** shows a more generalized case of FIG. **6**.

## DETAILED DESCRIPTION OF THE INVENTION

Referring first to FIG. **1**, a plurality of a user's fingers **10A** and **10B** are shown positioned over a touchpad **20** in sufficiently close proximity to be operatively connected thereto. Movement of a single finger over the touchpad causes the cursor to move in a now-conventional manner. However, unlike prior art devices, various control functions may be performed by the use of the second finger, typically in combination with the same or a related operation of the first finger. Operations involving more than two fingers may also be performed. In an exemplary embodiment, the touchpad of the present invention reports to a host either the relative motion of a finger across the touchpad or changes in "button" status.

Referring next to FIG. **2**, the operation of the touchpad **20** may be better appreciated. In particular, FIG. **2** shows in block diagram form the electronics implemented to form an exemplary touchpad **20**. A touchpad matrix **30** is composed of a plurality of rows **35** and columns **40** of wires or traces arranged in a conventional manner; see U.S. patent application Ser. No. 08/321,987, filed 12 Oct. 1994, entitled Touch Pad Sensor with Simultaneous Sensing, commonly assigned with the present application. The rows and columns are connected to an analog multiplexor **45** through a plurality of X (row) direction conductors **50** and a plurality of Y (column) direction conductors **55**, one conductor for each row and each column. Under the control of a microcontroller **60**, the analog multiplexor **45** selects which traces of the matrix **30** will be sampled, and the output of those traces is then provided to a capacitance measuring circuit **70**. One suitable capacitance measuring circuit is described in aforementioned U.S. patent application Ser. No. 08/321,987, commonly assigned with the present invention and incorporated herein by reference; another is described in U.S. patent application Ser. No. 08/478,290, filed 7 Jun. 1995, entitled Touch Sensing Method and Apparatus and also commonly assigned with the present invention and incorporated herein by reference.

The output of the capacitance measuring circuit is then provided to an analog to digital converter **80**, which operates as described in either of the above-referenced patent applications to convert the capacitance values from the circuit **70** into a digital representation. The analog to digital converter **80** then supplies the signals to the microcontroller **60**, which operates to form, among other things, a finger profile for one or more fingers, X-Y cursor data, and control signals. Depending on the operation being performed at the particular time, the output of microcontroller **60** is then supplied to an interface to a PC or other device, such as a PS/2 interface, an RS-232 interface, or an Apple Desktop Bus (ADB).

A key feature of the present invention is its ability to distinguish the presence of multiple fingers either touching or in operative proximity to the touchpad **30**. In a typical embodiment, the operation of the circuit of FIG. **2** cycles continuously. As noted above, the cycle begins by scanning the traces and measuring the capacitance on each trace. Then the portion of each measured capacitance that is induced by the presence of a finger is extracted, and this finger-induced capacitance is stored in RAM, as X(1) through X(Xcon) and Y(1) through Y(Ycon), as described below. The finger-induced portion of the measured capacitance is determined by subtracting a value, for each trace, representing the

6

capacitance when no finger is present. This "no-finger" capacitance is measured and stored at a time previous to the beginning of the cycle described herein, and is described more fully in U.S. patent application Ser. No. 08/478,290, filed 7 Jun. 1995 and commonly assigned.

It has also been found by applicant that it is not necessary, in all embodiments, to subtract the "no-finger" capacitance if techniques other than calculation of a centroid are used to locate the position of the fingers, and such subtraction is not required even in all instances in which a centroid is calculated. However, in at least some embodiments the sensitivity and hence the resolution of the calculated finger location is enhanced by such subtraction.

Referring again to the exemplary embodiment, the values of finger-induced capacitance are then processed to calculate a position, detect whether one or more fingers is in operative contact with the pad surface, and to detect any changes in the number of fingers operatively coupled to the pad. If the cycle is repeated rapidly enough to update a graphical user interface approximately 30 times per second or more, the appearance of smooth and instantaneous response is provided to the user. For functions other than pointing, such as handwriting with the finger, a faster scan rate may be required and may, for example, be on the order of 200 scans per second.

Referring next to FIG. **3**, a finger profile is shown indicative of the presence of two fingers, spaced apart from one another. In particular, the circuitry, software or firmware of the touchpad circuitry, such as that shown in FIG. **2**, detects a first maxima **85** indicative of a first finger in operative proximity to the touchpad **30**, followed by a minima **90** indicative of a space between the fingers, and further followed by another maxima **95** indicative of a second finger operatively coupled to the touchpad **30**. It will be appreciated that, for operations involving more than two fingers, more maxima will be detected with an appropriate number of intermediate minima.

Although the finger profile shown in FIG. **3** suggests that the intermediate minima separating the two fingers is a zero value, it is not necessary in all instances that the minima be zero. Thus, for example, FIG. **4** reflects a finger profile with a nonzero local minima **100** intermediate the two maxima **105** and **110** indicative of two fingers operatively coupled to the touchpad. This finger profile simply reflects two fingers placed closely to one another, but still yields a valley for measurement of the minima.

To operate effectively, the present invention must detect and distinguish the presence of a single finger, and the presence of multiple fingers. As noted previously, the second or additional fingers are typically involved to provide "button" or control functions, similar to actuation of the buttons or switches on a mouse. Although the following example describes in detail the use of only two fingers, one for cursor control and a second as a button, the teachings herein are believed sufficient to permit those skilled in the art to construct apparata using multiple fingers for additional buttons.

To avoid artifacts, a threshold may be applied to the both the maximum and minimum distance between the maxima representative of multiple fingers. For example, a threshold requiring the maxima to be within five centimeters of one another may be used to limit the maximum distance between the fingers; other thresholds may be appropriate in some embodiments. A threshold representative of the minimum distance may be configured by establishing a maximum value of the local minima **100**.

5,825,352

7

In an exemplary embodiment, the operation of the system of FIG. **2** is controlled in either firmware, software or hardware. Shown in FIG. **5** is a flow diagram showing the general operation of such software or firmware which is capable of detecting multiple fingers, and which uses the algorithm of FIG. **6**, discussed hereinafter. The variables found in the flow diagram of FIG. **5** are defined below:

| Name | Definition |
|------|-----------|
| Xabsolute | Finger position in X direction, calculated during the current cycle relative to the sensor pad. |
| XabsolutePrevious | The value above stored from the previous cycle. |
| Yabsolute | Similar to Xabsolute. |
| YabsolutePrevious | Similar to XabsolutePrevious. |
| Xbutton | Has value Up or Down (regardless of previous state). |
| XbuttonPrevious | The value above stored from the previous cycle. |
| Ybutton | Similar to Xbutton. |
| YbuttonPrevious | Similar to XbuttonPrevious. |
| Xmotion | Cursor motion in the X direction, relative to the cursor position of the previous cycle (only reported if either or both Xmotion and Ymotion are non-zero). |
| Ymotion | Similar to Xmotion. |
| Button | May be Up or Down (only reported if a change from the previous cycle). |

It will be understood by those skilled in the art that a "report" means transmitting information to an application process executing on a host, such that the cursor is moved or a function is performed. In some instances, driver software executing on the host may ascertain the existence of finger movement, while in other instances including the exemplary embodiment described herein the determination of finger movement occurs in the firmware in the pointing device.

Referring still to FIG. **5**, the cyclical process begins at step **400**, and continues at step **410** by scanning the conductor sensors. The sensors may be scanned sequentially or concurrently, depending on the hardware implementation. The scan process measures the values of finger-induced capacitance for each of the conductors, and stores the values in RAM at step **420**. The cycle process continues by performing the Xcompute loop of FIG. **6** discussed hereinafter, and also the Ycompute loop analogous to FIG. **6**, at step **430** and **440**, respectively. In general, the function of the Xcompute and Ycompute processes is simply to evaluate the current measurements by calculating the centroid of the finger measurement, and by detecting whether a second finger is touching the pad—which determines the button state.

In the exemplary embodiment, only a change in the button state is reported. As a result, at step **450** the value of Button is set to No Change. In addition, in the exemplary embodiment a tap or double click by only a first finger is not acted upon, although a tap by a second finger or by multiple fingers is acted upon. In the exemplary arrangement, a "button down" condition is only reported if both fingers are in operative contact with the touchpad.

The process continues by comparing the current and previous button states of the X and Y conductors. First, at step **460**, the state of Xbutton is checked to see if it is Down and the state of XbuttonPrevious is checked to see if it is Up. If both compares are true, then the variable Button is set to Down at step **465**. In addition, at step **470**, the state of Ybutton is checked to see if it is Down and the state of YbuttonPrevious is checked to see if it is Up. If both compares are true, the variable Button is also set to Down.

Alternatively, as determined at step **480**, if the state of Xbutton is Up and the state of XbuttonPrevious is Down, or,

8

as checked at step **490**, the state of Ybutton is up and YbuttonPrevious is Down, then the variable Button is set to Up at step **495**.

If the button was set to Down at state **465**, or Up at step **495**, or if the results at steps **480** and **490** are NO, the process advances to step **510**.

At step **510**, Xmotion is set to the sum of Xabsolute less XabsolutePrevious, and at step **520**, Ymotion is set to the sum of Yabsolute less YabsolutePrevious. Then, at step **530**, the state of Button is checked and, if it is changed by being either Up or Down, both Xmotion and Ymotion are set to zero at step **535**, indicating that the user has actuated a button and no cursor movement should occur.

In addition, if Button equals Up or Down, the state of Button is reported at step **540**. At step **550**, Xmotion and Ymotion are compared to zero, and if either is not zero then both Xmotion and Ymotion are reported to the microcontroller. It will be apparent that this indicates a cursor movement, typically reflective of the movement of a single finger over the touchpad, or two fingers in some modes such as Click-and-Drag.

Further, at step **560**, whether there is motion reported or not, the variable XabsolutePrevious is set to the value of Xabsolute, and at step **570** the variable YabsolutePrevious is set to the value of Yabsolute. Similarly, at step **580** the value of XbuttonPrevious is set to Xbutton, and at step **590** the value of YabsolutePrevious is set to Yabsolute. The cycle then repeats by returning to step **400**. It will be apparent that the foregoing algorithm can be readily extended to include additional fingers beyond two, representative of additional buttons. In such an instance, compare steps for current and previous states of each button would be conducted, and "up," or "down" conditions would be reported for each such button. In some embodiments it may be desired to report "no change" conditions, and the foregoing algorithm could be readily modified to provide such reporting.

Depending on the desired configuration, second and third buttons may be implemented, for example, either by requiring a combination of two or more fingers to indicate operation of a second button, or by the independent movement of additional fingers or other objects. In this latter embodiment, it may be desirable to implement distance thresholding, to ensure that movement of a second or additional button finger is not mistaken for movement of the first or other button finger.

Set forth in FIG. **6** is a flow diagram setting forth the steps for computing motion and "button" states in the X direction, or what may be referred to as "Xcompute." An analogous calculation is performed for the Y direction, or what may be referred to as "Ycompute." The algorithm uses the following variables and constants:

| Name | Definition |
|------|-----------|
| X(N) | Values, stored in memory, of finger-induced portion of capacitance measured on each conductor. N varies from 1 to Xcon. [When no finger is contacting the pad above a conductor, the value is approximately zero. In addition, X(0) is initialized to a value of 0.] |
| X(N-1) | Value of finger-induced sensor conductor capacitance for the previous conductor. |
| Xcon | The number of sensor conductors in the X direction. |
| Fthresh | The minimum threshold that X must reach before a finger is considered to be present. [Sets the touch sensitivity of the pad.] |
| Xpeak1 | Variable to store the value of the first peak X value. |
| Xvalley | Variable to store the value of a local minimum (if any) between 2 peaks. |

5,825,352

<table>
<tr><th colspan="2">9<br>-continued</th></tr>
<tr><th>Name</th><th>Definition</th></tr>
<tr><td>Xpeak2</td><td>Variable to store the value of the second peak X value (if any).</td></tr>
<tr><td>Xsum</td><td>Variable to accumulate the sum of the X values, for centroid calculation.</td></tr>
<tr><td>XweightSum</td><td>Variable to accumulate the sum of the X values, weighted by N (the position of the conductor), for centroid calculation.</td></tr>
<tr><td>Xstate</td><td>A variable which can have values Peak1, Valley, Peak2 or Tail, to indicate which part of the finger profile we are currently searching for. The Tail state is simply the remainder of the scan after a second peak (in the exemplary embodiment) has been identified.</td></tr>
</table>

It will be apparent to those skilled in the art that the "Ycompute" variables and constants differ only in replacing X by Y.

The algorithm for Xcompute starts at step **200**, followed by initialization of variables at step **205**. For Xcompute, the variables initialized are N, which is set to zero, and the value of X(0), which is also set to zero. In addition, Xpeak1, Xvalley, Xpeak2, Xsum and XweightSum, are all set to zero. In addition, the state of Xstate is set to Peak1.

At step **210** a loop, referred to as "Xloop" starts. The purpose of Xloop is to calculate the X centroid, by accumulating the sum and weighted sum of the X values for all the X conductors from one to Xcon. Thus, the loop typically starts with the value of N=0 and increments by one at the beginning of each cycle until the value of N=Xcon. The steps of the loop include step **215**, where N is incremented to N+1 so that the value X(N) of the current conductor is added to the prior accumulated value, Xsum, which then becomes the new value of Xsum. The loop then continues at step **220**, where the prior value of XweightSum is added to a weighted value of X(N), where the weighting is done by multiplying X(N) by the number N of the conductor being sampled. The sum of XweightSum and N*X(N) then becomes the new value of XweightSum.

The XLoop continues at step **225**, where one of a series of subloops is selected depending on the value of Xstate. Since Xstate is initially set to Peak1, the first subloop entered is the Peak1 subloop, beginning at step **230**. At step **230** the value of X(N) is compared to the value of X(N−1) and, if X(N) is greater than or equal to the value of X(N−1), the first peak has not yet been reached. As a result, the loop jumps to step **235**, at which points the value of N is compared to the value of Xcon. If the finger-induced capacitance measured at the last conductor has not been evaluated, the result is a NO and the process jumps to step **215** to repeat with an incremented value of N.

At some value of N the value of X(N) is less than the value of X(N−1), at which point the check at step **230** yields a NO. At this point, the peak has been found and at step **232** the value of Xpeak1 is set to X(N−1) and the value of Xstate is set to Valley. The system then jumps to step **235**, where a check is made to see if the last conductor has been measured by comparing N to Xcon. As before, if the capacitance change measured at the last conductor has not been checked, the result is a NO, and the process loops to step **215** to repeat.

When the process begins with the next increment of N, a NO will result at step **225**, so that the process will jump to step **250**, where a check is made to see if Xstate equal Xvalley. Since it now does, a YES results and the process branches to step **255**. At step **255** a X(N) is compared to X(N−1). If X(N−1) is not greater than or equal to X(N), the valley has not yet been found, causing a further jump to step **235** and a repeat with an incrementally higher N. If a second finger is touching the pad then eventually the value of X(N−1) will be greater than or equal to the value of X(N), such that the valley is detected. At this point, at step **262**, the value of Xvalley is set to X(N−1) and Xstate is set to Peak2. The process then jumps to step **235**, where it repeats from step **215** unless the last conductor in the matrix has been evaluated.

On the next cycle, a NO result is reached at both step **225** and step **250**, causing a jump to step **270**. At step **270** the state of Xstate is compared to Peak2, and a YES result will occur. This results in a compare between X(N) and X(N−1) at step **275**, to look for a second peak, in a manner substantially identical to the process by which the first peak was found. As long as X(N) is greater than or equal to X(N−1), the peak has not been found, so the process jumps to step **235**, and then to step **215** until the change measured at the last conductor has been evaluated.

As before, the value of X(N) will eventually start to decrease, such that X(N) will be less than X(N−1). At this point, at step **278**, the value of Xpeak2 is set to the value of X(N−1) and the state of Xstate is set to Tail. The "tail" is the remaining portion of FIG. 4 following the second peak. While a Tail state is used in the exemplary embodiment, such a state may not be necessary in all embodiments.

The process then cycles through until the last conductor measurement has been considered, at which point N does equal Xcon when the check at step **235** is made. With a YES result, the process branches to a thresholding comparison at step **290**.

In an exemplary embodiment, the Xcompute process then continues by calculating the centroid for the fingers detected, so long as the maxima exceed a threshold value. In accordance with the present invention, two approaches may be used in calculating centroid values. In a first implementation, only a single centroid value is calculated for the combination of one or more fingers. In this arrangement, it will be apparent that, when a second finger contacts the touchpad, the centroid "jumps" laterally approximately to the midpoint of the two fingers. In a second implementation, a centroid value may be calculated for each maxima, yielding multiple centroid values when multiple fingers interact with the pad. For purposes of clarity, the following description will be limited to the first implementation.

Thus, at step **290** the values of Xpeak1 and Xpeak2 are compared to Fthresh, and if either or both are greater then Xabsolute is set to the value of XweightSum/Xsum at step **295**, which causes the X centroid to be calculated. If neither peak exceeds Fthresh, then no finger is deemed present and Xbutton is set to Up at step **315**.

If both Xpeak1 and Xpeak2 were greater than Fthresh, the Xcompute process continues at step **305** by comparing the difference between Xpeak1 and Valley to the value of Xpeak1 divided, for example, by four. If the difference is the greater of the two, then the difference between Xpeak2 and Valley is compared to the value of Xpeak2 divided, for example, by four. If the difference is greater than the dividend, then Xbutton is set to Down at step **310**. Otherwise, the value of Xbutton is set to Up at step **315**. The comparison described above is provided to ensure that a legitimate valley and two legitimate peaks have been detected, to avoid artifacts. It will be appreciated, given the teachings herein, that other comparison methods or divisors other than four may be used for this purpose.

The Xcompute loop then ends at step **320**. It will be appreciated by those skilled in the art that the foregoing is

5,825,352

11

a simplified algorithm and does not include compensation for settling, moisture and noise. Noise thresholding may be provided in at least some embodiments, if noise causes the curve to be non-monotonic; settling and moisture may be dealt with in a similar manner.

The Ycompute loop is performed similarly, as noted above. Depending on the particular arrangement desired, and the associated hardware, the X and Y compute processes may be performed sequentially in either order or concurrently.

While the foregoing example describes identification of minima and maxima in the X and Y directions, it will be apparent that an analysis along a diagonal or some other angular direction may be preferred in some instances, and is still within the scope of the present invention.

It will be appreciated that the foregoing describes a new and useful method and apparatus for detecting a plurality of fingers operatively coupled to a touch pad sensor for enabling a variety of mouse-like operations. A second portion of the invention involves using the previously detection methodology to perform various cursor movement and control functions similar to those well known to users of electronic mice and trackballs.

As previously noted, the first finger is most commonly associated, in the prior art, with cursor movement, while various tapping motions [e.g., tap and tap-and-a half] of that first finger have been implemented to perform various control functions. Unlike such prior art, however, various movements (including sequences of taps) of additional fingers or combinations of the first and additional fingers are provided to enable such control functions in the present invention. Depending on the implementation desired, it is also possible to implement a superset of the prior art control functions together with the more robust control function set available with the present invention.

Note that in the preferred embodiment, the user may arbitrarily choose which finger he or she uses as the "first" or "second" or additional fingers. Thus, for example, one user may choose the index finger as the first finger and the middle finger as the second finger, while another user may prefer the reverse or some different combination. In the preferred embodiment, the only distinction between the first, second and additional fingers is the sequence in which they are placed in contact with the touchpad surface, or removed from it. In any case where a second or additional finger or fingers is placed down after a first finger, or multiple fingers, is already in contact with the pad, the newly placed fingers can be in any relationship to those already in contact with the pad, such as to the left, to the right, above or below. The only requirement is that, in the profile of finger-induced capacitances, the profile of the newly placed finger exhibits a zero value or a local minimum on each side of its peak value, in at least one of the X and Y directions, so that it may be distinguished from the other finger(s) in contact with the touchpad.

In particular, the ability of the previously described methodology to recognize multiple fingers allows the first finger to serve, essentially, as the "point" finger, while additional fingers serve as the "click" finger(s). Combinations of the first, second, and perhaps additional fingers can then enable numerous conventional functions to be performed based on the mapping of a variety of sequences of taps or finger movements to a set of conventional pointing device functions, where the pointing device could be a touchpad, mouse, trackball, joystick, or stylus, for example. It will be apparent to those skilled in the art, given the foregoing description, that the present invention can detect, for

12

example, relative movement of the first finger, together with a tap of the second or more fingers at some point, followed either by removal of both fingers, further movement of the first finger, or further movement of both fingers. Such sequences can, essentially, be viewed as a series of scans in which one or more fingers were found to be either present or absent in any given scan, with motion, or lack thereof, of the finger or fingers across the touch sensor interspersed between changes in the number of fingers in contact with the touchpad. The specific sequence can then be analyzed to determine whether only a cursor movement is involved or whether a control function is intended. If a control function is intended, the specific control function can then be identified.

Referring to FIGS. 7A–7F, there is shown in diagrammatic form an exemplary sequence involving operative coupling of a plurality of fingers with a touch sensor to cause both a cursor movement and a control function. More specifically, FIG. 7A shows a series of movements of one or more fingers across a touch sensor, including various finger taps. FIGS. 7B–7F show, for each of the numeric references in FIG. 7A, an exemplary video display, an exemplary position of one or more fingers on the touchpad, and X and Y finger profiles appropriate to that finger contact. It will be helpful to define certain conventions used in FIGS. 7A–7F before discussing these figures. In FIG. 7A–7F, contact between a finger and the touch pad is indicated by a solid circle within the fingertip; an absence of contact between a fingertip and the touch sensor is indicated by the absence of circle within the finger tip. A tap—i.e., an up and down motion—by a finger is indicated by a dashed circle. Movement of the fingers from a first to a second point while in contact with the touch sensor is indicated by a solid arrow. Movement of the fingers from a first to a second point with the fingers not in contact is indicated by a dashed arrow. With these conventions in mind, FIGS. 7A–7F can be better understood.

In particular, and with reference to FIG. 7A in combination with FIG. 7B, an initial series of scans **700** indicates the presence of a single finger in contact with the touch sensor, with the changing X,Y location between **700** and **705** indicating relative motion by the finger across the touch sensor. At **710**, a second finger is detected in contact with the touch sensor, and continues to be operatively coupled to the sensor for several more scans without significant relative motion across the sensor. At **720**, the second finger is removed, while the first finger remains. From **720** until **730** (shown in FIG. 7C) the first finger continues its relative motion, while at **740** the second finger is again placed down. The scans of the sensor then detect both the first and second finger being moved together across the sensor until the scan at **750**, then both fingers are removed at **755**. Thereafter, both fingers are again placed on the sensor at **760** (shown in FIG. 7D), where they remain for a few more scans until **770**, at which time they are both removed. Three fingers are placed on the sensor at **780**, and removed a few scans later at **790**. Thereafter, three fingers are placed on the sensor at **800** (FIG. 7E), moved across the touch sensor for a few scans from **800** to **805**, and are then removed at **810**. Finally, as shown at **820** (FIGS. 7F1–2), one finger is placed down while the adjacent finger is moved, such as might be desirable for marking text or other functions. When the finger is moved as far as is practicable, the moving finger is picked up at **825** and placed down again at **830** for further movement. The moving finger can be picked up and placed down again as often as desired. Eventually the other, substantially fixed finger is lifted at **835**, causing a "button up" condition.

5,825,352

13

While the foregoing sequence can be programmed to define any number of cursor movement and control functions, an exemplary definition of the functions associated with such sequences can be the following: For the period from **700** through **705** the relative motion of a single finger can be defined to mean cursor movement for that period, from the beginning point until the relative ending point. During the period **710** to **720**, a second finger is detected and then removed, which is defined in an exemplary embodiment as a single finger tap which may be a "select" function such as selecting one item from a screen menu. During the period **720** until **730**, the single finger again moves the cursor, while at **740** the second finger reappears to enable a different function. The second finger moves across the sensor, together with the first finger, until at **755** both fingers are removed. Again, such sequences—all of which may be regarded as gestures—can be mapped to control functions in numerous ways, but one reasonable definition is that the presence of two fingers engaged in relative motion is a "drag function," such as where an entity was selected by the first tap and dragged to a new location, where it is dropped by the removal of both fingers at **750**.

Then, at **760**, both fingers reappear and remain for a few additional scans until both are removed at **770**. This gesture, which may be considered a "two finger tap," can enable numerous functions, but an exemplary definition is the classical "double-click" of a standard left mouse button, or the click of a middle button on some three button mice, such as those sold by Logitech, Inc., and could, for example, activate a function or application associated with the item to which the cursor is pointing.

Next, the sequence from **780** to **790**, when the three fingers reappear and are then removed, is a "three finger tap", and can be regarded, for example, as a right mouse button click which may, for example, activate a menu specific to the item to which the cursor is pointing. Finally, the sequence from **800** until **810**, in which three fingers reappear, move across the touch sensor and are then removed, may in an exemplary embodiment be seen as a shortcut to a multi-sequence function. For example, such a movement might be defined as a scroll function, which might otherwise require the user to move the cursor to a scroll bar, drag and drop a scroll box, and return the cursor to the working area of the screen. Finally, the sequence from **820** through **830** can be analogized to holding down a mouse button (for example the left mouse button), rolling a mouse whatever distance is convenient for the user, then picking up the mouse (while continuing to hold down the button) and placing the mouse down again at a position convenient for further movement of the mouse. One example of the use of such a sequence is the marking of text. The algorithm for recognizing movement by one "cursor" finger while the other "button" finger is maintained in position is a generalized case of the algorithm shown in FIGS. 5 and 6, and is described in greater detail in FIGS. 8 and 9. Other functions which can be implemented with such gestures include an "ink" function (mentioned above), entry of variable values, and use of the sensor in absolute mode.

Referring next to FIGS. 8 and 9, the generalized case associated with FIGS. 7F1–2, but also applicable to the remaining functions, may be better appreciated. In the exemplary algorithm shown in FIGS. 8 and 9, a determination is made whether zero, one or two fingers are in contact with the touchpad. Depending on how many fingers are identified, various operations are permitted. It will be appreciated that FIG. 8 is analogous to FIG. 5, while FIG. 9 is analogous to FIG. 6. For convenience, steps unchanged from

14

FIGS. 5 and 6 are in most cases referred to by the reference numerals used in those figures.

In FIG. 8, the process begins in a manner identical to FIG. 5, starting at step **400** and followed by scanning the conductors and storing the results of the scan in memory at step **405**, followed by Xcompute and Ycompute at steps **430** and **440**, respectively. For this embodiment, Xcompute is shown in FIG. 9, and Ycompute is identical to Xcompute. At step **850**, a determination is made whether two fingers are in contact with the touchpad by evaluating both Xcompute and Ycompute. If neither Xcompute nor Ycompute indicate the presence of two fingers, the answer is NO and the process drops to step **855**. However, if either the Xcompute routine or the Ycompute routine indicates the presence of two fingers, the answer at step **850** is YES and the process moves to step **860**, where the value of the variable FINGER is set to 2.

If the answer at step **850** was NO, then a determination has to be made at step **855** whether one or no fingers are in contact with the touch sensor. If variables Xfinger and Yfinger do not both equal 1, then the comparison at step **850** is a NO and it is determined that no fingers are in contact with the touch sensor. In this case, the variable FINGER is set to 0 at step **865**. However, if the variables both yield a 1, then a determination is made that one finger is in contact with the sensor, and the variable FINGER is set to 1 at step **870**.

In either event, the process then moves to step **875**, where Xmotion and Ymotion are calculated in a manner identical with FIG. 5. The process then continues at step **880**, where the variable Finger is compared to the value of FingerPrevious. If the value of Finger differs from the value of FingerPrevious, then a button actuation is assumed to have occurred, and Xmotion and Ymotion are set to zero at step **885**. However, if the value of Finger equals the value of FingerPrevious (i.e., the current number of fingers contacting the pad is the same as in the previous state), then the comparison of step **880** yields a YES, and the process moves to step **890**. At step **890** a comparison is made to determine whether there has been motion in either the X or Y directions. If neither Xmotion nor Ymotion is nonzero, a NO results and the process moves to step **895** where the variable Motion is set to NO. The same results obtains if the process goes through step **885**. However, if either Xmotion or Ymotion is nonzero, a YES results at step **890**, and the process moves to step **900** where the variable Motion is set to YES.

From either step **895** or step **900**, the process moves to step **905**, where a check is made to determine whether ButtonPrevious was up and the number of fingers detected is two. If the answer is NO, the process moves to step **910**. However, if a YES is obtained, the process moves to step **915** where the state of the Button variable is reported to the host as DOWN, and the variable ButtonPrevious is set to Down.

Referring again to step **910**, a check is made to determine whether either of two groups of conditions exist. A YES result may be obtained if ButtonPrevious is DOWN and and the value of the Finger variable is zero; or if ButtonPrevious is Down and the variable Motion is set to YES and the variable Finger is set to one. If none of these conditions exist, a NO result is obtained and the process moves to step **920**. However, if a YES does result, then the process moves to step **925** and reports to the host that Button is Up, while also setting the variable ButtonPrevious to Up.

If a NO resulted at step **910**, at step **920** a comparison is made between variables FingerPrevious and Finger, and the

5,825,352

15                                                    16

state of the Motion variable. If FingerPrevious is the same value as Finger, and Motion has occurred (i.e., Motion is Yes), the process moves to step **930** and both Xmotion and Ymotion are reported. The process then moves to step **935**. However, if the comparison at step **920** yields a No, the process moves directly to step **935**. At step **935**, the value of XabsolutePrevious is set to the value of Xabsolute, the value of YabsolutePrevious is set to the value of Yabsolute, and the value of FingerPrevious is set to the value of Finger. The process then moves to step **940**, where it recycles by jumping back to start.

