```
1  KARL J. KRAMER (CA SBN 136433)
   ELLEN S. REINSTEIN (CA SBN 227833)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11

12 ELANTECH DEVICES CORPORATION, a           Case No.   C06-01839 CRB
   corporation existing under the laws of Taiwan,
13 R.O.C.,                                    CERTIFICATE OF SERVICE

14              Plaintiff,                    Date: June 1, 2007
                                              Time: 10:00 a.m.
15       v.                                   Courtroom 8, 19th Floor
                                              Hon. Charles R. Breyer
16 SYNAPTICS, INC., a Delaware corporation;
   AVERATEC, INC., a California corporation; and
17 PROSTAR COMPUTER, INC., a California
   corporation,
18
                Defendants.
19
20 AND RELATED COUNTERCLAIMS
21

22
         I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
23 is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause,
   and I am over the age of eighteen years.
24
         I further declare that on April 23, 2007, I served a copy of:
25
         **CONFIDENTIAL DECLARATION OF DR. ANDREW WOLFE IN SUPPORT OF
26       SYNAPTICS' MOTION FOR SUMMARY JUDGMENT OF NON-
         INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT;**
27
28
```

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

1

**EXHIBIT 5 TO CONFIDENTIAL DECLARATION OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT**

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☒ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Yitai Hu | _____ Fax |
| Sean P. DeBruine | _____ U.S. Mail |
| Hsin-Yi Cindy Feng | _____ Overnight |
| Akin Gump Strauss Hauer & Field LLP | __X__ Personal |
| 2 Palo Alto Square, Suite 400 | _____ E-mail **(courtesy copy)** |
| 3000 El Camino Real | |
| Palo Alto, Ca 94306 | |
| Fax: (650) 838-2001 | |
| Email: sdebruine@akingump.com | |
| cfeng@akingump.com | |
| yhu@akingump.com | |
| COUNSEL FOR PLAINTIFF | |

CERTIFICATE OF SERVICE
CASE NO. C06-01839 HRL
pa-1081293

2

| | |
|---|---|
| Karen H. Bromberg<br>Elizabeth F. Bernhardt<br>Damir Cefo<br>Cohen & Gresser LLP<br>100 Park Avenue, 23rd Floor<br>New York, NY  10017<br>Fax: (212) 957-4514<br>Email: kbromberg@cohengresser.com<br>ebernhardt@cohengressser.com<br>dcefo@cohengresser.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC | _____ Fax<br>_____ U.S. Mail<br>__X__ Overnight<br>_____ Personal<br>_____ E-mail **(courtesy copy)** |
| Scott R. Raber<br>Kastner Banchero LLP<br>20 California Street, 7th Floor<br>San Francisco, CA  94111<br>Email: srr@kastnerbanchero.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC | _____ Fax<br>_____ U.S. Mail<br>__X__ Overnight<br>_____ Personal<br>_____ E-mail **(courtesy copy)** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California on April 23, 2007.

|  Sandra K. Devol  | s/Sandra K. Devol |
|:---:|:---:|
| (typed) | (signature) |

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **CERTIFICATE OF SERVICE.**  In compliance with General Order 45, X.B., I hereby attest that Sandra K. Devol has concurred in this filing.

Dated:  April 23, 2007       MORRISON & FOERSTER LLP

By:   s/Karl J. Kramer
       Karl J. Kramer

CERTIFICATE OF SERVICE
CASE NO. C06-01839 HRL
pa-1081293

3