KARL J. KRAMER (CA SBN 136433)
ELLEN S. REINSTEIN (CA SBN 227833)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date: June 1, 2007<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

This matter comes before the Court on an administrative motion to file under seal confidential versions of portions of the Confidential Declaration of Andrew Wolfe, Ph.D. in Support of Synaptics' Motion For Summary Judgment of Non-Infringement of the Asserted Claims of the '352 Patent ("Wolfe Declaration") and Exhibit 5 thereto, filed April 23, 2007. Having considered Synaptics' request, as well as the pleadings and materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for portions of the Wolfe Declaration and Exhibit 5 to the Wolfe

[PROPOSED] ORDER GRANTING SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL; CASE NO. C06-01839 CRB
pa-1149346

1

1  Declaration to be filed under seal. Plaintiff's administrative motion to file portions of the
2  Wolfe Declaration and Exhibit 5 under seal is hereby GRANTED.
3       IT IS SO ORDERED.
4  Dated:  April 24, 2007

6           By: _____
7               UNITED STATES DISTRICT COURT JUDGE
                HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

[PROPOSED] ORDER GRANTING SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL; Case No. C06-01839 CRB
pa-1149346

22