Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295)(myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real
Two Palo Alto Square, Suite 400
Palo Alto, California 94306
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC., AVERATEC, INC. and PROSTAR COMPUTER, INC., <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **NOTICE OF MANUAL FILING** <br><br> Date:          June 1, 2007 <br> Time:         10:00 a.m. <br> Judge:        Charles R. Breyer <br> Courtroom:  8, 19th Floor |

NOTICE OF MANUAL FILING                                                                 CASE NO. 06-CV-01839 CRB

**NOTICE OF MANUAL FILING**

**REGARDING: ELANTECH'S OPPOSITION TO SYNAPTICS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT AND DECLARATION OF IAN SCOTT MACKENZIE IN SUPPORT OF ELANTECH'S OPPOSITION TO SYNAPTICS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT.**

   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

   _____

Dated:  May 11, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP


                                    By_____/s/_____

                                              Sean P. DeBruine
                                             Attorney for Plaintiff
                                            ELAN DEVICES CORP.