1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:       650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13                                          ) Case No. 3:06-CV-01839 CRB
                                            )
14  ELANTECH DEVICES CORP.,                 ) **[PROPOSED] ORDER GRANTING**
                                            ) **ELANTECH'S ADMINISTRATIVE**
15           Plaintiff,                     ) **MOTION TO FILE PAPERS UNDER SEAL**
                                            )
16      vs.                                 )
                                            ) Date:      June 1, 2007
17  SYNAPTICS, INC., AVERATEC, INC. and     ) Time:      10:00 a.m.
    PROSTAR COMPUTER, INC.,                 ) Judge:     Charles R. Breyer
18                                          ) Courtroom: 8, 19th Floor
                                            )
19           Defendants.                    )

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ELANTECH'S                    CASE NO. 06-CV-01839 CRB
MOTION TO SEAL

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File
2  Papers Under Seal.  Good cause appearing, that motion is GRANTED.
3  It is hereby ORDERED that the following documents are to be filed under seal:
4  (1)  Elantech's Opposition to Synaptics' Motion for Summary Judgment of
5  Noninfringement of the Asserted Claims of the '352 Patent, dated May 11, 2007.
6  (2)  Declaration of Ian Scott MacKenzie in Support of Elantech's Opposition to
7  Synaptics' Motion for Summary Judgment of Noninfringement of the Asserted Claims of the '352
8  Patent, dated May 11, 2007.
9  IT IS SO ORDERED.

Dated: _____, 2007         _____
                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT COURT JUDGE

1