Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295)(myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real
Two Palo Alto Square, Suite 400
Palo Alto, California  94306
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | ) Case No. 3:06-CV-01839 CRB |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF SEAN P. DEBRUINE** |
| | ) **IN SUPPORT OF OPPOSITION TO** |
| | ) **SYNAPTICS' MOTION FOR SUMMARY** |
| | ) **JUDGMENT RE NON-INFRINGEMENT** |
| SYNAPTICS, INC. and | ) |
| AVERATEC, INC. | ) |
| Defendants. | ) Date:        June 1, 2007 |
| | ) Time:        10:00 a.m. |
| | ) Judge:       Charles R. Breyer |
| | ) Courtroom:   8, 19th Floor |

**DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine declare and state as follows:

1.      I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, would testify competently, under oath, to the facts stated below.

2.      I am an attorney admitted to practice before this Court in the above-referenced litigation.  I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP, attorneys of record for Plaintiff Elantech Devices Corp. ("Elantech") in this action for *inter alia* patent infringement of United States Patent No. 5,825,352 ("the '352 patent") by Defendants Synaptics, Inc. ("Synaptics").

3.      Attached as Exhibit A is a true and correct copy of the '352 patent to Bisset et al., dated October 20, 1998.

4.      In September of 2006, pursuant to Northern District Local Rules 3-1, the parties exchanged their respective preliminary infringement contentions.  A true and correct copy of Elantech's Preliminary Infringement Contentions, dated September 1, 2006, is attached as Exhibit "3" to the Declaration of Andrew Wolfe, filed on April 20, 2007 [Docket entry 98 and sealed entry 101].

5.      Attached as Exhibit B is a true and correct copy of Synaptics' Preliminary Infringement Contentions, dated September 1, 2006.

6.      In October of 2006, counsel for Elantech and Synaptics discussed a mutual exchange of exemplary code that would readily demonstrate how the parties' respective products work.  Synaptics' counsel, Karl Kramer, told me that Synaptics would produce the "code" that detailed the operations of all of the Accused Products.   Following that conversation, Mr. Kramer and I exchanged emails on the subject.  Attached as Exhibit C is a true and correct copy of the email exchange between me and Mr. Kramer, dated October 2, 2006.

7.      On October 3 and 16, 2006, Elantech produced its exemplary source code with complete listing files.  These listing files provided for ease of cross-reference, allowing a reader to easily identify the portion of the code to a particular Elantech product.

8.    The source code provided by Synaptics was contained in two CDs. These two CDs corresponded to nearly 9,000 pages of single spaced text. The source code in these two CDs corresponded to over 300 products. However, each of those products may include or not include portions of the overall code, depending upon whether or not certain portions are "compiled" when the actual firmware for a given product is created. Unlike Elantech's source code, Synaptics's source code did not provide listing files. This required Elantech to literally wade through the entire code and each of the 300 compile directives to discern which portions of the Code applied to the Accused Products.

9.    Pursuant to the meet and confer objections under this Court's Civil Proc. Rules, on April 19, 2007, I e-mailed to Mr. Kramer an informal notice of deposition of Synaptics under Federal Rules of Civil Procedure Rule 30(b)(6). Attached as Exhibit D is a true and correct copy of that e-mail. In this deposition notice, Elantech sought the identification of and a schedule for the deposition of designated witness(es) who would be testifying on behalf of Synaptics to testify about, *inter alia*, the revisions to Synaptics' source code; design changes, the structure, features, functionality, and operation of the accused products; and communications with its vendors, including Averatec, as to the incorporation of Synaptics' touchpads into their products. *See* Categories Nos. 6-8, 13-15, 17, 22, 23, 32, 38 and 46 of the Notice of Deposition of Synaptics under Federal Rule of Civil Procedure 30(b)(6). To date, Synaptics has made no response whatsoever. No witnesses were ever offered nor did Synaptics offer to even discuss the subject.

10.    Attached as Exhibit "5" to the Declaration of Ian Scott MacKenzie is a true and correct copy of Elantech's Final Infringement Contentions, served May 7, 2007, which is thirty days after the Court's Claim Construction Order of April 6, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of May, 2007 in Palo Alto, California.


By: _____/s/_____
                    Sean P. DeBruine

# EXHIBIT A

US005825352A

# United States Patent [19]

## Bisset et al.

[11] Patent Number: 5,825,352

[45] Date of Patent: Oct. 20, 1998

[54] MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD

[75] Inventors: **Stephen J. Bisset**, Palo Alto; **Bernard Kasser**, Menlo Park, both of Calif.

[73] Assignee: **Logitech, Inc.**, Fremont, Calif.

[21] Appl. No.: **608,116**

[22] Filed: **Feb. 28, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 582,768, Jan. 4, 1996, abandoned.

[51] Int. Cl.[6] ........................ G09G 5/00; G09G 5/08
[52] U.S. Cl. ............................................. 345/173; 345/157
[58] Field of Search .............................. 345/156, 157, 345/160, 173, 174, 145; 178/18; 341/33

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,921,166 | 11/1975 | Volpe . |
| 4,103,252 | 7/1978 | Bobick ............................. 345/174 |
| 4,455,452 | 6/1984 | Schuyler ........................... 345/173 |
| 4,550,221 | 10/1985 | Mabusth ........................... 345/173 |
| 4,639,720 | 1/1987 | Rympalski et al. ............... 345/174 |
| 4,686,332 | 8/1987 | Greanias et al. ................. 345/173 |
| 4,733,222 | 3/1988 | Evans ............................... 341/33 |
| 4,736,191 | 4/1988 | Matzke et al. .................... 345/157 |
| 4,914,624 | 4/1990 | Dunthorn ......................... 345/173 |

| | | |
|---|---|---|
| 5,016,008 | 5/1991 | Gruaz et al. ..................... 345/173 |
| 5,203,704 | 4/1993 | McCloud ......................... 434/156 |
| 5,327,161 | 7/1994 | Logan et al. .................... 345/173 |
| 5,365,461 | 11/1994 | Stein et al. ..................... 364/550 |
| 5,376,946 | 12/1994 | Mikan ............................. 345/173 |
| 5,432,531 | 7/1995 | Calder et al. ................... 345/173 |
| 5,442,376 | 8/1995 | Tannenbaum et al. .......... 345/156 |
| 5,463,388 | 10/1995 | Boie et al. ...................... 341/33 |
| 5,495,077 | 2/1996 | Miller et al. .................... 345/173 |
| 5,528,266 | 6/1996 | Arbeitman et al. ............. 345/173 |
| 5,543,591 | 8/1996 | Gillespie et al. ............... 178/18 |
| 5,565,658 | 10/1996 | Gerpheide et al. ............. 345/174 |
| 5,648,642 | 7/1997 | Miller et al. .................... 178/18 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO 91/03039 | 3/1991 | WIPO . |
| WO 97/18508 | 5/1997 | WIPO ................... G06F 3/033 |

#### OTHER PUBLICATIONS

Synaptics Brochure, "Synaptics Touch Pad," pp. 1–39.

*Primary Examiner*—Jeffery Brier
*Assistant Examiner*—Paul A. Bell
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew

[57] **ABSTRACT**

Method and apparatus for detecting an operative coupling between one or more fingers or other appropriate objects and a touch pad includes processes for detection of multiple maxima with intermediate minima in appropriate sequences to emulate the operations of cursor control and button actuations in a pointing and control device.

**31 Claims, 17 Drawing Sheets**





*FIG. 1.*



FIG. 2.

ETD0000279



*FIG. 3.*



*FIG. 4.*

ETD0000280



*FIG. 5.*



FIG. 6-1.

ETD0000282



*FIG. 6-2.*

ETD0000283



FIG. 7A.



*FIG. 7B.*

ETD0000285



FIG. 7C.

ETD0000286



FIG. 7D.

ETD0000287



*FIG. 7E.*

ETD0000288



FIG. 7F-1.

ETD0000289



FIG. 7F-2.

ETD0000290



FIG. 8-1.

ETD0000291

FIG. 8-2.



FIG. 9-1.

ETD0000293



*FIG. 9-2.*

ETD0000294

5,825,352

# 1

## MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD

### RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 08/582,768, filed Jan. 4, 1996, abandoned.

### FIELD OF THE INVENTION

The present invention relates generally to touchpad devices, and more particularly relates to touchpad devices which detect at least the presence of one or more objects such as fingers to effectuate preselected control functions.

### BACKGROUND OF THE INVENTION

Touch sensing devices are well known, and take a number of different forms. Perhaps the best known are resistive-membrane position sensors, which have been used in a number of different applications for many years. Such devices have been used as keyboards, position indicators, and so forth. Other types of touch sensing devices include resistive tablets, surface acoustic wave devices, touch sensors based on strain gages or pressure sensors, and optical sensors.

Yet another touch sensing technology is capacitive sensing, in which the location of a finger (or in some instances another object such as a stylus) over a sensing device is determined by virtue of variations in capacitance under and around the location of the finger. Typical of capacitive touch sensing devices are touch screens and capacitive pads which employ a matrix of row and column electrodes and detect, for example, either the transcapacitance between row and column electrodes or the effective capacitance to virtual ground. Other capacitive techniques are also known. Some touch sensitive devices are known to use interpolation for more precisely identifying the location of a finger or stylus.

Typical of these prior art devices is that each of them senses any contact as that of only one finger at a time. Cursor movement is straightforward with one finger, and tapping of a finger on the surface of the pad can be detected and acted upon in a manner similar to detecting the actuation of a button on a mouse. Single and double taps can be used as simple equivalents of single and double mouse clicks.

With a single-finger touchpad, the click and drag function is more difficult. With single finger detection, dragging has been implemented with schemes such as uptap (finger lifted and placed down again quickly), tap-and-a-half, and sticky drag (drag lock turns on automatically after the finger is placed in one location without moving for more than a certain time, such as one second). All of these methods take more time and/or more finger motions than it takes to perform the equivalent function with a mouse, and are not intuitive to users familiar with electronic mice. Prior art touch pads are thus less attractive for general use than a mouse.

Another commonly used function in the prior art is that of clicking a box (or icon or displayed "button") or series of boxes (such as "connecting the dots"). With a mouse, the cursor is moved into position by moving the mouse, then the click occurs with a down-up motion of the finger to actuate a button or switch. With a touchpad typical of the prior art, the cursor is moved into position with the finger, then the click occurs with a tap of the finger which moved the cursor.

# 2

This requires an up-down-up-down finger motion to do the same thing as simply the "down-up" motion of the mouse button. In general, any touchpad equivalent to a mouse button-clicking function requires an extra "up . . . up" motion of the finger, because the finger must be lifted off the pad before and after the tap.

The time and stress associated with the extra motion is significant. Human factors studies have shown that such touchpads yield lower productivity than a mouse in many applications. This somewhat limits touchpads to those applications, such as portable computing, where use of a mouse is inconvenient due to space or other considerations. There is therefore a need for a touchpad capable of yielding the same productivity as a mouse.

### SUMMARY OF THE INVENTION

The present invention provides a novel method and apparatus for sensing the proximity of multiple simultaneous fingers or other appropriate objects to a touch sensor. The present invention may be implemented based on any conventional touch sensing technology, although an exemplary embodiment involves the use of a capacitive touch sensing device similar to that described in U.S. patent application Ser. No. 08/478,290, entitled Touch Sensing Method and Apparatus, filed Jun. 7, 1995, and assigned to the assignee of the present application. The numerous modifications to such a basic device required to implement the present invention are described generally below, and in detail hereinafter. Alternatively, the present invention may be used with the method and apparatus described in the U.S. patent application Ser. No. 08/582,769, entitled Touch Pad Sensing Method and Apparatus, having as inventors Berni Joss, Bernard Kasser and Stephen Bisset, filed on Jan. 4, 1996, and assigned to the assignee of the present invention, the relevant portions of which are incorporated herein by reference.

Operation of the present invention includes two aspects: detection of multiple objects, typically fingers, and assignment of various functions to particular actions by the movement of one or both fingers. The detection function can be general, but in a simple, exemplary implementation can be limited to a two-finger function such as the combination of the index finger and middle finger. In general, these are the two most dextrous fingers, and they work well together. As a result, for this exemplary embodiment, the touchpad need only distinguish between the two fingers in one dimension since the two fingers are typically side by side. In addition, the touchpad need only detect the second finger in reasonably close proximity to the first finger. In most situations, the distance between finger centers will be less than five centimeters. Additional combinations of fingers, such as three fingers tapping simultaneously or other combinations, may also be implemented in accordance with the methodology of the present invention.

For clarity of explanation, the present invention can be described in most of its applications by establishing one finger as controlling movement of the cursor, and the second finger as controlling functions equivalent to a mouse button or switch. In this context, one finger may be considered the "point" finger, while the other is the "click" finger. Various conventional functions may then be defined accordingly. For example, "drag" may be effected by moving the two fingers in unison, "point and click" may be effected by moving the cursor with the first finger and tapping with the second finger, "point and double click" may be effected by moving the cursor with the first finger and double tapping with the

ETD0000295

5,825,352

**3**

second finger, and so on. "Click and Drag" may be performed simply by moving the cursor to the appropriate position with the first finger, placing both first and second fingers on the pad, and moving both fingers together. The function may be concluded by simply raising one or both fingers. Similarly, connecting the dots may be performed simply by moving the cursor from dot to dot with the first finger, and then clicking on the dot by tapping with the second finger. It will be apparent to those skilled in the art that these functions may be defined differently and still fall within the scope of the present invention. It will also be apparent that many of these operations will be intuitive to experienced mouse users, as soon as the correspondence between mouse functions and the two fingers is demonstrated to the user, and thus their implementation in a touchpad context makes them especially desirable.

