**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELANTECH DEVICES CORPORATION,   No. C 06-01839 CRB

    Plaintiff,   **Clerk's Notice**

  v.

SYNAPTICS, INC.,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for June 1, 2007 to Friday, June 29, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer. **The initial briefing schedule shall remain the same.**

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 17, 2007              FOR THE COURT,

                                       Richard W. Wieking, Clerk
                                       By: _____
                                            Barbara Espinoza
                                            Courtroom Deputy