KARL J. KRAMER (CA SBN 136433)
ELLEN S. REINSTEIN (CA SBN 227833)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF KARL J. KRAMER**<br><br>Date: June 29, 2007<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5, Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under seal the following documents:

1. Synaptics' Reply Brief in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Reply Brief"); and

2. Supplemental Declaration of Dr. Andrew Wolfe in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Supplemental Wolfe Declaration").

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

The Reply Brief and the Supplemental Wolfe Declaration discuss in detail, and throughout both documents, "current" and "exemplary" versions of Synaptics' highly confidential proprietary trade-secret protected firmware and source code ("Code"). The Code was filed under seal as Exhibit 5 to the Confidential Declaration of Dr. Andrew Wolfe in Support of Synaptics' April 20, 2007 Motion For Summary of Noninfringement of the Asserted Claims of the '352 Patent.

The Code is protectable as a trade secret pursuant to Cal. Civ. Code § 3426.1(d) because it contains information that, if known, would, under some circumstances, permit a competitor to copy features of Synaptics' devices and save the competitor significant investment costs in research and development. Synaptics has been diligent in protecting the confidentiality of this information and derives significant independent economic value from the fact that the Code is not generally known to the public. The Code's confidentiality is discussed and supported in detail in the Declaration of David W. Gillespie in Support of Defendant Synaptics' Miscellaneous Administrative Request to File Documents Under Seal, executed April 23, 2007.

The Court has already granted Synaptics' and Elantech's requests in the briefing on this motion to file materials relating to the contents of Exhibit 5 under seal. (*See* April 24, 2007 Order Granting Defendant Synaptics' Miscellaneous Administrative Request to File Documents

Under Seal and May 15, 2007 Order Granting Elantech's Administrative Motion to File Papers Under Seal.)

For the reasons stated above, Synaptics respectfully requests that the Court grant its Miscellaneous Administrative Request to File Documents Under Seal.

Dated: May 18, 2007

KARL J. KRAMER
ELLEN S. REINSTEIN
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By:   s/Karl J. Kramer
     Karl J. Kramer

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

### SUPPORTING DECLARATION OF KARL J. KRAMER

I, Karl J. Kramer, declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Synaptics seeks to file under seal the following two documents:

    a. Synaptics' Reply Brief in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Reply Brief"); and

    b. Supplemental Declaration of Dr. Andrew Wolfe in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Supplemental Wolfe Declaration").

3. The Reply Brief and the Supplemental Wolfe Declaration discuss in detail "current" and "exemplary" versions of Synaptics' highly confidential proprietary trade-secret protected firmware and source code. The confidentiality of such code is discussed and supported in detail in the Declaration of David W. Gillespie in Support of Defendant Synaptics' Miscellaneous Administrative Request to File Documents Under Seal, executed April 23, 2007. Accordingly, Synaptics seeks to file the Reply Brief and the Supplemental Wolfe Declaration under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 18, 2007, in Palo Alto, California.

By:   s/Karl J. Kramer
    Karl J. Kramer

1  KARL J. KRAMER (CA SBN 136433)
   ELLEN S. REINSTEIN (CA SBN 227833)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: June 29, 2007<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

This matter comes before the Court on an administrative motion to file under seal the Supplemental Declaration of Dr. Andrew Wolfe in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Supplemental Wolfe Declaration"), and Synaptics' Reply Brief in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Reply Brief"), filed May 18, 2007. Having considered Synaptics'

1 request, as well as the pleadings and materials lodged and filed in this matter, the Court
2 finds that there is GOOD CAUSE APPEARING for the Supplemental Wolfe Declaration
3 and the Reply Brief to be filed under seal.  Plaintiff's administrative motion to file the
4 Supplemental Wolfe Declaration and the Reply Brief under seal is hereby GRANTED.
5     IT IS SO ORDERED.
6 Dated:  _____

8                                   By: _____
                                        UNITED STATES DISTRICT COURT JUDGE
9                                       HONORABLE CHARLES R. BREYER