KARL J. KRAMER (CA SBN 136433)
ELLEN S. REINSTEIN (CA SBN 227833)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
kkramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C 06-01839 CRB<br><br>**MANUAL FILING NOTIFICATION OF SYNAPTICS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT**<br><br>Date: June 29, 2007<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

MANUAL FILING NOTIFICATION OF SYNAPTICS' REPLY BRIEF I/S/O
MOT. FOR SJ OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT
CASE NO. C 06-01839 CRB
pa-1167257

Regarding: Synaptics' Reply Brief in Support of Motion for Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: May 18, 2007

KARL J. KRAMER
ELLEN S. REINSTEIN
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By:  /s/ Karl J. Kramer
        Karl J. Kramer

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.
MANUAL FILING NOTIFICATION OF SYNAPTICS' REPLY BRIEF I/S/O
MOT. FOR SJ OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT
CASE NO. C 06-01839 CRB
pa-1167257