1  KARL J. KRAMER (CA SBN 136433)
   ELLEN S. REINSTEIN (CA SBN 227833)
2  ERIKA L. LABIT (CA SBN 234919)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  kkramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.    C 06-01839 CRB<br><br>**MANUAL FILING NOTIFICATION OF SUPPLEMENTAL DECLARATION OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT**<br><br>Date:  June 29, 2007<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

1  Regarding: Supplemental Declaration of Dr. Andrew Wolfe in Support of Synaptics'
2  Motion for Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent.
3  This filing is in paper or physical form only, and is being maintained in the case file in the
4  Clerk's office.
5   If you are a participant on this case, this filing will be served in hard-copy shortly.
6   For information on retrieving this filing directly from the court, please see the court's
7  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8   This filing was not efiled for the following reason(s):
9  \_\_\_ Voluminous Document (PDF file size larger than the efiling system allows)
10 \_\_\_ Unable to Scan Documents
11 \_\_\_ Physical Object (description): _____
12 _____
13 \_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14 _x_ Item Under Seal
15 \_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 \_\_\_ Other (description): _____
17 _____

Dated: May 18, 2007      KARL J. KRAMER
              ELLEN S. REINSTEIN
              ERIKA L. LABIT
              MORRISON & FOERSTER LLP

              By: /s/ Karl J. Kramer
                Karl J. Kramer

              Attorneys for Defendant and
              Counterclaimant
              SYNAPTICS, INC.