SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>        Defendants. | Case No.   C06-01839 CRB<br><br>**AVERATEC INC.'S JOINDER IN SYNAPTICS INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT**<br><br>Date: June 1, 2007<br>Time: 10:00 am<br>Courtroom 8, 19th floor<br>Hon. Charles R. Breyer |

1    Defendant Averatec, Inc. ("Averatec") hereby joins in defendant and counterclaimant

2    Synaptics Inc.'s ("Synaptics") Reply In Support of Motion for Summary Judgment of Non-

3    Infringement of the Asserted Claims of the '352 Patent ("Reply") that are asserted by Plaintiff

4    Elantech Devices Corporation in this action.

5    Defendant Averatec incorporates by reference and adopts in their entirety as if fully set

6    forth herein, Synaptics' Reply, the supporting Supplemental Expert Declaration of Dr. Andrew

7    Wolfe, executed May 18, 2007, and other documents relied upon and/or submitted by Synaptics

8    in connection with this Reply.

9    Averatec also respectfully requests the entry of the same relief set forth in the Reply.

10

11

12   Dated:  May 18, 2007                          KASTNER BANCHERO LLP

13                                                 COHEN & GRESSER LLP

14

15                                                 By:    /s/ Scott R. Raber, Esq.

16

17                                                 Attorneys for Defendant
                                                   AVERATEC, INC.

18

19

20

21

22

23

24

25

26

27

28