KARL J. KRAMER (CA SBN 136433)
ELLEN S. REINSTEIN (CA SBN 227833)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date: June 29, 2007<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

This matter comes before the Court on an administrative motion to file under seal the Supplemental Declaration of Dr. Andrew Wolfe in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Supplemental Wolfe Declaration"), and Synaptics' Reply Brief in Support of Synaptics' Motion For Summary Judgment of Noninfringement of the Asserted Claims of the '352 Patent ("Reply Brief"), filed May 18, 2007.  Having considered Synaptics'

1  request, as well as the pleadings and materials lodged and filed in this matter, the Court
2  finds that there is GOOD CAUSE APPEARING for the Supplemental Wolfe Declaration
3  and the Reply Brief to be filed under seal. Plaintiff's administrative motion to file the
4  Supplemental Wolfe Declaration and the Reply Brief under seal is hereby GRANTED.
5      IT IS SO ORDERED.
6  Dated:  May 21, 2007

By: _____
UNITED STATES DISTRICT COURT JUDGE
HON. CHARLES R. BREYER



[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCS UNDER SEAL; CASE NO. C06-01839 CRB   2
pa-1165667