1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13                                        ) Case No. 3:06-CV-01839 CRB
                                          )
14  ELANTECH DEVICES CORP.,                ) **NOTICE OF MANUAL FILING**
                                          )
15              Plaintiff,                 )
                                          ) Date:       June 29, 2007
16        vs.                              ) Time:       10:00 am
                                          ) Judge:      Hon. Charles R. Breyer
17  SYNAPTICS, INC. and AVERATEC, INC.,   ) Courtroom:  8, 19th Floor
                                          )
18              Defendants.                )
                                          )
19

20

21

22

23

24

25

26

27

28

NOTICE OF MANUAL FILING                                    CASE NO. 06-CV-01839 CRB

**NOTICE OF MANUAL FILING**

REGARDING:    ELANTECH'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT, DATED MAY 25, 2007 AND DECLARATION OF IAN SCOTT MACKENZIE IN SUPPORT OF ELANTECH'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '352 PATENT, DATED MAY 25, 2007.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

Dated:  May 25, 2007              AKIN GUMP STRAUSS HAUER & FELD LLP


                                  By_____/s/_____

                                       Sean P. DeBruine
                                       Attorney for Plaintiff
                                       ELAN DEVICES CORP.

1

NOTICE OF MANUAL FILING                                    CASE NO. 06-CV-01839 CRB