Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295)(myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real
Two Palo Alto Square, Suite 400
Palo Alto, California  94306
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC., <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **ELANTECH'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING SEAN P. DEBRUINE DECLARATION** <br><br> Date:       June 29, 2007 <br> Time:       10:00 am <br> Judge:      Hon. Charles R. Breyer <br> Courtroom:  8, 19th Floor |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation ("Elantech") hereby requests leave of Court to file under seal the following documents which have been lodged with the Clerk:

    (1)    Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007.

    (2)    Declaration of Ian Scott MacKenzie in Support of Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007.

    As discussed in the attached supporting declaration of Sean P. DeBruine, the MacKenzie Declaration and Elantech's motion discuss in detail aspects of the design of the accused products, including the highly confidential source code, of Defendant Synaptics, Inc. ("Synaptics"). This discussion is located throughout the MacKenzie Declaration and the Elantech motion. Synaptics represented that this source code contains highly confidential business information, consisting of the details of the operations of Synaptics' touchpad products, and designated as "Confidential -- Attorneys' Eyes Only" and "Highly Confidential Code" under the September 26, 2006 Amended Protective Order. *See* attached supporting declaration of Sean P. DeBruine. Because the source code is of Synaptics' products, if Synaptics seeks to change the filing of the MacKenzie Declaration or Elantech's motion from filed under seal to publicly filed, Elantech does not oppose.

Dated: May 25, 2007            AKIN GUMP STRAUSS HAUER & FELD LLP

                               By_____/s/_____
                                    Sean P. DeBruine
                                    Attorney for Plaintiff
                                    ELANTECH DEVICES CORP.

1

ELANTECH'S REQUEST TO FILE DOCUMENTS UNDER SEAL            CASE NO. 06-CV-01839 CRB
WITH SUPPORTING DEBRUINE DECL.

**SUPPORTING DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine, declare as follows:

1. I am an attorney with the law firm of Akin, Gump, Strauss, Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal: Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007 and Declaration of Ian Scott MacKenzie in Support of Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007.

3. The MacKenzie Declaration discusses in detail the source code of Defendant Synaptics, Inc. ("Synaptics"), which Synaptics represented to contain the details the operations of its touchpad products, and as such, constituted highly confidential business information, and was designated as "Confidential -- Attorneys' Eyes Only" and "Highly Confidential Code" pursuant to the September 26, 2006 Amended Stipulated Protective Order. The discussion of this source code is located throughout the MacKenzie Declaration and Elantech's motion. Accordingly, Elantech submitted the MacKenzie Declaration and motion for filing under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of May, 2007 in Palo Alto, California.

By: _____/s/_____
Sean P. DeBruine