1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:     650-838-2000
   Facsimile:     650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12

13                                          ) Case No. 3:06-CV-01839 CRB
                                            )
14  ELANTECH DEVICES CORP.,                 ) **[PROPOSED] ORDER GRANTING**
                                            ) **ELANTECH'S ADMINISTRATIVE**
15          Plaintiff,                      ) **MOTION TO FILE PAPERS UNDER SEAL**
                                            )
16      vs.                                 )
                                            ) Date:      June 29, 2007
17  SYNAPTICS, INC. and AVERATEC, INC.      ) Time:      10:00 am
                                            ) Judge:     Hon. Charles R. Breyer
18          Defendants.                     ) Courtroom: 8, 19th Floor
                                            )

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers Under Seal. Good cause appearing, that motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

(1) Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007.

(2) Declaration of Ian Scott MacKenzie in Support of Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007.

IT IS SO ORDERED.

Dated: _____, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE