Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295)(myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real
Two Palo Alto Square, Suite 400
Palo Alto, California 94306
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC., AVERATEC, INC. and PROSTAR COMPUTER, INC., <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **[PROPOSED] ORDER GRANTING ELANTECH'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 5,825,352** <br><br> Date:       June 29, 2007 <br> Time:      10:00 am <br> Judge:     Hon. Charles R. Breyer <br> Courtroom: 8, 19th Floor |

1  Having considered Plaintiff Elantech Devices Corp.'s Motion for Summary Judgment of
2  Non-infringement, the supporting and opposing papers, the pleadings and papers on file with the
3  Court, the evidence presented by counsel, and good cause appearing therefore, **IT IS HEREBY**
4  **ORDERED** that Plaintiff's Motion for Summary Judgment of Non-infringement of United States
5  Patent Number 5,825,352 is **GRANTED**.

7  IT IS SO ORDERED.

10  Dated: _____, 2007                    _____
                                                 CHARLES R. BREYER
11                                               UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING ELANTECH'S                      CASE NO. 06-CV-01839 CRB
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF USP 5,825,352