1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:     650-838-2000
   Facsimile:      650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13                                      ) Case No. 3:06-CV-01839 CRB
                                        )
14  ELANTECH DEVICES CORP.,             ) [PROPOSED] ORDER GRANTING
                                        ) ELANTECH'S ADMINISTRATIVE
15            Plaintiff,                ) MOTION TO FILE PAPERS UNDER SEAL
                                        )
16       vs.                            )
                                        ) Date:        June 29, 2007
17  SYNAPTICS, INC. and AVERATEC, INC.  ) Time:        10:00 am
                                        ) Judge:       Hon. Charles R. Breyer
18            Defendants.               ) Courtroom:   8, 19th Floor
                                        )
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ELANTECH'S                             CASE No. 06-CV-01839 CRB
MOTION TO SEAL

1   The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File
2   Papers Under Seal.  Good cause appearing, that motion is GRANTED.
3   It is hereby ORDERED that the following documents are to be filed under seal:
4   (1)    Elantech's Motion for Summary Judgment of Infringement of the Asserted Claims
5   of the '352 Patent, dated May 25, 2007.
6   (2)    Declaration of Ian Scott MacKenzie in Support of Elantech's Motion for Summary
7   Judgment of Infringement of the Asserted Claims of the '352 Patent, dated May 25, 2007.
8   IT IS SO ORDERED.

Dated: __May 29_____, 2007     _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



1