| | |
|---|---|
| 1  Scott R. Raber (CA SBN 194924) | Sean P. DeBruine (CA SBN 168071) |
| 2  KASTNER \| BANCHERO LLP | AKIN GUMP STRAUSS |
|    20 California Street, 7th Floor |    HAUER & FELD LLP |
| 3  San Francisco, California 94111 | Two Palo Alto Square |
|    Telephone: (415) 398-7000 | 3000 El Camino Real, Suite 400 |
| 4  Facsimile: (415) 616-7000 | Palo Alto, California 94306 |
|    Mr. Raber's email: srr@kastnerbanchero.com | Telephone: (650) 838-2000 |
| 5  | Facsimile: (650) 838-2001 |
|    Elizabeth F. Bernhardt (NY SBN EB 4637) | Mr. DeBruine's email: sdebruine@akingump.com |
| 6  Damir Cefo (NY SBN DC 1507) | |
|    Karen H. Bromberg (NY SBN KB 2153) | Attorneys for Plaintiff |
| 7  COHEN & GRESSER LLP | ELANTECH DEVICES CORPORATION |
|    100 Park Avenue, 23rd Floor | |
| 8  New York, New York 10017 | Karl J. Kramer (CA SBN 136433) |
| 9  Telephone: (212) 957-7600 | Erika Lin Labit (CA SBN 234919) |
|    Facsimile: (212) 957-4514 | MORRISON & FOERSTER LLP |
| 10 Mr. Gresser's email: ltgresser@cohengresser.com | 755 Page Mill Road |
|    Ms. Bromberg's email: kbromberg@cohengresser.com | Palo Alto, CA 94309 |
| 11 Admitted *Pro Hac Vice* | (650) 813-4218 |
| 12 | (650) 494-0792 (fax) |
|    Attorneys for Defendant | Mr. Kramer's email: kkramer@mofo.com |
| 13 AVERATEC, INC. | Ms. Labit's email: elabit@mofo.com |
| 14 | |
| 15 | Attorneys for Defendant |
|    | SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | CASE NO. C06-01839 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1

**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

1  Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3  Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5  Whereas Docket Item No. 129 consists of material from an unrelated case;
6  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP          COHEN & GRESSER LLP

                                            KASTNER | BANCHERO LLP


By: _____[signature]_____                   By: _____
    Sean P. DeBruine                            Scott R. Raber

Attorneys for Plaintiff                     Attorneys for Defendant
ELANTECH DEVICES CORPORATION                AVERATEC, INC.

DATED: June 5, 2007                         DATED: June ___, 2007

MORRISON & FOERSTER LLP


By: _____
    Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June ___, 2007

---

2

**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

1  Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3  Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5  Whereas Docket Item No. 129 consists of material from an unrelated case;
6  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP         COHEN & GRESSER LLP

                                           KASTNER | BANCHERO LLP

By:_____       By:_____
   Sean P. DeBruine                           Scott R. Raber

Attorneys for Plaintiff                    Attorneys for Defendant
ELANTECH DEVICES CORPORATION               AVERATEC, INC.

DATED: June ____, 2007                     DATED: June 5, 2007

MORRISON & FOERSTER LLP

By:_____
   Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June ____, 2007

|   |   |
|---|---|
| 1 | Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two |
| 2 | documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter; |
| 3 | Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed |
| 4 | with the Court; |
| 5 | Whereas Docket Item No. 129 consists of material from an unrelated case; |
| 6 | IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel |
| 7 | for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that |
| 8 | the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed |
| 9 | by the Court's e-filing administrators. |
| 10 | This Stipulation may be signed in counterparts, and copies of this Stipulation |
| 11 | signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated |
| 12 | as the original. |

AKIN GUMP STRAUSS HAUER & FELD LLP            COHEN & GRESSER LLP

KASTNER | BANCHERO LLP

By:_____            By:_____
    Sean P. DeBruine                              Scott R. Raber

Attorneys for Plaintiff                       Attorneys for Defendant
ELANTECH DEVICES CORPORATION                  AVERATEC, INC.

DATED: June ____, 2007                        DATED: June ____, 2007

MORRISON & FOERSTER LLP

By:_____
    Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June _5_, 2007

2
**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

## ORDER

IT IS SO ORDERED.

DATED: __June 7_____, 2007

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*