1  Scott R. Raber (CA SBN 194924)
   KASTNER | BANCHERO LLP
2  20 California Street, 7th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-7000
4  Facsimile: (415) 616-7000
   Mr. Raber's email: srr@kastnerbanchero.com
5
   Elizabeth F. Bernhardt (NY SBN EB 4637)
6  Damir Cefo (NY SBN DC 1507)
   Karen H. Bromberg (NY SBN KB 2153)
7  COHEN & GRESSER LLP
8  100 Park Avenue, 23rd Floor
   New York, New York 10017
9  Telephone: (212) 957-7600
   Facsimile: (212) 957-4514
10 Mr. Gresser's email: ltgresser@cohengresser.com
   Ms. Bromberg's email: kbromberg@cohengresser.com
11 Admitted *Pro Hac Vice*
12
   Attorneys for Defendant
13 AVERATEC, INC.

   Sean P. DeBruine (CA SBN 168071)
   AKIN GUMP STRAUSS
      HAUER & FELD LLP
   Two Palo Alto Square
   3000 El Camino Real, Suite 400
   Palo Alto, California 94306
   Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
   Mr. DeBruine's email: sdebruine@akingump.com

   Attorneys for Plaintiff
   ELANTECH DEVICES CORPORATION

   Karl J. Kramer (CA SBN 136433)
   Erika Lin Labit (CA SBN 234919)
   MORRISON & FOERSTER LLP
   755 Page Mill Road
   Palo Alto, CA 94309
   (650) 813-4218
   (650) 494-0792 (fax)
   Mr. Kramer's email: kkramer@mofo.com
   Ms. Labit's email: elabit@mofo.com

   Attorneys for Defendant
   SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

---

1

**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

1   Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2   documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3   Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4   with the Court;
5   Whereas Docket Item No. 129 consists of material from an unrelated case;
6   IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7   for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8   the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9   by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP           COHEN & GRESSER LLP

                                              KASTNER | BANCHERO LLP

By: _____/s/_____                         By: _____
    Sean P. DeBruine                              Scott R. Raber

Attorneys for Plaintiff                       Attorneys for Defendant
ELANTECH DEVICES CORPORATION                  AVERATEC, INC.

DATED: June 5, 2007                           DATED: June ___, 2007

MORRISON & FOERSTER LLP


By:_____
    Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.


DATED: June ___, 2007

---

2

**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

1  Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3  Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5  Whereas Docket Item No. 129 consists of material from an unrelated case;
6  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP

By:_____
   Sean P. DeBruine

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

DATED: June ____, 2007

MORRISON & FOERSTER LLP

By:_____
   Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June ____, 2007

COHEN & GRESSER LLP

KASTNER | BANCHERO LLP

By:_____
   Scott R. Raber

Attorneys for Defendant
AVERATEC, INC.

DATED: June 5, 2007

---

2
**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

1     Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;

    Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed with the Court;

    Whereas Docket Item No. 129 consists of material from an unrelated case;

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed by the Court's e-filing administrators.

    This Stipulation may be signed in counterparts, and copies of this Stipulation signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP      COHEN & GRESSER LLP

    KASTNER | BANCHERO LLP

By: _____      By: _____
    Sean P. DeBruine                                    Scott R. Raber

Attorneys for Plaintiff                          Attorneys for Defendant
ELANTECH DEVICES CORPORATION      AVERATEC, INC.

DATED: June ____, 2007                     DATED: June ____, 2007

MORRISON & FOERSTER LLP

By: _____
    Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June 5, 2007

2
**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

## ORDER

IT IS SO ORDERED.

DATED: June 7, 2007

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*