Scott R. Raber (CA SBN 194924)
KASTNER | BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Raber's email: srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Damir Cefo (NY SBN DC 1507)
Elizabeth F. Bernhardt (NY SBN EB 4637)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Ms. Bromberg's email: kbromberg@cohengresser.com
Mr. Cefo's email: dcefo@cohengresser.com
Ms. Bernhardt's email: ebernhardt@cohengresser.com
Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C06-01839 CRB<br><br>**NOTICE OF MOTION AND MOTION TO REMOVE DOCUMENTS INADVERTENTLY E-FILED BY DEFENDANT AVERATEC, INC. ON JUNE 1, 2007; DECLARATION OF SCOTT R. RABER IN SUPPORT THEREOF** |

1

TO ALL COUNSEL OF RECORD, please take notice that pursuant to Local Rule 7-11, defendant Averatec, Inc. hereby makes this motion to remove two documents incorrectly e-filed on June 1, 2007. The motion is being made as soon as practicable. The parties to this action have agreed to stipulate to this motion for administrative relief pursuant to Local Rule 7-11(a). The stipulation is being filed herewith and no hearing date is requested in accordance with Local Rule 7-11(c).

The first item to be removed is Docket No. 129. The filed document is a confidential fee agreement from an entirely unrelated matter that was inadvertently filed in error.

The second item to be removed is Docket No. 128. The document is Averatec's joinder in Synaptics' Local Patent Rule 3-6 disclosure. The document refers to confidential information and should not have been filed pursuant to the local rules.

Accordingly, Averatec, Inc. respectfully requests that the Court's staff be ordered to remove the documents e-filed as Docket Nos. 128 and 129 from the Court's file in the above-captioned matter.

DATED: June 5, 2007

COHEN & GRESSER LLP
KASTNER | BANCHERO LLP

By: _____
Scott R. Raber

Attorneys for Defendant
AVERATEC, INC.

## DECLARATION OF SCOTT R. RABER

I, SCOTT R. RABER, hereby declare:

1. I am an attorney admitted to practice before all courts of the States of California and New York, and am a partner at Kastner | Banchero LLP, counsel representing defendant Averatec, Inc. I submit this declaration in support of Averatec's Motion to Retract E-Filed Documents. I have personal knowledge of each of the matters set forth herein, and if called upon I could testify competently to them.

2. I affirm that the facts recited in the above memorandum are true and correct to the best of my knowledge.

I swear under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 5th day of June, 2007 in San Francisco, California.

_____
Scott R. Raber

---

3

**MOTION BY DEFENDANT AVERATEC, INC. TO RETRACT E-FILED DOCUMENTS**
CASE NO. C06-01839 CRB