| | |
|---|---|
| Scott R. Raber (CA SBN 194924)<br>KASTNER \| BANCHERO LLP<br>20 California Street, 7th Floor<br>San Francisco, California 94111<br>Telephone: (415) 398-7000<br>Facsimile: (415) 616-7000<br>Mr. Raber's email: srr@kastnerbanchero.com<br><br>Elizabeth F. Bernhardt (NY SBN EB 4637)<br>Damir Cefo (NY SBN DC 1507)<br>Karen H. Bromberg (NY SBN KB 2153)<br>COHEN & GRESSER LLP<br>100 Park Avenue, 23rd Floor<br>New York, New York 10017<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>Mr. Gresser's email: ltgresser@cohengresser.com<br>Ms. Bromberg's email: kbromberg@cohengresser.com<br>Admitted *Pro Hac Vice*<br><br>Attorneys for Defendant<br>AVERATEC, INC. | Sean P. DeBruine (CA SBN 168071)<br>AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 838-2000<br>Facsimile: (650) 838-2001<br>Mr. DeBruine's email: sdebruine@akingump.com<br><br>Attorneys for Plaintiff<br>ELANTECH DEVICES CORPORATION<br><br>Karl J. Kramer (CA SBN 136433)<br>Erika Lin Labit (CA SBN 234919)<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94309<br>(650) 813-4218<br>(650) 494-0792 (fax)<br>Mr. Kramer's email: kkramer@mofo.com<br>Ms. Labit's email: elabit@mofo.com<br><br>Attorneys for Defendant<br>SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1    Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3    Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5    Whereas Docket Item No. 129 consists of material from an unrelated case;
6    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10    This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.
13
14  AKIN GUMP STRAUSS HAUER & FELD LLP          COHEN & GRESSER LLP
15                                              KASTNER | BANCHERO LLP
16
17  By: _____[signature]_____             By: _____
       Sean P. DeBruine                                Scott R. Raber
18
19  Attorneys for Plaintiff                       Attorneys for Defendant
    ELANTECH DEVICES CORPORATION                 AVERATEC, INC.
20
21  DATED: June 5, 2007                           DATED: June ___, 2007

22  MORRISON & FOERSTER LLP
23
24  By:_____
       Erika Lin Labit
25
    Attorneys for Plaintiff
26  SYNAPTICS, INC.
27
    DATED: June ___, 2007
28
_____2_____
**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

1  Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3  Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5  Whereas Docket Item No. 129 consists of material from an unrelated case;
6  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP                COHEN & GRESSER LLP

                                                  KASTNER | BANCHERO LLP

By:_____                By:_____
   Sean P. DeBruine                                  Scott R. Raber

Attorneys for Plaintiff                           Attorneys for Defendant
ELANTECH DEVICES CORPORATION                      AVERATEC, INC.

DATED: June ____, 2007                            DATED: June  5 , 2007

MORRISON & FOERSTER LLP

By:_____
   Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June ____, 2007

1  Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3  Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5  Whereas Docket Item No. 129 consists of material from an unrelated case;
6  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP           COHEN & GRESSER LLP

                                              KASTNER | BANCHERO LLP

By:_____            By:_____
    Sean P. DeBruine                              Scott R. Raber

Attorneys for Plaintiff                        Attorneys for Defendant
ELANTECH DEVICES CORPORATION                   AVERATEC, INC.

DATED: June ____, 2007                         DATED: June ____, 2007

MORRISON & FOERSTER LLP

By:_____
    Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June 5, 2007

2
**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2007

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT