1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. LABIT (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   kkramer@mofo.com
5
   Attorneys for Defendant
6  SYNAPTICS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a            Case No.   C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                    **STIPULATION AND
                                               [PROPOSED] ORDER
14             Plaintiff,                      EXTENDING HEARING DATE
                                               AND BRIEFING SCHEDULE
15         v.                                  FOR MOTIONS FOR SUMMARY
                                               JUDGMENT**
16  SYNAPTICS, INC., a Delaware corporation;
    AVERATEC, INC., a California corporation; and
17  PROSTAR COMPUTER, INC., a California
    corporation,
18
               Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22

23        Pursuant to Civil Local Rule 6-2, Plaintiff Elantech Devices Corp. ("Elantech") and

24  Defendants Synaptics, Inc. ("Synaptics") and Averatec, Inc. ("Averatec") hereby stipulate to the

25  following:

26                                        **RECITALS**

27        WHEREAS, on April 20, 2007, Synaptics brought a Motion for Summary Judgment for

28  Noninfringement of the '352 Patent;

STIP & PRIOPOSED ORDER TO EXTEND MSJ HEARNIG; CASE NO. C06-01839 CRB          1

pa-1172142

1    WHEREAS, on April 20, 2007, co-Defendant Averatec, Inc. ("Averatec") joined
2  Synaptics' Motion for Summary Judgment of Noninfringement of the '352 Patent;

3    WHEREAS, on May 17, 2007, the Clerk issued a notice rescheduling the hearing on
4  Synaptics' Motion for Summary Judgment to June 29, 2007;

5    WHEREAS, on May 25, 2007, Elantech brought a Motion for Summary Judgment for
6  Infringement of the '352 Patent, set for hearing on June 29, 2007;

7    WHEREAS, on June 4, 2007, Elantech took the deposition of Synaptics pursuant to Fed.
8  R. Civ. P. 30(b)(6) on topics relating to the operation of the accused devices at issue in the
9  parties' pending Motions for Summary Judgment of Infringement;

10   WHEREAS, on June 6, 2007, the parties' respective experts were deposed concerning the
11 expert declarations filed in connection the parties' Motions for Summary Judgment;

12   WHEREAS, the parties desire more time to review the transcripts from the depositions
13 taken on June 4, 2007 and June 6, 2007;

14   WHEREAS, lead counsel for Synaptics has a family emergency that precludes his
15 participation in the completion of briefing that would otherwise be due on June 8, 2007;

16   WHEREAS, in light of the above-referenced facts, the parties have agreed to a one week
17 continuance of the briefing and hearing schedule.

18                           **STIPULATION**

19   IT IS HEREBY STIPULATED BY THE PARTIES, that, subject to the Court's approval,
20 hearing date for the pending Motions for Summary Judgment shall be moved one week to July 6,
21 2007, with the remaining briefing schedule also moving one week pursuant to Civil Local
22 Rule 7-3.

| | | |
|---|---|---|
| Dated: | June 7, 2007 | YITAI HU<br>SEAN DEBRUINE<br>HSIN-YI CINDY FENG<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| | | By:  s/ Sean DeBruine<br>         Sean DeBruine |
| | | Attorneys for Plaintiff<br>ELANTECH DEVICES CORP. |
| Dated: | June 7, 2007 | KARL J. KRAMER<br>ERIKA L. LABIT<br>MORRISON & FOERSTER LLP |
| | | By:  s/Karl J. Kramer<br>         Karl J. Kramer |
| | | Attorneys for Defendant<br>SYNAPTICS, INC. |
| Dated: | June 7, 2007 | COHEN & GRESSER, LLP<br><br>KASTNER | BANCHERO, LLP |
| | | By:  s/Scott R. Raber<br>         Scott R. Raber |
| | | Attorneys for Defendant<br>AVERATEC, INC. |

**ORDER**

The parties' Motions for Summary Judgment currently scheduled for hearing June 29, 2007 at 10:00 a.m. in this matter is hereby continued until July 6, 2007 at 10:00 a.m., with the remaining briefing schedule deadlines also moving one week in accordance with Civil Local Rule 7-3.

Good cause appearing, IT IS SO ORDERED.

Dated: _____, 2007

_____
Honorable Charles R. Breyer
United States District Judge

STIP AND PROPOSED ORDER TO EXTEND MSJ HEARING; CASE NO. C06-01839 CRB          3
pa-1172142

1  I, Karl J. Kramer, am the ECF user whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER TO EXTEND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Scott R. Raber have concurred in this filing.

Dated: June 7, 2007

Morrison & Foerster LLP

By:   s/Karl J. Kramer
      Karl J. Kramer

      Attorney for Defendant
      Synaptics, Inc.