KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
kkramer@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.   C06-01839 CRB <br><br> **SYNAPTICS' NOTICE OF OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT** |
| AND RELATED COUNTERCLAIMS | |

    Synaptics provides this notice that it opposes Elantech's Motion for Summary Judgment of Infringement of the '352 Patent. Elantech's new briefing simply repeats the same arguments from its opposition to Synaptics' Motion for Summary Judgment of Noninfringement of the '352 Patent and does not raise a genuine issue of fact supporting the assertion that the required claim limitations "(a)" through "(c)" and the "providing" limitations in Claims 1 and 18 of the '352 Patent are met by any of the accused Synaptics products. Synaptics' briefs filed on April 20,

1  2007 and May 18, 2007, and the declarations filed in support thereof, explain in great detail why

2  each of Elantech's arguments fails as a matter of law. Rather than repeat the prior briefing,

3  Synaptics hereby incorporates its prior briefing and declarations by reference.[1] Synaptics

4  respectfully requests that the Court deny Elantech's Motion for Summary Judgment of

5  Infringement.

Dated: June 8, 2007

KARL J. KRAMER
MORRISON & FOERSTER LLP


By:  s/Karl J. Kramer
        Karl J. Kramer

Attorneys for Defendant
SYNAPTICS, INC.

---

[1] On June 7, 2007, the parties filed a Stipulation and [Proposed] Order Extending Hearing Date and Briefing Schedule for Motions for Summary Judgment, in part because deposition transcripts of testimony given by the parties' experts on summary judgment, taken this week, have not yet been finalized. If the Court approves the parties' stipulated request for a one-week continuance of the hearing and briefing schedule, Synaptics will include any further pertinent information from those deposition transcripts in its Opposition Brief to Elantech's Motion for Summary Judgment for Infringement on Friday, June 15, in accordance with the proposed stipulation filed by the parties.