1  SCOTT R. RABER (CA SBN 194924)
   KASTNER BANCHERO LLP
2  20 California Street, 7th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-7000
4  Facsimile: (415) 616-7000
   srr@kastnerbanchero.com
5
   Karen H. Bromberg (NY SBN KB 2153)
6  Elizabeth F. Bernhardt (NY SBN EB 4637)
   Damir Cefo (NY SBN DC 1507)
7  COHEN & GRESSER LLP
   100 Park Avenue, 23rd Floor
8  New York, New York 10017
   Telephone: (212) 957-7600
9  Facsimile: (212) 957-4514
   kbromberg@cohengresser.com
10 ebernhardt@cohengresser.com
   dcefo@cohengresser.com
11
   Admitted *Pro Hac Vice*
12
   Attorneys for Defendant
13 AVERATEC, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18
   ELANTECH DEVICES CORPORATION, a          Case No.   C06-01839 CRB
19 corporation existing under the laws of Taiwan,
   R.O.C.,                                  AVERATEC INC.'S JOINDER IN
20                                          SYNAPTICS INC.'S NOTICE OF
                  Plaintiff,                OPPOSITION TO ELANTECH'S
21                                          MOTION FOR SUMMARY
          v.                                JUDGMENT FOR
22                                          INFRINGEMENT
   SYNAPTICS, INC., a Delaware corporation;
23 AVERATEC, INC., a California corporation; and
   PROSTAR COMPUTER, INC., a California
24 corporation,

25                Defendants.

26

27

28 AVERATEC'S JOINDER IN SYNAPTICS' OPPOSITION                    {1139-006/00016463.DOCv}}
   TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT
   CASE NO. 3:06-CV-01839 CRB

1  Defendant Averatec, Inc. ("Averatec") hereby joins in defendant and counterclaimant
2  Synaptics Inc.'s ("Synaptics") Notice f Opposition to Elantech's Motion for Summary Judgment
3  for Infringement of the Asserted Claims of the '352 Patent ("Opposition").

4  Defendant Averatec incorporates by reference and adopts in their entirety as if fully set
5  forth herein, Synaptics' Opposition and other documents relied upon and/or submitted by
6  Synaptics in connection with this Opposition.

Dated: June 9, 2007

KASTNER BANCHERO LLP

COHEN & GRESSER LLP


By:   /s/ Scott R. Raber, Esq.


Attorneys for Defendant
AVERATEC, INC.