Scott R. Raber (CA SBN 194924)
KASTNER | BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
Mr. Raber's email: srr@kastnerbanchero.com

Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
Karen H. Bromberg (NY SBN KB 2153)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
Mr. Gresser's email: ltgresser@cohengresser.com
Ms. Bromberg's email: kbromberg@cohengresser.com
Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

Sean P. DeBruine (CA SBN 168071)
AKIN GUMP STRAUSS
  HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 838-2000
Facsimile:   (650) 838-2001
Mr. DeBruine's email: sdebruine@akingump.com

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

Karl J. Kramer (CA SBN 136433)
Erika Lin Labit (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94309
(650) 813-4218
(650) 494-0792 (fax)
Mr. Kramer's email: kkramer@mofo.com
Ms. Labit's email: elabit@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1  Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two
2  documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;
3  Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed
4  with the Court;
5  Whereas Docket Item No. 129 consists of material from an unrelated case;
6  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel
7  for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that
8  the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed
9  by the Court's e-filing administrators.
10  This Stipulation may be signed in counterparts, and copies of this Stipulation
11  signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated
12  as the original.

14  AKIN GUMP STRAUSS HAUER & FELD LLP         COHEN & GRESSER LLP

15                                             KASTNER | BANCHERO LLP

17  By: _____/s/ Sean DeBruine_____             By:_____
        Sean P. DeBruine                           Scott R. Raber
18
19  Attorneys for Plaintiff                    Attorneys for Defendant
    ELANTECH DEVICES CORPORATION               AVERATEC, INC.
20
21  DATED: June 5, 2007                        DATED: June ___, 2007

22  MORRISON & FOERSTER LLP

23
24  By:_____
        Erika Lin Labit

25  Attorneys for Plaintiff
26  SYNAPTICS, INC.

27
28  DATED: June ___, 2007

_____2_____
**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

|   |   |
|---|---|
| 1 | Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two |
| 2 | documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter; |
| 3 | Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed |
| 4 | with the Court; |
| 5 | Whereas Docket Item No. 129 consists of material from an unrelated case; |
| 6 | IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel |
| 7 | for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that |
| 8 | the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed |
| 9 | by the Court's e-filing administrators. |
| 10 | This Stipulation may be signed in counterparts, and copies of this Stipulation |
| 11 | signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated |
| 12 | as the original. |

AKIN GUMP STRAUSS HAUER & FELD LLP

By:_____
Sean P. DeBruine

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

DATED: June ____, 2007

MORRISON & FOERSTER LLP

By:_____
Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June ____, 2007

COHEN & GRESSER LLP

KASTNER | BANCHERO LLP

By:_____
Scott R. Raber

Attorneys for Defendant
AVERATEC, INC.

DATED: June _5_, 2007

Whereas on June 1, 2007, counsel for Averatec, Inc. ("Averatec") inadvertently filed two documents erroneously, Docket Nos. 128 and 129, in the above-captioned matter;

Whereas Docket Item No. 128 consists of disclosure material not required to by e-filed with the Court;

Whereas Docket Item No. 129 consists of material from an unrelated case;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiff Elantech Devices Corporation, defendant Synaptics, Inc., and defendant Averatec that the documents on the Court's docket numbered 128 and 129, e-filed by Avaretec, may be removed by the Court's e-filing administrators.

This Stipulation may be signed in counterparts, and copies of this Stipulation signed by counsel and transmitted by facsimile or email shall be deemed fully effective and treated as the original.

AKIN GUMP STRAUSS HAUER & FELD LLP

By:_____
   Sean P. DeBruine

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

DATED: June ____, 2007

MORRISON & FOERSTER LLP

By: /s/ Erika Lin Labit
    Erika Lin Labit

Attorneys for Plaintiff
SYNAPTICS, INC.

DATED: June 5, 2007

COHEN & GRESSER LLP

KASTNER | BANCHERO LLP

By:_____
   Scott R. Raber

Attorneys for Defendant
AVERATEC, INC.

DATED: June ____, 2007
2

**STIPULATION AND [PROPOSED] ORDER**
CASE NO. C06-01839 CRB

**ORDER**

IT IS SO ORDERED.

DATED: __June 7_____, 2007

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*