| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. LABIT (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | kkramer@mofo.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | | Case No.   C06-01839 CRB |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| v. | | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | | |
| | Defendants. | |
| AND RELATED COUNTERCLAIMS | | |

Pursuant to Civil Local Rule 6-2, Plaintiff Elantech Devices Corp. ("Elantech") and Defendants Synaptics, Inc. ("Synaptics") and Averatec, Inc. ("Averatec") hereby stipulate to the following:

**RECITALS**

WHEREAS, on April 20, 2007, Synaptics brought a Motion for Summary Judgment for Noninfringement of the '352 Patent;

STIP & PRIOPOSED ORDER TO EXTEND MSJ HEARNIG; CASE NO. C06-01839 CRB            1

pa-1172142

1  WHEREAS, on April 20, 2007, co-Defendant Averatec, Inc. ("Averatec") joined Synaptics' Motion for Summary Judgment of Noninfringement of the '352 Patent;

3  WHEREAS, on May 17, 2007, the Clerk issued a notice rescheduling the hearing on Synaptics' Motion for Summary Judgment to June 29, 2007;

5  WHEREAS, on May 25, 2007, Elantech brought a Motion for Summary Judgment for Infringement of the '352 Patent, set for hearing on June 29, 2007;

7  WHEREAS, on June 4, 2007, Elantech took the deposition of Synaptics pursuant to Fed. R. Civ. P. 30(b)(6) on topics relating to the operation of the accused devices at issue in the parties' pending Motions for Summary Judgment of Infringement;

10  WHEREAS, on June 6, 2007, the parties' respective experts were deposed concerning the expert declarations filed in connection the parties' Motions for Summary Judgment;

12  WHEREAS, the parties desire more time to review the transcripts from the depositions taken on June 4, 2007 and June 6, 2007;

14  WHEREAS, lead counsel for Synaptics has a family emergency that precludes his participation in the completion of briefing that would otherwise be due on June 8, 2007;

16  WHEREAS, in light of the above-referenced facts, the parties have agreed to a one week continuance of the briefing and hearing schedule.

**STIPULATION**

IT IS HEREBY STIPULATED BY THE PARTIES, that, subject to the Court's approval, hearing date for the pending Motions for Summary Judgment shall be moved one week to July 6, 2007, with the remaining briefing schedule also moving one week pursuant to Civil Local Rule 7-3.

| | | |
|---|---|---|
| 1 | Dated: June 7, 2007 | YITAI HU |
| 2 | | SEAN DEBRUINE |
| | | HSIN-YI CINDY FENG |
| 3 | | AKIN GUMP STRAUSS HAUER & FELD LLP |

Dated: June 7, 2007

YITAI HU
SEAN DEBRUINE
HSIN-YI CINDY FENG
AKIN GUMP STRAUSS HAUER & FELD LLP

By:    s/ Sean DeBruine
       Sean DeBruine

Attorneys for Plaintiff
ELANTECH DEVICES CORP.

Dated: June 7, 2007

KARL J. KRAMER
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By:    s/Karl J. Kramer
       Karl J. Kramer

Attorneys for Defendant
SYNAPTICS, INC.

Dated: June 7, 2007

COHEN & GRESSER, LLP

KASTNER | BANCHERO, LLP

By:    s/Scott R. Raber
       Scott R. Raber

Attorneys for Defendant
AVERATEC, INC.

**ORDER**

The parties' Motions for Summary Judgment currently scheduled for hearing June 29, 2007 at 10:00 a.m. in this matter is hereby continued until July 6, 2007 at 10:00 a.m., with the remaining briefing schedule deadlines also moving one week in accordance with Civil Local Rule 7-3.

Good cause appearing, IT IS SO ORDERED.

Dated: _____June 11_____, 2007

_____
Honorable
United S

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

STIP AND PROPOSED ORDER TO EXTEND MSJ HEARING; CASE NO. C06-01839 CRB     3
pa-1172142