1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, California 94306-2112
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
|---|---|
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| vs. | Date:        June 29, 2007<br>Time:        10:00 am |
| SYNAPTICS, INC. and AVERATEC, INC., | Judge:      Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |
| Defendants. | |

**NOTICE OF MANUAL FILING**

1.   REGARDING: **SUPPLEMENTAL IAN SCOTT MACKENZIE DECLARATION TO THE MAY 11 AND 24, 2007 DECLARATIONS OF IAN SCOTT MACKENZIE, DATED JUNE 12, 2007.**

   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

   _____

Dated:  June 12, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

                       By_____/s/_____

                             Sean P. DeBruine
                             Attorney for Plaintiff
                             ELAN DEVICES CORP.

1