1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California 94306
5  Telephone:    650-838-2000
   Facsimile:    650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC., <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **ELANTECH'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING SEAN P. DEBRUINE DECLARATION** <br><br> Date:      June 29, 2007 <br> Time:      10:00 am <br> Judge:     Hon. Charles R. Breyer <br> Courtroom: 8, 19th Floor |

1	Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation
2	("Elantech") hereby request leave of Court to file under seal the following document which has
3	been lodged with the Clerk:
4	    1.    Supplemental Ian Scott MacKenzie Declaration to the May 11 and 24, 2007
5	Declarations of Ian Scott MacKenzie, dated June 12, 2007.
6	    As discussed in the attached supporting declaration of Sean P. DeBruine, the Supplemental
7	MacKenzie Declaration discusses in detail aspects of the design of the accused products, including
8	highly confidential source code, of Defendant Synaptics, Inc. ("Synaptics").  This discussion is
9	located throughout the Declaration.  Synaptics represented that this source code contains highly
10	confidential business information, consisting of the details of the operations of Synaptics' touchpad
11	products, and designated as "Confidential – Attorneys' Eyes Only" under the September 26, 2006
12	Amended Protective Order.  *See* attached supporting declaration of Sean P. DeBruine.  Because the
13	source code is of Synaptics' products, if Synaptics seeks to change the filing of the Supplemental
14	MacKenzie Declaration from filed under seal to publicly filed, Elantech does not oppose.

Dated:  June 12, 2007         AKIN GUMP STRAUSS HAUER & FELD LLP


                              By_____/s/_____
                                       Sean P. DeBruine
                                       Attorney for Plaintiff
                                   ELANTECH DEVICES CORP.

1

## SUPPORTING DECLARATION OF SEAN P. DEBRUINE

I, Sean P. DeBruine, declare as follows:

1. I am an attorney with the law firm of Akin, Gump, Strauss, Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal the Supplemental Ian Scott MacKenzie Declaration to the May 11 and 24, 2007 Declarations of Ian Scott MacKenzie, dated June 12, 2007.

3. The Supplemental MacKenzie Declaration discusses in detail the source code of Defendant Synaptics, Inc. ("Synaptics"), which Synaptics represented to contain the details the operations of its touchpad products, and as such, constituted highly confidential business information, and was designated as "Confidential - Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Stipulated Protective Order. The discussion of this source code is located throughout the Supplemental MacKenzie Declaration. Accordingly, Elantech submitted the Supplemental MacKenzie Declaration for filing under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of June, 2007 in Palo Alto, California.


By: _____/s/_____
    Sean P. DeBruine

2

ELANTECH'S REQUEST TO FILE DOCUMENTS UNDER SEAL                    CASE NO. 06-CV-01839 CRB
WITH SUPPORTING DEBRUINE DECL.