1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:       650-838-2000
   Facsimile:       650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13                                         ) Case No. 3:06-CV-01839 CRB
                                           )
14  ELANTECH DEVICES CORP.,                ) **[PROPOSED] ORDER GRANTING**
                                           ) **ELANTECH'S ADMINISTRATIVE**
15            Plaintiff,                   ) **MOTION TO FILE PAPERS UNDER SEAL**
                                           )
16       vs.                               ) Date:      June 29, 2007
                                           ) Time:      10:00 am
17  SYNAPTICS, INC. and AVERATEC, INC.,    ) Judge:     Hon. Charles R. Breyer
                                           ) Courtroom: 8, 19th Floor
18            Defendants.                  )
                                           )
19  _____    )

20

21

22

23

24

25

26

27

28

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers Under Seal.  Good cause appearing, that motion is GRANTED.

It is hereby ORDERED that the following document is to be filed under seal:

(1) Supplemental Ian Scott MacKenzie Declaration to the May 11 and 24, 2007 Declarations of Ian Scott Mackenzie, dated June 12, 2007.

IT IS SO ORDERED.

Dated: _____, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE