1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. LABIT (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant
   SYNAPTICS, INC.
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|---|
| 13 | | **DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF KARL J. KRAMER** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| 17 | | Date: July 6, 2007 |
| 18 | | Time: 10:00 a.m. Courtroom 8, 19th Floor Hon. Charles R. Breyer |
| 19 | Defendants. | |
| 20 | AND RELATED COUNTERCLAIMS | |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5, Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under seal the following documents: (1) Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment of Infringement of the '352 Patent ("Opposition Brief"); and (2) Exhibits A, B, C, E and F to the Declaration of Erika L. Labit in Support of Synaptics' Opposition to Elantech's Motion for Summary Judgment; ("Labit Declaration").

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

The Opposition Brief and Exhibits A, B, C, E, and F to the Labit Declaration discuss and refer in detail, and throughout the documents, "current" and "exemplary" versions of Synaptics' highly confidential proprietary trade-secret protected firmware and source code ("Code"). In particular, Exhibits A, B, and F to the Labit Declaration consist of excerpts from the Confidential Depositions of Synaptics, Inc., Ian Scott MacKenzie, and Andrew Wolfe in which all three witnesses describe in detail the operation of Synaptics' highly confidential Code. Exhibit E to the Labit Declaration is an email that contains descriptions of Synaptics' highly confidential Code. Exhibit C to the Labit Declaration is a log of Dr. MacKenzie's access to the Code that was marked "Confidential – Attorneys Eyes Only" by Elantech. The Opposition Brief also contains references throughout to the Confidential deposition testimony and discusses the Code in detail.

The Code is protectable as a trade secret pursuant to Cal. Civ. Code § 3426.1(d) because it contains information that, if known, would, under some circumstances, permit a competitor to copy features of Synaptics' devices and save the competitor significant investment costs in research and development. Synaptics has been diligent in protecting the confidentiality of this information and derives significant independent economic value from the fact that the Code is not generally known to the public. The Code's confidentiality is discussed and supported in detail in the Declaration of David W. Gillespie in Support of Defendant Synaptics' Miscellaneous Administrative Request to File Documents Under Seal, executed April 23, 2007.

1 | The Court has already granted Elantech's requests in the briefing on this motion to file
2 | materials relating to the Code under seal. (*See* May 29, 2007 Order Granting Elantech's
3 | Administrative Motion to File Papers Under Seal.)
4 | For the reasons stated above, Synaptics respectfully requests that the Court grant its
5 | Miscellaneous Administrative Request to File Documents Under Seal.

Dated: June 15, 2007

KARL J. KRAMER
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By: /s/Karl J. Kramer
    Karl J. Kramer

Attorneys for Defendant and
Counterclaimant
SYNAPTICS, INC.

### SUPPORTING DECLARATION OF KARL J. KRAMER

I, Karl J. Kramer, declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Synaptics seeks to file under seal the following two sets of documents:

   a. Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment of Infringement of the '352 Patent ("Opposition Brief"); and

   b. Exhibits A, B, C, E and F of the Declaration of Erika L. Labit in Support of Synaptics' Opposition to Elantech's Motion for Summary Judgment; ("Labit Declaration").

3. The Opposition Brief and Exhibits, A, B, C, E and F to the Labit Declaration discuss and refer in detail "current" and "exemplary" versions of Synaptics' highly confidential proprietary trade-secret protected firmware and source code. The confidentiality of such code is discussed and supported in detail in the Declaration of David W. Gillespie in Support of Defendant Synaptics' Miscellaneous Administrative Request to File Documents Under Seal, executed April 23, 2007. Accordingly, Synaptics seeks to file the Opposition Brief and Exhibits A-F to the Labit Declaration under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 15, 2007, in Palo Alto, California.

By:  /s/Karl J. Kramer
     Karl J. Kramer

| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. LABIT (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
| 13 | | **[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| 17 | | Date: July 6, 2007 |
| 18 | | Time:  10:00 a.m. |
| | Defendants. | Courtroom 8, 19th Floor |
| 19 | | Hon. Charles R. Breyer |
| 20 | AND RELATED COUNTERCLAIMS | |

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1173684

1   This matter comes before the Court on an administrative motion to file under seal Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment for Infringement ("Opposition Brief"), and Exhibits A, B, C, E and F to the Declaration of Erika L. Labit in Support of Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment for Infringement ("Labit Declaration"), filed June 15, 2007.  Having considered Synaptics' request, as well as the pleadings and materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for the Opposition Brief and Exhibits A, B, C, E and F to the Labit Declaration to be filed under seal. Defendant's administrative motion to file the Opposition Brief and Exhibits A, B, C, E and F to the Labit Declaration under seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

By: _____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE CHARLES R. BREYER

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1173684

1