| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. LABIT (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.    C 06-01839 CRB |
| 13 | | **MANUAL FILING NOTIFICATION OF SYNAPTICS' BRIEF IN OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT** |
| 14 | Plaintiff, | |
| 15 | | |
| 16 | v. | |
| 17 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: July 6, 2007 |
| 18 | | Time:  10:00 a.m. |
| | | Courtroom 8, 19th Floor |
| | | Hon. Charles R. Breyer |
| 19 | Defendants. | |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIMS | |

1    Regarding: Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment
2    of Infringement. This filing is in paper or physical form only, and is being maintained in the
3    case file in the Clerk's office.

4    If you are a participant on this case, this filing will be served in hard-copy shortly.

5    For information on retrieving this filing directly from the court, please see the court's
6    main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7    This filing was not efiled for the following reason(s):

8    ___ Voluminous Document (PDF file size larger than the efiling system allows)

9    ___ Unable to Scan Documents

10   ___ Physical Object (description): _____

11   _____

12   ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13   _x_ Item Under Seal

14   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

15   ___ Other (description): _____

16   _____

17
18   Dated: June 15, 2007                KARL J. KRAMER
                                         ERIKA L. LABIT
19                                       MORRISON & FOERSTER LLP

20
                                         By:  /s/Karl J. Kramer
21                                               Karl J. Kramer

22                                       Attorneys for Defendant and
                                         Counterclaimant
23                                       SYNAPTICS, INC.

MANUAL FILING NOTIFICATION OF SYNAPTICS' BRIEF IN OPPOSITION TO ELANTECH'S
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT
CASE NO. C 06-01839 CRB
pa-1174182

1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. LABIT (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650-813-5600
4  Facsimile: 650-494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB
13 | | **[PROPOSED] ORDER DENYING ELANTECH'S MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT**
14 | Plaintiff, |
15 | v. |
   | | Date: July 6, 2007
16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and | Time:  10:00 a.m.
17 | PROSTAR COMPUTER, INC., a California corporation, | Courtroom 8, 19th Floor
   | | Hon. Charles R. Breyer
18 | |
   | Defendants. |
19 | |
20 | AND RELATED COUNTERCLAIMS |

1   This matter comes before the Court on July 6, 2007. Having considered
2   Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment for
3   Infringement (the "Motion"), and having reviewed the papers filed by the parties related
4   to the Motion, and having heard the argument of counsel, the Court rules as follows:
5       IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED. Elantech has
6   failed to meet its burden of proving that no genuine disputed issue of fact exists to
7   establish infringement. To the contrary, Elantech fails to present any evidence to raise a
8   material fact to dispute that numerous claim limitations are not found in the accused
9   Synaptics Touchpad devices.
10      IT IS SO ORDERED.
11  Dated: _____

By: _____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE CHARLES R. BREYER