KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**DECLARATION OF ERIKA L. LABIT IN SUPPORT OF SYNAPTICS' BRIEF IN OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT**<br><br>Date: July 6, 2007<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

I, Erika L. Labit, hereby declare as follows:

1.   I am a member of the bar of the State of California, and I am admitted before this Court.  I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action.  I make this declaration in support of Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment for Infringement.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.  On June 4, 2007, Elantech Devices Corp. ("Elantech") took the deposition of Synaptics, Inc. ("Synaptics") pursuant to Fed. R. Civ. P. 30(b)(6) on topics related to the parties' pending motions for summary judgment. David Gillespie testified on behalf of Synaptics. A true and correct copy of relevant excerpts of the Confidential transcript of the deposition of David Gillespie is attached hereto as Exhibit A.

3.  On June 6, 2007, Synaptics took the deposition of Elantech's expert, Dr. Ian MacKenzie. A true and correct copy of relevant excerpts of the Confidential transcript of the deposition of Dr. MacKenzie is attached hereto as Exhibit B.

4.  In connection with his deposition, Dr. MacKenzie provided a document entitled "Log of Scott MacKenzie's access to Synaptics Code," marked in his deposition as Exhibit 1008, and attached hereto as Exhibit C. Dr. MacKenzie stated in his deposition that the document "is a log of my access to Synaptics software." (*See* Ex. B, 52:25-54:5.) Although the log of his access to Synaptics Code states that on May 10, 2007, Dr. MacKenzie received Synaptics' software, Dr. MacKenzie testified that he believes that the Synaptics software was shipped to him on May 10 and that he may have received it on May 11. (*See* Ex. B, 53:9-17.) Dr. MacKenzie testified that he did not do any work with the Synaptics code until May 24, 2007. (*See* Ex. B, 53:18-54:17.)

5.  Dr. MacKenzie was also asked in his deposition how he prepared his May 11 Declaration. When answering, he started to say that he had reviewed Synaptics' code prior to preparing the May 11 Declaration, but stopped himself, clarifying that "no, wait a second. This is the first [declaration]." (*See* Exhibit B, 58:23-59:6.) He also noted that he did not think that he ever even received the binders produced by Synaptics of printouts of Synaptics' code. (*See* Exhibit B, 60:25-61:6.)

6.  When responding to questions pertaining to Synaptics' Code during his deposition, Dr. MacKenzie was asked to annotate a set of finger profile data by identifying by circling the particular values in the finger profile. (*See* Ex. B, 9:5-15, 13:6-13, 14:4-18.) Attached hereto as Exhibit D is a true and correct copy of Exhibit 1002 as annotated by Dr. Ian MacKenzie during his deposition on June 6, 2007.

1      7.    In connection with his deposition, Dr. MacKenzie produced an e-mail from a Mr. Lewis Collier to Dr. MacKenzie and Elantech's counsel, Clark Jablon, Bates labeled ETD0012123-ETD0012124. Attached hereto as Exhibit E is a true and correct copy of that e-mail, which was marked as Exhibit 1009 to Dr. MacKenzie's deposition of June 6, 2007.

8.    On June 6, 2007, Elantech took the deposition of Synaptics' expert, Dr. Andrew Wolfe. A true and correct copy of relevant excerpts of the confidential transcript of the deposition of Dr. Wolfe is attached hereto as Exhibit F.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 15, 2007, in Palo Alto, California.

                      By: /s/Erika L. Labit
                            Erika L. Labit

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this Declaration of Erika L. Labit in Support of Synaptics' Opposition to Elantech's Motion for Summary Judgment. In compliance with General Order 45, X.B., I hereby attest that Erika L. Labit has concurred in this filing.

Dated: June 15, 2007                MORRISON & FOERSTER LLP

                      By: /s/Karl J. Kramer
                          Karl J. Kramer

                          Attorneys for Defendant
                          SYNAPTICS, INC.

