SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**AVERATEC INC.'S JOINDER IN SYNAPTICS INC.'S BRIEF IN OPPOSITION TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT**<br><br>Date: July 6, 2007<br>Time: 10:00 am<br>Courtroom 8, 19th floor<br>Hon. Charles R. Breyer |

1  Defendant Averatec, Inc. ("Averatec") hereby joins in defendant and counterclaimant Synaptics Inc.'s ("Synaptics") June 15, 2007 Brief in Opposition to Elantech Devices Corporation's ("Elantech") Motion for Summary Judgment for Infringement of the Asserted Claims of the '352 Patent ("Brief in Opposition"), as well as in a Declaration of Erika L. Labit in Support of Synaptics' Brief in Opposition ("Declaration").

Defendant Averatec incorporates by reference and adopts in their entirety as if fully set forth herein, Synaptics' Brief in Opposition, Declaration, and other documents relied upon and/or submitted by Synaptics in connection with this opposition.

Dated: June 15, 2007

KASTNER BANCHERO LLP

COHEN & GRESSER LLP


By: /s/ Scott R. Raber, Esq.


Attorneys for Defendant
AVERATEC, INC.

AVERATEC'S JOINDER IN SYNAPTICS' BRIEF IN OPPOSITION
TO ELANTECH'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT
CASE NO. 3:06-CV-01839 CRB