KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date: July 6, 2007<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1173684

1   This matter comes before the Court on an administrative motion to file under seal
2   Synaptics' Brief in Opposition to Elantech's Motion for Summary Judgment for
3   Infringement ("Opposition Brief"), and Exhibits A, B, C, E and F to the Declaration of
4   Erika L. Labit in Support of Synaptics' Brief in Opposition to Elantech's Motion for
5   Summary Judgment for Infringement ("Labit Declaration"), filed June 15, 2007.  Having
6   considered Synaptics' request, as well as the pleadings and materials lodged and filed in
7   this matter, the Court finds that there is GOOD CAUSE APPEARING for the Opposition
8   Brief and Exhibits A, B, C, E and F to the Labit Declaration to be filed under seal.
9   Defendant's administrative motion to file the Opposition Brief and Exhibits A, B, C, E
10  and F to the Labit Declaration under seal is hereby GRANTED.
11      IT IS SO ORDERED.
12  Dated:  June 18, 2007 _____

14              By: _____
15                  UNITED STATES DISTRICT COURT JUDGE
                    HONORABLE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCS UNDER SEAL       1
CASE NO. C06-01839 CRB
pa-1173684