**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 22, 2007**

**C-06-01839** CRB

   **ELANTECH DEVICES CORPORATION** v. **SYNAPTICS, INC.**

Attorneys:    Sean DeBruine          Karl Kramer

                                              Damir Cefo

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **N/A**

**PROCEEDINGS:**                                                           **RULING:**

1. Telephonic Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**

Hearing on motion for summary judgment is vacated.   Counsel to adhere to briefing schedule as set.

Counsel for Synaptics informs the court they are meeting on 6/25/07 to discuss the issues.  The parties are to report the status of matter to the Court by next week.

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(  ) CASE CONTINUED TO _____     for _____

Discovery Cut-Off _____                Expert Discovery Cut-Off _____
Plntf to Name Experts by _____         Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                   Type of Trial:  (  )Jury    (  )Court

Notes: _____