1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13                                     ) Case No. 3:06-CV-01839 CRB
                                       )
14  ELANTECH DEVICES CORP.,             ) **NOTICE OF MANUAL FILING**
                                       )
15           Plaintiff,                 ) Date:
                                       ) Time:
16      vs.                             ) Judge:      Charles R. Breyer
                                       ) Courtroom:   8, 19th Floor
17  SYNAPTICS, INC. and AVERATEC, INC., )
                                       )
18           Defendants.                )
                                       )
19  _____ )

20

21

22

23

24

25

26

27

28

**NOTICE OF MANUAL FILING**

REGARDING: **ELANTECH DEVICES CORP.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT, DATED JUNE 22, 2007; AND EXHIBITS 1 AND 3 TO THE DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELANTECH DEVICES CORP.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT FOR INFRINGEMENT, DATED JUNE 22, 2007.**

   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

   _____

Dated:  June 22, 2007         AKIN GUMP STRAUSS HAUER & FELD LLP

                   By_____/s/_____

                         Sean P. DeBruine
                         Attorney for Plaintiff
                         ELAN DEVICES CORP.

1