Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295)(myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real
Two Palo Alto Square, Suite 400
Palo Alto, California 94306
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC., <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **ELANTECH'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING SEAN P. DEBRUINE DECLARATION** <br><br> Date: <br> Time: <br> Judge:     Charles R. Breyer <br> Courtroom:   8, 19th Floor |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation ("Elantech") hereby request leave of Court to file under seal the following documents which have been lodged with the Clerk:

 1. Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement, dated June 22, 2007; and

 2. Exhibits 1 and 3 to the Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement, dated June 22, 2007.

As discussed in the attached supporting declaration of Sean P. DeBruine, Elantech's Reply Brief in Support of Its Motion for Summary Judgment for Infringement and Exhibits 1 and 3 to the Declaration of Sean P. DeBruine in Support of Elantech's Reply Brief discuss in detail aspects of the design of the accused products, including highly confidential source code, of Defendant Synaptics, Inc. ("Synaptics"). This discussion is located throughout the Reply Brief and Exhibits. Synaptics represented that this source code contains highly confidential business information, consisting of the details of the operations of Synaptics' touchpad products, and is designated as "Confidential – Attorneys' Eyes Only" under the September 26, 2006 Amended Protective Order. *See* attached supporting declaration of Sean P. DeBruine. Because the source code is of Synaptics' products, if Synaptics seeks to change the filing of the Reply or Exhibits from filed under seal to publicly filed, Elantech does not oppose.

Dated:  June 22, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/_____
        Sean P. DeBruine

Attorney for Plaintiff
ELANTECH DEVICES CORP.

1

ELANTECH'S REQUEST TO FILE DOCUMENTS UNDER SEAL          CASE NO. 06-CV-01839 CRB
WITH SUPPORTING DEBRUINE DECL.

**SUPPORTING DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine, declare as follows:

1. I am an attorney with the law firm of Akin, Gump, Strauss, Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal (1) Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement, dated June 22, 2007 and (2) Exhibits 1 and 3 to the Declaration of Sean P. DeBruine in Support Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement, dated June 22, 2007.

3. The Reply Brief and Exhibits 1 and 3 to the Supporting DeBruine Declaration discuss in detail the source code of Defendant Synaptics, Inc. ("Synaptics"), which Synaptics represented to contain details of the operations of its touchpad products, and as such, constituted highly confidential business information, and was designated as "Confidential - Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Stipulated Protective Order. The discussion of this source code is located throughout the Reply Brief and Exhibits 1 and 3 to the DeBruine Declaration. Accordingly, Elantech submitted the Reply Brief and Exhibits 1 and 3 to the DeBruine Declaration for filing under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of June, 2007 in Palo Alto, California.

By: _____/s/_____
Sean P. DeBruine

2

ELANTECH'S REQUEST TO FILE DOCUMENTS UNDER SEAL
WITH SUPPORTING DEBRUINE DECL.

CASE NO. 06-CV-01839 CRB

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:    650-838-2000
   Facsimile:    650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13                                    ) Case No. 3:06-CV-01839 CRB
                                       )
14  ELANTECH DEVICES CORP.,            ) **[PROPOSED] ORDER GRANTING**
                                       ) **ELANTECH'S ADMINISTRATIVE**
15            Plaintiff,               ) **MOTION TO FILE PAPERS UNDER SEAL**
                                       )
16       vs.                           ) Date:
                                       ) Time:
17  SYNAPTICS, INC. and AVERATEC, INC.,) Judge:       Charles R. Breyer
                                       ) Courtroom:   8, 19th Floor
18            Defendants.              )
                                       )
19  _____    )

20

21

22

23

24

25

26

27

28

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File
2  Papers Under Seal.  Good cause appearing, that motion is GRANTED.
3      It is hereby ORDERED that the following documents are to be filed under seal:
4      1.    Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary
5  Judgment for Infringement, dated June 22, 2007; and
6      2.    Exhibits 1 and 3 to the Declaration of Sean P. DeBruine in Support of Elantech
7  Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement,
8  dated June 22, 2007.
9      IT IS SO ORDERED.

12  Dated: _____, 2007                _____
13                                              CHARLES R. BREYER
                                             UNITED STATES DISTRICT COURT JUDGE

1