Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:      650-838-2000
Facsimile:       650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **SUPPLEMENTAL DECLARATION OF DR. IAN SCOTT MACKENZIE IN SUPPORT OF REPLY MEMORANDUM** <br><br> Date: <br> Time: <br> Judge:        Hon. Charles R. Breyer <br> Courtroom:   8, 19th Floor |

# SUPPLEMENTAL DECLARATION OF IAN SCOTT MACKENZIE
# IN SUPPORT OF REPLY MEMORANDUM

I, Ian Scott MacKenzie declare and state as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, would testify competently, under oath, to the facts stated below.

2. On April 18 and 19, 2007, I spent two full days at the offices of Capstone Visual Product Development ("Capstone"), located in Providence, Rhode Island. On those two days, I reviewed in great detail the relevant portions of what I understand to be the source code produced by Synaptics in this matter. I had instructed Capstone to review the source code to identify the relevant portions of the code. Further, in order to facilitate our review, selected lines of that code were printed out in large type. I also reviewed those printed lines of the source code while at Capstone. Hence, by May 11, 2007, I had already become quite familiar with Synaptics' source code. I understand that Capstone maintained a log of access to the source code in its possession consistent with the Protective Order in this matter, and would expect that my review of the code at their offices would be reflected on that log.

3. In or about May 10 or 11, 2007, I received two CD-ROMs containing the same Synaptics' source code I had already reviewed at Capstone. I documented my access to those discs in a log that I prepared. That log was provided to Synaptics' counsel at my deposition on June 6, 2007 and is attached hereto as Exhibit "A." I understand that a separate log was provided to Synaptics, which reflects my access to a different physical copy of Synaptics' source back in April of 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2007, at Toronto, Ontario, Canada.

_____
Ian Scott Mackenzie

6103143