```
 1 | YITAI HU (California Admission Pending) (yhu@akingump.com)
   | SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
 2 | HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
   | **AKIN GUMP STRAUSS HAUER & FELD LLP**
 3 | 3000 El Camino Real, Suite 400
   | Palo Alto, California 94306
 4 | Telephone:    650-838-2000
   | Facsimile:    650-838-2001
 5 |
   | Attorneys for Plaintiff
 6 | ELANTECH DEVICES CORP.
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORP., | ) Case No. 3:06-CV-01839 CRB |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF TENG-YEN WU IN SUPPORT OF ELANTECH'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT** |
| SYNAPTICS, INC.; and AVERATEC, INC. | ) |
| Defendants. | ) |

I, TENG-YEN, WU, declare as follows:

1. I have personal knowledge of the following facts and, if called to testify in this matter, could and would testify competently to the matters stated herein.

2. I am employed by Elantech Devices Corp. as a R&D Dept. Senior manager. I have a B.S.E.E degree from National Taiwan Institute of Technology (National Taiwan University of Science and Technology) and 19 years experience in electronics design and manufacturing.

3. In or around January of this year Elantech obtained three laptop computers purchased at retail in the United States. Those computers were: a Toshiba Satellite brand, model information A105-S4324 PSAA8U-14F02K; a Dell laptop bearing model information PP23LA, PM169A00 and a Compaq model NC 6220 manufactured by Hewlett-Packard, bearing identification code RB607UP#ABA.

4. I reviewed the list of driver software included on each of the foregoing computer models and confirmed that the touchpad driver was supplied by Synaptics, Inc. Visual inspection confirmed that the touchpad device integrated into each of those laptop computers was manufactured by Synaptics.

5. Each of the laptops was tested for its ability to report the simultaneous presence of one, two or three fingers on the touchpad. Those tests were conducted by first sending the appropriate code from the host computer to the touchpad so that the touchpad would report data in the "W" mode as described in the Interfacing Guide available on Synaptics' web site. Thereafter, the data sent from the touchpad to the host was monitored. In every case, the touchpad output a W value of "0" when two fingers were placed in contact with the touch sensor, and output a W value of 1 when three fingers were simultaneously placed in contact with the touch sensor. These data are consistent with the data values used to represent two or three finger contact according to the Synaptics Interfacing Guide.

1  I declare under penalty of perjury under the laws of the United States of America. Executed on
2  June 22, 2007 at Taipei, Taiwan, ROC.

4
5  Dated: June 22, 2007            By: TENG-YEN, WU / *Teng-Yen, Wu*
                                        *June 22, 2007*

2

Declaration of ___ ISO Elantech's
Motion for Summary Judgment of Infringement                                 Case No. 06-CV-01839 CRB