1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13                                          ) Case No. 3:06-CV-01839 CRB
                                            )
14  ELANTECH DEVICES CORP.,                 ) ~~[PROPOSED]~~ ORDER GRANTING
                                            ) ELANTECH'S ADMINISTRATIVE
15              Plaintiff,                  ) MOTION TO FILE PAPERS UNDER SEAL
                                            )
16         vs.                              ) Date:
                                            ) Time:
17  SYNAPTICS, INC. and AVERATEC, INC.,     ) Judge:       Charles R. Breyer
                                            ) Courtroom:   8, 19th Floor
18              Defendants.                 )
                                            )
19  _____   )

20

The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers Under Seal. Good cause appearing, that motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

1. Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement, dated June 22, 2007; and

2. Exhibits 1 and 3 to the Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Reply Brief in Support of Its Motion for Summary Judgment for Infringement, dated June 22, 2007.

IT IS SO ORDERED.

Dated:  June 25     , 2007        _____

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE