# AKIN GUMP
# STRAUSS HAUER & FELD LLP

───── Attorneys at Law

SEAN P. DEBRUINE
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

June 29, 2007

**By Electronic Filing**

Hon. Charles R. Breyer
United States District Court
for the Northern District of California
650 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Elantech Devices, Corp. v. Synaptics, Inc.*, et al.
Case No. C06-01839 CRB

Dear Judge Breyer:

Pursuant to the Court's request at the telephonic conference with counsel last Friday, June 21, 2007, plaintiff Elantech Devices Corp. ("Elantech") and defendant Synaptics, Inc. ("Synaptics") provide this joint report regarding the parties' settlement efforts this week.

On Monday, June 25, 2007, representatives from Elantech and Synaptics, including their chief executive officers and outside trial counsel, met for several hours to discuss their respective positions. The parties' CEOs met again on Tuesday, June 26 to explore possible agreements based upon the exchange of information the previous day. Despite their best efforts the parties were unable to reach agreement during those discussions. However, the parties have agreed to continue their efforts to settle this matter.

Sincerely,

/s/
Sean P. DeBruine
Counsel for Elantech Devices Corp.

Cc: Karl Kramer, Esq.