IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELANTECH DEVICES, CORP.** | No. **C 06-1839 CRB** |
| Plaintiff(s), | **CLERK'S NOTICE RESCHEDULING MOTION HEARING** |
| v. | |
| **SYNAPTICS, INC., et al.**, | |
| Defendant(s), / | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Hearing on Summary Judgment Motions** from July 6, 2007 to **Friday, October 5, 2007 at 10:00 a.m.**

Please report to Courtroom 8, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 5, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____

Edward Butler
Courtroom Deputy