United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES, | No. C 06-1839 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SYNAPTIC, INC., | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the motion (s) currently on calendar for 10:00 a.m. on October 5, 2007 to **2:30 p.m. on Friday, October 5, 2007** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy