SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.    3:06-CV-01839 CRB <br><br> **REQUEST TO PARTICIPATE IN SUMMARY JUDGMENT HEARING BY TELEPHONE** <br><br> Date: October 5, 2007 <br> Time: 2:30 p.m. <br><br> Hon. Charles R. Breyer <br> Courtroom No. 8, 19th Floor |

1        Counsel for defendant Averatec, Inc. hereby requests that, to minimize the costs incurred

2   by Averatec, counsel for Averatec, Damir Cefo, be permitted to participate by telephone in the

3   hearing on the summary judgment motions scheduled in the above-captioned case on October 5,

4   2007, at 2:30 p.m.  Damir Cefo can be reached at the following telephone number on October 5,

5   2007:  (212) 957-7006.

6

7   Dated:  September 27, 2007          KASTNER BANCHERO LLP

8                               COHEN & GRESSER LLP

9

10                              By:         /s/

11                                  Scott R. Raber

12                              Attorneys for Defendant

                                AVERATEC, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST TO PARTICIPATE IN SUMMARY JUDGMENT HEARING BY TELEPHONE**
CASE NO. 3:06-CV-01839 CRB