1 | KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
2 | MORRISON & FOERSTER LLP
755 Page Mill Road
3 | Palo Alto, California 94304-1018
Telephone: (650) 813-5600
4 | Facsimile: (650) 494-0792
Email: kkramer@mofo.com
5
Attorneys for Defendant and Counterplaintiff
6 | SYNAPTICS, INC.

7 | Yitai Hu (CA SBN 248085) yhu@akingump.com
Sean P. DeBruine (CA SBN 168071) sdebruine@akingump.com
8 | Hsin-Yi Cindy Feng (CA SBN 215152) cfeng@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
9 | 3000 El Camino Real, Suite 400
Palo Alto, CA 94306
10 | Telephone: (650) 838-2000
Facsimile: (650) 838-2001
11
Attorneys For Plaintiff and Counterdefendant
12 | ELANTECH DEVICES CORPORATION

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br>           Plaintiff, <br>   v. <br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br>           Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.  C06-01839 CRB <br><br> **JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM** <br><br> Date:  October 5, 2007 <br> Time:  2:30 p.m. <br> Before: Honorable Charles R. Breyer <br> Location: Courtroom 8, 19th Floor |

1   WHEREAS Synaptics, Inc., ("Synaptics") and Elantech Devices Corp. ("Elantech") filed
2   motions for summary judgment concerning infringement of U.S. Patent No. 5,825,352 ("the '352
3   patent") that are scheduled to be heard on October 5, 2007 at 2:30 p.m., and
4   WHEREAS, for the hearing, Synaptics and Elantech require the use of certain equipment
5   (as detailed below) in the courtroom; and
6   WHEREAS Synaptics and Elantech will require time to set up said equipment on the
7   morning of October 5, 2007, for use at the hearing in the afternoon;
8   THEREFORE, Synaptics and Elantech respectfully ask the Court for permission to install
9   on October 5, 2007 the following equipment in the courtroom of Judge Charles R. Breyer for use
10  during the hearing on summary judgment:
11  1   15" flat screen monitor
12  3   laptop portable computers, each with a computer mouse
13  1   Projector with stand
14  1   Screen with stand
15  Flip chart and pens for use with the Court's easel
16  SVGA computer switches
17  VGA Cables and wires to connect computers, monitors, and projector
18  Power cables, extension cords, splitters and surge protectors

MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM
CASE NO. C06-01839 CRB                                                                                      1
pa-1198158

1     A proposed order is filed herewith.

Dated: October 2, 2007                      MORRISON & FOERSTER LLP

                                                  By:    s/Karl J. Kramer
                                                           Karl J. Kramer

                                                           Attorneys for Defendant
                                                           SYNAPTICS, INC.

Dated: October 2, 2007                      YITAI HU
                                                           SEAN P. DeBRUINE
                                                           AKIN GUMP STRAUSS HAUER & FELD LLP

                                                           By:    s/Sean P. DeBruine
                                                            Sean P. DeBruine

                                                           Attorneys for Plaintiff
                                                           ELANTECH DEVICES CORPORATION

    I, Karl J. Kramer, am the ECF user whose ID and password are being used to file this JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM. In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine has concurred in this filing.

    Dated: October 2, 2007
                                      Morrison & Foerster LLP

                                        By:    s/Karl J. Kramer
                                                      Karl J. Kramer

                                                          Attorney for Defendant
                                                          Synaptics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM**<br><br>Date:  October 5, 2007<br>Time:  2:30 p.m.<br>Before: Honorable Charles R. Breyer<br>Location: Courtroom 8, 19th Floor |

IT IS HEREBY ORDERED that Synaptics, Inc. and Elantech Devices Corp. shall be permitted to install, use and remove the following equipment for the hearing on summary judgment set for 2:30 p.m. on October 5, 2007 in Courtroom 8, 19th Floor, of Judge Charles R. Breyer:

1  15" flat screen monitor

3  laptop portable computers, each with a computer mouse

1

pa-1198162

| | | |
|---|---|---|
| 1 | 1 | Projector with stand |
| 2 | 1 | Screen with stand |
| 3 | | Flip chart and pens for use with the Court's easel |
| 4 | | SVGA computer switches |
| 5 | | VGA Cables and wires to connect computers, monitors, and projector |
| 6 | | Power cables, extension cords, splitters and surge protectors |

Dated: _____, 2007

_____
CHARLES R. BREYER
United States District Judge

pa-1198162

2