1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM** <br><br> Date: October 5, 2007 <br> Time: 2:30 p.m. <br> Before: Honorable Charles R. Breyer <br> Location: Courtroom 8, 19th Floor |

IT IS HEREBY ORDERED that Synaptics, Inc. and Elantech Devices Corp. shall be permitted to install, use and remove the following equipment for the hearing on summary judgment set for 2:30 p.m. on October 5, 2007 in Courtroom 8, 19th Floor, of Judge Charles R. Breyer:

    1    15" flat screen monitor

    3    laptop portable computers, each with a computer mouse

1

pa-1198162

1    1    Projector with stand

2    1    Screen with stand

3         Flip chart and pens for use with the Court's easel

4         SVGA computer switches

5         VGA Cables and wires to connect computers, monitors, and projector

6         Power cables, extension cords, splitters and surge protectors

7

8    Dated: __October 3_____, 2007            _____
                                                CHARLES R. BREYER
9                                                United S_____
                                                 IT IS SO ORDERED
10
                                                 Judge Charles R. Breyer
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                        2

pa-1198162