**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 5, 2007**

**C-06-01839** **CRB**

**ELANTECH DEVICES CORPORATION** v. **SYNAPTICS, INC.**

| Attorneys: | Sean DeBruine, Ming-Tao Yang | Karl Kramer, Erika Yauger, |
|---|---|---|
| | | Damir Cefo, Erika Labit |

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Belle Ball**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Summary Judgment | Submitted |
| 2. P's Motion for Summary Judgment | Submitted |
| 3. | |

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: ____

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ____ days
            Type of Trial:  ( )Jury    ( )Court

Notes: _____