IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SYNAPTICS, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-01839 CRB<br><br>**ORDER RE: ORDER FILED UNDER SEAL** |

    By Memorandum and Order filed under seal on October 26, 2007, the Court ruled on the parties' cross motions for summary judgment. On or before October 31, 2007, the parties shall advise the Court which words/lines, if any, of the Court's Memorandum and Order should remain under seal.

    **IT IS SO ORDERED.**

Dated: October 26, 2007

                                               CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderreundersealorder.wpd