# AKIN GUMP
# STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬▬▬ Attorneys at Law

**SEAN P. DEBRUINE**
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

October 31, 2007

**VIA E-FILING**

Hon. Charles R. Breyer
United States District Court
 for the Northern District of California
Courtroom 8, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re: *Elantech Devices Corp. v. Synaptics, Inc., et al.*
        Case No. 3:06-CV-01839 CRB

Dear Judge Breyer:

    Pursuant to the Court's October 26, 2007 Order Re: Order Filed Under Seal in the above-captioned matter, plaintiff Elantech Devices Corp. states that the Memorandum and Order re: Summary Judgment Motions does not contain any of its confidential information that should be redacted from the public record.

                                  Sincerely,

                                  Sean P. DeBruine

6160300