KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
kkramer@mofo.com

Attorneys for Defendant and Counterplaintiff
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>             Plaintiff,<br><br>      v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.    C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  December 7, 2007<br>Time:  8:30 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

**STIPULATION**

WHEREAS, there is a case management conference scheduled for this action for December 7, 2007 at 8:30 a.m.;

WHEREAS, the parties are engaged in ongoing, productive settlement discussions;

WHEREAS, counsel for plaintiff and defendants have scheduling conflicts on and around December 7, 2007;

1    WHEREAS, the parties, acting through their counsel, have met and conferred regarding

2  continuing the case management conference to the next available date; and

3    NOW THEREFORE,

4    The parties to this action, acting by and through their counsel of record, stipulate to

5  continue the case management conference currently scheduled for December 7, 2007 at 8:30 a.m.

6  until January 11, 2008 at 8:30 a.m., or to a date and time thereafter that is convenient to the Court.

7    **IT IS SO STIPULATED.**

8  Dated:  November 13, 2007                KARL J. KRAMER
                                            ERIKA L. LABIT
9                                           MORRISON & FOERSTER LLP

10

11                                          By:    s/Karl J. Kramer
                                                   Karl J. Kramer
12
                                            Attorneys for Defendant
13                                          SYNAPTICS, INC.

14

15  Dated:  November 13, 2007                YITAI HU
                                            SEAN P. DeBRUINE
16                                          AKIN GUMP STRAUSS HAUER & FELD LLP

17
                                            By:    s/Sean P. DeBruine
18                                                 Sean P. DeBruine

19                                          Attorneys for Plaintiff
                                            ELANTECH DEVICES CORPORATION
20

21  Dated:  November 13, 2007                KAREN BROMBERG
                                            DAMIR CEFO
22                                          COHEN & GRESSER LLP

23

24                                          By:    s/Damir Cefo
                                                   Damir Cefo
25
                                            Attorneys for Defendant
26                                          AVERATEC CORPORATION

27

28

1      I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this

2  Stipulation And [Proposed] Order Continuing Case Management Conference.  In compliance

3  with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Damir Cefo have

4  concurred in this filing.

5

6  Dated: November 13, 2007                    MORRISON & FOERSTER LLP

7

8                                              By:   /s/Karl J. Kramer
                                                     Karl J. Kramer
9

10                                             Attorneys for Defendant
                                               SYNAPTICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND PROPOSED ORDER CONTINUING CMC; CASE NO. C06-01839-CRB

pa-1208271

3

1

## ORDER

2      The case management conference currently scheduled for December 7, 2007 at 8:30 a.m.

3  in this matter is hereby continued until January 11, 2008 at 8:30 a.m.

4      Good cause appearing, IT IS SO ORDERED.

5      Dated: _____, 2007

6                                          _____

7                                              Honorable Charles R. Breyer
                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28