```
KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
kkramer@mofo.com
```

Attorneys for Defendant and Counterplaintiff
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>                    Plaintiff,<br><br>     v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>                    Defendants. | Case No.   C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  December 7, 2007<br>Time:  8:30 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

**STIPULATION**

WHEREAS, there is a case management conference scheduled for this action for December 7, 2007 at 8:30 a.m.;

WHEREAS, the parties are engaged in ongoing, productive settlement discussions;

WHEREAS, counsel for plaintiff and defendants have scheduling conflicts on and around December 7, 2007;

STIP. AND PROPOSED ORDER CONTINUING CMC; CASE NO. C06-01839-CRB

pa-1208271

1

1     WHEREAS, the parties, acting through their counsel, have met and conferred regarding
2 continuing the case management conference to the next available date; and
3     NOW THEREFORE,
4     The parties to this action, acting by and through their counsel of record, stipulate to
5 continue the case management conference currently scheduled for December 7, 2007 at 8:30 a.m.
6 until January 11, 2008 at 8:30 a.m., or to a date and time thereafter that is convenient to the Court.
7     **IT IS SO STIPULATED.**

8 Dated: November 13, 2007

KARL J. KRAMER
ERIKA L. LABIT
MORRISON & FOERSTER LLP

By:    s/Karl J. Kramer
      Karl J. Kramer

Attorneys for Defendant
SYNAPTICS, INC.

Dated: November 13, 2007

YITAI HU
SEAN P. DeBRUINE
AKIN GUMP STRAUSS HAUER & FELD LLP

By:    s/Sean P. DeBruine
      Sean P. DeBruine

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

Dated: November 13, 2007

KAREN BROMBERG
DAMIR CEFO
COHEN & GRESSER LLP

By:    s/Damir Cefo
      Damir Cefo

Attorneys for Defendant
AVERATEC CORPORATION

STIP. AND PROPOSED ORDER CONTINUING CMC; CASE NO. C06-01839-CRB

pa-1208271

2

1    I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this
2 Stipulation And [Proposed] Order Continuing Case Management Conference.  In compliance
3 with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Damir Cefo have
4 concurred in this filing.

6 Dated: November 13, 2007                    MORRISON & FOERSTER LLP

8                                             By:   /s/Karl J. Kramer
                                                    Karl J. Kramer

10                                                  Attorneys for Defendant
                                                    SYNAPTICS, INC.

STIP. AND PROPOSED ORDER CONTINUING CMC; CASE NO. C06-01839-CRB

pa-1208271

3

# ORDER

The case management conference currently scheduled for December 7, 2007 at 8:30 a.m. in this matter is hereby continued until January 11, 2008 at 8:30 a.m.

Good cause appearing, IT IS SO ORDERED.

Dated: _November 16_____, 2007



_____
Honorable Charles R. Breyer
United States