1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real
   Two Palo Alto Square, Suite 400
4  Palo Alto, California 94306
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| vs. | Date:    December 28, 2007<br>Time:    10:00 am<br>Judge:   Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |
| SYNAPTICS, INC. and AVERATEC, INC., | |
| Defendants. | |

**NOTICE OF MANUAL FILING**

REGARDING: **ELANTECH DEVICES CORP.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

    _____

    _____
Dated: November 21, 2007        AKIN GUMP STRAUSS HAUER & FELD LLP

                     By:     _____/s/_____
                                Sean P. DeBruine

                     Attorney for Plaintiff
                     ELANTECH DEVICES CORP.

1