Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real
Two Palo Alto Square, Suite 400
Palo Alto, California  94306
Telephone:       650-838-2000
Facsimile:       650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP.,<br><br>       Plaintiff,<br><br>     vs.<br><br>SYNAPTICS, INC. and AVERATEC, INC.,<br><br>       Defendants. | Case No. 3:06-CV-01839 CRB<br><br>**ELANTECH'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING SEAN P. DEBRUINE DECLARATION**<br><br>Date:       December 28, 2007<br>Time:      10:00 am<br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation

2 ("Elantech") hereby request leave of Court to file under seal the following documents which have

3 been lodged with the Clerk:

4    1.    Elantech Devices Corp.'s Notice of Motion and Motion for Partial Summary

5 Judgment of Infringement; Memorandum of Points and Authorities.

6    As discussed in the attached supporting declaration of Sean P. DeBruine, Elantech's Notice

7 of Motion and Motion for Partial Summary Judgment of Infringement; Memorandum of Points and

8 Authorities discuss in detail aspects of the design of the accused products, including highly

9 confidential source code, of Defendant Synaptics, Inc. ("Synaptics"). This discussion is located

10 throughout the Motion. Synaptics represented that this source code contains highly confidential

11 business information, consisting of the details of the operations of Synaptics' touchpad products,

12 and is designated as "Confidential – Attorneys' Eyes Only" under the September 26, 2006

13 Amended Protective Order. *See* attached supporting declaration of Sean P. DeBruine. Because the

14 source code is of Synaptics' products, if Synaptics seeks to change the filing of the Motion from

15 filed under seal to publicly filed, Elantech does not oppose.

16

17 Dated: November 21, 2007        AKIN GUMP STRAUSS HAUER & FELD LLP

18                     By_____/s/_____

19                              Sean P. DeBruine

20                              Attorney for Plaintiff
                                ELANTECH DEVICES CORP.
21

22

23

24

25

26

27

28

1

**SUPPORTING DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine, declare as follows:

1.      I am an attorney with the law firm of Akin, Gump, Strauss, Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter.  I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2.      Elantech seeks to file under seal Elantech Devices Corp.'s Notice of Motion and Motion for Partial Summary Judgment of Infringement; Memorandum of Points and Authorities.

3.      Elantech's Notice of Motion and Motion for Partial Summary Judgment of Infringement; Memorandum of Points and Authorities discuss in detail the source code of Defendant Synaptics, Inc. ("Synaptics"), which Synaptics represented to contain details of the operations of its touchpad products, and as such, constituted highly confidential business information, and was designated as "Confidential - Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Stipulated Protective Order.  The discussion of this source code is located throughout the Motion.  Accordingly, Elantech submitted the Motion for filing under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of November, 2007 at Palo Alto, California.


By: _____/s/_____

                              Sean P. DeBruine