1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real
   Two Palo Alto Square, Suite 400
4  Palo Alto, California  94306
   Telephone:      650-838-2000
5  Facsimile:      650-838-2001

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
| 13            Plaintiff, | **[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL** |
| 14        vs. | |
| 15  SYNAPTICS, INC. and AVERATEC, INC., | |
| 16           Defendants. | Date:      December 28, 2007<br>Time:      10:00 am<br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File
2  Papers Under Seal.  Good cause appearing, that motion is GRANTED.
3  It is hereby ORDERED that the following documents are to be filed under seal:
4  1.    Elantech Devices Corp.'s Notice of Motion and Motion for Partial Summary Judgment of
5  Infringement; Memorandum of Points and Authorities.
6  IT IS SO ORDERED.

Dated: _____, 2007        _____
                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT COURT JUDGE