Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    650-838-2000
Facsimile:     650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **[PROPOSED] ORDER GRANTING ELANTECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 5,825,352** <br><br> Date:    December 28, 2007 <br> Time:    10:00 am <br> Judge:   Hon. Charles R. Breyer <br> Courtroom: 8, 19th Floor |

1   Having considered Plaintiff Elantech Devices Corp.'s Motion for Partial Summary Judgment of
2   Infringement, the supporting and opposing papers, the pleadings and papers on file with the Court, the
3   evidence presented by counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED** that
4   Plaintiff's Motion for Partial Summary Judgment of Infringement of United States Patent Number
5   5,825,352 is **GRANTED**.

6   It is hereby ordered, adjudged and decreed that Synaptics products that use Type 2 Code
7   firmware in which the finger counting technology is enabled infringe claim 18 of U.S. Patent No.
8   5,825,352.

10  Dated:_____, 2007    _____
11  CHARLES R. BREYER
    UNITED STATES DISTRICT COURT JUDGE

22  6168584