1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real
   Two Palo Alto Square, Suite 400
4  Palo Alto, California  94306
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION

7

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL |
| vs. | |
| SYNAPTICS, INC. and AVERATEC, INC., | |
| Defendants. | Date:      December 28, 2007<br>Time:      10:00 am<br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers Under Seal.  Good cause appearing, that motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

1. Elantech Devices Corp.'s Notice of Motion and Motion for Partial Summary Judgment of Infringement; Memorandum of Points and Authorities.

IT IS SO ORDERED.

Dated:  Novem_____, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

