Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE HEARING ON ELANTECH DEVICES CORP.'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT TO JANUARY 11, 2008** |

**STIPULATION**

WHEREAS, Plaintiff Elantech Devices Corp. ("Elantech") has brought a for partial summary judgment that the touchpad products sold by defendant Synaptics, Inc. ("Synaptics") using its "Type 2" source code with finger counting enabled, literally infringe Claim 18 of Elantech's United States Patent No. 5,825,352 ("the '352 patent"); and

WHEREAS, Elantech's Motion was noticed for hearing before the Court on December 28, 2007; and

WHEREAS, the Court has scheduled a further Case Management Conference for January 11, 2007; and

WHEREAS, counsel for Synaptics is unavailable to attend the hearing on December 28,

NOW, THEREFOR, the parties, by and through their undersigned counsel, hereby stipulate and request that Elantech's Motion for Partial Summary Judgment be heard by the Court on January 11, 2007 at 10:00 am or as soon thereafter as the matter may be heard. The parties further agree that Synaptics' opposition to that motion shall be filed on or before December 21, 2007 and Elantech's Reply shall be filed on or before December 28, 2007.

Dated: November 28, 2007          YITAI HU
                                  SEAN P. DEBRUINE
                                  HSIN-YI CINDY FENG
                                  AKIN GUMP STRAUSS HAUER & FELD LLP


                                  By:        /s/ Sean P. DeBruine
                                                   Sean P. DeBruine

                                  Attorneys for Plaintiff
                                  ELANTECH DEVICES CORP.

Dated: November 28, 2007          KARL M. KRAMER
                                  ERIKA YAWGER
                                  MORRISON & FOERSTER LLP

                                  By:        /s/ Karl M. Kramer
                                                   Karl M. Kramer

                                  Attorneys for Plaintiff
                                  SYNAPTICS, INC.

1

1    **IT IS SO ORDERED.**

2    Dated: _____, 2007

3    _____

4                    Honorable Charles R. Breyer
                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2