1 | Yitai Hu (SBN 248085) (yhu@akingump.com)
2 | Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
    Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
    AKIN GUMP STRAUSS HAUER & FELD LLP
3 | Two Palo Alto Square
    3000 El Camino Real, Suite 400
4 | Palo Alto, California 94306-2112
    Telephone:    650-838-2000
5 | Facsimile:    650-838-2001

6 | Attorneys for Plaintiff and Counterdefendant
    ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **[PROPOSED] ORDER GRANTING ELANTECH DEVICES CORP.'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION** <br><br> Date: January 18, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 8, 19th Floor <br> Judge: Hon. Charles R. Breyer |

The Motion of Plaintiff Elantech Devices Corporation ("Elantech") for a Preliminary Injunction, having come before the Court and good cause appearing therefore, is hereby GRANTED.

It is hereby ORDERED that Defendant Synaptics, Inc. ("Synaptics"), its officers, directors, employees, agents, servants, successors and assigns, and any and all persons and entities acting in privity or concert with, who receive notice of this Order, be enjoined from further infringement and/or inducement of infringement of U.S. Patent No. 5,825,352 by importing, making, using, selling or offering to sell Synaptics touchpad products including its current Type 2 firmware/source code with finger counting enabled.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                                      _____
                                                     Honorable Charles R. Breyer
                                                     United States District Judge