1   KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: (650) 813-5600
4   Facsimile: (650) 494-0792
    KKramer@mofo.com
5
    Attorneys for Defendant and Counterclaimant
6   SYNAPTICS, INC.

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a            Case No.    C06-01839 CRB
    corporation existing under the laws of Taiwan,
    R.O.C.,                                    **STIPULATION AND
13                                             [PROPOSED] ORDER TO
                                               CHANGE TIME FOR
14              Plaintiff,                      BRIEFING AND HEARING OF
                                               ELANTECH'S MOTION FOR
15        v.                                    ENTRY OF PRELIMINARY
                                               INJUNCTION**
16  SYNAPTICS, INC., a Delaware corporation;
    AVERATEC, INC., a California corporation; and
17  PROSTAR COMPUTER, INC., a California        Date: _____
    corporation,                               Time:  10:00 a.m.
18                                             Courtroom 8, 19th Floor
                Defendants.                     Hon. Charles R. Breyer
19
    AND RELATED COUNTERCLAIMS
20

21

22         Pursuant to Civil Local Rules 6-2 and 7-12, Synaptics, Inc. ("Synaptics"), Elantech

23  Devices Corp. ("Elantech"), and Averatec, Inc. ("Averatec") hereby stipulate to change the

24  hearing and briefing schedule for Elantech's Motion for Entry of Preliminary Injunction.

                                    **STIPULATION**
25
           WHEREAS, on Friday, December 14, 2007, Elantech filed a motion for preliminary
26
    injunction and set the motion for hearing on January 18, 2008;
27

28

    STIPULATION TO CHANGE TIME
    CASE NO. C06-01839 CRB                                                           1
    pa-1215320

1    WHEREAS, pursuant to the local rules, Synaptics's opposition brief would be due on

2  December 28, 2008;

3    WHEREAS, Synaptics's counsel notified Elantech that Synaptics lead counsel, Mr.

4  Kramer, will be out of the country on a prepaid vacation from December 21 – January 7, and that

5  the associate attorney working on the case for Synaptics, Ms. Yawger, will be out of the country

6  on a prepaid honeymoon from December 21 – January 11;

7    WHEREAS the parties, acting through their counsel, have met and conferred regarding

8  continuing the hearing to February 1, 2008 to accommodate counsel's schedule; and

9    NOW THEREFORE,

10    The parties to this action, acting by and through their counsel of record, stipulate and

11  respectfully request that the hearing for Elantech's motion for preliminary injunction be moved to

12  be heard on February 1, 2008, with briefing schedule to follow the timing set pursuant to the local

13  rules.

14    **IT IS SO STIPULATED.**

15  Dated:  December 20, 2007                KARL J. KRAMER
                                          ERIKA L. YAWGER
16                                         MORRISON & FOERSTER LLP

17

18                                         By:    s/Karl J. Kramer
                                               Karl J. Kramer
19
                                           Attorneys for Defendant
20                                         SYNAPTICS, INC.

21

22  Dated:  December 20, 2007                YITAI HU
                                          SEAN P. DeBRUINE
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
23

24

25                                         By:    s/Sean P. DeBruine
                                               Sean P. DeBruine
26
                                           Attorneys for Plaintiff
27                                         ELANTECH DEVICES CORPORATION

28

1

2    Dated:  December 20, 2007                     KAREN BROMBERG
                                                  DAMIR CEFO
3                                                 COHEN & GRESSER LLP

4

5                                                 By:    s/Damir Cefo
                                                         Damir Cefo

6                                                 Attorneys for Defendant
                                                  AVERATEC CORPORATION
7

8         I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this

9    Stipulation And [Proposed] Order To Change Time.  In compliance with General Order 45, X.B.,

10   I hereby attest that Sean P. DeBruine and Damir Cefo have concurred in this filing.

11

12   Dated: December 20, 2007                     MORRISON & FOERSTER LLP

13

14                                                By:   /s/Karl J. Kramer
                                                        Karl J. Kramer
15
                                                  Attorneys for Defendant
16                                                SYNAPTICS, INC.

17

18
          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
19
     Dated: _____
20

21

22                                    By:   _____
                                            UNITED STATES DISTRICT COURT JUDGE
23                                          HONORABLE CHARLES R. BREYER

24

25

26

27

28

STIPULATION TO CHANGE TIME
CASE NO. C06-01839 CRB                                                              3
pa-1215320