1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterplaintiff
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|
| Plaintiff, | **DEFENDANT SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF KARL J. KRAMER** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: January 11, 2008
Time: 10:00 a.m.
Courtroom 8, 19th Floor
Hon. Charles R. Breyer |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1210634

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5, Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under seal the following documents: (1) portions of Synaptics, Inc.'s Opposition to Elantech Devices Corp.'s Motion For Partial Summary Judgment of Infringement ("Opposition Brief"); (2) portions of the Declaration of Karl J. Kramer in Support of Synaptics, Inc.'s Opposition to Elantech Devices Corp.'s Motion For Partial Summary Judgment of Infringement ("Kramer Declaration"); and (3) Exhibit A to the Kramer Declaration.

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

The Opposition Brief, Kramer Declaration, and Exhibit A to the Kramer Declaration discuss and refer in detail, and throughout the documents, to Synaptics's highly confidential proprietary trade-secret protected firmware and source code ("Code"). In particular, Exhibit A consists of excerpts from the Confidential Deposition of David Gillespie on behalf of Synaptics, Inc. in which he describes in detail the operation of Synaptics's highly confidential Code. Exhibit A is quoted in the Kramer Declaration, and the Opposition Brief contains detailed references throughout to Confidential deposition testimony and Synaptics's highly confidential Code.

The Code is protectable as a trade secret pursuant to Cal. Civ. Code § 3426.1(d) because it contains information that, if known, would, under some circumstances, permit a competitor to copy features of Synaptics' devices and save the competitor significant investment costs in research and development. Synaptics has been diligent in protecting the confidentiality of this information and derives significant independent economic value from the fact that the Code is not generally known to the public. The Code's confidentiality is discussed and supported in detail in the Declaration of David W. Gillespie in Support of Defendant Synaptics' Miscellaneous Administrative Request to File Documents Under Seal, executed April 23, 2007.

The Court has previously granted Elantech's and Synaptics's requests in the briefing on this motion and previous summary judgment motions to file materials relating to the Code

1  under seal. (*See, e.g.,* November 27, 2007 Order Granting Elantech's Administrative Motion to

2  File Papers Under Seal; June 18 Order Granting Synaptics' Motion to File Papers Under Seal;

3  May 29, 2007 Order Granting Elantech's Administrative Motion to File Papers Under Seal;

4  May 21, 2007 Order Granting Synaptics' Motion to File Papers Under Seal.)

5       For the reasons stated above, Synaptics respectfully requests that the Court grant its

6  Miscellaneous Administrative Request to File Documents Under Seal.

8  Dated:  December 21, 2007      KARL J. KRAMER
                                    ERIKA L. YAWGER
9                                      MORRISON & FOERSTER LLP

11                                By:  /s/Karl J. Kramer
                                      Karl J. Kramer

13                                Attorneys for Defendant and
                              Counterclaimant
                              SYNAPTICS, INC.

**SUPPORTING DECLARATION OF KARL J. KRAMER**

I, Karl J. Kramer, declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Synaptics seeks to file under seal the following documents:

   a. Synaptics's Brief in Opposition to Elantech's Motion for Partial Summary Judgment of Infringement ("Opposition Brief"); and

   b. Declaration of Karl J. Kramer in Support of Synaptics's Opposition to Elantech's Motion for Partial Summary Judgment of Infringement; ("Kramer Declaration").

   c. Exhibit A to the Kramer Declaration

3. The Opposition Brief, Kramer Declaration, and Exhibit A to the Kramer Declaration discuss and refer in detail "current" and "exemplary" versions of Synaptics's highly confidential proprietary trade-secret protected firmware and source code. The confidentiality of such code is discussed and supported in detail in the Declaration of David W. Gillespie in Support of Defendant Synaptics's Miscellaneous Administrative Request to File Documents Under Seal, executed April 23, 2007. Accordingly, Synaptics seeks to file the Opposition Brief, Kramer Declaration, and Exhibit A to the Kramer Declaration under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on December 21, 2007, in Palo Alto, California.

By:   /s/Karl J. Kramer
      Karl J. Kramer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  January 11, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

This matter comes before the Court on an administrative motion to file under seal portions of Synaptics, Inc.("Synaptics")'s Opposition to Elantech Devices Corp. ("Elantech")'s Motion For Partial Summary Judgment of Infringement ("Opposition Brief"), the Declaration of Karl J. Kramer in Support of Synaptics's Opposition to Elantech's Motion For Partial Summary Judgment of Infringement ("Kramer Declaration"), and Exhibit A to the Kramer Declaration, filed December 21, 2007.  Having considered Synaptics's request, as well as the pleadings and

1  materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE
2  APPEARING for the Opposition Brief, Kramer Declaration, and Exhibit A to the Kramer
3  Declaration to be filed under seal.  Defendant's administrative motion to file the Opposition
4  Brief, Kramer Declaration, and Exhibit A to the Kramer Declaration under seal is hereby
5  GRANTED.
6      IT IS SO ORDERED.
7  Dated: _____

By: _____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE CHARLES R. BREYER

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839-CRB
pa-1210638

2