1  SCOTT R. RABER (CA SBN 194924)
   KASTNER BANCHERO LLP
2  20 California Street, 7th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-7000
   Facsimile: (415) 616-7000
4  srr@kastnerbanchero.com
5
   Karen H. Bromberg (NY SBN KB 2153)
6  Elizabeth F. Bernhardt (NY SBN EB 4637)
   Damir Cefo (NY SBN DC 1507)
7  COHEN & GRESSER LLP
   100 Park Avenue, 23rd Floor
8  New York, New York 10017
   Telephone: (212) 957-7600
9  Facsimile: (212) 957-4514
   kbromberg@cohengresser.com
10 ebernhardt@cohengresser.com
   dcefo@cohengresser.com
11
   Admitted *Pro Hac Vice*
12
   Attorneys for Defendant
13 AVERATEC, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18

19 ELANTECH DEVICES CORPORATION, a        Case No.  C06-01839 CRB
   corporation existing under the laws of Taiwan,
20 R.O.C.,                                 **AVERATEC INC.'S JOINDER IN
                                            SYNAPTICS INC.'S OPPOSITION
21              Plaintiff,                  TO ELANTECH'S MOTION FOR
                                            PARTIAL SUMMARY
22       v.                                 JUDGMENT FOR
                                            INFRINGEMENT**
23 SYNAPTICS, INC., a Delaware corporation;
   AVERATEC, INC., a California corporation; and   Date: January 11, 2008
24 PROSTAR COMPUTER, INC., a California            Time: 10:00 am
   corporation,                                    Courtroom 8, 19th floor
25                                                 Hon. Charles R. Breyer
                Defendants.
26

27

28 AVERATEC'S JOINDER IN SYNAPTICS' OPPOSITION                    {1139-006/00023406.DOCv}}
   TO ELANTECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT
   CASE NO. 3:06-CV-01839 CRB

1   Elantech Devices Corp. ("Elantech") has moved the Court for partial summary judgment
2   that the touchpad devices "sold by defendant Synaptics, Inc. ("Synaptics") using its "Type 2"
3   source code with finger counting enabled literally infringe claim 18 of Elantech's United States
4   Patent No. 5,825,352 ("the '352 patent")." *Elantech Devices Corp.'s Notice of Motion and*
5   *Motion for Partial Summary Judgment of Infringement*, p.1, ll. 7-9 ("Elantech's Motion").
6   Elantech's Motion is directed to Synaptics, and not to Defendant Averatec, Inc.
7   ("Averatec"). Thus, Averatec believes that it does not need not respond to Elantech's Motion
8   regarding any of its products sold, offered for sale, or imported into the United States.
9   Otherwise, Averatec joins in, incorporates, and adopts in their entirety as if fully set forth
10  herein, defendant and counterclaimant Synaptics Inc.'s ("Synaptics") December 21, 2007
11  Opposition to Elantech's Motion for Partial Summary Judgment ("Opposition"), and other
12  documents relied upon and/or submitted by Synaptics in connection with this Opposition.

15  Dated: December 21, 2007                KASTNER BANCHERO LLP
16                                          COHEN & GRESSER LLP

18                                          By:    /s/ Scott R. Raber, Esq.

20                                          Attorneys for Defendant
                                            AVERATEC, INC.