| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| 2 | ERIKA L. LABIT (CA SBN 234919)<br>MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road<br>Palo Alto, California  94304-1018 |
| 4 | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 5 | KKramer@mofo.com |
| 6 | Attorneys for Defendant and Counterplaintiff |
| 7 | SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.    C 06-01839 CRB<br><br>**MANUAL FILING NOTIFICATION OF CONFIDENTIAL DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTIC'S OPPOSITION TO ELANTECH DEVICES CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**<br><br>Date: January 11, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

1  Regarding **MANUAL FILING NOTIFICATION OF CONFIDENTIAL**
2  **DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTIC'S**
3  **OPPOSITION TO ELANTECH DEVICES CORP.'S MOTION FOR PARTIAL**
4  **SUMMARY JUDGMENT OF INFRINGEMENT**.  This filing is in paper or physical form
5  only, and is being maintained in the case file in the Clerk's office.
6      If you are a participant on this case, this filing will be served in hard-copy shortly.
7      For information on retrieving this filing directly from the court, please see the court's
8  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
9      This filing was not efiled for the following reason(s):
10 ___ Voluminous Document (PDF file size larger than the efiling system allows)
11 ___ Unable to Scan Documents
12 ___ Physical Object (description): _____
13 _____
14 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15 _x_ Item Under Seal
16 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
17 ___ Other (description): _____
18 _____

Dated: December 21, 2007          KARL J. KRAMER
                                  ERIKA L. LABIT
                                  MORRISON & FOERSTER LLP


                                  By: /s/Karl J. Kramer
                                       Karl J. Kramer

                                  Attorneys for Defendant and
                                  Counterplaintiff
                                  SYNAPTICS, INC.