1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterplaintiff
   SYNAPTICS, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | Date: January 11, 2008 |
| v. | Time: 10:00 a.m. |
| | Courtroom 8, 19th Floor |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Hon. Charles R. Breyer |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

22      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
23 is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause,
   and I am over the age of eighteen years.
24
        I further declare that on the date hereof, I served a copy of:
25
   **SYNAPTICS, INC.'S OPPOSITION TO ELANTECH DEVICES CORP.'S
26 MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT
   (Filed Under Seal – Confidential Version)**
27

28

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB                                                                1
pa-1081293

**CONFIDENTIAL DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTIC'S OPPOSITION TO ELANTECH DEVICES CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☒ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Yitai Hu | ____ Fax |
| Sean P. DeBruine | ____ U.S. Mail |
| Akin Gump Strauss Hauer & Field LLP | ____ Overnight |
| 2 Palo Alto Square, Suite 400 | _X_ Personal |
| 3000 El Camino Real | _X_ E-mail **(courtesy copy)** |
| Palo Alto, Ca 94306 | |
| Tele: (650) 838-2121 | |
| Fax: (650) 838-2001 | |
| Email: sdebruine@akingump.com | |
| yhu@akingump.com | |
| COUNSEL FOR PLAINTIFF ELANTECH DEVICES CORPORATION | |

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

2

| | |
|---|---|
| Karen H. Bromberg<br>Damir Cefo<br>Cohen & Gresser LLP<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Tele: (212) 957-7604<br>Fax: (212) 957-4514<br>Email: kbromberg@cohengresser.com<br>dcefo@cohengresser.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC. | \_\_\_\_\_ Fax<br>\_\_\_\_\_ U.S. Mail<br>__X__ Overnight<br>\_\_\_\_\_ Personal<br>__X__ E-mail **(courtesy copy)** |
| Scott R. Raber<br>Kastner Banchero LLP<br>20 California Street, 7th Floor<br>San Francisco, CA 94111<br>Tele: (415) 398-7000<br>Fax: (415) 616-7000<br>Email: srr@kastnerbanchero.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC. | \_\_\_\_\_ Fax<br>\_\_\_\_\_ U.S. Mail<br>__X__ Overnight<br>\_\_\_\_\_ Personal<br>\_\_\_\_\_ E-mail **(courtesy copy)** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California on December 21, 2007.

| | |
|---|---|
| Sandra K. Devol<br>(typed) | /s/<br>(signature) |

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **CERTIFICATE OF SERVICE.** In compliance with General Order 45, X.B., I hereby attest that Sandra K. Devol has concurred in this filing.

Dated: December 21, 2007        MORRISON & FOERSTER LLP

By:    /s/Karl J. Kramer
          Karl J. Kramer

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293