1  YITAI HU (CA SBN 248085)
   SEAN P. DEBRUINE (CA SBN 168071)
2  HSIN-YI CINDY FENG (CA SBN 215152)
   AKIN GUMP STRAUSS HAUER & FELD, LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, CA 94306
   Telephone: (650) 838-2000
5  Facsimile: (650) 838-2001
   sdebruine@akingump.com
6
   Attorneys for Plaintiff
7  ELANTECH DEVICES CORPORATION

8
   KARL J. KRAMER (CA SBN 136433)
9  ERIKA L. YAWGER (CA SBN 234919)
   MORRISON & FOERSTER LLP
10 755 Page Mill Road
   Palo Alto, California 94304-1018
11 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
12 kkramer@mofo.com

13 Attorneys for Defendant
   SYNAPTICS, INC.
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | ELANTECH DEVICES CORPORATION, a | Case No.   3:06-CV-01839 CRB
   | corporation existing under the laws of Taiwan, |
20 | R.O.C., | **JOINT CASE MANAGEMENT STATEMENT**
   |  |
21 |        Plaintiff, |
   |  |
22 |   v. |
   |  | Date: January 11, 2008
23 | SYNAPTICS, INC., a Delaware corporation; | Time: 8:30 a.m.
   | AVERATEC, INC., a California corporation; and |
24 | PROSTAR COMPUTER, INC., a California | Hon. Charles R. Breyer
   | corporation, | Courtroom No. 8, 19th Floor
25 |  |
   |        Defendants. |
26

27 | AND RELATED COUNTERCLAIMS

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:06-CV-01839 CRB
pa-1216135

# INTRODUCTION

Pursuant to Civ. L.R. 16-10(d), lead counsel for the parties in this action met and conferred on December 20-21, 2007, for the purposes specified in Fed. R. Civ. P. 26(f), Civ. L.R. 16-8 and 16-9, and ADR Local Rule 3-5(a), as applicable to this action. Pursuant to that meet and confer, the parties hereby submit this Joint Case Management Statement.

## I.  PROGRESS SINCE THE LAST STATEMENT WAS FILED

### A.  Discovery

The parties are engaged in ongoing discovery efforts. Both Elantech and Synaptics have produced documents and confidential source code pursuant to the requirements of the Patent Local Rules, and discovery is ongoing. Neither party has engaged in discovery concerning damages pursuant to the parties' agreement to bifurcate damages. To date, only three depositions have been taken on narrow topics related to the issues raised in the summary judgment motions concerning infringement of Elantech's patent. Significant fact discovery remains to be done.

### B.  Claim construction

On December 18, 2006, Elantech and Synaptics submitted their Joint Claim Construction and Prehearing Statement pursuant to Pat. L. R. 4-3, identifying 18 claims for construction. Following briefing on claim construction but prior to the hearing, the Court issued an order on February 14, 2007 directing each party to advise the court of the four terms it most wanted construed. The parties complied, and the Court construed 8 of the 18 terms on April 6, 2007.

### C.  Summary Judgment Motions

On April 20, 2007, shortly after the Court issued its Order on claim construction, Synaptics filed a motion for summary judgment of noninfringement of Elantech's patent. On May 25, 2007, Elantech filed a motion for summary judgment of infringement of Elantech's patent. Both motions were scheduled to be heard on July 6, 2007, but on July 5, 2007 the Court issued an order rescheduling the hearing. The Court heard these motions on October 5, 2007 and on October 26, 2007 issued an order granting Synaptics's motion for summary judgment of noninfringement for "Type 1" code; denying Synaptics's motion for summary judgment of

noninfringement for "Type 2" code (enabled and disabled); and denying Elantech's motion for summary judgment of infringement.

On November 20, 2007, Elantech filed a motion for partial summary judgment of infringement in which Elantech requests partial summary judgment that the touchpad products sold by Synaptics using "Type 2" source code with finger counting enabled literally infringe Claim 18 of Elantech's patent. This motion will be heard on January 11, 2008.

### D. Pending Motion for Preliminary Injunction

On December 14, 2007, Elantech filed a motion for preliminary injunction, pending final resolution of the action, enjoining Synaptics from importing, making, using, selling, or offering to sell its touchpad products with "Type 2" code with finger counting enabled. Synaptics will oppose this motion on January 11, and the motion will be heard on February 1, 2008.

## II. ALTERNATIVE DISPUTE RESOLUTION

The parties have had private ongoing settlement discussions for the past 6 months but have yet to finalize any settlement. The parties would be willing to participate in mediation at an appropriate time.

## III. CASE SCHEDULE

The parties propose the following schedule. Averatec believes that the case against Averatec should be stayed because it is entirely duplicative of the underlying claims against Synaptics.

Synaptics and Elantech request that the Court adopt the following case management schedule and deadlines:

| DEADLINE DESCRIPTION | DATE |
| --- | --- |
| Discovery Cut-Off (fact discovery) | August 1, 2008 |
| Parties to exchange expert witness FRCP 26(a)(2)(B) reports | August 29, 2008 |
| Parties to exchange rebuttal FRCP 26(a)(2)(B) reports | September 19, 2008 |
| Discovery Cut-Off (expert discovery): | September 30, 2008 |

| DEADLINE DESCRIPTION | DATE |
|---|---|
| Last day to file dispositive motions | September 14, 2008 |
| Last day to hear dispositive motions | October 3, 2008 |
| Parties to serve motions in limine | November 3, 2008 |
| Parties to serve oppositions to motions in limine | November 14, 2008 |
| Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference, the parties shall file a Joint Proposed Final Pretrial Order, a joint set of proposed jury instructions, memoranda of law in support of each disputed instruction, a joint special verdict form, a joint set of proposed voir dire questions, any motions in limine together with their respective oppositions, and the parties respective trial briefs, if any | November 16, 2008 |
| Final Pretrial Conference | November 30, 2008 |
| Trial | December 3, 2008 |

The parties expect that the trial will last for a minimum of ten (10) trial days.

Dated: December 21, 2007

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By:  s/Karl J. Kramer
        Karl J. Kramer

Attorneys for Defendant
SYNAPTICS, INC.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:06-CV-01839 CRB
pa-1216135

3

| | | |
|---|---|---|
| 1 | Dated: December 21, 2007 | YITAI HU |
| 2 | | SEAN P. DeBRUINE |
| | | AKIN GUMP STRAUSS HAUER & FELD LLP |

By: <u>s/Sean P. DeBruine</u>
   Sean P. DeBruine

Attorneys for Plaintiff
ELANTECH DEVICES
CORPORATION

Dated: December 21, 2007   KAREN H. BROMBERG
                DAMIR CEFO
                COHEN & GRESSER LLP

By: <u>s/Karen H. Bromberg</u>
   Karen H. Bromberg

Attorneys for Defendant
AVERATEC, INC.

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **JOINT CASE MANAGEMENT STATEMENT.** In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Karen H. Bromberg have concurred in this filing.

Dated: December 21, 2007   MORRISON & FOERSTER LLP

By: <u>s/Karl J. Kramer</u>
   Karl J. Kramer

Attorney for Defendant
SYNAPTICS, INC.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:06-CV-01839 CRB
pa-1216135

4