1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5
   Attorneys for Defendant and Counterclaimant
6  SYNAPTICS, INC.

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12 ELANTECH DEVICES CORPORATION, a          Case No.   C06-01839 CRB
   corporation existing under the laws of Taiwan,
13 R.O.C.,                                  **STIPULATION AND
                                            [~~PROPOSED~~] ORDER TO
14             Plaintiff,                   CHANGE TIME FOR
                                            BRIEFING AND HEARING OF
15         v.                               ELANTECH'S MOTION FOR
                                            ENTRY OF PRELIMINARY
16 SYNAPTICS, INC., a Delaware corporation; INJUNCTION**
   AVERATEC, INC., a California corporation; and
17 PROSTAR COMPUTER, INC., a California     Date: _____
   corporation,                             Time:  10:00 a.m.
18                                          Courtroom 8, 19th Floor
               Defendants.                  Hon. Charles R. Breyer
19
   AND RELATED COUNTERCLAIMS
20

21
           Pursuant to Civil Local Rules 6-2 and 7-12, Synaptics, Inc. ("Synaptics"), Elantech
22
   Devices Corp. ("Elantech"), and Averatec, Inc. ("Averatec") hereby stipulate to change the
23
   hearing and briefing schedule for Elantech's Motion for Entry of Preliminary Injunction.
24
                                         **STIPULATION**
25
           WHEREAS, on Friday, December 14, 2007, Elantech filed a motion for preliminary
26
   injunction and set the motion for hearing on January 18, 2008;
27

28
   STIPULATION TO CHANGE TIME
   CASE NO. C06-01839 CRB                                                                    1
   pa-1215320

1   WHEREAS, pursuant to the local rules, Synaptics's opposition brief would be due on
2   December 28, 2008;
3   WHEREAS, Synaptics's counsel notified Elantech that Synaptics lead counsel, Mr.
4   Kramer, will be out of the country on a prepaid vacation from December 21 – January 7, and that
5   the associate attorney working on the case for Synaptics, Ms. Yawger, will be out of the country
6   on a prepaid honeymoon from December 21 – January 11;
7   WHEREAS the parties, acting through their counsel, have met and conferred regarding
8   continuing the hearing to February 1, 2008 to accommodate counsel's schedule; and
9   NOW THEREFORE,
10  The parties to this action, acting by and through their counsel of record, stipulate and
11  respectfully request that the hearing for Elantech's motion for preliminary injunction be moved to
12  be heard on February 1, 2008, with briefing schedule to follow the timing set pursuant to the local
13  rules.
14  **IT IS SO STIPULATED.**

Dated:  December 20, 2007            KARL J. KRAMER
                                     ERIKA L. YAWGER
                                     MORRISON & FOERSTER LLP


                                     By:    s/Karl J. Kramer
                                            Karl J. Kramer

                                     Attorneys for Defendant
                                     SYNAPTICS, INC.

Dated:  December 20, 2007            YITAI HU
                                     SEAN P. DeBRUINE
                                     AKIN GUMP STRAUSS HAUER & FELD LLP


                                     By:    s/Sean P. DeBruine
                                            Sean P. DeBruine

                                     Attorneys for Plaintiff
                                     ELANTECH DEVICES CORPORATION

STIPULATION TO CHANGE TIME
CASE NO. C06-01839 CRB                                                                        2
pa-1215320

Dated:  December 20, 2007

KAREN BROMBERG
DAMIR CEFO
COHEN & GRESSER LLP


By:   s/Damir Cefo
      Damir Cefo

Attorneys for Defendant
AVERATEC CORPORATION

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order To Change Time.  In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Damir Cefo have concurred in this filing.

Dated: December 20, 2007

MORRISON & FOERSTER LLP


By:  /s/Karl J. Kramer
      Karl J. Kramer

Attorneys for Defendant
SYNAPTICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 26, 2007

By: _____
UNITED STATES DISTRICT JUDGE
HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer* [seal: United States District Court, Northern District of California]