UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date: January 11, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

This matter comes before the Court on an administrative motion to file under seal portions of Synaptics, Inc.("Synaptics")'s Opposition to Elantech Devices Corp. ("Elantech")'s Motion For Partial Summary Judgment of Infringement ("Opposition Brief"), the Declaration of Karl J. Kramer in Support of Synaptics's Opposition to Elantech's Motion For Partial Summary Judgment of Infringement ("Kramer Declaration"), and Exhibit A to the Kramer Declaration, filed December 21, 2007.  Having considered Synaptics's request, as well as the pleadings and

1  materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE
2  APPEARING for the Opposition Brief, Kramer Declaration, and Exhibit A to the Kramer
3  Declaration to be filed under seal. Defendant's administrative motion to file the Opposition
4  Brief, Kramer Declaration, and Exhibit A to the Kramer Declaration under seal is hereby
5  GRANTED.
6        IT IS SO ORDERED.
7  Dated: _December 26, 2007_

9  By: _____
10  UNITED STATES DISTRICT JUDGE
    HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839-CRB
pa-1210638

2