1   Yitai Hu (SBN 248085)(yhu@akingump.com)
    Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2   Ming-Tao Yang (SBN 221295)(myang@akingump.com)
    Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3   AKIN GUMP STRAUSS HAUER & FELD LLP
    3000 El Camino Real
4   Two Palo Alto Square, Suite 400
    Palo Alto, California  94306
5   Telephone:      650-838-2000
    Facsimile:      650-838-2001
6

7   Attorneys for Plaintiff and Counterdefendant
    ELANTECH DEVICES CORPORATION
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  ELANTECH DEVICES CORP.,              )   Case No. 3:06-CV-01839 CRB
                                         )
14            Plaintiff,                 )   **DECLARATION OF SEAN P. DEBRUINE**
                                         )   **IN SUPPORT OF ELANTECH DEVICES**
15       vs.                             )   **CORP.'S MOTION FOR PARTIAL**
                                         )   **SUMMARY JUDGMENT**
16  SYNAPTICS, INC. and                  )
    AVERATEC, INC.                       )   Date:         January 11, 2008
17                                       )   Time:         10:00 a.m.
              Defendants.                )   Judge:        Charles R. Breyer
18                                       )   Courtroom:    8, 19th Floor

19  ─────────────────────────────

20

21

22

23

24

25

26

27

28

**DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine declare and state as follows:

1.        I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP, attorneys for Plaintiff Elantech Devices Corp. ("Elantech") in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to the facts stated below.

2.        On July 21, 2006, Elantech served its First Set of Document Requests, seeking, *inter alia*, exemplary Synaptics products and "Documents concerning or relating to the structure, function, or operation of Synaptics Product(s), including, but not limited to the related specification, data sheets, drawings, diagrams, circuits, schematics, notebooks, protect reports, workbooks, lab books, notes, code . . . ."   "Synaptics Products" was defined to include "any touch pad product made by or on behalf of Synaptics and/or sold by or on behalf of Synaptics, and any parts . . . for such product."  Hence, Elantech's First of RFPs was not limited to the "TM41" series.  Attached hereto as Exhibit "A" is a true and correct copy of Elantech's First Set of Documents Requests.

3.        Accompanying the responses, Synaptics produced only two chips, both marked with the "TM41" series for product number.   Attached hereto as Exhibit "B" is a true and correct copy of a letter dated August 24, 2006 from Ethel Villegas to Sean DeBruine (transmittal letter enclosing the two chips).

4.        Synaptics' website (http://www.synaptics.com) reveals only the TM41 series.  This website discloses only a single reference to a "Touchpad Interfacing Guide," which in turn does not identify any products other than the TM41 number series.    Thus, Elantech was lead to believe that the only relevant Synaptics' touchpad products consisted of the "TM41" series.  Attached hereto as Exhibit "C" is a true and correct copy of the Synaptics Touchpad Interfacing guide, downloaded from http://www.synaptics.com/decaf/utilities/ACF126.pdf  on December 28, 2007.

5.        None of the documents or things produced by Synaptics in response to Elantech's document requests or as required by Fed. R. Civ. P. 26 or Pat. L. R. 4 revealed any product numbers other than those starting with "TM41."  Unaware of any other applicable Synaptics touchpad

1    products, Elantech submitted its Preliminary Infringement Contentions, identifying the "TM41"

2    series of products.  Attached hereto as Exhibit "D" is a true and correct copy of Elantech's

3    Preliminary Infringement Contentions, dated September 1, 2006.

4         6.    In October of 2006, counsel for Elantech and Synaptics discussed a mutual

5    exchange of exemplary code that would readily demonstrate how the parties' respective touchpads

6    operated.  Attached hereto as Exhibit "E" is a true and correct copy of an e-mail dated October 2,

7    2006 from K. Kramer to S. DeBruine.

8         7.    Further to that understanding, Elantech produced its source code in searchable

9    format with listing files.  According to Synaptics' counsel, in that same time frame, "Synaptics

10   produced current and exemplary versions of Synaptics' proprietary firmware and source code (the

11   'Code') governing the operation of the Synaptics' touchpad devices."  *See* Declaration of Karl J.

12   Kramer, filed on April 20, 2007 ("Kramer Decl."), at ¶10; *see also* Memorandum of Points and

13   Authorities in Support of Synaptics' Motion for Summary Judgment of Noninfringement of the

14   Asserted Claims of the '352 Patent, filed on April 20, 2007 ("Synaptics' MSJ Brief"), at 3:23-24

15   ("By agreement, the parties exchanged documents and exemplary code, detailing the operations of

16   the Accused Touchpads").  Elantech's review of the Code did not reveal any other product names

17   other than the TM41 series.

18        8.    On April 19, 2007, Elantech's counsel sent an informal notice of deposition of

19   Synaptics under Federal Rules of Civil Procedure Rule 30(b)(6).  The Notice of Deposition sought

20   the identification and scheduling of designated witness(es) who would be testifying on behalf of

21   Synaptics.  Rather than produce the requested discovery, Synaptics filed its motion for summary

22   judgment of non-infringement.  Attached hereto as Exhibit "F" is a true and correct copy of an e-

23   mail dated April 19, 2007 from S. DeBruine to K. Kramer.

24        9.    After a month passed with no response, on May 25, 2007, Elantech formally served

25   a Notice of Deposition.  Attached hereto as Exhibit "G" is a true and correct copy of an email dated

26   May 25, 2007 from Ethel Villegas to Sean DeBruine.  Instead of agreeing to designate and produce

27   30(b)(6) witnesses, Synaptics offered only to produce David Gillespie on June 4, 2007, as a

28   30(b)(6) witness for the very limited purposes of testifying on Synaptics' behalf on subject matter

2

1  relating to the parties' pending motions for summary judgment.  Attached hereto as Exhibit "H" is a

2  true and correct copy of a letter dated June 1, 2007 from K. Kramer to S. DeBruine.

3        10.      On May 7, 2007, within thirty days of service of the Court's Claims Construction

4  Order, Elantech served its Final Infringement Contentions.  Attached hereto as Exhibit "I" is a true

5  and correct copy of Elantech's Final Infringement Contentions, dated May 7, 2007.

6        11.      Only on June 4, 2007, during the deposition of Synaptics' corporate witness, did

7  Elantech learn that the TM41 series are apparently older Synaptic products, and that Synaptics

8  manufactured more current products, namely the "TM51," "TM61," "TM62" and possibly a

9  "TM71" series of touchpads.  Mr. Gillespie explained that the older TM41 series, unlike the more

10  current products, lack sufficient memory to run Type 2 Code and hence, ran only Type 1 Code.

11  Attached hereto as Exhibit "J" is a true and correct copy of pages 51, 58-60 from the deposition of

12  David Gillespie, conducted on June 4, 2007.

13        12.      Based this information, the very next day, Elantech sent a request to Synaptics to

14  stipulate to allow Elantech to amend its Final Infringement Contentions to add in the Additional

15  Touchpad Products.  Attached hereto as Exhibit "K" is a true and correct copy of a letter dated June

16  5, 2007 from S. DeBruine to K. Kramer.

17        13.      Synaptics initially refused to agree to such a stipulation.  Attached hereto as Exhibit

18  "L" is a true and correct copy of a letter dated June 6, 2007 from E. Labit to S. DeBruine.

19        14.      On June 12, 2007, I responded to Ms. Labit's letter, explaining why Synaptics'

20  refusal was unreasonable.  Synaptics did not respond.  Attached hereto as Exhibit "M" is a true and

21  correct copy of a letter dated June 12, 2007 from S. DeBruine to E. Labit.  Subsequently, on or

22  about June 14, 2007, I had a telephone conversation with Mr. Karl Kramer, Esq., lead counsel for

23  Synaptics.  Mr. Kramer agreed that Synaptics would not oppose Elantech's pending summary

24  judgment motion to the extent it applied to products not delineated in Elantech's FICs, and would

25  not oppose a motion by Elantech to amend its FICs  to name the previously undisclosed Synaptics

26  products that included the Type 2 code if Synaptics' non-infringement motion were to be denied.

27  Mr. Kramer and I agreed that such a motion for leave to amend need not be filed until after

28  resolution of the summary judgment motions.

3

Declaration of Sean P. DeBruine ISO Elantech's Motion
For Partial Summary Judgment Of Infringement                    CASE NO. 3:06-CV-01839 CRB

15.    After the court's ruling on those motions the summary judgment motions, the parties maintained an informal "stand-still" agreement while they pursued settlement discussions.   Those negotiations proved unsuccessful, leading Elantech to file its motion for summary judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of December, 2007 in Palo Alto, California.


By: _____/s/_____
                    Sean P. DeBruine

4

EXHIBIT A

YITAI HU (California Admission Pending) (yhu@akingump.com)
SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:       650-838-2000
Facsimile:       650-838-2001

Attorneys for Plaintiff
ELANTECH DEVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
| Plaintiff, | |
| vs. | **PLAINTIFF ELANTECH DEVICES CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO SYNAPTICS, INC. [NOS. 1-58]** |
| SYNAPTICS, INC.;<br>AVERATEC, INC.;<br>PROSTAR COMPUTER, INC., | |
| Defendants. | |

**PROPOUNDING PARTY**:  **Plaintiff ELANTECH DEVICES CORP.**

**RESPONDING PARTY**:    **Defendant SYNAPTICS, INC.**

**SET NUMBER**:              **ONE**

**TO DEFENDANT SYNAPTICS, INC. AND ITS ATTORNEYS OF RECORD**:

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Elantech Devices Corp. ("Elantech") by and through its attorneys, requests that Defendant Synaptics, Inc. ("Synaptics") produce documents and things in accordance with the following Definitions and Instructions and discovery requests, at the offices of Akin Gump Strauss Hauer & Feld, LLP, 3000 El Camino Real, Suite 400, Palo Alto, CA 94306, within thirty days after the date of service. These requests for production are deemed to be continuing up to and including the time of trial, and impose upon Synaptics the obligations set forth in Fed. R. Civ. P. 26(e).

## DEFINITIONS

A.    The term "Plaintiff" or "Elantech" shall mean Plaintiff Elantech Devices Corporation and its subsidiaries and divisions.

B.    The term "Defendant" or "Synaptics" refers to Synaptics, Inc. and its subsidiaries and divisions, all predecessors, successors and assigns of the foregoing, and all officers, directors, employees, managing agents, consultants, attorneys and others under the control of any of the foregoing entities.

C.    The term "the '352 patent" or "Elantech Patent" shall mean U.S. Patent No. 5,825,352, entitled "Multiple Fingers Contact Sensing Method For Emulating Mouse Buttons And Mouse Operations On A Touch Sensor Pad."

D.    The term "the '591 patent" shall mean U.S. Patent No. 5,543,591, entitled "Object Position Detection With Edge Motion Feature And Gesture Recognition."

E.    The term "the '411 patent" shall mean U.S. Patent No. 5,880,411, entitled "Object Position Detection With Edge Motion Feature And Gesture Recognition."

F.    The term "the '052 patent" shall mean U.S. Patent No. 5,943,052, entitled "Method and Apparatus For Scroll Bar Control."

G.    The term "the '931 patent" shall mean U.S. Patent No. 6,380,931, entitled "Object Position Detection With Edge Motion Feature And Gesture Recognition."

H.     The term "Synaptics Patent" or "Synaptics Patents" shall mean the '591 patent, the '411 patent, the '052 patent, and/or the '931 patent.

I.     "And" and "or" shall be construed conjunctively and disjunctively so as to acquire the broadest possible meaning.

J.     The terms "any", "all" or "each" shall be construed as "any, all and each."

K.     The singular and masculine form of a noun or pronoun shall embrace, and shall be read and applied as, the plural or the feminine or neuter, as the particular context makes appropriate or permits to obtain the broadest possible meaning.

L.     The use of the singular form of any word shall include the plural and vice versa.

M.     Documents "referring", "relating" or "related" to any given subject shall mean, without limitation, any document that assesses, constitutes, contains, describes, discusses, embodies, reflects, opines, identifies, states, refers directly or indirectly to, or is in any way relevant to the particular subject matter identified.

N.     The term "concerning" shall mean comprising, constituting, containing, describing, discussing, embodying, evidencing, evincing, identifying, indicating, involving, referring to, reflecting, relating to, supporting, or otherwise in any way pertaining directly or indirectly to.

O.     The term "Patent and Trademark Office" or "USPTO" shall mean United States Patent and Trademark Office.

P.     The term "prosecution," in relation to a patent or patent application, means all proceedings before, and communications with, a patent office relating to a patent, patent application, continuation, continuation-in-part, and/or divisional, including, but not limited to, interference, reissue, reexamination, opposition, and cancellation proceedings.

Q.     The term "prior art" shall mean all patents, patent applications, publications, other references, disclosures, sales, or other acts or occurrences included within the broadest meaning of 35 U.S.C. § 102 (or any subpart thereof) and 35 U.S.C. § 103.

R.     The term "identify," when used with respect to any natural person, means that the following information shall be provided: the person's full name; present or last known home address

ELANTECH'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO SYNAPTICS.

Case No. 06-CV-01839 CRB

and telephone number; present or last known business address and telephone number; present or last

known title or occupation; and present or last known employer.

S.     The term "identify," when used with respect to any legal entity, such as a corporation,

company, or person other than a natural person, means that the following information shall be

provided: the entity's name; the place of incorporation or organization; the principal place of business;

and the nature of the business conducted by that legal entity.

T.     The term "identify," when used with respect to any oral statement means: state the name

of the speaker, the date of the statement; the place at which the statement was made; the person or

persons to whom the statement was addressed; if practicable, and otherwise a general description of the

persons to whom the statement was addressed; the subject matter of the statement; and if the statement

was memorialized in writing or mechanical or other recording, state the date and present location of

said writing or mechanical or other recording.

U.     The term "identify," when used with respect to any written document or statement,

means: state the name of the author; the type of document or writing; the date of the document; the

addressee; or recipient, if practicable, and otherwise a general description of the persons to whom the

writing was distributed; the subject matter; and the present location and custodian of the original

document or thing and any copies thereof.  In lieu of such identification, you may attach a copy of the

writing containing said written statement and refer thereto in your answer.

V.     The term "communication" shall mean the transmittal of information in the form of

facts, ideas, inquiries or otherwise, orally, in writing, or in any other form.

W.     The term "document" shall have the broadest meaning permitted by Rule 34(a) of the

Federal Rules of Civil Procedure, and shall include, without limitation, any tangible recordation of

information by any means and in any medium, including, but not limited to, information that is

handwritten, typewritten, printed, recorded, filmed, stored on computer disks or electronic databases,

e-mail and/or any other tangible recordation discoverable under the Federal Rules of Civil Procedure

that are in Synaptics's possession, custody, or control or to which Synaptics otherwise has access.  The

term "document" further includes, without limitation, the original, any draft, and any non-identical

3

version or copy. Documents having self-stick removable notes shall be produced in a manner so that all material on both the note and the document is legible.

X.     The term "person" shall mean any natural person or any business, firm, association, organization, joint venture, partnership, corporation, any legal or governmental entity, or any other organization or entity.

Y.     The terms "related patent" and "related patent application" shall mean any parent or parent application, any continuation, continuation-in-part, divisional, reissue, or reexamination of the identified patent, and any foreign counterpart patent or foreign counterpart patent application that discloses or claims all or part of the subject matter disclosed or claimed in the identified patent.

Z.     The term "Elantech Product(s)" or "Plaintiff's Product(s)" shall mean any touch pad product made by or sold by Elantech, and any parts, supplies, service or maintenance for such product.

AA.    The term "Synaptics Product(s)" or "Defendant's Product(s)" shall mean any touch pad product made by or on behalf of Synaptics and/or sold by or on behalf of Synaptics, and any parts, supplies, service or maintenance for such product.

AB.    As used herein, the term "related fields" shall mean the fields of technology involved in or pertaining to a touch pad or pointer device.

## INSTRUCTIONS

A.     These requests shall be deemed to include any and all relevant documents within the possession, custody or control of Synaptics including, without limitation, documents located in the personal files of any and all past and present directors, officers, agents, representatives, employees, attorneys, accountants and others under the control of Synaptics.

B.     Where knowledge, information, or documents in Synaptics's possession, custody, or control are requested or inquired of, such request or inquiry includes knowledge, information, or documents in the possession, custody, or control of each of Synaptics's agents, servants, employees, representatives, and Synaptics's attorneys.

C.     Where an objection is made to any document request or sub-part thereof, the objection shall state with specificity all grounds for the objection.

4

D.    No part of a document request may be left unanswered merely because an objection is interposed to another part of the document request.

E.    If in responding to any of these document requests Synaptics encounters any ambiguity in construing either the request or a definition or instruction relevant to it, set forth the matter deemed ambiguous and the construction used in responding to the request.

F.    If the production of any documents responsive to these requests is objected to on the ground of privilege or work product, or for any other reasons, with respect to each such document, state:

    (1)    the request to which such document would be responsive;

    (2)    the data appearing on such document, or if no date appears, the date on which the document was prepared;

    (3)    the name of each person to whom such document was addressed;

    (4)    the name of each person, other than the addressee(s) identified in subparagraph (3) above to whom such document or copy thereof was sent, or with whom such document was discussed;

    (5)    the name of each person who signed such document or, if not signed, the name of each person who prepared it;

    (6)    the name of each person making any contribution to the authorship of such document;

    (7)    the job title or position of each person identified in subparagraphs (3), (4), (5) and (6) above;

    (8)    the date such document was received or discussed by each person identified in subparagraph (3) or (4) above;

    (9)    the general nature or description of such document, and the number of pages of which it consists;

    (10)    the name of each person who currently has custody of such document; and

    (11)    the specific ground(s) upon which the claim or privilege rests.

5

G.      With respect to each document or thing otherwise responsive to any document request that has been lost or destroyed since its preparation or receipt, identify the document or thing, state the document request to which it would be responsive, and give full particulars or circumstances under which the document or thing was lost or destroyed, including the date of destruction, the reason for the destruction, the identification of the person who destroyed the document, and the identification of any person who directed that the document be destroyed.

H.      Each document or group of documents produced in response to a request for production shall indicate the number of each and every request to which it is responsive.

I.      All documents are to be produced with their original file folders, file jackets, envelopes, or covers, or an accurate reproduction thereof.

J.      These document requests are deemed to be continuing.  With respect to any of the following document requests as to which Synaptics, after responding, discovers or acquires additional responsive material, Elantech requests that Synaptics produce such additional material for inspection and copying, in accordance with Rule 26(e) of the Federal Rules of Civil Procedure, no more than thirty days after Synaptics discovers or acquires such additional material.

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Documents sufficient to show the corporate structure of Synaptics, including all of its subsidiaries and divisions for each year since their creation.

**REQUEST FOR PRODUCTION NO. 2:**

Organizational charts and other documents sufficient to identify officers, directors and any other individuals involved in the design, research, development, testing, commercialization, sales, marketing, advertising, competitive product analysis, or manufacture of the Synaptics Products, including those products that Synaptics contends to have been sold in competition with any of the accused products.

6

**REQUEST FOR PRODUCTION NO. 3:**

For each Synaptics Patent, all documents and things concerning, referring, or relating to each corresponding application, continuation application, continuation-in-part application, divisional applications, re-examination certificate, re-issue or foreign patent or foreign patent application counterpart, or other related patents, including, but not limited to any prosecution history pertaining thereto.

**REQUEST FOR PRODUCTION NO. 4:**

For each Synaptics Patent, all documents and things concerning, constituting, evincing, commenting on, analyzing, or relating to any prior art believed at any time by Synaptics to be relevant to any alleged invention claimed in these patents, or asserted by anyone to be relevant to the Synaptics Patent.

**REQUEST FOR PRODUCTION NO. 5:**

For each Synaptics Patent, all documents and things constituting, referring to, or relating to the conception, design, development, testing, use, or reduction to practice of the alleged invention described, disclosed, or claimed in the Synaptics Patent.

**REQUEST FOR PRODUCTION NO. 6:**

All documents and things concerning the design, research, development, and/or testing of Synaptics's Products.

**REQUEST FOR PRODUCTION NO. 7:**

All documents and things concerning the first use, first public use, first public disclosure, first offer for sale, and/or first sale of any product that incorporates any alleged invention(s) claimed in the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 8:**

For each Synaptics Patent, all documents sufficient to identify all prior art concerning the alleged invention claimed in Synaptics Patent, that was known by any of the inventors of the Synaptics Patent or persons associated with the filing or prosecution of the Synaptics Patent.

ELANTECH'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO SYNAPTICS.

Case No. 06-CV-01839 CRB

**REQUEST FOR PRODUCTION NO. 9:**

Documents sufficient to identify all persons or entities involved with the prosecution of the Synaptics Patents or the related patents or applications.

**REQUEST FOR PRODUCTION NO. 10:**

All documents and things concerning Synaptics's consideration of filing and the decision to file a patent infringement suit against Elantech, regarding each Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 11:**

All documents and things concerning any allegations, accusations, or assertions by Synaptics of infringement by any third-parties of any of the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 12:**

All documents and things concerning Synaptics's awareness, including its first awareness, of Elantech Product(s).

**REQUEST FOR PRODUCTION NO. 13:**

All documents relating to the ownership or assignment of any of the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 14:**

All documents relating to any actual, implied, or proposed licensing of any of the Synaptics Patents, including all documents relating to the actual, implied, or proposed covenant not to sue relating to the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 15:**

Exclusive of documents produced to Synaptics by Elantech during this litigation, all documents and things in the possession, custody, or control of Synaptics concerning, relating to, or describing the Elantech Product(s) or prototypes thereof, including, but not limited to, all documents relating to any testing, analysis, or evaluations on the Elantech Product(s).

**REQUEST FOR PRODUCTION NO. 16:**

All documents and things concerning, relating to, or describing any of third-party products or prototypes thereof, including, but not limited to, all documents relating to any testing, analysis, or

evaluations on any of third-party products or any prototypes thereof in relation to the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 17:**

All documents concerning the construction, scope, infringement, non-infringement, validity, invalidity, enforceability, or unenforceability of any claims of the Synaptics Patents, or the related patents or related patent applications.

**REQUEST FOR PRODUCTION NO. 18:**

All documents and things concerning any search for prior art concerning the subject matter disclosed, described, or claimed in each Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 19:**

All documents supporting, referring to, or relating to Synaptics's contentions that Elantech infringes the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 20:**

All publications and disclosures by or on behalf of Synaptics or any of the inventors of the Synaptics Patent that concern the subject matter(s) disclosed or claimed in the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 21:**

For each Synaptics's Product, documents sufficient to show the unit sales of the product by month.

**REQUEST FOR PRODUCTION NO. 22:**

All documents and things concerning any instance in which the validity, enforceability, or construction of any claim contained in any of the Synaptics Patents or any related patents or related patent applications has been challenged or questioned, including, without limitation, all documents relating to any action or proceeding concerning any of the Synaptics Patents or any related patents or related patent applications.

9

ELANTECH'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO SYNAPTICS.

Case No. 06-CV-01839 CRB

1  **REQUEST FOR PRODUCTION NO. 23:**

2        For each Synaptics Patent, all documents relating to the subject matter disclosed, described, or

3  claimed in the patent, including, without limitation, notebooks, diaries, files, drawings, notes, reports,

4  workbooks, patent applications, publications, presentations, and speeches.

5  **REQUEST FOR PRODUCTION NO. 24:**

6        For each Synaptics Patent, documents and things sufficient to evidence reasonable diligence

7  towards reduction to practice of the subject matter claimed in the patent, from the earliest date of

8  conception of the subject matter to the time of the actual reduction to practice.

9  **REQUEST FOR PRODUCTION NO. 25:**

10        For each Synaptics Patent, all documents and things relating to all modes of practicing the

11  subject matter claimed in the patent, known to the inventor(s) of the patent at the time the application

12  for the patent was filed.

13  **REQUEST FOR PRODUCTION NO. 26:**

14        Documents sufficient to identify the last-known residence or place of employment of each of

15  the inventors of any of the Synaptics Patents.

16  **REQUEST FOR PRODUCTION NO. 27:**

17        The personnel and/or employment files for the inventors of any of the Synaptics Patents.

18  **REQUEST FOR PRODUCTION NO. 28:**

19        All documents and things sufficient to evidence non-obviousness of the alleged invention or the

20  subject matter claimed in the Synaptics Patents, including documents concerning commercial success

21  of products that incorporate any claim(s) of the Synaptics Patents, documents concerning the long-felt

22  but unresolved needs which were purportedly resolved by the alleged invention in the Synaptics

23  Patents, and documents evidencing the failure of others to conceive of or reduce to practice the

24  claimed inventions.

25

26

27

28

10

**REQUEST FOR PRODUCTION NO. 29:**

Two functional samples of each of the Synaptics Products that embodies any claim(s) of the Synaptics Patents, along with any accompanying manuals, data sheets, specifications, and other documents.

**REQUEST FOR PRODUCTION NO. 30:**

Documents concerning or relating to the structure, function, or operation of the Synaptics Product(s), including, but not limited to the related specification, data sheets, drawings, diagrams, circuits, schematics, notebooks, project reports, workbooks, lab books, notes, code, memoranda, test plans, test results, CAD and simulation files.

**REQUEST FOR PRODUCTION NO. 31:**

All documents and things relating to or evidencing any comparisons between the Elantech Product(s) and any other products, devices, or designs, including but not limited to the Synaptics Product(s).

**REQUEST FOR PRODUCTION NO. 32:**

For each Synaptics Product that embodies or practices any claims of the Synaptics Patents, the documents and things sufficient to identify all persons who have or had worked or participated in the design, development, or marketing of the product.

**REQUEST FOR PRODUCTION NO. 33:**

All documents and things concerning any legal or administrative proceedings concerning any of the Synaptics Patents or any of the related patents or applications, including, without limitations, pleadings, deposition transcripts, trial transcripts, and the related exhibits.

**REQUEST FOR PRODUCTION NO. 34:**

All documents and things which you intend to rely upon or introduce at trial in this action.

**REQUEST FOR PRODUCTION NO. 35:**

All documents and things relating to the costs, revenues, and profits relating to any of the Synaptics Products, including products that practice or incorporate any invention(s) disclosed or claimed in either the Synaptics Patents or the Elantech Patent.

11

ELANTECH'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO SYNAPTICS.

Case No. 06-CV-01839 CRB

**REQUEST FOR PRODUCTION NO. 36:**

All documents and things relating to Synaptics's commercial exploitation of the Synaptics Patents, including documents relating to the commercial exploitation of the Synaptics Product(s), including, without limitation, marketing forecasts, projected market share, feasibility studies, research and development reports, advertisements, price lists, contracts, and all documents relating to negotiations, efforts to sell, offers for sale, and actual sales of the products.

**REQUEST FOR PRODUCTION NO. 37:**

All documents and things concerning the value or valuations of any of the Synaptics Patents or the related patents, including all documents and things concerning or identifying royalties paid or owed to you by your licensee(s) or sub-licensee(s), on a quarterly and annual basis, relating to the licensing of any of the Synaptics Patents or any of the related patents .

**REQUEST FOR PRODUCTION NO. 38:**

All documents and things concerning any assertion, allegation, or claim by any entity that it has any right to, or title or interest in, any of the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 39:**

All documents and things evidencing your compliance or efforts to comply with the notice requirements of 35 U.S.C. § 287, including documents and things evidencing the marking of the Synaptics Product(s) with the numbers of the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 40:**

All documents and things sufficient to support your damages calculations or damages theory that you intend to assert or rely upon in this action, including, without limitation, all documents constituting the basis for any calculations of lost profits resulted from the alleged infringement or of a reasonable royalty for the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 41:**

All documents and things evidencing the market demand for products embodying the invention(s) claimed or disclosed in the Synaptics Patents or for products comparable to Elantech's Product(s) during the period of Elantech's alleged infringement of the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 42:**

All documents and things evidencing your manufacturing and/or marketing capability to meet the market demand for products embodying the invention(s) in the Synaptics Patents or for products comparable to Elantech's Product(s) during the period of Elantech's alleged infringement of the Synaptics Patents.

**REQUEST FOR PRODUCTION NO. 43:**

All documents and things concerning Synaptics's competitors and the competitive products in the relevant market of products embodying the claimed invention(s) in the Synaptics Patents, during the period of Elantech's alleged infringement of the Synaptics Patents, including documents relating to the competitors' actual and/or projected market shares in such relevant market.

**REQUEST FOR PRODUCTION NO. 44:**

All documents and things evidencing any erosion of the price of the Synaptics's Product(s) attributable to Elantech's alleged infringement.

**REQUEST FOR PRODUCTION NO. 45:**

All documents concerning or identifying Synaptics's policy and past decisions in licensing patents.

**REQUEST FOR PRODUCTION NO. 46:**

All documents and things relating to or comprising Synaptics's communications with Elantech's customers or potential customers concerning the Synaptics Patents, Elantech's Product(s), or products that incorporate Elantech's Product(s).

**REQUEST FOR PRODUCTION NO. 47:**

All documents and things concerning or relating to the Elantech Patent or related patents or patent applications, including, but not limited to, all documents comprising or relating to any infringement, non-infringement, validity, invalidity, enforceability, or non-enforceability analysis, testing, or evaluation of the patent.

1    **REQUEST FOR PRODUCTION NO. 48:**

2        Documents and things relating to any documents, publications, and/or events that are deemed at

3    any time by Synaptics to be prior art to the Elantech Patent.

4    **REQUEST FOR PRODUCTION NO. 49:**

5        All documents and things relating to any prior art search or investigation relating to the

6    Elantech Patent.

7    **REQUEST FOR PRODUCTION NO. 50:**

8        All documents and things comprising or relating to the construction or interpretation of the

9    claim term(s) or scope of Elantech Patent.

10   **REQUEST FOR PRODUCTION NO. 51:**

11       All documents and things concerning, relating to, or comprising Synaptics's communications to

12   third parties, including but not limited to Elantech's customers or potential customers, about the

13   Elantech Patent.

14   **REQUEST FOR PRODUCTION NO. 52:**

15       All documents supporting, referring to, or relating to Synaptics's contentions that the Elantech

16   Patent is invalid.

17   **REQUEST FOR PRODUCTION NO. 53:**

18       All documents and things relied or to be relied upon by Synaptics in support of its allegation of

19   prosecution history estoppel in Synaptics's Answer and Counterclaim dated April 6, 2006.

20   **REQUEST FOR PRODUCTION NO. 54:**

21       All documents and things concerning Synaptics's awareness, including its first awareness, of

22   the Elantech Patent.

23   **REQUEST FOR PRODUCTION NO. 55:**

24       Documents and things sufficient to identify all of Synaptics's customers for the Synaptics

25   Product(s).

26

27

28
                                                   14

1    **REQUEST FOR PRODUCTION NO. 56:**

2        Documents and things sufficient to describe Synaptics's policies, practices, and procedures for

3    retention and destruction of documents.

4    **REQUEST FOR PRODUCTION NO. 57:**

5        All documents and things relied upon in preparing, or otherwise support, Synaptics's responses

6    to Elantech's First Set of Interrogatories.

7    **REQUEST FOR PRODUCTION NO. 58:**

8        All documents and things requested to be identified by Elantech's First Set of Interrogatories.

9

10

11   Dated:  July 21, 2006              AKIN GUMP STRAUSS HAUER & FELD LLP

12                                      By:_____

13                                           Hsin-Yi Cindy Feng
                                             Attorney for Plaintiff Elantech Devices Corp.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            15

# EXHIBIT B

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE:650.813.5600
FACSIMILE:650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

August 24, 2006

Writer's Direct Contact
650-813-5765
Telefacsimile: 650-251-3894
EVillegas@mofo.com

By Hand Delivery

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

Re:     *Elantech Devices Corporation v. Synaptics, Inc. et al.*, Case No. C06-01839 CRB

Dear Mr. DeBruine:

Enclosed please find documents bearing bates numbers SYN 00000001-5140.

If you have any questions, please feel free to contact me at the above-listed number. Thank you.

Very truly yours,

*Ethel Villegas*

Ethel Villegas
Senior Litigation Paralegal

Enclosures

cc:     Robert McKague, Esq.

pa-1090494

EXHIBIT C



# Synaptics TouchPad Interfacing Guide

*510-000080 - A*

*Second Edition*

| | | | |
|---|---|---|---|
| Created: | 2.0 | March 25, 1998 | |
| Revision: | 2.5 | January 18, 2000 | |
| Printed: | | January 22, 2001 | |

**Synaptics, Inc.**
2381 Bering Drive
San Jose, California 95131
(408) 434-0110
Fax (408) 434-9819

## 1.  Overview

This guide describes how computers and other hosts interface to the Synaptics TouchPad. The first section describes the TouchPad generally, including operating modes, features, host interactions, and principles of operation, with many historical notes comparing older versions of the Synaptics TouchPad with the present one, version 4.5.  (See page 4.)

