1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORP.,              | Case No. 3:06-CV-01839 CRB

13 |          Plaintiff,                   | **ELANTECH'S ADMINISTRATIVE
                                           | MOTION TO FILE PAPERS IN SUPPORT
14 |     vs.                               | OF ITS MOTION FOR PARTIAL
                                           | SUMMARY JUDGMENT OF
15 | SYNAPTICS, INC. and AVERATEC, INC.,   | INFRINGEMENT UNDER SEAL AND
                                           | SUPPORTING DECLARATION OF SEAN
16 |          Defendants.                  | P. DEBRUINE**

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation
2  ("Elantech") hereby requests leave of Court to file under seal the following documents which have
3  been lodged with the Clerk:
4      1.    Elantech Devices Corp.'s Reply Memorandum in Support of Its Motion for Partial
5  Summary Judgment of Infringement of the '352 Patent;
6      2.    Exhibit I to Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s
7  Motion for Partial Summary Judgment; and
8      3.    Exhibit J to Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s
9  Motion for Partial Summary Judgment.
10     As discussed in the attached supporting declaration of Sean P. DeBruine, Elantech's Reply
11 Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of the '352
12 Patent and Exhibits I and J to Declaration of Sean P. DeBruine in Support of Elantech Devices
13 Corp.'s Motion for Partial Summary Judgment discuss in detail aspects of the design of the accused
14 products, including highly confidential source code, of Defendant Synaptics, Inc. ("Synaptics").
15 This discussion is located throughout the documents. Synaptics represented that this source code
16 contains highly confidential business information, consisting of the details of the operations of
17 Synaptics' touchpad products, and is designated as "Confidential – Attorneys' Eyes Only" under the
18 September 26, 2006 Amended Protective Order. *See* attached supporting declaration of Sean P.
19 DeBruine. Accordingly, Elantech respectfully requests that these documents be filed under seal.

21 Dated: December 28, 2007    Respectfully Submitted,

    AKIN GUMP STRAUSS HAUER & FELD LLP

    By:_____/s/_____
        Sean P. DeBruine

    Attorneys for Plaintiff and Counterdefendant
    ELANTECH DEVICES CORP.

1

ELANTECH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS    CASE NO. 06-CV-01839 CRB
UNDER SEAL; SUPPORTING DECL. OF SEAN P. DEBRUINE

**SUPPORTING DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine, declare as follows:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal its Reply Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent, and Exhibits I and J to Declaration of Sean P. DeBruine in Support of Its Reply Memorandum ("DeBruine Decl.").

3. Elantech's Reply Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent and Exhibits I and J to DeBruine Decl. discuss in detail the source code of Defendant Synaptics, Inc. ("Synaptics"), which Synaptics represented to contain details of the operations of its touchpad products, and as such, constituted highly confidential business information, and was designated as "Confidential - Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Stipulated Protective Order. The discussion of this source code is located throughout the Memorandum and the two exhibits. Accordingly, Elantech submitted these documents for filing under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of December, 2007 at Palo Alto, California.

By: _____/s/_____
   Sean P. DeBruine

2

ELANTECH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS                    CASE NO. 06-CV-01839 CRB
UNDER SEAL; SUPPORTING DECL. OF SEAN P. DEBRUINE

1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California 94306
5  Telephone:     650-838-2000
   Facsimile:     650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORP.,              Case No. 3:06-CV-01839 CRB

13             Plaintiff,                **[PROPOSED] ORDER GRANTING
                                         ELANTECH'S ADMINISTRATIVE
14      vs.                              MOTION TO FILE PAPERS IN SUPPORT
                                         OF ITS MOTION FOR PARTIAL
15  SYNAPTICS, INC. and AVERATEC, INC.,  SUMMARY JUDGMENT OF
                                         INFRINGEMENT UNDER SEAL**
16             Defendants.

1    The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent Under Seal. Good cause appearing, that motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

1. Elantech Devices Corp.'s Reply Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent;

2. Exhibit I to Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Motion for Partial Summary Judgment; and

3. Exhibit J Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated: _____, 2008    _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE