1  SCOTT R. RABER (CA SBN 194924)
   KASTNER BANCHERO LLP
2  20 California Street, 7th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-7000
4  Facsimile: (415) 616-7000
   srr@kastnerbanchero.com
5
   Karen H. Bromberg (NY SBN KB 2153)
6  Elizabeth F. Bernhardt (NY SBN EB 4637)
   Damir Cefo (NY SBN DC 1507)
7  COHEN & GRESSER LLP
   100 Park Avenue, 23rd Floor
8  New York, New York 10017
   Telephone: (212) 957-7600
9  Facsimile: (212) 957-4514
   kbromberg@cohengresser.com
10 ebernhardt@cohengresser.com
   dcefo@cohengresser.com
11
   Admitted *Pro Hac Vice*
12
   Attorneys for Defendant
13 AVERATEC, INC.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   3:06-CV-01839 CRB |
| 19 | **REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND SUMMARY JUDGMENT HEARING BY TELEPHONE** |
| 20                Plaintiff, | |
| 21        v. | |
| 22  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: January 11, 2008 Time: 8:30 a.m. and 10:00 a.m. Hon. Charles R. Breyer Courtroom No. 8, 19th Floor |
| 23 | |
| 24                Defendants. | |

25

26

27

28  REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND       {1139-006/00023809.DOCv}
    SUMMARY JUDGMENT HEARING BY TELEPHONE

    CASE NO. 3:06-CV-01839 CRB
                                                                                        1

1   Counsel for defendant Averatec, Inc. requests that, to minimize the costs incurred by
2 defendant, Damir Cefo, representative for defendant, be permitted to participate by telephone in
3 the case management conference scheduled in the above-captioned case on January 11, 2008 at
4 8:30 a.m. and the hearing on plaintiff Elantech Devices Corporation's partial summary judgment
5 motion scheduled in the above-captioned case on January 11, 2008 at, at 10:00 a.m.  Damir Cefo
6 can be reached at the following telephone number on January 11, 2008:  (212) 957-7006.

8  Dated:  January 2, 2008                          KASTNER BANCHERO LLP
9                                                    COHEN & GRESSER LLP

11                                                    By:   /s/ Scott R. Raber, Esq.

13                                                    Attorneys for Defendant
                                                     AVERATEC, INC.

28  REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND          {1139-006/00023809.DOCv}
SUMMARY JUDGMENT HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 CRB