1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:       650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORP.,              | Case No. 3:06-CV-01839 CRB
13 |         Plaintiff,                    | **[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION TO FILE PAPERS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT UNDER SEAL**
14 |     vs.                               |
15 | SYNAPTICS, INC. and AVERATEC, INC.,  |
16 |         Defendants.                   |

The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent Under Seal.  Good cause appearing, that motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

1. Elantech Devices Corp.'s Reply Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent;

2. Exhibit I to Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Motion for Partial Summary Judgment; and

3. Exhibit J Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated: ___January 2___, 2008



_____
CHARLES
UNITED