SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants. | Case No.   3:06-CV-01839 CRB<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND SUMMARY JUDGMENT HEARING BY TELEPHONE**<br><br>Date: January 11, 2008<br>Time: 8:30 a.m. and 10:00 a.m.<br><br>Hon. Charles R. Breyer<br>Courtroom No. 8, 19th Floor |

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND      {1139-006/00023809.DOCv}
SUMMARY JUDGMENT HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 CRB

1

1  Counsel for defendant Averatec, Inc. requests that, to minimize the costs incurred by
2  defendant, Damir Cefo, representative for defendant, be permitted to participate by telephone in
3  the case management conference scheduled in the above-captioned case on January 11, 2008 at
4  8:30 a.m. and the hearing on plaintiff Elantech Devices Corporation's partial summary judgment
5  motion scheduled in the above-captioned case on January 11, 2008 at, at 10:00 a.m.  Damir Cefo
6  can be reached at the following telephone number on January 11, 2008:  (212) 957-7006.

8  Dated:  January 2, 2008                    KASTNER BANCHERO LLP
9                                              COHEN & GRESSER LLP

11                                              By:   /s/ Scott R. Raber, Esq.

13                                              Attorneys for Defendant
                                                AVERATEC, INC.

16  Dated:  January 3, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28  REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE AND          {1139-006/00023809.DOCv}
    SUMMARY JUDGMENT HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 CRB