1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California 94306
5  Telephone:    650-838-2000
   Facsimile:    650-838-2001

ORIGINAL

FILED
DEC 2 8 2007

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

13  ELANTECH DEVICES CORP.,        )  Case No. 3:06-CV-01839 CRB
                                   )
14            Plaintiff,           )  **CERTIFICATE OF SERVICE**
                                   )
15     vs.                         )
                                   )
16  SYNAPTICS, INC. and            )
    AVERATEC, INC.                 )
17                                 )
              Defendants.          )
18  _____)

CERTIFICATE OF SERVICE                              Case No. 06-CV-01839 CRB

**CERTIFICATE OF SERVICE**

I, Sasha Kapralov, am more than eighteen years of age and not a party to the within action. My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California, 94306.

On December 28, 2007, I served the following:

1. Elantech Devices Corp.'s Reply Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent (Confidential Version);
2. Exhibit I to Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Motion for Partial Summary Judgment; and
3. Exhibit I to Declaration of Sean P. DeBruine in Support of Elantech Devices Corp.'s Motion for Partial Summary Judgment.

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Karl J. Kramer<br>Erika Labit<br>Ellen S. Reinstein<br>**MORRISON & FOERSTER LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Fax: (650) 494-0792<br>kkramer@mofo.com<br>elabit@mofo.com<br>ereinstein@mofo.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |
| Karen H. Bromberg<br>Elizabeth F. Berhardt<br>Damir Cefo<br>**COHEN & GRESSER LLP**<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>kbromberg@cohengresser.com<br>ebernhardt@cohengresser.com<br>dcefo@cohengresser.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |

I am readily familiar with our firm's practice for collection and processing of correspondence via electronic mail and overnight courier. I transmitted a true copy of the document by electronic mail to the addresses listed above, placed the aforementioned documents in

---

1

CERTIFICATE OF SERVICE                                    CASE NO. 3:06-CV-01839 CRB

| | |
|---|---|
| 1 | a sealed envelope and delivered them to an authorized FedEx Express drop-off location, following |
| 2 | ordinary business practice. I declare under penalty of perjury under the laws of the United States |
| 3 | that the foregoing is true and correct; that I am employed in the office of a member of the bar of |
| 4 | this Court at whose direction the service was made; and that this declaration was executed on |
| 5 | December 28, 2007, at Palo Alto, California. |

_____
Sasha Kapralov