**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, | No. C 06-01839 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SYNAPTICS, INC., | |
| Defendant.                                         / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference and the motion for summary judgment currently on calendar for January 11, 2008 to February 1, 2008 at 10:00 before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 7, 2008                                        FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy