KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.    C06-01839 CRB<br><br>**DECLARATION OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

1    I, Andrew Wolfe, hereby declare as follows:

2    1.    The statements made in this declaration are of my own personal knowledge, and I

3    could and would so testify if called as witness in this matter.

4    **I.    BACKGROUND AND QUALIFICATIONS**

5    **A.    Education And Professional Experience**

6    2.    The statements made in this declaration are of my own personal knowledge, and I

7    could and would so testify if called as a witness in this matter.

8    3.    I received a BSEE degree in electrical engineering and computer science from the

9    Johns Hopkins University in 1985, an MS degree in electrical and computer engineering from

10   Carnegie Mellon University in 1987, and a Ph.D. degree in computer engineering from Carnegie

11   Mellon University in 1992.  I was a visiting assistant professor at Carnegie Mellon University in

12   1992 and an assistant professor in the electrical engineering department of Princeton University

13   from 1991 to 1997.  From 1999 to 2002 I served as a consulting professor at Stanford University,

14   where I taught courses in computer architecture and microprocessor design.  Attached to this

15   declaration as Exhibit 1 is a true and correct copy of my Curriculum Vitae.

16   4.    I have been actively involved in the development of touch sensor technologies for

17   over 20 years.  From 1983 to 1985, I was a senior design engineer at Touch Technology, Inc. in

18   Annapolis, Maryland.  In 1986 and 1987, I was a contractor at Carroll Touch Division, Amp Inc.,

19   in Round Rock, Texas, where I designed technologies for touch-screen systems.  In 1989, I

20   founded and developed technologies for the Graphics Technology Company, Inc., which

21   developed touch-sensitive components and systems for interactive systems.  I worked at the

22   Graphics Technology Company, Inc. on touch-sensor technology development from 1989

23   through 1995.  From 1997 through 2002, I served in varying capacities, including Director of

24   Technology and Chief Technical Officer, for SonicBlue, Inc., a leading networked consumer

25   electronics company.  I also co-founded and served as Chief Technical Officer for RGB, Inc.,

26   where in 2003 I developed architectural specifications for programmable video signal processors

27   and other devices.  Since 2002, I have also consulted for a number of companies on a range of

28   technology development, investment, and intellectual property matters.

5.    I am a named inventor on numerous patents relating to electrical and computer engineering. In particular, I am the named inventor on at least four patents relevant to touch-sensitive interfacing devices such as those at issue in this litigation: U.S. Pat. Nos. 5,041,701; 5,438,168; 5,736,688; and 6,037,930.

6.    I have an intimate knowledge of the state of touchpad technology development during the 1990's and can accurately reflect the state of that development from my own work experience. I have specific experience in the design of touch-sensor systems. I have supervised other engineers in the development of touch-sensor systems. I have studied and am familiar with the circuit and software design concepts utilized in the inventions claimed in U.S. Patent No. 5,825,352 ("the '352 Patent"), a true and correct copy of which is attached as Exhibit 2 hereto.

7.    I believe that I am qualified to provide an accurate assessment of the technical issues in this case, based on my broad knowledge of touchpad technology, solid grounding in pertinent circuit and software design, historical perspective based on active personal participation, and experience with the patent process.

**B.    Summary Of Expert Opinions**

8.    I was asked to review materials and provide technical teaching and opinions regarding two issues that I have been informed are relevant to Elantech's motion for a preliminary injunction:

a.    Does the specification of the '352 Patent clearly link or associate a specific structure with the function of "providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima," as recited in Claim 18 of the '352 Patent?

b.    Is Claim 18 of the '352 Patent obvious in view of the prior art under the application of this claim proposed by Elantech in support of its infringement arguments?

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO.  C06-01839 CRB
pa-1218855

2

9.      I have been asked to consider these two issues from the perspective of a person of ordinary skill in the art to which the '352 Patent pertains in or around January 1996.  The '352 Patent is directed to touch sensor devices.  Based on my experience in the industry, the persons who were developing technology for use in touch sensor devices around January 1996 would have had at least a B.S.E.E. and three or so years of practical experience.  Of course, the higher the educational training, the less practical experience one would need.  For example, an engineer with a master's degree would need probably only a year or two of experience in the area to be able to tackle the design of such circuitry.

10.     For the reasons explained below, it is my opinion that the specification of the '352 Patent does not clearly link or associate a specific structure with the function of "providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima," as recited in Claim 18 of the '352 Patent.  It is also my opinion that Claim 18 of the '352 Patent is obvious in view of the prior art under the application of this claim proposed by Elantech in support of its infringement arguments.

## II.     THE '352 PATENT DOES NOT CLEARLY LINK OR ASSOCIATE SPECIFIC STRUCTURE WITH THE "PROVIDING AN INDICATION" FUNCTION IN CLAIM 18

11.     Claim 18 of the '352 Patent recites a "means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima."  I have been asked to opine on whether one of ordinary skill in the art would understand the specification of the '352 Patent as clearly linking or associating specific structure with the performance of the function of  "providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima."

12.     I previously addressed this issue in a declaration titled, "Declaration of Andrew Wolfe Ph.D Regarding Construction of the '352 Patent Claims," which I understand was submitted to this Court in connection with the claim construction process on February 12, 2007, as Docket No. 72 ("Wolfe Claim Construction Decl.").  I noted in that prior declaration that I did not find any specific disclosure of a structure that the specification clearly linked to the recited

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO.  C06-01839 CRB
pa-1218855

3

1    function. I explained that the specification discloses that "the simultaneous presence of two

2    fingers in response to identification of said first and second maxima" is *determined* at item 980 of

3    a flowchart in Figure 9-2 of the specification, but that there is no disclosure of a precise structure

4    that is used to "provide an indication" once that determination is made. (Wolfe Claim

5    Construction Decl., ¶ 46.)

6        13.    I also noted that the reference in the specification to "output of microcontroller 60"

7    being supplied "to an interface to a PC of other device" (which Elantech had cited in its claim

8    construction brief) did not clearly link microcontroller 60 to the performance of this function, as it

9    did not identify the content of such output or whether the output was related to providing an

10   indication of the simultaneous presence of two fingers. Indeed, the full statement in the

11   specification makes clear that only certain unspecified operations result in data being output from

12   microcontroller 60: "Depending on the operation being performed at the particular time, the

13   output of microcontroller 60 is then supplied to an interface to a PC or other device…." (Exhibit

14   2, '352 Patent, 5:52-55.) This statement does not identify the specific operations that result in

15   such output, nor does it disclose that the specific function of determining that two fingers are

16   present will result in an indication of this fact being output to a PC or other device. Therefore, I

17   concluded in my prior declaration that "one of ordinary skill in the art today and in 1996 would

18   find nothing in the specification that specifically links the claimed function, 'providing an

19   indication of the simultaneous presence of two fingers in response to identification of said first

20   and second maxima,' to a particular structure." (Wolfe Claim Construction Decl., ¶ 46.)

21       14.    It is my understanding that Elantech has made further arguments in support of the

22   disclosure of adequate structure for the "means for providing an indication" in briefs that it filed

23   after my prior declaration, including Elantech Devices Corp.'s Notice of Motion and Motion for

24   Summary Judgment for Infringement; Memorandum of Points and Authorities, dated May 25,

25   2007 (Docket No. 126, at 12:4-13:3), and Elantech Devices Corp.'s Reply Memorandum in

26   Support of Its Motion for Partial Summary Judgment of Infringement of the '352 Patent, dated

27   December 28, 2007 (Docket No. 197, at 5:4-9). After reviewing these documents and the

28   evidence cited within, I can still find nothing in the specification that specifically links a

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO.  C06-01839 CRB
pa-1218855

4

1    particular structure to the function of "providing an indication of the simultaneous presence of

2    two fingers in response to identification of said first and second maxima."

3        15.    One of ordinary skill would understand the function of "providing an indication"

4    within the context of the field of art of this patent.  Touchpads, such as those described in the

5    patent, are used to first detect and interpret finger input and then to report the results to programs

6    running on a host computer in order to control the operation of those programs.  This is the sole

7    purpose of these devices.  The patent reinforces this concept by describing the field of the

8    invention as "touchpad devices which detect at least the presence of one or more objects such as

9    fingers to effectuate preselected control functions."  (Exhibit 2, '352 Patent, 1:13-15.)  The only

10   relevant control functions are on the host computer, such as moving the cursor or clicking on an

11   icon.  Therefore, one of ordinary skill in the art would understand that the function of "providing

12   an indication" involves providing information to the host computer so that it can effectuate a

13   control function.

14       16.    The teachings of the '352 Patent specification repeatedly reinforce this

15   understanding of the purpose of the invention and of the specific function of "providing an

16   indication."  The specification teaches that the purpose of this invention is to *identify* multiple

17   fingers, *evaluate* the information, and then *to report* appropriate signals to the host:

18

19           It will be appreciated from the foregoing that the present invention
             allows numerous multi-finger gestures to be detected and converted
20           to mouse-related functions for moving a cursor and control of
             operating environments or applications programs.  However, while
21           some exemplary functions and exemplary definitions for particular
             sequences have been provided above, it is to be understood that the
22           present invention is not limited to the association of a particular set
             of functions.  Instead this aspect of the invention is directed to the
23           ability *to identify* and process various sequences in which one or
             more fingers are either absent or present, interspersed with motion
24           or lack of motion of the finger or fingers across the touch sensor, *to*
             *evaluate* those sequences either locally or via software on the host,
25           and *to report* appropriate signals to cause cursor movements or
             control functions to occur in applications programs or operating
26           environments.

27

28   (Exhibit 2, '352 Patent, 15:55-16:5 (emphasis added); *see also* 2:56-3:65.)

1    17.    The '352 Patent explicitly defines "report" as "transmitting information to an

2    application process executing on a host, such that the cursor is moved or a function is performed."

3    (*Id.* at 7:26-29.)  However, the patent does not disclose any structure or describe any software that

4    reports the simultaneous presence of two fingers.

5    18.    It is my understanding that Elantech has put forth several disparate arguments

6    identifying portions of the specification as disclosing structure that performs the function of

7    "providing an indication."  During the claim construction process, Elantech identified

8    "microprocessor 60" as the disclosed structure, relying on portions of the following sentence:

9    "Depending on the operation being performed at the particular time, the output of microcontroller

10    60 is then supplied to an interface to a PC or other device…."  (Exhibit 2, '352 Patent, 5:52-55.)

11    However, as stated in my prior declaration, the specification does not clearly link microcontroller

12    60 to the function of "providing an indication of the simultaneous presence of two fingers."

13    19.    Additionally, I note that a microcontroller performs no function unless it is

14    programmed.  Thus, it is my understanding that the use of a microcontroller for a means-plus-

15    function element requires specific disclosure of the algorithm that performs the recited function

16    on the microcontroller.  The '352 Patent discloses algorithms for a number of functions in figures

17    5, 6, 8, and 9, but discloses no algorithm that performs the function of "providing an indication of

18    the simultaneous presence of two fingers."

19    20.    In its summary judgment motion, Elantech has put forth the argument that certain

20    operations are controlled by microcontroller 60, as the specification states that the microcontroller

21    "operates to form, among other things, a finger profile for one or more fingers, X-Y cursor data

22    and control signals."  (Exhibit 2, '352 Patent, 5:50-51.)  However, none of these operations are

23    the claimed function of "providing an indication of the simultaneous presence of two fingers."

24    21.    Forming a finger profile for one or more fingers is a step that must occur *before*

25    determining that two fingers are on the touchpad.  Providing an indication of the simultaneous

26    presence of two fingers is a step that must occur *after* this determination is made.  Therefore,

27    these are completely different functions.

28

22.    Forming X and Y cursor data is another completely different function.  Steps 510 and 520 in Figure 5 describe this function, which is completely unrelated to the number of fingers.

23.    The reference to "forming control signals" is vague and could include numerous types of signals, such as packet headers, clocks, flow control signals, or other signals that regulate communications, none of which are related to the number of fingers on the touchpad.  Information about fingers on the touchpad is generally characterized as "data," and not "control signals."

24.    In its summary judgment motion, Elantech has newly identified Step 980 in the algorithm illustrated by Figure 9-2 as structure corresponding to the function of "providing an indication."  This is wrong.

25.    As stated in my prior declaration, Step 980 is limited to "determining" that two fingers are present, and does not include "providing an indication" of this determination.  Figure 9-2 and the corresponding description of its operation clearly state that the resulting determination of the comparison in Step 305 is either the presence of one finger (Step 975) or the presence of two fingers (Step 980).  Thus, the "determination" is not complete until Step 980 is completed.  There is no further step disclosed in the Figure 9-2 algorithm or elsewhere in the patent that describes providing an indication of the presence of multiple fingers to anything.  No further action is taught; in fact, the patent teaches that "[r]egardless of the number of fingers in contact with the sensor, the process moves to step 320 and ends until the next cycle."  Step 320 is the step called "End."  Thus, the algorithm in Figure 9-2 does not provide an indication that two fingers are present to any other device.

26.    Moreover, the variable that holds the data from determination step 980 is merely a temporary data structure that is internal to that module of the Figure 9-2 algorithm.  This cannot in any way be an "affirmative step to provide an indication of multiple fingers."  (Memorandum and Order Re: Summary Judgment Motions, Docket No. 172, at 7:27-28.)

27.    In addition, the plain meaning of "provide an indication" is that an indication is provided *by* a first structure *to* a second structure.  In order for a microcontroller to "provide"

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO. C06-01839 CRB
pa-1218855

7

1  information, it must output the information; merely retaining the information in the

2  microcontroller's internal memory does not constitute "providing an indication." This conclusion

3  is reinforced by the field and purpose of the invention, which as discussed above, is to indicate to

4  the host computer that two fingers are on the touchpad. The microcontroller is a separate device

5  from the host computer; thus, information in the microcontroller's internal memory is not visible

6  to the host computer, and merely storing information in this internal memory does not "provide

7  an indication" to the host computer or to anything else.

8       28.     For the reasons above, I conclude that one of ordinary skill in the art would not

9  understand the specification of the '352 Patent as clearly linking or associating specific structure

10  with the performance of the function of "providing an indication of the simultaneous presence of

11  two fingers in response to identification of said first and second maxima."

## III.    CLAIM 18 OF THE '352 PATENT IS OBVIOUS IN VIEW OF THE PRIOR ART UNDER ELANTECH'S APPLICATION OF THIS CLAIM

14       29.     I have been asked to opine on whether Claim 18 of the '352 Patent would have

15  been obvious to one of ordinary skill in the art as of the January 4, 1996, filing date of the

16  underlying application, based on the assumption that claim 18 is to be applied in the manner that

17  Elantech has proposed in support of its infringement arguments. To evaluate this issue, I have

18  considered the scope and content of the prior art, the differences between the prior art and Claim

19  18, and the level of ordinary skill in the pertinent art as of January 1996. I have also considered

20  the Court's Claim Construction Order of April 6, 2007 (Docket No. 91), as well as the claim

21  construction that Elantech has proposed to support its infringement arguments in its summary

22  judgment briefs. I also understand that secondary considerations of non-obviousness may also be

23  relevant, but to my knowledge, Elantech has not presented and I am not aware of any evidence of

24  such secondary considerations with regard to the '352 Patent.

25       30.     As a result of my analysis, I have concluded that under Elantech's application of

26  Claim 18 of the '352 Patent, the claim would have been obvious to one of ordinary skill in the art

27  as of January 4, 1996. The reasons for this conclusion are set forth below and in the Invalidity

28  Chart attached hereto as Exhibit 3, which identifies specific portions of two prior art references

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO. C06-01839 CRB
pa-1218855

8

1    that either disclose or make obvious each and every element of Claim 18, under Elantech's

2    application of the "identify a minima" limitation.

3              **A.      The Scope And Content Of The Prior Art**

4              31.      I consider two prior art references to be particularly relevant to Claim 18 of the

5    '352 Patent.  The first prior art reference is U.S. Patent No. 7,109,978 B2, which was issued to

6    David Gillespie and others on September 19, 2006, and assigned to Synaptics (the '978 Patent).

7    A copy of the '978 Patent is attached hereto as Exhibit 4.  I understand that the '978 Patent is

8    prior art because it is based on an application filed on October 7, 1994, which is more than one

9    year before the application for the '352 Patent was filed on January 4, 1996.  I have reviewed the

10   application filed on October 7, 1994, and have confirmed that the application included all of the

11   disclosures that I have relied on in my invalidity analysis, except for the claims and the Abstract.

12             32.      As discussed below, the '978 Patent broadly claims and describes the basic

13   concept of processing capacitance data from a touchpad device to detect and then report the

14   simultaneous presence of multiple fingers.  It also discloses that one prior art method of detecting

15   the presence of a finger is to identify maximum capacitance values corresponding to that finger.

16             33.      The second prior art reference is U.S. Patent No. 4,686,332, which was issued to

17   Greanias and others on August 11, 1987, and assigned to IBM (the "IBM '332 Patent").  A copy

18   of the IBM '332 Patent is attached hereto as Exhibit 5.  I understand that the IBM '332 Patent is

19   prior art because it was filed and issued many years before the priority date of the '352 Patent.

20             34.      As discussed below, the IBM '332 Patent teaches the use of maximum capacitance

21   values to identify the presence of a finger on a capacitive touchpad sensor.  It would have been

22   obvious to one of ordinary skill in the art to use this teaching to implement the device for

23   detecting two fingers disclosed by the '978 Patent, especially since the '978 Patent expressly

24   refers to this teaching of the IBM '332 Patent.

25

26

27

28

**B.    Comparison Of The Prior Art And Claim 18**

35.    Claim 18 of the '352 Patent states as follows:

> 18. A touch sensor for detecting the operative coupling of multiple fingers comprising:
>
> means for scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and
>
> means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

36.    The Invalidity Chart attached as Exhibit 3 identifies the portions of the '978 Patent and the IBM '332 Patent that disclose or render obvious each of the elements of Claim 18 of the '352 Patent.  Following is an additional explanation of several key points.

**1.    Touch sensor device for detecting multiple fingers.**

37.    The first element of Claim 18 is a "touch sensor device for detecting the operative coupling of multiple fingers comprising."  This element focuses on the overall concept of a touchpad device that *detects* the presence of two or more fingers.  This overall concept is expressly claimed and disclosed by the '978 Patent.  For example, Claim 1 of that patent is directed to a method for processing user input from a touch sensor pad that detects and indicates "an occurrence of a single gesture resulting from the simultaneous presence of at least two user input objects."  Similarly, Claims 4 and 10 are directed to a device that examines data from a capacitive sensor to "determine an occurrence of a single gesture resulting from the simultaneous proximity of at least two input objects."  As noted in the Exhibit 3 Invalidity Chart, these claims are supported by multiple references in the specification to detection of the presence of multiple objects on the touchpad.  (*See* Exhibit 4, '978 Patent, Abstract; 5:31-33; 5:57-61; 7:17-20; 47:3-9.)  The steps and structures used to implement this method and device are further described in the rest of the specification and accompanying figures.

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO.  C06-01839 CRB
pa-1218855

10

1              **2.      Identifying two maxima corresponding to two fingers.**

2              38.      The next paragraph of Claim 18 recites "means for scanning the touch sensor to

3     (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima

4     following the first maxima, and (c) identify a second maxima in a signal corresponding to a

5     second finger following said minima."  This paragraph can be subdivided into two basic

6     elements: (a) examining capacitance values to identify two maxima corresponding to two fingers;

7     and (b) examining capacitance values to identify a minima between the two maxima.

8              39.      In 1996, the concept of examining capacitance values to identify a maxima

9     corresponding to the location of a finger had already been well-known to persons of ordinary skill

10    in the art for many years.  The '978 Patent expressly discloses that one prior art method of

11    detecting a finger on a touchpad was to identify the maximum X/Y capacitance values, as taught

12    by the IBM '332 Patent.  (Exhibit 4, '978 Patent, 2:62-3:1.)  The IBM '332 Patent also teaches

13    that the presence of a finger can be detected by identifying the maximum capacitance values in

14    the X and Y directions.  (Exhibit 5, '332 Patent, 14:2-11.)

15             40.      In my opinion, it would have been obvious to one of ordinary skill in the art to

16    implement the multiple-finger detection device taught by the '978 Patent by using the well-known

17    prior art method identifying maximum capacitance values to detect the presence of a finger that is

18    expressly disclosed in both the '978 Patent and the IBM '332 Patent.  One of ordinary skill would

19    have a motivation to combine the teachings of the '978 Patent with the IBM '332 Patent, because

20    the '978 Patent expressly refers to the IBM '332 Patent, and both patents are directed to similar

21    capacitive touch sensor devices.   Moreover, the '978 Patent expressly teaches that the "shape of

22    the sensor trace profile" can be used to recognize two-finger gestures.  (Exhibit 4, '978 Patent,

23    47:7-9.)  The two maxima are the most prominent features of the shape of the sensor trace profile

24    of two fingers.  Consequently, I conclude that the '978 Patent in light of the knowledge of one of

25    ordinary skill in the art would have taught these elements of Claim 18, either by itself or in

26    combination with the IBM '332 Patent.

27

28

1

### 3. Identifying a minima between the two maxima.

2    41.    As noted above, the second basic element of the "means for scanning" limitation is

3    that of examining capacitance values to identify a minima between two maxima.

4    42.    The Claim Construction Order of April 6, 2007, interpreted "identify a minima

5    following the first maxima" as meaning, "identifying the lowest value in the finger profile that

6    occurs after the first peak value, and before another peak value is identified."  Under this claim

7    construction, I believe that Synaptics' Type 2 Code does not infringe this limitation, because it

8    does not "identify the lowest value in the finger profile that occurs after the first peak value."  As

9    explained in my prior declaration in support of Synaptics' motion for summary judgment of non-

10   infringement (Docket No. 101, "Wolfe Non-Infringement Decl."), the Type 2 Code processes

11   finger profile trace data by first averaging and filtering multiple traces, and then generating a

12   series of "0's" and "1's" that indicate whether the finger profile is increasing or decreasing

13   ("increasing/decreasing data") at each trace.  (Wolfe Non-Infringement Decl., ¶¶ 26-27.)  As

14   illustrated by the simplified example in Table 1 below, the Type 2 Code then processes the

15   "increasing/decreasing" data to identify the presence (but not the value) of two maxima, which

16   are identified as "1's" in a series of "0's."  The Type 2 code does not identify either the location

17   or the value of the lowest finger profile value between the two maxima.

18

19    **Table 1: Type 2 Code Generates Data that Identifies The Presence of Maxima
20    But Not the Value or the Trace Location of a Minima**

21

| | TR 1 | TR 2 | TR 3 | TR 4 | TR 5 | TR 6 | TR 7 | TR 8 |
|---|---|---|---|---|---|---|---|---|
| Finger Profile Values | 13 | 17 | 26 | 18 | 14 | 28 | 30 | 22 |
| Increasing/Decreasing | 0 | 0 | 1 | 1 | 0 | 1 | 1 | - |
| Peak Present | 0 | 0 | **1** | 0 | 0 | 0 | **1** | 0 |

25

26

27

28

43.    I understand that Elantech has argued that the Type 2 code does "identify a minima," because it generates data from which it is possible to determine the location (but not the value) of a minima, after conducting further analysis of this data.  In particular, the location of a minima following the first maxima could be determined by examining the relationship between consecutive elements in a series of "0's" and "1's" that constitute the "increasing/decreasing" data, to identify places where one element of the finger profile data indicates decreasing values ("1) and the immediately subsequent element of the finger profile data indicate increasing values ("0").

44.    I do not agree with Elantech's infringement argument, because it would effectively require "identify the lowest value in the finger profile" to mean "generate a sequence of data from which the location (but not the value) of a minima in the finger profile between the two maxima could be determined, after further analysis of the relationship between consecutive elements of the sequence."  I understand "identify" to mean, "perform all steps required to identify a minima," and not "generate a sequence of data that requires further analysis."  Moreover, although the "increasing/decreasing data" could be analyzed to identify *locations* of "local minima" between the two maxima (*i.e.*, places where the value decreases and then increases), it is not possible to identify the *value* of these local minima from that data.  In addition, it is also not possible to identify the single *lowest* value between the two maxima ("global minimum") from the increasing/decreasing data, unless there is only one local minima between the two maxima.  In other words, if there were two or more local minima between the two maxima, it would be impossible to identify which of these minima had the lowest value.

45.    If Elantech's application of "identify a minima" to Type 2 Code were adopted, however, then the "identify a minima" limitation is disclosed by the prior art.  The prior art discloses the generation of a finger profile based on capacitance values from a touch sensor device, which is a sequence of data from which the location (and the value) of a minima in the finger profile between the two maxima could be determined, after further analysis of the relationship between consecutive elements of the sequence.

DECL. OF DR. ANDREW WOLFE IN SUPPORT OF SYNAPTICS' OPPOSITION TO ELANTECH'S PRELIMINARY INJUNCTION MOTION
CASE NO.  C06-01839 CRB
pa-1218855

13

46.    As noted in the Exhibit 3 Invalidity Chart, both the '978 Patent and the IBM '332 Patent teach devices that generate finger profile data similar to that in the first row of Table 1 above, which can be used to identify the presence of a finger or other object. (*See*, *e.g.*, Exhibit 4, '978 Patent Claims 1, 4, 10; Abstract; Specification, 5:54-7:20, 9:42-22:36, and Figs. 1 to 8. *See also* Exhibit 5, '332 Patent, 2:3-3:56; 7:46-8:7; 13:4-14:11; Figs. 1, 2, 8, 9, 10.) This data is sufficient to enable the location of a minima between the two maxima to be determined, if further analysis is performed on the relationship between consecutive elements of this sequence of data. In particular, both the location and the value of a local minima can be determined by examining consecutive elements of the data to identify a value that is lower than both the preceding and following values. In addition, the data can be analyzed to find both the value and the location of the single lowest value between the two maxima.

47.    The further analysis required to identify a minima from finger profile data does not differ significantly in nature from the further analysis that is require to identify a minima from increasing/decreasing data. In both cases, an algorithm must be performed that involves the steps of examining and comparing consecutive elements of the data between the two maxima to identify relationships between elements that meet certain conditions. Thus, if "identify a minima" were applied as meaning to generate data from which the location of a minima can be determined by performing further analysis, this limitation would be disclosed by the prior art devices that generate finger profile data.

48.    One of ordinary skill in the art would further find it obvious in light of the '978 patent to identify the minima between the two identified maxima. The '978 Patent expressly teaches that the "shape of the sensor trace profile" can be used to recognize two-finger gestures. (Exhibit 4, '978 Patent, 47:7-9.) Other than the two maxima, the minima between them would be the next most prominent features of the shape of the sensor trace profile of two fingers. It would be obvious that this is one of the features of the shape that one of ordinary skill in the art would try to look for to identify two fingers. Furthermore, it was well known in general that measuring the depth of a minimum between two maxima is a common way to distinguish two distinct events in a signal from mere noise. It would have been obvious to one of ordinary skill to use this

1   technique in detecting two fingers.  Consequently, I conclude that the '978 Patent in light of the

2   knowledge of one of ordinary skill in the art would have taught this limitation of Claim 18.

3           **4.      Means for providing an indication of the simultaneous
                       presence of two fingers.**

4

5           49.     The final paragraph of Claim 18 recites a "means for providing an indication of the

6   simultaneous presence of two fingers in response to identification of said first and second

7   maxima."  As discussed above, the '352 Patent does not clearly link or associate any specific

8   structure with the function of "providing an indication of the simultaneous presence of two

9   fingers in response to identification of said first and second maxima."  I further understand that

10  this means that Claim 18 is invalid for indefiniteness, because the structure that corresponds to

11  the "means" for performing the recited function cannot be identified, which makes it impossible

12  to determine the precise scope of this limitation.  If it were assumed, however, that this limitation

13  refers to a means for reporting the simultaneous presence of two fingers to the host computer or

14  other device, then this limitation is disclosed by the prior art.  As noted in the Exhibit 3 Invalidity

15  Chart, the '978 Patent claims a method and a device that "indicate[s] the occurrence of a gesture"

16  resulting from the simultaneous presence of two fingers.  (Exhibit 4, '978 Patent, Claims 1, 10.)

17  The specification discloses that information about these gestures may be provided to the "host,"

18  meaning a stand-alone computer or other device (*Id*. at 7:43-46, 9:59-67), and the structures that

19  implement this function are further described in the rest of the specification and figures.  (*See*,

20  *e.g.*, Exhibit 4, '978 Patent, 34:21-56, 47:21-40, 49:45-55, Fig. 1 (Item 20), Fig. 14 (Item 286).)

21          50.     For the reasons stated above, it is my opinion that Claim 18 of the '352 Patent is

22  obvious in view of the '978 Patent and the IBM '332 Patent under the application of this claim

23  proposed by Elantech in support of its infringement arguments.

24          51.     I understand that I may be called upon to respond to any new issues that Elantech

25  may raise.  I anticipate that I might supplement or modify the opinions in this declaration in view

26  of any such new information or other new information that might arise between now and the time

27  of the hearing on the preliminary injunction motion.

28

1    I declare under penalty of perjury under the laws of the United States of America that,

2   to the best of my knowledge, the foregoing is true and correct. Executed on January 8, 2008,

3   in Cupertino, California.

4

5

6                                          Andrew Wolfe, Ph.D

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

# Andrew Wolfe Ph.D.

108 Leewood Ct.
Los Gatos, CA 95032
(408) 394-1096
Email: awolfe@awolfe.org

**Education:**

Ph.D. in Computer Engineering, Carnegie Mellon University, 1992
Visiting Graduate Student, Center for Reliable Computing, Stanford University, 1988-1989
M.S. in Electrical and Computer Engineering, Carnegie Mellon University, 1987
B.S.E.E. in Electrical Engineering and Computer Science, The Johns Hopkins University, 1985

**Recent Employment:**

Consultant, [October 2002-]

Consultant on processor technology, computer systems, consumer electronics, software, design tools, and intellectual property issues.

Chief Technical Officer & Founder, [May 2003- Nov. 2003]

**RGB Inc,** Los Altos, CA

Responsible for detailed architecture of a complex video SOC for a pre-funding fabless semiconductor company. Responsibilities include developing detailed architectural specifications for programmable video signal processors as well as all other signal processing, control, communications, and memory interface circuits as well as defining development processes for hardware and software and managing the development of simulation and programming tools. Also responsible for product definition and financing along with the CEO.

Chief Technical Officer, [1999-2002]
Sr. VP of Business Development, [2001-2002]
VP, Systems Integration, S3 Fellow , [1998 – 1999]
Director of Technology, S3 Fellow , [1997 - 1998]
**SONIC|blue, Inc,** Santa Clara, CA  (formerly S3 Inc.)

**Strategic Business Development:**
Developed and implemented strategy to reposition S3 from PC graphics into the leading networked consumer electronics company.
- Acquired Diamond Multimedia and coordinated integration of communications, Rio digital music, and workstation graphics divisions into S3.
- Identified and negotiated acquisitions to grow digital media businesses including Empeg, ReplayTV, and Sensory Science.
- Identified and negotiated strategic investments including Comsilica, Intellon, KBGear Interactive, Entridia, DataPlay and others.
- Developed strategy for integrated graphics/core-logic products and established a joint venture with Via Technologies to design and market these products.
- Negotiated divestiture of graphics chip business to Via and the workstation graphics division to ATI.

**Product Planning and Development:**
- Drove roadmap development within SONICblue product divisions.
- Managed Business Development for all product lines.
- Led New Product Development and Corporate Vision processes.
- Acting co-General Manager of Rio digital music business in 2nd half of 2001. Responsible for all areas of product development, business development, and cost management.

- Managed development of the Savage/MX and Savage/IX mobile 3D graphics accelerators and Savage/NB system logic products.

**Public Relations, Public Policy and Investor Relations:**
- Present company products and strategy at industry events such as CES, Comdex, and Microprocessor Forum.
- Discuss new products and initiatives with the press.
- Promote issues of interest to SONICblue to industry groups and in Washington.
- Brief analysts, and investors on company progress. Participate in quarterly conference calls.

**IP Management and Licensing:**
- Negotiated and managed partnership agreements including a critical cross-licensing agreement with Intel.
- Renegotiated technology-licensing agreements with IBM for workstation graphics products.
- Evaluated outside technology opportunities, managed video research and development, and managed corporate IP strategy with legal staff including patent filings, cross licensing, and litigation.

Consulting Professor , [1999-2002]
**Stanford University**, Stanford, CA

Teaching computer architecture and microprocessor design.

Assistant Professor  [1991 - 1997]
**Princeton University**, Princeton, NJ

Teaching and research in the Electrical Engineering department.  Research in embedded computing systems, multimedia, video signal processors, compiler optimization, and high performance computer architecture. Principal investigator or project manager for ~$6M in funded research.

Visiting Assistant Professor , [1992]
**Carnegie Mellon University**, Pittsburgh, PA

Research and preparation of teaching materials on advanced microprocessor designs including new superscalar and superpipelined processor architectures.

Founder and Vice President and Consultant,  [1989 - 1995]
**The Graphics Technology Company, Inc.**, Austin, TX

Founded company to develop touch-sensitive components and systems for the first generation of PDA devices and interactive public systems.  Obtained financing from Gunze Corp., Osaka, Japan.   Company is now part of 3M.

Senior Electrical Engineer,  [1989]
**ESL - TRW, Advanced Technology Division**, Sunnyvale, CA

Designed the architecture for an Intel i860-based multiple-processor digital signal processing system for advanced military applications.  Designed several FPGA interface chips for VME-bus systems.

Design Consultant,  [1986 -1987]
**Carroll Touch Division, AMP Inc.**, Round Rock, TX

Developed several new technologies for touch-screen systems.  Designed the first ASIC produced for AMP, a mixed-signal interface chip for controlling touch-screen sensors.  Developed the system electronics, system firmware, and customer utility software for numerous products including those based on the new ASIC.

Senior Design Engineer,  [1983 -1985]
**Touch Technology Inc.**, Annapolis, MD

**Advisory Boards:**

Director, KBGear Interactive, Inc., Comsilica, Inc., Rioport.com, various S3 subsidiaries.

Technical Advisory Board, Ageia, Inc., Intellon, Inc., Comsilica, Inc., Entridia, Inc., Siroyan, Ltd., BOPS, Inc, Quester Venture Funds

Carnegie Mellon University Silicon Valley Advisory Board

**Awards:**
Business 2.0 "20 Young Executives You Need to Know", 2002
Walter C. Johnson Prize for Teaching Excellence, 1997.
Princeton University Engineering Council Excellence in Teaching Award, Spring 1996
AT&T/Lucent Foundation Research Award, 1996.
Walter C. Johnson Prize for Teaching Excellence, 1995
IEEE Certificate of Appreciation, 1995, 2001.
AT&T Foundation Research Award, 1993.
Semiconductor Research Corporation Fellow, 1986 - 1991.
Burroughs Corporation Fellowship in Engineering, 1985 - 1986.

**Patents:**
U. S. Pat. 5,041,701 - *Edge Linearization Device for a Contact Input System*, Aug. 20, 1991.
U. S. Pat. 5,438,168 - *Touch Panel*, Aug. 1, 1995.
U. S. Pat. 5,736,688 - *Curvilinear Linearization Device for Touch Systems*, Apr. 7, 1998.
U. S. Pat. 6,037,930 - *Multimodal touch sensitive peripheral device*, March 14, 2000.
U. S. Pat. 6,408,421 - *High-speed asynchronous decoder circuit for variable-length coded data*, June 18, 2002.
U. S. Pat. 6,865,668 - *Variable-length, high-speed, asynchronous decoder circuit*, March 8, 2005
U. S. Pat. 7,079,133 - *Superscalar 3D Graphics Engine*, July 18, 2006
Various foreign equivalents submitted.

**Professional Activities:**
Program Chair: Micro-24, 1991, Hot Chips 13, 2001.
General Chair: Micro-26, 1993, Micro-33, 2000.
Associate Editor: IEEE Computer Architecture Letters; ACM Transactions in Embedded Computing Systems
Speaker at CES, WinHec, Comdex, Intel Dev. Forum, Digital Media Summit, Microprocessor Forum, etc.
Keynote speaker at Micro-34, ICME 2002

**Over 50 refereed publications.**

Exhibit 2

US005825352A

# United States Patent [19]

## Bisset et al.

| | |
|---|---|
| [11] | **Patent Number:** | **5,825,352** |
| [45] | **Date of Patent:** | **Oct. 20, 1998** |

[54] **MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD**

[75] Inventors: **Stephen J. Bisset**, Palo Alto; **Bernard Kasser**, Menlo Park, both of Calif.

[73] Assignee: **Logitech, Inc.,** Fremont, Calif.

[21] Appl. No.: **608,116**

[22] Filed: **Feb. 28, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 582,768, Jan. 4, 1996, abandoned.

[51] **Int. Cl.**[6] ............................... **G09G 5/00**; G09G 5/08
[52] **U.S. Cl.** ........................................... **345/173**; 345/157
[58] **Field of Search** .................................... 345/156, 157, 345/160, 173, 174, 145; 178/18; 341/33

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,921,166 | 11/1975 | Volpe . |
| 4,103,252 | 7/1978 | Bobick ...................................... 345/174 |
| 4,455,452 | 6/1984 | Schuyler .................................. 345/173 |
| 4,550,221 | 10/1985 | Mabusth .................................. 345/173 |
| 4,639,720 | 1/1987 | Rympalski et al. ..................... 345/174 |
| 4,686,332 | 8/1987 | Greanias et al. ........................ 345/173 |
| 4,733,222 | 3/1988 | Evans ....................................... 341/33 |
| 4,736,191 | 4/1988 | Matzke et al. .......................... 345/157 |
| 4,914,624 | 4/1990 | Dunthorn ................................ 345/173 |

| | | |
|---|---|---|
| 5,016,008 | 5/1991 | Gruaz et al. ............................ 345/173 |
| 5,203,704 | 4/1993 | McCloud .................................. 434/156 |
| 5,327,161 | 7/1994 | Logan et al. ............................ 345/173 |
| 5,365,461 | 11/1994 | Stein et al. ............................. 364/550 |
| 5,376,946 | 12/1994 | Mikan .................................... 345/173 |
| 5,432,531 | 7/1995 | Calder et al. ........................... 345/173 |
| 5,442,376 | 8/1995 | Tannenbaum et al. ................. 345/156 |
| 5,463,388 | 10/1995 | Boie et al. ............................... 341/33 |
| 5,495,077 | 2/1996 | Miller et al. ............................ 345/173 |
| 5,528,266 | 6/1996 | Arbeitman et al. ..................... 345/173 |
| 5,543,591 | 8/1996 | Gillespie et al. ........................ 178/18 |
| 5,565,658 | 10/1996 | Gerpheide et al. ..................... 345/174 |
| 5,648,642 | 7/1997 | Miller et al. ............................. 178/18 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO 91/03039 | 3/1991 | WIPO . |
| WO 97/18508 | 5/1997 | WIPO ............................ G06F 3/033 |

#### OTHER PUBLICATIONS

Synaptics Brochure, "Synaptics Touch Pad," pp. 1–39.

*Primary Examiner*—Jeffery Brier
*Assistant Examiner*—Paul A. Bell
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew

## [57] ABSTRACT

Method and apparatus for detecting an operative coupling between one or more fingers or other appropriate objects and a touch pad includes processes for detection of multiple maxima with intermediate minima in appropriate sequences to emulate the operations of cursor control and button actuations in a pointing and control device.

**31 Claims, 17 Drawing Sheets**





*FIG. 1.*



FIG. 2.

FIG. 3.



FIG. 4.



FIG. 5.

U.S. Patent    Oct. 20, 1998    Sheet 4 of 17    5,825,352



FIG. 6-1.



*FIG. 6-2.*



FIG. 7A.



FIG. 7B.



FIG. 7C.





*FIG. 7D.*



*FIG. 7E.*



FIG. 7F-1.



FIG. 7F-2.



*FIG. 8-1.*



*FIG. 8-2.*



*FIG. 9-1.*



*FIG. 9-2.*

5,825,352

1

# MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD

## RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 08/582,768, filed Jan. 4, 1996, abandoned.

## FIELD OF THE INVENTION

The present invention relates generally to touchpad devices, and more particularly relates to touchpad devices which detect at least the presence of one or more objects such as fingers to effectuate preselected control functions.

## BACKGROUND OF THE INVENTION

Touch sensing devices are well known, and take a number of different forms. Perhaps the best known are resistive-membrane position sensors, which have been used in a number of different applications for many years. Such devices have been used as keyboards, position indicators, and so forth. Other types of touch sensing devices include resistive tablets, surface acoustic wave devices, touch sensors based on strain gages or pressure sensors, and optical sensors.

Yet another touch sensing technology is capacitive sensing, in which the location of a finger (or in some instances another object such as a stylus) over a sensing device is determined by virtue of variations in capacitance under and around the location of the finger. Typical of capacitive touch sensing devices are touch screens and capacitive pads which employ a matrix of row and column electrodes and detect, for example, either the transcapacitance between row and column electrodes or the effective capacitance to virtual ground. Other capacitive techniques are also known. Some touch sensitive devices are known to use interpolation for more precisely identifying the location of a finger or stylus.

Typical of each of these prior art devices is that each of them senses any contact as that of only one finger at a time. Cursor movement is straightforward with one finger, and tapping of a finger on the surface of the pad can be detected and acted upon in a manner similar to detecting the actuation of a button on a mouse. Single and double taps can be used as simple equivalents of single and double mouse clicks.

With a single-finger touchpad, the click and drag function is more difficult. With single finger detection, dragging has been implemented with schemes such as uptap (finger lifted and placed down again quickly), tap-and-a-half, and sticky drag (drag lock turns on automatically after the finger is placed in one location without moving for more than a certain time, such as one second). All of these methods take more time and/or more finger motions than it takes to perform the equivalent function with a mouse, and are not intuitive to users familiar with electronic mice. Prior art touch pads are thus less attractive for general use than a mouse.

Another commonly used function in the prior art is that of clicking a box (or icon or displayed "button") or series of boxes (such as "connecting the dots"). With a mouse, the cursor is moved into position by moving the mouse, then the click occurs with a down-up motion of the finger to actuate a button or switch. With a touchpad typical of the prior art, the cursor is moved into position with the finger, then the click occurs with a tap of the finger which moved the cursor.

2

This requires an up-down-up-down finger motion to do the same thing as simply the "down-up" motion of the mouse button. In general, any touchpad equivalent to a mouse button-clicking function requires an extra "up . . . up" motion of the finger, because the finger must be lifted off the pad before and after the tap.

The time and stress associated with the extra motion is significant. Human factors studies have shown that such touchpads yield lower productivity than a mouse in many applications. This somewhat limits touchpads to those applications, such as portable computing, where use of a mouse is inconvenient due to space or other considerations. There is therefore a need for a touchpad capable of yielding the same productivity as a mouse.

## SUMMARY OF THE INVENTION

The present invention provides a novel method and apparatus for sensing the proximity of multiple simultaneous fingers or other appropriate objects to a touch sensor. The present invention may be implemented based on any conventional touch sensing technology, although an exemplary embodiment involves the use of a capacitive touch sensing device similar to that described in U.S. patent application Ser. No. 08/478,290, entitled Touch Sensing Method and Apparatus, filed Jun. 7, 1995, and assigned to the assignee of the present application. The numerous modifications to such a basic device required to implement the present invention are described generally below, and in detail hereinafter. Alternatively, the present invention may be used with the method and apparatus described in the U.S. patent application Ser. No. 08/582,769, entitled Touch Pad Sensing Method and Apparatus, having as inventors Bemi Joss, Bernard Kasser and Stephen Bisset, filed on Jan. 4, 1996, and assigned to the assignee of the present invention, the relevant portions of which are incorporated herein by reference.

Operation of the present invention includes two aspects: detection of multiple objects, typically fingers, and assignment of various functions to particular actions by the movement of one or both fingers. The detection function can be general, but in a simple, exemplary implementation can be limited to a two-finger function such as the combination of the index finger and middle finger. In general, these are the two most dextrous fingers, and they work well together. As a result, for this exemplary embodiment, the touchpad need only distinguish between the two fingers in one dimension since the two fingers are typically side by side. In addition, the touchpad need only detect the second finger in reasonably close proximity to the first finger. In most situations, the distance between finger centers will be less than five centimeters. Additional combinations of fingers, such as three fingers tapping simultaneously or other combinations, may also be implemented in accordance with the methodology of the present invention.

For clarity of explanation, the present invention can be described in most of its applications by establishing one finger as controlling movement of the cursor, and the second finger as controlling functions equivalent to a mouse button or switch. In this context, one finger may be considered the "point" finger, while the other is the "click" finger. Various conventional functions may then be defined accordingly. For example, "drag" may be effected by moving the two fingers in unison, "point and click" may be effected by moving the cursor with the first finger and tapping with the second finger, "point and double click" may be effected by moving the cursor with the first finger and double tapping with the

5,825,352

3

second finger, and so on. "Click and Drag" may be performed simply by moving the cursor to the appropriate position with the first finger, placing both first and second fingers on the pad, and moving both fingers together. The function may be concluded by simply raising one or both fingers. Similarly, connecting the dots may be performed simply by moving the cursor from dot to dot with the first finger, and then clicking on the dot by tapping with the second finger. It will be apparent to those skilled in the art that these functions may be defined differently and still fall within the scope of the present invention. It will also be apparent that many of these operations will be intuitive to experienced mouse users, as soon as the correspondence between mouse functions and the two fingers is demonstated to the user, and thus their implementation in a touchpad context makes them especially desirable.

In addition to the foregoing functions, which can be performed (albeit awkwardly and less intuitively) with conventional touch pads, there are additional functions that can be performed with two fingers and which can have substantial analogs to the use of a mouse or even go beyond conventional mouse functions. For example, detection and location of two fingers will permit the touchpad to report to a host system the distance between the two fingers. This can be used, for example, in paint or other programs to determine line width or other spacing functions, or any other "variable value" function. Similarly, tapping with both fingers at the same time may be defined as an alternate, shorthand method for a double tap (such as may be defined for the middle button in a Logitech mouse) or may be defined as a special function, similar to the "right button" functions of a mouse. Such special functions may have particular value in operating systems such as Windows 95 where, for example, implementation of the Object Viewer function is an important special function. Such functions can be implemented readily with a triple finger tap, a double tap of two fingers, or other convenient combination.

Another function which may be implemented with two finger detection is "drag lock". This function may be used when a drag function is underway, but at least one of the fingers reaches the edge of the pad before the drag function is complete. Touchpad operation may be controlled to maintain the drag mode if, for example, both fingers are lifted off the pad within a threshold period of one another, and are then placed down on the pad again within a suitable time period. In some implementations, highly extended time periods may be suitable in this context.

A further function which may be readily implemented with the present invention is the ability to operate in relative mode, where a first finger performs a key function, and a second finger controls some attribute of the operation performed by the first finger. For example, a first finger contacting a touch pad may cause a cursor to move across a screen, while contact (and removal) of a second finger with the screen may turn an image, or "ink" on (and off). The resulting image, or "ink," is defined by the motion of the first finger during the period when the second finger is also in contact with the pad; gaps in the "ink" occur when the second finger is lifted away from the pad. The function may, in some ways, be thought of as electronic finger painting, but has the additional advantage of allowing multiple characters to be written on a touch pad. Thus, with the use of two fingers, hand printing of text with gaps between the letters and words becomes feasible and convenient, whereas it is impractical with the prior art "tap and a half" method of turning on the ink.

Yet another function which may be implemented with the present invention is use of the touchpad in absolute mode.

4

Most prior art touchpad devices operate, like mice, in relative mode by indicating the distance travelled relative to the starting point of the motion. Touchpads, on the other hand, can also be operated in absolute mode, where the absolute position of the finger on the pad is detected and reported to the host system or application. In absolute mode, multi-finger detection allows the first finger to point to the desired absolute position, while the second finger performs whatever "click" operation is desired without requiring a removal of the first finger which might lessen accuracy or resolution.

Also included within the present invention is the detection and location of more than two fingers, with accompanying functional definitions permitting such multiple contacts to indicate pointing device or other control operations, such as musical keyboards.

It is therefore one object of the present invention to provide a touchpad system capable of detecting a plurality of contacts such as fingers.

It is a further object of the present invention to provide a touchpad device capable of locating a plurality of contacts such as fingers.

It is a further object of the present invention to provide a method for detecting the presence of more than one finger on a touch pad device.

It is a still further object of the present invention to provide a method for locating each of a plurality of fingers on a touch pad device.

It is yet another object of the present invention to provide a method for effecting the "point and click" function on a touchpad through the use of multiple fingers.

Yet a further object of the present invention is to provide a method for effecting the "click and drag" function on a touchpad through the use of multiple fingers.

A still further object of the present invention is to provide a method for effecting on a touchpad, through the use of multiple finger contacts, a plurality of conventional mouse button functions.

Yet another object of the present invention is to provide a method and apparatus for effecting on a touchpad, through the use of multiple finger contacts, a plurality of enhanced functions.

Yet a further object of the present invention is to provide a method and apparatus for electronic finger painting.

These and other objects of the invention may be better appreciated from the following detailed description of the invention, taken together with the appended figures.

THE FIGURES

FIG. 1 shows a perspective view of a device according to the present invention.

FIG. 2 shows in block diagram form the electronics of the present invention.

FIG. 3 shows a finger profile for two non-overlapping fingers as sensed by the present invention.

FIG. 4 shows a finger profile for two closely-spaced fingers as sensed by the present invention.

FIG. 5 shows in flow diagram form the steps for a high level algorithm for a pointing device according to the present invention.

FIG. 6 shows in flow diagram form the steps for computing motion and "button" states.

FIGS. 7A–7F2 show in diagrammatic form an exemplary sequence of finger contacts and movements across a touch sensor.

5,825,352

| 5 | 6 |

FIG. **8** shows a more generalized case of FIG. **5**.

FIG. **9** shows a more generalized case of FIG. **6**.

### DETAILED DESCRIPTION OF THE INVENTION

Referring first to FIG. **1**, a plurality of a user's fingers **10A** and **10B** are shown positioned over a touchpad **20** in sufficiently close proximity to be operatively connected thereto. Movement of a single finger over the touchpad causes the cursor to move in a now-conventional manner. However, unlike prior art devices, various control functions may be performed by the use of the second finger, typically in combination with the same or a related operation of the first finger. Operations involving more than two fingers may also be performed. In an exemplary embodiment, the touchpad of the present invention reports to a host either the relative motion of a finger across the touchpad or changes in "button" status.

Referring next to FIG. **2**, the operation of the touchpad **20** may be better appreciated. In particular, FIG. **2** shows in block diagram form the electronics implemented to form an exemplary touchpad **20**. A touchpad matrix **30** is composed of a plurality of rows **35** and columns **40** of wires or traces arranged in a conventional manner; see U.S. patent application Ser. No. 08/321,987, filed 12 Oct. 1994, entitled Touch Pad Sensor with Simultaneous Sensing, commonly assigned with the present application. The rows and columns are connected to an analog multiplexor **45** through a plurality of X (row) direction conductors **50** and a plurality of Y (column) direction conductors **55**, one conductor for each row and each column. Under the control of a microcontroller **60**, the analog multiplexor **45** selects which traces of the matrix **30** will be sampled, and the output of those traces is then provided to a capacitance measuring circuit **70**. One suitable capacitance measuring circuit is described in aforementioned U.S. patent application Ser. No. 08/321,987, commonly assigned with the present invention and incorporated herein by reference; another is described in U.S. patent application Ser. No. 08/478,290, filed 7 Jun. 1995, entitled Touch Sensing Method and Apparatus and also commonly assigned with the present invention and incorporated herein by reference.

The output of the capacitance measuring circuit is then provided to an analog to digital converter **80**, which operates as described in either of the above-referenced patent applications to convert the capacitance values from the circuit **70** into a digital representation. The analog to digital converter **80** then supplies the signals to the microcontroller **60**, which operates to form, among other things, a finger profile for one or more fingers, X-Y cursor data, and control signals. Depending on the operation being performed at the particular time, the output of microcontroller **60** is then supplied to an interface to a PC or other device, such as a PS/2 interface, an RS-232 interface, or an Apple Desktop Bus (ADB).

A key feature of the present invention is its ability to distinguish the presence of multiple fingers either touching or in operative proximity to the touchpad **30**. In a typical embodiment, the operation of the circuit of FIG. **2** cycles continuously. As noted above, the cycle begins by scanning the traces and measuring the capacitance on each trace. Then the portion of each measured capacitance that is induced by the presence of a finger is extracted, and this finger-induced capacitance is stored in RAM, as X(1) through X(Xcon) and Y(1) through Y(Ycon), as described below. The finger-induced portion of the measured capacitance is determined by subtracting a value, for each trace, representing the capacitance when no finger is present. This "no-finger" capacitance is measured and stored at a time previous to the beginning of the cycle described herein, and is described more fully in U.S. patent application Ser. No. 08/478,290, filed 7 Jun. 1995 and commonly assigned.

It has also been found by applicant that it is not necessary, in all embodiments, to subtract the "no-finger" capacitance if techniques other than calculation of a centroid are used to locate the position of the fingers, and such subtraction is not required even in all instances in which a centroid is calculated. However, in at least some embodiments the sensitivity and hence the resolution of the calculated finger location is enhanced by such subtraction.

Referring again to the exemplary embodiment, the values of finger-induced capacitance are then processed to calculate a position, detect whether one or more fingers is in operative contact with the pad surface, and to detect any changes in the number of fingers operatively coupled to the pad. If the cycle is repeated rapidly enough to update a graphical user interface approximately 30 times per second or more, the appearance of smooth and instantaneous response is provided to the user. For functions other than pointing, such as handwriting with the finger, a faster scan rate may be required and may, for example, be on the order of 200 scans per second.

Referring next to FIG. **3**, a finger profile is shown indicative of the presence of two fingers, spaced apart from one another. In particular, the circuitry, software or firmware of the touchpad circuitry, such as that shown in FIG. **2**, detects a first maxima **85** indicative of a first finger in operative proximity to the touchpad **30**, followed by a minima **90** indicative of a space between the fingers, and further followed by another maxima **95** indicative of a second finger operatively coupled to the touchpad **30**. It will be appreciated that, for operations involving more than two fingers, more maxima will be detected with an appropriate number of intermediate minima.

Although the finger profile shown in FIG. **3** suggests that the intermediate minima separating the two fingers is a zero value, it is not necessary in all instances that the minima be zero. Thus, for example, FIG. **4** reflects a finger profile with a nonzero local minima **100** intermediate the two maxima **105** and **110** indicative of two fingers operatively coupled to the touchpad. This finger profile simply reflects two fingers placed closely to one another, but still yields a valley for measurement of the minima.

To operate effectively, the present invention must detect and distinguish the presence of a single finger, and the presence of multiple fingers. As noted previously, the second or additional fingers are typically involved to provide "button" or control functions, similar to actuation of the buttons or switches on a mouse. Although the following example describes in detail the use of only two fingers, one for cursor control and a second as a button, the teachings herein are believed sufficient to permit those skilled in the art to construct apparata using multiple fingers for additional buttons.

To avoid artifacts, a threshold may be applied to the both the maximum and minimum distance between the maxima representative of multiple fingers. For example, a threshold requiring the maxima to be within five centimeters of one another may be used to limit the maximum distance between the fingers; other thresholds may be appropriate in some embodiments. A threshold representative of the minimum distance may be configured by establishing a maximum value of the local minima **100**.

5,825,352

7

In an exemplary embodiment, the operation of the system of FIG. 2 is controlled in either firmware, software or hardware. Shown in FIG. 5 is a flow diagram showing the general operation of such software or firmware which is capable of detecting multiple fingers, and which uses the algorithm of FIG. 6, discussed hereinafter. The variables found in the flow diagram of FIG. 5 are defined below:

| Name | Definition |
|---|---|
| Xabsolute | Finger position in X direction, calculated during the current cycle relative to the sensor pad. |
| XabsolutePrevious | The value above stored from the previous cycle. |
| Yabsolute | Similar to Xabsolute. |
| YabsolutePrevious | Similar to XabsolutePrevious. |
| Xbutton | Has value Up or Down (regardless of previous state). |
| XbuttonPrevious | The value above stored from the previous cycle. |
| Ybutton | Similar to Xbutton. |
| YbuttonPrevious | Similar to XbuttonPrevious. |
| Xmotion | Cursor motion in the X direction, relative to the cursor position of the previous cycle (only reported if either or both Xmotion and Ymotion are non-zero). |
| Ymotion | Similar to Xmotion. |
| Button | May be Up or Down (only reported if a change from the previous cycle). |

It will be understood by those skilled in the art that a "report" means transmitting information to an application process executing on a host, such that the cursor is moved or a function is performed. In some instances, driver software executing on the host may ascertain the existence of finger movement, while in other instances including the exemplary embodiment described herein the determination of finger movement occurs in the firmware in the pointing device.

Referring still to FIG. 5, the cyclical process begins at step 400, and continues at step 410 by scanning the conductor sensors. The sensors may be scanned sequentially or concurrently, depending on the hardware implementation. The scan process measures the values of finger-induced capacitance for each of the conductors, and stores the values in RAM at step 420. The cycle process continues by performing the Xcompute loop of FIG. 6 discussed hereinafter, and also the Ycompute loop analogous to FIG. 6, at step 430 and 440, respectively. In general, the function of the Xcompute and Ycompute processes is simply to evaluate the current measurements by calculating the centroid of the finger measurement, and by detecting whether a second finger is touching the pad—which determines the button state.

In the exemplary embodiment, only a change in the button state is reported. As a result, at step 450 the value of Button is set to No Change. In addition, in the exemplary embodiment a tap or double click by only a first finger is not acted upon, although a tap by a second finger or by multiple fingers is acted upon. In the exemplary arrangement, a "button down" condition is only reported if both fingers are in operative contact with the touchpad.

The process continues by comparing the current and previous button states of the X and Y conductors. First, at step 460, the state of Xbutton is checked to see if it is Down and the state of XbuttonPrevious is checked to see if it is Up. If both compares are true, then the variable Button is set to Down at step 465. In addition, at step 470, the state of Ybutton is checked to see if it is Down and the state of YbuttonPrevious is checked to see if it is Up. If both compares are true, the variable Button is also set to Down.

Alternatively, as determined at step 480, if the state of Xbutton is Up and the state of XbuttonPrevious is Down, or,

8

as checked at step 490, the state of Ybutton is up and YbuttonPrevious is Down, then the variable Button is set to Up at step 495.

If the button was set to Down at state 465, or Up at step 495, or if the results at steps 480 and 490 are NO, the process advances to step 510.

At step 510, Xmotion is set to the sum of Xabsolute less XabsolutePrevious, and at step 520, Ymotion is set to the sum of Yabsolute less YabsolutePrevious. Then, at step 530, the state of Button is checked and, if it is changed by being either Up or Down, both Xmotion and Ymotion are set to zero at step 535, indicating that the user has actuated a button and no cursor movement should occur.

In addition, if Button equals Up or Down, the state of Button is reported at step 540. At step 550, Xmotion and Ymotion are compared to zero, and if either is not zero then both Xmotion and Ymotion are reported to the microcontroller. It will be apparent that this indicates a cursor movement, typically reflective of the movement of a single finger over the touchpad, or two fingers in some modes such as Click-and-Drag.

Further, at step 560, whether there is motion reported or not, the variable XabsolutePrevious is set to the value of Xabsolute, and at step 570 the variable YabsolutePrevious is set to the value of Yabsolute. Similarly, at step 580 the value of XbuttonPrevious is set to Xbutton, and at step 590 the value of YabsolutePrevious is set to Yabsolute. The cycle then repeats by returning to step 400. It will be apparent that the foregoing algorithm can be readily extended to include additional fingers beyond two, representative of additional buttons. In such an instance, compare steps for current and previous states of each button would be conducted, and "up," or "down" conditions would be reported for each such button. In some embodiments it may be desired to report "no change" conditions, and the foregoing algorithm could be readily modified to provide such reporting.

Depending on the desired configuration, second and third buttons may be implemented, for example, either by requiring a combination of two or more fingers to indicate operation of a second button, or by the independent movement of additional fingers or other objects. In this latter embodiment, it may be desirable to implement distance thresholding, to ensure that movement of a second or additional button finger is not mistaken for movement of the first or other button finger.

Set forth in FIG. 6 is a flow diagram setting forth the steps for computing motion and "button" states in the X direction, or what may be referred to as "Xcompute." An analogous calculation is performed for the Y direction, or what may be referred to as "Ycompute." The algorithm uses the following variables and constants:

| Name | Definition |
|---|---|
| X(N) | Values, stored in memory, of finger-induced portion of capacitance measured on each conductor. N varies from 1 to Xcon. [When no finger is contacting the pad above a conductor, the value is approximately zero. In addition, X(0) is initialized to a value of 0.] |
| X(N-1) | Value of finger-induced sensor conductor capacitance for the previous conductor. |
| Xcon | The number of sensor conductors in the X direction. |
| Fthresh | The minimum threshold that X must reach before a finger is considered to be present. [Sets the touch sensitivity of the pad.] |
| Xpeak1 | Variable to store the value of the first peak X value. |
| Xvalley | Variable to store the value of a local minimum (if any) between 2 peaks. |

5,825,352

**9**

-continued

| Name | Definition |
|------|------------|
| Xpeak2 | Variable to store the value of the second peak X value (if any). |
| Xsum | Variable to accumulate the sum of the X values, for centroid calculation. |
| XweightSum | Variable to accumulate the sum of the X values, weighted by N (the position of the conductor), for centroid calculation. |
| Xstate | A variable which can have values Peak1, Valley, Peak2 or Tail, to indicate which part of the finger profile we are currently searching for. The Tail state is simply the remainder of the scan after a second peak (in the exemplary embodiment) has been identified. |

It will be apparent to those skilled in the art that the "Ycompute" variables and constants differ only in replacing X by Y.

The algorithm for Xcompute starts at step **200**, followed by initialization of variables at step **205**. For Xcompute, the variables initialized are N, which is set to zero, and the value of X(0), which is also set to zero. In addition, Xpeak1, Xvalley, Xpeak2, Xsum and XweightSum, are all set to zero. In addition, the state of Xstate is set to Peak1.

At step **210** a loop, referred to as "Xloop" starts. The purpose of Xloop is to calculate the X centroid, by accumulating the sum and weighted sum of the X values for all the X conductors from one to Xcon. Thus, the loop typically starts with the value of N=0 and increments by one at the beginning of each cycle until the value of N=Xcon. The steps of the loop include step **215**, where N is incremented to N+1 and the value X(N) of the current conductor is added to the prior accumulated value, Xsum, which then becomes the new value of Xsum. The loop then continues at step **220**, where the prior value of XweightSum is added to a weighted value of X(N), where the weighting is done by multiplying X(N) by the number N of the conductor being sampled. The sum of XweightSum and N*X(N) then becomes the new value of XweightSum.

The XLoop continues at step **225**, where one of a series of subloops is selected depending on the value of Xstate. Since Xstate is initially set to Peak1, the first subloop entered is the Peak1 subloop, beginning at step **230**. At step **230** the value of X(N) is compared to the value of X(N−1) and, if X(N) is greater than or equal to the value of X(N−1), the first peak has not yet been reached. As a result, the loop jumps to step **235**, at which points the value of N is compared to the value of Xcon. If the finger-induced capacitance measured at the last conductor has not been evaluated, the result is a NO and the process jumps to step **215** to repeat with an incremented value of N.

At some value of N the value of X(N) is less than the value of X(N−1), at which point the check at step **230** yields a NO. At this point, the peak has been found and at step **232** the value of Xpeak1 is set to X(N−1) and the value of Xstate is set to Valley. The system then jumps to step **235**, where a check is made to see if the last conductor has been measured by comparing N to Xcon. As before, if the capacitance change measured at the last conductor has not been checked, the result is a NO, and the process loops to step **215** and repeats.

When the process begins with the next increment of N, a NO will result at step **225**, so that the process will jump to step **250**, where a check is made to see if Xstate equal Xvalley. Since it now does, a YES results and the process branches to step **255**. At step **255** a X(N) is compared to X(N−1). If X(N−1) is not greater than or equal to X(N), the valley has not yet been found, causing a further jump to step **235** and a repeat with an incrementally higher N. If a second finger is touching the pad then eventually the value of X(N−1) will be geater than or equal to the value of X(N), such that the valley is detected. At this point, at step **262**, the value of Xvalley is set to X(N−1) and Xstate is set to Peak2. The process then jumps to step **235**, where it repeats from step **215** unless the last conductor in the matrix has been evaluated.

On the next cycle, a NO result is reached at both step **225** and step **250**, causing a jump to step **270**. At step **270** the state of Xstate is compared to Peak2, and a YES result will occur. This results in a compare between X(N) and X(N−1) at step **275**, to look for a second peak, in a manner substantially identical to the process by which the first peak was found. As long as X(N) is greater than or equal to X(N−1), the peak has not been found, so the process jumps to step **235**, and then to step **215** until the change measured at the last conductor has been evaluated.

As before, the value of X(N) will eventually start to decrease, such that X(N) will be less than X(N−1). At this point, at step **278**, the value of Xpeak2 is set to the value of X(N−1) and the state of Xstate is set to Tail. The "tail" is the remaining portion of FIG. 4 following the second peak. While a Tail state is used in the exemplary embodiment, such a state may not be necessary in all embodiments.

The process then cycles through until the last conductor measurement has been considered, at which point N does equal Xcon when the check at step **235** is made. With a YES result, the process branches to a thresholding comparison at step **290**.

In an exemplary embodiment, the Xcompute process then continues by calculating the centroid for the fingers detected, so long as the maxima exceed a threshold value. In accordance with the present invention, two approaches may be used in calculating centroid values. In a first implementation, only a single centroid value is calculated for the combination of one or more fingers. In this arrangement, it will be apparent that, when a second finger contacts the touchpad, the centroid "jumps" laterally approximately to the midpoint of the two fingers. In a second implementation, a centroid value may be calculated for each maxima, yielding multiple centroid values when multiple fingers interact with the pad. For purposes of clarity, the following description will be limited to the first implementation.

Thus, at step **290** the values of Xpeak1 and Xpeak2 are compared to Fthresh, and if either or both are greater then Xabsolute is set to the value of XweightSum/Xsum at step **295**, which causes the X centroid to be calculated. If neither peak exceeds Fthresh, then no finger is deemed present and Xbutton is set to Up at step **315**.

If both Xpeak1 and Xpeak2 were greater than Fthresh, the Xcompute process continues at step **305** by comparing the difference between Xpeak1 and Valley to the value of Xpeak1 divided, for example, by four. If the difference is the greater of the two, then the difference between Xpeak2 and Valley is compared to the value of Xpeak2 divided, for example, by four. If the difference is greater than the dividend, the Xbutton is set to Down at step **310**. Otherwise, the value of Xbutton is set to Up at step **315**. The comparison described above is provided to ensure that a legitimate valley and two legitimate peaks have been detected, to avoid artifacts. It will be appreciated, given the teachings herein, that other comparison methods or divisors other than four may be used for this purpose.

The Xcompute loop then ends at step **320**. It will be appreciated by those skilled in the art that the foregoing is

5,825,352

11

a simplified algorithm and does not include compensation for settling, moisture and noise. Noise thresholding may be provided in at least some embodiments, if noise causes the curve to be non-monotonic; settling and moisture may be dealt with in a similar manner.

The Ycompute loop is performed similarly, as noted above. Depending on the particular arrangement desired, and the associated hardware, the X and Y compute processes may be performed sequentially in either order or concurrently.

While the foregoing example describes identification of minima and maxima in the X and Y directions, it will be apparent that an analysis along a diagonal or some other angular direction may be preferred in some instances, and is still within the scope of the present invention.

It will be appreciated that the foregoing describes a new and useful method and apparatus for detecting a plurality of fingers operatively coupled to a touch pad sensor for enabling a variety of mouse-like operations. A second portion of the invention involves using the previously detection methodology to perform various cursor movement and control functions similar to those well known to users of electronic mice and trackballs.

As previously noted, the first finger is most commonly associated, in the prior art, with cursor movement, while various tapping motions [e.g., tap and tap-and-a half] of that first finger have been implemented to perform various control functions. Unlike such prior art, however, various movements (including sequences of taps) of additional fingers or combinations of the first and additional fingers are provided to enable such control functions in the present invention. Depending on the implementation desired, it is also possible to implement a superset of the prior art control functions together with the more robust control function set available with the present invention.

Note that in the preferred embodiment, the user may arbitrarily choose which finger he or she uses as the "first" or "second" or additional fingers. Thus, for example, one user may choose the index finger as the first finger and the middle finger as the second finger, while another user may prefer the reverse or some different combination. In the preferred embodiment, the only distinction between the first, second and additional fingers is the sequence in which they are placed in contact with the touchpad surface, or removed from it. In any case where a second or additional finger or fingers is placed down after a first finger, or multiple fingers, is already in contact with the pad, the newly placed fingers can be in any relationship to those already in contact with the pad, such as to the left, to the right, above or below. The only requirement is that, in the profile of finger-induced capacitances, the profile of the newly placed finger exhibits a zero value or a local minimum on each side of its peak value, in at least one of the X and Y directions, so that it may be distinguished from the other finger(s) in contact with the touchpad.

In particular, the ability of the previously described methodology to recognize multiple fingers allows the first finger to serve, essentially, as the "point" finger, while additional fingers serve as the "click" finger(s). Combinations of the first, second, and perhaps additional fingers can then enable numerous conventional functions to be performed based on the mapping of a variety of sequences of taps or finger movements to a set of conventional pointing device functions, where the pointing device could be a touchpad, mouse, trackball, joystick, or stylus, for example. It will be apparent to those skilled in the art, given the foregoing description, that the present invention can detect, for

12

example, relative movement of the first finger, together with a tap of the second or more fingers at some point, followed either by removal of both fingers, further movement of the first finger, or further movement of both fingers. Such sequences can, essentially, be viewed as a series of scans in which one or more fingers were found to be either present or absent in any given scan, with motion, or lack thereof, of the finger or fingers across the touch sensor interspersed between changes in the number of fingers in contact with the touchpad. The specific sequence can then be analyzed to determine whether only a cursor movement is involved or whether a control function is intended. If a control function is intended, the specific control function can then be identified.

Referring to FIGS. 7A–7F, there is shown in diagrammatic form an exemplary sequence involving operative coupling of a plurality of fingers with a touch sensor to cause both a cursor movement and a control function. More specifically, FIG. 7A shows a series of movements of one or more fingers across a touch sensor, including various finger taps. FIGS. 7B–7F show, for each of the numeric references in FIG. 7A, an exemplary video display, an exemplary position of one or more fingers on the touchpad, and X and Y finger profiles appropriate to that finger contact. It will be helpful to define certain conventions used in FIGS. 7A–7F before discussing these figures. In FIG. 7A–7F, contact between a finger and the touch pad is indicated by a solid circle within the fingertip; an absence of contact between a fingertip and the touch sensor is indicated by the absence of circle within the finger tip. A tap—i.e., an up and down motion—by a finger is indicated by a dashed circle. Movement of the fingers from a first to a second point while in contact with the touch sensor is indicated by a solid arrow. Movement of the fingers from a first to a second point with the fingers not in contact is indicated by a dashed arrow. With these conventions in mind, FIGS. 7A–7F can be better understood.

In particular, and with reference to FIG. 7A in combination with FIG. 7B, an initial series of scans 700 indicates the presence of a single finger in contact with the touch sensor, with the changing X,Y location between 700 and 705 indicating relative motion by the finger across the touch sensor. At 710, a second finger is detected in contact with the touch sensor, and continues to be operatively coupled to the sensor for several more scans without significant relative motion across the sensor. At 720, the second finger is removed, while the first finger remains. From 720 until 730 (shown in FIG. 7C) the first finger continues its relative motion, while at 740 the second finger is again placed down. The scans of the sensor then detect both the first and second finger being moved together across the sensor until the scan at 750, then both fingers are removed at 755. Thereafter, both fingers are again placed on the sensor at 760 (shown in FIG. 7D), where they remain for a few more scans until 770, at which time they are both removed. Three fingers are placed on the sensor at 780, and removed a few scans later at 790. Thereafter, three fingers are placed on the sensor at 800 (FIG. 7E), moved across the touch sensor for a few scans from 800 to 805, and are then removed at 810. Finally, as shown at 820 (FIGS. 7F1–2), one finger is placed down while the adjacent finger is moved, such as might be desirable for marking text or other functions. When the finger is moved as far as is practicable, the moving finger is picked up at 825 and placed down again at 830 for further movement. The moving finger can be picked up and placed down again as often as desired. Eventually the other, substantially fixed finger is lifted at 835, causing a "button up" condition.

5,825,352

13

While the foregoing sequence can be programmed to define any number of cursor movement and control functions, an exemplary definition of the functions associated with such sequences can be the following: For the period from **700** through **705** the relative motion of a single finger can be defined to mean cursor movement for that period, from the beginning point until the relative ending point. During the period **710** to **720**, a second finger is detected and then removed, which is defined in an exemplary embodiment as a single finger tap which may be a "select" function such as selecting one item from a screen menu. During the period **720** until **730**, the single finger again moves the cursor, while at **740** the second finger reappears to enable a different function. The second finger moves across the sensor, together with the first finger, until at **755** both fingers are removed. Again, such sequences—all of which may be regarded as gestures—can be mapped to control functions in numerous ways, but one reasonable definition is that the presence of two fingers engaged in relative motion is a "drag function," such as where an entity was selected by the first tap and dragged to a new location, where it is dropped by the removal of both fingers at **750**.

Then, at **760**, both fingers reappear and remain for a few additional scans until both are removed at **770**. This gesture, which may be considered a "two finger tap," can enable numerous functions, but an exemplary definition is the classical "double-click" of a standard left mouse button, or the click of a middle button on some three button mice, such as those sold by Logitech, Inc., and could, for example, activate a function or application associated with the item to which the cursor is pointing.

Next, the sequence from **780** to **790**, when the three fingers reappear and are then removed, is a "three finger tap", and can be regarded, for example, as a right mouse button click which may, for example, activate a menu specific to the item to which the cursor is pointing. Finally, the sequence from **800** until **810**, in which three fingers reappear, move across the touch sensor and are then removed, may in an exemplary embodiment be seen as a shortcut to a multi-sequence function. For example, such a movement might be defined as a scroll function, which might otherwise require the user to move the cursor to a scroll bar, drag and drop a scroll box, and return the cursor to the working area of the screen. Finally, the sequence from **820** through **830** can be analogized to holding down a mouse button (for example the left mouse button), rolling a mouse whatever distance is convenient for the user, then picking up the mouse (while continuing to hold down the button) and placing the mouse down again at a position convenient for further movement of the mouse. One example of the use of such a sequence is the marking of text. The algorithm for recognizing movement by one "cursor" finger while the other "button" finger is maintained in position is a generalized case of the algorithm shown in FIGS. **5** and **6**, and is described in greater detail in FIGS. **8** and **9**. Other functions which can be implemented with such gestures include an "ink" function (mentioned above), entry of variable values, and use of the sensor in absolute mode.

Referring next to FIGS. **8** and **9**, the generalized case associated with FIGS. 7F1–2, but also applicable to the remaining functions, may be better appreciated. In the exemplary algorithm shown in FIGS. **8** and **9**, a determination is made whether zero, one or two fingers are in contact with the touchpad. Depending on how many fingers are identified, various operations are permitted. It will be appreciated that FIG. **8** is analogous to FIG. **5**, while FIG. **9** is analogous to FIG. **6**. For convenience, steps unchanged from

14

FIGS. **5** and **6** are in most cases referred to by the reference numerals used in those figures.

In FIG. **8**, the process begins in a manner identical to FIG. **5**, starting at step **400** and followed by scanning the conductors and storing the results of the scan in memory at step **405**, followed by Xcompute and Ycompute at steps **430** and **440**, respectively. For this embodiment, Xcompute is shown in FIG. **9**, and Ycompute is identical to Xcompute. At step **850**, a determination is made whether two fingers are in contact with the touchpad by evaluating both Xcompute and Ycompute. If neither Xcompute nor Ycompute indicate the presence of two fingers, the answer is NO and the process drops to step **855**. However, if either the Xcompute routine or the Ycompute routine indicates the presence of two fingers, the answer at step **850** is YES and the process moves to step **860**, where the value of the variable FINGER is set to 2.

If the answer at step **850** was NO, then a determination has to be made at step **855** whether one or no fingers are in contact with the touch sensor. If variables Xfinger and Yfinger do not both equal 1, then the comparison at step **850** is a NO and it is determined that no fingers are in contact with the touch sensor. In this case, the variable FINGER is set to 0 at step **865**. However, if the variables both yield a 1, then a determination is made that one finger is in contact with the sensor, and the variable FINGER is set to 1 at step **870**.

In either event, the process then moves to step **875**, where Xmotion and Ymotion are calculated in a manner identical with FIG. **5**. The process then continues at step **880**, where the variable Finger is compared to the value of FingerPrevious. If the value of Finger differs from the value of FingerPrevious, then a button actuation is assumed to have occurred, and Xmotion and Ymotion are set to zero at step **885**. However, if the value of Finger equals the value of FingerPrevious (i.e., the current number of fingers contacting the pad is the same as in the previous state), then the comparison of step **880** yields a YES, and the process moves to step **890**. At step **890** a comparison is made to determine whether there has been motion in either the X or Y directions. If neither Xmotion nor Ymotion is nonzero, a NO results and the process moves to step **895** where the variable Motion is set to NO. The same results obtains if the process goes through step **885**. However, if either Xmotion or Ymotion is nonzero, a YES results at step **890**, and the process moves to step **900** where the variable Motion is set to YES.

From either step **895** or step **900**, the process moves to step **905**, where a check is made to determine whether ButtonPrevious was up and the number of fingers detected is two. If the answer is NO, the process moves to step **910**. However, if a YES is obtained, the process moves to step **915** where the state of the Button variable is reported to the host as DOWN, and the variable ButtonPrevious is set to Down.

Referring again to step **910**, a check is made to determine whether either of two groups of conditions exist. A YES result may be obtained if ButtonPrevious is DOWN and and the value of the Finger variable is zero; or if ButtonPrevious is Down and the variable Motion is set to YES and the variable Finger is set to one. If none of these conditions exist, a NO result is obtained and the process moves to step **920**. However, if a YES does result, then the process moves to step **925** and reports to the host that Button is Up, while also setting the variable ButtonPrevious to Up.

If a NO resulted at step **910**, at step **920** a comparison is made between variables FingerPrevious and Finger, and the

5,825,352

15

state of the Motion variable. If FingerPrevious is the same value as Finger, and Motion has occurred (i.e., Motion is Yes), the process moves to step **930** and both Xmotion and Ymotion are reported. The process then moves to step **935**. However, if the comparison at step **920** yields a No, the process moves directly to step **935**. At step **935**, the value of XabsolutePrevious is set to the value of Xabsolute, the value of YabsolutePrevious is set to the value of Yabsolute, and the value of FingerPrevious is set to the value of Finger. The process then moves to step **940**, where it recycles by jumping back to start.

Referring next to FIG. **9**, the Xcompute process is shown in detail for the generalized case shown in FIG. **8**. As noted previously, the Ycompute process is identical and is therefore not shown separately. The process of FIG. **9** is identical to that shown in FIG. **6** up through step **290**, and the preceding steps will therefore not be discussed again. However, if a No results from the comparison at step **290**, a determination is made that no fingers are in contact with the pad. This causes the variable Xfinger to be set to zero at step **970**.

Steps **295** and **305** are unchanged from FIG. **6** and will not be discussed further. However, if a No results from the comparison at step **305**, then a determination is made that one finger is in contact with the sensor, and the value of the variable Xfinger is set to one at step **975**. By contrast, if the result at step **305** is a Yes, then a determination is made that two fingers are in contact with the sensor and the variable Xfinger is set to two at step **980**. Regardless of the number of fingers in contact with the sensor, the process moves to step **320** and ends until the next cycle.

Another function achievable with the detection method and apparatus of the present invention may be referred to as edge lock. Because a touch sensor can detect, in absolute terms, where on the sensor the operative coupling occurs, it is possible to detect that one or more fingers have reached the edge of the sensor. In some instances, the user intends to continue the movement he was engaged in when he hit the edge; for example, a drag function involving two fingers, in which the two fingers hit the edge before the object being dragged has reached its destination. In the environment of a mouse, the user simply picks up the mouse while holding the button down, puts it back down and moves again. In the context of a touchpad, however, removal of the two fingers may be perceived as termination of the function even though such termination was not intended. To avoid such problems, the function in which the user was engaged at the time the fingers hit the edge may remain active—i.e., locked in—for a delay period. If the fingers are placed down on the touchpad within the delay period, the user continues with the earlier function. If the user does not place down the fingers within a predefined delay, the function is terminated and a new function begins when the user again places the fingers in operative contact with the sensor.

It will be appreciated from the foregoing that the present invention allows numerous multi-finger gestures to be detected and converted to mouse-related functions for moving a cursor and control of operating environments or applications programs. However, while some exemplary functions and exemplary definitions for particular sequences have been provided above, it is to be understood that the present invention is not limited to the association of a particular function with a particular sequence or to any particular set of functions. Instead this aspect of the invention is directed to the ability to identify and process various sequences in which one or more fingers are either absent or present, interspersed with motion or lack of motion of the

16

finger or fingers across the touch sensor, to evaluate those sequences either locally or via software on the host, and to report appropriate signals to cause cursor movements or control functions to occur in applications programs or operating environments.

Having fully described various embodiments of the present invention, numerous alternatives and equivalents which do not depart from the invention will be apparent to those skilled in the art. It is therefore intended that the invention not be limited by the foregoing description, but only by the appended claims.

What is claimed is:

1. A method for detecting the operative coupling of multiple fingers to a touch sensor involving the steps of

   scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

   providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

2. The method of claim 1 further including the step of causing a pointing device click function to occur in response to the detection of at least a second maxima.

3. The method of claim 1 further including the step of enabling a "drag" function to occur in response to the detection of at least a second maxima.

4. The method of claim 1 further including the step of enabling a "select" function in response to the detection of at least a second maxima.

5. The method of claim 1 further including the step of enabling an "ink" function in response to the detection of at least a second maxima.

6. The method of claim 1 wherein said touch sensor includes a plurality of lines, said maxima being a largest local variation in a signal value on one of said lines due to capacitive coupling of a finger.

7. The method of claim 6 wherein said maxima are peaks.

8. The method of claim 1 further comprising the step of comparing a distance between said first maxima and said second maxima to a predefined threshold.

9. The method of claim 1 further comprising the steps of:

   providing a first control function in response to the detection of the movement of two fingers:

   detecting the reaching of an edge of said touch sensor by said two fingers;

   detecting a first time corresponding to the removal of said fingers from said touch sensor;

   detecting a second time corresponding to the replacement of said two fingers on said touch sensor; and

   continuing said first control function if said first and second times are within a predetermined time limit of each other.

10. The method of claim 1 further comprising the step of:

   detecting a distance between said first and second maxima.

11. The method of claim 1 further comprising the step of:

   providing a drag control function in response to detecting a movement in substantial unison of two said fingers.

12. The method of claim 1 further comprising the step of:

   providing a click function in response to the removal and reappearance of said second maxima within a predetermined period of time.

5,825,352

**17**

13. The method of claim **1** further comprising the steps of:

detecting a movement of said first maxima;

detecting a removal and replacement of said maxima within a predetermined time period;

controlling a cursor function in response to said movement of said first maxima; and

providing a control function in response to said removal and replacement of said second maxima.

14. The method of claim **1** further comprising the step of:

selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

15. The method of claim **1** further comprising the step of determining if said first and second maxima are within 5 centimeters, and only providing said indication of the presence of two fingers if said first and second maxima are within 5 centimeters.

16. The method of claim **1** further comprising the step of calculating first and second centroids corresponding to said first and second fingers.

17. The method of claim **1** wherein said first and second maxima are required to be higher than a first threshold, and said minima is required to be less than a second threshold.

18. A touch sensor for detecting the operative coupling of multiple fingers comprising:

means for scanning the touch sensor to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, and (c) identify a second maxima in a signal corresponding to a second finger following said minima, and

means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima.

19. The touch sensor of claim **18** further comprising:

means for selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

20. The touch sensor of claim **18** wherein said touch sensor includes a plurality of lines, said maxima being a largest local variation in a signal value on one of said lines due to capacitive coupling of a finger.

21. The touch sensor of claim **18** wherein said maxima are peaks.

22. The touch sensor of claim **18** further comprising means for comparing a distance from said first maxima to said second maxima to a predefined threshold.

**18**

23. The touch sensor of claim **18** further comprising:

means for providing a first control function in response to the detection of the movement of two fingers;

means for detecting the reaching of an edge of said touch sensor by said two fingers;

means for detecting a first time corresponding to the removal of said fingers from said touch sensor;

means for detecting a second time corresponding to the replacement of said two fingers on said touch sensor; and

means for continuing said first control function if said first and second times are within a predetermined time limit of each other.

24. The touch sensor of claim **18** further comprising:

means for detecting a distance between said first and second maxima.

25. The touch sensor of claim **18** further comprising:

means for providing a drag control function in response to detecting a movement in substantial unison of two said fingers.

26. The touch sensor of claim **18** further comprising:

means for providing a click function in response to the removal and reappearance of said second maxima within a predetermined period of time.

27. The touch sensor of claim **18** further comprising:

means for detecting a movement of said first maxima;

means for detecting a removal and replacement of said maxima within a predetermined time period;

means for controlling a cursor function in response to said movement of said first maxima; and

means for providing a control function in response to said removal and replacement of said second maxima.

28. The touch sensor of claim **18** further comprising:

means for selecting an appropriate control function based on a combination of a number of fingers detected, an amount of time said fingers are detected, and any movement of said fingers.

29. The sensor of claim **18** further comprising means for determining if said first and second maxima are within 5 centimeters, and only providing said indication of the presence of two fingers if said first and second maxima are within 5 centimeters.

30. The sensor of claim **18** further comprising means for calculating first and second centroids corresponding to said first and second fingers.

31. The sensor of claim **18** wherein said first and second maxima are required to be higher than a first threshold, and said minima is required to be less than a second threshold.

\* \* \* \* \*

# Exhibit 3

## INVALIDITY CHART FOR CLAIM 18 OF US PATENT NO. 5,825,352

| Claim 18 of the '352 Patent | April 6, 2007 Claim Construction Order | Elements Found In Prior Art |
|---|---|---|
| **18.1**: "A touch sensor for detecting the operative coupling of multiple fingers comprising:" | Not construed | **U.S. Pat. No. 7,109,978 (Gillespie, et al., filed 10/7/94 and issued 9/19/06):**<br><br>The '978 Patent claims a method for processing user input from a touch sensor pad that detects and indicates "an occurrence of a single gesture resulting from the simultaneous presence of at least two user input objects" (Claim 1).  It also claims a device that examines data from a capacitive sensor to "determine an occurrence of a single gesture resulting from the simultaneous proximity of at least two input objects" (Claims 4, 10).  The specification makes similar disclosures in the Abstract (referring to the occurrence of a single gesture involving application of two objects to a touch sensor pad); 5:31-33 (recognition of multiple-finger gestures); 5:57-61 (detecting and reporting if one or more points are touched); 7:17-20 (profiling the entire pad generates sufficient data to discern multi-finger gestures); and at 47:3-9 (two-finger gestures can be recognized by examining the shape of the sensor trace profile).  The steps and structures used to implement this method and device are further described in the rest of the specification and accompanying figures. |
| **18.2**: "means for scanning the touch sensor to" | "measuring the values generated by a touch sensor to detect operative coupling and determining the corresponding positions at which measurements are made" (12:22-24) | **U.S. Pat. No. 7,109,978 (Gillespie, et al., filed 10/7/94 and issued 9/19/06)**<br><br>The passages cited in 18.1 above disclose the use of capacitance values from a touch sensor pad to detect the simultaneous presence of two fingers (or other objects) and to determine their positions.  The means for implementing this function are further described at 9:42-22:36, and accompanying Figs. 1 to 8. |

| Claim 18 of the '352 Patent | April 6, 2007 Claim Construction Order | Elements Found In Prior Art |
|---|---|---|
| **18.3**: "(a) identify a first maxima in a signal corresponding to a first finger," | "identify a first peak value in a finger profile obtained from scanning the touch sensor" (15:1-2) | **U.S. Pat. No. 7,109,978 (Gillespie, et al., filed 10/7/94 and issued 9/19/06)**<br><br>As noted above, the '978 Patent claims and describes a method and device that use capacitance profile data to detect the presence of two fingers or other objects.  The '978 Patent further discloses that one way to detect a finger is to identify the maximum X/Y capacitance values in the finger profile, citing US Patent Nos. 4,686,332 and 5,149,919 to Greanias.  (2:62-3:1.)  The '978 Patent also teaches that the "shape of the sensor trace profile" can be used to recognize gestures. ('978 Patent, 47:7-9.)<br><br>**U.S. Pat. No. 4,686,332 (Greanias, et al., filed 6/26/86 and issued 8/11/87)**<br><br>The '332 Patent discloses a touch sensor device that identifies maximum capacitance values in the X and Y directions that correspond to the location of a finger.  (14:2-11.) |
| **18.4**: "(b) identify a minima following the first maxima, and" | "identify the lowest value in the finger profile that occurs after the first peak value, and before another peak value is identified" (15:2-5) | **U.S. Pat. No. 7,109,978 (Gillespie, et al., filed 10/7/94 and issued 9/19/06)**<br><br>Elantech has applied this limitation as covering a device that generates a sequence of data from which the location (but not the value) of a minima in the finger profile between the two maxima could be determined, after further analysis of the relationship between consecutive elements of the sequence.  Under this application of the claim, this limitation is disclosed by the '978 Patent, as it claims and describes a method and device that generate capacitance profile data for the entire touchpad, and this data is sufficient to allow a minima following the first peak value to be determined, after further analysis.  (*See*, *e.g.*, Claims 1, 4, 10; Abstract; 5:54-7:20; 9:42-22:36; and Figs. 1 to 8.)<br><br>**U.S. Pat. No. 4,686,332 (Greanias, et al., filed 6/26/86 and issued 8/11/87)**<br><br>The '332 Patent also discloses a device that generates capacitance profile data, from which the location of a minima following the first peak value can be determined, after further analysis.  (2:3-3:56; 7:46-8:7; 13:4-14:11; Figs. 1, 2, 8, 9, 10.) |

| Claim 18 of the '352 Patent | April 6, 2007 Claim Construction Order | Elements Found In Prior Art |
|---|---|---|
| **18.5**: "(c) identify a second maxima in a signal corresponding to a second finger following said minima, and" | "after identifying the lowest value in the finger profile, identify a second peak value in the finger profile" (15:5-7) | **U.S. Pat. No. 7,109,978 (Gillespie, et al., filed 10/7/94 and issued 9/19/06)**<br><br>The '978 Patent claims and describes a method and device that use capacitance profile data to detect the presence of two fingers or other objects. It also discloses that one way to detect a finger is to identify the maximum X/Y capacitance values in the finger profile, citing US Patent Nos. 4,686,332 and 5,149,919 to Greanias. (2:62-3:1.) In addition, the '978 Patent teaches that the "shape of the sensor trace profile" can be used to recognize two-finger gestures. ('978 Patent, 47:7-9.) In view of these disclosures, it would have been obvious to one of ordinary skill in the art to identify a second finger by identifying a second maxima.<br><br>**U.S. Pat. No. 4,686,332 (Greanias, et al., filed 6/26/86 and issued 8/11/87)**<br><br>The '332 Patent discloses a touch sensor device that identifies maximum capacitance values in the X and Y directions that correspond to the location of a finger. (14:2-11.) It would have been obvious to one of ordinary skill in the art to use this method to identify a second finger, especially since the '978 patent discloses use of capacitance profile data to identify multiple fingers and explicitly refers to the '332 Patent's use of maximum values to identify a finger. |
| **18.6**: "means for providing an indication of the simultaneous presence of two fingers in response to identification of said first and second maxima." | Not construed | **U.S. Pat. No. 7,109,978 (Gillespie, et al., filed 10/7/94 and issued 9/19/06)**<br><br>The '978 Patent claims a method and a device that first determines the "occurrence of a single gesture" resulting from the simultaneous presence (or proximity) of two user input objects, and then "indicate[s] the occurrence of said single gesture" resulting from the two user input objects. (Claims 1, 10.) The specification discloses that information about these gestures may be provided to the "host computer," which may be a stand-alone computer, hand-held control unit, personal digital assistant, or other device that can receive the output of a touch tablet. (7:43-46; 9:59-67.) The structures that implement this function are further described in the rest of the specification and figures. (*See, e.g.*, 34:21-56; 47:21-40; 49:45-55; Fig. 1 (Item 20), Fig. 14 (Item 286).) |

# Exhibit 4

US007109978B2

(12) **United States Patent**
Gillespie et al.

(10) **Patent No.:** US 7,109,978 B2
(45) **Date of Patent:** Sep. 19, 2006

(54) **OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION**

(75) Inventors: **David W. Gillespie**, Palo Alto, CA (US); **Timothy P. Allen**, Los Gatos, CA (US); **Ralph C. Wolf**, Santa Clara, CA (US); **Shawn P. Day**, San Jose, CA (US)

(73) Assignee: **Synaptics, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/810,879**

(22) Filed: **Mar. 26, 2004**

(65) **Prior Publication Data**

US 2004/0178997 A1    Sep. 16, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 10/351,208, filed on Jan. 23, 2003, now Pat. No. 6,750,852, which is a continuation of application No. 08/899,317, filed on Aug. 12, 1997, now Pat. No. 6,610,936, which is a continuation of application No. 08/623,483, filed on Mar. 28, 1996, now Pat. No. 5,880,411, which is a continuation-in-part of application No. 08/320,158, filed on Oct. 7, 1994, now Pat. No. 5,543,591, which is a continuation-in-part of application No. 08/300, 387, filed on Sep. 2, 1994, now Pat. No. 5,914,465, which is a continuation-in-part of application No. 08/115,743, filed on Aug. 31, 1993, now Pat. No. 5,374,787, which is a continuation-in-part of application No. 07/895,934, filed on Jun. 8, 1992, now abandoned.

(51) **Int. Cl.**
G09G 5/00        (2006.01)
G08C 21/00        (2006.01)

(52) **U.S. Cl.** .................. **345/173**; 345/174; 178/18.01; 178/18.06; 178/19.03

(58) **Field of Classification Search** ........ 345/156–165, 345/173–185; 178/18.01–18.07, 19.01–19.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,219,497 A | 10/1940 | Stevens et al. | ............. 175/183 |
| RE23,030 E | 8/1948 | Holt | ................................. 35/1 |
| 3,128,458 A | 4/1964 | Romero | ...................... 340/337 |
| 3,207,905 A | 9/1965 | Bray | ........................... 250/206 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 187 372 A2    12/1985

(Continued)

OTHER PUBLICATIONS

Chun, et al., "A High-Performance Silicon Tactile Imager Based on a Capacitive Cell", IEEE Transactions on Electron Devices, Jul. 1985, vol. ED-32, No. 7, pp. 1196-1201.

(Continued)

*Primary Examiner*—Vijay Shankar
(74) *Attorney, Agent, or Firm*—Ingrassia Fisher & Lorenz

(57) **ABSTRACT**

A method of generating a signal comprising providing a capacitive touch sensor pad including a matrix of X and Y conductors, developing capacitance profiles in one of an X direction and a Y direction from the matrix of X and Y conductors, determining an occurrence of a single gesture through an examination of the capacitance profiles, the single gesture including an application of at least two objects on the capacitive touch sensor pad, and generating a signal indicating the occurrence of the single gesture.

**20 Claims, 28 Drawing Sheets**



US 7,109,978 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,244,369 A | 4/1966 | Nassimbene | 235/145 |
| 3,401,470 A | 9/1968 | Gaven | 35/9 |
| 3,437,795 A | 4/1969 | Kuljian | 235/61.1 |
| 3,482,241 A | 12/1969 | Johnson | 340/337 |
| 3,492,440 A | 1/1970 | Cerbone et al. | 179/90 |
| 3,493,791 A | 2/1970 | Adelson et al. | 307/252 |
| 3,497,617 A | 2/1970 | Ellis et al. | 178/19 |
| 3,497,966 A | 3/1970 | Gaven | 35/9 |
| 3,516,176 A | 6/1970 | Cleary et al. | 35/9 |
| 3,522,664 A | 8/1970 | Lambright et al. | 35/8 |
| 3,530,310 A | 9/1970 | Adelson et al. | 307/252 |
| 3,543,056 A | 11/1970 | Klein | 307/308 |
| 3,549,909 A | 12/1970 | Adelson et al. | 307/252 |
| 3,593,115 A | 7/1971 | Dym et al. | 323/93 |
| 3,598,903 A | 8/1971 | Johnson et al. | 178/18 |
| 3,617,823 A | 11/1971 | Hofstein | 317/235 |
| 3,662,378 A | 5/1972 | MacArthur | 340/347 DD |
| 3,675,239 A | 7/1972 | Ackerman et al. | 340/365 |
| 3,683,371 A | 8/1972 | Holz | 340/365 |
| 3,696,409 A | 10/1972 | Braaten | 340/365 |
| 3,732,389 A | 5/1973 | Kaelin et al. | 200/167 A |
| 3,737,670 A | 6/1973 | Larson | 307/116 |
| 3,757,322 A | 9/1973 | Barkan et al. | 340/365 C |
| 3,760,392 A | 9/1973 | Stich | 340/200 |
| 3,773,989 A | 11/1973 | Hacon | 200/52 R |
| 3,875,331 A | 4/1975 | Hasenbalg | 178/19 |
| 3,921,166 A | 11/1975 | Volpe | 340/365 C |
| 3,931,610 A | 1/1976 | Marin et al. | 340/172.5 |
| 3,932,862 A | 1/1976 | Graven | 340/324 M |
| 3,974,332 A | 8/1976 | Abe et al. | 178/18 |
| 3,992,579 A | 11/1976 | Dym et al. | 178/18 |
| 3,999,012 A | 12/1976 | Dym | 178/18 |
| 4,056,699 A | 11/1977 | Jordan | 200/5 A |
| 4,058,765 A | 11/1977 | Richardson et al. | 324/61 R |
| 4,071,691 A | 1/1978 | Pepper, Jr. | 178/19 |
| 4,087,625 A | 5/1978 | Dym et al. | 178/19 |
| 4,103,252 A | 7/1978 | Bobick | 331/48 |
| 4,129,747 A | 12/1978 | Pepper, Jr. | 178/19 |
| 4,148,014 A | 4/1979 | Burson | 340/709 |
| 4,177,354 A | 12/1979 | Mathews | 178/18 |
| 4,177,421 A | 12/1979 | Thornburg | 324/61 R |
| 4,198,539 A | 4/1980 | Pepper, Jr. | 178/18 |
| 4,221,975 A | 9/1980 | Ledniczki et al. | 307/116 |
| 4,224,615 A | 9/1980 | Penz | 340/712 |
| 4,232,311 A | 11/1980 | Agneta | 340/703 |
| 4,246,452 A | 1/1981 | Chandler | 200/5 A |
| 4,257,117 A | 3/1981 | Besson | 368/69 |
| 4,264,903 A | 4/1981 | Bigelow | 340/365 C |
| 4,281,323 A | 7/1981 | Burnett et al. | 340/712 |
| 4,290,052 A | 9/1981 | Eichelberger et al. | 340/365 C |
| 4,290,061 A | 9/1981 | Serrano | 340/712 |
| 4,291,303 A | 9/1981 | Cutler et al. | 340/711 |
| 4,293,734 A | 10/1981 | Pepper, Jr. | 178/18 |
| 4,302,011 A | 11/1981 | Pepper, Jr. | 273/85 |
| 4,310,839 A | 1/1982 | Schwerdt | 340/712 |
| 4,313,113 A | 1/1982 | Thornburg | 340/709 |
| 4,334,219 A | 6/1982 | Paulus et al. | 340/712 |
| 4,371,746 A | 2/1983 | Pepper, Jr. | 178/18 |
| 4,398,181 A | 8/1983 | Yamamoto | 340/365 S |
| 4,423,286 A | 12/1983 | Bergeron | 178/19 |
| 4,430,917 A | 2/1984 | Pepper, Jr. | 84/1.01 |
| 4,442,317 A | 4/1984 | Jandrell | 178/18 |
| 4,455,452 A | 6/1984 | Schuyler | 178/18 |
| 4,475,235 A | 10/1984 | Graham | 382/3 |
| 4,476,436 A | 10/1984 | Ng et al. | 340/712 |
| 4,511,760 A | 4/1985 | Garwin et al. | 178/18 |
| 4,516,112 A | 5/1985 | Chen | 340/365 |
| 4,526,043 A | 7/1985 | Boie et al. | 73/862.04 |
| 4,550,221 A | 10/1985 | Mabusth | 178/18 |
| 4,550,310 A | 10/1985 | Yamaguchi et al. | 340/365 |
| 4,554,409 A | 11/1985 | Mitsui et al. | 178/19 |
| 4,570,149 A | 2/1986 | Thornburg et al. | 338/114 |
| 4,582,955 A | 4/1986 | Blesser | 178/19 |
| 4,595,913 A | 6/1986 | Aubuchon | 340/365 |
| 4,616,107 A | 10/1986 | Abe et al. | 178/18 |
| 4,639,720 A | 1/1987 | Rympalski et al. | 340/712 |
| 4,653,107 A | 3/1987 | Shojima et al. | 382/13 |
| 4,672,154 A | 6/1987 | Rodgers et al. | 178/19 |
| 4,680,430 A | 7/1987 | Yoshikawa et al. | 178/19 |
| 4,686,332 A | 8/1987 | Greanias et al. | 178/19 |
| 4,698,461 A | 10/1987 | Meadows et al. | 178/19 |
| 4,733,222 A | 3/1988 | Evans | 340/365 C |
| 4,734,685 A | 3/1988 | Watanabe | 340/710 |
| 4,736,191 A | 4/1988 | Matzke et al. | 340/365 C |
| 4,758,690 A | 7/1988 | Kimura | 178/19 |
| 4,766,423 A | 8/1988 | Ono et al. | 340/709 |
| 4,773,024 A | 9/1988 | Faggin et al. | 364/513 |
| 4,788,385 A | 11/1988 | Kimura | 178/19 |
| 4,791,286 A | 12/1988 | Wall | 250/214 A |
| 4,794,208 A | 12/1988 | Watson | 178/19 |
| 4,802,103 A | 1/1989 | Faggin et al. | 364/513 |
| 4,820,886 A | 4/1989 | Watson | 178/19 |
| 4,853,498 A | 8/1989 | Meadows et al. | 178/19 |
| 4,914,624 A * | 4/1990 | Dunthorn | 345/173 |
| 4,918,262 A | 4/1990 | Flowers et al. | 178/19 |
| 4,922,061 A | 5/1990 | Meadows et al. | 178/19 |
| 4,935,728 A | 6/1990 | Kley | 340/709 |
| 4,954,967 A | 9/1990 | Takahashi | 364/518 |
| 4,962,342 A | 10/1990 | Mead et al. | 307/201 |
| 4,988,982 A | 1/1991 | Rayner et al. | 340/706 |
| 5,008,497 A * | 4/1991 | Asher | 178/18.05 |
| 5,016,008 A | 5/1991 | Gruaz et al. | 341/33 |
| 5,083,044 A | 1/1992 | Mead et al. | 307/311 |
| 5,093,900 A | 3/1992 | Graf | 395/24 |
| 5,117,071 A | 5/1992 | Greanias et al. | 178/19 |
| 5,119,038 A | 6/1992 | Anderson et al. | 330/2 |
| 5,120,907 A | 6/1992 | Shinbori et al. | 478/18 |
| 5,120,908 A | 6/1992 | Zank et al. | 178/19 |
| 5,120,996 A | 6/1992 | Mead et al. | 307/353 |
| 5,122,623 A | 6/1992 | Zank et al. | 178/19 |
| 5,146,049 A | 9/1992 | Shima | 178/18 |
| 5,149,919 A | 9/1992 | Greanias et al. | 178/19 |
| 5,153,572 A | 10/1992 | Caldwell et al. | 340/712 |
| 5,164,713 A | 11/1992 | Bain | 340/710 |
| 5,191,641 A | 3/1993 | Yamamoto | 395/118 |
| 5,194,862 A | 3/1993 | Edwards | 341/20 |
| 5,220,649 A | 6/1993 | Forcier | 395/148 |
| 5,231,450 A | 7/1993 | Daniels | 355/27 |
| 5,239,140 A | 8/1993 | Kuroda et al. | 178/18 |
| 5,252,951 A * | 10/1993 | Tannenbaum et al. | 345/156 |
| 5,256,975 A * | 10/1993 | Mellitz et al. | 324/519 |
| 5,260,697 A | 11/1993 | Barrett et al. | 345/173 |
| 5,270,711 A | 12/1993 | Knapp | 341/34 |
| 5,287,105 A | 2/1994 | Schlotterbeck et al. | 341/20 |
| 5,327,161 A | 7/1994 | Logan et al. | 345/157 |
| 5,327,163 A | 7/1994 | Hashimoto et al. | |
| 5,335,557 A | 8/1994 | Yasutake | |
| 5,339,213 A | 8/1994 | O'Callaghan | 361/683 |
| 5,349,303 A | 9/1994 | Gerpheide | 330/257 |
| 5,363,120 A | 11/1994 | Drumm | 345/158 |
| 5,365,254 A | 11/1994 | Kawamoto | 345/157 |
| 5,369,227 A | 11/1994 | Stone | 178/18 |
| 5,373,118 A | 12/1994 | Watson | 178/19 |
| 5,374,787 A | 12/1994 | Miller et al. | 178/18 |
| 5,374,942 A | 12/1994 | Gilligan et al. | 345/157 |
| 5,376,946 A | 12/1994 | Mikan | 345/157 |
| 5,376,948 A | 12/1994 | Roberts | 345/173 |
| 5,386,219 A | 1/1995 | Greanias et al. | 345/174 |
| 5,389,745 A | 2/1995 | Sakamoto | 178/18 |
| 5,402,151 A | 3/1995 | Duwaer | 345/173 |
| 5,408,194 A | 4/1995 | Steinbach et al. | 327/62 |
| 5,408,593 A | 4/1995 | Kotaki et al. | 395/122 |
| 5,428,367 A | 6/1995 | Mikan | 345/157 |
| 5,455,906 A | 10/1995 | Usuda | 395/162 |

**US 7,109,978 B2**

Page 3

| | | | | |
|---|---|---|---|---|
| 5,469,191 | A | 11/1995 | Smith, III et al. .......... 345/157 |
| 5,488,204 | A | 1/1996 | Mead et al. .................. 178/18 |
| 5,495,077 | A | 2/1996 | Miller et al. .................. 178/18 |
| 5,517,578 | A | 5/1996 | Altman et al. ............... 382/181 |
| 5,543,588 | A | 8/1996 | Bisset et al. .................. 178/18 |
| 5,543,591 | A | 8/1996 | Gillespie et al. ............. 178/18 |
| 5,563,632 | A | 10/1996 | Roberts ...................... 345/173 |
| 5,579,036 | A | 11/1996 | Yates, IV ................... 345/173 |
| 5,589,856 | A | * 12/1996 | Stein et al. ................. 345/173 |
| 5,602,570 | A | 2/1997 | Capps et al. ................ 345/173 |
| 5,612,719 | A | * 3/1997 | Beernink et al. ........... 345/173 |
| 5,666,113 | A | 9/1997 | Logan ........................ 341/34 |
| 5,717,939 | A | 2/1998 | Bricklin et al. ............. 395/764 |
| 5,757,368 | A | 5/1998 | Gerpheide et al. .......... 395/339 |
| 5,763,909 | A | 6/1998 | Mead et al. ................. 257/291 |
| 5,764,218 | A | 6/1998 | Della Bona et al. |
| 5,764,224 | A | 6/1998 | Lilja et al. .................. 345/179 |
| 5,787,197 | A | 7/1998 | Beigi et al. ................. 382/187 |
| 5,825,352 | A | * 10/1998 | Bisset et al. ................ 345/173 |
| 5,854,625 | A | 12/1998 | Frisch et al. ................ 345/173 |
| 5,861,583 | A | 1/1999 | Scheidiwy et al. ....... 178/18.06 |
| 5,861,866 | A | 1/1999 | Moran et al. ............... 345/358 |
| 5,864,242 | A | 1/1999 | Allen et al. .................. 326/44 |
| 5,880,411 | A | 3/1999 | Gillespie et al. ......... 178/18.01 |
| 5,914,465 | A | 6/1999 | Allen et al. .............. 178/18.06 |
| 5,942,733 | A | 8/1999 | Allen et al. .............. 178/18.01 |
| 6,028,271 | A | 2/2000 | Gillespie et al. ......... 178/18.01 |
| 6,255,604 | B1 | * 7/2001 | Tokioka et al. .......... 178/18.01 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 394 614 A2 | 10/1990 |
| EP | 0 490 001 A1 | 6/1992 |
| EP | 0 574 213 A1 | 12/1993 |
| EP | 0 589 498 A1 | 3/1994 |
| EP | 0 609 021 A2 | 8/1994 |
| EP | 0 609 021 A3 | 8/1994 |
| FR | 2 662 528 A1 | 11/1991 |
| GB | 2 139 762 A | 11/1984 |

| | | |
|---|---|---|
| GB | 2 266 038 A | 10/1993 |
| GB | 2 288 665 A | 10/1995 |
| JP | 59-71589 | 4/1984 |
| JP | 59-183609 | 12/1984 |
| JP | 60 205625 A | 10/1985 |
| JP | 62 126429 A | 6/1987 |
| JP | 63 073415 A | 4/1988 |
| JP | 02 040614 A | 2/1990 |
| JP | 04 015725 A | 1/1992 |
| JP | 06 139022 A | 5/1994 |
| JP | 07 072 976 A | 3/1995 |
| WO | WO 91/03039 A1 | 3/1991 |
| WO | WO 91/04633 A1 | 4/1991 |
| WO | WO 91/05327 A1 | 4/1991 |
| WO | WO 92/21091 A1 | 11/1992 |
| WO | WO 96/07966 A1 | 3/1996 |
| WO | WO 96/11435 A1 | 4/1996 |
| WO | WO 96/18179 A1 | 6/1996 |

OTHER PUBLICATIONS

"Three-Axis Touch-Sensitive Pad", IBM Technical Disclosure Bulletin, Jan. 1987, vol. 29, No. 8, pp. 3451-3453.

B. Snider et al., "Super Paint", Silicon Beach Software, pp. 1-91, Addendum pp. 1-6, 1987.

Tiburtius, "Transparente Folientastaturen", Feinwerktechnik & Messtechnik 97, No. 7, Munchen, DE, Jul. 1989, pp. 299-300.

"Pressure-Sensitive Icons", IBM Technical Disclosure Bulletin, Jun. 1990, vol. 33, No. 1B, pp. 277-278.

Author Unknown, The UnMouse™ User's Guide, Version 4.0 for all PC computers, MicroTouch Systems Inc., pp. I-42, copyright 1990, month unknown.

Wilton, Microsoft Windows 3 Developer's Workshop, 1991, pp. 229-230.

"Double-Click Generation Method for Pen Operations", IBM Technical Disclosure Bulletin, Nov. 1992, vol. 35, No. 6, p. 3.

"Scroll Control Box", IBM Technical Disclosure Bulletin, Apr. 1993, vol. 36, No. 4, pp. 399-403.

* cited by examiner



FIG. 1



FIG. 2A

FIG. 2B



*FIG. 2C*



*FIG. 2D*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*



IN

EN

RESET UP

RESET DN

STEP UP

STEP DN

SUP

SDN

CHUP

CHDN

SHARE

OUT

SCAN CYCLE

*FIG. 5*



48

SAMPLE

126

120    122    124

*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12A*



*FIG. 12B*



*FIG. 13*



*FIG. 14*



*FIG. 15A*



*FIG. 15B*



FIG. 15C



FIG. 15D



FIG. 15E



FIG. 15F



FIG. 15G



*FIG. 16A*



*FIG. 16B*



*FIG. 17A*



*FIG. 17B*



*FIG. 17C*



*FIG. 17D*



*FIG. 17E*



*FIG. 17F*



*FIG. 18A*



FIG. 18B



*FIG. 18C*



FIG. 19



FIG. 20



FIG. 21

US 7,109,978 B2

1

## OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION

### RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 10/351,208, filed Jan. 23, 2003, now U.S. Pat. No. 6,750,852, which is a continuation of U.S. patent application Ser. No. 08/899,317, filed Aug. 12, 1997, now issued as U.S. Pat. No. 6,610,936, which is a continuation of U.S. patent application Ser. No. 08/623,483, filed Mar. 28, 1996, now issued as U.S. Pat. No. 5,880,411, which is a continuation-in-part of U.S. patent application Ser. No. 08/320,158, filed Oct. 7, 1994, now issued as U.S. Pat. No. 5,543,591, which is a continuation-in-part of U.S. patent application Ser. No. 08/300,387, filed Sep. 2, 1994, now issued as U.S. Pat. No. 5,914,465, which is a continuation-in-part of U.S. patent application Ser. No. 08/115,743, filed Aug. 31, 1993, now issued as U.S. Pat. No. 5,374,787, which is a continuation-in-part of U.S. patent application Ser. No. 07/895,934, filed Jun. 8, 1992, now abandoned.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to object position sensing transducers and systems. More particularly, the present invention relates to object position recognition useful in applications such as cursor movement for computing devices and other applications, and especially to cursor movement with enhanced edge-motion and gesture-recognition features.

#### 2. The Prior Art

Numerous devices are available or have been proposed for use as object position detectors for use in computer systems and other applications. The most familiar of such devices is the computer "mouse". While extremely popular as a position indicating device, a mouse has mechanical parts and requires a surface upon which to roll its position ball. Furthermore, a mouse usually needs to be moved over long distances for reasonable resolution. Finally, a mouse requires the user to lift a hand from the keyboard to make the cursor movement, thereby upsetting the prime purpose, which is usually typing on the computer.

Trackball devices are similar to mouse devices. A major difference, however is that, unlike a mouse device, a trackball device does not require a surface across which it must be rolled. Trackball devices are still expensive, have moving parts, and require a relatively heavy touch as do the mouse devices. They are also large in size and doe not fit well in a volume-sensitive application like a laptop computer.

There are several available touch-sense technologies, which may be employed for use as a position indicator. Resistive-membrane position sensors are known and used in several applications. However, they generally suffer from poor resolution, the sensor surface is exposed to the user and is thus subject to wear. In addition, resistive-membrane touch sensors are relatively expensive. A one-surface approach requires a user to be grounded to the sensor for reliable operation. This cannot be guaranteed in portable computers. An example of a one-surface approach is the UnMouse product by MicroTouch, of Wilmington, Mass. A two-surface approach has poorer resolution and potentially will wear out very quickly in time.

Resistive tablets are taught by U.S. Pat. No. 4,680,430 to Yoshikawa, U.S. Pat. No. 3,497,617 to Ellis and many

2

others. The drawback of all such approaches is the high power consumption and the high cost of the resistive membrane employed.

Surface Acoustic Wave (SAW) devices have potential use as position indicators. However, this sensor technology is expensive and is not sensitive to light touch. In addition, SAW devices are sensitive to residue buildup on the touch surfaces and generally have poor resolution.

Strain gauge or pressure plate approaches are an interesting position sensing technology, but suffer from several drawbacks. This approach may employ piezo-electric transducers. One drawback is that the piezo phenomena is an AC phenomena and may be sensitive to the user's rate of movement. In addition, strain gauge or pressure plate approaches are somewhat expensive because special sensors are required.

Optical approaches are also possible but are somewhat limited for several reasons. All would require light generation, which will require external components and increase cost and power drain. For example, a "finger-breaking" infrared matrix position detector consumes high power and suffers from relatively poor resolution.

There have been numerous attempts to provide a device for sensing the position of a thumb or other finger for use as a pointing device to replace a mouse or trackball. Desirable attributes of such a device are low power, low profile, high resolution, low cost, fast response, and ability to operate reliably when the finger carries electrical noise, or when the touch surface is contaminated with dirt or moisture.

Because of the drawbacks of resistive devices, many attempts have been made to provide pointing capability based on capacitively sensing the position of the finger. U.S. Pat. No. 3,921,166 to Volpe teaches a capacitive matrix in which the finger changes the transcapacitance between row and column electrodes. U.S. Pat. No. 4,103,252 to Bobick employs four oscillating signals to interpolate x and y positions between four capacitive electrodes. U.S. Pat. No. 4,455,452 to Schuyler teaches a capacitive tablet wherein the finger attenuates the capacitive coupling between electrodes.

U.S. Pat. No. 4,550,221 to Mabusth teaches a capacitive tablet wherein the effective capacitance to "virtual ground" is measured by an oscillating signal. Each row or column is polled sequentially, and a rudimentary form of interpolation is applied to resolve the position between two rows or columns. An attempt is made to address the problem of electrical interference by averaging over many cycles of the oscillating waveform. The problem of contamination is addressed by sensing when no finger was present, and applying a periodic calibration during such no-finger-present periods. U.S. Pat. No. 4,639,720 to Rympalski teaches a tablet for sensing the position of a stylus. The stylus alters the transcapacitance coupling between row and column electrodes, which are scanned sequentially. U.S. Pat. No. 4,736,191 to Matzke teaches a radial electrode arrangement under the space bar of a keyboard, to be activated by touching with a thumb. This patent teaches the use of total touch capacitance, as an indication of the touch pressure, to control the velocity of cursor motion. Pulsed sequential polling is employed to address the effects of electrical interference.

U.S. Pat. Nos. 4,686,332 and 5,149,919, to Greanias, teaches a stylus and finger detection system meant to be mounted on a CRT. As a finger detection system, it's X/Y sensor matrix is used to locate the two matrix wires carrying the maximum signal. With a coding scheme these two wires uniquely determine the location of the finger position to the

US 7,109,978 B2

**3**

resolution of the wire stepping. For stylus detection, Greanias first coarsely locates it, then develops a virtual dipole by driving all lines on one side of the object in one direction and all lines on the opposite side in the opposite direction. This is done three times with different dipole phases and signal polarities. Assuming a predetermined matrix response to the object, the three measurements present a set of simultaneous equations that can be solved for position.

U.S. Pat. No. 4,733,222 to Evans is the first to teach a capacitance touch measurement system that interpolates to a high degree. Evans teaches a three terminal measurement system that uses a drive, sense and electrode signal set (3 signals) in its matrix, and bases the measurement on the attenuation effect of a finger on the electrode node signal (uses a capacitive divider phenomena). Evans sequentially scans through each drive set to measure the capacitance. From the three largest responses an interpolation routine is applied to determine finger position. Evans also teaches a zeroing technique that allows "no-finger" levels to be canceled out as part of the measurement.

U.S. Pat. No. 5,016,008 to Gruaz describes a touch sensitive pad that also uses interpolation. Gruaz uses a drive and sense signal set (2 signals) in the touch matrix and like Evans relies on the attenuation effect of a finger to modulate the drive signal. The touch matrix is sequentially scanned to read the response of each matrix line. An interpolation program then selects the two largest adjacent signals in both dimensions to determine the finger location, and ratiometrically determines the effective position from those 4 numbers.

Gerpheide, PCT application U.S. Ser. No. 90/04584, Publication Number WO91/03039, U.S. Pat. No. 5,305,017 applies to a touch pad system a variation of the virtual dipole approach of Greanias. Gerpheide teaches the application of an oscillating potential of a given frequency and phase to all electrodes on one side of the virtual dipole, and an oscillating potential of the same frequency and opposite phase to those on the other side. Electronic circuits develop a "balance signal" which is zero when no finger is present, and which has one polarity if a finger is on one side of the center of the virtual dipole, and the opposite polarity if the finger is on the opposite side. To acquire the position of the finger initially, the virtual dipole is scanned sequentially across the tablet. Once the finger is located, it is "tracked" by moving the virtual dipole toward the finger once the finger has moved more than one row or column.

Because the virtual dipole method operates by generating a balance signal that is zero when the capacitance does not vary with distance, it only senses the perimeter of the finger contact area, rather than the entire contact area. Because the method relies on synchronous detection of the exciting signal, it must average for long periods to reject electrical interference, and hence it is slow. The averaging time required by this method, together with the necessity to search sequentially for a new finger contact once a previous contact is lost, makes this method, like those before it, fall short of the requirements for a fast pointing device that is not affected by electrical interference.

It should also be noted that all previous touch pad inventions that used interpolation placed rigorous design requirements on their sensing pad. Greanias and Evans use a complicated and expensive drive, sense and electrode line scheme to develop their signal. Gruaz and Gerpheide use a two signal drive and sense set. In the present invention the driving and sensing is done on the same line. This allows the row and column sections to be symmetric and equivalent. This in turn allows independent calibration of all signal

**4**

paths, which makes board layout simpler and less constraining, and allows for more unique sensor topologies.

The shortcomings of the inventions and techniques described in the prior art can also be traced to the use of only one set of driving and sensing electronics, which was multiplexed sequentially over the electrodes in the tablet. This arrangement was cost effective in the days of discrete components, and avoided offset and scale differences among circuits.

The sequential scanning approach of previous systems also made them more susceptible to noise. Noise levels could change between successive measurements, thus changing the measured signal and the assumptions used in interpolation routines.

Finally, all previous approaches assumed a particular signal response for finger position versus matrix position. Because the transfer curve is very sensitive to many parameters and is not a smooth linear curve as Greanias and Gerpheide assume, such approaches are limited in the amount of interpolation they can perform.

In prior co-pending U.S. patent application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet is disclosed. All row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously. The sensed signals are processed by analog circuitry.

Of the touchpad devices currently available, only the Alps/Cirque GlidePoint includes gesture recognition. The GlidePoint supports basic tap, double-tap, and drag gestures to simulate actions on a primary mouse button. It does not support multiple-finger gestures, nor are there gestures for simulating secondary button clicks. No information is known about the implementation methods employed in the GlidePoint. However, the GlidePoint is known to have difficulty with double-taps, one of the problems addressed by the present invention. The GlidePoint exhibits a hesitation on each finger-motion stroke, which may be an attempt to stabilize the cursor during tap gestures. Also, the GlidePoint must rely on physical switches or extremely high gain or acceleration in order to allow drags over long distances.

One touchpad product, the UnMouse, mounts a switch underneath its resistive sensor so that the user simply presses down on the pad to activate the button. Aside from requiring fragile and complex mechanical mounting, this device also is reported to be very tiring to the user.

Graphics tablets operated by a pressure sensitive stylus instead of a finger are well known in the art. These devices typically use a mechanism like the "push" gesture of the present invention to simulate actuator switches. No other gestures of the sort described herein have been seen in stylus operated tablets.

It is thus an object of the present invention to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously.

It is a further object of the present invention to provide an electronic system that is sensitive to the entire area of contact of a finger or other conductive object with a capacitive tablet, and to provide as output the coordinates of some measure of the center of this contact area while remaining insensitive to the characteristic profile of the object being detected.

**5**

It is a further object of the present invention to provide an electronic system that provides as output some measure of area of contact of a finger or other conductive object with a capacitive tablet.

Yet another object of the present invention is to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the information defining the location of a finger or other conductive object is processed in digital form.

It is a further object of the present invention to provide a two-dimensional capacitive sensing system wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the location of a finger or other conductive object within a peripheral region of a sensing plane can optionally cause cursor "edge motion" on a display screen allowing control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of a drag extension gesture made by a finger or other object on a touch-sensor pad in a manner that permits control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of gestures made by a finger or other object on a touch-sensor pad in a manner which compensates for unintended motion of the finger or other object during expression of the gesture.

Yet another object of the present invention is to provide for the recognition of multiple-finger gestures and for simulating secondary button clicks.

It is a further object of the present invention to provide for the recognition of the difference between gestures made by novice and expert users.

SUMMARY

With the advent of very high levels of integration, it has become possible to integrate many channels of driving/sensing electronics into one integrated circuit, along with the control logic for operating them, and the interface electronics to allow the pointing device to communicate directly with a host microprocessor. The present invention uses adaptive analog techniques to overcome offset and scale differences between channels, and can thus sense either transcapacitance or self-capacitance of all tablet rows or columns in parallel. This parallel-sensing capability, made possible by providing one set of electronics per row or column, allows the sensing cycle to be extremely short, thus allowing fast response while still maintaining immunity to very high levels of electrical interference.

The present invention comprises a position-sensing technology particularly useful for applications where finger position information is needed, such as in computer "mouse" or trackball environments. However the position-sensing technology of the present invention has much more general application than a computer mouse, because its sensor can detect and report if one or more points are being touched. In addition, the detector can sense the pressure of the touch.

The disclosed device is directed towards a method for recognizing a gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host. The method comprises detecting a first presence of a conductive object on the touch-sensor pad. The

**6**

method includes comparing the duration of the first presence with a first reference amount of time, and initiating a first gesture signal to the host if the duration of the first presence is less than the first reference amount of time. The method also includes detecting a second presence of the conductive object on the touch-sensor pad and comparing the duration between the first presence and the second presence with a second reference amount of time. The method includes comparing the duration of the second presence with a third reference amount of time as well as terminating the first gesture signal if the duration between the first presence and the second presence is greater than the second reference amount of time; and maintaining the first gesture signal and repeatedly sending X and Y position information to the host until the occurrence of a terminating event if the amount of time between the first presence and the second presence is less than the second reference amount of time and if the duration of the second presence is greater than the third reference amount of time.

According to a preferred embodiment of the present invention, referred to herein as a "finger pointer" embodiment, a position sensing system includes a position sensing transducer comprising a touch-sensitive surface disposed on a substrate, such as a printed circuit board, including a matrix of conductive lines. A first set of conductive lines run in a first direction and is insulated from a second set of conductive lines running in a second direction generally perpendicular to the first direction. An insulating layer is disposed over the first and second sets of conductive lines. The insulating layer is thin enough to promote significant capacitive coupling between a finger placed on its surface and the first and second sets of conductive lines.

Sensing electronics respond to the proximity of a finger, conductive object, or an object of high dielectric constant (i.e., greater than about 5) to translate the capacitance changes of the conductors caused by object proximity into digital information which is processed to derive position and touch pressure information. Its output is a simple X,Y and pressure value of the one object on its surface. In all descriptions herein, fingers are to be considered interchangeable with conductive objects and objects of high dielectric constant.

Different prior art pad scan techniques have different advantages in different environments. Parallel drive/sense techniques according to the present invention allow input samples to be taken simultaneously, thus all channels are affected by the same phase of an interfering electrical signal, greatly simplifying the signal processing and noise filtering.

There are two drive/sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the sensor matrix are simultaneously moved, while the voltages of the Y lines are held at a constant voltage, with the complete set of sampled points simultaneously giving a profile of the finger in the X dimension. Next, the voltages on all of the Y lines of the sensor matrix are simultaneously moved, while the voltages of the X lines are held at a constant voltage to obtain a complete set of sampled points simultaneously giving a profile of the finger in the other dimension.

According to a second drive/sense method, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This technique

7

doubles the effect of any transcapacitance between the two dimensions, or conversely, halves the effect of any parasitic capacitance to ground. In both methods, the capacitive information from the sensing process provides a profile of the proximity of the finger to the sensor in each dimension.

As presently preferred, both embodiments then take these profiles and derive a digital value representing the centroid for X and Y position and derive a second digital value for the Z pressure information. The digital information may be directly used by a host computer. Analog processing of the capacitive information may also be used according to the present invention.

The position sensor of these embodiments can only report the position of one object on its sensor surface. If more than one object is present, the position sensor of this embodiment computes the centroid position of the combined set of objects. However, unlike prior art, because the entire pad is being profiled, enough information is available to discern simple multi-finger gestures to allow for a more powerful user interface.

According to another aspect of the present invention, several power reduction techniques which can shut down the circuit between measurements have been integrated into the system. This is possible because the parallel measurement technique according to the present invention is so much faster than prior art techniques.

According to a further aspect of the present invention, a variety of noise reduction techniques are integrated into the system.

According to yet another aspect of the present invention, a capacitance measurement technique which is easier to calibrate and implement is employed.

According to two aspects of the present invention, when the presence of a finger or other conductive object is sensed within a defined peripheral region of the sensing plane, the control of cursor motion may be changed to provide "edge motion" to allow control of large cursor excursions on a display screen from a single gesture executed on a small sensing plane.

According to another aspect of the invention a drag extension gesture is recognized by the host which permits the control of large cursor excursions on a display screen from a single gesture executed on a small sensing plane.

According to a further object of the present invention, a number of gestures made by a finger or other object on the touch-sensor pad are recognized and communicated to a host. Recognition of whether certain gestures are made by novice or expert users is also provided. Compensation for unintended motion of the finger or other object during expression of the gestures is provided.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall block diagram of the capacitive position sensing system of the present invention.

FIG. 2A is a top view of an object position sensor transducer according to a presently preferred embodiment of the invention showing the object position sensor surface layer including a top conductive trace layer and conductive pads connected to a bottom trace layer.

FIG. 2B is a bottom view of the object position sensor transducer of FIG. 2A showing the bottom conductive trace layer.

FIG. 2C is a composite view of the object position sensor transducer of FIGS. 2A and 2B showing both the top and bottom conductive trace layers.

FIG. 2D is a cross-sectional view of the object position sensor transducer of FIGS. 2A–2C.

8

FIG. 3 is a block diagram of sensor decoding electronics, which may be used with the sensor transducer in accordance with a preferred embodiment of the present invention.

FIG. 4A is a simplified schematic diagram of a charge integrator circuit, which may be used in the present invention.

FIG. 4B is an illustrative schematic diagram of the charge integrator circuit of FIG. 4A.

FIG. 5 is a timing diagram of the operation of charge integrator circuit of FIGS. 4A and 4B.

FIG. 6 is a schematic diagram of an illustrative filter and sample/hold circuit for use in the present invention.

FIG. 7 is a more detailed block diagram of a presently preferred arrangement of A/D converters for use in the present invention.

FIG. 8 is a block diagram of an illustrative arithmetic unit, which may be used in the present invention.

FIG. 9 is a block diagram of a calibration unit, which may be used with the arithmetic unit of FIG. 8.

FIG. 10 is a schematic diagram of a bias voltage generating circuit useful in the present invention.

FIG. 11 is a diagram of the sensing plane illustrating the edge motion feature of the object position sensor of the present invention.

FIG. 12A is a schematic diagram illustrating a first hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 12B is a schematic diagram illustrating a first hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 13 is a schematic diagram illustrating hardware implementation of the edge motion feature of the present invention.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1.

FIGS. 15A through 15G are timing diagrams illustrating some of the gestures that may be recognized according to the present invention.

FIGS. 16A and 16B are diagrams illustrating two tap zone shapes which may be used on sensor pads according to the present invention.

FIGS. 17A through 17F comprise a flowchart illustrating the operation of the tap unit of FIG. 14.

FIGS. 18A through 18C comprise a flowchart illustrating the operation of the zigzag unit of FIG. 14.

FIG. 19 is a timing diagram illustrating a "push" gesture according to the present invention.

FIG. 20 is a flowchart illustrating the operation of the push unit of FIG. 14.

FIG. 21 is a block diagram of an illustrative LiftJump suppressor circuit, which may be used in gesture recognition according to the present invention.

DETAILED DESCRIPTION

This application is a continuation of co-pending U.S. patent application Ser. No. 10/351,208, filed Jan. 23, 2003, which is a continuation of U.S. patent application Ser. No. 08/899,317, filed Aug. 12, 1997, now issued as U.S. Pat. No. 6,610,936, which is a continuation of U.S. patent application Ser. No. 08/623,483, filed Mar. 28, 1996, now issued as U.S. Pat. No. 5,880,411, which is a continuation-in-part of U.S. patent application Ser. No. 08/320,158, filed Oct. 7, 1994, now issued as U.S. Pat. No. 5,543,591, which is a continuation-in-part of U.S. patent application Ser. No. 08/300,387,

9

filed Sep. 2, 1994, now issued as U.S. Pat. No. 5,914,465, which is a continuation-in-part of U.S. patent application Ser. No. 08/115,743, filed Aug. 31, 1993, now issued as U.S. Pat. No. 5,374,787, which is a continuation-in-part of U.S. patent application Ser. No. 07/895,934, filed Jun. 8, 1992, now abandoned. The present invention continues the approach disclosed in the parent applications and provides more unique features not previously available. These improvements provide a more easily integrated solution, increased sensitivity, and greater noise rejection, increased data acquisition rate and decreased power consumption. The present invention allows for continuous self-calibration to subtract out the effects of environmental changes and allows for enhanced cursor control from edge motion on a sensing plane.

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the invention will readily suggest themselves to such skilled persons.

The present invention brings together in combination a number of unique features, which allow for new applications not before possible. Because the object position sensor of the present invention has very low power requirements, it is beneficial for use in battery operated or low power applications such as lap top or portable computers. It is also a very low cost solution, has no moving parts (and is therefore virtually maintenance free), and uses the existing printed circuit board traces for sensors. The sensing technology of the present invention can be integrated into a computer motherboard to even further lower its cost in computer applications. Similarly, in other applications the sensor can be part of an already existent circuit board.

Because of its small size and low profile, the sensor technology of the present invention is useful in laptop or portable applications where volume is an important consideration. The sensor technology of the present invention requires circuit board space for only a single sensor interface chip that can interface directly to a microprocessor, plus the area needed on the printed circuit board for sensing.

Referring first to FIG. 1, a simplified block diagram of the capacitive position sensing system 6 of the present invention is presented. Capacitive position sensing system 6 can accurately determine the position of a finger 8 or other conductive object proximate to or touching a sensing plane 10. The capacitance of a plurality of conductive lines running in a first direction (e.g., "X") is sensed by X input processing circuitry 12 and the capacitance of a plurality of conductive lines running in a second direction (e.g., "Y") is sensed by Y input processing circuitry 14. The sensed capacitance values are digitized in both X input processing circuitry 12 and Y input processing circuitry 14. The outputs of X input processing circuitry 12 and Y input processing circuitry 14 are presented to arithmetic unit 16, which uses the digital information to derive digital information representing the position and pressure of the finger 8 or other conductive object relative to the sensing plane 10.

The X,Y, and Z outputs of arithmetic unit 16 are directed to motion-unit 18, which provides the cursor motion direction signals to the host computer. Those of ordinary skill in the art will recognize, that as used herein, "host" may mean a stand-alone computer such as an IBM or compatible PC or computer made by Apple Computers, hand-held control units, personal digital assistants, remote communication devices, or the like, or to any other devices or systems which can take as input the output of a touch tablet.

10

The X,Y, and Z outputs of arithmetic unit 16 are also directed to gesture unit 20, which is used to recognize certain finger gestures performed by a user on sensing plane 10. In addition, gesture unit 20 may produce a signal to motion unit 18 to enable the edge motion feature of the present invention based on the state of gesture processing.

The sensor material can be anything that allows creation of a conductive X/Y matrix of pads. This includes not only standard PC boards, but also includes but is not limited to flexible PC boards, conductive elastomer materials, silk-screened conductive lines, and piezo-electric Kynar plastic materials. This renders it useful as well in any portable equipment application or in human interface where the sensor needs to be molded to fit within the hand.

The sensor can be conformed to any three dimensional surface. Copper can be plated in two layers on most any surface contour producing the sensor. This will allow the sensor to be adapted to the best ergonomic form needed for any particular application. This coupled with the "light-touch" feature will make it effortless to use in many applications. The sensor can also be used in an indirect manner, i.e. it can have an insulating foam material covered by a conductive layer over the touch sensing surface and be used to detect any object (not just conductive) that presses against its surface.

Small sensor areas are practical, i.e., a presently conceived embodiment takes about 1.5"×1.5" of area, however those of ordinary skill in the art will recognize that the area is scaleable for different applications. The matrix area is scaleable by either varying the matrix trace spacing or by varying the number of traces. Large sensor areas are practical where more information is needed.

Besides simple X and Y position information, the sensor technology of the present invention also provides finger pressure information. This additional dimension of information may be used by programs to control special features such as "brush-width" modes in Paint programs, special menu accesses, etc., allowing provision of a more natural sensory input to computers. It has also been found useful for implementing "mouse click and drag" modes and for simple input gestures.

The user will not even have to touch the surface to generate the minimum reaction. This feature can greatly minimize user strain and allow for more flexible use.

The sense system of the present invention depends on a transducer device capable of providing position and pressure information regarding the object contacting the transducer. Referring now to FIGS. 2A–2D, top, bottom, composite, and cross-sectional views, respectively, are shown of a presently preferred sensing plane 10 comprising a touch sensor array 22 for use in the present invention. Since capacitance is exploited by this embodiment of the present invention, the surface of touch sensor array 22 is designed to maximize the capacitive coupling to a finger or other conductive object.

A presently preferred touch sensor array 22 according to the present invention comprises a substrate 24 including a first set of conductive traces 26 disposed on a top surface 28 thereof and run in a first direction to comprise row positions of the touch sensor array 22. A second set of conductive traces 30 are disposed on a bottom surface 32 thereof and run in a second direction preferably orthogonal to the first direction to form the column positions of the touch sensor array 22. The first and second set of conductive traces 26 and 30 are alternately in contact with periodic sense pads 34 comprising enlarged areas, shown as diamonds in FIGS. 2A–2C. While sense pads 34 are shown as diamonds in FIGS. 2A–2C, any shape, such as circles, which allows them

**11**

to be closely packed is equivalent for purposes of this invention. As an arbitrary convention herein, the first set of conductive traces **26** will be referred to as being oriented in the "X" or "row" direction and may be referred to herein sometimes as "X lines" and the second set of conductive traces **30** will be referred to as being oriented in the "Y" or "column" direction and may be referred to herein sometimes as "Y lines".

The number and spacing of these sense pads **34** depends upon the resolution desired. For example, in an actual embodiment constructed according to the principles of the present invention, a 0.10 inch center-to-center diamond-shaped pattern of sense pads **34** disposed along a matrix of 15 rows and 15 columns of conductors is employed. Every other sense pad **34** in each direction in the pin pattern is connected to first and second sets of conductive traces **26** and **30** on the top and bottom surfaces **28** and **32**, respectively of substrate **24**.

Substrate **24** may be a printed circuit board, a flexible circuit board, or any of a number of available circuit interconnect technology structures. Its thickness is unimportant as long as contact may be made therethrough from the second set of conductive traces **30** to their sense pads **34** on the top surface **28**. The printed circuit board comprising substrate **24** can be constructed using standard industry techniques. Board thickness is not important. Connections from the sense pads **34** to the second set of conductive traces **30** may be made employing standard plated-through hole techniques well known in the printed circuit board art.

In an alternate embodiment of the present invention, the substrate **24** may have a thickness on the order of 0.005 to 0.010 inches. Then the sense pads **34** on the top surface **28** and the plated through holes that connect to the second set of conductive traces **30**, can be omitted, further reducing the cost of the system.

An insulating layer **36** is disposed over the sense pads **34** on top surface **28** to insulate a human finger or other object therefrom. Insulating layer **36** is preferably a thin layer (i.e., approximately 5 mils) to keep capacitive coupling large and may comprise a material, such as mylar, chosen for its protective and ergonomic characteristics. The term "significant capacitive coupling" as used herein shall mean capacitive coupling having a magnitude greater than about 0.5 pF.

There are two different capacitive effects taking place when a finger approaches the touch sensor array **22**. The first capacitive effect is trans-capacitance, or coupling between sense pads **34**, and the second capacitive effect is self-capacitance, or coupling to virtual ground. Sensing circuitry is coupled to the touch sensor array **22** of the present invention and responds to changes in either or both of these capacitances. This is important because the relative sizes of the two capacitances change greatly depending on the user environment. The ability of the present invention to detect changes in both self-capacitance and trans-capacitance results in a very versatile system having a wide range of applications.

According to the preferred embodiment of the invention, a position sensor system including touch sensor array **22** and associated position detection circuitry will detect a finger position on a matrix of printed circuit board traces via the capacitive effect of finger proximity to the touch sensor array **22**. The position sensor system will report the X,Y position of a finger placed near the touch sensor array **22** to much finer resolution than the spacing between the first and second sets of conductive traces **26** and **30**. The position sensor according to this embodiment of the invention will also report a Z value proportional to the outline of that finger and

**12**

hence indicative of the pressure with which the finger contacts the surface of insulating layer **36** over the touch sensor array **22**.

According to the presently preferred embodiment of the invention, a very sensitive, light-touch detector circuit may be provided using adaptive analog and digital VLSI techniques. The circuit of the present invention is very robust and calibrates out process and systematic errors. The detector circuit of the present invention will process the capacitive input information and provide digital information, which may be presented directly to a microprocessor.

According to this embodiment of the invention, sensing circuitry is contained on a single sensor processor integrated circuit chip. The sensor processor chip can have any number of X and Y "matrix" inputs. The number of X and Y inputs does not have to be equal. The Integrated circuit has a digital bus as output. In the illustrative example disclosed in FIGS. **2A**–**2D** herein, the touch sensor array **22** has 15 traces in both the X and Y directions. The sensor processor chip thus has 15 X inputs and 15 Y inputs. An actual embodiment constructed according to the principles of the present invention employed 18 traces in the X direction and 24 traces in the Y direction. Those of ordinary skill in the art will recognize that the size of the touch sensor array **22** which may be employed in the present invention is arbitrary and will be dictated largely by design choice.

The X and Y matrix nodes are driven and sensed in parallel, with the capacitive information from each line indicating how close a finger is to that node. The scanned information provides a profile of the finger proximity in each dimension. According to this aspect of the present invention, the profile centroid is derived in both the X and Y directions and is the position in that dimension. The profile curve of proximity is also integrated to provide the Z information.

There are two drive and sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved, while the voltages of the Y lines are held at a constant voltage. Next, the voltages on all of the Y lines of the touch sensor array **22** are simultaneously moved, while the voltages of the X lines are held at a constant voltage. This scanning method accentuates the measurement of capacitance to virtual ground provided by the finger. Those of ordinary skill in the art will recognize that the order of these two steps is somewhat arbitrary and may be reversed.

According to a second drive/sense method, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This second drive/sense method accentuates trans-capacitance and de-emphasizes virtual ground capacitance. As with the first drive/sense method, those of ordinary skill in the art will recognize that order of these two steps is somewhat arbitrary and may be reversed.

Referring now to FIG. **3**, a block diagram of the presently preferred sensing circuitry **40** for use according to the present invention is presented. This block diagram, and the accompanying disclosure, relates to the sensing circuitry **40** in one dimension (X) only, and includes the X input processing circuitry **12** of FIG. **1**. Those of ordinary skill in the art will appreciate that an identical circuit would be used for sensing the opposite (Y) dimension and would include the Y

**13**

input processing circuitry **14** of FIG. **1**. Such skilled persons will further note that the two dimensions do not need to be orthogonal to one another. For example, they can be radial or of any other nature to match the contour of the touch sensor array **22** and other needs of the system. Those of ordinary skill in the art will recognize that the technology disclosed herein could be applied as well to a one-dimensional case where only one set of conductive traces is used.

The capacitance at each touch sensor array node is represented by equivalent capacitors **42-1** through **42-n**. The capacitance of capacitors **42-1** through **42-n** comprises the capacitance of the matrix conductors and has a characteristic background value when no object (e.g., a finger) is proximate to the sensing plane **10** of the touch sensor array **22**. As an object approaches the sensing plane **10** the capacitance of capacitors **42-1** through **42-n** increases in proportion to the size and proximity of the object.

According to the present invention, the capacitance at each touch sensor array **22** node is measured simultaneously using charge integrator circuits **44-1** through **44-n**. Charge-integrator circuits **44-1** through **44-n** serve to inject charge into the capacitances **42-1** through **42-n**, respectively, and to develop an output voltage proportional to the capacitance sensed on the corresponding X matrix line. Thus charge-integrator circuits **44-1** through **44-n** are shown as bidirectional amplifier symbols. Each charge-integrator circuit **44-1** through **44-n** is supplied with an operating bias voltage by bias-voltage generating circuit **46**.

As used herein, the phrase "proportional to the capacitance" means that the voltage signal generated is a monotonic function of the sensed capacitance. In the embodiment described herein, the voltage is directly and linearly proportional to the capacitance sensed. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein. In addition current-sensing as well as voltage-sensing techniques could be employed.

According to a presently preferred drive/sense method used in the present invention, the capacitance measurements are performed simultaneously across all inputs in one dimension to overcome a problem that is inherent in all prior art approaches that scan individual inputs. The problem with the prior-art approach is that it is sensitive to high frequency and large amplitude noise (large dv/dt noise) that is coupled to the circuit via the touching object. Such noise may distort the finger profile because of noise appearing in a later scan cycle but not an earlier one, due to a change in the noise level.

The present invention overcomes this problem by "taking a snapshot" of all inputs simultaneously in X and then Y directions (or visa versa). Because the injected noise is proportional to the finger signal strength across all inputs, it is therefore symmetric around the finger centroid. Because it is symmetric around the finger centroid it does not affect the finger position. Additionally, the charge amplifier performs a differential measuring function to further reject common-mode noise.

Because of the nature of the charge integrator circuits **44-1** through **44-n**, their outputs will be changing over time and will have the desired voltage output for only a short time. As presently preferred, filter circuits **48-1** through **48-n** are implemented as sample and hold switched capacitor filters.

**14**

The desired voltage is captured by the filter circuits **48-1** through **48-n**. As controlled by control circuitry, **56**, the filter circuits **48-1** through **48-n** will filter out any high frequency noise from the sensed signal. This is accomplished by choosing the capacitor for the filter to be much larger than the output capacitance of charge integrator circuits **44-1** through **44-n**. In addition, those of ordinary skill in the art will recognize that the switched capacitor filter circuits **48-1** through **48-n** will capture the desired voltages and store them.

According to the present invention, the capacitance information obtained in voltage form from the capacitance measurements is digitized and processed in digital format. Accordingly, the voltages stored by filter circuits **48-1** through **48-n** are stored in sample/hold circuits **50-1** through **50-n** so that the remainder of the circuitry processes input data taken at the same time. Sample/hold circuits **50-1** through **50-n** may be configured as conventional sample/hold circuits as is well known in the art.

The sampled analog voltages at the outputs of sample/hold circuits **50-1** through **50-n** are digitized by analog-to-digital (A/D) converters **52**. As presently preferred, A/D converters **52** resolve the input voltage to a 10-bit wide digital signal (a resolution of one part in 1,024), although those of ordinary skill in the art will realize that other resolutions may be employed. A/D converters **52** may be conventional successive approximation type converters as is known in the art.

Given the charge integrator circuitry **44** employed in the present invention, the background level (no object present) of the charge integrator circuits **44** outputs will be about 1 volt. The $\Delta V$ resulting from the presence of a finger or other object will typically be about 0.4 volt. The voltage range of the A/D converters **52** should therefore be in the range of between about 1–2 volts.

An important consideration is the minimum and maximum voltage reference points for the A/D converters **52** ($V_{min}$ and $V_{max}$). It has been found that noise will cause position jitter if these reference voltages are fixed points. A solution to this problem which is employed in the present invention is to dynamically generate the $V_{min}$ and $V_{max}$ reference voltages from reference capacitances **42-**$V_{min}$ and **42-**$V_{max}$, sensed by charge integrator circuits **44-**$V_{min}$ and **44-**$V_{max}$ and processed by filter circuits **48-**$V_{min}$ and **48-**$V_{max}$ and stored in sample/hold circuits **50-**$V_{min}$ and **50-**$V_{max}$. In this manner, any common mode noise present when the signals are sampled from the touch sensor array **22** will also be present in the $V_{min}$ and $V_{max}$ reference voltage values and will tend to cancel. Those of ordinary skill in the art will realize that reference capacitances **42-**$V_{min}$ and **42-**$V_{max}$ may either be discrete capacitors or extra traces in the touch sensor array **22**.

According to the present invention, the $V_{min}$ reference voltage is generated from a capacitor having a value equal to the lowest capacitance expected to be encountered in the touch sensor array **22** with no object present (about 12 pF assuming a 2 inch square sensor array). The $V_{max}$ reference voltage is generated from a capacitor having a value equal to the largest capacitance expected to be encountered in the touch sensor array **22** with an object present (about 16 pF assuming a 2 inch square sensor array).

The outputs of A/D converters **52** provide inputs to arithmetic unit **16**. As will be more fully disclosed with reference to FIG. **8**, the function of arithmetic unit **16** is to compute the weighted average of the signals on the individual sense lines in both the X and Y directions in the touch sensor array **22**. Thus, arithmetic unit **16** is shared by the X

US 7,109,978 B2

15

input processing circuitry 12 and the Y input processing circuitry 14 as shown in FIG. 1.

Control circuitry 56 of FIG. 3 orchestrates the operation of the remainder of the circuitry. Because the system is discretely sampled and pipelined in its operation, control circuitry 56 is present to manage the signal flow. The functions performed by control circuitry 56 may be conventionally developed via what is commonly known in the art as a state machine or microcontroller.

The structure and operation of the individual blocks of FIG. 3 will now be disclosed. Referring now to FIGS. 4a, 4b, and 5, a typical charge integrator circuit 44 will be described. Charge integrator circuit 44 is shown as a simplified schematic diagram in FIG. 4a and as an illustrative schematic diagram in FIG. 4b. The timing of the operation of charge integrator circuit 44 is shown in FIG. 5. These timing signals are provided by the control circuitry 56.

Charge integrator circuit 44 is based on the fundamental physical phenomena of using a current to charge a capacitor. If the capacitor is charged for a constant time by a constant current, then a voltage will be produced on the capacitor, which is inversely proportional to the capacitance. The capacitance to be charged is the sensor array line capacitance 42 in parallel with an internal capacitor. This internal capacitor will contain the voltage of interest.

Referring now to FIG. 4a, a simplified schematic diagram of an illustrative charge integrator circuit 44 is shown. A charge integrator circuit input node 60 is connected to one of the X (or Y) lines of the touch sensor array 22. A first shorting switch 62 is connected between the charge integrator circuit input node 60 and V$_{DD}$, the positive supply rail. A second shorting switch 64 is connected between the charge integrator circuit input node 60 and ground, the negative supply rail. A positive constant current source 66 is connected to V$_{DD}$, the positive supply rail and to the charge integrator circuit input node 60 and through a first current source switch 68. A negative constant current source 70 is connected to ground and to the charge integrator circuit input node 60 and through a second current source switch 72. It is obvious that other high and low voltage rails could be used in place of V$_{DD}$ and ground.

A first internal capacitor 74 is connected between V$_{DD}$ and output node 76 of charge integrator circuit 44. A positive voltage storage switch 78 is connected between output node 76 and input node 60. A second internal capacitor 80 has one of its plates connected to ground through a switch 82 and to output node 76 of charge integrator circuit 44 through a switch 84, and the other one of its plates connected to input node 60 through a negative voltage storage switch 86 and to V$_{DD}$ through a switch 88. The capacitance of first and second internal capacitors 74 and 80 should be a small fraction (i.e., about 10%) of the capacitance of the individual sensor array lines. In a typical embodiment, the sensor array line capacitance will be about 10 pF and the capacitance of capacitors 74 and 80 should be about 1 pF.

According to the presently preferred embodiment of the invention, the approach used is a differential measurement for added noise immunity, the benefit of which is that any low frequency common mode noise gets subtracted out. For the following discussion, it is to be assumed that all switches are open unless they are noted as closed. First, the sensor array line is momentarily shorted to V$_{DD}$ through switch 62, switch 78 is closed connecting capacitor 74 in parallel with the capacitance of the sensor line. Then the parallel capacitor combination is discharged with a constant current from current source 70 through switch 72 for a fixed time period.

16

At the end of the fixed time period, switch 78 is opened, thus storing the voltage on the sensor array line on capacitor 74.

The sensor line is then momentarily shorted to ground through switch 64, and switches 82 and 86 are closed to place capacitor 80 in parallel with the capacitance of the sensor line. Switch 68 is closed and the parallel capacitor combination is charged with a constant current from current source 66 for a fixed time period equal to the fixed time period of the first cycle. At the end of the fixed time period, switch 86 is opened, thus storing the voltage on the sensor matrix line on capacitor 80.

The first and second measured voltages are then averaged. This is accomplished by opening switch 82 and closing switches 88 and 84, which places capacitor 80 in parallel with capacitor 74. Because capacitors 74 and 80 have the same capacitance, the resulting voltage across them is equal to the average of the voltages across each individually. This final result is the value that is then passed on to the appropriate one of filter circuits 48-1 through 48-n.

The low frequency noise, notably 50/60 Hz and their harmonics, behaves as a DC current component that adds in one measurement and subtracts in the other. When the two results are added together that noise component averages to zero. The amount of noise rejection is a function of how quickly in succession the two opposing charge-up and charge-down cycles are performed as will be disclosed herein. One of the reasons for the choice of this charge integrator circuit 44 is that it allows measurements to be taken quickly.

Referring now to FIG. 4b, a more complete schematic diagram of an illustrative embodiment of charge integrator circuit 44 of the simplified diagram of FIG. 4a is shown. Input node 60 is shown connected to V$_{DD}$ and ground through pass gates 90 and 92, which replace switches 62 and 64 of FIG. 4a. Pass gate 90 is controlled by a signal ResetUp presented to its control input and pass gate 92 is controlled by a signal ResetDn presented to its control input. Those of ordinary skill in the art will recognize that pass gates 90 and 92, as well as all of the other pass gates which are represented by the same symbol in FIG. 4b may be conventional CMOS pass gates as are known in the art. The convention used herein is that the pass gate will be off when its control input is held low and will be on and present a low impedance connection when its control input is held high.

P-Channel MOS transistors 94 and 96 are configured as a current mirror. P-Channel MOS transistor 94 serves as the current source 66 and pass gate 98 serves as switch 68 of FIG. 4a. The control input of pass gate 98 is controlled by a signal StepUp.

N-Channel MOS transistors 100 and 102 are also configured as a current mirror. N-Channel MOS transistor 100 serves as the current source 70 and pass gate 104 serves as switch 72 of FIG. 4a. The control input of pass gate 104 is controlled by a signal StepDn. P-Channel MOS transistor 106 and N-Channel MOS transistor 108 are placed in series with P-Channel MOS current mirror transistor 96 and N-Channel MOS current mirror transistor 102. The control gate of P-Channel MOS transistor 106 is driven by an enable signal EN, which turns on P-Channel MOS transistor 106 to energize the current mirrors. This device is used as a power conservation device so that the charge integrator circuit 44 may be turned off to conserve power when it is not in use.

N-Channel MOS transistor 108 has its gate driven by a reference voltage Vbias, which sets the current through current mirror transistors 96 and 102. The voltage Vbias is set by a servo feedback circuit as will be disclosed in more detail with reference to FIG. 10. Those of ordinary skill in

US 7,109,978 B2

17

the art will appreciate that this embodiment allows calibration to occur in real time (via long time constant feedback) thereby zeroing out any long-term effects due to sensor environmental changes. In a current embodiment of the invention, Vbias is common for all charge integrator circuits 44-1 through 44-n and 44-$V_{max}$ and 44-$V_{min}$.

Note that proper sizing of N-channel MOS transistors 102 and 108 may provide temperature compensation. This is accomplished by taking advantage of the fact that the threshold of N-Channel MOS transistor 108 reduces with temperature while the mobility of both N-Channel MOS transistors 102 and 108 reduce with temperature. The threshold reduction has the effect of increasing the current while the mobility reduction has the effect of decreasing the current. By proper device sizing these effects can cancel each other out over a significant part of the operating range.

Capacitor 74 has one plate connected to $V_{DD}$ and the other plate connected to the output node 76 and to the input node 60 through pass gate 110, shown as switch 78 in FIG. 4$a$. The control input of pass gate 110 is driven by the control signal SUp. One plate of capacitor 80 is connected to input node 60 through pass gate 112 (switch 86 in FIG. 4$a$) and to $V_{DD}$ through pass gate 114 (switch 88 in FIG. 4$a$). The control input of pass gate 112 is driven by the control signal SDn and the control input of pass gate 114 is driven by the control signal ChUp. The other plate of capacitor 80 is connected to ground through N-Channel MOS transistor 116 (switch 82 in FIG. 4$a$) and to output node 76 through pass gate 118 (switch 84 in FIG. 4$a$). The control input of pass gate 118 is driven by control signal Share.

Referring now to FIGS. 4$a$, 4$b$ and the timing diagram of FIG. 5, the operation of charge integrator circuit 44 during one scan cycle may be observed. First the EN (enable) control signal goes active by going to 0 v. This turns on the current mirrors and energizes the charge and discharge current sources, P-channel and N-channel MOS transistors 94 and 100. The ResetUp control signal is active high at this time, which shorts the input node 60 (and the sensor line to which it is connected) to $V_{DD}$. The SUp control signal is also active high at this time which connects capacitor 74 and the output node 76 to input node 60. This arrangement guarantees that the following discharge portion of the operating cycle always starts from a known equilibrium state.

The discharge process starts after the ResetUp control signal goes inactive. The StepDn control signal goes active, connecting N-channel MOS transistor 100, the discharge current source, to the input node 60 and its associated sensor line. StepDn is active for a set amount of time, and the negative constant current source discharges the combined capacitance of the sensor line and capacitor 74 thus lowering its voltage during that time. StepDn is then turned off. A short time later the SUp control signal goes inactive, storing the measured voltage on capacitor 74. That ends the discharge cycle.

Next, the ResetDn control signal becomes active and shorts the sensor line to ground. Simultaneously the SDn and ChDn control signals become active and connect capacitor 80 between ground and the sensor line. Capacitor 80 is discharged to ground, guaranteeing that the following charge up cycle always starts from a known state.

The charge up cycle starts after ResetDn control signal becomes inactive and the StepUp control signal becomes active. At this point the current charging source, P-channel MOS transistor 94, is connected to the sensor line and supplies a constant current to charge the sensor line by increasing the voltage thereon. The StepUp control signal is active for a set amount of time (preferably equal to the time

18

for the previously mentioned cycle) allowing the capacitance to charge, and then it is turned off. The SDn control signal then goes inactive, leaving the measured voltage across capacitor 80.

The averaging cycle now starts. First the voltage on capacitor 80 is level shifted. This is done by the ChDn control signal going inactive, letting one plate of the capacitor 80 float. Then the ChUp control signal goes active, connecting the second plate of the capacitor to $V_{DD}$. Then the Share control signal becomes active which connects the first plate of capacitor 80 to output node 76, thus placing capacitors 74 and 80 in parallel. This has the effect of averaging the voltages across the two capacitors 74 and 80, thus subtracting out common-mode noise as previously described. This average voltage is also then available on output node 76.

Those of ordinary skill in the art will recognize that the environmental alternating current and other low frequency noise-canceling feature inherent in the averaging of the voltages obtained in the discharge and charge cycles is most effective when the two cycles are performed very close together in time. According to the present invention, the ChDn and ChUp signals should be asserted with respect to each other within a time period much less than a quarter of the period of the noise to be canceled in order to take advantage of this feature of the present invention.

According to the present invention, two different drive/sense methods have been disclosed. Those of ordinary skill in the art will readily observe that the charge integrator circuit 44 disclosed with reference to FIGS. 4$a$, 4$b$, and 5 is adaptable to operate according to either scanning method disclosed herein.

As is clear from an understanding of the operation of charge integrator circuit 44, its output voltage is only available for a short period of time and is subject to environmental noise. In order to minimize the effects of noise, a switched capacitor filter circuit 48 is used. Referring now to FIG. 6, a schematic diagram of an illustrative switched capacitor filter circuit 48 which may be used in the present invention is shown. Those of ordinary skill in the art will recognize this switched capacitor filter circuit, which comprises an input node 120, a pass gate 122 having a control input driven by a Sample control signal, a capacitor 124 connected between the output of the pass gate 122 and a fixed voltage such as ground, and an output node 126 comprising the common connection between the capacitor 124 and the output of the pass gate 122. In a typical embodiment, capacitor 124 will have a capacitance of about 10 pF.

As will be appreciated by persons of ordinary skill in the art, the switched capacitor filter circuit 48 is in part a sample/hold circuit and has a filter time constant which is K times the period of sample, where K is the ratio of capacitor 124 to the sum of capacitors 74 and 80 of the charge integrator circuit 44 of FIGS. 4$a$ and 4$b$ to which it is connected. The switched capacitor filter circuit 48 further reduces noise injection in the system. In the preferred embodiment, K=10/2=5. Those of ordinary skill in the art will recognize that other types of filter circuits, such as RC filters, may be employed in the present invention.

Referring now to FIG. 7, a more detailed block diagram of a presently preferred arrangement of A/D converters 52 of FIG. 3 is presented. There are fewer A/D converters 52 than there are lines in the touch sensor array 22, and the inputs to the A/D converters 52 are multiplexed to share each of the individual A/D converters 52 among several lines in the touch sensor array 22. The arrangement in FIG. 7 is more

US 7,109,978 B2

**19**

efficient in the use of integrated circuit layout area than providing individual A/D converters **52** for each input line.

In the embodiment illustrated in FIG. **7**, twenty-four conductive line traces are assumed for the touch sensor array **22** of FIGS. **2a**–**2d**. As shown in FIG. **7**, the outputs of sample/hold circuits **50-1** through **50-24** are fed to the analog data inputs of analog multiplexer **130**. Analog multiplexer **130** has six outputs, each of which drives the input of an individual A/D converter **52-1** through **52-6**. The internal arrangement of analog multiplexer **130** is such that four different ones of the inputs are multiplexed to each of the outputs. Analog multiplexer **130** has been conceptually drawn as six internal multiplexer blocks **132-1** through **132-6**.

In the example shown in FIG. **7**, inputs taken from sample/hold circuits **50-1** through **50-4** are multiplexed to the output of internal multiplexer block **132-1**, which drives A/D converter **52-1**. Similarly, inputs taken from sample/hold circuits **50-5** through **50-8** are multiplexed to the output of internal multiplexer block **132-2** which drives A/D converter **52-2**; inputs taken from sample/hold circuits **50-9** through **50-12** are multiplexed to the output of internal multiplexer block **132-3** which drives A/D converter **52-3**; inputs taken from sample/hold circuits **50-13** through **50-16** are multiplexed to the output of internal multiplexer block **132-4** which drives A/D converter **52-4**; inputs taken from sample/hold circuits **50-17** through **50-20** are multiplexed to the output of internal multiplexer block **132-5** which drives A/D converter **52-5**; and inputs taken from sample/hold circuits **50-21** through **50-24** are multiplexed to the output of internal multiplexer block **132-6** which drives A/D converter **52-6**.

Analog multiplexer **130** has a set of control inputs schematically represented by bus **134**. In the illustrative embodiment shown in FIG. **7**, each of internal multiplexers **132-1** through **132-6** are four-input multiplexers and thus control bus **134** may comprise a two-bit bus for a one-of-four selection. Those of ordinary skill in the art will recognize that the arrangement of FIG. **7** is merely one of a number of specific solutions to the task of A/D conversion from twenty-four channels, and that other satisfactory equivalent arrangements are possible.

In a straightforward decoding scheme, multiplexers **132-1** through **132-6** will pass, in sequence, the analog voltages present on their first through fourth inputs on to the inputs of A/D converters **52-1** through **52-6** respectively. After the analog values have settled in the inputs of A/D converters **52-1** through **52-6**, a CONVERT command is asserted on common A/D control line **136** to begin the A/D conversion process.

When the A/D conversion process is complete, the digital value representing the input voltage is stored in registers **138-1** through **138-6**. As presently preferred, registers **138-1** through **138-6** may each comprise a two-word register, so that one word may be read out of the registers **138-1** through **138-6** to arithmetic unit **16** while a second word is being written into the registers **138-1** through **138-6** in order to maximize the speed of the system. The design of such registers **138-1** through **138-6** is conventional in the art.

Referring now to FIG. **8**, a more detailed block diagram of the arithmetic unit **16** is presented. Those of ordinary skill in the art will appreciate that arithmetic unit **16** processes information from both the X and Y dimensions, i.e., from X input processing circuit **12** and Y input processing circuit **14** of FIG. **1**.

Before disclosing the structural configuration of arithmetic unit **16**, it is helpful to understand the preferred

**20**

method by which the centroid position of an object proximate to the touch sensor array **22** is determined according to the present invention.

According to a presently preferred embodiment of the invention, the object position in either direction may be determined by evaluating the weighted average of the capacitances measured on the individual sense line of the touch sensor array **22**. In the following discussion, the X direction is used, but those of ordinary skill in the art will recognize that the discussion applies to the determination of the weighted average in the Y direction as well. As is well known, the weighted average may be determined as follows:

$$X \text{ position} = \frac{\sum_{i=0}^{n} iH\Delta C_i}{\sum_{i=0}^{n} \Delta C_i} \qquad \text{[Eq. 1]}$$

where $\Delta C_i = C_i - C0_i$. $C_i$ is the capacitance presently being measured on the ith trace and $C0_i$ is the value measured on that same trace at some past time when no object was present. In terms of these past and present capacitance measurements, the position can be expressed as:

$$X \text{ position} = \frac{\sum_{i=0}^{n} iH(C_i - C0_i)}{\sum_{i=0}^{n} (C_i - C0_i)} \qquad \text{[Eq. 2]}$$

Using the distributive property of multiplication over addition, this expression is seen to be equivalent to:

$$X \text{ position} = \frac{-\sum_{i=0}^{n} (iHC0_i) + \sum_{i=0}^{n} (iHC_i)}{-\sum_{i=0}^{n} (C0_i) + \sum_{i=0}^{n} (C_i)} \qquad \text{[Eq. 3]}$$

where the negative terms in both the numerator and denominator are offsets and represent the background value of the capacitances with no object present. If the term $O_N$ is used to represent the numerator offset and the term $O_D$ is used to represent the denominator offset, Eq. 3 may be re-written as:

$$X \text{ position} = \frac{-O_N + \sum_{i=0}^{n} (iHC_i)}{-O_D + \sum_{i=0}^{n} (C_i)} \qquad \text{[Eq. 4]}$$

Referring now to FIG. **8**, it may be seen that arithmetic unit **16** includes X numerator and denominator accumulators **150** and **152** and Y numerator and denominator accumulators **154** and **156**. The source of operand data for X numerator and denominator accumulators **150** and **152** and Y numerator and denominator accumulators **154** and **156** are the registers **138-1** through **138-6** in each (X and Y) direction of the touch sensor array **22** of FIG. **1**. The X and Y denominator accumulators **152** and **156** sum up the digital results from the A/D conversions. The X and Y numerator accumulators **150** and **154** compute the weighted sum of the

US 7,109,978 B2

21

input data rather than the straight sum. X and Y numerator and denominator accumulators 150, 152, 154, and 156 may be configured as hardware elements or as software running on a microprocessor as will be readily understood by those of ordinary skill in the art.

As may be seen from an examination of FIG. 8, X and Y numerator accumulators 150 and 154 compute the expression of Eq. 4:

$$\sum_{i=0}^{n} i H C_i \qquad \text{[Eq. 5]}$$

and X and Y denominator accumulators 152 and 156 compute the expression of Eq. 4:

$$\sum_{i=0}^{n} C_i \qquad \text{[Eq. 6]}$$

The contents of X and Y numerator and denominator offset registers 158, 160, 162, and 164 are subtracted from the results stored in the X and Y numerator and denominator accumulators 150, 152, 154, and 156 in adders 166, 168, 170, and 172. Adder 166 subtracts the offset $O_{NX}$ stored in X numerator offset register 158. Adder 168 subtracts the offset $O_{DX}$ stored in X denominator offset register 160. Adder 170 subtracts the offset $O_{NY}$ stored in Y numerator offset register 162. Adder 172 subtracts the offset $O_{DY}$ stored in Y denominator offset register 164. The numerator denominator pairs are divided by division blocks 174 and 176 to produce the X and Y position data, and the X and Y denominator pair is used by block 178 to produce Z axis (pressure) data. The function performed by block 178 will be disclosed later herein. The offsets $O_{DX}$, $O_{NX}$, $O_{DY}$, and $O_{NY}$ are sampled from the contents of the X and Y numerator and denominator accumulator 150, 152, 154 and 156 when directed by calibration unit 180.

Persons of ordinary skill in the art will readily appreciate that the architecture of the system of the present invention may be distributed in a number of ways, several of which involve the availability of a microprocessor, whether it be in a host computer to which the system of the present invention is connected or somewhere between the integrated circuit described herein and a host computer. Embodiments of the present invention are contemplated wherein the accumulated numerator and denominator values representing the summation terms are delivered to such a microprocessor along with the $O_N$ and $O_D$ offset values for processing, or where all processing is accomplished by a programmed microprocessor as is known in the art.

Initially, the X and Y numerator and denominator accumulators 150, 152, 154, and 156 are set to zero during system startup. If the multiplexed A/D converters 52-1 through 52-6 as shown in FIG. 7 are employed, the digitized voltage data in the first word of register 138-1 (representing the voltage at the output of sample/hold circuit 50-1) is added to the sum in the accumulator and the result stored in the accumulator. In succession, the digitized voltage values stored in the first word of registers 138-2 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-5, 50-9, 50-13, 50-17, and 50-21, respectively) are added to the sums in the accumulators and the results stored in the accumulators. As previously mentioned, A/D converters 52-1 through 52-6 may at this time be converting

22

the voltages present at the outputs of sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22 and storing the digitized values in the second words of registers 138-1 through 138-6 respectively.

Next, in succession, the digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of-sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22, respectively) are added to the sum in the accumulator and the result stored in the accumulator.

Next, in succession, the digitized voltage values stored in the first words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-3, 50-7, 50-11, 50-15, 50-19, and 50-23, respectively) are added to the sum in the accumulator and the result stored in the accumulator, followed by digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-4, 50-8, 50-12, 50-16, 50-20, and 50-24, respectively).

At this point in time, the accumulators hold the sums of all of the individual digitized voltage values. The digital values stored in the $O_N$ and $O_D$ offset registers 158, 160, 162, and 164 are now respectively subtracted from the values stored in the numerator and denominator accumulators. The division operation in dividers 174 and 176 then completes the weighted average computation.

The division operation may also be performed by an external microprocessor which can fetch the values stored in the accumulators or perform the accumulations itself. As the $O_N$ and $O_D$ offset values are presently derived by an external microprocessor, the additional processing overhead presented to such external microprocessor by this division operation is minimal. Alternately, a dedicated microprocessor may be included on chip to handle these processing tasks without departing from the invention disclosed herein.

The above-disclosed processing takes place within about 1 millisecond and may be repeatedly performed. Current mouse standards update position information 40 times per second, and thus the apparatus of the present invention may easily be operated at this repetition rate.

Because of the nature of the method employed in the present invention, an opportunity exists to provide additional noise immunity without requiring additional hardware in the system of the present invention. While it is apparent that after the above-disclosed sequence has been performed, the accumulators may be cleared and the process repeated, the values may also be allowed to remain in the accumulators. If this is done, an averaging function may be implemented to further filter out noise. According to this aspect of the invention, a number of samples are taken and run through the accumulators without clearing them at the end of the processing sequence. As presently preferred, twenty-five samples are processed before a single division result is taken for use by the system, thus greatly reducing the effects of transient system noise spikes. Those of ordinary skill in the art will recognize that the number of samples taken prior to clearing the accumulators is a matter of design choice dictated by factors such as data acquisition rates, data processing rates etc.

It is preferable to provide additional filtering of the X and Y position data produced by division blocks 174 and 176 of the arithmetic unit 16 of FIG. 8. The filtering preferably occurs in between arithmetic unit 16 and motion and gesture units 18 and 20 of FIG. 1. The X and Y coordinates are separately filtered as independent numbers. Each filter is an averaging register computing a "running average" as is well

US 7,109,978 B2

23

known in the art. When the finger's presence is first detected, the filter register is initialized with the current quotient. In subsequent samples, the new quotient is averaged with the filter register value to produce a new filter register value. In the presently preferred embodiment, the values are equally weighted in the average, though different weightings can be used to provide stronger or weaker filtering. The sequence of values in the filter register serve as the X and Y coordinates used by the motion and gesture units **18** and **20** of FIG. **1**.

The system of the present invention is adaptable to changing conditions, such as component aging, changing capacitance due to humidity, and contamination of the touch surface, etc. In addition, the present invention effectively minimizes ambient noise. According to the present invention, these effects are taken into consideration in three ways. First, the offset values $O_N$ and $O_D$ are dynamically updated to accommodate changing conditions. Second, a servo-feedback circuit is provided to determine the bias voltage used to set the bias of the charge-integrator circuits **44-1** through **44-n**. Third, as previously disclosed herein, the reference voltage points for $V_{max}$ and $V_{min}$ of the A/D converters **52** are also dynamically altered to increase the signal to noise margin.

Referring now to FIG. **9**, a block diagram of a calibration unit **180** which may be used with the arithmetic unit of FIG. **8** is presented. The calibration unit **180** executes an algorithm to establish the numerator and denominator offset values by attempting to determine when no finger or other conductive object is proximate to the touch sensor array **22**.

As previously disclosed, the $O_N$ and $O_D$ offset values represent the baseline values of the array capacitances with no object present. These values are also updated according to the present invention since baseline levels that are too low or too high have the effect of shifting the apparent position of the object depending on the sign of the error. These values are established by selection of the values read when no object is present at the touch sensor array **22**. Since there is no external way to "know" when no object is present at touch sensor array **22**, an algorithm according to another aspect of the present invention is used to establish and dynamically update these offset values. When the calibration unit **180** sees a Z value which appears typical of the Z values when no finger is present, it instructs the offset registers (**158**, **160**, **162**, and **164**) of FIG. **8**) to reload from the current values of the X and Y numerator and denominator accumulators **150**, **152**, **154** and **156**. According to a presently preferred embodiment of the invention, the decision to update the offset values is based on the behavior of the touch sensor array **22** in only one of the X or Y directions, but when the decision is made all four offsets ($O_{NX}$, $O_{DX}$, $O_{NY}$, and $O_{DY}$) are updated. In other embodiments of the invention, the decision to update may be individually made for each direction according to the criteria set forth herein.

The calibration algorithm works by monitoring changes in a selected one of the denominator accumulator values. According to the present invention, it has been observed that the sensitivity to changes in capacitance of one of the sets of conductive lines in the touch sensor array **22** is greater than the sensitivity to changes in capacitance of the other one of the sets of conductive lines in the touch sensor array **22**. Experience suggests that the set of conductive lines having the greater sensitivity to capacitance changes is the one which is physically located above the set of conductive lines in the other direction and therefore closest to the touch surface of the touch sensor array **22**. The upper set of conductive lines tends to partially shield the lower set of

24

conductive lines from capacitive changes occurring above the surface of the touch sensor array **22**.

The finger pressure is obtained by summing the capacitances measured on the sense lines. This value is already present in the denominator accumulator after subtracting the offset $O_D$. A finger is present if the pressure exceeds a suitable threshold value. This threshold may be chosen experimentally and is a function of surface material and circuit timing. The threshold may be adjusted to suit the tastes of the individual user.

The pressure reported by the device is a simple function $f(X_D, Y_D)$ of the denominators for the X and Y directions as implemented in block **178** of FIG. **8**. Possible functions include choosing one preferred denominator value, or summing the denominators. In a presently preferred embodiment, the smaller of the two denominators is chosen. This choice has the desirable effect of causing the pressure to go below the threshold if the finger moves slightly off the edge of the pad, where the X sensors are producing valid data, but the Y sensors are not, or vise versa. This acts as an electronic bezel, which can take the place of a mechanical bezel at the periphery of the sensor area.

In the example of FIG. **8**, the Y denominator is chosen for monitoring because it is the most sensitive. The chosen denominator is referred to as Z for the purposes of the calibration algorithm. The current saved offset value for this denominator is referred to as $O_Z$.

The goal of the calibration algorithm is to track gradual variations in the resting Z level while making sure not to calibrate to the finger, nor to calibrate to instantaneous spikes arising from noise. As will be apparent to those of ordinary skill in the art from the following disclosure, the calibration algorithm could be implemented in digital or analog hardware, or in software. In a current embodiment actually tested by the inventors, it is implemented in software.

As Z values arrive in the calibration unit **180**, they are passed through filter **182**. History buffer **184**, which operates in conjunction with filter **182**, keeps a "running average" of recent Z values. When a new Z value arrives, the current running average $F_Z$ is updated according to the formula:

$$\text{new } F_Z = a(\text{old } F_Z) + (1-a)Z \qquad \text{[Eq. 7]}$$

where F is a constant factor between 0 and 1 and typically close to 1 and Z is the current Z value. In the preferred embodiment, alpha is approximately 0.95. The intention is for $F_Z$ to change slowly enough to follow gradual variations, without being greatly affected by short perturbations in Z.

The filter **182** receives a signal ENABLE from control unit **186**. The running average $F_Z$ is updated based on new Z values only when ENABLE is asserted. If ENABLE is deasserted, $F_Z$ remains constant and is unaffected by current Z.

The history buffer **184** records the several most recent values of $F_Z$. In the present embodiment, the history buffer **184** records the two previous $F_Z$ values. The history buffer **184** might be implemented as a shift register, circular queue, or analog delay line. When the history buffer **184** receives a REWIND signal from control unit **186**, it restores the current running average $F_Z$ to the oldest saved value. It is as if the filter **182** were "retroactively" disabled for an amount of time corresponding to the depth of the history buffer **184**. The purpose of the history buffer **184** is to permit such retroactive disabling.

The current running average $F_Z$ is compared against the current Z value and the current offset $O_Z$ by absolute

US 7,109,978 B2

25 26

difference units **188** and **190**, and comparator **192**. Absolute difference unit **188** subtracts the values Z and $F_Z$ and outputs the absolute value of their difference. Absolute difference unit **190** subtracts the values $O_Z$ and $F_Z$ and outputs the absolute value of their difference. Comparator **192** asserts the UPDATE signal if the output of absolute difference unit **188** is less than the output of absolute difference unit **190**, i.e., if $F_Z$ is closer to Z than it is to $O_Z$. The UPDATE signal will tend to be asserted when the mean value of Z shifts to a new resting level. It will tend not to be asserted when Z makes a brief excursion away from its normal resting level. The filter constant_determines the length of an excursion that will be considered "brief" for this purpose.

Subtractor unit **194** is a simple subtractor that computes the signed difference between Z and $O_Z$. This subtractor is actually redundant with subtractor **172** in FIG. **8**, and so may be merged with it in the actual implementation. The output $C_Z$ of this subtractor is the calibrated Z value, an estimate of the finger pressure. This pressure value is compared against a positive and negative Z threshold by comparators **196** and **198**. These thresholds are shown as $Z_{TH}$ and $-Z_{TH}$, although they are not actually required to be equal in magnitude.

If pressure signal $C_Z$ is greater than $Z_{TH}$, the signal FINGER is asserted indicating the possible presence of a finger. The $Z_{TH}$ threshold used by the calibration unit **180** is similar to that used by the rest of the system to detect the presence of the finger, or it may have a different value. In the present embodiment, the calibration $Z_{TH}$ is set somewhat lower than the main $Z_{TH}$ to ensure that the calibration unit **180** makes a conservative choice about the presence of a finger.

If pressure signal $C_Z$ is less than $-Z_{TH}$, the signal FORCE is asserted. Since $O_Z$ is meant to be equal to the resting value of Z with no finger present, and a finger can only increase the sensor capacitance and thus the value of Z, a largely negative $C_Z$ implies that the device must have incorrectly calibrated itself to a finger, which has just been removed. Calibration logic **200** uses this fact to force a recalibration now that the finger is no longer present.

Control logic **186** is responsible for preventing running average $F_Z$ from being influenced by Z values that occur when a finger is present. Output ENABLE is generally off when the FINGER signal is true, and on when the FINGER signal is false. However, when FINGER transitions from false to true, the control unit **186** also pulses the REWIND signal. When FINGER transitions from true to false, the control unit **186** waits a short amount of time (comparable to the depth of the history buffer **184**) before asserting ENABLE. Thus, the running average is prevented from following Z whenever a finger is present, as well as for a short time before and after the finger is present.

Calibration logic **200** produces signal RECAL from the outputs of the three comparators **192**, **196**, and **198**. When RECAL is asserted, the offset registers $O_V$ and $O_D$ will be reloaded from the current accumulator values. RECAL is produced from the following logic equation:

$$RECAL = FORCE \text{ or } (UPDATE \text{ and not } FINGER). \qquad [Eq. 8]$$

In addition, calibration logic **200** arranges to assert RECAL once when the system is first initialized, possibly after a brief period to wait for the charge integrators and other circuits to stabilize.

From the descriptions of control unit **186** and calibration logic **200**, it will be apparent to those of ordinary skill in the art that these blocks can be readily configured using conventional logic as a matter of simple and routine logic design.

It should be obvious to any person of ordinary skill in the art that the calibration algorithm described is not specific to the particular system of charge integrators and accumulators of the current invention. Rather, it could be employed in any touch sensor which produces proximity or pressure data in which it is desired to maintain a calibration point reflecting the state of the sensor when no finger or spurious noise is present.

Referring now to FIG. **10**, a bias voltage generating circuit **46** useful in the present invention is shown in schematic diagram form. According to a presently preferred embodiment of the invention, all of the N-channel MOS bias transistors **108** (FIG. **4**b) of charge integrator circuits **44-1** through **44-n** have their gates connected to a single source of bias voltage, although persons of ordinary skill in the art recognize that other arrangements are possible. There are a number of ways in which to generate the bias voltage required by charge integrator circuits **44-1** through **4-n**.

As may be seen from an examination of FIG. **10**, the bias voltage generating circuit **46** is an overdamped servo system. A reference source which approximates the current source function of a typical one of the charge integrator circuits **44-1** through **44-n** includes a capacitor **202** having one of its plates grounded. The other one of its plates is connected to the $V_{DD}$ power supply through a first pass gate **204** and to a current source transistor **206** through a second passgate **208**. A filter circuit **210**, identical to the filter circuits **48-1** through **48-n** and controlled by the same signal as filter circuits **48-1** through **48-n** is connected to sample the voltage on capacitor **202** in the same manner that the filter-and-sample/hold circuits **48-1** through **48-n** sample the voltages on the sensor conductor capacitances in the touch sensor array **22**.

The output of filter circuit **210** is fed to the non-inverting input of a weak transconductance amplifier **212**, having a bias current in the range of from about 0.1–0.2 μA. The inverting input of the transconductance amplifier **212** is connected to a fixed voltage of about 1 volt generated, for example, by diode **214** and resistor **216**. The output of transconductance amplifier **212** is shunted by capacitor **218** and also by capacitor **220** through passgate **222**. Capacitor **220** is chosen to be much larger than capacitor **218**. In a typical embodiment of the present invention, capacitor **218** may be about 0.2 pF and capacitor **220** may be about 10 pF.

Capacitor **220** is connected to the gate of N-Channel MOS transistor **224**, which has its drain connected to the drain and gate of P-Channel MOS transistor **226** and its source connected to the drain and gate of N-Channel MOS transistor **228**. The source of P-Channel MOS transistor **226** is connected to $V_{DD}$ and the source of N-Channel MOS transistor **228** is connected to ground. The common drain connection of transistors **224** and **228** is the bias voltage output node.

An optional passgate **230** may be connected between a fixed voltage source (e.g., about 2 volts) and capacitor **220**. Passgate **230** may be used to initialize the bias generating circuit **46** on startup by charging capacitor **220** to the fixed voltage.

During each sample period, the filter circuit **210** takes a new sample. If the new sample differs from the previous sample, the output voltage of transconductance amplifier **212** will change and start to charge or discharge capacitor **218** to a new voltage. Passgate **222** is switched on for a short time (i.e., about 1 μsec) and the voltages on capacitors **218** and **220** try to average themselves. Due to the large size difference between capacitors **218** and **220**, capacitor **218** cannot supply enough charge to equalize the voltage during

27
28

the period when passgate **222** is open. This arrangement prevents large changes in bias voltage from cycle to cycle.

Capacitor **202** should look as much as possible like one of the sensor array lines and has a value equal to the background capacitance of a typical sensor line, (i.e., with no object proximate or present capacitance component). Capacitor **202** may be formed in several ways. Capacitor **202** may comprise an extra sensor line in a part of the sensor array, configured to approximate one of the active sensor lines but shielded from finger capacitance by a ground plane, etc. Alternately, capacitor **202** may be a capacitor formed in the integrated circuit or connected thereto and having a value selected to match that of a typical sensor line. In this respect, the signal source comprising capacitor **202** and filter circuit **210** is somewhat like the circuitry for generating the $V_{max}$ and $V_{min}$ reference voltages, in that it mimics a typical sensor line.

As another alternative, one of the actual sensor lines may be employed to set the bias voltage. The measured voltage on the two end-point sensor lines may be compared and the one having the lowest value may be selected on the theory that, if a finger or other object is proximate to the sensor array, it will not be present at sensor lines located at the opposite edges of the array.

According to another aspect of the present invention, an "edge motion" feature may be implemented when the object position sensor of the present invention is used as a computer cursor control device in place of a mouse. A practical problem arises in the use of computer mice or other cursor control devices when an attempt is made to move an object over a large distance on a computer screen. This problem is encountered when a small mouse pad is used with a computer mouse, or when an object position sensor of the kind described herein has a small touch sensor area.

In touch sensor applications, this problem is especially acute during a "drag" gesture. If the user lifts the finger to begin a second stroke, the drag effect ends prematurely on the screen. The edge motion feature of the present invention helps to eliminate the need to use "rowing," or multiple strokes of the finger to move a large distance on the screen.

A prior solution to the long-distance drag problem has been to provide an acceleration feature, i.e., a "ballistic" curve, where the gain varies as a function of finger speed, allowing the user to move long distances, albeit clumsily, using a repeated finger swishing motion. This technique can be used with any variable-speed pointing device, for example, with a mouse on a mouse pad of limited size. Typical mouse driver software includes an adjustable acceleration feature (sometimes under a misleading name like "mouse speed").

According to a presently preferred embodiment of the invention, the edge motion feature of the object position sensor is implemented by motion unit **18** of FIG. **1** and works by defining two zones in the sensing plane **10** containing the touch sensor array **22**. As shown in FIG. **11**, the sensing plane **10** is preferably divided into an inner zone **240** comprising most of the central portion of the surface of sensing plane **10** and an outer zone **242**, typically comprising a thin marginal area at the periphery of the sensor array. The center of the sensing plane **10** may be described as the origin ($X_{center}, Y_{center}$) in a Cartesian coordinate system. Those of ordinary skill in the art will recognize however that the inner and outer zones could be of any shape.

Thus in FIG. **11**, inner zone **240** is defined by the upper dashed line $Y_0$, right-hand dashed line $X_0$, lower dashed line $-Y_0$ and left-hand dashed line $-X_0$. Outer zone **242** is the region between the outer edges of the sensing plane **10**

defined by $Y_{max}$, $-Y_{max}$, $X_{max}$ and $-X_{max}$ and the outer borders of inner zone **240** defined by $Y_0$, $X_0$, $-Y_0$, and $-X_0$.

According to this aspect of the present invention, finger motions in the inner zone **240** are translated in the standard fashion into motion events to be sent to the host computer. As is well understood in the art, the standard way to communicate mouse motion to a host computer may also be employed in the present invention to communicate finger motion to a host computer. After the finger position is established as disclosed herein, the information communicated to the host computer is:

$$\Delta X = A(X_{cur} - X_{old})$$ [Eq. 9]

$$\Delta Y = A(Y_{cur} - Y_{old})$$ [Eq. 10]

where $\Delta X$ is the change in the X position of the finger, $\Delta Y$ is the change in the Y position of the finger, $X_{cur}$ is the current X position of the finger and $X_{old}$ is the last reported X position of the finger, $Y_{cur}$ is the current Y position of the finger and $Y_{old}$ is the last reported Y position of the finger, and A is a "gain factor" which is commonly encountered in mouse cursor control applications.

Typically, the host computer takes ($\Delta X, \Delta Y$) events and moves the cursor by the indicated amount in each axis, thus reconstructing the finger position on the screen as the successive $\Delta X$ and $\Delta Y$ values are accumulated. So far, this is standard cursor control behavior where edge motion is not considered.

According to the present invention, when the finger is reported as being in the outer zone **242**, the edge motion feature of the present invention may be enabled. The determination of whether the finger is in the outer zone is a simple determination:

$$[-X_0 < X_{cur} < X_0] \text{ is FALSE, OR } [-Y_0 < Y_{cur} < Y_0] \text{ is FALSE}$$ [Eq. 11]

Referring now to FIG. **12**A, a circuit **244** for making a determination of whether a finger is in the outer zone **242** is shown in schematic diagram form. FIG. **12**A illustrates a hardware embodiment for determining whether a finger is in the outer zone **242**, but those of ordinary skill in the art will readily recognize that this determination could readily be made by performing one of a number of equivalent software routines. Such software routines are obvious and straight-forward from the functions described herein.

Circuit **244** includes digital comparators **246**, **248**, **250**, and **252**, which may be straightforwardly implemented by conventional logic. Comparator **246** puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator **248** puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity $-X_0$ presented to its other input. Comparator **250** puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator **252** puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity $-Y_0$ presented to its other input.

The outputs of comparators **246**, **248**, **250**, and **252** are ORed together by OR gate **254**. As will be appreciated by those of ordinary skill in the art, the FingerOuter signal output of OR gate **254** is true only when the necessary conditions of Eq. 11 are satisfied.

It is presently preferred that the edge motion feature of the present invention may be selectively enabled or disabled by a user. When the edge motion feature is enabled and the

**29**

finger is reported as being in the outer zone as set forth above, a second component is added to the $(\Delta X, \Delta Y)$ events reported:

$$\Delta X = A(X_{cur} - X_{old}) + S(X_{cur} - X_{center}) \qquad [Eq. 12]$$

$$\Delta Y = A(Y_{cur} - Y_{old}) + S(Y_{cur} - Y_{center}) \qquad [Eq. 13]$$

where $X_{center}$ is the X coordinate of the center of the pad, $Y_{center}$ is the Y coordinate of the center of the pad, and S is a multiplicative factor for speed. S should be chosen such that the movement of the cursor is at a comfortable speed on the display screen.

For example, if the finger is held a good distance to the right (so that $X_{cur} > X_0$), then the cursor will tend to "glide" to the right at a constant speed set by multiplicative speed factor S in Eqs. 12 and 13. This factor can be adjusted to individual taste of a user.

If the touch sensor array **22** has different dimensions in X and Y, it is useful to set the multiplicative speed factor S parameters in the X and Y directions to differ by the same ratio as the pad dimensions, so that a finger held at the left or right edge of the touch sensor array **22** will produce the same cursor speed as a finger held at the top or bottom edge. In the presently preferred embodiment of the touch sensor array **22**, there are 24 X traces and 18 Y traces. Therefore, since X is $\frac{4}{3}$ wider than Y (24 traces vs. 18 traces), the X multiplicative speed factor $S_X$ is set to be $\frac{3}{4}$ as large as the multiplicative speed factor $S_Y$.

The glide speed of the cursor during edge motion is clearly a direct function of the distance of the finger from the center of the pad, and the glide direction is equal to the direction of the finger from the center. If the outer zone has the preferred "edge margin" shape as shown in FIG. **11**, then the finger will always be roughly the same distance from the center whenever edge motion is activated (within a factor of the square root of 2=1.41, assuming a square pad). The psychological effect is that edge motion involves a constant glide speed where the direction is set by the position around the touch sensor array **22** edge.

The square root of 2 variation may be canceled out by dividing the edge motion terms in equations (12 and 13) by a normalizing factor of the form:

$$\sqrt{(X_{cur} - X_{center})^2 + (Y_{cur} - Y_{center})^2} \qquad [Eq. 14]$$

but this is a computationally intensive step applied to fix a problem that is barely noticeable to the average user; thus, it may be omitted.

As discussed above, when a finger is in the outer zone, the FingerOuter signal, which is a global signal for both the X and Y axis, is made true, and increments are added to the $(\Delta X, \Delta Y)$ events pursuant to Eqs. 12 and 13. Because increments corresponding to $S(X_{cur} - X_{center})$ and $S(Y_{cur} - Y_{center})$ are added in the X and Y directions, respectively, for the $(\Delta X, \Delta Y)$ events, the direction of the cursor motion will be along a vector from the center of the pad to the finger position. In graphical environments, there are many vertical and horizontal objects and use of edge motion may incur some unintended results. For example, if a user in a graphical environment pulls down a tall pop-up menu, the user may need the assistance of the edge motion feature to reach the bottom of the menu. In this case, however, the direction of the cursor motion may cause the cursor to slide off the pop-up menu, when the user actually wants the cursor to move in a vertical motion along the Y axis.

In another embodiment of the edge motion feature of the present invention, the direction of the cursor motion will be

**30**

orthogonal to the edge motion boundary the finger has crossed in traveling to the outer zone.

For example, when a finger crosses either of the edge motion boundaries corresponding to the X axis (the right and left edges of the touchpad) and travels into the outer zone, the direction of cursor motion due to the orthogonal edge motion feature will be only along the X axis. Any cursor motion in the Y direction while the finger is in the outer zone corresponding to the X axis will occur in a normal fashion, i.e. not according to an edge motion feature. Analogously, when a finger crosses either of the edge motion boundaries corresponding to the Y axis (the top and bottom edges of the touchpad) and travels into the outer zone, the direction of cursor motion due to the edge motion feature will be only along the Y axis. Any cursor motion in the X direction while the finger is in the outer zone corresponding to the Y axis will occur in a normal fashion, i.e. not according to an edge motion feature. It should be appreciated, however, that when the finger enters into any of the four corners of the pad, thus crossing both X and Y edge motion boundaries, edge motion will essentially be along a vector from the center of the pad to the finger in the corner.

Unlike the edge motion feature, which uses a global FingerOuter signal to indicate that the finger is in the outer zone, the orthogonal edge motion feature has two signals. One is X FingerOuter and the other is Y FingerOuter. X FingerOuter is true when a finger crosses either of the boundaries corresponding to the X axis, which in the preferred embodiment are on the right and left edges of the touch pad, and Y FingerOuter is true when a finger crosses either of the boundaries corresponding to the Y axis, which in the preferred embodiment are on the top and bottom edges of the touch pad.

In FIG. **12**B, a schematic is shown of the hardware used in making the determination of whether a finger is in the outer zone according to the orthogonal edge motion feature. It will be appreciated by those of ordinary skill in the art that the circuit shown in FIG. **12**B could be implemented with an equivalent software routine. Where it is appropriate, FIG. **12**B uses the same reference numerals shown in FIG. **12**A.

Referring now to FIG. **12**B, circuit **256** includes digital comparators **246**, **248**, **250** and **252** which may be implemented by conventional logic. Comparator **246** puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator **248** puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity $-X_0$ presented to its other input. Comparator **250** puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator **252** puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity $-Y_0$ presented to its other input.

The outputs of comparators **246** and **248** are ORed together by OR gate **258**. When the condition satisfied by:

$$-X_0 < X_{cur} < X_0 \text{ is FALSE}$$

a TRUE signal, X FingerOuter, will be output from OR gate **258**.

The outputs of comparators **250** and **252** are ORed together by OR gate **260**. When the condition satisfied by:

$$-Y_0 < Y_{cur} < Y_0 \text{ is FALSE}$$

a TRUE signal, Y FingerOuter, will be output from OR gate **260**.

US 7,109,978 B2

**31**

Accordingly, an X FingerOuter signal will result in a value being added to the ΔX event in an amount determined by $S(X_{cur}-X_{center})$ as set out in Eq. 12. However, because the only time this component will be added is when an X axis edge motion boundary has been crossed, i.e. no additional component determined by $S(X_{cur}-X_{center})$ is added to the ΔX event when only a Y axis edge motion boundary has been crossed, the component added to the ΔX event will be approximately constant because $X_{cur}-X_{center}$ is approximately constant.

A Y FingerOuter signal will result in a value being added to the ΔY event in an amount determined by $S(Y_{cur}-Y_{center})$ as set out in Eq. 13. However, because the only time this component will be added is when a Y axis edge motion boundary has been crossed, i.e. no additional component determined by $S(Y_{cur}-Y_{center})$ is added to the ΔY event when only an X axis edge motion boundary has been crossed, the component added to the ΔY event will be approximately constant because $Y_{cur}-Y_{center}$ is approximately constant.

Accordingly, the orthogonal edge motion feature permits cursor motion in only the eight "compass" directions. For, example, if the finger is on the left edge of the touchpad, the orthogonal edge motion feature causes the cursor to glide left along the X axis, since X FingerOuter is TRUE and Y FingerOuter is FALSE. The same is true for the right edge of the pad, except the cursor will glide right along the X axis. Those of ordinary skill in the art will recognize the corresponding movements for the upper and lower edges of the pad. When the finger is in any of the corners of the pad, X FingerOuter and Y FingerOuter are both TRUE, and the motion will be along a 45 degree angle (assuming a square touchpad) from the corner of the pad to where the finger is placed.

The edge motion feature of the present invention can be confusing if the user does not expect it. Since edge motion is most useful in connection with the drag gesture, it is presently preferred to arrange for it to occur only during a drag, i.e., only when the gesture logic is virtually "holding the mouse button down." The drag gesture and other gestures are implemented by gesture unit **20** of FIG. **1**.

At times when the edge-motion function is not desired, the outer zone **242** "goes away" (i.e., is ignored) and the inner zone **240** effectively expands to cover the entire sensing plane **10**. It has been found that this is much less confusing in practice, probably because the user is more likely to be consciously aware of the cursor control device during a drag gesture than during simple cursor motion.

Assuming the preferred zone boundary shape of FIG. **11**, the following algorithm may be employed to implement the edge motion feature of the present invention:

```
IF NOT (−X₀ < X_cur < X₀ AND −Y₀ < Y_cur < Y₀)
   AND (optionally) a drag gesture in progress, THEN
   Let eX = S_X (X_cur − X_center)
   Let eY = S_Y(Y_cur − Y_center)
ELSE
   Let eX = eY = O.
END IF
```

Otherwise, for orthogonal edge motion, the algorithm is as follows:

**32**

```
IF NOT (−X₀ < X_cur< X₀) AND (optionally) a drag gesture in
progress, THEN
   Let eX = S_X (X_cur − X_center)
ELSE
   Let eX = O.
END IF
IF NOT (−Y₀ < Y_cur < Y₀) AND (optionally) a drag gesture in
progress, THEN
   Let eY = S_Y (Y_cur − Y_center)
ELSE
   Let eY = O.
END IF
```

Next, the dX and dY motion terms are computed from the regular algorithm:

i.e., Let $dX=A(X_{cur}-X_{old})$

Let $dY=A(Y_{cur}-Y_{old})$

Finally, the resultant packet ($\Delta X=dX+eX$, $\Delta Y=dY+eY$) is transmitted to the host computer. Those of ordinary skill in the art will recognize that a linear proportionality is described by the above equation. As used herein, "proportionality" means that the signal generated is a monotonic function. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein.

A hardware implementation of this algorithm is illustrated in FIG. **13** in schematic diagram form. While edge-motion circuit **262** is shown implemented in the X direction only, those of ordinary skill in the art will recognize that an identical circuit will also be employed in the Y direction. Such skilled persons will also immediately appreciate the complete equivalence of implementing the hardware solution of FIG. **13** as a software routine.

Edge-motion circuit **262** includes a subtractor circuit **264** in which the previous value of $X_{cur}$, stored in delay **266**, is subtracted from the present value of $X_{cur}$. The output of subtractor circuit **264** is presented to multiplier **268**, which multiplies the result by the gain factor "A". The output of multiplier **268** is the term dX.

The term $X_{cur}$ is also presented to subtractor circuit **270** in which the value of $X_{center}$ is subtracted from the present value of $X_{cur}$. The output of subtractor circuit **270** is presented to multiplier **272**, which multiplies the result by the gain factor "S" to obtain the value of the eX term. It will be appreciated that with orthogonal edge motion subtractor circuit **270** and multiplier **272** are not required and a constant value can be provided for the eX term, whose sign is positive if $X_{cur}>X_{center}$ or negative if $X_{cur}<X_{center}$.

A two-input AND gate **274** has its input terms the value FingerOuter from the circuit of FIG. **12**A and the value MotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both FingerOuter and MotionEnable are true, switch **276** is configured to pass the output of multiplier **272** to adder circuit **278**. If either FingerOuter or MotionEnable is false, then switch **276** is configured to pass the value zero to adder **278**. The output of switch **276** is the eX term. The output of adder **278** is passed to the host computer as ΔX. The MotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

**33**

It should be appreciated that when orthogonal edge motion instead of edge motion is being enabled, the two-input AND gate **274** has as its input terms the value X FingerOuter from the circuit of FIG. **12**B (or the value Y FingerOuter from the circuit of FIG. **12**B for the Y direction) and the value OrthoMotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both X FingerOuter and OrthoMotionEnable are true, switch **276** is configured to pass the output of multiplier **272** to adder circuit **278**. If either X FingerOuter or OrthoMotionEnable is false, then switch **276** is configured to pass the value zero to adder **278**. The output of switch **276** is the eX term. The output of adder **278** is passed to the host computer as ΔX. The OrthoMotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

In an alternate form, the dX term may be replaced by the eX term, and likewise for dY and eY, when the finger is in the "outer" zone, rather than adding the two terms in that zone. This results in a more "pure" edge motion that is harder for the user to guide. User tests have shown that the dX+eX form shown above feels better and is easier to use.

Another alternative that is functional but has been found to be less desirable employs a somewhat wider outer zone. The glide speed is then varied in proportion to the distance of the finger into the outer zone rather than the distance from the center of the pad. Thus, as the finger enters the outer zone the glide speed starts at zero and increases to some reasonable limit as the finger reaches the edge of the pad. The result is a smoother transition between edge-motion and normal behavior. It is not difficult to modify the above formulas to produce this alternate behavior. This variant was tried by the inventors because the transition into edge-motion mode seemed too abrupt; tests showed that this abruptness is actually a boon in typical use. The smooth transition is harder to "feel", and thus winds up being more, not less, likely to catch the user by surprise. Those of ordinary skill in the art will appreciate that a solution midway between the two described methods can also be employed to produce a less abrupt transition.

Alternate solutions to the long-distance drag problem have been to provide a "locking" drag or drag "extension", as will be disclosed herein.

The edge motion feature of the present invention is used advantageously with one or more finger gestures, which may be performed by a user on the touch sensor array **22** and are recognized by the system. Of particular interest are the basic tap and drag gestures. The tap gesture is analogous to the clicking of the mouse button on a conventional mouse, and the concept of dragging objects is familiar to all mouse users.

Pointing devices such as mice typically include one or more mouse buttons. The user can point and click a button to select an object on the screen, or hold the button down and move the mouse to drag an object around the screen. Touch sensor pointing devices can offer "gestures", which are special finger motions that simulate mouse button actions without the need for physical switches. (Since gestures may be difficult for novices or users with disabilities, it is preferable to provide physical switches as well.) In the following discussion, the word "finger" should be interpreted as including a stylus or other conductive object as previously described.

Referring back to FIG. **1**, according to another aspect of the present invention, gesture unit **20** examines the (X,Y,Z)

**34**

data produced by arithmetic unit **16** to produce one or more "virtual mouse button" signals to be sent along with the (ΔX, ΔY) signals to the host.

FIG. **14** is a more detailed block diagram of gesture unit **20** of FIG. **1**. According to the present invention, gesture unit **20** of the present invention is capable of supporting a variety of gestures. Gesture unit **20** includes tap unit **280**, zigzag unit **282**, push unit **284**, and button control unit **286**.

Some number of physical switches may be supported by gesture unit **20**. In the illustrative example of FIG. **14**, two inputs A and B to button control unit **286** come from physical switches. Such switches may be mounted on the touchpad module itself or provided externally. Any number of switches may be provided, or none at all. The inputs A and B have two states, logic "0" and logic "1". Those of ordinary skill in the art will recognize that, instead of mechanical switches, the switch signals could be implemented by special touch sensors, operated by charge integrators similar to units **44** which feed into threshold comparators to form digital signals.

Tap unit **280**, zigzag unit **282**, and push unit **284** examine the sequence of (X,Y,Z) samples to look for various types of gestures. The outputs of all these units, plus the switch signals, are combined in button control unit **286** to produce the actual button-press signals sent to the host. In the illustrative example disclosed herein, the touchpad simulates a three-button (Left, Middle, Right) pointing device. The system of FIG. **14** could clearly be extended to support other gestures than those described here, or to support fewer gestures in the interest of simplicity.

Button control unit **286** can use any of several well-known methods for combining multiple signals. For example, a priority ordering can be established among the various sources, or each button output (Left, Middle, and Right) can be asserted ("clicked", "pressed" or "held down") whenever any of the sources indicate that button. Any particular method of combining these signals is a routine design detail dependent on a particular system configuration, which may be easily implemented by persons of ordinary skill in the art.

In a presently preferred embodiment, the button control unit **286** maps both switches and gestures to the most commonly used virtual buttons, giving maximum flexibility to the user. In an alternate embodiment, switches and gestures can be mapped to different virtual buttons so that a larger number of virtual buttons can be covered without resort to exotic gestures. Or, the user can be offered a choice of mappings.

It is well known in the art to allow extra button switches to be processed as specialized commands, such as double-clicking, selecting commonly used menu items, etc., instead of their normal role as mouse buttons. Similarly, the button control unit **286** or host software could map some of the gestures described here to software commands instead of simulating mouse buttons. Such processing and mapping is well within the realm of ordinary skill in the art.

The tap unit **280** decodes the most basic gestures, including taps, drags, hops, and tap zones. These gestures are illustrated as timing diagrams in FIGS. **15***a* through **15***e*. In each of FIGS. **15***a* through **15***e*, two signals are shown graphed against time; one is the analog "Z" (finger pressure) signal, the other is the digital "Out" (virtual button press) signal. The various relevant time spans are shown with labels "t1" through "t21".

The basic "tap" gesture is a quick tap of the finger on the pad. Such a tap, of short duration and involving little or no X or Y finger motion during the tap, is presented to the host

**35**

as a brief click of the mouse button. If a multi-button mouse is simulated, the tap gesture may simulate a click of the "primary" mouse button, or the button to be simulated may be user-selectable using a shift key, control panel, or other known means. Two taps in rapid succession are presented to the host as a double click of the button. In general, multiple taps translate into multiple clicks in the obvious and natural way.

Because it is impossible to tell whether a finger stroke will be a valid tap (as opposed to a cursor motion) while the finger is still down, the device of the presently preferred embodiment does not report a button click until the finger is lifted. This delay is not generally noticeable to the user since taps by definition are very brief strokes.

A small amount of motion may occur during the tap stroke, due to such factors as the natural deformation of the fingertip under pressure. This can cause the virtual click created by the tap gesture to select the wrong item or location on the screen. To avoid this, either the motion must be suppressed until the motion is great enough, or the duration long enough, to disqualify a tap, or the motion must be allowed but then retroactively canceled out once the tap gesture is recognized. The latter solution is preferable, since even a small amount of suppressed motion is noticeable to the user.

According to the presently preferred embodiment of the invention, motion events are sent to the host as usual, and also recorded in a register or queue. When the tap gesture is recognized, a corresponding negative amount of motion is quickly replayed in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. The motion during the stroke may have been sent to the host in the form of a sequence of several packets. For greatest precision, this sequence can be saved and replayed in reverse. However, if the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

The inputs considered by tap unit **280** are CurPos, the current (X,Y) finger position from the arithmetic unit; Z, the current pressure value; and CurTime, the current time in some suitable units of time (such as milliseconds or number of samples processed).

There are nine state variables used in tap unit **280**. TapState is NONE if there is no gesture in progress, TAP if there is a tap or drag gesture in progress, and LOCKED if there is a locking drag or drag extension in progress. TapOkay is TRUE if a high enough Z value has been seen in the current stroke for the stroke to qualify as a tap. DownPos is the (X,Y) position at which the finger last touched down on the pad. DownTime is the time at which the finger last touched down. UpPos and UpTime record the position and time at which the finger last lifted from the pad. TapButton is one of LEFT, MIDDLE, or RIGHT, identifying whether the current gesture is simulating an action on the left, middle, or right virtual mouse button, respectively. Suppress is TRUE if the virtual buttons are being suppressed for a double click. Finally, Out represents the output of the tap unit, and is one of NONE, LEFT, MIDDLE, or RIGHT.

Several parameters are used to control the tap unit. TapTime is the maximum duration of a stroke to qualify as a tap gesture. DragTime is the maximum interval between the initial tap and the return of the finger to form a drag gesture. ExtendTime is the maximum amount of time the

**36**

finger can be off the touchpad during a drag extension gesture before the drag gesture will end. HopTime is the maximum lift time preceding a tap to qualify as a hop. TapRadius is the maximum amount of motion that can occur during a tap. DragRadius is the maximum distance between the initial tap and the return of the finger for a drag. DragExtendRadius is the minimum distance between finger lift-off and finger touchdown needed to qualify as a drag extension. HopDistance is the minimum distance moved to qualify for a hop. Zthresh is the minimum pressure (Z) to detect a finger. DragExtendSpeed is the minimum smoothed speed required during finger lift-off to qualify as a drag extension. In the claims herein, steps reciting "detecting the presence" of a finger or other object (or other words to that effect) assume that a pressure greater than Zthresh has been detected. Finally, Ztap is the minimum Z to detect a tapping finger.

FIG. **15**A shows the timing of a basic tap gesture. First, a successful tap is shown, followed by a finger stroke that is too long to qualify as a tap. In the first stroke, the finger is down for time "t1", which is less than TapTime. Also (not shown on FIG. **15**A) the (X,Y) motion during time "t1" is less than TapRadius. Finally, the Z value exceeds threshold Ztap for at least some part of the stroke. Thus, the stroke qualifies as a tap. The Out signal (the lower trace of FIG. **15**A) becomes true for a certain amount of time "t2", then becomes false. As will be discussed later, the amount of time "t2" is equal to DragTime. In the device described in the flowcharts to follow, the TapState variable will equal TAP for the entire interval "t2". As presently preferred, TapTime is about 400 msec, TapRadius is about 2% of the width of the sensor pad, and Ztap is slightly larger than Zthresh, whose value is adjustable by the user.

On the right half of FIG. **15**A, the finger is held down for longer than the parameter TapTime, shown on the figure as "t3". Thus, it will not qualify as a tap gesture and no Out signal is generated from this stroke.

In the basic drag gesture, the user taps once, quickly brings the finger back in contact with the pad, then moves the finger in a desired direction in the XY plane of the pad. The simulated mouse button is depressed at the beginning of the drag gesture and is released only when the finger is again lifted from the pad. Gesture logic arranges for the initial tap of the drag gesture to be merged into the extended drag rather than presenting the host with an additional distinct button click.

In a variation of the drag gesture, the above-described gesture begins a drag that continues even when the finger is lifted. The drag ends (i.e., the simulated mouse button is released) when the finger is again tapped on the sensor pad. This feature is known as "locking drag". Locking drag allows dragging over longer distances than can be covered by a single finger motion on a small pad, but it can be highly confusing if it is activated by mistake. The locking drag becomes a hidden mode, a well-known undesirable item in the study of user interfaces. Thus, in the preferred embodiment it is presented to the user as an option that is disabled by default.

In another embodiment of the drag gesture, the above-described gesture will continue even though the finger has been lifted, if the finger comes back down to the touch pad within a specified period of time referred to as a drag timeout. This feature is referred to as drag "extension". The drag timeout period is presently preferred as 500 msec, but will be optimized, as will be appreciated by those of ordinary skill in the art, with user studies. Of course, a drag

37

38

gesture will end if the finger is removed from the touchpad and not returned within the drag timeout.

Accordingly, with the drag extension feature enabled, when the finger is lifted off the pad for less than the drag timeout, the drag gesture will continue, but when the finger stays off the touchpad for a period greater than the timeout, the drag gesture ends. This gives the user the ability to "stroke" or "row" repeatedly to drag a long distance. Unlike locking drag, drag extension does not appear to the user as a hidden mode, since the end of the drag occurs after the drag timeout, a very short time period in human perception, if the finger does not return to the touch pad in time.

However, a problem can arise with drag extension because the drag continues through the drag timeout, even though the drag ends. There may be occasions when the user wants the drag to end immediately, e.g. when the drag gesture is being used to hold down a scroll bar arrow. Generally, these arrows auto-repeat until the user releases the mouse button. The continuation of the drag gesture during the drag timeout would cause the scrolling feature to scroll past the desired stopping place.

Accordingly, the drag gesture may actually represent two different gestures. A true drag, where the cursor is moved around while the virtual button is being held down, and a press, where the cursor remains stationary while the virtual button is being held down. The drag extension feature is only desired for a true drag. There are several ways to distinguish between a true drag and a press. A true drag can be identified if the finger's speed of motion prior to lift-off is above a small threshold. A press can be identified if the finger was stationary through the entire gesture, possibly ignoring small, inconsequential movements, or just at the time of finger lift-off. In the preferred embodiment of the drag extension gesture of the present invention the distinction between a true drag and a press is identified by the finger speed at lift-off being above a specified threshold. The finger speed at lift-off is obtained as the output a running average filter. If the speed is below the specified threshold, the drag ends rather than being extended. In an alternative embodiment, the distinction between a true drag and a press may be identified by the position of the finger at lift-off. If the finger is within a selected distance from the edge of the pad at lift-off a true drag is identified.

A second potential problem may occur while using drag extension if the user begins a new unrelated finger action during the ExtendTime period. As discussed above, when drag extension is enabled, a drag will continue even though the finger has been lifted from the touch pad if the finger is brought back to the touch pad within the drag timeout. It may be that the user actually wants the drag to end when the finger is lifted, and to begin a new gesture when bringing the finger back down to the touchpad. One way to determine whether the drag gesture is continuing or is being ended and a new finger action begun is to compare the lift-off finger position and the touchdown finger position. Usually, a subsequent stroke of an extended drag would not begin at the spot where the previous stroke had ended. Therefore, if the finger comes down within a specified distance from the lift-off position (within the specified drag timeout), then the drag extension feature allows the drag to continue, otherwise the drag ends immediately. It will be appreciated, however, by those of ordinary skill in the art that the drag extension feature may be implemented, though not preferably, without comparing the finger position at touch down with the finger position at lift-off, and further, that the drag need not end immediately.

The "edge motion" feature described previously serves as an alternate way to accomplish long-distance drags.

The drag gesture is implemented as follows. When a tap is recognized, the virtual mouse button is depressed as previously described. However, the virtual mouse button is not released until the finger has remained away from the pad for a sufficient amount of time to disqualify as a drag gesture. This amount of time DragTime should be chosen to be long enough to allow for a comfortable drag gesture, but short enough so that the click arising from a tap gesture is still reasonably brief. As presently preferred, a time of about 200 msec is used.

As shown in FIG. **15**B, the drag gesture begins with a tap as described above, of duration "t4" which is less than TapTime. The Out signal goes high in response to this tap. The finger remains away from the pad for a period "t5" which is less than DragTime, then it returns to the pad and remains for a time "t6" which is longer than TapTime. This qualifies the gesture as a drag. The Out signal remains high until the finger is finally released at time "t7". In the implementation of FIG. **15***b*, the time "t7" between the removal of the finger and the release of the virtual mouse button is zero; in other similar implementations this might be nonzero but small, e.g., equal to DragTime. Note that TapState will equal TAP for the entire interval from "t5" to "t7".

There are a number of alternatives that can be considered for the timing of DragTime. FIG. **15**A shows the interval "t2", which is also the upper limit on the interval "t6", as being exactly equal to the parameter DragTime. In one alternative, DragTime is measured relative to DownTime instead of UpTime, which is equivalent to saying that the intervals "t1" and "t2" ("t5" and "t6", respectively) must sum to DragTime. A consequence of this method is that in the basic tap gesture, a longer, slower tap causes a briefer virtual button click. This contradiction makes this approach less satisfying to the user than the one shown in FIGS. **15**A–B.

In another alternative, DragTime is made proportional to the length of interval "t1" ("t5" respectively), so that a brief tap produces a brief virtual button click, and a longer tap (up to the limit TapTime) produces a longer click. This alternative gives the user more control over the simulated button click, but it makes the behavior depend on what the user may perceive as an insignificant feature of the tapping action.

There are several ways to make the duration of DragTime "proportional" to the length of interval "t1". In one case, the length of the virtual button click or DragTime is a direct function of the length of the tap by the user. As described in the previous paragraph a brief tap produces a brief virtual button click, and a longer tap produces a longer click. This approach seems to provide an advantage to novice users who usually tap more slowly and also require a longer period of time (longer DragTime) to bring the finger back down to begin a drag gesture. Unfortunately, the longer DragTime also results in a longer virtual button click (OUT signal), which may have undesirable side effects, including unintentional scroll bar auto-repeating or "stuttering".

A preferred approach when differentiating between novice and expert taps is to recognize taps of different lengths, but to make the virtual button click or OUT signal the same length for different tap lengths. However, when a novice tap is recognized, the timing of the OUT signal will be delayed, so that novice users will have a longer DragTime to begin a drag gesture. It will be appreciated by those of ordinary skill in the art that the length of taps used to differentiate between novice and expert users will be optimized after user studies.

**39**

It should also be recognized that there are other ways to differentiate between novice and expert users. For example, the pressure of a novice tap is often greater than the pressure of an expert tap. Additionally, it may also be beneficial to use a history of tap lengths, for example, the average length of several previous taps. Those of ordinary skill in the art will also recognize that decision between novice and expert could be made by the user at a control panel.

Referring now to FIG. **15**C, the preferred embodiment of a variable DragTime as a function of tap length is illustrated. On one hand, as presently preferred, an expert tap is seen having a duration for the interval "t1" of less than 200 msec. The virtual button click or OUT signal of 200 msec in the interval "t2" begins as soon as the finger comes off the pad, thus providing the expert with the fastest possible response. To begin a drag gesture the finger would have to come back down on the touchpad before the 200 msec virtual button click time ended. Thus, the variable DragTime is chosen to be 200 msec in the preferred embodiment, thus reducing the chances of an expert's quick finger actions being incorrectly interpreted as a drag gesture.

On the other hand, a novice tap is seen having a duration for the interval "t1" of between 200 msec and 500 msec (in the preferred embodiment, strokes longer than 500 msec would be disqualified as taps). The virtual button click or OUT signal of 200 msec in the interval "t2b" begins after a delay "t2a" of 300 msec, and as a result the user will have a longer DragTime of 500 msec in which to begin a drag gesture. Those of ordinary skill in the art will recognize that the length of the delay may be chosen in several different ways, including as a function of the tap duration. Similarly, the other time-related parameters of gesture recognition such as HopTime and ExtendTime can be adjusted when novice taps are involved. If the finger comes back down to begin a drag gesture before the delayed click has begun (i.e., during the "t2a" interval), then the virtual button click must begin immediately as the finger comes down. Otherwise, if this new finger stroke also turned out to be a tap, the first click of the resulting double-click could be subsumed in the "t2a" interval.

FIG. **15**D shows the locking drag gesture. The locking drag begins with a standard drag gesture involving intervals "t8" through "t10". However, when the finger is raised, the Out signal remains high. (In the flowcharts, TapState will change from TAP to LOCKED at this time.) The figure shows a second dragging stroke of a length longer than TapTime (shown as "t11") which does not end the locking drag, followed by another stroke of length "t12" less than TapTime. Since this last stroke qualifies as a tap, it ends the locking drag at time "t13". In the flowcharts, TapState changes back to TAP at this time; a regular tap is then processed, which continues to hold Out high for a time "t13" equal to DragTime as usual. A reasonable alternative implementation might end the drag after a different interval "t13", such as zero.

FIG. **15**E shows the drag extension gesture. The drag extension begins with a standard drag involving intervals "t14" through "t16". The finger is raised during interval "t17", but because the finger is off the touchpad for a length of time shorter than the drag timeout parameter ExtendTime, the OUT signal remains high. Also (not shown on FIG. **15**E) the (X,Y) motion during "t17" is greater than DragExtendRadius and the smoothed average finger speed at the time of lift-off from the pad at the beginning of interval "t17" is greater than DragExtendSpeed. The figure shows that finger is lifted for a second interval "t18". Since the period of time in which the finger is lifted from the touchpad during interval

**40**

"t18" is greater than ExtendTime, the OUT signal goes low a period of time equal to ExtendTime after the finger is lifted from the pad. It may be preferable to adjust ExtendTime for novice or expert users, as described previously for DragTime.

FIG. **15**F shows a double tap gesture. The double tap starts out indistinguishably from a drag gesture. However, the second stroke "t21" is shorter than TapTime, thus qualifying as a second tap instead of a drag. Regular tap processing causes Out to remain high for another interval "t23" of length DragTime; however, special double-tap handling shown in the flowcharts suppresses the virtual mouse button for a brief period "t22" after recognition of the tap. Thus, the host computer perceives two distinct clicks rather than the one long, run-together click that it would see without this special handling.

Other gestures may be used to simulate a multi-button mouse. In one such approach, the basic gestures are augmented by a "hop" gesture, in which the finger is lifted from its resting place in one location on the pad and tapped a substantial distance away from the resting place. If the distance is sufficiently great (HopDistance, typically a fraction of the width of the sensor pad; presently preferred to be about 25%) and the duration between the lift and the subsequent tap is less than a suitable threshold (HopTime, typically a fraction of a second; presently preferred to be about 0.5 sec.), then the click or drag gesture begun by the tap is simulated on a different mouse button. This different button may be a fixed "secondary" button, or it may be user-selectable by a control panel or other means, or it may be a function of the direction in which the finger hopped (e.g., to the left vs. to the right). According to a presently preferred embodiment of the invention, the hop gesture is available as an option that is off by default.

Note that, while some users prefer to tap with a second finger in the hop gesture, this gesture never involves more than one finger on the pad at any one time. A similar gesture, the "zigzag", is also described herein and does involve the use of two fingers at once.

FIG. **15**G shows a "hop" gesture. This gesture begins with the finger already on the pad. The finger is then lifted for interval "t24" which is less than HopTime; the finger then comes down for a regular tap "t25". Also, not shown on the figure, during interval "t24" the finger must have moved by at least a certain distance HopDistance away from its previous position. When this occurs, the gesture is processed as a "hop" instead of a regular tap, and the virtual button press "t26" occurs on the right button Out(R) instead of the usual left button Out(L). It is easy to see how the tap "t25" could be followed by further finger actions to form a drag or a double-tap on the right button.

Another multi-button gesture uses "tap zones," in which the surface of the pad is divided into two or more zones. A tap or drag initiated in a given zone simulates an event on a button corresponding to that zone. Even if the finger moves between zones during a drag, the entire drag is simulated on the button corresponding to the zone of the original tap that initiated the drag gesture.

FIGS. **16**A and **16**B illustrate two tap zone shapes. In FIG. **16**A, the pad is divided into three vertical stripes **288**, **290**, and **292**, corresponding to the left, middle, and right mouse buttons, respectively. In FIG. **16**b, the pad is divided into a main area **294** simulating the left mouse button, and a small corner area **296** simulating the right mouse button. The implementation of FIG. **16**b is more appropriate if one button is much more heavily used in typical applications than the other button(s).

**41**

It is preferable for the zones to correspond to clearly marked regions on the pad surface. It will be obvious to one skilled in the art that other zone shapes, such as multiple corners or horizontal stripes, are equally straightforward.

There is an interaction between tap zones and the edge motion feature that needs to be taken into account. Particularly with the corner area **296** of FIG. 16b, tap zones encourage the user to tap near the edge of the pad. If edge motion is active during taps and drags or at all times, then edge motion will tend to interfere with the proper behavior of corner taps. To prevent this, the edge motion enable logic of FIG. **13** can be modified slightly. In a given stroke, edge motion only operates if the finger has been in the inner zone at least once during that stroke. Thus, if the finger touches down in the outer zone, edge motion will not activate until the finger leaves the edge of the pad and then returns.

All of the above-described gestures are variations of basic tap and drag gestures. In the system described herein, all of these gestures are recognized by the tap unit **280**. The operation of tap unit **280** is most easily described as an algorithm in the form of a flowchart. From this disclosure, persons of ordinary skill in the art will recognize that the tap unit described herein could actually be implemented as known and obvious equivalents such as a software program, hardware state machine, or otherwise. All such implementations are intended to fall within the scope of the present invention.

FIGS. **17A** through **17F** comprise a flowchart for the operation of tap unit **280**. Tap unit **280** implements the tap, drag, locking drag, drag extension, corner-tap, and hop gestures described herein. In the gesture recognition operations described herein, the cornertap is used to simulate the right virtual mouse button. Hops to the left and right are used to simulate the middle and right virtual mouse buttons. Simple taps simulate the left (primary) virtual mouse button.

Processing begins at step **300** as each (X,Y,Z) sample arrives from the arithmetic unit **16** of FIG. **1**. In a presently preferred embodiment of the invention, such data arrive 40 times per second. The algorithm of FIGS. **17a** through **17f** will run from start (step **300**) to finish (step **392**) every time a sample arrives.

Step **302** determines whether the finger is up or down by comparing Z (pressure) against Zthresh to determine whether a finger is present ("down") or not ("up"). Instead of a simple threshold comparison, two thresholds may be used to provide hysteresis as is well known in the art. Hysteresis is not shown in FIG. **17A**, but similar hysteresis will be illustrated later in FIG. **20** for the "push" button.

In step **304**, the finger is known to be down. The previous Z is checked to see whether the finger was previously down or is just now touching down on the pad.

In step **306**, a finger-down transition has been detected. This may indicate the beginning of a drag gesture or a successive row in drag extension, etc. For a drag or drag extension gesture, the change in the finger position from the previous finger position on the touchpad during DragTime and ExtendTime, respectively, is checked.

In the drag gesture illustrated in FIG. **15B**, it is beneficial to check that the finger has not moved a great distance during time "t5", the interval between the initial tap and the return of the finger to the pad. If the distance calculated during "t5" indicates that the finger has returned to the pad in a different location, then a drag gesture was probably not intended.

In the drag extension gesture illustrated in FIG. **15E** it is necessary to check that the finger has moved a great enough

**42**

distance during interval "t17", between subsequent rows of an extended drag gesture. If the distance is not great enough, the drag gesture ends.

Since the TapState during a drag gesture is TAP and the TapState during a drag extension gesture is LOCKED, step **306** determines the TapState. If the TapState at step **306** is TAP, then step **308** computes the distance between the current position CurPos (the filtered and smoothed X and Y position data) and the saved position of the previous tap, DownPos. If the distance is greater than some threshold DragRadius, then execution proceeds to step **310**. Otherwise, it proceeds to step **312**. The threshold DragRadius should be some fraction of the width of the pad, preferably larger (more generous) than the TapRadius used in basic tap detection.

At step **316**, it is determined whether DragLock is enabled. If DragLock is enabled, the execution proceeds to step **312**. Otherwise the execution proceeds to step **312**.

If the TapState of step **306** is LOCKED, and DragLock is not enabled, then a drag extension must be in progress. Step **314** computes the distance between the CurPos and the saved ending position of the previous stroke, UpPos. If the distance is greater than some threshold DragExtRadius, then execution proceeds to step **312**. Otherwise it proceeds to step **316**. The threshold DragExtRadius should be some fraction of the width of the pad, as determined by user testing. (Some users may prefer a DragExtRadius of zero, so that step **310** is effectively disabled.)

Persons of ordinary skill in the art will recognize that several possible distance measures are suitable for use in steps **308** and **314**. A true Euclidean distance measure is reasonable but expensive to compute; a simpler measure is the sum or maximum of the absolute values of the distances in X and Y. The sum or maximum will produce a "drag zone" around the original tap which is diamond- or square-shaped, respectively, instead of the circular zone produced by a Euclidean distance measure. Experiments suggest that users are unable to perceive the difference between these zone shapes, so whichever measure is easiest to compute is preferred. Also, the geometry of the finger and touchpad may cause the significant motion to lie always in one direction, e.g., X, in which case a simple absolute difference of X coordinates may be preferred.

In the preferred embodiment, the user is able to change the level of gesture recognition using a control panel or other means. If the user elects to allow taps but not drags, then step **308** can be programmed to go directly to step **310** so that all taps are disqualified from becoming drags.

In step **310**, a drag gesture has been disqualified. TapState is changed from TAP to NONE; the effect will be a simple tap gesture followed by cursor motion with no virtual button held down.

Step **312** records the position and the time at which the finger touched down.

Step **318** initializes the TapOkay flag to FALSE. It also clears the Suppress flag, which is used to delay the virtual button clicks resulting from "novice" taps. Step **318** ends the delay prematurely if the finger comes back down onto the touchpad. If the new finger stroke is the second tap of a double tap gesture, step **318** is responsible for ensuring that the virtual click from the first tap is not accidentally suppressed entirely.

Step **320**, which executes on all samples in which the finger is down, compares Z against the Ztap threshold; step **322** sets TapOkay to TRUE if Z is greater than the Ztap threshold. Thus, when the finger lifts, TapOkay will be

US 7,109,978 B2

**43**

TRUE if Z ever exceeded the tap threshold during the brief stroke that is a candidate for a tap gesture.

Referring now to FIG. **17**B, in step **324**, the finger is known to be off the pad. The previous Z is checked to see whether the finger was previously up or is just now being lifted from the pad.

In step **326**, a finger-up transition has been detected. Various tests are made of the most recent stroke (finger-down period) to see if it qualifies as a tap. To qualify, the stroke must have short duration (CurTime minus DownTime must be less than TapTime), little or no motion (the distance from CurPos to DownPos must be less than TapRadius), and sufficient peak finger pressure (TapOkay must be TRUE), in order to qualify as a tap.

In step **328**, any finger motion which has occurred is retroactively canceled out by quickly replaying to the host a corresponding negative amount of motion from the register or queue in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. If the motion during the stroke was sent to the host in the form of a sequence of several packets, this sequence can be saved and replayed in reverse. If the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

Step **330** takes one of several actions based on the current TapState. First, if TapState is NONE (no gestures in progress), execution simply proceeds to step **332**. In step **332**, the duration of the tapping stroke, CurTime minus DownTime, is computed to distinguish short, expert taps and long, novice taps. For expert taps, execution simply proceeds to step **338** of FIG. **17**c. For novice taps, execution proceeds to step **334**, which arranges to use a longer value for DragTime for the current gesture. These steps may simply compare the tap duration to a fixed threshold to choose between two fixed DragTime values, or they may use the tap duration to smoothly modulate the DragTime.

Step **334** also sets the Suppress flag to True to cause the virtual button signal to stay low for a short period. In the preferred embodiment, this period is chosen to be the difference between the novice and expert DragTime values, so that the resulting non-suppressed portion of the virtual click has the same duration in all cases, as shown in FIG. **15**C.

Second, if TapState is TAP (a recent tap is still in progress), then a double-tap has been detected. Step **334** sets the Suppress flag to TRUE to cause the virtual button signal to go low for one sample. This corresponds to time "t22" of FIG. **15**F. In an alternate approach, one or more extra packets indicating a release of the virtual buttons can be inserted into the regular packet stream, rather than using a Suppress flag as shown herein. In an alternate approach, distinct Suppress flags could be used for the two purposes of delaying novice clicks and processing double taps; for example, a 300 msec suppression may be desirable for delaying novice clicks, but for double-taps it may suffice to end the suppression after at least one packet reflecting the suppression of virtual button has been sent to the host.

Finally, if TapState is LOCKED, this is the tap that ends a locking drag. Step **336** sets TapState back to TAP, then skips directly to step **370** of FIG. **17**e, bypassing the steps which decide which of the three mouse buttons to simulate. Thus, the locking drag changes back into a tap on the same

**44**

virtual mouse button. After the usual short duration ("t13" of FIG. **15**D), the virtual button will be released.

It is significant that the button choice (FIG. **17**c) is omitted in the LOCKED case. If a right-button locking drag is initiated by, for example, a tap in the corner of the pad, then it should be possible to terminate the drag by tapping anywhere on the pad, not just in the corner. It is also significant that the button choice is included in the double tap case. Otherwise, it would be impossible, for example, to perform left- and right-button clicks in rapid alternation by tapping alternately in two different locations on the pad.

In an alternate embodiment, if TapState is LOCKED, TapState is set to NONE and step **386** is performed next. This makes "t13" of FIG. **15**D equal to zero. Since TapState may also be LOCKED during drag extension, the implementation shown here also allows the user to tap to cut short the drag extension period DragExtTime. In an alternate embodiment, taps could be ignored during the drag extension period. However, the significance of this is lessened if DragExtTime is short.

Referring now to FIG. **17**C, step **338** checks whether the current tap qualifies as a "hop" gesture. This check involves several tests. First, the hop gesture must be enabled by the user. Second, the finger must have been raised for only a short amount of time between the current tap and the last time it was on the pad (DownTime minus UpTime must be less than HopTime). Finally, the position of this tap must be significantly far away from the previous position (the distance from DownPos to UpPos must be greater than Hop-Distance). Once again, a variety of distance measures are possible. The operations shown in FIGS. **17**a through **17**f support leftward and rightward hops; thus, a reasonable distance measure is absolute difference in X coordinate between DownPos and UpPos.

In a variant that is easily seen to be nearly equivalent, CurTime and CurPos are used in place of DownTime and DownPos in step **338**.

If the tap qualifies as a hop, execution proceeds to step **340**. Since the system of this example supports two different hop gestures, the direction of the hop is checked to determine the type of gesture. If the X coordinate of DownPos (or CurPos) is less than the X coordinate of UpPos, a leftward hop has occurred (assuming X increases to the right). If the X coordinate of DownPos (or CurPos) is greater than the X coordinate of UpPos, a rightward hop has occurred. Note that, due to the checks of step **338**, DownPos will be either significantly to the left or significantly to the right of UpPos at this point.

In step **342**, a leftward hop causes TapButton to be set to the symbol MIDDLE, so that the tap gesture will generate a virtual middle mouse button click.

In step **344**, a rightward hop causes TapButton to be set to RIGHT, initiating a virtual right button click.

Step **346** executes if no hop is detected. It proceeds to check for the other supported alternate gesture, the corner tap. A corner tap is a tap occurring in a small corner zone as shown in FIG. **16**B. A corner tap occurs if corner taps have been enabled by the user; the X coordinate of DownPos (or CurPos) is greater than some coordinate CornerX; and the Y coordinate of DownPos (or CurPos) is greater than some coordinate CornerY. CornerX and CornerY are shown on FIG. **16**B.

It should be obvious to one of ordinary skill in the art that other tap zones, such as those of FIG. **16**A, or multiple corner zones, can be decoded in a completely analogous way by examining the X and Y coordinates of the tap location.

In the presently preferred embodiment, the user is given the choice of hop gestures, corner taps, or neither, as a

45                                                      46

mechanism for simulating alternate button clicks. There is nothing stopping an implementation from offering both hops and corner taps at once, except that to do so would likely be more confusing than beneficial to the user.

In step **348**, no corner tap was detected, so TapButton is set to LEFT to simulate a click of the left virtual mouse button.

In step **350**, a corner tap was detected, so TapButton is set to RIGHT to simulate a right virtual mouse button click.

Step **352** records the current position as the new UpPos, the lift location used for later hop decoding. In general, UpPos is updated each time the finger is seen to lift from the pad. However, there are two exceptions to this rule. First, if the finger lift is itself part of a hopping tap gesture, UpPos is not updated. This is seen in the left branch of the flowchart of FIG. **17***c*. This exception is needed to support, for example, a double-click of the right virtual button. The finger is lifted, moved enough to the right, then tapped twice. The two taps will occur in roughly the same place. If UpPos were updated by the first tap, the second tap would be decoded as a left-button click.

Second, in the flowcharts of FIGS. **17***a* through **17***f*, UpPos is not updated on a tap that ends a locking drag. User tests show that the last-lift location perceived by the user is usually the last lift during the locking drag, with the terminating tap being a subconscious action whose location is not perceived as relevant. Therefore, it makes more sense to omit the update of UpPos for the terminating tap of a locking drag.

Step **354** sets TapState to TAP after any tap, corner tap, or hop gesture, thus recording that a gesture is in progress.

Referring now to FIG. **17**D, step **356** executes when the finger lifts from the pad in a way that does not qualify as a tap. This step checks if TapState is TAP; if so, the finger must have lifted from the long stroke of a drag gesture, e.g., time "t7" of FIG. **15**B. Depending on user preference, the drag gesture is either terminated by the lift of the finger, or locked to become a locking drag.

Step **358** checks whether locking drags have been enabled by the user. This decision may be made at design time, for a system in which drags are always locking or always not, or it may be based on a run-time option such as a control panel.

If locking drags have not been enabled, then step **360** checks whether drag extension has been enabled. This decision may be made at design time, for a system in which drags are always extended or not, or it may be based on a run time option such as a control panel.

At step **362**, if drag extension is enabled, then the speed of the finger at lift-off is checked to see whether it is above DragExtSpeed. This permits making the distinction between true drags and presses described above.

In step **364**, the TAPSTATE of a drag is converted to LOCKED.

In step **366**, a drag is terminated by the lift of the finger.

In step **368**, which executes whenever the finger is lifted and does not qualify as a tap, UpPos is updated to the current position as described above.

Referring now to FIG. **17**E, step **370** executes whenever the finger lifts from the pad. The variable UpTime is updated to record the time at which the finger lifted from the pad.

Step **372** determines the TapState for each sample in which the finger remains off the pad.

If the TapState is TAP, then step **374** compares CurTime minus UpTime against DragTime, to see if the finger has stayed off the pad too long after a tap for the tap to be the beginning of a drag. It should be appreciated that if variable DragTime is in use, the DragTime used for comparison will be a function of whether a short, expert tap has been made or a long, novice tap has been made. If the time limit is exceeded, and TapState equals TAP, then execution proceeds to step **376**. Otherwise, execution proceeds to step **378**.

If the TapState is LOCKED, step **380** determines whether the DragLock mode has been enabled. If DragLock has not been enabled, then execution proceeds to step **382**. If DragLock is enabled, then execution proceeds to step **378** and the drag continues.

Step **382** determines whether the finger has been off the touchpad for a period exceeding ExtendTime. If not, the drag continues and execution proceeds to step **378**. Otherwise execution proceeds to step **376** where the TapState becomes NONE because the finger has been off the touchpad for too long to continue the drag.

Step **378** checks whether the finger has been off the pad long enough to end the suppression period begun by step **334**. If so, execution proceeds to step **384**, where the Suppress flag is set to False.

Step **376** changes TapState from TAP to NONE, ending the tap and thus preventing the tap from extending to a drag, or the existing drag from being extended further.

Referring now to FIG. **17**F, all paths converge on step **386**, which executes on every sample regardless of the state of the finger. This step begins a series of checks to determine the output of the tap unit **280** for this sample. First, if the Suppress flag is TRUE in step **386**, virtual buttons are suppressed so the output is set to NONE in step **388**.

If the Suppress flag is FALSE and there is no button suppression, TapState is examined in step **390**. If TapState is TAP or LOCKED, then the button indicated by TapButton is output in step **392**.

If TapState is NONE, no tap, drag, or hop gesture is in progress, step **394** sets the output to NONE in this case.

Processing ends at step **396** (END). The tap unit will start over at step **300** (START) when the next (X,Y,Z) sample arrives from the arithmetic unit.

The edge-motion feature of FIG. **13** is most useful during a drag gesture. Thus, it is preferable to allow the Motion-Enable input of motion unit **18** to be derived from the state of gesture unit **20**. In particular, the "MotionEnable" signal into AND gate **268** of FIG. **13** is obtained by Motion Enable =(TapState=TAP) OR (TapState=LOCKED).

The "zigzag" unit **282** of FIG. **14** decodes a two-finger gesture in which one finger remains resting on the pad while another finger taps to one side of the primary finger. In terms of the (X,Y,Z) information produced by the basic device, this gesture will effectively increase the Z value while quickly shifting the X and/or Y value by a significant distance. (When two fingers are on the pad, the apparent position reported is midway between the two fingers.) If such a change is detected, and is followed by a rapid return to the original X,Y, and Z values, then a tap of a second finger is recognized.

Because a second finger tap cannot be reliably recognized until the second finger is lifted, sudden cursor motions first to one side and then back again are unavoidably sent to the host. The name "zigzag" refers to these characteristic cursor motions. A motion-reversal mechanism similar to that used in the tap unit **280** can be employed to ensure that the virtual button click occurs at the original, un-zigzagged position. The only difficulty in this case is that the motions involved may be large enough to trigger the host's acceleration feature, which means that either the reversal motion must be stored and replayed packet by packet, or the zigzag unit and

47

host software must cooperate to ensure that the cursor does in fact return to the desired place.

It is possible to recognize second-finger taps using only the (X,Y,Z) information from the standard arithmetic unit 16, as described herein. However, it is clear that the arithmetic unit 16 could be modified to produce additional information, such as the width or shape of the sensor trace profile, which would aid in the accurate recognition of this gesture.

FIGS. 18A through 18C are a flowchart describing the algorithm for the zigzag unit 282. As was the case for the tap unit 280, the zigzag unit 282 is best described as a flowchart. However, a hardware state machine is a known equivalent and would also be a reasonable implementation of the zigzag unit 282. Unlike the tap unit 280 flowchart of FIGS. 17a through 17f, the zigzag unit 282 flowchart executes once per stroke. When the finger's presence is detected (Z>Zthresh), execution begins at step 386. If the finger leaves the pad before execution ends, the zigzag unit 282 abandons its computation and starts over at step 386 on the next stroke.

FIGS. 18A through 18C illustrate the additional feature that leftward zigzags simulate a left button click, while rightward zigzags simulate a right button click.

The zigzag unit 282 requires the same position, Z, and time inputs as the tap unit 280. It also requires a speed measure S, which is computed as the distance from the previous to the current finger position at any given time. If any filtering or smoothing is done on the normal (X,Y) outputs of the arithmetic unit 16 as previously disclosed, it is best to compute the speed S from the unfiltered (X,Y) values.

State variables of the zigzag unit 282 include ZigZ and ZigZ', which record the two most recent values of Z; ZigPos, and ZigPos', which record the two most recent positions; ZigTime, which records the time at which the presence of the second finger was detected; ZigLeft and ZigRight, which are TRUE if a leftward or rightward zigzag has been detected, respectively; and Out, which represents the output of the zigzag unit 282, and is one of LEFT, RIGHT, or NONE.

The zigzag unit 282 uses several parameters. ZigDistance, the minimum distance the finger position can move to qualify for this gesture. ZigMaxTime is the maximum amount of time the second finger can be present to qualify. Szig is the instantaneous finger speed required to begin the detection of the gesture and is determined experimentally, depending on the sample rate, sensor dimensions, and amount of analog filtering in the charge integrators. ZigRadius and ZigLimit specify how close the position and Z values, respectively, must return to their original pre-zigzag values after the second finger is lifted. ZigRadius is comparable to TapRadius, and ZigLimit is about 30% of Zthresh in the presently preferred embodiment.

Referring now to FIG. 18A, execution begins, when the finger's presence is detected, at step 400.

In step 402, the zigzag unit 282 waits for approximately three (X,Y,Z) samples to arrive from the arithmetic unit 16. In the preferred embodiment, these samples arrive at a rate of 40 per second. This initial delay is to prevent Z fluctuations at the beginning of the stroke from being mistaken for a second finger.

In step 404, ZigZ and ZigZ' are initialized to a reserved value denoted as NONE.

In step 406, the zigzag unit 282 waits for the next (X,Y,Z) sample to arrive.

Step 408 checks for the beginning of a "zig", the first half of the zigzag gesture in which the apparent finger grows and

48

jumps to one side. The speed S of the current sample is compared against the threshold Szig. If S is greater, and ZigZ contains valid data (not the reserved value NONE), then execution proceeds to further validation of the gesture in FIG. 18b.

In step 410, no incipient "zig" has been seen, so ZigPos' is updated to reflect the most recent finger position, and ZigPos is updated to reflect the second-most-recent finger position. If smoothing or filtering is applied to the output of the arithmetic unit 16 of FIGS. 1 and 8, then, unlike the S computation described earlier, ZigPos should be updated from the filtered and smoothed position data. In other words, it should be updated from the processed position data which is used to update the cursor position on the host.

In step 412, ZigZ' and ZigZ are similarly updated to reflect the two most recent Z values. In typical usage patterns, a second-finger tap will typically occur to the left or right, i.e., different in X but not necessarily in Y. Thus, the X denominator (output of subtractor 168 of FIG. 8) will tend to increase by a clear factor of two when a second finger is present, whereas the Y denominator (output of subtractor 172 ) may or may not increase correspondingly, depending on the linearity of the charge integrators 44. Thus, it is preferable to use the X denominator output directly as Z for the purposes of the zigzag unit 282, rather than the combined and processed value normally obtained from block 178 of FIG. 8.

After step 412, execution returns to step 406 where the next sample is awaited.

Referring now to FIG. 18B, step 414 records the time at which the incipient "zig" was detected.

Step 416 then initializes the ZigLeft and ZigRight flags. These flags will become TRUE if the finger is seen to move significantly far to the left or right, respectively, of its starting position.

When a second finger comes down on the pad, the (X,Y,Z) values typically take two or three samples to converge to their new values which reflect the presence of two fingers. Step 418 waits for one or two more samples to arrive, after which time the (X,Y,Z) values should be settled. The choice of one, two, or more samples depends on factors such as the basic sample rate and the amount of filtering that occurs in the analog input section of the device.

After step 418, CurPos reflects the zigged apparent finger position, and ZigPos reflects the position from two samples before the speed passed the Szig threshold. The two-sample history is important because a small amount of motion may have occurred due to the approaching second finger, before the finger touched down and produced the large motion that exceeded Szig. After step 418, ZigPos contains the current position saved at a time before the second finger is likely to have had an effect. Likewise, ZigZ contains the Z value from before the second finger arrived.

Step 420 checks to see if Z has increased substantially beyond the resting Z value ZigZ. In the presently preferred embodiment, Z is compared against a threshold 30% larger than ZigZ. If Z is too small, the "zig" is disqualified and execution returns to step 404.

Step 422 checks to see if the current position is far to the left of the resting position ZigPos. Since the zigzag unit 282 is looking for an abrupt, "unnatural" change in position, it is preferable that step 422 use position data directly from dividers 174 and/or 176 of the arithmetic unit 16, before any filtering or smoothing that may normally be applied to position data. This data is referred to herein as RawPos to

49
50

distinguish it from the filtered and smoothed value CurPos. The value CurPos may be used, however, if desired, with less than optimum results.

In this implementation, step **422** compares the X coordinate of RawPos with the X coordinate of ZigPos minus ZigDistance. The parameter ZigDistance can be chosen experimentally based on the observed spacing on the pad between two fingers when one finger is held down and the other tapped in a natural manner.

If a suitable leftward zig is detected, step **424** sets ZigLeft to TRUE.

Step **426** similarly checks if the current position is far to the right of the resting position; if so, step **428** sets ZigRight to TRUE.

Step **430** then waits for the next (X,Y,Z) sample to arrive.

Step **432** checks if the second finger has lifted from the pad, by comparing Z against a second "zag" threshold somewhat less than the "zig" threshold of step **420**. (In the current system, this threshold is roughly 20% larger than ZigZ.) The "zag" threshold is set below the "zig" threshold in order to provide simple hysteresis.

If the second finger has not yet lifted, execution returns to step **422** to continue waiting. If the second finger has lifted, execution proceeds to step **434** on FIG. 18*c*.

Referring now to FIG. 18C, step **434** waits one or two samples for the (X,Y,Z) data to stabilize as the second finger lifts; this step is analogous to step **418**.

Step **436** does a final check for a complete zigzag gesture. So far, a sudden motion accompanied by an increase in Z has been seen, followed by sudden decrease in Z. Step **436** additionally checks that the position has returned to its prezigzag value (the distance from RawPos to ZigPos is less than ZigRadius); the Z value has similarly returned to normal (the absolute value of Z minus ZigZ is less than ZigLimit); and either ZigLeft or ZigRight but not both, is TRUE. In addition, the second-finger tap must be of short duration, i.e. CurTime minus ZigTime is less than ZigMax-Time.

If the motion does not qualify as a zigzag, execution returns to step **404** to await detection of a zigzag gesture. If the motion has qualified as a zigzag, step **438** provides reverse motion to restore the cursor to the exact position corresponding to ZigPos, if necessary. This step is analogous to step **328** of FIG. 17*b*.

In step **440**, a complete zigzag has been detected. If ZigLeft is TRUE, the motion is a leftward zigzag. Otherwise, ZigRight must be TRUE and the motion is a rightward zigzag. Accordingly, either step **442** simulates a left button press for a leftward zigzag, or step **444** simulates a right button press for a rightward zigzag.

Step **446** pauses for a certain amount of time. For example, this step might wait for one or several more samples to arrive, or it might wait for one or several data packets to be sent to the host. (Normally there is a one-to-one correspondence between samples and data packets.)

Finally, step **448** ends the simulated button press by setting Out to NONE. In this example, the zigzag gesture only works to simulate clicks, not drags. The zigzag does not extend neatly to a drag in the same way as the normal one-finger tap, since this would imply that the entire drag motion occurs with two fingers held awkwardly on the pad. One alternative is to simulate a locking button, as is often done with trackball buttons in the art, where consecutive zigzags alternately press and release the virtual button. Another alternative is to have the zigzag gesture press the virtual button, and to release the virtual button only when the primary finger is also removed from the pad.

After step **448**, execution returns to step **404** to await detection of further zigzag gestures.

Another gesture that is useful in specialized applications is a "push" gesture, which simply compares the Z (pressure) information against a second Z threshold ZpushDown, considerably higher than the basic finger-detection threshold, and simulates a mouse button action whenever Z exceeds this threshold. This "push" gesture is similar to the way pen-based pointing devices normally operate; however, it is too imprecise and too tiring on the finger to use as the primary click or drag gesture. The "push" gesture is most useful in special contexts such as freehand drawing programs.

FIG. **19** is a timing diagram illustrating a "push" gesture. To perform this gesture, the finger is first brought near enough to cause cursor motion without causing a virtual button press. Next, the finger pressure increases past threshold ZpushDown, causing the virtual button to be pressed. Later, the pressure reduces below a threshold ZpushUp, causing the virtual button to be released. If ZpushUp is somewhat lower than ZpushDown, the resulting hysteresis will prevent unwanted oscillation on the virtual button if the finger pressure varies slightly around the "push" threshold.

In one variant that may be preferable, ZpushUp is set equal to Zthresh, so that once a push has begun the finger must be fully lifted from the pad in order to release the simulated button. Other users may prefer ZpushUp to be much closer to ZpushDown than to Zthresh, resulting in a more delicate feel.

The push unit **284** of FIG. **14** recognizes the push gesture. FIG. **20** is a flowchart illustrating the implementation of this gesture. The corresponding diagram for an equivalent hardware circuit to recognize this gesture would be quite straightforward.

Execution begins at step **450** every time a new (X,Y,Z) sample arrives from the arithmetic unit **16**. Note that the push unit **284** examines only the Z value of each sample.

Step **452** checks whether or not a "push" gesture is already in progress.

Step **454** executes if no "push" gesture is in progress. This step checks if a "push" should begin. First, "push" gestures must be enabled by the user. Second, the current Z value must be greater than the threshold ZpushDown.

If Z is sufficient to begin a push gesture, step **456** sets Out to LEFT to indicate that the left button is now pressed.

Step **458** checks if the current push gesture should end. This check simply involves comparing Z against ZpushUp. If Z is less than ZpushUp, the push gesture is terminated in step **460**.

Execution ends at step **462**. If neither step **456** nor step **460** was executed then Out remains the same, thus providing the hysteresis referred to above. The state variable Out should be initialized to NONE at startup time.

Those of ordinary skill in the art will note that the tap unit **280** is suitable for use with any touchpad that provides (X,Y) and finger-presence information, and push unit **284** is suitable for use with any touchpad that produces Z (pressure) information. Only the zigzag unit **282** depends on special characteristics of the particular touchpad technology disclosed herein, namely the fact that two fingers reliably report an averaged finger position.

Two more algorithms that are not directly part of gesture processing may be used to address minor problems that occur when the user taps on the pad. Specifically, the finger position sometimes shears sharply in one direction just as the finger lifts away. This is due to natural slippage of the finger during this action, and is aggravated when the finger

US 7,109,978 B2

51

52

is held at a shallow angle. A "reverse motion" algorithm can deal with some of this problem, but if the apparent finger position jumps so far that the TapRadius test fails, reverse motion cannot help.

If Z is seen to be changing rapidly between the current and previous samples (i.e., if the absolute difference between the current and previous Z values is less than some empirically determined threshold), then the time constant of the $(X,Y)$ filtering of the output of the arithmetic unit 16 can be increased. Normally, the old filter value and new quotient are averaged with roughly equal weighting to produce the new filter value. If Z is rapidly changing, the old filter value is instead weighted considerably (e.g., an order of magnitude) more than the new quotient. The result is that any motion occurring during this instant of high Z change is heavily damped.

Often the spurious motion that arises from a finger-lift occurs all in the very last sample before Z decreases below the finger-down threshold Zthresh. Another solution to the problem of spurious finger-lift motion is the "lift-jump suppression" mechanism, which attempts to suppress this final spurious motion event. FIG. 21 shows an illustrative circuit for performing the lift-jump suppression function.

The circuit shown in FIG. 21 performs lift jump suppression. It examines the sequence of $(X,Y)$ position samples arriving from dividers 174 and 176 of FIG. 8 to produce a speed S which is further processed to obtain a motion-suppression signal. As described previously, it is best to use the quotient values directly, before any smoothing or filtering stage, when computing the speed S.

Referring to FIG. 21, X coordinates are stored in delay 470. Subtractor 472 computes the absolute value of the difference between the current X value and the previous value stored in delay 470. Likewise, delay 474 and subtractor 476 compute the absolute change in Y. Adder 478 forms the sum of these absolute differences to produce speed S, the distance between the current and previous samples. As previously described, it is clear that other distance measures may be used for this computation. Note that, in addition to the circuitry of FIG. 21, the zigzag unit 282 also makes use of the speed value S as previously disclosed.

Delay units 480 and 482 record the previous and second-previous values of S, known as S' and S", respectively. Divider 484 computes the quantity one-half of S, denoted S/2. The lift-jump suppression unit looks for a characteristic relationship among the values S, S', S", and S/2 in an attempt to recognize spurious lift-jump events. One practiced in the art will recognize that S" is not valid until the fourth sample of a given finger stroke; thus, the lift-jump suppression unit is disabled for the first three samples of each stroke. The lift-jump suppression unit also employs a parameter Lift-Jump, a speed threshold which is determined experimentally and is affected by the sample rate and the sensitivity of the sensor pad.

Comparator 486 checks if the speed S is greater than the threshold LiftJump. Comparator 488 checks to see if the previous speed S' is less than LiftJump, and comparator 490 checks if S' is less than S/2. Similarly, comparator 492 checks to see if the second-previous speed S" is less than LiftJump, and comparator 494 checks if S" is less than S/2. If all five conditions are satisfied, AND gate 496 outputs a "suppress-motion" signal which suppresses the action of motion unit 18 for this sample. When motion unit 18 is suppressed, its output $(\Delta X,\Delta Y)$ is not generated for the current sample, and its delay unit 260 is not clocked.

The profile detected by the lift-jump suppression unit usually occurs during a last spurious motion sample before the finger lifts. Since Z will fall below Zthresh on the very next sample, the current sample will never contribute to any motion events sent to the host. The algorithm is guaranteed

by design not to suppress more than one sample in a row. Thus, if the algorithm "guesses wrong" and Z does not fall below Zthresh, the skipped finger motion will be taken up into the $(\Delta X,\Delta Y)$ packet produced by the next sample with only a tiny hesitation in the perceived cursor motion.

The increased sensitivity of the touch sensor system of the present invention allows for a lighter input finger touch which makes it easy for human use. Increased sensitivity also makes it easier to use other input objects, like pen styli, etc. Additionally, this sensitivity allows for a tradeoff against a thicker protective layer, or different materials, which both can allow for lower manufacturing costs.

Greater noise rejection allows for greater flexibility in use and reduced sensitivity to spurious noise problems. Two techniques are employed which allow derivation of the most noise-rejection benefit.

Due to the drive and sense techniques employed in the present invention, the data acquisition rate has been increased by about a factor of 30 over the prior art. This offers several obvious side effects. First, for the same level of signal processing, the circuitry can be turned off most of the time and reduce power consumption by roughly a factor of 30 in the analog section of the design. Second, since more data is available, more signal processing, such as filtering and gesture recognition, can be performed.

The sensor electronic circuit employed in the present invention is very robust and calibrates out process and systematic errors. It will process the capacitive information from the sensor and provide digital information to an external device, for example, a microprocessor.

Because of the unique physical features of the present invention, there are several ergonomically interesting applications that were not previously possible. Presently a mouse or trackball is not physically convenient to use on portable computers. The present invention provides a very convenient and easy-to-use cursor position solution that replaces those devices.

In mouse-type applications, the sensor of the present invention may be placed in a convenient location, e.g., below the "space bar" key in a portable computer. When placed in this location, the thumb of the user may be used as the position pointer on the sensor to control the cursor position on the computer screen. The cursor may then be moved without the need for the user's fingers to leave the keyboard. Ergonomically, this is similar to the concept of the Macintosh Power Book with its trackball, however the present invention provides a significant advantage in size over the trackball. Extensions of this basic idea are possible in that two sensors could be placed below the "space bar" key for even more feature control.

The computer display with its cursor feedback is one small example of a very general area of application where a display could be a field of lights or LEDs, an LCD display, or a CRT. Examples include touch controls on laboratory equipment where present equipment uses a knob/button/touch screen combination. Because of the articulating ability of this interface, one or more of those inputs could be combined into one of the inputs described with respect to the present invention.

Consumer Electronic Equipment (stereos, graphic equalizers, mixers) applications often utilize significant front panel surface area for slide potentiometers because variable control is needed. The present invention can provide such control in one small touch pad location. As Electronic Home Systems become more common, denser and more powerful human interface is needed. The sensor technology of the present invention permits a very dense control panel. Hand-held TV/VCR/Stereo controls could be ergonomically formed and allow for more powerful features if this sensor technology is used.

53

The sensor of the present invention can be conformed to any surface and can be made to detect multiple touching points, making possible a more powerful joystick. The unique pressure detection ability of the sensor technology of the present invention is also key to this application. Computer games, "remote" controls (hobby electronics, planes), and machine tool controls are a few examples of applications that would benefit from the sensor technology of the present invention.

Musical keyboards (synthesizers, electric pianos) require velocity sensitive keys, which can be provided by the pressure sensing ability of this sensor. There are also pitch bending controls, and other slide switches that could be replaced with this technology. An even more unique application comprises a musical instrument that creates notes as a function of the position and pressure of the hands and fingers in a very articulate 3-d interface.

The sensor technology of the present invention can best detect any conducting material pressing against it. By adding a compressible insulating layer covered by a layer of conductive material on top of the sensor the sensor of the present invention may also indirectly detect pressure from any object being handled, regardless of its electrical conductivity.

Because of the amount of information available from this sensor it will serve very well as an input device to virtual reality machines. It is easy to envision a construction that allows position monitoring in three dimensions and some degree of response (pressure) to actions.

While embodiments and applications of this invention have been shown and described, it would be apparent to those skilled in the art that many more modifications than mentioned above are possible without departing from the inventive concepts herein. The invention, therefore, is not to be restricted except in the spirit of the appended claims.

What is claimed is:

1. A method of processing a user input received on a capacitive touch sensor pad including a matrix of X and Y conductors, the method comprising the steps of:

developing capacitance profiles in one of an X direction and a Y direction from said matrix of X and Y conductors, said capacitance profiles identifying a simultaneous presence of at least two user input objects on said capacitive touch sensor pad;

examining said capacitance profiles to determine an occurrence of a single gesture resulting from the simultaneous presence of the at least two user input objects; and

indicating the occurrence of said single gesture resulting from said simultaneous presence of the at least two user input objects.

2. The method of claim 1 wherein said single gesture is indicated by a signal representing a simulated mouse button click.

3. The method of claim 1 wherein developing capacitance profiles comprises developing capacitance profiles in both said X and Y directions from said matrix of X and Y conductors.

4. A capacitive sensor comprising:

a matrix of X and Y conductors;

sensing circuitry coupled to each of said X and Y conductors and configured to generate outputs based on the capacitance of said X and Y conductors; and

an arithmetic unit coupled to said sensing circuitry and configured to develop a first capacitance profile in an X

54

direction in response to said outputs of said sensing circuitry, and to examine said first capacitance profile to determine an occurrence of a single gesture resulting from the simultaneous proximity of at least two input objects to said matrix of X and Y conductors.

5. The capacitive sensor of claim 4 wherein said sensing circuitry is configured to drive said X conductors simultaneously, and to drive said Y conductors simultaneously, wherein said X conductors are driven separately from said Y conductors.

6. The capacitive sensor of claim 4 wherein said arithmetic unit is configured to develop a second capacitance profile in a Y direction in response to said outputs of said sensing circuitry.

7. The capacitive sensor of claim 4 wherein said arithmetic unit is configured to differentiate between an application of a single object and an application of multiple objects to the capacitive sensor.

8. The method of claim 1 wherein the at least two input objects are fingers.

9. The capacitive sensor of claim 4 wherein the at least two input objects are fingers.

10. An input device comprising:

a matrix of conductors;

sensing circuitry coupled to each of said conductors and configured to generate outputs based on the capacitance of said conductors; and

an arithmetic unit coupled to said sensing circuitry and configured to develop at least one capacitance profile in response to said outputs of said sensing circuitry, to examine said at least one capacitance profile to determine an occurrence of a single gesture resulting from the simultaneous proximity of at least two input objects to said matrix of conductors, and to indicate the occurrence of said single gesture resulting from said at least two input objects.

11. The input device of claim 10 wherein the single gesture is indicated by a signal representing a simulated mouse action.

12. The input device of claim 11 wherein the simulated mouse action comprises scrolling.

13. The input device of claim 11 wherein the simulated mouse action comprises a button press.

14. The input device of claim 1 wherein the single gesture is a scrolling gesture resulting from the application of more than one finger on the touchpad.

15. The method of claim 1 wherein the single gesture is a drag gesture resulting from the application of more than one finger on the touchpad.

16. The method of claim 1 wherein the single gesture is indicated by a signal representing a simulated mouse action.

17. The method of claim 16 wherein the simulated mouse action comprises scrolling.

18. The method of claim 16 wherein the simulated mouse action comprises a button press.

19. The method of claim 16 wherein the simulated mouse action comprises a drag action.

20. The method of claim 16 wherein the simulated mouse action comprises a drag lock action.

* * * * *

# Exhibit 5

# United States Patent [19]

## Greanias et al.

[11] **Patent Number:** **4,686,332**

[45] **Date of Patent:** **Aug. 11, 1987**

[54] **COMBINED FINGER TOUCH AND STYLUS DETECTION SYSTEM FOR USE ON THE VIEWING SURFACE OF A VISUAL DISPLAY DEVICE**

[75] Inventors: **Evon C. Greanias**, Chevy Chase, Md.; **C. Richard Guarnieri**, Somers, N.Y.; **John J. Seeland, Jr.**, Oakland Park, Fla.; **Guy F. Verrier**, Reston, Va.; **Robert L. Donaldson**, Annapolis, Md.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **878,949**

[22] Filed: **Jun. 26, 1986**

[51] Int. Cl.⁴ ............................................. G08C 21/00
[52] U.S. Cl. ........................................ **178/19;** 340/706
[58] Field of Search ............................. 178/18, 19, 20; 340/706, 709; 324/207

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,696,409 | 10/1972 | Braaten | 340/365 |
| 3,757,322 | 9/1973 | Barkan et al. | 340/365 C |
| 3,992,597 | 11/1976 | Hannula | 200/61.39 |
| 3,999,012 | 12/1976 | Dym | 178/18 |
| 4,009,338 | 2/1977 | Lowy et al. | 178/18 |
| 4,103,252 | 7/1978 | Bobick | 331/48 |
| 4,398,181 | 8/1983 | Yamamoto | 340/365 S |

4,582,955  4/1986  Blesser ................................... 178/19

*Primary Examiner*—Stafford D. Schreyer
*Attorney, Agent, or Firm*—John E. Hoel

[57] **ABSTRACT**

A combined finger touch and stylus detection system is disclosed for use on the viewing surface of the visual display device. Transparent conductors arranged in horizontal and vertical grid are supported on a flexible, transparent overlay membrane which is adaptable to a variety of displays. A unique interconnection pattern is provided between the transparent conductors in the array and buses which interconnect the conductors with the supporting electronics, whereby a minimum number of bus wires can be employed to service the array conductors and yet both unique finger touch location sensing and unique stylus location sensing can be accomplished. The system includes a control processor which operates on stored program instructions which, in a first embodiment provides for the alternate detection of either finger touch location or stylus location and, in a second embodiment, provides for the simultaneous detection of both finger touch location and stylus location. The resulting system provides the unique function of combined finger touch and stylus detection, is adaptable to a variety of display surfaces, is provided with a structure which is easily manufacturable, and which has an inherent long-term reliability.

**10 Claims, 25 Drawing Figures**



Case 5:06-cv-01839-PVT    Document 209-7    Filed 01/11/2008    Page 3 of 30



*FIG. I.*

(OVERLAY AND MOUNTING FRAME)

36

36

36

36

2

2'

FRAME 22

OVERLAY 20



*FIG. 2.*

SEC 2-2'

OVERLAY 20

34

22

38

30

36

28

26

GLASS FACE 32 OF CRT

30

26

38

22

36

34

28

CRT 24



*FIG. 3.*
STYLUS DETECTION

## FIG. 4.

USING THE WIRE PAIR CONCEPT, THERE ARE THREE MEASUREMENTS THAT ARE
NEEDED TO DETERMINE THE PEN'S HEIGHT AND POSITION. THESE MEASUREMENTS ARE
CALLED P0, P1, AND P2.

TO MEASURE P0, CONSIDER THE DRIVE PATTERN FOR A WIRE PAIR:



PAIR P0

(THE NUMBERS ARE FOR WIRE REFERENCE ONLY)

0 = GROUNDED WIRE
X = DRIVEN WIRE

## FIG. 5.

IF THE PEN WERE MOVED ACROSS THE TABLET ALONG THIS AXIS WITH THIS DRIVE
PATTERN CONSTANT, THE MEASURED SIGNAL WOULD BE:



NOTE THAT WITHIN AND AROUND THE WIRE PAIR, THE PEN SIGNAL VARIES LINEARLY
WITH POSITION. THIS LINEARITY IS THE BASIS FOR ACCURATE INTERPOLATION
CALCULATIONS.

## FIG. 6.

THE NEXT DATA, PI, IS FORMED BY SHIFTING THE PREVIOUS PO PLOT TO THE RIGHT BY ONE WIRE:



## FIG. 7.

THE FINAL DATA, P2, IS THE INVERSE OF PO. THAT IS, ALL OF THE WIRES BEING DRIVEN FOR PO ARE GROUNDED FOR P2. SIMILARLY, THE GROUNDED WIRES FOR PO ARE DRIVEN FOR P2. AS A RESULT, THE SIGNAL PATTERN FOR P2 IS THE MIRROR IMAGE OF PO ABOUT THE WIRE PAIR MIDPOINT:





*FIG. 8.*
FINGER TOUCH DETECTION



*FIG. 9.*

DETECTION SYSTEM



FIG. 10.
FLOW DIAGRAM
FIRST EMBODIMENT



FIG. 11.

GENERAL LAYOUT OF OVERLAY

X-CONNECTOR 182

OVERLAY 20

Y-BUS 90

186

Y-BUS CONNECTOR 184

X-BUS 80

DISPLAY INPUT AREA 188
WITH TRANSPARENT WIRES
$X_1 \cdots X_{112}$ AND $Y_1 \cdots Y_{112}$

186

12

BUS
WIRES

1
2
15
16
186

BOLT HOLE 186

12'

## FIG. 12.

OVERLAY 20
(DISPLAY AREA 188)
SEC. 12-12'





**FIG. 14.**
SEC 14-14'

X-BUS 80

1 2 3 4 5

HOLE 180

INSULATION LAYER 52

TRANSPARENT WIRE X2

INNER SUBSTRATE 50

SHIELD LAYER 51

ANTI-NEWTOR RING COATING 53

CRT 32



**FIG. 13.**

X-BUS

X-BUS 80

14'

180'

180

1 2 3 4 5

X1 X2

TRANSPARENT WIRES

INSULATION LAYER 52

INNER SUBSTRATE 50

14'



*FIG. 15.*

| *FIG. 15A.* | *FIG. 15B.* | *FIG. 15C.* |

*FIG. 15A.*
BUS LAYOUT



**FIG. 15B.**
BUS LAYOUT



**FIG. 15C.**
BUS LAYOUT

U.S. Patent     Aug. 11, 1987     Sheet 13 of 17     4,686,332



FIG. 16A.

PROXIMITY LOOP 200

REMOTE PROXIMITY STYLUS
SENSING 202

204 — SENSE ?     SET SI     YES

NO

FINGER TOUCH
SENSING
206

208 — SENSE ?     OUTPUT FINGER LOCATION     YES

NO

210 — IS SI OFF ?     YES

NO

B

B'

FIG. 16.

FIG. 16A.

FIG. 16B.

FIG. 16C.



*FIG. 16B.*

*FIG. 16C.*



FIG. 17.
TIMING DIAGRAM SECOND EMBODIMENT



FIG. 18.

MEMORY ORGANIZATION SECOND EMBODIMENT

*FIG. 19.*

DISPLAY AS SEEN
THROUGH OVERLAY
SHOWING SIMULTANEOUS
FINGER TOUCH
AND STYLUS
DETECTION



4,686,332

1

# COMBINED FINGER TOUCH AND STYLUS DETECTION SYSTEM FOR USE ON THE VIEWING SURFACE OF A VISUAL DISPLAY DEVICE

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The invention disclosed broadly relates to data processing technology and more particularly relates to input devices for use in conjunction with visual displays.

### 2. Background Art

In data processing systems, a central processor executes a sequence of stored program instructions to process data provided by an input device and to present the results of the data processing operations to an output device. Data processing results can be presented in either alphanumeric text or in graphical form and a universal mechanism for manifesting those results is by means of a visual display device such as a cathode ray tube monitor, a gas panel display, an array of light emitting diodes, or other types of visual display devices. Frequently, the results presented to the user on a visual display device, will require the user to provide additional data to the data processing system. Various types of data input devices have been employed in data processing systems, for example keyboard input, graphical tablet input, and various forms of display surface inputs. Human factors studies have shown that by providing a means for inputting data on the visual display screen itself, the user can achieve the most closely coupled interactive operations with the data processing system. When the user responds to visual signals output at the face of the visual display device, by inputting signals at that same visual display surface, an accuracy and immediacy in the interaction between man and machine can be achieved. This form of input device is easy to learn to use and seems the most natural and user-friendly to the operator

Various types of interactive input devices for use at the display surface have been provided in the prior art. One of the first forms of interactive devices was the light pen, which is an optical detector provided in a hand-held pen, which is placed against the display surface of a cathode ray tube screen. When the dot of light represented by the scanning raster is detected by the light pen, the coordinates of the raster dot are attributed as the location of the hand-held pen. Another type of interactive input device for use on a display surface is the mechanical deformation membrane, which is a transparent laminate placed over the display surface. The laminate consists of two conductor planes respectively deposited on a flexible medium so that when the user mechanically displaces one of the conductor planes by a finger touch, the conductors are brought into electrical contact with the conductors in the second plane. The electrical resistance of the conductor plane is changed as a function of the position of the finger touch on the membrane and appropriate electronics are provided to translate that resistance value into the position attributed to the finger touch.

Opaque graphics tablets, upon which a sheet of drawing paper can be supported for tracing with an electronic stylus, have been provided in the prior art. In opaque graphics tablets, a horizontal wire grid and a vertical wire grid are embedded in the surface of the tablet. The wires in the tablet are driven with a signal

2

which is electromagnetically radiated from the surface of the tablet and which is received by a pickup stylus connected to a signal detector. In one type of opaque graphics tablet, a field gradient is imposed from one side to the other side of the tablet and the strength of the field as picked up by the stylus, is correlated with the position attributed to the stylus. Another approach has been described by H. Dym, et al. in U.S. Pat. Nos. 3,992,579; 3,999,012; and 4,009,338, those patents being assigned to the IBM Corporation. Dym, et al. describe driving the conductors embedded in the opaque graphics tablets so that they are selectively energized with 40 kilohertz signals in a multiple stage operation to first determine the stylus proximity to the surface of the tablet and then to track the position of the stylus along the surface of the tablet in the horizontal and vertical directions. During the proximity stage of operation, the conductors in all regions of the tablet surface emit signals which are detected by the stylus as it approaches the surface. When the amplitude of the received signals is great enough, the operation then changes into the locate and tracking mode which is programmed to produce periodic indications of the stylus position with respect to the horizontal and vertical conductors embedded in the tablet.

The popularity of the Personal Computer can be attributed, in part, to the enhanced productivity which can be achieved by applying data processing techniques to the execution of tasks which were previously done manually. Typical applications employing an interactive input at the display surface of the monitor in a Personal Computer, require the operator to make control selections at the keyboard, perhaps selecting the mode of operation or particular image to be displayed, prior to using the interactive input device for inputting data to the system. For example, in hotel management applications, the operator would enter control information at the keyboard to select either a first displayed image for a room assignment application or a second displayed image for entering billing information. Only after having made the control input at the keyboard, will the operator be able to make data entries by means of the interactive input at the display surface.

## OBJECTS OF THE INVENTION

It is therefore an object of the invention to provide an improved interactive input device for a display surface.

It is another object of the invention to provide an interactive input device which permits either finger touch input or stylus detection input modes.

It is yet a further object of the invention to provide an improved interactive input for a display surface which can be adapted to a variety of surface contours.

It is yet a further object of the invention to provide an improved interactive input for a display surface which is reliable and is inexpensive to manufacture.

It is yet a further object of the invention to provide an interactive input device for use at a display surface, which permits the simultaneous detection of both a finger touch and a stylus position.

## DISCLOSURE OF THE INVENTION

A combined finger touch and stylus detection system is disclosed for use on the viewing surface of a visual display device. The system includes an array of horizontal and vertical conductors arranged on the viewing surface of the visual display device, having an I/O ter-

4,686,332

**3**

minal coupled thereto, for conducting electrical signals between the terminal and the vicinity of the viewing surface. A radiative pickup stylus is also included, having an output terminal, for receiving electromagnetic signals radiated from the array.

The system includes a selection means having a switchable path connected to the I/O terminal of the array and having a control input, for connecting selected patterns of a plurality of the horizontal and vertical conductors to the switchable path in response to control signals applied to the control input. A capacitance measuring means is also included, having an input coupled to the switchable path of the selection means, for measuring the capacitance of selected ones of the conductors in the array, in response to the control signals applied to the control input.

The system further includes a radiative signal source having an output coupled to the switchable path of the selection means, for driving selected ones of the conductors in the array, in response to the control signals applied to the control input. A radiative signal measuring means is also included, coupled to the radiative pickup stylus, for measuring the electromagnetic signals received by the stylus.

In addition, the system includes a control processor connected to the control input of the selection means, for executing a sequence of stored program instructions to sequentially output the control signals to the selection means. The control processor is connected to the capacitance measuring means, for receiving measured capacitance values of the conductors when the selection means, in response to the control signals, has connected a first pattern of a plurality of the conductors in the array to the capacitance measuring means, to detect the location of a finger touch with respect to the viewing surface of the display device. The control processor is also connected to the radiative signal measuring means, for receiving measured radiative signal values when the selection means, in response to the control signals, has connected a second pattern of a plurality of the conductors in the array to the radiative signal source, to detect the location of the stylus with respect to the viewing surface of the display device.

In this manner, both finger touch location and stylus location with respect to the viewing surface of the display, can be detected.

The system can be used for both sequential and simultaneous detection of finger touch and stylus position. The system makes use of a unique interconnection arrangement for the horizontal and vertical conductors to respective buses which are of a reduced size, thereby saving space and driver electronics. A unique overlay membrane structure supports the horizontal and vertical conductors of the array and has sufficient mechanical flexibility to enable it to conform to the surface contour of a variety of display surfaces.

**BRIEF DESCRIPTION OF THE DRAWINGS**

The foregoing and other advantages of the invention will be more fully, understood with reference to the description of the best mode and the drawing wherein:

FIG. 1 is a front view of the overlay 20 and the mounting frame 22.

FIG. 2 is a side cross-sectional, breakaway view of the overlay and mounting frame of FIG. 1, along with section line 2—2'.

FIG. 3 is a side view of the overlay 20 and the stylus 60 for stylus detection.

**4**

FIG. 4 is a schematic view of the overlay for stylus detection.

FIG. 5 illustrates the radiative signal amplitude for measuring pair P0 in stylus detection.

FIG. 6 shows the measurement for the pair P1 for stylus detection.

FIG. 7 shows the measurement for the pair P2 for stylus detection.

FIG. 8 is a cross-sectional view of the overlay 20 and the finger 70 for finger touch detection.

FIG. 9 is an architectural diagram of the detection system.

FIG. 10 is a flow diagram of the operation of the first embodiment of the invention for detecting either finger touch or stylus position.

FIG. 11 is a rear view of the general layout of the overlay 20.

FIG. 12 is a side cross-sectional view of the overlay 20 along the section line 12—12' of FIG. 11, showing the detail of the display input area.

FIG. 13 is a front breakaway view of the overlay 20 in the bus region.

FIG. 14 is a side cross-sectional view along the section line 14—14' of FIG. 13.

FIGS. 15A; 15B; 15C are a front view of the layout of the X bus for the overlay 20.

FIGS. 16A, B, & C are a flow diagram of a second embodiment of the invention, when both finger touch and stylus detection can be simultaneously carried out.

FIG. 17 is a timing diagram for the second embodiment of the invention, for the simultaneous detection of both finger touch and stylus location.

FIG. 18 is a diagram of the memory organization for the RAM 102 in the second embodiment of the invention.

FIG. 19 is a front view of the display as seen through the overlay 20, showing the simultaneous finger touch and stylus detection, in accordance with the second embodiment of the invention.

**DESCRIPTION OF THE BEST MODE FOR CARRYING OUT THE INVENTION**

The combined finger touch and stylus detection system is shown in a front view in FIG. 1 and in a side cross-sectional view in FIG. 2, in association with a cathode ray tube display. The overlay 20 consists of two sheets of durable, transparent plastic, with an array of horizontal transparent conductors embedded in the first sheet and an array of vertical transparent conductors embedded in the second sheet. The overlay 20 can be mounted by means of the frame 22 onto the display surface 32 of the cathode ray tube 24. The mounting frame 22 consists of a base portion 28 which attaches to the sidewall 26 of the cathode ray tube (CRT) 24. The front facing surface 30 of the base portion 28 can have a curvature substantially the same as the curvature of the display surface 32. The overlay 20 is mechanically flexible and can be laid directly upon the surface 32 of the CRT so that its edges overlap the surface 30 of the base portion 28 for the mounting frame 22. The clamping member 34 can then be placed over the edges of the overlay 20 so that the mating surface 38, which has a curvature similar to that of the surface 30, clamps the edges of the overlay 20. The mounting bolts 36 secure the member 34 to the base portion 28.

FIG. 2 shows a cross-sectional view of the overlay 20 positioned on the display surface 32 of the CRT. The overlay is stretched slightly by the mounting frame, to

4,686,332

5

provide a smooth, tight and well supported surface for finger touch and stylus detection. The overlay shown in FIG. 3 consists of the inner substrate 50 which is a sheet of polyethylene terephthalate which is transparent, electrically insulative, and has a thickness of approximately 0.002 inches. An array of horizontal transparent conductors is deposited on the surface of the inner substrate 50 and are designated as Y1, Y2, Y3, etc., with the Y3 wire being shown in FIG. 3. The transparent conductors can be composed of indium tin oxide, for example, which is a well-known transparent conductor material. The thickness of the transparent conductor can be approximately 1000 angstroms. The conductors are approximately 0.025 inches wide and are spaced approximately 0.125 inches on a center-to-center spacing. An insulation layer 52 covers the horizontal Y wires and can be composed of a transparent adhesive such as ultraviolet initiated vinyl acrylic polymer having a thickness of approximately 0.002 inches. The upper portion of the overlay 20 shown in FIG. 3 consists of the outer substrate 54 which is a sheet of polyethylene terephthalate which is optically transparent, electrically insulative and has a thickness of approximately 0.002 inches. Deposited on the surface of the outer substrate 54 is a vertical array of transparent conductors designated X1, X2, X3 . . . X6 . . . . The conductors X1, X2, X3, etc. are also composed of indium tin oxide and have a thickness of approximately 1000 angstroms, a width of approximately 0.025 inches and a spacing of approximately 0.125 inches, center-to-center. The outer substrate 54 and the vertical conductors X are joined by the adhesive insulation layer 52 to the inner substrate 50 and the horizontal wires Y. The X and the Y transparent conductors can also be composed of gold and silver or other suitable materials. The thickness of the conductors is adjusted to provide resistance below 50 ohms per square and an optical transmission which is greater than 80 percent.

FIG. 3 depicts the arrangement for detection of the stylus 60 when it is closer than the locate threshold distance 62. The principle of operation in the stylus detection mode is that the X and/or Y conductors are driven by a 40 kilohertz oscillator driver so that the X and/or Y conductors act as a transmitter of electromagnetic radiation and the stylus 60 acts as a receiver of that radiation. To transmit a signal, the oscillator selectively drives either the X conductors or the Y conductors. The stylus 60 detects the signal and electronics connected to the stylus digitizes the magnitude of the signal. The magnitude of the signal detected by the stylus is a function of the height of the stylus above the overlay 20. By comparing this magnitude to known thresholds, the height of the stylus above the overlay can be determined. When the stylus signal has reached the contact threshold corresponding to the locate threshold distance 62, the operation of stylus detection can shift from proximity detection to a location and tracking mode. The object of tracking the stylus is to have the X conductors and the Y conductors in the overlay driven in such a manner that the radiation picked up by the stylus 60 can enable the attribution of an instantaneous position for the stylus.

The basic drive pattern for determining the stylus position is schematically shown in FIG. 4. A wire pair is defined as two adjacent X conductors, for example, with the left-handed conductor and several conductors to the left thereof being either grounded or connected to a first reference potential and the right-hand conductor

6

and several conductors to the right thereof being driven by the oscillator driver. FIG. 4 shows the wire pair P0 located beneath the stylus 60, with the conductor X3 being the left-handed conductor and the conductor X4 being the right-handed conductor. The conductors X1, X2 and X3 are connected to ground potential whereas the conductors X4, X5 and X6 are connected to the oscillator driver. FIG. 5 shows the amplitude of the signal received by the stylus 60 as it would pass from left to right from above the conductor X1 to a position above the conductor X6. Note that within and around the wire pair X3 and X4, the stylus signal varies linearly with position. This linearity is the basis for an accurate interpolation technique for providing a precise measure of the position of the stylus 60 based upon the measurement of radiation from three wire pairs. The first stage in the measurement is measuring the amplitude for the wire pair P0. FIG. 6 shows the second stage in the measurement where the wire pair P1 is formed with the conductors X4 and X5. The plot of the magnitude of the signal received by the stylus 60 which remains fixed at its location shown in FIGS. 4 and 5, would indicate a lower relative measured amplitude for the wire pair P1 measurement. The final data in the three stage operation of locating the position of the stylus 60 is shown in FIG. 7, where the wire pair P2 is the inverse of the wire pair P0. That is, the conductors X1, X2 and X3 are driven with the oscillator driver, whereas the conductors X4, X5 and X6 are connected to ground or reference potential. The signal amplitude is shown for the wire pair P2 in FIG. 7. Once again, with the stylus 60 remaining in the same position that it had for FIGS. 4, 5 and 6, the magnitude of this signal for the wire pair P2 will be measured.

The calculation of the horizontal position of the stylus 60 with respect to the vertical X conductors X1, X2, X3, etc. is done in two stages. First, the base coordinate is calculated and then second an offset coordinate is calculated which is added to the base coordinate to form the resultant measured position. To calculate the base coordinate, the system calculates the number of wires between the origin of coordinates at the left-hand edge of the overlay and the first wire adjacent to the axis of the stylus 60. This number of wires is multiplied times the pitch of the X conductor separation, in this case 0.125 inches, to obtain the base coordinate value. The base coordinate produced is the midpoint between the wire pair X3 and X4 in this example.

The offset coordinate is the coordinate of the stylus relative to the midpoint of the wire pair X3 and X4. The offset coordinate is equal to the wire separation pitch in the horizontal direction times (P0−P2) divided by 2x(P0−P1). The numerator of this expression is a linear expression within a wire pair whereas the denominator is a constant. Both of these terms depend upon the angle of the stylus with respect to the tablet which can vary during normal operation. The division operation cancels this dependence, allowing the expression to be invariant as to the angle at which the stylus is held. The resulting ratio varies linearly between approximately −1 and +1 and, when multiplied times the pitch, gives an additive factor which, when added to the base coordinate, results in the interpolated value for the horizontal position of the stylus with respect to the vertical X conductors. The resolution for this measurement is typically 0.01 inches. A similar operation is conducted for the horizontal conductors Y1, Y2, etc. to establish

4,686,332

7

the vertical position of the stylus with respect to the horizontal conductors.

It is seen that in order to locate position of the stylus with respect to the vertical conductors, the vertical conductors must be arranged with each conductor in any group of at least six adjacent conductors, uniquely connected to the oscillator driver. A similar condition must also prevail for the horizontal Y conductors. As was previously mentioned, in order to obtain an approximately 0.01 inch resolution, a grid pitch of approximately 0.125 inches must be maintained for the conductors in both the horizontal direction and in the vertical direction. If a display area of 12–13 inches in the horizontal and the vertical direction is to be covered by the overlay, then approximately 100 vertical X conductors and 100 horizontal Y conductors will be required in the overlay 20. If 200 different drivers were required to drive all 200 conductors, the mechanical and electrical complexity necessary to make that connection would be prohibitive. It is clearly advantageous to provide some means for reducing the number of driver wires which interconnect the conductor wires in the array to the oscillator driver. Dym, et al. have provided in their above cited patents, a busing technique which employs a horizontal bus having 24 separate driver wires each of which are respectively connected to several vertical conductors in the opaque graphics tablet disclosed therein. The horizontal conductors are similarly arranged and are connected through a vertical bus also having 24 wires. Taking the vertical array conductors for example, the 24 wires in the horizontal bus feeding the vertical array conductors were classified into three sets of eight wires each. The vertical array conductors were divided into groups. To make the individual groups of array conductors unique for the purposes of detection by the stylus, the order of the array conductors is changed for every group. This reduced the number of drive wires in the bus since each wire in the bus was connected to and drove multiple array conductors. The separation between array conductors connected to the same bus wire has to be large enough so that signals sensed in one region of the array are not influenced by the other conductors in the array connected to the same bus wire.

The problem with the arrangement of the array conductors as described by Dym, et al. for their opaque graphics tablet, is that it cannot be used for the capacitive detection of a finger touch such as is illustrated in FIG. 8. The finger 70, when touching the surface of the outer substrate 54 in FIG. 8, will, at best, approximately cover only two adjacent array conductors, in the case illustrated, X3 and X4. If the location of the finger 70 is to be measured with the resolution equivalent to the pitch of the conductors, in this case 0.125 inches, then the capacitance change for a first conductor and for an adjacent second conductor must be measured. In the case of FIG. 8, the capacitance CF3 between the finger 70 and the X3 conductor must be measured and the capacitance CF4 between the finger 70 and the conductor X4 must be measured. The capacitance of all the X conductors X1–X5 and all of the Y conductors can be measured, but the finger location is then determined by identifying the two adjacent vertical X conductors and the two adjacent horizontal Y conductors having the maximum change in their capacitance. The array conductors must be connected to their bus drive wires in such a manner that each adjacent pair of array conductors

8

constitutes a unique combination which is never duplicated elsewhere on the array. One of the problems solved by the invention disclosed herein is how to combine both finger touch detection and stylus location detection using the same array of horizontal and vertical conductors connected through their respective drive buses.

FIG. 11 is a rear view over the overlay 20 showing the general layout of the overlay. The X bus 80 consists of 16 drive wires 1, 2, . . . 16 and similarly the Y bus 90 consists of 16 bus wires. The X bus 80 is connected through the X connector 182 to the drive electronics. Similarly, the Y bus connector 184 connects the Y bus 90 to the drive electronics. The display input area 188 has the transparent array conductors arranged therein with the vertical transparent conductors X1–X112 selectively connected to the bus wires 1–16 in the X bus 80. Correspondingly, the horizontal transparent conductors Y1–Y112 are selectively connected to the 16 bus wires of the Y bus 90. FIG. 13 is a front detailed view of the X bus 80, showing the bus wires 1, 2, 3, 4 and 5 of the X bus 80. Two vertical transparent array wires X1 and X2 are shown respectively connected to the X bus wires 1 and 3, for example. FIG. 14 is a cross-sectional view of FIG. 13, showing how the horizontal bus wire 3 connects through an aperture 180 in the insulation layer 52 to make connection to the transparent wire X2. The actual pattern for interconnecting the 16 bus wires 1–16 the X bus 80 to the 112 vertical, transparent array conductors X1–X112, is shown for the X bus layout in FIG. 15. The order of connection is also given in Table I.

In the preferred embodiment, the number of vertical array conductors X1, X2, . . . , which must be capable of independent control, is a function of the pitch of the wires in the array (the number per unit distance in the horizontal direction), the number of position determinations per unit time (the sampling rate of the wires in the array), and the maximum speed of the stylus movement which is desired to be accommodated. Using the wire pair concept shown in FIGS. 4–7, let the number of wires to the left of the wire pair (including the left-hand member of the pair) be the quantity M and let there also be the same number M of wires to the right of the pair (including the right-hand member of the pair). The total quantity of 2M adjacent wires represents a group, which must span a horizontal distance great enough to exceed the maximum allowable distance which will be displaced by the stylus during one interval between successive position determinations (the sampling interval). In each group of adjacent 2M wires, each wire must be uniquely connected to one of the plurality of bus wires in the horizontal bus 80. The same is equally true for the horizontal array conductors Y1, Y2, . . . .

For example, if the maximum speed of the stylus is 48 inches per second, the sampling rate is 100 position determinations per second, the pitch of the wires is 0.125 inches, then the quantity of M will be four wires on each side of the wire pair. In this example, the array must be organized so that each group of eight adjacent wires has each wire therein uniquely connected to the bus wires in its corresponding bus, in order to accurately track the position of the stylus moving at up to 48 inches per second. A wiring pattern which will accommodate this example is shown in Table I and in FIG. 15.

4,686,332

9         10

## TABLE I

Sequence With Four-Wires-On Tracking

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drive No. | 16 | 1 | 14 | 2 | 13 | 3 | 12 | 4 | 11 | 5 | 10 | 6 | 9 | 7 | 8 | 15 |
| Occurrence | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| N to Self | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| N to Four | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Drive No. | 2 | 1 | 3 | 14 | 4 | 13 | 5 | 12 | 6 | 11 | 7 | 10 | 8 | 9 | 15 | 3 |
| Occurrence | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 |
| N to Self | 12 | 15 | 12 | 16 | 12 | 16 | 12 | 16 | 12 | 16 | 12 | 16 | 13 | 16 | 14 | 12 |
| N to Four | 10 | 9 | 10 | 9 | 10 | 9 | 10 | 9 | 10 | 10 | 11 | 11 | 9 | 10 | 10 | 10 |
| Drive No. | 16 | 2 | 4 | 1 | 5 | 14 | 6 | 13 | 7 | 12 | 8 | 11 | 9 | 16 | 10 | 15 |
| Occurrence | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| N to Self | 31 | 16 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 16 | 12 | 18 | 16 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 11 | 12 | 9 | 10 | 11 | 10 | 11 |
| Drive No. | 4 | 3 | 5 | 2 | 6 | 1 | 7 | 14 | 8 | 13 | 9 | 12 | 10 | 11 | 15 | 5 |
| Occurrence | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 |
| N to Self | 13 | 17 | 12 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 |
| N to Four | 10 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 11 | 11 | 9 | 10 | 11 | 10 | 10 |
| Drive No. | 16 | 4 | 6 | 3 | 7 | 2 | 8 | 1 | 9 | 14 | 10 | 13 | 11 | 16 | 12 | 15 |
| Occurrence | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| N to Self | 31 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 | 18 | 16 |  |  |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 11 | 9 | 10 | 11 | 10 | 11 | 10 |
| Drive No. | 6 | 5 | 7 | 4 | 8 | 3 | 9 | 2 | 10 | 1 | 11 | 14 | 12 | 13 | 15 | 7 |
| Occurrence | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 7 |
| N to Self | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 9 | 10 | 11 | 10 |
| Drive No. | 16 | 6 | 8 | 5 | 9 | 4 | 10 | 3 | 11 | 2 | 12 | 1 | 13 | 16 | 14 | 15 |
| Occurrence | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| N to Self | 31 | 16 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 13 | 17 | 14 | 12 | 18 | 16 |
| N to Four | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 10 | 11 | 9 | 10 | 11 | 12 | 15 | 16 |  |

To reduce the number of elements in the X bus 80, each bus wire 1–16 drives multiple X array conductors X1–X112. The separation between those X array conductors which are attached to the same bus wire, must be large enough so that signals sensed in one region of the overlay 20 are not affected by the other conductors connected to that same bus wire. The bus attachment pattern must isolate conductors attached to the same bus wire, by a sufficient distance to avoid confusion errors in the stylus locate mode and the stylus tracking mode. In the locate mode, the distance between any three adjacent vertical array conductors and the next occurrence of any of those conductors that is attached to the same bus wire, must be greater than the maximum height 62 at which a locate operation can begin, as is shown in FIG. 3. For the tracking mode, the distance between any group of adjacent wires that are driven simultaneously during the tracking operation, as shown in FIGS. 4–7, with respect to the next occurrence of another conductor connected to the same bus wire, must be greater than the expected displacement of the stylus which may occur during one complete tracking position determination cycle. This is typically approximately 0.75 inches. Added to this is the constraint necessary to accomplish capacitance finger touch sensing. Fingers are sensed by the change in capacitance when the fingers cover the transparent array conductors. Low force touches only change the capacitance of two adjacent conductors. The bus wire attachment sequence must be patterned so that the finger sensing portion of the system can identify capacitance changes in two adjacent conductors as a touch, which is unique and will not occur for any other combination of adjacent conductor pairs in the array. The essential finger sensing constraint is that only one pair of adjacent conductors in the array should be connected to the same pair of bus wires. In a 16 wire bus such as the X bus 80, there are 120 unique combinations of adjacent pairs of wires which will satisfy this condition. If there were a quantity of N bus wires in the bus, then there would be N(N−1) divided by 2 unique combinations of adjacent pairs of conductors which will satisfy this condition.

The bus wire attachment pattern requirement is to select a sequence that meets these adjacent conductor constraints and which maintains an adequate grid distance between groups of wires which are attached to the same bus wire. The allowable bus wire attachment sequences will differ for different numbers of bus wire elements N and for different numbers of array conductors X for vertical conductors. The greater the number of bus wires, the easier it is to meet the physical constraints on tracking speed and the threshold distance for stylus detection, for a given size overlay. All of the above considerations apply equally to the horizontal Y array conductors as they do for the vertical X array conductors.

Table I and FIG. 15 represent an optimum bus connection sequence for the condition that the bus contains 16 bus wires which are connected to 112 transparent array conductors. The pattern was created by interleaving ascending and descending sequences of bus wires for most of the array conductors and then making special adjustments at the end to fill out the set of 112 array conductors in either the horizontal or vertical direction.

FIG. 11 shows the general layout of the overlay 20 and shows the relative position of the four bolt holes 186 through which the bolts 36 of FIG. 2 pass, enabling the mounting of the overlay 20 onto the face of the CRT 24. The display input area 188 is shown in cross-sectional view in FIG. 12. The overlay is comprised of two major portions, the inner laminate 56 and the outer laminate 58 which are attached as shown in FIG. 12 by the adhesive layer 52'. The inner laminate 56 is stretched upon the outer surface of the glass face 32 of the CRT 24. The inner laminate 56 has an anti-newton ring coating 53 which is applied to the display side of the overlay to eliminate newton rings when the inner laminate comes into contact with the glass face 32. An electrostatic shield layer 51 consists of a full panel coating of indium tin oxide which is grounded. This coating shields the vertical X conductors and horizontal Y con-

4,686,332

11

ductors from electrostatic noise generated by the cathode ray tube 24. The electrostatic shield layer 51 must be less than 100 ohms per square and must exceed an optical transmissivity of 80 percent. The inner substrate layer 50 is an optically clear layer of polyethylene terephthalate onto which is magnetron sputtered the transparent wire coating of indium tin oxide which will result in the vertical transparent conductors X1, X2, etc. The indium tin oxide coating is etched to provide 0.025 inch wide lines on 0.125 inch center line spacing. The resistance of the indium tin oxide layer must not exceed 80 ohms per square. There are 112 transparent, vertical conductors X1, X2, . . . X112. The outer substrate layer 54 of the outer laminate 58 is substantially the same as the inner substrate layer 50 and the indium tin oxide transparent conductor layer deposited on the outer substrate 54 has the same properties as the indium tin oxide transparent wire layer deposited on the inner substrate 50. The horizontal Y conductors Y1, Y2, . . . Y112 on the outer substrate 54 are oriented at right angles with respect to the vertical X conductors deposited on the inner substrate 50. During manufacture, the inner laminate 56 is built up as a composite and is coated with the insulation layer 52 which is a thin layer of ultraviolet initiated vinyl acrylic polymer. Similarly, during manufacture, the outer laminate 58 is coated with the insulation layer 52'' which is identical in composition with the insulation layer 52. After the inner laminate 56 and the outer laminate 58 have been respectively constructed as separate composites, they are joined with the adhesive layer 52' which has the same composition as the insulation layer 52. The resulting overlay composite 20 has an overall thickness in the display input area 188 of approximately 0.005 inches, has a high optical transparency, and has a durable mechanical quality. The overlay 20 can be stretched and bent within limits to conform to the curvature of the cathode ray tube display surface, without rupturing the electrical continuity of the transparent conductors in the array. In an alternate embodiment, the X and Y array conductors could be deposited on the outer laminate 54 and the inner laminate 56, respectively.

FIG. 13 shows a front view of the X bus 80 for the overlay 20 and FIG. 14 shows a side cross-sectional view, illustrating how the bus wire 3 is electrically connected to the transparent array conductor X2. When the insulation layer 52 is applied to the surface of the inner laminate 56, it is deposited in a printing operation such as silk screening so that the array of apertures 180 and 180' as shown in FIGS. 13 and 15 are left open exposing selected transparent conductors. Thereafter, silver ink bus wires 1–16 are deposited on the outer surface of the insulation layer 52 so that they pass over selected ones of the apertures 180 and 180', thereby making electrical contact with the selected, exposed array conductors. For example, as is shown in FIG. 13 and FIG. 14, the bus wire 3 passes through the aperture 180 in the insulation layer 52 and makes electrical contact with the vertical transparent conductor X2. The resistance of the silver ink bus wires 1–16 does not exceed 20 ohms per inch for a 0.015 width line. The thickness of the bus wires does not exceed 0.001 inches.

FIG. 9 shows an architectural diagram of the detection system. The vertical conductors X1–X112 are connected through the X bus 80 to the wire select multiplexer 112 and the horizontal Y conductors Y1–Y112 are connected through the Y bus 90 to the wire selection multiplexer 112. The radiative pickup stylus 60 is

12

connected through the gate 120 to the radiative pickup measurement device 122. The wire selection multiplexer 112 is connected through the mode multiplexer 116 to the capacitance measurement device 128 which is used for capacitance finger touch detection. The wire selection multiplexer 112 is also connected through the mode multiplexer 116 to the 40 kilohertz oscillator driver 126 which is used to drive the X bus 80 and the Y bus 90 for the stylus detection operation. The mode multiplexer 116 also has an enabling output to the gate 120 to selectively connect the output of the stylus 60 to the radiative pickup measurement device 122, for stylus detection operations. The output of the capacitance measurement device is connected through the analog-to-digital converter 130 to the processor address/data bus 110. The output of the radiative pickup measurement device 122 is connected through the analog-to-digital converter 124 to the bus 110. A control input 114 to the wire selection multiplexer 112 is connected to the bus 110 and the control input 118 to the mode multiplexer 116 is connected to the bus 110. The processor address/data bus 110 interconnects the control processor 100 with the read only memory (ROM) 104, the random access memory (RAM) 102, and the I/O controller 106. The I/O controller 106 has an I/O bus 108 which connects to a host processing system such as the I/O bus of an IBM Personal Computer.

The wire selection multiplexer 112 and the mode multiplexer 116 connects selected patterns of a plurality of the horizontal and vertical conductors in the overlay 20 to either the capacitance measurement device 128 or the 40 kilohertz oscillator driver 126, in response to control signals applied over the control inputs 114 and 118 from the bus 110 by the control processor 100. During finger touch operations, the capacitance measuring device 128 has its input coupled through the mode multiplexer 116 and the wire selection multiplexer 112 to selected ones of the horizontal and vertical conductors in the overlay 20 in response to control signals from the control processor 100. The output of the capacitance measurement device 128 is converted to digital values by the converter 130 and is applied over the bus 110 to the control processor 100, which executes a sequence of stored program instructions to detect the horizontal array conductor pair and the vertical array conductor pair in the overlay 20 which are being touched by the operator's finger. In the stylus detection mode, the 40 kilohertz output of the oscillator driver 126 is connected through the mode multiplexer 116 and the wire selection multiplexer 112 to selected ones of the conductors in the overlay 20, in response to control signals applied over the control inputs 114 and 118 from the control processor 100. The electromagnetic signals received from the overlay 20 by the stylus 60 are passed through the gate 120 to the radiative pickup measurement device 122, which measures those signals and provides an output which is digitized by the converter 124 and output to the control processor 100. The control processor 100 executes a sequence of stored program instructions to detect the proximity of the stylus to the overlay 20 in the proximity detection mode and then to locate and track the horizontal and vertical position of the stylus with respect to the overlay 20 in the location and tracking mode. The stored program instructions for carrying out these operations can be stored in the read only memory 104 and/or the RAM 102, for execution by the control processor 100. Positional values and other result information can be output through

4,686,332

13

the I/O controller **106** on the I/O bus **108** to the host processor for further analysis and use in applications software.

FIG. **10** is a flow diagram of a first embodiment of the invention where either finger touch operations or alternately stylus detection operations can be carried out, one to the exclusion of the other during a particular sensing interval. During the proximity search mode, the capacitance finger touch operations are interleaved with the radiative stylus pickup operations to determine whether either a finger touch has been initiated or a stylus has been brought into threshold proximity to the overlay **20**. When either of these conditions are found, the stored program instructions represented by the flow diagram of FIG. **10**, will lock out the opposite search sequence and will proceed to the locate sequence for the finger touch or for the stylus detection, whichever has been sensed.

This alternate scanning for either the initiation of a finger touch or the beginning of stylus detection is carried out by steps **140–148** and **154–160** of the flow diagram of FIG. **10**. In step **140**, the X-drive sequence is updated followed by step **142** where the touch sensing function of the capacitance measurement device **128** is turned on by appropriate control signals to the mode multiplexer **116** and the wire selection multiplexer **112**. Then in step **144** the X axis conductors in the overlay **20** are sensed by the capacitance measurement device **128**. In step **146** the signal strength for capacitive coupling by a finger touch is determined by the control processor **100**. Control processor **100** then determines whether the touch threshold has been crossed in step **148**. If the touch threshold has been crossed, the program transfers to step **150** to the touch locate mode. If the touch threshold has not been crossed, the program transfers to step **154** to determine whether the stylus has come into close proximity to the overlay **20**. In step **154**, the mode multiplexer **116** disconnects the capacitance measurement device **128** and connects the 40 kilohertz oscillator driver **126** to the overlay **20** through the wire selection multiplexer **112**. The mode multiplexer **116** also enables the gate **120** so that the received signals by the stylus **60** can be passed to the radiative pickup measurement device **122**. In step **156**, proximity sensing operations are carried out by the oscillator driver **126** driving a plurality of either the X conductors or the Y conductors or both X and Y conductors in the overlay **20** and by the radiative pickup measurement device **122** determining whether the stylus **60** has received a sufficiently large magnitude signal to indicate close proximity of the stylus to the overlay. In step **158**, the signal strength measured by the radiative pickup measurement device **122** is analyzed by the control processor **100** and in step **160** the control processor **100** determines whether the stylus threshold has been crossed. If the stylus threshold has not been crossed, then the program returns to step **140** to check again as to whether a finger touch has been initiated. If the stylus threshold has been crossed in step **160**, then the program passes to step **162** for the stylus locate and tracking mode to begin.

When the touch threshold has been crossed, as determined by step **148**, the program passes to step **150** where the touch locate mode begins. The capacitance measurement device **128** is connected through the mode multiplexer **116** and the wire select multiplexer **112** and the capacitance of each respective vertical bus wire **1–16** in Y-bus **90** and each respective horizontal bus wire **1–16** in X-bus **80** is measured and their values

14

digitized by the converter **130** and output over the bus **110** to the control processor **100**. The control processor **100** identifies the unique pair of the **112** vertical X conductors XI and XI+1 having the highest capacitance and that is attributed as the horizontal position of the finger touch. Correspondingly, the unique pair of the **112** horizontal Y conductors YJ and YJ+1 having the highest capacitance values are identified and those are attributed as the vertical location for the finger touch. This information is output by the control processor **100** through the I/O controller **106** to the I/O bus **108**.

If the stylus detection threshold is crossed in step **160**, then the stylus locate and tracking mode in step **162** commences. The vertical X conductors X1–X112 are energized in groups of at least six conductors in a manner previously described for FIGS. **4–7**, and the magnitude of the electromagnetic signals radiated therefrom are picked up by the stylus **60**, measured by the radiative pickup measurement device **122** and the digital values output from the converter **124** are passed to the control processor **100**. A similar operation takes place for the horizontal Y conductors Y1–Y112 in the overlay **20**. The control processor **100** then processes these signals to locate the horizontal and vertical position of the stylus with respect to the overlay **20** and this resultant information is output through the I/O controller **106** to the I/O bus **108**. The operation of tracking the consecutive positions of the stylus **60** with respect to the overlay **20** then takes place by sequentially updating the position of the stylus **60**. If the magnitude of the signals received by the stylus **60** diminishes as determined in step **166**, the program then passes back to step **140** where the finger touch initiation and stylus proximity detection operations are alternately carried out.

A second embodiment of the invention is shown in FIGS. **16–19** where, instead of locking out either the finger touch operation or the stylus detection operation when the other is being conducted, in the second embodiment both finger touch and stylus detection operations can be carried out simultaneously. This is achieved by multiplexing stylus detection and finger touch sensing in the proximity loop **200**, multiplexing stylus location and finger touch sensing in the locate cycle **220**, and multiplexing track stylus location detection and finger touch sensing in the tracking loop **240**, as shown in the flow diagram of FIG. **16**.

FIG. **16** shows the proximity loop **200** including steps **202–210** and FIG. **17** shows the timing diagram which includes the stylus proximity loop **200**. As was previously mentioned, stylus proximity is determined by radiating a uniform 40 kilohertz signal from the overlay **20** and determining whether the stylus **60** is picking up a sufficiently large amplitude representation of that signal to pass a threshold value. This is represented by step **202** of the proximity loop **200**. In step **204**, the control processor **100** determines if the threshold has been passed and if so, the control processor **100** sets a flag S1. Whether the stylus proximity threshold has been exceeded or not, the program then passes to step **206** where the finger touch sensing operation takes place, during which the capacitance measurement device **128** is sequentially connected to each of the 16 bus wires in the X bus **80** and each of the 16 bus wires in the Y bus **90**. The control processor **100** determines in step **208** whether the capacitance for any of the vertical array conductors X1–X112 or any of the horizontal Y conductors Y1–Y112 is greater than a threshold value and if it is, then the adjacent pair of vertical array con-

4,686,332

15

ductors and the adjacent pair of horizontal array conductors which have the highest measured capacitance, are identified by the control processor 100 and attributed as the location of a finger touch which is output by the I/O controller 106, as previously described. The program then passes to step 210 to test whether the flag S1 is on or off indicating whether the proximity threshold for stylus detection was passed in step 202. If S1 is still off, then the program returns to step 202 to once again test for the proximity of the stylus. This operation for the stylus proximity loop 200 is shown in the timing diagram of FIG. 17. The control processor 100 can access a table stored in the RAM 102 and perform a table lookup to determine the correlation between the 16 bus wires in the X bus 80 and the corresponding 16 vertical conductor adjacent pairs and also the 16 bus wires in the Y bus 90 and the corresponding horizontal adjacent conductor pairs, thereby speeding up the operation of finger touch location.

If step 202 detected that the stylus had come within the threshold proximity distance to the overlay 20, then the flag S1 would have been turned on and step 210 would have passed program control to the locate cycle 220. This would involve the passage of the program to step 222 where the stylus location procedure, as described above, would be carried out for the vertical array conductors X1–X112 and then the program would pass to step 224 to perform a similar stylus location operation for the horizontal array conductors Y1–Y112. Here again, tables can be stored in the RAM 102 which correlate detected amplitude maximum by the stylus 60 with the position attributable to the stylus in the horizontal and vertical directions. In step 222, the control processor 100 will output the X location attributed to the stylus 60 and in step 224 the control processor 100 will output the Y location attributed to the stylus 60, in the same manner as was described above. The locate cycle 220 then passes control to step 226 where, once again, the finger touch sensing operation takes place in a manner similar to that described for step 206. If an increased capacitance for the array conductors is detected in step 226, then the control processor 100 in step 228, will output the coordinates for the finger touch through the I/O controller 106 to the I/O bus 108, as previously described for step 208. Note that both the stylus location and the finger touch location can be separately and substantially simultaneously output by the control processor 100 over the I/O bus 108 during the locate cycle 220. This can be seen for the representation of the stylus locate cycle 220 in FIG. 17.

The program then passes to the tracking loop 240 as shown in FIG. 16 and for which a timing diagram is shown in FIG. 17. Step 242 tracks the stylus X location, computing the offset distance in the X direction, followed by step 244 which tracks the stylus in a similar manner for the Y direction. In steps 242 and 244, the control processor 100 outputs over the I/O bus 108, the periodically updated horizontal and vertical position attributed to the stylus 60 with respect to the overlay 20. The program passes to step 246 which conducts another finger touch sensing operation in a manner similar to that described for step 206. In step 246, if a finger touch is sensed, step 248 has the control processor 100 outputting the coordinates of the finger touch on the I/O bus 108, in a manner similar to that described for step 208. Note that during each cycle of the tracking loop 240, horizontal and vertical coordinates representing the position attributed to the stylus 60 and horizon-

16

tal and vertical coordinates attributed to the position of the finger touch can both be output, substantially simultaneously, by the control processor 100 to the I/O bus 108. In step 250, the control processor 100 determines whether the amplitude of the signal received by the stylus 60 is less than the threshold value for proximity detection. If the magnitude is greater than the threshold value, then the program passes to step 242, continuing the tracking loop cycle. If the magnitude of the signal detected by the stylus 60 is less than the threshold value, then the program passes back to the proximity loop 200 and restarts step 202 for the remote proximity stylus sensing operation. This is shown for the stylus tracking loop 240 as depicted in the timing diagram of FIG. 17.

Thus it is seen that in the second embodiment of the invention, the system can be operated so as to provide the simultaneous detection of both the pickup stylus 60 and a finger touch. This is depicted in FIG. 19, which is a view of the display as seen through the overlay 20, showing the simultaneous display of the touch cursor 270 whose location is produced by the host computer based upon the coordinates for the finger touch output over the I/O bus 108 by the control processor 100. Also depicted in FIG. 19 is the display of the stylus cursor 260, whose image is produced by the host processor, based upon coordinates for the stylus which are output over the I/O bus 108 by the control processor 100.

FIG. 18 depicts an example memory organization for the RAM 102 in the second embodiment of the invention, where the RAM 102 is connected by the processor bus 110 to the control processor 100, as is seen in FIG. 9. The RAM 102 can be partitioned into a sequence control routine which is a sequence of stored program instructions which carries out the operation depicted in the flow diagram of FIG. 16. The stylus proximity routine, the stylus locate routine and the stylus tracking routine are each a sequence of stored program instructions for carrying out the respective operations of proximity detection, location and tracking of the stylus, as previously described. A finger locate routine is a sequence of stored program instructions to carry out the operation of locating the coordinates of a finger touch, as previously described. Multiplex control registers and measurement control registers can be provided in the RAM 102. Optionally, a cursor shape table can be included in the RAM 102 to define the shape of the touch cursor 270 and the stylus cursor 260, or alternately the function of the cursor shape table can be carried out in the host processor. The X bus wire capacitance value file and the Y bus wire capacitance value file will provide temporary storage for the measured values of each of the respective 16 bus wires in the X bus 80 and the Y bus 90 during the finger touch sensing operations of steps 206, 226 and/or 246 of FIG. 16. After those stored capacitance values are processed by the control processor 100, the identity of the two bus wires in the X bus 80 and the two bus wires in the Y bus 90 corresponding to the maximum measured capacitance can be stored in the bus files partitioned in RAM 102 of FIG. 18. The finger X location table and the finger Y location table are also shown partitioned in the RAM 102. After the operation of the control processor 100 in conducting the table lookup for the X location and the Y location of the finger touch, the X and Y coordinates for the finger touch can be temporarily stored in the RAM 102 before being output over the I/O bus 108. Similarly, an X bus wire radiation value file and a Y bus wire radiation value file is provided for the temporary storage of mea-

4,686,332

17

sured values of radiation received by the stylus 60 corresponding to three bus wire pairs, as previously described. Bus file partitions, stylus X location and stylus Y location lookup tables, and array files are provided in the RAM 102 to facilitate the control processor 100 carrying out the stylus location and tracking operations. The final computed value for the X and Y coordinates of the stylus can then be temporarily stored in the RAM 102 before being output over the I/O bus 108, as previously described.

A utilization routine can also be included in a partition in the RAM 102, which consists of a sequence of stored program instructions for carrying out cooperative operations between the finger touch detection and stylus detection operations described above. For example, a utilization routine can be provided to identify when finger touches occur in a region vertically below the coordinates for stylus detection, with the finger touch being in an otherwise prohibited area. This may indicate that the user has rested the palm of his hand on the surface of the overlay 20 while positioning the stylus 60 at the desired point. The utilization routine can be selectively controlled to mask outputting the finger touch coordinates in such a situation, if desired by the operator.

The resulting combined finger touch and stylus detection system provides an enhanced man-machine interface, enabling either the sequential or simultaneous detection of both stylus position and finger touch, thereby increasing the range of applications for interactive input devices. The resulting invention has a reduced bus size and is adaptable for use with a variety of display types having both flat and convex display surfaces. The structure of the overlay permits low cost manufacture and long-term reliability.

Although specific embodiments of the invention have been disclosed, it will be understood by those having skill in the art that minor changes can be made to the form and details of the specific embodiments disclosed herein, without departing from the spirit and the scope of the invention.

What is claimed is:

1. A combined finger touch and stylus detection system for use on the viewing surface of a visual device, comprising:

an array of horizontal and vertical conductors arranged on the viewing surface of the visual display device, having an I/O terminal coupled thereto, for conducting electrical signals between said terminal and the vicinity of said viewing surface;

a radiative pickup stylus, having an output terminal, for receiving electromagnetic signals radiated from said array;

a selection means having a switchable path connected to said I/O terminal of said array and having a control input, for connecting selected patterns of a plurality of said horizontal and vertical conductors to said switchable path in response to control signals applied to said control input;

a capacitance measuring means having an input coupled to said switchable path of said selection means, for measuring the capacitance of selected ones of said conductors in said array, in response to said control signals applied to said control inputs;

a radiative signal source having an output coupled to said switchable path of said selection means, for driving selected ones of said conductors in said

18

array, in response to said control signals applied to said control input;

a radiative signal measuring means coupled to said radiative pickup stylus, for measuring said electromagnetic signals received by said stylus;

a control processor connected to said control input of said selection means, for executing a sequence of stored program instructions to sequentially output said control signals to said selection means;

said control processor connected to said capacitance measuring means, for receiving measured capacitance values of said conductors when said selection means, in response to said control signals, has connected a first pattern of a plurality of said conductors in said array to said capacitance measuring means, to detect the location of a finger touch with respect to said viewing surface of said display device;

said control processor connected to said radiative signal measuring means, for receiving measured radiative signal values when said selection means, in response to said control signals, has connected a second pattern of a plurality of said conductors in said array to said radiative signal source, to detect the location of said stylus with respect to said viewing surface of said display device;

whereby, both finger touch location and stylus location with respect to said viewing surface of said display, can be detected.

2. The apparatus of claim 1, which further comprises:

an overlay membrane upon which is mounted said array of horizontal and vertical conductors;

a horizontal bus mounted on said overlay for interconnecting said vertical conductors to said I/O terminal of said array;

said horizontal bus having a plurality of N bus wires and said vertical conductors being a plurality of no more than $N(N-1)/2$ vertical conductors;

said plurality of vertical conductors being arranged with each adjacent conductor pair thereof being connected to a unique combination of two of said plurality of horizontal bus wires, the distance separating adjacent ones of said vertical conductors being approximately the width of a human finger tip;

said control processor receiving from said capacitance measuring means, said measured capacitance values of two adjacent ones of said vertical conductors which are juxtaposed with said human finger tip, thereby detecting the horizontal location of said finger tip with respect to said viewing surface of said display.

3. The apparatus of claim 2, which further comprises:

said plurality of vertical conductors being further arranged with each conductor of any group of a subplurality of adjacent conductors thereof being connected to a unique one of said N horizontal bus wires;

said control processor controlling said selection means to connect selected ones of said vertical conductors in said group to said radiative signal source;

said radiative pickup stylus, when proximate to said group, receiving electromagnetic signals radiated from said selected ones of said vertical conductors in said group, said received signals being distinguishable by said radiative signal measuring means over signals radiating from more distant ones of

4,686,332

**19**

said vertical conductors located outside of said group in said array, thereby detecting the horizontal location of said stylus with respect to said viewing surface of said display.

4. The apparatus of claim 3, which further comprises: a vertical bus mounted on said overlay for interconnecting said horizontal conductors to said I/O terminal of said array;

said vertical bus having a plurality of N bus wires and said horizontal conductors being a plurality of no more than N(N−1)/2 horizontal conductors;

said plurality of horizontal conductors being arranged with each adjacent conductor pair thereof being connected to a unique combination of two of said plurality of vertical bus wires, the distance separating adjacent ones of said horizontal conductors being approximately the width of a human finger tip;

said control processor receiving from said capacitance measuring means, said measured capacitance values of two adjacent ones of said horizontal conductors which are juxtaposed with said human finger tip, thereby detecting the vertical location of said finger tip with respect to said viewing surface of said display.

5. The apparatus of claim 4, which further comprises:

said plurality of horizontal conductors being further arranged with each conductor of any group of a subplurality of adjacent conductors thereof being connected to a unique one of said N vertical bus wires;

said control processor controlling said selection means to connect selected ones of said horizontal conductors in said group to said radiative signal source;

said radiative pickup stylus, when proximate to said group, receiving electromagnetic signals radiated from said selected ones of said horizontal conductors in said group, said received signals being distinguishable by said radiated signal measuring means over signals radiating from more distant ones of said horizontal conductors located outside of said group in said array, thereby detecting the vertical location of said stylus with respect to said viewing surface of said display.

6. The apparatus of claim 5, wherein N=16 and said subplurality is 8.

7. The apparatus of claim 5, which comprises:

said overlay membrane including an inner laminate and an outer laminate;

said inner laminate including an inner substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said plurality of vertical conductors;

said plurality of vertical conductors being composed of a group consisting of indium tin oxide, gold and silver;

said inner laminate further including an insulation layer composed of vinyl acrylic polymer deposited over the surface of said vertical conductors, with a plurality of apertures therein selectively positioned over each of said vertical conductors;

said horizontal bus having said N bus wires composed of silver deposited on the surface of said insulation layer and penetrating through selected ones of said apertures in said insulation layer to make electrical contact with selected ones of said vertical conductors;

**20**

said outer laminate including an outer substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said horizontal conductors and over which is deposited a second insulation layer including apertures therein exposing selected ones of said horizontal conductors, and further including said vertical bus having said N bus wires thereof formed by silver deposited on said second insulation layer and penetrating selected ones of said apertures therein to make electrical contact with selected ones of said horizontal conductors;

said inner laminate and said outer laminate being joined by an adhesive material, forming a unitary flexible transparent membrane.

8. The apparatus of claim 5, which further comprises:

said overlay membrane including an inner laminate and an outer laminate;

said inner laminate including an inner substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said plurality of horizontal conductors;

said plurality of horizontal conductors being composed of a group consisting of indium tin oxide, gold and silver;

said inner laminate further including an insulation layer composed of vinyl acrylic polymer deposited over the surface of said horizontal conductors, with a plurality of apertures therein selectively positioned over each of said horizontal conductors;

said vertical bus having said N bus wires composed of silver deposited on the surface of said insulation layer and penetrating through selected ones of said apertures in said insulation layer to make electrical contact with selected ones of said horizontal conductors;

said outer laminate including an outer substrate consisting of a sheet of polyethylene terephthalate upon which is deposited said vertical conductors and over which is deposited a second insulation layer including apertures therein exposing selected ones of said vertical conductors, and further including said horizontal bus having said N bus wires thereof formed by silver deposited on said second insulation layer and penetrating selected ones of said apertures therein to make electrical contact with selected ones of said vertical conductors;

said inner laminate and said outer laminate being joined by an adhesive material, forming a unitary flexible transparent membrane.

9. A method for detecting either finger touch or stylus location in an overlay membrane having horizontal conductors and vertical conductors selectively connected to a capacitance measuring device, a radiative source, and further including a stylus pickup connected to a radiative signal measurement device for measuring the strength of electromagnetic signals radiated from the conductors on the overlay as picked up by the stylus, the steps comprising:

determining whether a finger touch threshold has been exceeded;

locating the finger touch if said touch threshold is exceeded;

determining whether a stylus threshold is exceeded, if said touch threshold was determined not to have been exceeded;

locating the position of the stylus if said stylus threshold has been exceeded;

4,686,332

**21**

repeating said step of determining whether said touch threshold has been exceeded, if said stylus threshold has not been exceeded;

whereby both finger touch and stylus detection can be alternately carried out for said overlay membrane.

**10.** A method for simultaneously detecting both finger touch location and stylus location on an overlay membrane including an array of horizontal conductors and vertical conductors which are selectively connected to a capacitance measuring means, a signal source, and which includes a stylus connected to a radiative pickup measurement means for measuring the electromagnetic radiation emitted by said conductors in said overlay and picked up by said stylus; the steps comprising:

**22**

cyclically detecting the remote proximity of the stylus from the overlay and detecting the finger touch on said overlay in a proximity loop;

passing control to a stylus location step to identify the coordinates for the location of said stylus with respect to said overlay, followed by sensing any possible finger touch to said overlay;

starting a tracking loop to cyclically update the coordinates for the location of said stylus with respect to said overlay and detecting any possible finger touch to said overlay;

repeating said tracking and said finger touch sensing steps in said tracking loop until the detected magnitude of said signals picked up by said stylus become less than a threshold value;

passing control to said proximity loop;

whereby coordinates for both stylus location and finger touch location on said overlay can be output during said locate cycle and said tracking loop.

* * * * *