1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. LABIT (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
   corporation existing under the laws of Taiwan,
13 R.O.C.,                                   **DECLARATION OF KARL
                                             KRAMER IN SUPPORT OF
14              Plaintiff,                    SYNAPTICS' OPPOSITION TO
                                             ELANTECH'S MOTION FOR
15      v.                                    PRELIMINARY INJUNCTION**

16 SYNAPTICS, INC., a Delaware corporation;  Date:  February 1, 2008
   AVERATEC, INC., a California corporation; and  Time:  10:00 a.m.
17 PROSTAR COMPUTER, INC., a California      Courtroom 8, 19th Floor
   corporation,                             Hon. Charles R. Breyer
18              Defendants.

19

20 AND RELATED COUNTERCLAIMS.

21

22      I, Karl Kramer, hereby declare as follows:

23      1.    I am a member of the bar of the State of California, and I am admitted before this

24 Court.  I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for

25 Synaptics, Inc. ("Synaptics") in the above-captioned action.  I have personal knowledge of the

26 facts set forth herein and, if called as a witness, I could competently testify thereto.

27      2.    Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,543,591.

28      3.    Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,648,642.

1    4.    Attached as Exhibit 3 is a true and correct copy of an Amendment filed April 6,

2  1998, in the prosecution of the patent application that resulted in issuance of U.S. Patent No.

3  5,825,352.

4    5.    Attached as Exhibit 4 is a true and correct copy of relevant excerpts of the transcript

5  of the deposition of Ian Scott MacKenzie taken on June 6, 2007.  These pages contain no

6  confidential information as confirmed by Elantech counsel, Sean DeBruine in a communication

7  on January 10, 2008.

8

9    I declare under penalty of perjury under the laws of the United States of America that, to

10  the best of my knowledge, the foregoing is true and correct.  Executed on January 10, 2008, in

11  Palo Alto, California.

12    s/Karl J. Kramer_____
   Karl J. Kramer
13    Email:  KKramer@mofo.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kramer Decl. In Support Of Opposition To Motion For Preliminary Injunction
Case No. C06-01839 CRB
pa-1129158

2

# Exhibit 1

US005543591A

# United States Patent [19]

## Gillespie et al.

[11] **Patent Number:** 5,543,591

[45] **Date of Patent:** Aug. 6, 1996

[54] **OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION**

[75] Inventors: **David Gillespie**, Palo Alto; **Timothy P. Allen**, Los Gatos; **Ralph Wolf**, Palo Alto, all of Calif.

[73] Assignee: **Synaptics, Incorporated**, San Jose, Calif.

[21] Appl. No.: **320,158**

[22] Filed: **Oct. 7, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 300,387, Sep. 2, 1994, which is a continuation-in-part of Ser. No. 115,743, Aug. 31, 1993, Pat. No. 5,734,787, which is a continuation-in-part of Ser. No. 895,934, Jun. 8, 1992.

[51] **Int. Cl.6** ........................................... **G08C 21/00**
[52] **U.S. Cl.** ................................... **178/18;** 341/33
[58] **Field of Search** ................................ 345/173, 174; 178/18; 382/3, 13

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,071,691 | 1/1978 | Pepper, Jr. | 178/19 |
| 4,129,747 | 12/1978 | Pepper, Jr. | 178/19 |
| 4,148,014 | 4/1979 | Burson | 340/709 |
| 4,198,539 | 4/1980 | Pepper, Jr. | 178/18 |
| 4,293,734 | 10/1981 | Pepper, Jr. | 178/18 |
| 4,302,011 | 11/1982 | Pepper, Jr. | 273/85 |
| 4,313,113 | 1/1982 | Thornburg | 340/709 |
| 4,371,746 | 2/1983 | Pepper, Jr. | 178/18 |
| 4,430,917 | 2/1984 | Pepper, Jr. | 84/1.01 |
| 4,511,760 | 4/1985 | Garwin et al. | 178/18 |
| 4,734,685 | 3/1988 | Watanabe | 340/710 |
| 4,766,423 | 8/1988 | Ono et al. | 340/709 |
| 4,918,262 | 4/1990 | Flowers et al. | 178/18 |
| 4,988,982 | 1/1991 | Rayner et al. | 345/173 |

#### FOREIGN PATENT DOCUMENTS

2139762 11/1984 United Kingdom ............ G06F 3/033

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Kevin Kim
*Attorney, Agent, or Firm*—D'Alessandro & Ritchie

[57] **ABSTRACT**

Methods for recognizing gestures made by a conductive object on a touch-sensor pad are disclosed. Tapping, pushing, hopping, and zigzag gestures are recognized by analyzing the position, pressure, and movement of the conductive object on the sensor pad during the time of a suspected gesture, and signals are sent to a host indicating the occurrence of these gestures. Signals for compensating for unintended motion of the conductive object on the touch-sensor pad during the gestures are also sent to the host.

**11 Claims, 26 Drawing Sheets**





FIG. 1



FIG. 2A

FIG. 2B



*FIG. 2C*



*FIG. 2D*

*FIG. 3*



*FIG. 4A*



*FIG. 4B*



*FIG. 5*



*FIG. 6*



*FIG. 7*



FIG. 8



FIG. 9



*FIG. 10*



*FIG. 11*



*FIG. 12*



FIG. 13



FIG. 14



FIG. 15A



FIG. 15B

LOCKING DRAG GESTURE



*FIG. 15C*

DOUBLE TAP



*FIG. 15D*

HOP GESTURE



*FIG. 15E*



FIG. 16A



FIG. 16B



*FIG. 17A*



*FIG. 17B*



*FIG. 17C*



*FIG. 17D*





*FIG. 17E*



*FIG. 17F*



*FIG. 18A*



*FIG. 18B*



*FIG. 18C*



FIG. 19



FIG. 20



FIG. 21

5,543,591

1

# OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION

## RELATED APPLICATIONS

This application is a continuation in part of application Ser. No. 08/300,387, filed Sep. 2, 1994, attorney's Docket No. SYN-057A, now allowed, which is a continuation-in-part of application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, which is a continuation-in-part of application Ser. No. 07/895,934, filed Jun. 8, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to object position sensing transducers and systems. More particularly, the present invention relates to object position recognition useful in applications such as cursor movement for computing devices and other applications, and especially to cursor movement with enhanced edge-motion and gesture-recognition features.

### 2. The Prior Art

Numerous devices are available or have been proposed for use as object position detectors for use in computer systems and other applications. The most familiar of such devices is the computer "mouse". While extremely popular as a position indicating device, a mouse has mechanical parts and requires a surface upon which to roll its position ball. Furthermore, a mouse usually needs to be moved over long distances for reasonable resolution. Finally, a mouse requires the user to lift a hand from the keyboard to make the cursor movement, thereby upsetting the prime purpose, which is usually typing on the computer.

Trackball devices are similar to mouse devices. A major difference, however, is that, unlike a mouse device, a trackball device does not require a surface across which it must be rolled. Trackball devices are still expensive, have moving parts, and require a relatively heavy touch as do the mouse devices. They are also large in size and do not fit well in a volume-sensitive application like a laptop computer.

There are several available touch-sense technologies which may be employed for use as a position indicator. Resistive-membrane position sensors are known and used in several applications. However, they generally suffer from poor resolution, the sensor surface is exposed to the user and is thus subject to wear. In addition, resistive-membrane touch sensors are relatively expensive. A one-surface approach requires a user to be grounded to the sensor for reliable operation. This cannot be guaranteed in portable computers. An example of a one-surface approach is the UnMouse product by MicroTouch, of Wilmington, Mass. A two-surface approach has poorer resolution and potentially will wear out very quickly in time.

Resistive tablets are taught by U.S. Pat. No. 4,680,430 to Yoshikawa, U.S. Pat. No. 3,497,617 to Ellis and many others. The drawback of all such approaches is the high power consumption and the high cost of the resistive membrane employed.

Surface Acoustic Wave (SAW) devices have potential use as position indicators. However, this sensor technology is expensive and is not sensitive to light touch. In addition, SAW devices are sensitive to residue buildup on the touch surfaces and generally have poor resolution.

2

Strain gauge or pressure plate approaches are an interesting position sensing technology, but suffer from several drawbacks. This approach may employ piezo-electric transducers. One drawback is that the piezo phenomena is an AC phenomena and may be sensitive to the user's rate of movement. In addition, strain gauge or pressure plate approaches are somewhat expensive because special sensors are required.

Optical approaches are also possible but are somewhat limited for several reasons. All would require light generation which will require external components and increase cost and power drain. For example, a "finger-breaking" infra-red matrix position detector consumes high power and suffers from relatively poor resolution.

There have been numerous attempts to provide a device for sensing the position of a thumb or other finger for use as a pointing device to replace a mouse or trackball. Desirable attributes of such a device are low power, low profile, high resolution, low cost, fast response, and ability to operate reliably when the finger carries electrical noise, or when the touch surface is contaminated with dirt or moisture.

Because of the drawbacks of resistive devices, many attempts have been made to provide pointing capability based on capacitively sensing the position of the finger. U.S. Pat. No. 3,921,166 to Volpe teaches a capacitive matrix in which the finger changes the transcapacitance between row and column electrodes. U.S. Pat. No. 4,103,252 to Bobick employs four oscillating signals to interpolate x and y positions between four capacitive electrodes. U.S. Pat. No. 4,455,452 to Schuyler teaches a capacitive tablet wherein the finger attenuates the capacitive coupling between electrodes.

U.S. Pat. No. 4,550,221 to Mabusth teaches a capacitive tablet wherein the effective capacitance to "virtual ground" is measured by an oscillating signal. Each row or column is polled sequentially, and a rudimentary form of interpolation is applied to resolve the position between two rows or columns. An attempt to address the problem of electrical interference by averaging over many cycles of the oscillating waveform. The problem of contamination is addressed by sensing when no finger was present, and applying a periodic calibration during such no-finger-present periods. U.S. Pat. No. 4,639,720 to Rympalski teaches a tablet for sensing the position of a stylus. The stylus alters the transcapacitance coupling between row and column electrodes, which are scanned sequentially. U.S. Pat. No. 4,736,191 to Matzke teaches a radial electrode arrangement under the space bar of a keyboard, to be activated by touching with a thumb. This patent teaches the use of total touch capacitance, as an indication of the touch pressure, to control the velocity of cursor motion. Pulsed sequential polling is employed to address the effects of electrical interference.

U.S. Pat. Nos. 4,686,332 and 5,149,919, to Greanias, teaches a stylus and finger detection system meant to be mounted on a CRT. As a finger detection system, its X/Y sensor matrix is used to locate the two matrix wires carrying the maximum signal. With a coding scheme these two wires uniquely determine the location of the finger position to the resolution of the wire stepping. For stylus detection, Greanias first coarsely locates it, then develops a virtual dipole by driving all lines on one side of the object in one direction and all lines on the opposite side in the opposite direction. This is done three times with different dipole phases and signal polarities. Assuming a predetermined matrix response to the object, the three measurements present a set of simultaneous equations that can be solved for position.

3

U.S. Pat. No. 4,733,222 to Evans is the first to teach a capacitance touch measurement system that interpolates to a high degree. Evans teaches a three terminal measurement system that uses a drive, sense and electrode signal set (3 signals) in its matrix, and bases the measurement on the attenuation effect of a finger on the electrode node signal (uses a capacitive divider phenomena). Evans sequentially scans through each drive set to measure the capacitance. From the three largest responses an interpolation routine is applied to determine finger position. Evans also teaches a zeroing technique that allows "no-finger" levels to be cancelled out as part of the measurement.

U.S. Pat. No. 5,016,008 to Gruaz describes a touch sensitive pad that also uses interpolation. Gruaz uses a drive and sense signal set (2 signals) in the touch matrix and like Evans relies on the attenuation effect of a finger to modulate the drive signal. The touch matrix is sequentially scanned to read the response of each matrix line. An interpolation program then selects the two largest adjacent signals in both dimensions to determine the finger location, and ratiometrically determines the effective position from those 4 numbers.

Gerpheide, PCT application US90/04584, publication No. WO91/03039, U.S. Pat. No. 5,305,017 applies to a touch pad system a variation of the virtual dipole approach of Greanias. Gerpheide teaches the application of an oscillating potential of a given frequency and phase to all electrodes on one side of the virtual dipole, and an oscillating potential of the same frequency and opposite phase to those on the other side. Electronic circuits develop a "balance signal" which is zero when no finger is present, and which has one polarity if a finger is on one side of the center of the virtual dipole, and the opposite polarity if the finger is on the opposite side. To acquire the position of the finger initially, the virtual dipole is scanned sequentially across the tablet. Once the finger is located, it is "tracked" by moving the virtual dipole toward the finger once the finger has moved more than one row or column.

Because the virtual dipole method operates by generating a balance signal that is zero when the capacitance does not vary with distance, it only senses the perimeter of the finger contact area, rather than the entire contact area. Because the method relies on synchronous detection of the exciting signal, it must average for long periods to reject electrical interference, and hence it is slow. The averaging time required by this method, together with the necessity to search sequentially for a new finger contact once a previous contact is lost, makes this method, like those before it, fall short of the requirements for a fast pointing device that is not affected by electrical interference.

It should also be noted that all previous touch pad inventions that used interpolation placed rigorous design requirements on their sensing pad. Greanias and Evans use a complicated and expensive drive, sense and electrode line scheme to develop their signal. Gruaz and Gerpheide use a two signal drive and sense set. In the present invention the driving and sensing is done on the same line. This allows the row and column sections to be symmetric and equivalent. This in turn allows independent calibration of all signal paths, which makes board layout simpler and less constraining, and allows for more unique sensor topologies.

The shortcomings of the inventions and techniques described in the prior art can also be traced to the use of only one set of driving and sensing electronics, which was multiplexed sequentially over the electrodes in the tablet. This arrangement was cost effective in the days of discrete

4

components, and avoided offset and scale differences among circuits.

The sequential scanning approach of previous systems also made them more susceptible to noise. Noise levels could change between successive measurements, thus changing the measured signal and the assumptions used in interpolation routines.

Finally, all previous approaches assumed a particular signal response for finger position versus matrix position. Because the transfer curve is very sensitive to many parameters and is not a smooth linear curve as Greanias and Gerpheide assume, such approaches are limited in the amount of interpolation they can perform.

In prior co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet is disclosed. All row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously. The sensed signals are processed by analog circuitry.

Of the touchpad devices currently available, only the Alps/Cirque GlidePoint includes gesture recognition. The GlidePoint supports basic tap, double-tap, and drag gestures to simulate actions on a primary mouse button. It does not support multiple-finger gestures, nor are there gestures for simulating secondary button clicks. No information is known about the implementation methods employed in the GlidePoint. However, the GlidePoint is known to have difficulty with double-taps, one of the problems addressed by the present invention. The GlidePoint exhibits a hesitation on each finger-motion stroke which may be an attempt to stabilize the cursor during tap gestures. Also, the Glide-Point must rely on physical switches or extremely high gain or acceleration in order to allow drags over long distances.

One touchpad product, the UnMouse, mounts a switch underneath its resistive sensor so that the user simply presses down on the pad to activate the button. Aside from requiring fragile and complex mechanical mounting, this device also is reported to be a very tiring to the user.

Graphics tablets operated by a pressure sensitive stylus instead of a finger are well-known in the art. These devices typically use a mechanism like the "push" gesture of the present invention to simulate actuator switches. No other gestures of the sort described herein have been seen in stylus-operated tablets.

It is thus an object of the present invention to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously.

It is a further object of the present invention to provide an electronic system that is sensitive to the entire area of contact of a finger or other conductive object with a capacitive tablet, and to provide as output the coordinates of some measure of the center of this contact area while remaining insensitive to the characteristic profile of the object being detected.

It is a further object of the present invention to provide an electronic system that provides as output some measure of area of contact of a finger or other conductive object with a capacitive tablet.

Yet another object of the present invention is to provide a two-dimensional capacitive sensing system equipped with a

5,543,591

| 5 | 6 |

separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the information defining the location of a finger or other conductive object is processed in digital form.

It is a further object of the present invention to provide a two-dimensional capacitive sensing system wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the location of a finger or other conductive object within a peripheral region of a sensing plane can optionally cause cursor "edge motion" on a display screen allowing control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of gestures made by a finger or other object on a touch-sensor pad in a manner which compensates for unintended motion of the finger or other object during expression of the gesture.

Yet another object of the present invention is to provide for the recognition of multiple-finger gestures and for simulating secondary button clicks.

## BRIEF DESCRIPTION OF THE INVENTION

With the advent of very high levels of integration, it has become possible to integrate many channels of driving/sensing electronics into one integrated circuit, along with the control logic for operating them, and the interface electronics to allow the pointing device to communicate directly with a host microprocessor. The present invention uses adaptive analog techniques to overcome offset and scale differences between channels, and can thus sense either transcapacitance or self-capacitance of all tablet rows or columns in parallel. This parallel-sensing capability, made possible by providing one set of electronics per row or column, allows the sensing cycle to be extremely short, thus allowing fast response while still maintaining immunity to very high levels of electrical interference.

The present invention comprises a position-sensing technology particularly useful for applications where finger position information is needed, such as in computer "mouse" or trackball environments. However the position-sensing technology of the present invention has much more general application than a computer mouse, because its sensor can detect and report if one or more points are being touched. In addition, the detector can sense the pressure of the touch.

According to a preferred embodiment of the present invention, referred to herein as a "finger pointer" embodiment, a position sensing system includes a position sensing transducer comprising a touch-sensitive surface disposed on a substrate, such as a printed circuit board, including a matrix of conductive lines. A first set of conductive lines runs in a first direction and is insulated from a second set of conductive lines running in a second direction generally perpendicular to the first direction. An insulating layer is disposed over the first and second sets of conductive lines. The insulating layer is thin enough to promote significant capacitive coupling between a finger placed on its surface and the first and second sets of conductive lines.

Sensing electronics respond to the proximity of a finger, conductive object, or an object of high dielectric constant (i.e., greater than about 5) to translate the capacitance changes of the conductors caused by object proximity into digital information which is processed to derive position and touch pressure information. Its output is a simple X, Y and pressure value of the one object on its surface. In all descriptions herein, fingers are to be considered interchangeable with conductive objects and objects of high dielectric constant.

Different prior art pad scan techniques have different advantages in different environments. Parallel drive/sense techniques according to the present invention allow input samples to be taken simultaneously, thus all channels are affected by the same phase of an interfering electrical signal, greatly simplifying the signal processing and noise filtering.

There are two drive/sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the sensor matrix are simultaneously moved, while the voltages of the Y lines are held at a constant voltage, with the complete set of sampled points simultaneously giving a profile of the finger in the X dimension. Next, the voltages on all of the Y lines of the sensor matrix are simultaneously moved, while the voltages of the X lines are held at a constant voltage to obtain a complete set of sampled points simultaneously giving a profile of the finger in the other dimension.

According to a second drive/sense method, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This technique doubles the effect of any transcapacitance between the two dimensions, or conversely, halves the effect of any parasitic capacitance to ground. In both methods, the capacitive information from the sensing process provides a profile of the proximity of the finger to the sensor in each dimension.

As presently preferred, both embodiments then take these profiles and derive a digital value representing the centroid for X and Y position and derive a second digital value for the Z pressure information. The digital information may be directly used by a host computer. Analog processing of the capacitive information may also be used according to the present invention.

The position sensor of these embodiments can only report the position of one object on its sensor surface. If more than one object is present, the position sensor of this embodiment computes the centroid position of the combined set of objects. However, unlike prior art, because the entire pad is being profiled, enough information is available to discern simple multi-finger gestures to allow for a more powerful user interface.

According to another aspect of the present invention, several power reduction techniques which can shut down the circuit between measurements have been integrated into the system. This is possible because the parallel measurement technique according to the present invention is so much faster than prior art techniques.

According to a further aspect of the invention, a variety of noise reduction techniques are integrated into the system.

According to yet another aspect of the present invention, a capacitance measurement technique which is easier to calibrate and implement is employed.

According to another aspect of the present invention, when the presence of a finger or other conductive object is sensed within a defined peripheral region of the sensing plane, the control of cursor motion may be changed to provide "edge motion" to allow control of large cursor

5,543,591

7

excursions on a display screen from a single gesture executed on a small sensing plane.

According to a further object of the present invention, a number of gestures made by a finger or other object on the touch-sensor pad are recognized and communicated to a host. Compensation for unintended motion of the finger or other object during expression of the gestures is provided.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall block diagram of the capacitive position sensing system of the present invention.

FIG. 2a is a top view of an object position sensor transducer according to a presently preferred embodiment of the invention showing the object position sensor surface layer including a top conductive trace layer and conductive pads connected to a bottom trace layer.

FIG. 2b is a bottom view of the object position sensor transducer of FIG. 2a showing the bottom conductive trace layer.

FIG. 2c is a composite view of the object position sensor transducer of FIGS. 2a and 2b showing both the top and bottom conductive trace layers.

FIG. 2d is a cross-sectional view of the object position sensor transducer of FIGS. 2a–2c.

FIG. 3 is a block diagram of sensor decoding electronics which may be used with the sensor transducer in accordance with a preferred embodiment of the present invention.

FIG. 4a is a simplified schematic diagram of a charge integrator circuit which may be used in the present invention.

FIG. 4b is an illustrative schematic diagram of the charge integrator circuit of FIG. 4a.

FIG. 5 is a timing diagram of the operation of charge integrator circuit of FIGS. 4a and 4b.

FIG. 6 is a schematic diagram of an illustrative filter and sample/hold circuit for use in the present invention.

FIG. 7 is a more detailed block diagram of a presently preferred arrangement of A/D converters for use in the present invention.

FIG. 8 is a block diagram of an illustrative arithmetic unit which may be used in the present invention.

FIG. 9 is a block diagram of a calibration unit which may be used with the arithmetic unit of FIG. 8.

FIG. 10 is a schematic diagram of a bias voltage generating circuit useful in the present invention.

FIG. 11 is a diagram of the sensing plane illustrating the edge motion feature of the object position sensor of the present invention.

FIG. 12 is a schematic diagram illustrating hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 13 is a schematic diagram illustrating hardware implementation of the edge motion feature of the present invention.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1.

FIGS. 15a through 15e are timing diagrams illustrating some of the gestures which may be recognized according to the present invention.

FIGS. 16a and 16b are diagrams illustrating two tap zone shapes which may be used on sensor pads according to the present invention.

8

FIGS. 17a through 17f comprise a flowchart illustrating the operation of the tap unit of FIG. 14.

FIGS. 18a through 18c comprise a flowchart illustrating the the operation of the zigzag unit of FIG. 14.

FIG. 19 is a timing diagram illustrating a "push" gesture according to the present invention.

FIG. 20 is a flowchart illustrating the the operation of the push unit of FIG. 14.

FIG. 21 is a block diagram of an illustrative Lift Jump supressor circuit which may be used in gestrure recognition according to the present invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

This application is a continuation-in-part of co-pending application Ser. No. 08/300,387, filed Sep. 2, 1994, which is a continuation-in-part of co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734, 787, which is a continuation-in-part of co-pending application Ser. No. 07/895,934, filed Jun. 8, 1992. The present invention continues the approach disclosed in the parent applications and provides more unique features not previously available. These improvements provide a more easily integrated solution, increased sensitivity, and greater noise rejection, increased data acquisition rate and decreased power consumption. The present invention allows for continuous self calibration to subtract out the effects of environmental changes and allows for enhanced cursor control from edge motion on a sensing plane.

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the invention will readily suggest themselves to such skilled persons.

The present invention brings together in combination a number of unique features which allow for new applications not before possible. Because the object position sensor of the present invention has very low power requirements, it is beneficial for use in battery operated or low power applications such as lap top or portable computers. It is also a very low cost solution, has no moving parts (and is therefore virtually maintenance free), and uses the existing printed circuit board traces for sensors. The sensing technology of the present invention can be integrated into a computer motherboard to even further lower its cost in computer applications. Similarly, in other applications the sensor can be part of an already existent circuit board.

Because of its small size and low profile, the sensor technology of the present invention is useful in lap top or portable applications where volume is an important consideration. The sensor technology of the present invention requires circuit board space for only a single sensor interface chip that can interface directly to a microprocessor, plus the area needed on the printed circuit board for sensing.

Referring first to FIG. 1, a simplified block diagram of the capacitive position sensing system 6 of the present invention is presented. Capacitive position sensing system 6 can accurately determine the position of a finger 8 or other conductive object proximate to or touching a sensing plane 10. The capacitance of a plurality of conductive lines running in a first direction (e.g., "X") is sensed by X input processing circuitry 12 and the capacitance of a plurality of conductive lines running in a second direction (e.g., "Y") is sensed by Y input processing circuitry 14. The sensed

5,543,591

9

capacitance values are digitized in both X input processing circuitry 12 and Y input processing circuitry 14. The outputs of X input processing circuitry 12 and Y input processing circuitry 14 are presented to arithmetic unit 16, which uses the digital information to derive digital information representing the position and pressure of the finger 8 or other conductive object relative to the sensing plane 10.

The X, Y, and Z outputs of arithmetic unit 16 are directed to motion unit 18 which provides the cursor motion direction signals to the host computer. Those of ordinary skill in the art will recognize, that as used herein, "host" may mean a stand-alone computer such as an IBM or compatible PC or computer made by Apple Computers, hand-held control units, personal digital assistants, remote communication devices, or the like, or to any other devices or systems which can take as input the output of a touch tablet.

The X, Y, and Z outputs of arithmetic unit 16 are also directed to gesture unit 20, which is used to recognize certain finger gestures performed by a user on sensing plane 10. In addition, gesture unit 20 may produce a signal to motion unit 18 to enable the edge motion feature of the present invention based on the state of gesture processing.

The sensor material can be anything that allows creation of a conductive X/Y matrix of pads. This includes not only standard PC boards, but also includes but is not limited to flexible PC boards, conductive elastomer materials, silk-screened conductive lines, and piezo-electric Kynar plastic materials. This renders it useful as well in any portable equipment application or in human interface where the sensor needs to be molded to fit within the hand.

The sensor can be conformed to any three dimensional surface. Copper can be plated in two layers on most any surface contour producing the sensor. This will allow the sensor to be adapted to the best ergonomic form needed for any particular application. This coupled with the "light-touch" feature will make it effortless to use in many applications. The sensor can also be used in an indirect manner, i.e it can have an insulating foam material covered by a conductive layer over the touch sensing surface and be used to detect any object (not just conductive) that presses against its surface.

Small sensor areas are practical, i.e., a presently conceived embodiment takes about 1.5"×1.5" of area, however those of ordinary skill in the art will recognize that the area is scaleable for different applications. The matrix area is scaleable by either varying the matrix trace spacing or by varying the number of traces. Large sensor areas are practical where more information is needed.

Besides simple X and Y position information, the sensor technology of the present invention also provides finger pressure information. This additional dimension of information may be used by programs to control special features such as "brush-width" modes in Paint programs, special menu accesses, etc., allowing provision of a more natural sensory input to computers. It has also been found useful for implementing "mouse click and drag" modes and for simple input gestures.

The user will not even have to touch the surface to generate the minimum reaction. This feature can greatly minimize user strain and allow for more flexible use.

The sense system of the present invention depends on a transducer device capable of providing position and pressure information regarding the object contacting the transducer. Referring now to FIGS. 2a–2d, top, bottom, composite, and cross-sectional views, respectively, are shown of a presently-preferred sensing plane 10 comprising a touch sensor

10

array 22 for use in the present invention. Since capacitance is exploited by this embodiment of the present invention, the surface of touch sensor array 22 is designed to maximize the capacitive coupling to a finger or other conductive object.

A presently preferred touch sensor array 22 according to the present invention comprises a substrate 24 including a first set of conductive traces 26 disposed on a top surface 28 thereof and run in a first direction to comprise row positions of the touch sensor array 22. A second set of conductive traces 30 are disposed on a bottom surface 32 thereof and run in a second direction preferably orthogonal to the first direction to form the column positions of the touch sensor array 22. The first and second sets of conductive traces 26 and 30 are alternately in contact with periodic sense pads 34 comprising enlarged areas, shown as diamonds in FIGS. 2a–2c. While sense pads, 34 are shown as diamonds in FIGS. 2a–2c, any shape, such as circles, which allows them to be closely packed is equivalent for purposes of this invention. As an arbitrary convention herein, the first set of conductive traces 26 will be referred to as being oriented in the "X" or "row" direction and may be referred to herein sometimes as "X lines" and the second set of conductive traces 30 will be referred to as being oriented in the "Y" or "column" direction and may be referred to herein sometimes as "Y lines".

The number and spacing of these sense pads 34 depends upon the resolution desired. For example, in an actual embodiment constructed according to the principles of the present invention, a 0.10 inch center-to-center diamond-shaped pattern of sense pads 34 disposed along a matrix of 15 rows and 15 columns of conductors is employed. Every other sense pad 34 in each direction in the pad pattern is connected to first and second sets of conductive traces 26 and 30 on the top and bottom surfaces 28 and 32, respectively of substrate 24.

Substrate 24 may be a printed circuit board, a flexible circuit board or any of a number of available circuit interconnect technology structures. Its thickness is unimportant as long as contact may be made, therethrough from the second set of conductive traces 30 to their sense pads 34 on the top surface 28. The printed circuit board comprising substrate 24 can be constructed using standard industry techniques. Board thickness is not important. Connections from the conductive sense 34 to the second set of conductive traces 30 may be made employing standard plated-through hole techniques well known in the printed circuit board art.

In an alternate embodiment of the present invention, the substrate 24 may have a thickness on the order of 0.005 to 0.010 inches. Then the sense pads 34 on the top surface 28 and the plated through holes that connect to the second set of conductive traces 30, can be omitted, further reducing the cost of the system.

An insulating layer 36 is disposed over the sense pads 34 on top surface 28 to insulate a human finger or other object therefrom. Insulating layer 36 is preferably a thin layer (i.e., approximately 5 mils) to keep capacitive coupling large and may comprise a material, such as mylar, chosen for its protective and ergonomic characteristics. The term "significant capacitive coupling" as used herein shall mean capacitive coupling having a magnitude greater than about 0.5 pF.

There are two different capacitive effects taking place when a finger approaches the touch sensor array 22. The first capacitive effect is trans-capacitance, or coupling between sense pads 34, and the second capacitive effect is self-capacitance, or coupling to virtual ground. Sensing circuitry is coupled to the touch sensor array 22 of the present

5,543,591

**11**

invention and responds to changes in either or both of these capacitances. This is important because the relative sizes of the two capacitances change greatly depending on the user environment. The ability of the present invention to detect changes in both self capacitance and trans-capacitance results in a very versatile system having a wide range of applications.

