KARL J. KRAMER (CA SBN 136433)
ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF KARL J. KRAMER**<br><br>Date:     February 15, 2008<br>Time:    10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839 CRB
sd-406957

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5(d), Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under seal the following documents: (1) Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's Products Meets the Tapping Claims of U.S. Patent Nos. 6,380,931 and 5,543,591; (2) Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's Products Meets the Zone Claims of U.S. Patent Nos. 6,380,931, 5,943,052, and 5,880,411; and (3) Declaration of Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions for Summary Judgment, executed January 8, 2008 ("Wolfe SJ Infringement Declaration").

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

The Motions for Partial Summary Judgment and Wolfe SJ Infringement Declaration discuss and refer in detail to information that Elantech Devices Corporation ("Elantech") has designated as confidential firmware and source code ("Code"). This discussion occurs throughout the Motions for Partial Summary Judgment and Wolfe SJ Infringement Declaration. Moreover, Exhibits 7 and 8 to the Wolfe SJ Infringement Declaration contain Elantech's source code, as provided to Synaptics. Elantech represented that this Code contains highly confidential business information regarding the operation of Elantech's touchpad products. Elantech designated it as "Highly Confidential Code" and "Confidential – Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Protective Order. *See* Supporting Declaration of Karl J. Kramer (attached).

The Court has previously granted Elantech's and Synaptics's requests in the briefing on other summary judgment motions to file materials relating to the parties' firmware and source codes under seal. (*See, e.g.,* January 2, 2008 Order Granting Synaptics' Administrative Motion to File Papers Under Seal; December 26, 2007 Order Granting Synaptics' Administrative Motion to File Papers Under Seal; November 27, 2007 Order Granting Elantech's Administrative Motion to File Papers Under Seal; June 18, 2007 Order Granting Synaptics' Motion to File Papers Under Seal; May 29, 2007 Order Granting Elantech's Administrative

1  Motion to File Papers Under Seal; May 21, 2007 Order Granting Synaptics' Motion to File
2  Papers Under Seal.)
3       For the reasons stated above, Synaptics respectfully requests that the Court grant its
4  Miscellaneous Administrative Request to File Documents Under Seal.

6  Dated: January 11, 2008

    KARL J. KRAMER
    ERIKA L. YAWGER
    MORRISON & FOERSTER LLP

    By:  /s/Karl J. Kramer
         Karl J. Kramer
         Email: KKramer@mofo.com

         Attorneys for Defendant and
         Counterclaimant
         SYNAPTICS, INC.

**SUPPORTING DECLARATION OF KARL J. KRAMER**

I, Karl J. Kramer, declare as follows:

1.  I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.  Synaptics seeks to file under seal the following documents:

    a.  Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's Products Meets the Tapping Claims' Limitations of U.S. Patent Nos. 6,380,931 and 5,543,591;

    b.  Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's Products Meets the Zone Claims' Limitations of U.S. Patent Nos. 6,380,931, 5,943,052, and 5,880,411; and

    c.  Declaration of Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions for Summary Judgment, executed January 8, 2008 ("Wolfe SJ Infringement Declaration").

3.  The Motions for Partial Summary Judgment and Wolfe SJ Infringement Declaration discuss and refer in detail to information that Elantech has designated as confidential firmware and source code ("Code"). Exhibits 7 and 8 to the Wolfe SJ Infringement Declaration are the actual Code. Elantech represented that this Code contains highly confidential business information regarding the operation of Elantech's touchpad products. Elantech designated the Code as "Highly Confidential Code" and "Confidential – Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Protective Order. *See* Dckt. 55. Accordingly, Synaptics seeks to file the Motions for Partial Summary Judgment and Wolfe SJ Infringement Declaration under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on January 11, 2008, in Palo Alto, California.

By:  /s/Karl J. Kramer
Karl J. Kramer
Email:  KKramer@mofo.com

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12 ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, 13 R.O.C.,<br>14           Plaintiff,<br>15      v.<br>16<br>17 SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a 18 California corporation,<br>19           Defendants.<br>20<br>21 AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: February 15, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

22
23
24
25
26
27
28

1     This matter comes before the Court on an administrative motion to file under seal:

2     (1)    Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's

3            Products Meets the Tapping Claims of U.S. Patent Nos. 6,380,931 and

4            5,543,591;

5     (2)    Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's

6            Products Meets the Zone Claims of U.S. Patent Nos. 6,380,931, 5,943,052,

7            and 5,880,411; and

8     (3)    Declaration of Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions

9            for Summary Judgment, executed January 8, 2008 ("Wolfe SJ Infringement

10           Declaration").

11     Having considered Synaptics' request, as well as the pleadings and materials lodged and

12 filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for the Motions

13 for Summary Judgment and Wolfe SJ Infringement Declaration to be filed under seal.

14 Defendant's administrative motion to file the Motions for Summary Judgment and Wolfe SJ

15 Infringement Declaration under seal is hereby GRANTED.

17     IT IS SO ORDERED.

18 Dated: _____

20            By: _____
21                 UNITED STATES DISTRICT COURT JUDGE
                   HONORABLE CHARLES R. BREYER