1  SCOTT R. RABER (CA SBN 194924)
   KASTNER BANCHERO LLP
2  20 California Street, 7th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-7000
4  Facsimile: (415) 616-7000
   srr@kastnerbanchero.com
5
   Karen H. Bromberg (NY SBN KB 2153)
6  Elizabeth F. Bernhardt (NY SBN EB 4637)
   Damir Cefo (NY SBN DC 1507)
7  COHEN & GRESSER LLP
   100 Park Avenue, 23rd Floor
8  New York, New York 10017
   Telephone: (212) 957-7600
9  Facsimile: (212) 957-4514
   kbromberg@cohengresser.com
10 ebernhardt@cohengresser.com
   dcefo@cohengresser.com
11
   Admitted *Pro Hac Vice*
12
   Attorneys for Defendant
13 AVERATEC, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18
   ELANTECH DEVICES CORPORATION, a         Case No.   C06-01839 CRB
19 corporation existing under the laws of Taiwan,
   R.O.C.,                                 **AVERATEC INC.'S JOINDER IN
20                                         SYNAPTICS INC.'S OPPOSITION
                Plaintiff,                 TO ELANTECH'S MOTION FOR
21                                         PRELIMINARY INJUNCTION**
        v.
22                                         Date: February 1, 2008
   SYNAPTICS, INC., a Delaware corporation; Time: 10:00 am
23 AVERATEC, INC., a California corporation; and Courtroom 8, 19th floor
   PROSTAR COMPUTER, INC., a California    Hon. Charles R. Breyer
24 corporation,

25              Defendants.

26

27

28 AVERATEC'S JOINDER IN SYNAPTICS' OPPOSITION                    {1139-006/00024058.DOCv}}
   TO ELANTECH'S MOTION FOR PRELIMINARY INJUNCTION
   CASE NO. 3:06-CV-01839 CRB

1     Elantech Devices Corp. ("Elantech") has moved the Court for entry of a preliminary

2 injunction against defendant Synaptics, Inc. ("Synaptics"). *Elantech Devices Corp.'s Notice of*

3 *Motion and Motion for Preliminary Injunction*, p.1, ll. 5-11 ("Elantech's Motion").

4     Elantech's Motion is directed to Synaptics, and not to Defendant Averatec, Inc.

5 ("Averatec"). Thus, Averatec believes that it does not need not respond to Elantech's Motion

6 regarding any of its products sold, offered for sale, or imported into the United States.

7     Otherwise, Averatec joins in, incorporates, and adopts in their entirety as if fully set forth

8 herein, Synaptics' January 11, 2008 Opposition to Elantech's Motion for Preliminary Injunction

9 ("Opposition"), Declaration of Dr. Andrew Wolfe in Support of Synaptics' Opposition to

10 Elantech's Motion for Preliminary Injunction, and other documents relied upon and/or submitted

11 by Synaptics in connection with this Opposition.

12

13

14 Dated: January 11, 2008                 KASTNER BANCHERO LLP

15                                            COHEN & GRESSER LLP

16

17                                            By:   /s/ Scott R. Raber, Esq.

18

19                                            Attorneys for Defendant
                                           AVERATEC, INC.

20

21

22

23

24

25

26

27

28