1 | KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
2 | MORRISON & FOERSTER LLP
755 Page Mill Road
3 | Palo Alto, California 94304-1018
Telephone: (650) 813-5600
4 | Facsimile: (650) 494-0792
KKramer@mofo.com
5 |
6 | Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.
7 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB <br><br> **MANUAL FILING NOTIFICA-TION OF CONFIDENTIAL MOTION FOR PARTIAL SUMMARY JUDGMENT THAT USE OF ELANTECH'S PRODUCTS MEETS THE TAPPING CLAIMS' LIMITATIONS OF U.S. PATENT NOS. 5,543,591 AND 6,380,931** <br><br> Date:  February 15, 2008 <br> Time:  10:00 a.m. <br> Courtroom 8, 19th Floor <br> Hon. Charles R. Breyer |

MANUAL FILING NOTIFICATION RE MOTION FOR PARTIAL SUMMARY JUDGMENT RE TAPPING CLAIMS
CASE NO. C 06-01839 CRB
pa-1219478

1  Regarding **MANUAL FILING NOTIFICATION OF CONFIDENTIAL MOTION
2  FOR PARTIAL SUMMARY JUDGMENT THAT USE OF ELANTECH'S PRODUCTS
3  MEETS THE TAPPING CLAIMS' LIMITATIONS OF U.S. PATENT NOS. 5,543,591
4  AND 6,380,931.** This filing is in paper or physical form only, and is being maintained in the
5  case file in the Clerk's office.

6   If you are a participant on this case, this filing will be served in hard-copy shortly.

7   For information on retrieving this filing directly from the court, please see the court's
8  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9   This filing was not efiled for the following reason(s):

10  ___ Voluminous Document (PDF file size larger than the efiling system allows)

11  ___ Unable to Scan Documents

12  ___ Physical Object (description): _____
13  _____

14  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15  _x_ Item Under Seal

16  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  ___ Other (description): _____
18  _____

19

20  Dated: January 11, 2008          KARL J. KRAMER
                                      ERIKA L. YAWGER
21                                    MORRISON & FOERSTER LLP

22

23                                    By:   /s/Karl J. Kramer
                                            Karl J. Kramer
24                                          Email: KKramer@mofo.com

25                                    Attorneys for Defendant and
                                      Counterclaimant
26                                    SYNAPTICS, INC.

27

28

1
2
3
4
5
6   .
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
| 13 | **[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT USE OF ELANTECH'S PRODUCTS MEETS THE TAPPING CLAIMS OF U.S. PATENT NOS. 6,380,931 AND 5,543,591** |
| 14                 Plaintiff, | |
| 15        v. | |
| 16  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| 17 | |
| 18 | |
| 19                 Defendants. | Date:   February 15, 2008<br>Time:   10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| 20 | |
| 21 | |
| 22  AND RELATED COUNTERCLAIMS | |

23
24
25
26
27
28

**ORDER**

Having considered Defendant and Counterclaimant Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's Products Meets the Tapping Claims' Limitations of U.S. Patent Nos. 6,380,931 and 5,543,591 (the "Motion"), and having reviewed the papers filed by the parties related to the Motion, and having heard the argument of counsel, the Court rules as follows:

IT IS HEREBY ORDERED that Defendant-Counterclaimant's Motion is GRANTED.

1. The Court hereby enters partial summary judgment that use of Elantech's products meets all of the limitations of claim 1 of U.S. Patent No. 6,380,931.

2. The Court hereby enters partial summary judgment that use of Elantech's products meets all of the limitations of claim 6 of U.S. Patent No. 5,543,591.

3. The Court hereby enters partial summary judgment that use of Elantech's products meets all of the limitations of claim 9 of U.S. Patent No. 5,543,591.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Charles R. Breyer
U.S. District Court Judge