| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
| 13 | | **MANUAL FILING NOTIFICA-** |
| 14 | Plaintiff, | **TION OF CONFIDENTIAL** |
| | | **MOTION FOR PARTIAL** |
| 15 | v. | **SUMMARY JUDGMENT THAT** |
| | | **USE OF ELANTECH'S** |
| 16 | SYNAPTICS, INC., a Delaware corporation; | **PRODUCTS MEETS THE ZONE** |
| | AVERATEC, INC., a California corporation; | **CLAIMS' LIMITATIONS OF U.S.** |
| 17 | and PROSTAR COMPUTER, INC., a | **PATENT NOS. 6,380,931, 5,943,052** |
| | California corporation, | **AND 5,880,411** |
| 18 | | |
| | | Date: February 15, 2008 |
| 19 | Defendants. | Time: 10:00 a.m. |
| | | Courtroom 8, 19th Floor |
| 20 | AND RELATED COUNTERCLAIMS | Hon. Charles R. Breyer |

MANUAL FILING NOTIFICATION RE MOTION FOR PARTIAL SUMMARY JUDGMENT RE ZONE CLAIMS
CASE NO. C 06-01839 CRB
pa-1219481

1  Regarding **MANUAL FILING NOTIFICATION OF CONFIDENTIAL MOTION**
2  **FOR PARTIAL SUMMARY JUDGMENT THAT USE OF ELANTECH'S PRODUCTS**
3  **MEETS THE ZONE CLAIMS' LIMITATIONS OF U.S. PATENT NOS. 6,380,931,**
4  **5,943,052 AND 5,880,411.** This filing is in paper or physical form only, and is being
5  maintained in the case file in the Clerk's office.

     If you are a participant on this case, this filing will be served in hard-copy shortly.

     For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

     This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

x___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: January 11, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By:  /s/Karl J. Kramer
     Karl J. Kramer
     Email: KKramer@mofo.com

Attorneys for Defendant and
Counterclaimant
SYNAPTICS, INC.

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
| 13 | **[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT USE OF ELANTECH'S PRODUCTS MEETS THE ZONE CLAIMS OF U.S. PATENT NOS. 6,380,931, 5,943,052; AND 5,880,411** |
| 14                          Plaintiff, | |
| 15        v. | |
| 16 | |
| 17  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| 18 | Date:    February 15, 2008<br>Time:    10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| 19                          Defendants. | |
| 20 | |
| 21 | |
| 22  AND RELATED COUNTERCLAIMS | |

1  **ORDER**

2  Having considered Defendant and Counterclaimant Synaptics, Inc.'s Motion for Partial

3  Summary Judgment that Use of Elantech's Products Meets the Zone Claims of U.S. Patent

4  Nos. 6,380,931, 5,943,052, and 5,880,411 (the "Motion"), and having reviewed the papers filed

5  by the parties related to the Motion, and having heard the argument of counsel, the Court rules as

6  follows:

7  IT IS HEREBY ORDERED that Defendant-Counterclaimant's Motion is GRANTED.

8  1. The Court hereby enters partial summary judgment that use of Elantech's products

9  meets all of the limitations of claims 5 and 6 of U.S. Patent No. 6,380,931.

10  2. The Court hereby enters partial summary judgment that use of Elantech's products

11  meets all of the limitations of claims 14 and 18 of U.S. Patent No. 5,943,052.

12  3. The Court hereby enters partial summary judgment that use of Elantech's products

13  meets all of the limitations of claims 46 and 52 of U.S. Patent No. 5,880,411.

14

15  IT IS SO ORDERED.

16  Dated: _____  _____

17  The Honorable Charles R. Breyer
U.S. District Court Judge