| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 4 | Facsimile: (650) 494-0792 |
| | KKramer@mofo.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | | Case No.   C06-01839 CRB |
| | Plaintiff, | **MANUAL FILING NOTIFICATION OF CONFIDENTIAL DECLARATION OF ANDREW WOLFE Ph.D. IN SUPPORT OF SYNAPTICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |
| | v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | | Date: February 15, 2008 |
| | | Time: 10:00 a.m. |
| | | Courtroom 8, 19th Floor |
| | | Hon. Charles R. Breyer |
| | Defendants. | |
| AND RELATED COUNTERCLAIMS | | |

Regarding **MANUAL FILING NOTIFICATION OF CONFIDENTIAL DECLARATION OF ANDREW WOLFE Ph.D. IN SUPPORT OF SYNAPTICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT.** This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: January 11, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By: /s/Karl J. Kramer
    Karl J. Kramer
    Email: KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

MANUAL FILING NOTIFICATION RE DECL OF ANDREW WOLFE ISO SYNAPTICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C 06-01839 CRB
pa-1219484