KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants and Counterclaimants. | Case No.   C06-01839 CRB<br><br>**DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: February 15, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

I, Karl J. Kramer, hereby declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of Elantech Devices Corp.'s Objections and Responses to Synaptics, Inc's First Set of Interrogatories, served

1   August 18, 2006, pages 1-4 and 11, in which it is stated, at page 2, lines 20-22 and page 4, lines
2   13-14, that Elantech Devices Corporation was first established on September 18, 2003 and
3   commenced selling devices thereafter.

4       3.   Attached hereto as Exhibit B is a true and correct copy of a document produced in
5   this litigation, bearing bates numbers SYN 00004494 – SYN 00004995.

6       I declare under penalty of perjury under the laws of the United States of America that, to
7   the best of my knowledge, the foregoing is true and correct. Executed on January 11, 2008, in
8   Palo Alto, California.

```
            /s/ Karl J. Kramer
            Karl J. Kramer
            Email:  KKramer@mofo.com
```

# Exhibit A

YITAI HU (California Admission Pending) (yhu@akingump.com)
SEAN P. DEBRUINE (SBN 168071) (sdebruine@akingump.com)
HSIN-YI CINDY FENG (SBN 215152) (cfeng@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff
ELANTECH DEVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | ) Case No. 3:06-CV-01839 CRB |
| Plaintiff, | ) |
| vs. | ) **ELANTECH DEVICES CORP.'S OBJECTIONS AND RESPONSES TO SYNAPTICS, INC.'S. FIRST SET OF INTERROGATORIES [NOS. 1-8]** |
| SYNAPTICS, INC.; AVERATEC, INC.; PROSTAR COMPUTER, INC. | ) |
| Defendants. | ) |

**PROPOUNDING PARTY**:   Defendant SYNAPTICS, INC.

**RESPONDING PARTY**:    Plaintiff ELANTECH DEVICES CORP.

**SET NUMBER**:          ONE

**TO DEFENDANT SYNAPTICS, INC., AND ITS ATTORNEYS OF RECORD**:

Plaintiff Elantech Devices Corp. ("Elantech") responds as follows to Defendant Synaptics, Inc.'s ("Synaptics's") First Set of Interrogatories ("Interrogatories"):

## GENERAL OBJECTIONS

1. Elantech objects to the Interrogatories to the extent that they seek to impose on Elantech obligations that are not required by the Federal Rules of Civil Procedure or other applicable law.

2. In addition to any specific objections which may be made on an individual basis in the separate responses set forth below, Elantech objects generally to each Interrogatory to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege. Any inadvertent disclosure of such information is not a waiver of any applicable privilege or immunity.

3. Elantech objects generally to the Interrogatories to the extent that they seek information containing confidential, proprietary, or trade secret information of third parties.

4. Any statement made herein of an intent to produce documents is not, and shall not be deemed, an admission of any factual or legal contention contained in any individual Interrogatory, nor that any particular documents exist or are relevant and admissible in this matter. Elantech objects to the Interrogatories to the extent that they contain any factual or legal misrepresentations.

5. These general objections are applicable to each and every one of the following specific objections and responses, and failure to repeat an objection in response to a specific Interrogatory shall not be deemed a waiver of the objection. Further, if Elantech specifically repeats one or more of these

general objections in response to a specific Interrogatory, such specific response shall not be a waiver of any other general objections.

## **OBJECTIONS TO SYNAPTICS' INSTRUCTIONS AND DEFINITIONS**

1.  Elantech objects to the definition of "Elantech" or "You" as set forth in Definition "A" to the extent it encompasses persons or entities over whom or which Elantech has no control. Elantech further objects to Definition "A", as being vague, ambiguous, confusing, and potentially overbroad, as the phrase "any other person acting . . . with its permission . . . or with whose permission . . . or [] any entity subject to its control" has not been properly defined. For the purpose of responding to Synaptics's Interrogatories, Elantech understands "Elantech" and "You" to mean Elantech Devices Corporation and its directors, officers, and/or agents acting on its behalf, excluding its attorneys and legal counsel.

2.  Elantech objects to the definition of "Elantech Touchpad Product" as set forth in Definition "B" as vague and ambiguous as the term "touch sensor" has not been defined and its meaning is not clear on its face. Elantech also objects to this definition as confusing and misleading to the extent "Product" is defined to also mean "all firmware, drivers, control panels, programming, or other code". For the purpose of responding to Synaptics's Interrogatories, Elantech understands "Elantech Touchpad Product" to mean touch pads that were designed, developed, manufactured, or sold by Elantech Devices Corporation since September 18, 2003, the date Elantech was first established.

3.  Elantech objects to Definition "C" of "Elantech Touchpad Product Functionality" as vague and ambiguous, and potentially overbroad, because the terms "gesture input functions," "'1 Finger (Left Button) Click/Select,'" "'Corner Tap Function,'" "'Double Click,'" "'Drag,'" "'Smart

2

Edges,'" "'Scrolling,'" "'Multiple Fingers,'" and "'3 Fingers'" have not been defined, and the meaning of each of these terms is not clear on its face.

