|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
| 13 | | ~~[PROPOSED]~~ **ORDER GRANTING SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| 14 | Plaintiff, | |
| 15 | | |
| 16 | v. | |
| 17 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: February 15, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIMS | |

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 06-01839 CRB
sd-406958

1    This matter comes before the Court on an administrative motion to file under seal:

2    (1)   Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's
3          Products Meets the Tapping Claims of U.S. Patent Nos. 6,380,931 and
4          5,543,591;

5    (2)   Synaptics, Inc.'s Motion for Partial Summary Judgment that Use of Elantech's
6          Products Meets the Zone Claims of U.S. Patent Nos. 6,380,931, 5,943,052,
7          and 5,880,411; and

8    (3)   Declaration of Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions
9          for Summary Judgment, executed January 8, 2008 ("Wolfe SJ Infringement
10         Declaration").

11   Having considered Synaptics' request, as well as the pleadings and materials lodged and
12   filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for the Motions
13   for Summary Judgment and Wolfe SJ Infringement Declaration to be filed under seal.
14   Defendant's administrative motion to file the Motions for Summary Judgment and Wolfe SJ
15   Infringement Declaration under seal is hereby GRANTED.

17   IT IS SO ORDERED.
18   Dated: __January 14, 2008_____

20   By: _____
21   UNITED STATES DISTRICT JUDGE
     HONORABLE _____

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL     1
CASE NO. C 06-01839 CRB
sd-406958