KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimants
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTICS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

I, Karl Kramer, hereby declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I make this declaration in support of Synaptics's Administrative Motion to Consider Whether Cases Should Be Related.

2. Prior to filing this motion, I attempted to contact Elantech's counsel on several occasions over the past three days to discuss whether Elantech would stipulate and agree to

1  Synaptics's administrative request to consider whether this case should be related to the recently
2  filed action, *Synaptics, Inc. v. Elantech Devices Corp.*, Case No. C07-06434 RS.
3      3.   I have not received a response from Elantech's counsel concerning this matter. As
4  such, Synaptics has been unable to obtain a stipulation from Elantech concerning the issue of
5  whether these cases should be considered related.

   I declare under penalty of perjury under the laws of the United States of America that, to
the best of my knowledge, the foregoing is true and correct.

   Executed on January 16, 2008, in Palo Alto, California.

                                          By:  s/Karl J. Kramer
                                               Karl J. Kramer
                                               Email: KKramer@mofo.com

KRAMER DECL. ISO MAR TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C06-01839 CRB
pa-1220793