1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650-813-5600
4  Facsimile: 650-494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |

13

14 Plaintiff,

15 v.

16 SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,

**ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO ELANTECH'S PARTIAL SUMMARY JUDGMENT MOTION**

Date: February 1, 2008
Time: 10:00 a.m.
Courtroom 8, 19th Floor
Hon. Charles R. Breyer

Defendants.

AND RELATED COUNTERCLAIMS

　　　　Pursuant to Civil Local Rules 7-3(d) and 7-11, Synaptics, Inc. ("Synaptics") hereby requests leave of Court to file a Supplemental Declaration of Karl J. Kramer ("Supp. Kramer Decl.") with exhibits to address new and inaccurate factual allegations raised for the first time in plaintiff Elantech Devices Corp. ("Elantech")'s Reply Memorandum in Support of Its Motion For Partial Summary Judgment of Infringement of the '352 Patent ("Reply") and accompanying Declaration of Sean P. DeBruine in Support of Elantech's Motion for Partial Summary Judgment

MAR FOR LEAVE TO FILE SUPP. DECL. IN OPP. TO ELANTECH'S PARTIAL SUMMARY JUDGMENT MOTION
CASE NO. C06-01839-CRB
pa-1220474

1

1  ("DeBruine Declaration").  The supplemental declaration Synaptics seeks to file is appended to
2  this administrative request.

3        In Elantech's Reply and the DeBruine Declaration, Elantech makes many new and
4  inaccurate factual allegations concerning discovery between the parties throughout the course of
5  the litigation, conversations between counsel, and the contents of documents produced during
6  litigation and from public sources.  The Supp. Kramer Decl. is necessary to address these factual
7  errors, as well as Elantech's mischaracterization of the record, Elantech's incorrect implications
8  of impropriety by Synaptics and its counsel, and Elantech's failure to discuss or attach important
9  documents concerning these new issues, including important correspondence from Synaptics to
10 Elantech concerning its request to amend its infringement contentions, and Synaptics's responses
11 to Elantech's document requests.

12       Proper consideration by the Court of the relevant issues would be aided by a brief
13 response.  Accordingly, Synaptics respectfully requests permission to file the accompanying
14 Supp. Kramer Decl. to rebut the new factual allegations raised for the first time in Elantech's
15 Reply, and to provide a complete record of events and relevant documents to the issues raised by
16 Elantech.

18 Dated:   January 16, 2008            KARL J. KRAMER
                                        ERIKA L. YAWGER
19                                      MORRISON & FOERSTER LLP

21                                      By:    s/Karl J. Kramer
22                                             Karl J. Kramer
                                               Email:  KKramer@mofo.com

23                                      Attorneys for Defendant and
                                        Counterclaimant SYNAPTICS, INC.

MAR FOR LEAVE TO FILE SUPP. DECL. IN OPP. TO ELANTECH'S PARTIAL SUMMARY JUDGMENT MOTION
CASE NO. C06-01839-CRB
pa-1220474

2

1
2
3
4
5
6
7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN FRANCISCO DIVISION

11

| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|---|
| 13 | | **[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO ELANTECH'S PARTIAL SUMMARY JUDGMENT MOTION** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| 17 | | |
| 18 | | Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| 19 | Defendants. | |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIMS | |

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MAR TO FILE SUPP. KRAMER DECL. IN OPP. TO PARTIAL MSJ
CASE NO. C06-0183 CRB
pa-1220655

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

2      Defendant Synaptics, Inc.'s administrative request, pursuant to Civil Local Rule 7-3(d),

3  for leave to file a supplemental declaration in opposition to Elantech Devices Corp.'s Partial

4  Summary Judgment Motion is GRANTED.

6  Dated: _____

8          By: _____
            UNITED STATES DISTRICT COURT JUDGE
9              HONORABLE CHARLES R. BREYER