KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimants
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTICS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO ELANTECH'S PARTIAL SUMMARY JUDGMENT MOTION**<br><br>Date: February 1, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

I, Karl J. Kramer, hereby declare as follows:

1.   I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I make this declaration in support of Synaptics's Administrative Request for Leave to File a Supplemental Declaration in Opposition to Elantech Devices Corp. ("Elantech")'s Partial Summary Judgment Motion.

2. Prior to filing this motion, I attempted to contact Elantech's counsel to discuss whether Elantech would stipulate and agree to Synaptics's request to file a supplemental declaration.

3. I have not received a response from Elantech's counsel concerning this matter. As such, Synaptics has been unable to obtain a stipulation from Elantech consenting to the relief requested in this motion.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on January 16, 2008, in Palo Alto, California.

By: s/Karl J. Kramer
Karl J. Kramer
KKramer@mofo.com