1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.    C06-01839 CRB |
|---|---|---|
| 13 | | ~~[PROPOSED]~~ **ORDER RELATING CASES** |
| 14 | Plaintiff, | |
| 15 | v. | Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| 16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and | |
| 17 | PROSTAR COMPUTER, INC., a California corporation, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | AND RELATED COUNTERCLAIMS | |

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RELATING CASES
CASE NO. C06-0183 CRB
pa-1216689

1    IT IS HEREBY ORDERED: *Elantech Devices Corp. v. Synaptics, Inc., Averatec, Inc.,*

2 *and Prostar Computer, Inc.*, Case No. 3:06 CV-01839 CRB and *Synaptics, Inc. v. Elantech*

3 *Devices Corp.*, Case No. C07-06434 RS are related cases within the meaning of Civil Local

4 Rule 3-12(a).  Pursuant to Civil Local Rules 3-12 and 7-11, *Synaptics, Inc. v. Elantech Devices*

5 *Corp.*, Case No. C07-06434 RS shall be reassigned to the Honorable Charles R. Breyer.

6

7 Dated:  January 18, 2008

8

9                                                By:  _____

10                                                UNITED STATES DISTRICT COURT JUDGE
                                                 HONORABLE CHARLES R. BREYER

11                                                IT IS SO ORDERED

12

13                                                Judge Charles R. Breyer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RELATING CASES                                                              1
CASE NO. C06-0183 CRB
pa-1216689