1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO ELANTECH'S PARTIAL SUMMARY JUDGMENT MOTION<br><br>Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

[PROPOSED] ORDER GRANTING MAR TO FILE SUPP. KRAMER DECL. IN OPP. TO PARTIAL MSJ
CASE NO. C06-0183 CRB
pa-1220655

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

2  Defendant Synaptics, Inc.'s administrative request, pursuant to Civil Local Rule 7-3(d),
3  for leave to file a supplemental declaration in opposition to Elantech Devices Corp.'s Partial
4  Summary Judgment Motion is GRANTED.

6  Dated:  January 18, 2008

8  By: _____
9  UNITED STATES DISTRICT COURT JUDGE
   HONORABLE PHYLLIS J. HAMILTON



[PROPOSED] ORDER GRANTING MAR TO FILE SUPP. KRAMER DECL. IN OPP. TO PARTIAL MSJ     1
CASE NO. C06-0183 CRB
pa-1220655