Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELANTECH'S MOTION TO ENLARGE TIME FOR BRIEFING AND HEARING OF SYNAPTICS' MOTIONS FOR SUMMARY JUDGMENT** |

1    I, Sean P. DeBruine, declare as follows:

2    1.    I am a partner in the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to

3    defendant Anpec Electronics Corp. ("Anpec") in this matter.  I have personal knowledge of the

4    following facts and, if called to testify, I could and would testify competently to the matters stated

5    herein, except those matters stated on information and belief, which matters I am informed and believe

6    to be true.

7    2.    On January 11, 2008, Synaptics filed two motions for partial summary judgment of

8    infringement of various claims of U.S. Patent Nos. 6,380,931; 5,543,591; 5,943,052; and 5,880,411

9    [Docket Entries 213, 214].  These two new motions require counsel for Elantech to consult with its

10   client as well as its expert in order to respond fully to Synaptics' allegations.  Due to prior commitments

11   and busy foreign and domestic travel schedules to attend to other matters, counsel for Elantech have

12   been largely unavailable.  For example, Richard Chae is an associate working on this case.  Between

13   January 5, 2008 and January 19, 2008, Richard was traveling overseas attending to other matters.

14   3.    On January 23, 2008, I contacted Karl Kramer, counsel for Synaptics, to request a time

15   extension as a courtesy.  Since a two week extension would cause Elantech's oppositions to be due on

16   February 1, 2008 (the same day as the case management conference and the hearing on Elantech's

17   motion for partial summary judgment), I proposed a three week extension.  On January 24, Mr. Kramer

18   responded, refusing to agree to Elantech's request and offering instead to agree only a one week

19   extension.

20   4.    As a result of Synaptics' actions, in using its extension to bring two summary judgment

21   motions and then refusing to grant Elantech the courtesy of a time extension, Elantech will be severely

22   prejudiced.  If the Court does not enlarge the time, Elantech will not be able to fully respond to

23   Synaptics' allegations.

24   5.    This Court has previously made various time modifications in this case in order to

25   accommodate the schedules of the parties, and Elantech has freely stipulated to Synaptics' (and the other

26   defendants') requests for time extensions to accommodate Synaptics (and the other defendants) on a

27   number of occasions.  Pursuant to Civil Local Rule 6-3, Elantech states as follows:

28

1

DEBRUINE DECL. ISO ELANTECH'S MOTION
TO ENLARGE TIME FOR BRIEFING AND HEARING
OF SYNAPTICS' MOTIONS FOR SUMMARY JUDGMENT                    CASE NO. 3:06-CV-01839 CRB

1      (a)      On June 8, 2006, the parties stipulated to continue the case management conference

2  scheduled for July 21, 2006 until August 18, 2006 because parties' counsel each had scheduling conflict

3  [Docket Entry No. 15].  On June 13, 2006, the Court granted the parties' stipulated request [Docket

4  Entry No. 16].

5      (b)      On July 6, 2006, the parties stipulated to submit materials required by ADR Local Rule 3-

6  5 no later than the current meet-and-confer deadline of July 19, 2006, because the parties received a

7  Notice of Non-compliance with Court Order for failure to file an ADR Certification and either a

8  Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by June 27, 2006.  The

9  parties believed the Court Order granting their request and stipulation to continue the case management

10  conference scheduled for July 21, 2006 at 8:30 a.m. until August 18, 2006 also changed the deadlines for

11  ADR Certification [Docket Entry No. 26].  On July 7, 2006, the Court granted the parties' stipulated

12  request [Docket Entry No. 27].

13      (c)      On July 27, 2006 Elantech and Averatec stipulated that the time for Averatec to answer,

14  respond or otherwise move against the complaint be extended to August 10, 2006 [Docket Entry No.

15  34].  On August 7, 2006, the Court granted Elantech's and Averatec's stipulated request [Docket Entry

16  No. 46].

17      (d)      On October 20, 2006, Elantech and Prostar stipulated that the time for Prostar to answer,

18  respond or otherwise move against the complaint be extended to November 3, 2006 [Docket Entry No.

19  57].  On October 31, 2006, the Court granted Elantech's and Prostar's stipulated request [Docket Entry

20  No. 57].

21      (e)      On March 2, 2007, the Court rescheduled the Tutorial on calendar for March 6, 2007 to

22  March 19, 2007 and the Claim Construction on calendar for March 8, 2007 to March 22, 2007 [Docket

23  Entry No. 85].

24      (f)      On May 17, 2007, the Court rescheduled Motions for Summary Judgment on calendar for

25  June 1, 2007 to June 29, 2007 [Docket Entry No. 110].

26      (g)      On June 7, 2007, the parties stipulated to move the hearing date and briefing schedule

27  one week for pending Motions for Summary Judgment to July 6, 2007, because the parties desired more

28

1    time to review transcripts and Synaptics' counsel had a scheduling conflict [Docket Entry No. 132].  On

2    June 11, 2006, the Court granted the parties' stipulated request [Docket Entry No. 136].

3        (h)    On July 5, 2007, the Court rescheduled the Hearing on Motions for Summary Judgment

4    on calendar for July 6, 2007 to October 5, 2007 [Docket Entry No. 164].

5        (i)    On August 5, 2007, the Court rescheduled the Hearing on Motions for Summary

6    Judgment on calendar for October 5, 2007 at 10:00 a.m. to October 5, 2007 at 2:30 p.m. [Docket Entry

7    No. 165].

8        (j)    On November 13, 2007, the parties stipulated to continue the case management

9    conference scheduled for December 7, 2007 until January 11, 2008 because the parties' counsel each had

10   scheduling conflicts and were engaged in productive settlement discussions [Docket Entry No. 175].  On

11   November 19, 2007, the Court granted the parties' stipulated request [Docket Entry No. 176].

12       (k)    On November 28, 2007, the parties stipulated to move the hearing date for Elantech's

13   pending Motion for Summary Judgment from December 28, 2007 to January 11, 2008 because

14   Synaptics' counsel had scheduling conflicts [Docket Entry No. 182].  On November 29, 2007, the Court

15   granted the parties' stipulated request [Docket Entry No. 183].

16       (l)    On December 20, 2007, the parties stipulated to move the hearing date for Elantech's

17   pending Motion for Preliminary Injunction to February 1, 2008, with briefing schedule to follow the

18   timing set pursuant to the local rules, because Synaptics' counsel had scheduling conflicts with the

19   briefing schedule [Docket Entry No. 186].  On December 26, 2007, the Court granted the parties'

20   stipulated request [Docket Entry No. 193].

21       (m)    On January 10, 2008, the Court rescheduled the Case Management Conference and

22   Hearing on Motions for Summary Judgment on calendar for January 11, 2008 to February 1, 2008

23   [Docket Entry No. 207].

24       I declare under penalty of perjury under the laws of the United States of America that the

25   foregoing is true and correct.  Executed on January 24, 2008 at Palo Alto, California.

26                        _____ /s/ _____

27                             Sean P. DeBruine

28                                    3

DeBruine Decl. ISO Elantech's Motion
To Enlarge Time For Briefing And Hearing
Of Synaptics' Motions For Summary Judgment                CASE NO. 3:06-CV-01839 CRB