Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **[PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING AND HEARING OF SYNAPTICS' MOTIONS FOR SUMMARY JUDGMENT** |

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

2  Plaintiff Elantech Devices Corp.'s Motion Under Civ. L.R. 6-3 to Enlarge Time For Briefing
3  And Hearing On Synaptics' Motions for Summary Judgment, is GRANTED. The hearing of
4  Synaptics' Motions for Summary Judgment is continued from February 15, 2008 at 10:00 a.m. to
5  March 7, 2008 at 10:00 a.m. and the briefing schedule is adjusted to follow the timing pursuant to the
6  local rules

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Honorable Charles R. Breyer
United States District Judge