KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**DECLARATION OF KARL J. KRAMER IN OPPOSITION TO ELANTECH'S MOTION TO ENLARGE TIME FOR BRIEFING AND HEARING OF SYNAPTICS' MOTIONS FOR SUMMARY JUDGMENT** |
| AND RELATED COUNTERCLAIMS | |

I, Karl J. Kramer, hereby declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. After business hours on Wednesday, January 23, 2008, Elantech's counsel, Sean P. DeBruine, sent an e-mail message to me requesting an extension of time to oppose Synaptics's

KRAMER DECL. IN OPP. TO MOTION TO ENLARGE TIME
CASE NO. C06-01839-CRB
pa-1222707

1

1  summary judgment motions.  A true and correct copy of the January 23, 2008 e-mail from
2  Mr. DeBruine is attached hereto as Exhibit A.
3       3.   On the morning of Thursday, January 24, 2008, I responded to Mr. DeBruine's
4  e-mail, and told him that Synaptics would agree to a one-week extension, but that any longer
5  extension would require an agreement to also move the hearings and case management
6  conference scheduled for February 1, 2008 an equal amount.  A true and correct copy of my
7  January 24, 2008 e-mail to Mr. DeBruine is attached hereto as Exhibit B.
8       4.   Elantech claims in its Motion to Enlarge Time and the accompanying declaration of
9  Sean P. DeBruine that "[d]ue to prior commitments and busy foreign and domestic travel
10 schedules to attend to other matters, counsel for Elantech have been largely unavailable to devote
11 the time required" to respond to Synaptics's motions for summary judgment. (*See* Elantech's
12 Motion to Enlarge Time for Briefing and Hearing ("Motion"), 1:28 – 2:2; Declaration of Sean P.
13 DeBruine in Support of Elantech's Motion to Enlarge Time for Briefing and Hearing ("DeBruine
14 Decl."), ¶ 2.)  From January 11, 2008 until January 23, 2008, Elantech's counsel never
15 communicated with me about unavailability or scheduling conflicts.
16      5.   In June 2006, the parties stipulated to move the hearing date on the parties' cross
17 motions for summary judgment by one week.  This stipulation extended the deadline for
18 Synaptics to file an opposition to Elantech's motion for summary judgment of infringement by
19 one week.  The parties stipulated to move the hearing date for several reasons.  Specifically, my
20 mother fell gravely ill, creating a need for me to travel immediately to attend to family matters.
21 In addition, the parties took three full-day depositions of Dr. Andrew Wolfe, Dr. Ian Scott
22 McKenzie, and David Gillespie in the week prior to the original due date for the opposition brief.
23      6.   During my discussions with Elantech's counsel, Sean DeBruine, concerning
24 scheduling for the upcoming case management conference, and again during discussions
25 concerning the hearing date for Elantech's motion for partial summary judgment, I informed
26 Mr. DeBruine that I would be traveling internationally and unavailable from December 21, 2007
27 through January 7, 2008.  I also told him that my associate, Erika Yawger, would be traveling
28

KRAMER DECL. IN OPP. TO MOTION TO ENLARGE TIME
CASE NO. C06-01839-CRB
pa-1222707

2

1  internationally and unavailable on her honeymoon from December 21, 2007 through January 11,
2  2008.

3      7.   On December 14, 2007, Elantech filed a motion for preliminary injunction, and
4  noticed the hearing date for January 18, 2008. I promptly left a voice-mail message for
5  Mr. DeBruine, and followed up with an e-mail to Mr. DeBruine and Elantech's other counsel,
6  Yitai Hu, to remind them that both my associate, Ms. Yawger, and I would be out of the country
7  and unavailable on the date the opposition brief would be due. Mr. DeBruine e-mailed me back,
8  saying that Elantech had "no problem rescheduling the hearing for February 1" and that they "did
9  not intend to make the opposition date coincide with [my] absence." The parties thus stipulated
10 to a two-week extension of time for the hearing on Elantech's motion to accommodate
11 Synaptics's counsel's well-known travel plans. True and correct copies of my e-mail to
12 Mr. DeBruine and Mr. Hu, and Mr. DeBruine's response, are attached hereto as Exhibit C.

