United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELANTECH DEVICES CORPORATION,

    Plaintiff,

  v.

SYNAPTICS, INC.,

    Defendant.
                                         /

No. C 06-01839 CRB

**ORDER RE: ELANTECH'S MOTIONS**

      Now pending before the Court is Elantech's motion for partial summary judgment and Elantech's motion for a preliminary injunction. In reviewing its chamber's files and the electronic docket, the Court has been unable to locate Elantech's memorandum in support of summary judgment. While the docket reflects Elantech's notice of manual filing of such document, the docket does not reflect that the document was ever filed and the Court does not have a copy. In addition, Elantech failed to electronically file a redacted version of its memorandum in support of summary judgment. The parties must electronically file redacted versions of all documents filed under seal.

      In its motions for summary judgment and for preliminary injunction Elantech admits that it has not yet moved to amend its Final Infringement Contentions to include all of the products implementing Type II code. Elantech shall file such motion on or before February 1, 2008. Prior to filing, the parties shall meet and confer in good faith in an attempt to

1 stipulate to the amendments.  If the parties cannot agree, and Synaptics insists on opposing
2 the motion, the motion to amend shall be heard on March 7, 2008.
3     In light of above, Elantech's motions for partial summary judgment and preliminary
4 injunction shall also be heard on March 7, 2008, together with Synaptics' motion for
5 summary judgment.
6     **IT IS SO ORDERED.**

7 Dated: January 28, 2008



8 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderreElantech'smotion2.wpd