1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5
   Attorneys for Defendant and Counterclaimant
6  SYNAPTICS, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                   **DECLARATION OF ANDREW
                                              WOLFE PH.D. IN SUPPORT OF
14            Plaintiff and Counterdefendant, SYNAPTICS, INC.'S MOTIONS
                                              FOR SUMMARY JUDGMENT**
15
          v.                                  Date:  February 15, 2008
16                                            Time:  10:00 a.m.
    SYNAPTICS, INC., a Delaware corporation;  Courtroom 8, 19th Floor
17  AVERATEC, INC., a California corporation; Hon. Charles R. Breyer
    and PROSTAR COMPUTER, INC., a
18  California corporation,

19            Defendants and Counterclaimants.

20

21  AND RELATED COUNTERCLAIMS

22

23

24                  **PUBLIC VERSION**

25

26

27

28

1    I, Andrew Wolfe, hereby declare as follows:

2        1.    The statements made in this declaration are of my own personal knowledge, and

3    I could and would so testify if called as witness in this matter.

4    **I.    BACKGROUND AND QUALIFICATIONS.**

5        **A.    Education And Professional Experience.**

6        2.    I received a B.S.E.E. degree in Electrical Engineering and Computer Science

7    from The Johns Hopkins University in 1985, an M.S. degree in Electrical and Computer

8    Engineering from Carnegie Mellon University in 1987, and a Ph.D degree in Computer

9    Engineering from Carnegie Mellon University in 1992. I was a visiting Assistant Professor at

10   Carnegie Mellon University in 1992 and an Assistant Professor in the Electrical Engineering

11   Department of Princeton University from 1991 to 1997. From 1999 to 2002, I served as a

12   Consulting Professor at Stanford University, where I taught courses in computer architecture

13   and microprocessor design. Attached to this Declaration as Exhibit 1 is a true and correct copy

14   of my curriculum vitae.

15       3.    I have been an active participant in the development of touch sensor technologies

16   for over 20 years. From 1983 to 1985, I was a Senior Design Engineer at Touch Technology, Inc.

17   in Annapolis, Maryland. In 1986 and 1987, I was a contractor at Carroll Touch Division, AMP

18   Inc., in Round Rock, Texas, where I designed technologies for touch-screen systems. In 1989, I

19   founded and developed technologies for The Graphics Technology Company, Inc., which

20   developed touch-sensitive components and systems for PDA ("personal digital assistant") and

21   other interactive systems. I worked at The Graphics Technology Company, Inc. on touch-sensor

22   technology development from 1989 through 1995. From 1997 through 2002, I served in varying

23   capacities, including Director of Technology and Chief Technical Officer, for SONICblue, Inc., a

24   leading networked consumer electronics company. I also co-founded and served as Chief

25   Technical Officer for RGB Inc., where in 2003 I developed architectural specifications for

26   programmable video signal processors and other devices. Since 2002 I have also consulted for a

27   number of companies on a range of technology development, investment, and intellectual

28   property matters.

4.    I am a named inventor on numerous patents relating to electrical and computer engineering.  In particular, I am the named inventor on at least four patents relevant to touch-sensitive interfacing devices such as those at issue in this litigation.  My patents include:  U.S. Pat. Nos. 5,041,701 ("Edge Linearization Device for a Contact Input System"); 5,438,168 ("Touch Panel"); 5,736,688 ("Curvilinear Linearization Device for Touch Systems"); and 6,037,930 ("Multimodal Touch Sensitive Peripheral Device").

5.    I have an intimate knowledge of the state of touchpad technology development during the 1990's and can accurately reflect the state of that development from my own work experience.  I have specific experience in the design of touch-sensor systems.  I have supervised other engineers in the development of touch-sensor systems.  I have studied and am familiar with the circuit and software design concepts utilized in the inventions claimed in U.S. Patent 6,380,931 ("the '931 Patent"), Nos. 5,543,591 ("the '591 Patent"), 5,880,411 ("the '411 Patent"), and 5,943,052 ("the '052 Patent"), true and correct copies of which are attached as Exhibits 2-5 to this Declaration, respectively.  These are the patents that Synaptics, Inc. ("Synaptics") is asserting against Elantech Devices Corporation ("Elantech").  Collectively, I may refer to these as the "Synaptics Patents."

6.    With a broad knowledge of touchpad technology, with a solid grounding in pertinent circuit and software design, with a historical perspective based on active personal participation, and with experience with the patent process, I believe that I am qualified to provide an accurate assessment of the technical issues in this case.

**B.    Summary of Task.**

7.    I was asked to review materials and provide technical teaching and opinions regarding the patents that the parties are asserting in this case.  In this Declaration, I present an explanation of the historical and technical background for the technology at issue in this case, including an explanation of the state of the relevant art in 1994-96 (the time that the original patent applications leading to the patents-in-suit were first filed).  I was also asked to review Elantech's accused products, namely those using the KTP3 and KTP5 software, to determine whether these products satisfy the limitations of the claims asserted in these motions.  I

1    understand that the KTP3 and KTP5 code have been produced as exemplary of the functions of

2    Elantech's devices.  True and correct copies of the code are attached as Exhibits 7 and 8,

3    respectively.  I have also used a Prostar M550G notebook computer with an Elantech touchpad

4    (with markings that indicate that it is version 5) to confirm the functions that are described in the

5    Elantech documentation.  Included in this Declaration is an explanation of how and why the

6    accused products satisfy all of the limitations of the asserted claims.

7    **II.    EXPERT OPINIONS**

8        8.      The patents at issue in this case are directed to the use of touch-sensor devices to

9    interpret and convey information relating to gestures performed on touch-sensor devices.  In this

10   Declaration, I will address whether Elantech's products meet the limitations of claims 1, 5, and 6

11   of the '931 Patent, claims 6 and 9 of the '591 Patent, claims 14 and 18 of the '052 Patent, and

12   claims 46 and 52 of the '411 Patent.  In preparation of this Declaration, I have reviewed the

13   relevant patents and prosecution histories, the Court's April 6, 2007 claim construction order, the

14   accused products, the KTP3 and KTP5 code, a computer employing an Elantech touchpad, and

15   Elantech's user's manuals, product specifications, website descriptions, and marketing materials.

16   My understanding is that Elantech counsel produced the KTP3 and KTP5 code as exemplary of

17   the operation of Elantech's devices.

18       9.      In determining whether every limitation of the asserted claims is present in the

19   accused products, I understand that I am to compare the claims, as construed in the district court's

20   April 6, 2007 claim construction order, to Elantech's accused products.  I also understand that I

21   should not consider Synaptics' own commercial embodiments of the patented methods.

22       10.     Beginning in 1983, personal computers began to use graphically-oriented

23   application interfaces instead of text-based interfaces.  These graphically-oriented applications

24   were typically intended to use a mouse, trackball controller, or joystick to select programs to run,

25   choose options from menus, and otherwise interact with the computer.  By the mid 1990s, small,

26   portable notebook computers had become powerful enough to run these graphical applications.

27   The earliest of these computers contained a trackball controller; however, an easy to use trackball

28   controller increased the thickness of the computer.  Furthermore, these mechanical devices with

1    moving parts often had reliability issues. The trackball was typically operated with the thumb,

2    leaving the index and middle finger free to click or hold buttons placed near the trackball.

3        11.    The desire for thin, light computers with fewer moving parts led to the integration

4    of small touchpad sensors into notebook computers. These small sensors could track finger

5    motion and move the cursor in the same manner as a trackball or mouse. Unfortunately, many

6    users found it difficult to click and especially to hold a separate button down while also moving a

7    finger on the touch sensor. Users preferred to use the index or middle fingers to touch the sensor

8    and thus could not click or hold separate buttons at the same time.

