1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650-813-5600
4  Facsimile: 650-494-0792
   kkramer@mofo.com

6  Attorneys for Defendant and Counterplaintiff
   SYNAPTICS, INC.

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**CONFIDENTIAL DECLARATION OF KARL J. KRAMER IN SUPPORT OF SYNAPTICS, INC.'S OPPOSITION TO ELANTECH DEVICES CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**<br><br>Date: January 11, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

**PUBLIC VERSION**

1  I, Karl J. Kramer, hereby declare as follows:

2  1.  I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I make this declaration in support of Synaptics, Inc.'s Opposition to Elantech Devices Corp. ("Elantech")'s Motion For Partial Summary Judgment of Infringement. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

3  2.  On June 4, 2007, Elantech took the deposition of David Gillespie, Synaptics's senior engineer and person most knowledgeable concerning, among other topics, (1) the structure, features, functionality and operation of all versions of TM41 series touchpad devices designed, manufactured or sold by Synaptics, (2) all versions of firmware, or any other instructions, that control the operation of any TM41 series touchpad, including all listing files, and (3) all documents describing the structure or operation of any TM41 series touchpad. Attached hereto as Exhibit A is a true and correct copy of excerpts from the June 4, 2007 Deposition of David Gillespie.

4  3.  In Mr. Gillespie's deposition, he explained that the TM41 series notebook touchpad products contain Type 1 code, not Type 2 enabled code. Specifically, Mr. Gillespie explained that those products use the "centroid routines" and "compare the capacitances against a threshold [to] look[] for whether the capacitances that are above the threshold are adjacent to each other or not." (*See* Exhibit A, at 51:2 – 52:17; *see also* 54:25 – 59:16.)

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on December 7, 2007, in Palo Alto, California.

By:  s/Karl J. Kramer
     Karl J. Kramer