1   KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: (650) 813-5600
4   Facsimile: (650) 494-0792
    KKramer@mofo.com
5
    Attorneys for Defendant and Counterclaimant
6   SYNAPTICS, INC.

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                    **SYNAPTICS, INC.'S NOTICE OF
                                                MOTION AND MOTION FOR
14                    Plaintiff,                PARTIAL SUMMARY
                                                JUDGMENT THAT USE OF
15        v.                                    ELANTECH'S PRODUCTS
                                                MEETS THE ZONE CLAIMS OF
16                                              U.S. PATENT NOS. 6,380,931;
     SYNAPTICS, INC., a Delaware corporation;   5,943,052; AND 5,880,411;
17   AVERATEC, INC., a California corporation;  MEMORANDUM OF POINTS
     and PROSTAR COMPUTER, INC., a              AND AUTHORITIES IN
18   California corporation,                    SUPPORT THEREOF**

19                    Defendants.               Date:  February 15, 2008
                                                Time:  10:00 a.m.
20                                              Courtroom 8, 19th Floor
                                                Hon. Charles R. Breyer
21

22
     AND RELATED COUNTERCLAIMS
23

24

25

26                          **PUBLIC VERSION**

27

28

SYNAPTICS, INC.'S MSJ RE ZONE CLAIMS
CASE NO. C 06-01839 CRB
pa-1224859

# TABLE OF CONTENTS

**Page**

NOTICE OF MOTION ................................................................................................................ 1

STATEMENT OF REQUESTED RELIEF AND ISSUES TO BE DECIDED ............................ 1

SUMMARY OF THE ARGUMENT ........................................................................................... 1

MEMORANDUM OF POINTS AND AUTHORITIES .............................................................. 2

I.      INTRODUCTION ............................................................................................................ 2

II.     FACTUAL BACKGROUND ........................................................................................... 2

        A.      Synaptics' Patented Methods ............................................................................... 2

                1.      Background of the Asserted Patents ........................................................ 2

                2.      The Claims at Issue .................................................................................. 3

        B.      Elantech's Infringing Products ............................................................................ 5

        C.      The District Court's Claim Construction ............................................................ 6

III.    ARGUMENT .................................................................................................................... 8

        A.      Legal Standard ..................................................................................................... 8

        B.      Elantech's Products Satisfy All of the Limitations of the Corner Tap
                Method of Claims 5 and 6 of the '931 Patent ..................................................... 10

                1.      Elantech's Products Detect a Tap In a Specified Corner ......................... 10

                2.      Elantech's Touchpads Send Signals to the Computer Indicating that
                        a Tap Gesture Occurred and That It Occurred in a Specific Corner ........ 11

                3.      Elantech's Corner Tap Function Can Simulate the Right Mouse
                        Button as Required by Dependent Claim 6 of the '931 Patent ................ 12

        C.      Elantech's Products Satisfy All of the Limitations of the Scroll Zone
                Method of Claims 14 and 18 of the '052 Patent ................................................. 13

                1.      Elantech's Touchpads Detect User-Applied Motion in the
                        Touchpad's Scroll Zone and Send Object Motion Data to a Data
                        Packet Processor In Response ................................................................... 13

                2.      Elantech's Touchpads Generate and Send Messages in Response to
                        User-Applied Object Motion, Resulting in Scrolling of the Visual
                        Display ...................................................................................................... 14

                3.      Elantech's Touchpads Also Assess Whether Object Motion Began
                        Within But Moved Away From the Scroll Zone as Required by
                        Dependent Claim 18 ................................................................................. 15

1

**TABLE OF CONTENTS**
(continued)

2

Page

3     D.     The Use of Elantech's Products Satisfies All of the Limitations of the
            Edge Motion Method of Claims 46 and 52 of the '411 Patent ............................ 15

4

5           1.     Elantech's Devices Detect Whether An Object Has Moved Into an
                  Outer Zone of the Touchpad ...................................................................... 16

6           2.     Elantech's Touchpads Generate First Cursor Motion Signals and
                  Move the Cursor According to These Signals When the Finger Is
7                 Not in the Outer Region of the Touchpad................................................. 17

8           3.     Elantech's Touchpads Generate Second Cursor Motion Signals and
                  Move the Cursor According to a Combination of the First and
9                 Second Signals When the Finger Is in the Edge Zone .............................. 17

10          4.     Elantech's Touchpads Can Move the Cursor In a Fixed Direction
                  Relative to a Corner As Required by Dependent Claim 52 ...................... 19

11   CONCLUSION ........................................................................................................... 19

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF AUTHORITIES

## CASES

*Athletic Alternatives, Inc. v. Prince Mfg., Inc.*,
  73 F.3d 1573 (Fed. Cir. 1996)................................................................... 9

*Bai v. L & L Wings*,
  160 F.3d 1350 (Fed. Cir. 1998)................................................................. 9

*Celotex Corp. v. Catrett*,
  477 U.S. 317 (1986)................................................................................. 8

*Gen. Elec. Co. v. Nintendo Co., Ltd.*,
  179  F.3d 1350 (Fed. Cir. 1999)............................................................ 8, 9

*Markman v. Westview Instruments, Inc.*,
  52 F.3d 967 (Fed. Cir. 1995), *aff'd*, 517 U.S. 370 (1996)......................... 9

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*,
  475 U.S. 574 (1986)................................................................................. 9

*NTP, Inc. v. Research in Motion, Ltd.*,
  418 F.3d 1282 (Fed. Cir. 2005)................................................................ 7

*Phonometrics, Inc. v. N. Telecom Inc.*,
  133 F.3d 1459 (Fed. Cir. 1998)................................................................ 9

## STATUTES

Federal Rule of Civil Procedure 56(c) .......................................................... 8

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on February 15, 2008, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Charles R. Breyer, defendant and counterclaimant Synaptics, Inc. ("Synaptics"), will and hereby does move the Court for an order granting partial summary judgment that use of Elantech Devices Corporation's ("Elantech") products meets the limitations of claims 5 and 6 of U.S. Patent No. 6,380,931 ("the '931 Patent"); claims 14 and 18 of U.S. Patent No. 5,943,052 ("the '052 Patent"); and claims 46 and 52 of U.S. Patent No. 5,880,411 ("the '411 Patent"). Synaptics' motion is based on this Notice, the Memorandum of Points and Authorities below, the supporting Expert Declaration of Dr. Andrew Wolfe, executed January 8, 2008 ("Wolfe SJ Infringement Decl."), the Declaration of Karl J. Kramer in Support of Synaptics Motions for Summary Judgment, and the prior papers filed by Synaptics in connection with the Claim Construction hearing, which are incorporated herein by reference.

