1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: 650-838-2000
   Facsimile: 650-838-2001
5

6   Attorneys for Plaintiff and Counterdefendant
    ELANTECH DEVICES CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 ELANTECH DEVICES CORP.,              ) Case No. 3:06-CV-01839 CRB
                                        )
13          Plaintiff,                  ) **DECLARATION OF IAN SCOTT**
                                        ) **MACKENZIE, Ph.D.**
14    vs.                               )
                                        ) Date:       March 7, 2008
15 SYNAPTICS, INC. and AVERATEC, INC,   ) Time:       10:00 am
                                        ) Judge:      Hon. Charles R. Breyer
16          Defendants.                 ) Courtroom:  8, 19th Floor
                                        )
17

18
                          **REDACTED VERSION**
19

20

21

22

23

24

25

26

27

---

DECLARATION OF IAN SCOTT MACKENZIE                            Case No. 3:06-CV-01839 CRB

I, Ian Scott MacKenzie declare and state as follows:

1.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, would testify competently, under oath, to the facts stated below.

2.  I am an associate professor of Computer Science and Engineering at York University, Toronto Canada. I hold a Ph.D. from the University of Toronto (1991), an M.Ed. degree, also from the University of Toronto (1989), a Diploma in Electronics Engineering Technology, Computer Option, from Durham College (1978), and a B.Mus. from Queen's University (1975). My research and teaching work at York University is focused on human-computer interface issues, including substantial research involving pointing and touch sensor input devices. As a consequence of my research, I have designed and analyzed numerous touch sensor input devices, and I am intimately familiar with the technological issues and state of the art in this field from the mid-1980s until the present. I have over 100 research publications, many relating to pointing- or touch-based user interfaces or to microcontrollers. A copy of my current CV is attached hereto as Exhibit "1."

3.  I have been asked to review technical information regarding the accused Elantech products in this matter and offer my opinion with regard to whether those products infringe various claims of the patents-in-suit. It is my opinion that those products do not literally infringe those claims.

4.  I reviewed the following information to arrive at my opinions: The Notice of Motion and Motion for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of U.S. Patent Nos. 6,380,931 and 5,543,491 and The Notice of Motion and Motion for Partial Summary Judgment That Use of Elantech's Products Meets the Zone Claims of U.S. Patent Nos. 6,380,931; 5,943,052; and 5,880,441 filed by Synaptics, Inc. ("Synaptics"); the declaration of Dr. Andrew Wolfe in support of those motions, with their exhibits; and firmware code. I have also reviewed the '931, '591, '052, and '411 patents and file histories; and the Court's Claim Construction ruling as it applies to asserted claims of those patents.

5.  I have also consulted with Lewis Collier of Capstone Visual Product Development regarding the firmware codes referenced by Dr. Wolfe in his Declaration (*i.e.*, the KTP3 and KTP5 codes). I understand that Mr. Collier is a PhD. candidate in Computer Science at the University of Rhode Island, holds an MSEE degree from the University of Rhode Island (1986) and a BS

2

Physics/BA Math degree from University of North Carolina at Chapel Hill. Additionally, I have reviewed the Declaration of Jia-Yih Lee, filed concurrently. I understand Mr. Lee to be a technical consultant of Elantech with personal knowledge of Elantech's touchpads and the KTP3 and KTP5 codes.

6. From my review of these materials, it appears that there are many inaccuracies in Dr. Wolfe's analysis of the Elantech code. Consequently, there are many inaccurate conclusions reached by Synaptics regarding the operation of the Elantech products and alleged infringement of the asserted claims.

7. Elantech touchpads are capable of recognizing various one finger gestures including taps and double taps. These gestures may emulate mouse functions of clicks and double clicks. Indeed, the way that an Elantech touchpad reports these gestures is similar to the way that a mouse reports button clicks. For example, a mouse reports a button click by sending a one-time data packet containing "button down" followed by a one-time data packet containing "button up." Likewise, an Elantech touchpad reports a tap gesture by sending a one-time data packet containing "button down" followed by a one-time data packet containing "button up." A mouse reports a double click by sending a pair of one-time data packets containing "button down" and "button up." Similarly, an Elantech touchpad reports a double tap by sending a pair of one-time data packets containing "button down" and "button up." Because the data packets containing "button down" and "button up" information are one-time packets, it is nonsensical to characterize the transmission of data packets as "terminating" or "maintaining" signals.

8. Although various one finger gestures are recognized by some Elantech touchpads, similar functions can be achieved using physical buttons on a touchpad, which operate like physical buttons on a mouse. Thus it is possible to use an Elantech touchpad without ever performing these various one finger gestures.

