Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  650-838-2000
Facsimile:   650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
| Plaintiff, | **DECLARATION OF JIA-YIH LEE** |
| vs. | Date:      March 7, 2008<br>Time:      10:00 am |
| SYNAPTICS, INC. and AVERATEC, INC, | Judge:     Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |
| Defendants. | |

# REDACTED

1

I, Jia-Yih Lee declare and state as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, would testify competently, under oath, to the facts stated below.

2. I am a technical consultant of Elantech Devices Corporation.

3. I have personal knowledge of Elantech touchpads models accused by Synaptics in this matter, and their operation thereof. I also have personal knowledge of the firmware that provides the functionality in the Elantech touchpads. These firmware versions are identified as KTP3 and KTP5 codes.

4. Elantech touchpads do not send signals to the host indicating that a tap or a double tap has occurred. Instead, Elantech touchpads send only data packets containing "button down" and "button up", similar to the way that a mouse reports button clicks.

5. For the KTP5 touchpads, determining whether an object's contact with the touchpad constitutes a movement or a tap depends on the object's motion. If the object's motion exceeds a reference amount, the contact is determined to be a move. A variable [          ], internal to the KTP5 code, is used for measuring this motion.

6. For the KTP3 and KTP5 touchpads, when an object is moved on the pad, it results in a change in capacitance. The change of capacitance increases when the speed of the object movement increases. According to the change, the firmware determines if it is a fast movement or not. Variables [          ] and [          ] are set to reflect the movement.

7. Variable [          ] is not used in the KTP5 codes.

8. In the time since this case started Elantech made improvement to the operation of its touchpad products through changes to the firmware. I understand that the more current versions of the Elantech firmware code has been recently produced to Synaptics' counsel. Included in those firmwares are changes to the way in which the Elantech touchpads process some of the gestures referred to in Synaptics' patent claims.

///

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
2  true and correct. Executed on February 16, 2008, at Hsinchu, Taiwan R.O.C.

_____
Jia-Yih Lee

6203600