1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:       650-838-2000
   Facsimile:        650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORP.,            | Case No. 3:06-CV-01839 CRB
13 |          Plaintiff,                |
                                         | **ELANTECH'S ADMINISTRATIVE
14 |     vs.                            | MOTION TO FILE PAPERS IN SUPPORT
                                         | OF ITS OPPOSITION TO SYNAPTICS'
15 | SYNAPTICS, INC. and AVERATEC, INC.,| MOTIONS FOR PARTIAL SUMMARY
                                         | JUDGMENT UNDER SEAL;
16 |          Defendants.               | DECLARATION OF SEAN P. DEBRUINE**

1       Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation ("Elantech") hereby requests leave of Court to file under seal the following documents which have been lodged with the Clerk:

    1.    Elantech Devices Corp.'s Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents;

    2.    Declaration of Ian Scott MacKenzie, Ph.D.; and

    3.    Declaration of Jia-Yih Lee.

      As discussed in the attached supporting Declaration of Sean P. DeBruine ("DeBruine Decl."), these documents discuss in detail aspects of the design of Elantech's accused products, including its highly confidential source code, which is designated as "Highly Confidential Code" under the September 26, 2006 Amended Protective Order. *See* DeBruine Decl., ¶ 3. Accordingly, Elantech respectfully requests that these documents be filed under seal.

Dated: February 15, 2008        Respectfully Submitted,

                              AKIN GUMP STRAUSS HAUER & FELD LLP

                              By:             /s/
                                          Sean P. DeBruine

                              Attorneys for Plaintiff and Counterdefendant
                              ELANTECH DEVICES CORP.

1

**DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine, declare as follows:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal its Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents, and supporting Declarations of Ian Scott MacKenzie, Ph.D. and Jia-Yih Lee.

3. Elantech's Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents, and supporting Declarations of Ian Scott MacKenzie, Ph.D. and Jia-Yih Lee discuss in detail the operations of Elantech's touchpad products, particularly its highly sensitive source code, which is designated "Highly Confidential Code" pursuant to the September 26, 2006 Amended Stipulated Protective Order. Accordingly, Elantech is submitting these documents for filing under seal and is filing a redacted version of these documents in the public record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February, 2008 at Palo Alto, California.

/s/
Sean P. DeBruine

ELANTECH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF SEAN P. DEBRUINE        CASE NO. 06-CV-01839 CRB

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:       650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORP.,              Case No. 3:06-CV-01839 CRB

13           Plaintiff,
                                         **[PROPOSED] ORDER GRANTING
14       vs.                             ELANTECH'S ADMINISTRATIVE
                                         MOTION TO FILE PAPERS IN SUPPORT
15  SYNAPTICS, INC. and AVERATEC, INC.,  OF ITS OPPOSITION TO SYNAPTICS'
                                         MOTIONS FOR PARTIAL SUMMARY
16           Defendants.                 JUDGMENT UNDER SEAL**

17

1 | The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers in Support of Its Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents Under Seal. Good cause appearing, the motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

1. Elantech Devices Corp.'s Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents;

2. Declaration of Ian Scott MacKenzie, Ph.D.; and

3. Declaration of Jia-Yih Lee.

IT IS SO ORDERED.

Dated: February ___, 2008

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE