ORIGINAL

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California 94306
5  Telephone:   650-838-2000
   Facsimile:   650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  ELANTECH DEVICES CORP.,           ) Case No. 3:06-CV-01839 CRB
                                      )
14          Plaintiff,                ) **CERTIFICATE OF SERVICE**
                                      )
15     vs.                            )
                                      )
16  SYNAPTICS, INC. and               )
    AVERATEC, INC.                    )
17                                    )
                                      )
18          Defendants.               )

**CERTIFICATE OF SERVICE**

I, Sasha Kapralov, am more than eighteen years of age and not a party to the within action. My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California, 94306.

On February 15, 2008, I served the following:

1. Elantech Devices Corp.'s Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents (Confidential Version);
2. Declaration of Ian Scott MacKenzie, Ph.D. (Confidential Version); and
3. Declaration of Jia-Yih Lee (Confidential Version).

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Karl J. Kramer<br>Erika L. Yawger<br>**MORRISON & FOERSTER LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Fax: (650) 494-0792<br>kkramer@mofo.com<br>eyawger@mofo.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |
| Karen H. Bromberg<br>Elizabeth F. Berhardt<br>Damir Cefo<br>**COHEN & GRESSER LLP**<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>kbromberg@cohengresser.com<br>ebernhardt@cohengresser.com<br>dcefo@cohengresser.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |

I am readily familiar with our firm's practice for collection and processing of correspondence via electronic mail and overnight courier. I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I

CERTIFICATE OF SERVICE — CASE NO. 3:06-CV-01839 CRB

1 placed the aforementioned documents in a sealed envelope and delivered them to an authorized FedEx
2 Express drop-off location, following ordinary business practice. I declare under penalty of perjury
3 under the laws of the United States that the foregoing is true and correct; that I am employed in the
4 office of a member of the bar of this Court at whose direction the service was made; and that this
5 declaration was executed on February 15, 2008, at Palo Alto, California.

_____
Sasha Kapralov