
1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
4  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:       650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORP.,                | Case No. 3:06-CV-01839 CRB
13 |         Plaintiff,                      | **[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION TO FILE PAPERS IN SUPPORT OF ITS OPPOSITION TO SYNAPTICS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**
14 |   vs.
15 | SYNAPTICS, INC. and AVERATEC, INC.,
16 |         Defendants.

(PROPOSED struck through)

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Papers in Support of Its Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents Under Seal.  Good cause appearing, the motion is GRANTED.

It is hereby ORDERED that the following documents are to be filed under seal:

1. Elantech Devices Corp.'s Opposition to Synaptics, Inc.'s Motions for Partial Summary Judgment That Use of Elantech's Products Meets the Tapping Claims of the '931 and '591 Patents and the Zone Claims of the '931, '052 and '411 Patents;

2. Declaration of Ian Scott MacKenzie, Ph.D.; and

3. Declaration of Jia-Yih Lee.

IT IS SO ORDERED.

Dated: February 20, 2008



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE