KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.    C06-01839 CRB <br><br> **SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF KARL J. KRAMER** <br><br> Date:    March 7, 2008 <br> Time:    10:00 a.m. <br> Courtroom 8, 19th Floor <br> Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

1      Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11,

2  and 79-5(d), Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under

3  seal the following documents:  (1) Synaptics, Inc.'s Consolidated Reply Brief in Support of

4  Motions for Partial Summary Judgment that Use of Elantech's Product Features Meet the

5  Limitations of Synaptics' Patent Claims ("Reply Brief"), (2) the Supplemental Declaration of

6  Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions for Summary Judgment, executed

7  February 20, 2008 ("Supp. Wolfe SJ Infringement Declaration"), and (3) Appendix A to the

8  Supp. Wolfe SJ Infringement Declaration.

9      Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document

10  may be obtained when it is established that the document in question contains information that

11  is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

12      The Reply Brief and the Supp. Wolfe SJ Infringement Declaration discuss and refer in

13  detail to information that Elantech Devices Corporation ("Elantech") has designated as

14  confidential firmware and source code ("Code").  This discussion occurs throughout the Reply

15  Brief and the Supp. Wolfe SJ Infringement Declaration.  Moreover, Appendix A to the Supp.

16  Wolfe SJ Infringement Declaration consists of a printout of Elantech's source code, as provided

17  to Synaptics.  Elantech represented that this Code contains highly confidential business

18  information regarding the operation of Elantech's touchpad products.  Elantech designated it as

19  "Highly Confidential Code" and "Confidential – Attorneys' Eyes Only" pursuant to the

20  September 26, 2006 Amended Protective Order.  *See* Supporting Declaration of Karl J. Kramer

21  (attached).

22      The Court has previously granted Elantech's and Synaptics's requests in the briefing on

23  other summary judgment motions to file materials relating to the parties' firmware and source

24  codes under seal.  (*See, e.g.,* February 21, 2008 Order Granting Elantech's Administrative

25  Motion to File Papers Under Seal; January 2, 2008 Order Granting Synaptics' Administrative

26  Motion to File Papers Under Seal; December 26, 2007 Order Granting Synaptics'

27  Administrative Motion to File Papers Under Seal; November 27, 2007 Order Granting

28  Elantech's Administrative Motion to File Papers Under Seal; June 18, 2007 Order Granting

1  Synaptics' Motion to File Papers Under Seal; May 29, 2007 Order Granting Elantech's

2  Administrative Motion to File Papers Under Seal; May 21, 2007 Order Granting Synaptics'

3  Motion to File Papers Under Seal.)

4       For the reasons stated above, Synaptics respectfully requests that the Court grant its

5  Miscellaneous Administrative Request to File Documents Under Seal.

6

7  Dated:  February 22, 2008            KARL J. KRAMER
                                  ERIKA L. YAWGER

8                                    MORRISON & FOERSTER LLP

9

10                          By:   /s/Karl J. Kramer

11                                Karl J. Kramer
                              Email:  KKramer@mofo.com

12                            Attorneys for Defendant and
                          Counterclaimant

13                            SYNAPTICS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### SUPPORTING DECLARATION OF KARL J. KRAMER

2        I, Karl J. Kramer, declare as follows:

3        1.        I am a member of the bar of the State of California, and I am admitted before this

4    Court.  I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for

5    Synaptics, Inc. ("Synaptics") in the above-captioned action.  I have personal knowledge of the

6    facts set forth herein and, if called as a witness, I could competently testify thereto.

7        2.        Synaptics seeks to file under seal the following documents:  (1) Synaptics, Inc.'s

8    Consolidated Reply Brief in Support of Motions for Partial Summary Judgment that Use of

9    Elantech's Product Features Meet the Limitations of Synaptics' Patent Claims ("Reply Brief"),

10   (2) the Supplemental Declaration of Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions

11   for Summary Judgment, executed February 20, 2008 ("Supp. Wolfe SJ Infringement

12   Declaration"), and (3) Appendix A to the Supp. Wolfe SJ Infringement Declaration.

13       3.        The Reply Brief, the Supp. Wolfe SJ Infringement Declaration, and Appendix A to

14   the Supp. Wolfe SJ Infringement Declaration discuss and refer in detail to information that

15   Elantech has designated as confidential firmware and source code ("Code").  In fact, Appendix A

16   to the Supp. Wolfe SJ Infringement Declaration is a printout of the actual Code.  Elantech

17   represented that this Code contains highly confidential business information regarding the

18   operation of Elantech's touchpad products.  Elantech designated the Code as "Highly

19   Confidential Code" and "Confidential – Attorneys' Eyes Only" pursuant to the September 26,

20   2006 Amended Protective Order.  (*See* Docket No. 55.)  Accordingly, Synaptics seeks to file the

21   Reply Brief, the Supp. Wolfe SJ Infringement Declaration, and Appendix A thereto under seal.

22       I declare under penalty of perjury under the laws of the United States of America that,

23   to the best of my knowledge, the foregoing is true and correct.

24

25       Executed on February 22, 2008, in Palo Alto, California.

26                                By:   /s/Karl J. Kramer

27                                      Karl J. Kramer
                                       Email:  KKramer@mofo.com

28

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a            Case No.    C06-01839 CRB
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                     **[PROPOSED] ORDER
                                                 GRANTING SYNAPTICS, INC.'S**
14                          Plaintiff,           **MISCELLANEOUS
                                                 ADMINISTRATIVE REQUEST**
15          v.                                   **TO FILE DOCUMENTS UNDER
                                                 SEAL**
16
     SYNAPTICS, INC., a Delaware corporation;    Date:  March 7, 2008
17   AVERATEC, INC., a California corporation;   Time:  10:00 a.m.
     and PROSTAR COMPUTER, INC., a               Courtroom 8, 19th Floor
18   California corporation,                     Hon. Charles R. Breyer

19                          Defendants.

20

21   AND RELATED COUNTERCLAIMS

22

23

24

25

26

27

28

1    This matter comes before the Court on an administrative motion to file under seal:

2        (1)    Synaptics, Inc.'s Consolidated Reply Brief in Support of Motions for Partial

3                     Summary Judgment that Use of Elantech's Product Features Meet the

4                     Limitations of Synaptics' Patent Claims;

5        (2)    Supplemental Declaration of Andrew Wolfe Ph.D. in Support of Synaptics,

6                     Inc.'s Motions for Summary Judgment, executed February 20, 2008 ("Supp.

7                     Wolfe SJ Infringement Declaration"); and

8        (3)    Appendix A to the Supp. Wolfe SJ Infringement Declaration

9    Having considered Synaptics' request, as well as the pleadings and materials lodged and

10    filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for Synaptics,

11    Inc.'s Consolidated Reply Brief in Support of Motions for Partial Summary Judgment that Use

12    of Elantech's Product Features Meet the Limitations of Synaptics' Patent Claims, the Supp.

13    Wolfe SJ Infringement Declaration, and Appendix A thereto, to be filed under seal. Defendant's

14    administrative motion to file documents under seal is hereby GRANTED.

15

16        IT IS SO ORDERED.

17    Dated: _____

18

19                          By: _____

20                               UNITED STATES DISTRICT COURT JUDGE
                           HONORABLE CHARLES R. BREYER

21

22

23

24

25

26

27

28