1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5
6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
   corporation existing under the laws of Taiwan,
13 R.O.C.,                                   **DECLARATION OF KARL J.
                                             KRAMER IN SUPPORT OF
14          Plaintiff,                       SYNAPTICS, INC.'S MOTION TO
                                             STRIKE REFERENCES TO
15     v.                                    ELANTECH'S NEW SOURCE
                                             CODE**
16
17 SYNAPTICS, INC., a Delaware corporation;  Date:    March 7, 2008
   AVERATEC, INC., a California corporation; Time:    10:00 a.m.
18 and PROSTAR COMPUTER, INC., a             Courtroom 8, 19th Floor
   California corporation,                   Hon. Charles R. Breyer
19
20          Defendants.

21 AND RELATED COUNTERCLAIMS

22

23

24

25

26

27

28

1      I, Karl J. Kramer, hereby declare as follows:

2      1.      I am an attorney, duly licensed to practice before this Court.  I am a partner with

3  the law firm of Morrison & Foerster LLP, counsel of record for defendant Synaptics, Inc.

4  ("Synaptics") in this action.  Based on my involvement in this action, I have personal knowledge

5  of the information set forth herein, and if called as a witness, I could and would competently

6  testify thereto.

7      2.      On September 1, 2006, Synaptics served its Preliminary Infringement Contentions

8  on Elantech Devices Corporation ("Elantech").  In these Preliminary Infringement Contentions,

9  Synaptics identified particular Elantech products that it accused of infringing its asserted patents.

10     3.      On October 2, 2006, pursuant to a stipulated protective order and an agreement

11 between myself and Elantech's counsel, Sean DeBruine, Synaptics and Elantech exchanged

12 "current and exemplary versions" of the source code for the products at issue in the litigation.

13     4.      Since October 2, 2006, this case has been litigated based exclusively on the source

14 code exchanged on October 2, 2006 with the understanding that this code reflected the products

15 that are accused of infringement in this case.

16     5.      In particular, on December 29, 2006, Synaptics served amended infringement

17 contentions in response to the source code produced by Elantech on October 2, 2006.  These

18 contentions were based on, and limited to, the October 2nd source code.  Specifically, the

19 Infringement Contentions Charts identified particular portions of the KTP3 and KTP5 code

20 produced by Elantech on October 2, 2006 that performed each limitation of the asserted claims.

21 No other infringing products, other than those embodying the October 2nd KTP3 and KTP5 code,

22 were mentioned in the Infringement Contentions Charts.  Attached hereto as Exhibit A is a true

23 and correct copy of the Amended Patent Local Rules 3-1, 3-2 Disclosures and Infringement

24 Contentions Charts served on December 29, 2006.

25     6.      On January 31, 2008, I received a CD bearing production number ETD0012137

26 from Sasha Kapralov, a paralegal with Akin Gump Strauss Hauer & Feld LLP, Elantech's

27 counsel.  In a letter accompanying this CD, Mr. Kapralov noted that this CD "contain[ed]

28

1  Elantech's code."  Attached hereto as Exhibit B is a true and correct copy of the January 31, 2008

2  letter from Mr. Kapralov that accompanied the CD.

3           7.      After receiving this CD, I emailed Mr. DeBruine on January 31, 2008 for an

4  explanation regarding this CD.  In his reply email, Mr. DeBruine said that "Elantech [wa]s

5  supplementing its document production" and that "[t]he disc includes firmware for newer

6  Elantech touchpad products."  Attached hereto as Exhibit C is a true and correct copy of the

7  January 31, 2008 emails between myself and Mr. DeBruine regarding this CD.

8           8.      Given the complexity and volume of the code that was just produced on

9  January 31, 2008, Synaptics has not had an opportunity to review the code or have its expert

10  provide an analysis of the code.

11         I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.  Executed on February 22, 2008, in Palo Alto, California.

13

14                                    _____/s/ Karl J. Kramer_____
                                       Karl J. Kramer

15                                     Email: Kkramer@mofo.com

16

17

18

19

20

21

22

23

24

25

26

27

28

1   KARL J. KRAMER (CA SBN 136433)
ROBERT L. McKAGUE (CA SBN 187461)
2   ERIKA L. LABIT (CA SBN 234919)
MORRISON & FOERSTER LLP
3   755 Page Mill Road
Palo Alto, California 94304-1018
4   Telephone: (650) 813-5600
Facsimile: (650) 494-0792
5   kkramer@mofo.com

6   Attorneys for Defendant
SYNAPTICS, INC.
7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a     Case No.    3:06-CV-01839 CRB
corporation existing under the laws of Taiwan,
13   R.O.C.,     **SYNAPTICS' AMENDED PATENT LOCAL RULE 3-1, 3-2 DISCLOSURES**
14               Plaintiff,

15       v.

16   SYNAPTICS, INC., a Delaware corporation;
AVERATEC, INC., a California corporation; and
17   PROSTAR COMPUTER, INC., a California
corporation,
18
              Defendants.
19

20   AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

**EXHIBIT A**

1    Pursuant to Patent L.R. 3-1 and 3-2, Counterclaimant Synaptics, Inc. ("Synaptics")

2    hereby submits the following Disclosure of Asserted Claims and Preliminary Infringement

3    Contentions regarding infringement of U.S. Patent Nos. 5,543,591 ("the '591 patent"),

4    5,880,411 ("the '411 patent"), 5,943,052 ("the '052 patent"), and 6,380,931 ("the '931 patent")

5    (collectively the "Synaptics Patents") to Counterclaim Defendant Elantech Devices

6    Corporation ("Elantech").

7    **(a)     The Claims Asserted To Be Infringed**

8    Synaptics presently asserts that Elantech is liable under Title 35 United States Code

9    Section 271 for infringement of Claims 14-15 and 18-19 of the '052 Patent, claims 46 and 48-

10   52 of the '411 Patent, claims 1, 5, and 6 of the '931 Patent, and claims 6 and 9 of the '591

11   Patent.  Synaptics has yet to receive a full production or disclosure of documents or

12   information from Elantech.  Elantech has not fully stated its interpretation of the claims of the

13   Synaptics Patents and has not explained its contention that it allegedly does not infringe the

14   asserted claims of the Synaptics Patents.  Synaptics reserves the right to amend or otherwise

15   modify its identification if further relevant information is revealed or circumstances change.

16   Although Synaptics has set forth disclosure with respect to all terms of the asserted claims,

17   some of the terms in the claims may not be properly construed as limitations of the claims.

18   That issue will be resolved in connection with the claim construction proceedings and nothing

19   herein shall be deemed an admission concerning which claim terms are or are not limitations of

20   the claims.

21   **(b)     The Accused Instrumentalities**

22   Elantech develops, markets, sells and distributes Elantech TouchPad devices, including,

23   but not limited to, those devices identified in Elantech's Response to Interrogatory No. 1,

24   served on August 18, 2006 (the "Elantech TouchPads").  At present, Synaptics believes that

25   Elantech's  TP3, KTP3, and KTP5 TouchPad devices practice the inventions claimed in the

26   Synaptics Patents.  In addition, it is currently believed that Elantech's KTP6 TouchPad devices

27   also practice the inventions claimed in the Synaptics Patents, although Synaptics has not had an

28   opportunity to test the KTP6 TouchPad.  The Elantech TouchPads are incorporated into and

1   work in conjunction with other hardware and software for sale to and use by end-users ("end-

2   products"). Such end products include the ProStar M55G and Averatec 3700. These end

3   products have already been adjudged and enjoined in the United States as infringing devices.

4   Other end products including Elantech's infringing TouchPad devices are currently believed to

5   include: Addict Avenger, ASI EL80, MSI L725, Nogware Savage 150, Overam Mirage 5500,

6   Quandra CNT 1016, Sager NP3880, 4880, 5950, and 6630, and ProStar M38AW, M400A,

7   M4A, M55N, M56A, M57A, M57U, M59K and M66N. Synaptics has reason to believe, but

8   has not been able to confirm with certainty, that the following end products also include

9   Elantech TouchPad devices: Clevo M400A, M560A, M570A, MSI 1035, Compal EL 80 and

10  FL 30, Acer 3004, Acer Travel Mate C300, and Acer Aspire 5504. Further end products will

11  be identified in discovery as Elantech discloses further end products into which its infringing

12  TouchPads have been incorporated. The Elantech TouchPad devices, as incorporated into end

13  products and used by end users, are the Accused Instrumentalities.

