1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a        Case No.   C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                  DEFENDANT SYNAPTICS, INC.'S
                                             MOTION TO SHORTEN TIME
14                Plaintiff,                 FOR BRIEFING AND HEARING
                                             OF ITS MOTION TO STRIKE
15         v.

16  SYNAPTICS, INC., a Delaware corporation;
    AVERATEC, INC., a California corporation;
17  and PROSTAR COMPUTER, INC., a
    California corporation,
18
                  Defendants.
19

20  AND RELATED COUNTERCLAIMS

SYNAPTICS'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING OF ITS MOTION TO STRIKE
CASE NO. C06-01839 CRB                                                           1
pa-1235983

## NOTICE OF MOTION AND REQUEST FOR RELIEF

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Defendant Synaptics, Inc. ("Synaptics") hereby moves, pursuant to Civil Local Rule 6-3, to shorten time for its accompanying Motion to Strike References to New Source Code From Elantech's Opposition ("Motion to Strike"). Specifically, Defendant requests that the Court issue an order: (1) scheduling a hearing on the Motion to Strike for March 7, 2008 or as soon thereafter as is convenient for the Court; (2) requiring Plaintiffs to file any opposition to the Motion to Strike no later than February 29, 2008; and (3) requiring Defendant to file any reply in further support of the motion no later than March 3, 2008.

Synaptics bases its Motion to Shorten Time on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the declaration of Erika L. Yawger, the accompanying Motion to Strike, the pleadings and papers on file herein, and on such other matters as may be presented to the Court at the time of the hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

### BACKGROUND

Synaptics filed two motions for partial summary judgment concerning infringement of its asserted patents on January 11, 2008. Elantech Devices Corp. ("Elantech")'s opposition to Synaptics' partial summary judgment motions was originally due on January 25, 2008, but instead of filing its opposition, Elantech filed a motion to extend time for hearing Synaptics' motions the day before its opposition was due. On January 28, 2008, all currently pending motions, including Synaptics' motions for partial summary judgment, were rescheduled to be heard on March 7, 2008.

On January 31, 2008, Elantech produced a CD containing new source code which Elantech claims "includes firmware for newer Elantech touchpad products." (*See* Declaration of Karl J. Kramer in Support of Synaptics, Inc.'s Motion to Strike References to Elantech's New Source Code ("Kramer Mot. to Strike Decl."), ¶¶ 6, 7.) On February 15, 2008, Elantech filed a consolidated opposition to Synaptics' partial summary judgment motions. As described in greater detail in the concurrently filed Motion to Strike, Elantech relies on the new code and its new

products in its opposition to Synaptics' motions for partial summary judgment. (Motion to Strike at 3.)

Synaptics will be prejudiced if Elantech is permitted to rely on this new information in its opposition to Synaptics' motions for partial summary judgment of infringement. Specifically, Elantech should not be permitted to rely on this new information because (1) Synaptics has not accused the new touchpad products or code, and inclusion of these new touchpads and code will confuse the issues before the Court, (2) the parties agreed to, and did, exchange source code in October 2006, and Synaptics filed its final infringement contentions over nine months ago based on that code, and (3) Synaptics has not had the opportunity to review or analyze the new code. (Motion to Strike at 2-4.)

Synaptics respectfully requests that this Court grant Synaptics' motion to hear its Motion to Strike on shortened time.

**ARGUMENT**

The Motion to Strike will be moot unless it is heard before or at the same time as Synaptics' motions for partial summary judgment, which are currently scheduled to be heard on March 7, 2008. Under a normal motion schedule as set forth in Civ. L.R. 7-2, the earliest possible hearing date for the Motion to Strike would be March 28, 2008. By that date, the Court will have already considered the parties' written and oral arguments on Synaptics' motions for partial summary judgment. So that Synaptics may have a meaningful opportunity to obtain the relief sought in its Motion to Strike, the Court should hear the Motion to Strike on the same day as the motions for partial summary judgment.

The need for shortened time is not the result of any delay by Synaptics. Although Synaptics first learned about the new code on January 31, 2008, it was not until Elantech filed its Opposition Brief on February 15, 2008 that Elantech first attempted to put the new code at issue in the litigation. Until Elantech relied on this new code production as a defense to Synaptics' motions for partial summary judgment, Synaptics could not move to strike references to Elantech's production because no such papers had yet been filed. Synaptics has brought this

matter before the Court with diligence one week after Elantech filed its opposition brief and first relied on its newly produced code as a defense to infringement.

Although attempts to confer with Elantech's counsel were made, the parties were unable to stipulate to hear this motion on shortened time. (*See* Declaration of Erika L. Yawger in Support of Motion to Shorten Time on Motion to Strike ("Yawger Decl."), ¶¶ 2, 3.) The requested time modification would have no other effect on the schedule of the case.

## CONCLUSION

For the reasons stated above, Synaptics respectfully requests that the Court grant its Motion to Shorten Time for Briefing and Hearing on Synaptics' Motion to Strike.

Dated:  February 22, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By: /s/Karl J. Kramer
Karl J. Kramer
Email: KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

**SUPPORTING DECLARATION OF ERIKA L. YAWGER**

I, Erika L. Yawger, declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am an associate of the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. On February 20, 2008, I spoke with Sean DeBruine, counsel for Elantech, by telephone. I apprised Mr. DeBruine of Synaptics' plan to file a motion to strike certain portions of Elantech's opposition brief and asked whether Mr. DeBruine would stipulate to our request to shorten the briefing and hearing on that motion. Mr. DeBruine indicated that he would consider the matter and would get back to me.

3. On the afternoon of February 21, 2008, having not heard from Mr. DeBruine, I attempted to contact Mr. DeBruine to follow up on Synaptics' request to stipulate to the motion to shorten time. Unable to reach him, I left a voicemail message concerning the motion to shorten time. As of the time of filing, we have not heard back from Mr. DeBruine and were therefore unable to stipulate to the present motion.

4. There have been at least fourteen time modifications in this case none of which relate directly to this motion. (*See* Docket Entries 16, 27, 46, 57, 85, 110, 136, 164, 165, 176, 183, 193, 207, 232).

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on February 22, 2008, in Palo Alto, California.

By:   /s Erika L. Yawger_____
     Erika L. Yawger
     Email: EYawger@mofo.com

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS' MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING OF ITS MOTION TO STRIKE** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  This matter comes before the Court on Defendant Synaptics Inc.'s ("Synaptics") Motion to Shorten Time for Briefing and Hearing of its Motion to Strike ("Motion to Shorten Time"). Having considered the submissions of the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that Synaptics' Motion to Shorten Time is GRANTED.

1. Plaintiff Elantech Devices Corporation ("Elantech") shall file and serve its opposition brief to Synaptics' Motion to Strike References to New Source Code From Elantech's Opposition ("Motion to Strike") on or before February 29, 2008.

2. Defendant Synaptics shall file and serve any reply brief to Elantech's opposition on or before March 3, 2008.

3. The Court will hear Synaptics' Motion to Strike on March 7, 2008.

Dated: _____

By: _____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE CHARLES R. BREYER