1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5
   Attorneys for Defendant and Counterclaimant
6  SYNAPTICS, INC.

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
   corporation existing under the laws of Taiwan,
13 R.O.C.,                                   SUPPLEMENTAL
                                             DECLARATION OF ANDREW
14                                           WOLFE PH.D. IN SUPPORT OF
         Plaintiff and Counterdefendant,     SYNAPTICS, INC.'S MOTIONS
15                                           FOR SUMMARY JUDGMENT

16       v.                                  Date: March 7, 2008
                                             Time: 10 a.m.
17 SYNAPTICS, INC., a Delaware corporation;  Courtroom 8, 19th Floor
   AVERATEC, INC., a California corporation;  Hon. Charles R. Breyer
18 and PROSTAR COMPUTER, INC., a
   California corporation,
19
         Defendants and Counterclaimants.
20

21 AND RELATED COUNTERCLAIMS

22

23                     PUBLIC VERSION
24

25

26

27

28

SUPLEMENTAL DECLARATION OF ANDREW WOLFE PH.D. IN SUPPORT OF SYNAPTIC'S MSJ
CASE NO. C 06-01839 CRB
pa-1236198

1    I, Andrew Wolfe, hereby declare as follows:

2    1.    The statements made in this declaration are of my own personal knowledge, and

3    I could and would so testify if called as witness in this matter.

4    2.    I have reviewed the Declarations of Dr. MacKenzie and Mr. Lee filed on February

5    15, 2008.  In my prior Declaration, I included a detailed explanation of how and why the accused

6    products satisfy all of the limitations of the asserted claims.  Nothing in Dr. MacKenzie or Mr.

7    Lee's Declarations changes any of those facts or opinions.  In this Declaration, I clarify one minor

8    issue addressed in those Declarations.

9    3.    In my prior Declaration, I explained that a reference amount of time, called

10    ██████████ is used in determining whether a tap, drag, or double tap gesture has occurred

11    (Decl. of Andrew Wolfe Ph.D. ISO Synaptics MSJ ¶41, 52-54, 72.)  This is the case in both the

12    KTP3 and KTP5 code.  The KTP5 code calls this reference amount of time ██████████ in its

13    comments as shown in the highlighted portion of Appendix A hereto, at lines 1152-1158, at page

14    140 of 273.  I, therefore, referred to this value by that name in my earlier Declaration.  The actual

15    assembly code variable name in the KTP5 code is ██████████, as shown at lines 1181-96

16    (page 140 of 273) of Appendix A hereto.  The function of this code variable is exactly as I have

17    previously described in my January 8, 2008 Declaration.

18

19    I declare under penalty of perjury under the laws of the United States of America that, to

20    the best of my knowledge, the foregoing is true and correct.  Executed on February 20, 2008, in

21    Cupertino, California.

22

23    Andrew Wolfe, Ph.D.

24

25

26

27

28

SUPLEMENTAL DECLARATION OF ANDREW WOLFE PH.D. IN SUPPORT OF SYNAPTIC'S MSJ
CASE NO. C 06-01839 CRB                                                                                    1

1    KARL J. KRAMER (CA SBN 136433)
     ERIKA L. YAWGER (CA SBN 234919)
2    MORRISON & FOERSTER LLP
     755 Page Mill Road
3    Palo Alto, California  94304-1018
     Telephone: 650-813-5600
4    Facsimile: 650-494-0792
     KKramer@mofo.com
5
     Attorneys for Defendant and Counterclaimant
6    SYNAPTICS, INC.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a            Case No.     C 06-01839 CRB
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                    **MANUAL FILING
                                                NOTIFICATION OF APPENDIX A
14        Plaintiff,                            TO SUPPLEMENTAL
                                                DECLARATION OF ANDREW
15        v.                                    WOLFE PH.D. IN SUPPORT OF
                                                SYNAPTICS, INC.'S MOTIONS
16                                              FOR SUMMARY JUDGMENT**

17   SYNAPTICS, INC., a Delaware corporation;   Date:      March 7, 2008
     AVERATEC, INC., a California corporation;  Time:      10:00 a.m.
18   and PROSTAR COMPUTER, INC., a              Courtroom 8, 19th Floor
     California corporation,                    Hon. Charles R. Breyer
19
          Defendants.
20

21   AND RELATED COUNTERCLAIMS

22

23

24

25

26

27

28

1    Regarding: Appendix A to Supplemental Declaration of Andrew Wolfe Ph.D. in

2  Support of Synaptics, Inc.'s Motions for Summary Judgment.  This filing is in paper or physical

3  form only, and is being maintained in the case file in the Clerk's office.

4        If you are a participant on this case, this filing will be served in hard-copy shortly.

5        For information on retrieving this filing directly from the court, please see the court's

6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7        This filing was not efiled for the following reason(s):

8  ___ Voluminous Document (PDF file size larger than the efiling system allows)

9  ___ Unable to Scan Documents

10  ___ Physical Object (description): _____

11        _____

12  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13  x__ Item Under Seal

14  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

15  ___ Other (description): _____

16        _____

17

18  Dated:    February 22, 2008              KARL J. KRAMER
                                            ERIKA L. YAWGER
                                            MORRISON & FOERSTER LLP
19

20

21                                   By:    s/Karl J. Kramer
                                            Karl J. Kramer
                                            Email:  KKramer@mofo.com
22

23                                          Attorneys for Defendant and
                                            Counterclaimant SYNAPTICS, INC.

24

25

26

27

28