1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                   **CERTIFICATE OF SERVICE**

14                    Plaintiff,

15            v.

16  SYNAPTICS, INC., a Delaware corporation;  Date:  March 7, 2008
    AVERATEC, INC., a California corporation; and  Time:  10:00 a.m.
17  PROSTAR COMPUTER, INC., a California      Courtroom 8, 19th Floor
    corporation,                             **Hon. Charles R. Breyer**
18
                      Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22
         I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
23  is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause,
    and I am over the age of eighteen years.
24
         I further declare that on the date hereof, I served a copy of:
25
         **SYNAPTICS, INC.'S CONSOLIDATED REPLY BRIEF IN SUPPORT OF**
26       **MOTIONS FOR PARTIAL SUMMARY JUDGMENT THAT USE OF**
         **ELANTECH'S PRODUCT FEATURES MEET THE LIMITATIONS OF**
27       **SYNAPTICS' PATENT CLAIMS**

28

1  **SUPPLEMENTAL DECLARATION OF ANDREW WOLFE PH.D. IN SUPPORT OF SYNAPTICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**

2

3  ☒  **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto,

4  California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

5

6  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described

7  above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents

8  on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

9  ☒  **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and

10  delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

11

12  I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be

13  taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the

14  addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

15

16  ☒  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the

17  attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

18

19  Yitai Hu                                                    _____  Fax
    Sean P. DeBruine                                   _____  U.S. Mail

20  Akin Gump Strauss Hauer & Field LLP    _____  Overnight

21  2 Palo Alto Square, Suite 400                   __X__  Personal
    3000 El Camino Real                               __X__  E-mail **(courtesy copy)**

22  Palo Alto, Ca 94306
    Tele: (650) 838-2121

23  Fax: (650) 838-2001
    Email: sdebruine@akingump.com

24  yhu@akingump.com

25  COUNSEL FOR PLAINTIFF
    ELANTECH DEVICES

26  CORPORATION

27

28

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

2

1

2

Karen H. Bromberg
Damir Cefo
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY  10017
Tele:  (212) 957-7604
Fax: (212) 957-4514
Email: kbromberg@cohengresser.com
dcefo@cohengresser.com
COUNSEL FOR DEFENDANT
AVERATEC, INC.

_____ Fax
_____ U.S. Mail
__X__ Overnight
_____ Personal
__X__ E-mail **(courtesy copy)**

3

4

5

6

7

8

9

10

11

12

Scott R. Raber
Kastner Banchero LLP
20 California Street, 7th Floor
San Francisco, CA  94111
Tele:  (415) 398-7000
Fax:  (415) 616-7000
Email: srr@kastnerbanchero.com
COUNSEL FOR DEFENDANT
AVERATEC, INC.

_____ Fax
_____ U.S. Mail
__X__ Overnight
_____ Personal
_____ E-mail **(courtesy copy)**

13

14    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

15    Executed at Palo Alto, California on February 22, 2008.

16

17

| Sandra K. Devol | s/Sandra K. Devol |
|---|---|
| (typed) | (signature) |

18

19

20

21

22    I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this

23    **CERTIFICATE OF SERVICE.**  In compliance with General Order 45, X.B., I hereby attest that

24    Sandra K. Devol has concurred in this filing.

25    Dated:  February 22, 2008          MORRISON & FOERSTER LLP

26                                    By:    /s/Karl J. Kramer_____

27                                           Karl J. Kramer
                                           Email:  KKramer@mofo.com

28

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

3