**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SYNAPTICS, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-01839 CRB<br><br>**ORDER RE: PENDING MOTIONS AND MARCH 7, 2008 HEARING** |

    Now pending before the Court are Elantech's motion for summary judgment, Elantech's motion for a preliminary injunction, Synaptics' motion for summary judgment regarding the tapping claims, Synaptics' motion for summary judgment regarding the zone claims, and Synaptics' motion to strike.

    After reviewing the submissions in connection with Synaptics' motions for partial summary judgment, the Court concludes that additional briefing is required. Accordingly, the Court will issue a separate order identifying the additional issues to be briefed and a briefing schedule.

    Synaptics' motion to strike is denied. Elantech agrees with Synaptics that its new source code is not at issue on Synaptics' motions for partial summary judgment and the Court does not intend to make any rulings with respect to such code in connection with the currently pending summary judgment motions.

At oral argument on Friday, March 7, 2008 at 10:00 a.m. the parties are directed to focus their arguments on the following questions related to the motion for preliminary injunction:

1. What irreparable harm will Elantech suffer if Synaptics is not preliminarily enjoined? The parties should identify the evidence in the record that supports their respective positions.

2. Whether any court has denied a motion for preliminary injunction in a patent case after finding as a matter of law that a patent is infringed and there is no substantial question as to its validity and enforceability?

The Court does not require any argument on the other issues raised by the motion for a preliminary injunction or Elantech's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: March 4, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE