UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  March 7, 2008<br>Time:  10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

This matter comes before the Court on an administrative motion to file under seal:

(1) Synaptics, Inc.'s Consolidated Reply Brief in Support of Motions for Partial Summary Judgment that Use of Elantech's Product Features Meet the Limitations of Synaptics' Patent Claims;

(2) Supplemental Declaration of Andrew Wolfe Ph.D. in Support of Synaptics, Inc.'s Motions for Summary Judgment, executed February 20, 2008 ("Supp. Wolfe SJ Infringement Declaration"); and

(3) Appendix A to the Supp. Wolfe SJ Infringement Declaration

Having considered Synaptics' request, as well as the pleadings and materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for Synaptics, Inc.'s Consolidated Reply Brief in Support of Motions for Partial Summary Judgment that Use of Elantech's Product Features Meet the Limitations of Synaptics' Patent Claims, the Supp. Wolfe SJ Infringement Declaration, and Appendix A thereto, to be filed under seal. Defendant's administrative motion to file documents under seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: March 05, 2008

By: _____
UNITED STATES MAGISTRATE JUDGE
HONORABLE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 06-01839 CRB
pa-1235941

1