**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 7, 2008**

**C-06-01839** **CRB**

   **ELANTECH DEVICES CORPORATION** v. **SYNAPTICS, INC.**

| Attorneys: | Sean deBruine | Erika Yawger |
|---|---|---|
| | Damir Cefo by telephone | Karl Kramer |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Wyatt**

**PROCEEDINGS:**                                                                                                              **RULING:**

1. P's Motion for Entry of Preliminary Injunction                                             Submitted

2. _____                              _____

3. _____                              _____

**ORDERED AFTER HEARING:**

_____

_____

(X) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court  X  

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                       Type of Trial:   ( )Jury    ( )Court

Notes: _____

_____

_____