|   |   |   |
|---|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) | |
| 2 | ERIKA L. YAWGER (CA SBN 234919)<br>MORRISON & FOERSTER LLP | |
| 3 | 755 Page Mill Road<br>Palo Alto, California 94304-1018 | |
| 4 | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 | |
|   | KKramer@mofo.com | |
| 5 | | |
| 6 | Attorneys for Defendant and Counterclaimant<br>SYNAPTICS, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>            Plaintiff,<br><br>     v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**MANUAL FILING NOTIFICATION OF SYANPTICS, INC.'S SUPPLEMENTAL MEMORANDUM IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT QUESTIONS**<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

MANUAL FILING NOTIFICATION OF SUPP. MEMO. IN RESPONSE TO MARCH 6, 2008 ORDER
CASE NO. C 06-01839 CRB
pa-1241295

1  Regarding **MANUAL FILING NOTIFICATION OF SYANPTICS, INC.'S**
2  **RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT**
3  **QUESTIONS.**  This filing is in paper or physical form only, and is being maintained in the
4  case file in the Clerk's office.
5  　　　If you are a participant on this case, this filing will be served in hard-copy shortly.
6  　　　For information on retrieving this filing directly from the court, please see the court's
7  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8  　　　This filing was not efiled for the following reason(s):
9  ___ Voluminous Document (PDF file size larger than the efiling system allows)
10 ___ Unable to Scan Documents
11 ___ Physical Object (description): _____
12 _____
13 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14 _x_ Item Under Seal
15 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 ___ Other (description): _____
17 _____
18
19 Dated: March 14, 2008                KARL J. KRAMER
                                        ERIKA L. YAWGER
20                                      MORRISON & FOERSTER LLP
21
22                                      By:  /s/Karl J. Kramer
                                             Karl J. Kramer
23                                           Email:  KKramer@mofo.com
24                                      Attorneys for Defendant and
                                        Counterclaimant
25                                      SYNAPTICS, INC.
26
27
28

MANUAL FILING NOTIFICATION OF SUPP. MEMO. IN RESPONSE TO MARCH 6, 2008 ORDER
CASE NO. C 06-01839 CRB
pa-1241295