Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295) (myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:     650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP.,<br><br>  Plaintiff,<br><br>  vs.<br><br>SYNAPTICS, INC. and AVERATEC, INC.,<br><br>  Defendants. | Case No. 3:06-CV-01839 CRB<br><br>**ELANTECH'S ADMINISTRATIVE MOTION TO FILE ITS BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL; DECLARATION OF SEAN P. DEBRUINE** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation
2 ("Elantech") hereby requests leave of Court to file under seal the following documents which have been
3 lodged with the Clerk:
4    1.   Elantech Devices Corp.'s Brief in Response to March 6, 2008 Order Re: Partial
5         Summary Judgment.
6    As discussed in the attached supporting Declaration of Sean P. DeBruine ("DeBruine Decl."),
7 this document discusses in detail aspects of the design of Elantech's accused products, including its
8 highly confidential source code, which is designated as "Highly Confidential Code" under the
9 September 26, 2006 Amended Protective Order. *See* DeBruine Decl., ¶ 3. Accordingly, Elantech
10 respectfully requests that this document be filed under seal.

Dated: March 14, 2008      Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:_____/s/_____
              Sean P. DeBruine

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORP.

1

ELANTECH'S ADMIN. MOTION TO FILE ITS BRIEF IN RESPONSE TO                CASE NO. 06-CV-01839 CRB
MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL

**DECLARATION OF SEAN P. DEBRUINE**

I, Sean P. DeBruine, declare as follows:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal its Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment.

3. Elantech's Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment discusses in detail the operations of Elantech's touchpad products, particularly its highly sensitive source code, which is designated "Highly Confidential Code" pursuant to the September 26, 2006 Amended Stipulated Protective Order. Accordingly, Elantech is submitting this document for filing under seal and is filing a redacted version of this document in the public record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of March, 2008 at Palo Alto, California.

/s/
Sean P. DeBruine

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORP.,              | Case No. 3:06-CV-01839 CRB
13 |                Plaintiff,             |
                                           | **[PROPOSED] ORDER GRANTING
14 |        vs.                            | ELANTECH'S ADMINISTRATIVE
                                           | MOTION TO FILE ITS BRIEF IN
15 | SYNAPTICS, INC. and AVERATEC, INC.,   | RESPONSE TO MARCH 6, 2008 ORDER
                                           | RE: PARTIAL SUMMARY JUDGMENT
16 |                Defendants.            | UNDER SEAL**

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Its
2  Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment Under Seal.  Good cause
3  appearing, the motion is GRANTED.
4  It is hereby ORDERED that Elantech's Brief in Response to March 6, 2008 Order Re: Partial
5  Summary Judgment is to be filed under seal.

7  IT IS SO ORDERED.

10  Dated: March ___, 2008    _____
11                                                      HONORABLE CHARLES R. BREYER
                                                             UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION                    CASE NO. 06-CV-01839 CRB
TO FILE ITS BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER UNDER SEAL