IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SYNAPTICS, INC.,<br><br>  Defendant. | No. C 06-01839 CRB<br><br>**ORDER** |

On March 13, 2008, the Court filed a Memorandum and Order under seal (docket no. 268). The parties are directed to advised the Court on or before March 14, 2008 of the portions of the Memorandum and Order that should remain sealed so that the Court may file a redacted version of the Order in the public record.

**IT IS SO ORDERED.**

Dated: March 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderrereadact1.wpd