1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a            Case No.    C06-01839 CRB
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                     ~~[PROPOSED]~~ **ORDER
                                                 GRANTING SYNAPTICS, INC.'S
14                                               MISCELLANEOUS
                      Plaintiff,                 ADMINISTRATIVE REQUEST
15                                               TO FILE DOCUMENTS UNDER
                                                 SEAL**
          v.
16                                               Date:  TBD
                                                 Time:  TBD
17   SYNAPTICS, INC., a Delaware corporation;    Courtroom 8, 19th Floor
     AVERATEC, INC., a California corporation;   Hon. Charles R. Breyer
18   and PROSTAR COMPUTER, INC., a
     California corporation,

19
                      Defendants.
20

21   AND RELATED COUNTERCLAIMS

22

23

24

25

26

27

28

1        This matter comes before the Court on an administrative motion to file under seal:

2 Synaptics's Inc.'s Supplemental Memorandum In Response To March 6, 2008 Order Re: Partial

3 Summary Judgment Questions ("Response").

4        Having considered Synaptics's request, as well as the pleadings and materials lodged and

5 filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for Synaptics's

6 Response to be filed under seal. Defendant's administrative motion to file documents under seal

7 is hereby GRANTED.

8

9        IT IS SO ORDERED.

10 Dated: _ March 17, 2008 _____

11

12                   By: _____

13                      UNITED STATES DISTRICT JUDGE
                           HONORABLE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28