Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295) (myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:       650-838-2000
Facsimile:        650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br>Plaintiff, <br><br>vs. <br><br>SYNAPTICS, INC. and AVERATEC, INC., <br><br>Defendants. | Case No. 3:06-CV-01839 CRB <br><br>[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION TO FILE ITS BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL |

[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION TO FILE ITS BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER UNDER SEAL

CASE NO. 06-CV-01839 CRB

The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Its Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment Under Seal. Good cause appearing, the motion is GRANTED.

It is hereby ORDERED that Elantech's Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment is to be filed under seal.

IT IS SO ORDERED.

Dated: March 17, 2008



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION
TO FILE ITS BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER UNDER SEAL

CASE NO. 06-CV-01839 CRB