Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295)(myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC. <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Sasha Kapralov, am more than eighteen years of age and not a party to the within action. My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California, 94306.

On March 14, 2008, I served the following:

1. Elantech's Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment (Confidential Version)

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Karl J. Kramer<br>Erika L. Yawger<br>**MORRISON & FOERSTER LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Fax: (650) 494-0792<br>kkramer@mofo.com<br>eyawger@mofo.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |
| Karen H. Bromberg<br>Elizabeth F. Berhardt<br>Damir Cefo<br>**COHEN & GRESSER LLP**<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>kbromberg@cohengresser.com<br>ebernhardt@cohengresser.com<br>dcefo@cohengresser.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |

I am readily familiar with our firm's practice for collection and processing of correspondence via electronic mail and overnight courier. I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I placed the aforementioned documents in a sealed envelope and delivered them to an authorized FedEx Express drop-off location, following ordinary business practice. I declare under penalty of perjury

1  under the laws of the United States that the foregoing is true and correct; that I am employed in the
2  office of a member of the bar of this Court at whose direction the service was made; and that this
3  declaration was executed on March 14, 2008, at Palo Alto, California.

*[signature]*

Sasha Kapralov