UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**STIPULATION CONCERNING BOND AND [PROPOSED] PRELIMINARY INJUNCTION ORDER**<br><br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

STIPULATION CONCERNING BOND AND [PROPOSED] PRELIMINARY INJUNCTION ORDER
CASE NO. C06-01839-CRB

1   WHEREAS, this Court issued an Order on March 13, 2008 granting the motions of plaintiff Elantech Devices Corp. ("Elantech") for summary judgment of infringement and for a preliminary injunction with respect to defendant Synaptics, Inc.'s ("Synaptics") touchpad products having its Type 2 firmware code with multiple finger detection enabled;

WHEREAS, the parties did not brief the issue of a bond and the Court's March 13, 2008 Order did not impose an appropriate bond to be posted by Elantech as required under Federal Rule of Civil Procedure 65(c);

WHEREAS, Synaptics represents that it has taken steps after issuance of the Court's March 13, 2008 Order to ensure that all touchpad products being made, used, sold, or offered for sale in the United States by Synaptics, or being imported into the United States by Synaptics, that contain Synaptics' Type 2 Code do not have multiple finger detection capability enabled;

WHEREAS, although Synaptics reserves all rights to appeal, challenge, or otherwise seek modification of the preliminary injunction as ultimately entered in this matter, the parties have met and conferred and agree that in view of the above-referenced understanding of the scope of preliminary injunction and the applicable facts concerning Synaptics' compliance as outlined above, a bond suitable to satisfy the requirements of Rule 65(c) and to compensate Synaptics for the consequential and incidental costs and damages that it may incur or will suffer in the event that Synaptics has been wrongfully enjoined is $5,000.00.

NOW, WHEREFORE, Elantech and Synaptics, by and through their undersigned counsel, hereby stipulate and agree that the Court's Order enjoining Synaptics may only be effective upon Elantech posting an undertaking of $5,000.00, in the form attached hereto at tab A.

STIPULATION CONCERNING BOND AND [PROPOSED] PRELIMINARY INJUNCTION ORDER   1
CASE NO. C06-01839-CRB
pa-1241888

| | | |
|---|---|---|
| Dated: | March 18, 2008 | YITAI HU<br>SEAN DEBRUINE<br>HSIN-YI CINDY FENG<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| | | By:  s/ Sean DeBruine<br>        Sean DeBruine |
| | | Attorneys for Plaintiff<br>ELANTECH DEVICES CORP. |
| Dated: | March 18, 2008 | KARL J. KRAMER<br>ERIKA L. LABIT<br>MORRISON & FOERSTER LLP |
| | | By:  s/Karl J. Kramer<br>        Karl J. Kramer |
| | | Attorneys for Defendant<br>SYNAPTICS, INC. |

**6217554**

STIPULATED [PROPOSED] ORDER CONCERNING BOND AND PRELIMINARY INJUNCTION
CASE NO. C06-01839-CRB

pa-1241888

22

1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, California 94306-2112
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
   |---|---|
12 | Plaintiff, | **[PROPOSED] ORDER PRELIMINARILY RESTRAINING AND ENJOINING SYNAPTICS FROM FURTHER INFRINGEMENT OF U.S. PATENT NO. 5,825,352** |
13 | vs. | |
14 | SYNAPTICS, INC. and AVERATEC, INC, | |
15 | Defendants. | |

18     The Motion of Plaintiff Elantech Devices Corporation ("Elantech") for a Preliminary Injunction,
19 having been GRANTED by the Court in an Opinion and Order dated March 13 2007;
20     It is hereby ORDERED that Defendant Synaptics, Inc. ("Synaptics"), its officers, employees,
21 agents, servants, and attorneys, and other persons and entities who are in active concert or participation
22 with them, who receive actual notice of this Order, are preliminarily restrained and enjoined from further
23 infringement of U.S. Patent No. 5,825,352 by making, using, selling or offering to sell within the United
24 States, or by importing into the United States, Synaptics touchpad products including its current "Type
25 2" firmware code with multiple finger counting enabled.  This preliminary injunction shall take effect
26 upon Plaintiff filing an undertaking in the amount of $5,000.00.

PROPOSED ORDER RESTRAINING AND ENJOINING         - 1 -         CASE NO. 3:06-CV-01839 CRB
SYNAPTICS FROM FURTHER INFRINGEMENT OF
U.S. PATENT NO. 5,825,352

1 **IT IS SO ORDERED.**

3 Dated: _____, 2008

_____
Honorable Charles R. Breyer
United States District Judge

9 6178838

PROPOSED ORDER RESTRAINING AND ENJOINING          - 2 -          CASE NO. 3:06-CV-01839 CRB
SYNAPTICS FROM FURTHER INFRINGEMENT OF
U.S. PATENT NO. 5,825,352