Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC, <br><br> Defendants. | Case No. 3:06-CV-01839 CRB <br><br> **[PROPOSED] ORDER PRELIMINARILY RESTRAINING AND ENJOINING SYNAPTICS FROM FURTHER INFRINGEMENT OF U.S. PATENT NO. 5,825,352** |

The Motion of Plaintiff Elantech Devices Corporation ("Elantech") for a Preliminary Injunction, having been GRANTED by the Court in an Opinion and Order dated March 13 2007;

It is hereby ORDERED that Defendant Synaptics, Inc. ("Synaptics"), its officers, employees, agents, servants, and attorneys, and other persons and entities who are in active concert or participation with them, who receive actual notice of this Order, are preliminarily restrained and enjoined from further infringement of U.S. Patent No. 5,825,352 by making, using, selling or offering to sell within the United States, or by importing into the United States, Synaptics touchpad products including its current "Type 2" firmware code with multiple finger counting enabled. This preliminary injunction shall take effect upon Plaintiff filing an undertaking in the amount of $5,000.00.

1  **IT IS SO ORDERED.**

3  Dated: __March 19_____, 2008

6  _____
7  Honorable Charles R. B...
   United ...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

9  6178838

PROPOSED ORDER RESTRAINING AND ENJOINING         - 2 -         CASE NO. 3:06-CV-01839 CRB
SYNAPTICS FROM FURTHER INFRINGEMENT OF
U.S. PATENT NO. 5,825,352