1 | KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
2 | MORRISON & FOERSTER LLP
755 Page Mill Road
3 | Palo Alto, California  94304-1018
Telephone: (650) 813-5600
4 | Facsimile: (650) 494-0792
KKramer@mofo.com
5 |

6 | Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>Date:   TBD<br>Time:   TBD<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

SYNAPTICS' MISC. ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1242316

1    Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11,
2 and 79-5(d), Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under
3 seal the following document: Synaptics, Inc.'s Reply to Elantech's Brief in Response to March
4 6, 2008 Order Re: Partial Summary Judgment ("Reply").

5    Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document
6 may be obtained when it is established that the document in question contains information that
7 is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

8    The Reply discusses and refers in detail to information that Elantech Devices
9 Corporation ("Elantech") has designated as confidential firmware and source code ("Code").
10 This discussion occurs throughout the Reply. Elantech represented that this Code contains
11 highly confidential business information regarding the operation of Elantech's touchpad
12 products. Elantech designated it as "Highly Confidential Code" and "Confidential – Attorneys'
13 Eyes Only" pursuant to the September 26, 2006 Amended Protective Order. *See* Supporting
14 Declaration of Karl J. Kramer (attached).

15    The Court has previously granted Elantech's and Synaptics's requests in the briefing on
16 other summary judgment motions to file materials relating to the parties' firmware and source
17 codes under seal. (*See, e.g.,* March 17, 2006 Order Granting Synaptics's Administrative
18 Motion to File Documents Under Seal; March 6, 2008 Order Granting Synaptics's
19 Administrative Motion for File Documents Under Seal; February 21, 2008 Order Granting
20 Elantech's Administrative Motion to File Papers Under Seal; January 2, 2008 Order Granting
21 Synaptics' Administrative Motion to File Papers Under Seal; December 26, 2007 Order
22 Granting Synaptics' Administrative Motion to File Papers Under Seal; November 27, 2007
23 Order Granting Elantech's Administrative Motion to File Papers Under Seal; June 18, 2007
24 Order Granting Synaptics' Motion to File Papers Under Seal; May 29, 2007 Order Granting
25 Elantech's Administrative Motion to File Papers Under Seal; May 21, 2007 Order Granting
26 Synaptics' Motion to File Papers Under Seal.)

27
28

1  For the reasons stated above, Synaptics respectfully requests that the Court grant its
2  Miscellaneous Administrative Request to File Documents Under Seal.

Dated: March 21, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By: /s/Karl J. Kramer
    Karl J. Kramer
    Email: KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

## SUPPORTING DECLARATION OF KARL J. KRAMER

I, Karl J. Kramer, declare as follows:

1.  I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.  Synaptics seeks to file under seal the following document: Synaptics, Inc.'s Reply to Elantech's Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment ("Reply").

3.  The Reply discusses and refers in detail to information that Elantech has designated as confidential firmware and source code ("Code"). Elantech represented that this Code contains highly confidential business information regarding the operation of Elantech's touchpad products. Elantech designated the Code as "Highly Confidential Code" and "Confidential – Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Protective Order. (*See* Docket No. 55.) Accordingly, Synaptics seeks to file the Reply under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 21, 2008, in Palo Alto, California.

By:  /s/Karl J. Kramer
     Karl J. Kramer
     Email: KKramer@mofo.com

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.  C06-01839 CRB
13 | | **[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**
14 | Plaintiff, |
15 | v. |
16 | |
17 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date: TBD
18 | | Time: TBD
   | | Courtroom 8, 19th Floor
   | | Hon. Charles R. Breyer
19 | |
20 | Defendants. |
21 | AND RELATED COUNTERCLAIMS |

[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1242318

1   This matter comes before the Court on an administrative motion to file under seal:
2   Synaptics, Inc.'s Reply to Elantech's Brief in Response to March 6, 2008 Order Re: Partial
3   Summary Judgment ("Reply").
4   Having considered Synaptics's request, as well as the pleadings and materials lodged and
5   filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for Synaptics's
6   Reply to be filed under seal. Defendant's administrative motion to file documents under seal is
7   hereby GRANTED.

9   IT IS SO ORDERED.
10  Dated: _____

12                              By: _____
                                    UNITED STATES DISTRICT COURT JUDGE
13                                  HONORABLE CHARLES R. BREYER