1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.    C06-01839 CRB |
|---|---|---|
| 13 | | **MANUAL FILING NOTIFICATION OF SYNAPTICS, INC.'S REPLY TO ELANTECH'S BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| 17 | | Date: TBD |
| 18 | | Time: TBD Courtroom 8, 19th Floor Hon. Charles R. Breyer |
| 19 | Defendants. | |
| 20 | AND RELATED COUNTERCLAIMS | |

MANUAL FILING NOTIFICATION OF SYNAPTICS' REPLY TO ELANTECH'S BRIEF IN RESP. TO MARCH 6, 2008 ORDER RE PARTIAL SUMMARY JUDGMENT; CASE NO. C06-01839 CRB
pa-1242332

1   Regarding **MANUAL FILING NOTIFICATION OF SYNAPTICS, INC.'S REPLY
2   TO ELANTECH'S BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL
3   SUMMARY JUDGMENT.**  This filing is in paper or physical form only, and is being
4   maintained in the case file in the Clerk's office.

5   If you are a participant on this case, this filing will be served in hard-copy shortly.

6   For information on retrieving this filing directly from the court, please see the court's
7   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8   This filing was not efiled for the following reason(s):

9   ___ Voluminous Document (PDF file size larger than the efiling system allows)

10  ___ Unable to Scan Documents

11  ___ Physical Object (description): _____

12  _____

13  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14  _x_ Item Under Seal

15  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  ___ Other (description): _____

17  _____

18

19  Dated: March 21, 2008                KARL J. KRAMER
                                         ERIKA L. YAWGER
20                                       MORRISON & FOERSTER LLP

21
                                         By:   /s/Karl J. Kramer
22                                              Karl J. Kramer
                                                Email: KKramer@mofo.com
23
                                         Attorneys for Defendant and
24                                       Counterclaimant
                                         SYNAPTICS, INC.
25

26

27

28

MANUAL FILING NOTIFICATION OF SYNAPTICS' REPLY TO ELANTECH'S BRIEF IN RESP. TO MARCH 6, 2008 ORDER RE PARTIAL     1
SUMMARY JUDGMENT; CASE NO. C06-01839 CRB
pa-1242332