KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br>Date:  TBD<br>Time:  TBD<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

**SYNAPTICS, INC.'S REPLY TO ELANTECH'S BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT**

1    ☒    **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true
copy thereof enclosed in a sealed envelope with delivery fees provided for,
2    addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto,
California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary
3    business practices.

4    I am readily familiar with Morrison & Foerster LLP's practice for collection and
processing of correspondence for overnight delivery and know that in the ordinary
5    course of Morrison & Foerster LLP's business practice the document(s) described
above will be deposited in a box or other facility regularly maintained by UPS or
6    delivered to an authorized courier or driver authorized by UPS to receive documents
on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.
7

8    ☒    **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule  5(b)]** by placing a true
copy thereof enclosed in a sealed envelope addressed as follows for collection and
delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of
9    the document(s) listed above to the person(s) at the address(es) set forth below.

10    I am readily familiar with Morrison & Foerster LLP's practice for the collection and
processing of documents for hand delivery and know that in the ordinary course of
11    Morrison & Foerster LLP's business practice the document(s) described above will be
taken from Morrison & Foerster LLP's mailroom and hand delivered to the
12    document's addressee (or left with an employee or person in charge of the
addressee's office) on the same date that it is placed at Morrison & Foerster LLP's
13    mailroom.

14

15    Yitai Hu                         _____ Fax
Sean P. DeBruine            _____ U.S. Mail
16    Akin Gump Strauss Hauer & Field LLP    _____ Overnight
2 Palo Alto Square, Suite 400       \_\_X\_\_ Personal
17    3000 El Camino Real              _____ E-mail **(courtesy copy)**
Palo Alto, Ca  94306
18    Tele:  (650) 838-2121
Fax: (650) 838-2001
19    Email: sdebruine@akingump.com
yhu@akingump.com
20    COUNSEL FOR PLAINTIFF
ELANTECH DEVICES
21    CORPORATION

22

23

24

25

26

27

28

1
2
3
4
5
6
7

Karen H. Bromberg
Damir Cefo
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY  10017
Tele:  (212) 957-7604
Fax: (212) 957-4514
Email: kbromberg@cohengresser.com
dcefo@cohengresser.com
COUNSEL FOR DEFENDANT
AVERATEC, INC.

_____ Fax
_____ U.S. Mail
__X__ Overnight
_____ Personal
_____ E-mail **(courtesy copy)**

8
9
10
11
12
13

Scott R. Raber
Kastner Banchero LLP
20 California Street, 7th Floor
San Francisco, CA  94111
Tele:  (415) 398-7000
Fax:  (415) 616-7000
Email: srr@kastnerbanchero.com
COUNSEL FOR DEFENDANT
AVERATEC, INC.

_____ Fax
_____ U.S. Mail
__X__ Overnight
_____ Personal
_____ E-mail **(courtesy copy)**

14
15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16

Executed at Palo Alto, California on March 21, 2008.

17

_____          _____
              Sandra K. Devol                                          s/Sandra K. Devol
                  (typed)                                                   (signature)

18
19
20
21

22

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this

23

**CERTIFICATE OF SERVICE.**  In compliance with General Order 45, X.B., I hereby attest that

24

Sandra K. Devol has concurred in this filing.

25

Dated:  March 21, 2008            MORRISON & FOERSTER LLP

26

By:    /s/Karl J. Kramer_____
              Karl J. Kramer
              Email:  KKramer@mofo.com

27
28