Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295) (myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:      650-838-2000
Facsimile:       650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP.,<br><br>            Plaintiff,<br><br>       vs.<br><br>SYNAPTICS, INC. and AVERATEC, INC.,<br><br>            Defendants. | Case No. 3:06-CV-01839 CRB<br><br>**ELANTECH'S ADMINISTRATIVE MOTION TO FILE ITS REPLY BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL; DECLARATION OF SEAN P. DEBRUINE** |

ELANTECH'S ADMIN. MOTION TO FILE ITS REPLY BRIEF IN RESPONSE TO
MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL

CASE NO. 06-CV-01839 CRB

1       Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation ("Elantech") hereby requests leave of Court to file under seal the following documents which have been lodged with the Clerk:

    1.     Elantech Devices Corp.'s Reply Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment.

      As discussed in the attached supporting Declaration of Sean P. DeBruine ("DeBruine Decl."), this document discusses in detail aspects of the design of Elantech's accused products, including its highly confidential source code, which is designated as "Highly Confidential Code" under the September 26, 2006 Amended Protective Order. *See* DeBruine Decl., ¶ 3. Accordingly, Elantech respectfully requests that this document be filed under seal.

Dated: March 21, 2008       Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:       /s/
      Sean P. DeBruine

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORP.

1

ELANTECH'S ADMIN. MOTION TO FILE ITS REPLY BRIEF IN RESPONSE TO     CASE NO. 06-CV-01839 CRB
MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL

## DECLARATION OF SEAN P. DEBRUINE

I, Sean P. DeBruine, declare as follows:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal its Reply Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment.

3. Elantech's Reply Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment discusses in detail the operations of Elantech's touchpad products, particularly its highly sensitive source code, which is designated "Highly Confidential Code" pursuant to the September 26, 2006 Amended Stipulated Protective Order. Accordingly, Elantech is submitting this document for filing under seal and is filing a redacted version of this document in the public record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21th day of March, 2008 at Palo Alto, California.

/s/
Sean P. DeBruine

2

ELANTECH'S ADMIN. MOTION TO FILE ITS REPLY BRIEF IN RESPONSE TO    CASE NO. 06-CV-01839 CRB
MARCH 6, 2008 ORDER RE: PARTIAL SUMMARY JUDGMENT UNDER SEAL

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295) (myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORP.,              | Case No. 3:06-CV-01839 CRB
13 |         Plaintiff,                   |
                                          | **[PROPOSED] ORDER GRANTING
14 |    vs.                               | ELANTECH'S ADMINISTRATIVE
                                          | MOTION TO FILE ITS REPLY BRIEF IN
15 | SYNAPTICS, INC. and AVERATEC, INC.,  | RESPONSE TO MARCH 6, 2008 ORDER
                                          | RE: PARTIAL SUMMARY JUDGMENT
16 |         Defendants.                  | UNDER SEAL**

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Its
2  Reply Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment Under Seal.  Good
3  cause appearing, the motion is GRANTED.
4  It is hereby ORDERED that Elantech's Reply Brief in Response to March 6, 2008 Order Re:
5  Partial Summary Judgment is to be filed under seal.

7  IT IS SO ORDERED.

Dated: March ___, 2008

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1