```
 1  Yitai Hu (SBN 248085)(yhu@akingump.com)
    Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
 2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
    Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
 3  AKIN GUMP STRAUSS HAUER & FELD LLP
    Two Palo Alto Square
 4  3000 El Camino Real, Suite 400
    Palo Alto, California  94306
 5  Telephone:      650-838-2000
    Facsimile:      650-838-2001
 6
 7  Attorneys for Plaintiff and Counterdefendant
    ELANTECH DEVICES CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORP., | ) Case No. 3:06-CV-01839 CRB |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| SYNAPTICS, INC. and AVERATEC, INC. | ) |
| Defendants. | ) |

# CERTIFICATE OF SERVICE

I, Sissel Browder, am more than eighteen years of age and not a party to the within action. My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California, 94306.

On March 21, 2008, I served the following:

1. Elantech's Reply Brief in Response to March 6, 2008 Order Re: Partial Summary Judgment (Confidential Version)

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Karl J. Kramer<br>Erika L. Yawger<br>**MORRISON & FOERSTER LLP**<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Fax: (650) 494-0792<br>kkramer@mofo.com<br>eyawger@mofo.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |
| Karen H. Bromberg<br>Elizabeth F. Berhardt<br>Damir Cefo<br>**COHEN & GRESSER LLP**<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>kbromberg@cohengresser.com<br>ebernhardt@cohengresser.com<br>dcefo@cohengresser.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |

I am readily familiar with our firm's practice for collection and processing of correspondence via electronic mail and overnight courier. I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I placed the aforementioned documents in a sealed envelope and delivered them to an authorized FedEx Express drop-off location, following ordinary business practice. I declare under penalty of perjury

1 under the laws of the United States that the foregoing is true and correct; that I am employed in the
2 office of a member of the bar of this Court at whose direction the service was made; and that this
3 declaration was executed on March 21, 2008, at Palo Alto, California.

*[signature]*
Sissel Browder