UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

1   This matter comes before the Court on an administrative motion to file under seal:
2   Synaptics, Inc.'s Reply to Elantech's Brief in Response to March 6, 2008 Order Re: Partial
3   Summary Judgment ("Reply").
4   Having considered Synaptics's request, as well as the pleadings and materials lodged and
5   filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for Synaptics's
6   Reply to be filed under seal. Defendant's administrative motion to file documents under seal is
7   hereby GRANTED.

9   IT IS SO ORDERED.
10  Dated: __March 24, 2008_____

12  By: _____
13  UNITED STATES DISTRICT JUDGE
    HONORABLE CHARLES R. BREYER



[PROP.] ORDER GRANTING SYNAPTICS' MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839 CRB
pa-1242318

1