IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELANTECH DEVICES CORPORATION,

    Plaintiff,

  v.

SYNAPTICS, INC.,

    Defendant.

                                         /

No. C 06-01839 CRB

**ORDER**

On March 17, 2008, the Court filed an Order directing the parties to advise the Court on or before March 14, 2008 of the portions of the March 13, 2008 Memorandum and Order that should remain sealed so that the Court may file a redacted version of the Order in the public record. The March 14 deadline was, of course, in error. Nonetheless, as of the date of this Order no party has advised the Court that any portions of the Memorandum and Order should be kept under seal. Accordingly, the Court intends to file the entire Order in the public docket on Monday, March 31, 2008 unless a party advises the Court of confidential information that must be sealed.

**IT IS SO ORDERED.**

Dated: March 26, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderreredact2.wpd