IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC.,<br><br>Defendant. | No. C 06-01839 CRB<br><br>**ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that Defendant and Counterclaimant SYNAPTICS, INC.'s Motion to Compel Responses to Discovery Requests and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

Dated: March 31, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE