**ORIGINAL**



| | |
|---|---|
| 1  KARL J. KRAMER (CA SBN 136433)<br>    ERIKA L. YAWGER (CA SBN 234919)<br>2  MORRISON & FOERSTER LLP<br>    755 Page Mill Road<br>3  Palo Alto, California 94304-1018<br>    Telephone: (650) 813-5600<br>4  Facsimile: (650) 494-0792<br>    KKramer@mofo.com<br>5<br>   Attorneys for Defendant and Counterclaimant<br>6  SYNAPTICS, INC. | **FILED**<br><br>APR 1 1 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants. | Case No.   C06-01839 CRB<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |
| AND RELATED COUNTERCLAIMS. | |

NOTICE IS HEREBY GIVEN that Defendant Synaptics, Inc. ("Synaptics") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's March 13, 2008 Memorandum and Order granting Plaintiff's motion for a preliminary injunction ("March 13 Order"), and all orders that formed the basis for or result from the March 13 Order, including but not limited to, the April 6, 2007 Claim Construction Order (Docket No. 91), the October 26, 2007 Memorandum and Order re: Summary Judgment Motions (Filed Under Seal)

NOTICE OF APPEAL; CASE NO. C 06-01839 CRB                                                                                                          1
pa-1241812

1   (Docket Nos. 172, 174 (public version)), February 29, 2008 Order Granting Motion to Amend
2   Final Infringement Contentions (Docket No. 261), Stipulation Concerning Bond and [Proposed]
3   Preliminary Injunction Order (Docket No. 280), and Order Preliminarily Restraining and
4   Enjoining Synaptics from Further Infringement of U.S. Patent No. 5,825,352 (Docket No. 281).
5       This notice of appeal is timely pursuant to Federal Rule of Appellate Procedure
6   4(a)(1)(A).

8   Dated: April 11, 2008            KARL J. KRAMER
                                     ERIKA L. YAWGER
9                                    MORRISON & FOERSTER LLP

11                                   By: _____
                                         Karl J. Kramer
12                                       KKramer@mofo.com

13                                   Attorneys for Defendant and
                                     Counterclaimant SYNAPTICS, INC.



FILED
APR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-06-1839 CRB

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Sean P. DeBruine<br>Hsin-Yi Cindy Feng<br>Yitai Hu<br>Akin Gump Strauss Hauer<br>   & Feld LLP<br>2 Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Fax: (650) 838-2001<br>Email: sdebruine@akingump.com<br>cfeng@akingump.com<br>yhu@akingump.com<br>COUNSEL FOR PLAINTIFF | _____ Fax<br>__X__ U.S. Mail<br>_____ Overnight<br>_____ Personal<br>_____ E-mail **(courtesy copy)** |
| Karen H. Bromberg<br>Elizabeth F. Bernhardt<br>Damir Cefo<br>Cohen & Gresser LLP<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Fax: (212) 957-4514<br>Email: kbromberg@cohengresser.com<br>ebernhardt@cohengressser.com<br>dcefo@cohengresser.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC | _____ Fax<br>__X__ U.S. Mail<br>_____ Overnight<br>_____ Personal<br>_____ E-mail **(courtesy copy)** |

CERTIFICATE OF SERVICE; CASE NO. C06-01839 CRB

pa-1241812

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scott R. Raber
Kastner Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Fax: (415) 616-7000
Email: srr@kastnerbanchero.com
COUNSEL FOR DEFENDANT
AVERATEC, INC

\_\_\_\_\_ Fax
  X   U.S. Mail
\_\_\_\_\_ Overnight
\_\_\_\_\_ Personal
\_\_\_\_\_ E-mail **(courtesy copy)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California on April 11, 2008.

_____Erika L. Yawger_____      _____/s/ Erika L. Yawger_____
            (typed)                              (signature)