AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

### United States District Court for the Northern District of California

---

ELANTECH DEVICES CORPORATION-v-SYNAPTICS, INC.
Plaintiff(s)                    Defendant(s)

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Trademark Infringement**

Docket No.  CV 06-01839 CRB          Date of Judgment/Order:  **3/13/08, 4/6/07, 10/26/07, 2/29/08, 3/20/08, 4/14/08.**

Cross or related appeal?       Date of Notice of Appeal:  **4/11/08**

Appellant is:  ( ) Plaintiff    (x) Defendant    ( ) Other (explain

---

DOCKET FEE STATUS:
    (x) Paid    ( ) Not Paid    Billed On:
    U.S. Appeal?  Yes ( )    No  ( )
    In forma pauperis?
    ( ) Granted    ( ) Denied    ( ) Revoked    ( ) Pending    ( ) Never requested

---

COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

| | |
|---|---|
| Karl J. Kramer | Sean DeBruine |
| Morrison & Foerster LLP | Akin Gump Strauss Hauer & Feld LLP |
| 755 Page Mill Road | 2 Palo Alto Square |
| Palo Alto, CA 94304-1018 | 3000 El Camino Real, Suite 400 |
| | Palo Alto, CA 94303 |
| | |
| Tel. No. : (650) 813-5600 | Tel. No. : (650) 838-2000 |
| | |
| Attorney for defendant Synaptics, Inc. | Attorney for plaintiff Elantech Devices Corporation |

COURT REPORTER: Kathy Wyatt (415) 487-9834, Belle Ball (415) 373-2529, Sahar McVickar (415) 626-6060.

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.