1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Ming-Tao Yang (SBN 221295)(myang@akingump.com)
   Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, California 94306-2112
5  Telephone:    650-838-2000
   Facsimile:    650-838-2001
6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELANTECH DEVICES CORP., | Case No. 3:06-CV-01839 CRB |
|---|---|
| Plaintiff, | **CASH BOND ON ORDER PRELIMINARILY RESTRAINING AND ENJOINING SYNAPTICS FROM FURTHER INFRINGEMENT OF U.S. PATENT NO. 5,825,352** |
| vs. | |
| SYNAPTICS, INC. and AVERATEC, INC, | |
| Defendants. | |

CASH BOND ON ORDER PRELIMINARILY
RESTRAINING AND ENJOINING SYNAPTICS FROM FURTHER
INFRINGEMENT OF U.S. PATENT NO. 5,825,352                           CASE NO. 3:06-CV-01839 CRB

1    In compliance with this Court's March 19, 2008 Order preliminarily restraining and enjoining
2  Defendant Synaptics, Inc. from further infringement of U.S. Patent No. 5,825,352 (the "Preliminary
3  Injunction Order"), which requires Plaintiff Elantech Devices Corp. to file an undertaking in the amount
4  of five thousand dollars ($5,000) to secure the payment of such costs and damages not to exceed such
5  sums as may be suffered or sustained by a party who is found to be wrongfully enjoined or restrained as
6  provided by Federal Rule of Civil Procedure 65(c), Plaintiff made a cash deposit of $5,000 with the
7  Court Clerk on April ___, 2008, pursuant to Civil Local Rule 65.1-1(b)(4). Elantech Devices Corp.
8  acknowledges itself bound to pay defendant Synaptics, Inc. or any other party found to be harmed by the
9  Preliminary Injunction Order as may be ascertained upon motion to this Court, if and only if the party
10 seeking such damages is found to have been wrongfully restrained by said Order, an in any event not to
11 exceed five thousand dollars ($5000.00).
12    This bond shall remain in force and effect until further Order of this Court.
13    Witness the signature of the party to this undertaking, Elantech Devices Corp., this <u>8th</u> day of
14 April 2008.

                                    Elantech Devices Corp.
                                    By: <u>Wei Fan Lu</u>       /s/ Wei Fan Lu
                                    Title: <u>General Manager of Elantech Devices Corp.</u>

6224018

CASH BOND ON ORDER PRELIMINARILY                 2
RESTRAINING AND ENJOINING SYNAPTICS FROM FURTHER
INFRINGEMENT OF U.S. PATENT NO. 5,825,352              CASE NO. 3:06-CV-01839 CRB