United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC.,<br><br>Defendant._____/ | No. C 06-01839 CRB<br><br>**ORDER** |

On April 16, 2008, the Court filed a Memorandum and Order under seal (docket no. 307). The parties are directed to advise the Court on or before May 2, 2008 of the portions of the Memorandum and Order that should remain sealed so that the Court may file a redacted version of the Order in the public record.

**IT IS SO ORDERED.**

Dated: April 23, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\1839\orderreredact3.wpd