1  YITAI HU (CA SBN 248085)
   SEAN P. DEBRUINE (CA SBN 168071)
2  HSIN-YI CINDY FENG (CA SBN 215152)
   AKIN GUMP STRAUSS HAUER & FELD, LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, CA 94306
   Telephone: (650) 838-2000
5  Facsimile: (650) 838-2001
   sdebruine@akingump.com
6
   Attorneys for Plaintiff
7  ELANTECH DEVICES CORPORATION

8
   KARL J. KRAMER (CA SBN 136433)
9  ERIKA L. YAWGER (CA SBN 234919)
   MORRISON & FOERSTER LLP
10 755 Page Mill Road
   Palo Alto, California 94304-1018
11 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
12 kkramer@mofo.com

13 Attorneys for Defendant
   SYNAPTICS, INC.
14

15                   UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   3:06-CV-01839 CRB |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| v. | Date: May 9, 2008 |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Time: 8:30 a.m. |
| | Hon. Charles R. Breyer |
| Defendants. | Courtroom No. 8, 19th Floor |
| AND RELATED COUNTERCLAIMS | |

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:06-CV-01839 CRB
pa-1250049

**INTRODUCTION**

Pursuant to Civ. L.R. 16-10(d), lead counsel for the parties in this action met and conferred several times from April 18-23, 2008, for the purposes specified in Fed. R. Civ. P. 26(f), Civ. L.R. 16-8 and 16-9, and ADR Local Rule 3-5(a), as applicable to this action. Pursuant to that meet and confer, the parties hereby submit this Joint Case Management Statement.

## I. PROGRESS SINCE THE LAST STATEMENT WAS FILED

### A. Discovery

The parties are engaged in ongoing discovery efforts. Both Elantech and Synaptics have produced documents and confidential source code pursuant to the requirements of the Patent Local Rules, and discovery is ongoing. Neither party has engaged in discovery concerning damages pursuant to the parties' agreement to bifurcate damages. To date, three depositions have been taken on narrow topics related to the issues raised in the summary judgment motions concerning infringement of Elantech's patent.

On March 26, 2008, Synaptics filed a motion to compel discovery responses from Elantech. The motion was referred to Magistrate Judge Spero on March 31, 2008. Pursuant to Judge Spero's April 4, 2008 Order, the parties met and conferred in person on April 18, 2008, and Elantech agreed to provide responses to discovery requests by April 28, 2008. There are a few additional disputed issues concerning this discovery that will be raised with Judge Spero in accordance with his April 4 Order.

In April 2008, Synaptics served additional discovery requests on Elantech and third parties, including notices for depositions of several important fact witnesses. The parties believe that significant fact discovery remains to be completed.

### B. Claim construction

On December 18, 2006, Elantech and Synaptics submitted their Joint Claim Construction and Prehearing Statement pursuant to Pat. L. R. 4-3, identifying 18 claims for construction. Following briefing on claim construction but prior to the hearing, the Court issued an order on February 14, 2007 directing each party to advise the court of the four terms it most wanted construed. The parties complied, and the Court construed 8 of the 18 terms on April 6, 2007.

### C. Summary Judgment Motions

On April 20, 2007, shortly after the Court issued its Order on claim construction, Synaptics filed a motion for summary judgment of noninfringement of Elantech's patent. On May 25, 2007, Elantech filed a motion for summary judgment of infringement of Elantech's patent. Both motions were scheduled to be heard on July 6, 2007, but on July 5, 2007 the Court issued an order rescheduling the hearing. The Court heard these motions on October 5, 2007 and on October 26, 2007 issued an order granting Synaptics's motion for summary judgment of noninfringement for "Type 1" code; denying Synaptics's motion for summary judgment of noninfringement for "Type 2" code (enabled and disabled); and denying Elantech's motion for summary judgment of infringement.

