# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 25, 2008

Writer's Direct Contact
650.813.5775
KKramer@mofo.com

Honorable Joseph C. Spero
U.S.D.C. - Northern District
450 Golden Gate Ave., Crtrm. A, 15th Floor
San Francisco, CA 94102

Re:   *Elantech v. Synaptic*: Case No. C-06-CV-01839 CRB (JCS)

Dear Judge Spero,

On Friday, August 18, 2008, the parties to the above-referenced action met and conferred in person pursuant to the Court's April 4, 2008 order concerning Synaptics, Inc. ("Synaptics")'s Motion to Compel Responses to Discovery Requests (the "Motion"). During meet and confer, Elantech Devices Corp. ("Elantech") agreed to substantively respond to Synaptics' discovery requests by **April 28, 2008.**

Elantech agreed to provide those responses, but did not agree that it waived its right to raise valid objections to those requests. In particular, Elantech cited examples during meet and confer where it believes certain requests could be construed as calling for privileged information, information subject to the parties' agreement not to seek damages discovery or as otherwise overbroad or irrelevant. Elantech is currently finalizing its responses.

Synaptics believes that Elantech's promise to now provide responses, nearly eight months after they were due and after forcing Synaptics to write numerous letters and file a motion to compel, is insufficient. Under the law, and in fairness to Synaptics, Elantech cannot be permitted to ignore its obligation to provide timely discovery. The Court should rule that Elantech's objections are waived. Elantech's position that the parties agreed to a continued standstill of discovery was untrue as of October 2007 when active litigation resumed, and patently false since February 2008 in light of the repeated letters from Synaptics demanding responses, and the present motion to compel discovery.

Elantech disagrees. The parties agreed to a standstill of activity in this case pending resolution of motions for summary judgment and attempts to settle this matter. Because Synaptics agreed to postpone those responses they are not "eight months overdue." The motions for summary judgment have been resolved and the parties are now re-engaged in discovery, including Elantech's responses.

Respectfully submitted,

/s/Karl J. Kramer
Karl J. Kramer, counsel for Synaptics, Inc.

/s/Sean P. DeBruine
Sean P. DeBruine, counsel for Elantech Devices Corp.

pa-1250502