# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2008-1310 - ELANTECH DEVICES V SYNAPTICS

RECEIVED
APR 2 8 2008

**Date of docketing:** 04/22/2008

**Appeal from:** United States District Court / Northern District of California
case no. 06-CV-1839

**Appellant(s):** Synaptics, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, Northern District of California
Karl J. Kramer
Scott R. Raber
Sean P. DeBruine

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-1310

ELANTECH DEVICES CORPORATION,

           Plaintiff-Appellee,

v.

SYNAPTICS, INC.,

           Defendant-Appellant,

and

AVERATEC, INC., and PROSTAR COMPUTER, INC.,

           Defendants.

Appeal from the United States District Court for the Northern District of California in case no. 06-CV-1839, Judge Charles R. Breyer.

Authorized Abbreviated Caption[2]

ELANTECH DEVICES v SYNAPTICS, 2008-1310

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

ELANTECH DEVICES CORPORATION-v-SYNAPTICS, INC.
Plaintiff(s)            Defendant(s)

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Trademark Infringement**

Docket No. CV 06-01839 CRB          Date of Judgment/Order: 3/13/08, 4/6/07, 10/26/07, 2/29/08, 3/20/08, 4/14/08.

Cross or related appeal?     Date of Notice of Appeal: 4/11/08

Appellant is: ( ) Plaintiff   (x) Defendant   ( ) Other (explain

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

APR 22 2008

JAN HORBALY
CLERK

---

DOCKET FEE STATUS:
    (x) Paid    ( ) Not Paid    Billed On:
U.S. Appeal? Yes ( ) No ( )
In forma pauperis?
    ( ) Granted   ( ) Denied   ( ) Revoked     ( ) Pending   ( ) Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

| | |
|---|---|
| Karl J. Kramer | Sean DeBruine |
| Morrison & Foerster LLP | Akin Gump Strauss Hauer & Feld LLP |
| 755 Page Mill Road | 2 Palo Alto Square |
| Palo Alto, CA 94304-1018 | 3000 El Camino Real, Suite 400 |
|  | Palo Alto, CA 94303 |
| Tel. No. : (650) 813-5600 | Tel. No. : (650) 838-2000 |
| Attorney for defendant Synaptics, Inc. | Attorney for plaintiff Elantech Devices Corporation |

COURT REPORTER: Kathy Wyatt (415) 487-9834, Belle Ball (415) 373-2529, Sahar McVickar (415) 626-6060.

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.