SCOTT R. RABER, srr@kastnerbanchero.com
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000 Facsimile: (415) 616-7000

KAREN H. BROMBERG, kbromberg@cohengresser.com
DAMIR CEFO
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600 Facsimile: (212) 957-4514

ATTORNEYS FOR DEFENDANT
AVERATEC, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan<br><br>  Plaintiff,<br><br>  v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>  Defendants. | Case No. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ATTEND CASE MANAGEMENT CONFERENCE VIA PHONE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, acting by and through their counsel of record, that the out-of-state counsel for defendant Averatec, Inc. ("Averatec"), be permitted to participate by telephone in the Case

1

**Stipulation and [Proposed] Order**
Case No. C06-01839 CRB

Management Conference scheduled in the above-captioned case on May 9, 2008, at 8:30 a.m.

Damir Cefo, Averatec's representative, can be reached at the following number on May 9, 2008: (212) 957-7006.

**IT IS SO STIPULATED**.

Dated: May 7, 2008

| AKIN GUMP STRAUSS HAUER & FELD LLP | KASTNER \| BANCHERO LLP |
|---|---|
| By:   /S/<br>      Sean P. DeBruine<br>      Yitai Hu<br>      Two Palo Alto Square<br>      3000 El Camino Real, Suite 400<br>      Palo Alto, CA 94306<br>      Telephone: (650) 838-2000<br><br>      Attorneys for Plaintiff<br>      Elantech Devices Corporation<br><br>MORRISON & FOERSTER LLP<br><br>By:   /S/<br>      Karl J. Kramer<br>      Erika L. Yawger<br><br>      Attorneys for Defendant<br>      SYNAPTICS, INC. | By:   /S/<br>      Scott R. Raber<br>      20 California Street, 7th Floor<br>      San Francisco, CA  94111<br>      Telephone:  (415) 398-7000<br><br>COHEN & GRESSER LLP<br><br>      Karen H. Bromberg<br>      Damir Cefo<br>      100 Park Avenue<br>      New York, NY 10017<br>      Telephone: (212) 957-7600<br><br>      Attorneys for Defendant<br>      Averatec, Inc. |

2

**Stipulation and [Proposed] Order**
Case No. C06-01839 CRB

1  I, Scott R. Raber, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order to attend the Case Management Conference via phone. In Compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Karl J. Kramer have concurred in this filing.

Dated: May 7, 2008          By:   /S/_____
                                        Scott R. Raber

## ORDER

IT IS HEREBY ordered that that the representative for defendant Averatec, be permitted to participate by telephone in the Case Management Conference scheduled in the above-captioned case on May 9, 2008, at 8:30 a.m.

SO ORDERED:

Dated: _____, 2008          _____
                                              Honorable Charles R. Breyer
                                              United States District Court Judge

3

**Stipulation and [Proposed] Order**
Case No. C06-01839 CRB