SCOTT R. RABER, srr@kastnerbanchero.com
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000 Facsimile: (415) 616-7000

KAREN H. BROMBERG, kbromberg@cohengresser.com
DAMIR CEFO
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600 Facsimile: (212) 957-4514

ATTORNEYS FOR DEFENDANT
AVERATEC, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

―――――――――――――――――――――――― X

ELANTECH DEVICES CORPORATION, a
corporation existing under the laws of Taiwan

    Plaintiff,

    v.

SYNAPTICS, INC., a Delaware corporation;
AVERATEC, INC., a California corporation;
and PROSTAR COMPUTER, INC., a
California corporation,

    Defendants.

―――――――――――――――――――――――― X

Case No. C06-01839 CRB

**STIPULATION AND [PROPOSED] ORDER TO ATTEND CASE MANAGEMENT CONFERENCE VIA PHONE**

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, acting by and through their counsel of record, that the out-of-state counsel for defendant Averatec, Inc. ("Averatec"), be permitted to participate by telephone in the Case

1

1  Management Conference scheduled in the above-captioned case on May 9, 2008, at 8:30 a.m.

2  Damir Cefo, Averatec's representative, can be reached at the following number on May 9, 2008:

3  (212) 957-7006.

4  **IT IS SO STIPULATED**.

5

6

7  Dated: May 7, 2008

8

| AKIN GUMP STRAUSS HAUER & FELD LLP | KASTNER \| BANCHERO LLP |
|---|---|
| By:   /S/<br>    Sean P. DeBruine<br>    Yitai Hu<br>    Two Palo Alto Square<br>    3000 El Camino Real, Suite 400<br>    Palo Alto, CA 94306<br>    Telephone: (650) 838-2000<br><br>    Attorneys for Plaintiff<br>    Elantech Devices Corporation<br><br>MORRISON & FOERSTER LLP<br><br>By:   /S/<br>    Karl J. Kramer<br>    Erika L. Yawger<br><br>    Attorneys for Defendant<br>    SYNAPTICS, INC. | By:   /S/<br>    Scott R. Raber<br>    20 California Street, 7th Floor<br>    San Francisco, CA 94111<br>    Telephone: (415) 398-7000<br><br>COHEN & GRESSER LLP<br><br>    Karen H. Bromberg<br>    Damir Cefo<br>    100 Park Avenue<br>    New York, NY 10017<br>    Telephone: (212) 957-7600<br><br>    Attorneys for Defendant<br>    Averatec, Inc. |

2

**Stipulation and [Proposed] Order**
Case No. C06-01839 CRB

I, Scott R. Raber, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order to attend the Case Management Conference via phone. In Compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Karl J. Kramer have concurred in this filing.

Dated: May 7, 2008         By:    /S/_____
                                  Scott R. Raber

## ORDER

IT IS HEREBY ordered that that the representative for defendant Averatec, be permitted to participate by telephone in the Case Management Conference scheduled in the above-captioned case on May 9, 2008, at 8:30 a.m.

SO ORDERED:

Dated: __May 8_____, 2008     _____
                                 Honorable Charles R. Breyer
                                 United States District Court Judge



3

**Stipulation and [Proposed] Order**
Case No. C06-01839 CRB