**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 9, 2008**

**C-06-01839** CRB

   **ELANTECH DEVICES CORPORATION  v.  SYNAPTICS, INC.**

| Attorneys: | Sean DeBruine | Karl Kramer |
|---|---|---|
|  |  | Damir Cefo |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                  **RULING:**

1. Further Case Management Conference  - Held

2. 

3. 

**ORDERED AFTER HEARING:**

Counsel to meet and confer with clients re reassignment of matter to a magistrate judge

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO May 30, 2008          for Further Case Management Conference

Discovery Cut-Off _____                                Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                Deft to Name Experts by _____
P/T Conference Date _____       Trial Date _____       Set for _____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: _____