1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650-813-5600
4  Facsimile: 650-494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| 12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 CRB |
|----|----|----|

12  ELANTECH DEVICES CORPORATION, a
    corporation existing under the laws of Taiwan,      Case No.   C06-01839 CRB
13  R.O.C.,
                                                        **DECLARATION OF NIAMH
14              Plaintiff,                               CONLON  IN SUPPORT OF
                                                        SYNAPTICS' MOTION FOR
15      v.                                               PRELIMINARY INJUNCTION**

16  SYNAPTICS, INC., a Delaware corporation;            Date: June 13, 2008
    AVERATEC, INC., a California corporation; and       Time: 10:00 a.m.
17  PROSTAR COMPUTER, INC., a California                Dept: Courtroom 8, 19th Floor
    corporation,                                        Hon. Charles R. Breyer
18
                Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22      I, Niamh Conlon, hereby declare as follows:

23      1.   I have personal knowledge of the following facts and, if called to testify in this

24  matter, could and would testify competently to the matters stated herein.

25      2.   I am employed by Synaptics Incorporated as a Marketing Specialist.

26      3.   In January 2008, I attended the Consumer Electronics Show in Las Vegas, NV.

27      4.   While I was in Las Vegas for this show, I received an e-mail from a colleague telling

28  me about a demonstration of multiple finger detection technology by an Elantech employee using

1    a notebook computer with an Elantech touchpad.  He sent me a link to a website that had a video

2    of this demonstration, www.engadget.com.

3         5.    I looked at the website and the video demonstration.  I noticed that the demonstration

4    appeared to be at the trade show in Las Vegas because of the noises in the background and

5    explanation of the demonstration on the website.  A true and correct copy of a printout of the

6    article from the webpage is attached hereto as Exhibit A.

7         6.    I noticed while watching the video that one of the gestures the employee used on the

8    touchpad was the "drag" gesture.

9         7.    Following the January 2008 Consumer Electronics Show, I conducted internet

10   searches for information about Elantech's display at the Las Vegas trade show.  I found a few

11   additional websites with video footage of the Elantech demonstration, as well as articles and

12   individual comments about the demonstration.  Attached hereto as Exhibit B are copies of some

13   of the articles I found concerning Elantech's use of its touchpad in the United States.

14        I declare under penalty of perjury under the laws of the United States of America that, to

15   the best of my knowledge, the foregoing is true and correct.  Executed on May 8, 2008, in Santa

16   Clara, California.

17

18   _____
     Niamh Conlon

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NIAMH CONLON IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C06-01839-CRB
pa 1254236

2

# EXHIBIT A



## YOURS IS CONNECTED
WITH 2 FREE WEBCAMS

**SHO**

Tip us on news!    Contact us    RSS Feed

# Video: Demoing the multitouch trackpad

by **Nilay Patel**, posted Jan 10th 2008 at 2:40PM



There's a lot of **noise** about MacBooks with multitouch trackpads coming out at Macworld, but we're wondering why there's no similar frenzy over Taiwanese ODM Elantech, which is tucked away in the International Pavilion at CES demoing a multitouch trackpad technology called "Multi-fingers Smartpad." The prototype is actually in an older Asus laptop, but it's got all the pinching and spinning action you'd expect -- check it out after the break!

All contents copyright © 2003-2008, **Weblogs, Inc.** All rights reserved

**Engadget®** is a member of the **Weblogs, Inc. Network**. **Privacy Policy**, **Terms of Service**, **Notify AOL**, **AOL News**



**Sponsored Links**

**Make $225 a day from Home**
Only 60 Minutes a Day. Certified & Proven. Process Rebates from Home!
www.myrebateprocessor.com

**Win a trip to Las Vegas!**
Sign up for great hotel deals & win a luxury getaway to Wynn Las Vegas
www.perfectescapes.com

**Fast Working Diet Pills**
Amazing Weight Loss Secret. Doctor Recommended.
www.Certiphene.com

**Buy a link here**

# Relevant Posts

**Video: the PS3 Laptop in action** (27 days ago - 137 Comments)
**Lenovo IdeaPad U110 overview and video** (4 days ago - 66 Comments)
**Video: Hands-on with the GMC Bulldozer R4 computer case** (65 days ago - 93
Comments)
**Video: Meizu M8 mini One OS looks very, very familiar** (65 days ago - 84 Comments)
**Video: Optimus Maximus install, setup, Configurator, and use!** (76 days ago - 98
Comments)

# Reader Comments (Page 1 of 1)



**Kiwi616** @ Jan 10th 2008 2:47PM                    Highly Ranked

Great, i can't wait to see what resting your palm on the track pad ⬛es!