Referring next to FIG. **9**, the Xcompute process is shown in detail for the generalized case shown in FIG. **8**. As noted previously, the Ycompute process is identical and is therefore not shown separately. The process of FIG. **9** is identical to that shown in FIG. **6** up through step **290**, and the preceding steps will therefore not be discussed again. However, if a No results from the comparison at step **290**, a determination is made that no fingers are in contact with the pad. This causes the variable Xfinger to be set to zero at step **970**.

Steps **295** and **305** are unchanged from FIG. **6** and will not be discussed further. However, if a No results from the comparison at step **305**, then a determination is made that one finger is in contact with the sensor, and the value of the variable Xfinger is set to one at step **975**. By contrast, if the result at step **305** is a Yes, then a determination is made that two fingers are in contact with the sensor and the variable Xfinger is set to two at step **980**. Regardless of the number of fingers in contact with the sensor, the process moves to step **320** and ends until the next cycle.

Another function achievable with the detection method and apparatus of the present invention may be referred to as edge lock. Because a touch sensor can detect, in absolute terms, where on the sensor the operative coupling occurs, it is possible to detect that one or more fingers have reached the edge of the sensor. In some instances, the user intends to continue the movement he was engaged in when he hit the edge; for example, a drag function involving two fingers, in which the two fingers hit the edge before the object being dragged has reached its destination. In the environment of a mouse, the user simply picks up the mouse while holding the button down, puts it back down and moves again. In the context of a touchpad, however, removal of the two fingers may be perceived as termination of the function even though such termination was not intended. To avoid such problems, the function in which the user was engaged at the time the fingers hit the edge may remain active—i.e., locked in—for a delay period. If the fingers are placed down on the touchpad within the delay period, the user continues with the earlier function. If the user does not place down the fingers within a predefined delay, the function is terminated and a new function begins when the user again places the fingers in operative contact with the sensor.

It will be appreciated from the foregoing that the present invention allows numerous multi-finger gestures to be detected and converted to mouse-related functions for moving a cursor and control of operating environments or applications programs. However, while some exemplary functions and exemplary definitions for particular sequences have been provided above, it is to be understood that the present invention is not limited to the association of a particular function with a particular sequence or to any particular set of functions. Instead this aspect of the invention is directed to the ability to identify and process various sequences in which one or more fingers are either absent or present, interspersed with motion or lack of motion of the

finger or fingers across the touch sensor, to evaluate those sequences either locally or via software on the host, and to report appropriate signals to cause cursor movements or control functions to occur in applications programs or operating environments.

Having fully described various embodiments of the present invention, numerous alternatives and equivalents which do not depart from the invention will be apparent to those skilled in the art. It is therefore intended that the invention not be limited by the foregoing description, but only by the appended claims.

What is claimed is:

1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of

  scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

  providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

2. The method of claim 1 further including the step of causing a pointing device click function to occur in response to the detection of at least a second maxima.

3. The method of claim 1 further including the step of enabling a "drag" function to occur in response to the detection of at least a second maxima.

4. The method of claim 1 further including the step of enabling a "select" function in response to the detection of at least a second maxima.

5. The method of claim 1 further including the step of enabling an "ink" function in response to the detection of at least a second maxima.

6. The method of claim 1 wherein said touch sensor includes a plurality of lines, said maxima being a largest local variation in a signal value on one of said lines due to capacitive coupling of a finger.

7. The method of claim 6 wherein said maxima are peaks.

8. The method of claim 1 further comprising the step of comparing a distance between said first maxima and said second maxima to a predefined threshold.

9. The method of claim 1 further comprising the steps of:

  providing a first control function in response to the detection of the movement of two fingers;

  detecting the reaching of an edge of said touch sensor by said two fingers;

  detecting a first time corresponding to the removal of said fingers from said touch sensor;

  detecting a second time corresponding to the replacement of said two fingers on said touch sensor; and

  continuing said first control function if said first and second times are within a predetermined time limit of each other.

10. The method of claim 1 further comprising the step of:

  detecting a distance between said first and second maxima.

11. The method of claim 1 further comprising the step of:

  providing a drag control function in response to detecting a movement in substantial unison of two said fingers.

12. The method of claim 1 further comprising the step of:

  providing a click function in response to the removal and reappearance of said second maxima within a predetermined period of time.

5,825,352

17

**13**. The method of claim **1** further comprising the steps of:

detecting a movement of said first maxima;

detecting a removal and replacement of said maxima within a predetermined time period;

controlling a cursor function in response to said movement of said first maxima; and

providing a control function in response to said removal and replacement of said second maxima.

**14**. The method of claim **1** further comprising the step of:

selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

**15**. The method of claim **1** further comprising the step of determining if said first and second maxima are within 5 centimeters, and only providing said indication of the presence of two fingers if said first and second maxima are within 5 centimeters.

**16**. The method of claim **1** further comprising the step of calculating first and second centroids corresponding to said first and second fingers.

**17**. The method of claim **1** wherein said first and second maxima are required to be higher than a first threshold, and said minima is required to be less than a second threshold.

**18**. A touch sensor for detecting the operative coupling of multiple fingers comprising:

means for scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

**19**. The touch sensor of claim **18** further comprising:

means for selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

**20**. The touch sensor of claim **18** wherein said touch sensor includes a plurality of lines, said maxima being a largest local variation in a signal value on one of said lines due to capacitive coupling of a finger.

**21**. The touch sensor of claim **18** wherein said maxima are peaks.

**22**. The touch sensor of claim **18** further comprising means for comparing a distance from said first maxima to said second maxima to a predefined threshold.

18

**23**. The touch sensor of claim **18** further comprising:

means for providing a first control function in response to the detection of the movement of two fingers;

means for detecting the reaching of an edge of said touch sensor by said two fingers;

means for detecting a first time corresponding to the removal of said fingers from said touch sensor;

means for detecting a second time corresponding to the replacement of said two fingers on said touch sensor; and

means for continuing said first control function if said first and second times are within a predetermined time limit of each other.

**24**. The touch sensor of claim **18** further comprising:

means for detecting a distance between said first and second maxima.

**25**. The touch sensor of claim **18** further comprising:

means for providing a drag control function in response to detecting a movement in substantial unison of two said fingers.

**26**. The touch sensor of claim **18** further comprising:

means for providing a click function in response to the removal and reappearance of said second maxima within a predetermined period of time.

**27**. The touch sensor of claim **18** further comprising:

means for detecting a movement of said first maxima;

means for detecting a removal and replacement of said maxima within a predetermined time period;

means for controlling a cursor function in response to said movement of said first maxima; and

means for providing a control function in response to said removal and replacement of said second maxima.

**28**. The touch sensor of claim **18** further comprising:

means for selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

**29**. The sensor of claim **18** further comprising means for determining if said first and second maxima are within 5 centimeters, and only providing said indication of the presence of two fingers if said first and second maxima are within 5 centimeters.

**30**. The sensor of claim **18** further comprising means for calculating first and second centroids corresponding to said first and second fingers.

**31**. The sensor of claim **18** wherein said first and second maxima are required to be higher than a first threshold, and said minima is required to be less than a second threshold.

* * * * *

# Exhibit 3

YITAI HU (California Admission Pending) (yhu@akingump.com)
SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:    650-838-2000
Facsimile:    650-838-2001


Attorneys for Plaintiff
ELANTECH DEVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-CV-01839 CRB |
| vs. | ) |
| | ) **PLAINTIFF ELANTECH DEVICES** |
| SYNAPTICS, INC.; | ) **CORP.'S ASSERTED CLAIMS AND** |
| | ) **PRELIMINARY INFRINGEMENT** |
| AVERATEC, INC.; | ) **CONTENTIONS** |
| PROSTAR COMPUTER, INC. | ) |
| Defendants. | ) |

## I.    INTRODUCTION

Plaintiff Elantech Devices Corp. ("Elantech") submits its asserted claims and preliminary infringement contentions based on Elantech's U.S. Patent No. 5,825,352 ("the '352 patent") in accordance with Patent Local Rule 3-1 and the Joint Case Management Statement and Order. Discovery is ongoing in this matter between Elantech and Defendants Synaptics, Inc. ("Synaptics") and Averatec, Inc. ("Averatec")(collectively, "Defendants") and, therefore, Elantech reserves its right to amend its asserted claims and infringement

1  contentions as needed.  Defendant ProStar Computer Inc. ("ProStar"), has not been served

2  yet, and Elantech will provide its asserted claims and infringement contentions concerning

3  ProStar after the service of process is completed.

4  **II.    ASSERTED CLAIMS AND ACCUSED PRODUCTS**

5          Pursuant to Patent Local Rule 3-1(a), Elantech asserts that the Defendants have been

6  and are now infringing the '325 patent ("the patent-in-suit").  Specifically, Elantech believes

7  that Defendants have been and are now infringing at least claims 1 and 18 ("asserted claims")

8  of the patent-in-suit.  Discovery is ongoing between Elantech and Defendants and other

9  claims may be found to infringe the '325 patent.  Accordingly, Elantech reserves its right to

10 assert additional claims of the patent-in-suit upon completion of discovery in this matter.

11         Pursuant to Patent Local Rule 3-1(b), Elantech asserts that the touchpad products and

12 product families of Synaptics directly infringe, contributorily infringe, or induce infringement

13 of asserted claims of the '325 patent.  Those families of Synaptics products that Elantech

14 contends to infringe the asserted claims include at least TM41 series or family, including but

15 not limited to TM41xx134, TM41xx156, TM41xx180, TM41xx200, TM41xx220,

16 TW41xx230, TM41xx240, TM41xx140, TM41xx301, and TM41xx221 series or families.

17         Pursuant to Patent Local Rule 3-1(b), Elantech further asserts that the notebook

18 products and product families of Averatec that incorporate Sypantics' touchpads, such as

19 22xx, 31xx, 32xx, 33xx, c35xx, 41xx, and 51xx series or families of Averatec, also directly

20 infringe, contributorily infringe, or induce infringement of asserted claims of the '325 patent.

21 **III.    INFRINGEMENT CHARTS**

22         Pursuant to Patent Local Rule 3-1(c)-(d), Elantech submits as Exhibit A infringement

23 charts and bases for asserting infringement of the asserted claims over the accused products of

24 Synaptics.  Elantech believes that each element of each asserted claim is found within each of

25 the accused products of Synaptics in touchpad devices or the combination of touchpad devices

26 with associated hardware and instructions, including software, firmware, and/or device driver.

27 Elantech contends that each element of each asserted claim is literally present or present

28 under the doctrine of equivalents in each of the accused products of Synaptics.

1    Pursuant to Patent Local Rule 3-1(c)-(d), Elantech submits as Exhibit B infringement

2  charts and bases for asserting infringement of the asserted claims over the accused Averatec

3  product. Upon information and belief, the accused products of Averatech use Synaptics

4  touchpads, which infringe the asserted claims. Elantech believes that each element of each

5  asserted claim is found within each of the accused Averatec product, including the touchpad

6  devices incorporated therein or the combination of touchpad devices with associated hardware

7  and instructions, including software, firmware, and/or device driver. Elantech contends that

8  each element of each asserted claim is literally present or present under the doctrine of

9  equivalents in each of the accused products of Averatec.

10 **IV.    PRIORITY DATE OF ELANTECH'S '325 PATENT**

11    Pursuant to Patent Local Rule 3-1(e), Elantech contends that the priority date for the

12 '325 patent is its January 4, 1996.

13 **V.    ELANTECH'S PRODUCTS PRACTICE THE ASSERTED CLAIMS**

14    Pursuant to Patent Local Rule 3-1(f), all of Elantech's touchpad products, including

15 TP3, KTP3, KTP5, and KTP6 series, practice the asserted claims of the '325 patent.

16 **VI.    ACCOMPANYING DOCUMENT PRODUCTION**

17    Pursuant to Patent Local Rule 3-2, Elantech is producing documents along with its

18 asserted claims and preliminary infringement contentions.

19

20

Dated: September 1, 2006           AKIN GUMP STRAUSS HAUER & FELD LLP

21

22                         By_____

23                           Sean P. DeBruine
                           Attorneys for Plaintiff Elantech Devices Corp.

24

25

26

27

28

**EXHIBIT A**

| Claims Elements of the '352 Patent | Elantech's Contentions |
|---|---|
| **Claim 1** | |
| 1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of | Synaptics touchpads detect the operative coupling of multiple fingers to a touch sensor. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ") |
| |  |
| | *Figure 2-4. Coordinate limits (not to scale)* |
| | (For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .) |
| scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | Synaptics touchpads scan the touch sensor or sense finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6. |
| | (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a |

cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

| | X axis | Y axis |
|---|---|---|
| Absolute reportable limits | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| Typical bezel limits | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| Typical edge margins | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. The following table shows the W values that are currently defined for

Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure  "Z".")

| providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | Synaptics touchpads provide indications of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b).<br><br>(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")<br><br>(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . . All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")<br><br>|

| | X axis | Y axis |
|---|---|---|
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*

3

*Figure 2-4. Coordinate limits (not to scale)*

(For example: "... Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. ... Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. ...")

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width: extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.")

4



*(b) Synaptics TouchPad Driver*

| | |
|---|---|
| 18. A touch sensor for detecting the operative coupling of multiple fingers comprising: | Synaptics touchpads detect the operative coupling of multiple fingers. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols.  However, there are also many things that all Synaptics TouchPads have in common:  They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ")



*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .") |
| means for scanning the touch sensor to (a) identify a first maxima in a signal | Synaptics touchpads include means for scanning the touch sensor or sensing finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the |

5

corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6.

(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

| | *X axis* | *Y axis* |
|---|---|---|
| *Absolute reportable limits* | 0–6143  ($0000–$17FF) | 0–6143  ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472  ($05C0–$1560) | 1408–4448  ($0580–$1160) |
| *Typical edge margins* | 1632–5312  ($0660–$14C0) | 1568–4288  ($0620–$10C0) |

*Figure 2-3.  Absolute X and Y coordinates*



*Figure 2-4.  Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the

| | |
|---|---|
| | absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.  In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.") (For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:") |

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure   "Z".")

| | |
|---|---|
| means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | Synaptics touchpads include means for providing an indication of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b). (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .") (For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . . All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host |

software to interpret the coordinate data without needing to know
the physical type of the TouchPad.")

|  | X axis | Y axis |
|---|---|---|
| Absolute reportable limits | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| Typical bezel limits | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| Typical edge margins | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: ". . . Synaptics TouchPads also support an
Absolute mode of operation, where the TouchPad transmits an
extended packet which reports the absolute finger position on the
pad (X, Y), the finger pressure or contact area (Z), and various
other information such as the state of the buttons. . . . Absolute
mode; they use advanced algorithms to transform the absolute (X,
Y, Z) data into smooth relative cursor motion, plus a wide variety
of tapping and scrolling gestures and other features such as Edge
Motion™. . . .")

(For example: "The host can use W to distinguish among normal
fingers, accidental palm contact, multiple fingers, and pens. The
following table shows the W values that are currently defined for
Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "Figure 2-19 compares the processing steps taken
when the TouchPad is used with a standard mouse driver and with

8

the Synaptics Windows 95 or NT TouchPad driver.")



(b) Synaptics TouchPad Driver

**EXHIBIT B**

| Claims Elements of the '352 Patent | Elantech's Contentions |
|---|---|
| **Claim 1** | |
| 1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads detect the operative coupling of multiple fingers to a touch sensor. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ")<br><br><br>*Figure 2-4. Coordinate limits (not to scale)*<br><br>(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .) |
| scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads scan the touch sensor or sense finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6.<br><br>(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which |

1

is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example:  "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3.  All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

| | *X axis* | *Y axis* |
|---|---|---|
| *Absolute reportable limits* | 0–6143  ($0000–$17FF) | 0–6143  ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472  ($05C0–$1560) | 1408–4448  ($0580–$1160) |
| *Typical edge margins* | 1632–5312  ($0660–$14C0) | 1568–4288  ($0620–$10C0) |

*Figure 2-3.  Absolute X and Y coordinates*



*Figure 2-4.  Coordinate limits (not to scale)*

(For example:  "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . .  Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.  In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The

2

<table>
<tr><td></td><td>following table shows the W values that are currently defined for Synaptics TouchPads:")</td></tr>
</table>

| Value | Needed capability | Interpretation |
|-------|-------------------|----------------|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure  "Z".")

| providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads provide indications of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b). |
|---|---|

(For example:  "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example:  "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . .  All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

3

|  | X axis | Y axis |
|---|---|---|
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3.  Absolute X and Y coordinates*



*Figure 2-4.  Coordinate limits (not to scale)*

(For example:  ". . .  Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. . . .")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | *capMultiFinger* | Two fingers on the pad. |
| W = 1 | *capMultiFinger* | Three or more fingers on the pad. |
| W = 2 | *capPen* | Pen (instead of finger) on the pad. |
| W = 3 | — | *Reserved.* |
| W = 4–7 | *capPalmDetect* | Finger of normal width. |
| W = 8–14 | *capPalmDetect* | Very wide finger or palm. |
| W = 15 | *capPalmDetect* | Maximum reportable width; extremely wide contact. |

*Figure 2-6.  Absolute mode W values*

(For example:  "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.")

4



*(b) Synaptics TouchPad Driver*

| 18. A touch sensor for detecting the operative coupling of multiple fingers comprising: | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads detect the operative coupling of multiple fingers. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ")<br><br><br><br>*Figure 2-4. Coordinate limits (not to scale)*<br><br>(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .") |
| means for scanning the touch sensor to (a) identify a | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads include means for scanning the touch sensor |

| first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | or sensing finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6. |
|---|---|

(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

|  | *X axis* | *Y axis* |
|---|---|---|
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z),

6

and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure  "Z".")

| means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads include means for providing an indication of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima. *See* Synaptics Touchpad Interfacing Guide, Second Edition at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b). |

(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . . All

Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

| | X axis | Y axis |
|---|---|---|
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: ". . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. . . .")

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-5. Absolute mode W values*

8

(For example: "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.")



(b) Synaptics TouchPad Driver

9

## CERTIFICATE OF SERVICE

I, Nina Marie, am more than eighteen years of age and not a party to the within action.

My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two

Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto California, 94306.

On September 1, 2006, I served the following:

**1.    PLAINTIFF ELANTECH DEVICES CORP.'S ASSERTED CLAIMS AND
PRELIMINARY INFRINGEMENT CONTENTIONS**

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Karl J. Kramer<br>Erika  Labit<br>Robert L. McKague<br>**Morrison & Foerster LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Fax: (650) 494-0792<br>kkramer@mofo.com<br>elabit@mofo.com<br>rmckague@mofo.com | ✓  Via Overnight Courier<br>☐  Via Hand Delivery<br>☐  Via Facsimile<br>☐  Via U.S. Mail<br>✓  Via E-mail |
| Karen H. Bromberg<br>Elizabeth F. Bernhardt<br>Damir Cefo<br>**Cohen & Gresser LLP**<br>**100 Park Avenue**<br>**23rd Floor**<br>**New York, NY 10017**<br>Telephone: (212) 957-7600<br>Fax: (212) 957-4514<br>kbromberg@CohenGresser.com<br>ebernhardt@cohengresser.com<br>dcefo@cohengresser.com | ✓  Via Overnight Courier<br>☐  Via Hand Delivery<br>☐  Via Facsimile<br>☐  Via U.S. Mail<br>✓  Via E-mail |

I am readily familiar with our firm's practice for collection and processing of

correspondence via electronic mail and overnight courier.  I transmitted a true copy of the

document by electronic mail to the addresses listed above, placed the aforementioned documents

in a sealed envelope and placed them for collection by courier service at our business offices,

following ordinary business practice.  I declare under penalty of perjury under the laws of the

United States that the foregoing is true and correct; that I am employed in the office of a member

1  of the bar of this Court at whose direction the service was made; and that this declaration was

2  executed on September 1, 2006, at Palo Alto, California.

3

4  _____

5  Nina Marie

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- -

# Exhibit 4



# Synaptics TouchPad Interfacing Guide

*510-000080 - A*

*Second Edition*

| | | | |
|---|---|---|---|
| Created: | 2.0 | March 25, 1998 | |
| Revision: | 2.5 | January 18, 2000 | |
| Printed: | | January 22, 2001 | |

**Synaptics, Inc.**

2381 Bering Drive
San Jose, California 95131
(408) 434-0110
Fax (408) 434-9819

## 1. Overview

This guide describes how computers and other hosts interface to the Synaptics TouchPad. The first section describes the TouchPad generally, including operating modes, features, host interactions, and principles of operation, with many historical notes comparing older versions of the Synaptics TouchPad with the present one, version 4.5. (See page 4.)

The Synaptics TouchPad family supports a variety of protocols for communicating with the host computer. The next few sections describe the available protocols:

- The **PS/2** protocol is the method that most portable computers use to interface with keyboards and pointing devices. (See page 27.)

- The **Serial** protocol connects the pointing device to the host using a standard RS-232 serial port. (See page 50.)

- The **ADB** protocol is used by Apple Macintosh family computers. (See page 64.)

In each case, the TouchPad supports the industry standard "mouse" protocol plus a number of TouchPad-specific extensions. This *Guide* describes the PS/2 and Serial protocols in complete detail, and the ADB protocol in all details not covered by Apple publications. System architects and developers can read these sections of the *Guide* to learn how to interface to the TouchPad hardware. (For detailed mechanical and electrical data, refer to the various *Model TM41xx Product Specification* sheets also available from Synaptics.)

Most operating systems provide driver software to handle the TouchPad at the hardware level. Software developers will be more interested in the **TouchPad Driver API**, a high-level interface that Microsoft Windows® applications can use to take advantage of all the special abilities of the Synaptics TouchPad and the Synaptics drivers. (See page 73.)

The **Glossary/Index** (page 79) defines all the technical terms that appear in this *Guide*.

## 1.1.  Table of Contents

**1.  Overview—1**
  1.1.  Table of Contents—2

**2.  TouchPad Features—4**
  2.1.  Mouse-compatible Relative mode—4
  2.2.  Packet rate—5
  2.3.  Absolute mode—5
    2.3.1. Absolute mode state bits—6
    2.3.2. Absolute X and Y coordinates—7
    2.3.3. Absolute mode Z values—8
    2.3.4. Absolute mode W values—8
  2.4.  Information queries—10
    2.4.1. TouchPad identification—10
    2.4.2. Model ID bits—11
    2.4.3. Coordinate resolution—13
    2.4.4. Extended capability bits—15
    2.4.5. Serial numbers—16
    2.4.6. Reading the mode byte—16
  2.5.  Mode byte—17
  2.6.  Principles of operation—20
    2.6.1. Sensing finger presence—20
    2.6.2. Filtering position data—20
    2.6.3. Sensing motion—21
    2.6.4. Sensing tapping gestures—21
    2.6.5. TouchPad calibration—22
    2.6.6. Host interface to TouchPad—22
  2.7.  Synaptics TouchPad model numbers—25

**3.  PS/2 Protocol—27**
  3.1.  Electrical interface—27
    3.1.1. Connector pinouts—28
  3.2.  Byte transmission—29
    3.2.1. Output to host—29
    3.2.2. Input from host—30
    3.2.3. Acknowledgement of commands—31
  3.3.  Power-on reset—31
  3.4.  Command set—33
  3.5.  TouchPad special command sequences—36
    3.5.1. Information queries—36
    3.5.2. Mode setting sequence—40
  3.6.  Data reporting—40
    3.6.1. Default packet format—40
    3.6.2. Absolute packet format—41
  3.7.  PS/2 implementations—43
    3.7.1. The keyboard controller—43
    3.7.2. Sample PS/2 implementation—45

**4.  Serial Protocol—50**
  4.1.  Electrical interface—50
    4.1.1. TTL-level Serial TouchPad—53
  4.2.  Byte transmission—54
  4.3.  Power-on reset—54
  4.4.  Command set—56
    4.4.1. Serial command timing—56
    4.4.2. Identify TouchPad command—57
    4.4.3. Read TouchPad Modes command—57

4.4.4. Set TouchPad Modes command—58
4.4.5. Read Model ID command—59
4.4.6. Read Serial Number command—60
4.4.7. Read Resolutions command—61
4.5.  Data reporting—62
4.5.1. Default packet format—62
4.5.2. Absolute packet format—63

**5.  ADB Protocol—64**
5.1.  Electrical interface—64
5.2.  Byte transmission—65
5.3.  Power-on reset—66
5.4.  Command set—66
5.4.1. ADB Register 0—66
5.4.2. ADB Register 1—67
5.4.3. ADB Register 2—68
5.4.4. ADB Register 3—70
5.5.  Data reporting—70
5.5.1. Default packet format—70
5.5.2. CDM Relative mode packet format—71
5.5.3. Absolute packet format—71

**6.  Driver API—73**
6.1.  API basics—73
6.2.  Information available from the API—75
6.3.  Sample program—76

**7.  Appendices—77**
7.1.  Historical TouchPad features—77
7.1.1. Old-style mode bytes—77
7.1.2. Fast PS/2 mode byte access—78
7.2.  Glossary and Index—79
7.3.  References: Synaptics literature—90
7.4.  References: Other literature—90

Synaptics is a registered trademark, and Edge Motion, Virtual Scrolling, and Palm Check are
trademarks, of Synaptics, Inc.

Apple and Macintosh are registered trademarks, and Apple Desktop Bus is a trademark, of Apple
Computer, Inc.

IBM and PS/2 are registered trademarks of International Business Machines Corporation.

Microsoft, MS-DOS, Windows, Windows 95, and Windows NT are registered trademarks of Microsoft
Corporation.

## 2. TouchPad Features

The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. By clicking a button or tapping directly on the pad, the user can select and drag objects on the screen. The TouchPad serves the same role in a computer system as a mouse or trackball, but its compact size, low cost, and lack of moving parts makes it ideal for portable computers. The Synaptics TouchPad's advanced features make it the solution of choice for a variety of applications above and beyond simple mouse replacement.

Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. This first part of the *Interfacing Guide* describes the common aspects of the Synaptics TouchPad.

### 2.1. Mouse-compatible Relative mode

When power is applied, the Synaptics TouchPad identifies itself to the host computer as a regular mouse. This allows the TouchPad to be used with standard mouse drivers. This mouse-compatible mode is called *Relative mode* because finger actions are reported to the host in terms of relative mouse-like motions across the pad. The TouchPad reports this relative motion to the host in mouse-compatible *packets*. The TouchPad generates roughly 40–80 packets per second. Each packet reports the amount of motion in the X (horizontal) and Y (vertical) directions that has occurred since the previous packet. These amounts of motion are called *deltas,* and are written "$\Delta X$" and "$\Delta Y$". The packet also reports information about the left and right "mouse" buttons.

| Field | Size (bits) | Range | Meaning |
|-------|-------------|-------|---------|
| $\Delta X$ | 8 | ±127 | Amount of horizontal finger motion |
| $\Delta Y$ | 8 | ±127 | Amount of vertical finger motion |
| Left | 1 | 0 or 1 | State of left physical button or tap/drag gesture |
| Right | 1 | 0 or 1 | State of right physical button |

*Figure 2-1. Contents of Relative packet*

Because the Relative packet is designed to be compatible with the existing mouse protocol, the exact contents of the Relative packet vary from one protocol to another. See the later sections of this *Guide* for details. (For example, in the PS/2 protocol, the packet actually reports 9-bit deltas, plus a third "middle" button which is not supported by current Synaptics products. Also, positive $\Delta Y$ values correspond to upward motion in the PS/2 protocol, but to downward motion in the Serial and ADB protocols.)

In Relative mode, placing the finger on the pad does not automatically cause packets to be sent.  However, moving the finger in any direction produces a sequence of packets that describe the motion.  Pressing or releasing a mouse button causes the TouchPad to send a packet reporting this change in the state of the buttons.  Tapping the finger quickly on the pad also simulates a brief click of the left mouse button, and the "tap-and-a-half" drag gesture simulates an extended motion with the left button held down.  (Figure 2-17 of section 2.6.4 illustrates these gestures in a technical way; the on-line help that comes with Synaptics' driver software has more user-oriented descriptions of the tapping gestures.)

When there are no finger motions or button state changes to report, the TouchPad ceases to transmit packets and remains silent until the next motion or button activity.

## 2.2.  Packet rate

The Synaptics TouchPad reports approximately 40 packets per second by default.  By setting the *Rate* bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second.

The higher packet rate is preferable because it leads to the smoothest cursor motion.  Versions 5.0 and later of the Synaptics TouchPad drivers for Windows® 95 and Windows NT® use the higher packet rate by default.

The TouchPad defaults to the lower packet rate for the benefit of slower hosts that cannot keep up with 80 packets per second.  Also, the low packet rate mode does more internal data filtering and so may perform better in environments of extreme electrical noise.

## 2.3.  Absolute mode

Synaptics TouchPads also support an *Absolute mode* of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons.  The Synaptics Windows 95 and Windows NT drivers operate the pad in Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.

In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.  (Specifically, the TouchPad begins sending packets when Z is 8 or more.)  The TouchPad also begins sending packets whenever any button is pressed or released.  Once the TouchPad begins transmitting, it continues to send packets for one second after Z falls below 8 and the buttons stop changing.  The TouchPad does this partly to allow host software to use the packet stream as a time base for gesture decoding, and also to minimize the impact if the system occasionally drops a packet.