In addition to the foregoing functions, which can be performed (albeit awkwardly and less intuitively) with conventional touch pads, there are additional functions that can be performed with two fingers and which can have substantial analogs to the use of a mouse or even go beyond conventional mouse functions. For example, detection and location of two fingers will permit the touchpad to report to a host system the distance between the two fingers. This can be used, for example, in paint or other programs to determine line width or other spacing functions, or any other "variable value" function. Similarly, tapping with both fingers at the same time may be defined as an alternate, shorthand method for a double tap (such as may be defined for the middle button in a Logitech mouse) or may be defined as a special function, similar to the "right button" functions of a mouse. Such special functions may have particular value in operating systems such as Windows 95 where, for example, implementation of the Object Viewer function is an important special function. Such functions can be implemented readily with a triple finger tap, a double tap of two fingers, or other convenient combination.

Another function which may be implemented with two finger detection is "drag lock". This function may be used when a drag function is underway, but at least one of the fingers reaches the edge of the pad before the drag function is complete. Touchpad operation may be controlled to maintain the drag mode if, for example, both fingers are lifted off the pad within a threshold period of one another, and are then placed down on the pad again within a suitable time period. In some implementations, highly extended time periods may be suitable in this context.

A further function which may be readily implemented with the present invention is the ability to operate in relative mode, where a first finger performs a key function, and a second finger controls some attribute of the operation performed by the first finger. For example, a first finger contacting a touch pad may cause a cursor to move across a screen, while contact (and removal) of a second finger with the screen may turn an image, or "ink" on (and off). The resulting image, or "ink," is defined by the motion of the first finger during the period when the second finger is also in contact with the pad; gaps in the "ink" occur when the second finger is lifted away from the pad. The function may, in some ways, be thought of as electronic finger painting, but has the additional advantage of allowing multiple characters to be written on a touch pad. Thus, with the use of two fingers, hand printing of text with gaps between the letters and words becomes feasible and convenient, whereas it is impractical with the prior art "tap and a half" method of turning on the ink.

Yet another function which may be implemented with the present invention is use of the touchpad in absolute mode.

**4**

Most prior art touchpad devices operate, like mice, in relative mode by indicating the distance travelled relative to the starting point of the motion. Touchpads, on the other hand, can also be operated in absolute mode, where the absolute position of the finger on the pad is detected and reported to the host system or application. In absolute mode, multi-finger detection allows the first finger to point to the desired absolute position, while the second finger performs whatever "click" operation is desired without requiring a removal of the first finger which might lessen accuracy or resolution.

Also included within the present invention is the detection and location of more than two fingers, with accompanying functional definitions permitting such multiple contacts to indicate pointing device or other control operations, such as musical keyboards.

It is therefore one object of the present invention to provide a touchpad system capable of detecting a plurality of contacts such as fingers.

It is a further object of the present invention to provide a touchpad device capable of locating a plurality of contacts such as fingers.

It is a further object of the present invention to provide a method for detecting the presence of more than one finger on a touch pad device.

It is a still further object of the present invention to provide a method for locating each of a plurality of fingers on a touch pad device.

It is yet another object of the present invention to provide a method for effecting the "point and click" function on a touchpad through the use of multiple fingers.

Yet a further object of the present invention is to provide a method for effecting the "click and drag" function on a touchpad through the use of multiple fingers.

A still further object of the present invention is to provide a method for effecting on a touchpad, through the use of multiple finger contacts, a plurality of conventional mouse button functions.

Yet another object of the present invention is to provide a method and apparatus for effecting on a touchpad, through the use of multiple finger contacts, a plurality of enhanced functions.

Yet a further object of the present invention is to provide a method and apparatus for electronic finger painting.

These and other objects of the invention may be better appreciated from the following detailed description of the invention, taken together with the appended figures.

**THE FIGURES**

FIG. 1 shows a perspective view of a device according to the present invention.

FIG. 2 shows in block diagram form the electronics of the present invention.

FIG. 3 shows a finger profile for two non-overlapping fingers as sensed by the present invention.

FIG. 4 shows a finger profile for two closely-spaced fingers as sensed by the present invention.

FIG. 5 shows in flow diagram form the steps for a high level algorithm for a pointing device according to the present invention.

FIG. 6 shows in flow diagram form the steps for computing motion and "button" states.

FIGS. 7A–7F2 show in diagrammatic form an exemplary sequence of finger contacts and movements across a touch sensor.

ETD0000296

5,825,352

| 5 | 6 |

FIG. 8 shows a more generalized case of FIG. 5.

FIG. 9 shows a more generalized case of FIG. 6.

## DETAILED DESCRIPTION OF THE INVENTION

Referring first to FIG. 1, a plurality of a user's fingers 10A and 10B are shown positioned over a touchpad 20 in sufficiently close proximity to be operatively connected thereto. Movement of a single finger over the touchpad causes the cursor to move in a now-conventional manner. However, unlike prior art devices, various control functions may be performed by the use of the second finger, typically in combination with the same or a related operation of the first finger. Operations involving more than two fingers may also be performed. In an exemplary embodiment, the touchpad of the present invention reports to a host either the relative motion of a finger across the touchpad or changes in "button" status.

Referring next to FIG. 2, the operation of the touchpad 20 may be better appreciated. In particular, FIG. 2 shows in block diagram form the electronics implemented to form an exemplary touchpad 20. A touchpad matrix 30 is composed of a plurality of rows 35 and columns 40 of wires or traces arranged in a conventional manner, see U.S. patent application Ser. No. 08/321,987, filed 12 Oct. 1994, entitled Touch Pad Sensor with Simultaneous Sensing, commonly assigned with the present application. The rows and columns are connected to an analog multiplexor 45 through a plurality of X (row) direction conductors 50 and a plurality of Y (column) direction conductors 55, one conductor for each row and each column. Under the control of a microcontroller 60, the analog multiplexor 45 selects which traces of the matrix 30 will be sampled, and the output of those traces is then provided to a capacitance measuring circuit 70. One suitable capacitance measuring circuit is described in aforementioned U.S. patent application Ser. No. 08/321,987, commonly assigned with the present invention and incorporated herein by reference; another is described in U.S. patent application Ser. No. 08/478,290, filed 7 Jun. 1995, entitled Touch Sensing Method and Apparatus and also commonly assigned with the present invention and incorporated herein by reference.

The output of the capacitance measuring circuit is then provided to an analog to digital converter 80, which operates as described in either of the above-referenced patent applications to convert the capacitance values from the circuit 70 into a digital representation. The analog to digital converter 80 then supplies the signals to the microcontroller 60, which operates to form, among other things, a finger profile for one or more fingers, X-Y cursor data, and control signals. Depending on the operation being performed at the particular time, the output of microcontroller 60 is then supplied to an interface to a PC or other device, such as a PS/2 interface, an RS-232 interface, or an Apple Desktop Bus (ADB).

A key feature of the present invention is its ability to distinguish the presence of multiple fingers either touching or in operative proximity to the touchpad 30. In a typical embodiment, the operation of the circuit of FIG. 2 cycles continuously. As noted above, the cycle begins by scanning the traces and measuring the capacitance on each trace. Then the portion of each measured capacitance that is induced by the presence of a finger is extracted, and this finger-induced capacitance is stored in RAM, as X(1) through X(Xcon) and Y(1) through Y(Ycon), as described below. The finger-induced portion of the measured capacitance is determined by subtracting a value, for each trace, representing the

capacitance when no finger is present. This "no-finger" capacitance is measured and stored at a time previous to the beginning of the cycle described herein, and is described more fully in U.S. patent application Ser. No. 08/478,290, filed 7 Jun. 1995 and commonly assigned.

It has also been found by applicant that it is not necessary, in all embodiments, to subtract the "no-finger" capacitance if techniques other than calculation of a centroid are used to locate the position of the fingers, and such subtraction is not required even in all instances in which a centroid is calculated. However, in at least some embodiments the sensitivity and hence the resolution of the calculated finger location is enhanced by such subtraction.

Referring again to the exemplary embodiment, the values of finger-induced capacitance are then processed to calculate a position, detect whether one or more fingers is in operative contact with the pad surface, and to detect any changes in the number of fingers operatively coupled to the pad. If the cycle is repeated rapidly enough to update a graphical user interface approximately 30 times per second or more, the appearance of smooth and instantaneous response is provided to the user. For functions other than pointing, such as handwriting with the finger, a faster scan rate may be required and may, for example, be on the order of 200 scans per second.

Referring next to FIG. 3, a finger profile is shown indicative of the presence of two fingers, spaced apart from one another. In particular, the circuitry, software or firmware of the touchpad circuitry, such as that shown in FIG. 2, detects a first maxima 85 indicative of a first finger in operative proximity to the touchpad 30, followed by a minima 90 indicative of a space between the fingers, and further followed by another maxima 95 indicative of a second finger operatively coupled to the touchpad 30. It will be appreciated that, for operations involving more than two fingers, more maxima will be detected with an appropriate number of intermediate minima.

Although the finger profile shown in FIG. 3 suggests that the intermediate minima separating the two fingers is a zero value, it is not necessary in all instances that the minima be zero. Thus, for example, FIG. 4 reflects a finger profile with a nonzero local minima 100 intermediate the two maxima 105 and 110 indicative of two fingers operatively coupled to the touchpad. This finger profile simply reflects two fingers placed closely to one another, but still yields a valley for measurement of the minima.

To operate effectively, the present invention must detect and distinguish the presence of a single finger, and the presence of multiple fingers. As noted previously, the second or additional fingers are typically involved to provide "button" or control functions, similar to actuation of the buttons or switches on a mouse. Although the following example describes in detail the use of only two fingers, one for cursor control and a second as a button, the teachings herein are believed sufficient to permit those skilled in the art to construct apparata using multiple fingers for additional buttons.

To avoid artifacts, a threshold may be applied to the both the maximum and minimum distance between the maxima representative of multiple fingers. For example, a threshold requiring the maxima to be within five centimeters of one another may be used to limit the maximum distance between the fingers; other thresholds may be appropriate in some embodiments. A threshold representative of the minimum distance may be configured by establishing a maximum value of the local minima 100.

5,825,352

7

In an exemplary embodiment, the operation of the system of FIG. 2 is controlled in either firmware, software or hardware. Shown in FIG. 5 is a flow diagram showing the general operation of such software or firmware which is capable of detecting multiple fingers, and which uses the algorithm of FIG. 6, discussed hereinafter. The variables found in the flow diagram of FIG. 5 are defined below:

| Name | Definition |
|---|---|
| Xabsolute | Finger position in X direction, calculated during the current cycle relative to the sensor pad. |
| XabsolutePrevious | The value above stored from the previous cycle. |
| Yabsolute | Similar to Xabsolute. |
| YabsolutePrevious | Similar to XabsolutePrevious. |
| Xbutton | Has value Up or Down (regardless of previous state). |
| XbuttonPrevious | The value above stored from the previous cycle. |
| Ybutton | Similar to Xbutton. |
| YbuttonPrevious | Similar to XbuttonPrevious. |
| Xmotion | Cursor motion in the X direction, relative to the cursor position of the previous cycle (only reported if either or both Xmotion and Ymotion are non-zero). |
| Ymotion | Similar to Xmotion. |
| Button | May be Up or Down (only reported if a change from the previous cycle). |

It will be understood by those skilled in the art that a "report" means transmitting information to an application process executing on a host, such that the cursor is moved or a function is performed. In some instances, driver software executing on the host may ascertain the existence of finger movement, while in other instances including the exemplary embodiment described herein the determination of finger movement occurs in the firmware in the pointing device.

Referring still to FIG. 5, the cyclical process begins at step 400, and continues at step 410 by scanning the conductor sensors. The sensors may be scanned sequentially or concurrently, depending on the hardware implementation. The scan process measures the values of finger-induced capacitance for each of the conductors, and stores the values in RAM at step 420. The cycle process continues by performing the Xcompute loop of FIG. 6 discussed hereinafter, and also the Ycompute loop analogous to FIG. 6, at step 430 and 440, respectively. In general, the function of the Xcompute and Ycompute processes is simply to evaluate the current measurements by calculating the centroid of the finger measurement, and by detecting whether a second finger is touching the pad—which determines the button state.

In the exemplary embodiment, only a change in the button state is reported. As a result, at step 450 the value of Button is set to No Change. In addition, in the exemplary embodiment a tap or double click by only a first finger is not acted upon, although a tap by a second finger or by multiple fingers is acted upon. In the exemplary arrangement, a "button down" condition is only reported if both fingers are in operative contact with the touchpad.

The process continues by comparing the current and previous button states of the X and Y coordinates. First, at step 460, the state of Xbutton is checked to see if it is Down and the state of XbuttonPrevious is checked to see if it is Up. If both compares are true, then the variable Button is set to Down at step 465. In addition, at step 470, the state of Ybutton is checked to see if it is Down and the state of YbuttonPrevious is checked to see if it is Up. If both compares are true, the variable Button is also set to Down.

Alternatively, as determined at step 480, if the state of Xbutton is Up and the state of XbuttonPrevious is Down, or,

8

as checked at step 490, the state of Ybutton is up and YbuttonPrevious is Down, then the variable Button is set to Up at step 495.