# EXHIBIT A

Case 5:06-cv-01839-PVT    Document 143-2    Filed 06/15/2007    Page 1 of 3

| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. LABIT (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C 06-01839 CRB |
| 13 | | **MANUAL FILING NOTIFICATION OF EXHIBIT A TO DECLARATION OF ERIKA L. LABIT IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | | |
| 17 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: July 6, 2007 |
| 18 | | Time: 10:00 a.m. |
| | | Courtroom 8, 19th Floor |
| | | Hon. Charles R. Breyer |
| 19 | Defendants. | |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIMS | |

1  Regarding: Exhibit A to Declaration of Erika L. Labit in Support of Synaptics'
2  Opposition to Elantech's Motion for Summary Judgment.  This filing is in paper or physical
3  form only, and is being maintained in the case file in the Clerk's office.
4  If you are a participant on this case, this filing will be served in hard-copy shortly.
5  For information on retrieving this filing directly from the court, please see the court's
6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not efiled for the following reason(s):
8  ___ Voluminous Document (PDF file size larger than the efiling system allows)
9  ___ Unable to Scan Documents
10 ___ Physical Object (description): _____
11 _____
12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13 _x_ Item Under Seal
14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 ___ Other (description): _____
16 _____

17
18  Dated: June 15, 2007                KARL J. KRAMER
                                        ERIKA L. LABIT
19                                      MORRISON & FOERSTER LLP

20
                                        By:  /s/Karl J. Kramer
21                                              Karl J. Kramer

22                                      Attorneys for Defendant and
                                        Counterclaimant
23                                      SYNAPTICS, INC.

24
25
26
27
28

MANUAL FILING NOTIFICATION OF EXH. A TO DECLARATION OF ERIKA L. LABIT I/S/O SYNAPTICS'
OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01839 CRB
pa-1174161

# EXHIBIT B

1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. LABIT (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 ELANTECH DEVICES CORPORATION, a           Case No.   C 06-01839 CRB
   corporation existing under the laws of Taiwan,
13 R.O.C.,                                   **MANUAL FILING
                                             NOTIFICATION OF EXHIBIT B
14                 Plaintiff,                TO DECLARATION OF ERIKA L.
                                             LABIT IN SUPPORT OF
15        v.                                 SYNAPTICS' OPPOSITION TO
                                             ELANTECH'S MOTION FOR
16                                           SUMMARY JUDGMENT**
   SYNAPTICS, INC., a Delaware corporation;
17 AVERATEC, INC., a California corporation; Date: July 6, 2007
   and PROSTAR COMPUTER, INC., a             Time: 10:00 a.m.
18 California corporation,                   Courtroom 8, 19th Floor
                                             Hon. Charles R. Breyer
19                 Defendants.

20

21 AND RELATED COUNTERCLAIMS

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION OF EXH. B TO DECLARATION OF ERIKA L. LABIT I/S/O SYNAPTICS'
OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01839 CRB
pa-1174165

1     Regarding: Exhibit B to Declaration of Erika L. Labit in Support of Synaptics'
2 Opposition to Elantech's Motion for Summary Judgment.  This filing is in paper or physical
3 form only, and is being maintained in the case file in the Clerk's office.
4     If you are a participant on this case, this filing will be served in hard-copy shortly.
5     For information on retrieving this filing directly from the court, please see the court's
6 main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7     This filing was not efiled for the following reason(s):
8 ___ Voluminous Document (PDF file size larger than the efiling system allows)
9 ___ Unable to Scan Documents
10 ___ Physical Object (description): _____
11     _____
12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13 <u>x</u>__ Item Under Seal
14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 ___ Other (description): _____
16     _____

17
18 Dated: June 15, 2007                    KARL J. KRAMER
19                                       ERIKA L. LABIT
20                                       MORRISON & FOERSTER LLP

21                                By:  <u>/s/Karl J. Kramer</u>
22                                     Karl J. Kramer
23
                                Attorneys for Defendant and
                                Counterclaimant
                                SYNAPTICS, INC.
24
25
26
27
28

# EXHIBIT C

| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. LABIT (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C 06-01839 CRB |
| | **MANUAL FILING NOTIFICATION OF EXHIBIT C TO DECLARATION OF ERIKA L. LABIT IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: July 6, 2007 |
| | Time: 10:00 a.m. |
| | Courtroom 8, 19th Floor |
| | Hon. Charles R. Breyer |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  Regarding: Exhibit C to Declaration of Erika L. Labit in Support of Synaptics'
2  Opposition to Elantech's Motion for Summary Judgment.  This filing is in paper or physical
3  form only, and is being maintained in the case file in the Clerk's office.
4  If you are a participant on this case, this filing will be served in hard-copy shortly.
5  For information on retrieving this filing directly from the court, please see the court's
6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not efiled for the following reason(s):
8  ___ Voluminous Document (PDF file size larger than the efiling system allows)
9  ___ Unable to Scan Documents
10 ___ Physical Object (description): _____
11 _____
12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13 _x_ Item Under Seal
14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 ___ Other (description): _____
16 _____

17
18  Dated: June 15, 2007                KARL J. KRAMER
                                        ERIKA L. LABIT
19                                      MORRISON & FOERSTER LLP

20
                                        By:  /s/Karl J. Kramer
21                                               Karl J. Kramer

22                                      Attorneys for Defendant and
                                        Counterclaimant
23                                      SYNAPTICS, INC.