The Synaptics TouchPad family supports a variety of protocols for communicating with the host computer.  The next few sections describe the available protocols:

- The **PS/2** protocol is the method that most portable computers use to interface with keyboards and pointing devices.  (See page 27.)

- The **Serial** protocol connects the pointing device to the host using a standard RS-232 serial port.  (See page 50.)

- The **ADB** protocol is used by Apple Macintosh family computers.  (See page 64.)

In each case, the TouchPad supports the industry standard "mouse" protocol plus a number of TouchPad-specific extensions.  This *Guide* describes the PS/2 and Serial protocols in complete detail, and the ADB protocol in all details not covered by Apple publications.  System architects and developers can read these sections of the *Guide* to learn how to interface to the TouchPad hardware.  (For detailed mechanical and electrical data, refer to the various *Model TM41xx Product Specification* sheets also available from Synaptics.)

Most operating systems provide driver software to handle the TouchPad at the hardware level.  Software developers will be more interested in the **TouchPad Driver API**, a high-level interface that Microsoft Windows® applications can use to take advantage of all the special abilities of the Synaptics TouchPad and the Synaptics drivers.  (See page 73.)

The **Glossary/Index** (page 79) defines all the technical terms that appear in this *Guide*.

## 1.1. Table of Contents

**1. Overview—1**
   1.1. Table of Contents—2

**2. TouchPad Features—4**
   2.1. Mouse-compatible Relative mode—4
   2.2. Packet rate—5
   2.3. Absolute mode—5
      2.3.1. Absolute mode state bits—6
      2.3.2. Absolute X and Y coordinates—7
      2.3.3. Absolute mode Z values—8
      2.3.4. Absolute mode W values—8
   2.4. Information queries—10
      2.4.1. TouchPad identification—10
      2.4.2. Model ID bits—11
      2.4.3. Coordinate resolution—13
      2.4.4. Extended capability bits—15
      2.4.5. Serial numbers—16
      2.4.6. Reading the mode byte—16
   2.5. Mode byte—17
   2.6. Principles of operation—20
      2.6.1. Sensing finger presence—20
      2.6.2. Filtering position data—20
      2.6.3. Sensing motion—21
      2.6.4. Sensing tapping gestures—21
      2.6.5. TouchPad calibration—22
      2.6.6. Host interface to TouchPad—22
   2.7. Synaptics TouchPad model numbers—25

**3. PS/2 Protocol—27**
   3.1. Electrical interface—27
      3.1.1. Connector pinouts—28
   3.2. Byte transmission—29
      3.2.1. Output to host—29
      3.2.2. Input from host—30
      3.2.3. Acknowledgement of commands—31
   3.3. Power-on reset—31
   3.4. Command set—33
   3.5. TouchPad special command sequences—36
      3.5.1. Information queries—36
      3.5.2. Mode setting sequence—40
   3.6. Data reporting—40
      3.6.1. Default packet format—40
      3.6.2. Absolute packet format—41
   3.7. PS/2 implementations—43
      3.7.1. The keyboard controller—43
      3.7.2. Sample PS/2 implementation—45

**4. Serial Protocol—50**
   4.1. Electrical interface—50
      4.1.1. TTL-level Serial TouchPad—53
   4.2. Byte transmission—54
   4.3. Power-on reset—54
   4.4. Command set—56
      4.4.1. Serial command timing—56
      4.4.2. Identify TouchPad command—57
      4.4.3. Read TouchPad Modes command—57

    4.4.4. Set TouchPad Modes command—58
    4.4.5. Read Model ID command—59
    4.4.6. Read Serial Number command—60
    4.4.7. Read Resolutions command—61
  4.5. Data reporting—62
    4.5.1. Default packet format—62
    4.5.2. Absolute packet format—63

**5. ADB Protocol—64**
  5.1. Electrical interface—64
  5.2. Byte transmission—65
  5.3. Power-on reset—66
  5.4. Command set—66
    5.4.1. ADB Register 0—66
    5.4.2. ADB Register 1—67
    5.4.3. ADB Register 2—68
    5.4.4. ADB Register 3—70
  5.5. Data reporting—70
    5.5.1. Default packet format—70
    5.5.2. CDM Relative mode packet format—71
    5.5.3. Absolute packet format—71

**6. Driver API—73**
  6.1. API basics—73
  6.2. Information available from the API—75
  6.3. Sample program—76

**7. Appendices—77**
  7.1. Historical TouchPad features—77
    7.1.1. Old-style mode bytes—77
    7.1.2. Fast PS/2 mode byte access—78
  7.2. Glossary and Index—79
  7.3. References: Synaptics literature—90
  7.4. References: Other literature—90

Synaptics is a registered trademark, and Edge Motion, Virtual Scrolling, and Palm Check are trademarks, of Synaptics, Inc.

Apple and Macintosh are registered trademarks, and Apple Desktop Bus is a trademark, of Apple Computer, Inc.

IBM and PS/2 are registered trademarks of International Business Machines Corporation.

Microsoft, MS-DOS, Windows, Windows 95, and Windows NT are registered trademarks of Microsoft Corporation.

## 2. TouchPad Features

The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. By clicking a button or tapping directly on the pad, the user can select and drag objects on the screen. The TouchPad serves the same role in a computer system as a mouse or trackball, but its compact size, low cost, and lack of moving parts makes it ideal for portable computers. The Synaptics TouchPad's advanced features make it the solution of choice for a variety of applications above and beyond simple mouse replacement.

Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. This first part of the *Interfacing Guide* describes the common aspects of the Synaptics TouchPad.

### 2.1. Mouse-compatible Relative mode

When power is applied, the Synaptics TouchPad identifies itself to the host computer as a regular mouse. This allows the TouchPad to be used with standard mouse drivers. This mouse-compatible mode is called *Relative mode* because finger actions are reported to the host in terms of relative mouse-like motions across the pad. The TouchPad reports this relative motion to the host in mouse-compatible *packets*. The TouchPad generates roughly 40–80 packets per second. Each packet reports the amount of motion in the X (horizontal) and Y (vertical) directions that has occurred since the previous packet. These amounts of motion are called *deltas,* and are written "ΔX" and "ΔY". The packet also reports information about the left and right "mouse" buttons.

| Field | Size (bits) | Range | Meaning |
|-------|-------------|-------|---------|
| ΔX | 8 | ±127 | Amount of horizontal finger motion |
| ΔY | 8 | ±127 | Amount of vertical finger motion |
| Left | 1 | 0 or 1 | State of left physical button or tap/drag gesture |
| Right | 1 | 0 or 1 | State of right physical button |

*Figure 2-1.  Contents of Relative packet*

Because the Relative packet is designed to be compatible with the existing mouse protocol, the exact contents of the Relative packet vary from one protocol to another. See the later sections of this *Guide* for details. (For example, in the PS/2 protocol, the packet actually reports 9-bit deltas, plus a third "middle" button which is not supported by current Synaptics products. Also, positive ΔY values correspond to upward motion in the PS/2 protocol, but to downward motion in the Serial and ADB protocols.)

In Relative mode, placing the finger on the pad does not automatically cause packets to be sent. However, moving the finger in any direction produces a sequence of packets that describe the motion. Pressing or releasing a mouse button causes the TouchPad to send a packet reporting this change in the state of the buttons. Tapping the finger quickly on the pad also simulates a brief click of the left mouse button, and the "tap-and-a-half" drag gesture simulates an extended motion with the left button held down. (Figure 2-17 of section 2.6.4 illustrates these gestures in a technical way; the on-line help that comes with Synaptics' driver software has more user-oriented descriptions of the tapping gestures.)

When there are no finger motions or button state changes to report, the TouchPad ceases to transmit packets and remains silent until the next motion or button activity.

## 2.2. Packet rate

The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the *Rate* bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second.

The higher packet rate is preferable because it leads to the smoothest cursor motion. Versions 5.0 and later of the Synaptics TouchPad drivers for Windows® 95 and Windows NT® use the higher packet rate by default.

The TouchPad defaults to the lower packet rate for the benefit of slower hosts that cannot keep up with 80 packets per second. Also, the low packet rate mode does more internal data filtering and so may perform better in environments of extreme electrical noise.

## 2.3. Absolute mode

Synaptics TouchPads also support an *Absolute mode* of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. The Synaptics Windows 95 and Windows NT drivers operate the pad in Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.

In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad. (Specifically, the TouchPad begins sending packets when Z is 8 or more.) The TouchPad also begins sending packets whenever any button is pressed or released. Once the TouchPad begins transmitting, it continues to send packets for one second after Z falls below 8 and the buttons stop changing. The TouchPad does this partly to allow host software to use the packet stream as a time base for gesture decoding, and also to minimize the impact if the system occasionally drops a packet.

The standard Absolute packet contains the following information:

Synaptics TouchPad Interfacing Guide                                    Second Edition

| Field | Size (bits) | Range | Meaning |
|-------|-------------|-------|---------|
| X | 13 | 0–6143 | Horizontal finger position, 0 = far left |
| Y | 13 | 0–6143 | Vertical finger position, 0 = far bottom |
| Z | 8 | 0–255 | Pressure or contact area, 0 = no contact |
| W | 4 | 0–15 | Finger width and other state information |
| Left | 1 | 0 or 1 | State of left physical button, 0 = not pressed, 1 = pressed |
| Right | 1 | 0 or 1 | State of right physical button, 0 = not pressed, 1 = pressed |
| Gesture | 1 | 0 or 1 | Tap/drag gesture in progress, 0 = no gesture, 1 = gesture |
| Finger | 1 | 0 or 1 | Finger presence, 0 = no finger, 1 = finger |

*Figure 2-2.  Contents of Absolute packet*

### 2.3.1.  Absolute mode state bits

The Absolute mode packet, like the Relative mode packet, contains several bits that report the state of the buttons.  An important difference is that in Absolute mode, the physical buttons are reported separately from tap and drag gestures, whereas in mouse-compatible Relative mode, gestures and buttons are mixed together and there is no way for the host to distinguish them.  (Naturally, if the host wishes for taps to act like left button clicks even in Absolute mode, the host is free to mix the separate state bits together itself.)

The Left and Right button bits report the current state of the two respective buttons.  Each bit is 1 if the button is currently pressed, or 0 if the button is not pressed.  Note that most Synaptics TouchPad models do not contain buttons mounted directly on the TouchPad board, but rather supply two external connector pins to which the system designer can attach buttons.  These pins are labeled "Left" and "Right"; it is up to the system designer to attach the pins to appropriately placed buttons.

Some Synaptics TouchPads (the "MultiSwitch" pads) support two additional buttons labeled "Up" and "Down."  When these buttons exist, their state is also reported in the Absolute packet.  (See section 3.6.2 for information on how these buttons are reported.)

The Finger bit reports the state of the firmware's internal finger-presence check.  This is a simple test based on comparing Z against a threshold of 25–30 units.

The Gesture bit reports the state of the "virtual" button; it is 1 during tap and drag gestures.  (See section 2.6.4 for more details on the virtual button.)

Note that the Finger and Gesture bits are fully redundant with the basic (X, Y, Z) information reported in the packet.  In fact, the Synaptics drivers ignore these two bits and do their own more sophisticated finger and tap detection by examining Z directly.  The Synaptics TouchPad provides these bits to simplify the use of the TouchPad in special applications where the Synaptics drivers cannot be used.

### 2.3.2. Absolute X and Y coordinates

The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When $Z > 0$, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.

|  | *X axis* | *Y axis* |
|---|---|---|
| *Absolute reportable limits* | 0–6143  ($0000–$17FF) | 0–6143  ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472  ($05C0–$1560) | 1408–4448  ($0580–$1160) |
| *Typical edge margins* | 1632–5312  ($0660–$14C0) | 1568–4288  ($0620–$10C0) |

*Figure 2-3.  Absolute X and Y coordinates*

(Note: "$" indicates hexadecimal notation.)

In this table, the *absolute reportable limits* are guaranteed bounds on the values reported by the TouchPad under any circumstances. The *typical bezel limits* are approximate bounds on X and Y when fingers of typical size are used on TouchPads mounted in typical bezels. The *typical edge margins* are suitable limits for deciding whether the finger is on the edge or in the interior area of the pad surface; the finger is in the interior if X and Y lie within the edge margin limits.

The following figure illustrates the various coordinate limits:



*Figure 2-4.  Coordinate limits (not to scale)*

Note that the typical bezel limits are inset a small distance from the "true" coordinates of the ideal bezel opening, because the TouchPad reports the coordinates of the *center* of the finger whereas the bezel constrains the *perimeter* of the finger. For any finger of reasonable size, the center will be inset a bit from the perimeter. For example, see finger A in the figure above. Similarly, the typical edge margins are inset somewhat from the bezel limits so that fingers of all sizes, such as the larger finger B shown above, will be able to fit within the edge zone.

For "portrait" oriented TouchPads, the X and Y axis limits in Figure 2-3 are interchanged; for example, the X bezel limits for a portrait pad would be 1408–4448. Figure 2-11(*b*) of section 2.4.2 illustrates the portrait orientation.

The coordinate ranges in Figure 2-3 imply a resolution of 2000 dpi or more, depending on the physical size of the pad. (Section 2.4.3 lists the actual resolutions for different TouchPad models.) In practice, the usable X and Y resolution is often somewhat reduced by the effects of electrical noise and physical jitter. Host software may need to apply filtering or averaging to the X and Y values before using them for fine positioning; section 2.6.2 gives some examples. In general, please remember that a TouchPad is *not* a graphics tablet; designers should not expect a compact, finger-operated device to match the stability, linearity, and repeatability of a precision pen-operated tablet.

### 2.3.3.  Absolute mode Z values

The Z value reports the total finger capacitance, which is a function of the finger's contact area, which in turn is affected by the contact pressure and by the angle at which the finger is held. The following table illustrates some typical Z values.

| Value | Interpretation |
|---|---|
| Z = 0 | No finger contact. |
| Z = 10 | Finger hovering near the pad surface. |
| Z = 30 | Very light finger contact. |
| Z = 80 | Normal finger contact. |
| Z = 110 | Very heavy finger contact. |
| Z = 200 | Finger lying flat on pad surface. |
| Z = 255 | Maximum reportable Z; whole palm flat on pad surface. |

*Figure 2-5.  Typical Z values*

Note that the measurement of Z is approximate; actual reported Z values will vary from one TouchPad to another and from one user to another. In fact, because capacitance is influenced by environmental effects such as the moisture of the skin, Z measurements may even vary from day to day for the same TouchPad and user.

For Synaptics TouchPad models that can sense pens as well as fingers, note that the Z scales for pens and fingers may be different. In fact, current pen TouchPads are unable to measure the pressure of pen contact; they report all pen strokes with a constant Z of 80.

### 2.3.4.  Absolute mode W values

Newer Synaptics TouchPads support an optional value in the Absolute packet called "W." The W value is not available on all models of Synaptics TouchPads; when it is available, it is reported only when the host enables a special "W mode." The W value supplies extra information about the character of the contact with the pad. The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.

The following table shows the W values that are currently defined for Synaptics TouchPads:

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6.  Absolute mode W values*

Sections 2.4.2 and 2.4.4 show how the host can query for multi-finger, pen, and palm detection capability in a particular pad, as well as for the capability to report W at all.

If the *capPalmDetect* capability bit is set, then W values from 4 to 15 indicate that the pad has sensed a single finger of a particular width.  The host can watch for especially wide "fingers" as evidence that the pad was activated by an accidental brush of the hand or palm rather than deliberate finger contact.  (Note that the finger width measurement is very approximate; actual widths will vary from one TouchPad to another and from one user to another.)

If the *capMultiFinger* capability bit is set, then W values 0 and 1 indicate a multi-finger touch.  The TouchPad still reports a single pair of X and Y coordinates even when multiple fingers are on the pad.  In current TouchPads, X and Y will report the point on the pad midway between the fingers.  (Future TouchPads may use a different convention, e.g., always following the first or the last finger to make contact with the pad.)

If the *capPen* capability bit is set, then a W value of 2 indicates that the pad is currently sensing a pen, not a finger.  An object on the pad surface is considered a "finger" if it forms a significant contact area and is electrically attached to ground or to a large conductive body such as a human body.  A "pen" is any other type of object, such as a non-conductive plastic stylus, that makes contact with the TouchPad surface.  (Note that most Synaptics TouchPad products are unable to sense pens, and thus have *capPen* = 0; only certain "pen-input TouchPad" models are able to sense pens as well as fingers.)

When the *capPalmDetect, capMultiFinger,* or *capPen* capability bits are clear (0), the corresponding W values are reserved for future definition by Synaptics and should be given no special interpretation by host software.  For example, if *capPen* = 0 and the TouchPad reports a W value of 2, the host should *not* treat the contact as a pen stroke, but rather as a normal finger stroke with no unusual properties.

When Z = 0, the X, Y, and W values cannot be measured and are reported as 0.  When Z is positive but very small, e.g., less than 25, then the X and Y position, the finger width and count, and the finger/pen determination will be reported but they may not be very accurate.

Synaptics TouchPad Interfacing Guide                                Second Edition

*Historical notes:*

Older Synaptics TouchPads with the *capExtended* capability bit equal to 0 did not support "W mode." Those pads had no way to measure or report the width or count of fingers.

A very small number of early pen-capable TouchPads were built before the introduction of "W mode." On pen TouchPads with *capPen* = 1 but *capExtended* = 0, pen strokes are distinguished using the Z value: Z is 255 during a pen stroke, Z is in the range 1–254 during a finger stroke, and Z is 0 when no pen or finger is detected.

## 2.4. Information queries

The host can query the TouchPad for information describing the size, model, and capabilities of the TouchPad. The exact form of this query varies from one protocol to another, as described in later parts of this document. But the information itself is the same regardless of the protocol. The following sections describe the various available queries and the information they return.

### 2.4.1. TouchPad identification

The most basic query asks whether the device is a Synaptics TouchPad or some other mouse-compatible pointing device. In each protocol, this query is designed as a special command that can be sent to any mouse-compatible device, but which only a Synaptics TouchPad will recognize.

The Identify TouchPad query returns the following information to the host:

*infoMajor*

> The primary or "major" version of the TouchPad device and firmware. Most older Synaptics TouchPads had a major version of 3; the modern Synaptics TouchPads described in this document have a major version of 4.

*infoMinor*

> The minor version number starts over at 0 with each new major version, and increases by one whenever minor changes are made to the device or its firmware. In a complete version number such as "4.5", the major version is 4 and the minor version is 5.

*infoModelCode*

> This 4-bit field encodes very limited information about the TouchPad model. It is provided for compatibility only; modern TouchPads report much more detailed information about themselves in the queries described in the next few sections. New host software should not use the *infoModelCode* field.

When this *Guide* uses the phrase "versions *x.y* and later" or "version $\geq x.y$," it refers to all TouchPads with greater major version, or equal major version and greater or equal minor version:

> "version $a.b \geq x.y$"   is equivalent to saying   "( $a > x$ ) **or** ( $a = x$ **and** $b \geq y$ )"

---

Copyright © 2001 Synaptics, Inc.    510-000080 - A                §2.4  Page 10

### 2.4.2.  Model ID bits

Synaptics TouchPads starting with version 3.2 have supported a "model ID" query which allows the host to learn information about the physical type of the pad.  The model ID consists of 24 bits divided into various bit-fields:



*Figure 2-7.  TouchPad model ID bits*

The model ID fields are defined as follows.

*infoSensor*  (bits 21–16)

This 6-bit field identifies the type or model of TouchPad sensor; it allows the host to determine the size and physical type of the TouchPad.  The following table lists the sensor types that have been defined as of this writing.

| infoSensor | Model no. | Definition |
|:---:|:---:|:---|
| 0 | — | Unknown sensor type |
| 1 | TM41*xx*134 | Standard TouchPad |
| 2 | TM41*xx*156 | Mini module |
| 3 | TM41*xx*180 | Super module |
| 7 | *(discontinued)* | Flexible pad |
| 8 | TM41*xx*220 | Ultra-thin module |
| 9 | TW41*xx*230 | Wide pad module |
| 11 | TM41*xx*240 | Stamp pad module |
| 12 | TM41*xx*140 | SubMini module |
| 13 | *TBD* | MultiSwitch module |
| 15 | TM41*xx*301 | Advanced Technology Pad |
| 16 | TM41*xx*221 | Ultra-thin module, connector reversed |
| *other* | — | *Reserved* |

*Figure 2-8.  Sensor types*

See section 2.7 for more information about TouchPad model numbers.

*infoGeometry*  (bits 3–0)

This 4-bit field identifies unusual sensor arrangements such as non-rectangular or non-flat TouchPads.  This field is independent from the

*infoSensor* type. For example, a standard sensor board might be mounted beneath an oval bezel, in which case the TouchPad would be ordered from Synaptics with special firmware that identifies the *infoSensor* type as 1 but the *infoGeometry* type as 2. The host driver and the TouchPad itself might then use the fact that *infoGeometry* = 2 to provide an oval-shaped Edge Motion zone instead of the usual rectangular zone.

| infoGeometry | Definition |
|:---:|:---|
| 0 | Unknown geometry |
| 1 | Standard rectangular geometry |
| 2 | Oval geometry |
| 3–15 | *Reserved* |

*Figure 2-9. Geometry types*

**infoHardware** (bits 15–9)

This 7-bit field is reserved for use by Synaptics.

**infoRot180** (bit 23)

This bit is 0 for normal "Up" TouchPads, or 1 for 180°-reversed "Down" TouchPads designed to be mounted upside-down compared to the standard Synaptics product. (The X/Y coordinate system as experienced by the user is the same in both cases; thus, host software generally will not care about the *infoRot180* bit.)

The Up orientation is defined as the orientation in which the cable exits upwards from under the board; on most models, this is also the orientation with the connector near the top edge of the underside of the board. The Down orientation uses a physically identical board that is programmed in order to work properly when mounted with the cable exiting downwards:



*(a) TM41PU-134 (Up)*
*infoRot180 = 0*

*(b) TM41PD-134 (Down)*
*infoRot180 = 1*

*Figure 2-10. Up and Down orientations*

**infoPortrait** (bit 22)

This bit is 0 for normal ("landscape") TouchPads, or 1 for 90°-rotated ("portrait") TouchPads in which the X and Y coordinates still represent the user's horizontal and vertical axes, respectively, but the TouchPad is

oriented so that it is taller than it is wide. Hence, the typical bezel limits and typical edge margins of section 2.3.2 are approximately interchanged X-for-Y on a Portrait pad.



*(a) TM41PU-134 (Up)*
*infoPortrait = 0*

*(b) TM41PP-134 (Portrait)*
*infoPortrait = 1*

*Figure 2-11. Portrait orientation*

Note that the *infoRot180* and *infoPortrait* bits can be considered together as a two-bit field specifying a clockwise rotation of the pad in multiples of 90°.

*infoNewAbs* (bit 7)
This bit indicates that a new, improved Absolute packet format is available. It is 1 except for certain older PS/2 and Serial TouchPads; see the *historical notes* at the end of section 3.6.2, and the description of *PackSize* in section 2.5.

*infoSimpleCmd* (bit 5)
This bit is 1 except for certain older PS/2 TouchPads; see the *historical notes* at the end of section 3.5.2.

*capPen* (bit 6)
This bit is 0 for normal finger-only TouchPads, or 1 for TouchPads capable of sensing pens as well as fingers.

*Historical notes:*

Some very old TouchPads do not support the "model ID" query. Each protocol provides a way to tell whether or not a certain pad supports this query, as described below in the sections devoted to the respective protocols. If a pad does not support the model ID query, the pad can be assumed to have the following properties:

| | |
|---|---|
| *infoSensor* = 0 (unknown) | *infoNewAbs* = 0 |
| *infoGeometry* = 1 (rectangular) | *infoSimpleCmd* = 0 |
| *infoRot180* is unknown | *capPen* = 0 |
| *infoPortrait* = 0 (landscape) | |

### 2.4.3. Coordinate resolution

Modern Synaptics TouchPads allow the host to query for the resolution of the X and Y coordinates in absolute-mode units per millimeter. The resolutions are reported as 8-bit

numbers called *infoXupmm* and *infoYupmm*. For example, the standard TM41*xxx*134 module has an *infoXupmm* of 85 units per millimeter, which means that moving the finger by one centimeter (10mm) on the TouchPad surface results in a change of approximately 850 units in the X coordinate as reported in Absolute mode.

The reported resolutions for various TouchPad models are shown in Figure 2-12.

| Model | infoSensor | Units per mm | Units per inch | Sensor area (mm) |
|---|---|---|---|---|
| Standard | 1 | $85 \times 94$ | $2159 \times 2388$ | $47.1 \times 32.3$ |
| Mini | 2 | $91 \times 124$ | $2311 \times 3150$ | $44.0 \times 24.5$ |
| Super | 3 | $57 \times 58$ | $1448 \times 1473$ | $70.2 \times 52.4$ |
| UltraThin | 8 | $85 \times 94$ | $2159 \times 2388$ | $47.1 \times 32.3$ |
| Wide | 9 | $73 \times 96$ | $1854 \times 2438$ | $54.8 \times 31.7$ |
| Stamp | 11 | $187 \times 170$ | $4750 \times 4318$ | $21.4 \times 17.9$ |
| SubMini | 12 | $122 \times 167$ | $3099 \times 4242$ | $32.8 \times 18.2$ |

*Figure 2-12. TouchPad resolutions*

The "units per mm" values in this table are the *infoXupmm* and *infoYupmm* resolution numbers reported by the various TouchPad models; units per inch (i.e., "DPI") are computed by multiplying units per mm by 25.4. In each case, the resolution is shown in the form "$X \times Y$". Please note that these resolutions are only approximate.

The sensor area is computed based on the bezel limits in Figure 2-3, which span $5472 - 1472 = 4000$ units in X and $4448 - 1408 = 3040$ units in Y. Dividing the total width of the pad in units by the number of units per millimeter gives the width in millimeters, as shown in the rightmost column of Figure 2-12. Note that this represents the comfortable range of motion of a typical finger *within* a typical bezel, not the size of the bezel opening. See section 2.3.2 for more discussion of coordinate limits.

The values shown in Figure 2-12 are for pads in the normal "landscape" orientation; for portrait-oriented pads (with *infoPortrait* = 1), the axes are exchanged. For example, a portrait UltraThin pad would have a $32.3 \times 47.1$mm sensor area and report a resolution of $94 \times 85$ units per millimeter.

Note that the resolution described in this section applies *only* to Absolute mode; in Relative mode, the resolution is variable and may depend on the protocol in use. See section 2.6.3 for information about the resolution in Relative mode.

*Historical notes:*

Older TouchPads do not support the resolution query. Each protocol provides a way to tell whether or not a certain pad supports the query. If the pad does not support the resolution query, use the table of Figure 2-12 indexed by the *infoSensor* code obtained from the model ID query (section 2.4.2), or simply assume a default resolution of $85 \times 94$ units per millimeter.

### 2.4.4.  Extended capability bits

Modern Synaptics TouchPads support an "extended capability" query which returns to the host 16 bits indicating the presence or absence of various advanced features.  In typical modern pads, the capability bits will be $8013 (hexadecimal), i.e., bits 15, 4, 1, and 0 are set and all other bits are clear.

The capability bits are arranged as follows:

| Bit 15 | Bit 14 | Bit 13 | Bit 12 | Bit 11 | Bit 10 | Bit 9 | Bit 8 |
|--------|--------|--------|--------|--------|--------|-------|-------|
| cExtended | — | — | — | — | — | — | — |

| Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|-------|-------|-------|-------|-------|-------|-------|-------|
| — | — | — | cSleep | cFourBtn | — | cMultiFing | cPalmDet |

*Figure 2-13.  TouchPad extended capability bits*

Bits shown as "—" in Figure 2-13 are reserved for future use.  The host should ignore the values of reserved bits when reading the capability bits.

*capExtended*  (bit 15)

> This bit is set if the extended capability bits are supported.  The host can examine this bit to see whether the other 15 extended capability bits are present; see the *historical notes* below.  The *capExtended* bit also signifies that the TouchPad supports "W mode" as described in sections 2.3.4 and 2.5.

*capSleep*  (bit 4)

> For the PS/2 protocol, the *capSleep* bit is set if sleep mode is supported.  See the discussion of the "Sleep" bit in section 2.5.

> For other protocols, this capability bit is reserved.

*capFourButtons*  (bit 3)

> For the PS/2 protocol, this bit is set if the pad is a "MultiSwitch" pad which supports four mouse buttons labeled Left, Right, Up, and Down.  In the PS/2 protocol, the Up and Down buttons are reported only during Absolute Mode with the *Wmode* bit set.  See section 3.6.2.

> For other protocols, this capability bit is reserved.

*capMultiFinger*  (bit 1)

> This bit is set if multi-finger detection is supported.  The pad is then able to count the number of simultaneous fingers on the pad and report the finger count via the W field of the Absolute packet.  If this bit is 0, the pad does not support multi-finger detection; any finger contact will be assumed to be a single finger, with the position reported as the midpoint between all actual fingers, and, if *capPalmDetect* is set, with W reporting a (typically large) "width" for the assumed single finger.

*capPalmDetect* (bit 0)

>          This bit is set if "palm detection" is supported. In "W mode," the TouchPad measures the apparent size or width of the finger and reports the width in the W field of the Absolute mode packet. The host can use this information to help distinguish between intentional finger contact and accidental palm or hand contact.

Note that the *capPen* bit is used in the same way as an extended capability bit, but it is reported as part of the "model ID" query response (section 2.4.2).

*Historical notes:*

The extended capability bits are a relatively recent addition to the Synaptics TouchPad product line. All TouchPads starting with version 4.5 have extended capability bits; some models of older 4.*x* firmware also have capability bits, but there are many older pads in the field which do not support capability bits. In those older pads, the capability bit field was fixed at $5555 (hexadecimal). In very old pads (prior to version 3.2), this field was used to hold adjustable edge margin information, with $5555 as the power-up default value. Starting with version 3.2, the actual edge margins became fixed at the positions shown in Figure 2-4, and the host-readable $5555 value became a vestige.

To determine whether or not a Synaptics TouchPad supports capability bits, use the following procedure:

1. Read the *infoMajor* version number as described in section 2.4.1. If 3 or below, assume the capability bits are $0000. If 4 or above, continue with step 2.

2. Perform the "extended capability" query, to receive a 16-bit field.

3. If bit 15 of the received 16-bit field is 0, assume the capability bits are $0000.

4. If bit 15 of the received 16-bit field is 1, use the received field as the capability bits.

## 2.4.5. Serial numbers

Synaptics plans soon to include a unique host-readable serial number in each new TouchPad. Even though serial numbers are not yet in production, the TouchPad interface defines a protocol for querying a device for its serial number. The serial number consists of a total of 36 bits, which are reported to the host in the form of a 12-bit "prefix" and a 24-bit "suffix." Synaptics does not specify the internal structure of these 36 bits, but Synaptics does guarantee that the complete 36-bit serial number will be unique among all TouchPads produced. Synaptics does *not* guarantee that the serial numbers will be consecutive or otherwise related, even within the same manufacturing lot.

For TouchPads which have not been serialized (including all TouchPads produced so far at Synaptics), the serial number query will return a default value of zero.

## 2.4.6. Reading the mode byte

Synaptics TouchPads support a "mode byte" query which returns to the host the current value of the TouchPad mode byte. The mode byte is described in section 2.5 below.

## 2.5.  Mode byte

The Synaptics TouchPad has a small set of configurable features which are encapsulated in the *TouchPad mode byte,* an 8-bit bit mask which the host can set to any value using a special command.  The exact forms of the commands to set and read the mode byte vary from one protocol to another, as described in later parts of this document.  The layout of the mode byte itself, however, is fairly consistent between protocols.

The power-on initial setting for the mode byte is $00.  During normal operation, the mode bits are generally preserved except when explicitly changed by a host command.  Also:

- In the PS/2 protocol, the PS/2 Reset ($FF) and Set Defaults ($F6) commands clear the *Absolute* bit to 0 but do not affect the other mode bits.

- In the Serial protocol, the RTS handshake clears the entire mode byte to $00.

The mode byte is arranged as follows:

| Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Absolute | Rate | — | — | Baud/Sleep | DisGest | PackSize | Wmode |

*Figure 2-14.  TouchPad mode byte*

Bits shown as "—" in Figure 2-14 are reserved for future use.  The host should ignore the values of reserved bits when reading the mode byte.  The host may either set the reserved bits always to zero, or preserve the last-read values of the reserved bits, when changing the mode byte; the host must not change a reserved bit from 0 to 1.

*Absolute*  (bit 7)

> This bit is 0 to select Relative (mouse-compatible) mode, or 1 to select Absolute mode.  See sections 2.1 and 2.3.