According to the preferred embodiment of the invention, a position sensor system including touch sensor array **22** and associated position detection circuitry will detect a finger position on a matrix of printed circuit board traces via the capacitive effect of finger proximity to the touch sensor array **22**. The position sensor system will report the X, Y position of a finger placed near the touch sensor array **22** to much finer resolution than the spacing between the first and second sets of conductive traces **26** and **30**. The position sensor according to this embodiment of the invention will also report a Z value proportional to the outline of that finger and hence indicative of the pressure with which the finger contacts the surface of insulating layer **36** over the touch sensor array **22**.

According to the presently preferred embodiment of the invention, a very sensitive, light-touch detector circuit may be provided using adaptive analog and digital VLSI techniques. The circuit of the present invention is very robust and calibrates out process and systematic errors. The detector circuit of the present invention will process the capacitive input information and provide digital information which may be presented directly to a microprocessor.

According to this embodiment of the invention, sensing circuitry is contained on a single sensor processor integrated circuit chip. The sensor processor chip can have any number of X and Y "matrix" inputs. The number of X and Y inputs does not have to be equal. The integrated circuit has a digital bus as output. In the illustrative example disclosed in FIGS. 2a–2d herein, the touch sensor array **22** has 15 traces in both the X and Y directions. The sensor processor chip thus has 15 X inputs and 15 Y inputs. An actual embodiment constructed according to the principles of the present invention employed 18 traces in the X direction and 24 traces in the Y direction. Those of ordinary skill in the art will recognize that the size of the touch sensor array **22** which may be employed in the present invention is arbitrary and will be dictated largely by design choice.

The X and Y matrix nodes are driven and sensed in parallel, with the capacitive information from each line indicating how close a finger is to that node. The scanned information provides a profile of the finger proximity in each dimension. According to this aspect of the present invention, the profile centroid is derived in both the X and Y directions and is the position in that dimension. The profile curve of proximity is also integrated to provide the Z information.

There are two drive and sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved, while the voltages of the Y lines are held at a constant voltage. Next, the voltages on all of the Y lines of the touch sensor array **22** are simultaneously moved, while the voltages of the X lines are held at a constant voltage. This scanning method accentuates the measurement of capacitance to virtual ground provided by the finger. Those of ordinary skill in the art will recognize that order of these two steps is somewhat arbitrary and may be reversed.

According to a second drive/sense method, the voltages on all of the X lines of the touch sensor array **22** are

**12**

simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This second drive/sense method accentuates transcapacitance and de-emphasizes virtual ground capacitance. As with the first drive/sense method, those of ordinary skill in the art will recognize that order of these two steps is somewhat arbitrary and may be reversed.

Referring now to FIG. 3, a block diagram of the presently preferred sensing circuitry **40** for use according to the present invention is presented. This block diagram, and the accompanying disclosure, relates to the sensing circuitry **40** in one dimension (X) only, and includes the X input processing circuitry **12** of FIG. 1. Those of ordinary skill in the art will appreciate that an identical circuit would be used for sensing the opposite (Y) dimension and would include the Y input processing circuitry **14** of FIG. 1. Such skilled persons will further note that the two dimensions do not need to be orthogonal to one another. For example, they can be radial or of any other nature to match the contour of the touch sensor array **22** and other needs of the system. Those of ordinary skill in the art will recognize that the technology disclosed herein could be applied as well to a one-dimensional case where only one set of conductive traces is used.

The capacitance at each touch sensor array **22** node is represented by equivalent capacitors **42-1** through **42-n**. The capacitance of capacitors **42-1** through **42-n** comprises the capacitance of the matrix conductors and has a characteristic background value when no object (e.g., a finger) is proximate to the sensing plane **10** of the touch sensor array **22**. As an object approaches the sensing plane **10** the capacitance of capacitors **42-1** through **42-n** increases in proportion to the size and proximity of the object.

According to the present invention, the capacitance at each touch sensor array **22** node is measured simultaneously using charge integrator circuits **44-1** through **44-n**. Charge-integrator circuits **44-1** through **44-n** serve to inject charge into the capacitances **42-1** through **42-n**, respectively, and to develop an output voltage proportional to the capacitance sensed on the corresponding X matrix line. Thus charge-integrator circuits **44-1** through **44-n** are shown as bidirectional amplifier symbols. Each charge-integrator circuit **44-1** through **44-n** is supplied with an operating bias voltage by bias-voltage generating circuit **46**.

As used herein, the phrase "proportional to the capacitance" means that the voltage signal generated is a monotonic function of the sensed capacitance. In the embodiment described herein, the voltage is directly and linearly proportional to the capacitance sensed. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein. In addition current-sensing as well as voltage-sensing techniques could be employed.

According to a presently preferred drive/sense method used in the present invention, the capacitance measurements are performed simultaneously across all inputs in one dimension to overcome a problem which is inherent in all prior art approaches that scan individual inputs. The problem with the prior-art approach is that it is sensitive to high frequency and large amplitude noise (large dv/dt noise) that is coupled to the circuit via the touching object. Such noise

5,543,591

13

may distort the finger profile because of noise appearing in a later scan cycle but not an earlier one, due to a change in the noise level.

The present invention overcomes this problem by "taking a snapshot" of all inputs simultaneously in X and then Y directions (or visa versa). Because the injected noise is proportional to the finger signal strength across all inputs, it is therefore symmetric around the finger centroid. Because it is symmetric around the finger centroid it does not affect the finger position. Additionally, the charge amplifier performs a differential measuring function to further reject common-mode noise.

Because of the nature of the charge integrator circuits 44-1 through 44-n, their outputs will be changing over time and will have the desired voltage output for only a short time. As presently preferred, filter circuits 48-1 through 48-n are implemented as sample and hold switched capacitor filters.

The desired voltage is captured by the filter circuits 48-1 through 48-n. As controlled by control circuitry 56, the filter circuits 48-1 through 48-n will filter out any high frequency noise from the sensed signal. This is accomplished by choosing the capacitor for the filter to be much larger than the output capacitance of charge integrator circuits 44-1 through 44-n. In addition, those of ordinary skill in the art will recognize that the switched capacitor filter circuits 48-1 through 48-n will capture the desired voltages and store them.

According to the present invention, the capacitance information obtained in voltage form from the capacitance measurements is digitized and processed in digital format. Accordingly, the voltages stored by filter circuits 48-1 through 48-n are stored in sample/hold circuits 50-1 through 50-n so that the remainder of the circuitry processes input data taken at the same time. Sample/hold circuits 50-1 through 50-n may be configured as conventional sample/hold circuits as is well known in the art.

The sampled analog voltages at the outputs of sample/hold circuits 50-1 through 50-n are digitized by analog-to-digital (A/D) converters 52. As presently preferred, A/D converters 52 resolve the input voltage to a 10-bit wide digital signal (a resolution of one part in 1,024), although those of ordinary skill in the art will realize that other resolutions may be employed. A/D converters 52 may be conventional successive approximation type converters as is known in the art.

Given the charge integrator circuits 44 employed in the present invention, the background level (no object present) of the charge integrator circuits 44 outputs will be about 1 volt. The $\Delta V$ resulting from the presence of a finger or other object will typically be about 0.4 volt. The voltage range of the A/D converters 52 should therefore be in the range of between about 1–2 volts.

An important consideration is the minimum and maximum voltage reference points for the A/D converters 52 ($V_{min}$ and $V_{max}$). It has been found that noise will cause position jitter if these reference voltages are fixed points. A solution to this problem which is employed in the present invention is to dynamically generate the $V_{min}$ and $V_{max}$ reference voltages from reference capacitances 42-Vmin and 42-Vmax, sensed by charge integrator circuits 44-Vmin and 44-Vmax and processed by filter circuits 48-Vmin and 48-Vmax and stored in sample/hold circuits 50-Vmin and 50-Vmax. In this manner, any common mode noise present when the signals are sampled from the touch sensor array 22 will also be present in the $V_{min}$ and $V_{max}$ reference voltage

14

values and will tend to cancel. Those of ordinary skill in the art will realize that reference capacitances 42-Vmin and 42-Vmax may either be discrete capacitors or extra traces in the touch sensor array 22.

According to the present invention, the $V_{min}$ reference voltage is generated from a capacitor having a value equal to the lowest capacitance expected to be encountered in the touch sensor array 22 with no object present (about 12 pF assuming a 2 inch square sensor array). The $V_{max}$ reference voltage is generated from a capacitor having a value equal to the largest capacitance expected to be encountered in the touch sensor array 22 with an object present (about 16 pF assuming a 2 inch square sensor array).

The outputs of A/D converters 52 provide inputs to arithmetic unit 16. As will be more fully disclosed with reference to FIG. 8, the function of arithmetic unit 16 is to compute the weighted average of the signals on the individual sense lines in both the X and Y directions in the touch sensor array 22. Thus, arithmetic unit 16 is shared by the X input processing circuitry 12 and the Y input processing circuitry 14 as shown in FIG. 1.

Control circuitry 56 of FIG. 3 orchestrates the operation of the remainder of the circuitry. Because the system is discretely sampled and pipelined in its operation, control circuitry 56 is present to manage the signal flow. The functions performed by control circuitry 56 may be conventionally developed via what is commonly known in the art as a state machine or microcontroller.

The structure and operation of the individual blocks of FIG. 3 will now be disclosed. Referring now to FIGS. 4a, 4b, and 5, a typical charge integrator circuit 44 will be described. Charge integrator circuit 44 is shown as a simplified schematic diagram in FIG. 4a and as an illustrative schematic diagram in FIG. 4b. The timing of operation of charge integrator circuit 44 is shown in FIG. 5. These timing signals are provided by the control circuitry 56.

Charge integrator circuit 44 is based on the fundamental physical phenomena of using a current to charge a capacitor. If the capacitor is charged for a constant time by a constant current, then a voltage will be produced on the capacitor which is inversely proportional to the capacitance. The capacitance to be charged is the sensor array line capacitance 42 in parallel with an internal capacitor. This internal capacitor will contain the voltage of interest.

Referring now to FIG. 4a, a simplified schematic diagram of an illustrative charge integrator circuit 44 is shown. A charge integrator circuit input node 60 is connected to one of the X (or Y) lines of the touch sensor array 22. A first shorting switch 62 is connected between the charge integrator circuit input node 60 and $V_{DD}$, the positive supply rail. A second shorting switch 64 is connected between the charge integrator circuit input node 60 and ground, the negative supply rail. A positive constant current source 66 is connected to $V_{DD}$, the positive supply rail and to the charge integrator circuit input node 60 and through a first current source switch 68. A negative constant current source 70 is connected to ground and to the charge integrator circuit input node 60 and through a second current source switch 72. It is obvious that other high and low voltage rails could be used in place of $V_{DD}$ and ground.

A first internal capacitor 74 is connected between $V_{DD}$ and output node 76 of charge integrator circuit 44. A positive voltage storage switch 78 is connected between output node 76 and input node 60. A second internal capacitor 80 has one of its plates connected to ground through a switch 82 and to output node 76 of charge integrator circuit 44 through a

5,543,591

15

switch 84, and the other one of its plates connected to input node 60 through a negative voltage storage switch 86 and to $V_{DD}$ through a switch 88. The capacitance of first and second internal capacitors 74 and 80 should be a small fraction (i.e., about 10%) of the capacitance of the individual sensor array lines. In a typical embodiment, the sensor array line capacitance will be about 10 pF and the capacitance of capacitors 74 and 80 should be about 1 pF.

According to the presently preferred embodiment of the invention, the approach used is a differential measurement for added noise immunity, the benefit of which is that any low frequency common mode noise gets subtracted out. For the following discussion, it is to be assumed that all switches are open unless they are noted as closed. First, the sensor array line is momentarily shorted to $V_{DD}$ through switch 62, switch 78 is closed connecting capacitor 74 in parallel with the capacitance of the sensor line. Then the parallel capacitor combination is discharged with a constant current from current source 70 through switch 72 for a fixed time period. At the end of the fixed time period, switch 78 is opened, thus storing the voltage on the sensor array line on capacitor 74.

The sensor line is then momentarily shorted to ground through switch 64, and switches 82 and 86 are closed to place capacitor 80 in parallel with the capacitance of the sensor line. Switch 68 is closed and the parallel capacitor combination is charged with a constant current from current source 66 for a fixed time period equal to the fixed time period of the first cycle. At the end of the fixed time period, switch 86 is opened, thus storing the voltage on the sensor matrix line on capacitor 80.

The first and second measured voltages are then averaged. This is accomplished by opening switch 82 and closing switches 88 and 84, which places capacitor 80 in parallel with capacitor 74. Because capacitors 74 and 80 have the same capacitance, the resulting voltage across them is equal to the average of the voltages across each individually. This final result is the value that is then passed on to the appropriate one of filter circuits 48-1 through 48-n.

The low frequency noise, notably 50/60 Hz and their harmonics, behaves as a DC current component that adds in one measurement and subtracts in the other. When the two results are added together that noise component averages to zero. The amount of noise rejection is a function of how quickly in succession the two opposing charge-up and charge-down cycles are performed as will be disclosed herein. One of the reasons for the choice of this charge integrator circuit 44 is that it allows measurements to be taken quickly.

Referring now to FIG. 4b, a more complete schematic diagram of an illustrative embodiment of charge integrator circuit 44 of the simplified diagram of FIG. 4a is shown. Input node 60 is shown connected to $V_{DD}$ and ground through pass gates 90 and 92, which replace switches 62 and 64 of FIG. 4a. Pass gate 90 is controlled by a signal ResetUp presented to its control input and pass gate 92 is controlled by a signal ResetDn presented to its control input. Those of ordinary skill in the art will recognize that pass gates 90 and 92, as well as all of the other pass gates which are represented by the same symbol in FIG. 4b may be conventional CMOS pass gates as are known in the art. The convention used herein is that the pass gate will be off when its control input is held low and will be on and provide a low impedance connection when its control input is held high.

P-Channel MOS transistors 94 and 96 are configured as a current mirror. P-Channel MOS transistor 94 serves as the current source 66 and pass gate 98 serves as switch 68 of

16

FIG. 4a. The control input of pass gate 98 is controlled by a signal StepUp.

N-Channel MOS transistors 100 and 102 are also configured as a current mirror. N-Channel MOS transistor 100 serves as the current source 70 and pass gate 104 serves as switch 72 of FIG. 4a. The control input of pass gate 104 is controlled by a signal StepDn. P-Channel MOS transistor 106 and N-Channel MOS transistor 108 are placed in series with P-Channel MOS current mirror transistor 96 and N-Channel MOS current mirror transistor 102. The control gate of P-Channel MOS transistor 106 is driven by an enable signal EN, which turns on P-Channel MOS transistor 106 to energize the current mirrors. This device is used as a power conservation device so that the charge integrator circuit 44 may be turned off to conserve power when it is not in use.

N-Channel MOS transistor 108 has its gate driven by a reference voltage Vbias, which sets the current through current mirror transistors 96 and 108. The voltage Vbias is set by a servo feedback circuit as will be disclosed in more detail with reference to FIG. 10. Those of ordinary skill in the art will appreciate that this embodiment allows calibration to occur in real time (via long time constant feedback) thereby zeroing out any long term effects due to sensor environmental changes. In a current embodiment of the invention, Vbias is common for all charge integrator circuits 44-1 through 44-n and 44-Vmax and 44-Vmin.

Note that proper sizing of N-channel MOS transistors 102 and 108 may provide temperature compensation. This is accomplished by taking advantage of the fact that the threshold of N-Channel MOS transistor 108 reduces with temperature while the mobility of both N-Channel MOS transistors 102 and 108 reduce with temperature. The threshold reduction has the effect of increasing the current while the mobility reduction has the effect of decreasing the current. By proper device sizing these effects can cancel each other out over a significant part of the operating range.

Capacitor 74 has one plate connected to $V_{DD}$ and the other plate connected to the output node 76 and to the input node 60 through pass gate 110, shown as switch 78 in FIG. 4a. The control input of pass gate 110 is driven by the control signal SUp. One plate of capacitor 80 is connected to input node 60 through pass gate 112 (switch 86 in FIG. 4a) and to VDD through pass gate 114 (switch 82 in FIG. 4a). The control input of pass gate 112 is driven by the control signal SDn and the control input of pass gate 114 is driven by the control signal ChUp. The other plate of capacitor 80 is connected to ground through N-Channel MOS transistor 116 (switch 82 in FIG. 4a) and to output node 76 through pass gate 118 (switch 84 in FIG. 4a). The control input of pass gate 118 is driven by control signal Share.

Referring now to FIGS. 4a, 4b and the timing diagram of FIG. 5, the operation of charge integrator circuit 44 during one scan cycle may be observed. First the EN (enable) control signal goes active by going to 0v. This turns on the current mirrors and energizes the charge and discharge current sources, P-channel and N-channel MOS transistors 94 and 100. The ResetUp control signal is active high at this time, which shorts the input node 60 (and the sensor line to which it is connected) to $V_{DD}$. The SUp control signal is also active high at this time which connects capacitor 74 and the output node 76 to input node 60. This arrangement guarantees that the following discharge portion of the operating cycle always starts from a known equilibrium state.

The discharge process starts after the ResetUp control signal goes inactive. The StepDn control signal goes active, connecting N-channel MOS transistor 100, the discharge

17                                                                  18

current source, to the input node **60** and its associated sensor line. StepDn is active for a set amount of time, and the negative constant current source discharges the combined capacitance of the sensor line and capacitor **74** thus lowering its voltage during that time. StepDn is then turned off. A short time later the SUp control signal goes inactive, storing the measured voltage on capacitor **74**. That ends the discharge cycle.

Next, the ResetDn control signal becomes active and shorts the sensor line to ground. Simultaneously the SDn and ChDn control signals become active and connect capacitor **80** between ground and the sensor line. Capacitor **80** is discharged to ground, guaranteeing that the following charge up cycle always starts from a known state.

The charge up cycle starts after ResetDn control signal becomes inactive and the StepUp control signal becomes active. At this point the current charging source, P-channel MOS transistor **94**, is connected to the sensor line and supplies a constant current to charge the sensor line by increasing the voltage thereon. The StepUp control signal is active for a set amount of time (preferably equal to the time for the previously mentioned cycle) allowing the capacitance to charge, and then it is turned off. The SDn control signal then goes inactive, leaving the measured voltage across capacitor **80**.

The averaging cycle now starts. First the voltage on capacitor **80** is level shifted. This is done by the ChDn control signal going inactive, letting one plate of the capacitor **80** float. Then the ChUp control signal goes active, connecting the second plate of the capacitor **80** to $V_{DD}$. Then the Share control signal becomes active which connects the first plate of capacitor **80** to output node **76**, thus placing capacitors **74** and **80** in parallel. This has the effect of averaging the voltages across the two capacitors **74** and **80**, thus subtracting out common-mode noise as previously described. This average voltage is also then available on output node **76**.

Those of ordinary skill in the art will recognize that the environmental alternating current and other low frequency noise-canceling feature inherent in the averaging of the voltages obtained in the discharge and charge cycles is most effective when the two cycles are performed very close together in time. According to the present invention, the ChDn and ChUp signals should be asserted with respect to each other within a time period much less than a quarter of the period of the noise to be cancelled in order to take advantage of this feature of the present invention.

According to the present invention, two different drive/ sense methods have been disclosed. Those of ordinary skill in the art will readily observe that the charge integrator circuit **44** disclosed with reference to FIGS. 4a, 4b, and 5 is adaptable to operate according to either scanning method disclosed herein.

As is clear from an understanding of the operation of charge integrator circuit **44**, its output voltage is only available for a short period of time and is subject to environmental noise. In order to minimize the effects of noise, a switched capacitor filter circuit **48** is used. Referring now to FIG. 6, a schematic diagram of an illustrative switched capacitor filter circuit **48** which may be used in the present invention is shown. Those of ordinary skill in the art will recognize this switched capacitor filter circuit, which comprises an input node **120**, a pass gate **122** having a control input driven by a Sample control signal, a capacitor **124** connected between the output of the pass gate **126** and a fixed voltage such as ground, and an output node com-

prising the common connection between the capacitor **124** and the output of the pass gate **126**. In a typical embodiment, capacitor **124** will have a capacitance of about 10 pF.

As will be appreciated by persons of ordinary skill in the art, the switched capacitor filter circuit **48** is in part a sample/hold circuit and has a filter time constant which is K times the period of sample, where K is the ratio of capacitor **124** to the sum of capacitors **74** and **80** of the charge integrator circuit **44** of FIGS. 4a and 4b to which it is connected. The switched capacitor filter circuit **48** further reduces noise injection in the system. In the preferred embodiment, K=10/2=5. Those of ordinary skill in the art will recognize that other types of filter circuits, such as RC filters, may be employed in the present invention.

Referring now to FIG. 7, a more detailed block diagram of a presently preferred arrangement of A/D converters **52** of FIG. 3 is presented. There are fewer A/D converters **52** than there are lines in the touch sensor array **22**, and the inputs to the A/D converters **52** are multiplexed to share each of the individual A/D converters **52** among several lines in the touch sensor array **22**. The arrangement in FIG. 7 is more efficient in the use of integrated circuit layout area than providing individual A/D converters **52** for each input line.

In the embodiment illustrated in FIG. 7, twenty-four conductive line traces are assumed for the touch sensor array **22** of FIGS. 2a–2d. As shown in FIG. 7, the outputs of sample/hold circuits **50**-1 through **50**-24 are fed to the analog data inputs of analog multiplexer **130**. Analog multiplexer **130** has six outputs, each of which drives the input of an individual A/D converter **52**-1 through **52**-6. The internal arrangement of analog multiplexer **130** is such that four different ones of the inputs are multiplexed to each of the outputs. Analog multiplexer **130** has been conceptually drawn as six internal multiplexer blocks **132**-1 through **132**-6.

In the example shown in FIG. 7, inputs taken from sample/hold circuits **50**-1 through **50**-4 are multiplexed to the output of internal multiplexer block **132**-1 which drives A/D converter **52**-1. Similarly, inputs taken from sample/ hold circuits **50**-5 through **50**-8 are multiplexed to the output of internal multiplexer block **132**-2 which drives A/D converter **52**-2; inputs taken from sample/hold circuits **50**-9 through **50**-12 are multiplexed to the output of internal multiplexer block **132**-3 which drives A/D converter **52**-3; inputs taken from sample/hold circuits **50**-13 through **50**-16 are multiplexed to the output of internal multiplexer block **132**-4 which drives A/D converter **52**-4; inputs taken from sample/hold circuits **50**-17 through **50**-20 are multiplexed to the output of internal multiplexer block **132**-5 which drives A/D converter **52**-5; and inputs taken from sample/hold circuits **50**-21 through **50**-24 are multiplexed to the output of internal multiplexer block **132**-6 which drives A/D converter **52**-6.

Analog multiplexer **130** has a set of control inputs schematically represented by bus **134**. In the illustrative embodiment shown in FIG. 7, each of internal multiplexers **132**-1 through **132**-6 are four-input multiplexers and thus control bus **134** may comprise a two-bit bus for a one-of-four selection. Those of ordinary skill in the art will recognize that the arrangement of FIG. 7 is merely one of a number of specific solutions to the task of A/D conversion from twenty-four channels, and that other satisfactory equivalent arrangements are possible.

In a straightforward decoding scheme:, multiplexers **132**-1 through **132**-6 will pass, in sequence, the analog voltages present on their first through fourth inputs on to the

5,543,591

19

inputs of A/D converters 52-1 through 52.-6 respectively. After the analog values have settled in the inputs of A/D converters 52-1 through 52-6, a CONVERT command is asserted on common A/D control line 136 to begin the A/D conversion process.

When the A/D conversion process is complete, the digital value representing the input voltage is stored in registers 138-1 through 138-6. As presently preferred, registers 138-1 through 138-6 may each comprise a two-word register, so that one word may be read out of the registers 138-1 through 138-6 to arithmetic unit 16 while a second word is being written into the registers 138-1 through 138-6 in order to maximize the speed of the system. The design of such registers 138-1 through 138-6 is conventional in the art.

Referring now to FIG. 8, a more detailed block diagram of the arithmetic unit 16 is presented. Those of ordinary skill in the art will appreciate that arithmetic unit 16 processes information from both the X and Y dimensions, i.e., from X input processing circuit 12 and Y input processing circuit 14 of FIG. 1.

Before disclosing the structural configuration of arithmetic unit 16, it is helpful to understand the preferred method by which the centroid position of an object proximate to touch sensor array 22 is determined according to the present invention.

According to a presently preferred embodiment of the invention, the object position in either direction may be determined by evaluating the weighted average of the capacitances measured on the individual sense line of the touch sensor array 22. In the following discussion, the X direction is used, but those of ordinary skill in the art will recognize that the discussion applies to the determination of the weighted average in the Y direction as well. As is well known, the weighted average may be determined as follows:

$$X \text{ position} = \frac{\sum\limits_{i=0}^{n} iX\Delta C_i}{\sum\limits_{i=0}^{n} \Delta C_i} \qquad \text{[Eq. 1]}$$

where $\Delta C_i = C_i - CO_i$. $C_i$ is the capacitance presently being measured on the ith trace and $CO_i$ is the value measured on that same trace at some past time when no object was present. In terms of these past and present capacitance measurements, the position can be expressed as:

$$X \text{position} = \frac{\sum\limits_{i=0}^{n} iX(C_i - CO_i)}{\sum\limits_{i=0}^{n} (C_i - CO_i)} \qquad \text{[Eq. 2]}$$

Using the distributive property of multiplication over addition, this expression is seen to be equivalent to:

$$X \text{position} = \frac{-\sum\limits_{i=0}^{n} (iXCO_i) + \sum\limits_{i=0}^{n} (iXC_i)}{-\sum\limits_{i=0}^{n} (CO_i) + \sum\limits_{i=0}^{n} (C_i)} \qquad \text{[Eq. 3]}$$

where the negative terms in both the numerator and denominator are offsets and represent the background value of the capacitances with no object present. If the term $O_N$ is used to represent the numerator offset and the term $O_D$ is used to represent the denominator offset, Eq. 3 may be re-written as:

$$X \text{position} = \frac{-O_N + \sum\limits_{i=0}^{n} (iXC_i)}{-O_D + \sum\limits_{i=0}^{n} (C_i)} \qquad \text{[Eq. 4]}$$

Referring now to FIG. 8, it may be seen that arithmetic unit 16 includes X numerator and denominator accumulators

20

150 and 152 and Y numerator and denominator accumulators 154 and 156. The source of operand data for X numerator and denominator accumulators 150 and 152 and Y numerator and denominator accumulators 154 and 156 are the registers 138-1 through 138-6 in each (X and Y) direction of the touch sensor array 22 of FIG. 1. The X and Y denominator accumulators 152 and 156 sum up the digital results from the A/D conversions. The X and Y numerator accumulators 150 and 154 compute the weighted sum of the input data rather than the straight sum. X and Y numerator and denominator accumulators 150, 152, 154, and 156 may be configured as hardware elements or as software running on a microprocessor as will be readily understood by those of ordinary skill in the art.

As may be seen from an examination of FIG. 8, X and Y numerator accumulators 150 and 154 compute the expression of Eq. 4:

$$\sum\limits_{i=0}^{n} iXC_i \qquad \text{[Eq. 5]}$$

and X and Y denominator accumulators 152 and 156 compute the expression of Eq. 4:

$$\sum\limits_{i=0}^{n} C_i \qquad \text{[Eq. 6]}$$

The contents of X and Y numerator and denominator offset registers 158, 160, 162, and 164 are subtracted from the results stored in the X and Y numerator and denominator accumulators 150, 152, 154, and 156 in adders 166, 168, 170, and 172. Adder 166 subtracts the offset $O_{NX}$ stored in X numerator offset register 158. Adder 168 subtracts the offset $O_{DX}$ stored in X denominator offset register 160. Adder 170 subtracts the offset $O_{NY}$ stored in Y numerator offset register 162. Adder 172 subtracts the offset $O_{DY}$ stored in Y denominator offset register 164. The numerator denominator pairs are divided by division blocks 174 and 176 to produce the X and Y position data, and the X and Y denominator pair is used by block 178 to produce Z axis (pressure) data. The function performed by block 178 will be disclosed later herein. The offsets $O_{DX}$, $O_{NX}$, $O_{DY}$, and $O_{NY}$ are sampled from the contents of X and Y numerator and denominator accumulator 150,152, 154, and 156 when directed by calibration unit 180.

Persons of ordinary skill in the art will readily appreciate that the architecture of the system of the present invention may be distributed in a number of ways, several of which involve the availability of a microprocessor, whether it be in a host computer to which the system of the present invention is connected or somewhere between the integrated circuit described herein and a host computer. Embodiments of the present invention are contemplated wherein the accumulated numerator and denominator values representing the summation terms are delivered to such a microprocessor along with the $O_N$ and $O_D$ offset values for processing, or where all processing is accomplished by a programmed microprocessor as is known in the art.

Initially, the X and Y numerator and denominator accumulators 150, 152, 154, and 156 are set to zero during system startup. If the multiplexed A/D converters 52-1 through 52-6 as shown in FIG. 7 are employed, the digitized voltage data in the first word of register 138-1 (representing the voltage at the output of sample/hold circuit 50-1) is added to the sum in the accumulator and the result stored in the accumulator. In succession, the digitized voltage values stored in the first word of registers 138-2 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-5, 50-9, 50-13, 50-17, and 50-21, respectively) are added to the sums in the accumulators and the results

5,543,591

21

stored in the accumulators. As previously mentioned, A/D converters 52-1 through 52-6 may at this time be converting the voltages present at the outputs of sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22 and storing the digitized values in the second words of registers 138-1 through 138-6 respectively.

Next, in succession, the digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of-sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22, respectively) are added to the sum in the accumulator and the result stored in the accumulator.

Next, in succession, the digitized voltage values stored in the first words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-3, 50-7, 50-11, 50-15, 50-19, and 50-23, respectively) are added to the sum in the accumulator and the result stored in the accumulator, followed by digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-4, 50-8, 50-12, 50-16, 50-20, and 50-24, respectively).

At this point in time, the accumulators hold the sums of all of the individual digitized voltage values. The digital values stored in the $O_N$ and $O_D$ offset registers 158, 160, 162, and 164 are now respectively subtracted from the values stored in the numerator and denominator accumulators. The division operation in dividers 174 and 176 then completes the weighted average computation.

The division operation may also be performed by an external microprocessor which can fetch the values stored in the accumulators or perform the accumulations itself. As the $O_N$ and $O_D$ offset values are presently derived by an external microprocessor, the additional processing overhead presented to such external microprocessor by this division operation is minimal. Alternately, a dedicated microprocessor may be included on chip to handle these processing tasks without departing from the invention disclosed herein.