4. Elantech objects to Definition "D" of "Elantech Customer Product" for the same reasons it objects to Definition "B" of "Elantech Touchpad Product." Elantech further objects to Definition "D" to the extent it imposes an obligation on Elantech to know of each and every product "that incorporates an Elantech Touchpad Product." For the purpose of responding to the Interrogatories, Elantech understands "Elantech Touchpad Product" to mean product which Elantech is aware of incorporating Elantech's touch pads.

5. Elantech objects to Definition "E" of "Identify" as unduly burdensome and overly broad to the extent it requires Elantech to provide "the nature of the business conducted by" each legal entity listed or identified in Elantech's response. Elantech further objects to this definition as violating right of privacy to the extent it seeks "last known home address" of any natural person listed or identified in Elantech's response.

6. Elantech objects to Definition "F" of "Relating To" as overbroad as the phrase is vague and ambiguous and fails to be reasonably particularized, precluding Elantech from reasonably ascertaining what information is being requested.

7. Elantech objects to Definition "G" of the terms "Any," "each," "and," and "or" as confusing and misleading.

8. Elantech objects to the Instructions to the extent it imposes obligations on Elantech that are not required by the Federal Rules of Civil Procedure or other applicable law.

3

# OBJECTIONS AND RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

Identify by model number or other designation each Elantech Touchpad Product.

**RESPONSE TO INTERROGATORY NO. 1**

Elantech objects to this Interrogatory as vague and ambiguous with respect to the term "Elantech Touchpad Product". The definition of "Elantech Touchpad Product" as set forth in Definition "B" is vague and ambiguous as the term "touch sensor" used to define "Elantech Touchpad Product" has not been defined, and its meaning is not clear on its face. Elantech also objects to Synaptics's definition of "Elantech Touchpad Product" as confusing, misleading, and unduly burdensome to the extent "Product" is defined to also mean "all firmware, drivers, control panels, programming, or other code". Subject to and without waiving these objections and the GENERAL OBJECTIONS, and with the understanding that "Elantech Touchpad Product" means touch pads that were designed, developed, manufactured, or sold by Elantech Devices Corporation since September 18, 2003, Elantech responds as follows:

Elantech's TP3 touch pads have the following part numbers: 804262-0000, 804262-0001, 804262-0020, 814262-0000, and 814262-0001.

Elantech's KTP3 touch pads have the following part numbers: 800306-2301, 800306-2401, 800306-5201, 800306-5411, 800306-5431, 800306-5441, 800307-5100, 800311-1103, 800401-5003, 800401-5103, 800406-0803, 800406-1803, 800406-1813, 800406-1823, 800406-1833, 800406-1843, 800406-1863, 800406-1873, 800410-3012, 800410-3032, 810306-2301, 810306-5411, 810306-5431, 810306-5451, 810306-5461, 810307-5100, 810308-5202, 810308-5212, 810310-5022, 810311-1103, 810406-0803, 810406-1853, 810406-5053, 810410-3012, and 810410-3042.

Elantech's KTP5 touch pads have the following part numbers: 800406-1603, 800406-1612, 800409-5003, 800409-5103, 800409-5303, 800409-5503, 800410-2001, 800410-5001, 800504-2602, 800505-1003, 810406-1603, 810409-1112, 810409-1122, 810409-5103, 810409-5202, 810409-5603, 810410-5001, 810410-5021, 810504-2602, 810505-1003, 810509-2703, 810509-3001, 810509-5001,

product immunity, and/or joint defense privilege. Elantech objects to this Interrogatory to the extent that it is intended to be treated as one interrogatory, as it contains multiple subparts, and thus will be treated as multiple interrogatories against the maximum permissible. Subject to and without waiving these objections and the GENERAL OBJECTIONS, Elantech responds as follows:

Elantech will produce, pursuant to Rule 33(d), documents from which Elantech's answer can be reasonably derived or ascertained, including ETD0000054-ETD0000055.

Dated: August 18, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
Sean P. DeBruine
Attorneys for Plaintiff Elantech Devices Corp.

ELANTECH'S OBJECTIONS AND RESPONSES TO SYNAPTICS'S FIRST SET OF INTERROGATORIES
Case No. CV-01839 CRB

# Exhibit B



# ELANTECH DEVICES CORPORATION
## Pointing Device Company

>Chinese  >Home  >Contact Us  >Sitemap  >Stuff O

## Sincerity, Sense of Responsibility, "Can-Do" Attitude

"With the focus on Note PC related products, Elantech Devices Corporation is continually committed to gaining the most advanced knowledge related to sensor technologies, to improving capabilities of hardware and software design and to establishing a speedy and reliable customer service network. The optimal goal is to provide a Pointing Device that fulfills the various requirements of professional users."



### Profile
Detailed introduction of related information on organization profile and development history
- Profile
- Access Map



### Products
- Touch Pad
Touch Pad-A device that utilizes finger movements on flat surface of the touch pad, allowing the user to move the cursor more easily to complete input of operations
- Pointing Stick
Pointing Stick-A device that employs the principle of the control lever and precise sensitivity, allowing the user to complete input of computer operations



### Technical Support
Offering You Optimal Service ElanteTech Provides the Latest Driver on the Website



### Careers
ElanTech Sincerely Welcome You to Join Our Team Creating the Future of Technology
- Join Us

News

http://www.elantech.com.tw/english/en_home.html

2003 Copyright (C) ELANTECH. All Rights Reserved.

http://www.elantech.com.tw/english/en_home.html

SYN 00004995