14    I declare under penalty of perjury under the laws of the United States of America that, to
15 the best of my knowledge, the foregoing is true and correct. Executed on January 25, 2008, in
16 Palo Alto, California.

                                       /s/ Karl J. Kramer
                                       Karl J. Kramer
                                       E-mail: KKramer@mofo.com

KRAMER DECL. IN OPP. TO MOTION TO ENLARGE TIME
CASE NO. C06-01839-CRB                                                                    3
pa-1222707

# EXHIBIT A

# Kramer, Karl J.

**From:** DeBruine, Sean [sdebruine@akingump.com]
**Sent:** Wednesday, January 23, 2008 6:10 PM
**To:** Kramer, Karl J.
**Subject:** Synaptics' MSJs

Karl

I called earlier to see if Synaptics would consent to a modification of the briefing/hearing schedule for its motions. Ealntech will need additional time to fully respond. I would suggest two weeks but that would make our oppositions due the same day as the CMC and hearing. Let me know if three weeks is acceptable or give me a call tomorrow before 1:30 to discuss.

Thanks

Sean

_____

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT B

**Kramer, Karl J.**

| | |
|---|---|
| From: | Kramer, Karl J. |
| Sent: | Thursday, January 24, 2008 10:19 AM |
| To: | 'sdebruine@akingump.com' |
| Cc: | Yawger, Erika L. |
| Subject: | Re: Synaptics' MSJs |

Sean,

Synaptics will agree to a one week extension (moving the hearing to February 22). Anything more than that will require an agreement to move the CMC and motions hearing on February 1 by an equal amount.

Karl
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: DeBruine, Sean <sdebruine@akingump.com>
To: Kramer, Karl J.
Sent: Wed Jan 23 18:09:30 2008
Subject: Synaptics' MSJs

Karl

I called earlier to see if Synaptics would consent to a modification of the briefing/hearing schedule for its motions. Ealntech will need additional time to fully respond. I would suggest two weeks but that would make our oppositions due the same day as the CMC and hearing. Let me know if three weeks is acceptable or give me a call tomorrow before 1:30 to discuss.

Thanks

Sean

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1

# EXHIBIT C

### Kramer, Karl J.

**From:** DeBruine, Sean [sdebruine@akingump.com]
**Sent:** Monday, December 17, 2007 2:24 PM
**To:** Kramer, Karl J.; Hu, Yitai
**Cc:** Yawger, Erika L.
**Subject:** RE: Schedule

Karl,

We have no problem rescheduling the hearing for February 1. We did not intend to make the opposition date coincide with your absence.

Sean

---

**From:** Kramer, Karl J. [mailto:KKramer@mofo.com]
**Sent:** Monday, December 17, 2007 1:50 PM
**To:** DeBruine, Sean; Hu, Yitai
**Cc:** Yawger, Erika L.
**Subject:** Schedule

Sean/Yitai,

As I mentioned to Sean several weeks ago in connection with the scheduling of Elantech's summary judgment motion, both Erika and I have prepaid vacations out of the country and will be out of the office beginning December 21, 2007. I will be returning to the office on January 7 and Erika will be back on the 11th. We were surprised, therefore, that Elantech would schedule a motion that would make our opposition due on December 28, while we are both out of the office. Given that this is the only vacation that I have had all year and this is Erika's honeymoon, I would appreciate the courtesy of rescheduling the motion by two weeks. Our opposition would be due on January 11 under this proposed schedule, which would give me several days to work on the opposition after returning to the office. (Of course, we would not rely upon Elantech's agreement to move the date for any purpose in opposing the motion).

I left a message for Sean on Friday on this issue, but have not heard back. If Elantech refuses to move the schedule, we are prepared to file today a motion to change the hearing date. Please respond promptly if you can so that we can avoid bothering Judge Breyer on this issue.

Karl

===================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
===========================================================================

---
IRS Circular 230 Notice Requirement: This communication is not given in the form of

The information contained in this e-mail message is intended only for the personal a