9        12.    In response, Synaptics developed a new touch sensor that recognized specific

10    finger motions or combinations of motions as "gestures" and sent appropriate information to the

11    computer (or other host device) in response to each gesture to simulate corresponding "button"

12    actions. For example, the "tap," "double tap," and "drag" gestures simulate clicking, double

13    clicking, and holding down a traditional mouse button. Synaptics' technology also permitted

14    users to tap in particular zones on the touchpad, for example a corner, to perform particular

15    functions, to use movement along the side or bottom of the touchpad to perform scrolling

16    functions, or to continue moving folders or icons on the screen when the user's finger reached the

17    edge of the touchpad. These touchpad gestures proved easier for users to perform than

18    manipulating physical buttons, providing a distinct advantage over prior devices. Synaptics

19    sought and secured several United States patents, including the '931, '591, '411, and '052

20    Patents, to protect its groundbreaking innovations. The '931, '411, and '591 Patents are part of a

21    line of applications, continuations, continuations-in-part, and divisional applications dating back

22    to 1992. *See* Exhibits 2-4 ("Related U.S. Application Data"). The '052 Patent has a separate

23    prosecution history. *See* Exhibit 5.

24        **A.**    **Elantech's Accused Products**

25        13.    Elantech has disclosed two versions of the embedded software (or firmware) that

26    provides the functionality in the Elantech touchpad devices. These firmware versions are marked

27    as KTP3 and KTP5, and thus I will refer to them as the KTP3 code and KTP5 code respectively.

28    In general, devices using the KTP3 code and the KTP5 code perform the same operations, but in

1  some cases, there are small differences in the way that these operations are performed or the

2  structure of the code that performs the operations. I will therefore provide descriptions of the

3  operation of both devices and cite to the relevant code in each version where necessary.

4      14.    The KTP3 and KTP5 code are written in a form called assembly language that

5  directly corresponds to the detailed operations to be performed by the microprocessor. The

6  specifics of Elantech's assembly language appear to be proprietary. It is my understanding that

7  documentation of this proprietary format (such as a programming manual) has been formally

8  requested and yet has not been produced. Observation and analysis of Elantech's code shows that

9  the assembly language is essentially similar to that used by many microprocessors throughout the

10 industry. I have more than 30 years of experience in programming in assembly language and

11 designing assembly languages. Based on my experience, I believe that I can understand the

12 Elantech code and render an informed opinion as to the function and structure of the accused

13 products. If, however, Elantech is able to produce documentation regarding their assembly

14 language format or equivalent testimony, I would reserve the right to modify my opinions to

15 incorporate that new evidence.

16     15.    Elantech's touchpads are designed to perform a variety of gesture detection and

17 signaling operations.  Attached as Exhibit 6 hereto is a true and correct copy of a brochure from

18 Elantech. As described in the Elantech brochure, the Elantech touchpads are designed to detect

19 "Tapping," "Double Tapping," "Drag," "Corner Tap," "Edge" motion, and "Scrolling" gestures.

20 These are the infringing features at issue in the pending motions for summary judgment.

21

22 **B.    Overview of the Tapping Function Claims ('931 Patent, claim 1; '591 Patent, claims 6 and 9)**

23     16.    Claim 1 of the '931 Patent and claims 6 and 9 of the '591 Patent ("tapping

24 claims") are all directed at tap-related functions. A tap gesture, which may be presented to the

25 computer as a click of the mouse, is a quick tap of the finger on the touchpad. The tapping claims

26 distinguish between different types of tap gestures, thereby allowing the touchpad to provide the

27

28

1   full range of mouse functions. All three begin by detecting an initial finger touch[1] and compare

2   this touch against a predetermined time limit for a tap. Claim 1 of the '931 Patent also compares

3   the touch measurements during that time against a predetermined motion limit for a tap, which

4   helps to distinguish tapping from moving the cursor around. In claim 1, if the touch is less than

5   the time and motion limits for a tap, the basic tap signal is sent to the computer. *See* Exhibit 2,

6   '931 Patent, at 35:50-57. Provided the touchpad does not sense a second touch within a

7   designated time period, this basic tap signal continues for a set amount of time and then is

8   terminated. Claim 1 of the '931 Patent claims this single tap, which may be used to simulate a

9   single click of the mouse. *See* Exhibit 2, '931 Patent, at 34:31-34.

10      17.    If the touchpad does sense a second touch within a predetermined time period, the

11   touchpad then determines whether the length of this second touch is less than the time limit for a

12   tap. If so, the touchpad terminates the basic (single) tap signal and initiates a second tap signal to

13   form a double-tap signal. *See* Exhibit 3, '591 Patent, at 34:12-22. This double tap may be used to

14   simulate a double click of the mouse, *see* Exhibit 3, '591 Patent, at 31:39-40, and is claimed by

15   claim 6 of the '591 Patent.

16      18.    Finally, if a second touch occurs within the predetermined time period but is

17   longer than the time limit for a tap, a signal providing constantly updated information about the

18   position of the finger continues for the length of this second touch. *See* Exhibit 3, '591 Patent, at

19   33:31-36. This results in a drag gesture, which is similar in function to holding down the button

20   on the mouse to drag text or an icon across the screen. *See* Exhibit 3, '591 Patent, at 32:65 –

21   33:6. The drag gesture is claimed by claim 9 of the '591 Patent.

22

23

24

25

---

26      [1]     The claims are broad enough to recognize the presence of other objects on the

27   touchpad. However, for clarity purposes, I will assume that this object is a finger since
    Elantech's products recognize finger touches.

28

C.    **The Single Tap Gesture—Claim 1 of the '931 Patent**

19.    Claim 1 of the '931 Patent provides:

> A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including:
>
> detecting a presence of a conductive object on the touch-sensor pad;
>
> comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;
>
> comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;
>
> initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion; and
>
> maintaining said signal for a predetermined period of time.

Exhibit 2, '931 Patent, at 52:60 –53:12.

20.    It is my opinion that Elantech's touchpads perform the steps of claim 1 of the '931 patent when a user taps on the pad in a computer.  The following paragraphs detail my opinion on a limitation-by-limitation basis.

21.    The preamble of Claim 1 of the '931 Patent specifically claims "[a] method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host."  Exhibit 2, '931 Patent, at 52:60-62.

22.    Elantech's touchpads are touch-sensor pads.  *See, e.g.,* Exhibit 9, Elantech KTP3 Touchpad User's Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932 ("ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.").

23.    Elantech's touchpads provide information about the horizontal and vertical positioning (X and Y) of an object on the touch sensor to a host, such as a computer.  *See, e.g.,* Exhibit 10, Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 2005-05-13, at SYN 00004833-4834 ("Touchpad can sends

1  [sic] the information, including X-Y position information, angle information and button state to

2  host through UART interface. . . . Touchpad can send the information, including X-Y position

3  information, angle information and button state to host through SPI interface.").

4      24.    Elantech's touchpads recognize a tap gesture. *See, e.g.,* Exhibit 11, Elantech

5  KTP3 Touchpad User's Manual Preliminary, dated 2003-09-17 (P/N: 700309-1701), at SYN

6  00092506 ("Tapping function is default enabled . . .").

7      **1.**    **"detecting a presence of a conductive object on the touch-sensor pad"**

8      25.    The first limitation of claim 1 of the '931 Patent requires that the method detect the

9  presence of a conductive object, such as a finger, on the touchpad.

10     26.    From my review of Elantech's KTP3 and KTP5 code, I know that the Elantech

11 touchpads are specifically designed to detect the presence of a conductive object on a touchpad.

12 Elantech's own materials make clear that its touchpad "can detect the position of a finger over a

13 touch-sensitive area." *See* Exhibit 9, Elantech KTP3 Touchpad User's Manual, dated 2004-01-09

14 (P/N: 700309-1701), at SYN 00004932; Exhibit 12, Brief Summary of Capacitive TouchPad," at

15 http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998 ("When finger touch

16 the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the

17 controller IC on the TouchPad will detect such change and calculate the change into

18 coordinate."); Exhibit 13, at SYN 00004985 ("Sensitivity" categories relate to presence of a

19 conductive object on the touch-sensor pad); Exhibit 6 hereto.

20     **2.**    **"comparing the amount of time said conductive object is present on**

21     **said touch pad with a reference amount of time"**

22     27.    Under the second limitation of claim 1, the length of the touch is compared

23 against a reference amount of time. (This helps to distinguish a "tap" gesture from finger

24 movement intended to simply move the cursor.) *See* Exhibit 2, '931 Patent, at 34:42-46.