## STATEMENT OF REQUESTED RELIEF AND ISSUES TO BE DECIDED

Although there are many grounds on which Synaptics is entitled to judgment in this action, by this motion Synaptics seeks to resolve as efficiently as possible its claims that the accused touchpad devices infringe the zone related methods of claims 5 and 6 of the '931 Patent, claims 14 and 18 of the '052 Patent, and claims 46 and 52 of the '411 Patent. As explained below, Synaptics seeks an order of:

(1) judgment that all of the limitations of independent claim 5 and dependent claim 6 of the '931 Patent are satisfied by the use of Elantech's accused products;

(2) judgment that all of the limitations of independent claim 14 and dependent claim 18 of the '052 Patent are satisfied by the use of Elantech's accused products; amd

(3) judgment that all of the limitations of independent claim 46 and dependent claim 52 of the '411 Patent are satisfied by the use of Elantech's accused products.

## SUMMARY OF THE ARGUMENT

Elantech's own manuals, specifications, website, and software prove that its touchpads are designed to detect and signal the occurrence of corner tap, scroll, and edge motion gestures, as claimed in the '931, '052, and '411 Patents. There is no genuine issue of material fact about the

1    operation of the Elantech KTP3 and KTP5 code that achieves these claimed functions.

2    Consequently, Synaptics is entitled to partial summary judgment that use of Elantech's products

3    meets the limitations of claims 5 and 6 of the '931 Patent, claims 14 and 18 of the '052 Patent,

4    and claims 46 and 52 of the '411 Patent.

5    **MEMORANDUM OF POINTS AND AUTHORITIES**

6    **I.      INTRODUCTION**

7         Santa Clara-based Synaptics is the world's leading developer of touchpad technology for

8    personal devices, such as notebook computers, and has been on the cutting edge of technology

9    development in this area since the early 1990s.  Synaptics holds many fundamental patents

10   covering basic touchpad technology, including the '931, '052, and '411 Patents.  Synaptics'

11   patents distinguish among various gestures on the touchpad, thereby allowing a touchpad to

12   provide the full range of functions offered by a traditional mouse.  Synaptics' patented methods

13   are able to detect modern touchpad functions such as corner tapping, scrolling, and edge zone

14   motion.  (Wolfe SJ Infringement Decl. ¶ 12.)

15        Elantech, a Taiwanese company, is a late-comer to the touchpad technology business.

16   Elantech has offered for sale products with Synaptics' patented features and underbid Synaptics

17   in the market.  Although Elantech has been on written notice of its infringement of Synaptics'

18   patents since at least December 2003, it has continued to produce and sell products intended to be

19   used in a manner that infringes Synaptics' touchpad technology.

20        Elantech's own user's manuals, product specifications, website, and software reveal that

21   use of Elantech's products meets each limitation of claims 5 and 6 of the '931 Patent, claims 14

22   and 18 of the '052 Patent, and claims 46 and 52 of the '411 Patent.  Because there is no genuine

23   issue of material fact as to this issue, summary judgment is appropriate.

24   **II.     FACTUAL BACKGROUND**

25        **A.      Synaptics' Patented Methods**

26             **1.      Background of the Asserted Patents**

27        As a result of problems with trackball controllers used for cursor motion in early portable

28   notebook computers, manufacturers began using small touchpad sensors that could track finger

1    motion and convert this motion into cursor motion. (Wolfe SJ Infringement Decl. ¶¶ 10-11.)

2    However, users had difficulty clicking or holding the separate buttons used to simulate clicking a

3    traditional mouse because they normally touched the sensor with their index or middle finger.

4    (*Id.* ¶ 11.) In response, Synaptics developed a new touch sensor that recognized specific finger

5    motions or combinations of motions as "gestures" and sent appropriate information to the host in

6    response to each gesture to simulate corresponding button actions. (*Id.* ¶ 12.) For example,

7    Synaptics' technology recognizes whether a finger tap occurs in a particular corner of the

8    touchpad and can assign a specific button function for a tap in a particular corner; whether finger

9    motion occurs in a designated "scroll zone," allowing scrolling functions performed by a

10   traditional mouse's "wheel;" and whether finger motion occurs at the edge of the touchpad,

11   allowing an edge motion feature that keeps the cursor moving even though finger movement has

12   stopped. These touchpad gestures proved easier for users to perform than manipulating physical

13   buttons, providing a distinct advantage over prior devices. (*Id.*)

14       Synaptics sought and secured several United States' patents, including the '931, '052, and

15   '411 Patents, to protect its groundbreaking innovations. The '931 and '411 Patents are part of a

16   related family of patents dating back to 1992. (Wolfe SJ Infringement Decl., Ex. 2, '931 Patent,

17   "Related U.S. Application Data"; Ex. 4, '411 Patent, "Related U.S. Application Data.") The two

18   patents, which have similar specifications, are directed to "methods for recognizing gestures

19   made by a conductive object on a touch-sensor pad." (Wolfe SJ Infringement Decl., Ex. 2, '931

20   Patent, "Abstract"; Wolfe SJ Infringement Decl., Ex. 4, '411 Patent, "Abstract.") The '052 Patent

21   is directed "to scrolling movements triggered by computer pointing devices for use with graphical

22   user interfaces." (Wolfe SJ Infringement Decl., Ex. 3, '052 Patent at 1:5-9.)