9. For the KTP5 touchpads, determining whether an object's contact with the touchpad (e.g., a finger touch) constitutes a movement or a tap does not depend on how long the contact lasts. In other words, the KTP5 code makes no comparison between a reference amount of time and the time an object is on the touchpad for determining if there has been a tap or simply finger movement. Instead,

1  if the object's motion exceeds a reference amount, then the contact is determined to be a move. A
2  variable [              ], internal to the KTP5 firmware, is used for measuring this motion.
3      10.    For both KTP3 and KTP5 touchpads, there is an analog-to-digital converter (ADC)
4  which measures capacitance. When an object moves on the touchpad, the capacitance increases and
5  decreases. When the object makes rapid movement on the pad, the change in the capacitance is bigger
6  than that associated with a slow movement. [
7                                              ] Internal variables
8  [         ] and [         ] are set accordingly. [
9
10                                ]
11     11.    With regard to Claim 1 of the '931 Patent, Dr. Wolfe erroneously concludes that
12 "comparing the amount of time" is satisfied. (Wolfe Decl. ¶¶ 27-31) For KTP5 touchpads, Dr. Wolfe
13 erroneously identifies a variable [              ] as evidence that a reference amount of time is
14 compared to the time that a finger is on the touchpad. (Wolfe Decl. ¶ 30) Dr. Wolfe asserts that this
15 variable is increased and the KTP5 code "compare[s] this elapsed time against a reference amount."
16 (Wolfe Decl. ¶ 30) However, this variable is not used for any time comparison. In fact, the KTP5
17 touchpads do not make any comparison of a reference amount of time to the amount of time an object
18 is present on the touchpad for the purpose of determining whether a tap gesture has occurred.
19     12.    Also with regard to Claim 1 of the '931 Patent, Dr. Wolfe erroneously concludes that
20 "comparing the amount of motion" is satisfied. (Wolfe Decl. ¶¶ 32-35) Dr. Wolfe asserts that the
21 KTP3 and KTP5 firmware codes compare the amount of motion made by a finger against a threshold
22 and set flags [         ] and [         ] to indicate motion in excess of a reference
23 amount. (Wolfe Decl. ¶¶ 34-35) As noted, however, the Elantech touchpads do not compare the
24 amount of motion against a threshold. Instead they compare a change in capacitance representing
25 finger velocity.
26     13.    With regard to Claim 1 of the '931 Patent, Dr. Wolfe erroneously concludes that
27 "initiating a signal to the host" is satisfied. (Wolfe Decl. ¶¶ 36-38) Dr. Wolfe erroneously identifies
   [   ] as evidence of a signal indicating a tap gesture, generated by the Elantech KTP3 and KTP5

4

firmware code, and communicated to the host. (Wolfe Decl. ¶ 38) [ ] is not a signal. It is the name of an internal variable in the Elantech touchpad firmware and it is not sent to the host to indicate that a tap gesture has occurred. An Elantech touchpad only outputs a data packet containing "button down" and a data packet containing "button up", similar to the way a mouse reports a mouse button click.

14. Also with regard to Claim 1 of the '931 Patent, Dr. Wolfe erroneously concludes that "maintaining said signal for a predetermined period of time" is satisfied. (Wolfe Decl. ¶¶ 39-42) Dr. Wolfe erroneously identifies the definition of a variable [ ] and its assigned value of [ ] as evidence of "maintaining said signal." (Wolfe Decl. ¶ 41) However, this variable pertains to a timing requirement of the sensed finger contact on the touchpad. It is not an outputted signal, nor is it equivalent to any output signal from the touchpad indicating the occurrence of a tap gesture. Also, Wolfe's assertion that "the button-down signal is maintained until time [ ] is equal to [ ]" (Wolfe Decl. ¶ 41) is false and unsubstantiated. Nowhere in the cited portions of code is there any reference to this "button-down signal." Also, whatever "button-down signal" Dr. Wolfe has identified cannot be the "said signal" that is "initiat[ed] to the host" to indicate that a tap gesture has occurred and later "maintain[ed] for a predetermined period of time" because a "button-down signal" by itself cannot even signify that a tap gesture has occurred. This is because a tap gesture requires a data packet containing "button down" followed by a data packet containing "button up." The unidentified "button-down signal" to which Dr. Wolfe refers could at most signify that a finger contacted the touchpad surface. Furthermore, Dr. Wolfe is incorrect that the variable [ ] is used in the KTP5 code. In fact, this variable is not used in the KTP5 code.

15. With regard to Claim 6 of the '591 Patent, Dr. Wolfe erroneously concludes that "comparing the duration of said first presence" is satisfied. (Wolfe Decl. ¶ 49) For KTP5 touchpads, Dr. Wolfe erroneously identifies a variable [ ] as evidence that a reference amount of time is compared to the time that a finger is on the touchpad. (Wolfe Decl. ¶ 30) Dr. Wolfe asserts that this variable is increased and the KTP5 code "compare[s] this elapsed time against a reference amount." (Wolfe Decl. ¶ 30) However, this variable is not used for any time comparison. In fact, the KTP5 touchpads do not make any comparison of a reference amount of time to the amount of

time an object is present on the touchpad for the purpose of determining whether a double tap gesture has occurred.

16.     With regard to Claim 6 of the '591 Patent, Dr. Wolfe erroneously concludes that "initiating a first signal to the host" is satisfied. (Wolfe Decl. ¶ 50, referring to ¶¶ 36-38). As previously noted, [    ] is not a signal nor is it sent to the host to indicate that a tap gesture has occurred. An Elantech touchpad only outputs a data packet containing "button down" and a data packet containing "button up", similar to the way a mouse reports a mouse button click.