14       Elantech conducts its commercial activities regarding its TouchPad devices with

15  knowledge and intent that they are incorporated into end products and imported into, sold,

16  offered for sale, and/or used in the United States. Elantech designs its TouchPad devices to be

17  used in a manner that infringes the asserted claims of the Synaptics Patents and Elantech

18  instructs end-users of end products to use the Elantech TouchPads in a manner that infringes

19  the asserted claims of the Synaptics' Patents. Elantech has had knowledge of the Synaptics

20  Patents, and its infringement of the asserted claims of the Synaptics Patents since at least

21  December 18, 2003.

22       Synaptics has yet to receive a full production or disclosure of documents and other

23  information relating to the Elantech TouchPad devices. Elantech has not fully stated its

24  interpretation of the claims of the Synaptics Patents and has not explained its contention that it

25  allegedly does not infringe the asserted claims of the Synaptics Patents. Synaptics reserves the

26  right to amend or otherwise modify its identification if further relevant information is revealed

27  or circumstances change.

28

SYNAPTICS' PATENT LOCAL RULE 3-1, 3-2 DISCLOSURES
CASE NO. 3:06-CV-01839 CRB

2

1          **(c)    The Preliminary Infringement Contentions Chart**

2          The Preliminary Infringement Contentions Charts attached hereto identify specifically

3    where each element of each asserted claim is found within each Accused Instrumentality.

4    Synaptics has yet to receive a full production or disclosure of documents or information from

5    Elantech relating to the Accused Instrumentalities.  Elantech has not fully stated its

6    interpretation of the claims of the Synaptics Patents and has not explained its contention that it

7    allegedly does not infringe the asserted claims of the Synaptics Patents.  Synaptics reserves the

8    right to amend or otherwise modify its identification if further relevant information is revealed

9    or circumstances change.

10          **(d)    Identification of Type of Infringement**

11          The attached Preliminary Infringement Contentions Chart identifies how each element

12    of each asserted claim is literally present in the Accused Instrumentalities.  Synaptics has yet to

13    receive a full production or disclosure of documents or information from Elantech.  Elantech

14    has not stated fully its interpretation of the claims of the Synaptics Patents and has not

15    explained its contention that it allegedly does not infringe the asserted claims of the Synaptics

16    Patents.  However, Synaptics states on information and belief that under the claim

17    interpretation that Defendant has suggested it will advance, the Accused Instrumentalities meet

18    each and every asserted claim term at a minimum under the doctrine of equivalents.  Synaptics

19    reserves the right to amend or otherwise modify its identification if further relevant information

20    is revealed or circumstances change.

21          **(e)    Application Priority Dates of Claims**

22          The asserted inventions claimed in U.S. Patent No. 5,543,591 (the '591 Patent), are

23    entitled to a priority date of at least October 7, 1994, when application Ser. No. 320,158 was

24    submitted to the U.S. Patent & Trademark Office.  The inventions claimed in U.S. Patent No.

25    6,380,931 (the '931 Patent) are entitled to a priority date of at least October 7, 1994, when

26    application Ser. No. 320,158 was submitted to the U.S. Patent & Trademark Office.  The

27    asserted inventions claimed in U.S. Patent No. 5,880,411 (the '411 Patent), are entitled to a

28    priority date of at least March 28, 1996, when application Ser. No. 623,483 was submitted to

1  the U.S. Patent & Trademark Office.  The asserted inventions claimed in U.S. Patent No.

2  5,943,052 (the '052 Patent), are entitled to a priority date of at least August 12, 1997, when

3  application Ser. No. 909,696 was submitted to the U.S. Patent & Trademark Office.

4      **(f)**        **Patentee's Asserted Practice Of The Claimed Inventions**

5        As of this date, Synaptics states that it does intend to rely upon its own practice of the

6  claimed invention for any purpose in this case.  The devices that are believed to practice the

7  asserted claims are listed in a letter served with the original Patent Local Rule 3-1 and 3-2

8  Disclosure.  Synaptics does intend to rely upon evidence that it has licensed the inventions

9  claimed in the Synaptics Patents to other parties and that those parties are or may be practicing

10  the inventions claimed in the Synaptics Patents.  Synaptics also notes that its statements herein

11  do not waive any right Synaptics may have to assert evidence of inventorship under 35 U.S.C.

12  Sections 102, 256 or other applicable provision.

13                **Statement of Compliance with Rule 3-2**

14        Synaptics states that it has already produced or produces herewith the materials in its

15  possession, custody or control that are specified under Local Patent Rule 3-2.  In particular,

16  with respect to Rule 3-2(a), Synaptics states that it has produced responsive documents of

17  which it is currently aware that are in its possession, custody or control.  Synaptics also states

18  that it has produced materials in its possession, custody or control that may contain information

19  or reference information responsive to Local Patent Rule 3-2(b).   Finally, with respect to Local

20  Patent Rule 3-2(c), responsive materials have been produced in the most complete form

21  possible at this time.

22        Synaptics is continuing its search for additional responsive documents within its

23  possession, custody, and control, and will produce them (if any) to the extent such documents

24  are located.

25

26

27

28

**EXHIBIT A**

1

<u>**Certification of Compliance with Rule 2-3**</u>

2         Pursuant to Patent L.R. 2-3, counsel attests that to the best of his or her knowledge,

3  information, and belief, formed after an inquiry that is reasonable under the circumstances, the

4  information contained in this statement, charts and disclosure is complete and correct at the

5  time it is made.

6

7  Dated:  December 29, 2006          KARL J. KRAMER
                            ROBERT L. McKAGUE

8                            ERIKA L. LABIT
                            MORRISON & FOERSTER LLP

9

10

11

12                       By: _____

13                          Karl J. Kramer

14                       Attorneys for Defendant
                       SYNAPTICS, INC.

15

  pa-1121391

16

17

18

19

20

21

22

23

24

25

26

27

28

# CLAIM CHART FOR US PAT. NO. 6,380,931

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 1. A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "sensor area." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech. com.tw/english/en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touch-pad technology senses the minute changes of capacitance when a |

1

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. <br><br>The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of information is sent from the touchpad. Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837. "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating. TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834. "The touch pad will send Packet ID #1 whenever it detects a change of pad position. Pad position is expected to be updated approximately every 25 ms and is reported as absolute position." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05 at SYN 00004835. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech.com.tw/english/en_prod_touch.html, at SYN 00004998. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | processor representing information from the touchpad sensor. *See* http://www. elantech.com. tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05 at SYN 00004826.<br><br>The Elantech touchpad recognizes tapping gestures. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799. The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "1 finger means 'Click.'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004943. "Simulate Button function: Left Button – One-Finger" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960. "Touchpad Options – Smart Edges  Tapping  Tap and Drag Lock [depicted graphically]" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980. The Elantech touchpad has a "Function" of No. "1 Finger (Left Button)" which is "It's same as the left button of mouse. And it could be set up as the functions as selected." http://www .elantech.com.tw/english/en_prod_touch.html, at SYN 00004998-4999. Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad. When slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity is getting higher when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. "The main function of Elantech Driver are: Vertical and horizontal wheel (scrolling) function, corner tap, smart edge, multifinger function, . . . etc." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494 . "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004951. These all can enable tapping to be always enabled and disable when typing. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "'Enable Tapping' allows user to always enable the touchpad. The user can disable tapping function by clicking check box." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. The Elantech touchpad is purported to have a "Tapping life" of one million taps. The Product Features of KTP3, dated 10/18/02, SYN 00005083.<br><br>Functions and operations described in, for example, KTP3 Code lines 157-298 (pages 5-8 of 244), 2086-2122 (pages 73-74 of 244), 1261-83 (pages 137-38 of 244), 1288-1307 (page 138 of 244), 1325-1335 (page 139 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1963-96 (pages 71-72 of 273), 1540-1562 (page 148 of 273), 1574-1582 (page 148 of 273), 1615-1633 (page 149 of 273). |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (a) detecting a presence of a conductive object on the touch-sensor pad; | The Elantech touchpad detects the presence of a conductive object on the touch-sensor pad. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/ en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN - 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.<br><br>Functions and operations described in, for example, KTP3 Code lines 208-240 (page 116 of 244) and 272-439 (pages 159-162 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 330-375 (pages 123-124 of 273) and 122-315 (pages 164-68 of 273). |
| (b)  comparing the amount of time said conductive object is present on said touch pad with a reference amount of time; | The Elantech TouchPad software recognizes a tap gesture only if the conductive object is present on the touch pad for less than a reference amount of time. Conversely, the Elantech TouchPad software will not recognize a tap gesture if the conductive object is present on the touch pad for more than a specific amount of time. Thus, the Elantech TouchPad software compares the amount of time the conductive object is present on the touch pad with a reference amount of time.<br><br>Functions and operations described in, for example, KTP3 Code lines 271 (page 16 of 244), 1558, 1578-1579 (page 62 of 244), and 473-489 (page 121 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 734-735 (page 131 of 273), 1574-1592 (page 148-149 of 273), 1615-1656 (pages 149-150 of 273). |
| (c)  comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion; | The Elantech TouchPad software recognizes a tap gesture only if the conductive object is present on the touch pad and moves less than a reference amount of motion. Conversely, the Elantech TouchPad software will not recognize a tap gesture if the conductive object is present on the touch pad and moves more than a specific amount of motion.  Thus, the Elantech TouchPad software compares the amount of motion the conductive object exhibits on the touch pad with a reference amount of motion. |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Functions and operations described in, for example, KTP3 Code lines 491-502 (pages 121-122 of 244), 507-520 (page 122 of 244), and 505-531 (pages 163-64).<br><br>Functions and operations described in, for example, KTP5 Code lines 734-766 (pages 131-132 of 273) and 1504-1529 (page 107 of 273). |
| (d)  initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion; and | The Elantech touchpad recognizes tapping gestures.  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799.  The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver.  Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076.  "1 finger means 'Click'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004943.  "Simulate Button function: Left Button – One-Finger"  Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960.  "Touchpad Options – Smart Edges  Tapping  Tap and Drag Lock [depicted graphically]"  Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980.  The Elantech touchpad has a "Function" of "No. 1 Finger (Left Button)" which is "It's same as the left button of mouse.  And it could be set up as the functions as selected." http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998-4999. Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad when slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity when drag slider to right side."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  "The main function of Elantech Driver are: Vertical and horizontal wheel (scrolling) function, corner tap, smart edge multifinger function, . . . etc."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494.  "'Corner Tap' page |