On November 20, 2007, Elantech filed a motion for partial summary judgment of infringement in which Elantech requests partial summary judgment that the touchpad products sold by Synaptics using "Type 2" source code with finger counting enabled literally infringe Claim 18 of Elantech's patent. The Court heard Elantech's related motion for preliminary injunction on March 7, 2008 and on March 13, 2008 granted Elantech's motions for partial summary judgment and for preliminary injunction. Synaptics timely appealed the March 13, 2008 Order on April 11, 2008, and the appeal is pending.

On January 11, 2008, Synaptics filed motions for partial summary judgment that the use of Elantech's touchpads infringe the "tapping" and "zone" claims of Synaptics' asserted patents. On March 6, 2008, the Court ordered supplemental briefing on several questions related to these motions, which the parties submitted on March 14 and 21, 2008. Without oral argument, the Court issued an order on April 16, 2008 granting Synaptics' motions for summary judgment of infringement with respect to the corner tap, scroll zone, edge motion, and drag functions claimed in the Synaptics patents, and denying summary judgment on the tap and double-tap claims.

### II. ALTERNATIVE DISPUTE RESOLUTION

The parties have had private ongoing settlement discussions for the past 6 months but have yet to finalize any settlement. The parties would be willing to participate in mediation at an appropriate time.

### III.    CASE SCHEDULE

The parties propose the following schedule.  Averatec believes that the case against Averatec should be stayed because, to the extent it pertains to Averatec, it is entirely duplicative of the underlying claims against Synaptics.

Synaptics and Elantech request that the Court adopt the following case management schedule and deadlines:

| DEADLINE DESCRIPTION | DATE |
|---|---|
| Discovery Cut-Off (fact discovery) | October 31, 2008 |
| Parties to exchange expert witness FRCP 26(a)(2)(B) reports | November 28, 2008 |
| Parties to exchange rebuttal FRCP 26(a)(2)(B) reports | December 12, 2008 |
| Discovery Cut-Off (expert discovery): | December 19, 2008 |
| Last day to file dispositive motions | January 23, 2009 |
| Last day to hear dispositive motions | February 20, 2009 |
| Parties to serve motions in limine | March 20, 2009 |
| Parties to serve oppositions to motions in limine | April 6, 2009 |
| Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference, the parties shall file a Joint Proposed Final Pretrial Order, a joint set of proposed jury instructions, memoranda of law in support of each disputed instruction, a joint special verdict form, a joint set of proposed voir dire questions, any motions in limine together with their respective oppositions, and the parties respective trial briefs, if any | April 10, 2009 |
| Final Pretrial Conference | April 17, 2009 |
| Trial | April 20, 2009 |

The parties expect that the trial will last for a minimum of seven (7) trial days.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:06-CV-01839 CRB
pa-1250049

3

| | |
|---|---|
| Dated:  April 25, 2008 | KARL J. KRAMER<br>ERIKA L. YAWGER<br>MORRISON & FOERSTER LLP |
| | By: s/Karl J. Kramer<br>       Karl J. Kramer |
| | Attorneys for Defendant<br>SYNAPTICS, INC. |
| Dated: April 25, 2008 | YITAI HU<br>SEAN P. DeBRUINE<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By: s/Sean P. DeBruine<br>       Sean P. DeBruine |
| | Attorneys for Plaintiff<br>ELANTECH DEVICES CORPORATION |
| Dated: April 25, 2008 | KAREN H. BROMBERG<br>DAMIR CEFO<br>COHEN & GRESSER LLP |
| | By: s/Karen H. Bromberg<br>       Karen H. Bromberg |
| | Attorneys for Defendant<br>AVERATEC, INC. |

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **JOINT CASE MANAGEMENT STATEMENT.** In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Karen H. Bromberg have concurred in this filing.

Dated: April 25, 2008     MORRISON & FOERSTER LLP

By:  s/Karl J. Kramer
     Karl J. Kramer

Attorney for Defendant
SYNAPTICS, INC.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:06-CV-01839 CRB
pa-1250049

4