**Reply**

 **bob** @ Jan 10th 2008 2:48PM          Neutral

macbooks as you should know already have multi touch trackpad with gestures, for right clicking and scrolling, but more can / could be done by software updates.

**Reply**

 **James Flowers** @ Jan 10th 2008 4:30PM       Low Ranked

Is that not in different zones on the pad and therefore not true multi-touch as in regard to this technology?

 **Phil** @ Jan 10th 2008 2:56PM          Neutral

if it were as simple as that, i wonder why there are no 3rd party hacks at all for extending the capabilities of current trackpads. i sure would like to see some.

 **Bender Bending Rodriguez** @ Jan 10th 2008 3:22PM    Highly Ranked

You may want to refer to that as "dual-touch" since it can only register a 2nd point and the movement based on these two points. The "multi-touch" patent is much more sophisticated by using and following more than two points at one time.

Experiment:
• Place your left index finger on a MB or MBP trackpad and the use your other index finger to scroll. You get the same effect as scrolling with two fingers.
• Place two fingers together on the trackpad and try spreading them apart in opposite direction, like you would do with an image of webpage on the iPhone. It doesn't work; in fact, it cancels out the other movement.

 **Bender Bending Rodriguez** @ Jan 10th 2008 3:23PM    Low Ranked

You may want to refer to that as "dual-touch" since they can only register a 2nd point and one movement. Apple's "multi-touch" is more sophisticated by using and following more than two points at one time.



Place your left index finger on a MB or MBP trackpad and the use your other index finger to scroll. You get the same effect as scrolling with two fingers

Place two fingers together on the trackpad and try spreading them apart in opposite direction, like you would do with an image of webpage on the iPhone. It doesn't work. In fact, it cancels out the other movement.



**Matth N @** Jan 10th 2008 2:53PM                    Neutral

unless we're dealing with midgets, the trackpad should be made bigger to accomodate the size oppeoples hands

Place two fingers together on the trackpad and try spreading them apart in opposite direction, like you would do with an image of webpage on the iPhone. It doesn't work. In fact, it cancels out the other movement.

**Reply**



**Darius S @** Jan 10th 2008 3:06PM                    Neutral

A Nilay Patel post without Veronica? looks like Nilay succumb to pressure and wont post anymore content with the beauitful Veror  a. Its a shame you couldnt take the heat N.Patel. i dont even like most of your content unless Veronica is involved.

Engadget, please hire Veronica. She gives a fresh perpesctive on tech and gadgets. If her performance during CES 2008 doesnt convince you shes a keeper, i dunno what will. Hope will be seeing more of her during Macworld and the other conferences. Sex sells. just go to alexa.com, a huge spike since Veronica started covering for engadget.

**Reply**



**RadicalxEdward @** Jan 10th 2008 3:17PM                    Neutral

Hmm, you notice the spike in traffic, haven't you thought that maybe that huge spike might have to do with engadget covering CES period? There's a ton of new stuff so people are checking out the site a hundred times a day. Doesn't mean it's because of her. You don't think there would still be the same spike without her? Your crazy. Go get a girlfriend.

**Nilay Patel @** Jan 10th 2008 3:30PM

Alternatively, this video could have been shot off the cuff by our awesome crew at Engadget Chinese as they dug through the endless crap in the IH -- but don't let that stop you from thinking that I'm somehow affected by your "heat."



**Brad** @ Jan 10th 2008 3:55PM                                      Neutral 

"Congratulating on being a online sales frenzy over Taiwanese ODM Elantech"

Well, that's easy. Apple (the obvious comparison) doesn't actually sell technology or services, they sell "hype" and "cool" - and are very good at it. When was the last time someone walked up to you while you were holding an LG phone and said "Oh, that's not an Elantech? Man, it's like talking with strings and cups with you."