The standard Absolute packet contains the following information:

| Field | Size (bits) | Range | Meaning |
|-------|-------------|-------|---------|
| X | 13 | 0–6143 | Horizontal finger position, 0 = far left |
| Y | 13 | 0–6143 | Vertical finger position, 0 = far bottom |
| Z | 8 | 0–255 | Pressure or contact area, 0 = no contact |
| W | 4 | 0–15 | Finger width and other state information |
| Left | 1 | 0 or 1 | State of left physical button, 0 = not pressed, 1 = pressed |
| Right | 1 | 0 or 1 | State of right physical button, 0 = not pressed, 1 = pressed |
| Gesture | 1 | 0 or 1 | Tap/drag gesture in progress, 0 = no gesture, 1 = gesture |
| Finger | 1 | 0 or 1 | Finger presence, 0 = no finger, 1 = finger |

*Figure 2-2.  Contents of Absolute packet*

### 2.3.1.  Absolute mode state bits

The Absolute mode packet, like the Relative mode packet, contains several bits that report the state of the buttons.  An important difference is that in Absolute mode, the physical buttons are reported separately from tap and drag gestures, whereas in mouse-compatible Relative mode, gestures and buttons are mixed together and there is no way for the host to distinguish them.  (Naturally, if the host wishes for taps to act like left button clicks even in Absolute mode, the host is free to mix the separate state bits together itself.)

The Left and Right button bits report the current state of the two respective buttons.  Each bit is 1 if the button is currently pressed, or 0 if the button is not pressed.  Note that most Synaptics TouchPad models do not contain buttons mounted directly on the TouchPad board, but rather supply two external connector pins to which the system designer can attach buttons.  These pins are labeled "Left" and "Right"; it is up to the system designer to attach the pins to appropriately placed buttons.

Some Synaptics TouchPads (the "MultiSwitch" pads) support two additional buttons labeled "Up" and "Down."  When these buttons exist, their state is also reported in the Absolute packet.  (See section 3.6.2 for information on how these buttons are reported.)

The Finger bit reports the state of the firmware's internal finger-presence check.  This is a simple test based on comparing Z against a threshold of 25–30 units.

The Gesture bit reports the state of the "virtual" button; it is 1 during tap and drag gestures.  (See section 2.6.4 for more details on the virtual button.)

Note that the Finger and Gesture bits are fully redundant with the basic (X, Y, Z) information reported in the packet.  In fact, the Synaptics drivers ignore these two bits and do their own more sophisticated finger and tap detection by examining Z directly.  The Synaptics TouchPad provides these bits to simplify the use of the TouchPad in special applications where the Synaptics drivers cannot be used.

### 2.3.2. Absolute X and Y coordinates

The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.

|  | X axis | Y axis |
|---|---|---|
| *Absolute reportable limits* | 0–6143  ($0000–$17FF) | 0–6143  ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472  ($05C0–$1560) | 1408–4448  ($0580–$1160) |
| *Typical edge margins* | 1632–5312  ($0660–$14C0) | 1568–4288  ($0620–$10C0) |

*Figure 2-3.  Absolute X and Y coordinates*

(Note: "$" indicates hexadecimal notation.)

In this table, the *absolute reportable limits* are guaranteed bounds on the values reported by the TouchPad under any circumstances. The *typical bezel limits* are approximate bounds on X and Y when fingers of typical size are used on TouchPads mounted in typical bezels. The *typical edge margins* are suitable limits for deciding whether the finger is on the edge or in the interior area of the pad surface; the finger is in the interior if X and Y lie within the edge margin limits.

The following figure illustrates the various coordinate limits:



*Figure 2-4.  Coordinate limits (not to scale)*

Note that the typical bezel limits are inset a small distance from the "true" coordinates of the ideal bezel opening, because the TouchPad reports the coordinates of the *center* of the finger whereas the bezel constrains the *perimeter* of the finger. For any finger of reasonable size, the center will be inset a bit from the perimeter. For example, see finger A in the figure above. Similarly, the typical edge margins are inset somewhat from the bezel limits so that fingers of all sizes, such as the larger finger B shown above, will be able to fit within the edge zone.

For "portrait" oriented TouchPads, the X and Y axis limits in Figure 2-3 are interchanged; for example, the X bezel limits for a portrait pad would be 1408–4448. Figure 2-11(*b*) of section 2.4.2 illustrates the portrait orientation.

The coordinate ranges in Figure 2-3 imply a resolution of 2000 dpi or more, depending on the physical size of the pad. (Section 2.4.3 lists the actual resolutions for different TouchPad models.) In practice, the usable X and Y resolution is often somewhat reduced by the effects of electrical noise and physical jitter. Host software may need to apply filtering or averaging to the X and Y values before using them for fine positioning; section 2.6.2 gives some examples. In general, please remember that a TouchPad is *not* a graphics tablet; designers should not expect a compact, finger-operated device to match the stability, linearity, and repeatability of a precision pen-operated tablet.

### 2.3.3.  Absolute mode Z values

The Z value reports the total finger capacitance, which is a function of the finger's contact area, which in turn is affected by the contact pressure and by the angle at which the finger is held. The following table illustrates some typical Z values.

| Value | Interpretation |
|---|---|
| Z = 0 | No finger contact. |
| Z = 10 | Finger hovering near the pad surface. |
| Z = 30 | Very light finger contact. |
| Z = 80 | Normal finger contact. |
| Z = 110 | Very heavy finger contact. |
| Z = 200 | Finger lying flat on pad surface. |
| Z = 255 | Maximum reportable Z; whole palm flat on pad surface. |

*Figure 2-5.  Typical Z values*

Note that the measurement of Z is approximate; actual reported Z values will vary from one TouchPad to another and from one user to another. In fact, because capacitance is influenced by environmental effects such as the moisture of the skin, Z measurements may even vary from day to day for the same TouchPad and user.

For Synaptics TouchPad models that can sense pens as well as fingers, note that the Z scales for pens and fingers may be different. In fact, current pen TouchPads are unable to measure the pressure of pen contact; they report all pen strokes with a constant Z of 80.

### 2.3.4.  Absolute mode W values

Newer Synaptics TouchPads support an optional value in the Absolute packet called "W." The W value is not available on all models of Synaptics TouchPads; when it is available, it is reported only when the host enables a special "W mode." The W value supplies extra information about the character of the contact with the pad. The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.

The following table shows the W values that are currently defined for Synaptics TouchPads:

| Value | Needed capability | Interpretation |
|-------|-------------------|----------------|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6.  Absolute mode W values*

Sections 2.4.2 and 2.4.4 show how the host can query for multi-finger, pen, and palm detection capability in a particular pad, as well as for the capability to report W at all.

If the *capPalmDetect* capability bit is set, then W values from 4 to 15 indicate that the pad has sensed a single finger of a particular width.  The host can watch for especially wide "fingers" as evidence that the pad was activated by an accidental brush of the hand or palm rather than deliberate finger contact.  (Note that the finger width measurement is very approximate; actual widths will vary from one TouchPad to another and from one user to another.)

If the *capMultiFinger* capability bit is set, then W values 0 and 1 indicate a multi-finger touch.  The TouchPad still reports a single pair of X and Y coordinates even when multiple fingers are on the pad.  In current TouchPads, X and Y will report the point on the pad midway between the fingers.  (Future TouchPads may use a different convention, e.g., always following the first or the last finger to make contact with the pad.)

If the *capPen* capability bit is set, then a W value of 2 indicates that the pad is currently sensing a pen, not a finger.  An object on the pad surface is considered a "finger" if it forms a significant contact area and is electrically attached to ground or to a large conductive body such as a human body.  A "pen" is any other type of object, such as a non-conductive plastic stylus, that makes contact with the TouchPad surface.  (Note that most Synaptics TouchPad products are unable to sense pens, and thus have *capPen* = 0; only certain "pen-input TouchPad" models are able to sense pens as well as fingers.)

When the *capPalmDetect, capMultiFinger,* or *capPen* capability bits are clear (0), the corresponding W values are reserved for future definition by Synaptics and should be given no special interpretation by host software.  For example, if *capPen* = 0 and the TouchPad reports a W value of 2, the host should *not* treat the contact as a pen stroke, but rather as a normal finger stroke with no unusual properties.

When Z = 0, the X, Y, and W values cannot be measured and are reported as 0.  When Z is positive but very small, e.g., less than 25, then the X and Y position, the finger width and count, and the finger/pen determination will be reported but they may not be very accurate.

*Historical notes:*

Older Synaptics TouchPads with the *capExtended* capability bit equal to 0 did not support "W mode." Those pads had no way to measure or report the width or count of fingers.

A very small number of early pen-capable TouchPads were built before the introduction of "W mode." On pen TouchPads with *capPen* = 1 but *capExtended* = 0, pen strokes are distinguished using the Z value: Z is 255 during a pen stroke, Z is in the range 1–254 during a finger stroke, and Z is 0 when no pen or finger is detected.

## 2.4.  Information queries

The host can query the TouchPad for information describing the size, model, and capabilities of the TouchPad. The exact form of this query varies from one protocol to another, as described in later parts of this document. But the information itself is the same regardless of the protocol. The following sections describe the various available queries and the information they return.

### 2.4.1.  TouchPad identification

The most basic query asks whether the device is a Synaptics TouchPad or some other mouse-compatible pointing device. In each protocol, this query is designed as a special command that can be sent to any mouse-compatible device, but which only a Synaptics TouchPad will recognize.

The Identify TouchPad query returns the following information to the host:

*infoMajor*

> The primary or "major" version of the TouchPad device and firmware. Most older Synaptics TouchPads had a major version of 3; the modern Synaptics TouchPads described in this document have a major version of 4.

*infoMinor*

> The minor version number starts over at 0 with each new major version, and increases by one whenever minor changes are made to the device or its firmware. In a complete version number such as "4.5", the major version is 4 and the minor version is 5.

*infoModelCode*

> This 4-bit field encodes very limited information about the TouchPad model. It is provided for compatibility only; modern TouchPads report much more detailed information about themselves in the queries described in the next few sections. New host software should not use the *infoModelCode* field.

When this *Guide* uses the phrase "versions *x.y* and later" or "version $\geq x.y$," it refers to all TouchPads with greater major version, or equal major version and greater or equal minor version:

> "version $a.b \geq x.y$"   is equivalent to saying   "( $a > x$ ) **or** ( $a = x$ **and** $b \geq y$ )"

Synaptics TouchPad Interfacing Guide                          Second Edition

### 2.4.2.  Model ID bits

Synaptics TouchPads starting with version 3.2 have supported a "model ID" query which allows the host to learn information about the physical type of the pad.  The model ID consists of 24 bits divided into various bit-fields:



*Figure 2-7.  TouchPad model ID bits*

The model ID fields are defined as follows.

*infoSensor*  (bits 21–16)

> This 6-bit field identifies the type or model of TouchPad sensor; it allows the host to determine the size and physical type of the TouchPad.  The following table lists the sensor types that have been defined as of this writing.

| infoSensor | Model no. | Definition |
|:---:|:---:|:---|
| 0 | — | Unknown sensor type |
| 1 | TM41*xx*134 | Standard TouchPad |
| 2 | TM41*xx*156 | Mini module |
| 3 | TM41*xx*180 | Super module |
| 7 | *(discontinued)* | Flexible pad |
| 8 | TM41*xx*220 | Ultra-thin module |
| 9 | TW41*xx*230 | Wide pad module |
| 11 | TM41*xx*240 | Stamp pad module |
| 12 | TM41*xx*140 | SubMini module |
| 13 | *TBD* | MultiSwitch module |
| 15 | TM41*xx*301 | Advanced Technology Pad |
| 16 | TM41*xx*221 | Ultra-thin module, connector reversed |
| *other* | — | *Reserved* |

*Figure 2-8.  Sensor types*

> See section 2.7 for more information about TouchPad model numbers.

*infoGeometry*  (bits 3–0)

> This 4-bit field identifies unusual sensor arrangements such as non-rectangular or non-flat TouchPads.  This field is independent from the

*infoSensor* type.  For example, a standard sensor board might be mounted beneath an oval bezel, in which case the TouchPad would be ordered from Synaptics with special firmware that identifies the *infoSensor* type as 1 but the *infoGeometry* type as 2.  The host driver and the TouchPad itself might then use the fact that *infoGeometry* = 2 to provide an oval-shaped Edge Motion zone instead of the usual rectangular zone.

| infoGeometry | Definition |
|:---:|---|
| 0 | Unknown geometry |
| 1 | Standard rectangular geometry |
| 2 | Oval geometry |
| 3–15 | *Reserved* |

*Figure 2-9.  Geometry types*

*infoHardware*  (bits 15–9)

This 7-bit field is reserved for use by Synaptics.

*infoRot180*  (bit 23)

This bit is 0 for normal "Up" TouchPads, or 1 for 180°-reversed "Down" TouchPads designed to be mounted upside-down compared to the standard Synaptics product.  (The X/Y coordinate system as experienced by the user is the same in both cases; thus, host software generally will not care about the *infoRot180* bit.)

The Up orientation is defined as the orientation in which the cable exits upwards from under the board; on most models, this is also the orientation with the connector near the top edge of the underside of the board.  The Down orientation uses a physically identical board that is programmed in order to work properly when mounted with the cable exiting downwards:



*(a)* TM41PU-134 (Up)              *(b)* TM41PD-134 (Down)
*infoRot180* = 0                    *infoRot180* = 1

*Figure 2-10.  Up and Down orientations*

*infoPortrait*  (bit 22)

This bit is 0 for normal ("landscape") TouchPads, or 1 for 90°-rotated ("portrait") TouchPads in which the X and Y coordinates still represent the user's horizontal and vertical axes, respectively, but the TouchPad is

oriented so that it is taller than it is wide.  Hence, the typical bezel limits and typical edge margins of section 2.3.2 are approximately interchanged X-for-Y on a Portrait pad.



*(a)* TM41PU-134 (Up)          *(b)* TM41PP-134 (Portrait)
$infoPortrait = 0$                    $infoPortrait = 1$

*Figure 2-11.  Portrait orientation*

Note that the *infoRot180* and *infoPortrait* bits can be considered together as a two-bit field specifying a clockwise rotation of the pad in multiples of 90°.

*infoNewAbs*  (bit 7)
> This bit indicates that a new, improved Absolute packet format is available. It is 1 except for certain older PS/2 and Serial TouchPads; see the *historical notes* at the end of section 3.6.2, and the description of *PackSize* in section 2.5.

*infoSimpleCmd*  (bit 5)
> This bit is 1 except for certain older PS/2 TouchPads; see the *historical notes* at the end of section 3.5.2.

*capPen*  (bit 6)
> This bit is 0 for normal finger-only TouchPads, or 1 for TouchPads capable of sensing pens as well as fingers.

*Historical notes:*

Some very old TouchPads do not support the "model ID" query.  Each protocol provides a way to tell whether or not a certain pad supports this query, as described below in the sections devoted to the respective protocols.  If a pad does not support the model ID query, the pad can be assumed to have the following properties:

|  |  |
|---|---|
| $infoSensor = 0$ (unknown) | $infoNewAbs = 0$ |
| $infoGeometry = 1$ (rectangular) | $infoSimpleCmd = 0$ |
| $infoRot180$ is unknown | $capPen = 0$ |
| $infoPortrait = 0$ (landscape) | |

## 2.4.3.  Coordinate resolution

Modern Synaptics TouchPads allow the host to query for the resolution of the X and Y coordinates in absolute-mode units per millimeter.  The resolutions are reported as 8-bit

numbers called *infoXupmm* and *infoYupmm*.  For example, the standard TM41*xxx*134 module has an *infoXupmm* of 85 units per millimeter, which means that moving the finger by one centimeter (10mm) on the TouchPad surface results in a change of approximately 850 units in the X coordinate as reported in Absolute mode.

The reported resolutions for various TouchPad models are shown in Figure 2-12.

| Model | infoSensor | Units per mm | Units per inch | Sensor area (mm) |
|---|---|---|---|---|
| Standard | 1 | $85 \times 94$ | $2159 \times 2388$ | $47.1 \times 32.3$ |
| Mini | 2 | $91 \times 124$ | $2311 \times 3150$ | $44.0 \times 24.5$ |
| Super | 3 | $57 \times 58$ | $1448 \times 1473$ | $70.2 \times 52.4$ |
| UltraThin | 8 | $85 \times 94$ | $2159 \times 2388$ | $47.1 \times 32.3$ |
| Wide | 9 | $73 \times 96$ | $1854 \times 2438$ | $54.8 \times 31.7$ |
| Stamp | 11 | $187 \times 170$ | $4750 \times 4318$ | $21.4 \times 17.9$ |
| SubMini | 12 | $122 \times 167$ | $3099 \times 4242$ | $32.8 \times 18.2$ |

*Figure 2-12.  TouchPad resolutions*

The "units per mm" values in this table are the *infoXupmm* and *infoYupmm* resolution numbers reported by the various TouchPad models; units per inch (i.e., "DPI") are computed by multiplying units per mm by 25.4.  In each case, the resolution is shown in the form "$X \times Y$".  Please note that these resolutions are only approximate.

The sensor area is computed based on the bezel limits in Figure 2-3, which span $5472 - 1472 = 4000$ units in X and $4448 - 1408 = 3040$ units in Y.  Dividing the total width of the pad in units by the number of units per millimeter gives the width in millimeters, as shown in the rightmost column of Figure 2-12.  Note that this represents the comfortable range of motion of a typical finger *within* a typical bezel, not the size of the bezel opening.  See section 2.3.2 for more discussion of coordinate limits.

The values shown in Figure 2-12 are for pads in the normal "landscape" orientation; for portrait-oriented pads (with *infoPortrait* = 1), the axes are exchanged.  For example, a portrait UltraThin pad would have a $32.3 \times 47.1$mm sensor area and report a resolution of $94 \times 85$ units per millimeter.

Note that the resolution described in this section applies *only* to Absolute mode; in Relative mode, the resolution is variable and may depend on the protocol in use.  See section 2.6.3 for information about the resolution in Relative mode.

*Historical notes:*

Older TouchPads do not support the resolution query.  Each protocol provides a way to tell whether or not a certain pad supports the query.  If the pad does not support the resolution query, use the table of Figure 2-12 indexed by the *infoSensor* code obtained from the model ID query (section 2.4.2), or simply assume a default resolution of $85 \times 94$ units per millimeter.

### 2.4.4. Extended capability bits

Modern Synaptics TouchPads support an "extended capability" query which returns to the host 16 bits indicating the presence or absence of various advanced features. In typical modern pads, the capability bits will be $8013 (hexadecimal), i.e., bits 15, 4, 1, and 0 are set and all other bits are clear.

The capability bits are arranged as follows:

| Bit 15 | Bit 14 | Bit 13 | Bit 12 | Bit 11 | Bit 10 | Bit 9 | Bit 8 |
|---------|--------|--------|--------|--------|--------|-------|-------|
| cExtended | — | — | — | — | — | — | — |

| Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|-------|-------|-------|--------|----------|-------|----------|---------|
| — | — | — | cSleep | cFourBtn | — | cMultiFing | cPalmDet |

*Figure 2-13. TouchPad extended capability bits*

Bits shown as "—" in Figure 2-13 are reserved for future use. The host should ignore the values of reserved bits when reading the capability bits.

*capExtended*  (bit 15)

>    This bit is set if the extended capability bits are supported. The host can examine this bit to see whether the other 15 extended capability bits are present; see the *historical notes* below. The *capExtended* bit also signifies that the TouchPad supports "W mode" as described in sections 2.3.4 and 2.5.

*capSleep*  (bit 4)

>    For the PS/2 protocol, the *capSleep* bit is set if sleep mode is supported. See the discussion of the "Sleep" bit in section 2.5.

>    For other protocols, this capability bit is reserved.

*capFourButtons*  (bit 3)

>    For the PS/2 protocol, this bit is set if the pad is a "MultiSwitch" pad which supports four mouse buttons labeled Left, Right, Up, and Down. In the PS/2 protocol, the Up and Down buttons are reported only during Absolute Mode with the *Wmode* bit set. See section 3.6.2.

>    For other protocols, this capability bit is reserved.

*capMultiFinger*  (bit 1)

>    This bit is set if multi-finger detection is supported. The pad is then able to count the number of simultaneous fingers on the pad and report the finger count via the W field of the Absolute packet. If this bit is 0, the pad does not support multi-finger detection; any finger contact will be assumed to be a single finger, with the position reported as the midpoint between all actual fingers, and, if *capPalmDetect* is set, with W reporting a (typically large) "width" for the assumed single finger.

*capPalmDetect*  (bit 0)

> This bit is set if "palm detection" is supported.  In "W mode," the TouchPad measures the apparent size or width of the finger and reports the width in the W field of the Absolute mode packet.  The host can use this information to help distinguish between intentional finger contact and accidental palm or hand contact.

Note that the *capPen* bit is used in the same way as an extended capability bit, but it is reported as part of the "model ID" query response (section 2.4.2).

*Historical notes:*

The extended capability bits are a relatively recent addition to the Synaptics TouchPad product line.  All TouchPads starting with version 4.5 have extended capability bits; some models of older 4.*x* firmware also have capability bits, but there are many older pads in the field which do not support capability bits.  In those older pads, the capability bit field was fixed at $5555 (hexadecimal).  In very old pads (prior to version 3.2), this field was used to hold adjustable edge margin information, with $5555 as the power-up default value.  Starting with version 3.2, the actual edge margins became fixed at the positions shown in Figure 2-4, and the host-readable $5555 value became a vestige.

To determine whether or not a Synaptics TouchPad supports capability bits, use the following procedure:

1. Read the *infoMajor* version number as described in section 2.4.1.  If 3 or below, assume the capability bits are $0000.  If 4 or above, continue with step 2.

2. Perform the "extended capability" query, to receive a 16-bit field.

3. If bit 15 of the received 16-bit field is 0, assume the capability bits are $0000.

4. If bit 15 of the received 16-bit field is 1, use the received field as the capability bits.

## 2.4.5.  Serial numbers

Synaptics plans soon to include a unique host-readable serial number in each new TouchPad.  Even though serial numbers are not yet in production, the TouchPad interface defines a protocol for querying a device for its serial number.  The serial number consists of a total of 36 bits, which are reported to the host in the form of a 12-bit "prefix" and a 24-bit "suffix."  Synaptics does not specify the internal structure of these 36 bits, but Synaptics does guarantee that the complete 36-bit serial number will be unique among all TouchPads produced.  Synaptics does *not* guarantee that the serial numbers will be consecutive or otherwise related, even within the same manufacturing lot.

For TouchPads which have not been serialized (including all TouchPads produced so far at Synaptics), the serial number query will return a default value of zero.

## 2.4.6.  Reading the mode byte

Synaptics TouchPads support a "mode byte" query which returns to the host the current value of the TouchPad mode byte.  The mode byte is described in section 2.5 below.

## 2.5.  Mode byte

The Synaptics TouchPad has a small set of configurable features which are encapsulated in the *TouchPad mode byte,* an 8-bit bit mask which the host can set to any value using a special command.  The exact forms of the commands to set and read the mode byte vary from one protocol to another, as described in later parts of this document.  The layout of the mode byte itself, however, is fairly consistent between protocols.

The power-on initial setting for the mode byte is $00.  During normal operation, the mode bits are generally preserved except when explicitly changed by a host command.  Also:

•    In the PS/2 protocol, the PS/2 Reset ($FF) and Set Defaults ($F6) commands clear the *Absolute* bit to 0 but do not affect the other mode bits.

•    In the Serial protocol, the RTS handshake clears the entire mode byte to $00.

The mode byte is arranged as follows:

| Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Absolute | Rate | — | — | Baud/Sleep | DisGest | PackSize | Wmode |

*Figure 2-14.  TouchPad mode byte*

Bits shown as "—" in Figure 2-14 are reserved for future use.  The host should ignore the values of reserved bits when reading the mode byte.  The host may either set the reserved bits always to zero, or preserve the last-read values of the reserved bits, when changing the mode byte; the host must not change a reserved bit from 0 to 1.

*Absolute*  (bit 7)
> This bit is 0 to select Relative (mouse-compatible) mode, or 1 to select Absolute mode.  See sections 2.1 and 2.3.

*Rate*  (bit 6)
> This bit is 0 to select a low packet rate of approximately 40 packets per second, or 1 to select a high packet rate of approximately 80 packets per second.  This bit is valid in all protocols; it is valid in both Relative and Absolute mode.  See section 2.2.

*Baud / Sleep*  (bit 3)
> For the Serial protocol, this is the *Baud* bit.  The *Baud* bit is 0 to select 1200 baud packet reporting, or 1 to select 9600 baud packet reporting.  The *Baud* bit should be set whenever the *Rate* bit or the *Absolute* bit is set.  See section 4.2 for more information about the Serial baud rate.

> For the PS/2 protocol, this is the *Sleep* bit.  The *Sleep* bit is 0 for normal operation, or 1 for "sleep" mode.  When sleep mode is enabled, the pad goes into a low-power idle state in which it ignores finger activity.  In sleep mode, only button presses will cause the pad to generate a motion packet. When the *Sleep* bit is changed from 1 to 0, the pad may need to spend 300–1000ms recalibrating before finger sensing will resume.  The Synaptics drivers use sleep mode for ACPI power management support.  The *Sleep* bit

is defined only in Relative mode on pads whose *capSleep* capability bit is set; in Absolute mode and in pads without this capability, the bit is reserved and should be left at 0.  Also, *DisGest* should be set whenever *Sleep* is set.

The *Baud / Sleep* bit is defined only for the PS/2 and Serial protocols; for other protocols, the bit is reserved and hence should be left at its default value of 0.

*DisGest*  (bit 2)

This bit is 0 to enable "tap" and "drag" gesture processing, or 1 to disable detection of tap and drag gestures.  When this bit is 1, the Relative mode mouse packet reports the true physical button states, and the Absolute mode packet's Gesture bit always reports as zero.  The *DisGest* bit is implemented only for 4.*x* and later TouchPads (i.e., when *infoMajor* ≥ 4); for older pads, the bit is reserved.

*PackSize*  (bit 1)

For the Serial protocol, this bit is 0 to select six-byte Absolute packets, or 1 to select seven- or eight-byte packets (per the *Wmode* bit).  This bit is defined only in Absolute mode in Serial TouchPads with the *infoNewAbs* bit set (see section 2.4.2); in Relative mode, when *infoNewAbs* = 0, and at all times in non-Serial protocols, this bit is reserved and should be left at 0.

*Wmode*  (bit 0)

This bit is 0 to select normal Absolute mode packets, or 1 to select enhanced Absolute packets that contain the "W" value as well as X, Y, and Z.  See section 2.3.4 for more information about W; see the later sections on the particular protocols for more information about packet formats.  This bit is defined only in Absolute mode on pads whose *capExtended* capability bit is set; in Relative mode and in pads without this capability, the bit is reserved and should be left at 0.

The following table shows some typical values for the mode byte in the PS/2 protocol:

| Value (hex) | When to use | Effect |
|---|---|---|
| $00 | Always OK | Relative mode |
| $04 | Version 4.*x* or later | Relative mode with gestures disabled |
| $40 | Always OK | Relative mode with high packet rate |
| $80 | *capExtended* = 0 | Absolute mode |
| $81 | *capExtended* = 1 | Absolute mode with W |
| $C0 | *capExtended* = 0 | Absolute mode with high packet rate |
| $C1 | *capExtended* = 1 | Absolute mode with W, high packet rate |
| $0C | *capSleep* = 1 | Low-power sleep mode |

*Figure 2-15.  PS/2 mode byte values*

The following table shows some typical values for the mode byte in the Serial protocol:

| Value (hex) | When to use | Effect |
|---|---|---|
| $00 | Always OK | Relative mode (1200 baud) |
| $04 | Version 4.*x* or later | Relative mode with gestures disabled (1200 baud) |
| $48 | Always OK | Relative mode with high packet rate (9600 baud) |
| $88 | Versions before 3.2 | Absolute mode (9600 baud, 6-byte packets) |
| $8A | *capExtended* = 0, ≥ v3.2 | Absolute mode (9600 baud, 7-byte packets) |
| $8B | *capExtended* = 1 | Absolute mode (9600 baud, 8-byte packets with W) |
| $C8 | Versions before 3.2 | Absolute mode (high packet rate, 6-byte packets) |
| $CA | *capExtended* = 0, ≥ v3.2 | Absolute mode (high packet rate, 7-byte packets) |
| $CB | *capExtended* = 1 | Absolute mode (high packet rate, 8-byte packets/W) |

*Figure 2-16.  Serial mode byte values*

*Historical notes:*

The *Absolute, Rate,* and *Baud* bits have always been present in Synaptics TouchPads. The other mode bits have been introduced over time as new optional features were added to the TouchPad product.

Older (3.*x*) versions of the TouchPad actually supported four bytes of mode information; the mode byte described in Figure 2-14 is the descendent of the original "mode byte 2." The four original mode bytes provided considerably more control over the pad's operation in Relative mode.  The host could independently control the detection of taps, drags, and corner-zone taps; it could turn Edge Motion on and off and adjust the sizes of the edge zones; it could adjust the Z threshold for finger detection.  In the modern TouchPad, all of these jobs are left to the host driver, which is in a position to provide a higher quality implementation of these features with even greater adjustability.  The TouchPad itself implements only the simple gestures and other features necessary for basic mouse emulation in the presence of a non-Synaptics-aware driver.  Section 7.1.1 describes the layout of the four original mode bytes.