If the button was set to Down at state 465, or Up at step 495, or if the results at steps 480 and 490 are NO, the process advances to step 510.

At step 510, Xmotion is set to the sum of Xabsolute less XabsolutePrevious, and at step 520, Ymotion is set to the sum of Yabsolute less YabsolutePrevious. Then, at step 530, the state of Button is checked and, if it is changed by being either Up or Down, both Xmotion and Ymotion are set to zero at step 535, indicating that the user has actuated a button and no cursor movement should occur.

In addition, if Button equals Up or Down, the state of Button is reported at step 540. At step 550, Xmotion and Ymotion are compared to zero, and if either is not zero then both Xmotion and Ymotion are reported to the microcontroller. It will be apparent that this indicates a cursor movement, typically reflective of the movement of a single finger over the touchpad, or two fingers in some modes such as Click-and-Drag.

Further, at step 560, whether there is motion reported or not, the variable XabsolutePrevious is set to the value of Xabsolute, and at step 570 the variable YabsolutePrevious is set to the value of Yabsolute. Similarly, at step 580 the value of XbuttonPrevious is set to Xbutton, and at step 590 the value of YabsolutePrevious is set to Yabsolute. The cycle then repeats by returning to step 400. It will be apparent that the foregoing algorithm can be readily extended to include additional fingers beyond two, representative of additional buttons. In such an instance, compare steps for current and previous states of each button would be conducted, and "up," or "down" conditions would be reported for each such button. In some embodiments it may be desired to report "no change" conditions, and the foregoing algorithm could be readily modified to provide such reporting.

Depending on the desired configuration, second and third buttons may be implemented, for example, either by requiring a combination of two or more fingers to indicate operation of a second button, or by the independent movement of additional fingers or other objects. In this latter embodiment, it may be desirable to implement distance thresholding, to ensure that movement of a second or additional button finger is not mistaken for movement of the first or other button finger.

Set forth in FIG. 6 is a flow diagram setting forth the steps for computing motion and "button" states in the X direction, or what may be referred to as "Xcompute." An analogous calculation is performed for the Y direction, or what may be referred to as "Ycompute." The algorithm uses the following variables and constants:

| Name | Definition |
|---|---|
| X(N) | Values, stored in memory, of finger-induced portion of capacitance measured on each conductor. N varies from 1 to Xcon. [When no finger is contacting the pad above a conductor, the value is approximately zero. In addition, X(0) is initialized to a value of 0.] |
| X(N-1) | Value of finger-induced sensor conductor capacitance for the previous conductor. |
| Xcon | The number of sensor conductors in the X direction. |
| Fthresh | The minimum threshold that X must reach before a finger is considered to be present. [Sets the touch sensitivity of the pad.] |
| Xpeak1 | Variable to store the value of the first peak X value. |
| Xvalley | Variable to store the value of a local minimum (if any) between 2 peaks. |

5,825,352

| 9 | |
|---|---|
| -continued | |

| Name | Definition |
|---|---|
| Xpeak2 | Variable to store the value of the second peak X value (if any). |
| Xsum | Variable to accumulate the sum of the X values, for centroid calculation. |
| XweightSum | Variable to accumulate the sum of the X values, weighted by N (the position of the conductor), for centroid calculation. |
| Xstate | A variable which can have values Peak1, Valley, Peak2 or Tail, to indicate which part of the finger profile we are currently searching for. The Tail state is simply the remainder of the scan after a second peak (in the exemplary embodiment) has been identified. |

It will be apparent to those skilled in the art that the "Ycompute" variables and constants differ only in replacing X by Y.

The algorithm for Xcompute starts at step **200**, followed by initialization of variables at step **205**. For Xcompute, the variables initialized are N, which is set to zero, and the value of X(0), which is also set to zero. In addition, Xpeak1, Xvalley, Xpeak2, Xsum and XweightSum, are all set to zero. In addition, the state of Xstate is set to Peak1.

At step **210** a loop, referred to as "Xloop" starts. The purpose of Xloop is to calculate the X centroid by accumulating the sum and weighted sum of the X values for all the X conductors from one to Xcon. Thus, the loop typically starts with the value of N=0 and increments by one at the beginning of each cycle until the value of N=Xcon. The steps of the loop include step **215**, where N is incremented to N+1 and the value X(N) of the current conductor is added to the prior accumulated value, Xsum, which becomes the new value of Xsum. The loop then continues at step **220**, where the prior value of XweightSum is added to a weighted value of X(N), where the weighting is done by multiplying X(N) by the number N of the conductor being sampled. The sum of XweightSum and N*X(N) then becomes the new value of XweightSum.

The XLoop continues at step **225**, where one of a series of subloops is selected depending on the value of Xstate. Since Xstate is initially set to Peak1, the first subloop entered is the Peak1 subloop, beginning at step **230**. At step **230** the value of X(N) is compared to the value of X(N−1) and, if X(N) is greater than or equal to the value of X(N−1), the first peak has not yet been reached. As a result, the loop jumps to step **235**, at which points the value of N is compared to the value of Xcon. If the finger-induced capacitance measured at the last conductor has not been evaluated, the result is a NO and the process jumps to step **215** to repeat with an incremented value of N.

At some value of N the value of X(N) is less than the value of X(N−1), at which point the check at step **230** yields a NO. At this point, the peak has been found and at step **232** the value of Xpeak1 is set to X(N−1) and the value of Xstate is set to Valley. The system then jumps to step **235**, where a check is made to see if the last conductor has been measured by comparing N to Xcon. As before, if the capacitance change measured at the last conductor has not been checked, the result is a NO, and the process loops to step **215** and repeats.

When the process begins with the next increment of N, a NO will result at step **225**, so that the process will jump to step **250**, where a check is made to see if Xstate equal Xvalley. Since it now does, a YES results and the process branches to step **255**. At step **255** a X(N) is compared to X(N−1). If X(N) is not greater than or equal to X(N−1), the valley has not yet been found, causing a further jump to step

**235** and a repeat with an incrementally higher N. If a second finger is touching the pad then eventually the value of X(N−1) will be greater than or equal to the value of X(N), such that the valley is detected. At this point, at step **262**, the value of Xvalley is set to X(N−1) and Xstate is set to Peak2. The process then jumps to step **235**, where it repeats from step **215** unless the last conductor in the matrix has been evaluated.

On the next cycle, a NO result is reached at both step **225** and step **250**, causing a jump to step **270**. At step **270** the state of Xstate is compared to Peak2, and a YES result will occur. This results in a compare between X(N) and X(N−1) at step **275**, to look for a second peak, in a manner substantially identical to the process by which the first peak was found. As long as X(N) is greater than or equal to X(N−1), the peak has not been found, so the process jumps to step **235**, and then to step **215** until the change measured at the last conductor has been evaluated.

As before, the value of X(N) will eventually start to decrease, such that X(N) will be less than the value of X(N−1). At this point, at step **278**, the value of Xpeak2 is set to the value of X(N−1) and the state of Xstate is set to Tail. The "tail" is the remaining portion of FIG. 4 following the second peak. While a Tail state is used in the exemplary embodiment, such a state may not be necessary in all embodiments.

The process then cycles through until the last conductor measurement has been considered, at which point N does equal Xcon when the check at step **235** is made. With a YES result, the process branches to a thresholding comparison at step **290**.

In an exemplary embodiment, the Xcompute process then continues by calculating the centroid for the fingers detected, so long as the maxima exceed a threshold value. In accordance with the present invention, two approaches may be used in calculating centroid values. In a first implementation, only a single centroid value is calculated for the combination of one or more fingers. In this arrangement, it will be apparent that, when a second finger contacts the touchpad, the centroid "jumps" laterally approximately to the midpoint of the two fingers. In a second implementation, a centroid value may be calculated for each maxima, yielding multiple centroid values when multiple fingers interact with the pad. For purposes of clarity, the following description will be limited to the first implementation.

Thus, at step **290** the values of Xpeak1 and Xpeak2 are compared to Fthresh, and if either or both are greater then Xabsolute is set to the value of XweightSum/Xsum at step **295**, which causes the X centroid to be calculated. If neither peak exceeds Fthresh, then no finger is deemed present and Xbutton is set to Up at step **315**.

If both Xpeak1 and Xpeak2 were greater than Fthresh, the Xcompute process continues at step **305** by comparing the difference between Xpeak1 and Valley to the value of Xpeak1 divided, for example, by four. If the difference is the greater of the two, then the difference between Xpeak2 and Valley is compared to the value of Xpeak2 divided, for example, by four. If the difference is greater than the dividend, the Xbutton is set to Down at step **310**. Otherwise, the value of Xbutton is set to Up at step **315**. The comparison described above is provided to ensure that a legitimate valley and two legitimate peaks have been detected, to avoid artifacts. It will be appreciated, given the teachings herein, that other comparison methods or divisors other than four may be used for this purpose.

The Xcompute loop then ends at step **320**. It will be appreciated by those skilled in the art that the foregoing is

5,825,352

11

a simplified algorithm and does not include compensation for settling, moisture and noise. Noise thresholding may be provided in at least some embodiments, if noise causes the curve to be non-monotonic; settling and moisture may be dealt with in a similar manner.

The Ycompute loop is performed similarly, as noted above. Depending on the particular arrangement desired, and the associated hardware, the X and Y compute processes may be performed sequentially in either order or concurrently.

While the foregoing example describes identification of minima and maxima in the X and Y directions, it will be apparent that an analysis along a diagonal or some other angular direction may be preferred in some instances, and is still within the scope of the present invention.

It will be appreciated that the foregoing describes a new and useful method and apparatus for detecting a plurality of fingers operatively coupled to a touch pad sensor for enabling a variety of mouse-like operations. A second portion of the invention involves using the previously detection methodology to perform various cursor movement and control functions similar to those well known to users of electronic mice and trackballs.

As previously noted, the first finger is most commonly associated, in the prior art, with cursor movement, while various tapping motions [e.g., tap and tap-and-a half] of that first finger have been implemented to perform various control functions. Unlike such prior art, however, various movements (including sequences of taps) of additional fingers or combinations of the first and additional fingers are provided to enable such control functions in the present invention. Depending on the implementation desired, it is also possible to implement a superset of the prior art control functions together with the more robust control function set available with the present invention.

Note that in the preferred embodiment, the user may arbitrarily choose which finger he or she uses as the "first" or "second" or additional fingers. Thus, for example, one user may choose the index finger as the first finger and the middle finger as the second finger, while another user may prefer the reverse or some different combination. In the preferred embodiment, the only distinction between the first, second and additional fingers is the sequence in which they are placed in contact with the touchpad surface, or removed from it. In any case where a second or additional finger or fingers is placed down after a first finger, or multiple fingers, is already in contact with the pad, the newly placed fingers can be in any relationship to those already in contact with the pad, such as to the left, to the right, above or below. The only requirement is that, in the profile of finger-induced capacitances, the profile of the newly placed finger exhibits a zero value or a local minimum on each side of its peak value, in at least one of the X or Y directions, so that it may be distinguished from the other finger(s) in contact with the touchpad.

In particular, the ability of the previously described methodology to recognize multiple fingers allows the first finger to serve, essentially, as the "point" finger, while additional fingers serve as the "click" finger(s). Combinations of the first, second, and perhaps additional fingers can then enable numerous conventional functions to be performed based on the mapping of a variety of sequences of taps or finger movements to a set of conventional pointing device functions, where the pointing device could be a touchpad, mouse, trackball, joystick, or stylus, for example. It will be apparent to those skilled in the art, given the foregoing description, that the present invention can detect, for

12

example, relative movement of the first finger, together with a tap of the second or more fingers at some point, followed either by removal of both fingers, further movement of the first finger, or further movement of both fingers. Such sequences can, essentially, be viewed as a series of scans in which one or more fingers were found to be either present or absent in any given scan, with motion, or lack thereof, of the finger or fingers across the touch sensor interspersed between changes in the number of fingers in contact with the touchpad. The specific sequence can then be analyzed to determine whether only a cursor movement is involved or whether a control function is intended. If a control function is intended, the specific control function can then be identified.

Referring to FIGS. 7A–7F, there is shown in diagrammatic form an exemplary sequence involving operative coupling of a plurality of fingers with a touch sensor to cause both a cursor movement and a control function. More specifically, FIG. 7A shows a series of movements of one or more fingers across a touch sensor, including various finger taps. FIGS. 7B–7F show, for each of the numeric references in FIG. 7A, an exemplary video display, an exemplary position of one or more fingers on the touchpad, and X and Y finger profiles appropriate to that finger contact. It will be helpful to define certain conventions used in FIGS. 7A–7F before discussing these figures. In FIG. 7A–7F, contact between a finger and the touch pad is indicated by a solid circle within the fingertip; an absence of contact between a fingertip and the touch sensor is indicated by the absence of circle within the finger tip. A tap—i.e., an up and down motion—by a finger is indicated by a dashed circle. Movement of the fingers from a first to a second point while in contact with the touch sensor is indicated by a solid arrow. Movement of the fingers from a first to a second point with the fingers not in contact is indicated by a dashed arrow. With these conventions in mind, FIGS. 7A–7F can be better understood.