# EXHIBIT D




# EXHIBIT E

Case 5:06-cv-01839-PVT   Document 143-6   Filed 06/15/2007   Page 1 of 3

1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. LABIT (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a | Case No.   C 06-01839 CRB
   | corporation existing under the laws of Taiwan, | **MANUAL FILING**
13 | R.O.C., | **NOTIFICATION OF EXHIBIT E**
   | | **TO DECLARATION OF ERIKA L.**
14 | Plaintiff, | **LABIT IN SUPPORT OF**
   | | **SYNAPTICS' OPPOSITION TO**
15 | | **ELANTECH'S MOTION FOR**
   | v. | **SUMMARY JUDGMENT**
16 | |
   | SYNAPTICS, INC., a Delaware corporation; | Date: July 6, 2007
17 | AVERATEC, INC., a California corporation; | Time:  10:00 a.m.
   | and PROSTAR COMPUTER, INC., a | Courtroom 8, 19th Floor
18 | California corporation, | Hon. Charles R. Breyer
19 | |
   | Defendants. |
20 | |
21 | AND RELATED COUNTERCLAIMS |

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION OF EXH. E TO DECLARATION OF ERIKA L. LABIT I/S/O SYNAPTICS'
OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01839 CRB
pa-1174168

1  Regarding: Exhibit E to Declaration of Erika L. Labit in Support of Synaptics'
2  Opposition to Elantech's Motion for Summary Judgment.  This filing is in paper or physical
3  form only, and is being maintained in the case file in the Clerk's office.

4  If you are a participant on this case, this filing will be served in hard-copy shortly.

5  For information on retrieving this filing directly from the court, please see the court's
6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7  This filing was not efiled for the following reason(s):

8  ___ Voluminous Document (PDF file size larger than the efiling system allows)

9  ___ Unable to Scan Documents

10 ___ Physical Object (description): _____

11 _____

12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13 _x_ Item Under Seal

14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

15 ___ Other (description): _____

16 _____

17
18 Dated: June 15, 2007                KARL J. KRAMER
                                       ERIKA L. LABIT
19                                     MORRISON & FOERSTER LLP

20
                                       By:  /s/Karl J. Kramer
21                                              Karl J. Kramer

22                                     Attorneys for Defendant and
                                       Counterclaimant
23                                     SYNAPTICS, INC.

24
25
26
27
28

MANUAL FILING NOTIFICATION OF EXH. E TO DECLARATION OF ERIKA L. LABIT I/S/O SYNAPTICS'
OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01839 CRB
pa-1174168

# EXHIBIT F

| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. LABIT (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | | Case No.   C 06-01839 CRB |
| 13 | | | **MANUAL FILING NOTIFICATION OF EXHIBIT F TO DECLARATION OF ERIKA L. LABIT IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT** |
| 14 | Plaintiff, | | |
| 15 | | | |
| 16 | v. | | |
| 17 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | | Date:  July 6, 2007 |
| 18 | | | Time:  10:00 a.m. |
| | | | Courtroom 8, 19th Floor |
| | | | Hon. Charles R. Breyer |
| 19 | Defendants. | | |
| 20 | | | |
| 21 | AND RELATED COUNTERCLAIMS | | |

MANUAL FILING NOTIFICATION OF EXH. F TO DECLARATION OF ERIKA L. LABIT I/S/O SYNAPTICS'
OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 06-01839 CRB
pa-1174170

1     Regarding: Exhibit F to Declaration of Erika L. Labit in Support of Synaptics' Opposition to Elantech's Motion for Summary Judgment. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

    If you are a participant on this case, this filing will be served in hard-copy shortly.

    For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: June 15, 2007        KARL J. KRAMER
                                        ERIKA L. LABIT
                                        MORRISON & FOERSTER LLP

                          By:  /s/Karl J. Kramer
                               Karl J. Kramer

                               Attorneys for Defendant and
                               Counterclaimant
                               SYNAPTICS, INC.