*Rate*  (bit 6)

> This bit is 0 to select a low packet rate of approximately 40 packets per second, or 1 to select a high packet rate of approximately 80 packets per second.  This bit is valid in all protocols; it is valid in both Relative and Absolute mode.  See section 2.2.

*Baud / Sleep*  (bit 3)

> For the Serial protocol, this is the *Baud* bit.  The *Baud* bit is 0 to select 1200 baud packet reporting, or 1 to select 9600 baud packet reporting.  The *Baud* bit should be set whenever the *Rate* bit or the *Absolute* bit is set.  See section 4.2 for more information about the Serial baud rate.

> For the PS/2 protocol, this is the *Sleep* bit.  The *Sleep* bit is 0 for normal operation, or 1 for "sleep" mode.  When sleep mode is enabled, the pad goes into a low-power idle state in which it ignores finger activity.  In sleep mode, only button presses will cause the pad to generate a motion packet.  When the *Sleep* bit is changed from 1 to 0, the pad may need to spend 300–1000ms recalibrating before finger sensing will resume.  The Synaptics drivers use sleep mode for ACPI power management support.  The *Sleep* bit

is defined only in Relative mode on pads whose *capSleep* capability bit is set; in Absolute mode and in pads without this capability, the bit is reserved and should be left at 0. Also, *DisGest* should be set whenever *Sleep* is set.

The *Baud / Sleep* bit is defined only for the PS/2 and Serial protocols; for other protocols, the bit is reserved and hence should be left at its default value of 0.

*DisGest*  (bit 2)

This bit is 0 to enable "tap" and "drag" gesture processing, or 1 to disable detection of tap and drag gestures. When this bit is 1, the Relative mode mouse packet reports the true physical button states, and the Absolute mode packet's Gesture bit always reports as zero. The *DisGest* bit is implemented only for 4.*x* and later TouchPads (i.e., when *infoMajor* ≥ 4); for older pads, the bit is reserved.

*PackSize*  (bit 1)

For the Serial protocol, this bit is 0 to select six-byte Absolute packets, or 1 to select seven- or eight-byte packets (per the *Wmode* bit). This bit is defined only in Absolute mode in Serial TouchPads with the *infoNewAbs* bit set (see section 2.4.2); in Relative mode, when *infoNewAbs* = 0, and at all times in non-Serial protocols, this bit is reserved and should be left at 0.

*Wmode*  (bit 0)

This bit is 0 to select normal Absolute mode packets, or 1 to select enhanced Absolute packets that contain the "W" value as well as X, Y, and Z. See section 2.3.4 for more information about W; see the later sections on the particular protocols for more information about packet formats. This bit is defined only in Absolute mode on pads whose *capExtended* capability bit is set; in Relative mode and in pads without this capability, the bit is reserved and should be left at 0.

The following table shows some typical values for the mode byte in the PS/2 protocol:

| Value (hex) | When to use | Effect |
|---|---|---|
| $00 | Always OK | Relative mode |
| $04 | Version 4.*x* or later | Relative mode with gestures disabled |
| $40 | Always OK | Relative mode with high packet rate |
| $80 | *capExtended* = 0 | Absolute mode |
| $81 | *capExtended* = 1 | Absolute mode with W |
| $C0 | *capExtended* = 0 | Absolute mode with high packet rate |
| $C1 | *capExtended* = 1 | Absolute mode with W, high packet rate |
| $0C | *capSleep* = 1 | Low-power sleep mode |

*Figure 2-15.  PS/2 mode byte values*

The following table shows some typical values for the mode byte in the Serial protocol:

| Value (hex) | When to use | Effect |
|---|---|---|
| $00 | Always OK | Relative mode (1200 baud) |
| $04 | Version 4.$x$ or later | Relative mode with gestures disabled (1200 baud) |
| $48 | Always OK | Relative mode with high packet rate (9600 baud) |
| $88 | Versions before 3.2 | Absolute mode (9600 baud, 6-byte packets) |
| $8A | capExtended = 0, ≥ v3.2 | Absolute mode (9600 baud, 7-byte packets) |
| $8B | capExtended = 1 | Absolute mode (9600 baud, 8-byte packets with W) |
| $C8 | Versions before 3.2 | Absolute mode (high packet rate, 6-byte packets) |
| $CA | capExtended = 0, ≥ v3.2 | Absolute mode (high packet rate, 7-byte packets) |
| $CB | capExtended = 1 | Absolute mode (high packet rate, 8-byte packets/W) |

*Figure 2-16.  Serial mode byte values*

*Historical notes:*

The *Absolute, Rate,* and *Baud* bits have always been present in Synaptics TouchPads. The other mode bits have been introduced over time as new optional features were added to the TouchPad product.

Older (3.$x$) versions of the TouchPad actually supported four bytes of mode information; the mode byte described in Figure 2-14 is the descendent of the original "mode byte 2." The four original mode bytes provided considerably more control over the pad's operation in Relative mode.  The host could independently control the detection of taps, drags, and corner-zone taps; it could turn Edge Motion on and off and adjust the sizes of the edge zones; it could adjust the Z threshold for finger detection.  In the modern TouchPad, all of these jobs are left to the host driver, which is in a position to provide a higher quality implementation of these features with even greater adjustability.  The TouchPad itself implements only the simple gestures and other features necessary for basic mouse emulation in the presence of a non-Synaptics-aware driver.  Section 7.1.1 describes the layout of the four original mode bytes.

The *DisGest* bit is now the only mode bit intended for use in Relative mode; note that because the PS/2 reset sequence does not affect this mode bit, a computer BIOS can set this bit to ensure that gestures are disabled even when a non-Synaptics mouse driver is used.  (However, Synaptics recommends that *DisGest* be left at 0; experience shows that most TouchPad users prefer to have tapping gestures enabled.)

## 2.6. Principles of operation

The next few sections provide some useful background information on how the Synaptics TouchPad senses fingers and how it translates finger actions into useful pointing behavior.

### 2.6.1. Sensing finger presence

The standard Synaptics TouchPad uses *capacitive sensing* to detect fingers. Whenever two electrical conductors are placed flat against each other separated by a thin insulator, an electrical capacitor is formed. The human body is a good conductor of electricity. In a TouchPad, a capacitor is formed by the human finger and a grid of electrical conductors with a thin insulating Mylar label between. By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure "Z". (This works because the harder the user presses down, the more the finger flattens out against the pad; larger contact area leads to larger total capacitance.)

### 2.6.2. Filtering position data

The TouchPad uses a variety of "filtering" algorithms to convert the raw X and Y computations into smooth, pleasing motion even when electrical noise and physical effects have introduced some jitter into the TouchPad's capacitance measurements. In Relative mode, the pad applies several filtering and acceleration algorithms as described in this section and section 2.6.3. In Absolute mode, the X and Y coordinates receive some basic filtering and are then passed on to the host with no further processing. For host software that uses Absolute mode, it may be worthwhile to apply some extra filtering to the X and Y values before using them for fine positioning.

Many filtering algorithms exist; no one algorithm is perfect for all applications. One simple method, the *windowed average* algorithm, computes each filtered coordinate value as the average of the last two unfiltered values. If $U$ stands for the unfiltered finger position and $X$ for the result of the filtering operation, then

$$X_{new} = ( U_{new} + U_{prev} ) / 2 \qquad\qquad (eq. 1)$$

in the simple windowed average algorithm. (Here $U_{new}$ is the most recent finger position, and $U_{prev}$ is the previous finger position, i.e., from the previous packet in the sequence of packets during a finger stroke.)

Another method is the *decaying average* algorithm:

$$X_{new} = ( U_{new} + X_{prev} ) / 2 \qquad\qquad (eq. 2)$$

On the very first packet of a finger stroke, there is no value available yet for $U_{prev}$ or $X_{prev}$; hence, for this initial packet, it is reasonable to let $X_{first} = U_{first}$.

To increase the degree of smoothing, simply average three or more recent $U$ values in the windowed average filter, or use a weighted average such as ¼ $U_{new}$ + ¾ $X_{prev}$ in the decaying average filter.

In Absolute mode, the TouchPad internally applies an unweighted decaying average filter to the X and Y data from each finger stroke. Normally, this filtering is enough to produce usable position data with no undesirable artifacts. In special applications, the host can apply its own additional stage of windowed average or decaying average filtering. Also, in very special applications, the host can undo the effect of the built-in decaying average filter by "solving" equation *(2)* above for $U_{new}$ as a function of $X_{new}$ and $X_{prev}$.

### 2.6.3. Sensing motion

When no finger is on the pad, the Z value is normally zero. To detect a finger motion, the TouchPad looks for Z to increase beyond a "touch threshold," then for the X and Y positions to change in some way from each packet to the next, and finally for Z to return to zero. This sequence of events makes up one *finger stroke* across the surface of the pad. The successive changes in (X, Y) during a stroke are translated into a succession of motion *deltas* ($\Delta X$, $\Delta Y$) which are sent to the host; when the host translates these deltas into cursor motions, the cursor moves in a way that closely mimics the motion of the finger on the pad.

In principle, the motion deltas are simply the differences of successive positions multiplied by a suitable factor to cause a pleasing speed of cursor motion for a normal speed of finger motion. In other words,

$$\Delta X = S_T \times (X_{new} - X_{prev}), \quad \text{and} \qquad \text{(eq. 3a)}$$

$$C_{new} = C_{prev} + (S_C \times \Delta X), \qquad \text{(eq. 3b)}$$

where X is the finger position on the pad, C is the cursor position on the screen, and $S_T$ and $S_C$ are the speed factors employed by the TouchPad and the host mouse driver, respectively. If $S_C$ were exactly 1.0, then $\Delta X$ would be measured in units of screen pixels of motion. Because $S_C$ is not 1.0 in typical mouse drivers, $\Delta X$ is measured in arbitrary units of mouse motion which are known in the industry, believe it or not, as *mickeys*.

Most mouse drivers include an "acceleration" feature which varies $S_C$ based on the mouse speed in order to help fast mouse motions cover more distance on the screen. The Synaptics TouchPad also includes its own acceleration feature which varies $S_T$ based on the speed of finger motion. The TouchPad's acceleration feature acts mainly at low speeds, and is designed to complement the high-speed acceleration seen in mouse drivers. In the Synaptics TouchPad, $S_T$ is approximately 0.11 mickeys per Absolute position unit at normal finger speeds; $S_T$ drops to about 0.04 at very low finger speeds. Section 2.3.2 describes Absolute position units. For a standard model TM41*xxx*134 TouchPad module, the overall speed factor is about 240 mickeys per inch or 9 mickeys per millimeter at full speed. Figure 2-12 of section 2.4.3 gives the Absolute mode resolutions for various other Synaptics TouchPad models; multiply by 0.11 to get the expected number of mickeys per inch in Relative mode.

### 2.6.4. Sensing tapping gestures

For the purposes of this document, a *gesture* is any motion or action of the finger that the system interprets as something other than regular cursor motion. The TouchPad itself

supports *tap* and *drag* gestures for simulating mouse button clicks using the finger; the Synaptics TouchPad drivers add several more gestures such as "Virtual Scrolling™."

To detect a tapping gesture, the TouchPad looks for Z to increase beyond the touch threshold and then to return to zero after only a fraction of a second, with little or no X or Y motion during this time. Note that a tap is actually detected shortly *after* the finger has left the pad, so the virtual button click as reported to the host begins after the actual tapping action is finished. Figure 2-17 illustrates tap and drag detection.



*Figure 2-17.  Tap and drag gestures*

In this figure, the Z value and the state of the "virtual" left button are plotted against time as the user executes first a simple tap, then a drag gesture. Higher Z indicates the presence of a finger on the pad; a high level on the Button signal represents a simulated left button press as reported by the TouchPad.

To move the cursor a long distance, the user may need to make several finger stokes. But because a drag gesture ends when the user lifts the finger, the entire drag must occur in a single stroke. Synaptics TouchPads offer a feature called *Edge Motion*™ to assist with long-distance drags: If, during a drag, the finger reaches the edge of the pad, the TouchPad begins to send a constant-speed motion signal to the host which continues as long as the finger stays at the edge.

### 2.6.5.  TouchPad calibration

In order to sense the finger's capacitance accurately, the TouchPad must perform an initial step called *calibration,* which takes several hundred milliseconds. The TouchPad automatically calibrates itself upon power-up; in the PS/2 protocol, the TouchPad also recalibrates itself in response to a Reset ($FF) command. Calibration runs completely automatically; the only user-visible consequence is that the pad will be unable to sense fingers until calibration is finished. Also, if a finger was present on the pad *during* calibration, then the pad may miss the very first finger stroke after calibration. After the first stroke ends and the finger is taken off the pad, the TouchPad will operate normally.

### 2.6.6.  Host interface to TouchPad

In a typical computer system, there are many levels of hardware and software between the TouchPad and the application software. This section will present an overview of the various steps in the path from TouchPad to application in an IBM PC-compatible computer.

In modern PC's, the pointing device talks to the computer using either the PS/2 protocol (see section 3) or the RS-232 serial protocol (see section 4). "Bus mice" were popular in earlier days but have since fallen out of use. Some early serial mice used different

protocols, but today serial mice have mostly converged on the protocol described in section 4, particularly Figure 4-16.  In the future, USB (the Universal Serial Bus) may replace the PS/2 and RS-232 protocols, but as of this writing USB has had little penetration in the field of pointing devices.  Contact Synaptics for more information about USB TouchPads.

Figure 2-18 illustrates a typical path that motion data travels on its way from a PS/2 TouchPad to a Windows® 95 application:



*Figure 2-18.  TouchPad to host data path (PS/2)*

In step 1, the TouchPad contains a sensing mechanism and a microcontroller which converts raw sensor data into a form suitable for communication to the host.

In step 2, the keyboard controller (KBC) chip implements the host side of the PS/2 interface for the pointing device as well as the keyboard.  The KBC communicates with the TouchPad via CLK and DATA wires as described below in section 3.2.  The KBC often has other responsibilities as well, such as power management.  When the KBC is occupied with other duties (power management, keyboard processing), it holds the TouchPad's CLK wire low to make sure the device does not try to talk.

The KBC communicates to the main CPU via I/O ports 60h and 64h and IRQ 12.  When a byte of motion data arrives from the TouchPad, the KBC posts this data to port 60h, asserts IRQ 12, and pulls CLK low to prevent the TouchPad from sending more data.  When the CPU responds to IRQ 12 by reading from port 60h, the KBC releases the CLK line and the TouchPad sends the next motion byte.  (See section 3.7.1 for more discussion of the KBC.)

The standard PC BIOS software (step 3) provides a set of high-level mouse operations on INT 15h, function C2h.  The original purpose of the BIOS was to isolate driver software from the details of I/O ports and IRQs, but nowadays many drivers talk directly to the KBC instead of using the BIOS facilities.  (Note the gray arrow in Figure 2-18 between the driver and the KBC.)

Frank van Gilluwe's book, *The Undocumented PC,* is an excellent reference to the KBC and the BIOS from the point of view of host software.

For a Serial TouchPad, the path is similar except that a UART chip services the serial ports instead of the KBC. Also, serial pointing device drivers generally always use direct port access to the UART, since there are only rudimentary serial port facilities in the standard BIOS.

The driver (step 4) may be either a general-purpose mouse driver or the Synaptics TouchPad driver. The TouchPad driver does all the work of a mouse driver, as well as offering a variety of features which take advantage of the TouchPad's special abilities. The driver translates the information from the TouchPad into cursor motion and button press events in a form that Windows can use.

In step 5, the Windows operating system uses the motion information from the driver to display and move a cursor image on the screen. When the driver reports that a button has been clicked, Windows sees which application's window holds the cursor and forwards a Windows API (Application Programming Interface) message to that application (step 6).

Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.



(a) Standard Mouse Driver          (b) Synaptics TouchPad Driver

Figure 2-19. Motion processing in TouchPad and driver

Note that the processing steps are substantially the same, but the steps occur in different places depending on which kind of driver is used. With the standard mouse driver, the TouchPad is responsible for all processing including converting (X, Y, Z, W) position information into (ΔX, ΔY, button) motion and tap gesture information. With the Synaptics TouchPad driver, the TouchPad operates in Absolute mode and reports (X, Y, Z, W) directly to the driver, which then takes over the motion and tap gesture processing itself.

Putting more of the processing in the driver has two advantages: First, the driver executes on a powerful CPU and so is able to use better algorithms with better pointing performance; second, the driver now has access to the raw absolute data, which it can then provide to TouchPad-aware applications even though the driver still interfaces to Windows itself as a simple mouse driver.

The Synaptics TouchPad driver has its own API which applications can use to get X, Y, Z, W, and other TouchPad-specific information, as shown by the second gray arrow between steps 4 and 6 in Figure 2-18. Section 6 of this *Guide* describes the Synaptics TouchPad driver API.

## 2.7. Synaptics TouchPad model numbers

Synaptics offers a wide variety of TouchPad products. These products are identified by the *model number*, an alphanumeric string that encodes the board size and type, host communication protocol, label color, and general feature set. This section provides a rough description of the model number scheme; contact Synaptics for more complete information on the available models.

A typical Synaptics TouchPad model number looks like this:



*Figure 2-20.  TouchPad model number*

The primary product class is **TM** (TouchPad module, the basic capacitive finger-operated TouchPad).

The ASIC type **41** identifies newer pads employing the T1004 ASIC. The ASIC type **21** signifies an older pad using a T1002 ASIC with a separate microprocessor chip.

Possible host protocol letters include **P** (PS/2), **B** (PS/2-and-Serial combo), and **A** (ADB). Other less common letters are **S** (Serial-only) and **T** (TTL-level serial; see section 4.1.1).

The orientation letter is **U** (Up), **D** (Down), or **P** (Portrait). The "up" orientation is defined as the orientation in which the cable exits from the top edge of the board, i.e., away from the user, as shown in Figure 2-10(*a*).

The color code letter identifies the color of the mylar label that forms the touch-sensitive surface of the pad. For example, color **G** is the standard Synaptics Slate color; contact

Synaptics for information about additional colors. (Note that the color letter is the *only* part of the model number which cannot be read out using the host queries described in section 2.4.)

The auxiliary feature letter is an optional letter that follows the color code; it is present if the TouchPad has unusual or custom-ordered hardware or firmware features.

The board type identifies the physical size, shape, and thickness of the TouchPad sensor board. Type **134** signifies the standard $65 \times 49 \times 1.9$mm board. Figure 2-8 lists some additional board type codes.

The revision suffix is a single number that encodes the overall product revision level. It plays a similar role to the major/minor version number of section 2.4.1; however, the revision suffix can change while the version number stays the same, for example to reflect a change in the manufacturing process. Also, the version number can change while the revision suffix stays the same, for example when a version of firmware is developed at Synaptics but never put into production.

For further information about model numbers, or to order samples of any TouchPad model, contact Synaptics at (408) 434-0110 or sales@synaptics.com.

## 3. PS/2 Protocol

The PS/2 protocol allows synchronous, bidirectional bit-serial communication between the host and the pointing device. Either side may transmit a command or data byte at any time, although only one side can transmit at one time. During initialization, the host sends command bytes to the device. Some commands are followed by argument bytes. The device acknowledges each command and argument byte with an ACK ($FA) byte, possibly followed by one or more data bytes. If the host has enabled "Stream mode" transmission, then the device may send spontaneous data packets to the host describing finger motions and button state changes.

TouchPads integrated into notebook computers typically use the PS/2 protocol.

### 3.1. Electrical interface

The PS/2 protocol includes two signal wires as well as +5V power and ground. The signal wires, CLK and DATA, are bidirectional "open-collector" signals; they are normally held at a high (+5V) level by a 5–10K pull-up resistor on the host, but either the host or the TouchPad device can pull them low at any time. When the port is idle, both signal wires are floating high. The host can inhibit the device at any time by holding CLK low.

Note that neither side ever actively pulls CLK or DATA high; to output a logic 1, the wire is left undriven and allowed to float high. The CLK and DATA lines should have a total capacitance of no more than 500pF to ensure that the 5–10K pull-up resistor is able to drive them to a high voltage level in a reasonable time.

An external PS/2 mouse port uses a mini-DIN-6 connector with the following pinout (male connector view):



| 1 | PS/2 DATA |
|---|-----------|
| 2 | N/C |
| 3 | Ground 0V |
| 4 | Power +5V |
| 5 | PS/2 CLK |
| 6 | N/C |

*Figure 3-1. PS/2 cable pinout*

On the Synaptics Standard PS/2 TouchPad module TM41P*xx*134, the 8-pin FFC connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Power +5V | PS/2 DATA | PS/2 CLK | Right Switch | Left Switch | Ground 0V | N/C | N/C |

*Figure 3-2. PS/2 module connector pinout*

The button switch inputs (pins 4 and 5) include pull-ups to +5V on the module, and should be grounded when the corresponding switch is closed (pressed).

Pins 7 and 8 of the 8-pin connector are reserved for future use; they should be left unconnected by the host.

The following diagram shows the interconnections between the host and the Synaptics PS/2 TouchPad module:



*Figure 3-3.  PS/2 system diagram*

### 3.1.1. Connector pinouts

Figure 3-2 showed the pinout of the 8-pin connector for the TM41P*xx*134 board. Synaptics also offers a variety of other board types each with its own connector and pinout.

The "Ultra-Thin" TouchPad TM41P*xx*220 uses either a six- or a twelve-pin connector:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| CLK | DATA | Left Sw | Right Sw | Ground | +5V |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLK | | DATA | | Left Switch | | Right Switch | | Ground | | +5V | |

*Figure 3-4.  PS/2 UltraThin module connector pinouts*

The "Mini" TouchPad TM41P*xx*156 uses a six-pin connector:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ground | CLK | DATA | +5V | Left Sw | Right Sw |

*Figure 3-5.  PS/2 Mini module connector pinout*

The "SubMini" TouchPad TM41P*xx*140 uses a twelve-pin connector:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gnd | Left Switch | | +5V | | DATA | | CLK | | Right Switch | | Gnd |

*Figure 3-6.  PS/2 SubMini module connector pinout*

## 3.2. Byte transmission

Each byte transmitted between the device and the host includes a start bit (a logic 0), eight data bits (LSB first), a parity bit (odd parity), and a stop bit (a logic 1). Odd parity means the eight data bits and the parity bit together contain an odd number of 1's. During transmission, the device pulses the CLK signal low for each of the 11 bits, while the transmitting party (either the host or the device) pulls the DATA wire low to signal a logic 0 or allows DATA to float high to signal a logic 1.

Between transmissions, the bus can be in one of three states:

- **Idle.** If CLK and DATA are both high, there is no activity on the bus.

- **Inhibit.** If the host is holding CLK low, the device is inhibited from transmitting data. However, internal TouchPad processing continues to occur.

- **Request to send.** If the host is holding DATA low and allowing CLK to float high, the host is ready to transmit a command or argument byte to the device.

### 3.2.1. Output to host

The device can transmit a byte to the host whenever the bus is idle. The device cannot transmit if the bus is inhibited or in the request-to-send state.

If the bus is inhibited, the device waits for the bus to leave the inhibit state before transmitting. The device is guaranteed to wait at least 50μs after the inhibition ends before pulling CLK low to begin the start bit. (The device *may* wait considerably longer before beginning its transmission; the host's raising of the CLK wire is not a command to the device to begin transmission, but rather a signal that the device is now allowed to transmit as soon as it is ready to do so.)

If the bus is in the host request-to-send state, the device discards its pending transmission and receives and processes the host command or argument byte. (The one exception is the Resend ($FE) command, which responds by resending the most recent transmission even if that transmission was interrupted by the Resend command itself.)

The device transmits a byte of data by pulsing CLK low and then high a total of 11 times, while transmitting the start bit, data bits, parity bit, and stop bit on the DATA wire. The host is expected to sample the DATA wire each time the CLK wire is low; the device changes the state of the DATA wire during the CLK high period.

If the host inhibits the bus by holding CLK low for at least 100μs during a device transmission, the device will recognize this and abort the transmission. The device recognizes an inhibit by noting that the CLK wire remains low during the high portion of the clock cycle. If the inhibit occurs before the rising edge of the tenth clock (the parity bit), the transmission of the byte is cancelled and the device will resend the interrupted byte as soon as the inhibit is released. (An ACK ($FA) reply to a command or argument byte is simply thrown away if cancelled, although the command being acknowledged is not cancelled, nor are the additional response bytes, if any, that follow the ACK.) If the inhibit begins after the tenth clock, the transmission is considered complete and the host must accept the transmitted byte.

The host may hold CLK low after the transmission, effectively extending clock 11, to inhibit the device from sending further data while the host processes the transmission. When the *Absolute* and *Rate* mode bits are both 1, the TouchPad reports $6 \times 80 = 480$ bytes per second, which allows for about 2 milliseconds per byte. Since the waveform shown in Figure 3-7 takes about one millisecond, the host should inhibit the bus for less than one millisecond per byte on average in order to achieve the maximum packet rate.



*Figure 3-7.  PS/2 output waveforms*

In Figure 3-7, the CLK signal is low for 30–50μs (t1) and high for 30–50μs (t2) in each bit cell. DATA will be valid at least 5μs before the falling edge (t3) and at least 5μs after the rising edge (t4) of the clock. Device actions are shown in black; host actions are in gray.

### 3.2.2.  Input from host

The host signals its intent to transmit a command or argument byte by holding CLK low for at least 100μs, then pulling DATA low and releasing CLK, thus putting the bus into the host request-to-send state. The device checks for this state at least every 10ms (t5). When the device detects a request-to-send, it pulses CLK low 11 times to receive a byte. The host is expected to change the DATA line while CLK is low; the device samples the DATA line while CLK is high. The host can abort the transmission midway through by holding CLK low for at least 100μs at any time before the eleventh CLK pulse.

After the tenth clock, the device checks for a valid stop bit (DATA line high), and responds by pulling DATA low and clocking one more time (the "line control bit"). The host can then hold CLK low within 50μs (t12) to inhibit the device until the host is ready to receive the reply. If the device finds DATA low during the stop bit, a framing error has occurred; the device continues to clock until DATA goes high, then sends a Resend to the host as described in the next section.



*Figure 3-8.  PS/2 input waveforms*

In Figure 3-8, the CLK signal is low for 30–50μs (t6) and high for 30–50μs (t7) in each bit cell. DATA is sampled when CLK is high, and must be valid no later than 1μs after the rising edge of the clock (t8 ≥ −1μs, t9 ≥ 0μs). In the line control bit, DATA goes low at least 5μs before the falling edge (t10) and stays low at least 5μs after the rising edge (t11) of the clock. Device actions are shown in black; host actions are in gray.

### 3.2.3. Acknowledgement of commands

Each command or argument byte produces at least one response byte from the device. For every command or argument byte except the Resend ($FE) command, the response always begins with an "Acknowledge" or ACK ($FA) byte. Depending on the command, the ACK byte may be followed by additional data bytes to make up a complete response. For the Resend ($FE) command, the response sometimes does not begin with an ACK.

The device responds within 25ms, unless the host prevents it from doing so by inhibiting the bus. In multi-byte responses, the bytes of the response will be separated by no more than 20ms. The Reset ($FF) command is an exception, where the $FA and $AA bytes are separated by up to 500ms of calibration delay. The host must wait for the complete response to a command or argument before sending another byte. If the host *does* interrupt the response from a previous command with a new command, the TouchPad discards the unsent previous response as described in section 3.2.1.

If the device receives an erroneous input (an invalid command or argument byte, a byte with incorrect parity, or a framing error), the device sends a Resend ($FE) response to the host instead of an ACK. If the next input from the host is also invalid, the device sends an Error ($FC) response. When the host gets an $FE response, it should retry the offending command. If an argument byte elicits an $FE response, the host should retransmit the entire command, not just the argument byte.

On many PC's, the PS/2 port will also report a manufactured $FE response if the device does not send a response after a suitable timeout, or if the device does not respond to the request-to-send signal at all. Thus, an apparent $FE response from the TouchPad may also indicate that the TouchPad has been disconnected from the PS/2 port.

*Historical notes:*

Parity errors and framing errors are detected properly by current Synaptics TouchPads (version 4.*x* and later), but some earlier TouchPads ignored parity and framing errors. Likewise, earlier TouchPads did no range checking on Set Resolution and Set Sample Rate argument bytes; modern 4.*x* TouchPads will reject out-of-range Resolution arguments but still do no range checking on Sample Rate arguments.

## 3.3. Power-on reset

At power-on, the PS/2 device performs a self-test and calibration, then transmits the completion code $AA and ID code $00. If the device fails its self-test, it transmits error code $FC and ID code $00. This processing also occurs when a software Reset ($FF) command is received. The host should not attempt to send commands to the device until the calibration/self-test is complete.

Power-on self-test and calibration takes 300–1000ms. Self-test and calibration following a software Reset command takes 300–500ms. (In the standard Synaptics TouchPad device, the delays are nominally 750ms and 350ms, respectively.)

The Synaptics TouchPad never sends an $FC power-on/reset error code. Because the calibration algorithm is designed to adapt to environmental conditions rather than signal a hard failure, the power-on/reset response is always $AA, $00.

Officially, the host must not attempt to communicate with a PS/2 device until the device has sent the power-on $AA, $00 announcement. For convenience, Synaptics TouchPads allow the host to put the bus into the "request-to-send" state immediately after powering up the TouchPad. The TouchPad will respond by clocking in the host's first initialization command as soon as it is ready; this command will override and discard the $AA, $00 announcement. The power-on calibration proceeds as usual, but in the background. If the host sends a Reset ($FF) command before the initial $AA, $00 announcement, then the $AA, $00 response to the Reset command may be delayed by the full 300–1000ms required for power-on calibration.

See section 2.6.5 for further comments on the TouchPad calibration process.

The reset state of the device is as follows:

• Reported sample rate is 100 samples per second (see page 34).

• Reported resolution is 4 counts per mm (see page 35).

• Scaling is 1:1.

• Stream mode is selected.

• Data reporting is disabled.

• Absolute mode is disabled.

Note that only the *Absolute* bit of the TouchPad mode byte is cleared by a Reset ($FF) or Set Defaults ($F6) command. The other seven bits of the TouchPad mode byte are initialized to $00 only at power-on; these bits are preserved by the Reset and Set Defaults commands.

On rare occasions, the TouchPad may experience a spurious reset, often due to a power supply brownout or an electrostatic discharge (ESD). If this happens, the pad will mostly reset itself as if after a power-on reset. If data reporting was enabled before the spurious reset, the TouchPad will attempt to come up re-enabled and without an $AA, $00 announcement so that the host does not experience an interruption of service. However, any other PS/2 settings or TouchPad mode byte settings will be lost. In particular, note that a spurious reset will cause the pad to spontaneously revert from Absolute to Relative mode. If the host notices the pad spontaneously reverting to the Relative mode packet format, it should reinitialize the pad in the same manner as at power-up.

*Historical notes:*

In older (version 3.*x* and earlier) TouchPads, the Reset command cleared the *Absolute* mode bit as described above, but the Set Defaults command did not affect any of the mode bits.

In very old 2.*x* TouchPads, the initial $AA, $00 announcement at power-on was omitted. (These pads transmitted $AA, $00 only in response to a Reset command.)

## 3.4.  Command set

The Synaptics TouchPad accepts the full standard PS/2 "mouse" command set.  This section describes the full set of standard mouse commands, along with any special properties of those commands as they are implemented on the Synaptics TouchPad.

If the device is in Stream mode (the default) and has been enabled with an Enable ($F4) command, then the host should disable the device with a Disable ($F5) command before sending any other command.  However, if the host *does* send a command during enabled Stream mode, the device abandons any data packet or previous command response that was being transmitted at the time of the command; the device will not send any further data packets until the response to the new command is finished.

As elsewhere in this document, "$" signifies hexadecimal notation.

$FF     **Reset.**  Perform a software reset and recalibration as described in section 3.3 above.  Response is ACK ($FA), followed by $AA, $00 after a calibration delay of 300–500ms.

$FE     **Resend.**  The host sends this command when it detects invalid output from the device.  The device retransmits the last packet of data, for example, a three- or six-byte motion data packet, a one-byte response to the Read Device Type ($F2) command, or the two-byte completion-and-ID reset response ($AA, $00).  The ACK ($FA) byte sent to acknowledge a command is not stored in any buffer or resent; however, if the last output from the device was an ACK with no additional data bytes, Resend responds with an ACK.

The device will send a Resend ($FE) to the host if it receives invalid input from the host; see section 3.2.3.

$F6     **Set Defaults.**  Restore conditions to the initial power-up state.  This resets the sample rate, resolution, scaling, and Stream mode to the same states as for the Reset ($FF) command, and disables the device.  This command disables Absolute mode, but it leaves the rest of the TouchPad mode byte unaffected.