The above disclosed processing takes place within about 1 millisecond and may be repeatedly performed. Current mouse standards update position information 40 times per second, and thus the apparatus of the present invention may easily be operated at this repetition rate.

Because of the nature of the method employed in the present invention, an opportunity exists to provide additional noise immunity without requiring additional hardware in the system of the present invention. While it is apparent that after the above-disclosed sequence has been performed, the accumulators may be cleared and the process repeated, the values may also be allowed to remain in the accumulators. If this is done, an averaging function may be implemented to further filter out noise. According to this aspect of the invention, a number of samples are taken and run through the accumulators without clearing them at the end of the processing sequence. As presently preferred, twenty-five samples are processed before a single division result is taken for use by the system, thus greatly reducing the effects of transient system noise spikes. Those of ordinary skill in the art will recognize that the number of samples taken prior to clearing the accumulators is a matter of design choice dictated by factors such as data acquisition rates, data processing rates etc.

It is preferable to provide additional filtering of the X and Y position data produced by division blocks 174 and 176 of the arithmetic unit 16 of FIG. 8. The filtering preferably occurs in between arithmetic unit 16 and motion and gesture units 18 and 20 of FIG. 1. The X and Y coordinates are

22

separately filtered as independent numbers. Each filter is an averaging register computing a "running average" as is well-known in the art. When the finger's presence is first detected, the filter register is initialized with the current quotient. In subsequent samples, the new quotient is averaged with the filter register value to produce a new filter register value. In the presently preferred embodiment, the values are equally weighted in the average, though different weightings can be used to provide stronger or weaker filtering. The sequence of values in the filter register serve as the X and Y coordinates used by the motion and gesture units 18 and 20 of FIG. 1.

The system of the present invention is adaptable to changing conditions, such as component aging, changing capacitance due to humidity, and contamination of the touch surface, etc. In addition, the present invention effectively minimizes ambient noise. According to the present invention, these effects are taken into consideration in three ways. First, the offset values $O_N$ and $O_D$ are dynamically updated to accommodate changing conditions. Second, a servo-feedback circuit is provided to determine the bias voltage used to set the bias of the charge-integrator circuits 44-1 through 44-n. Third, as previously disclosed herein, the reference voltage points for $V_{max}$ and $V_{min}$ of the A/D converters 52 are also dynamically altered to increase the signal to noise margin.

Referring now to FIG. 9, a block diagram of a calibration unit 180 which may be used with the arithmetic unit of FIG. 8 is presented. The calibration unit 16 180 executes an algorithm to establish the numerator and denominator offset values by attempting to determine when no finger or other conductive object is proximate to the touch sensor array 22.

As previously disclosed, the $O_N$ and $O_D$ offset values represent the baseline values of the array capacitances with no object present. These values are also updated according to the present invention since baseline levels which are too low or too high have the effect of shifting the apparent position of the object depending on the sign of the error. These values are established by selection of the values read when no object is present at the touch sensor array 22. Since there is no external way to "know" when no object is present at touch sensor array 22, an algorithm according to another aspect of the present invention is used to establish and dynamically update these offset values. When the calibration unit 180 sees a Z value which appears typical of the Z values when no finger is present, it instructs the offset registers (158, 160, 162, and 164 of FIG. 8) to reload from the current values of the X and Y numerator and denominator accumulators 150,152, 154, and 156. According to a presently preferred embodiment of the invention, the decision to update the offset values is based on the behavior of the touch sensor array 22 in only one of the X or Y directions, but when the decision is made all four offsets ($O_{NX}$, $O_{DX}$, $O_{NY}$, and $O_{DY}$) are updated. In other embodiments of the invention, the decision to update may be individually made for each direction according to the criteria set forth herein.

The calibration algorithm works by monitoring changes in a selected one of the denominator accumulator values. According to the present invention, it has been observed that the sensitivity to changes in capacitance of one of the sets of conductive lines in the touch sensor array 22 is greater than the sensitivity to changes in capacitance of the other one of the sets of conductive lines in the touch sensor array 22. Experience suggests that the set of conductive lines having the greater sensitivity to capacitance changes is the one which is physically located above the set of conductive lines in the other direction and therefore closest to the touch

5,543,591

23                                                    24

surface of the touch sensor array **22**. The upper set of conductive lines tends to partially shield the lower set of conductive lines from capacitive changes occurring above the surface of the touch sensor array **22**.

The finger pressure is obtained by summing the capacitances measured on the sense lines. This value is already present in the denominator accumulator after subtracting the offset $O_D$. A finger is present if the pressure exceeds a suitable threshold value. This threshold may be chosen experimentally and is a function of surface material and circuit timing. The threshold may be adjusted to suit the tastes of the individual user.

The pressure reported by the device is a simple function $f(X_D, Y_D)$ of the denominators for the X and Y directions as implemented in block **178** of FIG. **8**. Possible functions include choosing one preferred denominator value, or summing the denominators. In a presently preferred embodiment, the smaller of the two denominators is chosen. This choice has the desirable effect of causing the pressure to go below the threshold if the finger moves slightly off the edge of the pad, where the X sensors are producing valid data, but the Y sensors are not, or vise versa. This acts as an electronic bezel which can take; the place of a mechanical bezel at the periphery of the sensor area.

In the example of FIG. **8**, the Y denominator is chosen for monitoring because it is the most sensitive. The chosen denominator is referred to as Z for the purposes of the calibration algorithm. The current saved offset value for this denominator is referred to as $O_Z$.

The goal of the calibration algorithm is to track gradual variations in the resting Z level while making sure not to calibrate to the finger, nor to calibrate to instantaneous spikes arising from noise. As will be apparent to those of ordinary skill in the art from the following disclosure, the calibration algorithm could be implemented in digital or analog hardware, or in software. In a current embodiment actually tested by the inventors, it is implemented in software.

As Z values arrive in the calibration unit **180**, they are passed through filter **182**. History buffer **184**, which operates in conjunction with filter **182**, keeps a "running average" of recent Z values. When a new Z value arrives, the current running average $F_Z$ is updated according to the formula:

$$\text{new } F_Z = \alpha(\text{old } F_Z) + (1-\alpha)Z \qquad \text{[Eq. 7]}$$

where $\alpha$ is a constant factor between 0 and 1 and typically close to 1 and Z is the current Z value. In the preferred embodiment, alpha is approximately 0.95. The intention is for $F_Z$ to change slowly enough to follow gradual variations, without being greatly affected by short perturbations in Z.

The filter **182** receives a signal ENABLE from control unit **186**. The running average $F_Z$ is updated based on new Z values only when ENABLE is asserted. If ENABLE is deasserted, $F_Z$ remains constant and is unaffected by current Z.

The history buffer **184** records the several most recent values of $F_Z$. In the present embodiment, the history buffer **184** records the two previous $F_Z$ values. The history buffer **184** might be implemented as a shift register, circular queue, or analog delay line. When the history buffer **184** receives a REWIND signal from control unit **186**, it restores the current running average $F_Z$ to the oldest saved value. It is as if the filter **182** were "retroactively" disabled for an amount of time corresponding to the depth of the history buffer **184**. The purpose of the history buffer **184** is to permit such retroactive disabling.

The current running average $F_Z$ is compared against the current Z value and the current offset $O_Z$ by absolute difference units **188** and **190**, and comparator **192**. Absolute difference unit **188** subtracts the values Z and $F_Z$ and outputs the absolute value of their difference. Absolute difference unit **190** subtracts the values $O_Z$ and $F_Z$ and outputs the absolute value of their difference. Comparator **192** asserts the UPDATE signal if the output of absolute difference unit **188** is less than the output of absolute difference unit **190**, i.e., if $F_Z$ is closer to Z than it is to $O_Z$. The UPDATE signal will tend to be asserted when the mean value of Z shifts to a new resting level. It will tend not to be asserted when Z makes a brief excursion away from its normal resting level. The filter constant $\alpha$ determines the length of an excursion which will be considered "brief" for this purpose.

Subtractor unit **194** is a simple, subtractor that computes the signed difference between Z and $O_Z$. This subtractor is actually redundant with subtractor **172** in FIG. **8**, and so may be merged with it in the actual implementation. The output $C_Z$ of this subtractor is the calibrated Z value, an estimate of the finger pressure. This pressure value is compared against a positive and negative Z threshold by comparators **196** and **198**. These thresholds are shown as $Z_{TH}$ and $-Z_{TH}$, although they are not actually required to be equal in magnitude.

If pressure signal $C_Z$ is greater than $Z_{TH}$, the signal FINGER is asserted indicating the possible presence of a finger. The $Z_{TH}$ threshold used by the calibration unit **180** is similar to that used by the rest of the system to detect the presence of the finger, or it may have a different value. In the present embodiment, the calibration $Z_{TH}$ is set somewhat lower than the main $Z_{TH}$ to ensure that the calibration unit **180** makes a conservative choice about the presence of a finger.

If pressure signal $C_Z$ is less than $-Z_{TH}$, the signal FORCE is asserted. Since $O_Z$ is meant to be equal to the resting value of Z with no finger present, and a finger can only increase the sensor capacitance and thus the value of Z, a largely negative $C_Z$ implies that the device must have incorrectly calibrated itself to a finger, which has just been removed. Calibration logic **200** uses this fact to force a recalibration now that the finger is no longer present.

Control logic unit **186** is responsible for preventing running average $F_Z$ from being influenced by Z values that occur when a finger is present. Output ENABLE is generally off when the FINGER signal is true, and on when the FINGER signal is false. However, when FINGER transitions from false to true, the control unit **186** also pulses the REWIND signal. When FINGER transitions from true to false, the control unit **186** waits a short amount of time (comparable to the depth of the history buffer **184**) before asserting ENABLE. Thus, the running average is prevented from following Z whenever a finger is present, as well as for a short time before and after the finger is present.

Calibration logic **200** produces signal RECAL from the outputs of the three comparators **192**, **196**, and **198**. When RECAL is asserted, the offset registers $O_N$ and $O_D$ will be reloaded from the current accumulator values. RECAL is produced from the following logic equation:

$$\text{RECAL} = \text{FORCE or (UPDATE and not FINGER).} \qquad \text{[Eq. 8]}$$

In addition, calibration logic **200** arranges to assert RECAL once when the system is first initialized, possibly after a brief period to wait for the charge integrators and other circuits to stabilize.

From the descriptions of control unit **186** and calibration logic **200**, it will be apparent to those of ordinary skill in the

5,543,591

25

art that these blocks can be readily configured using conventional logic as a matter of simple and routine logic design.

It should be obvious to any person of ordinary skill in the art that the calibration algorithm described is not specific to the particular system of charge integrators and accumulators of the current invention. Rather, it could be employed in any touch sensor which produces proximity or pressure data in which it is desired to maintain a calibration point reflecting the state of the sensor when no finger or spurious noise is present.

Referring now to FIG. 10, a bias voltage generating circuit 46 useful in the present invention is shown in schematic diagram form. According to a presently preferred embodiment of the invention, all of the N-channel MOS bias transistors 108 (FIG. 4b) of charge integrator circuits 44-1 through 44-n have their gates connected to a single source of bias voltage, although persons of ordinary skill in the art recognize that other arrangements are possible. There are a number of ways in which to generate the bias voltage required by charge integrator circuits 44-1 through 44-n.

As may be seen from an examination of FIG. 10, the bias voltage generating circuit 46 is an overdamped servo system. A reference source which approximates the current source function of a typical one of the charge integrator circuits 44-1 through 44-n includes a capacitor 202 having one of its plates grounded. The other one of its plates is connected to the $V_{DD}$ power supply through a first pass gate 204 and to a current source transistor 206 through a second passgate 208. A filter circuit 210, identical to the filter circuits 48-1 through 48-n and controlled by the same signal as filter circuits 48-1 through 48-n is connected to sample the voltage on capacitor 202 in the same manner that the filter-and-sample/hold circuits 48-1 through 48-n sample the voltages on the sensor conductor capacitances in the touch sensor array 22.

The output of filter circuit 210 is fed to the non-inverting input of a weak transconductance amplifier 212, having a bias current in the range of from about 0.1–0.2 μA. The inverting input of the transconductance amplifier 212 is connected to a fixed voltage of about 1 volt generated, for example, by diode 214 and resistor 216. The output of transconductance amplifier 212 is shunted by capacitor 218 and also by capacitor 220 through passgate 222. Capacitor 220 is chosen to be much larger than capacitor 218. In a typical embodiment of the present invention, capacitor 218 may be about 0.2 pF and capacitor 220 may be about 10 pF.

Capacitor 220 is connected to the gate of N-Channel MOS transistor 224, which has its drain connected to the drain and gate of P-Channel MOS transistor 226 and its source connected to the drain and gate of N-Channel MOS transistor 228. The source of P-Channel MOS transistor 226 is connected to $V_{DD}$ and the source of N-Channel MOS transistor 228 is connected to ground. The common drain connection of transistors 224 and 228 is the bias voltage output node.

An optional passgate 230 may be connected between a fixed voltage source (e.g., about 2 volts) and capacitor 220. Passgate 230 may be used to initialize the bias generating circuit 46 on startup by charging capacitor 220 to the fixed voltage.

During each sample period, the filter circuit 210 takes a new sample. If the new sample differs from the previous sample, the output voltage of transconductance amplifier 212 will change and start to charge or discharge capacitor 218 to a new voltage. Passgate 222 is switched on for a short time (i.e., about 1 μsec) and the voltages on capacitors 218 and 220 try to average themselves. Due to the large size

26

difference between capacitors 218 and 220, capacitor 218 cannot supply enough charge to equalize the voltage during the period when passgate 222 is open. This arrangement prevents large changes in bias voltage from cycle to cycle.

Capacitor 202 should look as much as possible like one of the sensor array lines and has a value equal to the background capacitance of a typical sensor line, (i.e., with no object proximate or present capacitance component). Capacitor 202 may be formed in several ways. Capacitor 202 may comprise an extra sensor line in a part of the sensor array, configured to approximate one of the active sensor lines but shielded from finger capacitance by a ground plane, etc. Alternately, capacitor 202 may be a capacitor formed in the integrated circuit or connected thereto and having a value selected to match that of a typical sensor line. In this respect, the signal source comprising capacitor 202 and filter circuit 210 is somewhat like the circuitry for generating the $V_{max}$ and $V_{min}$ reference voltages, in that it mimics a typical sensor line.

As another alternative, one of the actual sensor lines may be employed to set the bias voltage. The measured voltage on the two end-point sensor lines may be compared and the one having the lowest value may be selected on the theory that, if a finger or other object is proximate to the sensor array, it will not be present at sensor lines located at the opposite edges of the array.

According to another aspect of the present invention, an "edge motion" feature may be implemented when the object position sensor of the present invention is used as a computer cursor control device in place of a mouse. A practical problem arises in the use of computer mice or other cursor control devices when an attempt is made to move an object over a large distance on a computer screen. This problem is encountered when a small mouse pad is used with a computer mouse, or when an object position sensor of the kind described herein has a small touch sensor area.

In touch sensor applications, this problem is especially acute during a "drag" gesture. If the user lifts the finger to begin a second stroke, the drag effect ends prematurely on the screen. The edge motion feature of the present invention helps to eliminate the need to use "rowing," or multiple strokes of the finger to move a large distance on the screen.

A prior solution to the long-distance drag problem has been to provide an acceleration feature, i.e., a "ballistic" curve, where the gain varies as a function of finger speed, allowing the user to move long distances, albeit clumsily, using a repeated finger swishing motion. This technique can be used with any variable-speed pointing device, for example, with a mouse on a mouse pad of limited size. Typical mouse driver software includes an adjustable acceleration feature (sometimes under a misleading name like "mouse speed").

According to a presently preferred embodiment of the invention, the edge motion feature of the object position sensor is implemented by motion unit 18 of FIG. 1 and works by defining two zones in the sensing plane 10 containing the touch sensor array 22. As shown in FIG. 11, the sensing plane 10 is preferably divided into an inner zone 240 comprising most of the central portion of the surface of sensing plane 10 and an outer zone 242, typically comprising a thin marginal area at the periphery of the sensor array. The center of the sensing plane 10 may be described as the origin ($X_{center}$, $Y_{center}$) in a cartesian coordinate system. Those of ordinary skill in the art will recognize however that the inner and outer zones could be of any shape.

Thus in FIG. 11, inner zone 240 is defined by the upper dashed line $Y_0$, right-hand dashed line $X_0$, lower dashed line

5,543,591

27 | 28

−$Y_0$ and left-hand dashed line −$X_0$. Outer zone 242 is the region between the outer edges of the sensing plane 10 defined by $Y_{max}$, −$Y_{max}$, $X_{max}$ and −$X_{max}$ and the outer borders of inner zone 240 defined by $Y_0$, $X_0$, −$Y_0$, and −$X_0$.

According to this aspect of the present invention, finger motions in the inner zone 240 are translated in the standard fashion into motion events to be sent to the host computer. As is well understood in the art, the standard way to communicate mouse motion to a host computer may also be employed in the present invention to communicate finger motion to a host computer. After the finger position is established as disclosed herein, the information communicated to the host computer is:

$$\Delta X = A(X_{cur} - X_{old}) \qquad \text{[Eq. 9]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) \qquad \text{[Eq. 10]}$$

where $\Delta X$ is the change in the X position of the finger, $\Delta Y$ is the change in the Y position of the finger, $X_{cur}$ is the current X position of the finger and $X_{old}$ is the last reported X position of the finger, $Y_{cur}$ is the current Y position of the finger and $Y_{old}$ is the last reported Y position of the finger, and A is a "gain factor" which is commonly encountered in mouse cursor control applications.

Typically, the host computer takes ($\Delta X, \Delta Y$) events and moves the cursor by the indicated amount in each axis, thus reconstructing the finger position on the screen as the successive $\Delta X$ and $\Delta Y$ values are accumulated. So far, this is standard cursor control behavior where edge motion is not considered.

According to the present invention, when the finger is reported as being in the outer zone 242, the edge motion feature of the present invention may be enabled. The determination of whether the finger is in the outer zone is a simple determination:

$$[-X_0 < X_{cur} < X_0] \text{ is FALSE, OR } [-Y_0 < Y_{cur} < Y_0] \text{ is FALSE} \quad \text{[Eq. 11]}$$

Referring now to FIG. 12, a circuit 244 for making a determination of whether a finger is in the outer zone 242 is shown in schematic diagram form. FIG. 12 illustrates a hardware embodiment for determining whether a finger is in the outer zone 242, but those of ordinary skill in the art will readily recognize that this determination could readily be made by performing one of a number of equivalent software routines. Such software routines are obvious and straightforward from the functions described herein.

Circuit 244 includes digital comparators 246, 248, 250, and 252, which may be straightforwardly implemented by conventional logic. Comparator 246 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator 248 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity −$X_0$ presented to its other input. Comparator 250 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator 252 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity −$Y_0$ presented to its other input.

The outputs of comparators 246, 248, 250, and 252 are ORed together by OR gate 254. As will be appreciated by those of ordinary skill in the art, the FingerOuter signal output of OR gate 254 is true only when the necessary conditions of Eq. 11 are satisfied.

It is presently preferred that the edge motion aspect of the present invention may be selectively enabled or disabled by a user. When the edge motion feature is enabled and the finger is reported as being in the outer zone as set forth above, a second component is added to the ($\Delta X, \Delta Y$) events reported:

$$\Delta X = A(X_{cur} - X_{old}) + S(X_{cur} - X_{center}) \qquad \text{[Eq. 12]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) + S(Y_{cur} - Y_{center}) \qquad \text{[Eq. 13]}$$

where $X_{center}$ is the X coordinate of the center of the pad, $Y_{center}$ is the Y coordinate of the center of the pad, and S is a multiplicative factor for speed. S should be chosen such that the movement of the cursor is at a comfortable speed on the display screen.

For example, if the finger is held a good distance to the right (so that $X_{cur} > X_0$), then the cursor will tend to "glide" to the right at a constant speed set by multiplicative speed factor S in Eqs. 12 and 13. This factor can be adjusted to individual tastes of a user.

If the touch sensor array 22 has different dimensions in X and Y, it is useful to set the multiplicative speed factor S parameters in the X and Y directions to differ by the same ratio as the pad dimensions, so that a finger held at the left or right edge of the touch sensor array 22 will produce the same cursor speed as a finger held at the top or bottom edge. In the presently preferred embodiment of the touch sensor array 22, there are 24 X traces and 18 Y traces. Therefore, since X is 4/3 wider than Y (24 traces vs. 18 traces), the X multiplicative speed factor $S_X$ is set to be to be ¾ as large as the multiplicative speed factor $S_Y$.

The glide speed of the cursor during edge motion is clearly a direct function of the distance of the finger from the center of the pad, and the glide direction is equal to the direction of the finger from the center. If the outer zone has the preferred "edge margin" shape as shown in FIG. 11, then the finger will always be roughly the same distance from the center whenever edge motion is activated (within a factor of the square root of 2=1.41, assuming a square pad). Thus, the psychological effect is that edge motion involves a constant glide speed where the direction is set by the position around the touch sensor array 22 edge.

The square root of 2 variation may be canceled out by dividing the edge motion terms in equations (12 and 13) by a normalizing factor of the form:

$$\sqrt{(X_{cur} - X_{center})^2 + (Y_{cur} - Y_{center})^2} \qquad \text{[Eq. 14]}$$

but this is a computationally intensive, step applied to fix a problem that is barely noticeable to the average user; thus, it may be omitted.

The edge motion feature of the present invention can be confusing if the user does not expect it. Since edge motion is most useful in connection with the drag gesture, it is presently preferred to arrange for it to occur only during a drag, i.e., only when the gesture logic is virtually "holding the mouse button down." The drag gesture and other gestures are implemented lay gesture unit 20 of FIG. 1.

At times when the edge-motion function is not desired, the outer zone 242 "goes away" (i.e., is ignored) and the inner zone 240 effectively expands to cover the entire sensing plane 10. It has been found that this is much less confusing in practice, probably because the user is more likely to be consciously aware of the cursor control device during a drag gesture than during simple cursor motions.

Assuming the preferred zone boundary shape of FIG. 11, the following algorithm may be employed to implement the edge motion feature of the present invention:

5,543,591

29

IF NOT $(-X_0 < X_{cur} < X_0$ AND $-Y_0 < Y_{cur} < Y_0)$
    AND (optionally) a drag gesture in progress, THEN Let
    $eX = S_X (X_{cur} - X_{center})$ Let $eY = S_Y (Y_{cur} - Y_{center})$
ELSE
    Let $eX = eY = 0$.
END IF

Next, the dX and dY motion terms are computed from the regular algorithm: i.e., Let $dX = A(X_{cur} - X_{old})$ Let $dY = A(Y_{cur} - Y_{old})$

Finally, the resultant packet ($\Delta X = dX + eX$, $\Delta Y = dY + eY$) is transmitted to the host computer. Those of ordinary skill in the art will recognize that a linear proportionality is described by the above equation. As used herein, "proportionality" means that the signal generated is a monotonic function. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein.

A hardware implementation of this algorithm is illustrated in FIG. 13 in schematic diagram form. While edge-motion circuit 256 is shown implemented in the X direction only, those of ordinary skill in the art will recognize that an identical circuit will also be employed in the Y direction. Such skilled persons will also immediately appreciate the complete equivalence of implementing the hardware solution of FIG. 13 as a software routine.

Edge-motion circuit 256 includes a subtractor circuit 258 in which the previous value of $X_{cur}$, stored in delay 260, is subtracted from the present value of $X_{cur}$. The output of subtractor circuit 258 is presented to multiplier 262, which multiplies the result by the gain factor "A". The output of multiplier 262 is the term dX.

The term $X_{cur}$ is also presented to subtractor circuit 264 in which the value of $X_{center}$ is subtracted from the present value of $X_{cur}$. The output of subtractor circuit 264 is presented to multiplier 266, which multiplies the result by the gain factor "S".

A two-input AND gate 268 has its input terms the value FingerOuter from the circuit of FIG. 12 and the value MotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both FingerOuter and MotionEnable are true, switch 270 is configured to pass the output of multiplier 266 to adder circuit 272. If either FingerOuter or MotionEnable is false, then switch 270 is configured to pass the value zero to adder 272. The output of switch 270 is the eX term. The output of adder 272 is passed to the host computer as $\Delta X$. The MotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

In an alternate form, the dX term may be replaced by the eX term, and likewise for dY and eY, when the finger is in the "outer" zone, rather than adding the two terms in that zone. This results in a more "pure" edge motion which is harder for the user to guide. User tests have shown that the dX+eX form above from feels better and is easier to use.

Another alternative which is functional but has been found to be less desirable employs a somewhat wider outer zone. The glide speed is then varied in proportion to the distance of the finger into the outer zone rather than the distance from the center of the pad. Thus, as the finger enters the outer zone the glide speed starts at zero and increases to some reasonable limit as the finger reaches the edge of the pad. The result is a smoother transition between edge-motion and normal behavior. It is not difficult to modify the

30

above formulas to produce this alternate behavior. This variant was tried by the inventors because tile transition into edge-motion mode seemed too abrupt; tests showed that this abruptness is actually a boon in typical use. The smooth transition is harder to "feel", and thus winds up being more, not less, likely to catch the user by surprise. Those of ordinary skill in the art will appreciate that a solution midway between the two described methods can also be employed to produce a less abrupt transition.

An alternate solution to the long-distance drag problem has been to provide a "locking" drag, as will be disclosed herein.

The edge motion feature of the present invention is used advantageously with one or more finger gestures which may be performed by a user on the touch sensor array 22 and are recognized by the system. Of particular interest are the basic tap and drag gestures. The tap gesture is analogous to the clicking of the mouse button on a conventional mouse, and the concept of dragging objects is familiar to all mouse users.

Pointing devices such as mice typically include one or more mouse buttons. The user can point and click a button to select an object on the screen, or hold the button down and move the mouse to drag an object around the screen. Touch sensor pointing devices can offer "gestures," which are special finger motions that simulate mouse button actions without the need for physical switches. (Since gestures may be difficult for novices or users with disabilities, it is preferable to provide physical switches as well.) In the following discussion, the word "finger" should be interpreted as including a stylus or other conductive object as previously described.

Referring back to FIG. 1, according to another aspect of the present invention, gesture unit 20 examines the (X,Y,Z) data produced by arithmetic unit 16 to produce one or more "virtual mouse button" signals to be sent along with the ($\Delta X$, $\Delta Y$) signals to the host.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1. According to the present invention, gesture unit 20 of the present invention is capable of supporting a variety of gestures. Gesture unit 20 includes tap unit 280, zigzag unit 282, push unit 284, and button control unit 286.

Some number of physical switches may be supported by gesture unit 20. In the illustrative example of FIG. 14, two inputs A and B to button control unit 286 come from physical switches. Such switches may be mounted on the touchpad module itself or provided externally. Any number of switches may be provided, or none at all. The inputs A and B have two states, logic "0" and logic "1". Those of ordinary skill in the art will recognize that, instead of mechanical switches, the switch signals could be implemented by special touch sensors, operated by charge integrators similar to units 44 which feed into threshold comparators to form digital signals.

Tap unit 280, zigzag unit 282, and push unit 284 examine the sequence of (X,Y,Z) samples to look for various types of gestures. The outputs of all these units, plus the switch signals, are combined in button control unit 286 to produce the actual button-press signals sent to the host. In the illustrative example disclosed herein, the touchpad simulates a three-button (Left, Middle, Right) pointing device. The system of FIG. 14 could clearly be extended to support other gestures than those described here, or to support fewer gestures in the interest of simplicity.

Button control unit 286 can use any of several well-known methods for combining multiple signals. For example, a priority ordering can be established among the

5,543,591

**31**

various sources, or each button output (Left, Middle, and Right) can be asserted ("clicked", "pressed" or "held down") whenever any of the sources indicate that button. Any particular method of combining these signals is a routine design detail dependent on a particular system configuration which may be easily implemented by persons of ordinary skill in the art.

In a presently preferred embodiment, the button control unit **286** maps both switches and gestures to the most commonly used virtual buttons, giving maximum flexibility to the user. In an alternate embodiment, switches and gestures can be mapped to different virtual buttons so that a larger number of virtual buttons can be covered without resort to exotic gestures. Or, the user can be offered a choice of mappings.

It is well known in the art to allow extra button switches to be processed as specialized commands, such as double-clicking, selecting commonly used menu items, etc., instead of their normal role as mouse buttons. Similarly, the button control unit **286** or host software could map some of the gestures described here to software commands instead of simulating mouse buttons. Such processing and mapping is well within the realm of ordinary skill in the art.

The tap unit **280** decodes the most basic gestures, including taps, drags, hops, and tap zones. These gestures are illustrated as timing diagrams in FIGS. 15*a* through 15*e*. In each of FIGS. 15*a* through 15*e*, two signals are shown graphed against time; one is the analog "Z" (finger pressure) signal, the other is the digital "Out" (virtual button press) signal. The various relevant time spans are shown with labels ""t1" through "t21".

The basic "tap" gesture is a quick tap of the finger on the pad. Such a tap, of short duration and involving little or no X or Y finger motion during the tap, is presented to the host as a brief click of the mouse button. If a multi-button mouse is simulated, the tap gesture may simulate a click of the "primary" mouse button, or the button to be simulated may be user-selectable using a shift key, control panel, or other known means. Two taps in rapid succession are presented to the host as a double click of the button. In general, multiple taps translate into multiple clicks in the obvious and natural way.

Because it is impossible to tell whether a finger stroke will be a valid tap (as opposed to a cursor motion) while the finger is still down, the device of the presently preferred embodiment does not report a button click until the finger is lifted. This delay is not generally noticeable to the user since taps by definition are very brief strokes.

A small amount of motion may occur during the tap stroke, due to such factors as the natural deformation of the fingertip under pressure. This can cause the virtual click created by the tap gesture to select the wrong item or location on the screen. To avoid this, either the motion must be suppressed until the motion is great enough, or the duration long enough, to disqualify a tap, or the motion must be allowed but then retroactively cancelled out once the tap gesture is recognized. The latter solution is preferable, since even a small amount of suppressed motion is noticeable to the user.

According to the presently preferred embodiment of the invention, motion events are sent to the host as usual, and also recorded in a register or queue. When the tap gesture is recognized, a corresponding negative amount of motion is quickly replayed in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. The motion during the stroke may have been sent to the host in the form

**32**

of a sequence of several packets. For greatest precision, this sequence can be saved and replayed in reverse. However, if the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

The inputs considered by tap unit **280** are CurPos, the current (X,Y) finger position from the arithmetic unit; Z, the current pressure value; and CurTime, the current time in some suitable units of time (such as milliseconds or number of samples processed).