25     28.    Elantech's TouchPad software recognizes a tap gesture only if the finger is on the

26 touchpad for less than a reference amount of time but will not recognize a tap gesture if the finger

27 is on the touchpad for more than that amount of time. Thus, it compares the amount of time the

28 finger is on the touchpad with a reference amount of time.

29.    The KTP3 Code establishes a reference amount of time and compares the time the finger is on the touchpad with this reference amount of time. Exhibit 7, KTP3 Code line 271 (page 16 of 244) creates the value ███████████ which stores the reference amount of time, measured in ██ millisecond units.  Exhibit 7, line 1558 (page 62 of 244) defines the value ███████ as the default reference amount of time at ██ milliseconds, i.e. ██ units of ██ milliseconds.  Exhibit 7, lines 1578-79 (page 63 of 244) copy the default value of ██ units to ███████. Exhibit 7, lines 473-489 (page 121 of 244) compare the amount of time that the finger is on the pad (called ███████ and also measured in units of ██ ms) with the reference amount of time ███████.

30.    The KTP5 code that establishes a reference amount of time and compares the time the finger is on the touchpad with this reference amount of time is somewhat intertwined with the code that detects motion.  *See* KTP5 (Exhibit 8) code lines 1574-1592 (pages 148-149 of 273),1615-1648 (page 149-150 of 273), and 1760-1860 (pages 152-154 of 273) measure the amount of time that the pad is touched when there is a possible tap gesture in progress.  They do so by increasing the ███████ each ██ ms sample period unless a motion limit has been exceeded.  KTP5 code (Exhibit 8) lines 1653-1656 (page 150 of 273) compare this elapsed time against a reference amount (*i.e.* ██ units of time) and if this threshold is exceeded set the ███████ to indicate no tap.  KTP5 Code (Exhibit 8) lines 734-735 (page 131 of 273) evaluate the ███████ to determine that there is no tap.  In my opinion there is literal infringement of this element by the KTP5 code because a reference value reflecting an amount of time is compared with the time count for the presence of the finger.

31.    In as much as there are small differences between the implementation of this element in the KTP5 code from the KTP3 code, it is my opinion that these are insubstantially different from what is recited in claim 1.  Moreover, the KTP5 code performs the same function as the claimed element; it compares the amount of time that the touchpad is touched with a reference value.  It does so in the same way, by accumulating a count of the elapsed time and comparing that count to a fixed value, and it obtains the same result, a decision as to whether or

1  not the time threshold has been reached.  As such, it is my opinion that this element would also be

2  present under the Doctrine of Equivalents.

3        **3.        "comparing the amount of motion made by said conductive object**

4                    **while it is present on said touch pad with a reference amount of**

5                    **motion"**

6        32.    Claim 1's third limitation compares the amount of motion during the touch to a

7  predetermined amount of motion.  Once again, the goal is to distinguish between a tap and a

8  normal cursor motion gesture.

9        33.    Elantech's TouchPad software only recognizes a touch as a tap if the touch moves

10  less than a predetermined amount and will not recognize a tap gesture if the motion is more than

11  this amount.  Thus, it compares the amount of motion of the touch with reference amount of

12  motion.

13        34.    The KTP3 code (Exhibit 7) lines 505-531 (pages 163-164 of 244) compare the

14  amount of motion made by a finger  against a threshold ███████████████████████████

15  ███████████████ that indicate motion in excess of the reference amount.  KTP3 code (Exhibit 7)

16  lines 491-502 (pages 121-122 of 244) check the ██████████████████████████

17  ████████████████ to determine if there has been too much motion for a tap to be recognized.

18        35.    The KTP5 Code (Exhibit 8) lines 1504-1529 (page 107 of 273) also compare the

19  amount of motion made by a finger  against a threshold and ███████████████████████

20  ██████████████ that indicate motion in excess of the reference amount.  KTP5 Code (Exhibit 8)

21  lines 734-766 (pages 131-132 of 273) similarly test those flags to determine there has been too

22  much motion for a tap to be recognized.

23

24

25

26

27

28

4.    "initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion"

36.    Under claim 1, if the motion and time of the touch are less than the reference amounts, a signal is sent to the host (*e.g.*, computer) indicating that the touch is a tap gesture.

37.    The Court has construed the term "initiating a signal to the host indicating the occurrence of said tap gesture" as "initiating the transmission of a set of data to a computer, or other device that can take as input the output of a touch-sensor pad, that indicates that a tap gesture has occurred on the touch-pad." Exhibit 14, Claim Construction Order at 9.

38.    As shown above, in both versions of the Elantech code at issue, the presence on the touch sensor will be qualified to be a "tap" only if the noted reference amount of time and the noted reference amount of motion are not exceeded. If the presence on the touchpad has qualified as a "tap" gesture, both the KTP3 and KTP5 code versions will generate a signal (for example, Tap_B) indicating a tap gesture, which information is, in turn, communicated to the host. Exhibit 8, KTP5 Code lines 1033-1034 (page 137 of 273); Exhibit 7, KTP3 Code lines 760-761 (page 127 of 244). Elantech's TouchPad software makes clear that the touchpad transmits data to the computer indicating that a tap gesture has occurred. *See, e.g.*, Exhibit 7, KTP3 Code lines 799-808 (page 128 of 244) & 1076-1082 (pages 133-134 of 244); Exhibit 8, KTP5 Code lines 1021-1034 (page 137 of 273), 1072-1080 (page 138 of 273), 1299-1355 (pages 143-144 of 273) & 1963-1996 (pages 71-72 of 273). This is confirmed by Elantech's own materials, which show that the Elantech touchpad sends a set of data to the computer noting the occurrence of the tap gesture. For example, Elantech's own website has noted that its touchpad has a "Function" of "[No.] 1 Finger (Left Button)," and that "[i]t's same as the left button of mouse. And it could be setup as the functions as selected." *See* Exhibit 12, Brief Summary of Capacitive TouchPad," at http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004999. *See also* Exhibit 6 (Elantech states that "Tapping one time by one finger is to 'Choose' a file or section," which is

1   identical to a left mouse-button click function communicated to the host); Exhibit 13 at SYN

2   00004979 ("Left Button" function results from one-finger tap).

3          **5.     "maintaining said signal for a predetermined period of time"**

4          39.     Having initiated a signal to the computer indicating a tap gesture, the last

5   limitation of claim 1 requires that this signal be "maintain[ed]" for a set amount of time.

6          40.     The court construed this terms as meaning "to continue, retain, or repeat the signal

7   for a period of time that was determined before." Exhibit 14, Claim Construction Order at 9.

8          41.     Having recognized a tap gesture, Elantech's TouchPad software "continue[s],

9   retain[s], or repeat[s]" the transmission of data indicating a tap gesture for a predetermined period

10  of time so that the computer can recognize and process the signal. Specifically, the button down

11  signal indicating a tap gesture is maintained for ███ ms as indicated by ████████████. *See,*

12  *e.g.,* Exhibit 7, KTP3 Code line 1559 (page 62 of 244) where the default value of ███ ms is

13  established, lines 896-901 (page 130 of 244) where the button-down signal value is maintained

14  until the timer ████████████ is equal to ████████████, and lines 856-875 (page 129

15  of 244) where the signal is terminated; Exhibit 8, KTP5 Code line 370 (page 9 of 273) where

16  ████████████ is declared, line 50 (page 30 of 273) where the default value of ███ ms is

17  established, lines 1181-1196 (page 140-141 of 273) where the button-down signal value is

18  maintained until the timer ████████████ is equal to ████████████, and lines 1131-

19  1150 (pages 139-140 of 273) where the signal is terminated.

20         42.     I conclude that each and every limitation of claim 1 of the '931 Patent is met by

21  use of both the Elantech KTP3 and KTP5 code operating in Elantech's touchpad devices, literally

22  or under the Doctrine of Equivalents.