## 2.      The Claims at Issue

24       The claims asserted in this motion all recite methods for implementing a specific

25   computer function in response to finger motion in a particular zone of the touchpad. (Wolfe SJ

26   Infringement Decl. ¶ 77.) Attached as Appendix A hereto is a chart containing all of these

27   claims. In essence, claims 5 and 6 of the '931 Patent ("corner tap claims") relate to the corner tap

28   function, claims 14 and 18 of the '052 Patent ("scroll claims") relate to the scrolling function, and

1  claims 46 and 52 of the '411 Patent ("edge motion claims") relate to the edge motion function.

2  (Wolfe SJ Infringement Decl. ¶¶ 77-82.)

3       In the corner tap claims, "[a] tap or drag initiated in a given zone [can] simulate[] an event

4  on a button corresponding to that zone."  (Wolfe SJ Infringement Decl., Ex. 2, '931 Patent at

5  40:16-18.)  The method in independent claim 5 begins by detecting the occurrence of a tap

6  gesture on the touchpad.  (*Id.* at 53:27-28.)  However, unlike the basic tap gesture claimed in

7  claim 1 of the '931 Patent, claim 5 requires the touchpad to detect whether a tap gesture occurred

8  in a designated corner and send a signal to the host (*e.g.,* the computer) if it did.  (*Id.* at 53:29-

9  54:3.)  In response, the computer may simulate a specific button function corresponding to that

10  corner.  (*Id.* at 40:16-18.)  For example, under dependent claim 6, one of the corners of the

11  touchpad simulates a right mouse button click.  (*Id.* at 54:4-5; *see also* Wolfe SJ Infringement

12  Decl. ¶¶ 78, 94-95.)

13       The scroll claims cover "[a] method of converting user-applied object motion on a cursor-

14  control device into graphical user interface window scrolling messages."  (Wolfe SJ Infringement

15  Decl., Ex. 5, '052 Patent at 7:6-8.)  Independent claim 14 requires that the touchpad have a

16  designated scroll zone.  (*Id.* at 7:11-12.)  The touchpad forwards "a plurality of data packets" to a

17  data packet processor in response to finger (or other object) motion in this scroll zone.  (*Id.* at

18  7:10-15; *id.* 1:55-60.)  In response, the data packet processor generates a plurality of messages

19  and forwards these to an "application controlling an active window in [a] graphical user

20  interface," which causes the computer to scroll the visual display.  (*Id.* at 7:15-21.)  Dependent

21  claim 18 additionally requires an assessment of whether the finger motion began within but

22  moved away from the scroll zone.  (*Id.* at 8:11-14; *see also* Wolfe SJ Infringement Decl. ¶¶ 79-

23  80.)

24       Finally, the '411 Patent claims recite the edge-motion function.  Traditionally, moving

25  long distances on a computer screen required using multiple strokes of the hand or finger, or

26  "rowing," because of the limited size of mousepads and touchpads.  (Wolfe SJ Infringement

27  Decl., Ex. 4, '411 Patent at 26:48-60.)  In addition to being inconvenient, this presented practical

28  problems because, for example, lifting the finger to begin a second stroke would terminate the

drag feature.  (*Id.* at 26:55-60.)  However, through the edge motion function, the cursor continues moving even though the finger has reached the end of the touchpad.  Specifically, independent claim 46 begins by providing a sensing plane (e.g., a touchpad), sensing the presence of a finger (or other object) on the touchpad, and generating a signal representing the present position of the finger.  (*Id.* at 63:18-22.)  If the finger is not in the outer region of the touchpad, a signal is generated that moves the cursor on the computer screen in a direction reflecting the movement of the finger on the touchpad.  (*Id.* at 63:26-31, 40-42.)  On the other hand, if the touchpad detects that the finger is in the outer region of the touchpad, it will generate an additional signal that causes the cursor to move in increments in a fixed direction relative to the edge of the touchpad nearest the finger.  (*Id.* at 63:24-25, 32-39.)  When the finger is in the outer region of the touchpad, the cursor is moved based on a combination of the two signals.  (*Id.* at 63:42-47; *see also* Wolfe SJ Infringement Decl. ¶¶ 81-82, 109.)

In claim 52, which is dependent upon claim 46, the fixed direction of movement can be determined relative to a corner, rather than just an edge, when the finger is in that corner.  That is, the direction can be a diagonal in addition to left, right, up, or down.  (*Id.* at 63:62-67; 30:37-38; *see also* Wolfe SJ Infringement Decl. ¶¶ 82, 126-127.)

## B.    Elantech's Infringing Products

Elantech was established in September 2003 and began to sell touchpad devices. (Declaration of Karl J. Kramer in Support of Synaptics Motions for Summary Judgment ("Kramer SJ Decl."), Ex. A, Elantech's Objs. and Responses to 1st Set of Rogs, 2:20-22 and 4:13-14.)  In its own marketing and support materials, Elantech highlights its use of the touchpad zone functions, each of which is covered by Synaptics' patents.  (Wolfe SJ Infringement Decl. ¶ 15.)

For example, Elantech's literature emphasizes that Elantech's touchpads recognize whether a tap gesture occurred in a designated corner of the touchpad and, if so, cause a predetermined computer function to occur.  (Wolfe SJ Infringement Decl., Ex. 6, "Elantech Notebook PC Touchpad" ("Tap touchpad one of four corners, which can execute respective special setting functions."); Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN00004932 ("[t]he simulated 'hot key' function will be activated when the

1    user click [sic] on the one [sic] of four corner location at the touchpad, User can assign the 'hot

2    key' function . . . through this selected 'Corner Tap Function.'")