17.     Also with regard to Claim 6 of the '591 Patent, Dr. Wolfe erroneously concludes that "terminating said first signal to the host if a second reference amount of time passes before a second presence is detected" is satisfied. (Wolfe Decl. ¶¶ 51-54). Dr. Wolfe asserts that if a second touch is not detected within a predetermined amount of time, the Elantech firmware "terminates the tap gesture signal resulting in a 'button up' condition and merely a single tap gesture." (Wolfe Decl. ¶ 52) This would imply that a "button down" signal is the "said first signal." According to Claim 6, this "said first signal" must indicate that a tap gesture has occurred. However, Dr. Wolfe asserts that terminating the tap gesture signal "result[s] in … a single tap gesture." Thus Dr. Wolfe's assertions appear to be logically inconsistent. If a tap gesture signal indicates that a tap gesture has occurred, then terminating that signal should not "result" in a tap gesture. An Elantech touchpad does not "terminate" a "button down" signal. It only sends a data packet containing "button down." It is nonsensical to say that this "terminates the tap gesture signal" because the data packet containing "button up" has not yet been transmitted. Furthermore, Dr. Wolfe is incorrect that the variable [          ] used in the KTP5 code. In fact, this variable is not used in the KTP5 code.

18.     Also with regard to Claim 6 of the '591 Patent, Dr. Wolfe erroneously concludes that "terminating said first signal to the host if the duration of said second presence is less than said third reference amount of time" is satisfied. (Wolfe Decl. ¶¶ 57-58) Here, Dr. Wolfe asserts that terminating the single tap gesture signal if a second touch is detected within a reference time period "is how a double tap is signaled as opposed to a drag gesture." (Wolfe Decl. ¶ 57) This statement is inaccurate, because a drag gesture also requires a second touch within a reference amount of time. (See '591 Patent Claim 9, Wolfe Decl. ¶ 70). Dr. Wolfe also asserts that if a second touch occurs before the first

6

1  tap signal ends and has a duration less than the third reference time period, then Elantech's firmware
2  "will terminate the first button down signal – i.e., the single tap signal – and replace it with a second
3  button down signal – i.e., the double tap signal." (Wolfe Decl. ¶ 58) As noted, an Elantech touchpad
4  does not "terminate" a "button down" signal.

5      19.    With regard to Claim 9 of the '591 Patent, Dr. Wolfe erroneously concludes that
6  "comparing the duration of said first presence" is satisfied. (Wolfe Decl. ¶ 67) For KTP5 touchpads,
7  Dr. Wolfe erroneously identifies a variable [          ] as evidence that a reference
8  amount of time is compared to the time that a finger is on the touchpad. (Wolfe Decl. ¶ 30) Dr. Wolfe
9  asserts that this variable is increased and the KTP5 code "compare[s] this elapsed time against a
10 reference amount." (Wolfe Decl. ¶ 30) However, this variable is not used for any time comparison. In
11 fact, the KTP5 touchpads do not make any comparison of a reference amount of time to the amount of
12 time an object is present on the touchpad for the purpose of determining whether a double tap gesture
13 has occurred.

14     20.    With regard to Claim 9 of the '591 Patent, Dr. Wolfe erroneously concludes that
15 "initiating a drag gesture signal to the host" is satisfied. (Wolfe Decl. ¶¶ 68-69) Dr. Wolfe asserts that
16 "a tap gesture signal sent to the host is the signal that is 'initiated' to commence the 'drag gesture.'"
17 This is wrong. A tap gesture involves the transmission of a data packet containing "button down"
18 followed immediately by the transmission of a data packet containing "button up." Elantech's
19 touchpads do not send such a pair of data packets (i.e., report a tap gesture) to commence a drag
20 gesture.

21     21.    Also with regard to Claim 9 of the '591 Patent, Dr. Wolfe erroneously concludes that
22 "maintaining said drag gesture signal" is satisfied. Dr. Wolfe asserts that if the second touch occurs
23 before the predetermined time, "the 'button down' signal continues for the length of the second touch,
24 resulting in a drag gesture." (Wolfe Decl. ¶ 74) Again, Dr. Wolfe cites the declaration of a variable
25 [          ] as evidence, but Dr. Wolfe is incorrect that the variable [          ] is used
26 in the KTP5 code. In fact, this variable is not used in the KTP5 code.

27     22.    With regard to Claim 46 of the '411 Patent, I disagree with Dr. Wolfe's conclusion that
   "said second cursor motion signals for causing said cursor to incrementally move" is satisfied. (Wolfe

7

1  Decl. ¶¶ 120-122) Dr. Wolfe erroneously asserts that "Elantech's Smart Edge function moves in
2  calculated increments." (Wolfe Decl. ¶¶ 121-122) Elantech's touchpads send constant values, not
3  calculated increments. The cited code portions (KTP3 Code line 1560, KTP5 Code line 1580) clearly
4  show that a constant value is used -- in fact they declare the global constant [         ]
5  [   ] Dr. Wolfe also asserts that the KTP3 and KTP5 code [
6  ] (Wolfe Decl. ¶ 122) but this is
7  inaccurate. The "calculations" cited are not used to "calculate the increment." They are simply used to
8  [
9  ]
10
11         I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct. Executed on February 15, 2008, at Toronto, Ontario, Canada.