8

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function.  There are 4 corners can be set up, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be although adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503.  "Tapping function is default enabled . . ."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951.  These all can enable tapping to be always enabled and disable when typing.  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500.  "'Enable Tapping' allows user to always enable the touchpad. .The user can disable tapping function by clicking check box."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945.  The Elantech touchpad is purported to have a "Tapping life" of one million taps.  The Product features of KTP3, dated 10/18/02, at SYN 00005083.<br><br>The Elantech TouchPad software recognizes a tap gesture only if the conductive object is present on the touch pad for less than a reference amount of time and if the conductive object is present on the touch pad and moves less than a reference amount of motion.  Conversely, the Elantech TouchPad software will not recognize a tap gesture if the conductive object is present on the touch pad for more than a specific amount of time or if the conductive object moves more than a specific amount of motion.  Thus, the Elantech TouchPad software compares the amount of time the conductive object is present on the touch pad with a reference amount of time and compare the amount of motion the conductive object exhibits on the touch pad with a reference amount of motion.<br><br>Functions and operations described in, for example, KTP3 Code lines 748-761 (page 127 of 244), 799-808 (page 128 of 244), 993-1010 (page 132 of 244), 1076-82 (pages 133-134 of 244), and 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1021-1034 (page 137 of 273), 1072-1080 (page 138 of 273), 1299-1355 (pages 143-44 of 273), 1963-1996 (pages 71-72 of 273). |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (e)  maintaining said signal for a predetermined period of time. | Once a tap gesture is recognized, the Elantech TouchPad software maintains the tap gesture signal for a period of time that is determined before the signal is sent such that the host can recognize and process the signal.<br><br>Functions and operations described in, for example, KTP3 Code lines 272 (page 16 of 244), 1559 (page 62 of 244), 1581-1583 (page 63 of 244), 896-901 (page 130 of 244), 865-875 (page 129 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 370 (page 9 of 273), 50 (page 30 of 273), 1181-1196 (page 140 of 273), 1131-1150 (pages 139-40 of 273). |
| 5.  A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "sensor area."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05 at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4.  "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.  The user moves his finger over this sensor area."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086.  ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004998.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech |

10

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05 at SYN 00005017. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.<br><br>The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Hand-held device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of information is sent from the touchpad. Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Hand-held device Application, dated 05/13/05, at SYN 00004836-4837. "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating. TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834. "The touch pad will send Packet ID #1 whenever it detects a change of pad position. Pad position is expected to be updated approximately every 25 ms and is reported as absolute position." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0 at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y) make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http:// www. elantech.com.tw/english/en_ prod_touch.html, at SYN 00004998. "The following figure illustrates the touch pad's top view. It |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "the finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI").  Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993.  An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor.  *See* http://www. elantech.com. tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC).  "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver.  It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers.  ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004936.  "The switch and finger position information will be sent to host by serial (UART or SPI) bus."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.<br><br>The Elantech touchpad recognizes tapping gestures.  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799.  The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver.  Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076.  "1 finger means 'Click'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004943.  "Simulate Button |

13

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | function: Left Button – One-Finger" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960. "Touchpad Options – Smart Edges  Tapping  Tap and Drag Lock [depicted graphically]" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980. The Elantech touchpad has a "Function" of No. "1 Finger (Left Button)" which is "It's same as the left button of mouse. And it could be set up as the functions as selected." http://www.elantech .com.tw/english/en_prod_touch.html, at SYN 00004998-4999. Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad. When slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. "The main function of Elantech Driver are: Vertical and horizontal wheel (scrolling) function, corner tap, smart edge multifinger function, . . . etc." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05 at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03 at SYN 00092493-92494. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004921. These all can enable tapping to be always enabled and disable when typing. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "'Enable Tapping' allows user to always enable the touchpad. The user can disable tapping function by clicking check |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | box." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. The Elantech touchpad is purported to have a "Tapping life" of one million taps. The Product Features of KTP3, dated 10/18/02, at SYN 00005083.<br><br>Functions and operations described in, for example, KTP3 Code lines 1261-1283 (pages 137-138 of 244), 157-298 (pages 5-8 of 244), 1298-1307 (page 138 of 244), 1325-1335 (page 139 of 244), and 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1540-1562 (page 148 of 273), 1574-1592 (pages 148-49 of 273), 1615-1633 (page 148 of 273), and 1963-1996 (pages 71-72 of 273). |
| (a)  detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad; | The Elantech touchpad recognizes tapping gestures. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004799. The Elantech touchpad includes the tapping functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated at SYN 00005076. "1 finger means 'Click'" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004943. "Simulate Button function: Left Button – One-Finger" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004960. "Touchpad Options – Smart Edges  Tapping  Tap and Drag Lock [depicted graphically]" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980. The Elantech touchpad has a "Function" of "No. 1 Finger (Left Button)" which is "It's same as the left button of mouse.  And it could be set up as the functions as selected." http://www.elantech. com.tw/english/en_prod_touch.html, SYN 00004998-4999. Driver message HELP message no. 32 states "Adjust tapping sensitivity of touchpad when slider is moved to left side, the touchpad sensitivity is getting lower and sensitivity when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507. Driver message HELP message no. 37 states "Click check-box and enable corner tap on touchpad." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | SYN 00092507.  Driver message HELP message no. 38 states "Corner tap function could be assigned from those items in pull-down menu by selecting error mark." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  "The main function of Elantech Driver are:  Vertical and horizontal wheel (scrolling) function, corner tap, smart edge multifinger function, . . . etc." Elantech Product Specifica-tion, Model: 800406-16XX, dated 01/27/05 at SYN 00004797; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03 at SYN 00092493-92494.  "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped.  It likes a hot-key function.  There are 4 corners can be set up, and user can select the specific function by using pull-down menu in the 4 corner in this page. . . . The area of Corner Tap function could be although adjusted once the scrolling area is changed."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092503. "Tapping function is default enabled . . ."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951.  These all can enable tapping to be always enabled and disable when typing.  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500.  "'Enable Tapping' allows user to always enable the touchpad.  The user can disable tapping function by clicking check box."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945.  The Elantech touchpad is purported to have a "Tapping life" of one million taps.  The Product Features of KTP3, dated 10/18/02, at SYN 00005083.<br><br>Functions and operations described in, for example, KTP3 Code lines 747-761 (page 127 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1021-1034 (page 137 of 273). |
| (b)  detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred; and | The Elantech driver windows (Mouse Properties) depicts defining predefined regions in which to tap, including corner regions, which the system will distinguish in opera-tion.  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003.  Elantech touch-pad options include corner tap function.  Elantech KTP3 Touchpad User's Manual, |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Preliminary, dated 09/17/03, at SYN 00092493-92494. "Elantech's Advantage – Corner Tap" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004965. "Major Functions – Corner Tap Function." Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, SYN4976. "Corner Tap Function [depicted graphically]" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004982. "Comparison of Touchpad" shows Elantech with "Corner Tap" function. Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "The main function of Elantech Driver are: . . . corner tap" Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797. The Elantech touchpad includes the corner tap function with "[h]ot key setup" and "[r]egion adjustment" in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005078. "Corner Tap Function – The simulated 'hot key' function will be activated when the user click on the one of four corner location at the touchpad, User can assign the 'hot key' function (such as 'Zoom in, Zoom out, Scroll up, Scroll down, … etc.) through this selected 'Corner Tap Function' which is provided by KTP3 driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN4932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN92486. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the four corner in this page (Refer to figure 3.3.9)." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. "All functional keys can be assigned to individual 'corner tap' as follows: [Context Menu]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), SYN4948. "The area of Corner Tap function could be also adjusted once the scrolling area is changed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), SYN4948.<br><br>Functions and operations described in, for example, KTP3 Code lines 403-428 (page 120 of 244), 786-797 (page 128 of 244), 1993-2139 (pages 194-197 of 244). Functions and operations described in, for example, KTP5 Code lines 561-598 (page 128 of 273), 1058-1070 (page 138 of 273), and 1097-1308 (pages 184-88 of 273). |