The fact is that the "technology" Apple sells is pretty on-par with the rest of the world. The rabid, unchecked glee that a small number of highly outspoken users experience (and the rest of us are on the receiving end of) is the result of very impressive marketing of the exact same technology that other people use.

**Reply**

 **Jeff** @ Jan 10th 2008 5:30PM                    Neutral 

I'd say that the "no frenzy" comes from the fact that no one even knows who the hell "ODM Elantech" is, and the technological p  wess it would take to create a multi-touch trackpad really isn't impressive or note-worthy at all.

the big difference is that when Apple actually brings something to the market, and implements it in a useful way with sophisticated software and support, well then that technology has a chance of being important. If ODM Elantech comes out with this tech... who cares? If Apple brings it out (or, say, Dell or HP, etc put this on every laptop they sell) then it could be a game changer.

And, Apple has a good track record: the mouse, cd burners, killing the floppy, USB, LCDs, 802.11x, portable mp3 players, online music downloads, etc. Apple may not have invented the tech, but without Apple pushing these as standard equipment, who knows how long it would have taken for them to truly catch on.

**Intrepid** @ Jan 10th 2008 6:23PM

@Jeff
Apple didn't push most of those technologies into the mainstream, or out in floppy's case. You may be confused

because a $4000 Mac had an LCD screen when a $2000 PC didn't... but that doesn't mean Apple pushed them mainstream. They went mainstream when the PC industry started selling enough that they could sell them cheaply. Sorry Jeff...



**OneLove** @ Jan 10th 2008 3:08PM                    Highly Ranked

I just want him to stop using...check it out after the break!

**Reply**



**Nick** @ Jan 10th 2008 3:15PM                    Neutral

bigger would be better

**Reply**

**Jake** @ Jan 10th 2008 3:53PM                    Highly Ranked

That's what she said?

-jp

**ScooterDe** @ Jan 10th 2008 4:03PM                    Neutral

agreed. Love the Tosh. trick of turning the trackpad into a mini blet. Make it bigger and that could be a very useful function. Touch functions, as well, would make it great. With 17" laptops in particular, the standard trackpad is way smaller than it could be.



**Nick** @ Jan 10th 2008 9:58PM                    Neutral

Hahaha dude jp your a saint. and yes true 17" is a definitely on the mid-large scale of laptops, maybe if there it like took most of th bottom part with about the same dimensions as the screen, or something? idk, I'm just talking.





**Chris Liphart** @ Jan 10th 2008 3:26PM                    Neutral

"The prototype is actually in an older Asus laptop"

This makes me wonder if the end user can upgrade parts like that. I'd love to add multi-touch to my laptop!

**Reply**

**cheap** @ Jan 10th 2008 3:47PM

sounds like a SLAYER ripoff band is playing in the background>

**Reply**



**Carl Vitullo** @ Jan 10th 2008 9:35PM          Neutral

speaking of trackpads, does anyone know some good sites or spific programs that add functionality to them? i've been looking for sor   thing that makes it into a thing that's based of absolute screen location, like that thing artists use to draw on non-touchscreens.

**Reply**



**EDALBNUG** @ Jan 11th 2008 1:03PM          Neutral

When I run Linux (Ubuntu) on my 5 year-old laptop, I could use finger (left click), two fingers (middle click), three fingers (right c̈ :k), and circular scrolling. I have yet to find any Synaptics driver that does the same for Windows platform except for the circular scrolling, which Panasonic wrote a specific program for it.

**EDALBNUG** @ Jan 11th 2008 1:03PM          Neutral

When I run Linux (Ubuntu) on my 5 year-old laptop, I could use finger (left click), two fingers (middle click), three fingers (right c̈ :k), and circular scrolling. I have yet to find any Synaptics driver that does the same for Windows platform except for the circular scrolling, which Panasonic wrote a specific program for it.



# EXHIBIT B



 **Search**

- Cell Phones
- Compare Cell Phones
- Compare Cell Plans
- News
- Forums

**Cell Phone For The Aged?**
Great Features, Excellent Customer Care,
Simple & Affordable. Buy Now!
www.JitterBug.com

**Top 10 Cell Phones**
Leading Cell Phone Deals Cell Phones and
plans Ranked
www.HelloMetro.com

**The Samsung Instinct®**
3G, Music, Touchscreen & More The
Phone from Samsung!
SamsungInstinct.com

Ads b

# Multi-Touch Technology on a Laptop

### Posted on January 10, 2008 by BrianB

Perhaps the iPhone's most distinctive and best loved feature, multi-touch technology has fascinated technology fans for over a year now. But while the world is waiting for Apple to put multi-touch on a Mac, lowly Elantech from Taiwan, has made the technology work on a laptop trackpad.