The *DisGest* bit is now the only mode bit intended for use in Relative mode; note that because the PS/2 reset sequence does not affect this mode bit, a computer BIOS can set this bit to ensure that gestures are disabled even when a non-Synaptics mouse driver is used.  (However, Synaptics recommends that *DisGest* be left at 0; experience shows that most TouchPad users prefer to have tapping gestures enabled.)

## 2.6.  Principles of operation

The next few sections provide some useful background information on how the Synaptics TouchPad senses fingers and how it translates finger actions into useful pointing behavior.

### 2.6.1.  Sensing finger presence

The standard Synaptics TouchPad uses *capacitive sensing* to detect fingers.  Whenever two electrical conductors are placed flat against each other separated by a thin insulator, an electrical capacitor is formed.  The human body is a good conductor of electricity.  In a TouchPad, a capacitor is formed by the human finger and a grid of electrical conductors with a thin insulating Mylar label between.  By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface.  By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure "Z".  (This works because the harder the user presses down, the more the finger flattens out against the pad; larger contact area leads to larger total capacitance.)

### 2.6.2.  Filtering position data

The TouchPad uses a variety of "filtering" algorithms to convert the raw X and Y computations into smooth, pleasing motion even when electrical noise and physical effects have introduced some jitter into the TouchPad's capacitance measurements.  In Relative mode, the pad applies several filtering and acceleration algorithms as described in this section and section 2.6.3.  In Absolute mode, the X and Y coordinates receive some basic filtering and are then passed on to the host with no further processing.  For host software that uses Absolute mode, it may be worthwhile to apply some extra filtering to the X and Y values before using them for fine positioning.

Many filtering algorithms exist; no one algorithm is perfect for all applications.  One simple method, the *windowed average* algorithm, computes each filtered coordinate value as the average of the last two unfiltered values.  If $U$ stands for the unfiltered finger position and $X$ for the result of the filtering operation, then

$$X_{new} = (U_{new} + U_{prev}) / 2 \qquad\qquad\qquad (eq.\ 1)$$

in the simple windowed average algorithm.  (Here $U_{new}$ is the most recent finger position, and $U_{prev}$ is the previous finger position, i.e., from the previous packet in the sequence of packets during a finger stroke.)

Another method is the *decaying average* algorithm:

$$X_{new} = (U_{new} + X_{prev}) / 2 \qquad\qquad\qquad (eq.\ 2)$$

On the very first packet of a finger stroke, there is no value available yet for $U_{prev}$ or $X_{prev}$ ; hence, for this initial packet, it is reasonable to let $X_{first} = U_{first}$.

To increase the degree of smoothing, simply average three or more recent $U$ values in the windowed average filter, or use a weighted average such as ¼ $U_{new}$ + ¾ $X_{prev}$ in the decaying average filter.

In Absolute mode, the TouchPad internally applies an unweighted decaying average filter to the X and Y data from each finger stroke. Normally, this filtering is enough to produce usable position data with no undesirable artifacts. In special applications, the host can apply its own additional stage of windowed average or decaying average filtering. Also, in very special applications, the host can undo the effect of the built-in decaying average filter by "solving" equation *(2)* above for $U_{new}$ as a function of $X_{new}$ and $X_{prev}$.

### 2.6.3.  Sensing motion

When no finger is on the pad, the Z value is normally zero. To detect a finger motion, the TouchPad looks for Z to increase beyond a "touch threshold," then for the X and Y positions to change in some way from each packet to the next, and finally for Z to return to zero. This sequence of events makes up one *finger stroke* across the surface of the pad. The successive changes in (X, Y) during a stroke are translated into a succession of motion *deltas* ($\Delta X$, $\Delta Y$) which are sent to the host; when the host translates these deltas into cursor motions, the cursor moves in a way that closely mimics the motion of the finger on the pad.

In principle, the motion deltas are simply the differences of successive positions multiplied by a suitable factor to cause a pleasing speed of cursor motion for a normal speed of finger motion. In other words,

$$\Delta X = S_T \times (X_{new} - X_{prev}), \quad \text{and} \qquad\qquad \textit{(eq. 3a)}$$

$$C_{new} = C_{prev} + (S_C \times \Delta X), \qquad\qquad\qquad \textit{(eq. 3b)}$$

where X is the finger position on the pad, C is the cursor position on the screen, and $S_T$ and $S_C$ are the speed factors employed by the TouchPad and the host mouse driver, respectively. If $S_C$ were exactly 1.0, then $\Delta X$ would be measured in units of screen pixels of motion. Because $S_C$ is not 1.0 in typical mouse drivers, $\Delta X$ is measured in arbitrary units of mouse motion which are known in the industry, believe it or not, as *mickeys*.

Most mouse drivers include an "acceleration" feature which varies $S_C$ based on the mouse speed in order to help fast mouse motions cover more distance on the screen. The Synaptics TouchPad also includes its own acceleration feature which varies $S_T$ based on the speed of finger motion. The TouchPad's acceleration feature acts mainly at low speeds, and is designed to complement the high-speed acceleration seen in mouse drivers. In the Synaptics TouchPad, $S_T$ is approximately 0.11 mickeys per Absolute position unit at normal finger speeds; $S_T$ drops to about 0.04 at very low finger speeds. Section 2.3.2 describes Absolute position units. For a standard model TM41*xxx*134 TouchPad module, the overall speed factor is about 240 mickeys per inch or 9 mickeys per millimeter at full speed. Figure 2-12 of section 2.4.3 gives the Absolute mode resolutions for various other Synaptics TouchPad models; multiply by 0.11 to get the expected number of mickeys per inch in Relative mode.

### 2.6.4.  Sensing tapping gestures

For the purposes of this document, a *gesture* is any motion or action of the finger that the system interprets as something other than regular cursor motion. The TouchPad itself

supports *tap* and *drag* gestures for simulating mouse button clicks using the finger; the Synaptics TouchPad drivers add several more gestures such as "Virtual Scrolling™."

To detect a tapping gesture, the TouchPad looks for Z to increase beyond the touch threshold and then to return to zero after only a fraction of a second, with little or no X or Y motion during this time. Note that a tap is actually detected shortly *after* the finger has left the pad, so the virtual button click as reported to the host begins after the actual tapping action is finished. Figure 2-17 illustrates tap and drag detection.



*Figure 2-17.  Tap and drag gestures*

In this figure, the Z value and the state of the "virtual" left button are plotted against time as the user executes first a simple tap, then a drag gesture. Higher Z indicates the presence of a finger on the pad; a high level on the Button signal represents a simulated left button press as reported by the TouchPad.

To move the cursor a long distance, the user may need to make several finger stokes. But because a drag gesture ends when the user lifts the finger, the entire drag must occur in a single stroke. Synaptics TouchPads offer a feature called *Edge Motion*™ to assist with long-distance drags:  If, during a drag, the finger reaches the edge of the pad, the TouchPad begins to send a constant-speed motion signal to the host which continues as long as the finger stays at the edge.

### 2.6.5.  TouchPad calibration

In order to sense the finger's capacitance accurately, the TouchPad must perform an initial step called *calibration,* which takes several hundred milliseconds. The TouchPad automatically calibrates itself upon power-up; in the PS/2 protocol, the TouchPad also recalibrates itself in response to a Reset ($FF) command. Calibration runs completely automatically; the only user-visible consequence is that the pad will be unable to sense fingers until calibration is finished. Also, if a finger was present on the pad *during* calibration, then the pad may miss the very first finger stroke after calibration. After the first stroke ends and the finger is taken off the pad, the TouchPad will operate normally.

### 2.6.6.  Host interface to TouchPad

In a typical computer system, there are many levels of hardware and software between the TouchPad and the application software. This section will present an overview of the various steps in the path from TouchPad to application in an IBM PC-compatible computer.

In modern PC's, the pointing device talks to the computer using either the PS/2 protocol (see section 3) or the RS-232 serial protocol (see section 4). "Bus mice" were popular in earlier days but have since fallen out of use. Some early serial mice used different

protocols, but today serial mice have mostly converged on the protocol described in section 4, particularly Figure 4-16.  In the future, USB (the Universal Serial Bus) may replace the PS/2 and RS-232 protocols, but as of this writing USB has had little penetration in the field of pointing devices.  Contact Synaptics for more information about USB TouchPads.

Figure 2-18 illustrates a typical path that motion data travels on its way from a PS/2 TouchPad to a Windows® 95 application:



*Figure 2-18.  TouchPad to host data path (PS/2)*

In step 1, the TouchPad contains a sensing mechanism and a microcontroller which converts raw sensor data into a form suitable for communication to the host.

In step 2, the keyboard controller (KBC) chip implements the host side of the PS/2 interface for the pointing device as well as the keyboard.  The KBC communicates with the TouchPad via CLK and DATA wires as described below in section 3.2.  The KBC often has other responsibilities as well, such as power management.  When the KBC is occupied with other duties (power management, keyboard processing), it holds the TouchPad's CLK wire low to make sure the device does not try to talk.

The KBC communicates to the main CPU via I/O ports 60h and 64h and IRQ 12.  When a byte of motion data arrives from the TouchPad, the KBC posts this data to port 60h, asserts IRQ 12, and pulls CLK low to prevent the TouchPad from sending more data.  When the CPU responds to IRQ 12 by reading from port 60h, the KBC releases the CLK line and the TouchPad sends the next motion byte.  (See section 3.7.1 for more discussion of the KBC.)

The standard PC BIOS software (step 3) provides a set of high-level mouse operations on INT 15h, function C2h.  The original purpose of the BIOS was to isolate driver software from the details of I/O ports and IRQs, but nowadays many drivers talk directly to the KBC instead of using the BIOS facilities.  (Note the gray arrow in Figure 2-18 between the driver and the KBC.)

Frank van Gilluwe's book, *The Undocumented PC,* is an excellent reference to the KBC and the BIOS from the point of view of host software.

For a Serial TouchPad, the path is similar except that a UART chip services the serial ports instead of the KBC.  Also, serial pointing device drivers generally always use direct port access to the UART, since there are only rudimentary serial port facilities in the standard BIOS.

The driver (step 4) may be either a general-purpose mouse driver or the Synaptics TouchPad driver.  The TouchPad driver does all the work of a mouse driver, as well as offering a variety of features which take advantage of the TouchPad's special abilities.  The driver translates the information from the TouchPad into cursor motion and button press events in a form that Windows can use.

In step 5, the Windows operating system uses the motion information from the driver to display and move a cursor image on the screen.  When the driver reports that a button has been clicked, Windows sees which application's window holds the cursor and forwards a Windows API (Application Programming Interface) message to that application (step 6).

Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.



(a)  Standard Mouse Driver                    (b)  Synaptics TouchPad Driver

*Figure 2-19.  Motion processing in TouchPad and driver*

Note that the processing steps are substantially the same, but the steps occur in different places depending on which kind of driver is used.  With the standard mouse driver, the TouchPad is responsible for all processing including converting (X, Y, Z, W) position information into (ΔX, ΔY, button) motion and tap gesture information.  With the Synaptics TouchPad driver, the TouchPad operates in Absolute mode and reports (X, Y, Z, W) directly to the driver, which then takes over the motion and tap gesture processing itself.

Putting more of the processing in the driver has two advantages:  First, the driver executes on a powerful CPU and so is able to use better algorithms with better pointing performance; second, the driver now has access to the raw absolute data, which it can then provide to TouchPad-aware applications even though the driver still interfaces to Windows itself as a simple mouse driver.

The Synaptics TouchPad driver has its own API which applications can use to get X, Y, Z, W, and other TouchPad-specific information, as shown by the second gray arrow between steps 4 and 6 in Figure 2-18.  Section 6 of this *Guide* describes the Synaptics TouchPad driver API.

## 2.7.  Synaptics TouchPad model numbers

Synaptics offers a wide variety of TouchPad products.  These products are identified by the *model number*, an alphanumeric string that encodes the board size and type, host communication protocol, label color, and general feature set.  This section provides a rough description of the model number scheme; contact Synaptics for more complete information on the available models.

A typical Synaptics TouchPad model number looks like this:



*Figure 2-20.  TouchPad model number*

The primary product class is **TM** (TouchPad module, the basic capacitive finger-operated TouchPad).

The ASIC type **41** identifies newer pads employing the T1004 ASIC.  The ASIC type **21** signifies an older pad using a T1002 ASIC with a separate microprocessor chip.

Possible host protocol letters include **P** (PS/2), **B** (PS/2-and-Serial combo), and **A** (ADB).  Other less common letters are **S** (Serial-only) and **T** (TTL-level serial; see section 4.1.1).

The orientation letter is **U** (Up), **D** (Down), or **P** (Portrait).  The "up" orientation is defined as the orientation in which the cable exits from the top edge of the board, i.e., away from the user, as shown in Figure 2-10(*a*).

The color code letter identifies the color of the mylar label that forms the touch-sensitive surface of the pad.  For example, color **G** is the standard Synaptics Slate color; contact

Synaptics TouchPad Interfacing Guide                                  Second Edition

Synaptics for information about additional colors.  (Note that the color letter is the *only* part of the model number which cannot be read out using the host queries described in section 2.4.)

The auxiliary feature letter is an optional letter that follows the color code; it is present if the TouchPad has unusual or custom-ordered hardware or firmware features.

The board type identifies the physical size, shape, and thickness of the TouchPad sensor board.  Type **134** signifies the standard $65 \times 49 \times 1.9$mm board.  Figure 2-8 lists some additional board type codes.

The revision suffix is a single number that encodes the overall product revision level.  It plays a similar role to the major/minor version number of section 2.4.1; however, the revision suffix can change while the version number stays the same, for example to reflect a change in the manufacturing process.  Also, the version number can change while the revision suffix stays the same, for example when a version of firmware is developed at Synaptics but never put into production.

For further information about model numbers, or to order samples of any TouchPad model, contact Synaptics at (408) 434-0110 or sales@synaptics.com.

# 3.  PS/2 Protocol

The PS/2 protocol allows synchronous, bidirectional bit-serial communication between the host and the pointing device.  Either side may transmit a command or data byte at any time, although only one side can transmit at one time.  During initialization, the host sends command bytes to the device.  Some commands are followed by argument bytes.  The device acknowledges each command and argument byte with an ACK ($FA) byte, possibly followed by one or more data bytes.  If the host has enabled "Stream mode" transmission, then the device may send spontaneous data packets to the host describing finger motions and button state changes.

TouchPads integrated into notebook computers typically use the PS/2 protocol.

## 3.1.  Electrical interface

The PS/2 protocol includes two signal wires as well as +5V power and ground.  The signal wires, CLK and DATA, are bidirectional "open-collector" signals; they are normally held at a high (+5V) level by a 5–10K pull-up resistor on the host, but either the host or the TouchPad device can pull them low at any time.  When the port is idle, both signal wires are floating high.  The host can inhibit the device at any time by holding CLK low.

Note that neither side ever actively pulls CLK or DATA high; to output a logic 1, the wire is left undriven and allowed to float high.  The CLK and DATA lines should have a total capacitance of no more than 500pF to ensure that the 5–10K pull-up resistor is able to drive them to a high voltage level in a reasonable time.

An external PS/2 mouse port uses a mini-DIN-6 connector with the following pinout (male connector view):



| 1 | PS/2 DATA |
|---|---|
| 2 | N/C |
| 3 | Ground 0V |
| 4 | Power +5V |
| 5 | PS/2 CLK |
| 6 | N/C |

*Figure 3-1.  PS/2 cable pinout*

On the Synaptics Standard PS/2 TouchPad module TM41P$xx$134, the 8-pin FFC connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Power +5V | PS/2 DATA | PS/2 CLK | Right Switch | Left Switch | Ground 0V | N/C | N/C |

*Figure 3-2.  PS/2 module connector pinout*

Synaptics TouchPad Interfacing Guide                                    Second Edition

The button switch inputs (pins 4 and 5) include pull-ups to +5V on the module, and should be grounded when the corresponding switch is closed (pressed).

Pins 7 and 8 of the 8-pin connector are reserved for future use; they should be left unconnected by the host.

The following diagram shows the interconnections between the host and the Synaptics PS/2 TouchPad module:



*Figure 3-3.  PS/2 system diagram*

### 3.1.1.  Connector pinouts

Figure 3-2 showed the pinout of the 8-pin connector for the TM41P*xx*134 board. Synaptics also offers a variety of other board types each with its own connector and pinout.

The "Ultra-Thin" TouchPad TM41P*xx*220 uses either a six- or a twelve-pin connector:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| CLK | DATA | Left Sw | Right Sw | Ground | +5V |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLK | | DATA | | Left Switch | | Right Switch | | Ground | | +5V | |

*Figure 3-4.  PS/2 UltraThin module connector pinouts*

The "Mini" TouchPad TM41P*xx*156 uses a six-pin connector:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ground | CLK | DATA | +5V | Left Sw | Right Sw |

*Figure 3-5.  PS/2 Mini module connector pinout*

The "SubMini" TouchPad TM41P*xx*140 uses a twelve-pin connector:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gnd | Left Switch | | +5V | | DATA | | CLK | | Right Switch | | Gnd |

*Figure 3-6.  PS/2 SubMini module connector pinout*

---

Copyright © 2001  Synaptics, Inc.    510-000080 - A                    §3.1   Page 28

## 3.2.  Byte transmission

Each byte transmitted between the device and the host includes a start bit (a logic 0), eight data bits (LSB first), a parity bit (odd parity), and a stop bit (a logic 1).  Odd parity means the eight data bits and the parity bit together contain an odd number of 1's.  During transmission, the device pulses the CLK signal low for each of the 11 bits, while the transmitting party (either the host or the device) pulls the DATA wire low to signal a logic 0 or allows DATA to float high to signal a logic 1.

Between transmissions, the bus can be in one of three states:

- **Idle.**  If CLK and DATA are both high, there is no activity on the bus.

- **Inhibit.**  If the host is holding CLK low, the device is inhibited from transmitting data.  However, internal TouchPad processing continues to occur.

- **Request to send.**  If the host is holding DATA low and allowing CLK to float high, the host is ready to transmit a command or argument byte to the device.

### 3.2.1.  Output to host

The device can transmit a byte to the host whenever the bus is idle.  The device cannot transmit if the bus is inhibited or in the request-to-send state.

If the bus is inhibited, the device waits for the bus to leave the inhibit state before transmitting.  The device is guaranteed to wait at least 50μs after the inhibition ends before pulling CLK low to begin the start bit.  (The device *may* wait considerably longer before beginning its transmission; the host's raising of the CLK wire is not a command to the device to begin transmission, but rather a signal that the device is now allowed to transmit as soon as it is ready to do so.)

If the bus is in the host request-to-send state, the device discards its pending transmission and receives and processes the host command or argument byte.  (The one exception is the Resend ($FE) command, which responds by resending the most recent transmission even if that transmission was interrupted by the Resend command itself.)

The device transmits a byte of data by pulsing CLK low and then high a total of 11 times, while transmitting the start bit, data bits, parity bit, and stop bit on the DATA wire.  The host is expected to sample the DATA wire each time the CLK wire is low; the device changes the state of the DATA wire during the CLK high period.

If the host inhibits the bus by holding CLK low for at least 100μs during a device transmission, the device will recognize this and abort the transmission.  The device recognizes an inhibit by noting that the CLK wire remains low during the high portion of the clock cycle.  If the inhibit occurs before the rising edge of the tenth clock (the parity bit), the transmission of the byte is cancelled and the device will resend the interrupted byte as soon as the inhibit is released.  (An ACK ($FA) reply to a command or argument byte is simply thrown away if cancelled, although the command being acknowledged is not cancelled, nor are the additional response bytes, if any, that follow the ACK.)  If the inhibit begins after the tenth clock, the transmission is considered complete and the host must accept the transmitted byte.

The host may hold CLK low after the transmission, effectively extending clock 11, to inhibit the device from sending further data while the host processes the transmission. When the *Absolute* and *Rate* mode bits are both 1, the TouchPad reports $6 \times 80 = 480$ bytes per second, which allows for about 2 milliseconds per byte. Since the waveform shown in Figure 3-7 takes about one millisecond, the host should inhibit the bus for less than one millisecond per byte on average in order to achieve the maximum packet rate.



*Figure 3-7. PS/2 output waveforms*

In Figure 3-7, the CLK signal is low for 30–50μs (t1) and high for 30–50μs (t2) in each bit cell. DATA will be valid at least 5μs before the falling edge (t3) and at least 5μs after the rising edge (t4) of the clock. Device actions are shown in black; host actions are in gray.

### 3.2.2. Input from host

The host signals its intent to transmit a command or argument byte by holding CLK low for at least 100μs, then pulling DATA low and releasing CLK, thus putting the bus into the host request-to-send state. The device checks for this state at least every 10ms (t5). When the device detects a request-to-send, it pulses CLK low 11 times to receive a byte. The host is expected to change the DATA line while CLK is low; the device samples the DATA line while CLK is high. The host can abort the transmission midway through by holding CLK low for at least 100μs at any time before the eleventh CLK pulse.

After the tenth clock, the device checks for a valid stop bit (DATA line high), and responds by pulling DATA low and clocking one more time (the "line control bit"). The host can then hold CLK low within 50μs (t12) to inhibit the device until the host is ready to receive the reply. If the device finds DATA low during the stop bit, a framing error has occurred; the device continues to clock until DATA goes high, then sends a Resend to the host as described in the next section.



*Figure 3-8. PS/2 input waveforms*

In Figure 3-8, the CLK signal is low for 30–50μs (t6) and high for 30–50μs (t7) in each bit cell. DATA is sampled when CLK is high, and must be valid no later than 1μs after the rising edge of the clock (t8 ≥ –1μs, t9 ≥ 0μs). In the line control bit, DATA goes low at least 5μs before the falling edge (t10) and stays low at least 5μs after the rising edge (t11) of the clock. Device actions are shown in black; host actions are in gray.

### 3.2.3. Acknowledgement of commands

Each command or argument byte produces at least one response byte from the device. For every command or argument byte except the Resend ($FE) command, the response always begins with an "Acknowledge" or ACK ($FA) byte. Depending on the command, the ACK byte may be followed by additional data bytes to make up a complete response. For the Resend ($FE) command, the response sometimes does not begin with an ACK.

The device responds within 25ms, unless the host prevents it from doing so by inhibiting the bus. In multi-byte responses, the bytes of the response will be separated by no more than 20ms. The Reset ($FF) command is an exception, where the $FA and $AA bytes are separated by up to 500ms of calibration delay. The host must wait for the complete response to a command or argument before sending another byte. If the host *does* interrupt the response from a previous command with a new command, the TouchPad discards the unsent previous response as described in section 3.2.1.

If the device receives an erroneous input (an invalid command or argument byte, a byte with incorrect parity, or a framing error), the device sends a Resend ($FE) response to the host instead of an ACK. If the next input from the host is also invalid, the device sends an Error ($FC) response. When the host gets an $FE response, it should retry the offending command. If an argument byte elicits an $FE response, the host should retransmit the entire command, not just the argument byte.

On many PC's, the PS/2 port will also report a manufactured $FE response if the device does not send a response after a suitable timeout, or if the device does not respond to the request-to-send signal at all. Thus, an apparent $FE response from the TouchPad may also indicate that the TouchPad has been disconnected from the PS/2 port.

*Historical notes:*

Parity errors and framing errors are detected properly by current Synaptics TouchPads (version 4.*x* and later), but some earlier TouchPads ignored parity and framing errors. Likewise, earlier TouchPads did no range checking on Set Resolution and Set Sample Rate argument bytes; modern 4.*x* TouchPads will reject out-of-range Resolution arguments but still do no range checking on Sample Rate arguments.

## 3.3. Power-on reset

At power-on, the PS/2 device performs a self-test and calibration, then transmits the completion code $AA and ID code $00. If the device fails its self-test, it transmits error code $FC and ID code $00. This processing also occurs when a software Reset ($FF) command is received. The host should not attempt to send commands to the device until the calibration/self-test is complete.

Power-on self-test and calibration takes 300–1000ms. Self-test and calibration following a software Reset command takes 300–500ms. (In the standard Synaptics TouchPad device, the delays are nominally 750ms and 350ms, respectively.)

The Synaptics TouchPad never sends an $FC power-on/reset error code. Because the calibration algorithm is designed to adapt to environmental conditions rather than signal a hard failure, the power-on/reset response is always $AA, $00.

Officially, the host must not attempt to communicate with a PS/2 device until the device has sent the power-on $AA, $00 announcement.  For convenience, Synaptics TouchPads allow the host to put the bus into the "request-to-send" state immediately after powering up the TouchPad.  The TouchPad will respond by clocking in the host's first initialization command as soon as it is ready; this command will override and discard the $AA, $00 announcement.  The power-on calibration proceeds as usual, but in the background.  If the host sends a Reset ($FF) command before the initial $AA, $00 announcement, then the $AA, $00 response to the Reset command may be delayed by the full 300–1000ms required for power-on calibration.

See section 2.6.5 for further comments on the TouchPad calibration process.

The reset state of the device is as follows:

• Reported sample rate is 100 samples per second (see page 34).

• Reported resolution is 4 counts per mm (see page 35).

• Scaling is 1:1.

• Stream mode is selected.

• Data reporting is disabled.

• Absolute mode is disabled.

Note that only the *Absolute* bit of the TouchPad mode byte is cleared by a Reset ($FF) or Set Defaults ($F6) command.  The other seven bits of the TouchPad mode byte are initialized to $00 only at power-on; these bits are preserved by the Reset and Set Defaults commands.

On rare occasions, the TouchPad may experience a spurious reset, often due to a power supply brownout or an electrostatic discharge (ESD).  If this happens, the pad will mostly reset itself as if after a power-on reset.  If data reporting was enabled before the spurious reset, the TouchPad will attempt to come up re-enabled and without an $AA, $00 announcement so that the host does not experience an interruption of service.  However, any other PS/2 settings or TouchPad mode byte settings will be lost.  In particular, note that a spurious reset will cause the pad to spontaneously revert from Absolute to Relative mode.  If the host notices the pad spontaneously reverting to the Relative mode packet format, it should reinitialize the pad in the same manner as at power-up.

*Historical notes:*

In older (version 3.*x* and earlier) TouchPads, the Reset command cleared the *Absolute* mode bit as described above, but the Set Defaults command did not affect any of the mode bits.

In very old 2.*x* TouchPads, the initial $AA, $00 announcement at power-on was omitted. (These pads transmitted $AA, $00 only in response to a Reset command.)

## 3.4. Command set

The Synaptics TouchPad accepts the full standard PS/2 "mouse" command set. This section describes the full set of standard mouse commands, along with any special properties of those commands as they are implemented on the Synaptics TouchPad.

If the device is in Stream mode (the default) and has been enabled with an Enable ($F4) command, then the host should disable the device with a Disable ($F5) command before sending any other command. However, if the host *does* send a command during enabled Stream mode, the device abandons any data packet or previous command response that was being transmitted at the time of the command; the device will not send any further data packets until the response to the new command is finished.

As elsewhere in this document, "$" signifies hexadecimal notation.

$FF     **Reset.** Perform a software reset and recalibration as described in section 3.3 above. Response is ACK ($FA), followed by $AA, $00 after a calibration delay of 300–500ms.

$FE     **Resend.** The host sends this command when it detects invalid output from the device. The device retransmits the last packet of data, for example, a three- or six-byte motion data packet, a one-byte response to the Read Device Type ($F2) command, or the two-byte completion-and-ID reset response ($AA, $00). The ACK ($FA) byte sent to acknowledge a command is not stored in any buffer or resent; however, if the last output from the device was an ACK with no additional data bytes, Resend responds with an ACK.

       The device will send a Resend ($FE) to the host if it receives invalid input from the host; see section 3.2.3.

$F6     **Set Defaults.** Restore conditions to the initial power-up state. This resets the sample rate, resolution, scaling, and Stream mode to the same states as for the Reset ($FF) command, and disables the device. This command disables Absolute mode, but it leaves the rest of the TouchPad mode byte unaffected.

$F5     **Disable.** Disable Stream mode reporting of motion data packets. All other device operations continue as usual.

$F4     **Enable.** Begin sending motion data packets if in Stream mode. To avoid undesirable bus contention, driver software should send the Enable as the very last command in its PS/2 initialization sequence.

       Note that a PS/2 device includes two distinct state bits: the enable/disable flag controlled by commands $F4 and $F5, and the Stream/Remote flag controlled by commands $EA and $F0. These two flags are independent, and both must be set properly (enabled, Stream mode) for the device to send motion packets. The intention is that disabled Stream mode means the host is not interested in motion packets, while Remote mode means the host

plans to poll explicitly for motion data. In practice, Remote mode and disabled Stream mode are identical in the Synaptics TouchPad.

$F3    **Set Sample Rate.** Followed by one argument byte, this command sets the PS/2 "sample rate" parameter to the specified value in samples per second. Legal values are 10, 20, 40, 60, 80, 100, and 200 (decimal) samples per second.

The Set Sample Rate command is a two-byte command. The command byte and argument byte each receive an ACK ($FA) from the device. Thus, a complete Set Sample Rate = 10 command consists of $F3 from the host, $FA from the device, $0A from the host, and $FA from the device.

The Synaptics TouchPad records the sample rate argument and will respond properly to a later Status Request ($E9) command, but this value does not actually affect TouchPad data reporting. Stream mode reporting occurs at either 40 or 80 samples per second, and is controlled by the *Rate* bit of the TouchPad mode byte; see section 2.5.

$F2    **Read Device Type.** The response is an ACK ($FA) followed by a $00 device ID byte.

$F0    **Set Remote Mode.** Switch to Remote mode, as distinct from the default Stream mode. In Remote mode, the device sends motion data packets only in response to a Read Data ($EB) command.