In particular, and with reference to FIG. 7A in combination with FIG. 7B, an initial series of scans 700 indicates the presence of a single finger in contact with the touch sensor, with the changing X,Y location between 700 and 705 indicating relative motion by the finger across the touch sensor. At 710, a second finger is detected in contact with the touch sensor, and continues to be operatively coupled to the sensor for several more scans without significant relative motion across the touch sensor. At 720, the second finger is removed, while the first finger remains. From 720 until 730 (shown in FIG. 7C) the first finger continues its relative motion, while at 740 the second finger is again placed down. The scans of the sensor then detect both the first and second finger being moved together across the sensor until the scan at 750, then both fingers are removed at 755. Thereafter, both fingers are again placed on the sensor at 760 (shown in FIG. 7D), where they remain for a few more scans until 770, at which time they are both removed. Three fingers are placed on the sensor at 780, and removed a few scans later at 790. Thereafter, three fingers are placed on the sensor at 800 (FIG. 7E), moved across the touch sensor for a few scans from 800 to 805, and are then removed at 810. Finally, as shown at 820 (FIGS. 7F1–2), one finger is placed down while the adjacent finger is moved, such as might be desirable for marking text or other functions. When the finger is moved as far as is practicable, the moving finger is picked up at 825 and placed down again at 830 for further movement. The moving finger can be picked up and placed down again as often as desired. Eventually the other, substantially fixed finger is lifted at 835, causing a "button up" condition.

ETD0000300

5,825,352

13

While the foregoing sequence can be programmed to define any number of cursor movement and control functions, an exemplary definition of the functions associated with such sequences can be the following: For the period from 700 through 705 the relative motion of a single finger can be defined to mean cursor movement for that period, from the beginning point until the relative ending point. During the period 710 to 720, a second finger is detected and then removed, which is defined in an exemplary embodiment as a single finger tap which may be a "select" function such as selecting one item from a screen menu. During the period 720 until 730, the single finger again moves the cursor, while at 740 the second finger reappears to enable a different function. The second finger moves across the touch sensor, together with the first finger, until at 755 both fingers are removed. Again, such sequences—all of which may be regarded as gestures—can be mapped to control functions in numerous ways, but one reasonable definition is that the presence of two fingers engaged in relative motion is a "drag function," such as where an entity was selected by the first tap and dragged to a new location, where it is dropped by the removal of both fingers at 750.

Then, at 760, both fingers reappear and remain for a few additional scans until both are removed at 770. This gesture, which may be considered a "two finger tap," can enable numerous functions, but an exemplary definition is the classical "double-click" of a standard left mouse button, or the click of a middle button on some three button mice, such as those sold by Logitech, Inc., and could, for example, activate a function or application associated with the item to which the cursor is pointing.

Next, the sequence from 780 to 790, when the three fingers reappear and are then removed, is a "three finger tap", and can be regarded, for example, as a right mouse button click which may, for example, activate a menu specific to the item to which the cursor is pointing. Finally, the sequence from 800 until 810, in which three fingers reappear, move across the touch sensor and are then removed, may in an exemplary embodiment be seen as a shortcut to a multi-sequence function. For example, such a movement might be defined as a scroll function, which might otherwise require the user to move the cursor to a scroll bar, drag and drop a scroll box, and return the cursor to the working area of the screen. Finally, the sequence from 820 through 830 can be analogized to holding down a mouse button (for example the left mouse button), rolling a mouse whatever distance is convenient for the user, then picking up the mouse (while continuing to hold down the button) and placing the mouse down again at a position convenient for further movement of the mouse. One example of the use of such a sequence is the marking of text. The algorithm for recognizing movement by one "cursor" finger while the other "button" finger is maintained in position is a generalized case of the algorithm shown in FIGS. 8 and 6, and is described in greater detail in FIGS. 8 and 9. Other functions which can be implemented with such gestures include an "ink" function (mentioned above), entry of variable values, and use of the sensor in absolute mode.

Referring next to FIGS. 8 and 9, the generalized case associated with FIGS. 7F1–2, but also applicable to the remaining functions, may be better appreciated. In the exemplary algorithm shown in FIGS. 8 and 9, a determination is made whether zero, one or two fingers are in contact with the touchpad. Depending on how many fingers are identified, various operations are permitted. It will be appreciated that FIG. 8 is analogous to FIG. 5, while FIG. 9 is analogous to FIG. 6. For convenience, steps unchanged from

14

FIGS. 5 and 6 are in most cases referred to by the reference numerals used in those figures.

In FIG. 8, the process begins in a manner identical to FIG. 5, starting at step 400 and followed by scanning the conductors and storing the results of the scan in memory at step 405, followed by Xcompute and Ycompute at steps 430 and 440, respectively. For this embodiment, Xcompute is shown in FIG. 9, and Ycompute is identical to Xcompute. At step 850, a determination is made whether two fingers are in contact with the touchpad by evaluating both Xcompute and Ycompute. If neither Xcompute nor Ycompute indicate the presence of two fingers, the answer is NO and the process drops to step 855. However, if either the Xcompute routine or the Ycompute routine indicates the presence of two fingers, the answer at step 850 is YES and the process moves to step 860, where the value of the variable FINGER is set to 2.

If the answer at step 850 was NO, then a determination has to be made at step 855 whether one or no fingers are in contact with the touch sensor. If variables Xfinger and Yfinger do not both equal 1, then the comparison at step 850 is a NO and it is determined that no fingers are in contact with the touch sensor. In this case, the variable FINGER is set to 0 at step 865. However, if the variables both yield a 1, then a determination is made that one finger is in contact with the sensor, and the variable FINGER is set to 1 at step 870.

In either event, the process then moves to step 875, where Xmotion and Ymotion are calculated in a manner identical with FIG. 5. The process then continues at step 880, where the variable Finger is compared to the value of FingerPrevious. If the value of Finger differs from the value of FingerPrevious, then a button actuation is assumed to have occurred, and Xmotion and Ymotion are set to zero at step 885. However, if the value of Finger equals the value of FingerPrevious (i.e., the current number of fingers contacting the pad is the same as in the previous state), then the comparison of step 880 yields a YES, and the process moves to step 890. At step 890 a comparison is made to determine whether there has been motion in either the X or Y directions. If neither Xmotion nor Ymotion is nonzero, a NO results and the process moves to step 895 where the variable Motion is set to NO. The same results obtains if the process goes through step 885. However, if either Xmotion or Ymotion is nonzero, a YES results at step 890, and the process moves to step 900 where the variable Motion is set to YES.

From either step 895 or step 900, the process moves to step 905, where a check is made to determine whether ButtonPrevious was up and the number of fingers detected is two. If the answer is NO, the process moves to step 910. However, if a YES is obtained, the process moves to step 915 where the state of the Button variable is reported to the host as DOWN, and the variable ButtonPrevious is set to Down.

Referring again to step 910, a check is made to determine whether either of two groups of conditions exist. A YES result may be obtained if ButtonPrevious is DOWN and and the value of the Finger variable is zero; or if ButtonPrevious is Down and the variable Motion is set to YES and the variable Finger is set to one. If none of these conditions exist, a NO result is obtained and the process moves to step 920. However, if a YES does result, then the process moves to step 925 and reports to the host that Button is Up, while also setting the variable ButtonPrevious to Up.

If a NO resulted at step 910, at step 920 a comparison is made between variables FingerPrevious and Finger, and the

ETD0000301

5,825,352

15

state of the Motion variable. If FingerPrevious is the same value as Finger, and Motion has occurred (i.e., Motion is Yes), the process moves to step 930 and both Xmotion and Ymotion are reported. The process then moves to step 935. However, if the comparison at step 920 yields a No, the process moves directly to step 935. At step 935, the value of XabsolutePrevious is set to the value of Xabsolute, the value of YabsolutePrevious is set to the value of Yabsolute, and the value of FingerPrevious is set to the value of Finger. The process then moves to step 940, where it recycles by jumping back to start.

Referring next to FIG. 9, the Xcompute process is shown in detail for the generalized case shown in FIG. 8. As noted previously, the Ycompute process is identical and is therefore not shown separately. The process of FIG. 9 is identical to that shown in FIG. 6 up through step 290, and the preceding steps will therefore not be discussed again. However, if a No results from the comparison at step 290, a determination is made that no fingers are in contact with the pad. This causes the variable Xfinger to be set to zero at step 970.

Steps 295 and 305 are unchanged from FIG. 6 and will not be discussed further. However, if a No results from the comparison at step 305, then a determination is made that one finger is in contact with the sensor, and the value of the variable Xfinger is set to one at step 975. By contrast, if the result at step 305 is a Yes, then a determination is made that two fingers are in contact with the sensor and the variable Xfinger is set to two at step 980. Regardless of the number of fingers in contact with the sensor, the process moves to step 320 and ends until the next cycle.

Another function achievable with the detection method and apparatus of the present invention may be referred to as edge lock. Because a touch sensor can detect, in absolute terms, where on the sensor the operative coupling occurs, it is possible to detect that one or more fingers have reached the edge of the sensor. In some instances, the user intends to continue the movement he was engaged in when he hit the edge; for example, a drag function involving two fingers, in which the two fingers hit the edge before the object being dragged has reached its destination. In the environment of a mouse, the user simply picks up the mouse while holding the button down, puts it back down and moves again. In the context of a touchpad, however, removal of the two fingers may be perceived as termination of the function even though such termination was not intended. To avoid such problems, the function in which the user was engaged at the time the fingers hit the edge may remain active—i.e., locked in—for a delay period. If the fingers are placed down on the touchpad within the delay period, the user continues with the earlier function. If the user does not place down the fingers within a predefined delay, the function is terminated and a new function begins when the user again places the fingers in operative contact with the sensor.

It will be appreciated from the foregoing that the present invention allows numerous multi-finger gestures to be detected and converted to mouse-related functions for moving a cursor and control of operating environments or applications programs. However, while some exemplary functions and exemplary definitions for particular sequences have been provided above, it is to be understood that the present invention is not limited to the association of a particular function with a particular sequence or to any particular set of functions. Instead this aspect of the invention is directed to the ability to identify and process various sequences in which one or more fingers are either absent or present, interspersed with motion or lack of motion of the

16

finger or fingers across the touch sensor, to evaluate those sequences either locally or via software on the host, and to report appropriate signals to cause cursor movements or control functions to occur in applications programs or operating environments.

Having fully described various embodiments of the present invention, numerous alternatives and equivalents which do not depart from the invention will be apparent to those skilled in the art. It is therefore intended that the invention not be limited by the foregoing description, but only by the appended claims.

What is claimed is:

1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of

scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

2. The method of claim 1 further including the step of causing a pointing device click function to occur in response to the detection of at least a second maxima.

3. The method of claim 1 further including the step of enabling a "drag" function to occur in response to the detection of at least a second maxima.

4. The method of claim 1 further including the step of enabling a "select" function in response to the detection of at least a second maxima.

5. The method of claim 1 further including the step of enabling an "ink" function in response to the detection of at least a second maxima.

6. The method of claim 1 wherein said touch sensor includes a plurality of lines, said maxima being a largest local variation in a signal value on one of said lines due to capacitive coupling of a finger.

7. The method of claim 6 wherein said maxima are peaks.

8. The method of claim 1 further comprising the step of comparing a distance between said first maxima and said second maxima to a predefined threshold.

9. The method of claim 1 further comprising the steps of:

providing a first control function in response to the detection of the movement of two fingers:

detecting the reaching of an edge of said touch sensor by said two fingers;

detecting a first time corresponding to the removal of said fingers from said touch sensor;

detecting a second time corresponding to the replacement of said two fingers on said touch sensor; and

continuing said first control function if said first and second times are within a predetermined time limit of each other.

10. The method of claim 1 further comprising the step of:

detecting a distance between said first and second maxima.

11. The method of claim 1 further comprising the step of:

providing a drag control function in response to detecting a movement in substantial unison of two said fingers.

12. The method of claim 1 further comprising the step of:

providing a click function in response to the removal and reappearance of said second maxima within a predetermined period of time.

ETD0000302

5,825,352

**17**

13. The method of claim 1 further comprising the steps of:

detecting a movement of said first maxima;

detecting a removal and replacement of said maxima within a predetermined time period;

controlling a cursor function in response to said movement of said first maxima; and

providing a control function in response to said removal and replacement of said second maxima.

14. The method of claim 1 further comprising the step of:

selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

15. The method of claim 1 further comprising the step of determining if said first and second maxima are within 5 centimeters, and only providing said indication of the presence of two fingers if said first and second maxima are within 5 centimeters.

16. The method of claim 1 further comprising the step of calculating first and second centroids corresponding to said first and second fingers.

17. The method of claim 1 wherein said first and second maxima are required to be higher than a first threshold, and said minima is required to be less than a second threshold.

18. A touch sensor for detecting the operative coupling of multiple fingers comprising:

means for scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

19. The touch sensor of claim 18 further comprising:

means for selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

20. The touch sensor of claim 18 wherein said touch sensor includes a plurality of lines, said maxima being a largest local variation in a signal value on one of said lines due to capacitive coupling of a finger.

21. The touch sensor of claim 18 wherein said maxima are peaks.

22. The touch sensor of claim 18 further comprising means for comparing a distance from said first maxima to said second maxima to a predefined threshold.

**18**

23. The touch sensor of claim 18 further comprising:

means for providing a first control function in response to the detection of the movement of two fingers;

means for detecting the reaching of an edge of said touch sensor by said two fingers;

means for detecting a first time corresponding to the removal of said fingers from said touch sensor;

means for detecting a second time corresponding to the replacement of said two fingers on said touch sensor; and

means for continuing said first control function if said first and second times are within a predetermined time limit of each other.

24. The touch sensor of claim 18 further comprising:

means for detecting a distance between said first and second maxima.