$F5     **Disable.**  Disable Stream mode reporting of motion data packets.  All other device operations continue as usual.

$F4     **Enable.**  Begin sending motion data packets if in Stream mode.  To avoid undesirable bus contention, driver software should send the Enable as the very last command in its PS/2 initialization sequence.

Note that a PS/2 device includes two distinct state bits: the enable/disable flag controlled by commands $F4 and $F5, and the Stream/Remote flag controlled by commands $EA and $F0.  These two flags are independent, and both must be set properly (enabled, Stream mode) for the device to send motion packets.  The intention is that disabled Stream mode means the host is not interested in motion packets, while Remote mode means the host

plans to poll explicitly for motion data.  In practice, Remote mode and disabled Stream mode are identical in the Synaptics TouchPad.

$F3        **Set Sample Rate.**  Followed by one argument byte, this command sets the PS/2 "sample rate" parameter to the specified value in samples per second. Legal values are 10, 20, 40, 60, 80, 100, and 200 (decimal) samples per second.

The Set Sample Rate command is a two-byte command.  The command byte and argument byte each receive an ACK ($FA) from the device.  Thus, a complete Set Sample Rate = 10 command consists of $F3 from the host, $FA from the device, $0A from the host, and $FA from the device.

The Synaptics TouchPad records the sample rate argument and will respond properly to a later Status Request ($E9) command, but this value does not actually affect TouchPad data reporting.  Stream mode reporting occurs at either 40 or 80 samples per second, and is controlled by the *Rate* bit of the TouchPad mode byte; see section 2.5.

$F2        **Read Device Type.**  The response is an ACK ($FA) followed by a $00 device ID byte.

$F0        **Set Remote Mode.**  Switch to Remote mode, as distinct from the default Stream mode.  In Remote mode, the device sends motion data packets only in response to a Read Data ($EB) command.

$EE        **Set Wrap Mode.**  Switch into special "echo" or "Wrap" mode.  In this mode, all bytes sent to the device except Reset ($FF) and Reset Wrap Mode ($EC) are echoed back verbatim.

$EC        **Reset Wrap Mode.**  If the device is in Wrap mode, it returns to its previous mode of operation, except that Stream mode data reporting is disabled.  If the device is not in Wrap mode, this command has no effect.

$EB        **Read Data.**  The device replies with an ACK ($FA) followed by a three- or six-byte motion data packet as described below in section 3.6.  This command is meant to be used in Remote mode (see command $F0), though it also works in Stream mode.  In Remote mode, this command is the only way to get a data packet.  The packet is transmitted even if no motion or button events have occurred.  The host can poll as often as PS/2 bus bandwidth allows, but since the underlying motion data are updated only 40 or 80 times per second (according to the *Rate* bit; section 2.5), there is little point in polling more often than that.

$EA        **Set Stream Mode.**  Switch to Stream mode, the default mode of operation. In this mode, motion data packets are sent to the host whenever finger motion or button events occur and data reporting has been enabled. Maximum packet rate is governed by the current TouchPad sample rate, described below.

Stream mode is the recommended way to use a Synaptics TouchPad; nearly all PC-compatible computers operate their pointing devices in Stream mode.

$E9    **Status Request.**  Response is an ACK ($FA), followed by a 3-byte status packet consisting of the following data:

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 0 | Remote | Enable | Scaling | 0 | Left | Middle | Right |
| Byte 2 | 0 | 0 | 0 | 0 | 0 | 0 | Resolution | |
| Byte 3 | Sample rate | | | | | | | |

*Figure 3-9.  Standard status request response*

Remote:    1 = Remote (polled) mode, 0 = Stream mode.

Enable:    1 = Data reporting enabled, 0 = disabled.  This bit only has effect in Stream mode.

Scaling:    1 = Scaling is 2:1, 0 = scaling is 1:1.  See commands $E6 and $E7 below.

Left:      1 = Left button is currently pressed, 0 = released.

Middle:    1 = Middle button is currently pressed, 0 = released.

Right:     1 = Right button is currently pressed, 0 = released.

Resolution:  The current resolution setting, from 0 to 3 as described under Set Resolution ($E8) below.

Sample rate:  The current sample rate setting, from 10 to 200 as described under Set Sample Rate ($F3) above.

For example, after Reset or Set Defaults, a Status Request command will return the bytes

$FA   $00   $02   $64

indicating no buttons pressed, Stream mode, Disabled mode, Scaling 1:1, Resolution $02, and Sample rate $64 = 100 decimal.

The Status Request command returns different data in the context of a TouchPad special command sequence; see section 3.5 below.

$E8    **Set Resolution.**  Followed by one argument byte, this command sets the PS/2 "resolution" parameter.  Legal argument values are $00, $01, $02, and $03, corresponding to resolutions of 1, 2, 4, and 8 counts per mm, respectively.

The Synaptics TouchPad records the resolution argument and will respond properly to a later Status Request ($E9) command, but this value does not actually affect TouchPad data reporting.  Sections 2.3.2, 2.4.2, and 3.6.1 describe the actual resolution reported by the TouchPad.

$E7     **Set Scaling 2:1.**  Sets the PS/2 "scaling" bit, to enable a non-linear motion gain response.  The Synaptics TouchPad records this value and will respond properly to a later Status Request ($E9) command, but this value does not actually affect TouchPad data reporting.

$E6     **Set Scaling 1:1.**  Clears the PS/2 "scaling" bit, as described above.

*other*     If the device receives an invalid command byte, it replies with a Resend ($FE) byte.  If it immediately receives a second invalid command, it replies with an Error ($FC) byte.

## 3.5.  TouchPad special command sequences

The standard PC BIOS does not allow system software to send arbitrary command bytes to a PS/2 pointing device.  In fact, the BIOS supports only a subset of the commands listed in section 3.4.  In order to be compatible with the BIOS, the Synaptics PS/2 TouchPad must express all TouchPad-specific information queries and other operations using only combinations of those commands which are supported by the BIOS.  These combinations of commands are called *special command sequences*; they are designed to be relatively concise while still being distinctive enough so that non-Synaptics-aware drivers will not accidentally activate them.

Each TouchPad special command sequence consists of four Set Resolution ($E8) commands which together encode an 8-bit argument value, followed immediately by a Set Sample Rate ($F3) or Status Request ($E9) command.  If the final command is not preceded by *exactly* four Set Resolution commands, it has only its usual effect as described in section 3.4 (either setting the sample rate or producing a standard status report; note that neither the "resolution" nor the "sample rate" controlled by these PS/2 commands actually affect the Synaptics TouchPad's pointing behavior).  When sending a special command sequence, it is wise to precede the sequence with an "inert" command such as Disable or Set Scaling 1:1 just in case the most recent command sent to the device happened to be a (fifth) Set Resolution.

The four Set Resolution commands encode an 8-bit argument by concatenating their individual 2-bit "resolution" arguments.  If the four commands are

$E8  *rr*  $E8  *ss*  $E8  *tt*  $E8  *uu*

where *rr, ss, tt,* and *uu* are numbers in the range $00–$03, then the full 8-bit argument for the special command sequence is

$$(rr \times 64) + (ss \times 16) + (tt \times 4) + uu.$$

### 3.5.1.  Information queries

If a Status Request ($E9) command is preceded by four Set Resolution commands encoding an 8-bit argument, then the 3-byte packet that is returned takes a special form where the three bytes encode special information chosen by the 8-bit argument.  In many cases the middle byte (normally the current resolution from $00 to $03) is replaced by a

Synaptics TouchPad Interfacing Guide                                    Second Edition

constant $47 byte which can be used to verify that the special command sequence was
recognized.

The 8-bit argument selects one of the following queries:

$00     **Identify TouchPad.**  See section 2.4.1.  The first byte of the response is the
        minor version number *infoMinor*.  The middle byte is the constant $47.  The
        third byte encodes the major version number *infoMajor* in the low 4 bits,
        and the (obsolete) *infoModelCode* in the upper 4 bits.



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| *Byte 1* | | | | infoMinor | | | | |
| *Byte 2* | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| *Byte 3* | | infoModelCode | | | | infoMajor | | |

*Figure 3-10.  PS/2 Identify TouchPad response*

All TouchPads ever shipped by Synaptics have supported the Identify
TouchPad query.  To check whether a PS/2 pointing device is a Synaptics
TouchPad, send four Set Resolution 0 commands followed by a Status
Request command,

        $E8  $00  $E8  $00  $E8  $00  $E8  $00  $E9

and look at the second byte of the three-byte Status response.  If the second
byte is $47, the device is a Synaptics TouchPad.  For non-Synaptics
devices, the second byte will instead report the current resolution ($00).

$01     **Read TouchPad Modes.**  See section 2.4.5.  The first two bytes of the
        response are the constants $3B and $47, respectively, and the third byte is
        the TouchPad mode byte.

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| *Byte 1* | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| *Byte 2* | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| *Byte 3* | | | | Mode byte  (Figure 2-14) | | | | |

*Figure 3-11.  PS/2 Read Modes response*

*Historical note:*  On pre-4.*x* TouchPads, the first byte reported "mode
byte 1" as described in section 7.1.1.

$02     **Read Capabilities.**  See section 2.4.4.  The first and third byte hold the
        extended capability bits; the second byte is the constant $47.

---

Copyright © 2001  Synaptics, Inc.    510-000080 - A                §3.5   Page 37

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Capability bits 15–8  (Figure 2-13) | | | | | | | |
| Byte 2 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 |
| Byte 3 | Capability bits 7–0  (Figure 2-13) | | | | | | | |

*Figure 3-12.  PS/2 Read Capabilities response*

*Historical note:*  On pre-4.*x* TouchPads, this query returned the Edge Motion margin adjustment factors instead of capability bits.  The adjustment factors were $55, $55 by default; starting at version 3.2, these bytes were no longer adjustable and were fixed at $55, $55.

$03     **Read Model ID.**  See section 2.4.2.  The three response bytes hold the 24-bit TouchPad model ID.  Model ID bit 8 (the least significant bit of the second byte) is always 0 in this protocol.

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Model ID bits 23–16  (Figure 2-7) | | | | | | | |
| Byte 2 | Model ID bits 15–8  (Figure 2-7) | | | | | | | 0 |
| Byte 3 | Model ID bits 7–0  (Figure 2-7) | | | | | | | |

*Figure 3-13.  PS/2 Read Model ID response*

*Historical note:*  TouchPads prior to version 3.2 did not support the Model ID query.  Those pads returned $47 in the second byte of the response to query number $03.  Also, non-Synaptics devices will return $03 in the second byte of this query.  Hence, host software can check for the presence of model ID information by examining the least significant bit of the second byte:  That bit will be 0 if model ID information is present, or 1 if the information is not present.  See the *historical notes* at the end of section 2.4.2 for suitable default model ID information to use when this query is not supported.

$06     **Read Serial Number Prefix.**  This query returns the first twelve bits (bits 35–24) of the TouchPad's unique serial number.  See section 2.4.5; note that the pads currently produced by Synaptics do not yet include serial numbers.  The bits shown as "—" in the figure are reserved and hold undefined data.



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Serial Number bits 31–24 | | | | | | | |
| Byte 2 | Serial Number bits 35–32 | | | | — | — | — | — |
| Byte 3 | — | — | — | — | — | — | — | — |

*Figure 3-14.  PS/2 Serial Number Prefix response*

*Historical note:*  This query is supported only in versions 4.*x* and later of Synaptics TouchPads.  Also, bits 35–24 are guaranteed to be not all zero in

a valid serial number, and are all zero for unserialized TouchPads. The host should attempt the Serial Number Prefix query only if *infoMajor* ≥ 4, and it should consider the serial number to be valid only if this query returns non-zero data for bits 35–24.

$07    **Read Serial Number Suffix.** This query returns the remaining 24 bits of the serial number. The results from this query are undefined if the Serial Number Prefix query returned zero for bits 35–24.



*Figure 3-15.  PS/2 Serial Number Suffix response*

$08    **Read Resolutions.** See section 2.4.3. This query returns the X and Y coordinate resolutions in Absolute units per millimeter. The second byte of the response is undefined except for the most significant bit, which is guaranteed to be 1.

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | | | | infoXupmm | | | | |
| Byte 2 | 1 | — | — | — | — | — | — | — |
| Byte 3 | | | | infoYupmm | | | | |

*Figure 3-16.  PS/2 Read Resolutions response*

*Historical note:* This query is supported only in some 4.*x* versions of the Synaptics TouchPad. The host should only issue this query if *infoMajor* ≥ 4; also, the result should only be considered valid if bit 7 of byte 2 of the response is 1 and the *infoXupmm* and *infoYupmm* bytes are both non-zero.

*other*    For any other value of the 8-bit argument, the values of the three result bytes are undefined.

*Historical notes:*

In versions before 3.2, the Synaptics TouchPad recognized one additional special command sequence which was used by some mouse drivers to identify three-button mice. This sequence was supported to allow use of a standard mouse driver with a TouchPad that had been configured by other means to set the "3-button" mode bit. In practice, this feature was never used (and the "3-button" bit has been discontinued); thus, to avoid confusion, version 3.2 and later no longer recognize this command sequence. Therefore, non-Synaptics drivers now recognize the TouchPad as a generic two-button mouse.

### 3.5.2. Mode setting sequence

If a Set Sample Rate 20 ($F3, $14) command is preceded by four Set Resolution commands encoding an 8-bit argument, the 8-bit argument is stored as the new value for the TouchPad mode byte as described in section 2.5 and Figure 2-14.

For example, to set the mode byte to $C1 (Absolute mode, high packet rate, Wmode enabled) one would use the sequence of commands,

$E8  $03  $E8  $00  $E8  $00  $E8  $01  $F3  $14

where the argument $C1 is encoded as follows:

$$(\$03 \times 64) + (\$00 \times 16) + (\$00 \times 4) + \$01 \ = \ \$C1.$$

All ten command and argument bytes receive the usual ACK ($FA) acknowledgments. Note that, as described at the beginning of section 3.4, it is important to ensure that the device is disabled ($F5) before sending this command sequence; to receive Absolute mode packets, follow this sequence with an Enable ($F4) command.

*Historical notes:*

Older Synaptics TouchPads supported up to four mode bytes; the sequences to set those bytes ended with Set Sample Rate commands with arguments other than $14.  On the present (4.*x*) TouchPad, sequences of four Set Resolution commands followed by a Set Sample Rate with any argument other than $14 have an undefined effect on the TouchPad and should not be used.

Some older Synaptics TouchPads also supported a second way to read or write the mode byte using PS/2 command code $E1.  See section 7.1.2.

### 3.6. Data reporting

The Synaptics TouchPad supports two formats for motion data packets.  The default Relative format is compatible with standard PS/2 mice.  The Absolute format gives additional information that may be of use to TouchPad-cognizant applications.

Data packets are sent in response to Read Data ($EB) commands.  If Stream mode is selected and data reporting is enabled, data packets are also sent unsolicited whenever finger motion and/or button state changes occur.  Synaptics recommends using Stream mode instead of Read Data commands to obtain data packets.

During transmission of a motion packet, the individual bytes of the packet will be separated by no more than 20ms (assuming the host does not inhibit the bus).  While PS/2 motion packets are lacking in explicit synchronization bits, if the host sees a delay of more than 20ms between bytes it can assume the delay comes at a packet boundary.

### 3.6.1. Default packet format

In the default Relative format, each motion packet consists of three bytes.  The first byte encodes various status bits, and the other two bytes encode the amount of motion in X and Y that has occurred since the previous packet.

Synaptics TouchPad Interfacing Guide                                    Second Edition

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Y ovfl | X ovfl | Y sign | X sign | 1 | Middle | Right | Left |
| Byte 2 | X delta | | | | | | | |
| Byte 3 | Y delta | | | | | | | |

*Figure 3-17.  PS/2 relative motion packet*

Y ovfl:     1 = Y delta value exceeds the range –256…255, 0 = no overflow.  When this bit is set, the reported Y delta will be either –256 or +255.

X ovfl:     1 = X delta value exceeds the range –256…255, 0 = no overflow.  When this bit is set, the reported X delta will be either –256 or +255.

Y sign:     1 = Y delta value is negative, 0 = Y delta is zero or positive.

X sign:     1 = X delta value is negative, 0 = X delta is zero or positive.

Middle:     1 = Middle button is currently pressed, 0 = released.

Right:      1 = Right button is currently pressed, 0 = released.

Left:       1 = Left button is currently pressed (or gesture in progress), 0 = released.

X delta:    This is the amount of motion ΔX that has occurred in the X (horizontal) direction since the last motion data report.  This byte and the "X sign" bit of byte 1 combine to form a nine-bit signed, two's-complement integer.  Rightward motion is positive, leftward is negative.

Y delta:    This is the amount of motion ΔY that has occurred in the Y (vertical) direction.  Upward motion is positive, downward is negative.

Note that the three button state bits reflect a combination of physical switch inputs and gestures.  The "left button" bit is set if either the left physical switch is closed, or a tap or drag gesture is in progress.  (If the *DisGest* mode bit is set, then the "left button" bit reports only the state of the physical left switch.)  The "right button" bit is set only if the right physical switch is closed.  Because standard Synaptics TouchPads only support two buttons, the "middle button" bit is always zero.

The X and Y deltas report an accumulation of all motion that has occurred since the last packet was sent, even if host inhibition has prevented packet transmission for some time.  Also, any host command except Resend ($FE) clears the motion accumulators, discarding any motion that had occurred before the command but that had not yet been sent in a packet.

The X and Y deltas have a resolution of about 240 DPI on a standard Synaptics pad; see section 2.6.3 for further details.

### 3.6.2.  Absolute packet format

When Absolute mode is enabled, each motion report consists of six bytes.  These bytes encode the absolute X, Y location of the finger on the sensor pad, as well as the Z

(pressure) value and various other measurements and status bits. Section 2.3 discusses the contents of the Absolute mode packet in great detail.

Modern PS/2 TouchPads support two different Absolute packet formats, depending on the setting of the *Wmode* bit of the TouchPad mode byte (section 2.5). Some very old TouchPads actually use a different packet format; see the *historical notes* below.

Note that if the *Absolute* and *Rate* mode bits are both set, then the TouchPad transmits up to 480 bytes per second over the PS/2 port. The PS/2 protocol in principle has plenty of bandwidth available to transmit data at this rate, provided the host takes care not to inhibit the bus for too long between bytes. See section 3.2.1 for further information.

The Absolute X/Y/Z packet format when *Wmode* = 0 is shown in Figure 3-18:



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 1 | 0 | Finger | *Reserved* | 0 | Gesture | Right | Left |
| Byte 2 | Y position 11..8 | | | | X position 11..8 | | | |
| Byte 3 | Z pressure 7..0 | | | | | | | |
| Byte 4 | 1 | 1 | Y pos 12 | X pos 12 | 0 | Gesture | Right | Left |
| Byte 5 | X position 7..0 | | | | | | | |
| Byte 6 | Y position 7..0 | | | | | | | |

*Figure 3-18. PS/2 absolute X/Y/Z motion packet (Wmode = 0)*

Note that the Gesture, Left, and Right bits appear twice in the Absolute packet. These bits are guaranteed to be identical in bytes 1 and 4 for a given packet. This and other aspects of the packet design allow low-level host software to interpret an Absolute packet as a sequence of two mouse-compatible three-byte packets; as high-level host software receives these three-byte half-packets, it can examine the upper two bits of the first byte to determine how to combine consecutive half-packets into full six-byte packets.

The Absolute X/Y/Z/W packet format when *Wmode* = 1 is shown in Figure 3-19:

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 1 | 0 | W value 3..2 | | 0 | W val 1 | Right | Left |
| Byte 2 | Y position 11..8 | | | | X position 11..8 | | | |
| Byte 3 | Z pressure 7..0 | | | | | | | |
| Byte 4 | 1 | 1 | Y pos 12 | X pos 12 | 0 | W val 0 | R/D | L/U |
| Byte 5 | X position 7..0 | | | | | | | |
| Byte 6 | Y position 7..0 | | | | | | | |

*Figure 3-19. PS/2 absolute X/Y/Z/W motion packet (Wmode = 1)*

In this packet, the four-bit "W" value replaces the Finger and "reserved" bits and both Gesture bits. All other bits of the packet remain the same regardless of the *Wmode* setting. Section 2.3.4 describes the various purposes and interpretations of the W value.

On normal pads, the L/U bit is identical to the Left button bit, and the R/D bit is identical to the Right bit.  On "MultiSwitch" pads with the *capFourButtons* capability bit set (see section 2.4.4) and *Wmode* enabled, the L/U and R/D bits also report the states of the Up and Down buttons, respectively.  The L/U bit reports the logical XOR of the Left and Up button states.  Viewed another way, L/U is the same as the Left bit, unless the Up button is pressed, in which case L/U is the complement of the Left bit.  The R/D bit similarly reports the XOR of the Right and Down buttons.  This encoding ensures that the packet will be backward compatible (and robust against meddling by "smart" keyboard controllers) whenever the Up and Down buttons are not pressed.

*Historical notes:*

Some version 3.2 and earlier TouchPads used an older, incompatible Absolute packet format.  The *infoNewAbs* bit in the Model ID query response shows which packet format is in use; *infoNewAbs* is 1 for pads which use the format shown in the above figures, and 0 for pads which use the old format shown in Figure 3-20:



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | 1 | 1 | Z pressure 7..6 | | Second | Gesture | Right | Left |
| Byte 2 | Finger | 0 | 0 | X position 12..8 | | | | |
| Byte 3 | X position 7..0 | | | | | | | |
| Byte 4 | 1 | 0 | Z pressure 5..0 | | | | | |
| Byte 5 | *Reserved* | 0 | 0 | Y position 12..8 | | | | |
| Byte 6 | Y position 7..0 | | | | | | | |

*Figure 3-20.  Old-style PS/2 absolute motion packet  (infoNewAbs = 0)*

This old packet format, which lacked the duplicate copy of the gesture and switch bits in byte 4, was susceptible to interference from certain types of low-level host software that try to interpret incoming PS/2 data as mouse-style Relative packets before they reach the high-level driver software.  The new packet format contains the same bits as the old format, but rearranged to minimize the impact of meddling by low-level software.  (The "Second" bit of Figure 3-20, for reporting "secondary" gestures, corresponds to a feature that has now been discontinued.)

## 3.7.  PS/2 implementations

The next two sections describe two implementations of the host side of the PS/2 interface.  On standard PC-compatible computers, the *keyboard controller* chip is responsible for PS/2.  On other types of systems, it may be necessary to implement the PS/2 host interface in system software; section 3.7.2 shows the source code for such an implementation.

### 3.7.1.  The keyboard controller

On a standard PC, the keyboard controller (KBC) chip implements the host side of the PS/2 interface.  Host software can operate the TouchPad without any regard to (or

awareness of) the PS/2 protocol at the level of the CLK and DATA signals.  Section 2.6.6 discusses the role of the KBC in general terms.

A good reference book for the KBC is chapter 8 of Frank van Gilluwe's *The Undocumented PC*.  As described in that book, the interface to the KBC takes the form of two I/O ports and an interrupt vector.  The host can read I/O port 64h to check the status of the KBC's input and output buffers.  The host can write to port 64h to send a command to the KBC.  The KBC commands include A7h, which inhibits the pointing device by holding CLK low; A8h, which de-inhibits the pointing device; and D4h, which causes the next data byte written to I/O port 60h to be sent to the mouse as a command or argument byte.

When the pointing device sends a byte, the KBC raises the IRQ 12 interrupt to notify the host.  The byte is then available to be read from input port 60h; various bits of input port 64h tell whether a byte is available in port 60h, and whether this byte came from the keyboard or pointing device.

In principle, the KBC is a simple conduit for bytes going between the device and the higher-level host software.  In practice, some KBCs differ from this ideal in various ways.  Writers of PC software that interfaces directly with the KBC should be aware of these known quirks:

- As described in section 3.2.3, the KBC expects a response byte for every byte sent to the device.  If the KBC times out waiting for the device to acknowledge the "request to send" condition, or if it times out waiting for the ACK byte to arrive, then the KBC will invent an $FE response and report it to the host as if the device had actually sent an $FE.

- The KBC may test for the presence of a pointing device at boot time and shut down the PS/2 port if no device is found.  So, if a PS/2 device is hot-plugged onto a computer which was booted with no PS/2 device present, the computer may need to be rebooted in order for the device to be recognized.

- Some KBCs will only send the PS/2 commands listed in section 3.4 to the pointing device; for "invalid" commands, the KBC will reject the command locally rather than sending it to the mouse to be rejected.  This is one reason why the TouchPad special commands (section 3.5) are disguised as sequences of valid section 3.4 commands.

- Some KBCs attempt to merge two or more active PS/2 devices on the same port.  Thus, when a host sends a command to "the device," the KBC forwards the command to both devices.  When either device sends a motion packet to the host, the KBC forwards it to the host as a new packet from "the device."  If both devices try to talk simultaneously, the KBC must buffer up the data bytes so that the host will see a sequence of coherent three-byte packets with no interleaving.  Hence, under some conditions, a byte sent by a device may not reach the host immediately.

- If the KBC merges two PS/2 devices, and the user holds down the mouse button on device #1 and then moves both devices at once, the host would receive alternating packets with the button pressed (from device #1) and released (from device #2),

which would lead to undesirable false clicking. So, the KBC sometimes edits the mouse button bits. For example, device #2's packets would be edited to report a button pressed even though device #2 itself thinks no buttons are pressed. In order to accomplish this feature, the KBC must keep a count of all the bytes it transfers to the host so that it knows which bytes hold button data. That is why the TouchPad's Absolute packet format (Figure 3-18) is exactly six bytes long with duplicate button data every three bytes.

- Some KBCs will edit bit 3 of the first byte of each three-byte packet. Hence, neither the Relative nor the Absolute packet formats store useful information in this bit. Even though this bit is documented as always 1 or always 0, the bit may be different as seen by high-level host software.

### 3.7.2. Sample PS/2 implementation

The Synaptics TouchPad can also be used in appliances, handheld devices and other special applications where the KBC and other facilities of the standard PC are not present. In such applications, you may need to implement the PS/2 host-side interface yourself. This section presents a sample C-language implementation of the PS/2 host interface.

These routines depend on the following functions, which you must define suitably for your environment.

```
typedef unsigned char byte;      /* All data values are 8-bit bytes. */
extern byte read_CLOCK();        /* Return state of clock pin, 0 or 1. */
extern byte read_DATA();         /* Return state of data pin, 0 or 1. */
extern void set_CLOCK(byte);     /* Pull clock pin low (0) or let it float high (1). */
extern void set_DATA(byte);      /* Pull data pin low (0) or let it float high (1). */
extern void wait_us(byte);       /* Wait a number of microseconds (approx). */
extern void PS2_error();         /* This gets called in case of error. */
```

*Figure 3-21. PS/2 support functions*

The `PS2_error` function is a stand-in for error handling suitable to the application; in some cases, it may suffice to ignore error checking altogether.

The following function waits for a high or low level on the PS/2 clock pin. In a real application, this function should time out and call `PS2_error` if the desired clock level does not appear after some amount of time (such as 25ms).

```
1  void wait_CLOCK(byte state)
2  {
3    while (read_CLOCK() != state) /* Do nothing */ ;
4  }
```

*Figure 3-22. PS/2 `wait_CLOCK` function*

To read a byte from the PS/2 device, use the following function:

```
1   byte PS2_get()
2   {
3     byte i, bit, value = 0, p = 0;
4     set_CLOCK(1);                  /* Release inhibit, if necessary. */
5     wait_CLOCK(0);                 /* Wait for start bit clock. */
6     wait_CLOCK(1);                 /* End of start bit clock. */
7     for (i = 0; i < 8; i++) {
8       wait_CLOCK(0);               /* Wait for clock pulse. */
9       bit = read_DATA();           /* Read data bit from pin. */
10      value = value + (bit << i);
11      p = p + bit;                 /* Accumulate data bit into parity. */
12      wait_CLOCK(1);               /* Wait for end of clock pulse. */
13    }
14    wait_CLOCK(0);                 /* Parity bit clock. */
15    p = p + read_DATA();           /* Accumulate parity bit into parity. */
16    if ((p & 0x01) == 0)           /* Check for odd parity. */
17      PS2_error();                 /* Parity error! */
18    wait_CLOCK(1);                 /* End of parity bit clock. */
19    wait_CLOCK(0);                 /* Stop bit clock. */
20    if (read_DATA() == 0)          /* Check for valid stop bit. */
21      PS2_error();                 /* Framing error! */
22    set_CLOCK(0);                  /* Pull low during stop bit to inhibit. */
23    wait_us(50);                   /* Wait out the final clock pulse. */
24    return value;
25  }
```

*Figure 3-23.  Receiving PS/2 data from the TouchPad*

The `PS2_get` function reads one byte from the TouchPad, as shown in Figure 3-7 on page 30.  If the TouchPad is not ready to transmit, the `wait_CLOCK` call at line 5 will wait until it is.  If you wish to do other things while waiting, release the inhibit as shown in line 4, then check the clock pin periodically (at least every 20μs or so) or using interrupts, and call `PS2_get` as soon as the clock goes low.

Line 22 inhibits the bus as soon as the byte is received; this is the recommended way to use the PS/2 bus.  Note the 50μs wait in line 23, to make sure the device has finished the last clock pulse before returning; otherwise, an immediately following call to `PS2_get` might mistake the tail end of this stop bit as the beginning of a new start bit.

Lines 11 and 15–17 check the parity of the received byte; lines 20–21 check for framing errors.  You can omit these lines if you don't want to check for transmission errors.

To send a byte to the PS/2 device, use the following function:

```
1   void PS2_send(byte value)
2   {
3     byte i, ack, p = 1;
4     set_CLOCK(0);                  /* Begin inhibit, if necessary. */
5     wait_us(100);                  /* Inhibit for about 100us. */
6     set_DATA(0);                   /* Hold data pin low while still inhibited. */
7     set_CLOCK(1);                  /* Establish "request-to-send" state. */
```

Synaptics TouchPad Interfacing Guide                          Second Edition

```
 8   for (i = 0; i < 8; i++) {
 9     wait_CLOCK(0);                 /* Wait for clock pulse. */
10     set_DATA(value & 0x01);        /* Output i'th data bit. */
11     p = p + value;                 /* Accumulate parity. */
12     wait_CLOCK(1);                 /* Wait for end of clock pulse. */
13     value = value >> 1;            /* Shift right to get next bit. */
14   }
15   wait_CLOCK(0);                   /* Parity bit clock. */
16   set_DATA(p & 0x01);              /* Output parity bit. */
17   wait_CLOCK(1);                   /* End of parity bit clock. */
18   wait_CLOCK(0);                   /* Stop bit clock. */
19   set_DATA(1);                     /* Stop bit must be 1. */
20   wait_CLOCK(1);                   /* End of stop bit clock. */
21   wait_CLOCK(0);                   /* Line control bit clock. */
22   if (read_DATA() == 1)
23     PS2_error();                   /* Missing line control bit! */
24   wait_CLOCK(1);                   /* End of line control bit clock. */
25   ack = PS2_get();                 /* Receive acknowledge byte from device. */
26   if (ack != 0xFA)
27     PS2_error();                   /* Probably got an FE or FC error code. */
28 }
```

*Figure 3-24.  Sending PS/2 data to the TouchPad*

See Figure 3-8 on page 30.  The `PS2_send` function first inhibits the bus for at least 100μs; this ensures that any transmission the device may have begun will be cancelled before it collides with the host's transmission.  (If you leave the bus inhibited at all times between `PS2` calls, it is safe to skip lines 4 and 5.)

Next, the function asserts a "request-to-send" and releases the inhibit signal.  The device will respond within 10ms by clocking in a start bit, data bits, parity bit, and stop bit. Lines 3, 11 and 16 are responsible for sending a proper parity bit; note that while some older Synaptics TouchPads ignored parity, the current TouchPad does check for parity errors so it is essential for the host to transmit a correct parity bit.

Line 25 calls `PS2_get` to receive the $FA acknowledge byte.  It is okay to move steps 25–27 out of the `PS2_send` function, but in this case you should make `PS2_send` inhibit the bus before returning; this forces the device to wait until you are ready to receive the acknowledge byte.

If there are asynchronous interrupts on your system that take more than a few microseconds to service, you should disable them inside the `PS2_get` and `PS2_send` routines.  Once a transmission has begun, timing is critical and not under the host's control.

For the TouchPad special command sequences described in section 3.5, the following helper function is useful.  It sends an 8-bit argument encoded as a sequence of four Set Resolution commands.

```
1    void send_tp_arg(byte arg)
2    {
3      byte i;
4      for (i = 0; i < 4; i++)
5        PS2_send(0xE8);
6        PS2_send((arg >> (6-2*i)) & 3);
7    }
```

*Figure 3-25.  PS/2 send_tp_arg function*

Lines 5 and 6 send Set Resolution commands with arguments consisting of bits 7–6, 5–4, 3–2, and 1–0 of arg, respectively, as i counts from 0 to 3.