There are nine state variables used in tap unit **280**. TapState is NONE if there is no gesture in progress, TAP if there is a tap or drag gesture in progress, and LOCKED if there is a locking drag is progress. TapOkay is TRUE if a high enough Z value has been seen in the current stroke for the stroke to qualify as a tap. DownPos is the (X,Y) position at which the finger last touched down on the pad. DownTime is the time at which the finger last touched down. UpPos and UpTime record the position and time at which the finger last lifted from the pad. TapButton is one of LEFT, MIDDLE, or RIGHT, identifying whether the current gesture is simulating an action on the left, middle, or right virtual mouse button, respectively. Suppress is TRUE if the virtual buttons are being suppressed for a double click. Finally, Out represents the output of the tap unit, and is one of NONE, LEFT, MIDDLE, or RIGHT.

Several parameters are used to control the tap unit. TapTime is the maximum duration of a stroke to qualify as a tap gesture. DragTime is the maximum interval between the initial tap and the return of the finger to form a drag gesture. HopTime is the maximum lift time preceding a tap to qualify as a hop. TapRadius is the maximum amount of motion that can occur during a tap. DragRadius is the maximum distance between the initial tap and the return of the finger for a drag. HopDistance is the minimum distance moved to qualify for a hop. Zthresh is the minimum pressure (Z) to detect a finger. In the claims herein, steps reciting "detecting the presence" of a finger or other object (or other words to that effect) assume that a pressure greater than Zthresh has been detected. Finally, Ztap is the minimum Z to detect a tapping finger.

FIG. 15*a* shows the timing of a basic tap gesture. First, a successful tap is shown, followed by a finger stroke which is too long to qualify as a tap. In the first stroke, the finger is down for time "t1", which is less than TapTime. Also (not shown on FIG. 15*a*) the (X, Y) motion during time "t1" is less than TapRadius. Finally, the Z signal exceeds threshold Ztap for at least some part of the stroke. Thus, the stroke qualifies as a tap. The Out signal (lower trace of FIG. 15*a*) becomes true for a certain amount of time "t2", then becomes false. As will be discussed later, the amount of time "t2" is equal to DragTime. In the device described in the flowcharts to follow, the TapState variable will equal TAP for the entire interval "t2". As presently preferred, TapTime is about 400 msec, TapRadius is about 2% of the width of the sensor pad, and Ztap is slightly larger than Zthresh, whose value is adjustable by the user.

On the right half of FIG. 15*a*, the finger is held down for longer than the parameter TapTime, shown on the figure as "t3". Thus, it will not qualify as a tap gesture and no Out signal is generated from this stroke.

In the basic drag gesture, the user taps once, quickly brings the finger back in contact with the pad, then moves the finger in a desired direction in the XY plane of the pad.

5,543,591

33

The simulated mouse button is depressed at the beginning of the drag gesture and is released only when the finger is again lifted from the pad. Gesture logic arranges for the initial tap of the drag gesture to be merged into the extended drag rather than presenting the host with an additional distinct button click.

In a variation of the drag gesture, the above-described gesture begins a drag which continues even when the finger is lifted. The drag ends (i.e., the simulated mouse button is released) when the finger is again tapped on the sensor pad. This feature is known as "locking drag". Locking drag allows dragging over longer distances than can be covered by a single finger motion on a small pad, but it can be highly confusing if it is activated by mistake. The locking drag becomes a hidden mode, a well-known undesirable item in the study of user interfaces. Thus, in the preferred embodiment it is presented to the user as an option which is disabled by default. The "edge motion" feature described previously serves as an alternate way to accomplish long-distance drags.

The drag gesture is implemented as follows. When a tap is recognized, the virtual mouse button is depressed as previously described. However, the virtual mouse button is not released until the finger has remained away from the pad for a sufficient amount of time to disqualify as a drag gesture. This amount of time DragTime should be chosen to be long enough to allow for a comfortable drag gesture, but short enough so that the click arising from a tap gesture is still reasonably brief. As presently preferred, a time of about 200 msec is used.

As shown in FIG. 15$b$, the drag gesture begins with a tap as described above, of duration "t4" which is less than TapTime. The Out signal goes high in response to this tap. The finger remains away from the pad for a period "t5" which is less than DragTime, then it returns to the pad and remains for a time "t6" which is longer than TapTime. This qualifies the gesture as a drag. The Out signal remains high until the finger is finally released at time "t7". In the implementation of FIG. 15$b$, the time "t7" between the removal of the finger and the release of the virtual mouse button is zero; in other similar implementations this might be nonzero but small, e.g., equal to DragTime. Note that TapState will equal TAP for the entire interval from "t5" to "t7".

There are a number of alternatives which can be considered for the timing of DragTime. FIG. 15$a$ shows the interval "t2", which is also the upper limit on the interval "t6", as being exactly equal to the parameter DragTime. In one alternative, DragTime is measured relative to DownTime instead of UpTime, which is equivalent to saying that the intervals "t1" and "t2" ("t5" and "t6", respectively) must sum to DragTime. A consequence of this; method is that in the basic tap gesture, a longer, slower tap causes a briefer virtual button click. This contradiction makes this approach less satisfying to the user than the one shown in FIGS. 15$a$–$b$.

In a another alternative, DragTime is made proportional to the length of interval "t1" ("t5" respectively), so that a brief tap produces a brief virtual button click, and a longer tap (up to the limit TapTime) produces a longer click. This alternative gives the user more control over the simulated button click, but it makes the behavior depend on what the user may perceive as an insignificant feature of the tapping action.

FIG. 15$c$ shows the locking drag gesture. The locking drag begins with a standard drag gesture involving intervals "t8" through "t10". However, when the finger is raised, the Out signal remains high. (In the flowcharts, TapState will

34

change from TAP to LOCKED at this time.) The figure shows a second dragging stroke of a length longer than TapTime (shown as "t11") which does not end the locking drag, followed by another stroke of length "t12" less than TapTime. Since this last stroke qualifies as a tap, it ends the locking drag at time "t13". In the flowcharts, TapState changes back to TAP at this time; a regular tap is then processed, which continues to hold Out high for a time "t13" equal to DragTime as usual. A reasonable alternative implementation might end the drag after a different interval "t13", such as zero.

FIG. 15$d$ shows a double tap gesture. The double tap starts out indistinguishably from a drag gesture. However, the second stroke "t16" is shorter than TapTime, thus qualifying as a second tap instead of a drag. Regular tap processing causes Out to remain high for another interval "t18" of length DragTime; however, special double-tap handling shown in the flowcharts suppresses the virtual mouse button for a brief period "t17" after recognition of the tap. Thus, the host computer perceives two distinct clicks rather than the one long, run-together click that it would see without this special handling.

Other gestures may be used to simulate a multi-button mouse. In one such approach, the basic gestures are augmented by a "hop" gesture, in which the finger is lifted from its resting place in one location on the pad and tapped a substantial distance away from the resting place. If the distance is sufficiently great (HopDistance, typically a fraction of the width of the sensor pad; presently preferred to be about 25%) and the duration between the lift and the subsequent tap is less than a suitable threshold (HopTime, typically a fraction of a second; presently preferred to be about 0.5 sec.), then the click or drag gesture begun by the tap is simulated on a different mouse button. This different button may be a fixed "secondary" button, or it may be user-selectable by a control panel or other means, or it may be a function of the direction in which the finger hopped (e.g., to the left vs. to the right). According to a presently preferred embodiment of the invention, the hop gesture is available as an option which is off by default.

Note that, while some users prefer to tap with a second finger in the hop gesture, this gesture never involves more than one finger on the pad at any one time. A similar gesture, the "zigzag", is also described herein and does involve the use of two fingers at once.

FIG. 15$e$ shows a "hop" gesture. This gesture begins with the finger already on the pad. The finger is then lifted for interval "t19" which is less than HopTime; the finger then comes down for a regular tap "t20". Also, not shown on the figure, during interval "t19" the finger must have moved by at least a certain distance HopDistance away from its previous position. When this occurs, the gesture is processed as a "hop" instead of a regular tap, and the virtual button press "t21" occurs on the right button Out(R) instead of the usual left button Out(L). It is easy to see how the tap "t20" could be followed by further finger actions to form a drag or a double-tap on the right button.

Another multi-button gesture uses "tap zones," in which the surface of the pad is divided into two or more zones. A tap or drag initiated in a given zone simulates an event on a button corresponding to that zone. Even if the finger moves between zones during a drag, the entire drag is simulated on the button corresponding to the zone of the original tap that initiated the drag gesture.

FIGS. 16$a$ and 16$b$ illustrate two tap zone shapes. In FIG. 16$a$, the pad is divided into three vertical stripes 288, 290, and 292, corresponding to the left, middle, and right mouse

35

buttons, respectively. In FIG. 16b, the pad is divided into a main area 294 simulating the left mouse button, and a small corner area 296 simulating the right mouse button. The implementation of FIG. 16b is more appropriate if one button is much more heavily used in typical applications than the other button(s).

It is preferable for the zones to correspond to clearly marked regions on the pad surface. It will be obvious to one skilled in the art that other zone shapes, such as multiple corners or horizontal stripes, are equally straightforward.

There is an interaction between tap zones and the edge motion feature that needs to be taken into account. Particularly with the corner area 296 of FIG. 16b, tap zones encourage the user to tap near the edge of the pad. If edge motion is active during taps and drags or at all times, then edge motion will tend to interfere with the proper behavior of corner taps. To prevent this, the edge motion enable logic of FIG. 13 can be modified slightly. In a given stroke, edge motion only operates if the finger has been in the inner zone at least once during that stroke. Thus, if the finger touches down in the outer zone, edge motion will not activate until the finger leaves the edge of the pad and then returns.

All of the above-described gestures are variations of basic tap and drag gestures. In the system described herein, all of these gestures are recognized by the tap unit 280. The operation of tap unit 280 is most easily described as an algorithm in the form of a flowchart. From this disclosure, persons of ordinary skill in the art will recognize that the tap unit described herein could actually be implemented as known and obvious equivalents such as a software program, hardware state machine, or otherwise. All such implementations are intended to fall within the scope of the present invention.

FIGS. 17a through 17f comprise a flowchart for the operation of tap unit 280. Tap unit 280 implements the tap, drag, locking drag, corner-tap, and hop gestures described herein. In the gesture recognition operations described herein, the corner-tap is used to simulate the right virtual mouse button. Hops to the left and right are used to simulate the middle and right virtual mouse buttons. Simple taps simulate the left (primary) virtual mouse button.

Processing begins at step 300 as each (X,Y,Z) sample arrives from the arithmetic unit 16 of FIG. 1. In a presently preferred embodiment of the invention, such data arrive 40 times per second. The, algorithm of FIGS. 17a through 17f will run from start (step 300) to finish (step 376) every time a sample arrives.

Step 302 determines whether the finger is up or down by comparing Z (pressure) against Zthresh to determine whether a finger is present ("down") or not ("up"). Instead of a simple threshold comparison, two thresholds may be used to provide hysteresis as is well-known in the art. Hysteresis is not shown in FIG. 17a, but similar hysteresis will be illustrated later in FIG. 20 for the "push" gesture.

In step 304, the finger is known to be down. The previous Z is checked to see whether the finger was previously down or is just now touching down on the pad.

In step 306, a finger-down transition has been detected. In the drag gesture illustrated in FIG. 15b, it is beneficial to check that the finger has not moved a great distance during time "t5", the interval between the initial tap and the return of the finger to the pad. If step 306 determines that the finger has returned to the pad in a different location, then a drag gesture was probably not intended.

Thus, step 306 computes the distance between the current position CurPos (the filtered and smoothed X and Y position data) and the saved position of the previous tap, DownPos.

36

If the distance is less than some threshold DragRadius, and TapState is TAP (a drag gesture is pending), then execution proceeds to step 308. Otherwise, it skips to step 310. The threshold DragRadius should be some fraction of the width of the pad, preferably larger (more generous) than the TapRadius used in basic tap detection.

Persons of ordinary skill in the art will recognize that several possible distance measures are suitable for use in step 306. A true Euclidean distance measure is reasonable but expensive to compute; a simpler measure is the sum or maximum of the absolute values of the distances in X and Y. The sum or maximum will produce a "drag zone" around the original tap which is diamond- or square-shaped, respectively, instead of the circular zone produced by a Euclidean distance measure. Experiments suggest that users are unable to perceive the difference between these zone shapes, so whichever measure is easiest to compute is preferred. Also, the geometry of the finger and touchpad may cause the significant motion to lie always in one direction, e.g., X, in which case a simple absolute difference of X coordinates may be preferred.

In the preferred embodiment, the user is able to change the level of gesture recognition using a control panel or other means. If the user elects to allow taps but not drags, then step 306 can be programmed to go directly to step 308 so that all taps are disqualified from becoming drags.

In step 308, a drag gesture has been disqualified. TapState is changed from TAP to NONE; the effect will be a simple tap gesture followed by cursor motion with no virtual button held down.

Step 310 records the position and the time at which the finger touched down.

Step 312 initializes the TapOkay flag to FALSE.

Step 314, which executes on all samples in which the finger is down, compares Z against the Ztap threshold; step 316 sets TapOkay to TRUE if Z is greater than the Ztap threshold. Thus, when the finger lifts, TapOkay will be TRUE if Z ever exceeded the tap threshold during the brief stroke that is a candidate for a tap gesture.

Referring now to FIG. 17b, in step 318, the finger is known to be off the pad. The previous Z is checked to see whether the finger was previously up or is just now being lifted from the pad.

In step 320, a finger-up transition has been detected. Various tests are made of the most recent stroke (finger-down period) to see if it qualifies as a tap. To qualify, the stroke must have short duration (CurTime minus DownTime must be less than TapTime), little or no motion (the distance from CurPos to DownPos must be less than TapRadius), and sufficient peak finger pressure (TapOkay must be TRUE), in order to qualify as a tap.

In step 322, any finger motion which has occurred is retroactively canceled out by quickly replaying to the host a corresponding negative amount of motion from the register or queue in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. If the motion during the stroke was sent to the host in the form of a sequence of several packets, this sequence can be saved and replayed in reverse. If the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

Step 324 takes one of several actions based on the current TapState. First, if TapState is NONE (no gestures in

5,543,591

37

progress), execution simply proceeds to step **330** of FIG. **17c**. Second, if TapState is TAP (a recent tap is still in progress), then a double-tap has been detected. Step **326** sets the Suppress flag to TRUE to cause the virtual button signal to go low for one sample. This corresponds to time "t17" of FIG. **15d**. In an alternate approach, one or more extra packets indicating a release of the virtual buttons can be inserted into the regular packet stream, rather than using a Suppress flag as shown herein.

Finally, if TapState is LOCKED, this is the tap that ends a locking drag. Step **328** sets TapState back to TAP, then skips directly to step **358** of FIG. **17e**, bypassing the steps which decide which of the three mouse buttons to simulate. Thus, the locking drag changes back into a tap on the same virtual mouse button. After the usual short duration ("t13" of FIG. **15c**), the virtual button will be released.

It is significant that the button choice (FIG. **17c**) is omitted in the LOCKED case. If a right-button locking drag is initiated by, for example, a tap in the corner of the pad, then it should be possible to terminate the drag by tapping anywhere on the pad, not just in the corner. It is also significant that the button choice is included in the double tap case. Otherwise, it would be impossible, for example, to perform left- and right-button clicks in rapid alternation by tapping alternately in two different locations on the pad.

In an alternate embodiment, if TapState is LOCKED, TapState is set to NONE and step **364** is performed next. This makes "t13" of FIG. **15c** equal to zero.

Referring now to FIG. **17c**, step **330** checks whether the current tap qualifies as a "hop" gesture. This check involves several tests. First, the hop gesture must be enabled by the user. Second, the finger must have been raised for only a short amount of time between the current tap and the last time it was on the pad (DownTime minus UpTime must be less than HopTime). Finally, the position of this tap must be significantly far away from the previous position (the distance from DownPos to UpPos must be greater than HopDistance). Once again, a variety of distance measures are possible. The operations shown in FIGS. **17a** through **17f** support leftward and rightward hops; thus, a reasonable distance measure is absolute difference in X coordinate between DownPos and UpPos.

In a variant which is easily seen to be nearly equivalent, CurTime and CurPos are used in place of DownTime and DownPos in step **330**.

If the tap qualifies as a hop, execution proceeds to step **332**. Since the system of this example supports two different hop gestures, the direction of the hop is checked to determine the type of gesture. If the X coordinate of DownPos (or CurPos) is less than the X coordinate of UpPos, a leftward hop has occurred (assuming X increases to the right). If the X coordinate of DownPos (or CurPos) is greater than the X coordinate of UpPos, a rightward hop has occurred. Note that, due to the checks of step **330**, DownPos will be either significantly to the left or significantly to the right of UpPos at this point.

In step **334**, a leftward hop causes TapButton to be set to the symbol MIDDLE, so that the tap gesture will generate a virtual middle mouse button click.

In step **336**, a rightward hop causes TapButton to be set to RIGHT, initiating a virtual right button click.

Step **338** executes if no hop was detected. It proceeds to check for the other supported alternate gesture, the corner tap. A corner tap is a tap occurring in a small corner zone as shown in FIG. **16b**. A corner tap occurs if corner taps have been enabled by the user; the X coordinate of DownPos (or CurPos) is greater than some coordinate CornerX; and the Y

38

coordinate is greater than some coordinate CornerY. CornerX and CornerY are shown on FIG. **16b**.

It should be obvious to one of ordinary skill in the art that other tap zones, such as those of FIG. **16a**, or multiple corner zones, can be decoded in a completely analogous way by examining the X and Y coordinates of the tap location.

In the presently preferred embodiment, the user is given the choice of hop gestures, corner taps, or neither, as a mechanism for simulating alternate button clicks. There is nothing stopping an implementation from offering both hops and corner taps at once, except that to do so would likely be more confusing than beneficial to the user.

In step **340**, no corner tap was detected, so TapButton is set to LEFT to simulate a click of the left virtual mouse button.

In step **342**, a corner tap was detected, so TapButton is set to RIGHT to simulate a right virtual mouse button click.

Step **344** records the current position as the new UpPos, the lift location used for later hop decoding. In general, UpPos is updated each time the finger is seen to lift from the pad. However, there are two exceptions to this rule. First, if the finger lift is itself part of a hopping tap gesture, UpPos is not updated. This is seen in the left branch of the flowchart of FIG. **17c**. This exception is needed to support, for example, a double-click of the right virtual button. When tapped twice. The two taps will occur in roughly the same place. If UpPos were updated by the first tap, the second tap would be decoded as a left-button click.

Second, in the flowcharts of FIGS. **17a** through **17f**, UpPos is not updated on a tap that ends a locking drag. User tests show that the last-lift location perceived by the user is usually the last lift during the locking drag, with the terminating tap being a subconscious action whose location is not perceived as relevant. Therefore, it makes more sense to omit the update of UpPos for the terminating tap of a locking drag.

Step **346** sets TapState to TAP after any tap, corner tap, or hop gesture, thus recording that a gesture is in progress.

Referring now to FIG. **17d**, step **348** executes when the finger lifts from the pad in a way that does not qualify as a tap. This step checks if TapState is TAP; if so, the finger must have lifted from the long stroke of a drag gesture, e.g., time "t7" of FIG. **15b**. Depending on user preference, the drag gesture is either terminated by the lift of the finger, or locked to become a locking drag.

Step **350** checks whether locking drags have been enabled by the user. This decision may be made at design time, for a system in which drags are always locking or always not, or it may be based on a run-time option such as a control panel.

In step **352**, a drag is converted into a locking drag.

In step **354**, a drag is terminated by the lift of the finger.

In step **356**, which executes whenever the finger is lifted and does not qualify as a tap, UpPos is updated to the current position as described above.

Referring now to FIG. **17e**, step **358** executes whenever the finger lifts from the pad. The variable UpTime is updated to record the time at which the finger lifted from the pad.

Step **360** executes for each sample in which the finger remains off the pad. The only processing in this case is to compare CurTime minus UpTime against DragTime, to see if the finger has stayed off the pad too long after a tap for the tap to be extended into a drag. If the time limit is exceeded, and TapState equals TAP, then execution proceeds to step **362**. (Otherwise., particularly if TapState equals LOCKED, execution skips to step **364**. There is no time limit on the length of a locking drag.)

5,543,591

39                                                                    40

Step 362 changes TapState from TAP to NONE, ending the tap and thus preventing the tap from extending to a drag.

Referring now to FIG. 17f, all paths converge on step 364, which executes on every sample regardless of the state of the finger. This step begins a series of checks to determine the output of the tap unit 280 for this sample. First, if the Suppress flag is TRUE in step 364, virtual buttons are suppressed so the output is set to NONE in step 366.

If the Suppress flag is FALSE and there is no button suppression, TapState is examined in step 368. If TapState is TAP or LOCKED, then the button indicated by TapButton is output in step 370.

If TapState is NONE, no tap, drag, or hop gesture is in progress, step 372 sets the output to NONE in this case.

Step 374 sets Suppress to FALSE, indicating that the suppression of the virtual mouse buttons for one sample, has been accomplished. This arrangement assumes that information is transmitted to the host for every (X,Y,Z) sample arriving from the arithmetic unit. If this is not the case, then step 374 should be executed only once a packet containing the suppressed virtual buttons has actually been sent to the host. It is also reasonable to output several packets to the host prior to setting the Suppress flag to FALSE.

Processing ends at step 376 (END). The tap unit will start over at step 300 (START) when the next (X,Y,Z) sample arrives from the arithmetic unit.

The edge-motion feature of FIG. 13 is most useful during a drag gesture. Thus, it is preferable to allow the Motion-Enable input of motion unit 18 to be derived from the state of gesture unit 20. In particular, the "MotionEnable" signal into AND gate 268 of FIG. 13 is obtained by MotionEnable= (TapState=TAP) OR (TapState=LOCKED).

The "zigzag" unit 282 of FIG. 14 decodes a two-finger gesture in which one finger remains resting on the pad while another finger taps to one side of the primary finger. In terms of the (X,Y,Z) information produced by the basic device, this gesture will effectively increase the Z value while quickly shifting the X and/or Y value by a significant distance. (When two fingers are on the pad, the apparent position reported is midway between the two fingers.) If such a change is detected, and is followed by a rapid return to the original X, Y, and Z values, then a tap of a second finger is recognized.

Because a second finger tap cannot be reliably recognized until the second finger is lifted, sudden cursor motions first to one side and then back again are unavoidably sent to the host. The name "zigzag" refers to these characteristic cursor motions. A motion-reversal mechanism similar to that used in the tap unit 280 can be employed to ensure that the virtual button click occurs at the original, un-zigzagged location. The only difficulty in this case is that the motions involved may be large enough to trigger the host's acceleration feature, which means that either the reversal motion must be stored and replayed packet by packet, or the zigzag unit and host software must cooperate to ensure that the cursor does in fact return to the desired place.

It is possible to recognize second-finger taps using only the (X,Y,Z) information from the standard arithmetic unit 16, as described herein. However, it is clear that the arithmetic unit 16 could be modified to produce additional information, such as the width or shape of the sensor trace profile, which would aid in the accurate recognition of this gesture.

FIGS. 18a through 18c are a flowchart describing the algorithm for the zigzag unit 282. As was the case for the tap unit 280, the zigzag unit 282 is best described as a flowchart. However, a hardware state machine is a known equivalent

and would also be a reasonable implementation of zigzag unit 282. Unlike the tap unit 280 flowchart of FIGS. 17a through 17f, the zigzag unit 282 flowchart executes once per stroke. When the finger's presence is detected (Z>Zthresh), execution begins at step 380. If the finger leaves the pad before execution ends, the zigzag unit 282 abandons its computation and starts over at step 380 on the next stroke.

FIGS. 18a through 18c illustrate the additional feature that leftward zigzags simulate a left button click, while rightward zigzags simulate a right button click.

The zigzag unit 282 requires the same position, Z, and time inputs as the tap unit 280. It also requires a speed measure S, which is computed as the distance from the previous to the current finger position at any given time. If any filtering or smoothing is done on the normal (X,Y) outputs of the arithmetic unit 16 as previously disclosed, it is best to compute the speed S from the unfiltered (X,Y) values.

State variables of the zigzag unit 282 include ZigZ and ZigZ', which record the two most recent values of Z; ZigPos, and ZigPos', which record the two most recent positions; ZigTime, which records the time at which the presence of the second finger was detected; ZigLeft and ZigRight, which are TRUE if a leftward or rightward zigzag has been detected, respectively; and Out, which represents the output of the zigzag unit, and is one of LEFT, RIGHT, or NONE.

The zigzag unit 282 uses several parameters. ZigDistance, the minimum distance the finger position can move to quality for this gesture. ZigMaxTime is the maximum amount of time the second finger can be present to qualify. Szig is the instantaneous finger speed required to begin the detection of the gesture and is determined experimentally, depending on the sample rate, sensor dimensions, and amount of analog filtering in the charge integrators. ZigRadius and ZigLimit specify how close the position and Z values, respectively, must return to their original pre-zigzag values after the second finger is lifted. ZigRadius is comparable to TapRadius, and ZigLimit is about 30% of Zthresh in the presently preferred embodiment.

Referring now to FIG. 18a, execution begins, when the finger's presence is detected, at step 380.

In step 382, the zigzag unit 282 waits for approximately three (X,Y,Z) samples to arrive from the arithmetic unit. In the preferred embodiment, these samples arrive at a rate of 40 per second. This initial delay is to prevent Z fluctuations at the beginning of the stroke from being mistaken for a second finger.

In step 384, ZigZ and ZigZ' are initialized to a reserved value denoted as NONE.

In step 386, the zigzag unit 22 waits for the next (X,Y,Z) sample to arrive.

Step 388 checks for the beginning of a "zig", the first half of the zigzag gesture in which the apparent finger grows and jumps to one side. The speed S of the current sample is compared against the threshold Szig. If S is greater, and ZigZ contains valid data (not the reserved value NONE), then execution proceeds to further validation of the gesture in FIG. 18b.

In step 390, no incipient "zig" has been seen, so ZigPos' is updated to reflect the most recent finger position, and ZigPos is updated to reflect the second-most-recent finger position. If smoothing or filtering is applied to the output of the arithmetic unit 16 of FIGS. 1 and 8, then, unlike the S computation described earlier, ZigPos should be updated from the filtered or smoothed position data. In other words, it should be updated from the processed position data which is used to update the cursor position on the host.

5,543,591

41

In step 392, ZigZ' and ZigZ are similarly updated to reflect the two most recent Z values. In typical usage patterns, a second-finger tap will typically occur to the left or right, i.e., different in X but not necessarily in Y. Thus, the X denominator (output of subtractor 168 of FIG. 8) will tend to increase by a clear factor of two when a second finger is present, whereas the Y denominator (output of subtractor 172) may or may not increase correspondingly, depending on the linearity of the charge integrators 44. Thus, it is preferable to use the X denominator output directly as Z for the purposes of the zigzag unit 282, rather than the combined and processed value normally obtained from block 178 of FIG. 8.

After step 392, execution returns to step 386 where the next sample is awaited.

Referring now to FIG. 18b, step 394 records the time at which the incipient "zig" was detected.

Step 396 then initializes the ZigLeft and ZigRight flags. These flags will become TRUE if the finger is seen to move significantly far to the left or right, respectively, of its starting position.

When a second finger comes down on the pad, the (X,Y,Z) values typically take two or three samples to converge to their new values which reflect the presence of two fingers. Step 398 waits for one or two more samples to arrive, after which time the (X,Y,Z) values should be settled. The choice of one, two, or more samples depends on factors such as the basic sample rate and the amount of filtering that occurs in the analog input section of the device.

After step 398, CurPos reflects the zigged apparent finger position, and ZigPos reflects the position from two samples before the speed passed the Szig threshold. The two-sample history is important because a small amount of motion may have occurred due to the approaching second finger, before the finger touched down and produced the large motion that exceeded Szig. After step 398, ZigPos contains the current position saved at a time before the second finger is likely to have had an effect. Likewise, ZigZ contains the Z value from before the second finger arrived.

Step 400 checks to see if Z has increased substantially beyond the resting Z value ZigZ. In the presently preferred embodiment, Z is compared against a threshold 30% larger than ZigZ. If Z is too small, the "zig" is disqualified and execution returns to step 384.

Step 402 checks to see if the current position is far to the left of the resting position ZigPos. Since the zigzag unit 282 is looking for an abrupt, "unnatural" change in position, it is preferable that step 402 use position data directly from dividers 174 and/or 176 of the arithmetic unit 16, before any filtering or smoothing that may normally be applied to position data. This data is referred to herein as RawPos to distinguish it from the filtered and smoothed value CurPos. The value CurPos may be used, however, if desired, with less than optimum results.

In this implementation, step 402 compares the X coordinate of RawPos with the X coordinate of ZigPos minus ZigDistance. The parameter ZigDistance can be chosen experimentally based on the observed spacing on the pad between two fingers when one finger is held down and the other tapped in a natural manner.

If a suitable leftward zig is detected, step 404 sets ZigLeft to TRUE.

Step 406 similarly checks if the current position is far to the right of the resting position; if so, step 408 sets ZigRight to TRUE.

Step 410 then waits for the next (X,Y,Z) sample to arrive.

Step 412 checks if the second finger has lifted from the pad, by comparing Z against a second "zag" threshold

42

somewhat less than the "zig" threshold of step 400. (In the current system, this threshold is roughly 20% larger than ZigZ.) The "zag" threshold is set below the "zig" threshold in order to provide simple hysteresis.

If the second finger has not yet lifted, execution returns to step 402 to continue waiting. If the second finger has lifted, execution proceeds to step 414 on FIG. 18c.

Referring now to FIG. 18c, step 414 waits one or two samples for the (X,Y,Z) data to stabilize as the second finger lifts; this step is analogous to step 398.

Step 416 does a final check for a complete zigzag gesture. So far, a sudden motion accompanied by an increase in Z has been seen, followed by sudden decrease in Z. Step 416 additionally checks that the position has returned to its prezigzag value (the distance from RawPos to ZigPos is less than ZigRadius); the Z value has similarly returned to normal (the absolute value of Z minus ZigZ is less than ZigLimit); and either ZigLeft or ZigRight but not both, is TRUE. In addition, the second-finger tap must be of short duration, i.e. CurTime minus ZigTime is less than ZigMax-Time.

If the motion does not qualify as a zigzag, execution returns to step 384 to await detection of a zigzag gesture. If the motion has qualified as a zigzag, step 418 provides reverse motion to restore the cursor to the exact position corresponding to ZigPos, if necessary. This step is analogous to step 322 of FIG. 17b.