23         **D.     The Double Tap Gesture—Claim 6 of the '591 Patent**

24         43.     Claim 6 of the '591 Patent provides:

25             A method for recognizing a double tap gesture made on a touch-
               sensor pad in a touch-sensing system providing X and Y position
26             information to a host, including the steps of:

27             detecting a first presence of a conductive object on the touch-sensor
               pad;
28

1
2

comparing the duration of said first presence with a first reference amount of time:

initiating a first signal to the host indicating the occurrence of said gesture if the duration of said first presence is less than said first reference amount of time;

3
4
5

terminating said first signal if a second reference amount of time passes before a second presence is detected;

6
7

detecting a second presence of said conductive object on the touch-sensor pad;

comparing the duration of said second presence with a third reference amount of time;

8
9
10

terminating said first signal if the duration of said second presence is less than said third reference amount of time; and

sending a second signal to said host indicating said second gesture after the termination of said first signal.

11
12

44.     It is my opinion that a user of Elantech's touchpads performs the steps of claim 6

13     of the '591 Patent. The following paragraphs detail my opinion on a limitation-by-limitation

14     basis. The first three limitations of claim 6 of the '591 Patent reflect the basic tap gesture. The

15     subsequent limitations refer to a double-tapping gesture.

16     45.     The preamble of Claim 6 of the '591 Patent specifically claims "[a] method for

17     recognizing a double tap gesture made on a touch-sensor pad in a touch-sensing system providing

18     X and Y position information to a host."

19     46.     As discussed above in paragraphs 22-23, Elantech's touchpads are touch-sensor

20     pads and provide X and Y position information to the host (*i.e.*, computer).

21     47.     Elantech's touchpads also recognize a double tap gesture. Exhibit 6 ("Double

22     tapping by one finger can 'execute' or 'open' a file or root." *See also* Exhibit 7, KTP3 code lines

23     734 (page 126 of 244), 755-758 (page 127 of 244), 839-854 (page 129 of 244) and Exhibit 8,

24     KTP5 code lines 550 (page 127 of 273), 1007 (page 137 of 273), 1028-1031 (page 137 of 273),

25     and 1114-1129 (page 139 of 273).

26
27
28

1    **1.**    **"detecting a first presence of a conductive object on the touch-sensor**
2         **pad"**

3    48.    As discussed above in paragraph 26, Elantech's touchpads detect the presence of a
4    finger or other object.

5    **2.**    **"comparing the duration of said first presence with a first reference**
6         **amount of time"**

7    49.    As discussed above in paragraphs 28-31, Elantech's touchpads compare the length
8    of the touch against a reference amount of time to determine if it is a tap gesture.

9    **3.**    **"initiating a first signal to the host indicating the occurrence of said**
10        **gesture if the duration of said first presence is less than said first**
11        **reference amount of time"**

12   50.    As discussed above in paragraphs 36-38, Elantech's touchpads send data to the
13   computer indicating a tap gesture if the length of the touch is less than a reference amount of
14   time.

15   **4.**    **"terminating said first signal if a second reference amount of time**
16        **passes before a second presence is detected"**

17   51.    Claim 6 requires that the first signal—the tap gesture signal—be terminated if a
18   predetermined time period passes without a second touch occurring.

19   52.    In Elantech's TouchPad Software, if a second touch is not detected within a
20   predetermined period of time after the first tap gesture, referred to as ██████████ time
21   (██████████████), the software terminates the tap gesture signal resulting in a "button up"
22   condition and merely a single tap gesture.

23   53.    KTP3 Code (Exhibit 7) line 272 (page 16 of 244) provides the declaration of
24   ██████████████. Line 1559 (page 62 of 244) establishes the default second reference amount
25   at 200 ms. Lines 1581-1583 (page 63 of 244) assign that default time to ██████████████.
26   Lines 896-901 (page 130 of 244) compare the touch time (██████████████) with the
27   reference amount (██████████████) to determine if that much time has passed. Lines 865-875
28   (page 129 of 244) terminate the button press signal in response to the code at lines 896-901.

54.    KTP5 Code (Exhibit 8) line 370 (page 9 of 273) provides the declaration of ▮▮▮▮▮. Line 50 (page 30 of 273) establishes the default second reference amount at 200 ms. Lines 1181-1196 (pages 140-141 of 273) compare the touch time (▮▮▮▮) with the reference amount (▮▮▮▮) to determine if that much time has passed. Lines 1131-1150 (pages 139-140 of 273) terminate the button press signal in response to the code at lines 1181-1196.

### 5.    "detecting a second presence of said conductive object on the touch-sensor pad"

55.    As discussed above in paragraph 26, Elantech's touchpads detect the presence of a finger or other object. The second presence is detected in the same way as the first presence.

### 6.    "comparing the duration of said second presence with a third reference amount of time"

56.    As discussed above in paragraphs 28-31, Elantech's touchpads compare the length of the touch against a third reference amount of time to determine if it is a tap gesture. Note that this is similar to the patent specification where a single reference amount, ▮▮▮, is used for both tap detections. *See* Exhibit 3, '591 Patent at 32:42-48, 33:31-33, 34:12-15. This is how the disclosed embodiments in the patent distinguish between a double tap gesture and a drag (the so-called tap-and-a-half) gesture.

### 7.    "terminating said first signal if the duration of said second presence is less than said third reference amount of time"

57.    Claim 6 requires that the first signal—the single tap gesture signal—be terminated if a second touch is detected within a reference time period. This is how a double tap is signaled as opposed to a drag gesture. The signal is terminated in the same way as in paragraphs 53 and 54, but based on a different timing test.

58.    In the operation of the Elantech touchpads, if a second touch happens before the first tap signal ends and has a duration less than the third reference time period, then Elantech's code will terminate the first button down signal—i.e., the single tap signal—and replace it with a second button down signal—i.e., the double tap signal. This detection is as described in

paragraph 56. In the KTP3 code (Exhibit 7) lines 748-758 (page 127 of 244) distinguish the second tap from the first. Lines 845-875 (page 129 of 244) terminate the first signal and send the second signal. In the KTP5 code (Exhibit 8) lines 1021-1034 (page 137 of 273) distinguish the second tap from the first. Lines 1113-1129 (page 139 of 273) terminate the first signal and send the second signal.

> ### 8.    "sending a second signal to said host indicating said second gesture after the termination of said first signal"

59.    Claim 6 requires that the first signal (single tap) be replaced by a second signal (double tap).

60.    Paragraph 58 explains how a second signal is generated following the termination of the first. The timing of the second tap is set by ███████████████████ and ███████████████. *See, e.g.*, Exhibit 7, KTP3 code lines 845-75 (page 129 of 244) and Exhibit 8, KTP5 code lines 1113-1129 (page 139 of 273).

61.    I conclude that each and every limitation of claim 6 of the '591 Patent is met by use of both the Elantech KTP3 and KTP5 code operating in Elantech's touchpad devices, literally or under the Doctrine of Equivalents.

### E.    The Drag Gesture—Claim 9 of '591 Patent

62.    Claim 9 of the '591 Patent provides:

> A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:
>
> detecting a first presence of a conductive object on the touch-sensor pad;
>
> comparing the duration of said first presence with a first reference amount of time;
>
> initiating a drag gesture signal to the host indicating the occurrence of a gesture if the duration of said first presence is less than said first reference amount of time;
>
> detecting a second presence of said conductive object on the touch-sensor pad;
>
> comparing the duration between said first presence and second presence with a second reference amount of time;

1

2

maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time.

3

4

5

63.    The preamble of Claim 9 of the '591 Patent specifically claims "[a] method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host."

6

7

64.    As discussed above in paragraphs 22-23, Elantech's touchpads are touch-sensor pads and provide X and Y position information to the host (i.e., computer).