3         Similarly, the manual describes a scrolling function: "Scrolling (Wheel) Function—Wheel

4    (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the

5    mouse wheel." (Wolfe SJ Infringement Decl., Ex. 9, Elantech KTP3 Touchpad Manual, dated

6    2004-01-09 (P/N: 700309-1701), at SYN 00004932; Kramer Decl. Ex. B, Elantech, "Products" at

7    SYN 00004994 ("Touch Pad—A device that utilizes finger movements on flat surface of the

8    touch pad, allowing the user to move the cursor more easily to complete input of operations" and

9    "Vertical scroll function is enabled once user move finger up and down on the vertical scrolling

10   area.").)

11        Elantech's literature also describes its "Virtual Edge™ feature" or "Smart Edge Function"

12   through which "cursor motion continues when the finger stops at the edge of the touchpad."

13   (Wolfe SJ Infringement Decl., Ex. 11, Elantech KTP3 Touchpad User's Manual, Preliminary,

14   dated 09/17/03, at SYN 00092486; Ex. 6, "Elantech Notebook PC Touchpad" ("Smart Edge

15   Function (optional): Finger moves forward to any one of the edges, cursor will keep moving to

16   the edge.")

17        While Elantech has disclosed two versions of the software that provides the functionality

18   in Elantech's touchpad devices—KTP3 code and KTP5 code—these two code bases generally

19   perform the same operations with respect to the accused functions. (Wolfe SJ Infringement Decl.

20   ¶¶ 13-14.) Elantech's products containing either KTP3 or KTP5 code satisfy all of the claim

21   limitations of the corner tap, scroll, and edge motion claims. (*Id.* ¶¶ 83-129.)

22        **C.    The District Court's Claim Construction**

23        On April 6, 2007, the Court issued its Claim Construction Order, interpreting several

24   disputed terms in the various patents at issue. Notably, the Court rejected all of Elantech's

25   proposed constructions for terms in Synaptics' patents. (*See* Docket No. 91 ("Claim Constr.

26   Order") at 6, 8-10.) Of relevance to the present motion, the Court construed the term "detecting

27   in which of at least one corner of the touch-sensor pad said tap gesture occurred" as it appears in

28   claim 5 of the '931 Patent. Elantech proposed a limited construction of this term that would

1  require the touchpad to first detect that a tap gesture occurred and then separately detect whether

2  this tap gesture occurred in a designated corner.  (*Id.* at 9.)  The Court rejected Elantech's

3  argument concluding that "there is nothing in the claim language to indicate that the two detection

4  steps could not occur simultaneously."  (*Id.* at 10.)  Instead, the Court adopted Synaptics'

5  proposed construction: "detecting that a tap gesture has occurred in at least one corner, the

6  identity of which is distinguished in some way from other corners of the touch-sensor pad."  (*Id.*

7  at 10.)

8      The Court also provided guidance as to the meaning of the term "signal," which appears

9  in claim 5 of the '931 Patent and claim 46 of the '411 Patent.  In construing the terms "initiating a

10  signal to the host indicating the occurrence of said tap gesture" and "maintaining said signal for a

11  predetermined period of time" in claims 1 and 7 of the '931 Patent, the Court rejected Elantech's

12  argument that the word "signal" in these terms was limited to "the high state of an output that has

13  a high and low state."  (*See* Docket No. 73, Elantech's Claim Constr. Br. at 8.)  The court noted

14  that "[t]he claims and specification do not support a construction where a 'signal' can only

15  represent a low state and a high state."  (Claim Constr. Order at 8.)  Instead, the Court broadly

16  described a "signal" as "the transmission of a set of data to a computer, or other device that can

17  take as input the output of a touch-sensor pad."  (*Id.* at 9.)  While the Court only directly

18  construed the signal terms in claims 1 and 7 of the '931 Patent, it noted that "there is nothing in

19  the claims to indicate that the word 'signal' in claim five [of the '931 Patent] should be construed

20  differently than the word 'signal' in claims one and seven."  (*Id.* at 8.)  Similar reasoning applies

21  to the construction of the word signal in claim 46 of the '411 Patent as the '931 and '411 Patents

22  are part of the same family of patents and have similar specifications.  *See NTP, Inc. v. Research*

23  *in Motion, Ltd.*, 418 F.3d 1282, 1293 (Fed. Cir. 2005) ("Because NTP's patents all derive from

24  the same parent application and share many common terms, we must interpret the claims

25  consistently across all asserted patents.").

26      The Court also construed the term "incrementally move" as it appears in claim 46 of the

27  '411 Patent.  Elantech argued that this term meant "movement defined by the second component

28  of Equations 12 and 13 in the '411 patent, namely, $S(X_{cur}-Y_{center})$ and $S(Y_{cur}-Y_{center})$."  (Claim

1   Constr. Order at 6.)  The Court rejected "Elantech's very narrow construction limiting the claims

2   to one embodiment."  *Id.*  Instead, it construed this term to mean simply "move in calculated

3   increments."  (*Id.* at 7.)

4         The Court did not rule upon the sole claim construction dispute arising out of the

5   assertion of the '052 Patent.  The parties disputed the term "data packet processor" as recited

6   in the asserted claims of the '052 Patent.  Synaptics asserted that the term means "hardware

7   and/or program code, for example, software executed on a central processing unit, that

8   examines data packets."  (*See* Docket No. 79 at Appendix A (Third Amended Joint Claim

9   Construction Chart), at 1.)  Elantech argued that "data packet processor" was narrowly

10   limited to "software for processing data packets and sending messages."  (*Id.*)  This dispute

11   was fully briefed by the parties, but not decided by the Court.[1]  However, the dispute is of

12   little moment to the pending motion because, as shown below, the accused functions of the

13   "data packet processor" in Elantech's devices are performed by Elantech's KTP3 and KTP5

14   software program code, which meets the claims even under Elantech's narrow construction.