                                    *signature*
                                    Ian Scott MacKenzie

17  6202439

# EXHIBIT 1



# Scott MacKenzie

- Details
- Teaching
- Publications
- Research Notes
- Contact

Last update: 1-Feb-08

## Details

- Current employment – Department of Computer Science and Engineering at York University
- Previous employment (1992-1999) – Department of Computing and Information Science (University of Guelph)
- 2002-2003 on sabbatical leave at Tampere Unit for Computer-Human Interaction, Tampere, Finland
- Research – human-computer interaction with an emphasis on human performance measurement and modeling, interaction devices and techniques, alphanumeric entry, and mobile computing
- PhD thesis – *Fitts' law as a performance model in human-computer interaction* (1991)
- First book — *The 8051 Microcontroller* (1999, 3rd edition) and accompanying hardware, SBC51 (Note: 4th edition, 2007, now available)
- Second book – *The 68000 Microprocessor* (1995) and accompanying hardware,
- Third book (edited) – *Text entry systems: Mobility, accessibility, universality* (2007)
- 68KMB (no longer available)
- Invited Talks

## Teaching

York University (with links to course web pages)

- COSC 5910 M: Software Foundations ( W05 | W06 )
- COSC 6390C: Advanced Human-Computer Interaction ( W04 )
- CSE 6329: Advanced Human-Computer Interaction ( W07 | F07 )
- CSE 4441: Human-Computer Interaction ( F04 | W06 | W07 | W08 )
- CSE 3461: User Interfaces ( F01 | W02 | F03 | F04 | F05 | F06 | F07 )
- COSC 1020: Introduction to Computer Science I ( F00 | W04 )
- ITEC 1011: Introduction to Information Technologies ( W01 )
- ITEC 1010: Information and Organizations ( W00 )

University of Tampere

- Research in Advanced User Interfaces: Models, Methods, Measures ( W03 )

University of Guelph

- 27-160: Foundations of Programming

- 27-202: Introduction to Computer Organization
- 27-240: Introduction to Information Processing
- 27-312: Digital Systems
- 27-430: Human Computer Interaction
- 27-450: Advanced Microprocessor Interfacing
- 27-621: Research in Design Methods for Human-Computer Interaction
- 66-201: Structure and Application of Microcomputers

# Publications

1. Castellucci, S. J., and MacKenzie, I. S. (in press). UniGest: Text-entry using three degrees of motion. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2008*. New York: ACM. [C]
2. Tinwala, H., and MacKenzie, I. S. (in press). LetterScroll: Text entry using a wheel for visually impaired users. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2008*. New York: ACM. [C]
3. MacKenzie, I. S., and Zhang, X. (in press). Eye typing using word and letter prediction and a fixation algorithm. *Proceedings of the ACM Symposium on Eye Tracking Research and Applications – ETRA 2006*. New York: ACM. [C]
4. MacKenzie, I. S., and Isokoski, P. (in press). Fitts' throughput and the speed-accuracy tradeoff. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2008*. New York: ACM. [C]
5. Wobbrock, J. O., Cutrell, E., Harada, S., and MacKenzie, I. S. (in press). An error model for pointing based on Fitts' law. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2008*. New York: ACM. [C]
6. Castellucci, S. J., and MacKenzie, I. S. (in press). Graffiti vs. Unistrokes: An empirical comparison. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2008*. New York: ACM. [C]
7. MacKenzie, I. S. (2008). Reflections on Card, English, and Burr. In Erickson, T., & McDonald, D. W. (Eds.) <u>HCI remixed:Reflections on works that have influenced the HCI community</u>, pp. 289-292. Cambridge, MA: MIT Press. [BC]
8. Kano, A., Read, J. C., Dix, A., and MacKenzie, I. S. (2007). ExpECT: An expanded error categorization method for text input. *People and Computers XXI: Proceedings of HCI 2007*, pp. 149-156. London: British Computer Society. [PDF] [C]
9. MacKenzie, I. S., and Read, J. C. (2007). <u>Using paper mockups for evaluating soft keyboard layouts</u>. *Proceedings of CASCON 2007*, pp. 98-108. Toronto: IBM Canada Ltd. [PDF] [C]
10. Zhang, X., and MacKenzie, I. S. (2007). <u>Evaluating eye tracking with ISO 9241 – Part 9</u>. *Proceedings of HCI International 2007*, pp. 779-788. Heidelberg: Springer. [PDF] [C]
11. Gong, J., Tarasewich, P., Hafner, C. D., & MacKenzie, I. S. (2007). Improving dictionary-based disambiguation text entry method accuracy. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2007*, pp. 2387-2392. New York: ACM. [PDF] [C]
12. MacKenzie, I. S. (2007). Evaluation of text entry techniques. In MacKenzie, I. S., and Tanaka-Ishii, K. (Eds.) *Text entry systems: Mobility, accessibility, universality*, pp. 75-101. San Francisco, CA: Morgan Kaufmann. [BC]
13. MacKenzie, I. S., and Tanaka-Ishii, K. (2007). Text entry with a small number of buttons. In MacKenzie, I. S., and Tanaka-Ishii, K. (Eds.) *Text entry systems: Mobility, accessibility, universality*, pp. 105-121. San Francisco, CA: Morgan Kaufmann. [BC]
14. MacKenzie, I. S., & Tanaka-Ishii, K. (Eds.) (2007). <u>Text entry systems: Mobility, accessibility, universality</u>. San Francisco: Morgan Kaufmann Publishers. [B]
15. MacKenzie, I. S., & Phan, R. C.-W. (2007). <u>The 8051 microcontroller</u> (4th ed.). Englewood Cliffs, NJ: Prentice-Hall. [B] (Spanish translation available, ISBN 978-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-2)
16. MacKenzie, I. S., Chen, J., & Oniszczak, A. (2006). <u>Unipad: Single-stroke text entry with language-based acceleration</u>. *Proceedings of the Fourth Nordic Conference on Human-Computer Interaction - NordiCHI 2006,* pp. 78-85. New York: ACM. [PDF] [C]
17. Orner, D., & MacKenzie, I. S. (2006). Histree: A hierarchical back menu. *IADIS International Conference*