**EXHIBIT A**

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (c) sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-sensor pad said tap gesture occurred. | The Elantech driver windows (Mouse Properties) depict defining predefined regions in which to tap, including corner regions, which the system will distinguish in signals sent to the host. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. Elantech touchpad options include corner tap function. Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. The host receives a signal that is indicative of the occurrence of a tap gesture in a particular corner that has been assigned a particular function by the user pursuant to instruction from Elantech. "Elantech's Advantage – Corner Tap" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004965. "Major Functions – Corner Tap Function." Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004976. "Corner Tap Function [depicted graphically]" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004982. "Comparison of Touchpad" shows Elantech with "Corner Tap" function. Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "The main function of Elantech Driver are:. . . corner tap" Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797. The Elantech touchpad includes the corner tap function with "hot key setup" and "[r]egion adjustment" in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005078. "Corner Tap Function – The simulated 'hot key' function will be activated when the user click on the one of four corner location at the touchpad, User can assign the 'hot key' function (such as 'Zoom in, Zoom out, Scroll up, Scroll down, … etc.) through this selected 'Corner Tap Function' which is provided by KTP3 driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092484. "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped. It likes a hot-key function. There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the four corner in this page (Refer to figure 3.3.9)." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. "All functional keys can be assigned to individual 'corner tap' as |

| '931 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | follows: [Context Menu]"   Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948.  "The area of Corner Tap function could be also adjusted once the scrolling area is changed."   Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004948.<br><br>Functions and operations described in, for example, KTP3 Code lines 166-167 (page 5 of 244), 218-230 (page 6 of 244), 1119-1129 (pages 134-35 of 244), 1352-1402 (pages 139-140 of 244), and 2089-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1546-1561 (page 148 of 273), 1358-1415 (pages 144-145 of 273), 1651-1736 (pages 150-52 of 273), 1963-1996 (pages 71-72 of 273). |
| 6.  The method of claim 5, wherein one of the corners of the touch-sensor pad simulates a right mouse button click. | The Elantech driver windows (Mouse Properties) depict defining predefined regions in which to tap, including corner regions, that simulate a right mouse button click or context menu.  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003.  "'Corner Tap' page provides users to have the specific buttons function when touchpad's corner is tapped.  It likes a hot-key function.  There are 4 corners can be setup, and user can select the specific function by using pull-down menu in the four corner in this page (Refer to figure 3.3.9)."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948.  "All functional keys can be assigned to individual 'corner tap' as follows: [Context Menu]"  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004948. |

pa-1079581

**EXHIBIT A**

# CLAIM CHART FOR US PAT. NO. 5,543,591

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 6.  A method for recognizing a double tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "Sensor Area."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4.  "Elantech touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.  The user moves his finger over this sensor area."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 000045086.  ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http:// www.elantech. com.tw/english/en_prod_touch.html, at SYN 00004998.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031 ; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad |

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces.  The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.<br><br>The Elantech touch-sensing system provides X and Y position information to a host.  X and Y Position Information is generated to the host computer from the touchpad.  *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information).  "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host).  Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835.  In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of |

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | information is sent from the touchpad.  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837.  "After power on, (TouchPad) will send 'Packet Hello' to host know to indicate the TouchPad is ready for operating.  TouchPad detects the changes of X absolute position or Y absolute position and then sends the new position information to host."  Elantech, Product Specification, Model 810507-0703, Elantech Touch-pad for Handheld device Application, dated 05/13/05, at SYN 00004834.  "The touch pad will send Packet ID #1 whenever it detects a change of pad position.  Pad position is expected to be updated approximately every 25 ms and is reported as absolute position."  Elantech, Product Specification, Model 810507-0703, Elantech Touch-pad for Hand-held device Application, dated 05/13/05, at SYN 00004835.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech.com.tw/english/en_prod _touch.html, at SYN 00004998.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Reso-lution, CPI").  Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN4993.  An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor.  *See* |

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | http://www.elantech.com.tw/english/ en_prod_touch.html, SYN5000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver.  It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers.  ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN4936.  "The switch and finger position information will be sent to host by serial (UART or SPI) bus."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.<br><br>The Elantech touchpad recognizes a double tapping gestures.  "Double-click Speed" can be set in Mouse Properties.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004942.  The Elantech driver windows (Mouse Properties) depicts double tap or "Double-click speed."  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003.<br><br>Functions and operations described in, for example, KTP3 Code lines 1261-1283 (pages 137-138 of 244), 157-298 (pages 5-8 of 244), 1298-1307 (page 138 of 244), 1325-1335 (page 139 of 244) and 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1540-1562 (page 148 of 273), 1574-1592 (pages 148-149 of 273), 1615-1633 (page 149 of 273) and 1963-1996 (pages 71-72 of 273). |
| (a)  detecting a first presence of a conductive object on the touch-sensor pad; | The Elantech touchpad detects the first presence of a conductive object on the touch-sensor pad.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his |

**EXHIBIT A**

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces.  The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005. <br><br> Functions and operations described in, for example, KTP3 Code lines 209-240 (page 116 of 244), 272-439 (pages 159-162 of 244), 743-761 (page 127 of 244). <br><br> Functions and operations described in, for example, KTP5 Code lines 330-375 (pages 123-124 of 273), 122-315 (pages 164-168 of 273). |

EXHIBIT A

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (b)  comparing the duration of said first presence with a first reference amount of time; initiating a first signal to the host indicating the occurrence of said gesture if the duration of said first presence is less than said first reference amount of time; | The Elantech TouchPad software determines whether a finger presence is a tap gesture by determining if the presence is less than a reference amount of time.  In use of the touchpad, if a presence is more than the reference amount of time, the Elantech TouchPad software does not recognize the presence as a tap gesture.<br><br>Functions and operations described in, for example, KTP3 Code lines 271 (page 16 of 244), 1558 (page 62 of 244), 1578-1579 (page 63 of 244), 473-489 (page 121 of 244), 748-761 (page 127 of 244), 799-808 (page 128 of 244), 993-1010 (page 132 of 244), 1076-1082 (pages 133-134 of 244), 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1615-1656 (pages 149-150 of 273), 1574-1592 (page 148-149 of 273), 734-35 (page 131 of 273), 1021-1034 (page 137 of 273), 1072-1080 (page 138 of 273), 1299-1355 (pages 143-144 of 273), 1963-1996 (pages 71-72 of 273). |
| (c)  terminating said first signal if a second reference amount of time passes before a second presence is detected; | In the Elantech TouchPad software, if a second tap gesture is not performed on the touchpad surface within a predetermined time, the Elantech TouchPad software does not recognize a double-tap gesture.  Instead, the Elantech TouchPad software will terminate the first signal and the system will interpret that termination to require a "button up" condition, which completes merely a single tap gesture.<br><br>Functions and operations described in, for example, KTP3 Code lines 272 (page 16 of 244), 1559 (page 62 of 244), 1581-1583 (page 63 of 244), 896-901 (page 130 of 244), 865-875 (page 129 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 370 (page 9 of 273), 50 (page 30 of 273), 1181-1196 (pages 140-141 of 273) and 1131-1150 (pages 139-140 of 273). |
| (d)  detecting a second presence of said conductive object on the touch-sensor pad; | If a second tap gesture is performed on the touchpad surface within a predetermined time, the Elantech TouchPad software will detect the second presence of the conductive object on the touch-sensor pad.  The Elantech touchpad software recognizes a double tapping gestures.  "Double-click Speed" can be set in Mouse Properties.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at |