Elantech calls it "Multi-fingers Smartpad." They used it on an Asus laptop and has been wowing visitors at their CES booth (those who deigned to drop by anyway).

You can resize, rotate pictures using two fingers just like the iPhone. Pretty cool, especially if the trackpad could be bigger.



**Related Products:**
- HTC Touch Cellular Phone - Amazon Marketplace
- Sony Ericsson P900 Cellular Phone - Sale Stores
- Sony Ericsson P910i Cellular Phone - Amazon Marketplace

What's this?

Related Articles:

- HTC May Announce iPhone-like Multi-Touch Smartphone June 5th
- BlackBerry Multi-Touch Patent
- Microsoft Multi-Touch Surface Syncs With Any Gadget in Contact
- HTC Smartphones Insist on Uniqueness from Apple iPhone
- iPhone's Multi-Touch Screen in Trouble?

## 1 Reader Comment

## iPhone Multi-Touch on a Laptop at CES - PMP Today says:

**Posted on January 11, 2008 at 5:46 am**

[…] [via cellphones.ca] […]

# Add your comment

Name (required)

Email (will not be published) (required)

☐ Notify me of followup comments via e-mail

[Submit Comment]

Note: You can follow any responses to this entry via the RSS feed. If you're a blogger, you can trackback (http://www.cellphones.ca/news/post002846/trackback/) from your own site.

« Samsung F490: Armani versus Prada Part 2
The Apple Pie at CES »

       

| Product | Description | Best Deals | Search |
|---|---|---|---|

**Best deal at eBay**

**RIM BlackBerry Pearl 8100**

Chitika | eMiniMalls

## Archives

Browse through the archives page by date or category for hundreds of the top gadget stories since 2001.

Visit the Archives

## Contribute

Interested in contributing at Cell Phones Etc.? Become a guest contributor and share your knowledge with the community!

Learn more

## Subscribe

Subscribe to the Cell Phones etc. blog for the latest gadget news:

Subscribe via RSS (what is RSS?)

Or subscribe via email

 **Subscribe**

*We respect your privacy.*

## Sponsors



Advertise Here

## Didn't find what you were looking for? Try searching our site:

 **Search**

About us | Contact Us | Advertising | Privacy/Security | Terms of Use | Sitemap

Copyright © 2001-2008 WCS Cellphones Online Inc. All rights reserved.

Case 5:06-cv-01839-PVT    Document 318-3    Filed 05/09/2008    Page 6 of 42

# TechieLobang - News, Tips & Tricks

Get updated on Technology plus all other Interesting Things!

Goᴏgle [                    ] [ Search ]

**· Ads by Google·**    Multi Touch    HTC Touch PDA Phone    PC Touch Pad    Tec Touch    European

# Multi-touch trackpad Demonstration

Posted in January 11th, 2008
by Joe Teh in CES, Information, Laptop, Technology
◄ listen **now**

OK.. this company, ODM Elantech is from Taiwan and it is demonstrating a Multi-Touch Trackpad called Multi-Fingers Smartpad. Works like the iPhone multi-touch except that it can done on a trackpad.

The demonstration is on an Asus laptop. During the demo, it shows that it can enlarge, rotate picture using similar gesture from iPhone and it even has a magnifying glass function…

Here's the video…



[ ▶ ]  ◉──────────────[ 0:00 ] [ ◀ ] [ menu ]

Case 5:06-cv-01839-PVT    Document 318-3    Filed 05/09/2008    Page 7 of 12

# No user commented in " Multi-touch trackpad Demonstration "

Follow-up comment rss or Leave a Trackback

**Leave A Reply**

| | Username (*required) |

| | Email Address (*private) |

| | Website (*optional) |

Post My Comment

Ads by Google    ⓥ ⓥ

**Download & Update Drivers**
Update & Fix All Drivers
Instantly! Free Download -
Optimize Your PC.
DownloadDrivers.net

**Alps Pointing Driver**
Driver Update Tools.
Simple & Fast! Free
Download. 100%
Guaranteed.
www.Driver-Updates.net

**HTC TOUCH WM6 PDA $374.95**
Enhanced Version -
Double ROM Same Day
Shipping, Lowest Price
www.phonesource-usa.com

**Need to Update Drivers?**
Instantly Updates &
Repairs All PC Drivers.
Free Download. Start
Now!
DownloadPCDriversUpdates.com