$EE    **Set Wrap Mode.** Switch into special "echo" or "Wrap" mode. In this mode, all bytes sent to the device except Reset ($FF) and Reset Wrap Mode ($EC) are echoed back verbatim.

$EC    **Reset Wrap Mode.** If the device is in Wrap mode, it returns to its previous mode of operation, except that Stream mode data reporting is disabled. If the device is not in Wrap mode, this command has no effect.

$EB    **Read Data.** The device replies with an ACK ($FA) followed by a three- or six-byte motion data packet as described below in section 3.6. This command is meant to be used in Remote mode (see command $F0), though it also works in Stream mode. In Remote mode, this command is the only way to get a data packet. The packet is transmitted even if no motion or button events have occurred. The host can poll as often as PS/2 bus bandwidth allows, but since the underlying motion data are updated only 40 or 80 times per second (according to the *Rate* bit; section 2.5), there is little point in polling more often than that.

$EA    **Set Stream Mode.** Switch to Stream mode, the default mode of operation. In this mode, motion data packets are sent to the host whenever finger motion or button events occur and data reporting has been enabled. Maximum packet rate is governed by the current TouchPad sample rate, described below.

Synaptics TouchPad Interfacing Guide                              Second Edition

Stream mode is the recommended way to use a Synaptics TouchPad; nearly all PC-compatible computers operate their pointing devices in Stream mode.

$E9    **Status Request.**  Response is an ACK ($FA), followed by a 3-byte status packet consisting of the following data:

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 0 | Remote | Enable | Scaling | 0 | Left | Middle | Right |
| Byte 2 | 0 | 0 | 0 | 0 | 0 | 0 | Resolution | |
| Byte 3 | Sample rate | | | | | | | |

*Figure 3-9.  Standard status request response*

Remote:    1 = Remote (polled) mode, 0 = Stream mode.

Enable:    1 = Data reporting enabled, 0 = disabled.  This bit only has effect in Stream mode.

Scaling:    1 = Scaling is 2:1, 0 = scaling is 1:1.  See commands $E6 and $E7 below.

Left:    1 = Left button is currently pressed, 0 = released.

Middle:    1 = Middle button is currently pressed, 0 = released.

Right:    1 = Right button is currently pressed, 0 = released.

Resolution:  The current resolution setting, from 0 to 3 as described under Set Resolution ($E8) below.

Sample rate:  The current sample rate setting, from 10 to 200 as described under Set Sample Rate ($F3) above.

For example, after Reset or Set Defaults, a Status Request command will return the bytes

$FA   $00   $02   $64

indicating no buttons pressed, Stream mode, Disabled mode, Scaling 1:1, Resolution $02, and Sample rate $64 = 100 decimal.

The Status Request command returns different data in the context of a TouchPad special command sequence; see section 3.5 below.

$E8    **Set Resolution.**  Followed by one argument byte, this command sets the PS/2 "resolution" parameter.  Legal argument values are $00, $01, $02, and $03, corresponding to resolutions of 1, 2, 4, and 8 counts per mm, respectively.

The Synaptics TouchPad records the resolution argument and will respond properly to a later Status Request ($E9) command, but this value does not actually affect TouchPad data reporting.  Sections 2.3.2, 2.4.2, and 3.6.1 describe the actual resolution reported by the TouchPad.

$E7      **Set Scaling 2:1.**  Sets the PS/2 "scaling" bit, to enable a non-linear motion gain response.  The Synaptics TouchPad records this value and will respond properly to a later Status Request ($E9) command, but this value does not actually affect TouchPad data reporting.

$E6      **Set Scaling 1:1.**  Clears the PS/2 "scaling" bit, as described above.

*other*   If the device receives an invalid command byte, it replies with a Resend ($FE) byte.  If it immediately receives a second invalid command, it replies with an Error ($FC) byte.

## 3.5.  TouchPad special command sequences

The standard PC BIOS does not allow system software to send arbitrary command bytes to a PS/2 pointing device.  In fact, the BIOS supports only a subset of the commands listed in section 3.4.  In order to be compatible with the BIOS, the Synaptics PS/2 TouchPad must express all TouchPad-specific information queries and other operations using only combinations of those commands which are supported by the BIOS.  These combinations of commands are called *special command sequences*; they are designed to be relatively concise while still being distinctive enough so that non-Synaptics-aware drivers will not accidentally activate them.

Each TouchPad special command sequence consists of four Set Resolution ($E8) commands which together encode an 8-bit argument value, followed immediately by a Set Sample Rate ($F3) or Status Request ($E9) command.  If the final command is not preceded by *exactly* four Set Resolution commands, it has only its usual effect as described in section 3.4 (either setting the sample rate or producing a standard status report; note that neither the "resolution" nor the "sample rate" controlled by these PS/2 commands actually affect the Synaptics TouchPad's pointing behavior).  When sending a special command sequence, it is wise to precede the sequence with an "inert" command such as Disable or Set Scaling 1:1 just in case the most recent command sent to the device happened to be a (fifth) Set Resolution.

The four Set Resolution commands encode an 8-bit argument by concatenating their individual 2-bit "resolution" arguments.  If the four commands are

$$\text{\$E8} \ \ rr \ \ \text{\$E8} \ \ ss \ \ \text{\$E8} \ \ tt \ \ \text{\$E8} \ \ uu$$

where *rr, ss, tt,* and *uu* are numbers in the range $00–$03, then the full 8-bit argument for the special command sequence is

$$(rr \times 64) + (ss \times 16) + (tt \times 4) + uu.$$

## 3.5.1.  Information queries

If a Status Request ($E9) command is preceded by four Set Resolution commands encoding an 8-bit argument, then the 3-byte packet that is returned takes a special form where the three bytes encode special information chosen by the 8-bit argument.  In many cases the middle byte (normally the current resolution from $00 to $03) is replaced by a

Synaptics TouchPad Interfacing Guide              Second Edition

constant $47 byte which can be used to verify that the special command sequence was recognized.

The 8-bit argument selects one of the following queries:

$00      **Identify TouchPad.**  See section 2.4.1.  The first byte of the response is the minor version number *infoMinor*.  The middle byte is the constant $47.  The third byte encodes the major version number *infoMajor* in the low 4 bits, and the (obsolete) *infoModelCode* in the upper 4 bits.



*Figure 3-10.  PS/2 Identify TouchPad response*

All TouchPads ever shipped by Synaptics have supported the Identify TouchPad query.  To check whether a PS/2 pointing device is a Synaptics TouchPad, send four Set Resolution 0 commands followed by a Status Request command,

$E8  $00  $E8  $00  $E8  $00  $E8  $00  $E9

and look at the second byte of the three-byte Status response.  If the second byte is $47, the device is a Synaptics TouchPad.  For non-Synaptics devices, the second byte will instead report the current resolution ($00).

$01      **Read TouchPad Modes.**  See section 2.4.5.  The first two bytes of the response are the constants $3B and $47, respectively, and the third byte is the TouchPad mode byte.



*Figure 3-11.  PS/2 Read Modes response*

*Historical note:*  On pre-4.*x* TouchPads, the first byte reported "mode byte 1" as described in section 7.1.1.

$02      **Read Capabilities.**  See section 2.4.4.  The first and third byte hold the extended capability bits; the second byte is the constant $47.

Synaptics TouchPad Interfacing Guide                    Second Edition

|  | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | | | Capability bits 15–8  (Figure 2-13) | | | | | |
| Byte 2 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| Byte 3 | | | Capability bits 7–0  (Figure 2-13) | | | | | |

*Figure 3-12.  PS/2 Read Capabilities response*

*Historical note:*  On pre-4.*x* TouchPads, this query returned the Edge Motion margin adjustment factors instead of capability bits.  The adjustment factors were $55, $55 by default; starting at version 3.2, these bytes were no longer adjustable and were fixed at $55, $55.

$03    **Read Model ID.**  See section 2.4.2.  The three response bytes hold the 24-bit TouchPad model ID.  Model ID bit 8 (the least significant bit of the second byte) is always 0 in this protocol.

|  | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | | | Model ID bits 23–16  (Figure 2-7) | | | | | |
| Byte 2 | | | Model ID bits 15–8  (Figure 2-7) | | | | | 0 |
| Byte 3 | | | Model ID bits 7–0  (Figure 2-7) | | | | | |

*Figure 3-13.  PS/2 Read Model ID response*

*Historical note:*  TouchPads prior to version 3.2 did not support the Model ID query.  Those pads returned $47 in the second byte of the response to query number $03.  Also, non-Synaptics devices will return $03 in the second byte of this query.  Hence, host software can check for the presence of model ID information by examining the least significant bit of the second byte:  That bit will be 0 if model ID information is present, or 1 if the information is not present.  See the *historical notes* at the end of section 2.4.2 for suitable default model ID information to use when this query is not supported.

$06    **Read Serial Number Prefix.**  This query returns the first twelve bits (bits 35–24) of the TouchPad's unique serial number.  See section 2.4.5; note that the pads currently produced by Synaptics do not yet include serial numbers.  The bits shown as "—" in the figure are reserved and hold undefined data.



|  | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | | | Serial Number bits 31–24 | | | | | |
| Byte 2 | | Serial Number bits 35–32 | | | — | — | — | — |
| Byte 3 | — | — | — | — | — | — | — | — |

*Figure 3-14.  PS/2 Serial Number Prefix response*

*Historical note:*  This query is supported only in versions 4.*x* and later of Synaptics TouchPads.  Also, bits 35–24 are guaranteed to be not all zero in

a valid serial number, and are all zero for unserialized TouchPads.  The host should attempt the Serial Number Prefix query only if *infoMajor* ≥ 4, and it should consider the serial number to be valid only if this query returns non-zero data for bits 35–24.

$07    **Read Serial Number Suffix.**  This query returns the remaining 24 bits of the serial number.  The results from this query are undefined if the Serial Number Prefix query returned zero for bits 35–24.

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | | | | Serial Number bits 23–16 | | | | |
| Byte 2 | | | | Serial Number bits 15–8 | | | | |
| Byte 3 | | | | Serial Number bits 7–0 | | | | |

*Figure 3-15.  PS/2 Serial Number Suffix response*

$08    **Read Resolutions.**  See section 2.4.3.  This query returns the X and Y coordinate resolutions in Absolute units per millimeter.  The second byte of the response is undefined except for the most significant bit, which is guaranteed to be 1.



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | | | | infoXupmm | | | | |
| Byte 2 | 1 | — | — | — | — | — | — | — |
| Byte 3 | | | | infoYupmm | | | | |

*Figure 3-16.  PS/2 Read Resolutions response*

*Historical note:*  This query is supported only in some 4.*x* versions of the Synaptics TouchPad.  The host should only issue this query if *infoMajor* ≥ 4; also, the result should only be considered valid if bit 7 of byte 2 of the response is 1 and the *infoXupmm* and *infoYupmm* bytes are both non-zero.

other    For any other value of the 8-bit argument, the values of the three result bytes are undefined.

*Historical notes:*

In versions before 3.2, the Synaptics TouchPad recognized one additional special command sequence which was used by some mouse drivers to identify three-button mice.  This sequence was supported to allow use of a standard mouse driver with a TouchPad that had been configured by other means to set the "3-button" mode bit.  In practice, this feature was never used (and the "3-button" bit has been discontinued); thus, to avoid confusion, version 3.2 and later no longer recognize this command sequence.  Therefore, non-Synaptics drivers now recognize the TouchPad as a generic two-button mouse.

### 3.5.2.  Mode setting sequence

If a Set Sample Rate 20 ($F3, $14) command is preceded by four Set Resolution commands encoding an 8-bit argument, the 8-bit argument is stored as the new value for the TouchPad mode byte as described in section 2.5 and Figure 2-14.

For example, to set the mode byte to $C1 (Absolute mode, high packet rate, Wmode enabled) one would use the sequence of commands,

$E8  $03  $E8  $00  $E8  $00  $E8  $01  $F3  $14

where the argument $C1 is encoded as follows:

$$(\$03 \times 64) + (\$00 \times 16) + (\$00 \times 4) + \$01 \ = \ \$C1.$$

All ten command and argument bytes receive the usual ACK ($FA) acknowledgments. Note that, as described at the beginning of section 3.4, it is important to ensure that the device is disabled ($F5) before sending this command sequence; to receive Absolute mode packets, follow this sequence with an Enable ($F4) command.

*Historical notes:*

Older Synaptics TouchPads supported up to four mode bytes; the sequences to set those bytes ended with Set Sample Rate commands with arguments other than $14.  On the present (4.*x*) TouchPad, sequences of four Set Resolution commands followed by a Set Sample Rate with any argument other than $14 have an undefined effect on the TouchPad and should not be used.

Some older Synaptics TouchPads also supported a second way to read or write the mode byte using PS/2 command code $E1.  See section 7.1.2.

## 3.6.  Data reporting

The Synaptics TouchPad supports two formats for motion data packets.  The default Relative format is compatible with standard PS/2 mice.  The Absolute format gives additional information that may be of use to TouchPad-cognizant applications.

Data packets are sent in response to Read Data ($EB) commands.  If Stream mode is selected and data reporting is enabled, data packets are also sent unsolicited whenever finger motion and/or button state changes occur.  Synaptics recommends using Stream mode instead of Read Data commands to obtain data packets.

During transmission of a motion packet, the individual bytes of the packet will be separated by no more than 20ms (assuming the host does not inhibit the bus).  While PS/2 motion packets are lacking in explicit synchronization bits, if the host sees a delay of more than 20ms between bytes it can assume the delay comes at a packet boundary.

### 3.6.1.  Default packet format

In the default Relative format, each motion packet consists of three bytes.  The first byte encodes various status bits, and the other two bytes encode the amount of motion in X and Y that has occurred since the previous packet.

Synaptics TouchPad Interfacing Guide                                    Second Edition

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Y ovfl | X ovfl | Y sign | X sign | 1 | Middle | Right | Left |
| Byte 2 | X delta | | | | | | | |
| Byte 3 | Y delta | | | | | | | |

*Figure 3-17. PS/2 relative motion packet*

Y ovfl:     1 = Y delta value exceeds the range –256…255, 0 = no overflow.  When this bit is set, the reported Y delta will be either –256 or +255.

X ovfl:     1 = X delta value exceeds the range –256…255, 0 = no overflow.  When this bit is set, the reported X delta will be either –256 or +255.

Y sign:     1 = Y delta value is negative, 0 = Y delta is zero or positive.

X sign:     1 = X delta value is negative, 0 = X delta is zero or positive.

Middle:    1 = Middle button is currently pressed, 0 = released.

Right:      1 = Right button is currently pressed, 0 = released.

Left:        1 = Left button is currently pressed (or gesture in progress), 0 = released.

X delta:    This is the amount of motion ΔX that has occurred in the X (horizontal) direction since the last motion data report.  This byte and the "X sign" bit of byte 1 combine to form a nine-bit signed, two's-complement integer.  Rightward motion is positive, leftward is negative.

Y delta:    This is the amount of motion ΔY that has occurred in the Y (vertical) direction.  Upward motion is positive, downward is negative.

Note that the three button state bits reflect a combination of physical switch inputs and gestures.  The "left button" bit is set if either the left physical switch is closed, or a tap or drag gesture is in progress.  (If the *DisGest* mode bit is set, then the "left button" bit reports only the state of the physical left switch.)  The "right button" bit is set only if the right physical switch is closed.  Because standard Synaptics TouchPads only support two buttons, the "middle button" bit is always zero.

The X and Y deltas report an accumulation of all motion that has occurred since the last packet was sent, even if host inhibition has prevented packet transmission for some time.  Also, any host command except Resend ($FE) clears the motion accumulators, discarding any motion that had occurred before the command but that had not yet been sent in a packet.

The X and Y deltas have a resolution of about 240 DPI on a standard Synaptics pad; see section 2.6.3 for further details.

### 3.6.2.  Absolute packet format

When Absolute mode is enabled, each motion report consists of six bytes.  These bytes encode the absolute X, Y location of the finger on the sensor pad, as well as the Z

Synaptics TouchPad Interfacing Guide        Second Edition

(pressure) value and various other measurements and status bits. Section 2.3 discusses the contents of the Absolute mode packet in great detail.

Modern PS/2 TouchPads support two different Absolute packet formats, depending on the setting of the *Wmode* bit of the TouchPad mode byte (section 2.5). Some very old TouchPads actually use a different packet format; see the *historical notes* below.

Note that if the *Absolute* and *Rate* mode bits are both set, then the TouchPad transmits up to 480 bytes per second over the PS/2 port. The PS/2 protocol in principle has plenty of bandwidth available to transmit data at this rate, provided the host takes care not to inhibit the bus for too long between bytes. See section 3.2.1 for further information.

The Absolute X/Y/Z packet format when *Wmode* = 0 is shown in Figure 3-18:



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 1 | 0 | Finger | *Reserved* | 0 | Gesture | Right | Left |
| Byte 2 | Y position 11..8 | | | | X position 11..8 | | | |
| Byte 3 | Z pressure 7..0 | | | | | | | |
| Byte 4 | 1 | 1 | Y pos 12 | X pos 12 | 0 | Gesture | Right | Left |
| Byte 5 | X position 7..0 | | | | | | | |
| Byte 6 | Y position 7..0 | | | | | | | |

*Figure 3-18. PS/2 absolute X/Y/Z motion packet (Wmode = 0)*

Note that the Gesture, Left, and Right bits appear twice in the Absolute packet. These bits are guaranteed to be identical in bytes 1 and 4 for a given packet. This and other aspects of the packet design allow low-level host software to interpret an Absolute packet as a sequence of two mouse-compatible three-byte packets; as high-level host software receives these three-byte half-packets, it can examine the upper two bits of the first byte to determine how to combine consecutive half-packets into full six-byte packets.

The Absolute X/Y/Z/W packet format when *Wmode* = 1 is shown in Figure 3-19:

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 1 | 0 | W value 3..2 | | 0 | W val 1 | Right | Left |
| Byte 2 | Y position 11..8 | | | | X position 11..8 | | | |
| Byte 3 | Z pressure 7..0 | | | | | | | |
| Byte 4 | 1 | 1 | Y pos 12 | X pos 12 | 0 | W val 0 | R/D | L/U |
| Byte 5 | X position 7..0 | | | | | | | |
| Byte 6 | Y position 7..0 | | | | | | | |

*Figure 3-19. PS/2 absolute X/Y/Z/W motion packet (Wmode = 1)*

In this packet, the four-bit "W" value replaces the Finger and "reserved" bits and both Gesture bits. All other bits of the packet remain the same regardless of the *Wmode* setting. Section 2.3.4 describes the various purposes and interpretations of the W value.

On normal pads, the L/U bit is identical to the Left button bit, and the R/D bit is identical to the Right bit. On "MultiSwitch" pads with the *capFourButtons* capability bit set (see section 2.4.4) and *Wmode* enabled, the L/U and R/D bits also report the states of the Up and Down buttons, respectively. The L/U bit reports the logical XOR of the Left and Up button states. Viewed another way, L/U is the same as the Left bit, unless the Up button is pressed, in which case L/U is the complement of the Left bit. The R/D bit similarly reports the XOR of the Right and Down buttons. This encoding ensures that the packet will be backward compatible (and robust against meddling by "smart" keyboard controllers) whenever the Up and Down buttons are not pressed.

*Historical notes:*

Some version 3.2 and earlier TouchPads used an older, incompatible Absolute packet format. The *infoNewAbs* bit in the Model ID query response shows which packet format is in use; *infoNewAbs* is 1 for pads which use the format shown in the above figures, and 0 for pads which use the old format shown in Figure 3-20:



|  | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| *Byte 1* | 1 | 1 | Z pressure 7..6 | | Second | Gesture | Right | Left |
| *Byte 2* | Finger | 0 | 0 | X position 12..8 | | | | |
| *Byte 3* | X position 7..0 | | | | | | | |
| *Byte 4* | 1 | 0 | Z pressure 5..0 | | | | | |
| *Byte 5* | *Reserved* | 0 | 0 | Y position 12..8 | | | | |
| *Byte 6* | Y position 7..0 | | | | | | | |

*Figure 3-20. Old-style PS/2 absolute motion packet (infoNewAbs = 0)*

This old packet format, which lacked the duplicate copy of the gesture and switch bits in byte 4, was susceptible to interference from certain types of low-level host software that try to interpret incoming PS/2 data as mouse-style Relative packets before they reach the high-level driver software. The new packet format contains the same bits as the old format, but rearranged to minimize the impact of meddling by low-level software. (The "Second" bit of Figure 3-20, for reporting "secondary" gestures, corresponds to a feature that has now been discontinued.)

## 3.7.  PS/2 implementations

The next two sections describe two implementations of the host side of the PS/2 interface. On standard PC-compatible computers, the *keyboard controller* chip is responsible for PS/2. On other types of systems, it may be necessary to implement the PS/2 host interface in system software; section 3.7.2 shows the source code for such an implementation.

### 3.7.1.  The keyboard controller

On a standard PC, the keyboard controller (KBC) chip implements the host side of the PS/2 interface. Host software can operate the TouchPad without any regard to (or

awareness of) the PS/2 protocol at the level of the CLK and DATA signals. Section 2.6.6 discusses the role of the KBC in general terms.

A good reference book for the KBC is chapter 8 of Frank van Gilluwe's *The Undocumented PC*. As described in that book, the interface to the KBC takes the form of two I/O ports and an interrupt vector. The host can read I/O port 64h to check the status of the KBC's input and output buffers. The host can write to port 64h to send a command to the KBC. The KBC commands include A7h, which inhibits the pointing device by holding CLK low; A8h, which de-inhibits the pointing device; and D4h, which causes the next data byte written to I/O port 60h to be sent to the mouse as a command or argument byte.

When the pointing device sends a byte, the KBC raises the IRQ 12 interrupt to notify the host. The byte is then available to be read from input port 60h; various bits of input port 64h tell whether a byte is available in port 60h, and whether this byte came from the keyboard or pointing device.

In principle, the KBC is a simple conduit for bytes going between the device and the higher-level host software. In practice, some KBCs differ from this ideal in various ways. Writers of PC software that interfaces directly with the KBC should be aware of these known quirks:

- As described in section 3.2.3, the KBC expects a response byte for every byte sent to the device. If the KBC times out waiting for the device to acknowledge the "request to send" condition, or if it times out waiting for the ACK byte to arrive, then the KBC will invent an $FE response and report it to the host as if the device had actually sent an $FE.

- The KBC may test for the presence of a pointing device at boot time and shut down the PS/2 port if no device is found. So, if a PS/2 device is hot-plugged onto a computer which was booted with no PS/2 device present, the computer may need to be rebooted in order for the device to be recognized.

- Some KBCs will only send the PS/2 commands listed in section 3.4 to the pointing device; for "invalid" commands, the KBC will reject the command locally rather than sending it to the mouse to be rejected. This is one reason why the TouchPad special commands (section 3.5) are disguised as sequences of valid section 3.4 commands.

- Some KBCs attempt to merge two or more active PS/2 devices on the same port. Thus, when a host sends a command to "the device," the KBC forwards the command to both devices. When either device sends a motion packet to the host, the KBC forwards it to the host as a new packet from "the device." If both devices try to talk simultaneously, the KBC must buffer up the data bytes so that the host will see a sequence of coherent three-byte packets with no interleaving. Hence, under some conditions, a byte sent by a device may not reach the host immediately.

- If the KBC merges two PS/2 devices, and the user holds down the mouse button on device #1 and then moves both devices at once, the host would receive alternating packets with the button pressed (from device #1) and released (from device #2),

which would lead to undesirable false clicking.  So, the KBC sometimes edits the mouse button bits.  For example, device #2's packets would be edited to report a button pressed even though device #2 itself thinks no buttons are pressed.  In order to accomplish this feature, the KBC must keep a count of all the bytes it transfers to the host so that it knows which bytes hold button data.  That is why the TouchPad's Absolute packet format (Figure 3-18) is exactly six bytes long with duplicate button data every three bytes.

- Some KBCs will edit bit 3 of the first byte of each three-byte packet.  Hence, neither the Relative nor the Absolute packet formats store useful information in this bit.  Even though this bit is documented as always 1 or always 0, the bit may be different as seen by high-level host software.

### 3.7.2.  Sample PS/2 implementation

The Synaptics TouchPad can also be used in appliances, handheld devices and other special applications where the KBC and other facilities of the standard PC are not present.  In such applications, you may need to implement the PS/2 host-side interface yourself.  This section presents a sample C-language implementation of the PS/2 host interface.

These routines depend on the following functions, which you must define suitably for your environment.

```
typedef unsigned char byte;      /* All data values are 8-bit bytes. */
extern byte read_CLOCK();        /* Return state of clock pin, 0 or 1. */
extern byte read_DATA();         /* Return state of data pin, 0 or 1. */
extern void set_CLOCK(byte);     /* Pull clock pin low (0) or let it float high (1). */
extern void set_DATA(byte);      /* Pull data pin low (0) or let it float high (1). */
extern void wait_us(byte);       /* Wait a number of microseconds (approx). */
extern void PS2_error();         /* This gets called in case of error. */
```

*Figure 3-21.  PS/2 support functions*

The `PS2_error` function is a stand-in for error handling suitable to the application; in some cases, it may suffice to ignore error checking altogether.

The following function waits for a high or low level on the PS/2 clock pin.  In a real application, this function should time out and call `PS2_error` if the desired clock level does not appear after some amount of time (such as 25ms).

```
1  void wait_CLOCK(byte state)
2  {
3    while (read_CLOCK() != state) /* Do nothing */ ;
4  }
```

*Figure 3-22.  PS/2 wait_CLOCK function*

To read a byte from the PS/2 device, use the following function:

Synaptics TouchPad Interfacing Guide                                    Second Edition

```
 1  byte PS2_get()
 2  {
 3    byte i, bit, value = 0, p = 0;
 4    set_CLOCK(1);                 /* Release inhibit, if necessary. */
 5    wait_CLOCK(0);                /* Wait for start bit clock. */
 6    wait_CLOCK(1);                /* End of start bit clock. */
 7    for (i = 0; i < 8; i++) {
 8      wait_CLOCK(0);              /* Wait for clock pulse. */
 9      bit = read_DATA();          /* Read data bit from pin. */
10      value = value + (bit << i);
11      p = p + bit;                /* Accumulate data bit into parity. */
12      wait_CLOCK(1);              /* Wait for end of clock pulse. */
13    }
14    wait_CLOCK(0);                /* Parity bit clock. */
15    p = p + read_DATA();          /* Accumulate parity bit into parity. */
16    if ((p & 0x01) == 0)          /* Check for odd parity. */
17      PS2_error();                /* Parity error! */
18    wait_CLOCK(1);                /* End of parity bit clock. */
19    wait_CLOCK(0);                /* Stop bit clock. */
20    if (read_DATA() == 0)         /* Check for valid stop bit. */
21      PS2_error();                /* Framing error! */
22    set_CLOCK(0);                 /* Pull low during stop bit to inhibit. */
23    wait_us(50);                  /* Wait out the final clock pulse. */
24    return value;
25  }
```

*Figure 3-23.  Receiving PS/2 data from the TouchPad*

The `PS2_get` function reads one byte from the TouchPad, as shown in Figure 3-7 on page 30.  If the TouchPad is not ready to transmit, the `wait_CLOCK` call at line 5 will wait until it is.  If you wish to do other things while waiting, release the inhibit as shown in line 4, then check the clock pin periodically (at least every 20μs or so) or using interrupts, and call `PS2_get` as soon as the clock goes low.

Line 22 inhibits the bus as soon as the byte is received; this is the recommended way to use the PS/2 bus.  Note the 50μs wait in line 23, to make sure the device has finished the last clock pulse before returning; otherwise, an immediately following call to `PS2_get` might mistake the tail end of this stop bit as the beginning of a new start bit.

Lines 11 and 15–17 check the parity of the received byte; lines 20–21 check for framing errors.  You can omit these lines if you don't want to check for transmission errors.

To send a byte to the PS/2 device, use the following function:

```
 1  void PS2_send(byte value)
 2  {
 3    byte i, ack, p = 1;
 4    set_CLOCK(0);                 /* Begin inhibit, if necessary. */
 5    wait_us(100);                 /* Inhibit for about 100us. */
 6    set_DATA(0);                  /* Hold data pin low while still inhibited. */
 7    set_CLOCK(1);                 /* Establish "request-to-send" state. */
```

```
 8    for (i = 0; i < 8; i++) {
 9       wait_CLOCK(0);               /* Wait for clock pulse. */
10       set_DATA(value & 0x01);      /* Output i'th data bit. */
11       p = p + value;               /* Accumulate parity. */
12       wait_CLOCK(1);               /* Wait for end of clock pulse. */
13       value = value >> 1;          /* Shift right to get next bit. */
14    }
15    wait_CLOCK(0);                  /* Parity bit clock. */
16    set_DATA(p & 0x01);             /* Output parity bit. */
17    wait_CLOCK(1);                  /* End of parity bit clock. */
18    wait_CLOCK(0);                  /* Stop bit clock. */
19    set_DATA(1);                    /* Stop bit must be 1. */
20    wait_CLOCK(1);                  /* End of stop bit clock. */
21    wait_CLOCK(0);                  /* Line control bit clock. */
22    if (read_DATA() == 1)
23       PS2_error();                 /* Missing line control bit! */
24    wait_CLOCK(1);                  /* End of line control bit clock. */
25    ack = PS2_get();                /* Receive acknowledge byte from device. */
26    if (ack != 0xFA)
27       PS2_error();                 /* Probably got an FE or FC error code. */
28 }
```

*Figure 3-24.  Sending PS/2 data to the TouchPad*

See Figure 3-8 on page 30.  The `PS2_send` function first inhibits the bus for at least 100µs; this ensures that any transmission the device may have begun will be cancelled before it collides with the host's transmission.  (If you leave the bus inhibited at all times between `PS2` calls, it is safe to skip lines 4 and 5.)