25. The touch sensor of claim 18 further comprising:

means for providing a drag control function in response to detecting a movement in substantial unison of two said fingers.

26. The touch sensor of claim 18 further comprising:

means for providing a click function in response to the removal and reappearance of said second maxima within a predetermined period of time.

27. The touch sensor of claim 18 further comprising:

means for detecting a movement of said first maxima;

means for detecting a removal and replacement of said maxima within a predetermined time period;

means for controlling a cursor function in response to said movement of said first maxima; and

means for providing a control function in response to said removal and replacement of said second maxima.

28. The touch sensor of claim 18 further comprising:

means for selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

29. The sensor of claim 18 further comprising means for determining if said first and second maxima are within 5 centimeters, and only providing said indication of the presence of two fingers if said first and second maxima are within 5 centimeters.

30. The sensor of claim 18 further comprising means for calculating first and second centroids corresponding to said first and second fingers.

31. The sensor of claim 18 wherein said first and second maxima are required to be higher than a first threshold, and said minima is required to be less than a second threshold.

\* \* \* \* \*

# EXHIBIT B

1    KARL J. KRAMER (CA SBN 136433)
     ROBERT L. McKAGUE (CA SBN 187461)
2    ERIKA L. LABIT (CA SBN 234919)
     MORRISON & FOERSTER LLP
3    755 Page Mill Road
     Palo Alto, California  94304-1018
4    Telephone: (650) 813-5600
     Facsimile: (650) 494-0792
5    kkramer@mofo.com

6    Attorneys for Defendant
     SYNAPTICS, INC.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, <br> 13  R.O.C., <br><br> 14                   Plaintiff, <br><br> 15        v. <br><br> 16  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and <br> 17  PROSTAR COMPUTER, INC., a California corporation, <br><br> 18                   Defendants. <br> 19 | Case No.    3:06-CV-01839 CRB <br><br> **SYNAPTICS' PATENT LOCAL RULE 3-1, 3-2 DISCLOSURES** |

20   AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

1     Pursuant to Patent L.R. 3-1 and 3-2, Counterclaimant Synaptics, Inc. ("Synaptics")

2  hereby submits the following Disclosure of Asserted Claims and Preliminary Infringement

3  Contentions regarding infringement of U.S. Patent Nos. 5,543,591 ("the '591 patent"),

4  5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931 ("the '931 patent")

5  (collectively the "Synaptics Patents") to Counterclaim Defendant Elantech Devices

6  Corporation ("Elantech").

7     **(a)    The Claims Asserted To Be Infringed**

8     Synaptics presently asserts that Elantech is liable under Title 35 United States Code

9  Section 271 for infringement of Claims 14-19 of the '052 Patent, claims 46-52 of the '411

10  Patent, claims 1, 5, and 6 of the '931 Patent, and claims 6 and 9 of the '591 Patent.  Synaptics

11  has yet to receive any production or disclosure of documents or information from Elantech.

12  Elantech has not stated its interpretation of the claims of the Synaptics Patents and has not

13  explained its contention that it allegedly does not infringe the asserted claims of the Synaptics

14  Patents.  Synaptics reserves the right to amend or otherwise modify its identification if further

15  relevant information is revealed or circumstances change.  Although Synaptics has set forth

16  disclosure with respect to all terms of the asserted claims, some of the terms in the claims may

17  not be properly construed as limitations of the claims.  That issue will be resolved in

18  connection with the claim construction proceedings and nothing herein shall be deemed an

19  admission concerning which claim terms are or are not limitations of the claims.

20     **(b)    The Accused Instrumentalities**

21     Elantech develops, markets, sells and distributes Elantech TouchPad devices, including,

22  but not limited to, those devices identified in Elantech's Response to Interrogatory No. 1,

23  served on August 18, 2006 (the "Elantech TouchPads").  At present, Synaptics believes that

24  Elantech's TP3, KTP3, and KTP5 TouchPad devices practice the inventions claimed in the

25  Synaptics Patents.  In addition, it is currently believed that Elantech's KTP6 TouchPad devices

26  also practice the inventions claimed in the Synaptics Patents, although Synaptics has not had an

27  opportunity to test the KTP6 TouchPad.  The Elantech TouchPads are incorporated into and

28  work in conjunction with other hardware and software for sale to and use by end-users ("end-

1    products"). Such end products include the ProStar M55G and Averatec 3700. These end

2    products have already been adjudged and enjoined in the United States as infringing devices.

3    Other end products including Elantech's infringing TouchPad devices are currently believed to

4    include: Addict Avenger, ASI EL80, MSI L725, Nogware Savage 150, Overam Mirage 5500,

5    Quandra CNT 1016, Sager NP3880, 4880, 5950, and 6630, and ProStar M38AW, M400A,

6    M4A, M55N, M56A, M57A, M57U, M59K and M66N. Synaptics has reason to believe, but

7    has not been able to confirm with certainty, that the following end products also include

8    Elantech TouchPad devices: Clevo M400A, M560A, M570A, MSI 1035, Compal EL 80 and

9    FL 30, Acer 3004, Acer Travel Mate C300, and Acer Aspire 5504. Further end products will

10   be identified in discovery as Elantech discloses further end products into which its infringing

11   TouchPads have been incorporated. The Elantech TouchPad devices, as incorporated into end

12   products and used by end users, are the Accused Instrumentalities.

13          Elantech conducts its commercial activities regarding its TouchPad devices with

14   knowledge and intent that they are incorporated into end products and imported into, sold,

15   offered for sale, and/or used in the United States. Elantech designs its TouchPad devices to be

16   used in a manner that infringes the asserted claims of the Synaptics Patents and Elantech

17   instructs end-users of end products to use the Elantech TouchPads in a manner that infringes

18   the asserted claims of the Synaptics' Patents. Elantech has had knowledge of the Synaptics

19   Patents, and its infringement of the asserted claims of the Synaptics Patents since at least

20   December 18, 2003.

21          Synaptics has yet to receive any production or disclosure of documents relating to the

22   Elantech TouchPad devices. Elantech has not stated its interpretation of the claims of the

23   Synaptics Patents and has not explained its contention that it allegedly does not infringe the

24   asserted claims of the Synaptics Patents. Synaptics reserves the right to amend or otherwise

25   modify its identification if further relevant information is revealed or circumstances change.

26          **(c)     The Preliminary Infringement Contentions Chart**

27          The Preliminary Infringement Contentions Charts attached hereto identify specifically

28   where each element of each asserted claim is found within each Accused Instrumentality.

1  Synaptics has yet to receive any production or disclosure of documents or information from

2  Elantech relating to the Accused Instrumentalities. Elantech has not stated its interpretation of

3  the claims of the Synaptics Patents and has not explained its contention that it allegedly does

4  not infringe the asserted claims of the Synaptics Patents. Synaptics reserves the right to amend

5  or otherwise modify its identification if further relevant information is revealed or

6  circumstances change.

7        **(d)    Identification of Type of Infringement**

8        The attached Preliminary Infringement Contentions Chart identifies how each element

9  of each asserted claim is literally present in the Accused Instrumentalities. Synaptics has yet to

10  receive any production or disclosure of documents or information from Elantech. Elantech has

11  not stated its interpretation of the claims of the Synaptics Patents and has not explained its

12  contention that it allegedly does not infringe the asserted claims of the Synaptics Patents.

13  However, Synaptics states on information and belief that under the claim interpretation that

14  Defendant has suggested it will advance, the Accused Instrumentalities meet each and every

15  asserted claim term at a minimum under the doctrine of equivalents. Synaptics reserves the

16  right to amend or otherwise modify its identification if further relevant information is revealed or

17  or circumstances change.

18        **(e)    Application Priority Dates of Claims**

19        The asserted inventions claimed in U.S. Patent No. 5,543,591 (the '591 Patent), are

20  entitled to a priority date of at least October 7, 1994, when application Ser. No. 320,158 was

21  submitted to the U.S. Patent & Trademark Office. The inventions claimed in U.S. Patent No.

22  6,380,931 (the '931 Patent) are entitled to a priority date of at least October 7, 1994, when

23  application Ser. No. 320,158 was submitted to the U.S. Patent & Trademark Office. The

24  asserted inventions claimed in U.S. Patent No. 5,880,411 (the '411 Patent), are entitled to a

25  priority date of at least March 28, 1996, when application Ser. No. 623,483 was submitted to

26  the U.S. Patent & Trademark Office. The asserted inventions claimed in U.S. Patent No.

27  5,943,052 (the '052 Patent), are entitled to a priority date of at least August 12, 1997, when

28  application Ser. No. 909,696 was submitted to the U.S. Patent & Trademark Office.

1    **(f)    Patentee's Asserted Practice Of The Claimed Inventions**

2    As of this date, Synaptics states that it does intend to rely upon its own practice of the

3    claimed invention for any purpose in this case.  The devices that are believed to practice the

4    asserted claims are listed in a letter served herewith that accompanies the production of such

5    materials.  Synaptics does intend to rely upon evidence that it has licensed the inventions

6    claimed in the Synaptics Patents to other parties and that those parties are or may be practicing

7    the inventions claimed in the Synaptics Patents.  Synaptics also notes that its statements herein

8    do not waive any right Synaptics may have to assert evidence of inventorship under 35 U.S.C.

9    Sections 102, 256 or other applicable provision.

10    **Statement of Compliance with Rule 3-2**

11    Synaptics states that it has already produced or produces herewith the materials in its

12    possession, custody or control that are specified under Local Patent Rule 3-2.  In particular,

13    with respect to Rule 3-2(a), Synaptics states that it is producing responsive documents of which

14    it is currently aware that are in its possession, custody or control.  Synaptics also states that it is

15    producing materials in its possession, custody or control that may contain information or

16    reference information responsive to Local Patent Rule 3-2(b).  Finally, with respect to Local

17    Patent Rule 3-2(c), responsive materials are being produced in the most complete form possible

18    at this time.  Synaptics will produce certified copies of each of the file histories for the

19    Synaptics Patents if and when they are available from the United States Patent and Trademark

20    Office.  The identification by production of the documents corresponding to each of the

21    productions made pursuant to Rule 3-2 (a)-(c), is contained in the correspondence

22    accompanying the production of such documents.

23    Synaptics is continuing its search for additional responsive documents within its

24    possession, custody, and control, and will produce them (if any) to the extent such documents

25    are located.

26    **Certification of Compliance with Rule 2-3**

27    Pursuant to Patent L.R. 2-3, counsel attests that to the best of his or her knowledge,

28    information, and belief, formed after an inquiry that is reasonable under the circumstances, the

1    information contained in this statement, charts and disclosure is complete and correct at the

2    time it is made.

3    Dated: September 1, 2006                  KARL J. KRAMER

4                                             ROBERT L. McKAGUE
                                             ERIKA L. LABIT
5                                             MORRISON & FOERSTER LLP

6
7    By:  _____
                                                 Karl J. Kramer
8
                                             Attorneys for Defendant
9                                            SYNAPTICS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CLAIM CHART FOR US PAT. NO. 6,380,931

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 1. A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "sensor area." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech. com.tw/english/en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. |

1

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Elantech's . . . touch-pad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.

The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. See http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle |

2

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | position or buttons is changed.  The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 0004835.  In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of information is sent from the touchpad.  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 0004836-4837.  "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating.  TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 0004834.  "The touch pad will send Packet ID #1 whenever it detects a change of pad position.  Pad position is expected to be updated approximately every 25 ms and is reported as absolute position."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05 at SYN 0004835.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  The company's touchpad operates in both relative mode (300) |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor. *See* http://www. elantech.com.tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05 at SYN 00004826. <br><br> The Elantech touchpad recognizes tapping gestures. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799. The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "1 finger means 'Click.'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004943. "Simulate Button function: Left Button – One-Finger" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960. "Touchpad Options – Smart Edges Tapping Tap and Drag Lock [depicted graphically]" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980. The Elantech touchpad has a "Function" of No. "1 Finger (Left Button)" which is "It's same as the left button of mouse. And it could be set up as the functions as selected." http://www .elantech.com.tw/english/en_prod_touch.html, at SYN 00004998-4999. Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad. When |

4

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity is getting higher when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. "The main function of Elantech Driver are: Vertical and horizontal wheel (scrolling) function, corner tap, smart edge, multifinger function, . . . etc." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494 . ""Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004951. These all can enable tapping to be always enabled and disable when typing. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "'Enable Tapping' allows user to always enable the touchpad. The user can disable tapping function by clicking check box." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. The Elantech touchpad is purported to have a "Tapping life" of one million taps. The Product Features of KTP3, dated 10/18/02, SYN 00005083. |
| (a)  detecting a presence of a conductive object on the touch-sensor pad; | The Elantech touchpad detects the presence of a conductive object on the touch-sensor pad. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/ |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | en_prod_touch.html, at SYN 0004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at |

6

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (b) comparing the amount of time said conductive object is present on said touch pad with a reference amount of time; | SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. <br><br> The Elantech TouchPad software recognizes a tap gesture only if the conductive object is present on the touch pad for less than a reference amount of time. Conversely, the Elantech TouchPad software will not recognize a tap gesture if the conductive object is present on the touch pad for more than a specific amount of time. Thus, the Elantech TouchPad software compares the amount of time the conductive object is present on the touch pad with a reference amount of time. |
| (c) comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion; | The Elantech TouchPad software recognizes a tap gesture only if the conductive object is present on the touch pad and moves less than a reference amount of motion. Conversely, the Elantech TouchPad software will not recognize a tap gesture if the conductive object is present on the touch pad and moves more than a specific amount of motion. Thus, the Elantech TouchPad software compares the amount of motion the conductive object exhibits on the touch pad with a reference amount of motion. |
| (d) initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion; and | The Elantech touchpad recognizes tapping gestures. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799. The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "1 finger means 'Click'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004943. "Simulate Button function: Left Button – One-Finger" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960. "Touchpad Options – Smart Edges Tapping Tap and Drag Lock [depicted graphically]" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980. The Elantech |