As described in section 3.3, the device will send an $AA, $00 announcement 300–1000ms after power-up.  However, it is safe to send your first PS/2 command before this time if you don't care about the $AA, $00.  (The proper clocking and acknowledgement of the first command serves just as well as the $AA, $00 to verify that the TouchPad is present and running.)  It is still a good idea to wait until 300ms after power-up before talking to the device.  Note that the host should be prepared to wait up to 1000ms after power-up for the device to respond to the first request-to-send, although the current Synaptics TouchPad responds much sooner.  Also note that the official PS/2 specification states that the host must not send to the device until after the $AA, $00 announcement, so the host must wait if it expects to be used with devices other than Synaptics TouchPads.

Here is a typical sequence to initialize the TouchPad and enable Stream mode using the Absolute data format of Figure 3-18.

```
1    PS2_send(0xFF);                    /* Reset command. */
2    if (PS2_get() != 0xAA)            /* Note:  This may need an extra-long timeout. */
3      PS2_error();
4    if (PS2_get() != 0x00)
5      PS2_error();
6    send_tp_arg(0x00);                /* Send "Identify TouchPad" sequence (section 3.5.1). */
7    PS2_send(0xE9);                    /* Status Request command.  */
8    minor = PS2_get();                /* First status byte: TouchPad minor rev. */
9    if (PS2_get() != 0x47)            /* Second status byte: 0x47 == Synaptics TouchPad. */
10     PS2_error();
11   major = PS2_get() & 0x0F;          /* Third status byte: Major rev in low 4 bits. */
12   send_tp_arg(0x80);                /* Send "Set Modes" sequence (see section 3.5.2). */
13   PS2_send(0xF3);                    /* Set Sample Rate command. */
14   PS2_send(0x14);                    /* Sample Rate argument of 20. */
15   PS2_send(0xF4);                    /* Enable command. */
16   enable_interrupt_handler();       /* Ready to receive data. */
17   set_CLOCK(1);                      /* Release PS/2 bus inhibit. */
```

*Figure 3-26.  PS/2 initialization sequence*

Lines 1–5 perform a Reset command.  If this initialization sequence is used only right after power-up, lines 1–5 are not strictly necessary since Reset merely restores the power-up defaults.

Lines 6–11 perform the "Identify TouchPad" query using a special command sequence. This query tells you that you do indeed have a Synaptics TouchPad attached and not some other pointing device.

Lines 12–14 enable Absolute mode by setting bit 7 of mode byte 2. A more elaborate initialization sequence would enable W mode (bit 0) as well if the TouchPad identifies itself as supporting that mode. You can also enable the high packet rate (bit 6), though the higher rate will cause the host to spend a significant fraction of its time in the `PS2_get` routine whenever the finger is on the pad.

Line 15 sends an Enable command, which enables the transmission of finger motion packets (actually position/pressure packets in Absolute mode). The device won't actually transmit a packet yet, since `PS2_send` and `PS2_get` leave the bus inhibited.

Lines 16 and 17 assume the host will operate the TouchPad in an interrupt-driven Stream mode. Line 16 stands for whatever steps are necessary to enable interrupts when the PS/2 clock pin goes low. Line 17 ends the inhibit signal. (If the interrupts are level-sensitive, these steps will have to be done in the opposite order.)

The interrupt handler installed by line 16 should respond to a low clock signal by calling `PS2_get` to receive the byte. Note that the start bit is only 30–50µs long, so the interrupt latency must be small. If you need to disable interrupts at certain times, be sure the PS/2 bus is inhibited (by holding the clock wire low) during these times.

# 4. Serial Protocol

The Synaptics Serial TouchPad communicates with the host via a standard RS-232 interface or "COM port." In the default (Relative) mode, the TouchPad uses a protocol fully compatible with the Microsoft serial mouse. The Serial TouchPad offers all the same features as the PS/2 TouchPad, though the commands and packet formats are different.

Although Synaptics has manufactured true Serial-only TouchPads in the past, all new Serial-capable pads are actually "Combo" devices which support both the Serial and the PS/2 protocols. In PS/2 mode, the Combo pad acts exactly the same as a PS/2-only pad as described in section 3 of this *Guide*. (The connector pinout is different, however; see below.)

## 4.1. Electrical interface

The RS-232C interface includes receive and transmit signal wires RxD and TxD plus a set of control signals. Of the control signals, the Serial TouchPad uses only RTS and DTR. RS-232 signals operate at high voltages and are logically inverted: A logic "0" corresponds to a voltage between +5V and +15V, and a logic "1" corresponds to a voltage between –5V and –15V relative to ground. (On a typical portable computer, the serial port operates at ±6V or ±12V; for concreteness, the following text will use ±12V.)

Serial pointing devices use the RS-232 control wires in an unconventional way in order to avoid the need for an external power supply. First, RTS and DTR, which are at –12V at boot time, are switched to +12V by the mouse driver. The device uses a voltage regulator to derive its +5V power supply from RTS and/or DTR. Second, RxD, which is at –12V as long as the host is not transmitting anything, is used as the negative power supply for generating negative voltages on the TxD wire. A side effect is that the device is unable to transmit reliably to the host when the host itself is transmitting. Fortunately, the host does not need to transmit to the device in normal operation.

The serial port on a portable computer typically uses a DB-9 connector as follows (female connector view):



| 1 | DCD | *Not used* |
| 2 | TxD | Transmit to host |
| 3 | RxD | Receive from host |
| 4 | DTR | Power supply 5–15V |
| 5 | GND | Ground 0V |
| 6 | DSR | Plug-and-play signal |
| 7 | RTS | Power supply / Reset |
| 8 | CTS | *Not used* |
| 9 | RI | *Not used* |

*Figure 4-1. Serial connector pinout*

Synaptics TouchPad Interfacing Guide                                    Second Edition

On the Synaptics Standard Combo TouchPad module TM41B*xx*134, the 8-pin FFC connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| DTR / DATA | TxD | RxD | Right Switch | Left Switch | Ground 0V | CTS / +5V | RTS / CLK |

*Figure 4-2.  Combo module connector pinout*

The button switch inputs (pins 4 and 5) include pull-ups to +5V on the module, and should be grounded when the corresponding switch is closed (pressed).

The Combo TouchPad module should be wired to a DB-9 female connector; the signals TxD, RxD, DTR, RTS, CTS, and GND should be wired between the two connectors as indicated in Figures 4-1 and 4-2.  To support plug-and-play, DTR and DSR should be wired together on the connector.  The DB-9 connector can be plugged directly into a computer's RS-232 port for Serial TouchPad operation.  (Note that the CTS pin must be wired from pin 8 of the DB-9 connector to pin 7 of the module connector, even though the CTS signal is marked "not used" in Figure 4-1.  The CTS wire will be unused when operating in Serial mode but it is needed to supply power in PS/2 mode.)

The following diagram shows the interconnections between the host Serial port and the Synaptics Combo TouchPad module:



*Figure 4-3.  Serial system diagram*

In order to use the Combo TouchPad with a PS/2 port, an adapter or converter cable is used between the TouchPad's Serial connector and the host's PS/2 port.  The adapter has a male DB-9 connector on one end and a male DIN-6 connector on the other.  The adapter may separate the DB-9 and DIN-6 connectors with a short length of cable, or the two connectors may be encased in a molded plastic block.  The DB-9 and DIN-6 connectors are wired in the adapter as follows:

Copyright © 2001  Synaptics, Inc.    510-000080 - A                    §4.1   Page 51



*Figure 4-4.  Serial-to-PS/2 adapter*

The following diagram shows the interconnections between the host PS/2 port and the Synaptics Combo TouchPad module:



*Figure 4-5.  PS/2 system diagram with Combo module*

*Historical notes:*

Some older Synaptics TouchPad models supported the Serial protocol *only*; they connected to the host RS-232 port by the same DB-9 connector shown in Figure 4-1, but the firmware programmed on the module did not recognize the PS/2 protocol; hence, there was no way to build a PS/2 adapter comparable to Figure 4-4 for those modules. The Serial-only module had the same connector pinout as shown in Figure 4-2, except that pin 7 was a no-connect instead of CTS (since CTS is wired on the Combo module only to support the PS/2 adapter).

Note that in this *Guide,* the phrase "Serial TouchPad" refers equally to a Serial-only pad or to a Combo pad operating in Serial mode.  The phrase "Serial-only TouchPad" refers specifically to a non-Combo Serial pad.

### 4.1.1. TTL-level Serial TouchPad

Synaptics is also able to manufacture TouchPads which use the RS-232 serial protocol but with all signals operating at TTL voltage levels. TxD and RxD are non-inverted, so that logic "0" is 0V and logic "1" is +5V. Non-inverted signals are suitable for connecting directly to a UART without an intervening level-shifter chip. Either or both signals can be inverted as a firmware compile-time option. This "TTL-level Serial" pad is not a part of Synaptics' standard product line, but it is available by special arrangement.

The TTL-level Serial firmware can run on the same standard Synaptics TouchPad module used for PS/2 devices. On the standard TM41T*xx*134 module, the 8-pin FFC connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Power +5V | TxD | RxD | Right Switch | Left Switch | Ground 0V | N/C | N/C |

*Figure 4-6. TTL-level Serial standard module connector pinout*

Similarly, on other module types, the PS/2 DATA pin becomes the RS-232 TxD pin, and the PS/2 CLK pin becomes the RS-232 RxD pin. The RxD pin should be tied to a logic "1" if it is not used.

Note that the pinout shown above does not involve RTS or DTR, and thus the TTL-level Serial TouchPad will not obey the "M" protocol that allows a standard serial mouse driver to recognize it. For full emulation of a serial mouse, you must arrange for the TouchPad to receive +5V power only when the serial port's RTS signal is a logic "0". One possible solution is shown here:



*Figure 4-7. TTL-level Serial system diagram with RTS support*

Since the Synaptics TouchPad draws only a few milliamps, a digital inverter easily serves as its power source. The resistor (about 1K) on the TouchPad's RxD line is to prevent excessive current draw in case the host's RTS and TxD outputs are both "1" at the same time. (If the host can guarantee not to let that happen, the resistor is unnecessary. If the host microprocessor has an output pin capable of sourcing enough milliamps to drive the TouchPad directly, it can dispense with the inverter. In fact, if the host does not care about using the RTS handshake to identify the pad as a "mouse," then the TouchPad's +5V pin can simply be connected to the regular +5V power supply.)

## 4.2. Byte transmission

Data transmission works the same in either direction. The signal wire (TxD or RxD) normally rests at a logic "1" level (negative voltage). To send a byte, the transmitter sends a "0" start bit, seven data bits (LSB first), and one or more "1" stop bits. (Since the wire rests at "1", the stop bits can be thought of as an inter-byte delay measured in bit times.) The length of each bit cell is determined by the *baud rate,* in bits per second.

For the Synaptics TouchPad, the serial port is set to 1200 or 9600 baud, 7 data bits, and no parity. The default baud rate at power-up is 1200 baud. The device transmits with two stop bits and can receive with one or more stop bits (two stop bits are recommended).

In the following example, the bytes $25 and $43 (hexadecimal) are sent at 1200 baud with two stop bits. Each bit cell is 1/1200 second = 833μs.



*Figure 4-8. Serial TxD or RxD waveform*

The receiver typically samples each bit in the middle of the bit cell, synchronized by the falling edge of the start bit. The transmitter's and receiver's baud rate generators must be precise enough to ensure that the receiver's sampling point will not have drifted out of the bit cell by the time the stop bit arrives. Hence, the TouchPad's transmit baud rate will be accurate to within ±2%, and the host should be comparably accurate. A *framing error* occurs if the receiver finds a zero when it expects a stop bit. When the TouchPad detects a framing error, it treats the received byte as invalid and cancels any command in progress.

It is also possible to send a *break* signal by holding the transmit wire at a logic "0" (a positive voltage) for at least 9 bit times. The Synaptics TouchPad treats a received break signal like an invalid command byte; the TouchPad never sends a break signal.

## 4.3. Power-on reset

To apply power to a Serial TouchPad, first set the DTR signal to a positive voltage and RTS to a negative voltage. Then wait at least 100ms without transmitting any bytes or break signals. Finally, bring RTS positive while holding DTR also positive. The TouchPad will send a $4D (ASCII "M") announcement byte to identify itself as a standard serial pointing device. The announcement byte is sent at 1200 baud, and the start bit occurs within 30ms after the time at which RTS goes positive.

Note that the device may detect power-on either by drawing its power directly from RTS, or by drawing power from DTR and using RTS as a hardware or software reset signal. In any case, the host must hold DTR positive whenever it holds RTS positive, and the host must hold both DTR and RTS positive whenever it transmits command bytes to the device.

The host can reset the device at any time by pulsing RTS negative for at least 100ms. This procedure is known as the "RTS handshake." When RTS goes positive again after the handshake, the device will send the announcement byte "M" and all TouchPad parameters will return to their power-up default states. In particular, the TouchPad mode byte (section 2.5) will reset to $00.

After the RTS handshake, the Combo TouchPad determines the type of protocol by looking at the RxD wire. In Serial mode, RxD will be held negative by the host (because the host is not transmitting to the TouchPad). In PS/2 mode, RxD will be unconnected and will float to 5V due to the design of the Combo circuit. Thus, to ensure that the device correctly identifies the protocol at power-on, it is imperative for Serial hosts to refrain from transmitting to the device until they receive the "M" announcement, and for PS/2 adapters to leave the RxD pin unconnected.

If the pad supports *Plug-and-Play*, then the "M" announcement is followed by a separator string, then by a Plug-and-Play ID string. In modern Serial TouchPads, the separator string consists of the bytes $40 $00 $00 $00. Mouse drivers unaware of Plug-and-Play will interpret this as a harmless zero-motion packet; without the separator, mouse drivers would interpret the "M" and the first two bytes of the Plug-and-Play ID as a motion packet when the device is hot-plugged.

The Plug-and-Play ID string itself is a sequence of characters whose ASCII character codes are offset by subtracting $20. (For example, the character "(" is encoded as the byte $08.) The Plug-and-Play ID takes the form,

$$( \, v \, v \, \mathbf{S \, Y \, N \, 0 \, 0 \, 0 \, 1} \setminus \setminus \mathbf{M \, O \, U \, S \, E} \setminus \mathbf{P \, N \, P \, 0 \, F \, 0 \, C} \setminus \mathbf{T \, O \, U \, C \, H \, P \, A \, D} \, c \, c \, )$$

where *vv* represents two version number bytes, and *cc* represents a two-digit checksum. Note that the separator and Plug-and-Play ID string are subject to change by Synaptics. For further information, see the *Plug and Play External COM Device Specification,* available from Microsoft.

After sending the initial "M", the device does a self-test and calibration taking 300–1000ms. However, the device begins watching RxD immediately after sending "M". If the device receives host commands or other input during the initial calibration, the device may restart the calibration as soon as the commands are finished. Finger motion processing will not begin until the calibration is complete. See section 2.6.5 for more information about power-on calibration.

On rare occasions, the TouchPad may experience a spurious reset, often due to a power supply brownout or an electrostatic discharge (ESD). If this happens, the pad will reset itself as if after a power-on reset, and all TouchPad mode byte settings will be lost. In particular, note that a spurious reset will cause the pad to spontaneously revert from Absolute to Relative mode and from 9600 baud to 1200 baud. If the host notices the pad spontaneously reverting to 1200 baud Relative mode (usually characterized by a series of framing errors if the host UART was set to 9600 baud), then the host should reinitialize the pad in the same manner as at power-up.

Synaptics TouchPad Interfacing Guide                                    Second Edition

*Historical notes:*

Some older Serial TouchPads transmitted a two-byte announcement consisting of a $4D ("M") and a $33 ("3"); this identified the pad to certain non-Synaptics drivers as a three-button mouse. Since the current TouchPad does not support or emulate a third button, the current TouchPad announces itself as an ordinary two-button mouse.

## 4.4. Command set

The host can send a command to the TouchPad at any time. Any motion packets or responses that were being transmitted by the TouchPad are cancelled and lost. Each command consists of a "%" character (ASCII code $25), a command letter, and optionally several argument characters. The device ignores invalid commands; in particular, between commands it ignores all characters except for "%".

### 4.4.1. Serial command timing

Commands, their arguments, and the TouchPad's replies are always transmitted at 1200 baud (even if data reporting is set to 9600 baud). The characters of a command with its arguments must be separated by no more than 50ms (t1); characters of a motion packet or reply will be separated by at most 25ms (t3, t5). The device responds to valid commands after no less than 25ms and no more than 50ms (t2). After processing a command and sending the response, the device waits at least 50ms before it resumes sending motion packets (t4). The time between two characters is measured from the beginning of the first stop bit to the beginning of the subsequent start bit.



*Figure 4-9. Serial command timing*

Because the device uses RxD as a power supply for generating TxD, the device may send spurious data when the host transmits on RxD. Therefore, the host should ignore all input from the device while sending commands and preferably for 5–20ms thereafter (t6). (This is safe since the device does not reply for at least 25ms after a command.)

The host can set the baud rate for motion data packets to 1200 or 9600 baud. In 9600 baud mode, the host must switch its UART back to 1200 baud before sending a command. The host can take advantage of the 50ms post-command delay to reconfigure the UART cleanly. To send a command while in 9600 baud mode, the host can send an invalid byte such as NUL ($00) or a break signal; the device will ignore the byte as a command, but it will still abort any transmission in progress and wait 50ms before transmitting another packet. The host thus has 50ms of quiet time to switch the UART to 1200 baud and send the "%" character. After the command is finished, there will be another 50ms lull during which the host can set the UART back to the desired baud rate.

### 4.4.2.  Identify TouchPad command

To identify a Synaptics TouchPad, send the command "%A".  The response will be four bytes identifying the TouchPad and reporting its version number.



*Figure 4-10.  Serial Identify TouchPad response*

Note that the *infoMajor* and *infoMinor* fields are each one bit shorter than their PS/2 counterparts (compare to Figure 3-10).

To identify an unknown serial device as a Synaptics Serial TouchPad, first perform the "RTS handshake" described in section 4.3 and check for an "M" response.  Then, send the "%A" query and check for an "ST" response followed by two version bytes.  If the device fails to respond to the RTS handshake, it is not a mouse-compatible pointing device.  (In this case, the host should not try a "%A" query since the "%A" characters may have an unknown effect on a non-pointing serial device.)  If the device responds to the RTS handshake but not to the "%A" query, then it is a non-Synaptics pointing device.

### 4.4.3.  Read TouchPad Modes command

To read the current TouchPad modes and capabilities, send the command "%B".  The response will be eight hexadecimal digits encoding four bytes of data including the constant "3B", the mode byte (Figure 2-14 of section 2.5), and the capability bits (Figure 2-13 of section 2.4.4).  Each digit is a character from "0" to "9" ($30 to $39) or from "A" to "F" ($41 to $46).



*Figure 4-11.  Serial Read TouchPad Modes response*

*Historical notes:*

On pre-4.*x* TouchPads, the first two digits reported "mode byte 1" as described in section 7.1.1, and the last four digits reported the Edge Motion margin adjustment factors instead of the capability bits.  The margin adjustment factors were "5555" by default; starting at version 3.2, these bytes were no longer adjustable and were fixed at "5555".

### 4.4.4.  Set TouchPad Modes command

To change the TouchPad mode byte, send the command "%C" followed by eight hexadecimal digits encoding the mode byte as shown below.  Each digit is a character from "0" to "9" ($30 to $39) or from "A" to "F" ($41 to $46).  Only upper-case letters are accepted.  If "%C" is followed by less than eight digits, or if any of the digits are invalid, the entire command is rejected and the mode byte is not changed.



|  | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|
| Send 1 | | | | $25 "%" | | | |
| Send 2 | | | | $43 "C" | | | |
| Send 3 | | | | $33 "3" | | | |
| Send 4 | | | | $42 "B" | | | |
| Send 5 | | | Mode byte, bits 7..4 (hex digit) | | | | |
| Send 6 | | | Mode byte, bits 3..0 (hex digit) | | | | |
| Send 7 | | | | $35 "5" | | | |
| Send 8 | | | | $35 "5" | | | |
| Send 9 | | | | $35 "5" | | | |
| Send 10 | | | | $35 "5" | | | |

*Figure 4-12.  Serial Set TouchPad Modes command*

See Figure 2-16 of section 2.5 for a list of suitable values for the mode byte on a Serial TouchPad.

The first two, and last four, argument digits are ignored by current TouchPads.  For compatibility with older and future Synaptics TouchPads, host software may either use the values shown in Figure 4-12 ("3B" and "5555", respectively), or echo the same values reported by a recent "%B" command in the corresponding digit positions.

*Historical notes:*

On pre-4.*x* TouchPads, the first two argument digits set "mode byte 1" as described in section 2.5, and the last four digits set the Edge Motion margin adjustment factors.

### 4.4.5.  Read Model ID command

To read the model ID as described in Figure 2-7 of section 2.4.2, send the command "%D".  The response will be six hexadecimal digits encoding the three model ID bytes. Each digit is a character from "0" to "9" ($30 to $39) or from "A" to "F" ($41 to $46).

Synaptics TouchPad Interfacing Guide                                    Second Edition



*Figure 4-13.  Serial Read Model ID response*

*Historical notes:*

In Synaptics TouchPads prior to version 3.2, the model ID bytes were not implemented; the "%D" command had no effect and produced no response from the TouchPad.  To determine whether a TouchPad supports the model ID query, send a "%D" and then wait to see if there is a reply within 50ms consisting of six valid hexadecimal digits. (Alternatively, simply check the version number and omit the model ID query for pads older than 3.2.)

### 4.4.6.  Read Serial Number command

To read the serial number as described in section 2.4.5, send the commands "%G" and "%H".  The response to each command will be six hexadecimal digits encoding three bytes of data.



---

Synaptics TouchPad Interfacing Guide                                    Second Edition



*Figure 4-14.  Serial Read Serial Number responses*

If the "%G" command returns "000" for bits 35–24 of the serial number, or if "%H" returns no response, then the device is unserialized and the result, if any, of the "%H" command is undefined.  The values of the final three response digits of the "%G" command are undefined in any case.

*Historical notes:*

In Synaptics TouchPads prior to version 4.*x*, the serial number was not implemented; the "%G" and "%H"  commands had no effect and produced no response from the TouchPad.  All 4.*x* and later TouchPads support the "%G" query, though as of this writing Synaptics had not begun serializing TouchPads and so the "%G" response was always "000" in the first three digits.

### 4.4.7.  Read Resolutions command

To read the coordinate resolutions as described in section 2.4.3, send the command "%I". The response will be six hexadecimal digits encoding the X and Y resolutions in Absolute units per millimeter, plus a middle byte with undefined data.



*Figure 4-15.  Serial Read Resolutions response*

Synaptics TouchPad Interfacing Guide                                    Second Edition

*Historical notes:*

In Synaptics TouchPads prior to version 4.5, the resolution bytes were not implemented; the "%I" command had no effect and produced no response from the TouchPad.  To determine whether a TouchPad supports the resolution query, send a "%I" and then wait to see if there is a reply within 50ms consisting of six valid hexadecimal digits. (Alternatively, simply check the version number and omit the resolution query for pads older than 4.5.)

## 4.5.  Data reporting

The Synaptics TouchPad supports two formats for motion data packets.  The default Relative format is compatible with Microsoft and Logitech serial mice.  The Absolute format gives additional information that may be of use to TouchPad-cognizant applications.

### 4.5.1.  Default packet format

In the default Relative format, each motion report consists of three bytes.  Reports are sent whenever finger motion and/or button state changes occur.

|  | *Bit 6* | *Bit 5* | *Bit 4* | *Bit 3* | *Bit 2* | *Bit 1* | *Bit 0* |
|---|---|---|---|---|---|---|---|
| *Byte 1* | 1 | Left | Right | Y delta 7..6 | | X delta 7..6 | |
| *Byte 2* | 0 | X delta 5..0 | | | | | |
| *Byte 3* | 0 | Y delta 5..0 | | | | | |

*Figure 4-16.  Serial relative motion packet*

Left:        1 = Left button is currently pressed (or gesture in progress), 0 = released.

Right:      1 = Right button is currently pressed, 0 = released.

X delta:   The two fields in bytes 1 and 2 combine to form an eight-bit signed, two's-complement integer $\Delta X$ representing the amount of horizontal motion since the last data packet.  Rightward motion is positive, leftward is negative.

Y delta:   The two fields in bytes 1 and 3 combine to form an eight-bit signed, two's-complement integer $\Delta Y$ representing the amount of vertical motion since the last data packet.  Downward motion is positive, upward is negative.

The X and Y deltas have a resolution of about 240 DPI on a standard Synaptics pad; see section 2.6.3 for further details.

*Historical notes:*

Some older TouchPads were capable of simulating a "middle" mouse button using advanced gestures.  The Relative packet would grow to four bytes to report middle button activity.  Because Synaptics TouchPads no longer support advanced gestures in Relative mode, the Relative packet is now exclusively a three-byte packet.

### 4.5.2.  Absolute packet format

When Absolute mode is enabled, each motion report consists of six, seven, or eight bytes. These bytes encode the absolute X, Y location of the finger on the sensor pad, as well as the Z (pressure) value and various other measurements and status bits.  Section 2.3 discusses the contents of the Absolute mode packet in great detail.

The Absolute packet size is controlled by the *PackSize* and *Wmode* bits of the TouchPad mode byte (section 2.5).

| PackSize | Wmode | Packet size |
|----------|-------|-------------|
| 0 | 0 | Six bytes (bytes 7 & 8 omitted) |
| 0 | 1 | *Reserved* |
| 1 | 0 | Seven bytes (byte 8 omitted) |
| 1 | 1 | Eight bytes |

*Figure 4-17.  Serial absolute packet sizes*

The full eight-byte Absolute packet is arranged as follows.  Note that with *Wmode* = 0, the W value is not present, and with *PackSize* = 0, the least significant bits of X and Y, the least significant two bits of Z, and the Down and Up bits are also not present.

| | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|-------|-------|-------|-------|-------|-------|-------|
| *Byte 1* | 1 | *Reserved* | Gesture | Finger | Left | Middle | Right |
| *Byte 2* | 0 | | | X position 12..7 | | | |
| *Byte 3* | 0 | | | X position 6..1 | | | |
| *Byte 4* | 0 | | | Y position 12..7 | | | |
| *Byte 5* | 0 | | | Y position 6..1 | | | |
| *Byte 6* | 0 | | | Z pressure 7..2 | | | |
| *Byte 7* | 0 | Down | Up | Y pos 0 | X pos 0 | Z pressure 1..0 | |
| *Byte 8* | 0 | *Reserved* | | W value 3..0 | | | |

*Figure 4-18.  Serial absolute motion packet*

The "Middle" bit reports the state of the physical middle mouse button; since all current Synaptics pads support just two buttons, this bit is always zero.

The "Down" and "Up" bits report the states of the extra two buttons on "MultiSwitch" pads with the *capFourButtons* capability bit set.  On pads for which *capFourButtons* is clear, these bits are reserved.

Bits marked *reserved* may be reported as 0 or 1 by the TouchPad, and should be ignored by the host.

The host should always set the pad to 9600 baud mode (the *Baud* bit of the mode byte should be 1) when operating the pad in Absolute mode.  (At 1200 baud, the pad would transmit only 20 packets per second and the reported data might not be very accurate.)

## 5.  ADB Protocol

The Apple Desktop Bus protocol is used by Apple Macintosh pointing devices and other peripherals.  The ADB bus allows for bidirectional communication between a host computer and up to 16 peripheral devices on a single shared bus wire.

The Synaptics ADB TouchPad identifies itself as a mouse device on the bus, and in its default mode is fully compatible with Apple mice.  The ADB TouchPad offers the same set of gestures and advanced features as other Synaptics TouchPads.

### 5.1.  Electrical interface

The ADB bus includes one signal wire in addition to +5V power and ground.  The signal wire is a bidirectional "open-collector" signal, normally held at a high (+5V) level by a 470 Ω pull-up resistor on the host.  Either the host, the TouchPad device, or any other device on the bus can pull the wire low at any time.  However, in ADB, all transactions are initiated by the host.

An external ADB port uses a mini-DIN-4 connector with the following pinout (male connector view):



| 1 | ADB Signal |
|---|-----------|
| 2 | Power-on |
| 3 | Power +5V |
| 4 | Ground 0V |

*Figure 5-1.  ADB cable pinout*

The "power-on" pin is not used by pointing devices, and should be left unconnected.

The Synaptics ADB firmware can run on the same standard Synaptics TouchPad module used for PS/2 devices.  On the standard TM41A*xx*134 module, the 8-pin FFC connector has the following pinout:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Power +5V | N/C | ADB Signal | N/C | Button Switch | Ground 0V | N/C | N/C |

*Figure 5-2.  ADB standard module connector pinout*

Similarly, on other module types, the PS/2 CLK pin becomes the ADB Signal pin, the Left Switch pin becomes the sole button switch pin, and the PS/2 DATA and Right Switch pins are not connected by the host.

The button switch input includes a pull-up to +5V on the module, and should be grounded when the button switch is closed (pressed).

Synaptics TouchPad Interfacing Guide                                    Second Edition

The following diagram shows the interconnections between the host and the Synaptics
ADB TouchPad:



*Figure 5-3.  ADB system diagram*

## 5.2.  Byte transmission

The ADB protocol is amply described in various Apple publications, such as the *Guide to
the Macintosh Family Hardware,* second edition (Addison Wesley, 1990).

However, please note the following errors and ambiguities in the *Guide to the Macintosh
Family Hardware* ("*GMFH*"):

• The stop bit is a "0" bit for both commands and data; in figure 8-13 of the *GMFH,*
  the data stop bit is erroneously shown as a "1".  The low time is 70μs for both stop
  bits.  While the *GMFH* refers to the stop bit as a normal bit with a low portion and
  an (invisible) high portion, it is most useful to think of the stop bit as consisting
  solely of the 70μs low portion.

• In a Service Request, the low portion of the command byte's stop bit extends to be
  300μs ± 30% long.  Service Requests occur only on the command stop bit, not on
  the data stop bit.  A device never asserts a Service Request on a command
  addressed to that device.

• The stop-to-start time following the command is measured from the rising edge in
  the stop bit, not from the (invisible) end of the stop bit's high portion as shown in
  figure 8-13 of the *GMFH*.  In the case of a Service Request, the stop-to-start time is
  measured from the observed rising edge at the end of the Service Request.

• To aid collision detection, the stop-to-start time on a "Talk 3" command is
  randomized with a random number generator.  This is not necessary for other
  "Talk" commands.  Also, the device reports a random number in the "address" field
  of the "Talk 3" response, rather than its true address.

• In a "Listen" command, the effect of sending fewer argument bytes than the device
  expects is undefined.  Extraneous "Listen" argument bytes are ignored.  The effect
  of sending a "reserved" command byte is undefined.

The Synaptics ADB TouchPad follows all of these conventions.

## 5.3.  Power-on reset

The Synaptics TouchPad is able to respond to ADB bus traffic within 200ms of power-up.  The device's ADB port is fully functional after this point for as long as power is applied.

At power-up, the TouchPad mode byte is set to $00.  The initial ADB address is 3, and the initial handler ID is $01.  Power-up settings are restored whenever a Global Reset signal or SendReset command occurs on the ADB bus.

## 5.4.  Command set

The Synaptics TouchPad emulates a standard ADB mouse.  It supports the Cursor Device Manager interface as well as the older 100- and 200-dpi interfaces.  It also supports extensions that allow the host to access the Synaptics TouchPad's special features.

All ADB devices have four logical registers up to eight bytes in length.  The Synaptics TouchPad supports the usual ADB commands for accessing these registers:

- The "Talk" command reports the current contents of any of the four ADB registers.

- The "Listen" command stores a new value into one of the four registers.

- The "Flush" command clears any pending motion packet, but has no other effect on the state of the device.

- The "SendReset" command and the "Global Reset" signal reset the device to its power-up state.

The Synaptics TouchPad treats invalid command codes the same as "Flush" commands.

In the Synaptics TouchPad, the four ADB registers are assigned as follows:

| ADB Register | Length | Contents |
|---|---|---|
| 0 | 0–5 | Current finger motion packet |
| 1 | 8 | CDM identification |
| 2 | 8 | Synaptics TouchPad mode bytes |
| 3 | 2 | ADB identification |

*Figure 5-4.  ADB Registers*

These registers are described in the sections below.