In step 420, a complete zigzag has been detected. If ZigLeft is TRUE, the motion is a leftward zigzag. Otherwise, ZigRight must be TRUE and the motion is a rightward zigzag. Accordingly, either step 422 simulates a left button press for a leftward zigzag, or step 424 simulates a right button press for a rightward zigzag.

Step 426 pauses for a certain amount of time. For example, this step might wait for one or several more samples to arrive, or it might wait for one or several data packets to be sent to the host. (Normally there is a one-to-one correspondence between samples and data packets.)

Finally, step 428 ends the simulated button press by setting Out to NONE. In this example, the zigzag gesture only works to simulate clicks, not drags. The zigzag does not extend neatly to a drag in the same way as the normal one-finger tap, since this would imply that the entire drag motion occurs with two fingers held awkwardly on the pad. One alternative is to simulate a locking button, as is often done with trackball buttons in the art, where consecutive zigzags alternately press and release the virtual button. Another alternative is to have the zigzag gesture press the virtual button, and to release the virtual button only when the primary finger is also removed from the pad.

After step 428, execution returns to step 384 to await detection of further zigzag gestures.

Another gesture which is useful in specialized applications is a "push" gesture, which simply compares the Z (pressure) information against a second Z threshold Zpush-Down, considerably higher than the basic finger-detection threshold, and simulates a mouse button action whenever Z exceeds this threshold. This "push" gesture is similar to the way pen-based pointing devices normally operate; however, it is too imprecise and too tiring on the finger to use as the primary click or drag gesture. The "push" gesture is most useful in special contexts such as freehand drawing programs.

FIG. 19 is a timing diagram illustrating a "push" gesture. To perform this gesture, the finger is first brought near enough to cause cursor motion without causing a virtual button press. Next, the finger pressure increases past thresh-

5,543,591

43

old ZpushDown, causing the virtual button to be pressed. Later, the pressure reduces below a threshold ZpushUp, causing the virtual button to be released. If ZpushUp is somewhat lower than ZpushDown, the resulting hysteresis will prevent unwanted oscillation on the virtual button if the finger pressure varies slightly around the "push" threshold.

In one variant that may be preferable, ZpushUp is set equal to Zthresh, so that once a push has begun the finger must be fully lifted from the pad in order to release the simulated button. Other users may prefer ZpushUp to be much closer to ZpushDown than to Zthresh, resulting in a more delicate feel.

The push unit 284 of FIG. 14 recognizes the push gesture. FIG. 20 is a flowchart illustrating the implementation of this gesture.. The corresponding diagram for an equivalent hardware circuit to recognize this gesture would be quite straightforward.

Execution begins at step 440 every time a new (X,Y,Z) sample arrives from the arithmetic unit 16. Note that the push unit 284 examines only the Z value of each sample.

Step 442 checks whether or not a "push" gesture is already in progress.

Step 444 executes if no "push" gesture is in progress. This step checks if a "push" should begin. First, "push" gestures must be enabled by the user. Second, the current Z value must be greater than the threshold ZpushDown.

If Z is sufficient to begin a push gesture, step 446 sets Out to LEFT to indicate that the left button is now pressed.

Step 448 checks if the current push gesture should end. This check simply involves comparing Z against ZpushUp. If Z is less than ZpushUp, the push gesture is terminated in step 450.

Execution ends at step 452. If neither step 446 nor step 450 was executed then Out remains the same, thus providing the hysteresis referred to above. The state variable Out should be initialized to NONE at startup time.

Those of ordinary skill in the art will note that the tap unit 280 is suitable for use with any touchpad that provides (X,Y) and finger-presence information, and push unit 284 is suitable for use with any touchpad that: produces Z (pressure) information. Only the zigzag unit 282 depends on special characteristics of the particular touchpad technology disclosed herein, namely the fact that two fingers reliably report an averaged finger position.

Two more algorithms that are not directly part of gesture processing may be used to address minor problems that occur when the user taps on the pad. Specifically, the finger position sometimes shears sharply in one direction just as the finger lifts away. This is due to natural slippage of the finger during this action, and is aggravated when the finger is held at a shallow angle. A "reverse motion" algorithm can deal with some of this problem, but if the apparent finger position jumps so far that the TapRadius test fails, reverse motion cannot help.

If Z is seen to be changing rapidly between the current and previous samples (i.e., if the absolute difference between the current and previous Z values are less than some empirically determined threshold), then the time constant of the (X,Y) filtering of the output of the arithmetic unit 16 can be increased. Normally, the old filter value and new quotient are averaged with roughly equal weighting to produce the new filter value. If Z is rapidly changing, the old filter value is instead weighted (e.g., an order of magnitude) more than the new quotient. The result is that any motion occurring during this instant of high Z change is heavily damped.

Often the spurious motion that arises from a finger-lift occurs all in the very last sample before Z decreases below

44

the finger-down threshold Zthresh. Another solution to the problem of spurious finger-lift motion is the "lift-jump suppression" mechanism, which attempts to suppress this final spurious motion event. FIG. 21 shows an illustrative circuit for performing the lift-jump suppression function.

The circuit shown in FIG. 21 performs lift jump suppression. It examines the sequence of (X,Y) position samples arriving from dividers 174 and 176 of FIG. 8 to produce a speed S which is further processed to obtain a motion-suppression signal. As described previously, it is best to use the quotient values directly, before any smoothing or filtering stage, when computing the speed S.

Referring to FIG. 21, X coordinates are stored in delay 460. Subtractor 462 computes the absolute value of the difference between the current X value and the previous value stored in delay 460. Likewise, delay 464 and subtractor 466 compute the absolute change in Y. Adder 468 forms the sum of these absolute differences to produce speed S, the distance between the current and previous samples. As previously described, it is clear that other distance measures may be used for this computation. Note that, in addition to the circuitry of FIG. 21, the zigzag unit 282 also makes use of the speed value S as previously disclosed.

Delay units 470 and 472 record the previous and second-previous values of S, known as S' and S", respectively. Divider 474 computes the quantity one-half of S, denoted S/2. The lift-jump suppression unit looks for a characteristic relationship among the values S, S', S", and S/2 in an attempt to recognize spurious lift-jump events. One practiced in the art will recognize that S" is not valid until the fourth sample of a given finger stroke; thus, the lift-jump suppression unit is disabled for the first three samples of each stroke. The lift-jump suppression unit also employs a parameter Lift-Jump, a speed threshold which is determined experimentally and is affected by the sample rate and the sensitivity of the sensor pad.

Comparator 476 checks if the speed S is greater than the threshold LiftJump. Comparator 478 checks to see if the previous speed S' is less than LiftJump, and comparator 480 checks if S' is less than S/2. Similarly, comparator 482 checks to see if the second-previous speed S" is less than LiftJump, and comparator 484 checks if S" is less than S/2. If all five conditions are satisfied, AND gate 486 outputs a "suppress-motion" signal which suppresses the action of motion unit 18 for this sample. When motion unit 18 is suppressed, its output (ΔX,ΔY) is not generated for the current sample, and its delay unit 260 is not clocked.

The profile detected by the lift-jump suppression unit usually occurs during a last spurious motion sample before the finger lifts. Since Z will fall below Zthresh on the very next sample, the current sample will never contribute to any motion events sent to the host. The algorithm is guaranteed by design not to suppress more than one sample in a row. Thus, if the algorithm "guesses wrong" and Z does not fall below Zthresh, the skipped finger motion will be taken up into the (ΔX,ΔY) packet produced by the next sample with only a tiny hesitation in the perceived cursor motion.

The increased sensitivity of the touch sensor system of the present invention allows for a lighter input finger touch which makes it easy for human use. Increased sensitivity also makes it easier to use other input objects, like pen styli, etc. Additionally, this sensitivity allows for a tradeoff against a thicker protective layer, or different materials, which both can allow for lower manufacturing costs.

Greater noise rejection allows for greater flexibility in use and reduced sensitivity to spurious noise problems. Two techniques are employed which allow derivation of the most noise-rejection benefit.

5,543,591

45

Due to the drive and sense techniques employed in the present invention, the data acquisition rate has been increased by about a factor of 30 over the prior art. This offers several obvious side effects. First, for the same level of signal processing, the circuitry can be turned off most of the time and reduce power consumption by roughly a factor of **30** in the analog section of the design. Second, since more data is available, more signal processing, such as filtering and gesture recognition, can be performed.

The sensor electronic circuit employed in the present invention is very robust and calibrates out process and systematic errors. It will process the capacitive information from the sensor and provide digital information to an external device, for example, a microprocessor.

Because of the unique physical features of the present invention, there are several ergonomically interesting applications that were not previously possible. Presently a mouse or trackball is not physically convenient to use on portable computers. The present invention provides a very convenient and easy-to-use cursor position solution that replaces those devices.

In mouse-type applications, the sensor of the present invention may be placed in a convenient location, e.g., below the "space bar" key in a portable computer. When placed in this location, the thumb of the user may be used as the position pointer on the sensor to control the cursor position on the computer screen. The cursor may then be moved without the need for the user's fingers to leave the keyboard. Ergonomically, this is similar to the concept of the Macintosh Power Book with its trackball, however the present invention provides a significant advantage in size over the trackball. Extensions of this basic, idea are possible in that two sensors could be placed below the "space bar" key for even more feature control.

The computer display with its cursor feedback is one small example of a very general area of application where a display could be a field of lights or LEDs, an LCD display, or a CRT. Examples include touch controls on laboratory equipment where present equipment uses a knob/button/touch screen combination. Because of the articulating ability of this interface, one or more of those inputs could be combined into one of the inputs described with respect to the present invention.

Consumer Electronic Equipment (stereos, graphic equalizers, mixers) applications often utilize significant front panel surface area for slide potentiometers because variable control is needed. The present invention can provide such control in one small touch pad location. As Electronic Home Systems become more common, denser and more powerful human interface is needed. The sensor technology of the present invention permits a very dense control panel. Handheld TV/VCR/Stereo controls could be ergonomically formed and allow for more powerful features if this sensor technology is used.

The sensor of the present invention can be conformed to any surface and can be made to detect multiple touching points, making possible a more powerful joystick. The unique pressure detection ability of the sensor technology of the present invention is also key to this application. Computer games, "remote" controls (hobby electronics, planes), and machine tool controls are a few examples of applications which would benefit from the sensor technology of the present invention.

Musical keyboards (synthesizers, electric pianos) require velocity sensitive keys which can be provided by the pressure sensing ability of this sensor. There are also pitch bending controls, and other slide switches that could be

46

replaced with this technology. An even more unique application comprises a musical instrument that creates notes as a function of the position and pressure of the hands and fingers in a very articulate 3-d interface.

The sensor technology of the present invention can best detect any conducting material pressing against it. By adding a compressible insulating layer covered by a layer of conductive material on top of the sensor the sensor of the present invention may also indirectly detect pressure from any object being handled, regardless of its electrical conductivity.

Because of the amount of information available from this sensor it will serve very well as an input device to virtual reality machines. It is easy to envision a construction that allows position-monitoring in three dimensions and some degree of response (pressure) to actions.

While embodiments and applications of this invention have been shown and described, it would be apparent to those skilled in the art that many more modifications than mentioned above are possible without departing from the inventive concepts herein. The invention, therefore, is not to be restricted except in the spirit of the appended claims.

What is claimed is:

1. A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting the occurrence of a tap gesture made by a conductive tapping object on the touch-sensor pad;

sending a signal to the host indicating the occurrence of said tap gesture; and

sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

2. A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad;

detecting in which of a plurality of predefined regions said tap gesture occurred; and

sending a signal to the host indicating the occurrence of said tap gesture and in which of said predefined regions on said sensor pad said tap gesture occurred.

3. The method of claim **2**, further including the step of sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

4. A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a conductive object on the touch-sensor pad;

comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on

5,543,591

47                     48

said touch pad is less than said reference amount of motion, and maintaining said signal for a predetermined period of time; and

sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

**5.** The method of claim **4,** further including the steps of:

detecting in which of a plurality of predefined regions said tap gesture occurred; and

sending a second signal to the host indicating in which of said predefined regions on said sensor pad said tap gesture occurred.

**6.** A method for recognizing a double tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad;

comparing the duration of said first presence with a first reference amount of time:

initiating a first signal to the host indicating the occurrence of said gesture if the duration of said first presence is less than said first reference amount of time;

terminating said first signal if a second reference amount of time passes before a second presence is detected;

detecting a second presence of said conductive object on the touch-sensor pad;

comparing the duration of said second presence with a third reference amount of time;

terminating said first signal if the duration of said second presence is less than said third reference amount of time; and

sending a second signal to said host indicating said second gesture after the termination of said first signal.

**7.** A method for recognizing a hop gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object at a first position on the touch-sensor pad;

detecting a second presence of said conductive object at a second position on said touch-sensor pad;

comparing the duration of said second presence to a predetermined time;

comparing the amount of time between said first and second presences with a reference amount of time;

comparing the distance between said first and second positions with a reference distance; and

sending a hop signal to the host indicating the occurrence of said hop gesture if the duration of said second presence is less than said predetermined time, if the amount of time between said first and second presences is less than said reference amount of time, and if the distance between said first and second positions is more than said reference distance.

**8.** The method of claim **7,** further including the steps of:

detecting whether said second position is to the left or to the right of said first position;

sending a left signal to said host if said second position is to the left of said first position and said hop signal is sent to said host; and

sending a right signal to said host if said second position is to the right of said first position and said hop signal is sent to said host.

**9.** A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad;

comparing the duration of said first presence with a first reference amount of time;

initiating a drag gesture signal to the host indicating the occurrence of a gesture if the duration of said first presence is less than said first reference amount of time;

detecting a second presence of said conductive object on the touch-sensor pad;

comparing the duration between said first presence and second presence with a second reference amount of time;

maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time.

**10.** A method for recognizing a zigzag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a first conductive object at a first position on the touch-sensor pad;

detecting an apparent increase in size and apparent first change in position of said first conductive object: caused by presence of a second conductive object during said presence of said first conductive object;

detecting an apparent decrease in size and apparent second change in position of said first conductive object caused by removal of said second conductive object during said presence of said first conductive object; and

sending a zigzag signal to the host if said apparent increase in size of said first conductive object is greater than a first threshold, said apparent change in position of said object is greater than a second threshold, said apparent decrease in size of said first conductive object is greater than a third threshold, and said second change in position is to a position within a threshold distance of said first position.

**11.** A method for recognizing a push gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a conductive object on the touch-sensor pad at a pressure greater than a first threshold;

detecting when said pressure of said conductive object falls below a second threshold; and

sending periodic X and Y position information to said host until said pressure drops below said second threshold.

\* \* \* \* \*

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO. : 5,543,591

DATED : August 6, 1996

INVENTOR(S) : David Gillespie; Timothy P. Allen; Ralp Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On Column 9, line 14, replace "assistancts" with --assistants--.

On Column 10, line 16, replace "pads," with --pads--.

On Column 10, line 39, replace "made," with --made--.

On Column 11, line 5, replace "self capacitance" with --self-capacitance--.

On Column 12, line 40, replace "capacitances" with --capacitors--.

On Column 16, line 43, replace "VDD" with --$V_{DD}$--.

On Column 16, line 54, replace "0v" with --0V--.

On Column 19, in Eq. 1, replace "X position" with --Xposition--.

On Column 20, line 40, replace "150,152" with --150, 152--.

On Column 21, line 9, replace "of-sample/hold" with --of sample/hold--.

On Column 22, line 28, after "unit" insert --16--.

On Column 22, line 29, replace "16 180" with --180--.

On Column 22, line 49, replace "150,152" with --150, 152--.

On Column 23, line 23, replace "take;" with --take--.

On Column 24, line 42, after "Control" delete "logic".

On Column 28, line 43, replace "intensive," with --intensive--.

On Column 30, line 2, replace "tile" with --the--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO.    :    5,543,591

DATED    :    August 6, 1996

INVENTOR(S) :    David Gillespie; Timothy P. Allen; Ralp Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On Column 31, line 55, replace "enough," with --enough--.

On Column 43, line 40, replace "that:" with --that--.

On Column 45, line 32, replace "basic;" with --basic--.

Signed and Sealed this

Twenty-fourth Day of December, 1996

*Attest:*

BRUCE LEHMAN

*Attesting Officer*          *Commissioner of Patents and Trademarks*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO.  :    5,543,591

DATED        :    August 6, 1996

INVENTOR(S) :    David Gillespie, Timothy P. Allen and Ralph Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 48, line 54; after the word "threshold;" please insert: --

sending a signal to the host indicating the occurrence of a pushing gesture if the presence of said conductive object on the touch-sensor pad at a pressure greater than said first threshold is detected and setting a virtual mouse button in response thereto;

detecting when said pressure of said conductive object falls below a second threshold lower than said first threshold; and

sending periodic X and Y position information to said host while said pressure remains above said second threshold; and

sending a signal to the host indicating the end of said pushing gesture when said pressure of said conductive object on the touch-sensor pad falls below said second threshold and resetting said virtual mouse button in response thereto.--.

# UNITED STATES PATENT AND TRADEMARK OFFICE
# **CERTIFICATE OF CORRECTION**

Page 2 of 2

PATENT NO.   :    5,543,591

DATED        :    August 6, 1996

INVENTOR(S) :    David Gillespie, Timothy P. Allen and Ralph Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 48, lines 55-58, please delete: "

detecting when said pressure of said conductive object falls below a second threshold lower than said first threshold;  and

sending periodic X and Y position information to said host until said pressure drops below said second threshold.".

Signed and Sealed this

Twenty-eighth Day of October, 1997

*Attest:*

BRUCE LEHMAN

*Attesting Officer*        *Commissioner of Patents and Trademarks*

# Exhibit 2

US005648642A

# United States Patent [19]

## Miller et al.

[11] **Patent Number:** **5,648,642**

[45] **Date of Patent:** **Jul. 15, 1997**

[54] **OBJECT POSITION DETECTOR**

[75] Inventors: **Robert J. Miller**, San Jose; **Stephen J. Bisset**, Los Altos, both of Calif.

[73] Assignee: **Synaptics, Incorporated**, San Jose, Calif.

[21] Appl. No.: **329,809**

[22] Filed: **Oct. 25, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 895,934, Jun. 8, 1992, abandoned.

[51] Int. Cl.$^6$ ................................................ **G08C 21/00**

[52] U.S. Cl. ........................................ **178/18;** 341/33

[58] Field of Search .......................... 324/690; 178/18, 178/19, 20; 345/173, 174, 175, 176, 177, 178; 341/33, 34

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 23,030 | 8/1948 | Holt | 122/260 |
| 1,590,008 | 6/1926 | Whitmore et al. | 324/395 |
| 2,219,497 | 10/1940 | Stevens et al. | 324/687 |
| 2,546,307 | 3/1951 | Johnson et al. | 327/310 |
| 3,020,850 | 2/1962 | Meckenstock | 415/110 |
| 3,128,458 | 4/1964 | Romero | 345/179 |
| 3,198,937 | 8/1965 | Wooster | 341/9 |
| 3,207,905 | 9/1965 | Bray | 250/208.4 |
| 3,244,369 | 4/1966 | Nassimbene | 235/145 |
| 3,256,386 | 6/1966 | Morchand | 348/485 |
| 3,263,126 | 7/1966 | Westberg | 315/241 S |
| 3,292,489 | 12/1966 | Johnson et al. | 353/25 |
| 3,382,588 | 5/1968 | Serrell et al. | 434/314 |
| 3,401,470 | 9/1968 | Gaven | 434/308 |
| 3,437,795 | 4/1969 | Kuljian | 235/451 |
| 3,482,241 | 12/1969 | Johnson | 345/174 |
| 3,492,440 | 1/1970 | Cerbone et al. | 379/355 |
| 3,493,791 | 2/1970 | Adelson et al. | 327/450 |
| 3,497,617 | 2/1970 | Ellis et al. | 178/19 |
| 3,497,966 | 3/1970 | Gaven | 434/315 |
| 3,501,342 | 3/1970 | Haberecht et al. | 428/195 |
| 3,516,176 | 6/1970 | Cleary et al. | 434/315 |
| 3,519,105 | 7/1970 | Geil | 187/380 |

| | | | |
|---|---|---|---|
| 3,522,664 | 8/1970 | Lambright et al. | 434/324 |
| 3,530,310 | 9/1970 | Adelson et al. | 327/467 |
| 3,530,312 | 9/1970 | Adelson et al. | 327/445 |
| 3,543,056 | 11/1970 | Klein | 327/517 |
| 3,549,909 | 12/1970 | Adelson et al. | 307/252 |
| 3,582,827 | 6/1971 | Bjerede | 331/135 |
| 3,588,875 | 6/1971 | Gabor | 340/347 |
| 3,591,749 | 7/1971 | Comstock | 200/167 R |
| 3,593,115 | 7/1971 | Dym et al. | 323/93 |
| 3,598,903 | 8/1971 | Johnson et al. | 178/18 |
| 3,623,082 | 11/1971 | Stein et al. | 340/365 |
| 3,651,463 | 3/1972 | Rawson et al. | 340/147 R |
| 3,662,378 | 5/1972 | MacArthur | 340/347 DD |
| 3,675,239 | 7/1972 | Ackerman et al. | 340/365 |
| 3,683,371 | 8/1972 | Holz | 340/365 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2662528 | 5/1990 | France . | |
| 2 139 762 | 11/1984 | United Kingdom | G06F 3/033 |
| 9103039 | 3/1991 | WIPO . | |

#### OTHER PUBLICATIONS

Chun et al., "A High–Performance Silicon Tactile Imager Based on a Capacitive Cell", IEEE Transactions on Electron Devices, vol. ED–32, No. 7, Jul. 1985, pp. 1196–1201.

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Kevin Kim
*Attorney, Agent, or Firm*—D'Alessandro & Ritchie

[57] **ABSTRACT**

A proximity sensor system includes a sensor matrix array having a characteristic capacitance between horizontal and vertical conductors connected to sensor pads. The capacitance changes as a function of the proximity of an object or objects to the sensor matrix. The change in capacitance of each node in both the X and Y directions of the matrix due to the approach of an object is converted to a set of voltages in the X and Y directions. These voltages are processed by analog circuitry to develop electrical signals representative of the centroid of the profile of the object, i.e. its position in the X and Y dimensions. The profile of position may also be integrated to provide Z-axis (pressure) information.

**38 Claims, 17 Drawing Sheets**



5,648,642
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,696,409 | 10/1972 | Braaten | 340/365 |
| 3,732,389 | 5/1973 | Kaelin et al. | 200/167 A |
| 3,737,670 | 6/1973 | Larson | 307/116 |
| 3,751,612 | 8/1973 | Hansen | 200/52 R |
| 3,757,322 | 9/1973 | Barkan et al. | 340/365 C |
| 3,760,392 | 9/1973 | Stich | 340/200 |
| 3,773,989 | 11/1973 | Hacon | 200/52 R |
| 3,875,331 | 4/1975 | Halsenbalg | 178/19 |
| 3,921,166 | 11/1975 | Volpe | 340/365 C |
| 3,931,610 | 1/1976 | Marin et al. | 340/172.5 |
| 3,932,862 | 1/1976 | Graven | 340/324 M |
| 3,974,332 | 8/1976 | Abe et al. | 178/18 |
| 3,992,579 | 11/1976 | Dym et al. | 178/18 |
| 3,999,012 | 12/1976 | Dym | 178/18 |
| 4,001,807 | 1/1977 | Dallimonti | 340/324 A |
| 4,007,454 | 2/1977 | Cain et al. | 340/200 |
| 4,056,699 | 11/1977 | Jordan | 200/5 A |
| 4,058,765 | 11/1977 | Richardson et al. | 324/61 R |
| 4,071,691 | 1/1978 | Pepper, Jr. | 178/19 |
| 4,087,625 | 5/1978 | Dym et al. | 178/19 |
| 4,103,252 | 7/1978 | Bobick | 331/48 |
| 4,129,747 | 12/1978 | Pepper, Jr. | 178/19 |
| 4,148,014 | 4/1979 | Burson | 340/709 |
| 4,177,354 | 12/1979 | Mathews | 178/18 |
| 4,177,421 | 12/1979 | Thornburg | 324/61 R |
| 4,198,539 | 4/1980 | Pepper, Jr. | 178/18 |
| 4,221,975 | 9/1980 | Ledniczki et al. | 307/116 |
| 4,224,615 | 9/1980 | Penz | 340/712 |
| 4,232,311 | 11/1980 | Agneta | 340/703 |
| 4,246,452 | 1/1981 | Chandler | 200/5 A |
| 4,257,117 | 3/1981 | Besson | 368/69 |
| 4,264,903 | 4/1981 | Bigelow | 340/365 C |
| 4,281,323 | 7/1981 | Burnett et al. | 340/712 |
| 4,290,052 | 9/1981 | Eichelberger et al. | 340/365 C |
| 4,290,061 | 9/1981 | Serrano | 340/712 |
| 4,291,303 | 9/1981 | Cutler | 340/711 |
| 4,293,734 | 10/1981 | Pepper, Jr. | 178/18 |
| 4,302,011 | 11/1981 | Pepper, Jr. | 273/85 |
| 4,310,839 | 1/1982 | Schwerdt | 340/712 |
| 4,313,113 | 1/1982 | Thornburg | 340/709 |
| 4,334,219 | 6/1982 | Paülus et al. | 340/712 |
| 4,371,746 | 2/1983 | Pepper, Jr. | 178/18 |
| 4,373,784 | 2/1983 | Nonomura et al. | 350/336 |
| 4,398,181 | 8/1983 | Yamamoto | 340/365 S |
| 4,410,749 | 10/1983 | Janko et al. | 340/365 C |
| 4,423,286 | 12/1983 | Bergeron | 178/19 |
| 4,430,917 | 2/1984 | Pepper, Jr. | 84/1.01 |
| 4,442,317 | 4/1984 | Tandrell | 178/18 |
| 4,455,452 | 6/1984 | Schuyler | 178/18 |
| 4,475,235 | 10/1984 | Graham | 382/3 |
| 4,476,463 | 10/1984 | Ng et al. | 340/712 |
| 4,511,760 | 4/1985 | Garwin et al. | 178/18 |
| 4,550,221 | 10/1985 | Mabusth | 178/18 |
| 4,554,409 | 11/1985 | Mitsui et al. | 178/19 |
| 4,570,149 | 2/1986 | Thornburg et al. | 338/114 |
| 4,582,955 | 4/1986 | Blesser | 178/19 |
| 4,595,913 | 6/1986 | Aubuchon | 340/365 C |
| 4,616,107 | 10/1986 | Abe et al. | 178/18 |
| 4,639,720 | 1/1987 | Rympalski et al. | 340/712 |
| 4,672,154 | 6/1987 | Rodgers et al. | 178/19 |
| 4,680,430 | 7/1987 | Yoshikawa et al. | 178/19 |
| 4,686,332 | 8/1987 | Greanias et al. | 178/19 |
| 4,733,222 | 3/1988 | Evans | 340/365 |
| 4,734,685 | 3/1988 | Watanabe | 340/710 |
| 4,736,191 | 4/1988 | Matzke et al. | 340/365 C |
| 4,758,690 | 7/1988 | Kimura | 178/19 |
| 4,766,423 | 8/1988 | Ono et al. | 340/709 |
| 4,788,385 | 11/1988 | Kimura | 178/19 |
| 4,794,208 | 12/1988 | Watson | 178/19 |
| 4,820,886 | 4/1989 | Watson | 178/19 |
| 4,853,498 | 8/1989 | Meadows et al. | 178/19 |
| 4,918,262 | 4/1990 | Flowers et al. | 178/18 |
| 4,922,061 | 5/1990 | Meadows et al. | 178/19 |
| 4,988,982 | 1/1991 | Rayner et al. | 340/706 |
| 5,016,008 | 5/1991 | Gruaz et al. | 341/33 |
| 5,120,907 | 6/1992 | Shimbori et al. | 478/18 |
| 5,149,919 | 9/1992 | Greanias et al. | 178/19 |
| 5,239,140 | 8/1993 | Kuroda et al. | 178/18 |
| 5,270,711 | 12/1993 | Knapp | 341/34 |



*FIG. 1A*



*FIG. 1B*



**FIG. 1C**



**FIG. 1D**



FIG. 2



FIG. 3A



FIG. 3B



FIG. 4



*FIG. 5*



*FIG. 6A*



*FIG. 7A*



FIG. 6B



*FIG. 7B*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 13*



*FIG. 11*



*FIG. 12*



*FIG. 14*



FIG. 15



*FIG. 16A*



*FIG. 16B*

5,648,642

<div style="display:flex">
<div>

**1**

## OBJECT POSITION DETECTOR

### CROSS-REFERENCE TO RELATED APPLICATION

This is a file-wrapper continuation of patent application Ser. No. 07/895,934, filed Jun. 8, 1992 now abandoned.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to object position sensing transducers and systems. More particularly, the present invention relates to object position sensors useful in applications such as cursor movement for computing devices and other applications.

2. The Prior Art

Numerous devices are available or have been proposed for use as object position detectors for use in computer systems and other applications. The most familiar of such devices is the computer "mouse". While extremely popular as a position indicating device, a mouse has mechanical parts and requires a surface upon which to roll its position ball. Furthermore, a mouse usually needs to be moved over long distances for reasonable resolution. Finally, a mouse requires the user to lift a hand from the keyboard to make the cursor movement, thereby upsetting the prime purpose, which is usually typing on the computer keyboard.

Trackball devices are similar to mouse devices. A major difference, however, is that, unlike a mouse device, a trackball device does not require a surface across which it must be rolled. Trackball devices are still expensive, have moving parts, and require a relatively heavy touch as do the mouse devices. They are also large in size and do not fit well in a volume sensitive application like a laptop computer.

There are several available touch-sense technologies which may be employed for use as a position indicator. Resistive-membrane position sensors are known and used in several applications. However, they generally suffer from poor resolution, the sensor surface is exposed to the user and is thus subject to wear. In addition, resistive-membrane touch sensors are relatively expensive. A one-surface approach requires a user to be grounded to the sensor for reliable operation. This cannot be guaranteed in portable computers. An example of a one-surface approach is the UnMouse product by MicroTouch, of Wilmington, Mass. A two-surface approach has poorer resolution and potentially will wear out very quickly in time.

Surface Acoustic Wave (SAW) devices have potential use as position indicators. However, this sensor technology is expensive and is not sensitive to light touch. In addition, SAW devices are sensitive to residue buildup on the touch surfaces and generally have poor resolution.

Strain gauge or pressure plate approaches are an interesting position sensing technology, but suffer from several drawbacks. This approach may employ piezo-electric transducers. One drawback is that the piezo phenomena is an AC phenomena and may be sensitive to the user's rate of movement. In addition, strain gauge or pressure plate approaches are a somewhat expensive because special sensors are required.