8

9

10

11

12

13

14

15

16

65.    Elantech's touchpads are also capable of recognizing a drag gesture, sometimes called a tap-and-a-half gesture. *See* Exhibit 9, Elantech KTP3 Touchpad User's Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945-4946 ("'Tap and Drag Lock', this option defines the duration for 'dragging' activities. The 'dragging' activity is just released after 'defined time delay' when 'Release after time delay' is selected. The 'dragging' activity is also can be released after tapping on the touchpad when 'Tap to release' is selected."); Exhibit 6 ("Drag lock function is enabled once user tapped touch-pad with one and half tapping, and moved the object on active section."). *See also* Exhibit 7, KTP3 lines 522-537 (page 122 of 244) and Exhibit 8, KTP5 lines 768-783 (page 132 of 273).

17

18

**1.    "detecting a first presence of a conductive object on the touch-sensor pad"**

19

20

66.    As discussed above in paragraph 26, Elantech's touchpads detect the presence of a finger or other object.

21

22

**2.    "comparing the duration of said first presence with a first reference amount of time"**

23

24

67.    As discussed above in paragraphs 28-31, Elantech's touchpads compare the length of the touch against a reference amount of time to determine if it is a tap gesture.

25

26

27

28

1                  **3.**      **"initiating a drag gesture signal to the host indicating the occurrence**

2                              **of a gesture if the duration of said first presence is less than said first**

3                              **reference amount of time"**

4        68.     As discussed above in paragraphs 36-38, Elantech's touchpads send data to the

5    computer indicating a tap gesture if the length of the touch is less than a certain amount of time.

6    A tap initiation signal, *i.e.* a "button-down" signal, followed by motion signals is the drag gesture

7    signal.  This is exactly how the '591 Patent refers to these signals.  In the '591 Patent, a tap

8    gesture signal sent to the host is the signal that is "initiated" to commence the "drag gesture."

9    *See, e.g.*, Exhibit 3, '591 Patent, at 32:65 – 33:3 ("In the basic drag gesture, the user taps once,

10   quickly brings the finger back in contact with the pad, then moves the finger in a desired direction

11   in the XY plane of the pad.  The simulated mouse button is depressed at the beginning of the drag

12   gesture and is released only when the finger is again lifted from the pad."); and 33:31-33 ("As

13   shown in FIG. 15b, the drag gesture begins with a tap as described above, of duration 't4' which

14   is less than TapTime.").

15       69.     Elantech's drag function is shown for example in the "Tap and Drag Lock"

16   feature. *See, e.g.*, Exhibit 9, Elantech KTP3 Touchpad User's Manual, dated 2004-01-09 (P/N:

17   700309-1701), at SYN 00004945-46.  Since a tap is thus a necessary part of Elantech's drag

18   gesture, the initiation of a tap gesture signal constitutes the initiation of a drag gesture signal for

19   purposes of claim 9.

20                  **4.**      **"detecting a second presence of said conductive object on the touch-**

21                              **sensor pad"**

22       70.     As discussed above in paragraph 26, Elantech's touchpads detect the presence of a

23   finger or other object.

24                  **5.**      **"comparing the duration between said first presence and second**

25                              **presence with a second reference amount of time"**

26       71.     Claim 9 requires that the time between the two touches be compared against a

27   predetermined amount of time.

28

1    72.    Elantech's TouchPad software will continue the "button down" command if it

2    detects a second touch before the ███████ time. Thus, the software compares the length of

3    time between the first and second touch against a reference amount of time (███████████).

4    *See, e.g.*, Exhibit 7, KTP3 Code line 272 (page 16 of 244) provides the declaration of

5    bk0TapSpeedUp. Line 1559 (page 62 of 244) establishes the default second reference amount

6    at ██ ms. Lines 1581-1583 (page 63 of 244) assign that default time to ████████████.

7    Lines 884-901 (page 130 of 244) compare the touch time (██████████) with the

8    reference amount (███████████) to determine if that much time has passed. Lines 531-536

9    (page 122 of 244) begin the drag gesture. KTP5 Code (Exhibit 8) line 370 (page 9 of 273)

10   provides the declaration of ███████████. Line 50 (page 30 of 273) establishes the default

11   second reference amount at ██ ms. Lines 1152-1196 (pages 140-141 of 273) compare the touch

12   time (████████████) with the reference amount (███████████) to determine if that

13   much time has passed. Lines 768-783 (page 132 of 273) begin the drag gesture.

14       **6.    "maintaining said drag gesture signal and repeatedly sending X and Y**

15           **position information to said host for the duration of said second**

16           **presence if the amount of time between said first presence and second**

17           **presence is less than said second reference amount of time"**

18   73.    Under claim 9, if the length of time between the first touch and the second touch is

19   less than the reference amount, the drag gesture signal is maintained for the entire second touch

20   and information about the horizontal and vertical positioning (X and Y position) of an object is

21   repeatedly sent to the host computer so that the movement of the cursor can track the movement

22   of the drag gesture on the touchpad.

23   74.    In Elantech's TouchPad software, if the second touch occurs before the

24   predetermined time—before the ███████ counter ends—the "button down" signal continues

25   for the length of the second touch, resulting in a drag gesture. *See* paragraph 72. The signal

26   continues until after the touch is removed. *See* Exhibit 7, KPT3 code lines 728-731 (page 126 of

27   244) and 865-875 (page 129 if 244) and Exhibit 8, KTP5 code lines 1001-1003 (page 137 of 273)

28   and 1141-1150 (pages 139-140 of 273).

75.     In this drag state, Elantech's touchpad repeatedly sends X and Y position information to the host so as to effectuate the drag. *See, e.g.*, Exhibit 7, KTP3 code lines 912-1618 (pages 130-144 of 244) and Exhibit 8, KTP5 code lines 1342-2152 (pages 144-160 of 273).

76.     I conclude that each and every limitation of claim 9 of the '591 Patent is met by use of both the Elantech KTP3 and KTP5 code operating in Elantech's touchpad devices, literally or under the Doctrine of Equivalents.

## F.    Overview of the Zone Function Claims

77.     Claims 5 and 6 of the '931 Patent, claims 14 and 18 of the '052 Patent, and claims 46 and 52 of the '411 Patent all recite the performance of specific functions based on where on the touchpad a gesture occurs. All of the asserted claims begin with the basic step of sensing the presence of a touch on the touchpad.

78.     If that touch is shorter than a predetermined reference time, it will be read as a tap, rather than normal cursor motion. The touchpad is also capable of determining whether the tap occurred in a designated corner. If so, the tap is interpreted by the computer as a specific, pre-assigned function, as claimed by claim 5 of the '931 Patent. *See* Exhibit 2, '931 Patent, at 40:15-30. For example, the corner could be designated as simulating the right mouse button, as claimed by claim 6 of the '931 Patent.

79.     On the other hand, if the initial touch lasts longer than the predetermined reference time, then the touch is recognized as the gesture for basic cursor movement, rather than a tap. If the gesture is not within a designated zone of the touchpad, normal cursor motion results. Exhibit 4, '411 Patent, at 27:23-25.

80.     However, if the gesture is within a part of the touchpad designated as the "scrollzone," the touchpad signals the computer to scroll the display. Exhibit 5, '052 Patent, at 1:52-60. This is what is claimed by claim 14 of the '052 Patent. Claim 18 further provides that scrolling messages will not result even if there is motion within the scroll zone if this motion is moving away from the scroll zone.

81.     If the touch is on the edge zone of the touchpad, the "edge motion" feature is activated. Moving long distances on a computer screen traditionally required multiple strokes of

1   the finger ("rowing") due to the limited size of mouse pads and touchpads. Exhibit 4, '411

2   Patent, at 26:48-54, 26:58-60. In addition to being inconvenient, this presented practical

3   problems because, for example, lifting the finger to begin a second stroke would terminate the

4   drag feature. Exhibit 4, '411 Patent, at 26:55-60. The "edge motion" feature solves these

5   problems by continuing the movement of the cursor even after the finger has reached the end of

6   the touchpad.

7       82.     Under claim 46 of the '411 Patent, when a cursor motion gesture is not in the

8   designated edge zone of the touchpad, the cursor is moved according to a first (normal motion)

9   signal. Exhibit 4, '411 Patent, at 27: 43-48. However, if the gesture is in the designated edge

10  zone, then two signals are sent—the normal motion signal and a second "edge motion" signal.