15   **III.   ARGUMENT**

16       **A.   Legal Standard**

17         Summary judgment is an integral part of fair and efficient administration of justice.  *See*

18   *Celotex Corp. v. Catrett*, 477 U.S. 317, 323-24 (1986).  Federal Rule of Civil Procedure 56(c)

19   provides that summary judgment is appropriate where "the pleadings, the discovery and

20   disclosure materials on file, and any affidavits show that there is no genuine issue as to any

21   material fact and that the movant is entitled to judgment as a matter of law."  While infringement

22   is a question of fact, patent infringement actions may be decided on summary judgment if there

23   are no genuine disputes regarding the material facts.  *Gen. Elec. Co. v. Nintendo Co., Ltd.*, 179

24

25         [1]  *See* Docket No. 68, Corrected Synaptics' Opening Claim Construction Brief, filed
    February 5, 2007, at 4-5; Docket No. 73, Elantech's Opposition Claim Construction Brief Re:

26   Synaptics' '052, '411, '591 and '931 Patent, filed February 12, 2007, at 4-8; Docket No. 69,
    Synaptics' Reply Claim Construction Brief Concerning the Synaptics Patents, filed February 21,

27   2007, at 12-14.

28

1   F.3d 1350, 1353 (Fed. Cir. 1999).  No genuine issue of material fact exists "[w]here the record

2   taken as a whole could not lead a rational trier of fact to find for the nonmoving party."

3   *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986).  Thus, summary

4   judgment is appropriate "when no reasonable jury could find that every limitation recited in the

5   properly construed claim either is or is not found in the accused device."  *Bai v. L & L Wings*, 160

6   F.3d 1350, 1353 (Fed. Cir. 1998).

7       "An infringement analysis entails two steps.  The first step is determining the meaning and

8   scope of the patent claims asserted to be infringed.  The second step is comparing the properly

9   construed claims to the device accused of infringing."  *Markman v. Westview Instruments, Inc.*,

10  52 F.3d 967, 976 (Fed. Cir. 1995) (en banc), *aff'd*, 517 U.S. 370 (1996) (citations omitted).

11      In his declaration filed in support of Synaptics' Motions for Summary Judgment,

12  Dr. Andrew Wolfe provides a detailed claim-by-claim, limitation-by-limitation explanation of

13  how use of Elantech's accused products satisfies each and every limitation of the corner tap,

14  scroll, and edge motion claims.  Synaptics does not repeat every detail of Dr. Wolfe's analysis

15  here because Elantech is not expected to dispute that it meets a majority of the claim limitations.

16  The Court's Claim Construction Order resolved the legal aspects of these disputes and, since

17  Elantech's own user manuals, product specifications, website, and software establish that all of

18  the limitations of the asserted claims are factually satisfied, there is no triable issue of material

19  fact.  In this situation, where the legal issue of claim construction has been resolved and there is

20  no dispute as to how the accused product works, summary judgment resolving the application of

21  this legal standard to the undisputed facts is appropriate.  *See Phonometrics, Inc. v. N. Telecom

22  Inc.*, 133 F.3d 1459, 1464 (Fed. Cir. 1998) (noting that if the district court's claim construction

23  was correct, then summary judgment was proper because "Phonometrics does not dispute the

24  structure and operation of the accused devices"); *see also Athletic Alternatives, Inc. v. Prince

25  Mfg., Inc.*, 73 F.3d 1573, 1578 (Fed. Cir. 1996) ("Where, as here, the parties do not dispute any

26  relevant facts regarding the accused product but disagree over [claim construction], the question

27  of literal infringement collapses to one of claim construction and is thus amenable to summary

28  judgment.").

1

2

**B.      Elantech's Products Satisfy All of the Limitations of the Corner Tap Method of Claims 5 and 6 of the '931 Patent.**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

The preamble of independent claim 5 of the '931 Patent requires the recognition of "a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host."  (Wolfe SJ Infringement Decl. ¶¶ 83-84; Ex. 2, '931 Patent at 53:24-26.) To the extent that this preamble is a claim limitation, Elantech's products satisfy its requirements. (Wolfe SJ Infringement Decl. ¶ 85.)  Elantech's accused products provide a touch-sensor pad and a touch-sensing system.  (*See, e.g.*, Wolfe SJ Infringement Decl., Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932 ("ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.").)  Moreover, Elantech's products provide information regarding the X and Y (i.e., horizontal and vertical) position of a finger (or other object) on the touchpad to a computer or other host.  (*See, e.g.*, Wolfe SJ Infringement Decl., Ex. 10, Elantech Product Specification, Model 810507-0703, "Elantech Touchpad for handheld Device Application, dated 2005-05-13, at SYN 00004833 ("Touchpad can sends [sic] the information, including X-Y position information . . . to host through UART interface. . . . Touchpad can send the information, including X-Y position information . . . to host through SPI interface.").)  Finally, Elantech's touchpads are designed to recognize tap gestures.  (*See, e.g.,* Wolfe SJ Infringement Decl., Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951 ("Tapping function is default enabled.").)

21

**1.      Elantech's Products Detect a Tap In a Specified Corner.**

22

23

24

25

The first limitation of claim 5 requires the detection of a tap gesture on the touchpad, which, as discussed above, Elantech's touchpads can do.  (Wolfe SJ Infringement Decl. ¶ 86; Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951 ("Tapping function is default enabled."); Ex. 2, '931 Patent at 53:27-28.)

26

27

28

As construed by the Court, claim 5 further requires that the touchpad detect whether this tap gesture "occurred in at least one corner, the identity of which is distinguished in some way from other corners of the touch-sensor pad."  (Claim Constr. Order at 10; Wolfe SJ Infringement

1    Decl. ¶ 87; Ex. 2, '931 Patent at 53:29-30.)  Elantech's touchpads can detect whether a tap

2    gesture occurred in a specified corner.  As shown below, Figure 4 from Elantech's "Elantech

3    Notebook PC Touchpad" marketing brochure (Wolfe SJ Infringement Decl., Ex. 6), shows this

4    graphically.