*WWW/Internet 2006 – Volume II*, pp. 78-82. Murcia, Spain: IADIS Press. [PDF] [C]
18. Orner, D., & MacKenzie, I. S. (2006). A comparison of hierarchical and linear browser back menus. *IADIS International Conference WWW/Internet 2006 – Volume I*, pp. 119-126. Murcia, Spain: IADIS Press. [PDF] [C]
19. Beamish, D., MacKenzie, I. S., & Wu. J. (2006). Speed-accuracy trade-off in planned arm movements with delayed feedback. *Neural Networks*, *19*, 582-599. [PDF] [J]
20. Majaranta, P., MacKenzie, I. S., Aula, A., & Räihä, K.-J. (2006). Effects of feedback and dwell time on eye typing speed and accuracy. *Universal Access in the Information Society (UAIS)*, *5*, 199-208. [PDF] [J]
21. Klochek, C., & MacKenzie, I. S. (2006). Performance measures of game controllers in a three-dimensional environment. *Proceedings of Graphics Interface 2006*, pp. 73-79. Toronto: CIPS. [PDF] [C]
22. Beamish, D., Bhatti, S. A., MacKenzie, I. S., & Wu, J. (2006). Fifty years later: A neurodynamic explanation of Fitts' law. *Journal of the Royal Society Interface*, *3*, 649-654 [PDF] [J]
23. Miniotas, D., Špakov, O., Tugoy, I., & MacKenzie, I. S. (2006). Speech-augmented eye gaze interaction with small closely spaced targets. *Proceedings of the ACM Symposium on Eye Tracking Research and Applications – ETRA 2006*, pp. 67-72, 175. New York: ACM. [C] [PDF] [Also published as Miniotas, D., Spakov, O., Turgoy, T., & MacKenzie, I. S. (2005). Extending the limits for gaze pointing through the use of speech. *Information Technology and Control*, *34*, 225-230.]
24. Kulikov, S., MacKenzie, I. S., & Stuerzlinger, W. (2005). Measuring the effective parameters of steering motions. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems*. pp. 1569-1572. New York: ACM. [PDF] [C]
25. Soukoreff, R. W., & MacKenzie, I. S. (2004). Towards a standard for pointing device evaluation: Perspectives on 27 years of Fitts' law research in HCI. *International Journal of Human-Computer Studies*, *61*, 751-789. [PDF] [J]
26. Miniotas, D., Spakov, O., & MacKenzie, I. S. (2004). Eye gaze interaction with expanding targets. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems*, pp. 1255-1258. New York: ACM. [PDF] [C]
27. Oniszczak, A., & MacKenzie, I. S. (2004). A comparison of two input methods for keypads on mobile devices. *Proceedings of the Third Nordic Conference on Human-Computer Interaction - NordiCHI 2004*, pp. 101-104. New York: ACM. [PDF] [C]
28. Soukoreff, R. W., & MacKenzie, I. S. (2004). Recent developments in text entry error rate measurements. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems*, pp. 1425-1428. New York: ACM. [PDF] [C]
29. MacKenzie, I. S. (2003). Motor behaviour models for human-computer interaction. In J. M. Carroll (Ed.) *HCI models, theories, and frameworks: Toward a multidisciplinary science*. pp. 27-54. San Francisco: Morgan Kaufmann. [BC]
30. MacKenzie, I. S., & Soukoreff, R. W. (2003). Card, English, and Burr (1978) – 25 years later. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 760-761. New York: ACM. [PDF] [C]
31. MacKenzie, I. S., & Soukoreff, R. W. (2003). Phrase sets for evaluating text entry techniques. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 754-755 New York: ACM. [PDF] [C]
32. Majaranta, P., MacKenzie, I. S., Aula, A., & Räihä, K.-J. (2003). Auditory and visual feedback during eye typing. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 766-767. New York: ACM. [PDF] [C]
33. Isokoski, P., & MacKenzie, I. S. (2003). Combined model for text entry rate development. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 752-753. New York: ACM. [PDF] [C]
34. Soukoreff, R. W., & MacKenzie, I. S. (2003). Input-based language modeling in the design of high performance input systems. *Proceedings of Graphics Interface 2003*, pp. 89-96. Toronto: Canadian Information Processing Society. [PDF] [C]
35. Soukoreff, R. W., & MacKenzie, I. S. (2003). Metrics for text entry research: An evaluation of MSD and KSPC, and a new unified error metric. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 113-120. New York: ACM. [PDF] [C]
36. Silfverberg, M., Korhonen, P., & MacKenzie, I. S. (2003). *Zooming and panning content on a display screen*. International Patent Number WO 03/021568 A1. [PDF] [O]
37. MacKenzie, I. S. (2002). Introduction to this special issue on text entry for mobile computing. *Human-*