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | SYN 00004942.  The Elantech driver windows (Mouse Properties) depicts double tap or "Double-click speed."  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003.<br><br>Functions and operations described in, for example, KTP3 Code lines 209-240 (page 116 of 244), 272-439 (pages 159-162 of 244) and 743-758 (page 127 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 330-375 (pages 123-124 of 273) and 122-315 (pages 164-168 of 273). |
| (e)  terminating said first signal if the duration of said second presence is less than said third reference amount of time; and sending a second signal to said host indicating said second gesture after the termination of said first signal. | If the second presence of the conductive object on the touch-sensor pad is less than a reference amount of time, the Elantech TouchPad software will recognize it as a double-tap or double-click gesture and the application running on the host will receive a signal indicating a double-tap gesture after termination of a signal indicating a tap gesture.  If the second presence of the conductive object on the touch-sensor pad is more than a reference amount of time, the Elantech TouchPad software will not recognize it as a double-tap gesture.  "Double-click Speed" can be set in Mouse Properties. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004942. The Elantech driver windows (Mouse Properties) depicts double tap or "Double-click speed."  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003.  The Elantech double-click gesture is part of the standard information provided to the Windows driver.  "ELANTECH touchpad is fully compatible with standard Windows 98/ME2000/XP driver.  It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092491.  "The TouchPad has a Standard IBM PS/2 compatible 2 button mouse interface, and is compatible with all mouse drivers which support the PS/2 mouse interface, including the Microsoft mouse driver included with Windows."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 0005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin |

| '591 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056.<br><br>Functions and operations described in, for example, KTP3 Code lines 271 (page 16 of 244), 1578-1579 (page 63 of 244), 1558 (page 62 of 244), 473-489 (page 121 of 244), 896-901 (page 130 of 244), 865-875 (page 129 of 244), 838-849 (page 129 of 244), 799-808 (page 128 of 244), 993-1010 (page 132 of 244), 1076-1082 (pages 133-134 of 244) and 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1615-1656 (pages 149-150 of 273), 1574-1592 (pages 148-149 of 273), 734-735 (page 131 of 273), 1113-1129 (page 139 of 273), 1180-1196 (pages 140-141 of 273), 1140-1150 (pages 139-140 of 273), 1021-1034 (page 137 of 273), 1072-1080 (page 138 of 273), 1299-1355 (pages 143-144 of 273) and 1963-1996 (pages 71-72 of 273). |

**EXHIBIT A**

| | |
|---|---|
| 9. A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of: | The Elantech TouchPad devices include a touch sensor pad in a touch sensing system. The Elantech touchpad includes a "Sensor Area." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "Elantech touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701) ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad.'"), at SYN 00004930; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer." http://www.elantech.com.tw/ english/en_prod_touch.html, at SYN 00004998. "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998. "Touchpad devices detect the position of a finger over a touch-sensitive area. To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving. Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The |

capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.

The Elantech touch-sensing system provides X and Y position information to a host. X and Y Position Information is generated to the host computer from the touchpad. *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing X and Y coordinate information). "Touchpad can sends the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of

**EXHIBIT A**

information is sent from the touchpad.  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837.  "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating.  TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834.  "The touch pad will send Packet ID #1 whenever it detects a change of pad position.  Pad position is expected to be updated approximately every 25 ms and is reported as absolute position."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech.com.tw/english/en_prod_touch.html, at SYN 00004998.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893.  The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI").  Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993.  An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor.  *See* http://www.elantech .com. tw/english/en_prod_touch.html, at SYN 00005000 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on

communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004836. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.

The Elantech driver windows (Mouse Properties) depict the drag function. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. *See also* Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5, dated September 17, 2004, at SYN 00004980; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. The Elantech touchpad includes the drag functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "'Tap and Drag Lock', this option defines the duration for 'dragging' activities. The 'dragging' activity is just released after 'defined time delay 'when 'Release after time delay' is selected. The 'dragging' activity is also can be released after tapping on the touchpad when 'Tap to release' is selected. [Figure 3.3.7(c)]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945-4946; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "Virtual Edge™ (Smart Edge) Function -- With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-

|  | Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056.<br><br>Functions and operations described in, for example, KTP3 Code lines 1261-1283 (pages 137-138 of 244), 157-298 (pages 5-8 of 244), 1298-1307 (page 138 of 244), 1325-1335 (page 139 of 244) and 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1540-1562 (page 148 of 273), 1574-1596 (pages 148-149 of 273), 1615-1633 (page 149 of 273) and 1963-1996 (pages 71-72 of 273). |
|---|---|
| (a)  detecting a first presence of a conductive object on the touch-sensor pad; | The Elantech Touchpad software detects the first presence of a conductive object on the touch-sensor pad.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occurs, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving.  Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces.  The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at |

| | SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  "The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.<br><br>Functions and operations described in, for example, KTP3 Code lines 209-240 (page 116 of 244), 272-439 (pages 159-162 of 244) and 743-761 (page 127 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 330-375 (pages 123-124 of 273) and 122-315 (pages 164-168 of 273). |
|---|---|
| (b)  comparing the duration of said first presence with a first reference amount of time; initiating a drag gesture signal to the host indicating the occurrence of a gesture if the duration of said first presence is less than said first reference amount of time; | In operation of the Elantech Touchpad devices, a gesture signal is generated if a first presence is less than a reference amount of time (a single tap gesture).  This is a necessary precondition to the "Tap and Drag Lock" gesture and thus is "initiating a drag gesture signal."  *See, e.g.,* Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076.<br><br>Functions and operations described in, for example, KTP3 Code lines 271 (page 16 of 244), 1558 (page 62 of 244), 1578-1579 (page 63 of 244), 473-489 (page 121 of 244), |

14

| | 748-761 (page 127 of 277), 799-808 (page 128 of 244), 993-1010 (page 132 of 244), 1076-1082 (pages 133-134 of 244) and 2086-2122 (pages 73-74 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1615-1656 (pages 149-150 of 273), 1574-1592 (pages 148-149 of 273), 734-735 (page 131 of 273), 1021-1034 (page 137 of 273), 1072-1080 (page 138 of 273), 1299-1355 (pages 143-144 of 273) and 1963-1996 (pages 71-72 of 273). |
|---|---|
| (c)  detecting a second presence of said conductive object on the touch-sensor pad; comparing the duration between said first presence and second presence with a second reference amount of time; maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time. | In operation of the Elantech Touchpad devices, after an initial tap gesture, a second presence of a conductive object may be detected on the touch-sensor pad and if the duration between the first and second presence is less than a reference amount of time, the drag gesture signal is maintained and X and Y position information is sent to the host while the object is in contact with the touch-sensor pad to indicate the direction of the drag gesture. *See, e.g.,* Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. The Elantech driver windows (Mouse Properties) depicts the drag function. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003. *See also* Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech Devices Corporation Product Features [KTP5, dated September 17, 2004, at SYN 00004980; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092493-92494. The Elantech touchpad includes the drag functionality in the KTP Ware PS2-VXD 3.00 driver. Introduce KTP3 Driver, Eric Yang, undated, at SYN 00005076. "'Tap and Drag Lock', this option defines the duration for 'dragging' activities. The 'dragging' activity is just released after 'defined time delay ' when 'Release after time delay' is selected. The 'dragging' activity is also can be released after tapping on the touchpad when 'Tap to release' is selected. [Figure 3.3.7(c)]" Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945-4946; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. "Virtual Edge™ (Smart Edge) Function -- With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; K-Tech Product Specification for TP3 STD |

EXHIBIT A

TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.

Functions and operations described in, for example, KTP3 Code lines 209-240 (page 116 of 244), 272-439 (pages 159-162 of 244), 743-758 (page 127 of 244), 895-901 (page 130 of 244), 272 (page 16 of 244), 1559 (page 62 of 244), 1582-1583 (page 63 of 244), 993-1010 (page 132 of 244), 1076-1082 (pages 133-134 of 244), 1261-1349 (pages 137-139 of 244) and 2086-2122 (pages 73-74 of 244).

Functions and operations described in, for example, KTP5 Code lines 330-375 (pages 123-124 of 273), 122-315 (pages 164-168 of 273), 1180-1196 (pages 140-141 of 273), 1072-1080 (page 138 of 273), 1299-1355 (pages 143-144 of 273), 1963-1996 (71-72 of 273) and 1540-1736 (pages 148-152 of 273).