**Accessories -- HTC Touch**
Up to 40% Off! Award
Winning Cases, Chargers,
Cables, and More.
BoxWave.com

## Recent Entries

- O2 XDA Diamond is equal to HTC Touch Diamond?
- Tokyology - Problems of Vanishing Electronics Product - Video Within
- Intel, Samsung and TSMC target for 450mm-sized wafers
- Fresh Handwriting Recognition Software for iPhone by DIOTEK
- Proofing your Laptop the Japanese Way
- All the Leak pics of phones of the Day
- Star Wars Fans, This is R2D2 - Video Within
- 3G iPhone - More Leaked Pictures - in White and Black
- Join me at Twitter - It saves Life - I show you the prove
- Samsung Instinct Vs iPhone Head On - Video within

## Polls

### What is the most Important thing you CANNOT live without everyday?

Case 5:06-cv-01839-PVT    Document 318-3    Filed 05/09/2008    Page 9 of 12

- ○ Computer (laptop or desktop)
- ○ Mobile Phone
- ○ MP3 Player
- ○ Multimedia Player
- ○ TV
- ○ Radio
- ○ Watch
- ○ Internet
- ○ PDA
- ○ Camera

| Vote |

View Results

Loading ...

- Polls Archive

## Categories

- android
- automobile
- camcorder
- camera
- CES
- computer
- design
- facebook
- gadget
- Google
- gps
- Information
- Laptop
- map
- media player
- mobile
- MP3 player
- news
- Phone
- poll
- PPC
- Projector
- prototype
- RC
- Review
- Robot
- skill
- skype

Case 5:06-cv-01839-PVT     Document 348-3     Filed 05/09/2008     Page 10 of 12

- solar
- Speakers
- Technology
- tip
- UMPC
- Uncategorized
- weapon
- youtube



Digg This Story!

ThinkGeek.com

BLOGGER.SG



Home
Links
Resource



Case 5:06-cv-01839-PV1 Document 318-3 Filed 05/09/2008 Page 11 of 12



www.animefever.org/    Referral Ads by Google

**Recent Visitors**

 **You! Join Now.**

 Ananth

 Malique

 fabrikade

 Mohd Hisham

 peewee

 Damien

 vinsion

 *dpcafe11*

See all 2 members...

Grab This!                    MyBlogLog

# Twitter Updates

- My Sony Bravia had arrived.. sweet! about 15 hours ago
- Waiting for my Sony Bravia 40X300A.. :) about 17 hours ago
- See my updated Recommendation on my resource page: http://www.techielobang.com/myresource 1 day ago
- twitter is up and running at my resources center: http://www.techielobang.com/myresource 1 day ago
- urghh... facebook twitter setup has a problem.. will try again later.. 1 day ago

## Recent Comments

- **Joe Teh** in Proofing your Laptop the Japanese W...
- **harrisson** in HTC Advantage X7510 Available Now!?...
- **LifeGoals** in Proofing your Laptop the Japanese W...
- **» Samsung...** in 3G iPhone Specs leaked out from cas...
- **Joe Teh** in Review of HuaWei E170 USB Stick Mod...
- **Kantner Norbert...** in Review of HuaWei E170 USB Stick Mod...
- **» Microso...** in Windows XP SP3 Available Now
- **» Microso...** in Windows XP SP 3 Delayed?!
- **» HTC Tou...** in HTC Touch Diamond Summary - Officia...
- **» HTC Dia...** in HTC Touch Diamond Summary - Officia...

## Archives

- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007

## Meta

- Login
- Entries RSS
- Comments RSS
- WordPress.org

## Social Network

- Subscribes to feed
- Stumble this site **main post**
- Add to my **Technorati** favourite

FAVE THIS BLOG TECHNORATI

Visits: 9986

©2008 TechieLobang - News, Tips & Tricks
Site owned by Joe Teh | Hosting site: VodaHost