Next, the function asserts a "request-to-send" and releases the inhibit signal.  The device will respond within 10ms by clocking in a start bit, data bits, parity bit, and stop bit. Lines 3, 11 and 16 are responsible for sending a proper parity bit; note that while some older Synaptics TouchPads ignored parity, the current TouchPad does check for parity errors so it is essential for the host to transmit a correct parity bit.

Line 25 calls `PS2_get` to receive the $FA acknowledge byte.  It is okay to move steps 25–27 out of the `PS2_send` function, but in this case you should make `PS2_send` inhibit the bus before returning; this forces the device to wait until you are ready to receive the acknowledge byte.

If there are asynchronous interrupts on your system that take more than a few microseconds to service, you should disable them inside the `PS2_get` and `PS2_send` routines.  Once a transmission has begun, timing is critical and not under the host's control.

For the TouchPad special command sequences described in section 3.5, the following helper function is useful.  It sends an 8-bit argument encoded as a sequence of four Set Resolution commands.

```
1   void send_tp_arg(byte arg)
2   {
3     byte i;
4     for (i = 0; i < 4; i++)
5       PS2_send(0xE8);
6       PS2_send((arg >> (6-2*i)) & 3);
7   }
```

*Figure 3-25.  PS/2* `send_tp_arg` *function*

Lines 5 and 6 send Set Resolution commands with arguments consisting of bits 7–6, 5–4, 3–2, and 1–0 of `arg`, respectively, as `i` counts from 0 to 3.

As described in section 3.3, the device will send an $AA, $00 announcement 300–1000ms after power-up.  However, it is safe to send your first PS/2 command before this time if you don't care about the $AA, $00.  (The proper clocking and acknowledgement of the first command serves just as well as the $AA, $00 to verify that the TouchPad is present and running.)  It is still a good idea to wait until 300ms after power-up before talking to the device.  Note that the host should be prepared to wait up to 1000ms after power-up for the device to respond to the first request-to-send, although the current Synaptics TouchPad responds much sooner.  Also note that the official PS/2 specification states that the host must not send to the device until after the $AA, $00 announcement, so the host must wait if it expects to be used with devices other than Synaptics TouchPads.

Here is a typical sequence to initialize the TouchPad and enable Stream mode using the Absolute data format of Figure 3-18.

```
1    PS2_send(0xFF);                    /* Reset command. */
2    if (PS2_get() != 0xAA)            /* Note:  This may need an extra-long timeout. */
3      PS2_error();
4    if (PS2_get() != 0x00)
5      PS2_error();
6    send_tp_arg(0x00);                 /* Send "Identify TouchPad" sequence (section 3.5.1). */
7    PS2_send(0xE9);                    /* Status Request command.  */
8    minor = PS2_get();                 /* First status byte: TouchPad minor rev. */
9    if (PS2_get() != 0x47)            /* Second status byte: 0x47 == Synaptics TouchPad. */
10     PS2_error();
11   major = PS2_get() & 0x0F;         /* Third status byte: Major rev in low 4 bits. */
12   send_tp_arg(0x80);                 /* Send "Set Modes" sequence (see section 3.5.2). */
13   PS2_send(0xF3);                    /* Set Sample Rate command. */
14   PS2_send(0x14);                    /* Sample Rate argument of 20. */
15   PS2_send(0xF4);                    /* Enable command. */
16   enable_interrupt_handler();        /* Ready to receive data. */
17   set_CLOCK(1);                      /* Release PS/2 bus inhibit. */
```

*Figure 3-26.  PS/2 initialization sequence*

Lines 1–5 perform a Reset command.  If this initialization sequence is used only right after power-up, lines 1–5 are not strictly necessary since Reset merely restores the power-up defaults.

Lines 6–11 perform the "Identify TouchPad" query using a special command sequence.  This query tells you that you do indeed have a Synaptics TouchPad attached and not some other pointing device.

Lines 12–14 enable Absolute mode by setting bit 7 of mode byte 2. A more elaborate initialization sequence would enable W mode (bit 0) as well if the TouchPad identifies itself as supporting that mode. You can also enable the high packet rate (bit 6), though the higher rate will cause the host to spend a significant fraction of its time in the `PS2_get` routine whenever the finger is on the pad.

Line 15 sends an Enable command, which enables the transmission of finger motion packets (actually position/pressure packets in Absolute mode). The device won't actually transmit a packet yet, since `PS2_send` and `PS2_get` leave the bus inhibited.

Lines 16 and 17 assume the host will operate the TouchPad in an interrupt-driven Stream mode. Line 16 stands for whatever steps are necessary to enable interrupts when the PS/2 clock pin goes low. Line 17 ends the inhibit signal. (If the interrupts are level-sensitive, these steps will have to be done in the opposite order.)

The interrupt handler installed by line 16 should respond to a low clock signal by calling `PS2_get` to receive the byte. Note that the start bit is only 30–50µs long, so the interrupt latency must be small. If you need to disable interrupts at certain times, be sure the PS/2 bus is inhibited (by holding the clock wire low) during these times.

# 4.  Serial Protocol

The Synaptics Serial TouchPad communicates with the host via a standard RS-232 interface or "COM port."  In the default (Relative) mode, the TouchPad uses a protocol fully compatible with the Microsoft serial mouse.  The Serial TouchPad offers all the same features as the PS/2 TouchPad, though the commands and packet formats are different.

Although Synaptics has manufactured true Serial-only TouchPads in the past, all new Serial-capable pads are actually "Combo" devices which support both the Serial and the PS/2 protocols.  In PS/2 mode, the Combo pad acts exactly the same as a PS/2-only pad as described in section 3 of this *Guide*.  (The connector pinout is different, however; see below.)

## 4.1.  Electrical interface

The RS-232C interface includes receive and transmit signal wires RxD and TxD plus a set of control signals.  Of the control signals, the Serial TouchPad uses only RTS and DTR.  RS-232 signals operate at high voltages and are logically inverted:  A logic "0" corresponds to a voltage between +5V and +15V, and a logic "1" corresponds to a voltage between –5V and –15V relative to ground.  (On a typical portable computer, the serial port operates at ±6V or ±12V; for concreteness, the following text will use ±12V.)

Serial pointing devices use the RS-232 control wires in an unconventional way in order to avoid the need for an external power supply.  First, RTS and DTR, which are at –12V at boot time, are switched to +12V by the mouse driver.  The device uses a voltage regulator to derive its +5V power supply from RTS and/or DTR.  Second, RxD, which is at –12V as long as the host is not transmitting anything, is used as the negative power supply for generating negative voltages on the TxD wire.  A side effect is that the device is unable to transmit reliably to the host when the host itself is transmitting.  Fortunately, the host does not need to transmit to the device in normal operation.

The serial port on a portable computer typically uses a DB-9 connector as follows (female connector view):



| 1 | DCD | *Not used* |
|---|-----|-----------|
| 2 | TxD | Transmit to host |
| 3 | RxD | Receive from host |
| 4 | DTR | Power supply 5–15V |
| 5 | GND | Ground 0V |
| 6 | DSR | Plug-and-play signal |
| 7 | RTS | Power supply / Reset |
| 8 | CTS | *Not used* |
| 9 | RI | *Not used* |

*Figure 4-1.  Serial connector pinout*

Synaptics TouchPad Interfacing Guide                                    Second Edition

On the Synaptics Standard Combo TouchPad module TM41B*xx*134, the 8-pin FFC
connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| DTR / DATA | TxD | RxD | Right Switch | Left Switch | Ground 0V | CTS / +5V | RTS / CLK |

*Figure 4-2.  Combo module connector pinout*

The button switch inputs (pins 4 and 5) include pull-ups to +5V on the module, and
should be grounded when the corresponding switch is closed (pressed).

The Combo TouchPad module should be wired to a DB-9 female connector; the signals
TxD, RxD, DTR, RTS, CTS, and GND should be wired between the two connectors as
indicated in Figures 4-1 and 4-2.  To support plug-and-play, DTR and DSR should be
wired together on the connector.  The DB-9 connector can be plugged directly into a
computer's RS-232 port for Serial TouchPad operation.  (Note that the CTS pin must be
wired from pin 8 of the DB-9 connector to pin 7 of the module connector, even though
the CTS signal is marked "not used" in Figure 4-1.  The CTS wire will be unused when
operating in Serial mode but it is needed to supply power in PS/2 mode.)

The following diagram shows the interconnections between the host Serial port and the
Synaptics Combo TouchPad module:



*Figure 4-3.  Serial system diagram*

In order to use the Combo TouchPad with a PS/2 port, an adapter or converter cable is
used between the TouchPad's Serial connector and the host's PS/2 port.  The adapter has
a male DB-9 connector on one end and a male DIN-6 connector on the other.  The
adapter may separate the DB-9 and DIN-6 connectors with a short length of cable, or the
two connectors may be encased in a molded plastic block.  The DB-9 and DIN-6
connectors are wired in the adapter as follows:

Synaptics TouchPad Interfacing Guide                           Second Edition



*Figure 4-4.  Serial-to-PS/2 adapter*

The following diagram shows the interconnections between the host PS/2 port and the
Synaptics Combo TouchPad module:



*Figure 4-5.  PS/2 system diagram with Combo module*

*Historical notes:*

Some older Synaptics TouchPad models supported the Serial protocol *only*; they
connected to the host RS-232 port by the same DB-9 connector shown in Figure 4-1, but
the firmware programmed on the module did not recognize the PS/2 protocol; hence,
there was no way to build a PS/2 adapter comparable to Figure 4-4 for those modules.
The Serial-only module had the same connector pinout as shown in Figure 4-2, except
that pin 7 was a no-connect instead of CTS (since CTS is wired on the Combo module
only to support the PS/2 adapter).

Note that in this *Guide,* the phrase "Serial TouchPad" refers equally to a Serial-only pad
or to a Combo pad operating in Serial mode.  The phrase "Serial-only TouchPad" refers
specifically to a non-Combo Serial pad.

Synaptics TouchPad Interfacing Guide                              Second Edition

### 4.1.1. TTL-level Serial TouchPad

Synaptics is also able to manufacture TouchPads which use the RS-232 serial protocol
but with all signals operating at TTL voltage levels.  TxD and RxD are non-inverted, so
that logic "0" is 0V and logic "1" is +5V.  Non-inverted signals are suitable for
connecting directly to a UART without an intervening level-shifter chip.  Either or both
signals can be inverted as a firmware compile-time option.  This "TTL-level Serial" pad
is not a part of Synaptics' standard product line, but it is available by special
arrangement.

The TTL-level Serial firmware can run on the same standard Synaptics TouchPad module
used for PS/2 devices.  On the standard TM41T*xx*134 module, the 8-pin FFC connector
has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Power +5V | TxD | RxD | Right Switch | Left Switch | Ground 0V | N/C | N/C |

*Figure 4-6.  TTL-level Serial standard module connector pinout*

Similarly, on other module types, the PS/2 DATA pin becomes the RS-232 TxD pin, and
the PS/2 CLK pin becomes the RS-232 RxD pin.  The RxD pin should be tied to a logic
"1" if it is not used.

Note that the pinout shown above does not involve RTS or DTR, and thus the TTL-level
Serial TouchPad will not obey the "M" protocol that allows a standard serial mouse
driver to recognize it.  For full emulation of a serial mouse, you must arrange for the
TouchPad to receive +5V power only when the serial port's RTS signal is a logic "0".
One possible solution is shown here:



*Figure 4-7.  TTL-level Serial system diagram with RTS support*

Since the Synaptics TouchPad draws only a few milliamps, a digital inverter easily serves
as its power source.  The resistor (about 1K) on the TouchPad's RxD line is to prevent
excessive current draw in case the host's RTS and TxD outputs are both "1" at the same
time.  (If the host can guarantee not to let that happen, the resistor is unnecessary.  If the
host microprocessor has an output pin capable of sourcing enough milliamps to drive the
TouchPad directly, it can dispense with the inverter.  In fact, if the host does not care
about using the RTS handshake to identify the pad as a "mouse," then the TouchPad's
+5V pin can simply be connected to the regular +5V power supply.)

---

Synaptics TouchPad Interfacing Guide                                    Second Edition

## 4.2.  Byte transmission

Data transmission works the same in either direction.  The signal wire (TxD or RxD)
normally rests at a logic "1" level (negative voltage).  To send a byte, the transmitter
sends a "0" start bit, seven data bits (LSB first), and one or more "1" stop bits.  (Since the
wire rests at "1", the stop bits can be thought of as an inter-byte delay measured in bit
times.) The length of each bit cell is determined by the *baud rate,* in bits per second.

For the Synaptics TouchPad, the serial port is set to 1200 or 9600 baud, 7 data bits, and
no parity.  The default baud rate at power-up is 1200 baud.  The device transmits with
two stop bits and can receive with one or more stop bits (two stop bits are recommended).

In the following example, the bytes $25 and $43 (hexadecimal) are sent at 1200 baud
with two stop bits.  Each bit cell is 1/1200 second = 833μs.



*Figure 4-8.  Serial TxD or RxD waveform*

The receiver typically samples each bit in the middle of the bit cell, synchronized by the
falling edge of the start bit.  The transmitter's and receiver's baud rate generators must be
precise enough to ensure that the receiver's sampling point will not have drifted out of
the bit cell by the time the stop bit arrives.  Hence, the TouchPad's transmit baud rate will
be accurate to within ±2%, and the host should be comparably accurate.  A *framing error*
occurs if the receiver finds a zero when it expects a stop bit.  When the TouchPad detects
a framing error, it treats the received byte as invalid and cancels any command in
progress.

It is also possible to send a *break* signal by holding the transmit wire at a logic "0"
(a positive voltage) for at least 9 bit times.  The Synaptics TouchPad treats a received
break signal like an invalid command byte; the TouchPad never sends a break signal.

## 4.3.  Power-on reset

To apply power to a Serial TouchPad, first set the DTR signal to a positive voltage and
RTS to a negative voltage.  Then wait at least 100ms without transmitting any bytes or
break signals.  Finally, bring RTS positive while holding DTR also positive.  The
TouchPad will send a $4D (ASCII "M") announcement byte to identify itself as a
standard serial pointing device.  The announcement byte is sent at 1200 baud, and the
start bit occurs within 30ms after the time at which RTS goes positive.

Note that the device may detect power-on either by drawing its power directly from RTS,
or by drawing power from DTR and using RTS as a hardware or software reset signal.  In
any case, the host must hold DTR positive whenever it holds RTS positive, and the host
must hold both DTR and RTS positive whenever it transmits command bytes to the
device.

Synaptics TouchPad Interfacing Guide                          Second Edition

The host can reset the device at any time by pulsing RTS negative for at least 100ms. This procedure is known as the "RTS handshake." When RTS goes positive again after the handshake, the device will send the announcement byte "M" and all TouchPad parameters will return to their power-up default states. In particular, the TouchPad mode byte (section 2.5) will reset to $00.

After the RTS handshake, the Combo TouchPad determines the type of protocol by looking at the RxD wire. In Serial mode, RxD will be held negative by the host (because the host is not transmitting to the TouchPad). In PS/2 mode, RxD will be unconnected and will float to 5V due to the design of the Combo circuit. Thus, to ensure that the device correctly identifies the protocol at power-on, it is imperative for Serial hosts to refrain from transmitting to the device until they receive the "M" announcement, and for PS/2 adapters to leave the RxD pin unconnected.

If the pad supports *Plug-and-Play*, then the "M" announcement is followed by a separator string, then by a Plug-and-Play ID string. In modern Serial TouchPads, the separator string consists of the bytes $40 $00 $00 $00. Mouse drivers unaware of Plug-and-Play will interpret this as a harmless zero-motion packet; without the separator, mouse drivers would interpret the "M" and the first two bytes of the Plug-and-Play ID as a motion packet when the device is hot-plugged.

The Plug-and-Play ID string itself is a sequence of characters whose ASCII character codes are offset by subtracting $20. (For example, the character "(" is encoded as the byte $08.) The Plug-and-Play ID takes the form,

$$( \, v \, v \, \mathbf{S \, Y \, N \, 0 \, 0 \, 0 \, 1} \, \backslash \backslash \mathbf{M \, O \, U \, S \, E} \backslash \mathbf{P \, N \, P \, 0 \, F \, 0 \, C} \backslash \mathbf{T \, O \, U \, C \, H \, P \, A \, D} \, c \, c \, )$$

where $vv$ represents two version number bytes, and $cc$ represents a two-digit checksum. Note that the separator and Plug-and-Play ID string are subject to change by Synaptics. For further information, see the *Plug and Play External COM Device Specification,* available from Microsoft.

After sending the initial "M", the device does a self-test and calibration taking 300–1000ms. However, the device begins watching RxD immediately after sending "M". If the device receives host commands or other input during the initial calibration, the device may restart the calibration as soon as the commands are finished. Finger motion processing will not begin until the calibration is complete. See section 2.6.5 for more information about power-on calibration.

On rare occasions, the TouchPad may experience a spurious reset, often due to a power supply brownout or an electrostatic discharge (ESD). If this happens, the pad will reset itself as if after a power-on reset, and all TouchPad mode byte settings will be lost. In particular, note that a spurious reset will cause the pad to spontaneously revert from Absolute to Relative mode and from 9600 baud to 1200 baud. If the host notices the pad spontaneously reverting to 1200 baud Relative mode (usually characterized by a series of framing errors if the host UART was set to 9600 baud), then the host should reinitialize the pad in the same manner as at power-up.

Synaptics TouchPad Interfacing Guide                                     Second Edition

*Historical notes:*

Some older Serial TouchPads transmitted a two-byte announcement consisting of a $4D ("M") and a $33 ("3"); this identified the pad to certain non-Synaptics drivers as a three-button mouse. Since the current TouchPad does not support or emulate a third button, the current TouchPad announces itself as an ordinary two-button mouse.

## 4.4. Command set

The host can send a command to the TouchPad at any time. Any motion packets or responses that were being transmitted by the TouchPad are cancelled and lost. Each command consists of a "%" character (ASCII code $25), a command letter, and optionally several argument characters. The device ignores invalid commands; in particular, between commands it ignores all characters except for "%".

### 4.4.1. Serial command timing

Commands, their arguments, and the TouchPad's replies are always transmitted at 1200 baud (even if data reporting is set to 9600 baud). The characters of a command with its arguments must be separated by no more than 50ms (t1); characters of a motion packet or reply will be separated by at most 25ms (t3, t5). The device responds to valid commands after no less than 25ms and no more than 50ms (t2). After processing a command and sending the response, the device waits at least 50ms before it resumes sending motion packets (t4). The time between two characters is measured from the beginning of the first stop bit to the beginning of the subsequent start bit.



*Figure 4-9.  Serial command timing*

Because the device uses RxD as a power supply for generating TxD, the device may send spurious data when the host transmits on RxD. Therefore, the host should ignore all input from the device while sending commands and preferably for 5–20ms thereafter (t6). (This is safe since the device does not reply for at least 25ms after a command.)

The host can set the baud rate for motion data packets to 1200 or 9600 baud. In 9600 baud mode, the host must switch its UART back to 1200 baud before sending a command. The host can take advantage of the 50ms post-command delay to reconfigure the UART cleanly. To send a command while in 9600 baud mode, the host can send an invalid byte such as NUL ($00) or a break signal; the device will ignore the byte as a command, but it will still abort any transmission in progress and wait 50ms before transmitting another packet. The host thus has 50ms of quiet time to switch the UART to 1200 baud and send the "%" character. After the command is finished, there will be another 50ms lull during which the host can set the UART back to the desired baud rate.

### 4.4.2.  Identify TouchPad command

To identify a Synaptics TouchPad, send the command "%A".  The response will be four bytes identifying the TouchPad and reporting its version number.



*Figure 4-10.  Serial Identify TouchPad response*

Note that the *infoMajor* and *infoMinor* fields are each one bit shorter than their PS/2 counterparts (compare to Figure 3-10).

To identify an unknown serial device as a Synaptics Serial TouchPad, first perform the "RTS handshake" described in section 4.3 and check for an "M" response.  Then, send the "%A" query and check for an "ST" response followed by two version bytes.  If the device fails to respond to the RTS handshake, it is not a mouse-compatible pointing device.  (In this case, the host should not try a "%A" query since the "%A" characters may have an unknown effect on a non-pointing serial device.)  If the device responds to the RTS handshake but not to the "%A" query, then it is a non-Synaptics pointing device.

### 4.4.3.  Read TouchPad Modes command

To read the current TouchPad modes and capabilities, send the command "%B".  The response will be eight hexadecimal digits encoding four bytes of data including the constant "3B", the mode byte (Figure 2-14 of section 2.5), and the capability bits (Figure 2-13 of section 2.4.4).  Each digit is a character from "0" to "9" ($30 to $39) or from "A" to "F" ($41 to $46).



*Figure 4-11.  Serial Read TouchPad Modes response*

*Historical notes:*

On pre-4.x TouchPads, the first two digits reported "mode byte 1" as described in section 7.1.1, and the last four digits reported the Edge Motion margin adjustment factors instead of the capability bits.  The margin adjustment factors were "5555" by default; starting at version 3.2, these bytes were no longer adjustable and were fixed at "5555".

### 4.4.4.  Set TouchPad Modes command

To change the TouchPad mode byte, send the command "%C" followed by eight hexadecimal digits encoding the mode byte as shown below.  Each digit is a character from "0" to "9" ($30 to $39) or from "A" to "F" ($41 to $46).  Only upper-case letters are accepted.  If "%C" is followed by less than eight digits, or if any of the digits are invalid, the entire command is rejected and the mode byte is not changed.

Synaptics TouchPad Interfacing Guide                                    Second Edition



*Figure 4-12.  Serial Set TouchPad Modes command*

See Figure 2-16 of section 2.5 for a list of suitable values for the mode byte on a Serial
TouchPad.

The first two, and last four, argument digits are ignored by current TouchPads.  For
compatibility with older and future Synaptics TouchPads, host software may either use
the values shown in Figure 4-12 ("3B" and "5555", respectively), or echo the same
values reported by a recent "%B" command in the corresponding digit positions.

*Historical notes:*

On pre-4.*x* TouchPads, the first two argument digits set "mode byte 1" as described in
section 2.5, and the last four digits set the Edge Motion margin adjustment factors.

### 4.4.5.  Read Model ID command

To read the model ID as described in Figure 2-7 of section 2.4.2, send the command
"%D".  The response will be six hexadecimal digits encoding the three model ID bytes.
Each digit is a character from "0" to "9" ($30 to $39) or from "A" to "F" ($41 to $46).



*Figure 4-13.  Serial Read Model ID response*

*Historical notes:*

In Synaptics TouchPads prior to version 3.2, the model ID bytes were not implemented; the "%D" command had no effect and produced no response from the TouchPad.  To determine whether a TouchPad supports the model ID query, send a "%D" and then wait to see if there is a reply within 50ms consisting of six valid hexadecimal digits. (Alternatively, simply check the version number and omit the model ID query for pads older than 3.2.)

### 4.4.6.  Read Serial Number command

To read the serial number as described in section 2.4.5, send the commands "%G" and "%H".  The response to each command will be six hexadecimal digits encoding three bytes of data.



Synaptics TouchPad Interfacing Guide                                    Second Edition



*Figure 4-14.  Serial Read Serial Number responses*

If the "%G" command returns "000" for bits 35–24 of the serial number, or if "%G" returns no response, then the device is unserialized and the result, if any, of the "%H" command is undefined.  The values of the final three response digits of the "%G" command are undefined in any case.

*Historical notes:*

In Synaptics TouchPads prior to version 4.*x*, the serial number was not implemented; the "%G" and "%H"  commands had no effect and produced no response from the TouchPad.  All 4.*x* and later TouchPads support the "%G" query, though as of this writing Synaptics had not begun serializing TouchPads and so the "%G" response was always "000" in the first three digits.

### 4.4.7.  Read Resolutions command

To read the coordinate resolutions as described in section 2.4.3, send the command "%I". The response will be six hexadecimal digits encoding the X and Y resolutions in Absolute units per millimeter, plus a middle byte with undefined data.



*Figure 4-15.  Serial Read Resolutions response*

Synaptics TouchPad Interfacing Guide                                    Second Edition

*Historical notes:*

In Synaptics TouchPads prior to version 4.5, the resolution bytes were not implemented; the "%I" command had no effect and produced no response from the TouchPad.  To determine whether a TouchPad supports the resolution query, send a "%I" and then wait to see if there is a reply within 50ms consisting of six valid hexadecimal digits. (Alternatively, simply check the version number and omit the resolution query for pads older than 4.5.)

## 4.5.  Data reporting

The Synaptics TouchPad supports two formats for motion data packets.  The default Relative format is compatible with Microsoft and Logitech serial mice.  The Absolute format gives additional information that may be of use to TouchPad-cognizant applications.

### 4.5.1.  Default packet format

In the default Relative format, each motion report consists of three bytes.  Reports are sent whenever finger motion and/or button state changes occur.

|        | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|--------|-------|-------|-------|-------|-------|-------|-------|
| *Byte 1* | 1 | Left | Right | Y delta 7..6 | | X delta 7..6 | |
| *Byte 2* | 0 | X delta 5..0 | | | | | |
| *Byte 3* | 0 | Y delta 5..0 | | | | | |

*Figure 4-16.  Serial relative motion packet*

Left:        1 = Left button is currently pressed (or gesture in progress), 0 = released.

Right:      1 = Right button is currently pressed, 0 = released.

X delta:    The two fields in bytes 1 and 2 combine to form an eight-bit signed, two's-complement integer $\Delta X$ representing the amount of horizontal motion since the last data packet.  Rightward motion is positive, leftward is negative.

Y delta:    The two fields in bytes 1 and 3 combine to form an eight-bit signed, two's-complement integer $\Delta Y$ representing the amount of vertical motion since the last data packet.  Downward motion is positive, upward is negative.

The X and Y deltas have a resolution of about 240 DPI on a standard Synaptics pad; see section 2.6.3 for further details.

*Historical notes:*

Some older TouchPads were capable of simulating a "middle" mouse button using advanced gestures.  The Relative packet would grow to four bytes to report middle button activity.  Because Synaptics TouchPads no longer support advanced gestures in Relative mode, the Relative packet is now exclusively a three-byte packet.

### 4.5.2.  Absolute packet format

When Absolute mode is enabled, each motion report consists of six, seven, or eight bytes. These bytes encode the absolute X, Y location of the finger on the sensor pad, as well as the Z (pressure) value and various other measurements and status bits.  Section 2.3 discusses the contents of the Absolute mode packet in great detail.

The Absolute packet size is controlled by the *PackSize* and *Wmode* bits of the TouchPad mode byte (section 2.5).

| PackSize | Wmode | Packet size |
|----------|-------|-------------|
| 0 | 0 | Six bytes (bytes 7 & 8 omitted) |
| 0 | 1 | *Reserved* |
| 1 | 0 | Seven bytes (byte 8 omitted) |
| 1 | 1 | Eight bytes |

*Figure 4-17.  Serial absolute packet sizes*

The full eight-byte Absolute packet is arranged as follows.  Note that with *Wmode* = 0, the W value is not present, and with *PackSize* = 0, the least significant bits of X and Y, the least significant two bits of Z, and the Down and Up bits are also not present.

| | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|
| Byte 1 | 1 | *Reserved* | Gesture | Finger | Left | Middle | Right |
| Byte 2 | 0 | X position 12..7 | | | | | |
| Byte 3 | 0 | X position 6..1 | | | | | |
| Byte 4 | 0 | Y position 12..7 | | | | | |
| Byte 5 | 0 | Y position 6..1 | | | | | |
| Byte 6 | 0 | Z pressure 7..2 | | | | | |
| Byte 7 | 0 | Down | Up | Y pos 0 | X pos 0 | Z pressure 1..0 | |
| Byte 8 | 0 | *Reserved* | | W value 3..0 | | | |

*Figure 4-18.  Serial absolute motion packet*

The "Middle" bit reports the state of the physical middle mouse button; since all current Synaptics pads support just two buttons, this bit is always zero.

The "Down" and "Up" bits report the states of the extra two buttons on "MultiSwitch" pads with the *capFourButtons* capability bit set.  On pads for which *capFourButtons* is clear, these bits are reserved.

Bits marked *reserved* may be reported as 0 or 1 by the TouchPad, and should be ignored by the host.

The host should always set the pad to 9600 baud mode (the *Baud* bit of the mode byte should be 1) when operating the pad in Absolute mode.  (At 1200 baud, the pad would transmit only 20 packets per second and the reported data might not be very accurate.)

# 5.  ADB Protocol

The Apple Desktop Bus protocol is used by Apple Macintosh pointing devices and other peripherals.  The ADB bus allows for bidirectional communication between a host computer and up to 16 peripheral devices on a single shared bus wire.

The Synaptics ADB TouchPad identifies itself as a mouse device on the bus, and in its default mode is fully compatible with Apple mice.  The ADB TouchPad offers the same set of gestures and advanced features as other Synaptics TouchPads.

## 5.1.  Electrical interface

The ADB bus includes one signal wire in addition to +5V power and ground.  The signal wire is a bidirectional "open-collector" signal, normally held at a high (+5V) level by a 470 Ω pull-up resistor on the host.  Either the host, the TouchPad device, or any other device on the bus can pull the wire low at any time.  However, in ADB, all transactions are initiated by the host.