7

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | touchpad has a "Function" of "No. 1 Finger (Left Button)" which is "It's same as the left button of mouse. And it could be set up as the functions as selected." http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998-4999. Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad when slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. "The main function of Elantech Driver are: Vertical and horizontal wheel (scrolling) function, corner tap, smart edge multifinger function, . . . etc." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be set up, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be although adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951. These all can enable tapping to be always enabled and disable when typing. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "'Enable Tapping' allows user to always enable the touchpad. . The user can disable tapping function by clicking check box." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. The Elantech touchpad is purported to have a "Tapping life" of one million taps. The Product features of KTP3, dated 10/18/02, at SYN 00005083. |

8

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | The Elantech TouchPad software recognizes a tap gesture only if the conductive object is present on the touch pad for less than a reference amount of time and if the conductive object is present on the touch pad and moves less than a reference amount of motion. Conversely, the Elantech TouchPad software will not recognize a tap gesture if the conductive object is present on the touch pad for more than a specific amount of time or if the conductive object moves more than a specific amount of motion. Thus, the Elantech TouchPad software compares the amount of time the conductive object is present on the touch pad with a reference amount of time and compare the amount of motion of the conductive object exhibits on the touch pad with a reference amount of motion. |
| (e)  maintaining said signal for a predetermined period of time. | Once a tap gesture is recognized, the Elantech TouchPad software maintains the tap gesture signal for a period of time that is determined before the signal is sent such that the host can recognize and process the signal. |
| 5.  A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "sensor area." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05 at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.  The user moves his finger over this sensor area."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086.  ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech.com..tw/english/en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect |

9

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | such change and calculate the change into coordinate." http://www.elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05 at SYN 00005017. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |

10

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. *See* http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Hand-held device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "if host wants to read X-Y position," a special packet of information is sent from the touchpad. Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Hand-held device Application, dated 05/13/05, at SYN 00004836-4837. "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating. TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834. "The touch pad will send Packet ID #1 whenever it detects a change of pad position. Pad position is expected to be updated approximately every 25 ms and is reported as absolute position." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0 at SYN 00004886. The Elantech Touchpad has an |

11

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | "Absolute Mode" in which "[t]he finger's position is represented as (X, Y) make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 0004892-4893. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 0004998. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 0004886. The Elantech Touchpad has an "Absolute Mode" in which "the finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 0004892-4893. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPT"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 0004993. An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor. *See* http://www.elantech.com_tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 0004936. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. |

12

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | The Elantech touchpad recognizes tapping gestures. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799. The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "1 finger means 'Click'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004943. "Simulate Button function: Left Button – One-Finger" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960. "Touchpad Options – Smart Edges  Tapping  Tap and Drag Lock [depicted graphically]" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980. The Elantech touchpad has a "Function" of No. "1 Finger (Left Button)" which is "It's same as the left button of mouse.  And it could be set up as the functions as selected."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998-4999.  Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad.  When slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  "The main function of Elantech Driver are:  Vertical and horizontal wheel (scrolling) function, corner tap, smart edge multifinger function, . . . etc." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05 at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03 at SYN 00092493-92494.  "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped.  It likes a hot-key |

13

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004921. These all can enable tapping to be always enabled and disable when typing. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "'Enable Tapping' allows user to always enable the touchpad. The user can disable tapping function by clicking check box." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. The Elantech touchpad is purported to have a "Tapping life" of one million taps. The Product Features of KTP3, dated 10/18/02, at SYN 00005083. |
| (a)  detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad; | The Elantech touchpad recognizes tapping gestures.  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799.  The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver.  Introduce KTP3 Driver, Eric Yang, undated at SYN 00005076.  "1 finger means 'Click'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004943.  "Simulate Button function: Left Button – One-Finger"  Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960.  "Touchpad Options – Smart Edges  Tapping  Tap and Drag Lock [depicted graphically]"  Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962;  Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980.  The Elantech touchpad has a "Function" of "No. 1 Finger (Left Button)" which is "It's same as the left button of mouse.  And it could be set up as the functions as selected."  http://www.elantech.com.tw/english/en_prod_touch.html, SYN 00004998-4999.  Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad when slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity when drag slider to right side."  Elantech KTP3 |

14

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. "The main function of Elantech Driver are: Vertical and horizontal wheel (scrolling) function, corner tap, smart edge multifinger function, . . . etc." Elantech Product Specifica-tion, Model: 800406-16XX, dated 01/27/05 at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03 at SYN 00092493-92494. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be set up, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be although adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951. These all can enable tapping to be always enabled and disable when typing. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "'Enable Tapping' allows user to always enable the touchpad. The user can disable tapping function by clicking check box." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. The Elantech touchpad is purported to have a "Tapping life" of one million taps. The Product Features of KTP3, dated 10/18/02, at SYN 00005083. |
| (b) detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred; and | The Elantech driver windows (Mouse Properties) depicts defining predefined regions in which to tap, including corner regions, which the system will distinguish in operation. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. Elantech touchpad options include corner tap function. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. "Elantech's |

15

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Advantage – Corner Tap." Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004965. "Major Functions – Corner Tap Function." Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976. "Corner Tap Function [depicted graphically]" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004982. "Comparison of Touchpad" shows Elantech with "Corner Tap" function. Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "The main function of Elantech Driver are: . . . corner tap" Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797. The Elantech touchpad includes the corner tap function with "[h]ot key setup" and "[r]egion adjustment" in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005078. "Corner Tap Function – The simulated 'hot key' function will be activated when the user click on the one of four corner location at the touchpad, User can assign the 'hot key' function (such as 'Zoom in, Zoom out, Scroll up, Scroll down, … etc.) through this selected 'Corner Tap Function' which is provided by KTP3 driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the four corner in this page (Refer to figure 3.3.9)." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. "All functional keys can be assigned to individual 'corner tap' as follows: [Context Menu]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. "The area of Corner Tap function could be also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. |
| (c) sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-sensor | The Elantech driver windows (Mouse Properties) depict defining predefined regions in which to tap, including corner regions, which the system will distinguish in signals sent to the host. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. |

16

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| pad said tap gesture occurred. | Elantech touchpad options include corner tap function. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. The host receives a signal that is indicative of the occurrence of a tap gesture in a particular corner that has been assigned a particular function by the user pursuant to instruction from Elantech. "Elantech's Advantage – Corner Tap" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004965. "Major Functions – Corner Tap Function." Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004976. "Corner Tap Function [depicted graphically]" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004982. "Comparison of Touchpad" shows Elantech with "Corner Tap" function. Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "The main function of Elantech Driver are… corner tap" Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797. The Elantech touchpad includes the corner tap function with "hot key setup" and "[r]egion adjustment" in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005078. "Corner Tap Function – The simulated 'hot key' function will be activated when the user click on the one of four corner location at the touchpad, User can assign the 'hot key' function (such as 'Zoom in, Zoom out, Scroll up, Scroll down, … etc.) through this selected 'Corner Tap Function' which is provided by KTP3 driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092484. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the four corner in this page (Refer to figure 3.3.9)," at SYN 00004948. "All functional keys can be assigned to individual 'corner tap' as follows: [Context Menu]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. "The area of Corner Tap function could be |

17

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004948. |
| 6. The method of claim 5, wherein one of the corners of the touch-sensor pad simulates a right mouse button click. | The Elantech driver windows (Mouse Properties) depict defining predefined regions in which to tap, including corner regions, that simulate a right mouse button click or context menu. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the four corner in this page (Refer to figure 3.3.9)." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. "All functional keys can be assigned to individual 'corner tap' as follows: [Context Menu]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. |

18

pa-1079581

# CLAIM CHART FOR US PAT. NO. 5,543,591

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 6. A method for recognizing a double tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "Sensor Area." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 0004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 0005024, Fig. 6.1. K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "Elantech touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 000045086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http:// www.elantech. com.tw/english/en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031 ; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad |

1

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |
| | The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. *See* http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of |

2

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | information is sent from the touchpad. Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837. "After power on, (TouchPad) will send 'Packet Hello' to host know to indicate the TouchPad is ready for operating. TouchPad detects the changes of X absolute position or Y absolute position and then sends the new position information to host." Elantech, Product Specification, Model 810507-0703, Elantech Touch-pad for Handheld device Application, dated 05/13/05, at SYN 00004834. "The touch pad will send Packet ID #1 whenever it detects a change of pad position. Pad position is expected to be updated approximately every 25 ms and is reported as absolute position." Elantech, Product Specification, Model 810507-0703, Elantech Touch-pad for Hand-held device Application, dated 05/13/05 at SYN 00004835. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech.com.tw/english/en_prod _touch.html, at SYN 00004998. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor. |

3

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | *See* http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KP72 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.<br><br>The Elantech touchpad recognizes a double tapping gestures. "Double-click Speed" can be set in Mouse Properties. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004942. The Elantech driver windows (Mouse Properties) depicts double tap or "Double-click speed." Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. |
| (a) detecting a first presence of a conductive object on the touch-sensor pad; | The Elantech touchpad detects the first presence of a conductive object on the touch-sensor pad. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www.elantech.com.tw/english/en_prod_touch.html at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin |

4

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005. |
| (b) comparing the duration of said first presence with a first reference amount of time; initiating a first signal to the host indicating the occurrence of said gesture if the duration of said first presence is less than said first reference amount of time; | The Elantech TouchPad software determines whether a finger presence is a tap gesture by determining if the presence is less than a reference amount of time. In use of the touchpad, if a presence is more than the reference amount of time, the Elantech TouchPad software does not recognize the presence as a tap gesture. |
| (c) terminating said first signal if a second reference amount of time passes before a second presence is detected; | In the Elantech TouchPad software, if a second tap gesture is not performed on the touchpad surface within a predetermined time, the Elantech TouchPad software does not recognize a double-tap gesture. Instead, the Elantech TouchPad software will terminate the first signal and the system will interpret that termination to require a "button up" condition, which completes merely a single tap gesture. |

5

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (d) detecting a second presence of said conductive object on the touch-sensor pad; | If a second tap gesture is performed on the touchpad surface within a predetermined time, the Elantech TouchPad software will detect the second presence of the conductive object on the touch-sensor pad. The Elantech touchpad software recognizes a double tapping gestures. "Double-click Speed" can be set in Mouse Properties. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004942. The Elantech driver windows (Mouse Properties) depicts double tap or "Double-click speed." Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. |
| (e) terminating said first signal if the duration of said second presence is less than said third reference amount of time; and sending a second signal to said host indicating said second gesture after the termination of said first signal. | If the second presence of the conductive object on the touch-sensor pad is less than a reference amount of time, the Elantech TouchPad software will recognize it as a double-tap or double-click gesture and the application running on the host will receive a signal indicating a double-tap gesture after termination of a signal indicating a tap gesture. If the second presence of the conductive object on the touch-sensor pad is more than a reference amount of time, the Elantech TouchPad software will not recognize it as a double-tap gesture. "Double-click Speed" can be set in Mouse Properties. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004942. The Elantech driver windows (Mouse Properties) depicts double tap or "Double-click speed." Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. The Elantech double-click gesture is part of the standard information provided to the Windows driver. "ELANTECH touchpad is fully compatible with standard Windows 98/ME2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 0009491. "The TouchPad has a Standard IBM PS/2 compatible 2 button mouse interface, and is compatible with all mouse drivers which support the PS/2 mouse interface, including the Microsoft mouse driver included with Windows." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin |

6

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. |

7

| | |
|---|---|
| 9. A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "Sensor Area." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "Elantech touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004930; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech.com.tw/ english/en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The |

8

capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901668-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.

The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. See http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position – "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of

9

information is sent from the touchpad.  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837.  "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating.  TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834.  "The touch pad will send Packet ID #1 whenever it detects a change of pad position.  Pad position is expected to be updated approximately every 25 ms and is reported as absolute position."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into the absolute position coordinate."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI").  Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993.  An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor.  See http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on

communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004836. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.