## 5.4.1.  ADB Register 0

This register contains the current finger motion or position data.  It has the special property that it is empty ("Talk 0" does not respond) if there is no motion to report.  The host must poll Register 0 periodically to collect the motion data.  The device asserts a "Service Request" whenever Register 0 becomes full but the host is talking to a different ADB device.  The device continues to assert Service Requests until the host sends a

"Talk 0" to read the new motion data.  After a "Talk 0", Register 0 becomes empty until further motion occurs.

The Synaptics TouchPad supports three operating modes, each with its own format for Register 0:

- **Non-CDM Relative mode.**  This is the default mode at power-up; it emulates an original 100- or 200-dpi ADB mouse.

- **CDM Relative mode.**  This mode was introduced by Apple to allow for uniform handling of a wider range of pointing devices.

- **Absolute mode.**  In this mode, the Synaptics TouchPad reports the finger's absolute position and pressure on the pad.

See sections 5.5.1–5.5.3 below for further details about Register 0.

### 5.4.2.  ADB Register 1

Register 1 contains eight bytes of read-only identification data as described in the CDM specification.  (CDM is described in the Apple technical report, *ADB—The Untold Story: Space Aliens Ate My Mouse,* January 1994.)

In the Synaptics TouchPad, Register 1 contains the following data:



*Figure 5-5.  ADB Register 1:  CDM identification*

While Register 1 is present in all modes, it is mainly applicable to CDM Relative mode. For example, the resolution is really 400 dpi only in CDM Relative mode.

The number of buttons is reported as 2 to reflect the fact that the physical switch and gestures are reported as two distinct logical buttons.  Unless told otherwise, the CDM driver software will merge these two buttons into a single button signal as seen by application programs.

The recommended way to identify a Synaptics ADB TouchPad is to search for a device with the following properties:

1.  The device's original ADB address was 3 (though collision detection may since have moved the device to a different address);

2. The handler ID reported by a "Talk 3" command is $01, $02, or $04; and

3. The device responds to a "Talk 1" command with eight bytes, where the first four bytes are "SynT" as shown in Figure 5-5.

Host software should check each of these items before assuming Register 2 has the format shown below.

### 5.4.3. ADB Register 2

This register holds data specific to the Synaptics TouchPad. It contains the TouchPad version number, the mode byte, and the capability bits.



*Figure 5-6. ADB Register 2: Talk response*

Bytes 1 and 2 report the TouchPad version information; see section 2.4.1.

Byte 3 always reports the constant $3B.

Byte 4 is the mode byte, as described in section 2.5. Note that the *Rate* bit is not supported since the ADB bus always operates in a polled mode with no fixed report rate.

Bytes 5 and 6 are the extended capability bits, as described in section 2.4.4.

Bytes 7 and 8 are a subset of the model ID bits described in section 2.4.2. *Historical note:* In TouchPads prior to version 4.*x*, bytes 7 and 8 report the model ID only if the *Wmode* bit of byte 4 is 1. If the *Wmode* bit is 0, these bytes return undefined data. Note that the *Wmode* bit may be used to obtain model information even on older pads where "W mode" and the "W" value themselves are not supported; in those cases, the *Wmode* bit will have no effect on the register 0 packet format. On very old pads which do not support model ID information, setting *Wmode* will have no effect on Register 2, and bytes 7 and 8 will report as $00, $00.

To change the current TouchPad modes, execute a "Listen 2" command with the eight-byte argument shown below:

Synaptics TouchPad Interfacing Guide                                      Second Edition



| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Command | Address | | | | $A = "Listen 2" | | | |
| Byte 1 | $FF | | | | | | | |
| Byte 2 | $FF | | | | | | | |
| Byte 3 | $3B | | | | | | | |
| Byte 4 | Absolute | — | — | — | — | DisGest | — | Wmode |
| Byte 5 | $55 | | | | | | | |
| Byte 6 | $55 | | | | | | | |
| Byte 7 | $00 | | | | | | | |
| Byte 8 | $00 | | | | | | | |

*Figure 5-7.  Setting ADB mode byte*

Bits shown as "—" in the diagram should be set to zero for compatibility with future Synaptics TouchPad models.

The TouchPad will accept the Listen 2 command only if the first two arguments bytes are $FF and the last two argument bytes are $00.  Note that a Listen command that simply echoes the version numbers in the first two bytes will be ignored; this helps to minimize the risk of unexpected interaction with software that writes to Register 2 thinking it is configuring a different type of pointing device.

The third, fifth, and sixth Listen argument bytes may either be the constants $3B, $55, $55 as shown in Figure 5-7, or they can echo the values most recently read in the corresponding byte positions by a Talk 2 command.  Hence, the recommended way to modify ADB Register 2 is as follows:

1.  Execute a Talk 2 command to read the 8-byte contents of Register 2 into a buffer.

2.  Modify bytes 1 and 2 to $FF, $FF.

3.  Modify bytes 7 and 8 to $00, $00.

4.  Modify byte 4 to the desired mode byte value.

5.  Execute a Listen 2 command to write the modified buffer back into Register 2.

To read the model ID information, it is necessary to perform this transaction once to set the *Wmode* bit, then to perform a second Talk 2 command to read the model ID data in bytes 7 and 8.

*Historical notes:*

In older TouchPads, bytes 3–6 of Register 2 reported up to four mode bytes and margin adjustment parameters.  See section 7.1.1 for more information.

Synaptics TouchPad Interfacing Guide                                    Second Edition

### 5.4.4. ADB Register 3

The layout and meaning of Register 3 is fixed for all ADB devices.



*Figure 5-8.  ADB Register 3:  ADB identification*

The Enable bit enables Service Requests from the device; it is 1 (enabled) by default. The default device address is 3.  The default handler ID is $01 (100 dpi mouse), and can be changed to $02 (200 dpi mouse) or $04 (CDM device) by the host.  The special handler ID codes $00 and $FD–$FF are also supported; for code $FD, the "activator" is the physical button switch; for code $FF, the self-test command has no effect.

See the ADB specification for further details.

## 5.5.  Data reporting

The TouchPad reports information about finger motion and button state changes in response to a "Talk 0" command on the ADB bus.  The format of the "Talk 0" response depends on the current TouchPad operating mode.

### 5.5.1.  Default packet format

When the "handler ID" of ADB Register 3 is $01 or $02, the TouchPad responds with a two-byte motion packet fully compatible with older Apple mouse products.



*Figure 5-9.  Non-CDM ADB motion packet*

Button:     0 = Button is currently pressed, 1 = released.  This bit combines physical switch and gesture-based button information.

Y delta:     This is the amount of motion $\Delta Y$ that has occurred in the Y (vertical) direction since the last motion data packet.  This field is a 7-bit signed, two's-complement integer.  Downward motion is positive, upward is negative.

X delta:     This is the amount of motion $\Delta X$ that has occurred in the X (horizontal) direction.  Rightward motion is positive, leftward is negative.

If the handler ID is $01, the $\Delta X$ and $\Delta Y$ resolution is approximately 100 units per inch. If the handler ID is $02, the $\Delta X$ and $\Delta Y$ resolution is approximately 200 units per inch.

Synaptics TouchPad Interfacing Guide                            Second Edition

### 5.5.2.  CDM Relative mode packet format

When the "handler ID" of ADB Register 3 is $04, the TouchPad responds with between two and five bytes of motion data compatible with Apple's CDM specification.

| | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Switch | | | Y delta 6..0 | | | | |
| Byte 2 | Gesture | | | X delta 6..0 | | | | |
| Byte 3 | 1 | | Y delta 9..7 | | 1 | | X delta 9..7 | |
| Byte 4 | 1 | | Y delta 12..10 | | 1 | | X delta 12..10 | |
| Byte 5 | 1 | | Y delta 15..13 | | 1 | | X delta 15..13 | |

*Figure 5-10.  CDM ADB motion packet*

Switch:    0 = Physical button switch is currently pressed, 1 = released.

Gesture:   0 = Gesture is in progress, 1 = no gesture.  This bit represents the state of the "virtual" mouse button controlled by tap-and-drag gestures.

Y delta:   This is the amount of motion $\Delta Y$ that has occurred in the Y (vertical) direction since the last motion data packet.  This field is a 7-, 10-, 13-, or 16-bit signed, two's-complement integer.  Downward motion is positive, upward is negative.

X delta:   This is the amount of motion $\Delta X$ that has occurred in the X (horizontal) direction.  Rightward motion is positive, leftward is negative.

The $\Delta X$ and $\Delta Y$ resolution, in units per inch, is available from ADB Register 1.  In current devices, the resolution is 400 units per inch.

CDM devices can choose to report anywhere from two to five bytes in each "Talk 0" response.  The most significant reported bit (bit 6, 9, 12, or 15) becomes the sign bit of a two's-complement integer of the corresponding size.  The device may omit one or more of the final bytes if both deltas are small enough to be represented correctly in the remaining bytes.  The Synaptics TouchPad uses the shortest packet (two bytes) whenever possible.

### 5.5.3.  Absolute packet format

When Absolute mode is enabled, the ADB TouchPad always reports five bytes in Register 0 regardless of the current handler ID.  These bytes encode the absolute X, Y location of the finger on the sensor pad, as well as the Z (pressure) value and various other measurements and status bits.  Section 2.3 discusses the contents of the Absolute mode packet in great detail.

Synaptics TouchPad Interfacing Guide                                    Second Edition



|  | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | Bit 1 | Bit 0 |
|---|---|---|---|---|---|---|---|---|
| *Byte 1* | Switch | Y position 8..2 | | | | | | |
| *Byte 2* | Gesture | X position 8..2 | | | | | | |
| *Byte 3* | 1 | Y position 11..9 | | | 1 | X position 11..9 | | |
| *Byte 4* | 1 | Y position 14..12 | | | 1 | X position 14..12 | | |
| *Byte 5* | 1 | Z pressure 7..5 | | | 1 | Z pressure 4..2 | | |

*Figure 5-11.  ADB Absolute motion packet*

Note that the low two bits of each of X, Y, and Z are missing from the ADB Absolute packet format, as is the Finger bit.

The Switch and Gesture bits are actually controlled by the handler ID even in Absolute mode:  If the handler ID is $04 (CDM mode), then Switch and Gesture are reported as distinct bits as shown.  If the handler ID is $01 or $02, the bit shown as Switch reports a combination of switch and gesture information, and the bit shown as Gesture always reports as 1.

The X and Y resolution in Absolute mode is the same as described in section 2.4.3, even though Register 1 will continue to report a resolution of 400 DPI.  (The information reported in Register 1 applies only to CDM Relative mode, not to Absolute mode.)

The ADB TouchPad will report Absolute mode packets continuously when the finger is down (i.e., when Z exceeds a suitable internal threshold value).  When the finger is up, the TouchPad reports a single packet with X = Y = Z = 0, then reports no further packets except for button state changes.

*Note:*  "W" mode is not yet implemented on the ADB version of the Synaptics TouchPad. Contact Synaptics for more information about this mode.

# 6.  Driver API

Sections 3 and 4 of this *Guide* have described the PS/2 and Serial protocols that most IBM PC-compatible computers use for low-level communication with the TouchPad. On computers running the Microsoft Windows® operating system, this low-level communication is normally managed by "mouse" driver software.  Application software talks to the TouchPad hardware only indirectly via the driver.

As shown in Figure 2-19 of section 2.6.6, the Synaptics Windows 95 and NT TouchPad drivers operate the TouchPad in Absolute X/Y/Z/W mode.  But because the Synaptics drivers are still "mouse" drivers from Windows' point of view, the Synaptics drivers normally process X, Y, Z, and W into ΔX, ΔY, and virtual buttons, effectively acting as if the TouchPad were in Relative mode.

Working only with the facilities provided by Windows, applications see the TouchPad as a regular relative-mode mouse.  The Synaptics drivers provide a special API (Application Programming Interface) that applications can use to get the original X, Y, Z, and other TouchPad-specific information.  Applications can use the TouchPad API to take full advantage of the special abilities of the TouchPad.  For example:

- A drawing application could use the TouchPad as a miniature, pressure-sensitive graphics tablet.

- A game could use the TouchPad as a customized game controller by decoding special zones or gestures.

- Several of the features and accessories that come with the Synaptics drivers are really just API applications.  These include virtual scroll bars, "stop pointer at window borders," the animated tray icon, Pressure Graph, MoodPad, and Sketch.

This section of the *Synaptics TouchPad Interfacing Guide* will present an introduction to the TouchPad API.  For complete documentation, download the API developer's kit from the Synaptics Web site, http://www.synaptics.com.

## 6.1.  API basics

The TouchPad API is a set of C++ classes that can be used in any C++ program.  (The API will soon support access from other languages; contact Synaptics for availability.)

The *CTouchPad* object represents a connection to a particular TouchPad device.  A computer may have more than one Synaptics TouchPad attached (say, an internal PS/2 TouchPad plus an external Serial TouchPad).  By creating several *CTouchPad* objects, an application can receive separate and independent position data from each pad.  In fact, an application can create a *CTouchPad* object for any mouse-compatible pointing device under control of the Synaptics driver, though if the device is not a Synaptics TouchPad, the *CTouchPad* object will only deliver relative motion and button information.

The *CTouchPadPacket* object represents the state of the TouchPad at a particular instant in time.  The *CTouchPadPacket* constructor takes a pointer to a *CTouchPad* object as an argument; it fills in the *CTouchPadPacket* object with data reflecting the current state of

Synaptics TouchPad Interfacing Guide                                Second Edition

the indicated TouchPad.  By repeatedly constructing *CTouchPadPacket* objects, an application can sample X, Y, Z, and other TouchPad data as the finger moves around on the pad.

More typically, an application would establish a *feed* from the TouchPad API that causes the API to notify the application whenever anything "interesting" happens.  For example, the application is notified whenever a new packet of finger data arrives from the pad, and whenever a TouchPad is plugged in, unplugged, or reconfigured using the Control Panel.

The driver API supports several kinds of feeds:

1.  In a normal feed, the driver sends a Windows message (with the message number of your choice) every time a packet arrives from the pad.  The application's main event loop can handle these messages just like any other Windows message.  Typically, it would respond by constructing a *CTouchPadPacket* object and acting on the packet data in some appropriate way.  If the application falls behind processing the messages, Windows will queue the messages up and play them out when the application is ready.  Each message includes a packet sequence number, which the *CTouchPadPacket* constructor uses to find which recent packet to retrieve.

2.  In an *interlocked* feed, the driver sends Windows messages to your application one at a time.  Your application must acknowledge the receipt of one message before the driver will send the next.  This scheme ensures that the Windows message queue will not overflow with TouchPad messages.  The application can use the packet sequence numbers to read all the packets that have come in since the last TouchPad message.  Or, the application can read the single latest packet in response to each message; this will ensure that the application can not drop behind in packet processing, but at the expense of possibly dropping packets when the system is busy.

3.  It is also possible to dispense with Windows messages altogether and have the API call a function in your program directly each time a packet arrives.  The API will create a special Win32 thread in your application for handling the TouchPad; your function will be called in the context of that thread, and it will be called immediately even if your application's main thread is busy.

4.  A *notification* feed sends you a Windows message whenever the configuration of the TouchPad changes in a significant way, for example, when the user changes a TouchPad-related setting on the Control Panel.

A feed can either "spy" on packets on their way to their regular processing by Windows, or it can take over the TouchPad and prevent Windows from moving the cursor in response to finger actions.  For example, the "virtual scroll bar" feature of the Synaptics driver spies on the finger at all times; if it sees the finger come down in the scroll zone of the pad, it takes over the TouchPad for the duration of the scrolling gesture.

The API also supports *reverse feeds,* where the application tells the driver to simulate a mouse packet as if it had arrived from the TouchPad.  For example, the virtual scroll bars

feature sometimes uses reverse feeds to move the cursor onto the scroll bar, press the simulated button, and drag the scroll box up and down.

## 6.2.  Information available from the API

Here are some of the many functions that the *CTouchPad* object offers to describe the type, capabilities, or current configuration of the TouchPad.

| | |
|---|---|
| IsTouchPad | Is this device a Synaptics TouchPad? |
| GetFWRev | The TouchPad/firmware version numbers (section 2.4.1). |
| GetDriverVersion | The driver version number. |
| GetPort | The protocol and attachment port (e.g., COM1). |
| GetSensorType | The *infoSensor* code (section 2.4.2). |
| GetGeometry | The *infoGeometry* code (section 2.4.2). |
| GetCapabilities | The extended capability bits (section 2.4.4). |
| GetXLoSensor | The absolute coordinate limits (section 2.3.2). |
| GetXLoRim | The bezel coordinate limits (section 2.3.2). |
| GetXLoBorder | The user's current edge margins (section 2.3.2). |
| GetXLoWideBorder | Like edge margins, but with an extra-wide edge zone. |
| GetXDPI | The resolution, in absolute units per inch. |
| IsMultiFingerCapable | Is this TouchPad able to sense multiple fingers? |
| IsPenCapable | Is this TouchPad able to sense pens as well as fingers? |
| IsTapEnabled | Are taps enabled in control panel? |
| IsDragEnabled | Are drag gestures enabled in control panel?  (etc…) |

Similarly, the *CTouchPadPacket* object has a number of functions that describe the state of the TouchPad.

| | |
|---|---|
| IsValid | Does this object contain valid data from a packet? |
| GetSeq | The packet's sequence number. |
| GetTime | The time at which the packet arrived. |
| GetX, GetY | The current finger position. |
| GetZ | The current pressure. |
| GetW | The current finger width. |
| GetCurrentFingers | The number of fingers on the pad. |
| GetDX, GetDY | The amount of finger motion. |
| GetDXB, GetDYB | Finger motion with ballistics (acceleration) applied. |
| GetXRaw, … | Data from TouchPad with no driver filtering. |
| IsLeftSw | Is the physical left button switch pressed? |
| IsPrimSw | Is the "primary" button switch pressed? |
| IsProx | Is the finger on or near the TouchPad surface? |
| IsTouch | Is the finger touching the TouchPad surface? |
| IsFinger | Is the finger "present" according to the driver's algorithms? |
| IsStylus | Is this a pen stroke instead of a finger stroke? |
| IsTap | Is a tap gesture in progress? |
| IsDrag | Is a drag gesture in progress? |
| IsMoving | Is the finger moving at a significant speed? |

Synaptics TouchPad Interfacing Guide                                    Second Edition

See the API documentation for a complete listing with full descriptions of the various functions.

## 6.3. Sample program

Here is a sample piece of C++ code that uses the TouchPad API.  This is not a complete program, just the part of a larger program that uses the API to access the TouchPad.  The program first enables a feed on the TouchPad, and then calls the MyProcessPacket() function with the X, Y, and Z coordinates from each packet.

```
#include "TouchPad.h"

CTouchPad* pTouchPad;

void MyInitTouchPad()
{
  pTouchPad = new CTouchPad;     // Create the CTouchPad object.
  if (!pTouchPad->IsTouchPad()) {
    MessageBox("No Synaptics TouchPad detected. Exiting.\n");
    PostQuitMessage(0);
    delete pTouchPad;
    return;
  }
  pTouchPad->SetupFeed(hMyWnd, iMyMessage);     // Set up messaging.
  pTouchPad->StartFeed();     // Start the flow of TouchPad packets.
}

// If using MFC and the MS Development environment, set up a Windows
// message handler:
BEGIN_MESSAGE_MAP(MyClass, CWnd)
  ON_MESSAGE(iMyMessage, OnSynTpFeed)
END_MESSAGE_MAP()

// Otherwise, in a non-MFC windows program, your window procedure will
// be called as follows:
//   LRESULT CALLBACK MyWndProc(hMyWnd, iMyMessage, wParam, lParam)
// and will then probably call OnSynTpFeed(wParam, lParam) or some such handler.

LRESULT OnSynTpFeed(UINT wParam, LONG lParam)
{
  ASSERT(lParam);

  // Create a CTouchPadPacket object with data for this packet.
  // wParam holds a packet sequence number used for validation and lParam contains
  // a pointer to the CTouchPad object that sent the message.
  CTouchPadPacket pkt((CTouchPad*) lParam, wParam);

  if (pkt.IsValid()) {
    // It is important to check the IsFinger bit, because x and y are not valid
    // unless a finger is on the pad (and thus IsFinger is TRUE).
    MyProcessPacket(pkt.GetX(), pkt.GetY(), pkt.GetZ(), pkt.IsFinger());
  }
}
```

# 7. Appendices

## 7.1. Historical TouchPad features

This appendix describes some features of older Synaptics TouchPads which have been discontinued in modern (version 4.*x*) pads. The present appendix may be interesting if you are writing software that is sure to be used *only* with older TouchPads.

### 7.1.1. Old-style mode bytes

TouchPads prior to version 3.2 supported a total of four mode bytes. Starting with version 3.2, the last two mode bytes were discontinued, leaving just two host-settable mode bytes. Certain later 3.*x* pads, and all 4.*x* pads, further reduced the configurability to a single mode byte. When the *infoSimpleCmd* bit (section 2.4.2) is 1, the TouchPad pad supports just one mode byte as described in section 2.5. When *infoSimpleCmd* is 0, the TouchPad supports additional mode bytes as described below.

In the PS/2 protocol, query $01 read the first two mode bytes and query $02 read the second two mode bytes. In modern pads, query $02 reads the extended capability bits. To set a mode byte, the host would transmit four Set Resolution commands followed by a Set Sample Rate with an argument of 10, 20, 40, or 60 (decimal) to set mode byte 1, 2, 3, or 4, respectively. In modern pads, mode byte 2 is the only mode byte; attempts to set the other mode bytes are ignored.

In the Serial and ADB protocols, the host could read or set all four mode bytes in a single command. The commands documented in sections 4.4 and 5.4.3 to read and set the modern mode byte generalize to access the four mode bytes in the obvious way.

The original four TouchPad mode bytes were arranged as follows:



|        | Bit 7    | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2    | Bit 1  | Bit 0 |
|--------|----------|-------|-------|-------|-------|----------|--------|-------|
| Byte 1 | Corner   | Z-threshold | | | Tap Mode | | Edge Motion | |
| Byte 2 | Absolute | Rate  | —     | —     | Baud  | 3-Button | Middle | Hop   |
| Byte 3 | Right edge margin | | | | Left edge margin | | | |
| Byte 4 | Top edge margin | | | | Bottom edge margin | | | |

*Figure 7-12. PS/2 TouchPad mode bytes (obsolete)*

The four mode bytes defaulted to $3B, $00, $55, and $55, respectively, at power-up.

The *Corner* bit enabled the corner-tap feature; a tap or drag gesture initiated in the upper-right corner of the pad simulated a right-button click instead of a left-button click. In modern TouchPads, tap and drag gestures always simulate a left click in Relative mode.

The *Z-threshold* bits allowed the host to adjust the Z threshold used for detecting the presence of the finger. Values from 1 to 7 varied from "light" to "heavy" touch; 0 selected an especially light touch. In modern TouchPads, the Z threshold is fixed at approximately 30 units.

Synaptics TouchPad Interfacing Guide                                    Second Edition

The *Tap Mode* bits were 00 to disable all tap gestures, 01 to enable taps but not drags, 10 to enable taps and drags, and 11 for taps and "locking" drags. With locking drags, a drag gesture would continue to hold the virtual button down until the user executed a second tap to end the locking drag. Modern TouchPads have a single *DisGest* bit in a different location; *DisGest* = 0 corresponds to *Tap Mode* = 10, and *DisGest* = 1 corresponds to *Tap Mode* = 00.

The *Edge Motion* bits were 00 to disable Edge Motion, 01 for Edge Motion at all times, or 11 for Edge Motion only during drag gestures. In modern TouchPads this selection is effectively stuck at 11.

The *3-Button* bit enabled a mode in which tap gestures were reported as left clicks, and the left and right physical switches reported as middle and right mouse buttons, respectively.

The *Middle* bit caused corner-tap or hop gestures to simulate middle button clicks instead of right button clicks.

The *Hop* bit enabled a gesture which caused taps to simulate right button clicks when the user tapped far to the left or right of the previous finger location. This feature was never very successful, and it was discontinued in version 3.2 of the TouchPad.

The *edge margin* bit fields allowed the host to control the positions of the edge margins, or equivalently, the sizes of the edge zones which triggered the Edge Motion feature. For each edge, a value 0 produced a narrow margin, and a value of 15 produced a wide margin. Starting with version 3.2 of the TouchPad, adjustable margins were discontinued.

### 7.1.2. Fast PS/2 mode byte access

TouchPads with the *infoSimpleCmd* bit set to 0 supported a set of non-standard PS/2 command codes that provided easier access to the four mode bytes. These commands used byte codes $E0 through $E3. To avoid confusion with other PS/2 devices, commands $E0 through $E3 were recognized only if the special Identify TouchPad sequence (four Set Resolution 0 commands and a Status command) had been sent to the device since power-up.

Each special command would "access" one mode byte. If the most recent Set Scaling command was Set Scaling 1:1 ($E6), the command would read a mode byte. The response was an ACK ($FA), followed by a data byte. If the most recent Set Scaling command was Set Scaling 2:1 ($E7), the command was followed by one argument byte; it would set a mode byte according to the argument.

Commands $E0, $E1, $E2, and $E3 accessed mode bytes 1, 2, 3, and 4, respectively. Commands $E2 and $E3 were discontinued starting with version 3.2.

While the $E0–$E3 commands were faster and simpler than the command sequences described in section 3.5.2, they were of limited utility since the standard PC BIOS does not allow non-standard command codes to be sent to a PS/2 device. Thus, the $E0–$E3 commands were discontinued altogether in later devices (including all 4.*x* devices).

---

Synaptics TouchPad Interfacing Guide                                    Second Edition

## 7.2. Glossary and Index

This section summarizes the definitions of many of the terms and notations used in the *Synaptics TouchPad Interfacing Guide*. The "§" symbol denotes a reference to the section of the *Guide* where a word or concept is discussed.

| | |
|---|---|
| **$** | In this *Guide,* the dollar sign signifies hexadecimal (base-16) notation: $7FF = 0x7FF = 7FFh = 2047 decimal. |
| — | In bit-field diagrams, see *reserved.* |
| **Absolute Mode** | A mode in which the TouchPad reports the *absolute position* of the finger in each *packet*. (§2.3) |
| **Absolute Position** | The position of the finger on the pad surface measured absolutely with respect to a coordinate system with the point (0,0) in the lower-left corner. See also *relative motion.* (§2.3.2, Figure 2-4.) |
| **Absolute Reportable Limits** | The most extreme coordinate values that the TouchPad can report under any circumstances. The physical nature of the sensor ensures that all actual coordinate values will fall in a much narrower range. (§2.3.2) |
| **Acceleration** | Pointing devices typically offer a feature called "acceleration" or "ballistics" which increases the speed factor at higher speeds in order to help the user move the cursor a long distance with a small motion. (§2.6.3) |
| **ACK** | A response byte with value $FA used to acknowledge each host command or argument byte in the PS/2 protocol. (§3.2.3) |
| **ACPI** | The Advanced Configuration and Power Management Interface, a standard promoted by Intel, Microsoft, and Toshiba. |
| **ADB** | Apple Desktop Bus™. The interface used by all but the earliest Apple Macintosh® computers to connect to low-speed peripherals like mice and keyboards. (§5) |
| **Announcement** | An unsolicited transmission from a device which tells the host that the device is present and powered on. In *PS/2* pointing devices, the announcement is $AA, $00 (§3.3). In *Serial* devices, the announcement is $4D ("M") possibly followed by a *plug-and-play* ID string (§4.3). |
| **API** | Application Programming Interface. Typically, this refers to a set of functions and data types offered by a piece of system software to allow access by application software. (§6) |
| **Application Software** | Software that interacts directly with the user, generally that was |

Synaptics TouchPad Interfacing Guide                                      Second Edition

deliberately run by the user to accomplish some task.  Application software generally interacts with the TouchPad via the TouchPad *API*.  (§6)

**ASIC**            Application specific integrated circuit.  A chip specially designed for a particular task.  TouchPads include the T1002 or T1004 capacitive sensing ASIC designed by Synaptics.

**Bezel**           A physical covering that surrounds the TouchPad sensor.  The bezel keeps the finger from straying outside the active sensor area, and also keeps the TouchPad electronics safe from dirt and *ESD*.  Synaptics publishes a recommended bezel shape and position for each TouchPad model.  If the bezel opening is too large, it may expose area beyond the active sensor which will result in an undesirable "dead spot."  If the bezel opening is too small, it may obstruct the *edge zones,* which will prevent the Edge Motion™ feature from operating correctly.

**Bezel Limits**    Coordinate values that would be reported by a finger held against the edge or corner of the bezel.  Actual reachable limits depend on the bezel opening and the size of the finger, so the bezel limits shown in Figure 2-3 are "padded" to ensure that most fingers will be able to reach the bezel limits.  The TouchPad does not clip its coordinates to the bezel limits, so the coordinates may sometimes vary outside this range especially when the pad is used with small fingers.  (§2.3.2)

**Button**          See *virtual button* and *physical button*.

**Calibration**     A process taking about one-half of a second in which the TouchPad prepares its capacitive sensors for operation.  (§2.6.5)

**Capability**      A feature which is supported if an associated "capability bit" is reported as 1 by the TouchPad.  In this *Guide,* capability bits have names beginning with "*cap...*".  (§2.4.4)

**Capacitance**     The electrical phenomenon which most TouchPads use to sense the presence of fingers.  (§2.6.1)

**Click**           Clicking a *button* involves pressing (activating) the button for a short time, then releasing the button, generally not involving cursor motion while the button is pressed.

**CLK**             Also "clock."  The PS/2 signal wire that carries timing information from the *device* to the *host,* as well as inhibit commands from the host to the device.  (§3.1)

**Combo**           Short for "combination," in pointing devices this refers to a device that can use either the *PS/2* or the *Serial* protocol depending on which type of port it is connected to.  (§4.1)

Synaptics TouchPad Interfacing Guide                                    Second Edition

| | |
|---|---|
| **Command** | One or more bytes sent by the *host* to the *device* as a request for the device to perform some action or answer some *query*. |
| **Connector** | A plug for connecting a cable to a machine or to another cable. *Male* connectors have pins which fit the corresponding holes in the *female* connector. In *PS/2,* the host has a male connector and the pointing device is female. In *RS-232,* the host is female and the pointing device is male. (§3.1, §4.1, §5.1) |
| **Coordinates** | A pair of numbers identifying an *absolute position* on the surface of the TouchPad. See *X coordinate* and *Y coordinate*. (§2.3.2) |
| **CTS** | The "Clear To Send" pin in the RS-232 protocol. The Synaptics "Combo" TouchPad actually uses CTS for an entirely different purpose, as a PS/2 power supply pin. (§4.1) |
| **Cursor** | A symbol displayed on a computer screen which can be moved around the screen using a *pointing device*. The cursor is often shaped like an arrow. The user can operate a control or select a piece of text by moving the cursor onto the control or text and clicking the "mouse" button. (§2.6.3) |
| **DATA** | The PS/2 signal wire that carries data bits between the *device* and the *host*. (§3.1) |
| **DB-9** | The nine-pin connector used for *RS-232* ports. Some ports actually use a DB-25 connector, whose twenty-five pins contain all the signals on a DB-9 port plus many others which are not relevant to TouchPads. (§4.1, Figure 4-1) |
| **Deltas** | A pair of numbers measuring an amount of *relative motion*. Deltas are named for the Greek letter $\Delta$ which is used in mathematical notation to signify an amount of change in a variable. The "$\Delta X$" value measures change in the *X coordinate*, i.e., horizontal motion. The "$\Delta Y$" value measures vertical motion. (§2.6.3) |
| **Device** | In the discussion of TouchPad *protocols,* "device" refers to the TouchPad or other pointing device, as distinct from the *host*. |
| **DIN-6** | The small, round six-pin connector used for *PS/2* mouse ports and some keyboard ports. Actually, this connector is correctly known as a "mini-DIN-6." The larger DIN-5 connector is sometimes used for keyboard ports, especially on older machines. (§3.1, Figure 3-1) |
| **Down Orientation** | The "down" orientation for TouchPads is defined as the orientation in which the cable exits from behind the bottom edge of the module, i.e., the edge closest to the user's body. (Figure 2-10(*b*)) |
| **DPI** | Dots Per Inch. A measure of *resolution;* when applied to pointing devices, a "dot" is generally taken to mean one unit of position or |

Synaptics TouchPad Interfacing Guide                                    Second Edition

|  |  |
|---|---|
| | one unit of motion. An absolute resolution of 2000 DPI means that a change in finger position by one inch will cause a change in the X or Y coordinate by 2000 units. A relative resolution of 200 DPI means that a change in finger position by one inch will produce a sequence of packets whose $\Delta X$ or $\Delta Y$ values add up to 200 units. (§2.4.3) |
| **Drag** | The act of pressing a *mouse button* and holding the button down while moving the pointing device. |
| **Drag Gesture** | A *gesture* involving a *tap* on the pad followed immediately by the return of the finger to the pad surface. Viewed another way, the gesture feels like a double-tap in which the second tap is extended into a full motion *stroke;* this leads to the nickname *tap-and-a-half* for the drag gesture. This gesture activates the *virtual button* for as long as the finger remains on the pad. The virtual button is released when the finger lifts from the pad at the end of the motion stroke. (§2.6.4, Figure 2-17) |
| **Driver** | A piece of system software responsible for operating a hardware device on behalf of higher-level software. The TouchPad is generally operated either by a standard *mouse* driver supplied by the operating system, or by the Synaptics TouchPad Driver. (§2.6.6) |
| **DSR** | The "Data Set Ready" pin in the RS-232 protocol. Serial pointing devices actually use DSR for an entirely different purpose, as a *plug-and-play* identification pin. (§4.1) |
| **DTR** | The "Data Terminal Ready" pin in the RS-232 protocol. Serial pointing devices actually use DTR for an entirely different purpose, as a power supply pin. (§4.1) |
| **Edge Margins** | The coordinate limits that identify the dividing lines beween the *edge zone* and the interior of the pad. (§2.3.2) |
| **Edge Motion™** | A feature which assists with long-distance cursor motions, especially during *drag gestures.* If the finger moves into the *edge zone* of the pad, the pad begins to generate continuous *relative motion* in the direction corresponding to the edge. (§2.6.4) |
| **Edge Zone** | The area comprising the parts of the TouchPad surface very near to the edge of the *bezel*. (Equivalently, the "interior" is a rectangular area covering the central part of the pad, and the edge zone is the part of the pad surface not in the interior.) Moving the finger into the edge zone triggers *Edge Motion™*. (§2.3.2, §2.6.4) |
| **Electrical Noise** | See *noise.* |
| **ESD** | Electrostatic discharge. When the user builds up a charge of static electricity and then touches a conductive object, a small spark can |

Synaptics TouchPad Interfacing Guide                                    Second Edition

result.  This spark can play havoc with sensitive electronic devices such as TouchPads.  To minimize the risk of ESD disruption, designers should carefully follow Synaptics' recommendations on grounding and *bezel* design.