Optical approaches are also possible but are somewhat limited for several reasons. All would require light generation which will require external components and increase cost and power drain. For example, a "finger-breaking" infra-red matrix position detector consumes high power and suffers from relatively poor resolution.

</div>
<div>

**2**

### BRIEF DESCRIPTION OF THE INVENTION

The present invention comprises a position-sensing technology particularly useful for applications where finger position information is needed, such as in computer "mouse" or trackball environments. However the position-sensing technology of the present invention has much more general application than a computer mouse, because its sensor can detect and report if one or more points are being touched. In addition, the detector can sense the pressure of the touch.

There are at least two distinct embodiments of the present invention. Both embodiments of the present invention include a sensor comprising a plurality of spaced apart generally parallel conductive lines disposed on a first surface.

According to a first embodiment of the present invention, referred to herein as a "finger pointer" embodiment, a position sensing system includes a position sensing transducer comprising a touch-sensitive surface disposed on a substrate, such as a printed circuit board, including a matrix of conductive lines. A first set of conductive lines runs in a first direction and is insulated from a second set of conductive lines running in a second direction generally perpendicular to the first direction. An insulating layer is disposed over the first and second sets of conductive lines. The insulating layer is thin enough to promote significant capacitive coupling between a finger placed on its surface and the first and second sets of conductive lines.

Sensing electronics respond to the proximity of a finger to translate the capacitance changes between the conductors caused by finger proximity into position and touch pressure information. Its output is a simple X, Y and pressure value of the one object on its surface. The matrix of conductive lines are successively scanned, one at a time, with the capacitive information from that scan indicating how close a finger is to that node. That information provides a profile of the proximity of the finger to the sensor in each dimension. The centroid of the profile is computed with that value being the position of the finger in that dimension. The profile of position is also integrated with that result providing the Z (pressure) information. The position sensor of the first embodiment of the invention can only detect the position of one object on its sensor surface. If more than one object is present, the position sensor of this embodiment tries to compute the centroid position of the combined set of objects.

According to a second embodiment of the present invention, a position sensing system includes a position sensing transducer as described herein. Sensing electronics respond to the proximity of a finger to translate the capacitance changes between the conductors running in one direction and those running in the other direction caused by finger proximity into position and touch pressure information. The sensing electronics of the second embodiment of the invention saves information for every node in its sensor matrix and can thereby give the full X/Y dimension picture of what it is sensing. It thus has much broader application for richer multi-dimensional sensing than does the first "finger pointer" embodiment. In this embodiment, referred to herein as the "position matrix" approach, the x,y coordinate information can be used as input to a on-chip neural network processor. This allows an operator to use multiple fingers, coordinated gestures, etc. for even more complex interactions.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1a is a top view of an object position sensor transducer according to a presently preferred embodiment of

</div>
</div>

5,648,642

3

the invention showing the object position sensor surface layer including a top conductive trace layer and conductive pads connected to a bottom trace layer.

FIG. 1b is a bottom view of the object position sensor transducer of FIG. 1 a showing the bottom conductive trace layer.

FIG. 1c is a composite view of the object position sensor transducer of FIGS. 1a and 1b showing both the top and bottom conductive trace layers.

FIG. 1d is a cross-sectional view of the object position sensor transducer of FIGS. 1a–1c.

FIG. 2 is a block diagram of sensor decoding electronics which may be used with the sensor transducer in accordance with a first embodiment of the present invention.

FIGS. 3a and 3b are graphs of output voltage versus matrix conductor position which illustrate the effect of the minimum detector.

FIG. 4 is a simplified schematic diagram of an integrating charge amplifier circuit suitable for use in the present invention.

FIG. 5 is a timing diagram showing the relative timing of control signals used to operate the object position sensor system of the present invention with an integrating charge amplifier as shown in FIG. 4.

FIG. 6a is a schematic diagram of a first alternate embodiment of an integrating charge amplifier circuit suitable for use in the present invention including additional components to bring the circuit to equilibrium prior to integration measurement.

FIG. 6b is a timing diagram showing the control and timing signals used to drive the integrating charge amplifier of FIG. 6a and the response of various nodes in the amplifier to those signals.

FIG. 7a is a schematic diagram of a second alternate embodiment of an integrating charge amplifier circuit suitable for use in the present invention including additional components to bring the circuit to equilibrium prior to integration measurement.

FIG. 7b is a timing diagram showing the control and timing signals used to drive the integrating charge amplifier of FIG. 7a and the response of various nodes in the amplifier to those signals.

FIG. 8 is a schematic diagram of a minimum detector circuit according to a presently preferred embodiment of the invention.

FIG. 9 is a schematic diagram of a maximum detector circuit according to a presently preferred embodiment of the invention.

FIG. 10 is a schematic diagram of a linear voltage-to-current converter circuit according to a presently preferred embodiment of the invention.

FIG. 11 is a schematic diagram of a position encoder centroid computing circuit according to a presently preferred embodiment of the invention.

FIG. 12 is a schematic diagram of a Z Sum circuit according to a presently preferred embodiment of the invention.

FIG. 13 is a schematic diagram of a multiplier circuit according to a presently preferred embodiment of the invention.

FIG. 14 is a schematic diagram of a combination driving-point impedance circuit and receiving-point impedance circuit according to a presently preferred position matrix embodiment of the invention.

4

FIG. 15 is a block diagram of a structure of a portion of a sample/hold array suitable for use in the present invention.

FIG. 16a is a block diagram of a simple version of a position matrix embodiment of the present invention in which the matrix of voltage information is sent to a computer which processes the data.

FIG. 16b is a block diagram of a second version of a position matrix embodiment of the present invention employing a sample/hold array such as that depicted in FIG. 15.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the invention will readily suggest themselves to such skilled persons.

The present invention brings together in combination a number of unique features which allow for new applications not before possible. Because the object position sensor of the present invention has very low power requirements, it is beneficial for use in battery operated or low power applications such as lap top or portable computers. It is also a very low cost solution, has no moving parts (and is therefore virtually maintenance free), and uses the existing printed circuit board traces for sensors. The sensing technology of the present invention can be integrated into a computer motherboard to even further lower its cost in computer applications. Similarly, in other applications the sensor can be part of an already existent circuit board.

Because of its small size and low profile, the sensor technology of the present invention is useful in lap top or portable applications where volume is important consideration. The sensor technology of the present invention requires circuit board space for only a single sensor interface chip that can interface directly to a microprocessor, plus the area needed on the printed circuit board for sensing.

The sensor material can be anything that allows creation of a conductive X/Y matrix of pads. This includes not only standard PC board, but also flexible PC board, conductive elastomer materials, and piezo-electric Kynar plastic materials. This renders it useful as well in any portable equipment application or in human interface where the sensor needs to be molded to fit within the hand.

The sensor can be conformed to any three dimensional surface. Copper can be plated in two layers on most any surface contour producing the sensor. This will allow the sensor to be adapted to the best ergonomic form needed for a particular application. This coupled with the "light-touch" feature will make it effortless to use in many applications. The sensor can also be used in an indirect manner, i.e. it can have a conductive foam over the surface and be used to detect any object (not just conductive) that presses against it's surface.

Small sensor areas are practical, i.e., a presently conceived embodiment takes about 1.5"×1.5" of area, however those of ordinary skill in the art will recognize that the area is scalable for different applications. The matrix area is scaleable by either varying the matrix trace spacing or by varying the number of traces. Large sensor areas are practical where more information is needed.

Besides simple X and Y position information, the sensor technology of the present invention also provides finger pressure information. This additional dimension of informa-

5,648,642

| 5 | 6 |

tion may be used by programs to control special features such as "brush-width" modes in Paint programs, special menu accesses, etc., allowing provision of a more natural sensory input to computers.

The user will not even have to touch the surface to generate the minimum reaction. This feature can greatly minimize user strain and allow for more flexible use.

The sense system of the present invention depends on a transducer device capable of providing position and pressure information regarding the object contacting the transducer. Referring first to FIGS. 1a–1d, top, bottom, composite, and cross-sectional views, respectively, are shown of a presently-preferred touch sensor array for use in the present invention. Since capacitance is exploited by this embodiment of the present invention, the sensor surface is designed to maximize the capacitive coupling between top (X) trace pads to the bottom (Y) trace pads in a way that can be maximally perturbed and coupled to a finger or other object placed above the surface.

A presently preferred sensor array 10 according to the present invention comprises a substrate 12 including a set of first conductive traces 14 disposed on a top surface 16 thereof and run in a first direction to comprise rows of the sensor array 10. A set of second conductive traces 18 are disposed on a bottom surface 20 thereof and run in a second direction preferably orthogonal to the first direction to form the columns of the sensor array 10. The sets of first and second conductive traces 14 and 18 are alternately in contact with periodic sense pads 22 comprising enlarged areas, shown as diamonds in FIGS. 1a–1c. While sense pads 22 are shown as diamonds in FIGS. 1a–1c, any shape, such as circles, which allows close packing of the sense pads 22, is equivalent for purposes of this invention.

The number and spacing of these sense pads 22 depends upon the resolution desired. For example, in an actual embodiment constructed according to the principles of the present invention, a 0.10 inch center-to-center diamond-shaped pattern of sense pads disposed along a matrix of 15 rows and 15 columns of conductors is employed. Every other sense pad 22 in each direction in the pad pattern is connected to sets of first and second conductive traces 14 and 18 on the top and bottom surfaces 16 and 20, respectively of substrate 12.

Substrate 12 may be a printed circuit board, a flexible circuit board or any of a number of available circuit interconnect technology structures. Its thickness is unimportant as long as contact may be made therethrough from the set of second conductive traces 18 to their sense pads 22 on the top surface 16. The printed circuit board comprising substrate 12 can be constructed using standard industry techniques. Board thickness is not important. Pad-to-pad spacing should preferably be minimized to something in the range of about 15 mils or less. Connections from the sense pads 22 to the set of second traces 18 may be made employing standard plated-through hole techniques well known in the printed circuit board art.

An insulating layer 24 is disposed over the sense pads 22 on top surface 16 to insulate a human finger or other object therefrom. Insulating layer 24 is preferably a thin layer (i.e., approximately 5 mils) to keep capacitive coupling large and may comprise a material, such as mylar, chosen for its protective and ergonomic characteristics.

There are two different capacitive effects taking place when a finger approaches the sensor array 10. The first capacitive effect is trans-capacitance, or coupling between sense pads 22, and the second capacitive effect is self-

capacitance (ground capacitance), or coupling to earth-ground. Sensing circuitry is coupled to the sensor array 10 of the present invention and responds to changes in either or both of these capacitances. This is important because the relative sizes of the two capacitances change greatly depending on the user environment. The ability of the present invention to detect changes in both self capacitance and trans-capacitance results in a very versatile system having a wide range of applications.

According to a first embodiment of the invention, a position sensor system including sensor array 10 and associated touch detector circuitry will detect a finger position on a matrix of printed circuit board traces via the capacitive effect of finger proximity to the sensor array 10. The position sensor system will report the X, Y position of a finger placed near the sensor array 10 to much finer resolution than the spacing between the sets of first and second traces 14 and 18. The position sensor according to this embodiment of the invention will also report a Z value proportional to the outline of that finger and hence indicative of the pressure with which the finger contacts the surface of insulating layer 24 over the sensor array 10.

According to a presently preferred embodiment of the invention, a very sensitive, light-touch detector circuit may be provided using adaptive analog VLSI techniques. The circuit of the present invention is very robust and calibrates out process and systematic errors. The detector circuit of the present invention will process the capacitive input information and provide digital information to a microprocessor.

According to this embodiment of the invention, sensing circuitry is contained on a single sensor processor integrated circuit chip. The sensor processor chip can have any number of X and Y "matrix" inputs. The number of X and Y inputs does not have to be equal. The integrated circuit has a digital bus as output. In the illustrative example disclosed in FIGS. 1a–1d herein, the sensor array 10 has 15 traces in both the Y and Y directions. The sensor processor chip thus has 15 X inputs and 15 Y inputs.

The X and Y matrix nodes are successively scanned, one at a time, with the capacitive information from that scan indicating how close a finger is to that node. The scanned information provides a profile of the finger proximity in each dimension. According to this aspect of the present invention, the profile centroid is derived in both the X and Y directions and is the position in that dimension. The profile curve of proximity is also integrated to provide the Z information.

Referring now to FIG. 2, a block diagram of presently preferred sensing circuitry 30 for use according to the present invention is shown. The sensing circuitry 30 of this embodiment employs a driving-point capacitance measurement for each X and Y line in the sensor array 10. The block diagram of FIG. 2 illustrates the portion of the sensing circuitry 30 for developing signals from one direction (shown as X in the matrix). The circuitry for developing signals from the other direction in the matrix is identical and its interconnection to the circuitry shown in FIG. 2 will be disclosed herein. The sensing circuitry 30 of FIG. 2 illustratively discloses an embodiment in which information from six X matrix lines X1 . . . X6 are processed. Those of ordinary skill in the art will recognize that this embodiment is illustrative only, and that actual embodiments fabricated according to the present invention may employ an arbitrarily sized matrix, limited only by technology constraints.

The driving-point capacitance measurement for each of X lines X1 . . . X6 is derived from an integrating charge amplifier circuit. These circuits are shown in block form at

5,648,642

7

reference numerals 32-1 through 32-6. The function of each of integrating charge amplifier 32-1 through 32-6 is to develop an output voltage proportional to the capacitance sensed on its corresponding X matrix line.

The driving-point capacitance measurement is made for all X (row) first conductive traces 14 and all Y (column) second conductive traces 18 in the sensor matrix array 10. A profile of the finger proximity mapped into the X and Y dimension is generated from the driving-point capacitance measurement data. This profile is then used to determine a centroid in both dimensions, thereby determining the X and Y position of the finger.

The output voltages of integrating charge amplifier 32-1 through 32-6 are utilized by several other circuit elements and are shown for convenience in FIG. 2 as distributed by bus 34. Bus 34 is a six conductor bus, and those of ordinary skill in the art will recognize that each of its conductors comprises the output of one of integrating charge amplifiers 32-1 through 32-6.

The first of circuit elements driven by the outputs of integrating charge amplifier circuits 32-1 through 32-6 is linear voltage-to-current converter 36. The function of linear voltage-to-current converter 36 is to convert the output voltages of integrating charge amplifiers 32-1 through 32-6 to currents for subsequent processing.

The current outputs from linear voltage-to-current converter 36 are presented as inputs to X position encode circuit 38. The function of X position encode circuit 38 is to convert the input information into a signal representing object proximity in the X dimension of the sensor array 10. According to a presently preferred embodiment of the invention, this circuit will provide a scaled weighted mean (centroid) of the set of input currents. The result is a circuit which is a linear position encoder, having an output voltage which varies between the power supply rails. Because it is a weighted mean, it averages all current inputs and can in turn generate an output voltage which represents an X position with a finer resolution than the spacing of the X matrix grid spacing.

The output voltage of X position encode circuit 38 is presented to sample/hold circuit 40, the output of which, as is well known in the art, either follows the input or holds a value present at the input depending on the state of its control input 42. The structure and operation of sample/hold circuits are well known in the art.

The output of sample/hold circuit 40 drives the input of analog-to-digital (A/D) converter 44. The output of A/D converter 44 is a digital value proportional to the position of the object in the X dimension of the sensor array 10.

While the portion of the circuit described so far is useful for providing a digital signal indicating object position in one dimension, the addition of further circuit elements yields a more useful device which is more immune to noise, detects and subtracts the no-object-proximate signal from the outputs of the sensors, and provides threshold detection of an approaching object.

The first of these additional circuit elements is minimum detector circuit 46. The function of minimum detector circuit 46 is to determine the level of signal representing ambient no-object-proximate to the sensor array 10 and to provide a signal which may be fed back to integrating charge amplifiers 32-1 through 32-6 to control their output voltages to effectively zero out the outputs of the integrating charge amplifiers 32-1 through 32-6 under the ambient condition. The output of minimum detector circuit 46 is a voltage. This voltage is compared in operational amplifier 48 with an adjustable voltage representing a minimum threshold value

8

$V_{Thmin}$. Through feedback to the integrating charge amplifiers 32-1 through 32-6, operational amplifier 48 adjusts its output to balance the output voltage of minimum detector circuit 46 with the voltage $V_{Thmin}$. Feedback is controlled by P-channel MOS transistor 50, which allows the feedback to operate only when the PROCESS signal is active.

FIGS. 3a and 3b are graphs of output voltage versus matrix conductor position which illustrate the effect of the minimum detector circuit 46. In order to better illustrate the effect of offset cancellation, FIGS. 3a and 3b show the outputs of integrating charge amplifiers from a fifteen row matrix, rather than from a six row matrix as is implied by FIG. 2. FIG. 3a shows the offset component of the voltage outputs of integrating charge amplifiers without the operation of minimum detector circuit 46, and FIG. 3b shows the voltage outputs with the offset having been zeroed out by the feedback loop comprising minimum detector circuit 46, P-channel MOS transistor 50, and feedback conductor 52.

Another additional circuit component is maximum detector circuit 54. The function of maximum detector circuit 54, working in co-operation with amplifier 56, OR gate 58, and AND gate 60 is to provide a MAX INTERRUPT signal. The MAX INTERRUPT signal alerts the microprocessor controlling the object sensor system of the present invention that an object is approaching the sensor array 10. The amplifier 56 acts as a comparator which trips if the output voltage from maximum detector circuit 54 exceeds the threshold set by the voltage $V_{Thmax}$. When the output voltage from maximum detector circuit 54 exceeds the threshold, or the output voltage from the corresponding Y maximum detector (not shown) exceeds the threshold set for its corresponding amplifier, the output of OR gate 58 becomes true. That and a true SAMPLE signal at the second input of AND gate 60 causes a true MAX INTERRUPT signal at its output.

The Z Sum circuit 62 produces an output which is proportional to the pressure with which a finger is pressing on the sensor. This is done in both the X and Y dimensions by effectively integrating the areas under the curves of FIG. 3b. Referring again to FIG. 3b for illustration purposes, it can be seen that the width of the contact area in the X dimension of the sensor array 10 is from about $X_2$ to $X_{10}$.

According to a presently preferred embodiment of the invention, Z Sum circuit 62 is configured to produce an output voltage $V_O$. Output voltage $V_O$ is a scaled function of all the input voltages.

Since the outputs of the Z Sum circuits 62 in both the X and Y directions are proportional to the width of the pointing finger or other flexible object in the two dimensions of the sensor array 10, the area of the finger or other flexible object is a reliable measure of the pressure with which the finger is contacting the surface of the sensor array 10. The area may be calculated by multiplier circuit 64, having the output of the Z Sum circuit 62 in the X dimension as one of its inputs and the output of the Z Sum circuit 62 in the Y dimension as the other one of its inputs.

A presently preferred embodiment of multiplier circuit 64 takes two analog voltage inputs and performs an analog computation on those voltages to create a voltage output which is proportional to the product of the two input voltages. As shown in FIG. 2, a first input term is the output voltage of the X dimension Z Sum circuit 62 and a second input term is the output of the Y dimension Z Sum circuit (not shown). Those of ordinary skill in the art will recognize that since multiplication is commutative process and since the multiplier inputs are symmetrical, it does not matter which of the X and Y Z sum circuits 62 contributes the first input term and which contributes the second input term.

5,648,642

9

The output of multiplier circuit **64** is a voltage and drives a sample/hold circuit **66**. Sample/hold circuit **66** may be identical to sample/hold circuit **40** and may be driven by the same SAMPLE signal which drives sample/hold circuit **40**.

The output of sample/hold circuit **66** drives the input of analog-to-digital (A/D) converter **68**. A/D converter **68** may be identical to A/D converter **44**. The output of A/D converter **68** is a digital value proportional to the pressure with which the finger (or other flexible object) is contacting the surface of sensor array **10**.

The object position sensor system of the present invention may be operated under the control of a microprocessor which provides the timing and other control signals necessary to operate the system. For example, the MAX INTERRUPT signal from the output of AND gate **60** may be used to interrupt the microprocessor and invoke an object sensing routine. The particular timing and control signals employed by any system constructed according to the present invention will vary according to the individual design. The following is therefore an illustrative disclosure providing circuit details of illustrative circuit components of a presently preferred system according to the present invention and including disclosure of typical timing and control signals for operating these circuits.

Referring now to FIG. 4, a simplified schematic diagram of an integrating charge amplifier **70** operating in a driving-point capacitance measuring mode suitable for use in the present invention is shown. Integrating charge amplifier **70** is derived from the common integrating amplifier seen in the literature, for example in Gregorian and Temes, Analog MOS Integrated Circuits, John Wiley & Sons (1986) pp. 270–271; Haskard and May, Analog VLSI Design, Prentice Hall (1988), pp. 105–106, and is built around amplifying element **72**, which may comprise a common transconductance amplifier as described in Mead, Analog VLSI and Neural Systems, Addison-Wesley (1989) pp. 70–71. The inverting input of amplifying element **72** is connected to an input node **74** through a switch **76** controlled by a SELECT (n) node **78**. The input node **74** is connected to one of the lines in the sensor array **10** of FIG. 1. While the disclosure herein illustrates the use of an integrating charge amplifier connected to a row line of the sensor array, those of ordinary skill in the art will recognize that the operation of the integrating charge amplifiers connected to the column lines of the sensor array is identical.

The non-inverting input of amplifying element **72** is connected to a Voltage step input node **80**. A capacitor **82** is connected as an integrating feedback element between the output and inverting input of amplifying element **72**. According to a presently preferred embodiment of the invention, capacitor **82** may have a capacitance of about 10 pF.

The output of amplifying element **72** is connected to an output node **84** through a switch **86**. Switch **86** is controlled by the SELECT(n) node **78** which also controls switch **76**. A capacitor **88**, which may have a capacitance of about 3 pF, is connected between output node **84** and an offset adjust node **90**. Those of ordinary skill in the art will recognize that switches **76** and **86** may comprise common CMOS pass gates, each including an N-channel and a P-channel MOS transistor connected in parallel with their gates driven by complimentary signals. Those of ordinary skill in the art will recognize that the combination of switch **86** and capacitor **88** form a simple sample/hold circuit the offset of which may be adjusted when the switch **86** is in its off position via the voltage on offset adjust node **90**.

10

Amplifying element **72** also includes a BIAS input node **92**, which may be connected to an on-chip current bias reference which may be used for all of the integrating charge amplifiers on the chip.

A driving-point capacitance measurement is made by closing switches **76** and **86** and stepping, by an amount Vstep, the input voltage on Voltage step input node **80** at the non-inverting input of amplifying element **72**. Because of the negative feedback arrangement, the output of amplifying element **72** will then move to force the voltage at its inverting input to match the voltage at its non-inverting input. The result is that the voltage at the output node **84** changes to a value that injects enough charge into capacitor **82** to match the charge that is injected into the capacitance on the sensor array **10** line connected to input node **74**. This change may be expressed as:

$$V_{out} = V_{step} * (1 + C_{matrix}/C_{82})$$

where $V_{out}$ is the output voltage, $C_{matrix}$ is the capacitance on the row or column line of the sensor array **10** to which input node **74** is connected and $C_{82}$ is capacitor **82**.

When a finger approaches the sensor array **10**, $C_{matrix}$ will increase in magnitude. The result is that Vout will also increase in a driving-point capacitance measurement made as the finger approaches. $V_{out}$ is proportional to the proximity of a finger (conductive object) to the sensor array **10** line connected to input node **74**. As described above, the driving-point capacitance measurement gives an output voltage change that is directly proportional to the sensor array **10** capacitance that is to be measured.

Subtracting the $V_{out}$ value with no object present from the $V_{out}$ value where there is an object present results in a $V_{out}$ difference that is proportional to the change in capacitance at the row line of the sensor array **10** to which input node **74** is connected. Thus:

$$V_{out(final)} = V_{out\ (with\ finger)} - V_{out\ (no\ object)}$$

$$V_{out\ (with\ finger)} = V_{STEP} * (1 + ((C_{no\ object} + C_{finger}) / C_{82}))$$

$$V_{out\ (no\ object)} = V_{STEP} * (1 + (C_{no\ object} / C_{82}))$$

$$V_{out\ (final)} = V_{STEP}\ (C_{finger} / C_{82})$$

According to a presently preferred embodiment of the invention, this subtraction operation may be performed by applying an offset adjust voltage to capacitor **88** at offset adjust node **90**. This voltage may be presented to the amplifier circuit via line **52** (FIG. 2) and is controlled by the Minimum Detect circuit **46** when the PROCESS control line is active. The offset adjust node **90** subtracts the "no object voltage" from the output node **84** and leaves an output voltage directly proportional to the change of the capacitance at the row line of the sensor array **10** to which input node **74** is connected caused by the approaching object.

To operate the object position sensing system of the present invention, the integrating charge amplifiers **70** are selected one at a time using their select nodes **78**. This closes both switches **76** and **86** to start the integrator and to start sampling the results of this operation. The voltage at the Voltage step input node **80** is stepped, and the circuit is allowed to settle. After sufficient settling time the select signal is disabled, switches **76** and **86** are opened and the sampled result is left stored at the output node **84** on capacitor **88**.

After all of the row and column lines of the sensor array **10** have been scanned, a PROCESS cycle takes place, and the minimum detector circuits **46** in both the X and Y

5,648,642

11

dimensions adjust the output voltages on capacitors 88 in all integrating charge amplifiers 70 via the common input line 52 to all amplifiers.

Referring now to FIG. 5 a timing diagram shows the relationship between the timing and control signals used to operate the object position sensor system of the present invention utilizing the integrating charge amplifier 70 of FIG. 4. In the embodiment illustrated in FIG. 5, first all X and Y integrating charge amplifiers are sequentially selected, followed by a PROCESS signal and then a SAMPLE signal.

Additional components may be added to integrating charge amplifiers 70, largely to bring the circuits to equilibrium before the integration takes place. Referring now to FIG. 6a, in an alternate embodiment of an integrating charge amplifier 100, all components of the embodiment of FIG. 4 are present. In the embodiment of FIG. 6a, the portion of the cycle in which a global RESET node is true is used to equibrilate the circuit by discharging the integrating feedback capacitor 82 to zero volts. The voltage $V_{STEP}$ is then provided to the non-inverting input of the amplifying element 72 in a manner which allows easily controlled stepping between the two designated voltages, $V_{LOW}$ and $V_{HIGH}$.

The additional components in integrating charge amplifier 100 include a switch 102 connected across capacitor 82 connected to a RESET node 104 connected to all of the integrating charge amplifiers 100 in the system. When the RESET signal is true at the beginning of each scanning cycle, switch 102 turns on and discharges the capacitor 82 to zero volts.

A switch 106 is connected between the input node 74 and ground has a control element connected to a RESET1 (n) node 108. The RESET1 (n) node 108 is active for all integrating charge amplifiers except for the one selected by its SELECT(n) node to perform the driving-point impedance measurement. Its function is to discharge any voltage present on those nodes due to the capacitive coupling to the other nodes which have been driven by the scanning process and thereby eliminate or minimize the error which such voltages would introduce into the measurement process.

Finally, the $V_{STEP}$ voltage may be provided to the non-inverting input of amplifying element 72 by employing switches 110 and 112. Switch 110 is connected between a $V_{HIGH}$ voltage node 114 and the non-inverting input of amplifying element 72, and is controlled by a STEP node 116. Switch 112 is connected between a $V_{LOW}$ voltage node 118 and the non-inverting input of amplifying element 72, and is controlled by a $\overline{STEP}$ node 120. Switches 102, 106, 110, and 112 may comprise common CMOS pass gates.

Referring now to FIG. 6b, a timing diagram shows the relationships between the various control signals and the voltages present on selected nodes of the integrating charge amplifier 100 of FIG. 6a during scan cycles (n−1), (n), and (n+1). As can be seen from FIG. 6b, the global RESET signal at RESET node 104 discharges the capacitors 82 of all integrating charge amplifiers 100 in the system at the beginning of each scanning cycle. The RESET1(n) signal at RESET1(n) node 108 is coincident with the RESET signal during scanning cycles (n−1) and (n+1) but does not appear at the RESET1(n) node 108 of the integrating charge amplifier 100 which is making the driving-point capacitance measurement during scanning cycle (n). As those of ordinary skill in the art will readily appreciate from the description herein, the RESET1(n) signal for any integrating charge amplifier 100n may be generated by simple logic circuitry to implement the logic function RESET1(n)=RESET·SELECT(n).

FIG. 6b also shows the STEP and $\overline{STEP}$ signals drive the non-inverting input of amplifying element 72 first to $V_{LOW}$

12

and then to $V_{HIGH}$ during each scanning cycle. The signals N1, N2, and N3 represent the voltages present at the inverting input, the non-inverting input, and the output, respectively, of amplifying element 72. As can be seen from FIG. 6b, the voltage $V_{meas}$, the voltage of interest, remains at the output node of integrating charge amplifier 100 even after the end of scan cycle (n) in which it was developed.

Referring now to FIG. 7a, an embodiment of an integrating charge amplifier 130 according to the present invention is an approach that provides a larger operating range for the integration. The embodiment of FIG. 7a is nearly identical in its structure and operation to the embodiment of FIG. 6a, except that instead of switch 102 acting to discharge capacitor 82 to zero volts when the RESET node 104 is true, switch 132, which may comprise a common CMOS pass gate, is used to force the output of amplifying element 72 to ground (zero volts) instead of to $V_{LOW}$ as in the embodiment of FIG. 6a. A switch 134, also controlled by RESET node 104, is used to short together the inverting and non-inverting inputs of amplifying element 72, forcing them both to an equilibrium voltage of $V_{LOW}$. In low power supply-voltage applications, such as found in notebook computers, this circuit increases the signal sensitivity by a factor of two.

FIG. 7b is a timing diagram which shows the relationships between the various control signals and the voltages present on selected nodes of the integrating charge amplifier circuit 130 of FIG. 7a during scan cycles (n−1), (n), and (n+1). As can be seen from FIG. 7b, the global RESET signal at node 104 forces the outputs of all integrating charge amplifiers 130 in the system to zero volts at the beginning of each scanning cycle. As in the embodiment of FIG. 7a, the RESET1(n) signal at RESET1(n) node 108 is coincident with the RESET signal during scanning cycles (n−1) and (n+1) but does not appear at the RESET1(n) node 108 of the integrating charge amplifier 130 which is making the driving-point capacitance measurement during scanning cycle (n).