11  This second signal incrementally moves the cursor on the display screen a predetermined distance

12  in a set direction relative to the edge of the touchpad where the touch is located. Exhibit 4, '411

13  Patent, at 28:16-35. That is, the cursor continues moving a set amount in the same direction it

14  was going even though the finger has reached the edge of the touchpad and stopped moving. The

15  fixed direction can be relative to a corner (i.e., diagonal), rather than just relative to an edge (i.e.,

16  only up, down, left, or right), *see* '411 Patent claim 52.

17      **G.     The Corner Zone—Claims 5 and 6 of the '931 Patent**

18      83.     Independent claim 5 of the '931 Patent provides:

19          A method for recognizing a tap gesture made on a touch-sensor pad
            in a touch sensing system providing X and Y position information
20          to a host, including:

21          detecting the occurrence of a tap gesture made by a tapping object
            on the touch-sensor pad;
22
23          detecting in which of at least one corner of the touch-sensor pad
            said tap gesture occurred; and

24          sending a signal to the host indicating the occurrence of said tap
            gesture and in which of at least one corner of said touch-sensor pad
25          said tap gesture occurred.

26      84.     The preamble of claim 5 of the '931 Patent claims "[a] method for recognizing a

27  tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position

28  information to a host."

1    85.    As discussed above in paragraphs 22-24, Elantech's touchpads are touch-sensor

2    pads, provide X and Y position information to the host (i.e., computer), and recognize tap

3    gestures.

4                    1.    **"detecting the occurrence of a tap gesture made by a tapping object on**

5                          **the touch-sensor pad"**

6    86.    As discussed above in paragraphs 24-35, Elantech's touchpads recognize the basic

7    tap gesture.

8                    2.    **"detecting in which of at least one corner of the touch-sensor pad said**

9                          **tap gesture occurred"**

10    87.    Under claim 5, the touchpad must be able to distinguish whether the tap gesture

11    occurred in a designated corner of the touchpad.  The Court ruled that: "The term 'detecting in

12    which of at least one corner of the touch-sensor pad said tap gesture occurred' means 'detecting

13    that a tap gesture has occurred in at least one corner, the identity of which is distinguished in

14    some way from other corners of the touch-sensor pad.'"  Exhibit 14, Court's Claim Construction

15    Order at 10.  The Court made clear that the steps of this claim require no specific order.  The

16    Court stated that, for example, that "there is nothing in the claim language to indicate that the two

17    detection steps could not occur simultaneously."  *Id.*

18    88.    Elantech's own manual describes its "Corner Tap Function" in detail, noting that

19    "[t]he simulated 'hot key' function will be activated when the user click on the one of four corner

20    locat[ion] at the touchpad" and that the "[u]ser can assign the 'hot key' function (such as 'Zoom

21    in, Zoom out, Scroll up, Scroll down . . . etc.) through this selected 'Corner Tap Function' which

22    is provided by KTP3 driver."  Exhibit 9, Elantech KTP3 Touchpad User's Manual, dated 2004-

23    01-09 (P/N: 700309-1701), at SYN4932; *see also* Exhibit 13 at SYN 00004982 ("Corner Tap

24    Function: Assigning Tapping Functions").  Thus, Elantech's touchpad is able to distinguish

25    whether the tap gesture occurred in a designated corner of the touchpad.  *See also* Exhibit 7,

26    KTP3 code lines 403-428 (page 120 of 244) and Exhibit 8, KTP5 code lines 569-596 (page 128

27    of 273).

28

1          **3.    "sending a signal to the host indicating the occurrence of said tap**

2                  **gesture and in which of at least one corner of said touch-sensor pad**

3                  **said tap gesture occurred"**

4      89.    After detecting that a tap gesture occurred in a designated corner of the touchpad,

5  claim 5 requires that the touchpad communicate this information to the computer.

6      90.    As construed by the Court, a signal is "the transmission of a set of data to a

7  computer." Exhibit 14, Claim Construction Order at 9.

8      91.    The "Corner Tap Function" described above, by which tapping in a specific corner

9  results in a specific function, would be impossible if the touchpad did not transmit data to the

10  computer indicating that a tap gesture occurred and the identity of the corner in which it occurred

11  "which is distinguished in some way from other corners of the touch-sensor pad."

12      92.    Elantech's TouchPad software confirms that this transmission of data does in fact

13  occur. *See* Exhibit 7, KTP3 Code, lines 166-167 (page 5 of 244), lines 218-230 (page 6 of 244),

14  lines 2089-2122 (pages 73-74 of 244), lines 1119-1129 (pages 134-135 of 244), lines 1352-1402

15  (pages 139-140 of 244); Exhibit 8, KTP5 Code lines 1963-1996 (pages 71-72 of 273), lines 1358-

16  1415 (pages 144-45 of 273), lines 1546-1561 (page 148 of 273), lines 1651-1736 (pages 150-152

17  of 273).

18      93.    I conclude that each and every limitation of claim 5 of the '931 Patent is met by

19  use of both the Elantech KTP3 and KTP5 code enabled by users to perform the corner tap

20  function in Elantech's touchpad devices, literally or under the Doctrine of Equivalents.

21          **4.    "wherein one of the corners of the touch-sensor pad simulates a right**

22                  **mouse button click" (claim 6)**

23      94.    Dependent claim 6 of the '931 Patent provides:

24          The method of claim 5, wherein one of the corners of the touch-
          sensor pad simulates a right mouse button click.
25

26      95.    Dependent claim 6 incorporates all of the limitations of claim 5 and further

27  requires that one of the corners of the touchpad simulate clicking on the right mouse button. The

28

1    right mouse button typically generates a menu sometimes called the "context menu" or "quick

2    menu" that provides a list of options depending upon the circumstances.

3        96.    Elantech instructs users to enable this function in the Elantech touchpads.

4    Elantech's manuals emphasize that "[a]ll functional keys can be assigned to individual 'corner

5    tap' as follows: [Context Menu]. . . ." Exhibit 9, Elantech KTP3 Touchpad User's Manual, dated

6    2004-01-09 (P/N: 700309-1701), at SYN 00004948. Elantech touchpad users are instructed on

7    how to use one of the corners of the touchpad to simulate a right mouse button click. *See* Exhibit

8    6 ("Corner Tap Function: Tap touchpad one of the four corners, which can execute respective

9    special setting functions. Example for quick menu. . . ."). The right button is selected for

10   example in the KTP3 code (Exhibit 7) at line 804 (page 128 of 244) and in the KTP5 code

11   (Exhibit 8) at line 1077 (page 138 of 273).

12       97.    I conclude that each and every limitation of claim 6 of the '931 Patent is met by

13   use of both the Elantech KTP3 and KTP5 code enabled by users to perform the corner tap

14   function in Elantech's touchpad devices, literally or under the Doctrine of Equivalents..

15       **H.    The Scroll Zone—claims 14 and 18 of the '052 Patent**

16       98.    Claim 14 of the '052 Patent provides:

17           A method of converting user-applied object motion on a cursor-
18           control device into graphical user interface window scrolling
             messages, said method comprising:

19           forwarding a plurality of data packets from a cursor-control input
20           device which includes a touchpad having a scrolling zone to a data
             packet processor, said data packets representing object motion
21           applied by a user to the input device;

22           generating a plurality of messages in response to the user-applied
             object motion;

23           forwarding said messages to an application controlling an active
24           window in said graphical user interface;

25           scrolling visual display data in response to said messages sent by
             packet processor.

26       99.    As discussed above in paragraphs 22-23, 26, and 34-35 Elantech's touchpads

27   detect user-applied object motion.

28

1    100.    Elantech's touchpads also generate scrolling messages. *See* Exhibit 15, Elantech

2    Product Specification, Model: 800406-16XX, dated 2005-01-27, at SYN 00004796 ("Elantech's

3    Touchpad also supports full Wheel Mouse functionality. This includes scrolling.").

4           **1.**    **"forwarding a plurality of data packets from a cursor-control input**

5                **device which includes a touchpad having a scrolling zone to a data**

6                **packet processor, said data packets representing object motion applied**

7                **by a user to the input device"**

8    101.    Elantech's touchpad has a scroll zone. *See, e.g.*, Exhibit 11, KTP3 Touchpad

9    User's Manual, Preliminary, dated 2003-09-17, at SYN 00092507 (noting that HELP message no.

10    36 states "Adjust scrolling area to setup scrolling range on touchpad.").