18    Elantech's user's manual also describes its "corner tap" function as "provid[ing] users to

19    have [sic] the specific buttons function when touchpad's corner is tapped."  (Wolfe SJ

20    Infringement Decl. ¶ 88; Ex.9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N:

21    700309-1701), at SYN 00004948.)  These functions are performed by specific routines in the

22    Elantech code.  (Wolfe SJ Infringement ¶ 88.)  Consequently, the Elantech touchpad devices meet

23    this limitation as well.

24

25    **2.    Elantech's Touchpads Send Signals to the Computer Indicating that a Tap Gesture Occurred and That It Occurred in a Specific Corner.**

26    Under the Court's construction, *see* Section II.C., *supra*, claim 5 requires that the

27    touchpad transmit data to the computer (or other host) indicating that a tap gesture has occurred

28    and the corner in which the tap occurred, "the identity of which is distinguished in some way

from other corners of the touch-sensor pad." (Claim Constr. Order at 10; Wolfe SJ Infringement Decl. ¶¶ 89-90.)  Elantech's software confirms that its touchpads transmit data to the computer noting the occurrence of a tap gesture and whether this tap gesture occurred in a designated corner. (Wolfe SJ Infringement Decl. ¶ 92.)  In fact, Elantech's corner tap function would be impossible absent such a transmission of data. (*Id.* ¶ 91.)  Consequently, the Elantech touchpad products using the KTP3 and KTP5 code meet all limitations of independent claim 5 of the '931 Patent. (*Id.* ¶ 93.)

### 3.    Elantech's Corner Tap Function Can Simulate the Right Mouse Button as Required by Dependent Claim 6 of the '931 Patent.

In addition to incorporating the limitations of claim 5 described above, Claim 6 of the '931 Patent requires that "one of the corners of the touch-sensor pad simulates a right mouse button click." (Wolfe SJ Infringement Decl. ¶¶ 94-95; Ex. 2, '931 Patent at 54:4-5.)  If a user clicks on the right button of a computer mouse, the standard response from the computer is to display a "context" or "quick" menu that provides the user with various options depending upon the context. (Wolfe SJ Infringement Decl. ¶ 95.)

Elantech's own manuals state that "[a]ll functional keys can be assigned to individual 'corner tap.'" (*See, e.g.,* Wolfe SJ Infringement Decl., Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948.)  Since the right button of the mouse is a functional key, tapping in one of the corners of Elantech's touchpad can simulate a right mouse button click. (Wolfe SJ Infringement Decl. ¶ 96.)  Notably, Elantech's literature specifically identifies the "Context Menu" as the first suggested function for the corner tap feature. (Wolfe SJ Infringement Decl., Exhibit 6 ("Corner Tap Function: Tap touchpad one of the four corners, which can execute respective special setting functions.  Example for quick menu. . . ."); *see also* Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948 )  Thus, all of the limitations of dependent claim 6 are met as well by the accused Elantech devices. (Wolfe SJ Infringement Decl. ¶ 97.)

1

**C.      Elantech's Products Meet Scroll Zone Claims 14 and 18 of the '052 Patent.**

2       The preamble of claim 14 of the '052 Patent recites a method of converting user-applied

3  motion on the touchpad into scrolling on the computer screen.  (Wolfe SJ Infringement Decl.

4  ¶ 98; Ex. 5, '052 Patent at 7:6-8.)  To the extent that this preamble is a limitation, Elantech's

5  touchpads satisfy its requirements because they scroll the computer screen in response to user-

6  applied motion on the touchpad.  (Wolfe SJ Infringement Decl. ¶¶ 99-100; Ex. 9, Elantech KTP3

7  Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932 ("Scrolling (Wheel)

8  Function—Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad

9  emulates the mouse wheel."); Ex. 6, "Elantech Notebook PC Touchpad" ("Vertical scroll function

10  is enabled once user move finger up and down on the vertical scrolling area.").)

11       **1.      Elantech's Touchpads Detect User-Applied Motion in the Touchpad's
                   Scroll Zone and Send Object Motion Data to a Data Packet Processor**
12       **In Response.**

13       Claim 14 requires the accused method to detect user-applied motion in a designated

14  "scrolling zone."  (Wolfe SJ Infringement Decl., Ex. 5, '052 Patent at 7:10-16.)  Elantech's

15  touchpads have a designated "scrolling zone," as seen in Figure 3 from Elantech's own "Elantech

16  Notebook PC Touchpad" marketing brochure, reprinted below.  (Wolfe SJ Infringement Decl.

17

18

19

20

21  

22

23

24

25

26

27

28

Ex. 6; *see also* ¶ 101; Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947 ("Drag slider from left to right to adjust the width of vertical (or horizontal) scrolling area.").)  Moreover, Elantech's touchpads can detect user-applied motion on the touchpad and whether this motion is occurring in the scrolling zone.  (Wolfe SJ Infringement Decl. ¶ 102; Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932 ("Scrolling (Wheel) Function—Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the mouse wheel."); Ex. 6, "Elantech Notebook PC Touchpad" ("User can put and move finger (one finger) on the touch-pad to have cursor moving function.").)

Claim 14 further requires the forwarding of "data packets representing object motion applied by a user to the input device" from a "cursor-control input device" to "a data packet processor."  (Wolfe SJ Infringement Decl., Ex. 5, '052 Patent at 7:10-14.)  Elantech's touchpad is a "cursor-control input device which includes a touchpad having a scrolling zone" and sends data packets representing object motion applied by the user.  (Wolfe SJ Infringement Decl. ¶ 102.)  These data packets are sent to the device driver software on the host computer, which is a data packet processor, for processing.  (*Id.*)

> **2.    Elantech's Touchpads Generate and Send Messages in Response to User-Applied Object Motion, Resulting in Scrolling of the Visual Display.**

Claim 14 also requires the device to "generat[e] a plurality of messages in response to the user-applied object motion" and forward these messages to "an application controlling an active window in said graphical user interface."  (Wolfe SJ Decl., Ex. 5, '052 Patent 7:15-18.)  In order to perform functions like scrolling, applications running under Windows or similar graphical user interfaces receive standardized messages from user input devices (e.g., touchpads) and their corresponding drivers.  (Wolfe SJ Infringement Decl. ¶ 103.)  Elantech's touchpads generate and send these standardized messages to the computer.  (*Id.*)  Specifically, Elantech's device driver software on the host computer (the data packet processor) generates a plurality of messages in response to user-applied motion and sends these to a computer application controlling a window in a graphical user interface (*e.g.*, Windows).  (*Id.* ¶¶ 103-104.)