*Computer Interaction*, *17*, 141-145. [PDF] [J]
38. MacKenzie, I. S., & Soukoreff, R. W. (2002). Text entry for mobile computing: Models and methods, theory and practice. *Human-Computer Interaction*, *17*, 147-198. [PDF] [J]
39. MacKenzie, I. S., & Soukoreff, R. W. (2002). A character-level error analysis technique for evaluating text entry methods. *Proceedings of the Second Nordic Conference on Human-Computer Interaction – NordiCHI 2002*, 241-244. New York: ACM. [PDF] [C]
40. MacKenzie, I. S. (2002). Mobile text entry using three keys. *Proceedings of the Second Nordic Conference on Human-Computer Interaction – NordiCHI 2002*, 27-34. New York: ACM. [PDF] [C]
41. MacKenzie, I. S. (2002). KSPC (keystrokes per character) as a characteristic of text entry techniques. *Proceedings of the Fourth International Symposium on Human-Computer Interaction with Mobile Devices*, pp. 195-210. Heidelberg, Germany: Springer-Verlag. [PDF] [C]
42. MacKenzie, I. S., & Soukoreff, R. W. (2002). A model of two-thumb text entry. *Proceedings of Graphics Interface 2002*, pp. 117-124. Toronto: Canadian Information Processing Society. [PDF] [C]
43. Akamatsu, M., & MacKenzie, I. S. (2002). Changes in applied force to a touchpad during pointing tasks. *International Journal of Industrial Ergonomics*, *29*, 171-182. [J]
44. MacKenzie, I. S., & Zhang, S. X. (2001). An empirical investigation of the novice experience with soft keyboards. *Behaviour & Information Technology*, *20*, 411-418. [PDF] [J]
45. MacKenzie, I. S., & Jusoh, S. (2001). An evaluation of two input devices for remote pointing. *Proceedings of the Eighth IFIP International Conference on Engineering for Human-Computer Interaction – EHCI 2001*, pp. 235-249 Heidelberg, Germany: Springer-Verlag. [PDF] [C]
46. MacKenzie, I. S., Kober, H., Smith, D., Jones, T., & Skepner, E. (2001). LetterWise: Prefix-based disambiguation for mobile text input. *Proceedings of the ACM Symposium on User Interface Software and Technology – UIST 2001*, pp. 111-120. New York: ACM. [PDF] [C]
47. Silfverberg, M., MacKenzie, I. S., & Kauppinen, T. (2001). An isometric joystick as a pointing device for hand-held information terminals. *Proceedings of Graphics Interface 2001*, pp. 119-126 Toronto, Canada: Canadian Information Processing Society. [PDF] [C]
48. Soukoreff, R. W., & MacKenzie, I. S. (2001). Measuring errors in text entry tasks: An application of the Levenshtein string distance statistic. *Extended Abstracts of the ACM Conference on Human Factors in Computing System – CHI 2001*, pp. 319-320. New York: ACM. [PDF] [C]
49. MacKenzie, I. S., & Guiard, Y. (2001). The two-handed desktop interface: Are we there yet? *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2001*, pp. 351-352. New York: ACM. [PDF] [C]
50. MacKenzie, I. S., Kauppinen, T., & Silfverberg, M. (2001). Accuracy measures for evaluating computer pointing devices. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2001*, pp. 9-16. New York: ACM. [PDF] [C]
51. Isokoski, P., & MacKenzie, I. S. (2001). Text entry on mobile systems: Directions for the future. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2001*, p. 495. New York: ACM. [PDF] [C]
52. Akamatsu, M., & MacKenzie, I. S. (2000). Changes in applied force to a touchpad during pointing tasks. *Proceedings of IEA 2000*, p. 1-359. Santa Monica, CA: Human Factors and Ergonomics Society. [PDF] [C]
53. Silfverberg, M., MacKenzie, I. S., & Korhonen, P. (2000). Predicting text entry speeds on mobile phones. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2000*, pp. 9-16. New York: ACM. [PDF] [C]
54. MacKenzie, I. S., & Stewart, J. (Eds.). (1999). *Proceedings of Graphics Interface '99*. Toronto: Canadian Information Processing Society. [Graphics Interface home page] [C]
55. MacKenzie, I. S., Zhang, S. X. (1999) The design and evaluation of a high-performance soft keyboard. *Proceedings of the ACM Conference on Human Factors in Computing Systems - CHI '99*, pp. 25-31. New York: ACM. [PDF] [C]
56. Douglas, S. A, Kirkpatrick, A. E., & MacKenzie, I. S. (1999). Testing pointing device performance and user assessment with the ISO 9241, Part 9 standard. *Proceedings of the ACM Conference in Human Factors in Computing Systems - CHI '99*, pp. 215-222. New York: ACM. [PDF] [C]
57. MacKenzie, I. S., Zhang, S. X., & Soukoreff, R. W. (1999). Text entry using soft keyboards. *Behaviour & Information Technology*, 18, 235-244. [PDF] [J]
58. MacKenzie, I. S., & Chang, L. (1999). A performance comparison of two handwriting recognizers. *Interacting with Computers*, *11*, 283-297. [PDF] [J]
59. MacKenzie, I. S. (1999). *The 8051 microcontroller* (3rd ed.). Englewood Cliffs, NJ: Prentice-Hall. [B]