# CHART FOR US PAT. NO. 5,943,052

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 14.  A method of converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said method comprising: | The Elantech TouchPad devices are a cursor control device that converts user applied object motion, typically by a finger, into messages for an application.  "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech.com.tw/english/en_prod_touch.html at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, SYN 00004870; K-Tech Product Specification for TP3 Thin Touch-Pad, Model 901688-XXXX, dated 07/30/02, SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, SYN 00005031; K-Tech Product Speci-fication for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving.  Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conduc-tive object is placed above a matrix of conductive traces.  The capacitance variation is measured for each trace of the sensor matrix.  The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.  "Touch Pad - A device that utilizes finger movements on flat surface of the touch pad, allowing the user to move the cursor more easily to complete input of operations."  http://www.elantech.com.tw/english/en_home.html, at SYN 00004994.  "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998. Elantech's touchpad product is "a pointing devices which use the |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | movement of finger on the pad to direct the cursor in the computer." Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086. ("Outline of Discussion")

The Elantech Touchpad devices include the function of converting such messages that indicate graphical user interface window scrolling functions. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . ". Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/english /en_prod_touch.html, at SYN 00004999-5000. "K-Tech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . . The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel. It will provide optimal tracking speed for a typical Touchpad user." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985. "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation:  Moving the finger along the right edge of the pad emulates the mouse wheel.  Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932.  Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad.  When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad.  When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side.  This function can be disabled when vertical scrolling function is disabled at the same time." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |
| (a) forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said data packets representing object motion applied by a user to the input device; | The cursor-control input device, including the Elantech Touchpad sensor area and associated circuitry and code, has a designated scroll zone.  *See, e.g.*, Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507(driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad.  When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side.  This function can be disabled when vertical scrolling function is disabled at the same time.")  This |

**EXHIBIT A**

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | cursor-control input device forwards data packets representing the object motion over time, *see, e.g.,* Touchpad Aplication Note, Version 1.0, at SYN 00004893, to a data packet processor, which is firmware or software running on circuitry in the Elantech Touchpad or host computer. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . ". Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling. Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/english /en_prod_touch.html, at SYN 00004999-5000. "K-Tech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . . The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin Touchpad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel. It will provide optimal tracking speed for a typical Touchpad user." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Major Functions — Scrolling Function" Elantech Devices |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Corporation Product Features [KTP3], dated September 17, 2004, SYN4958; "Major Functions — Scrolling Function" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN4976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corp. Product Features [KTP5], dated September 17, 2004, SYN4985. "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation: Moving the finger along the right edge of the pad emulates the mouse wheel. Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN4932. Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad. When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN92507. Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window. Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN4938-4939. <br><br> Functions and operations described in, for example, KTP3 Code lines 115-124 (page 4 of 244), 269 (page 16 of 244), 318-335 (pages 17-18 of 244), 157-216 (pages 5-6 of 244), 1514-1617 (pages 142-144 of 244), 430-439 (page 120 of 244) and 1337-1339 (page 139 of 244). <br><br> Functions and operations described in, for example, KTP5 Code lines 367 (page 9 of 273), 470-488 (pages 11-12 of 273), 1871-1981 (pages 154-157 of 273), 600-669 (pages 128-130 of 273) and 1596-1597 (page 149 of 273). |
| (b) generating a plurality of messages in response to the user-applied object motion; forwarding said messages to an application controlling an active window in said graphical user interface; | When the Elantech TouchPad devices are functioning, a plurality of messages are generated responsive to the user applied object motion (typically a finger), and forwarded to an application running on a computer associated with the Elantech TouchPad devices that is controlling a window in the graphical user interface. "Elantech's Touchpad also supports full Wheel Mouse functionality. This includes scrolling . . . ". Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | depicts graphically the functions of scrolling.  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/ english/en_prod_touch.html, at SYN 00004999-5000.  "K-Tech's Touchpad also supports full Wheel Mouse functionality.  This includes scrolling . . . .  The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055;  "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel.  It will provide optimal tracking speed for a typical Touchpad user."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056.  "Major Functions — Scrolling Function"  Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Function"  Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985.  "Scrolling (Wheel) Function – Wheel (Vertical) Mouse |

EXHIBIT A

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | emulation:  Moving the finger along the right edge of the pad emulates the mouse wheel.  Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932.  Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad.  When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad.  When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is getting thicker when drag slider to right side.  This function can be disabled when vertical scrolling function is disabled at the same time."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |
| (c) scrolling visual display data in response to said messages sent by [said data] packet processor. | The graphical user interface running on a visual display of a computer associated with the Elantech TouchPad device is "scrolled" in accordance with the messages generated by the processor (whether Elantech firmware or driver software) that is processing the data packets.  "Elantech's Touchpad also supports full Wheel Mouse functionality.  This includes scrolling . . . ".  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; The Elantech driver windows (Mouse Properties) depicts graphically the functions of scrolling.  Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Scrolling function is depicted graphically in Figure 3.3.8.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004947; http://www.elantech.com.tw/english /en_prod_touch.html, at SYN 00004999-5000.  "K-Tech's Touchpad also supports full Wheel Mouse functionality.  This includes scrolling . . . .  The Wheel Mouse functionality has been already available today under Windows system with Wheel Mouse compatible applications such as Internet Explorer."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055; "K-Tech's Touchpad driver supports the Wheel Mouse functionality and provides a touchpad dedicated control panel.  It will provide optimal tracking speed for a typical Touchpad user."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056.  "Major Functions — Scrolling Function"  Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004958; "Major Functions — Scrolling Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004976; "Comparison of Touchpad" shows Elantech with "Vertical Scrolling" using "Windows driver" Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004985.  "Scrolling (Wheel) Function – Wheel (Vertical) Mouse emulation:  Moving the finger along the right edge of the pad emulates the mouse wheel.  Wheel (Horizontal) emulation allows additional horizontal scrolling with ELANTECH driver." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932.  Driver message HELP message no. 35 states "Adjust scrolling speed to setup scrolling speed on touchpad.  When slider is moved to left side, the scrolling speed is getting slower, and the scrolling speed is getting faster when drag slider to right side."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Driver message HELP message no. 36 states "Adjust scrolling area to setup scrolling range on touchpad.  When slider is moved to left side, the scrolling area is getting thinner, and the scrolling area is |

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | getting thicker when drag slider to right side.  This function can be disabled when vertical scrolling function is disabled at the same time."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092507.  Can Check "Scrolling," "Scroll speed," and "Scrolling Area," in Setup Window.  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004938-4939. |
| 15.  The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a negligibly small finger movement. | Elantech's TouchPad software assesses whether the stimuli represent a negligibly small finger movement.<br><br>Functions and operations described in, for example, KTP3 Code lines 1592-1598 (page 144 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1947-1958 (page 156 of 273). |
| 18.  The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion beginning within, but moving away from said scrolling zone. | In operation, the Elantech TouchPad software will "scroll" only in response to motion that is substantially within the defined scrolling zone.  The Elantech TouchPad software will not generate a "scrolling" message in response to motion that is beginning within, but moving away from said scrolling zone.  Consequently, the Elantech TouchPad software assesses whether the motion is beginning within, but moving away from said scrolling zone.<br><br>Functions and operations described in, for example, KTP3 Code lines 261-439 (pages 117-120 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 386-669 (pages 124-130 of 273). |
| 19.  The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion beginning outside of, but moving into said scrolling zone. | In operation, the Elantech TouchPad software will "scroll" only in response to motion that is substantially within the defined scrolling zone.  The Elantech TouchPad software will not generate a "scrolling" message in response to motion that is beginning outside of, but moving into said scrolling zone.  Consequently, the Elantech TouchPad software assesses whether the motion is beginning outside of, but moving into said scrolling zone. |

EXHIBIT A

| '052 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Functions and operations described in, for example, KTP3 Code lines 261-439 (pages 117-120 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 386-669 (pages 124-130 of 273). |

# CLAIM CHART FOR US PAT. NO. 5,880,411

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| 46.  A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of: | The Elantech TouchPad devices use a method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane.  The Elantech touchpad has a "Basic Function" of "Cursor Move" which is described as "This function is enabled when the finger moving on touchpad device."  http://www. elantech.com.tw/english/en_prod_touch.html, at SYN 00004999.  Elantech's touchpad product is "A pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086.  ("Outline of Discussion"); "Touchpad devices detect the position of a finger over a touch-sensitive area. The user can moves his finger over the sensor area to cause a cursor moving."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; "TouchPad - A device that utilizes finger movements on flat surface of the touchpad, allowing the user to move the cursor more easily to complete input of operations." http://www.elantech.com. tw/english/en_home.html, at SYN 00004994; "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech.com.tw/english/en_prod _touch.html, at SYN 00004998; "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |

1

EXHIBIT A

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (a)  providing a sensing plane; | The Elantech TouchPad devices include a touch sensing plane.  The Elantech touchpad includes a "Sensor Area."  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4.  "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.  The user moves his finger over this sensor area."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701, at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086.  ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www. elantech. com.tw/english/en_prod_touch.html, at SYN 00004998.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech. om.tw/english/en_prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving.  Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces.  The |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |
| (b)  sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane; | The Elantech Touchpad device senses the presence of an object (typically a finger) on the sensing plane and generates present position signals representing the present position of an object on the sensing plane. In particular, X and Y position information is generated by the firmware in the Elantech Touchpad device. *See* http://www.elantech.com. tw/english/en_prod_touch.html, at SYN 00004998 (graphics showing X and Y coordinate information). "Touchpad can send the information, including X-Y position information, angle information and button state to host through UART interface. . . . Touchpad can send the information, including X-Y position information, angle information and button state to host through SPI interface." Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004833-4834 (see graphic depiction of communication between touchpad module and host). Packet information sent to "Device to Host" the absolute X and Y position and angle |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | position - "Touch pad will send this packet if the state of X absolute position, Y absolute position, angle position or buttons is changed. The timing is shown in Fig. A-1 and Fig. A-2." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. In the Elantech touchpad operation, "If host wants to read X-Y position," a special packet of information is sent from the touchpad. Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004836-4837. "After power on, touch pad (TP) will send 'Packet Hello' to host know to indicate the TP is ready for operating. TP detects the changes of X absolute position or Y absolute position and then sends the new position information to host." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004834. "The touch pad will send Packet ID #1 packet whenever it detects a change of pad position. Pad position is expected to be updated approximately every 25 ms and is reported as absolute position." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004835. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893; "When finger touch the TouchPad, it changes the capacitance of the TouchPad. When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate." http://www.elantech.com.tw/ english/en_prod_touch.html, at SYN 00004998. "The following figure illustrates the touch pad's top view. It shows the absolute position coordinate. The range of axis X is form 0 to 576 and axis Y is from 0 to 384." Elantech Touchpad Application Note, Version 1.0, at SYN 00004886. The Elantech Touchpad has an "Absolute Mode" in which "[t]he finger's position is represented as (X, Y)" make that one of the bits, "bit 7 of the |

EXHIBIT A

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | byte . . . just depends on the gesture of finger." Elantech Touchpad Application Note, Version 1.0, at SYN 00004892-4893. The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. An ASIC inside the touchpad sensor will generate signals (PS2) for the PC computer or other processor representing information from the touchpad sensor. *See* http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004999 (graphics showing internal operation and passage of signals from touchpad sensor through "KPT2 ASIC" on communications with PC). "ELANTECH touchpad is fully compatible with standard Windows 98/ME/2000/XP driver. It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers. ELANTECH touchpad can provide the advanced function such as corner tap, rock switch, horizontal rolling function . . . once ELANTECH driver is installed." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936. "The switch and finger position information will be sent to host by serial (UART or SPI) bus." Elantech Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.<br><br>Functions and operations described in, for example, KTP3 Code lines 209-240 (pages 116 of 244), 272-439 (pages 159-162 of 244) and 1724-1737 (page 188 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 330-375 (pages 123-124 of 273), 122-315 (pages 164-168 of 273) and 759-772 (page 177 of 273). |
| (c)  sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane; | The Elantech TouchPad devices can sense if an object has moved into the edge region (the outer region proximate to an outer edge) of the sensing plane. Upon sensing the presence of an object in the outer region proximate to an outer edge of the sensing plane, the Elantech TouchPad device generates distinct signals that result in the cursor continuing to move as if the object were moving beyond the edge of the sensing plane. "Virtual Edge™ (Smart Edge) Function — With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | This feature makes the effective size of the touchpad unlimited.  It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902160, dated 03/14/02, at SYN 00005056. "Smart edges are default enabled . . . ."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951.  "If this 'Smart Edge' function is 'enabled', the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift. A dynamic quadrilateral edge could be selectable if this function is enabled.  This function is enabled once ELANTECH driver is installed.  And there are two sub-items in this option when smart edge is enabled.  It also can be disabled if user needs to cancel smart edges function."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499.  The driver message Help message no. 23 states "Smart edges are default enabled, and click check-box will disable the smart edges on ELANTECH driver."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506. Functions and operations described in, for example, KTP3 Code lines 403-439 (page 120 of 244) and 2063-2145 (pages 195-197 of 244). Functions and operations described in, for example, KTP5 Code lines 569-669 (pages 128-130 of 273) and 1167-1314 (pages 185-188 of 273). |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| (d)  generating first cursor motion signals for moving the cursor, said first cursor motion signals for causing said cursor to move in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals; | When an object is not in the outer region proximate to the edge of the sensing plane in the Elantech TouchPad devices, normal cursor motion signals are generated based upon the difference between a previous position of the object and the present position of the object as reflected in the present position signals.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN4998.  The Elantech touchpad employs the PS/2 interface protocol. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN4797-4798.  "Elantech touchpad uses the patented technology to detect the position of a finger over a touch-sensitive area.  The user can move his finger over the sensor area to cause a cursor moving. .  Elantech's patented and proprietary single chip touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above sensor area.  The capacitance variation is measured for each trace of the sensor area.  The chip contains a micro-controller which uses this information to compute the finger position and detect the pressed switch status."  "The switch and finger position information will be sent to host by serial (UART or SPI) buss."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN4826.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN4886.  The company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI").  Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993.  "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486.  Functions and operations described in, for example, KTP3 Code lines 1741-1985 (pages 189-193 of 244). |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Functions and operations described in, for example, KTP5 Code lines 776-1088 (pages 177-183 of 273). |
| (e)  generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing said cursor to incrementally move on the display screen a selected distance in a fixed direction relative towards said outer edge of said sensing plane to which said object is proximate; and | If an object is moved into the outer region proximate to the edge of the sensing plane in the Elantech TouchPad devices, second cursor motion signals are generated, which are different from the first cursor motion signals described above, for moving the cursor.  The second cursor motion signals cause the cursor to move incrementally on the display screen a selected distance in a fixed direction relative towards the outer edge of the sensing plane to which said object is proximate.  "Virtual Edge™ (Smart Edge) Function — With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad.  This feature makes the effective size of the touchpad unlimited.  It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin Touchpad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056.  "Smart edges are default enabled . . . ."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 0004951.  "If this 'Smart Edge' function is 'enabled', the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift.  A dynamic quadrilateral edge could be selectable if this function is enabled.  This function is enabled once ELANTECH driver is installed.  And there are two sub-items in this option when smart edge is enabled.  It also can be disabled if user needs to cancel smart edges function."  Elantech KTP3 Touchpad |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | User's Manual, Preliminary, dated 09/17/03, at SYN 00092499.  The driver message Help message no. 23 states "Smart edges are default enabled, and click check-box will disable the smart edges on ELANTECH driver."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506.<br><br>Functions and operations described in, for example, KTP3 Code lines 1560 (page 62 of 244) and 1590-1591 (page 63 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1580 (page 63 of 273) and 1344-1357 (page 189 of 273). |
| (f)  moving said cursor in accordance with said first cursor motion signals when said object is not in said outer region of said sensing plane and moving said cursor in accordance with said first cursor motion signals combined with said second cursor motion signals when said object has moved into said outer region of said sensing plane so long as said object remains in said outer region of said sensing plane. | When an object is not in the outer region of the sensing plane of the Elantech TouchPad devices, the cursor is moved in accordance with the first cursor motion signals described above.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998.  The Elantech touchpad employs the PS/2 interface protocol.  Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797-4798.  "Elantech touchpad uses the patented technology to detect the position of a finger over a touch-sensitive area.  The user can move his finger over the sensor area to cause a cursor moving.  Elantech's patented and proprietary single chip touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above sensor area.  The capacitance variation is measured for each trace of the sensor area.  The chip contains a micro-controller which uses this information to compute the finger position and detect the pressed switch status."  "The switch and finger position information will be sent to host by serial (UART or SPI) buss."  Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826.  "The following figure illustrates the touch pad's top view.  It shows the absolute position coordinate.  The range of axis X is form 0 to 576 and axis Y is from 0 to 384."  Elantech Touchpad Application Note, Version 1.0, at SYN 00004886.  The |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | company's touchpad operates in both relative mode (300) and absolute mode (500) of resolution of XY coordinates ("Resolution, CPI"). Advantage of K-Tech KTP3 Touchpad Chart, undated, at SYN 00004993. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area. The user moves his finger over this sensor area." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486.<br><br>When an object is moved into and held in one position in the outer region proximate to an edge of the sensing plane of the Elantech Touchpad, the cursor will continue to move incrementally in the direction toward the proximate outer edge. If the object is then moved within and parallel to the outer region proximate to the edge, the cursor motion will be a combination of the incremental motion orthogonal to the proximate outer edge and the finger motion along the proximate outer edge. Thus, when the object has moved into said outer region of said sensing plane, the cursor is moved in accordance with a combination of said first cursor motion signals and said second cursor motion signals. "Virtual Edge™ (Smart Edge) Function — With the Virtual Edge™ feature, cursor motion continues when the finger stops at the edge of the touchpad. This feature makes the effective size of the touchpad unlimited. It is especially useful when performing a drag function, such as selecting a block of text, it would be inconvenient if the cursor stopped before the selection was completed." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092486; Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004797; K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056. "Smart edges are default enabled . . . ." Elantech KTP3 Touchpad |