An external ADB port uses a mini-DIN-4 connector with the following pinout (male connector view):



| 1 | ADB Signal |
|---|---|
| 2 | Power-on |
| 3 | Power +5V |
| 4 | Ground 0V |

*Figure 5-1.  ADB cable pinout*

The "power-on" pin is not used by pointing devices, and should be left unconnected.

The Synaptics ADB firmware can run on the same standard Synaptics TouchPad module used for PS/2 devices.  On the standard TM41A*xx*134 module, the 8-pin FFC connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Power +5V | N/C | ADB Signal | N/C | Button Switch | Ground 0V | N/C | N/C |

*Figure 5-2.  ADB standard module connector pinout*

Similarly, on other module types, the PS/2 CLK pin becomes the ADB Signal pin, the Left Switch pin becomes the sole button switch pin, and the PS/2 DATA and Right Switch pins are not connected by the host.

The button switch input includes a pull-up to +5V on the module, and should be grounded when the button switch is closed (pressed).

The following diagram shows the interconnections between the host and the Synaptics ADB TouchPad:



*Figure 5-3.  ADB system diagram*

## 5.2.  Byte transmission

The ADB protocol is amply described in various Apple publications, such as the *Guide to the Macintosh Family Hardware,* second edition (Addison Wesley, 1990).

However, please note the following errors and ambiguities in the *Guide to the Macintosh Family Hardware* ("*GMFH*"):

- The stop bit is a "0" bit for both commands and data; in figure 8-13 of the *GMFH,* the data stop bit is erroneously shown as a "1".  The low time is 70μs for both stop bits.  While the *GMFH* refers to the stop bit as a normal bit with a low portion and an (invisible) high portion, it is most useful to think of the stop bit as consisting solely of the 70μs low portion.

- In a Service Request, the low portion of the command byte's stop bit extends to be 300μs ± 30% long.  Service Requests occur only on the command stop bit, not on the data stop bit.  A device never asserts a Service Request on a command addressed to that device.

- The stop-to-start time following the command is measured from the rising edge in the stop bit, not from the (invisible) end of the stop bit's high portion as shown in figure 8-13 of the *GMFH*.  In the case of a Service Request, the stop-to-start time is measured from the observed rising edge at the end of the Service Request.

- To aid collision detection, the stop-to-start time on a "Talk 3" command is randomized with a random number generator.  This is not necessary for other "Talk" commands.  Also, the device reports a random number in the "address" field of the "Talk 3" response, rather than its true address.

- In a "Listen" command, the effect of sending fewer argument bytes than the device expects is undefined.  Extraneous "Listen" argument bytes are ignored.  The effect of sending a "reserved" command byte is undefined.

The Synaptics ADB TouchPad follows all of these conventions.

## 5.3.  Power-on reset

The Synaptics TouchPad is able to respond to ADB bus traffic within 200ms of power-up.  The device's ADB port is fully functional after this point for as long as power is applied.

At power-up, the TouchPad mode byte is set to $00.  The initial ADB address is 3, and the initial handler ID is $01.  Power-up settings are restored whenever a Global Reset signal or SendReset command occurs on the ADB bus.

## 5.4.  Command set

The Synaptics TouchPad emulates a standard ADB mouse.  It supports the Cursor Device Manager interface as well as the older 100- and 200-dpi interfaces.  It also supports extensions that allow the host to access the Synaptics TouchPad's special features.

All ADB devices have four logical registers up to eight bytes in length.  The Synaptics TouchPad supports the usual ADB commands for accessing these registers:

- The "Talk" command reports the current contents of any of the four ADB registers.

- The "Listen" command stores a new value into one of the four registers.

- The "Flush" command clears any pending motion packet, but has no other effect on the state of the device.

- The "SendReset" command and the "Global Reset" signal reset the device to its power-up state.

The Synaptics TouchPad treats invalid command codes the same as "Flush" commands.

In the Synaptics TouchPad, the four ADB registers are assigned as follows:

| ADB Register | Length | Contents |
|:---:|:---:|:---|
| 0 | 0–5 | Current finger motion packet |
| 1 | 8 | CDM identification |
| 2 | 8 | Synaptics TouchPad mode bytes |
| 3 | 2 | ADB identification |

*Figure 5-4.  ADB Registers*

These registers are described in the sections below.

### 5.4.1.  ADB Register 0

This register contains the current finger motion or position data.  It has the special property that it is empty ("Talk 0" does not respond) if there is no motion to report.  The host must poll Register 0 periodically to collect the motion data.  The device asserts a "Service Request" whenever Register 0 becomes full but the host is talking to a different ADB device.  The device continues to assert Service Requests until the host sends a

"Talk 0" to read the new motion data.  After a "Talk 0", Register 0 becomes empty until further motion occurs.

The Synaptics TouchPad supports three operating modes, each with its own format for Register 0:

- **Non-CDM Relative mode.**  This is the default mode at power-up; it emulates an original 100- or 200-dpi ADB mouse.

- **CDM Relative mode.**  This mode was introduced by Apple to allow for uniform handling of a wider range of pointing devices.

- **Absolute mode.**  In this mode, the Synaptics TouchPad reports the finger's absolute position and pressure on the pad.

See sections 5.5.1–5.5.3 below for further details about Register 0.

### 5.4.2.  ADB Register 1

Register 1 contains eight bytes of read-only identification data as described in the CDM specification.  (CDM is described in the Apple technical report, *ADB—The Untold Story: Space Aliens Ate My Mouse,* January 1994.)

In the Synaptics TouchPad, Register 1 contains the following data:



*Figure 5-5.  ADB Register 1:  CDM identification*

While Register 1 is present in all modes, it is mainly applicable to CDM Relative mode. For example, the resolution is really 400 dpi only in CDM Relative mode.

The number of buttons is reported as 2 to reflect the fact that the physical switch and gestures are reported as two distinct logical buttons.  Unless told otherwise, the CDM driver software will merge these two buttons into a single button signal as seen by application programs.

The recommended way to identify a Synaptics ADB TouchPad is to search for a device with the following properties:

1. The device's original ADB address was 3 (though collision detection may since have moved the device to a different address);

2. The handler ID reported by a "Talk 3" command is $01, $02, or $04; and

3. The device responds to a "Talk 1" command with eight bytes, where the first four bytes are "SynT" as shown in Figure 5-5.

Host software should check each of these items before assuming Register 2 has the format shown below.

### 5.4.3. ADB Register 2

This register holds data specific to the Synaptics TouchPad. It contains the TouchPad version number, the mode byte, and the capability bits.



*Figure 5-6. ADB Register 2: Talk response*

Bytes 1 and 2 report the TouchPad version information; see section 2.4.1.

Byte 3 always reports the constant $3B.

Byte 4 is the mode byte, as described in section 2.5. Note that the *Rate* bit is not supported since the ADB bus always operates in a polled mode with no fixed report rate.

Bytes 5 and 6 are the extended capability bits, as described in section 2.4.4.

Bytes 7 and 8 are a subset of the model ID bits described in section 2.4.2. *Historical note:* In TouchPads prior to version 4.*x*, bytes 7 and 8 report the model ID only if the *Wmode* bit of byte 4 is 1. If the *Wmode* bit is 0, these bytes return undefined data. Note that the *Wmode* bit may be used to obtain model information even on older pads where "W mode" and the "W" value themselves are not supported; in those cases, the *Wmode* bit will have no effect on the register 0 packet format. On very old pads which do not support model ID information, setting *Wmode* will have no effect on Register 2, and bytes 7 and 8 will report as $00, $00.

To change the current TouchPad modes, execute a "Listen 2" command with the eight-byte argument shown below:

Synaptics TouchPad Interfacing Guide                                    Second Edition



*Figure 5-7. Setting ADB mode byte*

Bits shown as "—" in the diagram should be set to zero for compatibility with future Synaptics TouchPad models.

The TouchPad will accept the Listen 2 command only if the first two arguments bytes are $FF and the last two argument bytes are $00. Note that a Listen command that simply echoes the version numbers in the first two bytes will be ignored; this helps to minimize the risk of unexpected interaction with software that writes to Register 2 thinking it is configuring a different type of pointing device.

The third, fifth, and sixth Listen argument bytes may either be the constants $3B, $55, $55 as shown in Figure 5-7, or they can echo the values most recently read in the corresponding byte positions by a Talk 2 command. Hence, the recommended way to modify ADB Register 2 is as follows:

1. Execute a Talk 2 command to read the 8-byte contents of Register 2 into a buffer.

2. Modify bytes 1 and 2 to $FF, $FF.

3. Modify bytes 7 and 8 to $00, $00.

4. Modify byte 4 to the desired mode byte value.

5. Execute a Listen 2 command to write the modified buffer back into Register 2.

To read the model ID information, it is necessary to perform this transaction once to set the *Wmode* bit, then to perform a second Talk 2 command to read the model ID data in bytes 7 and 8.

*Historical notes:*

In older TouchPads, bytes 3–6 of Register 2 reported up to four mode bytes and margin adjustment parameters. See section 7.1.1 for more information.

---

Synaptics TouchPad Interfacing Guide                                    Second Edition

### 5.4.4. ADB Register 3

The layout and meaning of Register 3 is fixed for all ADB devices.



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 0 | 1 | Enable | 0 | Device address | | | |
| Byte 2 | Device handler ID | | | | | | | |

*Figure 5-8.  ADB Register 3:  ADB identification*

The Enable bit enables Service Requests from the device; it is 1 (enabled) by default. The default device address is 3.  The default handler ID is $01 (100 dpi mouse), and can be changed to $02 (200 dpi mouse) or $04 (CDM device) by the host.  The special handler ID codes $00 and $FD–$FF are also supported; for code $FD, the "activator" is the physical button switch; for code $FF, the self-test command has no effect.

See the ADB specification for further details.

## 5.5. Data reporting

The TouchPad reports information about finger motion and button state changes in response to a "Talk 0" command on the ADB bus.  The format of the "Talk 0" response depends on the current TouchPad operating mode.

### 5.5.1. Default packet format

When the "handler ID" of ADB Register 3 is $01 or $02, the TouchPad responds with a two-byte motion packet fully compatible with older Apple mouse products.



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Button | Y delta | | | | | | |
| Byte 2 | 1 | X delta | | | | | | |

*Figure 5-9.  Non-CDM ADB motion packet*

Button:     0 = Button is currently pressed, 1 = released.  This bit combines physical switch and gesture-based button information.

Y delta:    This is the amount of motion ΔY that has occurred in the Y (vertical) direction since the last motion data packet.  This field is a 7-bit signed, two's-complement integer.  Downward motion is positive, upward is negative.

X delta:    This is the amount of motion ΔX that has occurred in the X (horizontal) direction.  Rightward motion is positive, leftward is negative.

If the handler ID is $01, the ΔX and ΔY resolution is approximately 100 units per inch. If the handler ID is $02, the ΔX and ΔY resolution is approximately 200 units per inch.

Synaptics TouchPad Interfacing Guide                                    Second Edition

### 5.5.2.  CDM Relative mode packet format

When the "handler ID" of ADB Register 3 is $04, the TouchPad responds with between two and five bytes of motion data compatible with Apple's CDM specification.

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Switch | | | Y delta 6..0 | | | | |
| Byte 2 | Gesture | | | X delta 6..0 | | | | |
| Byte 3 | 1 | | Y delta 9..7 | | 1 | | X delta 9..7 | |
| Byte 4 | 1 | | Y delta 12..10 | | 1 | | X delta 12..10 | |
| Byte 5 | 1 | | Y delta 15..13 | | 1 | | X delta 15..13 | |

*Figure 5-10.  CDM ADB motion packet*

Switch:      0 = Physical button switch is currently pressed, 1 = released.

Gesture:    0 = Gesture is in progress, 1 = no gesture.  This bit represents the state of the "virtual" mouse button controlled by tap-and-drag gestures.

Y delta:    This is the amount of motion $\Delta Y$ that has occurred in the Y (vertical) direction since the last motion data packet.  This field is a 7-, 10-, 13-, or 16-bit signed, two's-complement integer.  Downward motion is positive, upward is negative.

X delta:    This is the amount of motion $\Delta X$ that has occurred in the X (horizontal) direction.  Rightward motion is positive, leftward is negative.

The $\Delta X$ and $\Delta Y$ resolution, in units per inch, is available from ADB Register 1.  In current devices, the resolution is 400 units per inch.

CDM devices can choose to report anywhere from two to five bytes in each "Talk 0" response.  The most significant reported bit (bit 6, 9, 12, or 15) becomes the sign bit of a two's-complement integer of the corresponding size.  The device may omit one or more of the final bytes if both deltas are small enough to be represented correctly in the remaining bytes.  The Synaptics TouchPad uses the shortest packet (two bytes) whenever possible.

### 5.5.3.  Absolute packet format

When Absolute mode is enabled, the ADB TouchPad always reports five bytes in Register 0 regardless of the current handler ID.  These bytes encode the absolute X, Y location of the finger on the sensor pad, as well as the Z (pressure) value and various other measurements and status bits.  Section 2.3 discusses the contents of the Absolute mode packet in great detail.

Synaptics TouchPad Interfacing Guide                                    Second Edition

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Switch | | | Y position 8..2 | | | | |
| Byte 2 | Gesture | | | X position 8..2 | | | | |
| Byte 3 | 1 | | Y position 11..9 | | 1 | | X position 11..9 | |
| Byte 4 | 1 | | Y position 14..12 | | 1 | | X position 14..12 | |
| Byte 5 | 1 | | Z pressure 7..5 | | 1 | | Z pressure 4..2 | |

*Figure 5-11.  ADB Absolute motion packet*

Note that the low two bits of each of X, Y, and Z are missing from the ADB Absolute packet format, as is the Finger bit.

The Switch and Gesture bits are actually controlled by the handler ID even in Absolute mode:  If the handler ID is $04 (CDM mode), then Switch and Gesture are reported as distinct bits as shown.  If the handler ID is $01 or $02, the bit shown as Switch reports a combination of switch and gesture information, and the bit shown as Gesture always reports as 1.

The X and Y resolution in Absolute mode is the same as described in section 2.4.3, even though Register 1 will continue to report a resolution of 400 DPI.  (The information reported in Register 1 applies only to CDM Relative mode, not to Absolute mode.)

The ADB TouchPad will report Absolute mode packets continuously when the finger is down (i.e., when Z exceeds a suitable internal threshold value).  When the finger is up, the TouchPad reports a single packet with X = Y = Z = 0, then reports no further packets except for button state changes.

*Note:*  "W" mode is not yet implemented on the ADB version of the Synaptics TouchPad. Contact Synaptics for more information about this mode.

# 6. Driver API

Sections 3 and 4 of this *Guide* have described the PS/2 and Serial protocols that most IBM PC-compatible computers use for low-level communication with the TouchPad. On computers running the Microsoft Windows® operating system, this low-level communication is normally managed by "mouse" driver software. Application software talks to the TouchPad hardware only indirectly via the driver.

As shown in Figure 2-19 of section 2.6.6, the Synaptics Windows 95 and NT TouchPad drivers operate the TouchPad in Absolute X/Y/Z/W mode. But because the Synaptics drivers are still "mouse" drivers from Windows' point of view, the Synaptics drivers normally process X, Y, Z, and W into $\Delta X$, $\Delta Y$, and virtual buttons, effectively acting as if the TouchPad were in Relative mode.

Working only with the facilities provided by Windows, applications see the TouchPad as a regular relative-mode mouse. The Synaptics drivers provide a special API (Application Programming Interface) that applications can use to get the original X, Y, Z, and other TouchPad-specific information. Applications can use the TouchPad API to take full advantage of the special abilities of the TouchPad. For example:

- A drawing application could use the TouchPad as a miniature, pressure-sensitive graphics tablet.

- A game could use the TouchPad as a customized game controller by decoding special zones or gestures.

- Several of the features and accessories that come with the Synaptics drivers are really just API applications. These include virtual scroll bars, "stop pointer at window borders," the animated tray icon, Pressure Graph, MoodPad, and Sketch.

This section of the *Synaptics TouchPad Interfacing Guide* will present an introduction to the TouchPad API. For complete documentation, download the API developer's kit from the Synaptics Web site, http://www.synaptics.com.

## 6.1. API basics

The TouchPad API is a set of C++ classes that can be used in any C++ program. (The API will soon support access from other languages; contact Synaptics for availability.)

The *CTouchPad* object represents a connection to a particular TouchPad device. A computer may have more than one Synaptics TouchPad attached (say, an internal PS/2 TouchPad plus an external Serial TouchPad). By creating several *CTouchPad* objects, an application can receive separate and independent position data from each pad. In fact, an application can create a *CTouchPad* object for any mouse-compatible pointing device under control of the Synaptics driver, though if the device is not a Synaptics TouchPad, the *CTouchPad* object will only deliver relative motion and button information.

The *CTouchPadPacket* object represents the state of the TouchPad at a particular instant in time. The *CTouchPadPacket* constructor takes a pointer to a *CTouchPad* object as an argument; it fills in the *CTouchPadPacket* object with data reflecting the current state of

Synaptics TouchPad Interfacing Guide                                    Second Edition

the indicated TouchPad.  By repeatedly constructing *CTouchPadPacket* objects, an application can sample X, Y, Z, and other TouchPad data as the finger moves around on the pad.

More typically, an application would establish a *feed* from the TouchPad API that causes the API to notify the application whenever anything "interesting" happens.  For example, the application is notified whenever a new packet of finger data arrives from the pad, and whenever a TouchPad is plugged in, unplugged, or reconfigured using the Control Panel.

The driver API supports several kinds of feeds:

1.  In a normal feed, the driver sends a Windows message (with the message number of your choice) every time a packet arrives from the pad.  The application's main event loop can handle these messages just like any other Windows message.  Typically, it would respond by constructing a *CTouchPadPacket* object and acting on the packet data in some appropriate way.  If the application falls behind processing the messages, Windows will queue the messages up and play them out when the application is ready.  Each message includes a packet sequence number, which the *CTouchPadPacket* constructor uses to find which recent packet to retrieve.

2.  In an *interlocked* feed, the driver sends Windows messages to your application one at a time.  Your application must acknowledge the receipt of one message before the driver will send the next.  This scheme ensures that the Windows message queue will not overflow with TouchPad messages.  The application can use the packet sequence numbers to read all the packets that have come in since the last TouchPad message.  Or, the application can read the single latest packet in response to each message; this will ensure that the application can not drop behind in packet processing, but at the expense of possibly dropping packets when the system is busy.

3.  It is also possible to dispense with Windows messages altogether and have the API call a function in your program directly each time a packet arrives.  The API will create a special Win32 thread in your application for handling the TouchPad; your function will be called in the context of that thread, and it will be called immediately even if your application's main thread is busy.

4.  A *notification* feed sends you a Windows message whenever the configuration of the TouchPad changes in a significant way, for example, when the user changes a TouchPad-related setting on the Control Panel.

A feed can either "spy" on packets on their way to their regular processing by Windows, or it can take over the TouchPad and prevent Windows from moving the cursor in response to finger actions.  For example, the "virtual scroll bar" feature of the Synaptics driver spies on the finger at all times; if it sees the finger come down in the scroll zone of the pad, it takes over the TouchPad for the duration of the scrolling gesture.

The API also supports *reverse feeds,* where the application tells the driver to simulate a mouse packet as if it had arrived from the TouchPad.  For example, the virtual scroll bars

Synaptics TouchPad Interfacing Guide                                      Second Edition

feature sometimes uses reverse feeds to move the cursor onto the scroll bar, press the
simulated button, and drag the scroll box up and down.

## 6.2.  Information available from the API

Here are some of the many functions that the *CTouchPad* object offers to describe the
type, capabilities, or current configuration of the TouchPad.

| | |
|---|---|
| IsTouchPad | Is this device a Synaptics TouchPad? |
| GetFWRev | The TouchPad/firmware version numbers (section 2.4.1). |
| GetDriverVersion | The driver version number. |
| GetPort | The protocol and attachment port (e.g., COM1). |
| GetSensorType | The *infoSensor* code (section 2.4.2). |
| GetGeometry | The *infoGeometry* code (section 2.4.2). |
| GetCapabilities | The extended capability bits (section 2.4.4). |
| GetXLoSensor | The absolute coordinate limits (section 2.3.2). |
| GetXLoRim | The bezel coordinate limits (section 2.3.2). |
| GetXLoBorder | The user's current edge margins (section 2.3.2). |
| GetXLoWideBorder | Like edge margins, but with an extra-wide edge zone. |
| GetXDPI | The resolution, in absolute units per inch. |
| IsMultiFingerCapable | Is this TouchPad able to sense multiple fingers? |
| IsPenCapable | Is this TouchPad able to sense pens as well as fingers? |
| IsTapEnabled | Are taps enabled in control panel? |
| IsDragEnabled | Are drag gestures enabled in control panel?  (etc…) |

Similarly, the *CTouchPadPacket* object has a number of functions that describe the state
of the TouchPad.

| | |
|---|---|
| IsValid | Does this object contain valid data from a packet? |
| GetSeq | The packet's sequence number. |
| GetTime | The time at which the packet arrived. |
| GetX, GetY | The current finger position. |
| GetZ | The current pressure. |
| GetW | The current finger width. |
| GetCurrentFingers | The number of fingers on the pad. |
| GetDX, GetDY | The amount of finger motion. |
| GetDXB, GetDYB | Finger motion with ballistics (acceleration) applied. |
| GetXRaw, … | Data from TouchPad with no driver filtering. |
| IsLeftSw | Is the physical left button switch pressed? |
| IsPrimSw | Is the "primary" button switch pressed? |
| IsProx | Is the finger on or near the TouchPad surface? |
| IsTouch | Is the finger touching the TouchPad surface? |
| IsFinger | Is the finger "present" according to the driver's algorithms? |
| IsStylus | Is this a pen stroke instead of a finger stroke? |
| IsTap | Is a tap gesture in progress? |
| IsDrag | Is a drag gesture in progress? |
| IsMoving | Is the finger moving at a significant speed? |

Synaptics TouchPad Interfacing Guide                                    Second Edition

See the API documentation for a complete listing with full descriptions of the various functions.

## 6.3.  Sample program

Here is a sample piece of C++ code that uses the TouchPad API.  This is not a complete program, just the part of a larger program that uses the API to access the TouchPad.  The program first enables a feed on the TouchPad, and then calls the MyProcessPacket() function with the X, Y, and Z coordinates from each packet.

```
#include "TouchPad.h"

CTouchPad* pTouchPad;

void MyInitTouchPad()
{
  pTouchPad = new CTouchPad;     // Create the CTouchPad object.
  if (!pTouchPad->IsTouchPad()) {
    MessageBox("No Synaptics TouchPad detected. Exiting.\n");
    PostQuitMessage(0);
    delete pTouchPad;
    return;
  }
  pTouchPad->SetupFeed(hMyWnd, iMyMessage);     // Set up messaging.
  pTouchPad->StartFeed();     // Start the flow of TouchPad packets.
}

// If using MFC and the MS Development environment, set up a Windows
// message handler:
BEGIN_MESSAGE_MAP(MyClass, CWnd)
  ON_MESSAGE(iMyMessage, OnSynTpFeed)
END_MESSAGE_MAP()

// Otherwise, in a non-MFC windows program, your window procedure will
// be called as follows:
//   LRESULT CALLBACK MyWndProc(hMyWnd, iMyMessage, wParam, lParam)
// and will then probably call OnSynTpFeed(wParam, lParam) or some such handler.

LRESULT OnSynTpFeed(UINT wParam, LONG lParam)
{
  ASSERT(lParam);

  // Create a CTouchPadPacket object with data for this packet.
  // wParam holds a packet sequence number used for validation and lParam contains
  // a pointer to the CTouchPad object that sent the message.
  CTouchPadPacket pkt((CTouchPad*) lParam, wParam);

  if (pkt.IsValid()) {
    // It is important to check the IsFinger bit, because x and y are not valid
    // unless a finger is on the pad (and thus IsFinger is TRUE).
    MyProcessPacket(pkt.GetX(), pkt.GetY(), pkt.GetZ(), pkt.IsFinger());
  }
}
```

# 7. Appendices

## 7.1. Historical TouchPad features

This appendix describes some features of older Synaptics TouchPads which have been discontinued in modern (version 4.*x*) pads.  The present appendix may be interesting if you are writing software that is sure to be used *only* with older TouchPads.

### 7.1.1. Old-style mode bytes

TouchPads prior to version 3.2 supported a total of four mode bytes.  Starting with version 3.2, the last two mode bytes were discontinued, leaving just two host-settable mode bytes.  Certain later 3.*x* pads, and all 4.*x* pads, further reduced the configurability to a single mode byte.  When the *infoSimpleCmd* bit (section 2.4.2) is 1, the TouchPad pad supports just one mode byte as described in section 2.5.  When *infoSimpleCmd* is 0, the TouchPad supports additional mode bytes as described below.

In the PS/2 protocol, query \$01 read the first two mode bytes and query \$02 read the second two mode bytes.  In modern pads, query \$02 reads the extended capability bits.  To set a mode byte, the host would transmit four Set Resolution commands followed by a Set Sample Rate with an argument of 10, 20, 40, or 60 (decimal) to set mode byte 1, 2, 3, or 4, respectively.  In modern pads, mode byte 2 is the only mode byte; attempts to set the other mode bytes are ignored.

In the Serial and ADB protocols, the host could read or set all four mode bytes in a single command.  The commands documented in sections 4.4 and 5.4.3 to read and set the modern mode byte generalize to access the four mode bytes in the obvious way.

The original four TouchPad mode bytes were arranged as follows:



|  | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Corner | Z-threshold | | | Tap Mode | | Edge Motion | |
| Byte 2 | Absolute | Rate | — | — | Baud | 3-Button | Middle | Hop |
| Byte 3 | Right edge margin | | | | Left edge margin | | | |
| Byte 4 | Top edge margin | | | | Bottom edge margin | | | |

*Figure 7-12.  PS/2 TouchPad mode bytes (obsolete)*

The four mode bytes defaulted to \$3B, \$00, \$55, and \$55, respectively, at power-up.

The *Corner* bit enabled the corner-tap feature; a tap or drag gesture initiated in the upper-right corner of the pad simulated a right-button click instead of a left-button click.  In modern TouchPads, tap and drag gestures always simulate a left click in Relative mode.

The *Z-threshold* bits allowed the host to adjust the Z threshold used for detecting the presence of the finger.  Values from 1 to 7 varied from "light" to "heavy" touch; 0 selected an especially light touch.  In modern TouchPads, the Z threshold is fixed at approximately 30 units.

The *Tap Mode* bits were 00 to disable all tap gestures, 01 to enable taps but not drags, 10 to enable taps and drags, and 11 for taps and "locking" drags. With locking drags, a drag gesture would continue to hold the virtual button down until the user executed a second tap to end the locking drag. Modern TouchPads have a single *DisGest* bit in a different location; *DisGest* = 0 corresponds to *Tap Mode* = 10, and *DisGest* = 1 corresponds to *Tap Mode* = 00.

The *Edge Motion* bits were 00 to disable Edge Motion, 01 for Edge Motion at all times, or 11 for Edge Motion only during drag gestures. In modern TouchPads this selection is effectively stuck at 11.

The *3-Button* bit enabled a mode in which tap gestures were reported as left clicks, and the left and right physical switches reported as middle and right mouse buttons, respectively.

The *Middle* bit caused corner-tap or hop gestures to simulate middle button clicks instead of right button clicks.

The *Hop* bit enabled a gesture which caused taps to simulate right button clicks when the user tapped far to the left or right of the previous finger location. This feature was never very successful, and it was discontinued in version 3.2 of the TouchPad.

The *edge margin* bit fields allowed the host to control the positions of the edge margins, or equivalently, the sizes of the edge zones which triggered the Edge Motion feature. For each edge, a value 0 produced a narrow margin, and a value of 15 produced a wide margin. Starting with version 3.2 of the TouchPad, adjustable margins were discontinued.

### 7.1.2. Fast PS/2 mode byte access

TouchPads with the *infoSimpleCmd* bit set to 0 supported a set of non-standard PS/2 command codes that provided easier access to the four mode bytes. These commands used byte codes $E0 through $E3. To avoid confusion with other PS/2 devices, commands $E0 through $E3 were recognized only if the special Identify TouchPad sequence (four Set Resolution 0 commands and a Status command) had been sent to the device since power-up.

Each special command would "access" one mode byte. If the most recent Set Scaling command was Set Scaling 1:1 ($E6), the command would read a mode byte. The response was an ACK ($FA), followed by a data byte. If the most recent Set Scaling command was Set Scaling 2:1 ($E7), the command was followed by one argument byte; it would set a mode byte according to the argument.

Commands $E0, $E1, $E2, and $E3 accessed mode bytes 1, 2, 3, and 4, respectively. Commands $E2 and $E3 were discontinued starting with version 3.2.

While the $E0–$E3 commands were faster and simpler than the command sequences described in section 3.5.2, they were of limited utility since the standard PC BIOS does not allow non-standard command codes to be sent to a PS/2 device. Thus, the $E0–$E3 commands were discontinued altogether in later devices (including all 4.*x* devices).