The Elantech driver windows (Mouse Properties) depict the drag function. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. *See also* Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5, dated September 17, 2004, at SYN 00004980; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. The Elantech touchpad includes the drag functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "'Tap and Drag Lock', this option defines the duration for 'dragging' activities. The 'dragging' activity is just released after 'defined time delay' when 'Release after time delay' is selected. The 'dragging' activity is also can be released after tapping on the touchpad when 'Tap to release' is selected. [Figure 3.3.7(c)]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945-4946; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "Virtual Edge™ (Smart Edge) Function -- With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005018; K-

| | Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, at SYN 00005056. |
|---|---|
| (a) detecting a first presence of a conductive object on the touch-sensor pad; | The Elantech Touchpad software detects the first presence of a conductive object on the touch-sensor pad. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www.elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech |

12

| | |
|---|---|
| | Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |
| (b) comparing the duration of said first presence with a first reference amount of time; initiating a drag gesture signal to the host indicating the occurence of a gesture if the duration of said first presence is less than said first reference amount of time; | In operation of the Elantech Touchpad devices, a gesture signal is generated if a first presence is less than a reference amount of time (a single tap gesture). This is a necessary precondition to the "Tap and Drag Lock" gesture and thus is "initiating a drag gesture signal." See, e.g., Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. |
| (c) detecting a second presence of said conductive object on the touch-sensor pad; comparing the duration between said first presence and second presence with a second reference amount of time; maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time. | In operation of the Elantech Touchpad devices, after an initial tap gesture, a second presence of a conductive object may be detected on the touch-sensor pad and if the duration between the first and second presence is less than a reference amount of time, the drag gesture signal is maintained and X and Y position information is sent to the host while the object is in contact with the touch-sensor pad to indicate the direction of the drag gesture. See, e.g., Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. The Elantech driver windows (Mouse Properties) depicts the drag function. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. See also Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5, dated September 17, 2004, at SYN 00004980; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. The Elantech touchpad includes the drag functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce |

13

KTP3 Driver, Eric Yang, undated, at SYN 00005076. "'Tap and Drag Lock', this option defines the duration for 'dragging' activities. The 'dragging' activity is just released after 'defined time delay ' when 'Release after time delay' is selected. The 'dragging' activity is also can be released after tapping on the touchpad when 'Tap to release' is selected. [Figure 3.3.7(c)]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945-4946; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "Virtual Edge™ (Smart Edge) Function -- With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 0004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.

14

# CLAIM CHART FOR US PAT. NO. 5,943,052

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 14. A method of converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said method comprising: | The Elantech TouchPad devices are a cursor control device that converts user applied object motion, typically by a finger, into messages for an application. "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech.com.tw/english/en_prod_touch.html at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, SYN 00004870; K-Tech Product Specification for TP3 Thin Touch-Pad, Model 901688-XXXXX, dated 07/30/02, SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conduc-tive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "Touch Pad - A device that utilizes finger movements on flat surface of the touch pad, allowing the user to move the cursor more easily to complete input of operations." http://www.elantech.com.tw/english/en_home.html, at SYN 00004994. "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998. Elantech's touchpad product is "a pointing devices which use the |

1

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | movement of finger on the pad to direct the cursor in the computer." Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion") |
| | The Elantech Touchpad devices include the function of converting such messages that indicate graphical user interface window scrolling functions. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . .". Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 0004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 0004947; http://www.elantech.com.tw/english /en_prod_touch.html, at SYN 0004999-5000. "K-Tech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . .. The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel. It will provide optimal tracking speed for a typical Touchpad user." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin |

2

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the mouse wheel. Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932. Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad. When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad. When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side. This function can be disabled when vertical scrolling function is disabled at the same time." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |
| (a) forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said data packets representing object motion applied by a user to the input device; | The cursor-control input device, including the Elantech Touchpad sensor area and associated circuitry and code, has a designated scroll zone. See, e.g., Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507(driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad. When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side. This function can be disabled when vertical scrolling function is disabled at the same time.") This |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | cursor-control input device forwards data packets representing the object motion over time, *see, e.g.*, Touchpad Aplication Note, Version 1.0, at SYN 00004893, to a data packet processor, which is firmware or software running on circuitry in the Elantech Touchpad or host computer. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . ." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/english /en_prod_touch.html, at SYN 00004999-5000. "K-Tech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . . The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 0004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel. It will provide optimal tracking speed for a typical Touchpad user." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Major Functions — Scrolling Function" Elantech Devices |

4

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the mouse wheel. Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932. Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad. When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |
| (b) generating a plurality of messages in response to the user-applied object motion; forwarding said messages to an application controlling an active window in said graphical user interface; | When the Elantech TouchPad devices are functioning, a plurality of messages are generated responsive to the user applied object motion (typically a finger), and forwarded to an application running on a computer associated with the Elantech TouchPad devices that is controlling a window in the graphical user interface. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . .". Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/ english/en_prod_touch.html, at SYN 00004999-5000. "K-Tech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . . The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | applications such as Internet Explorer." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel. It will provide optimal tracking speed for a typical Touchpad user." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the mouse wheel. Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932. Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad. When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side." Elantech KTP3 Touchpad User's Manual, |

6

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad. When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side. This function can be disabled when vertical scrolling function is disabled at the same time." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |
| (c) scrolling visual display data in response to said messages sent by [said data] packet processor. | The graphical user interface running on a visual display of a computer associated with the Elantech TouchPad device is "scrolled" in accordance with the messages generated by the processor (whether Elantech firmware or driver software) that is processing the data packets. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . .". Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/english /en_prod_touch.html, at SYN 00004999-5000. "K-Tech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . . The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel |

7

pa-1079574

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Mouse functionality and provides a touchpad dedicated control panel. It will provide optimal tracking speed for a typical Touchpad user." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the mouse wheel. Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932. Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad. When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad. When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side. This function can be disabled when vertical scrolling function is disabled at the same time." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |

8

pa-1079574

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 15. The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a negligibly small finger movement. | Synaptics has reason to believe that Elantech's TouchPad software assesses whether the stimuli represent a negligibly small finger movement. Once Synaptics has access to the code that dictates this operation in the Elantech TouchPad devices, Synaptics will amend this chart to include specific information bearing on this claim limitation. |
| 16. The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion substantially perpendicular to a longitudinal axis within said scrolling zone. | In operation, the Elantech TouchPad software will not "scroll" in response to motion that is substantially perpendicular to a longitudinal axis within the defined scrolling zone. The Elantech TouchPad software will generate a "scrolling" message only in response to motion that is not substantially perpendicular to a longitudinal axis within the defined scrolling zone. Consequently, the Elantech TouchPad software assesses whether the motion is substantially perpendicular to a longitudinal axis within the defined scrolling zone. |
| 17. The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion substantially parallel to a longitudinal axis within said scrolling zone. | In operation, the Elantech TouchPad software will "scroll" only in response to motion that is substantially parallel to a longitudinal axis within the defined scrolling zone. The Elantech TouchPad software will not generate a "scrolling" message in response to motion that is not substantially parallel to a longitudinal axis within the defined scrolling zone. Consequently, the Elantech TouchPad software assesses whether the motion is substantially parallel to a longitudinal axis within the defined scrolling zone. |
| 18. The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion beginning within, but moving away from said scrolling zone. | In operation, the Elantech TouchPad software will "scroll" only in response to motion that is substantially within the defined scrolling zone. The Elantech TouchPad software will not generate a "scrolling" message in response to motion that is beginning within, but moving away from said scrolling zone. Consequently, the Elantech TouchPad software assesses whether the motion is beginning within, but moving away from said scrolling zone. |
| 19. The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion beginning outside of, but moving into said scrolling zone. | In operation, the Elantech TouchPad software will "scroll" only in response to motion that is substantially within the defined scrolling zone. The Elantech TouchPad software will not generate a "scrolling" message in response to motion that is beginning outside of, but moving into said scrolling zone. Consequently, the Elantech TouchPad software assesses whether the motion is beginning outside of, but moving into said scrolling zone. |

9

# CLAIM CHART FOR US PAT. NO. 5,880,411

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 46. A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of: | The Elantech TouchPad devices use a method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane. The Elantech touchpad has a "Basic Function" of "Cursor Move" which is described as "This function is enabled when the finger moving on touchpad device." http://www. elantech.com.tw/english/en_prod_touch.html, at SYN 00004999. Elantech's touchpad product is "A pointing devices which use the movement of finger on the pad to direct the cursor in the computer." Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 0004796; "TouchPad - A device that utilizes finger movements on flat surface of the touchpad, allowing the user to move the cursor more easily to complete input of operations." http://www.elantech.com.tw/english/en_home.html, at SYN 00004994; "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech.com.tw/english/en_prod _touch.html, at SYN 00004998; "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XXX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |

1

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (a) providing a sensing plane; | The Elantech TouchPad devices include a touch sensing plane.  The Elantech touchpad includes a "Sensor Area."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4.  "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.  The user moves his finger over this sensor area."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701, at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech. com.tw/english/en_prod_touch.html, at SYN 00004998.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www.elantech. om.tw/english/en_prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving.  Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces.  The |

pa-1085463

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |
| (b) sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane; | The Elantech Touchpad device senses the presence of an object (typically a finger) on the sensing plane and generates present position signals representing the present position of an object on the sensing plane. In particular, X and Y present position information is generated by the firmware in the Elantech Touchpad device. *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004998 (graphics showing X and Y coordinate information). "Touchpad can send the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 0004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle |

3

pa-1085463

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | position – "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "if host wants to read X-Y position," a special packet of information is sent from the touchpad. Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837. "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating. TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834. "The touch pad will send Packet ID #1 packet whenever it detects a change of pad position. Pad position is expected to be updated approximately every 25 ms and is reported as absolute position." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893; "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www.elantech.com.tw/ english/en_prod_touch.html, at SYN 00004998. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the |

4

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 0004892-4893. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor. *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. |
| (c) sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane; | The Elantech TouchPad devices can sense if an object has moved into the edge region (the outer region proximate to an outer edge) of the sensing plane. Upon sensing the presence of an object in the outer region proximate to an outer edge of the sensing plane, the Elantech TouchPad device generates distinct signals that result in the cursor continuing to move as if the object were moving beyond the edge of the sensing plane. "Virtual Edge™ (Smart Edge) Function — With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at |

5

pa-1085463

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | SYN 00004797; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Smart edges are default enabled . . . ."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951.  "If this 'Smart Edge' function is 'enabled', the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift. A dynamic quadrilateral edge could be selectable if this function is enabled.  This function is enabled once ELANTECH driver is installed.  And there are two sub-items in this option when smart edge is enabled.  It also can be disabled if user needs to cancel smart edges function."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499.  The driver message Help message no. 23 states "Smart edges are default enabled, and click check-box will disable the smart edges on ELANTECH driver."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506. |
| (d) generating first cursor motion signals for moving the cursor, said first cursor motion signals for causing said cursor to move in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals; | When an object is not in the outer region proximate to the edge of the sensing plane in the Elantech TouchPad devices, normal cursor motion signals are generated based upon the difference between a previous position of the object and the present position of the object as reflected in the present position signals.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998.  The Elantech touchpad employs the PS/2 interface protocol.  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797-4798.  "Elantech touchpad uses the patented technology to detect the |

6

pa-1085463

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | position of a finger over a touch-sensitive area. The user can move his finger over the sensor area to cause a cursor moving. . Elantech's patented and proprietary single chip touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above sensor area. The capacitance variation is measured for each trace of the sensor area. The chip contains a micro-controller which uses this information to compute the finger position and detect the pressed switch status." "The switch and finger position information will be sent to host by serial (UART or SPI) buss." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486. |
| (e) generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing said cursor to incrementally move on the display screen a selected distance in a fixed direction relative towards said outer edge of said sensing plane to which said object is proximate; and | If an object is moved into the outer region proximate to the edge of the sensing plane in the Elantech TouchPad devices, second cursor motion signals are generated, which are different from the first cursor motion signals described above, for moving the cursor. The second cursor motion signals cause the cursor to move incrementally on the display screen a selected distance in a fixed direction relative towards the outer edge of the sensing plane to which said object is proximate. "Virtual Edge™ (Smart Edge) Function — With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Elantech Product Specification, Model: 800406- |

7

pa-1085463

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | 16XX, dated 01/27/05, at SYN 00004797; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Smart edges are default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951. "If this 'Smart Edge' function is 'enabled', the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift. A dynamic quadrilateral edge could be selectable if this function is enabled. This function is enabled once ELANTECH driver is installed. And there are two sub-items in this option when smart edge is enabled. It also can be disabled if user needs to cancel smart edges function." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499. The driver message Help message no. 23 states "Smart edges are default enabled, and click check-box will disable the smart edges on ELANTECH driver." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506. |
| (f) moving said cursor in accordance with said first cursor motion signals when said object is not in said outer region of said sensing plane and moving said cursor in accordance with said first cursor motion signals combined with said second cursor motion signals when said object has moved into said outer region of said sensing plane so long as said object remains in said outer | When an object is not in the outer region of the sensing plane of the Elantech TouchPad devices, the cursor is moved in accordance with the first cursor motion signals described above. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 0000498. The Elantech touchpad employs the PS/2 interface protocol. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797-4798. "Elantech touchpad uses the patented technology to detect the position of a finger over a touch-sensitive area. The user can move his finger over the sensor area to |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| region of said sensing plane. | cause a cursor moving. Elantech's patented and proprietary single chip touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above sensor area. The capacitance variation is measured for each trace of the sensor area. The chip contains a micro-controller which uses this information to compute the finger position and detect the pressed switch status." "The switch and finger position information will be sent to host by serial (UART or SPI) buss." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486.