**Feed**
An active connection to the TouchPad API which delivers information to the application about finger and button actions on the TouchPad.  (§6.1)

**Female Connector**
See *connector.*

**Filtering**
A general term for data processing steps that try to reduce the effects of *noise* and produce smoother motion.  The TouchPad includes various filtering algorithms built-in; when using the Absolute mode X and Y *coordinates* for precise work, software designers may wish to apply more filtering.  (§2.3.2)

**Finger**
In most Synaptics TouchPads, the "finger" must be a grounded, conductive object roughly the size of a human fingertip.  Certain TouchPad models can also sense *pens;* except where pens are explicitly treated differently, the word "finger" in this *Guide* refers to whichever object is activating the TouchPad sensor, whether a pen or a true finger.  (§2.6.1, §2.3.4)

**Firmware**
The software that operates the microcontroller built-in to the TouchPad module.  See also *version number.*  (§2.6)

**Framing Error**
The PS/2 and RS-232 protocols both send bytes in several-bit "frames" consisting of a start bit, data bits, and *stop bit*.  If the receiver detects the wrong value for the stop bit, it can deduce that transmission errors have caused the transmitter and receiver to lose agreement on which bit interval is the beginning of a new frame.  (§3.2.2, §4.2)

**Gesture**
A finger action which the host interprets as a special command instead of as a simple cursor motion.  See *tap, drag,* and *scrolling gesture.*

**Host**
The computer or other system in which the TouchPad is a part.  To a pointing device, the "host" is both an immediately connected piece of hardware (such as the *KBC* in the case of the *PS/2* protocol), and the larger computer system comprising drivers, the operating system, and application software.  (§2.6.6)

**Host Software**
Any software running on the host that interacts with the TouchPad; for example, *drivers, applications,* and the operating system.  (§2.6.6)

**Hot-Plugging**
The act of attaching a device to a computer which is already powered up and running.  Hot-plugging a PS/2 device does not work without special attention from the driver, since the device

Synaptics TouchPad Interfacing Guide                                    Second Edition

|  | needs an Enable command to be transmitting packets. Hot-plugging a Serial device generally works. However, please note that hot-plugging is *not* recommended for PS/2, Serial, or ADB devices—because of the design of the connectors, hot-plugging can cause signal wires to make contact before power supply wires, which can result in damage to the TouchPad's electronics. (§4.3) |
|---|---|
| **Inhibit** | In the PS/2 protocol, the *host* can inhibit the *device* to prevent the device from sending new data until the host is ready. The host can also inhibit during a transmission to cancel the transmission in progress. (§3.2) |
| **KBC** | Keyboard Controller. The part of the *host*, usually a subsidiary microprocessor, which manages the host side of the *PS/2* interface. (§2.6.6, §3.7.1) |
| **Lifting** | Lifting the finger means taking the finger far enough away from the surface of the pad so that the pad no longer registers the finger's presence (i.e., until the *Z value* falls below the *touch threshold*). (§2.6.1) |
| **Line Control Bit** | The final bit of a PS/2 transmission from *host* to *device*. (§3.2.2) |
| **Male Connector** | See *connector*. |
| **Margin** | See *edge margins*. |
| **Mickey** | One unit of mouse motion as reported by the pointing device to the host. (§2.6.3) |
| **Mode Byte** | An 8-bit value held by the TouchPad which contains various bits that control the behavior of the TouchPad. Each *protocol* provides a way for the host to read and change the mode byte. (§2.5) |
| **Model ID** | A 24-bit response to a certain *query* which describes the size and shape of the TouchPad. (§2.4.2) |
| **Model Number** | An alphanumeric code, such as "TM41PUA134", which describes a kind of TouchPad *module* as ordered from Synaptics. (§2.7) |
| **Module** | The standard TouchPad product from Synaptics is a "module" consisting of a circuit board with components and connector on the back and a protective mylar label on the front surface. The system integrator typically installs the module in a *bezel* and adds two *button switches* to form a complete working TouchPad. (§2.7) |
| **Mouse** | A pointing device containing motion sensors which can move freely on a work surface. Because a mouse uses motion sensors, it can only deliver *relative motion* data to the host. Most system software assumes the pointing device is a mouse by default; most pointing devices simulate a mouse by default. |

Synaptics TouchPad Interfacing Guide                                    Second Edition

| | |
|---|---|
| **Mouse Button** | See *virtual button* and *physical button*. |
| **MultiSwitch** | A type of Synaptics TouchPad which supports four *physical buttons* instead of just the usual two.  (§2.4.4, §3.6.2) |
| **Noise** | Electrical noise is interference caused by fluctuations in the ground, the power supply, or the electric field surrounding the TouchPad.  Synaptics TouchPads use a variety of methods to minimize the effects of noise, but extreme noise can cause jitter in the X, Y, and Z values.  Reducing the packet rate is one way to combat noise (§2.2); filtering is another (§2.3.2). |
| **Open-Collector** | Also "open-drain."  A type of digital signal where the transmitting circuit is able to drive the wire to 0V or to let the wire "float" to any voltage, but *not* to drive the wire a high voltage.  A pull-up resistor is attached to the wire to cause the wire to float to a high voltage when no other circuits are driving it low.  (§3.1) |
| **Packet** | One transmission from the pointing device to the host describing the user's actions.  The device sends many packets per second in order to form the illusion of continuous cursor motion.  (§2.1, §2.3) |
| **Packet Rate** | The rate at which the TouchPad potentially sends packets to the host.  In PS/2 Remote mode and in ADB, the packet rate is actually the rate at which new packets become available for polling.  Note that in Relative mode, the packet rate is merely the maximum possible number of packets transmitted per second, but in Absolute mode, the packet rate is the guaranteed number of packets per second whenever transmission is in progress.  Not to be confused with *PS/2 sample rate.* (§2.2) |
| **Palm Check™** | A feature of Synaptics drivers which tries to use *palm detection* and other clues to suppress the effects of accidental TouchPad activation. |
| **Palm Detection** | A TouchPad which measures the width of finger contact to distinguish between true finger contact and accidental activation by the palm of the hand.  (§2.3.4, §2.4.4) |
| **Parity** | A method for detecting transmission errors.  The transmitter counts the number of '1' bits sent, then sends a parity bit which is either '1' or '0' in order to cause the total number of '1's to be odd (thus the name "odd parity").  The receiver then counts the number of '1' bits and detects an error if the number is not odd.  Parity guarantees detection of any single-bit error, and some but not all multi-bit errors.  (§3.2) |
| **Pen** | Any object except a *finger* which is used to point on a TouchPad.  Only TouchPad models with the *capPen* capability are able to |

sense pens.  The pen may be an actual (non-inking) writing stylus, or it may be a fingernail or any other rigid, non-conductive object that is convenient for pointing.  (§2.3.4)

**Physical Button**    A button or switch on a pointing device which sends a command signal to the host.  On an IBM-compatible PC, the pointing device typically has two buttons labeled "left" and "right."  On an Apple Macintosh, the pointing device typically has just one button.  The phrase "physical button" refers to an actual button, not a *virtual button* activated by *tap gestures*.  (§2.3.1)

**Plug and Play**    A standard which allows PC-compatible computers to identify the hardware connected to them.  PS/2 pointing devices do not need any special attention to comply with Plug-and-Play; Serial pointing devices need a special connection on the DSR pin, plus a special Plug-and-Play ID string.  (§4.1, §4.3)

**Pointing Device**    A *mouse,* track ball, *touch pad,* or other device which is used to move the *cursor* on the computer screen.

**Portrait**    A portrait-oriented pad is one which is rotated 90° from the standard orientation, so that the vertical axis is longer than the horizontal.  The standard orientation, where the horizontal axis is longer, is sometimes called "landscape." (Figure 2-11(*b*))

**Pressure**    As measured by a TouchPad, "pressure" is actually the total amount of capacitance over the contact area of the finger.  Pressing harder causes the flesh of the finger to flatten out against the pad, thus increasing the contact area.  Hence, in casual use "pressure" and "contact area" can be treated as the same.  (§2.3.3, §2.6.1)

**Protocol**    A defined method for communicating between a *device* and the *host.*  See *PS/2, RS-232,* and *ADB.*

**PS/2**    The protocol used by most internal pointing devices in notebook computers, and by many external pointing devices.  First used for pointing devices in the IBM PS/2 computer, although the IBM PC AT used essentially the same low-level protocol for the keyboard.  (§3)

**PS/2 Sample Rate**    A parameter of the PS/2 mouse protocol; not fully implemented on Synaptics TouchPads.  See *packet rate.*  (§3.4)

**PS/2 Resolution**    A parameter of the PS/2 mouse protocol; not fully implemented on Synaptics TouchPads.  See *resolution.*  (§3.4)

**Query**    A command from the host which is a request for information about the properties or current state of the TouchPad.  (§2.4)

**Relative Mode**    A mode in which the TouchPad reports the *relative motion* of the finger in each *packet.*  (§2.1)

| | |
|---|---|
| **Relative Motion** | The change in position of the finger relative to the finger's previous position. A conventional mouse can report only relative motion, not *absolute position*, because the mouse has no way to sense an absolute point of reference (such as the lower-left corner of the desk or mouse pad). (§2.6.3) |
| **Request To Send** | In the PS/2 protocol, a condition on the bus that tells the *device* to read a command from the host as soon as possible. See also *RTS*. (§3.2) |
| **Reserved** | A bit or bit-field is "reserved" if the present TouchPad models do not use it in any (published) way. The host should not interpret a reserved bit in any way; if the host writes to a reserved bit, it should write the default value shown in this *Guide* (or zero if not shown), or alternatively it can read the reserved bit and then write back the same value. |
| **Reset** | An action or command to restore a *device* to its initial, default state. The TouchPad resets itself when power is first applied. Also, each protocol provides a form of "software reset": In PS/2, the Reset ($FF) command (§3.3); in Serial, the RTS wire (§4.3); in ADB, the Global Reset signal or SendReset command (§5.3). |
| **Resolution** | The number of positioning units corresponding to a given physical distance on the pad. See also *DPI*. Not to be confused with *PS/2 resolution*. (§2.4.3) |
| **Response** | One or more bytes sent by the *device* to the *host* in response to a host *command*. |
| **RS-232** | The protocol used by serial "COM" ports for communicating with modems, printers, and other devices. *Serial* pointing devices use the RS-232 port and protocol in an unconventional way to send pointing information to the host. (§4) |
| **RTS** | The "Request To Send" pin in the RS-232 protocol. Serial pointing devices actually use RTS for an entirely different purpose, as a power supply and software reset pin. (§4.3) |
| **RTS Handshake** | The process of bringing DTR positive, then RTS first negative and then positive, to identify a pointing device on a serial port. (§4.3) |
| **RxD** | The "Receive Data" pin in the RS-232 protocol. The RxD pin on the TouchPad connects to TxD on the host's serial connector. Note that, in this document, RxD is named from the TouchPad's point of view: It carries data received from the host. (§4.1) |
| **Scrolling Gesture** | A *gesture* which causes the current window to scroll. The Synaptics TouchPad does not decode scrolling gestures itself, but the Synaptics driver software does offer a variety of scrolling gestures. |

| | |
|---|---|
| **Sensor** | The top surface of the TouchPad module, which is able to sense the presence and position of a finger. |
| **Serial Device** | A "Serial" pointing device interfaces to the host using the *RS-232* protocol. Named because the RS-232 protocol sends bits serially, one at a time, over a wire. (Note that, even though the *PS/2* protocol is also a bit-serial protocol, PS/2 pointing devices are never called "Serial" pointing devices.) Not to be confused with *serial numbers*. (§4) |
| **Serial Number** | A unique number assigned to each individual TouchPad. A TouchPad with an assigned serial number is said to be *serialized*. Not to be confused with *Serial devices*. (§2.4.5) |
| **Sleep** | A mode in which the device operates at reduced power in exchange for reduced functionality (namely, the ability to sense buttons but not fingers). (§2.5) |
| **Stop Bit** | One or more bits of a known value at the end of each transmitted byte. The PS/2 and RS-232 protocols use the stop bit to detect *framing errors;* in RS-232, the receiver can also use guaranteed transition between a stop bit and a subsequent byte's start bit to resynchronize itself to the transmitter. (§3.2.2, §4.2) |
| **Stroke** | A finger stroke is one complete finger action involving placing the finger on the pad, possibly moving the finger around for some amount of time, then lifting the finger away from the pad. (§2.6.3) |
| **Stylus** | See *pen*. |
| **Switch** | See *physical button*. |
| **Tap Gesture** | A *gesture* involving touching the pad briefly and then immediately lifting the finger, with little or no finger motion while the finger is on the pad. The TouchPad decodes the tap gesture to simulate a brief *click* of the *virtual button*. See also *drag gesture*. (§2.6.4) |
| **Tap-and-a-half** | See *drag gesture*. |
| **TBD** | "To be determined." Contact Synaptics for further information. |
| **Touch Pad** | A pointing device which translates motions of a finger on a sensor surface into cursor motions. |
| **Touching** | The Synaptics TouchPad considers the finger to be "touching" if it is close enough to register a Z value of at least 25–30. For typical fingers, this represents light finger contact. (§2.6.1) |
| **Touch Threshold** | A value to which the *Z value* is compared to decide whether or not there is a finger on the pad. (§2.6.3, §7.1.1) |

Synaptics TouchPad Interfacing Guide                                    Second Edition

| | |
|---|---|
| **TTL** | An older technology for digital circuits which operated with a 5V power supply.  While TTL has largely been supplanted by CMOS, its 5V power supply standard has survived.  Nowadays, digital signals operating at 5V are often called "TTL-level signals." (§4.1.1) |
| **TxD** | The "Transmit Data" pin in the RS-232 protocol.  The TxD pin on the TouchPad connects to RxD on the host's serial connector.  Note that, in this document, TxD is named from the TouchPad's point of view: It carries data transmitted to the host.  (§4.1) |
| **UART** | (Also **USART** or **SCI**.)  Universal Asynchronous Receiver / Transmitter.  A chip or circuit which implements the RS-232 byte-level protocol.  On a modern PC, this is typically a 16550 device or equivalent.  (§4.2) |
| **Undefined** | Same as *reserved.* |
| **Up Orientation** | The standard "up" orientation for TouchPads is defined as the orientation in which the cable exits from behind the top edge of the module, i.e., the edge farthest from the user's body. (Figure 2-10(*a*)) |
| **USB** | Universal Serial Bus.  A protocol for connecting low- and medium-speed devices to personal computers.  (§2.6.6) |
| **Version Number** | A two-part number identifying the revision level of the TouchPad, especially of its physical design and its *firmware.*  In the version number "4.5", "4" is the *major version* and "5" is the *minor version.*  (§2.4.1) |
| **Virtual Button** | A simulated mouse button which is activated by *tap* and *drag gestures* instead of by a physical switch.  The system typically treats the physical and virtual buttons the same so that tap gestures can serve as a convenient alternative to button clicks.  (§2.6.4) |
| **Virtual Scrolling™** | See *scrolling gesture.* |
| **Windows**® | Any of the Microsoft Windows® family of operating systems, such as Windows® 95 or Windows NT®. |
| **W Mode** | A variant of *absolute mode* in which the TouchPad reports the *W value* in each packet as well as X, Y, and Z. |
| **W Value** | A four-bit code which identifies the character of finger presence, e.g., the width of the finger, the number of fingers, and whether the contact is by a *pen* or a true *finger.*  (§2.3.4) |
| **X Coordinate** | The *coordinate* identifying the horizontal position of the finger; low values are near the left edge of the pad, and high values are near the right edge.  (§2.3.2) |

| | |
|---|---|
| **ΔX Value** | The *delta* identifying the amount of horizontal finger motion. |
| **Y Coordinate** | The *coordinate* identifying the vertical position of the finger; low values are near the bottom edge of the pad (closest to the user), and high values are near the top edge.  (§2.3.2) |
| **ΔY Value** | The *delta* identifying the amount of vertical finger motion. |
| **Z Value** | A numeric value reported by the TouchPad which measures the *pressure* of the finger contact.  (§2.3.3) |

## 7.3.  References:  Synaptics literature

*Synaptics TouchPad Single-Chip Standard Module TM41P-134: Product Specification,*
*Synaptics TouchPad Single-Chip Ultra-Thin Module TM41P-220: Product Specification,*
*Synaptics TouchPad Single-Chip Mini-Module TM41P-134: Product Specification,*
*Synaptics TouchPad Single-Chip SubMini-Module TM41P-140: Product Specification,*
Synaptics, Inc., 1997.
The mechanical and electrical specifications for various TouchPad modules.

*Synaptics TouchPad Driver API,* Synaptics, Inc., 1995.
Information on the programming interfaces provided by the TouchPad driver software.

Synaptics Web page:  http://www.synaptics.com
A variety of on-line literature, specifications, software, and corporate information.

On-line help for Synaptics Windows® 95 & NT drivers.
The driver help file has user-friendly descriptions of many TouchPad features.

(Contact Synaptics for TouchPad Application Notes, etc.)

## 7.4.  References:  Other literature

*The Undocumented PC,* Frank van Gilluwe, Addison-Wesley, 1994.
Discusses the BIOS mouse functions (chapter 13) and keyboard controller (chapter 8).

*Plug and Play External COM Device Specification,* Microsoft Inc., 1995.
Documents the Plug-and-Play specification, esp. for Serial pointing devices.

*Guide to the Macintosh™ Family Hardware,* 2nd ed., Apple Inc., Addison-Wesley, 1990.
Chapter 8 is an excellent description of the ADB protocol.

*ADB—The Untold Story: Space Aliens Ate My Mouse,* Apple technical report, 1994.
Further notes and examples on ADB; coverage of new CDM standard.

*Inside Macintosh: Devices,* Apple Inc., Addison-Wesley, 1994.
Chapter 5 describes the Macintosh system functions for operating the ADB port.

Synaptics TouchPad Interfacing Guide                                    Second Edition

# EXHIBIT D

1  YITAI HU (California Admission Pending) (yhu@akingump.com)
   SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
2  HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
4  Telephone:    650-838-2000
   Facsimile:     650-838-2001
5

6
   Attorneys for Plaintiff
7  ELANTECH DEVICES CORP.

8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  _____
                                     )
14  ELANTECH DEVICES CORP.,          )
                                     )
15            Plaintiff,             )
                                     )      Case No. 3:06-CV-01839 CRB
16       vs.                         )
                                     )      **PLAINTIFF ELANTECH DEVICES**
17  SYNAPTICS, INC.;                 )      **CORP.'S ASSERTED CLAIMS AND**
                                     )      **PRELIMINARY INFRINGEMENT**
18  AVERATEC, INC.;                  )      **CONTENTIONS**
                                     )
19  PROSTAR COMPUTER, INC.           )
                                     )
20            Defendants.            )
    _____)

21

22       **I.      INTRODUCTION**

23            Plaintiff Elantech Devices Corp. ("Elantech") submits its asserted claims and

24  preliminary infringement contentions based on Elantech's U.S. Patent No. 5,825,352 ("the

25  '352 patent") in accordance with Patent Local Rule 3-1 and the Joint Case Management

26  Statement and Order.  Discovery is ongoing in this matter between Elantech and Defendants

27  Synaptics, Inc. ("Synaptics") and Averatec, Inc. ("Averatec")(collectively, "Defendants")

28  and, therefore, Elantech reserves its right to amend its asserted claims and infringement

contentions as needed.  Defendant ProStar Computer Inc. ("ProStar"), has not been served yet, and Elantech will provide its asserted claims and infringement contentions concerning ProStar after the service of process is completed.

## II.     ASSERTED CLAIMS AND ACCUSED PRODUCTS

Pursuant to Patent Local Rule 3-1(a), Elantech asserts that the Defendants have been and are now infringing the '325 patent ("the patent-in-suit").  Specifically, Elantech believes that Defendants have been and are now infringing at least claims 1 and 18 ("asserted claims") of the patent-in-suit.  Discovery is ongoing between Elantech and Defendants and other claims may be found to infringe the '325 patent.  Accordingly, Elantech reserves its right to assert additional claims of the patent-in-suit upon completion of discovery in this matter.

Pursuant to Patent Local Rule 3-1(b), Elantech asserts that the touchpad products and product families of Synaptics directly infringe, contributorily infringe, or induce infringement of asserted claims of the '325 patent.  Those families of Synaptics products that Elantech contends to infringe the asserted claims include at least TM41 series or family, including but not limited to TM41xx134, TM41xx156, TM41xx180, TM41xx200, TM41xx220, TW41xx230, TM41xx240, TM41xx140, TM41xx301, and TM41xx221 series or families.

Pursuant to Patent Local Rule 3-1(b), Elantech further asserts that the notebook products and product families of Averatec that incorporate Sypantics' touchpads, such as 22xx, 31xx, 32xx, 33xx, c35xx, 41xx, and 51xx series or families of Averatec, also directly infringe, contributorily infringe, or induce infringement of asserted claims of the '325 patent.

## III.    INFRINGEMENT CHARTS

Pursuant to Patent Local Rule 3-1(c)-(d), Elantech submits as Exhibit A infringement charts and bases for asserting infringement of the asserted claims over the accused products of Synaptics.  Elantech believes that each element of each asserted claim is found within each of the accused products of Synaptics in touchpad devices or the combination of touchpad devices with associated hardware and instructions, including software, firmware, and/or device driver.  Elantech contends that each element of each asserted claim is literally present or present under the doctrine of equivalents in each of the accused products of Synaptics.

1          Pursuant to Patent Local Rule 3-1(c)-(d), Elantech submits as Exhibit B infringement

2    charts and bases for asserting infringement of the asserted claims over the accused Averatec

3    product.  Upon information and belief, the accused products of Averatech use Synaptics

4    touchpads, which  infringe the asserted claims.  Elantech believes that each element of each

5    asserted claim is found within each of the accused Averatec product, including the touchpad

6    devices incorporated therein or the combination of touchpad devices with associated hardware

7    and instructions, including software, firmware, and/or device driver.  Elantech contends that

8    each element of each asserted claim is literally present or present under the doctrine of

9    equivalents in each of the accused products of Averatec.

10   **IV.    PRIORITY DATE OF ELANTECH'S '325 PATENT**

11         Pursuant to Patent Local Rule 3-1(e), Elantech contends that the priority date for the

12   '325 patent is its January 4, 1996.

13   **V.    ELANTECH'S PRODUCTS PRACTICE THE ASSERTED CLAIMS**

14         Pursuant to Patent Local Rule 3-1(f), all of Elantech's touchpad products, including

15   TP3, KTP3, KTP5, and KTP6 series, practice the asserted claims of the '325 patent.

16   **VI.    ACCOMPANYING DOCUMENT PRODUCTION**

17         Pursuant to Patent Local Rule 3-2, Elantech is producing documents along with its

18   asserted claims and preliminary infringement contentions.

19

20

21   Dated:  September 1, 2006            AKIN GUMP STRAUSS HAUER & FELD LLP

22                                                By _____

23                                                   Sean P. DeBruine
                                                     Attorneys for Plaintiff Elantech Devices Corp.

24

25

26

27

28

Plaintiff Elantech Semiconductor Corporation's
Asserted Claims and Preliminary Infringement Contentions                    Civil Case No. C06-01839 CRB

-3-

# EXHIBIT A

| Claims Elements of the '352 Patent | Elantech's Contentions |
|---|---|
| Claim 1 | |
| 1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of | Synaptics touchpads detect the operative coupling of multiple fingers to a touch sensor. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ")  *Figure 2-4. Coordinate limits (not to scale)* (For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .) |
| scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | Synaptics touchpads scan the touch sensor or sense finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a |

cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

|  | X axis | Y axis |
|---|---|---|
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. The following table shows the W values that are currently defined for

Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6. Absolute mode W values*

(For example: "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure   "Z".")

| providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | Synaptics touchpads provide indications of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima.  *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b). |
|---|---|

(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . .  All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

| | X axis | Y axis |
|---|---|---|
| Absolute reportable limits | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| Typical bezel limits | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| Typical edge margins | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*

3



Figure 2-4. Coordinate limits (not to scale)

(For example:  ". . .  Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons.  . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. . . .")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

Figure 2-6. Absolute mode W values

(For example:  "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.")



*(b) Synaptics TouchPad Driver*

| | |
|---|---|
| 18. A touch sensor for detecting the operative coupling of multiple fingers comprising: | Synaptics touchpads detect the operative coupling of multiple fingers. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example:  "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols.  However, there are also many things that all Synaptics TouchPads have in common:  They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . .")<br><br><br><br>*Figure 2-4.  Coordinate limits (not to scale)*<br><br>(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .") |
| means for scanning the touch sensor to (a) identify a first maxima in a signal | Synaptics touchpads include means for scanning the touch sensor or sensing finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the |

| corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6.

(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.") |

|  | *X axis* | *Y axis* |
| --- | --- | --- |
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the

6

<table>
<tr><td></td><td>

absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.  In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

</td></tr>
</table>

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6.  Absolute mode W values*

(For example:  "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure "Z".")

---

| means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | Synaptics touchpads include means for providing an indication of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima.  *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b).

(For example:  "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example:  "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . .  All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host |

software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

|  | X axis | Y axis |
|---|---|---|
| Absolute reportable limits | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| Typical bezel limits | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| Typical edge margins | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

Figure 2-3.  Absolute X and Y coordinates



Figure 2-4.  Coordinate limits (not to scale)

(For example:  ". . .  Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons.  . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.  . . .")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

Figure 2-6.  Absolute mode W values

(For example:  "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with

the Synaptics Windows 95 or NT TouchPad driver.")



*(b) Synaptics TouchPad Driver*

# EXHIBIT B

| Claims Elements of the '352 Patent | Elantech's Contentions |
|---|---|
| Claim 1 | |
| 1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads detect the operative coupling of multiple fingers to a touch sensor. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols.  However, there are also many things that all Synaptics TouchPads have in common:  They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ") <br><br>  <br> *Figure 2-4.  Coordinate limits (not to scale)* <br><br> (For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .) |
| scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads scan the touch sensor or sense finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima.  *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6. <br><br> (For example:  "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which |

is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

|  | X axis | Y axis |
|---|---|---|
| Absolute reportable limits | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| Typical bezel limits | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| Typical edge margins | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*



*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. The

| | following table shows the W values that are currently defined for Synaptics TouchPads:") |
|---|---|
| | <table><tr><th>Value</th><th>Needed capability</th><th>Interpretation</th></tr><tr><td>W = 0</td><td>capMultiFinger</td><td>Two fingers on the pad.</td></tr><tr><td>W = 1</td><td>capMultiFinger</td><td>Three or more fingers on the pad.</td></tr><tr><td>W = 2</td><td>capPen</td><td>Pen (instead of finger) on the pad.</td></tr><tr><td>W = 3</td><td>—</td><td>Reserved.</td></tr><tr><td>W = 4–7</td><td>capPalmDetect</td><td>Finger of normal width.</td></tr><tr><td>W = 8–14</td><td>capPalmDetect</td><td>Very wide finger or palm.</td></tr><tr><td>W = 15</td><td>capPalmDetect</td><td>Maximum reportable width; extremely wide contact.</td></tr></table> Figure 2-6. Absolute mode W values |
| | (For example: "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure "Z".") |
| providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima. | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads provide indications of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b).<br><br>(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")<br><br>(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . . All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.") |

|                          | X axis                     | Y axis                     |
| ------------------------ | -------------------------- | -------------------------- |
| *Absolute reportable limits* | 0–6143 ($0000–$17FF)       | 0–6143 ($0000–$17FF)       |
| *Typical bezel limits*      | 1472–5472 ($05C0–$1560)    | 1408–4448 ($0580–$1160)    |
| *Typical edge margins*      | 1632–5312 ($0660–$14C0)    | 1568–4288 ($0620–$10C0)    |

*Figure 2-3.  Absolute X and Y coordinates*



*Figure 2-4.  Coordinate limits (not to scale)*

(For example:  ". . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons.  . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.  . . .")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value    | Needed capability | Interpretation                                       |
| -------- | ----------------- | ---------------------------------------------------- |
| W = 0    | *capMultiFinger*  | Two fingers on the pad.                              |
| W = 1    | *capMultiFinger*  | Three or more fingers on the pad.                   |
| W = 2    | *capPen*          | Pen (instead of finger) on the pad.                 |
| W = 3    | —                 | *Reserved.*                                         |
| W = 4–7  | *capPalmDetect*   | Finger of normal width.                             |
| W = 8–14 | *capPalmDetect*   | Very wide finger or palm.                           |
| W = 15   | *capPalmDetect*   | Maximum reportable width; extremely wide contact.   |

*Figure 2-6.  Absolute mode W values*

(For example:  "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.")



*(b) Synaptics TouchPad Driver*

| | |
|---|---|
| 18. A touch sensor for detecting the operative coupling of multiple fingers comprising: | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads detect the operative coupling of multiple fingers. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 7, 8, and 9 and Figure 2-4. (For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . . Synaptics offers a family of TouchPad models of various shapes and sizes, which connect to the rest of the computer system (the "host") using several different protocols. However, there are also many things that all Synaptics TouchPads have in common: They support the same features and modes; they offer roughly the same set of commands and queries to the host; they operate according to the same principles. . . . ")  *Figure 2-4. Coordinate limits (not to scale)* (For example: "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens. . . .") |
| means for scanning the touch sensor to (a) identify a | The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads include means for scanning the touch sensor |

| first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and | or sensing finger touches to identify first maxima in a signal corresponding to a first finger, identify a minima following the first maxima, and identify a second maxima in a signal corresponding to a second finger following the minima. *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, 8, 9, 20, and Figures 2-3, 2-4, and 2-6.

(For example: "The Synaptics TouchPad is a pointing device for computers and other electronic devices. To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example: "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. When Z is zero, X and Y cannot be calculated and so are reported as 0. When Z > 0, X and Y are calculated and scaled to lie in the ranges shown in Figure 2-3. All Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

|



|  | *X axis* | *Y axis* |
|---|---|---|
| *Absolute reportable limits* | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| *Typical bezel limits* | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| *Typical edge margins* | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3. Absolute X and Y coordinates*

*Figure 2-4. Coordinate limits (not to scale)*

(For example: "The Synaptics TouchPad reports approximately 40 packets per second by default. By setting the Rate bit of the mode byte (see section 2.5), the host can double the packet rate to approximately 80 packets per second. . . . Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z),

<table>
<tr><td></td><td>

and various other information such as the state of the buttons. . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™.  In Absolute mode, the TouchPad reports packets continuously at the specified packet rate, either 40 or 80 packets per second, whenever the finger is on or near the pad.")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

Figure 2-6.  Absolute mode W values

(For example:  "The standard Synaptics TouchPad uses capacitive sensing to detect fingers. . . .By measuring the capacitance of each conductor in the grid, the TouchPad can accurately determine the position of the finger as horizontal and vertical (X and Y) coordinates on the pad surface. By measuring the total amount of capacitance, the TouchPad can also determine the approximate finger pressure   "Z".")