Like the embodiment of FIG. 6a, in the embodiment of FIG. 7a the STEP and $\overline{STEP}$ signals drive the non-inverting input of amplifying element 72 first to $V_{LOW}$ and then to $V_{HIGH}$ during each scanning cycle. The signals N1, N2, and N3 represent the voltages present at the inverting input, the non-inverting input, and the output, respectively, of amplifying element 72. As can be seen from FIG. 7b, the voltage $V_{meas}$, the voltage of interest, remains at the output node of integrating charge amplifier 130 even after the end of scan cycle (n) in which it was developed.

Referring now to FIG. 8, a schematic diagram is presented of a minimum detector circuit 46 of FIG. 2. While the X dimension minimum detector circuit 46 is illustratively disclosed herein, those of ordinary skill in the art will understand that the Y dimension minimum detector circuit functions in the same manner.

According to a presently preferred embodiment of the invention, minimum detector circuit 46 includes a P-channel MOS bias transistor 142 having its source connected to a voltage source $V_{DD}$ and its gate connected to a bias voltage $V_{BIAS}$. The inputs of the minimum detector circuit 46 are connected to the output nodes 84 of the respective integrating charge amplifiers. In the minimum detector circuit 46 illustrated in FIG. 8, there are (n) inputs. Each input section comprises a series pair of MOS transistors connected between the drain of P-channel MOS bias transistor 142 and ground.

Thus, the input section for $In_1$ comprises P-channel MOS input transistor 144 having its source connected to the drain of P-channel MOS bias transistor 142 and N-channel MOS current-limiting transistor 146 having its drain connected to

5,648,642

13

the drain of P-channel MOS input transistor 144 and its source connected to ground. The gate of P-channel MOS input transistor 144 is connected to In$_1$ input node 148 and the gate of N-channel MOS current-limiting transistor 146 is connected to a source of limiting bias voltage V$_{LBIAS}$ at node 150.

Similarly, the input section for In$_2$ comprises P-channel MOS input transistor 152 having its source connected to the drain of P-channel MOS bias transistor 142 and N-channel MOS current-limiting transistor 154 having its drain connected to the drain of N-channel MOS input transistor 152 and its source connected to ground. The gate of P-channel MOS input transistor 152 is connected to In$_2$ input node 156 and the gate of N-channel MOS current-limiting transistor 154 is connected to node 150.

The input section for In$_3$ comprises P-channel MOS input transistor 158 having its source connected to the drain of P-channel MOS bias transistor 142 and N-channel MOS current-limiting transistor 160 having its drain connected to the drain of P-channel MOS input transistor 158 and its source connected to ground. The gate of P-channel MOS input transistor 158 is connected to In$_3$ input node 162 and the gate of N-channel MOS current-limiting transistor 160 is connected to node 150.

The input section for In$_{(n)}$ comprises P-channel MOS input transistor 164 having its source connected to the drain of P-channel MOS bias transistor 142 and N-channel MOS current-limiting transistor 166 having its drain connected to the drain of P-channel MOS input transistor 164 and its source connected to ground. The gate of P-channel MOS input transistor 164 is connected to In$_{(n)}$ input node 168 and the gate of N-channel MOS current-limiting transistor 146 is connected to node 150. The output of minimum detector circuit 46 is node 170.

Without averaging control, V$_{BIAS}$ and V$_{LBIAS}$ would be set so that the saturation currents in any one of transistors 146, 154, 160 N-channel MOS current-limiting . . . 166 is much larger than the saturation current in P-channel MOS bias transistor 142. In this mode, assume that In1 is the smallest voltage of all n inputs. In this case P-channel MOS input transistor 144 is turned on strongly with N-channel MOS current-limiting transistor 146 taking all the current from P-channel MOS bias transistor 142. As a result, output node 170 moves down until P-channel MOS input transistor 144 is on just enough to sink all the current from P-channel MOS bias transistor 142. In this case all other P-channel MOS input/N-channel MOS current-limiting transistor pairs (152/154, 158/160 . . . 164/166) turn off because their P-channel devices have an input voltage drive of less than that of transistor 144. The result is that the output is directly related to the minimum input voltage and is offset therefrom by a gate bias voltage.

Operating the minimum detector circuit 46 of FIG. 8 in an averaging mode provides substantial noise rejection in the system. If for some reason one input was noisy and gave a much smaller value than all other values it could cause the generation of an erroneous output voltage. According to the present invention, the goal is to detect the "background level" of an input with no input stimulus. This would be the true minimum value. Since there are typically more than one input in this state, several inputs can be averaged to form the minimum signal. This is done via the averaging mode, which is enabled by setting the V$_{LBIAS}$ current of each N-channel MOS current-limiting transistor 146, 154, 160 . . . 166 to be some fraction of the current from P-channel MOS bias transistor 142.

For this invention the current set by V$_{LBIAS}$ is approximately one-third of the current from P-channel MOS bias

14

transistor 142. Therefore, in order to sink all of the current from P-channel MOS bias transistor 142, at least three input P-channel MOS input/N-channel MOS current-limiting transistor pairs (144/146 . . . 164/166) must be turned on. For that to happen the output node 170 must then be sitting at a voltage equal to a P-channel bias voltage above the third lowest input. It has thus, in effect, filtered out and ignored the two lower values.

The present embodiment of the minimum detect circuit of FIG. 8 has been described in terms of separately deriving an X minimum signal and a Y minimum signal and separately computing their weighted minima. Those of ordinary skill in the art will recognize that, pursuant to an equivalent embodiment, the weighted minima of the combined X and Y signals could be computed utilizing the principles disclosed herein.

Referring again to FIG. 2, the output of operational amplifier 48 (a transconductance amplifier operating as a comparator) and the bottom of capacitor 88 in the integrating charge amplifiers 70, 100, and 130 of FIGS. 4, 6a, and 7a has been held high by P-channel MOS transistor 50 during the scan operation or non-PROCESS cycles when the global PROCESS signal (FIG. 5) is low. When the PROCESS cycle starts, the PROCESS line goes high and P-channel MOS transistor 50 is turned off, thus enabling the action of minimum detector circuit 46. If the output of minimum detector circuit 46 is greater than the V$_{Thmin}$ at the input of operational amplifier 48, the output of operational amplifier 48 is driven low. This is a feedback loop because when the bottom of capacitor 88 in the integrating charge amplifiers (32-1 through 32-6) drives low it pulls the outputs of all integrating charge amplifiers (32-1 through 32-6) low also. This in turn pulls the output of minimum detector circuit 46 low. This feedback-settling process continues until the minimum detector circuit 46 output equals the V$_{Thmin}$ (FIG. 3b).

The V$_{Thmin}$ voltage is chosen so that when the integrating charge amplifiers (32-1 through 32-6) outputs are shifted down, the minimum charge amplifier output will generate no current in the voltage-to-current converter circuits 36.

Referring now to FIG. 9, the maximum detector circuit 54 will be disclosed. According to a presently preferred embodiment of the invention, maximum detector circuit 54 includes an N-channel bias transistor 182 having its source connected to ground and its gate connected to a bias voltage V$_{BIAS}$ at node 184. The inputs of the maximum detector circuit 54 are connected to the output nodes 84 of the respective integrating charge amplifiers 70, 100 and 130. In the maximum detector circuit 54 illustrated in FIG. 9, there are (n) inputs. Each input section comprises a series pair of MOS transistors connected between the drain of N-channel bias transistor 182 and a voltage source V$_{DD}$.

Thus, the input section for In$_1$ comprises P-channel MOS current-limiting transistor 186 having its source connected to V$_{DD}$ and its drain connected to the drain of N-channel MOS input transistor 188. The gate of N-channel MOS input transistor 188 is connected to In$_1$ input node 190 and the gate of P-channel MOS current-limiting transistor 186 is connected to a source of bias voltage V$_{LBIAS}$ at node 192. Similarly, the input section for In$_2$ comprises P-channel MOS current-limiting transistor 194 having its source connected to V$_{DD}$ and its drain connected to the drain of N-channel MOS input transistor 196. The gate of N-channel MOS input transistor 196 is connected to In$_2$ input node 198 and the gate of P-channel MOS current-limiting transistor 194 is connected to node 192. The input section for In$_3$ comprises P-channel MOS current-limiting transistor 200

5,648,642

15

having its source connected to VDD and its drain connected to the drain of N-channel MOS input transistor 202. The gate of N-channel MOS input transistor 202 is connected to In$_3$ input node 204 and the gate of P-channel MOS current-limiting transistor 200 is connected to node 192. The input section for In(n) comprises P-channel MOS current-limiting transistor 206 having its source connected to VDD and its drain connected to the drain of N-channel MOS input transistor 208. The gate of N-channel MOS input transistor 208 is connected to In$_{(n)}$ input node 210 and the gate of N-channel MOS current-limiting transistor 206 is connected to node 192. The sources of N-channel MOS input transistors 188, 198, 202, and 208 are connected together to the drain of N-channel MOS bias transistor 182. The output of maximum detector circuit 54 is node 212 at the common connection of the drain of N-channel bias transistor 182 and the sources of the N-channel input transistors 188, 196, 202 and 208.

The maximum detector circuit 54 acts analogously to the minimum detector circuit 46. The difference is that an N-channel bias transistor is used instead of a P-channel bias transistor and an N-channel transconductance amplifier is used in place of a P-channel transconductance amplifier. The result is that the output will now track approximately an N-channel bias drop below the largest input (in non-averaging mode), since that much difference is needed to guarantee at least one input P-channel MOS current-limiting/N-channel MOS input transistor pair (186/188, 194/196 . . . 206/208) is on.

However for this circuit the output is not used for feedback, but is instead used to drive an amplifier comparator 56 (FIG. 2) which is set to trip if the input is greater than the voltage V$_{Thmax}$. If tripped, a MAX INTERRUPT signal is generated. The MAX INTERRUPT is used to "wake-up" a microprocessor and tell it that there is an object detected at the sensor. The signal is prevented from appearing on the MAX INTERRUPT line by gate AND gate 60 and the SAMPLE signal. The SAMPLE signal only allows the interrupt signal to pass after the circuit has settled completely. As shown in FIG. 2 by OR gate 58, either the X or the Y dimension maximum detector circuit 54 may be used to enable the MAX INTERRUPT signal.

Referring now to FIG. 10, a presently preferred embodiment of linear voltage-to-current circuit converter 36 is shown in schematic form. In the presently preferred embodiment of the invention, block 36 in FIG. 2 actually contains one voltage to current converter circuit of FIG. 10 for each output of an integrating charge amplifier.

In the circuit of FIG. 10, a current mirror comprises diode-connected P-channel MOS transistor 222 having its source connected to voltage source V$_{DD}$, and P-channel MOS transistor 224 having its source connected to voltage source V$_{DD}$ and its gate connected to the gate and drain of P-channel MOS transistor 222. An N-channel MOS input transistor 226 has its drain connected to the drain of P-channel MOS transistor 222, its gate connected to a voltage input node 228, and its source connected to the drain of N-channel MOS bias transistor 230. The source of N-channel MOS bias transistor 230 is connected to ground and its gate is connected to bias input 232. The drain of P-channel MOS transistor 224 is connected to the gate and drain of diode connected N-channel MOS transistor 234. The source of diode connected N-channel MOS transistor 234 is connected to ground. The common gate and drain connection of diodeconnected N-channel MOS transistor 234 is an N Bias current output node 238 and the common connection of the gate of P-channel MOS transistor 224 and

16

the drain of P-channel MOS transistor 222 is a P Bias current output node 236 of the voltage-to-current-converter 36.

To generate a linear transformation N-channel MOS bias transistor 230 is biased in its linear region by setting V$_{BIAS}$ to be a value which is much greater than the largest value expected on the voltage input node 228. This will guarantee it is always operating in its linear region. For this invention the voltage to be expected at the voltage input node 228 of the voltage-to-current converter 36 is typically less than half of the power supply, so it will operate linearly if V$_{BIAS}$ is set to the power supply or greater.

The transconductance of N-channel MOS input transistor 226 is designed to be as large as reasonable. The result is that N-channel MOS input transistor 226 will operate like a follower with a resistor in its source, and hence will give a linear change of output current versus a linear change in input voltage.

The current is sourced by diode-connected P-channel MOS transistor 222 which acts as half of a CMOS P-channel current mirror and provides a reference for P Bias Output node 236 for the position encode circuit 38 shown in FIG. 2. The current is mirrored thru P-channel MOS transistor 224 and diode connected N-channel MOS transistor 234 generating a reference at N Bias output node 238 for the position encode circuit 38.

For the purposes of this embodiment, a linear transfer function between voltage and current has been selected. Those of ordinary skill in the art will recognize that, under certain circumstances, a non-linear transfer function will be desired.

The linear voltage-to-current converter 36 of FIG. 10 is disclosed in U.S. Pat. No. 5,096,284 operating in the weak inversion region. This circuit is used in the strong inversion region in the present invention, however, for certain applications, the weak inversion mode may be preferred.

Referring now to FIG. 11, a presently preferred embodiment of a position encode circuit 38 of FIG. 2 is shown in schematic diagram form. The circuits in the X and Y dimensions are identical. The position encode circuit 38 is shown having six inputs, but those of ordinary skill in the art will recognize that, due to its symmetry, it may be arbitrarily expanded.

As presently preferred, position encode circuit 38 includes a plurality of transconductance amplifiers 242-1 through 242-6 connected as followers. The outputs of all transconductance amplifiers 242-1 through 242-6 are connected together to a common node 244, which comprises the position encode output node of the circuit 38.

The non-inverting inputs of transconductance amplifiers 242-1 through 242-6 are connected to a resistive voltage divider network comprising resistors 246, 248, 250, 252, 254, 256, and 258, shown connected between V$_{DD}$ and ground.

Transconductance amplifiers 242-1 through 242-3 have P-channel MOS bias transistors and transconductance differential pair inputs due to the input operating range between zero volts and V$_{DD}$/2, and amplifiers 242-4 through 242-6 have N-channel MOS bias transistors and differential pair inputs due to the input operating range between V$_{DD}$/2 and V$_{DD}$. Those of ordinary skill in the art will readily recognize that transconductance amplifiers 242-4 through 242-6 will be configured exactly like transconductance amplifiers 242-1 through 242-3, except that all transistor and supply voltage polarities are reversed. The input nodes I$_{ln1}$ through I$_{ln6}$ (reference numerals 260, 262, 264, 266, 268, and 270) of the circuit are connected to the gates of the MOS bias transistors of the transconductance amplifiers 242-1 through

5,648,642

17 | 18

242-6, respectively. The inputs $I_{ln1}$ through $I_{ln3}$ are driven by the P Bias output nodes 236 of their respective linear voltage-to-current converters and the inputs $I_{ln4}$ through $I_{ln6}$ are driven by the N Bias output nodes 238 of their respective linear voltage-to-current converters.

The position encode circuit 38 of FIG. 11 will provide a weighted mean (centroid) of the input currents weighted by the voltages on the resistor divider circuit to which the inputs of the amplifiers 242-1 through 242-6 are connected. If the transconductance resistors 246, 248, 250, 252, 254, 256, and 258 are all equal then the result is a circuit which is a linear position encoder, with its output voltage varying between the power supply rails. Because it is a weighted mean, it averages all current inputs which in turn generates an interpolated output. This arrangement affords finer resolution than the voltage spacing of voltage nodes "n" at the input. This is key to making a dense circuit function. This circuit is an improvement of a circuit described in DeWeerth, Stephen P., Analog VLSI Circuits For Sensorimotor Feedback, Ph.D Thesis, California Institute of Technology, 1991.

Referring now to FIG. 12, a presently preferred embodiment of a Z Sum circuit 62 of FIG. 2 is shown. For purposes of illustration, Z Sum circuit 62 is shown to include four inputs. Those of ordinary skill in the art will readily understand how to provide additional inputs.

The four input sections for the Z Sum circuit 62 illustrated in FIG. 12 each comprise two N-channel MOS transistors connected in series. Thus a first input section comprises N-channel MOS input transistor 290, having its drain connected to the drain of P-channel MOS bias transistor 282 and its source connected to the drain of N-channel MOS transistor 292. The gate of N-channel MOS input transistor 290 is connected to input node In$_1$ at reference numeral 294. The gate of N-channel MOS bias transistor 292 is connected to bias input node 296.

A second input section comprises N-channel MOS input transistor 298, having its drain connected to the drain of P-channel MOS bias transistor 282 and its source connected to the drain of N-channel MOS transistor 300. The gate of N-channel MOS input transistor 298 is connected to input node In$_2$ at reference numeral 302. The gate of N-channel MOS bias transistor 300 is connected to bias input node 296.

A third input section comprises N-channel MOS input transistor 304, having its drain connected to the drain of P-channel MOS bias transistor 282 and its source connected to the drain of N-channel MOS transistor 306. The gate of N-channel MOS input transistor 304 is connected to input node In$_3$ at reference numeral 308. The gate of N-channel MOS bias transistor 306 is connected to bias input node 296.

A fourth input section comprises N-channel MOS input transistor 310, having its drain connected to the drain of P-channel MOS bias transistor 282 and its source connected top the drain of N-channel MOS transistor 312. The gate of N-channel MOS input transistor 310 is connected to input node In4 at reference numeral 314. The gate of N-channel MOS bias transistor 312 is connected to bias input node 296. The common drain connections of N-channel MOS input transistors 290, 298, 304, and 310 are connected to the gate of P-channel MOS transistor 316.

The Z sum circuit 62 of FIG. 12 is analogous to the linear voltage-to-current converter circuit 36 of FIG. 10. However in this case there are multiple circuit sections which have their currents all summed together (N-channel MOS transistors 290/292, 298/300, 304/306 . . . 310/312) into the P-channel MOS transistor 282.

P-channel MOS transistors 282 and 316 form a current mirror. Their sources are connected to voltage source VDD

and their gates are connected together to the drain P-channel MOS of transistor 282. The drain of P-channel MOS transistor 316 is connected to the drain of N-channel MOS transistor 318, which has its source connected to ground. The common connection of the drains of MOS transistors 316 and 318 forms a voltage output node 320 for the circuit Z sum 62.

P-channel MOS transistor 316 drives N-channel MOS transistor 318 which is operating in its linear region. The result is a voltage which is proportional to the current from N-channel MOS transistor 316. Therefore the voltage at voltage output node 320 is a scaled sum of all the input voltages, and is utilized by the multiplier circuit 64 shown in FIG. 2.

Referring now to FIG. 13, a presently preferred embodiment of the multiplier circuit 64 of FIG. 2 is presented in schematic form. P-channel MOS transistors 332 and 334 form a current mirror. N-channel MOS transistor 336 has its drain connected to the drain of P-channel MOS transistor 332, its gate connected to first voltage input node 338, and its source connected to the drain of N-channel MOS transistor 340. The gate of N-channel MOS transistor 340 is connected to second voltage input node 342 and its source is connected to ground. N-channel MOS transistor 344 has its drain connected to the gate and drain of P-channel MOS transistor 332. The gate of N-channel MOS transistor 344 is connected to second voltage input node 342 and its source is connected to the drain of N-channel MOS transistor 346. The gate of N-channel MOS transistor 346 is connected to first voltage input node 338 and its source is connected to ground. The sources of P-channel MOS transistors 332 and 334 are connected to voltage source $V_{DD}$. The drain of P-channel MOS transistor 334 is connected to output node 348 and to the drain of N-channel MOS transistor 350. The gate of N-channel MOS transistor 350 is connected to input bias node 352.

The multiplier circuit 64 of FIG. 13 is a symmetrized extension of the multiplier described in U.S. Pat. No. 5,095,284 and is a wide input range, voltage-input, voltage-output multiplier circuit. Because of the symmetrical input stage, the multiplier circuit 64 can be operated both above and below the threshold voltages of transistors 340 and 346.

The currents from the two N-channel MOS transistor pairs 336/340 and 344/346 are summed into the current mirror of P-channel transistors 332 and 334 and appear at the drain of P-channel MOS transistor 334. N-channel MOS transistor 350 is biased to be in its linear region by bias input 352. Therefore, the output voltage at output node 348 will be proportional to the conductance of N-channel MOS transistor 350 multiplied by the current driven by P-channel MOS transistor 334. The bias voltage at input bias node 352 is adjusted to scale the range of Vout values at output node 348 and, once set, is left constant. Thereafter, the output voltage is proportional to the current injected from P-channel MOS transistor 334, and hence is proportional to the product of the two input voltages at first and second voltage input nodes 338 and 342.

According to another aspect of the present invention, a position matrix sensing system is disclosed herein. The position matrix embodiment of the present invention is a straightforward extension of the finger position invention and uses much the same circuitry and basic signal flow. The main differences are in the measurement technique and the amount of information stored. The goal is to provide a matrix of voltages, V(x,y), that represent the proximity of the object to every node (x,y) on the sensor matrix. Instead of using this set of voltages to drive position encoders in the

5,648,642

19

X and Y dimensions separately, as in the finger position embodiment, the information is instead sent to the input of a neural network circuit, which uses this multi-dimensional information to help it make decisions about what the input means.

In the finger position embodiment, the driving-point capacitance information is used for position detection. However, because the driving-point capacitance looks at the total capacitive effect on the node being measured, it is incapable of resolving what is happening at each X and Y location on the sensor.

The position matrix embodiment of the present invention has the capability of resolving the capacitive effect at each X and Y location of the sensor. In this embodiment the driving-point capacitance circuit is only used to inject charge into the X matrix node. The trans-capacitance (i.e., the capacitance between a selected X node and a selected Y node in the sensor matrix) causes some of that charge to in turn be injected into a Y node. This injected charge is measured by the charge-sensitive amplifier connected to the Y node, thus forming a receiving-point capacitance circuit.

Referring now to FIG. 14, a presently preferred combination driving-point capacitance and receiving-point capacitance circuit is shown in schematic diagram form. A representative X node $X_{(n)}$ at reference numeral 14 and a selected Y node $Y_{(n)}$ at reference numeral 18, are shown each having a self capacitance $C_X$ and $C_Y$, respectively. Transcapacitance between nodes $X_{(n)} Y_{(n)}$ is represented by capacitor $C_{XY}$.

A driving-point capacitance measurement is made of row line $X_{(n)}$ by a circuit which, as shown, may be one of the integrating charge amplifier circuits of either FIG. 6a or FIG. 7a, equipped with switches to zero out the matrix prior to injecting charge onto the matrix. The output of this circuit need not be used for anything. After the driving-point capacitance measurement has been made for a particular X line, charge is injected into all of the Y receiving-point capacitance measuring circuits (the integrating charge amplifier). If all Y outputs are monitored simultaneously then for one X node, a profile of all the transcapacitive effects at all the Y nodes that cross it will be created as a set of voltages V(x,1), V(x,2), . . . V(x,m) that are a profile of the object (or objects) proximity on that X node. This sequence is done for every X node in the matrix resulting in a complete matrix of voltages whose values are proportional to the proximity of nearby objects.

As shown in FIG. 14, the receiving-point circuit can be an integrating charge amplifier identical to that used in the driving-point circuit. However, there are three differences in the way that the Y receiving circuit is used. First, the $V_{STEP}$ node is left at a constant voltage, $V_{LOW}$, by disabling the STEP input such that switch 112 (FIGS. 6a and 7a) is always on and switch 110 is always off. Second, the Y receiving circuits are not individually selected, but instead are all selected simultaneously. Hence, there is only one Y select line for all Y inputs. Third, the RESET1 line is not used in the receiving-point circuit, and switch 106 (FIGS. 6a and 7a) is always off. These circuits will give an output voltage which is proportional to the amount of charge injected onto the Y node. Since the trans-capacitance varies with the proximity of an object, the voltage is proportional to the proximity of an object.

The position matrix embodiment requires storage of all of the output signals from the receiving-point impedance capacitance circuits in both the X and Y directions. This may be accomplished by providing a sample/hold circuit matrix or a charge-coupled device (CCD) array as is known in the

20

art. The structure of an illustrative sample/hold matrix is disclosed in FIG. 15, which shows a portion of a sample/hold array 350 suitable for use in the present invention. The sample/hold array 350 is arranged as a plurality of rows and columns of individual sample/hold circuits. The number of rows is equal to the number of Y positions in the sensor matrix and the number of columns is equal to the number of X positions in the sensor matrix. For example, a 15×15 sensor matrix requires 15 rows and 15 columns. All of the voltage data inputs in a row are wired together and the sample/hold control inputs of all the sample/hold circuits in a column are connected to one of the select signals (FIG. 5) such that the select inputs from the X direction drive the sample/hold circuits in the matrix storing the Y data. Those of ordinary skill in the art will note that the roles of X and Y may be reversed.

Referring now to FIGS. 16a and 16b, two possible embodiments of the position matrix system of the present invention are illustrated. In the simplest embodiment, the matrix of voltage information is sent to a computer which processes the data. This simple embodiment is shown in FIG. 16a. The approach of FIG. 16a is feasible if the input profile shapes change no faster than about every millisecond.

In the embodiment of position matrix system (reference numeral 360) illustrated in FIG. 16a, the X dimension integrating charge amplifiers (reference numerals 362-1 through 362-n) are used to perform the driving-point capacitance measurements disclosed herein for all X lines in the matrix. For each X line driven, the Y dimension integrating charge amplifiers (reference numerals 364-1 through 364-n) are used to perform the receiving-point capacitance measurements disclosed herein. The sample/hold matrix of FIG. 15 is not required. Instead, one sample/hold amplifier (366-1 through 366-n) is required per Y output to sample the output voltages from the Y dimension integrating charge amplifiers 364-1 through 364-n at the end of each X select period.

These outputs are digitized by A/D converters 368-1 through 368-n respectively. In the illustrative embodiment of FIG. 16a, the digital resolution will be of the order of 8 bits. The 8-bit data words from each A/D converter 368-1 through 368-n are multiplexed down to a bus width that is more easily handled by a computer by multiplexer 370. Multiplexer 370 is a conventional multiplexer device known to those of ordinary skill in the art. The output of multiplexer 370 is presented to a computer which may then process the data in an appropriate manner.

A second illustrative embodiment of position matrix system (reference numeral 380) is shown in FIG. 16b. As in the embodiment of FIG. 16a, the X dimension integrating charge amplifiers (reference numerals 362-1 through 362-n) are used to perform the driving-point capacitance measurements disclosed herein for all X lines in the matrix. For each X line driven, the Y dimension integrating charge amplifiers (reference numerals 364-1 through 364-n) are used to perform the receiving-point capacitance measurements disclosed herein.

The sample/hold array 350 of FIG. 15 is employed and describes the extraction of derivation of the n by m array of voltages applications (V(1,1) to V(n,m)). These voltages are then sent to the input of a single or multiple level neural network 382. Each input neuron will have to have n*m input nodes to support the full size of the sensor array voltage matrix V(n,m).

An example of a single level neural network array circuitry 382, including the preprocessing and sample/hold circuitry 350 required, is disclosed in U.S. Pat. No. 5,083,

5,648,642

21

044. This circuit could be used as is or could be replicated and built into two or three layers giving more power and functionality. These variations and many others are well described in the literature, such as Hertz, Krogh, and Palmer, A Lecture Notes Volume in the Santa Fe Institute Studies in 5 the Sciences of Complexity, Allen M. Wilde, Publ. (1991).

The typical application of this embodiment would require a neural network or computer program that at the primitive level can discern objects (finger touch points). This is the basic symbol, the presence of a finger, that is manipulated. 10 From that point there may be predetermined gestures that the system looks for which indicate action. Motion may also need to be detected. A possible solution for this may be found in Mead, Analog VLSI and Neural Systems, Addison-Wesley (1989), Chapter 14, Optical Motion Sensor. 15

Because of the unique physical features of the present invention, there are several ergonomically interesting applications that were not previously possible. Presently a Mouse or Trackball is not physically convenient to use on portable computers. The present invention provides a very conve- 20 nient and easy-to-use cursor position solution that replaces those devices.

In mouse-type applications, the sensor of the present invention may be placed in a convenient location, e.g., below the "space bar" key in a portable computer. When 25 placed in this location, the thumb of the user may be used as the position pointer on the sensor to control the cursor position on the computer screen. The cursor may then be moved without the need for the user's fingers to leave the keyboard. Ergonomically, this is similar to the concept of the 30 Macintosh Power Book with its trackball, however the present invention provides a significant advantage in size over the track ball. Extensions of this basic idea are possible in that two sensors could be placed below the "space bar" key for even more feature control. 35

The computer display with its cursor feedback is one small example of a very general area of application where a display could be a field of lights or LED's, a LCD display, or a CRT. Examples include touch controls on laboratory equipment where present equipment uses a knob/button/ 40 touch screen combination. Because of the articulating ability of this interface, one or more of those inputs could be combined into one of our inputs.

Consumer Electronic Equipment (stereos, graphic equalizers, mixers) applications often utilize significant 45 front panel surface area for slide potentiometers because variable control is needed. The present invention can provide such control in one small touch pad location. As Electronic Home Systems become more common, denser and more powerful human interface is needed. The sensor 50 technology of the present invention permits a very dense control panel. Hand Held TV/VCR/Stereo controls could be ergonomically formed and allow for more powerful features if this sensor technology is used.

The sensor of the present invention can be conformed to 55 any surface and can be made to detect multiple touching points, making possible a more powerful joystick. The unique pressure detection ability of the sensor technology of the present invention is also key to this application. Computer games, "remote" controls (hobby electronics, planes) 60 , and machine tool controls are a few examples of applications which would benefit from the sensor technology of the present invention.

Musical keyboards (synthesizers, electric pianos) require velocity sensitive keys which can be provided by the pres- 65 sure sensing ability of this sensor. There are also pitch bending controls, and other slide switches that could be

22

replaced with this technology. An even more unique application comprises a musical instrument that creates notes as a function of the position and pressure of the hands and fingers in a very articulate 3-d interface.

The sensor technology of the present invention can best detect any conducting material pressing against it. By adding a conductive foam material on top of the sensor the sensor of the present invention may also indirectly detect pressure from any object being handled, regardless of its electrical conductivity.

Because of the amount of information available from this sensor it will serve very well as an input device to virtual reality machines. It is easy to envision a construction that allows position-monitoring in three dimensions and some degree of response (pressure) to actions.

While embodiments and applications of this invention have been shown and described, it would be apparent to those skilled in the art that many more modifications than mentioned above are possible without departing from the inventive concepts herein. The invention, therefore, is not to be restricted except in the spirit of the appended claims.

What is claimed is:

1. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a matrix of rows and columns on a substrate;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every second one of said sensor pads in one of said rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said columns, each of said column conductive lines electrically contacting the ones of said sensor pads in one of said columns which are not contacted by said row conductive lines;

means for placing a step voltage onto each of said row conductive lines one at a time, and for simultaneously sensing the charge injected onto each of said column conductive lines in response to said step voltage placed onto each of said row conductive lines and for producing a set of object-sensed electrical signals related thereto.