11    102.    Elantech's touchpad (a cursor-control input device which includes a touchpad

12    having a scrolling zone) sends motion data for processing to the device driver software on the

13    host computer (the data packet processor) where said data is in data packets that represent object

14    motion applied by a user to the input device. *See, e.g.*, Exhibit 7, KTP3 Code lines 115-124 (page

15    4 of 244) which describe the scrolling support in the touchpad device, line 269 (page 16 of 244)

16    which establishes the boundary of the scrolling zone, lines 318-335 (pages 17-18 of 244) which

17    are used to represent that the edge zones, including the scrolling zones, are being touched, lines

18    157-216 (pages 5-6 of 244) which describe the details of the format of the data packets used to

19    represent object motion, lines 1514-1617 (pages 142-144 of 244) which construct the data

20    packets, lines 430-439 (page 120 of 244) and lines 1337-1339 (page 139 of 244) which test for

21    the presence of a touch in the scroll zones and lines 1352-1402 (pages 139-140 of 244) which

22    forward the data packets; Exhibit 8, KTP5 Code line 367 (page 9 of 273) which establishes the

23    boundary of the scrolling zone, lines 470-488 (pages 11-12 of 273) which are used to represent

24    that the edge zones, including the scrolling zones, are being touched, lines 1871-1981 (pages 154-

25    157 of 273) which construct the data packets, lines 600-669 (pages 128-130 of 273) and lines

26    1596-1597 (page 149 of 273) which test for the presence of a touch in the scroll zones and lines

27    1651-1736 (pages 150-152 of 273) which forward the data packets.

28

1

2.    **"generating a plurality of messages in response to the user-applied object motion"**

103.    Elantech's device driver software on the host computer (the data packet processor) generates a plurality of messages in response to user-applied object motion (*i.e.*, a finger) and sends them to an application running on a computer that is controlling a window in the graphical user interface. All applications running under Windows or similar graphical user interfaces receive standardized messages from user input devices and their corresponding drivers in order to perform functions such as scrolling. These messages are standard Windows compatible messages that are routinely used by devices to "scroll" information that is being displayed. Elantech's touchpads necessarily generate and send such messages to be able to perform the scrolling function. This can be seen by simply touching the scrolling zone on the Elantech touchpad while viewing a long web page or text document. I have used this scrolling feature in the example notebook computer mentioned above that utilizes the Elantech touchpad and driver and it performs the claimed function in the manner I described.

3.    **"forwarding said messages to an application controlling an active window in said graphical user interface"**

104.    As explained in paragraph 103, Elantech's driver generates a plurality of messages in response to user-applied object motion (*i.e.*, a finger) and forwards these to an application running on a computer that is controlling a window in the graphical user interface.

4.    **"scrolling visual display data in response to said messages sent by packet processor"**

105.    Elantech's touchpad systems scroll the visual display. *See* Exhibit 15, Elantech Product Specification, Model: 800406-16XX, dated 2005-01-27, at SYN 00004796 ("Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling.").

5.    **Claim 18: "motion beginning within, but moving away from"**

106.    Dependent claim 18 incorporates the limitations of claim 14 and adds a fifth step. It provides:

1  The method of claim 14, wherein said generating step includes
2  assessing whether said stimuli represents a motion beginning
   within, but moving away from said scrolling zone.

3  107.    Because Elantech's TouchPad software does not generate a "scrolling" message in

4  response to motion that is beginning within, but moving away from, the scrolling zone, it

5  necessarily assesses whether the motion is beginning within but moving away from the scroll

6  zone. *See, e.g.*, Exhibit 7, KTP3 Code lines 261-439 (pages 117-120 of 244); Exhibit 8, KTP5

7  Code lines 386-669 (pages 124-130 of 273) which tests for motion that indicates that a finger has

8  moved out of the scrolling zone

9  108.    I conclude that each and every limitation of claims 14 and 18 of the '052 Patent is

10 met by use of both the Elantech KTP3 and KTP5 code in Elantech's touchpad devices, literally or

11 under the Doctrine of Equivalents.  In particular, I note that the scrolling zone function is enabled

12 by default in Elantech's devices.  Exhibit 16, SYN 00005077, Exhibit 13 at SYN 00004985,

13 Exhibit 17 at SYN 00005083 and Exhibit 11 at SYN 00092502 ("Vertical scrolling function is

14 enabled by default once driver is installed . . . .").

15 **I.    Edge Motion Zone—Claims 46 and 52 of the '411 Patent**

16 109.    Independent claim 46 of the '411 Patent provides:

17  A method for moving a cursor on a display screen in response to
18  motion of an object sensed on a sensing plane, including the steps
    of:

19  providing a sensing plane;

20  sensing the presence of an object on said sensing plane and
21  generating present-position signals representing the present position
    of said object on said sensing plane;

22  sensing whether said object has moved into an outer region
    proximate to an outer edge of said sensing plane;
23

24  generating first cursor motion signals for moving the cursor, said
    first cursor motion signals for causing said cursor to move in a
    direction on the display screen representing the difference between
25  a previous position of said object and said present position of said
    object reported by said present-position signals;
26

27  generating second cursor motion signals different from said first
    cursor motion signals for moving said cursor if said object has
    moved into said outer region of said sensing plane, said second
28  cursor motion signals for causing said cursor to incrementally move

DECLARATION OF ANDREW WOLFE PH.D. IN SUPPORT OF SYNAPTICS' MSJ                    27
CASE NO. C 06-01839 CRB
pa-1224819

1    on the display screen a selected distance in a fixed direction relative
2    towards said outer edge of said sensing plane to which said object is
     proximate; and

3    moving said cursor in accordance with said first cursor motion
     signals when said object is not in said outer region of said sensing
4    plane and moving said cursor in accordance with said first cursor
     motion signals combined with said second cursor motion signals
5    when said object has moved into said outer region of said sensing
     plane so long as said object remains in said outer region of said
6    sensing plane.

7    110.    The preamble of claim 46 of the '411 Patent specifically claims "[a] method for

8    moving a cursor on a display screen in response to motion of an object sensed on a sensing

9    plane."

10    111.    Elantech's touchpad system uses the motion of an object (i.e., a finger) on a

11    touchpad to move a cursor on a display screen. *See, e.g.*, Exhibit 15, Elantech Product

12    Specification, Model: 800406-16XX, dated 2005-01-27, at SYN 00004796 ("The user can moves

13    [sic] his finger over the sensor area to cause a cursor moving.").

14    **1.    "providing a sensing plane"**

15    112.    Elantech's touchpad is a sensing plane. *See, e.g.,* Exhibit 9, Elantech KTP3

16    Touchpad User's Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932

17    ("ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of

18    a finger over a touch-sensitive area.").

19    **2.    "sensing the presence of an object on said sensing plane and**

20    **generating present-position signals representing the present position of**

21    **said object on said sensing plane"**

22    113.    As discussed above in paragraph 26, Elantech's touchpads detect the presence of a

23    finger or other object.

24    114.    Elantech's touchpad also generates signals representing the present position of the

25    object (i.e., finger) on the touchpad. *See, e.g.,* Exhibit 10, Elantech, Product Specification, Model

26    810507-0703, Elantech Touchpad for Handheld device Application, dated 2005-05-13, at SYN

27    00004833-4834 ("Touchpad can send the information, including X-Y position information, angle

28    information and button state to host through UART interface. . . . Touchpad can send the

1  information, including X-Y position information, angle information and button state to host

2  through SPI interface.").

3        **3.    "sensing whether said object has moved into an outer region**

4              **proximate to an outer edge of said sensing plane"**

5        115.    Claim 46 requires that the touchpad system be able to detect whether the finger is

6  in the outer edge of the touchpad.