1    Finally, claim 14 requires scrolling of the visual display in response to these messages.

2    (Wolfe SJ Infringement Decl., Ex. 5, '052 Patent at 7:19-20.)  As discussed in Section II.B.,

3    *supra*, Elantech's products scroll the visual display.  (Wolfe SJ Infringement Decl. ¶ 105.)

4    Consequently, the Elantech devices including the KTP3 and KTP5 software code perform all of

5    the recited steps of claim 14 of the '052 Patent.  (Wolfe SJ Infringement Decl. ¶ 108.)

6           **3.      Elantech's Touchpads Also Assess Whether Object Motion Began
                       Within But Moved Away From the Scroll Zone as Required by
7                      Dependent Claim 18.**

8            Dependent claim 18 of the '052 Patent contains all of the limitations of independent claim

9    14 and further requires that the touchpad assess whether the finger (or other object) motion began

10   within, but moved away from, the scroll zone.  (Wolfe SJ Decl. ¶ 106; Ex. 5, '052 Patent at 8:11-

11   14.)  Elantech's touchpad software will not generate "scrolling" messages if motion on the

12   touchpad begins within, but moves away from, the scrolling zone.  (Wolfe SJ Infringement Decl.

13   ¶ 107.)  To achieve this feature, Elantech's software assesses whether the finger (or other object)

14   motion began within but moved away from the scroll zone by testing for motion that indicates

15   that a finger has moved out of the scrolling zone.  (*Id.*)  Thus, Elantech's touchpad devices also

16   meet the requirements of dependent claim 18 of the '052 Patent.  (*Id.* ¶ 108.)

17
       **D.      The Use of Elantech's Products Satisfies All of the Limitations of the
18             Edge Motion Method of Claims 46 and 52 of the '411 Patent.**

19           The preamble of independent claim 46 of the '411 Patent recites "[a] method for moving a

20   cursor on a display screen in response to motion of an object sensed on a sensing plane."  (Wolfe

21   SJ Infringement Decl. ¶ 109-110; Ex. 4, '411 Patent at 63:15-17.)  To the extent that this

22   preamble is a claim limitation, its requirements are satisfied.  Elantech's touchpads are sensing

23   planes.  (Wolfe SJ Infringement Decl., Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-

24   09 (P/N: 700309-1701), at SYN 00004932 ("ELANTECH touchpad is a smooth and sensitive

25   pointing device and can detect the position of a finger over a touch-sensitive area.").)  Moreover,

26   movement of an object (*e.g.*, finger) on Elantech's touchpad results in cursor motion on the

27   display screen.  (Wolfe SJ Infringement Decl. ¶ 111; Ex.15, Elantech Product Specification,

28   Model: 800406-16XX, dated 01/27/05, at SYN 00004796 ("The user can moves [sic] his finger

1  over the sensor area to cause a cursor moving.").)  The limitations of the body of claim 46 are all

2  met as well.

3

        **1.    Elantech's Devices Detect Whether An Object Has Moved Into an
4               Outer Zone of the Touchpad.**

5          As an initial matter, claim 46 requires the accused method to "provid[e] a sensing plane,"

6  sense the presence of a finger (or other object) on this plane, generate present position signals for

7  the finger, and sense whether the finger moved into "an outer region proximate to an outer edge"

8  of the sensing plane.  (Wolfe SJ Infringement Decl., Ex. 4, '411 Patent at 63:19-25.)  As

9  discussed in detail above, Elantech's touchpads are sensing planes that can detect a finger (or

10 other object) and generate data indicating the present position of that finger (or other object).

11 (Wolfe SJ Infringement Decl. ¶¶ 112-114.)

12         Moreover, Elantech's touchpads can detect whether the user's finger has moved into the

13 outer zone of the touchpad.  Elantech's user's manual notes that when its "Smart Edge" function

14 (also sometimes called Virtual Edge) is enabled,

15 "the user can slide the finger along the surface of

16 touchpad and the finger stops at the edge of the

17 TouchPad, the cursor continues to move until the

18 finger is lift [sic]."  (Wolfe SJ Infringement

19 Decl., Ex. 9, Elantech KTP3 Touchpad Manual,

20 dated 2004-01-09 (P/N: 700309-1701), at SYN

21 00004944.)  This function is shown in Figure

22 3.3.7a of Elantech's own user's manual,

23 reprinted to the right.  (Wolfe SJ Infringement



24 Decl., Ex. 9, Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) at SYN

25 00004945.)  In order to continue cursor motion when the finger stops at the edge of the touchpad,

26 Elantech's software detects whether or not the finger is in the outer zone of the touchpad.  (Wolfe

27 SJ Infringement Decl. ¶¶ 115-117.)

28

1

2

### 2. Elantech's Touchpads Generate First Cursor Motion Signals and Move the Cursor According to These Signals When the Finger Is Not in the Outer Region of the Touchpad.

3    Claim 46 also requires the generation of "first cursor motion signals" that cause the

4    cursor to move in the display in a manner that represents the movement of the finger (or

5    other object) on the touchpad. (Wolfe SJ Infringement Decl., Ex. 4, '411 Patent at 63:26-31.)

6    Moreover, it requires movement of the cursor in accordance with these "first cursor motion

7    signals" when the finger (or other object) is not in the edge zone of the touchpad. (*Id.* at

8    63:40-42.)