60. Bellman, T., & MacKenzie, I. S. (1998). A probabilistic character layout strategy for mobile text entry. *Proceedings of Graphics Interface '98*, pp. 168-176. Toronto: Canadian Information Processing Society. [C]
61. MacKenzie, I. S., & Oniszczak, A. (1998). A comparison of three selection techniques for touchpads. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '98*, pp. 336-343. New York: ACM. [PDF] [C]
62. Enns, N. R. N., & MacKenzie, I. S. (1998). Touchpad-based remote control devices. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '98*, pp. 229-230, New York: ACM. [PDF] [C]
63. Zhai, S., & MacKenzie, I. S. (1998). Teaching old mice new tricks: Innovations in computer mouse design. *Proceedings of the First World Congress on Ergonomics for Global Quality and Productivity*, pp. 80-83. Hong Kong University of Science and Technology: Clear Water Bay, Hong Kong. [C]
64. Bodner, R. C., & MacKenzie, I. S. (1997). Using animated icons to present complex tasks. *Proceedings of CASCON '97*, pp. 281-291. Toronto: IBM Canada Ltd. [C]
65. Balakrishnan, R., & MacKenzie, I. S. (1997). Performance differences in the fingers, wrist, and forearm in computer input control. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '97*, pp. 303-310. New York: ACM. [PDF] [C]
66. MacKenzie, I. S., & Oniszczak, A. (1997). The tactile touchpad. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI '97*, pp. 309-310. New York: ACM. [C]
67. MacKenzie, I. S., Soukoreff, R. W., & Pal, C. (1997). A two-ball mouse affords three degrees of freedom. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI '97*, pp. 303-304. New York: ACM. [C]
68. MacKenzie, I. S., & Zhang, S. (1997). The immediate usability of Graffiti. *Proceedings of Graphics Interface '97*, pp. 129-137. Toronto: Canadian Information Processing Society. [C]
69. Akamatsu, M., & MacKenzie, I. S. (1996). Movement characteristics using a mouse with tactile and force feedback. *International Journal of Human-Computer Studies*, *45*, 483-493. [PDF] [J]
70. Matias, E., MacKenzie, I. S., & Buxton, W. (1996). One-handed typing with a QWERTY keyboard. *Human-Computer Interaction*, *11*, 1-27.[J]
71. Matias, E., MacKenzie, I. S., & Buxton, W. (1996). A wearable computer for use in microgravity space and other non-desktop environments. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '96,* pp. 69-70. New York: ACM. [PDF] [C]
72. Akamatsu, M., MacKenzie, I. S., & Hasbrouq, T. (1995). A comparison of tactile, auditory, and visual feedback in a pointing task using a mouse-type device. *Ergonomics, 38,* 816-827. [J]
73. MacKenzie, I. S. (1995). Human input/output devices. In M. Katz (Ed.). *Technology Forecast: 1996*, pp. 51-73. Menlo Park, CA: Price Waterhouse. [O]
74. MacKenzie, I. S. (1995). Input devices and interaction techniques for advanced computing. In W. Barfield, & T. A. Furness III (Eds.), *Virtual environments and advanced interface design*, pp. 437-470. Oxford, UK: Oxford University Press. [BC]
75. MacKenzie, I. S. (1995). Movement time prediction in human-computer interfaces. In R. M. Baecker, W. A.S. Buxton, J. Grudin, & S. Greenberg (Eds.), *Readings in human-computer interaction* (2nd ed.) (pp. 483-493). Los Altos, CA: Kaufmann. [reprint of MacKenzie, 1992] [BC]
76. MacKenzie, I. S. (1995). *The 8051 microcontroller* (2nd ed.). Englewood Cliffs, NJ: Prentice-Hall. [B]
77. MacKenzie, I. S. (1995). *The 68000 microprocessor*. Englewood Cliffs, NJ: Prentice-Hall. [B]
78. McQueen, C., MacKenzie, I. S., & Zhang, S. X. (1995). An extended study of numeric entry on pen-based computers. *Proceedings of Graphics Interface '95*, pp.215-222. Toronto: Canadian Information Processing Society. [C]
79. Soukoreff, W., & MacKenzie, I. S. (1995). Generalized Fitts' law model builder. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '95*, pp. 113-114. New York: ACM. [PDF] [C]
80. Soukoreff, R. W., & MacKenzie, I. S. (1995). Theoretical upper and lower bounds on typing speed using a stylus and soft keyboard. *Behaviour & Information Technology*, *14*, 370-379. [J]
81. Akamatsu, M., Sato, S., & MacKenzie, I. S. (1994). Multimodal mouse: A mouse-type device with tactile and force display. *Presence*, *3*, 73-80. [J]
82. Chang, L., & MacKenzie, I. S. (1994). A comparison of two handwriting recognizers for pen-based computers. *Proceedings of CASCON '94,* pp. 364-371. Toronto: IBM Canada. [C]
83. MacKenzie, I. S., & Buxton, W. (1994). The prediction of pointing and dragging times in graphical user interfaces. *Interacting with Computers*, *6*, 213-227. [J]