EXHIBIT A

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
|  | Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004951; ("this document is to help general user or system designer to know 'how to use' and 'how to design system with Elantech touchpad."), at SYN 00004930.  "If this 'Smart Edge' function is 'enabled', the user can slide the finger along the surface of touchpad and the finger stops at the edge of the TouchPad, the cursor continues to move until the finger is lift.  A dynamic quadrilateral edge could be selectable if this function is enabled.  This function is enabled once ELANTECH driver is installed.  And there are two sub-items in this option when smart edge is enabled.  It also can be disabled if user needs to cancel smart edges function."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499.  The driver message Help message no. 23 states "Smart edges are default enabled, and click check-box will disable the smart edges on ELANTECH driver."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506.<br><br>Functions and operations described in, for example, KTP3 Code lines 2147-2268 (pages 197-199 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1324-1449 (pages 188-191 of 273). |
| 48.  The method of claim 46 wherein said fixed direction is perpendicular to said outer edge of said sensing plane to which said object is proximate. | In the Elantech TouchPad devices, the orthogonal value included as the "fixed direction" in the second cursor motion signals is perpendicular to the outer edge of the sensing plane to which the object is proximate.  *See, e.g.*, depictions in Elantech Driver Interface v. 5.0.0 Windows, at SYN 00005003; Introduce KTP3 Driver, Eric Yang, undated, at SYN5076; Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN4944; Elantech Devices Corporation Product Features [KTP5], dated September 17, 2004, at SYN 00004980; Elantech Devices Corporation Product Features [KTP3], dated September 17, 2004, at SYN 00004962; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092499.<br><br>Functions and operations described in, for example, KTP3 Code lines 2253-2268 (page 199 of 244). |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Functions and operations described in, for example, KTP5 Code lines 1429-1445 (pages 190-191 of 273). |
| 49. The method of claim 46 wherein said sensing plane comprises a touchpad. | The Elantech TouchPad devices have a sensing plane that includes a touchpad. Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004803, Figure 5.1; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005024, Fig. 6.1, K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005035, Fig. 5.4. "ELANTECH touchpad is a smooth and sensitive pointing device and can detect the position of a finger over a touch-sensitive area.  The user moves his finger over this sensor area."  Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004932; Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at page SYN 00092486; Preliminary Analysis of Certain Synaptics Patents, Elantech Devices Corp., at SYN 00005086.  ("Outline of Discussion"); "Capacitive TouchPad is a pointing devices which use the movement of finger on the pad to direct the cursor in the computer."  http://www.elantech.com.tw/english/en_prod_touch.html, at SYN 00004998.  "When finger touch the TouchPad, it changes the capacitance of the TouchPad.  When the change occures, the controller IC on the TouchPad will detect such change and calculate the change into coordinate."  http://www. elantech. om.tw/english/en_ prod_touch.html, at SYN 00004998.  "Touchpad devices detect the position of a finger over a touch-sensitive area.  To move the cursor, the user moves his finger over the sensor area." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055.  Elantech's "Touchpad devices detect the position of a finger over a touch-sensitive area.  The user can moves his finger over the sensor area to cause a cursor moving. |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Elantech's . . . touchpad technology senses the minute changes of capacitance when a finger or other conductive object is placed above a matrix of conductive traces. The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position and the number of fingers." Elantech Product Specification, Model: 800406-16XX, dated 01/27/05, at SYN 00004796; Elantech, Product Specification, Model 810507-0703, Elantech Touchpad for Handheld device Application, dated 05/13/05, at SYN 00004826. "The capacitance variation is measured for each trace of the sensor matrix. The chip contains a micro-controller which uses this information to compute the finger position, its contact area (representative of the applied pressure), as well as the number of fingers present on the pad." K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005005; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004870; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005017; K-Tech Product Specification for UTH TouchPad, dated 04/23/02;, at SYN 00005031; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005043; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005055. |
| 50. The method of claim 46 wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen. | In the Elantech Touchpad devices, the speed may be adjusted by choice, which is implemented through adjusting the "Cursor Edge Speed" slider in the Elantech driver window. "'Smart Edge Speed' allows user to adjust its moving speed for smart edge function." Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004945. "'Smart Edge Speed' allows user to adjust its moving speed for smart edge function." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092500. The driver message Help message No. 25 states "Drag the slider to adjust the speed of smart edges. When slider is moved to left side, the speed is getting slow, and the speed will getting fast when drag slider to right side." Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092506. |

EXHIBIT A

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Functions and operations described in, for example, KTP3 Code line 1560 (page 62 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1343-1354 (page 189 of 273). |
| 51.  The method of claim 46 wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals. | The present-position signals, first cursor motion signals, and second cursor motion signals are digital signals within the firmware in the Elantech's TouchPad devices, which are then used or combined in digital form for use in the system.  "ELANTECH touchpad is fully compatible with standard Windows 98/ME2000/XP driver.  It is just providing the traditional 3B (button) or wheel mouse function under these standard Microsoft Windows drivers."  Elantech KTP3 Touchpad User's Manual, Preliminary, dated 09/17/03, at SYN 00092491; Elantech KTP3 Touchpad Manual, dated 2004-01-09 (P/N: 700309-1701), at SYN 00004936.  "The TouchPad has a Standard IBM PS/2 compatible 2 button mouse interface, and is compatible with all mouse drivers which support the PS/2 mouse interface, including the Microsoft mouse driver included with Windows."  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005006; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004871; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005018; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005032; K-Tech Product Specification for KTP3, Thin Touchpad with Rock SW, dated 09/13/02, at SYN 00005044; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005056.  The Elantech touchpad complies with the PS/2 Interface Protocol and interfacing with the "Host".  K-Tech Product Specification for TP3 STD TouchPad, Model 804262-XXXX, dated 10/03/02, at SYN 00005007; Elantech Product Specification, P/N: 800306-50XX, dated 08/29/03, at SYN 00004872; K-Tech Product Specification for TP3 Thin TouchPad, Model 901688-XXXX, dated 07/30/02, at SYN 00005019; K-Tech Product Specification for UTH TouchPad, dated 04/23/02, at SYN 00005033; K-Tech Product Specification for KTP3, Thin |

| '411 Patent Claims | Infringement by Elantech Devices |
|---|---|
| | Touchpad with Rock SW, dated 09/13/02, at SYN 00005045; K-Tech Product Specification for Thin TouchPad with Rock SW, Model: 902161, dated 03/14/02, at SYN 00005057. |
| 52.  The method of claim 46 wherein the step of generating second cursor motion signals comprises generating second cursor motion signals for causing said cursor to move in a fixed direction relative to a corner between two abutting outer edges of said sensing plane if said object is in said outer region proximate to said corner. | Elantech's TouchPad devices generate second cursor motion signals for causing the cursor to move in a fixed direction relative to a corner between two abutting outer edges of the sensing plane if the object is in the outer region proximate to the corner.<br><br>Functions and operations described in, for example, KTP3 Code lines 2063-2268 (pages 195-199 of 244).<br><br>Functions and operations described in, for example, KTP5 Code lines 1167-1449 (pages 185-191 of 273). |

**EXHIBIT A**

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

———————————— Attorneys at Law

**SASHA KAPRALOV**
650.838.2138/fax: 650.838.2001
skapralov@akingump.com

January 31, 2008

**VIA HAND DELIVERY AND ELECTRONIC MAIL (Cover Letter Only)**

Karl Kramer, Esq.
MORRISON & FOERSTER LLP
755 Page Mill Rd
Palo Alto, CA 94304-1018

> Re:   *Elantech Devices Corp. v. Synaptics, Inc. et al.*
>       *Case No. 3:06-cv-1839 CRB*

Dear Mr. Kramer:

Enclosed please find a CD bearing production number ETD0012137 and containing Elantech's code. Please note that the CD is designated "Highly Confidential Code" in accordance with the Protective Order entered in this case.

Please feel free to contact us if you have any questions.

Sincerely,

Sasha Kapralov
Paralegal

Enclosure



**EXHIBIT B**

**From:** DeBruine, Sean [mailto:sdebruine@akingump.com]
**Sent:** Thursday, January 31, 2008 5:56 PM
**To:** Kramer, Karl J.
**Subject:** RE: CD of Elantech Code

Karl,

Elantech is supplementing its document production. The disc includes firmware for newer Elantech touchpad products.

Sean

---

**From:** Kramer, Karl J. [mailto:KKramer@mofo.com]
**Sent:** Thursday, January 31, 2008 4:40 PM
**To:** DeBruine, Sean
**Cc:** Kapralov, Sasha; Yawger, Erika L.; Villegas, Ethel; Hong, Lisa A.
**Subject:** CD of Elantech Code

Sean,

We just received a disk of "Elantech Code."  Please explain what this is so that we can determine what to do with it.

Karl

==============================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

==============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
==============================================================

**EXHIBIT C**

_____

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**EXHIBIT C**