## 7.2.  Glossary and Index

This section summarizes the definitions of many of the terms and notations used in the *Synaptics TouchPad Interfacing Guide*.  The "§" symbol denotes a reference to the section of the *Guide* where a word or concept is discussed.

| | |
|---|---|
| **$** | In this *Guide,* the dollar sign signifies hexadecimal (base-16) notation:  $7FF = 0x7FF = 7FFh = 2047 decimal. |
| — | In bit-field diagrams, see *reserved.* |
| **Absolute Mode** | A mode in which the TouchPad reports the *absolute position* of the finger in each *packet*.  (§2.3) |
| **Absolute Position** | The position of the finger on the pad surface measured absolutely with respect to a coordinate system with the point (0,0) in the lower-left corner.  See also *relative motion.*  (§2.3.2, Figure 2-4.) |
| **Absolute Reportable Limits** | |
| | The most extreme coordinate values that the TouchPad can report under any circumstances.  The physical nature of the sensor ensures that all actual coordinate values will fall in a much narrower range.  (§2.3.2) |
| **Acceleration** | Pointing devices typically offer a feature called "acceleration" or "ballistics" which increases the speed factor at higher speeds in order to help the user move the cursor a long distance with a small motion.  (§2.6.3) |
| **ACK** | A response byte with value $FA used to acknowledge each host command or argument byte in the PS/2 protocol.  (§3.2.3) |
| **ACPI** | The Advanced Configuration and Power Management Interface, a standard promoted by Intel, Microsoft, and Toshiba. |
| **ADB** | Apple Desktop Bus™.  The interface used by all but the earliest Apple Macintosh® computers to connect to low-speed peripherals like mice and keyboards.  (§5) |
| **Announcement** | An unsolicited transmission from a device which tells the host that the device is present and powered on.  In *PS/2* pointing devices, the announcement is $AA, $00 (§3.3).  In *Serial* devices, the announcement is $4D ("M") possibly followed by a *plug-and-play* ID string (§4.3). |
| **API** | Application Programming Interface.  Typically, this refers to a set of functions and data types offered by a piece of system software to allow access by application software.  (§6) |
| **Application Software** | |
| | Software that interacts directly with the user, generally that was |

Synaptics TouchPad Interfacing Guide                                    Second Edition

              deliberately run by the user to accomplish some task.  Application software generally interacts with the TouchPad via the TouchPad *API*.  (§6)

**ASIC**          Application specific integrated circuit.  A chip specially designed for a particular task.  TouchPads include the T1002 or T1004 capacitive sensing ASIC designed by Synaptics.

**Bezel**          A physical covering that surrounds the TouchPad sensor.  The bezel keeps the finger from straying outside the active sensor area, and also keeps the TouchPad electronics safe from dirt and *ESD*.  Synaptics publishes a recommended bezel shape and position for each TouchPad model.  If the bezel opening is too large, it may expose area beyond the active sensor which will result in an undesirable "dead spot."  If the bezel opening is too small, it may obstruct the *edge zones*, which will prevent the Edge Motion™ feature from operating correctly.

**Bezel Limits**      Coordinate values that would be reported by a finger held against the edge or corner of the bezel.  Actual reachable limits depend on the bezel opening and the size of the finger, so the bezel limits shown in Figure 2-3 are "padded" to ensure that most fingers will be able to reach the bezel limits.  The TouchPad does not clip its coordinates to the bezel limits, so the coordinates may sometimes vary outside this range especially when the pad is used with small fingers.  (§2.3.2)

**Button**         See *virtual button* and *physical button*.

**Calibration**      A process taking about one-half of a second in which the TouchPad prepares its capacitive sensors for operation.  (§2.6.5)

**Capability**      A feature which is supported if an associated "capability bit" is reported as 1 by the TouchPad.  In this *Guide,* capability bits have names beginning with "*cap...*".  (§2.4.4)

**Capacitance**     The electrical phenomenon which most TouchPads use to sense the presence of fingers.  (§2.6.1)

**Click**          Clicking a *button* involves pressing (activating) the button for a short time, then releasing the button, generally not involving cursor motion while the button is pressed.

**CLK**           Also "clock."  The PS/2 signal wire that carries timing information from the *device* to the *host,* as well as inhibit commands from the host to the device.  (§3.1)

**Combo**         Short for "combination," in pointing devices this refers to a device that can use either the *PS/2* or the *Serial* protocol depending on which type of port it is connected to.  (§4.1)

| | |
|---|---|
| **Command** | One or more bytes sent by the *host* to the *device* as a request for the device to perform some action or answer some *query*. |
| **Connector** | A plug for connecting a cable to a machine or to another cable. *Male* connectors have pins which fit the corresponding holes in the *female* connector.  In *PS/2,* the host has a male connector and the pointing device is female.  In *RS-232,* the host is female and the pointing device is male.  (§3.1, §4.1, §5.1) |
| **Coordinates** | A pair of numbers identifying an *absolute position* on the surface of the TouchPad.  See *X coordinate* and *Y coordinate*.  (§2.3.2) |
| **CTS** | The "Clear To Send" pin in the RS-232 protocol.  The Synaptics "Combo" TouchPad actually uses CTS for an entirely different purpose, as a PS/2 power supply pin.  (§4.1) |
| **Cursor** | A symbol displayed on a computer screen which can be moved around the screen using a *pointing device*.  The cursor is often shaped like an arrow.  The user can operate a control or select a piece of text by moving the cursor onto the control or text and clicking the "mouse" button.  (§2.6.3) |
| **DATA** | The PS/2 signal wire that carries data bits between the *device* and the *host*.  (§3.1) |
| **DB-9** | The nine-pin connector used for *RS-232* ports.  Some ports actually use a DB-25 connector, whose twenty-five pins contain all the signals on a DB-9 port plus many others which are not relevant to TouchPads.  (§4.1, Figure 4-1) |
| **Deltas** | A pair of numbers measuring an amount of *relative motion*.  Deltas are named for the Greek letter $\Delta$ which is used in mathematical notation to signify an amount of change in a variable.  The "$\Delta$X" value measures change in the *X coordinate*, i.e., horizontal motion.  The "$\Delta$Y" value measures vertical motion.  (§2.6.3) |
| **Device** | In the discussion of TouchPad *protocols,* "device" refers to the TouchPad or other pointing device, as distinct from the *host*. |
| **DIN-6** | The small, round six-pin connector used for *PS/2* mouse ports and some keyboard ports.  Actually, this connector is correctly known as a "mini-DIN-6."  The larger DIN-5 connector is sometimes used for keyboard ports, especially on older machines. (§3.1, Figure 3-1) |
| **Down Orientation** | The "down" orientation for TouchPads is defined as the orientation in which the cable exits from behind the bottom edge of the module, i.e., the edge closest to the user's body.  (Figure 2-10(*b*)) |
| **DPI** | Dots Per Inch.  A measure of *resolution;* when applied to pointing devices, a "dot" is generally taken to mean one unit of position or |

one unit of motion. An absolute resolution of 2000 DPI means that a change in finger position by one inch will cause a change in the X or Y coordinate by 2000 units. A relative resolution of 200 DPI means that a change in finger position by one inch will produce a sequence of packets whose $\Delta X$ or $\Delta Y$ values add up to 200 units. (§2.4.3)

**Drag**             The act of pressing a *mouse button* and holding the button down while moving the pointing device.

**Drag Gesture**     A *gesture* involving a *tap* on the pad followed immediately by the return of the finger to the pad surface. Viewed another way, the gesture feels like a double-tap in which the second tap is extended into a full motion *stroke;* this leads to the nickname *tap-and-a-half* for the drag gesture. This gesture activates the *virtual button* for as long as the finger remains on the pad. The virtual button is released when the finger lifts from the pad at the end of the motion stroke. (§2.6.4, Figure 2-17)

**Driver**           A piece of system software responsible for operating a hardware device on behalf of higher-level software. The TouchPad is generally operated either by a standard *mouse* driver supplied by the operating system, or by the Synaptics TouchPad Driver. (§2.6.6)

**DSR**              The "Data Set Ready" pin in the RS-232 protocol. Serial pointing devices actually use DSR for an entirely different purpose, as a *plug-and-play* identification pin. (§4.1)

**DTR**              The "Data Terminal Ready" pin in the RS-232 protocol. Serial pointing devices actually use DTR for an entirely different purpose, as a power supply pin. (§4.1)

**Edge Margins**     The coordinate limits that identify the dividing lines beween the *edge zone* and the interior of the pad. (§2.3.2)

**Edge Motion™**     A feature which assists with long-distance cursor motions, especially during *drag gestures.* If the finger moves into the *edge zone* of the pad, the pad begins to generate continuous *relative motion* in the direction corresponding to the edge. (§2.6.4)

**Edge Zone**        The area comprising the parts of the TouchPad surface very near to the edge of the *bezel*. (Equivalently, the "interior" is a rectangular area covering the central part of the pad, and the edge zone is the part of the pad surface not in the interior.) Moving the finger into the edge zone triggers *Edge Motion™*. (§2.3.2, §2.6.4)

**Electrical Noise** See *noise.*

**ESD**              Electrostatic discharge. When the user builds up a charge of static electricity and then touches a conductive object, a small spark can

result.  This spark can play havoc with sensitive electronic devices such as TouchPads.  To minimize the risk of ESD disruption, designers should carefully follow Synaptics' recommendations on grounding and *bezel* design.

**Feed**  An active connection to the TouchPad API which delivers information to the application about finger and button actions on the TouchPad.  (§6.1)

**Female Connector**  See *connector.*

**Filtering**  A general term for data processing steps that try to reduce the effects of *noise* and produce smoother motion.  The TouchPad includes various filtering algorithms built-in; when using the Absolute mode X and Y *coordinates* for precise work, software designers may wish to apply more filtering.  (§2.3.2)

**Finger**  In most Synaptics TouchPads, the "finger" must be a grounded, conductive object roughly the size of a human fingertip.  Certain TouchPad models can also sense *pens;* except where pens are explicitly treated differently, the word "finger" in this *Guide* refers to whichever object is activating the TouchPad sensor, whether a pen or a true finger.  (§2.6.1, §2.3.4)

**Firmware**  The software that operates the microcontroller built-in to the TouchPad module.  See also *version number.*  (§2.6)

**Framing Error**  The PS/2 and RS-232 protocols both send bytes in several-bit "frames" consisting of a start bit, data bits, and *stop bit*.  If the receiver detects the wrong value for the stop bit, it can deduce that transmission errors have caused the transmitter and receiver to lose agreement on which bit interval is the beginning of a new frame.  (§3.2.2, §4.2)

**Gesture**  A finger action which the host interprets as a special command instead of as a simple cursor motion.  See *tap, drag,* and *scrolling gesture.*

**Host**  The computer or other system in which the TouchPad is a part.  To a pointing device, the "host" is both an immediately connected piece of hardware (such as the *KBC* in the case of the *PS/2* protocol), and the larger computer system comprising drivers, the operating system, and application software.  (§2.6.6)

**Host Software**  Any software running on the host that interacts with the TouchPad; for example, *drivers, applications,* and the operating system.  (§2.6.6)

**Hot-Plugging**  The act of attaching a device to a computer which is already powered up and running.  Hot-plugging a PS/2 device does not work without special attention from the driver, since the device

|                    |                                                                                                                                                                                                                                                                                                                           |
|--------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                    | needs an Enable command to be transmitting packets. Hot-plugging a Serial device generally works. However, please note that hot-plugging is *not* recommended for PS/2, Serial, or ADB devices—because of the design of the connectors, hot-plugging can cause signal wires to make contact before power supply wires, which can result in damage to the TouchPad's electronics. (§4.3) |
| **Inhibit**        | In the PS/2 protocol, the *host* can inhibit the *device* to prevent the device from sending new data until the host is ready. The host can also inhibit during a transmission to cancel the transmission in progress. (§3.2)                                                                                                 |
| **KBC**            | Keyboard Controller. The part of the *host*, usually a subsidiary microprocessor, which manages the host side of the *PS/2* interface. (§2.6.6, §3.7.1)                                                                                                                                                                       |
| **Lifting**        | Lifting the finger means taking the finger far enough away from the surface of the pad so that the pad no longer registers the finger's presence (i.e., until the *Z value* falls below the *touch threshold*). (§2.6.1)                                                                                                      |
| **Line Control Bit** | The final bit of a PS/2 transmission from *host* to *device*. (§3.2.2)                                                                                                                                                                                                                                                    |
| **Male Connector** | See *connector*.                                                                                                                                                                                                                                                                                                          |
| **Margin**         | See *edge margins*.                                                                                                                                                                                                                                                                                                        |
| **Mickey**         | One unit of mouse motion as reported by the pointing device to the host. (§2.6.3)                                                                                                                                                                                                                                           |
| **Mode Byte**      | An 8-bit value held by the TouchPad which contains various bits that control the behavior of the TouchPad. Each *protocol* provides a way for the host to read and change the mode byte. (§2.5)                                                                                                                               |
| **Model ID**       | A 24-bit response to a certain *query* which describes the size and shape of the TouchPad. (§2.4.2)                                                                                                                                                                                                                         |
| **Model Number**   | An alphanumeric code, such as "TM41PUA134", which describes a kind of TouchPad *module* as ordered from Synaptics. (§2.7)                                                                                                                                                                                                   |
| **Module**         | The standard TouchPad product from Synaptics is a "module" consisting of a circuit board with components and connector on the back and a protective mylar label on the front surface. The system integrator typically installs the module in a *bezel* and adds two *button switches* to form a complete working TouchPad. (§2.7) |
| **Mouse**          | A pointing device containing motion sensors which can move freely on a work surface. Because a mouse uses motion sensors, it can only deliver *relative motion* data to the host. Most system software assumes the pointing device is a mouse by default; most pointing devices simulate a mouse by default.                   |

| | |
|---|---|
| **Mouse Button** | See *virtual button* and *physical button*. |
| **MultiSwitch** | A type of Synaptics TouchPad which supports four *physical buttons* instead of just the usual two.  (§2.4.4, §3.6.2) |
| **Noise** | Electrical noise is interference caused by fluctuations in the ground, the power supply, or the electric field surrounding the TouchPad.  Synaptics TouchPads use a variety of methods to minimize the effects of noise, but extreme noise can cause jitter in the X, Y, and Z values.  Reducing the packet rate is one way to combat noise (§2.2); filtering is another (§2.3.2). |
| **Open-Collector** | Also "open-drain."  A type of digital signal where the transmitting circuit is able to drive the wire to 0V or to let the wire "float" to any voltage, but *not* to drive the wire a high voltage.  A pull-up resistor is attached to the wire to cause the wire to float to a high voltage when no other circuits are driving it low.  (§3.1) |
| **Packet** | One transmission from the pointing device to the host describing the user's actions.  The device sends many packets per second in order to form the illusion of continuous cursor motion.  (§2.1, §2.3) |
| **Packet Rate** | The rate at which the TouchPad potentially sends packets to the host.  In PS/2 Remote mode and in ADB, the packet rate is actually the rate at which new packets become available for polling.  Note that in Relative mode, the packet rate is merely the maximum possible number of packets transmitted per second, but in Absolute mode, the packet rate is the guaranteed number of packets per second whenever transmission is in progress.  Not to be confused with *PS/2 sample rate*.  (§2.2) |
| **Palm Check™** | A feature of Synaptics drivers which tries to use *palm detection* and other clues to suppress the effects of accidental TouchPad activation. |
| **Palm Detection** | A TouchPad which measures the width of finger contact to distinguish between true finger contact and accidental activation by the palm of the hand.  (§2.3.4, §2.4.4) |
| **Parity** | A method for detecting transmission errors.  The transmitter counts the number of '1' bits sent, then sends a parity bit which is either '1' or '0' in order to cause the total number of '1's to be odd (thus the name "odd parity").  The receiver then counts the number of '1' bits and detects an error if the number is not odd.  Parity guarantees detection of any single-bit error, and some but not all multi-bit errors.  (§3.2) |
| **Pen** | Any object except a *finger* which is used to point on a TouchPad.  Only TouchPad models with the *capPen* capability are able to |

|  | sense pens.  The pen may be an actual (non-inking) writing stylus, or it may be a fingernail or any other rigid, non-conductive object that is convenient for pointing.  (§2.3.4) |
|---|---|
| **Physical Button** | A button or switch on a pointing device which sends a command signal to the host.  On an IBM-compatible PC, the pointing device typically has two buttons labeled "left" and "right."  On an Apple Macintosh, the pointing device typically has just one button.  The phrase "physical button" refers to an actual button, not a *virtual button* activated by *tap gestures*.  (§2.3.1) |
| **Plug and Play** | A standard which allows PC-compatible computers to identify the hardware connected to them.  PS/2 pointing devices do not need any special attention to comply with Plug-and-Play; Serial pointing devices need a special connection on the DSR pin, plus a special Plug-and-Play ID string.  (§4.1, §4.3) |
| **Pointing Device** | A *mouse,* track ball, *touch pad,* or other device which is used to move the *cursor* on the computer screen. |
| **Portrait** | A portrait-oriented pad is one which is rotated 90° from the standard orientation, so that the vertical axis is longer than the horizontal.  The standard orientation, where the horizontal axis is longer, is sometimes called "landscape." (Figure 2-11(*b*)) |
| **Pressure** | As measured by a TouchPad, "pressure" is actually the total amount of capacitance over the contact area of the finger.  Pressing harder causes the flesh of the finger to flatten out against the pad, thus increasing the contact area.  Hence, in casual use "pressure" and "contact area" can be treated as the same.  (§2.3.3, §2.6.1) |
| **Protocol** | A defined method for communicating between a *device* and the *host.*  See *PS/2, RS-232,* and *ADB.* |
| **PS/2** | The protocol used by most internal pointing devices in notebook computers, and by many external pointing devices.  First used for pointing devices in the IBM PS/2 computer, although the IBM PC AT used essentially the same low-level protocol for the keyboard.  (§3) |
| **PS/2 Sample Rate** | A parameter of the PS/2 mouse protocol; not fully implemented on Synaptics TouchPads.  See *packet rate.*  (§3.4) |
| **PS/2 Resolution** | A parameter of the PS/2 mouse protocol; not fully implemented on Synaptics TouchPads.  See *resolution.*  (§3.4) |
| **Query** | A command from the host which is a request for information about the properties or current state of the TouchPad.  (§2.4) |
| **Relative Mode** | A mode in which the TouchPad reports the *relative motion* of the finger in each *packet.*  (§2.1) |

Copyright © 2001  Synaptics, Inc.    510-000080 - A

Synaptics TouchPad Interfacing Guide                               Second Edition

| | |
|---|---|
| **Relative Motion** | The change in position of the finger relative to the finger's previous position. A conventional mouse can report only relative motion, not *absolute position*, because the mouse has no way to sense an absolute point of reference (such as the lower-left corner of the desk or mouse pad). (§2.6.3) |
| **Request To Send** | In the PS/2 protocol, a condition on the bus that tells the *device* to read a command from the host as soon as possible. See also *RTS*. (§3.2) |
| **Reserved** | A bit or bit-field is "reserved" if the present TouchPad models do not use it in any (published) way. The host should not interpret a reserved bit in any way; if the host writes to a reserved bit, it should write the default value shown in this *Guide* (or zero if not shown), or alternatively it can read the reserved bit and then write back the same value. |
| **Reset** | An action or command to restore a *device* to its initial, default state. The TouchPad resets itself when power is first applied. Also, each protocol provides a form of "software reset": In PS/2, the Reset ($FF) command (§3.3); in Serial, the RTS wire (§4.3); in ADB, the Global Reset signal or SendReset command (§5.3). |
| **Resolution** | The number of positioning units corresponding to a given physical distance on the pad. See also *DPI*. Not to be confused with *PS/2 resolution*. (§2.4.3) |
| **Response** | One or more bytes sent by the *device* to the *host* in response to a host *command*. |
| **RS-232** | The protocol used by serial "COM" ports for communicating with modems, printers, and other devices. *Serial* pointing devices use the RS-232 port and protocol in an unconventional way to send pointing information to the host. (§4) |
| **RTS** | The "Request To Send" pin in the RS-232 protocol. Serial pointing devices actually use RTS for an entirely different purpose, as a power supply and software reset pin. (§4.3) |
| **RTS Handshake** | The process of bringing DTR positive, then RTS first negative and then positive, to identify a pointing device on a serial port. (§4.3) |
| **RxD** | The "Receive Data" pin in the RS-232 protocol. The RxD pin on the TouchPad connects to TxD on the host's serial connector. Note that, in this document, RxD is named from the TouchPad's point of view: It carries data received from the host. (§4.1) |
| **Scrolling Gesture** | A *gesture* which causes the current window to scroll. The Synaptics TouchPad does not decode scrolling gestures itself, but the Synaptics driver software does offer a variety of scrolling gestures. |

| | |
|---|---|
| **Sensor** | The top surface of the TouchPad module, which is able to sense the presence and position of a finger. |
| **Serial Device** | A "Serial" pointing device interfaces to the host using the *RS-232* protocol. Named because the RS-232 protocol sends bits serially, one at a time, over a wire. (Note that, even though the *PS/2* protocol is also a bit-serial protocol, PS/2 pointing devices are never called "Serial" pointing devices.) Not to be confused with *serial numbers.* (§4) |
| **Serial Number** | A unique number assigned to each individual TouchPad. A TouchPad with an assigned serial number is said to be *serialized.* Not to be confused with *Serial devices.* (§2.4.5) |
| **Sleep** | A mode in which the device operates at reduced power in exchange for reduced functionality (namely, the ability to sense buttons but not fingers). (§2.5) |
| **Stop Bit** | One or more bits of a known value at the end of each transmitted byte. The PS/2 and RS-232 protocols use the stop bit to detect *framing errors;* in RS-232, the receiver can also use guaranteed transition between a stop bit and a subsequent byte's start bit to resynchronize itself to the transmitter. (§3.2.2, §4.2) |
| **Stroke** | A finger stroke is one complete finger action involving placing the finger on the pad, possibly moving the finger around for some amount of time, then lifting the finger away from the pad. (§2.6.3) |
| **Stylus** | See *pen.* |
| **Switch** | See *physical button.* |
| **Tap Gesture** | A *gesture* involving touching the pad briefly and then immediately lifting the finger, with little or no finger motion while the finger is on the pad. The TouchPad decodes the tap gesture to simulate a brief *click* of the *virtual button.* See also *drag gesture.* (§2.6.4) |
| **Tap-and-a-half** | See *drag gesture.* |
| **TBD** | "To be determined." Contact Synaptics for further information. |
| **Touch Pad** | A pointing device which translates motions of a finger on a sensor surface into cursor motions. |
| **Touching** | The Synaptics TouchPad considers the finger to be "touching" if it is close enough to register a Z value of at least 25–30. For typical fingers, this represents light finger contact. (§2.6.1) |
| **Touch Threshold** | A value to which the *Z value* is compared to decide whether or not there is a finger on the pad. (§2.6.3, §7.1.1) |

Synaptics TouchPad Interfacing Guide                                    Second Edition

**TTL**                    An older technology for digital circuits which operated with a 5V power supply. While TTL has largely been supplanted by CMOS, its 5V power supply standard has survived. Nowadays, digital signals operating at 5V are often called "TTL-level signals." (§4.1.1)

**TxD**                    The "Transmit Data" pin in the RS-232 protocol. The TxD pin on the TouchPad connects to RxD on the host's serial connector. Note that, in this document, TxD is named from the TouchPad's point of view: It carries data transmitted to the host. (§4.1)

**UART**                   (Also **USART** or **SCI**.) Universal Asynchronous Receiver / Transmitter. A chip or circuit which implements the RS-232 byte-level protocol. On a modern PC, this is typically a 16550 device or equivalent. (§4.2)

**Undefined**              Same as *reserved*.

**Up Orientation**         The standard "up" orientation for TouchPads is defined as the orientation in which the cable exits from behind the top edge of the module, i.e., the edge farthest from the user's body. (Figure 2-10(*a*))

**USB**                    Universal Serial Bus. A protocol for connecting low- and medium-speed devices to personal computers. (§2.6.6)

**Version Number**         A two-part number identifying the revision level of the TouchPad, especially of its physical design and its *firmware*. In the version number "4.5", "4" is the *major version* and "5" is the *minor version*. (§2.4.1)

**Virtual Button**         A simulated mouse button which is activated by *tap* and *drag gestures* instead of by a physical switch. The system typically treats the physical and virtual buttons the same so that tap gestures can serve as a convenient alternative to button clicks. (§2.6.4)

**Virtual Scrolling™**     See *scrolling gesture*.

**Windows**[®]             Any of the Microsoft Windows[®] family of operating systems, such as Windows[®] 95 or Windows NT[®].

**W Mode**                 A variant of *absolute mode* in which the TouchPad reports the *W value* in each packet as well as X, Y, and Z.

**W Value**                A four-bit code which identifies the character of finger presence, e.g., the width of the finger, the number of fingers, and whether the contact is by a *pen* or a true *finger*. (§2.3.4)

**X Coordinate**           The *coordinate* identifying the horizontal position of the finger; low values are near the left edge of the pad, and high values are near the right edge. (§2.3.2)

Copyright © 2001 Synaptics, Inc.    510-000080 - A

| **ΔX Value** | The *delta* identifying the amount of horizontal finger motion. |
|---|---|
| **Y Coordinate** | The *coordinate* identifying the vertical position of the finger; low values are near the bottom edge of the pad (closest to the user), and high values are near the top edge.  (§2.3.2) |
| **ΔY Value** | The *delta* identifying the amount of vertical finger motion. |
| **Z Value** | A numeric value reported by the TouchPad which measures the *pressure* of the finger contact.  (§2.3.3) |

## 7.3.  References:  Synaptics literature

*Synaptics TouchPad Single-Chip Standard Module TM41P-134: Product Specification,*
*Synaptics TouchPad Single-Chip Ultra-Thin Module TM41P-220: Product Specification,*
*Synaptics TouchPad Single-Chip Mini-Module TM41P-134: Product Specification,*
*Synaptics TouchPad Single-Chip SubMini-Module TM41P-140: Product Specification,*
Synaptics, Inc., 1997.
The mechanical and electrical specifications for various TouchPad modules.

*Synaptics TouchPad Driver API,* Synaptics, Inc., 1995.
Information on the programming interfaces provided by the TouchPad driver software.

Synaptics Web page:  http://www.synaptics.com
A variety of on-line literature, specifications, software, and corporate information.

On-line help for Synaptics Windows® 95 & NT drivers.
The driver help file has user-friendly descriptions of many TouchPad features.

(Contact Synaptics for TouchPad Application Notes, etc.)

## 7.4.  References:  Other literature

*The Undocumented PC,* Frank van Gilluwe, Addison-Wesley, 1994.
Discusses the BIOS mouse functions (chapter 13) and keyboard controller (chapter 8).

*Plug and Play External COM Device Specification,* Microsoft Inc., 1995.
Documents the Plug-and-Play specification, esp. for Serial pointing devices.

*Guide to the Macintosh™ Family Hardware,* 2nd ed., Apple Inc., Addison-Wesley, 1990.
Chapter 8 is an excellent description of the ADB protocol.

*ADB—The Untold Story: Space Aliens Ate My Mouse,* Apple technical report, 1994.
Further notes and examples on ADB; coverage of new CDM standard.

*Inside Macintosh: Devices,* Apple Inc., Addison-Wesley, 1994.
Chapter 5 describes the Macintosh system functions for operating the ADB port.

# Exhibit 5

1   KARL J. KRAMER (CA SBN 136433)
    ELLEN S. REINSTEIN (CA SBN 227833)
2   ERIKA L. LABIT (CA SBN 234919)
    MORRISON & FOERSTER LLP
3   755 Page Mill Road
    Palo Alto, California  94304-1018
4   Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
5   kkramer@mofo.com

6   Attorneys for Defendant
    and Counterclaimant
7   SYNAPTICS, INC.

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a            Case No.    C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                    MANUAL FILING
                                               NOTIFICATION OF
14                    Plaintiff,               EXHIBIT 5 TO CONFIDENTIAL
                                               DECLARATION OF DR.
15           v.                                ANDREW WOLFE IN SUPPORT
                                               OF SYNAPTICS' MOTION FOR
16                                             SUMMARY JUDGMENT OF
                                               NON-INFRINGEMENT OF THE
17  SYNAPTICS, INC., a Delaware corporation;   ASSERTED CLAIMS OF THE
    AVERATEC, INC., a California corporation;  '352 PATENT
18  and PROSTAR COMPUTER, INC., a
    California corporation,                    Date:  June 1, 2007
19                                             Time:  10:00 a.m.
                      Defendants.              Courtroom 8, 19th Floor
20                                             Hon. Charles R. Breyer

21

22  AND RELATED COUNTERCLAIMS

23

24

25

26

27

28

MANUAL FILING NOTIFICATION TO CONF. DECL OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS'
MOT. FOR SJ OF NONINFRINGEMENT OF THE '352 Patent
CASE NO. C 06-01839 CRB
pa-1149339

1    Regarding: Exhibit 5 to the Declaration of Andrew Wolfe In Support Of Synaptics'

2  Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '352 Patent.

3  This filing is in paper or physical form only, and is being maintained in the case file in the

4  Clerk's office.

5    If you are a participant on this case, this filing will be served in hard-copy shortly.

6    For information on retrieving this filing directly from the court, please see the court's

7  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8    This filing was not efiled for the following reason(s):

9  ___ Voluminous Document (PDF file size larger than the efiling system allows)

10  ___ Unable to Scan Documents

11  ___ Physical Object (description): _____

12   _____

13  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14  x__ Item Under Seal

15  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  ___ Other (description): _____

17   _____

18

19  Dated: April 23, 2007             KARL J. KRAMER
                                       ELLEN S. REINSTEIN
                                       ERIKA L. LABIT
20                                     MORRISON & FOERSTER LLP

21

22                                By:  /s/ Karl J. Kramer
                                       Karl J. Kramer
23

24                                     Attorneys for Defendant
                                       SYNAPTICS, INC.

25

26

27

28