When an object is moved into and held in one position in the outer region proximate to an edge of the sensing plane of the Elantech Touchpad, the cursor will continue to move incrementally in the direction toward the proximate outer edge. If the object is then moved within and parallel to the outer region proximate to the edge, the cursor motion will be a combination of the incremental motion orthogonal to the proximate outer edge and the finger motion along the proximate outer edge. Thus, when the object has moved into said outer region of said sensing plane, the cursor is moved in accordance with a combination of said first cursor motion signals and said second cursor motion signals. "Virtual Edge™ (Smart Edge) Function — With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." |

9

pa-1085463

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486, Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Smart edges are default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951; ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad."), at SYN 00004930. "If this 'Smart Edge' function is 'enabled', the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift. A dynamic quadrilateral edge could be selectable if this function is enabled. This function is enabled once ELANTECH driver is installed. And there are two sub-items in this option when smart edge is enabled. It also can be disabled if user needs to cancel smart edges function." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499. The driver message Help message no. 23 states "Smart edges are default enabled, and click check-box will disable the smart edges on ELANTECH driver." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506. |
| 47. The method of claim 46 wherein said first cursor motion signals and said second cursor motion signals are combined as a vector sum. | Synaptics has reason to believe that Elantech's TouchPad devices use a vector sum to combine first and second cursor motion signals. Once Synaptics has access to the firmware and driver code that dictates this operation in the Elantech TouchPad devices, Synaptics will amend this chart to include specific information bearing on this claim limitation. |

10

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 48. The method of claim 46 wherein said fixed direction is perpendicular to said outer edge of said sensing plane to which said object is proximate. | In the Elantech TouchPad devices, the orthogonal value included as the "fixed direction" in the second cursor motion signals is perpendicular to the outer edge of the sensing plane to which the object is proximate. *See, e.g.,* depictions in Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076; Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004944; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980; Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499. |
| 49. The method of claim 46 wherein said sensing plane comprises a touchpad. | The Elantech TouchPad devices have a sensing plane that includes a touchpad. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at page SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech.com.tw/english/ en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occures, the controller IC on the TouchPad will detect such change and calculate change into coordinate." http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated |

11

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving.  Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces.  The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.  "The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |

12

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 50. The method of claim 46 wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen. | In the Elantech Touchpad devices, the speed may be adjusted by choice, which is implemented through adjusting the "Cursor Edge Speed" slider in the Elantech driver window. "'Smart Edge Speed' allows user to adjust its moving speed for smart edge function." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. "'Smart Edge Speed' allows user to adjust its moving speed for smart edge function." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. The driver message Help message No. 25 states "Drag the slider to adjust the speed of smart edges. When slider is moved to left side, the speed is getting slow, and the speed will getting fast when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506. |
| 51. The method of claim 46 wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals. | The present-position signals, first cursor motion signals, and second cursor motion signals are digital signals within the firmware in the Elantech's TouchPad devices, which are then used or combined in digital form for use in the system. "ELANTECH touchpad is fully compatible with standard Windows 98/ME2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092491; Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936. "The TouchPad has a Standard IBM PS/2 compatible 2 button mouse interface, and is compatible with all mouse drivers which support the PS/2 mouse interface, including the Microsoft mouse driver included with Windows." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 0000487 1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. The Elantech touchpad complies with the PS/2 Interface Protocol |

13

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | and interfacing with the "Host". K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005007; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004872; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005019; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005033; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005045; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005057. |
| 52. The method of claim 46 wherein the step of generating second cursor motion signals comprises generating second cursor motion signals for causing said cursor to move in a fixed direction relative to a corner between two abutting outer edges of said sensing plane if said object is in said outer region proximate to said corner. | Elantech's TouchPad devices generate second cursor motion signals for causing the cursor to move in a fixed direction relative to move a between two abutting outer edges of the sensing plane if the object is in the outer region proximate to the corner. |

14

pa-1085463

# EXHIBIT C

**Marie, Nina**

| | |
|---|---|
| **From:** | DeBruine, Sean |
| **Sent:** | Monday, October 02, 2006 2:48 PM |
| **To:** | 'Kramer, Karl J.' |
| **Cc:** | Marie, Nina |
| **Subject:** | RE: Production? |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Karl, we will have the code ready a little later today.  Whom should we contact to make the trade?

Sean

---

**From:** Kramer, Karl J. [mailto:KKramer@mofo.com]
**Sent:** Monday, October 02, 2006 12:15 PM
**To:** DeBruine, Sean
**Subject:** Production?

Sean,

Pursuant to our agreement, let me know when you are prepared to exchange current versions of firmware and driver code.  As I said last week, we are prepared to provide our set of Synaptics' current code when you are ready.

Regards,

**Karl J. Kramer**
**Morrison & Foerster** LLP

755 Page Mill Road

Palo Alto California 94304-1018

(650) 813-5775

(650) 494-0792 (firm fax)

(650) 251-3797 (desk top fax)

kkramer@mofo.com


==============================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html


==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by

reply e-mail @mofo.com, and delete the message.
================================================================================

# EXHIBIT D

**Marie, Nina**

| | |
|---|---|
| **From:** | DeBruine, Sean |
| **Sent:** | Thursday, April 19, 2007 4:39 PM |
| **To:** | Kramer, Karl J.; Karen H. Bromberg (kbromberg@CohenGresser.com) |
| **Cc:** | Reinstein, Ellen S. |
| **Subject:** | Elantech__30b6_Depo_Notice_of_Synaptics.pdf |
| | |
| **Attachments:** | Elantech__30b6_Depo_Notice_of_Synaptics.pdf |

Karl, per my previous email, please find attached a draft 30(b)(6) notice for purposes of conferring on an agreeable schedule.

Regards,

Sean P. DeBruine
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square, Suite 400, Palo Alto, CA  94306
650.838.2121 phone
650.838.2001 fax
sdebruine@akingump.com


Elantech__30b6_De
po_Notice_of_...

1  YITAI HU (California Admission Pending) (yhu@akingump.com)
   SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
2  HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone:      650-838-2000
   Facsimile:      650-838-2001
5

6  Attorneys for Plaintiff
   ELANTECH DEVICES CORP.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   ELANTECH DEVICES CORP.,              Case No. 3:06-CV-01839 CRB
12
                 Plaintiff,
13                                      **NOTICE OF VIDEOTAPED
                                        DEPOSITION OF SYNAPTICS, INC.**
14        vs.
                                        Date:        _____
15  SYNAPTICS, INC.;                    Time:        _____ a.m.
   AVERATEC, INC.;                      Place: Akin Gump Strauss Hauer & Feld LLP
16  PROSTAR COMPUTER, INC.,                    3000 El Camino Real
                                               Two Palo Alto Square, 4th Floor
17               Defendants.                    Palo Alto, CA 9430
                                               (650) 838-2000
18

19

20

21

22

23

24

25

26

27

28

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2        **PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure 30(b)(6),

3    Plaintiff and Counterdefendant Elantech Devices Corp. ("Elantech") will take the deposition of

4    Defendant and Counterclaimant Synaptics, Inc. ("Synaptics" or "Deponent") on _____,

5    beginning at _____ a.m., at the offices of Akin Gump Strauss Hauer & Feld, LLP, located at 3000 El

6    Camino Real, Suite 400, Palo Alto, California 94306.  Said deposition will be conducted upon oral

7    examination before a court reporter duly authorized to administer oaths and will be recorded

8    stenographically and by videotape.

9        **PLEASE TAKE FURTHER NOTICE** that Deponent is obligated to designate one or

10    more of its officers, directors, managing agents or other consenting persons to testify in this action

11    as to facts known or reasonably available to Deponent with respect to the following subject matter

12    categories:

13        1.    Conception of any and all purported inventions described in the claims of Synaptics'

14    U.S. Patent Nos. 5,543,591 ["'591 patent"], 5,880,411 ["'411 patent"], 5,943,052 ["'052 patent"]

15    and 6,380,931 ["'931 patent"] (collectively the "Patents in Suit").

16        2.    Reduction to practice of any and all of the purported inventions described in the

17    claims of Synaptics' Patents in Suit.

18        3.    Preparation and prosecution of the patent applications that led to the issuance of

19    Synaptics' Patents in Suit.

20        4.    All prior art known to the purported inventors of the Synaptics' Patents in Suit.

21        5.    All prior art references cited by Elantech's Preliminary Invalidity Contentions and

22    Accompanying Document Production Pursuant to Patent Local Rules 3-3 and 3-4.

23        6.    The conception, design and development of Synaptics' Windows 95 TouchPad

24    Device Driver, including all revisions and versions.

25        7.    All facts relating to the development and release of Synaptics' driver "4.1 Beta1."

26        8.    The document entitled, "The TouchPad A Revolutionary Human Interface Device."

27        9.    Synaptics' policies, procedures and guidelines for marking the patent number of any

28    patent owned by, assigned to, or licensed to Synaptics on any Synaptics Products or products of any

---

1

1  Synaptics' licensees.  (As used herein, the term "Synaptics Product(s)" shall mean any touch pad
2  product(s) made by or on behalf of Synaptics and/or sold by or on behalf of Synaptics.)

3         10.    All marking efforts of any of Synaptics Patents on Synaptics Products or products of
4  any Synaptics' licensees.

5         11.    All facts relevant to any alleged commercial success of Synaptics' Patents in Suit,
6  including Synaptics' Asserted Claims.

7         12.    All facts relevant to any other secondary considerations, including any alleged
8  industry acceptance, alleged copying by others, and/or alleged long-felt need of any of the
9  inventions described in the Synaptics' Patents in Suit, including Synaptics' Asserted Claims.

10        13.    The structure, features and functionality of all TM41 series touchpad devices
11  designed , manufactured or sold by Synaptics.

12        14.    All revisions of any firmware, or any other instructions, that control the operation of
13  any TM41 series touchpad.

14        15.    All documents describing the structure or operation of any TM41 series touchpad.

15        16.    All efforts to license others for to any of Synaptics' Patents in Suit, including any
16  litigations or threatened litigations.

17        17.    The sale, offer for sale, and/or use of any products that incorporate any invention
18  described in any of Synaptics' Patents in Suit.

19        18.    First sale, offer for sale, disclosure, demonstration and/or use of any products that
20  incorporate any invention described in any of Synaptics' Patents in Suit.

21        19.    Synaptics' company practices relating to the disclosure of confidential information
22  to its customers.

23        20.    All communications and agreements with a company known as "Alps" related to
24  touchpad technology.

25        21.    The Glidepoint finger mouse.

26        22.    Communications with Prostar Computer, Inc.

27        23.    Communications with Averatec, Inc.

28        24.    Communications with Cirque Corporation.

2

1    25.    Communications with Elantech.

2    26.    Notice of the Patents in Suit to Elantech.

3    27.    Any communications with any third party regarding Elantech's alleged infringement

4    of the Patents in Suit.

5    28.    Synaptics' alleged damages caused by Elantech's alleged infringement of any of

6    Synaptics' Asserted Claims.

7    29.    All licenses to any or all of the inventions described in Synaptics' Patents in Suit.

8    30.    All revenues and profits generated from licensing any or all of the inventions

9    described in Synaptics' Patents in Suit.

10    31.    The organizational structure of Synaptics, including but not limited to its directors,

11    the identity and duties of its officers, its business model, and identity of and its relationship to any

12    parent, sister, subsidiary, and/or other affiliated entity.

13    32.    Synaptics' record keeping practice, including both electronic and paper records,

14    including but not limited to the identity of those involved in the design, their duties and the identity

15    of records relating to the design of Synaptics Products, including Synaptics' Accused Products.

16    (As used herein, the term "Synaptics' Accused Products" means and refers to Synaptics' TM41

17    series or families of products, including TM41xx34, TM41xx156, TM41xx180, TM41xx20,

18    TM41xx220, TM41xx220, TM41xx240, TM41xx140, TM41xx301, and TM41xx221 series or

19    families.)

20    33.    Document/information storage systems at Synaptics.

21    34.    The organization structure of the division(s) or department(s) at Synaptics involved

22    in the design, development, testing, marketing, sale, lease, importation and exportation of any of

23    Synaptics Products, including but not limited to the structure of such department(s) or division(s),

24    the individuals within such department(s) or division(s).

25    35.    Distribution and sales channels for Synaptics' Products.

26    36.    Communications regarding the U.S. Patent No. 5,825,352 ("the '352 patent").

27    37.    Synaptics' first awareness of the '352 Patent, including when Synaptics first learned

28    of the existence of the '352 Patent.

3

38.    Changes to the design of any and all Synaptics Products as a result of its awareness of the '352 patent.

39.    Sales in units, total sales in dollars, average selling price, gross revenue, net revenue, selling discounts, total costs, average costs, cost of sales, gross profits, contribution margins, overhead expenses and net income for each of Synaptics' Accused Products.

40.    All projections, forecasts and budgets prepared in connection with any and/or all of Synaptics' Accused Products.

41.    Discounting practices for each of Synaptics' Accused Products.

42.    Revenue and costs for services associated with each of Synaptics' Accused Products, including, but not limited to, consulting, maintenance, and education.

43.    Licensing practices, procedures and guidelines for each of Synaptics' Accused Products, including licensing agreements, licensing revenues, and licensing costs.

44.    Market demand, market shares, marketing expense, advertising expense, marketing forecasts, price studies, and business and/or strategic plans for each of Synaptics' Accused Products.

45.    The value of Synaptics' Accused Products to Synaptics, including the impact of sales of Synaptics' Accused Products on the sales and profits of Synaptics' other products and/or services.

46.    Instruction, training, services or consulting offered or provided by Synaptics to its customers in connection with their implementation, optimization and use of Synaptics' Accused Products, including any documentation promoting or offering such services as well as the feedback or response provided by any such customers.

47.    Synaptics' defenses to Elantech's allegations of willful infringement of the '352 Patent.

48.    U.S. Patent No. 5,648,642.

49.    U.S. Patent No. 7,109,978.

50.    The documents produced by Synaptics in this litigation.

Dated: April __, 2007                              AKIN GUMP STRAUSS HAUER & FELD LLP

---

4

1

2                                          By:_____
                                                    Hsin-Yi Cindy Feng
3                                                   Attorney for Plaintiff
                                               ELANTECH DEVICES CORP.
4

5      5988126

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               5