</td></tr>
</table>

means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

The accused products of Averatec contain Synaptics touchpads. Synaptics touchpads include means for providing an indication of the simultaneous presence of two fingers in response to the identification of the first maxima and the second maxima.  *See* SYNAPTICS TOUCHPAD INTERFACING GUIDE, SECOND EDITION at 4, 5, 7, and 24 and Figures 2-4, 2-6, and 2-19(b).

(For example:  "The Synaptics TouchPad is a pointing device for computers and other electronic devices.  To the user, the TouchPad is a flat, usually rectangular area of the computer which is sensitive to finger touch. By putting the finger on the TouchPad sensor and moving the finger around, the user can maneuver a cursor around the computer screen. . . .")

(For example:  "The X and Y values report the finger's absolute location on the TouchPad surface at any given time. . . .  All

Synaptics TouchPad products are designed to scale their coordinates and pressure information to the same standard range regardless of the actual size of the sensor. This allows host software to interpret the coordinate data without needing to know the physical type of the TouchPad.")

| | X axis | Y axis |
|---|---|---|
| Absolute reportable limits | 0–6143 ($0000–$17FF) | 0–6143 ($0000–$17FF) |
| Typical bezel limits | 1472–5472 ($05C0–$1560) | 1408–4448 ($0580–$1160) |
| Typical edge margins | 1632–5312 ($0660–$14C0) | 1568–4288 ($0620–$10C0) |

*Figure 2-3.  Absolute X and Y coordinates*



*Figure 2-4.  Coordinate limits (not to scale)*

(For example:  ". . .  Synaptics TouchPads also support an Absolute mode of operation, where the TouchPad transmits an extended packet which reports the absolute finger position on the pad (X, Y), the finger pressure or contact area (Z), and various other information such as the state of the buttons.  . . . Absolute mode; they use advanced algorithms to transform the absolute (X, Y, Z) data into smooth relative cursor motion, plus a wide variety of tapping and scrolling gestures and other features such as Edge Motion™. . . .")

(For example:  "The host can use W to distinguish among normal fingers, accidental palm contact, multiple fingers, and pens.  The following table shows the W values that are currently defined for Synaptics TouchPads:")

| Value | Needed capability | Interpretation |
|---|---|---|
| W = 0 | capMultiFinger | Two fingers on the pad. |
| W = 1 | capMultiFinger | Three or more fingers on the pad. |
| W = 2 | capPen | Pen (instead of finger) on the pad. |
| W = 3 | — | Reserved. |
| W = 4–7 | capPalmDetect | Finger of normal width. |
| W = 8–14 | capPalmDetect | Very wide finger or palm. |
| W = 15 | capPalmDetect | Maximum reportable width; extremely wide contact. |

*Figure 2-6.  Absolute mode W values*

(For example: "Figure 2-19 compares the processing steps taken when the TouchPad is used with a standard mouse driver and with the Synaptics Windows 95 or NT TouchPad driver.")



(b) Synaptics TouchPad Driver

**CERTIFICATE OF SERVICE**

I, Nina Marie, am more than eighteen years of age and not a party to the within action. My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto California, 94306.

On September 1, 2006, I served the following:

**1.    PLAINTIFF ELANTECH DEVICES CORP.'S ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Karl J. Kramer<br>Erika Labit<br>Robert L. McKague<br>**Morrison & Foerster LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Fax: (650) 494-0792<br>kkramer@mofo.com<br>elabit@mofo.com<br>rmckague@mofo.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |
| Karen H. Bromberg<br>Elizabeth F. Bernhardt<br>Damir Cefo<br>**Cohen & Gresser LLP**<br>**100 Park Avenue**<br>**23rd Floor**<br>**New York, NY 10017**<br>Telephone: (212) 957-7600<br>Fax: (212) 957-4514<br>kbromberg@CohenGresser.com<br>ebernhardt@cohengresser.com<br>dcefo@cohengresser.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |

I am readily familiar with our firm's practice for collection and processing of correspondence via electronic mail and overnight courier.  I transmitted a true copy of the document by electronic mail to the addresses listed above, placed the aforementioned documents in a sealed envelope and placed them for collection by courier service at our business offices, following ordinary business practice.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member

1   of the bar of this Court at whose direction the service was made; and that this declaration was

2   executed on September 1, 2006, at Palo Alto, California.

3

4

5                      Nina Marie

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- -

# EXHIBIT E

**Marie, Nina**

| | |
|---|---|
| **From:** | DeBruine, Sean |
| **Sent:** | Monday, October 02, 2006 2:48 PM |
| **To:** | 'Kramer, Karl J.' |
| **Cc:** | Marie, Nina |
| **Subject:** | RE: Production? |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Karl, we will have the code ready a little later today.  Whom should we contact to make the trade?

Sean

---

**From:** Kramer, Karl J. [mailto:KKramer@mofo.com]
**Sent:** Monday, October 02, 2006 12:15 PM
**To:** DeBruine, Sean
**Subject:** Production?

Sean,

Pursuant to our agreement, let me know when you are prepared to exchange current versions of firmware and driver code.  As I said last week, we are prepared to provide our set of Synaptics' current code when you are ready.

Regards,

**Karl J. Kramer**
**Morrison & Foerster** LLP
755 Page Mill Road
Palo Alto California 94304-1018
(650) 813-5775
(650) 494-0792 (firm fax)
(650) 251-3797 (desk top fax)
kkramer@mofo.com

============================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by

reply e-mail @mofo.com, and delete the message.
========================================================================

# EXHIBIT F

**Marie, Nina**

| | |
|---|---|
| **From:** | DeBruine, Sean |
| **Sent:** | Thursday, April 19, 2007 4:39 PM |
| **To:** | Kramer, Karl J.; Karen H. Bromberg (kbromberg@CohenGresser.com) |
| **Cc:** | Reinstein, Ellen S. |
| **Subject:** | Elantech__30b6_Depo_Notice_of_Synaptics.pdf |
| **Attachments:** | Elantech__30b6_Depo_Notice_of_Synaptics.pdf |

Karl, per my previous email, please find attached a draft 30(b)(6) notice for purposes of conferring on an agreeable schedule.

Regards,

Sean P. DeBruine
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square, Suite 400, Palo Alto, CA  94306
650.838.2121 phone
650.838.2001 fax
sdebruine@akingump.com



Elantech__30b6_De
po_Notice_of_...

1

YITAI HU (California Admission Pending) (yhu@akingump.com)
SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:        650-838-2000
Facsimile:        650-838-2001

Attorneys for Plaintiff
ELANTECH DEVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
| Plaintiff, | **NOTICE OF VIDEOTAPED DEPOSITION OF SYNAPTICS, INC.** |
| vs. | Date:        _____ |
| SYNAPTICS, INC.; AVERATEC, INC.; PROSTAR COMPUTER, INC., | Time:        _____ a.m.<br>Place:  Akin Gump Strauss Hauer & Feld LLP<br>        3000 El Camino Real<br>        Two Palo Alto Square, 4th Floor<br>        Palo Alto, CA 9430<br>        (650) 838-2000 |
| Defendants. | |

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure 30(b)(6),

3 Plaintiff and Counterdefendant Elantech Devices Corp. ("Elantech") will take the deposition of

4 Defendant and Counterclaimant Synaptics, Inc. ("Synaptics" or "Deponent") on _____,

5 beginning at _____ a.m., at the offices of Akin Gump Strauss Hauer & Feld, LLP, located at 3000 El

6 Camino Real, Suite 400, Palo Alto, California 94306.  Said deposition will be conducted upon oral

7 examination before a court reporter duly authorized to administer oaths and will be recorded

8 stenographically and by videotape.

9       **PLEASE TAKE FURTHER NOTICE** that Deponent is obligated to designate one or

10 more of its officers, directors, managing agents or other consenting persons to testify in this action

11 as to facts known or reasonably available to Deponent with respect to the following subject matter

12 categories:

13      1.     Conception of any and all purported inventions described in the claims of Synaptics'

14 U.S. Patent Nos. 5,543,591 ["'591 patent"], 5,880,411 ["'411 patent"], 5,943,052 ["'052 patent"]

15 and 6,380,931 ["'931 patent"] (collectively the "Patents in Suit").

16      2.     Reduction to practice of any and all of the purported inventions described in the

17 claims of Synaptics' Patents in Suit.

18      3.     Preparation and prosecution of the patent applications that led to the issuance of

19 Synaptics' Patents in Suit.

20      4.     All prior art known to the purported inventors of the Synaptics' Patents in Suit.

21      5.     All prior art references cited by Elantech's Preliminary Invalidity Contentions and

22 Accompanying Document Production Pursuant to Patent Local Rules 3-3 and 3-4.

23      6.     The conception, design and development of Synaptics' Windows 95 TouchPad

24 Device Driver, including all revisions and versions.

25      7.     All facts relating to the development and release of Synaptics' driver "4.1 Beta1."

26      8.     The document entitled, "The TouchPad A Revolutionary Human Interface Device."

27      9.     Synaptics' policies, procedures and guidelines for marking the patent number of any

28 patent owned by, assigned to, or licensed to Synaptics on any Synaptics Products or products of any

1

1  Synaptics' licensees. (As used herein, the term "Synaptics Product(s)" shall mean any touch pad

2  product(s) made by or on behalf of Synaptics and/or sold by or on behalf of Synaptics.)

3       10.    All marking efforts of any of Synaptics Patents on Synaptics Products or products of

4  any Synaptics' licensees.

5       11.    All facts relevant to any alleged commercial success of Synaptics' Patents in Suit,

6  including Synaptics' Asserted Claims.

7       12.    All facts relevant to any other secondary considerations, including any alleged

8  industry acceptance, alleged copying by others, and/or alleged long-felt need of any of the

9  inventions described in the Synaptics' Patents in Suit, including Synaptics' Asserted Claims.

10      13.    The structure, features and functionality of all TM41 series touchpad devices

11 designed , manufactured or sold by Synaptics.

12      14.    All revisions of any firmware, or any other instructions, that control the operation of

13 any TM41 series touchpad.

14      15.    All documents describing the structure or operation of any TM41 series touchpad.

15      16.    All efforts to license others for to any of Synaptics' Patents in Suit, including any

16 litigations or threatened litigations.

17      17.    The sale, offer for sale, and/or use of any products that incorporate any invention

18 described in any of Synaptics' Patents in Suit.

19      18.    First sale, offer for sale, disclosure, demonstration and/or use of any products that

20 incorporate any invention described in any of Synaptics' Patents in Suit.

21      19.    Synaptics' company practices relating to the disclosure of confidential information

22 to its customers.

23      20.    All communications and agreements with a company known as "Alps" related to

24 touchpad technology.

25      21.    The Glidepoint finger mouse.

26      22.    Communications with Prostar Computer, Inc.

27      23.    Communications with Averatec, Inc.

28      24.    Communications with Cirque Corporation.

2

1    25.    Communications with Elantech.

2    26.    Notice of the Patents in Suit to Elantech.

3    27.    Any communications with any third party regarding Elantech's alleged infringement

4    of the Patents in Suit.

5    28.    Synaptics' alleged damages caused by Elantech's alleged infringement of any of

6    Synaptics' Asserted Claims.

7    29.    All licenses to any or all of the inventions described in Synaptics' Patents in Suit.

8    30.    All revenues and profits generated from licensing any or all of the inventions

9    described in Synaptics' Patents in Suit.

10    31.    The organizational structure of Synaptics, including but not limited to its directors,

11    the identity and duties of its officers, its business model, and identity of and its relationship to any

12    parent, sister, subsidiary, and/or other affiliated entity.

13    32.    Synaptics' record keeping practice, including both electronic and paper records,

14    including but not limited to the identity of those involved in the design, their duties and the identity

15    of records relating to the design of Synaptics Products, including Synaptics' Accused Products.

16    (As used herein, the term "Synaptics' Accused Products" means and refers to Synaptics' TM41

17    series or families of products, including TM41xx34, TM41xx156, TM41xx180, TM41xx20,

18    TM41xx220, TM41xx220, TM41xx240, TM41xx140, TM41xx301, and TM41xx221 series or

19    families.)

20    33.    Document/information storage systems at Synaptics.

21    34.    The organization structure of the division(s) or department(s) at Synaptics involved

22    in the design, development, testing, marketing, sale, lease, importation and exportation of any of

23    Synaptics Products, including but not limited to the structure of such department(s) or division(s),

24    the individuals within such department(s) or division(s).

25    35.    Distribution and sales channels for Synaptics' Products.

26    36.    Communications regarding the U.S. Patent No. 5,825,352 ("the '352 patent").

27    37.    Synaptics' first awareness of the '352 Patent, including when Synaptics first learned

28    of the existence of the '352 Patent.

3

1  38. Changes to the design of any and all Synaptics Products as a result of its awareness

2 of the '352 patent.

3  39. Sales in units, total sales in dollars, average selling price, gross revenue, net revenue,

4 selling discounts, total costs, average costs, cost of sales, gross profits, contribution margins,

5 overhead expenses and net income for each of Synaptics' Accused Products.

6  40. All projections, forecasts and budgets prepared in connection with any and/or all of

7 Synaptics' Accused Products.

8  41. Discounting practices for each of Synaptics' Accused Products.

9  42. Revenue and costs for services associated with each of Synaptics' Accused

10 Products, including, but not limited to, consulting, maintenance, and education.

11  43. Licensing practices, procedures and guidelines for each of Synaptics' Accused

12 Products, including licensing agreements, licensing revenues, and licensing costs.

13  44. Market demand, market shares, marketing expense, advertising expense, marketing

14 forecasts, price studies, and business and/or strategic plans for each of Synaptics' Accused

15 Products.

16  45. The value of Synaptics' Accused Products to Synaptics, including the impact of

17 sales of Synaptics' Accused Products on the sales and profits of Synaptics' other products and/or

18 services.

19  46. Instruction, training, services or consulting offered or provided by Synaptics to its

20 customers in connection with their implementation, optimization and use of Synaptics' Accused

21 Products, including any documentation promoting or offering such services as well as the feedback

22 or response provided by any such customers.

23  47. Synaptics' defenses to Elantech's allegations of willful infringement of the '352

24 Patent.

25  48. U.S. Patent No. 5,648,642.

26  49. U.S. Patent No. 7,109,978.

27  50. The documents produced by Synaptics in this litigation.

28 Dated: April __, 2007      AKIN GUMP STRAUSS HAUER & FELD LLP

4

1

2                                          By:_____
                                                  Hsin-Yi Cindy Feng
3                                               Attorney for Plaintiff
                                              ELANTECH DEVICES CORP.
4

5    5988126

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              5

# EXHIBIT G

**Kapralov, Sasha**

| | |
|---|---|
| **From:** | DeBruine, Sean |
| **Sent:** | Friday, May 25, 2007 4:45 PM |
| **To:** | Kramer, Karl J. |
| **Subject:** | Elantech v. Synaptics |

**Attachments:**    052507 SPD letter_to_Kramer.pdf; Elantech_Synaptics__30b6_depo_notice.pdf

Karl,

Please see the attached correspondence.

   

052507 SPD      Elantech_Synaptics
letter_to_Kramer.pd.   __30b6_depo_...

Sean P. DeBruine
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square, Suite 400, Palo Alto, CA  94306
650.838.2121 phone
650.838.2001 fax
sdebruine@akingump.com

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

_____ Attorneys at Law

**SEAN P. DeBRUINE**
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

May 25, 2007

**VIA ELECTRONIC MAIL**

Karl Kramer, Esq.
Morrison & Foerster LLP
755 Page Mill Rd
Palo Alto, CA  94304-1018

     Re:   _Elantech Devices Corp. v. Synaptics, Inc. et al._

Dear Karl:

     Pursuant to the meet and confer requirement in Local Rule 30-1, on April 19, 2007, I sent you an email asking you to propose agreeable dates for the deposition of Synaptics, Inc. under Federal Rules of Civil Procedure 30(b)(6) in a number of categories.  The categories were set out in the draft notice included with that email.  It has been nearly a month, and I have still not received any response from you.

     Consequently, we were left with no option but to serve the enclosed notice of deposition, setting the deposition for June 4, 2007.  In particular, the attached notice covers technical issues related to the hardware and various versions of firmware for the accused products relevant to the parties' pending motions.

     In addition to this testimony, Elantech asks that Synaptics immediately provide a more complete production of firmware code.  In particular, it has become apparent that full assembler listing files for all of the "exemplary" and "current" code provided by Synaptics, for all "boards" in the TM41 product line.  These listing files should contain the same level of information as was provided by Elantech in their files KTP3.lst and KTP5.lst, including the original source code (with all preprocessor and compiler directives fully expanded) and the assembled code (op codes).  Please confirm that this information will be produced next week, well prior to the depositions on June 4 and 7.

February 6, 2007
Page 2


I remain amenable to discussing dates for the other topics requested in the earlier draft notice, but unless we can reach resolution soon we will be forced to unilaterally choose dates for those topics as well.

If you have any questions, please contact me.

Sincerely,


/s/
Sean P. DeBruine

1  YITAI HU (California Admission Pending) (yhu@akingump.com)
   SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
2  HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone:      650-838-2000
   Facsimile:      650-838-2001
5

6  Attorneys for Plaintiff
   ELANTECH DEVICES CORP.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11                                    | Case No. 3:06-CV-01839 CRB
   ELANTECH DEVICES CORP.,
12                                    |
            Plaintiff,               | **NOTICE OF VIDEOTAPED
13                                    | DEPOSITION OF SYNAPTICS, INC.**
        vs.                           |
14                                    | Date:      June 4, 2007
   SYNAPTICS, INC.;                   | Time:      9:30  a.m.
15 AVERATEC, INC.;                    | Place:  Akin Gump Strauss Hauer & Feld LLP
   PROSTAR COMPUTER, INC.,            |         3000 El Camino Real
16                                    |         Two Palo Alto Square, 4th Floor
            Defendants.               |         Palo Alto, CA 9430
17                                    |         (650) 838-2000
18

19

20

21

22

23

24

25

26

27

28

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure 30(b)(6),

3   Plaintiff and Counterdefendant Elantech Devices Corp. ("Elantech") will take the deposition of

4   Defendant and Counterclaimant Synaptics, Inc. ("Synaptics" or "Deponent") on June 4, 2007,

5   beginning at 9:30 a.m., at the offices of Akin Gump Strauss Hauer & Feld, LLP, located at 3000 El

6   Camino Real, Suite 400, Palo Alto, California 94306.  Said deposition will be conducted upon oral

7   examination before a court reporter duly authorized to administer oaths and will be recorded

8   stenographically and by videotape.

9       **PLEASE TAKE FURTHER NOTICE** that Deponent is obligated to designate one or

10  more of its officers, directors, managing agents or other consenting persons to testify in this action

11  as to facts known or reasonably available to Deponent with respect to the following subject matter

12  categories:

13      1.    The structure, features, functionality and operation of all versions of TM41 series

14  touchpad devices designed , manufactured or sold by Synaptics.

15      2.    All version of firmware, or any other instructions, that control the operation of any

16  TM41 series touchpad, including all listing files.

17      3.    All documents describing the structure or operation of any TM41 series touchpad.

18      4.    Communications regarding the U.S. Patent No. 5,825,352 ("the '352 patent").

19      5.    Changes to the design of any and all Synaptics Products as a result of its awareness

20  of the '352 patent.

21  Dated:  May 25, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP

22

23                                          By:_____/s/_____

24                                                    Sean DeBruine

25                                          Attorneys for Plaintiff
                                            ELANTECH DEVICES CORP.

26

27

28

---

1

# EXHIBIT H

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 1, 2007

Writer's Direct Contact

650.813.5775
KKramer@mofo.com

Via E-Mail

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2112

Re:   *Elantech Devices Corp. v. Synaptics, Inc.*, *et al.*, Case No. C06-01839 CRB

Dear Sean:

This letter responds to your voice-mail message of yesterday evening concerning the production of Synaptics code and the 30(b)(6) deposition of Synaptics scheduled for June 4, 2007.  We are prepared to move forward quickly to provide discovery that will meaningfully help to establish facts relevant to the pending motions.  As is evident from our actions in the past week, to the extent that Elantech truly needs such discovery, we are prepared to provide it.

As you know, Elantech provided to me, alone, its 30(b)(6) Notice and demand for access to Synaptics' code at the close of business, by email, on Friday evening, May 25, 2007, on a holiday weekend, when I was out of the office.  As I noted in my email to you on Memorial Day, May 28, 2007, service should have been made to a broader group per our normal practice in the case.  Although Elantech's demand that the code and a deponent be produced on such short notice, we have devoted considerable effort to ensure that relevant information is provided as requested.

On May 29, 2007, the next business day after the late service of these demands, we spent significant time and resources preparing to provide full and complete access to Synaptics' code under the agreed-upon procedures set forth in the Amended Stipulated Protective Order. On May 30, 2007, we provided full and complete access to all of the code that Synaptics has on its databases.  Elantech declined the opportunity to take the discovery that it demanded. Instead, Elantech demanded that Synaptics pick and choose versions of code for Elantech. On May 30, 2007, significant effort was made to select representative code listings, copy them from our system, and prepare them for production to Elantech.  Yesterday, May 31, 2007, we provided that code to you.  It is difficult to imagine a more diligent response to Elantech's demands to have access to the Synaptics code.

MORRISON | FOERSTER

Sean P. DeBruine
June 1, 2007
Page Two

Despite the untenably short period of time – four business days – that Elantech afforded
Synaptics to prepare and present a witness for the 30(b)(6) deposition, we have also worked
hard and juggled schedules to provide a deponent on June 4, 2007.  Although we will be
providing more formal objections to the 30(b)(6) Deposition Notice later, we believe that it is
simply not reasonable to demand a meaningful deposition on such short notice.  Moreover, as
I mentioned in my voice-mail message to you on May 29, 2007, we do not believe that it is
reasonable under these circumstances to demand a witness to testify about topics that are not
directly pertinent to the matters at issue in the pending motions.  Topics 4 and 5 of the May
25, 2007 Deposition Notice are simply not relevant to the pending motions and will cause
unnecessary ancillary disputes about the attorney-client privilege and work-product
immunity.  Given the short time frame in which the deposition has been imposed upon
Synaptics, we are willing to focus in on the facts that are relevant to the pending motions, but
not willing to prepare deponents on topics that will not advance the resolution of the pending
motions.  As I have said previously, we can agree to defer the discussion of Topics 4 and 5 of
the May 25 Deposition Notice, without prejudice to either sides rights.

Very truly yours,

Karl J. Kramer

pa-1170423

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:       650-838-2000
   Facsimile:        650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12                                          Case No. 3:06-CV-01839 CRB

13  ELANTECH DEVICES CORP.,                 **NOTICE OF MANUAL FILING**

14              Plaintiff,

15        vs.

16  SYNAPTICS, INC. and AVERATEC, INC.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

**NOTICE OF MANUAL FILING**

2

REGARDING: **EXHIBIT I TO DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELANTECH DEVICES CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

3

4     This filing is in paper or physical form only, and is being maintained in the case file in the

5   Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

6   For information on retrieving this filing directly from the court, please see the court's main web site

7   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8

9   These filings were not e-filed for the following reason:

10  [_] Voluminous Document (PDF file size larger than the efiling system allows)

11  [_] Unable to Scan Documents

12  [_] Physical Object (description): _____

13     _____

14  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

15  [X] Item Under Seal

16  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  [_] Other (description): _____

18     _____

19     _____

20  Dated: December 28, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

21

                                      By:     _____/s/_____
22                                                     Sean P. DeBruine

23                                      Attorneys for Plaintiff
                                       ELANTECH DEVICES CORP.
24

25

26

27

28

1

1   Yitai Hu (SBN 248085)(yhu@akingump.com)
    Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2   Ming-Tao Yang (SBN 221295) (myang@akingump.com)
    Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3   AKIN GUMP STRAUSS HAUER & FELD LLP
    3000 El Camino Real
4   Two Palo Alto Square, Suite 400
    Palo Alto, California  94306
5   Telephone:      650-838-2000
    Facsimile:      650-838-2001
6
    Attorneys for Plaintiff and Counterdefendant
7   ELANTECH DEVICES CORPORATION

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12                                          Case No. 3:06-CV-01839 CRB

13  ELANTECH DEVICES CORP.,                 **NOTICE OF MANUAL FILING**

14              Plaintiff,

15        vs.

16  SYNAPTICS, INC. and AVERATEC, INC.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

**NOTICE OF MANUAL FILING**

2

REGARDING: **EXHIBIT J TO DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELANTECH DEVICES CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

3

4

   This filing is in paper or physical form only, and is being maintained in the case file in the

5

Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

6

For information on retrieving this filing directly from the court, please see the court's main web site

7

at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8

9

These filings were not e-filed for the following reason:

10

[_] Voluminous Document (PDF file size larger than the efiling system allows)

11

[_] Unable to Scan Documents

12

[_] Physical Object (description): _____

13

   _____

14

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

15

[X] Item Under Seal

16

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

17

[_] Other (description): _____

18

   _____

19

   _____

20

Dated: December 28, 2007     AKIN GUMP STRAUSS HAUER & FELD LLP

21

22

By:   _____
              /s/
              Sean P. DeBruine

23

Attorneys for Plaintiff
ELANTECH DEVICES CORP.

24

25

26

27

28

1

# EXHIBIT K

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

—————————— Attorneys at Law

SEAN P. DeBRUINE
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

June 5, 2007

**VIA ELECTRONIC MAIL**

Karl Kramer, Esq.
Morrison & Foerster LLP
755 Page Mill Rd
Palo Alto, CA 94304-1018

Re:  *Elantech Devices Corp. v. Synaptics, Inc. et al.*

Dear Karl:

I am writing with regard to the parties' final disclosures under the Patent Local Rules. First, we were surprised to learn at yesterday's deposition that Synaptics has touchpad products it refers to as the TM-51, TM-61 and TM-62 series (and another possibly called the TM-71 series, depending on Synaptics' current naming convention). Despite discovery requests covering all Synaptics touchpad products, we have not been able to locate a single document produced by Synaptics that mentions even one of these product families. Indeed, it is notable that Synaptics avoided this disclosure despite moving for summary judgment on "all of Synaptics' products." In light of these new facts, Elantech intends to amend its final infringement contentions to clarify that these products are accused. Given that yesterday was the first fact deposition taken in this case, and that there is no discovery cut-off or trial currently set for the case, it does not appear that Synaptics will be prejudiced in any way by that amendment. Please let me know whether Synaptics will stipulate to service of amended FICs.

I also note that Synaptics' Final Invalidity Contentions and its identification of opinions of counsel were served on June 1. According to our calendar, those contentions were due on May 29, hence untimely. We are amenable to discuss a potential resolution of this soon.

Please let me know Synaptics' position at your earliest convenience.

Sincerely,

Sean P. DeBruine

# EXHIBIT L

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 6, 2007

Writer's Direct Contact
650.813.4218
ELabit@mofo.com

By U.S. Mail and Email

Sean DeBruine
Akin Gump Strauss Hauer & Feld, LLP
Two Palo Alto Square
3000 El Camino Real
Suite 400
Palo Alto, CA  94306-2112

Re:     Elantech Devices Corp. v. Synaptics, Inc.

Dear Sean,

I write in response to your June 5, 2007 letter to Karl Kramer regarding the parties' final Patent Local Rules disclosures.

First, your request to amend Elantech's Final Infringement Contentions at this late date is surprising.  However, we are evaluating your request will get back to you after a review of the relevant facts and allegations.

Second, Synaptics' Patent Local Rule 3-6(b) and 3-8 disclosures were not untimely served. The Patent Local Rules set the deadline for service of 3-6(b) and 3-8 disclosures as "not later than 50 days after service by the Court of its Claim Construction Ruling."  The Court served its Claim Construction Ruling electronically on April 6, 2007.  Pursuant to Federal Rule of Civil Procedure 6(e), 3 days are added after the period would otherwise expire when service is made electronically under Fed. R. Civ. P. 5(b)(2)(D).  Fifty-three days from the Court's electronic service on April 6, 2007 is June 1, 2007.  As such, Synaptics' disclosures were timely served, and we trust that this matter is now resolved.

Best regards,

Erika L. Labit

# EXHIBIT M

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━━  Attorneys at Law

**SEAN P. DeBRUINE**
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

June 12, 2007

## VIA ELECTRONIC MAIL

Erika L. Labit, Esq.
Morrison & Foerster LLP
755 Page Mill Rd
Palo Alto, CA  94304-1018

      Re:   *Elantech Devices Corp. v. Synaptics, Inc. et al.*

Dear Erika:

      I write in response to your letters of June 6, and 8, 2007.

      That we only learned of Synaptics' additional products on June 4, 2007 through David Gillespie's deposition, *i.e.*, the first Synaptics witness, was entirely reasonable and utterly unsurprising.  First, Synaptics' website reveals only the TM41 series of products.  This website discloses only a single reference to a "Touchpad Interfacing Guide," which in turn does not identify any products other than the TM41 number series.  Hence, there was nothing on Synaptics' website or indeed its purported Guide to suggest that Synaptics sold products bearing other "TM" numbers.  Your reference to a "TM61P-238" buried in hundreds of lines of code changes nothing.  Indeed, we conducted searches of Synaptics' code for "TM51" and "TM61," none of which revealed the existence of any such products.

      Second, Synaptics' document production should have revealed the existence of other "TM" numbers.  You now admit that Synaptics played coy in its response to some of Elantech's document requests by responding, in a vague and ambiguous manner, that it would produce responsive documents pertaining to those products subject to disclosure under the Patent Rule disclosures so that Synaptics could hide the existence of its other products.  The trouble with this kind of response is that Synaptics was required to produce documents for all of its products, as requested, so that Elantech could discover which additional products, if any, Elantech would need to include in its infringement contentions, which were due after Synaptics' production of documents were due.  Synaptics hid the existence of its other products from Elantech so that Elantech would have nothing to add to its infringement contentions at that time, and then relied upon the limited identification of infringing products as an excuse to hide the existence of other infringing products.  Synaptics' lack of disclosure is particularly egregious in view of the fact that Synaptics moved for summary judgment on ***all*** products compiled with either the "centroid" or "peak_detect" methods, which Synaptics has claimed to cover the operations of all of its

A K I N  G U M P
S T R A U S S  H A U E R  &  F E L D L.L.P
▬▬▬▬▬▬▬▬  Attorneys at Law

Erika L. Labit
June 12, 2007
Page 2

touchpads, and not limited to TM41 series. That Synaptics has moved for summary judgment on both these methods, which cover the operations of *all* Synaptics' touchpads, including those additional Synaptics products of which Elantech seeks to add to its infringement contentions, Synaptics cannot demonstrate any prejudice. Tellingly, other than a bald assertion, Synaptics cannot even articulate any theory of prejudice.

Third, as you suggested, we took a look at http://parts.o2xygen.com/parts/t/97/html. While that website identified a large number of random part numbers, there was not a single reference to Synaptics. How would one know that those random part numbers on a website with no apparent affiliation to Synaptics would somehow correspond to Synaptics' part numbers? Indeed, that website lists a large number of "partners" and "manufacturers," none of which includes Synaptics. Frankly, your reference to http://parts.o2xygen.com/parts/t/97/html remains a mystery.

Fourth, whether Synaptics actually labels its products to identify a "full TM product number" changes nothing. Diligence does not require Elantech to run out and purchase every one of Synaptics' products to determine which products Synaptics sells.

Accordingly, as it appears that you refuse to stipulate to allow us to amend our infringement contentions to add in the additional Synaptics' products beyond the TM41xx series, the operation for all of which is either the "centroid" or "peak_detect" method, please be advised that we intend to move to do so.

Additionally, please provide documents sufficient to show all model numbers of products that operate the "exemplary" or "current" versions of Synaptics' code. This should have been provided as part of Synaptics' initial disclosures as well as in response to Elantech's document requests.

Finally, in regard to your request that we produce "assembler manuals and other related documents," please specifically identify what you are referring to and how they are relevant to the case. As we understand it, the assembler takes the source code and translates that code into machine language, *i.e.*, "0"s and "1"s. We have already provided you with the source code. Hence, your request does not appear to be relevant.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Erika L. Labit
June 12, 2007
Page 3

If you have any further questions, please contact me.

Sincerely

Sean P. DeBruine