2. The object proximity sensor of claim 1 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

3. The object proximity sensor of claim 1, further including:

means for sensing a no-object-present capacitance of each of said row conductive lines and for producing a set of no-object-present electrical signals related thereto; and

means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

4. The object proximity sensor of claim 3 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines comprises means for computing weighted minima of said object-sensed electrical signals thereof.

5. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a plurality of rows on a substrate, the ones of said sensor pads in odd numbered ones of said rows disposed along a first set of column positions and the ones of said sensor pads in even numbered ones of said

5,648,642

23

rows disposed at a second set of column positions offset from said first set of column positions such that said sensor pads form a repetitive diamond pattern;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every one of said sensor pads in one of said odd-numbered rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said offset column positions, each of said column conductive lines electrically contacting through said substrate the ones of said sensor pads in one of said offset column positions;

means for placing a step voltage onto each of said row conductive lines one at a time, and for simultaneously sensing the charge injected onto each of said column conductive lines in response to said step voltage placed onto each of said row conductive lines and for producing a set of object-sensed electrical signals related thereto.

6. The object proximity sensor of claim 5 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

7. The object proximity sensor of claim 5, further including:

means for sensing a no-object-present capacitance of each of said row conductive lines and for producing a set of no-object-present electrical signals related thereto; and

means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

8. The object proximity sensor of claim 7 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines comprises means for computing weighted minimums of said object-sensed electrical signals thereof.

9. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a plurality of rows on a substrate, the ones of said sensor pads in odd numbered ones of said rows disposed along a first set of column positions and the ones of said sensor pads in even numbered ones of said rows disposed at a second set of column positions offset from said first set of column positions and rows spaced apart such that said sensor pads form a closely packed repetitive pattern wherein each pad is not in contact with adjoining pads;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every one of said sensor pads in one of said odd-numbered rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said offset column positions, each of said column conductive lines electrically contacting the ones of said sensor pads in one of said offset column positions;

means for placing a step voltage onto each of said row conductive lines one at a time, and for simultaneously sensing the charge injected onto each of said column conductive lines in response to said step voltage placed onto each of said row conductive lines and for producing a set of object-sensed electrical signals related thereto.

24

10. The object proximity sensor of claim 9 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

11. The object proximity sensor of claim 9, further including:

means for sensing a no-object-present capacitance of each of said row conductive lines and for producing a set of no-object-present electrical signals related thereto: and

means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

12. The object proximity sensor of claim 11 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines comprises means for computing weighted minimums of said object-sensed electrical signals thereof.

13. A method for providing an electrical signal representative of the position of an object in a two dimensional plane, including the steps of:

providing a sensing plane including a matrix of conductive lines arranged as a plurality of spaced apart row conductive lines and column conductive lines, said sensing plane characterized by an inherent capacitance between the various ones of said row conductive lines and said column conductive lines, said capacitance varying with the proximity of an object to said row conductive lines and said column conductive lines;

placing a step voltage onto each of said row conductive lines one at a time, and simultaneously sensing the charge injected onto each of said column conductive lines in response to said step voltage placed onto each of said row conductive lines;

producing a set of object-sensed electrical signals related to said charge injected onto each of said column conductive lines as a result of placing said step voltage on each of said row conductive lines.

14. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a matrix of rows and columns on a substrate;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every second one of said sensor pads in one of said rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said columns, each of said column conductive lines electrically contacting the ones of said sensor pads in one of said columns which are not contacted by said row conductive lines;

means for placing a step voltage onto each of said row conductive lines one at a time:

a plurality of sense amplifiers, each of said sense amplifiers having an input connected to a different one of said column conductive lines and an output;

a plurality of sample/hold circuits, each of said sample/hold circuits having a data input connected to the output of a different one of said sense amplifiers, a control input, and an output; and

means for simultaneously placing a sample signal on the control inputs of all of said sample/hold circuits in response to said step voltage placed onto each of said row conductive lines to produce a set of object-sensed electrical signals related thereto at the outputs of said sample/hold circuits.

5,648,642

25

15. The object proximity sensor of claim 14 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

16. The object proximity sensor of claim 14, further including:

    means for sensing a no-object-present capacitance between each individual one of said row conductive lines and each of said column conductive lines, for producing a set of no-object-present electrical signals related thereto; and

    means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

17. The object proximity sensor of claim 16 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines and said no-object-present capacitance of each of said column conductive lines comprises means for computing weighted minima of said object-sensed electrical signals thereof.

18. An object proximity sensor, including:

    a plurality of spaced-apart conductive sensor pads disposed in a plurality of rows on a substrate, the ones of said sensor pads in odd numbered ones of said rows disposed along a first set of column positions and the ones of said sensor pads in even numbered ones of said rows disposed at a second set of column positions offset from said first set of column positions such that said sensor pads form a repetitive diamond pattern;

    a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every one of said sensor pads in one of said odd-numbered rows;

    a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said offset column positions, each of said column conductive lines electrically contacting through said substrate the ones of said sensor pads in one of said offset column positions;

    means for placing a step voltage onto each of said row conductive lines one at a time;

    a plurality of sense amplifiers, each of said sense amplifiers having an input connected to a different one of said column conductive lines and an output;

    a plurality of sample/hold circuits, each of said sample/hold circuits having a data input connected to the output of a different one of said sense amplifiers, a control input, and an output; and

    means for simultaneously placing a sample signal on the control inputs of all of said sample/hold circuits in response to said step voltage placed onto each of said row conductive lines to produce a set of object-sensed electrical signals related thereto at the outputs of said sample/hold circuits.

19. The object proximity sensor of claim 18 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

20. The object proximity sensor of claim 18, further including:

    means for sensing a no-object-present capacitance between each, individual one of said row conductive lines and each of said column conductive lines, for

26

producing a set of no-object-present electrical signals related thereto; and

    means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

21. The object proximity sensor of claim 20 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines and said no-object-present capacitance of each of said column conductive lines comprises means for computing weighted minimums of said object-sensed electrical signals thereof.

22. An object proximity sensor, including:

    a plurality of spaced-apart conductive sensor pads disposed in a plurality of rows on a substrate, the ones of said sensor pads in odd numbered ones of said rows disposed along a first set of column positions and the ones of said sensor pads in even numbered ones of said rows disposed at a second set of column positions offset from said first set of column positions and said rows spaced apart such that said sensor pads form a closely packed repetitive pattern wherein each pad is not in contact with adjoining pads;

    a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every one of said sensor pads in one of said odd-numbered rows;

    a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said offset column positions, each of said column conductive lines electrically contacting the ones of said sensor pads in one of said offset column positions;

    means for placing a step voltage onto each of said row conductive lines one at a time;

    a plurality of sense amplifiers, each of said sense amplifiers having an input and an output, the inputs of said sense amplifiers each connected to a different one of said column conductive lines;

    a plurality of sample/hold circuits, each of said sample/hold circuits having a data input connected to the output of a different one of said sense amplifiers, a control input, and an output; and

    means for simultaneously placing a sample signal on the control inputs of all of said sample/hold circuits in response to said step voltage placed onto each of said row conductive lines to produce a set of object-sensed electrical signals related thereto at the outputs of said sample/hold circuits.

23. The object proximity sensor of claim 22 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

24. The object proximity sensor of claim 22, further including:

    means for sensing a no-object-present capacitance between each individual one of said row conductive lines and each of said column conductive lines, for producing a set of no-object-present electrical signals related thereto; and

    means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

25. The object proximity sensor of claim 24 wherein said means for producing a set of no-object-present electrical

5,648,642

27

signals related to said no-object-present capacitance of each of said row conductive lines and said no-object-present capacitance of each of said column conductive lines comprises means for computing weighted minimums of said object-sensed electrical signals thereof.

26. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a matrix of rows and columns on a substrate;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every second one of said sensor pads in one of said rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said columns, each of said column conductive lines electrically contacting the ones of said sensor pads in one of said columns which are not contacted by said row conductive lines;

means for selecting individual ones of said row conductive lines one at a time and for simultaneously sensing the mutual capacitance between the selected one of said row conductive lines and each of said plurality of column conductive lines and for producing a set of object-sensed electrical signals related thereto.

27. The object proximity sensor of claim 26 wherein said row conductive lines are disposed on said first face of said substrate and column conductive lines are disposed on a second face of said substrate opposite said first face.

28. The object proximity sensor of claim 26, further including:

means for sensing a no-object-present capacitance between each individual one of said row conductive lines and each of said column conductive lines, for producing a set of no-object-present electrical signals related thereto; and

means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

29. The object proximity sensor of claim 28 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines and said no-object-present capacitance of each of said column conductive lines comprises means for computing weighted minima of said object-sensed electrical signals thereof.

30. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a plurality of rows on a substrate, the ones of said sensor pads in odd numbered ones of said rows disposed along a first set of column positions and the ones of said sensor pads in even numbered ones of said rows disposed at a second set of column positions offset from said first set of column positions such that said sensor pads form a repetitive diamond pattern;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every one of said sensor pads in one of said odd-numbered rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said offset column positions, each of said column conductive lines electrically contacting through said substrate the ones of said sensor pads in one of said offset column positions;

28

means for selecting individual ones of said row conductive lines one at a time and for simultaneously sensing the mutual capacitance between the selected one of said row conductive lines and all of said plurality of column conductive lines and for producing a set of object-sensed electrical signals related thereto.

31. The object proximity sensor of claim 30 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

32. The object proximity sensor of claim 30, further including:

means for sensing a no-object-present capacitance between each individual one of said row conductive lines and each of said column conductive lines, for producing a set of no-object-present electrical signals related thereto; and

means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

33. The object proximity sensor of claim 32 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines and said no-object-present capacitance of each of said column conductive lines comprises means for computing weighted minima of said object-sensed electrical signals thereof.

34. An object proximity sensor, including:

a plurality of spaced-apart conductive sensor pads disposed in a plurality of rows on a substrate, the ones of said sensor pads in odd numbered ones of said rows disposed along a first set of column positions and the ones of said sensor pads in even numbered ones of said rows disposed at a second set of column positions offset from said first set of column positions and said rows spaced apart such that said sensor pads form a closely packed repetitive pattern wherein each pad is not in contact with adjoining pads;

a plurality of row conductive lines disposed on said substrate and generally aligned with said rows, each of said row conductive lines electrically contacting every one of said sensor pads in one of said odd-numbered rows;

a plurality of column conductive lines disposed on said substrate, insulated from said row conductive lines and generally aligned with said offset column positions, each of said column conductive lines electrically contacting the ones of said sensor pads in one of said offset column positions;

means for selecting individual ones of said row conductive lines one at a time and for simultaneously sensing the mutual capacitance between the selected one of said row conductive lines and each of said plurality of column conductive lines and for producing a set of object-sensed electrical signals related thereto.

35. The object proximity sensor of claim 34 wherein said row conductive lines are disposed on said first face of said substrate and said column conductive lines are disposed on a second face of said substrate opposite said first face.

36. The object proximity sensor of claim 34, further including:

means for sensing a no-object-present capacitance between each of said row conductive lines and each of said column conductive lines, for producing a set of no-object-present electrical signals related thereto; and

5,648,642

29

means for subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

37. The object proximity sensor of claim 36 wherein said means for producing a set of no-object-present electrical signals related to said no-object-present capacitance of each of said row conductive lines and said no-object-present capacitance of each of said column conductive lines comprises means for computing weighted minima of said object-sensed electrical signals thereof.

30

38. The method of claim 13, further including the steps of:

sensing a no-object-present mutual capacitance between each individual one of said row conductive lines and each of said column conductive lines, and producing a set of no-object-present electrical signals related thereto; and

subtracting said set of no-object-present electrical signals from said set of object-sensed electrical signals.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO        5,648,642
DATED            July 15, 1997
INVENTOR(S)      Robert J Miller and Stephen J Bisset

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below

Column 3, line 5   replace "FIG 1 a" with --FIG 1A--

Column 6, line 37   replace "Y and Y" with --X and Y--

Column 7, line 46   replace "ND" with --A/D--

Column 8, line 37   replace "In" with --in--

Column 8, line 66   delete reference designation 62

Column 9, line 6   replace "ND" with --A/D--

Column 11, line 31   replace "RESET1 (n)" with --RESET1(n)--

Column 11, line 32   replace "RESET1 (n)" with --RESET1(n)--

Column 12, line 28   replace "at node" with --at RESET node--

Column 13, line 36   replace "one of transistors" with --one of N-channel MOS current-limiting transistors--

Column 13, line 39   replace "In1" with --In$_1$--

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO. : 5,648,642

DATED : July 15, 1997

INVENTOR(S) : Robert J. Miller and Stephen J. Bisset

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 13, line 37: delete "N-channel MOS current-limiting".

Column 15, line 31: replace "a" with --an--.

Column 18, lines 6 to 7: replace "circuit Z sum 62" with --Z sum circuit 62--.

Column 20, line 41: replace "ND" with --A/D--.

Column 25, line 64: replace" each, individual" with --each individual--.

Signed and Sealed this

Third Day of February, 1998

*Attest:*

BRUCE LEHMAN

*Attesting Officer*          *Commissioner of Patents and Trademarks*

# Exhibit 3

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents,
Washington, D.C. 20231, on April 6, 1998.

TOWNSEND and TOWNSEND and CREW LLP

By _Ingrid S. Rogers_

# 10/B

Attorney Docket No. 009623-010010

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )
STEPHEN J. BISSET ET AL.                 )    Examiner: Paul Bell
                                         )
Application No.: 08/608,116              )    Art Unit: 2775
                                         )
Filed: February 28, 1996                 )    AMENDMENT
                                         )
For: MULTI-CONTACT SENSING               )
     METHOD AND APPARATUS                )
─────────────────────────────────────   )

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        In response to the Office Action mailed December 5,
1997, please amend the above-referenced application as follows:

In the Claims

        Please cancel claims 2, 7-13, 15-17, and 20-23.  Please
amend claims 1, 28, and 35, and add new claims 48-51 as follows:

1    1.    (Amended)  A method for detecting the operative
2    coupling of multiple fingers to a touch sensor involving the
3    steps of
4            scanning the touch sensor to identify a first maxima in
5    a signal corresponding to a first finger,
6            scanning the touch sensor to identify a minima
7    following the first maxima, [and]
8            scanning the touch sensor to identify a second maxima
9    in a signal corresponding to a second finger following the
10   minima, and

ETD0000377

STEPHEN J. BISSET ET AL.                                    PATENT
Application No.: 08/608,116
Page 2

11
12          providing an indication of the presence of two fingers
13      in response to identification of said first and second
            maxima.

1           8. (Amended)  The method of claim 1 further
2      comprising the step of comparing a distance [from] between said
3      first maxima [to] and said second maxima to a predefined
4      threshold.

1           35. (Amended)  A touch sensor for detecting the
2      operative coupling of multiple fingers comprising:
3              means for scanning the touch sensor to identify a first
4      maxima in a signal corresponding to a first finger;
5              means for scanning the touch sensor to identify a
6      minima following the first maxima; [and]
7              means for scanning the touch sensor to identify a
8      second maxima in a signal corresponding to a second finger
9      following the minima, and
10      means for providing an indication of the presence of
11      two fingers in response to identification of said first and
12      second maxima.

1           15. (New)  The method of claim 1 further comprising
2      the step of determining if said first and second maxima are
3      within 5 centimeters, and only providing said indication of the
4      presence of two fingers if said first and second maxima are
5      within 5 centimeters.

1           16. (New)  The method of claim 1 further comprising
2      the step of calculating first and second centroids corresponding
3      to said first and second fingers.

1           17. (New)  The method of claim 1 wherein said first
2      and second maxima are required to be higher than a first
3      threshold, and said minima is required to be less than a second
4      threshold.

STEPHEN J. BISSET ET AL.                                    PATENT
Application No.: 08/608,116
Page 3

29
45.  (New)  The sensor of claim 35 further comprising
means for determining if said first and second maxima are within
5 centimeters, and only providing said indication of the presence
of two fingers if said first and second maxima are within 5
centimeters.

30
50.  (New)  The sensor of claim 35 further comprising
means for calculating first and second centroids corresponding to
said first and second fingers.

31
51.  (New)  The sensor of claim 35 wherein said first
and second maxima are required to be higher than a first
threshold, and said minima is required to be less than a second
threshold.

<u>REMARKS</u>

Claims 1, 3-6, and 24-51 are pending in this
application.

Claims 2, and 15-17 were rejected under §112 as being
indefinite.  These claims have been cancelled.

The remaining claims are independent method and
apparatus claims 1 and 35, and claims dependent thereon.  These
claims are directed to the feature of the invention which detects
multiple fingers by detecting the multiple maxima in the profile
on the touchpad.  This distinguishes the prior art, which
calculates multiple fingers by detecting a rapid movement in the
total centroid.  This rapid movement of the prior art is due to
the centroid being calculated on the combination of the two
fingers, with the result being that the centroid moves rapidly
when one finger is lifted.

<u>Miller</u>

Claims 1, 3-13, and 26-34 were rejected as being
obvious in view of Miller.  Miller nowhere suggests detecting two
fingers, and rather the Examiner is citing Miller as showing that
it would generate the profile of two fingers if they were applied
to Miller, since a value is obtained for each line.  Claims 1 and

STEPHEN J. BISSET ET AL.                                    <u>PATENT</u>
Application No.: 08/608,116
Page 4

35 have been amended to further clarify the distinction of the
invention from Miller. The present invention uniquely utilizes
the detection of two maxima to determine if two fingers are
present on the touchpad. Nowhere does Miller suggest analyzing
profile information to obtain this result, or to use the result
to provide an indication of two fingers.

In fact, Synaptics, the Assignee of the Miller patent,
has also been issued Patent No. 5,543,591, enclosed with an IDS
submitted with this application. That patent teaches away from
the method of the present invention for multiple fingers, instead
calculating the rapid movement of the centroid as a second finger
is placed down on the touchpad and subsequently lifted, referred
to as a "zig-zag" movement. (See, for example, column 40, line
53 of the '591 patent.) A disadvantage of the system of the '591
patent, as described in column 31, lines 43-48, is that it is
"impossible to tell ... while the finger is still down" if two
fingers are present. Rather, the determination of the presence
of two fingers is achievable from the rapid movement of the
**centroid (zig-zag) when a finger is lifted or placed down.** Thus,
for example, if both fingers were placed down at the same time,
the '591 patent method would not be able to tell that two fingers
were present, and would not be able to react to a movement of the
two fingers and subsequent lifting until after the second finger
has been lifted.

The present invention addresses this deficiency of the
'591 method by detecting two maxima in the profile information.
This allows the detection of two fingers being present even if
they are both placed down at the same time. Such a method is not
shown or suggested by either of the Synaptics patents, which in
fact teach away from this method.

<u>Dunthorn</u>

Claims 2, 15-17, 20-22, and 24-25 were rejected as
being anticipated by Dunthorn. All of the rejected claims have
been cancelled. It is noted that Dunthorn, similarly to the '591
**patent, determines the presence** of multiple fingers from the

STEPHEN J. BISSET ET AL.                                    PATENT
Application No.: 08/608,116
Page 5

speed of movement of the centroid of the combination of multiple
fingers.

<u>Greanias</u>

         Claims 2, 15, and 20 have been rejected as being
anticipated by Greanias.  These claims have been cancelled.

         New claims 46-51 are method and apparatus dependent
claims.  Claims 46 and 49 are directed to the requirement that
the first and second maxima be within 5 centimeters of each other
to provide an indication of two fingers.  None of the cited
references teach such a feature, as described in the application
on page 9, line 2, for instance.

         Claims 47 and 50 are directed to the embodiment where
first and second centroids are calculated from the first and
second maxima, as described in the application on page 13, lines
35-37, for instance.  None of the cited art show or suggest such
a feature.

         Claims 48 and 51 are directed to the requirement that
the first and second maxima must be higher than a first
threshold, and the minima be lower than a second threshold.  This
is described, for example, on page 8, line 39 - page 9, line 6.

         In view of the foregoing, Applicants believe all claims
now pending in this application are in condition for allowance.
The issuance of a formal Notice of Allowance at an early date is
respectfully requested.

         If the Examiner believes a telephone conference would
expedite prosecution of this application, please telephone the
undersigned at (650) 326-2400.

                         Respectfully submitted,

                         Paul C. Haughey
                         Reg. No. 31,836

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(650) 326-2400
Fax (650) 326-2422                          (j:\logitech\-1001.am2)

ETD0000381

# Exhibit 4

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                      ---oOo---

 5

 6

 7

    ELANTECH DEVICES CORP,              )

 8                                      )

                  Plaintiff,            )

 9                                      )

        vs.                            ) Case No.

10                                     ) 3:06-CV-01839

    SYNAPTICS, INC.; AVERATEC, INC.;   ) CRB

11  PROSTAR COMPUTER, INC.,            )

                                       )

12                Defendants.          )

                                       )

13

14

15

16                      ---oOo---

17              WEDNESDAY, JUNE 6, 2007

18       DEPOSITION OF IAN SCOTT MacKENZIE, Ph.D.

19     CONFIDENTIAL TRANSCRIPT ATTORNEYS' EYES ONLY

20                      ---oOo---

21

22

23

24

25    REPORTED BY: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
                            1
```

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:00:12 | 1 | still down if two fingers are present? |
| 11:00:15 | 2 | MS. KIM:  Objection.  Misstates the document.  You're |
| 11:00:18 | 3 | not giving him a chance to read the patent in context.  While |
| 11:00:21 | 4 | he reviewed it at some point, it is a very lengthy document. |
| 11:00:24 | 5 | You are asking him to read a sentence of the patent, and it |
| 11:00:30 | 6 | is out of context. |
| 11:00:31 | 7 | THE WITNESS:  Sorry.  Would you repeat the question? |
| 11:00:33 | 8 | Q.   BY MR. KRAMER:  Yeah.  Does this paragraph describe, |
| 11:00:35 | 9 | while it is impossible to tell while the finger is still down |
| 11:00:39 | 10 | if two fingers are present? |
| 11:00:40 | 11 | MS. KIM:  Same objection, and document speaks for |
| 11:00:43 | 12 | itself.  Lacks foundation. |
| 11:00:44 | 13 | THE WITNESS:  While reading this paragraph in |
| 11:00:48 | 14 | isolation, I don't see anything one way or the other on that |
| 11:00:52 | 15 | point in it. |
| 11:00:53 | 16 | Q.   BY MR. KRAMER:  Sir, just reading this paragraph, if |
| 11:00:56 | 17 | somebody came to read just this paragraph, it would not be |
| 11:01:00 | 18 | true that it says it's impossible to tell while the finger's |
| 11:01:04 | 19 | still down if two fingers are present? |
| 11:01:06 | 20 | MS. KIM:  Objection.  Misstates his testimony. |
| 11:01:08 | 21 | THE WITNESS:  I don't think one would be able to |
| 11:01:10 | 22 | ascertain whether that was true or not from reading this |
| 11:01:12 | 23 | paragraph alone in isolation. |
| 11:01:14 | 24 | Q.   BY MR. KRAMER:  Now, let's have you look at the '352 |
| 11:01:18 | 25 | patent, Exhibit 1013. |

<div align="center">67</div>

BARKLEY
Court Reporters

| 11:01:35 | 1 | (Reporter marked Exhibit No. 1013 for |
| 11:01:37 | 2 | identification.) |
| 11:01:37 | 3 | Q.   BY MR. KRAMER:  Sir, you've certainly seen this |
| 11:01:40 | 4 | before, correct? |
| 11:01:42 | 5 | A.   I have. |
| 11:01:46 | 6 | Q.   Let's look at claim 12 of this patent.  I apologize. |
| 11:01:50 | 7 | You will really need your magnifying glass for this copy. |
| 11:01:55 | 8 | MS. KIM:  Claim 12? |
| 11:01:57 | 9 | MR. KRAMER:  Yes. |
| 11:02:33 | 10 | THE WITNESS:  Okay. |
| 11:02:35 | 11 | Q.   BY MR. KRAMER:  Now, claim 12 is what's called a |
| 11:02:38 | 12 | dependent claim on claim 1.  Do you understand that? |
| 11:02:44 | 13 | A.   Yes. |
| 11:02:44 | 14 | Q.   And you understand that claim 12 includes all of the |
| 11:02:48 | 15 | elements of claim 1, and then additionally says there's |
| 11:02:50 | 16 | another limitation required that practices the invention of |
| 11:02:57 | 17 | claim 1 but adds one more thing that needs to be done to meet |
| 11:03:00 | 18 | it? |
| 11:03:00 | 19 | MS. KIM:  Objection.  Vague and ambiguous. |
| 11:03:05 | 20 | THE WITNESS:  That sounds like a legal opinion, but |
| 11:03:09 | 21 | it is generally what I understand about dependent claims. |
| 11:03:13 | 22 | Q.   BY MR. KRAMER:  Now, does claim 12 contemplate that |
| 11:03:17 | 23 | one finger would be present on the TouchPad and a second |
| 11:03:21 | 24 | finger would essentially be removed and reappear in a tap |
| 11:03:27 | 25 | fashion on the TouchPad? |

<div align="center">68</div>

| | | |
|---|---|---|
| 11:03:29 | 1 | MS. KIM:  Objection.  Calls for a legal conclusion. |
| 11:03:32 | 2 | Outside the scope and vague and ambiguous.  For the record, |
| 11:03:35 | 3 | this deposition, I believe, is in the context whether he |
| 11:03:39 | 4 | relied upon this in connection with the motion for summary |
| 11:03:44 | 5 | judgment.  This goes way beyond that. |
| 11:03:52 | 6 | THE WITNESS:  Could you please repeat it? |
| 11:03:54 | 7 | MR. KRAMER:  Repeat the question, please. |
| 11:04:14 | 8 | (Reporter read back as requested.) |
| 11:04:16 | 9 | MS. KIM:  Same objections.  And calls for legal |
| 11:04:19 | 10 | conclusion.  Vague and ambiguous and incomplete hypothetical. |
| 11:04:20 | 11 | THE WITNESS:  Yeah, what you said seems to be said, |
| 11:04:27 | 12 | except for the part about in a tap fashion.  Because I don't |
| 11:04:27 | 13 | see that in claim 12. |
| 11:04:30 | 14 | Q.   BY MR. KRAMER:  So let's take this one step at a |
| 11:04:34 | 15 | time.  Do you understand that the claim 1 recitations which |
| 11:04:37 | 16 | are included in claim 12 do not require that both fingers be |
| 11:04:40 | 17 | placed down at the same time or lifted at the same time? |
| 11:04:44 | 18 | MS. KIM:  Objection.  Vague and ambiguous.  Calls for |
| 11:04:46 | 19 | a legal conclusion. |
| 11:04:47 | 20 | THE WITNESS:  We talking about claim 1 now? |
| 11:04:49 | 21 | Q.   BY MR. KRAMER:  Claim 1 is incorporated into claim |
| 11:04:52 | 22 | 12, but yes, claim 1. |
| 11:04:54 | 23 | A.   So you're asking about whether do the two fingers |
| 11:04:57 | 24 | need to come in contact at the same time? |
| 11:04:59 | 25 | Q.   And leave at the same time. |

<div align="center">69</div>

IAN SCOTT MacKENZIE, Ph.D.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 11:05:00 | 1 | A.    Whether or not they do and leave at the same time, |
| 11:05:03 | 2 | whether or not they do? |
| 11:05:03 | 3 | Q.    Yes. |
| 11:05:09 | 4 | A.    Yeah, I don't believe there's anything in claim 1 |
| 11:05:13 | 5 | about the temporal engagement, disengagement of the fingers. |
| 11:05:17 | 6 | Q.    And reading claim 12, what do you understand a click |
| 11:05:20 | 7 | function to be in the context of TouchPad? |
| 11:05:23 | 8 | MS. KIM:  Objection.  Beyond the scope of the |
| 11:05:27 | 9 | deposition.  Vague and ambiguous. |
| 11:05:28 | 10 | THE WITNESS:  My assumption is that the click |
| 11:05:30 | 11 | function they are talking about has to do with the host |
| 11:05:32 | 12 | computer click functions normally associated with button |
| 11:05:38 | 13 | clicks on a mouse. |
| 11:05:44 | 14 | Q.    BY MR. KRAMER:  Now, earlier this morning you |
| 11:05:50 | 15 | described discovering an error in your declarations.  Do you |
| 11:05:54 | 16 | recall that? |
| 11:05:54 | 17 | MS. KIM:  Objection.  Misstates his testimony. |
| 11:05:57 | 18 | THE WITNESS:  Yeah, I don't think -- I don't think I |
| 11:06:00 | 19 | used that word.  I think I used the word "a correction," but |
| 11:06:04 | 20 | I would have to have it read from the record to say. |
| 11:06:07 | 21 | Q.    BY MR. KRAMER:  Why did you feel you needed to |
| 11:06:09 | 22 | correct your declarations? |
| 11:06:17 | 23 | A.    Well, in paragraphs 13 and 25 there is a comment to |
| 11:06:23 | 24 | the effect that firmware of type 1 code will also include |
| 11:06:29 | 25 | type 2 code.  Subsequent to my declarations, Dr. Wolfe had a |

<center>70</center>

IAN SCOTT MacKENZIE, Ph.D.

BARKLEY
Court Reporters

1 <u>DEPOSITION OFFICER'S CERTIFICATE</u>

2

3 STATE OF CALIFORNIA          }
                              }   ss.
4 COUNTY OF SAN FRANCISCO      }

5

6     I, Balinda Dunlap, hereby certify:

7     I am a duly qualified Certified Shorthand

8 Reporter in the State of California, holder of

9 Certificate Number CSR 10710 issued by the Court

10 Reporters Board of California and which is in full force

11 and effect.  (Fed. R. Civ. P. 28(a)).

12     I am authorized to administer oaths or

13 affirmations pursuant to California Code of Civil

14 Procedure, Section 2093(b) and prior to being examined,

15 the witness was first duly sworn by me.  (Fed. R. Civ.

16 P. 28(a), 30(f)(1)).

17     I am not a relative or employee or attorney or

18 counsel of any of the parties, nor am I a relative or

19 employee of such attorney or counsel, nor am I

20 financially interested in this action.  (Fed. R. Civ. P.

21 28).

22     I am the deposition officer that

23 stenographically recorded the testimony in the foregoing

24 deposition and the foregoing transcript is a true record

25

106

BARKLEY
Court Reporters

1   of the testimony given by the witness.  (Fed. R. Civ. P.

2   30(f)(1)).

3        Before completion of the deposition, review of

4   the transcript [   ] was [   ] was not requested.  If

5   requested, any changes made by the deponent (and

6   provided to the reporter) during the period allowed, are

7   appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9   Dated: _____JUN 1 1 2007_____

10

11          _B.dren_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

107

BARKLEY
Court Reporters