7        116.    Elantech's own description of its Virtual Edge™ feature notes that "cursor motion

8  continues when the finger stops at the edge of the touchpad." *See, e.g.*, Exhibit 11, Elantech

9  KTP3 Touchpad User's Manual, Preliminary, dated 2005-09-17, at SYN 00092486.  In order to

10 keep the cursor motion going, the touchpad must detect that the finger is at the outer edge of the

11 sensing plane.

12       117.    Elantech's TouchPad software confirms that it can detect whether an object is in

13 the outer region of the touchpad. *See, e.g.*, Exhibit 7, KTP3 Code lines 403-09 (page 120 of 244)

14 & 2063-2145 (pages 195-197 of 244); Exhibit 8, KTP5 Code lines 569-669 (pages 128-130 of

15 273) & 1167-1314 (pages185-188 of 273).

16       **4.    "generating first cursor motion signals for moving the cursor, said**

17              **first cursor motion signals for causing said cursor to move in a**

18              **direction on the display screen representing the difference between a**

19              **previous position of said object and said present position of said object**

20              **reported by said present-position signals"**

21       118.    Elantech's touchpads send data to the computer causing the cursor to move in a

22 direction relative to the movement of the finger on the touchpad. *See, e.g.,* Exhibit 12, Brief

23 Summary of Capacitive TouchPad," at http://www.elantech.com.tw/english/en_prod_touch.html,

24 SYN 00004998 ("When finger touch the TouchPad, it changes the capacitance of the TouchPad.

25 When the change occurs [sic], the controller IC on the TouchPad will detect such change and

26 calculate the change into coordinate."); Exhibit 10, Elantech Product Specification, Model

27 810507-0703, Elantech Touchpad for Handheld device Application, dated 2005-05-13, at SYN

28 0004826 ("The user can move his finger over the sensor area to cause a cursor moving.").

119. Elantech's TouchPad software confirms that such signals are generated. *See, e.g.*, Exhibit 7, KTP3 Code lines 1741-1985 (pages 189-193 of 244); Exhibit 8, KTP5 Code lines 776-1088 (pages 177-183 of 273).

     **5.** **"generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing said cursor to incrementally move on the display screen a selected distance in a fixed direction relative towards said outer edge of said sensing plane to which said object is proximate"**

120. Elantech's written materials note that its touchpad sends data to the computer when the finger is in the outer region which keeps the cursor moving even though the finger has stopped. For example, its materials note that "[i]f this 'Smart Edge' function is 'enabled,' the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift." Exhibit 11, Elantech KTP3 Touchpad User's Manual, Preliminary, dated 2003-09-17, at SYN 00092499.

121. Elantech's TouchPad software shows that this Smart Edge function operates by combining standard motion signals with an additional increment calculated to move the cursor toward the nearest outer edge of the touchpad. *See, e.g.*, Exhibit 7, KTP3 Code lines 1560 (page 62 of 244), lines 1590-91 (page 63 of 244); Exhibit 8, KTP5 Code lines 1580 (page 63 of 273), 1344-1357 (page 189 of 273).

122. The court construed the term "incrementally move" to mean "move in calculated increments." Elantech's Smart Edge function moves in calculated increments. *See for example* Exhibit 7, KTP3 code lines 2172-2187 (pages 197-198 of 244) ███████████████████ ████████████████████████████████████████████ to calculate the increment for the cursor motion and Exhibit 8, KTP5 code lines 1342-1364 (page 189 of 273) ██████████████ ███████████████████████████ ████████████████ to calculate the increment for the cursor motion. The claim only literally requires that the increment have been calculated at some time by someone or by something. In

1   this case, the ones-complement and addition operations in the Elantech KTP3 and KTP5 code are

2   certainly "calculations" used to create the "increment" by which the cursor will be moved.

3           **6.      "moving said cursor in accordance with said first cursor motion**

4                    **signals when said object is not in said outer region of said sensing**

5                    **plane and moving said cursor in accordance with said first cursor**

6                    **motion signals combined with said second cursor motion signals when**

7                    **said object has moved into said outer region of said sensing plane so**

8                    **long as said object remains in said outer region of said sensing plane"**

9           123.    Elantech's TouchPad software provides that when an object is not in the outer

10  region of the touchpad, the cursor moves in accordance with the normal first cursor motions

11  described above. *See, e.g.*, Exhibit 7, KTP3 Code lines 1741-1985 (pages 189-193 of 244) lines

12  2169-2272 (pages 197-199 of 244) and Exhibit 8, KTP5 Code lines 776-1088 (pages 177-183 of

13  273).

14          124.    By contrast, when an object is moved into and held in one position in the outer

15  region proximate to an edge of the sensing plane of the Elantech touchpad, the cursor will

16  continue to move incrementally in the direction toward the proximate outer edge. If the object is

17  then moved within the outer region proximate to the edge, the cursor motion will be a

18  combination of the incremental motion toward the proximate outer edge and the finger motion

19  itself. Thus, when the object has moved into said outer region of said sensing plane, the cursor is

20  moved in accordance with a combination of said first cursor motion signals and said second

21  cursor motion signals. *See, e.g.*, Exhibit 7, KTP3 Code lines 2147-2268 (pages 197-199 of 244);

22  Exhibit 8, KTP5 Code lines 1324-1449 (pages 188-191 of 273). I observed this myself when

23  using the example Elantech touchpad. If I placed my finger near the right edge of the Elantech

24  touchpad and did not move my finger, the cursor would move in a fixed direction toward the

25  right. If then I moved my finger up and down along the right edge, the cursor would continue to

26  move toward the right but would also move up and down.

27

28

1    125.    I conclude that each and every limitation of claims 46 of the '411 Patent is met by

2    use of the Virtual Edge or Smart Edges feature of the Elantech KTP3 and KTP5 code in

3    Elantech's touchpad devices, literally or under the Doctrine of Equivalents.

4        **8.    Claim 52: "wherein the step of generating second cursor motion**

5            **signals comprises generating second motion signals for causing said**

6            **cursor to move in a fixed direction relative to a corner between two**

7            **abutting outer edges of said sensing plane if said object is in said outer**

8            **region proximate to said corner"**

9    126.    Dependent Claim 52 of the '411 Patent incorporates the limitations of claim 46

10    and adds an additional limitation. It provides:

11        The method of claim 46 wherein the step of generating second
         cursor motion signals comprises generating second cursor motion
12        signals for causing said cursor to move in a fixed direction relative
         to a corner between two abutting outer edges of said sensing plane
13        if said object is in said outer region proximate to said corner.

14    127.    Dependent claim 52 specifically requires that the direction of the edge motion be

15    relative to a corner when the finger is in the corner. That is, dependent claim 52 requires that the

16    edge motion be capable of moving in diagonals in addition to left, right, up, and down.

17    128.    Elantech's TouchPad software shows that the Smart Edge feature moves in

18    directions relative to corners (i.e., diagonals) when the finger is in the corner of the touchpad.

19    *See, e.g.*, Exhibit 7, KTP3 Code lines 2063-2268 (pages 195-199 of 244); Exhibit 8, KTP5 Code

20    lines 1167-1449 (pages 185-191 of 273).

21    129.    I conclude that each and every limitation of claims 52 of the '411 Patent is met by

22    use of the Virtual Edge or Smart Edges feature of the Elantech KTP3 and KTP5 code in

23    Elantech's touchpad devices, literally or under the Doctrine of Equivalents.

24    130.    I understand that I may be called upon to respond to any new issues that Elantech

25    or the Court may raise. I anticipate that I might supplement or modify the opinions in this

26    Declaration in view of any such new information or other new information that might arise

27    between now and the time of the hearing on the summary judgment motions.

28

DECLARATION OF ANDREW WOLFE PH.D. IN SUPPORT OF SYNAPTICS' MSJ
CASE NO. C 06-01839 CRB
pa-1224819

32

1   I declare under penalty of perjury under the laws of the United States of America that, to the best

2   of my knowledge, the foregoing is true and correct. Executed on January 8, 2008, in Cupertino,

3   California.

4

5                                        Andrew Wolfe, Ph.D.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28