9    In response to finger movement on the touchpad, Elantech's touchpads send signals[2]

10    to the computer causing the cursor to move in a direction relative to the movement of the

11    finger on the touchpad. (Wolfe SJ Infringement Decl. ¶¶ 118-119; Ex. 10, Elantech, Product

12    Specification, Model 810507-0703, "Elantech Touchpad for Handheld device Application,"

13    dated 2005-13-05, at SYN 00004826 ("The user can move his finger over the sensor area to

14    cause a cursor moving.").) The cursor moves according to this data when the finger is not in

15    the outer zone of the touchpad. (Wolfe SJ Infringement Decl. ¶ 123.)

16

17

### 3. Elantech's Touchpads Generate Second Cursor Motion Signals and Move the Cursor According to a Combination of the First and Second Signals When the Finger Is in the Edge Zone.

18    Claim 46 also requires the generation of "second cursor motion signals different from said

19    first cursor motion signals" for moving the cursor when the finger is in the outer region of the

20    touchpad. (Wolfe SJ Infringement Decl., Ex. 4, '411 Patent at 63:32-39.) These signals, as

21    construed by the Court, cause the cursor to "move in calculated increments" a set distance on the

22    display screen in a fixed direction relative to the outer edge of the touchpad where the finger is

23    located. (*Id.*; Claim Constr. Order at 7.) For example, if the finger is at the right edge of the

24    touchpad, the cursor moves a set amount to the right on the computer screen. The edge motion

25    claims further require that the cursor be moved in accordance with a combination of the first

26    _____

    [2] As discussed in Section II.C., *supra,* the Court construed the term "signal" to mean

27    "transmission of a set of data to a computer, or other device that can take as input the output of a touch-sensor pad." (Claim Constr. Order at 9.)

28

1    cursor motion signals and these second cursor motion signals when the finger is in the outer zone

2    of the touchpad.  (Wolfe SJ Infringement Decl., Ex. 4, '411 Patent at 63:42-47.)

3        Elantech's own written materials note that, when the finger is in the outer zone of the

4    touchpad, the touchpad sends data to the computer that causes the cursor to continue to move in

5    the direction it was moving even though the finger has stopped (*i.e.*, the direction of the edge the

6    finger is nearest).  (*See* Wolfe SJ Infringement Decl. ¶ 120; Ex. 11, Elantech KTP3 Touchpad

7    User's Manual, Preliminary, dated 09/17/03, at SYN 0092499 ("If this 'Smart Edge' function is

8    'enabled,' the user can slide the finger along the surface of the touchpad and the finger stops at

9    the edge of the Touchpad, the cursor continues to move until the finger is lift.").)  According to

10   Elantech's software, the "Smart Edge" function operates by sending data to the computer that

11   causes the cursor to move in the direction of the outer edge nearest to the finger.  (Wolfe SJ

12   Infringement Decl. ¶ 121.)  These incremental movements are derived from specific calculations

13   in Elantech's software that determine the value of the additional increments of cursor motion and

14   combine those increments with the normal cursor motion signals.  (*Id.* ¶ 122-25.)

15       In the operation of Elantech's software, when the finger is moved into the outer zone and

16   held in one position, the cursor continues to move incrementally in the direction of the nearest

17   outer edge; that is, it moves in accordance with the second signals.  (*Id.* ¶ 124.)  However, if the

18   object is moved within the outer zone, the cursor will move both in response to the incremental

19   edge motion and in response to the finger motion itself.  (*Id.*)  For example, if the finger moves to

20   the right edge and is held there, the cursor will move incrementally to the right.  (*Id.*)  But if the

21   finger then moves up and down along the right edge, the cursor will continue to move to the right

22   but will also move up and down.  (*Id.*)  Thus, Elantech's touchpads move the cursor in

23   accordance with a combination of the first and second signals when the finger (or other object) is

24   in the outer zone of the touchpad.  Consequently, Elantech's Smart Edges (or Virtual Edge)

25   function meets all of the limitations of claim 46 of the '411 Patent.  (*Id.* ¶ 125.)

26

27

28

1

2

### 4.    Elantech's Touchpads Can Move the Cursor In a Fixed Direction Relative to a Corner As Required by Dependent Claim 52.

3    Dependent claim 52 contains all of the limitations of independent claim 46 and

4    additionally requires that the cursor move in a fixed direction relative to a corner of the touchpad

5    (rather than a specific edge) when the finger (or other object) is located in a corner of the outer

6    region.  (Wolfe SJ Infringement Decl. ¶¶ 126-127; Ex. 4, '411 Patent at 63:62-67.)  Essentially,

7    this requires that the cursor move in a diagonal direction (rather than just right, left, up, or down)

8    if the finger is in the corner of the outer region.  (Wolfe SJ Infringement Decl. ¶ 127.)  Elantech's

9    software and the operation of Elantech's actual touchpad products prove that its edge motion

10    function moves the cursor on a diagonal when the finger is in the corner of the touchpad's outer

11    region.  (*Id.* ¶ 128.)  Therefore, Elantech's touchpads also meet all of the limitations of dependent

12    claim 52 of the '411 Patent.  (*Id.* ¶ 129.)

13                                          **CONCLUSION**

14    For the reasons described above, there is no genuine issue of material fact that use of

15    Elantech's accused touchpads satisfies each and every limitation of claims 5 and 6 of the '931

16    Patent, claims 14 and 18 of the '052 Patent, and claims 46 and 52 of the '411 Patent.  Thus,

17    Synaptics is entitled to partial summary judgment as a matter of law that the use of Elantech's

18    products meets the limitations of these claims.

19

20    Dated: January 11, 2008                    MORRISON & FOERSTER LLP

21

22                                          By:    s/ Karl J. Kramer
                                                Karl J. Kramer
23                                              KKramer@mofo.com

24                                              Attorneys for Defendant and
                                                Counterclaimant
25                                              SYNAPTICS, INC.

26

27

28