84. MacKenzie, I. S., Nonnecke, B., McQueen, C., Riddersma, S., & Meltz, M.(1994). A comparison of three methods of character entry on pen-based computers. *Proceedings of the Human Factors and Ergonomics Society 38th Annual Meeting,* pp. 330-334. Santa Monica, CA: Human Factors Society. [C]
85. MacKenzie, I. S., Nonnecke, B., Riddersma, S., McQueen, C., & Meltz, M.(1994). Alphanumeric entry on pen-based computers. *International Journal of Human-Computer Studies*, *41*, 775-792. [J]
86. MacKenzie, I. S., & Riddersma, S. (1994). Effects of output display and control-display gain on human performance in interactive systems. *Behaviour & Information Technology*, *13*, 328-337. [J]
87. Matias, E., MacKenzie, I. S., & Buxton, W. (1994). Half-QWERTY: Typing with one hand using your two-handed skill. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '94*, pp. 51-52. New York: ACM. [C]
88. McQueen, C., MacKenzie, I. S., Nonnecke, B., & Riddersma, S. (1994). A comparison of four methods of numeric entry on pen-based computers. *Proceedings of Graphics Interface '94*, pp. 75-82. Toronto: Canadian Information Processing Society. [C]
89. Kabbash, P., MacKenzie, I. S., & Buxton, W. (1993). Human performance using computer input devices in the preferred and non-preferred hands. *Proceedings of the ACM Conference on Human Factors in Computing Systems – INTERCHI '93*, pp. 474-481. New York: ACM. [PDF] [C]
90. Matias, E., MacKenzie, I. S., & Buxton, W. (1993). Half-QWERTY: A one-handed keyboard facilitating skill transfer from QWERTY. *Proceedings of the ACM Conference on Human Factors in Computing Systems – INTERCHI '93*, pp. 88-94. New York: ACM. [PDF] [C]
91. MacKenzie, I. S., & Ware, C. (1993). Lag as a determinant of human performance in interactive systems. *Proceedings of the ACM Conference on Human Factors in Computing Systems – INTERCHI '93*, pp. 488-493. New York: ACM. [PDF] [C]
92. MacKenzie, I. S., & Buxton, W. (1993). A tool for the rapid evaluation of input devices using Fitts' law models. *SIGCHI Bulletin*, *25*(3), 58-63. [O]
93. MacKenzie, I. S. (1992). Fitts' law as a research and design tool in human-computer interaction. *Human-Computer Interaction*, 7, 91-139. [PDF] [J]
94. MacKenzie, I. S. (1992). Movement time prediction in human-computer interfaces. *Proceedings of Graphics Interface `92*, pp. 140-150. Toronto: Canadian Information Processing Society. [C]
95. MacKenzie, I. S. (1992). *The 8051 Microcontroller*. New York: Macmillan. [B]
96. MacKenzie, I. S. (1992). Beating the book: Mega challenges for CD-ROM and hypertext. *Journal of Research on Computing in Education, 24*, 486-498. [J]
97. MacKenzie, I. S., & Buxton, W. (1992). Extending Fitts' law to two-dimensional tasks. *Proceedings of the ACM Conference on Human Factors in Computing Systems - CHI '92*, pp. 219-226. New York: ACM. [PDF] [C]
98. MacKenzie, I. S. (1991). Fitts' law as a performance model in human-computer interaction. Doctoral dissertation, University of Toronto. [O]
99. MacKenzie, I. S. (1991). The PC as a productivity tool in the microprocessor laboratory. *IEEE Transactions on Education*, *34*, 62-69. [PDF] [J]
100. MacKenzie, I. S., Sellen, A., & Buxton, W. (1991). A comparison of input devices in elemental pointing and dragging tasks. *Proceedings of the ACM Conference on Human Factors in Computing Systems - CHI '91*, pp. 161-166. New York: ACM. [PDF] [C]
101. MacKenzie, I. S. (1990). Courseware evaluation: Where's the intelligence? *Journal of Computer-Assisted Learning*, *6*, 273-286. [J]
102. MacKenzie, I. S. (1989). A note on the information-theoretic basis for Fitts' law. *Journal of Motor Behavior*, *21*, 323-330. [J]
103. MacKenzie, I. S. (1989). A review of four CD-ROM databases. *ECOO Output*, *10*(2), 14-19. [0]
104. MacKenzie, I. S. (1988). Issues and methods in the microprocessor-based laboratory. *Journal of Computers in Mathematics and Science Teaching*, *7*(3), 12-18. [J]
105. MacKenzie, I. S. (1988). Microcomputers in music education: Current issues and trends. *Canadian Music Educator*, *29*(4), 15-24. [J]
106. MacKenzie, I. S. (1988). A structured approach to assembly language programming. *IEEE Transactions on Education*, *31*, 123-128. [PDF] [J]

[Categories: J = journal publication, C = conference publication, B = book, BC = book chapter, O = other]

# Research Notes

- Anova Explained (and a tool to do it!)
- Independent Variables in Fitts' Law Experiments
- Calculating Text Entry Speed
- Within-subjects vs. Between-subjects Designs: Which to Use?
- ISO Testing of Computer Pointing Devices
- Bibliography of Fitts' Law Research

# Contact

Dept. of Computer Science and Engineering
York University
4700 Keele St.
Toronto, Ontario
Canada M3J 1P3

Phone
1-416-736-2100 ext. 40631

Fax
1-416-736-5872

Email
mack "at" cse.yorku.ca