1   KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: 650-813-5600
4   Facsimile: 650-494-0792
    KKramer@mofo.com
5

6   Attorneys for Defendant and Counterclaimant
    SYNAPTICS, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a           Case No.    C06-01839 CRB
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                     **DECLARATION OF SHAWN
                                                 DAY IN SUPPORT OF
14              Plaintiff,                       SYNAPTICS' MOTION FOR
                                                 PRELIMINARY INJUNCTION**
15        v.
                                                 Date:  June 13, 2008
16   SYNAPTICS, INC., a Delaware corporation;    Time:  10:00 a.m.
     AVERATEC, INC., a California corporation; and  Dept: Courtroom 8, 19th Floor
17   PROSTAR COMPUTER, INC., a California         Hon. Charles R. Breyer
     corporation,
18
                Defendants.
19

20   AND RELATED COUNTERCLAIMS

21

22        I, Shawn Day, declare:

23        1.    I am the Chief Technical Officer at Synaptics, Inc. ("Synaptics").   I have personal

     knowledge of the facts stated in this declaration.
24
          2.    Several times from 2003 to 2005, Synaptics' former Senior Vice President and
25
     Manager of PC Products, Donald H. Kirby, sent Shudo Daisuke, General Manager of Elantech
26
     Devices Corp. ("Elantech"), letters referring to several Synaptics patents, including the Synaptics
27
     patents at issue in the present litigation - U.S. Patent Nos. 6,380,931 ("'931 Patent"), 5,543,591
28

1    ("'591 Patent"), 5,943,052 ("'052 Patent"), and 5,880,411 ("'411 Patent") (collectively "the

2    Synaptics Patents").

3        3.    Mr. Kirby and I also met with Mr. Shudo Daisuke and other Elantech officers a few

4    times during 2004 and 2005 to discuss Synaptics' patent rights.  During these meetings, Synaptics

5    substantively presented the merits of its current patent infringement case.  Attached as Exhibit A

6    hereto is a true and correct copy of presentation materials discussed with Elantech during one of

7    our meetings in June 2005 demonstrating infringement of several of our patents.

8        4.    The only response we received from Elantech concerning Synaptics' patent

9    infringement allegations is attached hereto as Exhibit B.

10        I declare under penalty of perjury under the laws of the United States of America that, to

11    the best of my knowledge, the foregoing is true and correct.  Executed on May 9, 2008, in Santa

12    Clara, California.

13

14

15    _____
      Shawn Day

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

(Part 1 of 2)

Enriching the Interaction »» between humans and intelligent devices

# Some Synaptics Patents Related to TouchPads

June 2005





*Synaptics.*



# Synaptics Intellectual Property

- Synaptics has been in the interface device market for over ten years.

- Synaptics has made a significant investment in the research and development of interface devices, and has an extensive patent portfolio related to touch pad products.

- Synaptics intends to defend its investment in research and development by enforcing its IP rights.

© 2004 Synaptics Confidential



# Synaptics Intellectual Property

- Synaptics owns many patents related to touch pads and input features on touch pads.

- Here are seven illustrative Synaptics U.S. patents:
  - U.S. Pat. No. 5,543,590
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 5,880,411
  - U.S. Pat. No. 5,943,052
  - U.S. Pat. No. 6,028,271
  - U.S. Pat. No. 6,380,931
  - U.S. Pat. No. 6,414,671

© 2004 Synaptics Confidential

# Some Features Covered by Synaptics Patents

- **Tap to emulate a mouse button**
  - U.S. Pat. No. 6,028,271
  - U.S. Pat. No. 6,380,931

- **Double taps**
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 6,414,671

- **Corner taps**
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 6,380,931

- **Dragging by tap-and-touch**
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 6,414,671

- **Drag lock**
  - U.S. Pat. No. 5,880,411

- **Edge motion**
  - U.S. Pat. No. 5,880,411
  - U.S. Pat. No. 5,543,590

- **Virtual scrolling**
  - U.S. Pat. No. 5,943,052

© 2004 Synaptics Confidential



*Synaptics*

# Bibliographic Information

- ## U.S. Pat. No. 5,543,590
  - Title: Object position detector with edge motion feature
  - Filed September 2, 1994, Granted August 6, 1996

- ## U.S. Pat. No. 5,543,591
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed October 7, 1994, Granted August 6, 1996

- ## U.S. Pat. No. 5,880,411
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed March 28, 1996, Granted March 9, 1999

© 2004 Synaptics Confidential

*Synaptics.*

# Bibliographic Information

- ## U.S. Pat. No. 5,943,052
  - Title: Method and apparatus for scroll bar control
  - Filed August 12, 1997, Granted August 24, 1999

- ## U.S. Pat. No. 6,028,271
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed March 24, 1998, Granted February 22, 2000

- ## U.S. Pat. No. 6,380,931
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed May 18, 2001, Granted April 30, 2002

© 2004 Synaptics Confidential

6



© 2004 Synaptics Confidential

# Bibliographic Information

- **U.S. Pat. No. 6,414,671**
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed March 24, 1998, Granted July 2, 2002

7



# Some Synaptics Patents Related to Touch Pads

## September 3, 2004

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

Slide: 1

Synaptics Confidential

*Synaptics.*

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

Synaptics Confidential

# Synaptics Intellectual Property

- Synaptics has been in the interface device market for over ten years.

- Synaptics has made a significant investment in the research and development of interface devices, and has an extensive patent portfolio related to touch pad products.

- Synaptics defends its investment in research and development by enforcing its IP rights.

Slide: 2



Synaptics Confidential

*Synaptics®*

# Synaptics Intellectual Property

- Synaptics owns many patents related to touch pads and input features on touch pads.

- Here are seven illustrative Synaptics U.S. patents:
  - U.S. Pat. No. 5,543,590
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 5,880,411
  - U.S. Pat. No. 5,943,052
  - U.S. Pat. No. 6,028,271
  - U.S. Pat. No. 6,380,931
  - U.S. Pat. No. 6,414,671

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

Slide: 3






# EXHIBIT A

(Part 2 of 2)



*Synaptics.*

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

# Elantech Touch Pad Input Features

**Synaptics Confidential**

- Elantech touch pads support many different input features, including:
  - 1 Finger Click/Select
  - Double Tapping
  - Corner Tap Function
  - Dragging
  - Drag Lock
  - Smart Edges
  - Scrolling

Source: http://www.elantech.com.tw/english/en_prod_touch.html

Slide: 4





*Synaptics.*

Synaptics Confidential

## 1 Finger Click/Select

- Elantech touch pads support 1 Finger Click/Select.



**1 Finger (Left Button)**
It's same as the left button of mouse.
And it could be setup as the function as selected. for example: Click/Select, Content Menu, Run ...etc.

- Two illustrative Synaptics patents related to Click/Select:
  – U.S. Pat. No. 6,028,271
  – U.S. Pat. No. 6,380,931

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence





*Synaptics.*

# Double Click

- Elantech touch pads support double click as a set of two taps on the touch pad.

- Two illustrative Synaptics patents related to double click:
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 6,414,671

Synaptics Confidential

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

Slide: 6





*Synaptics.*

**Synaptics Confidential**

# Corner Tap Function

- Elantech touch pads support Corner Tap Function.



- Two illustrative Synaptics patents related to Corner Tap Function:
  - – U.S. Pat. No. 5,543,591
  - – U.S. Pat. No. 6,380,931

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence





© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

*Synaptics,*

# Dragging

Synaptics Confidential

- Elantech touch pads support dragging initiated by a first tap followed by a second touch on the touch pad.



**Drack**
Use finger to double tap touchpad and move pointer to drag in window session.
There are two functions included as followings:
1. Tap to release: The pointer dragged until tap touchpad to release.
2. Release after time delay: The pointer dragged after delayed

- Two illustrative Synaptics patents related to dragging:
  - U.S. Pat. No. 5,543,591
  - U.S. Pat. No. 6,414,671

Slide: 8






*Synaptics.*

# Drag Lock

- Elantech touch pads support a Drag Lock feature that holds the dragging motion between touches. The Drag Lock ends after an adjustable delay or after a tap.



**Drack**

Use finger to double tap touchpad and move pointer to drag in window session. There are two functions included as followings:
1. Tap to release: The pointer dragged until tap touchpad to release.
2. Release after time delay: The pointer dragged after delayed

- An illustrative Synaptics patent related to Drag Lock:
  – U.S. Pat. No. 5,880,411

© 2004 Synaptics Inc.





*Synaptics.*

# Smart Edges

Synaptics Confidential

- Elantech touch pads support Smart Edges. Smart Edges move the cursor after user input has stopped in an outer region of the touch pad.



**Smart Edges**
The pointer keep moving on when finger is moved to tap the edge of touchpad.
1. Always: The function is always enabled after setup.
2. Only when dragging: The smart edges is enabled only when pointer dragging.

- Two illustrative Synaptics patents related to Smart Edges:
  - U.S. Pat. No. 5,880,411
  - U.S. Pat. No. 5,543,590

© 2004 Synaptics Inc.





*Synaptics.*

Synaptics Confidential

# Vertical and Horizontal Scroll

- Elantech touch pads support Vertical and Horizontal Scroll.



**Vertical Scroll**
vertical scrolling is enabled when tap right side of touchpad then move finger.



**Horizontal Scroll**
horizontal scrolling is enabled when tap down side of touchpad then move finger.

- An illustrative Synaptics patent related to scrolling:
  - U.S. Pat. No. 5,943,052




© 2004 Synaptics Inc.






*Synaptics.*

# Bibliographic Information

- U.S. Pat. No. 5,543,590
  - Title: Object position detector with edge motion feature
  - Filed September 2, 1994, Granted August 6, 1996

- U.S. Pat. No. 5,543,591
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed October 7, 1994, Granted August 6, 1996

- U.S. Pat. No. 5,880,411
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed March 28, 1996, Granted March 9, 1999

Synaptics Confidential

Slide: 12

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence






*Synaptics.*

Synaptics Confidential

# Bibliographic Information

- U.S. Pat. No. 5,943,052
  - Title: Method and apparatus for scroll bar control
  - Filed August 12, 1997, Granted August 24, 1999

- U.S. Pat. No. 6,028,271
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed March 24, 1998, Granted February 22, 2000

- U.S. Pat. No. 6,380,931
  - Title: Object position detector with edge motion feature and gesture recognition
  - Filed May 18, 2001, Granted April 30, 2002

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence







*Synaptics.*

Synaptics Confidential

# Bibliographic Information

- U.S. Pat. No. 6,414,671
  – Title: Object position detector with edge motion feature and gesture recognition
  – Filed March 24, 1998, Granted July 2, 2002

© 2004 Synaptics Inc.

For Settlement Purposes Only — Subject to Rule 408 of the Federal Rules of Evidence

Slide: 14





# EXHIBIT B



# Preliminary Analysis of Certain Synaptics Patents

## Elantech Devices Corp.

# Issues

Whether Elantech's products infringe three of Synaptics' patents

- 5,543,591 ('591)

- 6,380,931 ('931)

- 5,943,052 ('052)



# Outline of Discussion

- Elantech's products
  - TouchPad: A pointing devices which use the movement of finger on the pad to direct the cursor in the computer
- Non-infringement Analysis
  - Understand claimed inventions
  - Patent by patent, claim by claim analysis
- Summary of Preliminary Findings



# This is only for settlement discussion

- This is only for settlement discussion with Synaptics
- Distribution of these slides should be limited
- Should be kept per retention policy

# The '591 Patent

- Object Position Detector With Edge Motion Feature and Gesture Recognition
- 8 independent claims(claim 1, 2, 4, 6, 7, 9, 10, and 11) and 3 dependent claims



# Elements of Claim 1
# in '591 Patent

- A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting the occurrence of a tap gesture made by a conductive tapping object on the touch-sensor pad;

- sending a signal to the host indicating the occurrence of said tap gesture; and

- sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

# Preliminary Findings

-  Elantech's product does not employ the method :" sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture. "

- Elantech's product does not employ the method as claimed in claim 1 of the '591 patent



# Elements of Claim 2
# in '591 Patent

- A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad;

- detecting in which of a plurality of predefined regions said tap gesture occurred; and

- sending a signal to the host indicating the occurrence of said tap gesture and in which of said predefined regions on said sensor pad said tap gesture occurred.

# Preliminary Findings

- Elantech's product does not employ the method :" providing X and Y position information to a host "

- Elantech's product does not employ the method as claimed in claim 2 of the '591 patent



# Elements of Claim 4
# in '591 Patent

- A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting a presence of a conductive object on the touch-sensor pad;

- comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

- comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

- initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion, and maintaining said signal for a predetermined period of time; and

- sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

# Preliminary Findings

- Elantech's product does not employ the method :"sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture."

- Elantech's product does not employ the method as claimed in claim 4 of the '591 patent

# Elements of Claim 6
# in '591 Patent



- A method for recognizing a double tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting a first presence of a conductive object on the touch-sensor pad;

- comparing the duration of said first presence with a first reference amount of time:

- initiating a first signal to the host indicating the occurrence of said gesture if the duration of said first presence is less than said first reference amount of time;

- terminating said first signal if a second reference amount of time passes before a second presence is detected;

- detecting a second presence of said conductive object on the touch-sensor pad;

- comparing the duration of said second presence with a third reference amount of time;

- terminating said first signal if the duration of said second presence is less than said third reference amount of time; and

- sending a second signal to said host indicating said second gesture after the termination of said first signal.

# Preliminary Findings

▶ Elantech's product does not employ the methods : " providing X and Y position information to a host "

▶ Elantech's product does not employ the method as claimed in claim 6 of the '591 patent



# Elements of Claim 7
# in '591 Patent

- A method for recognizing a hop gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting a first presence of a conductive object at a first position on the touch-sensor pad;
- detecting a second presence of said conductive object at a second position on said touch-sensor pad;

- comparing the duration of said second presence to a predetermined time;

- comparing the amount of time between said first and second presences with a reference amount of time;

- comparing the distance between said first and second positions with a reference distance; and

- sending a hop signal to the host indicating the occurrence of said hop gesture if the duration of said second presence is less than said predetermined time, if the amount of time between said first and second presences is less than said reference amount of time, and if the distance between said first and second positions is more than said reference distance.

# Preliminary Findings

- Elantech's product does not employ the method :"A method for recognizing a hop gesture"

- Elantech's product does not employ the method as claimed in claim 7 of the '591 patent



# Elements of Claim 9
# in '591 Patent

- A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting a first presence of a conductive object on the touch-sensor pad;

- comparing the duration of said first presence with a first reference amount of time;

- initiating a drag gesture signal to the host indicating the occurrence of a gesture if the duration of said first presence is less than said first reference amount of time;

- detecting a second presence of said conductive object on the touch-sensor pad;

- comparing the duration between said first presence and second presence with a second reference amount of time;

- maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time.

# Preliminary Findings

- Elantech's product does not employ the method :"maintaining said drag gesture signal and repeatedly sending X and Y position information to said host "

- Elantech's product does not employ the method as claimed in claim 9 of the '591 patent



# Elements of Claim 10
# in '591 Patent

▶ A method for recognizing a zigzag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

▶ detecting a presence of a first conductive object at a first position on the touch-sensor pad;

▶ detecting an apparent increase in size and apparent first change in position of said first conductive object: caused by presence of a second conductive object during said presence of said first conductive object;

▶ detecting an apparent decrease in size and apparent second change in position of said first conductive object caused by removal of said second conductive object during said presence of said first conductive object; and

▶ sending a zigzag signal to the host if said apparent increase in size of said first conductive object is greater than a first threshold, said apparent change in position of said object is greater than a second threshold, said apparent decrease in size of said first conductive object is greater than a third threshold, and said second change in position is to a position within a threshold distance of said first position.

# Preliminary Findings

- Elantech's product does not employ the method :"A method for recognizing a zigzag gesture"

- Elantech's product does not employ the method as claimed in claim 10 of the '591 patent



# Elements of Claim 11
# in '591 Patent

- A method for recognizing a push gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

- detecting a presence of a conductive object on the touch-sensor pad at a pressure greater than a first threshold;

- Sending a signal to the host indicating the occurrence of a pushing gesture if the presence of said conductive object on the touch-sensor pad at a pressure greater than said first threshold is detected and setting a virtual mouse button in response thereto;

- detecting when said pressure of said conductive object falls below a second threshold lower than said first threshold; and

- sending periodic X and Y position information to said host while said pressure remains above said second threshold; and

- sending a  signal to the host indicating the end of said pushing gesture when said pressure of said conductive object on the touch-sensor pad falls below said second threshold and resetting said virtual mouse button in response thereto.

# Preliminary Findings

- Elantech's product does not employ the method :"A method for recognizing a push gesture"

- Elantech's product does not employ the method as claimed in claim 11 of the '591 patent



# The '931 Patent

- Object Position Detector With Edge Motion Feature and Gesture Recognition
- 3 independent claims(claim 1, 5, 7) and 4 dependent claims



# Elements of Claim 1
# in '931 Patent

- ▶ A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including:

- ▶ detecting a presence of a conductive object on the touch-sensor pad;

- ▶ comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

- ▶ comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

- ▶ initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion; and

- ▶ maintaining said signal for a predetermined period of time.

# Preliminary Findings

- Elantech's product does not employ the method :"providing X and Y position information to a host" and "comparing the amount of motion "

- Elantech's product does not employ the method as claimed in claim 1 of the '931 patent



# Elements of Claim 5
# in '931 Patent

- A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including:

- detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad;

- detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred; and

- sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-sensor pad said tap gesture occurred.

# Preliminary Findings

▶ Elantech's product does not employ the method : "providing X and Y position information to a host" and "detecting the occurrence of a tap gesture " for "sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of the touch-sensor pad "

▶ Elantech's product does not employ the method as claimed in claim 5 of the '931 patent



# Elements of Claim 7
# in '931 Patent

- A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including the steps of:

- detecting a presence of a conductive object on the touch-sensor pad;

- comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

- comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

- initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion, and maintaining said signal for a predetermined period of time; and

- sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

# Preliminary Findings

- Elantech's product does not employ the method : "sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture."

- Elantech's product does not employ the method as claimed in claim 7 of the '931 patent



# The '052 Patent

- Method and Apparatus For Scroll Bar Control

- 2 independent claims(claim 1, 14) and 18 dependent claims



# Elements of Claim 1
# in '052 Patent

- A system for converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said system comprising:

- a cursor-control input device which includes a touchpad in electrical communication with a computer, said input device forwarding data packets to said computer, said input device including a scrolling zone;

- a data packet processor that generates a plurality of messages in response to object motion applied by the user entirely within said scrolling zone on said input device and causes an active window in said graphical user interface to scroll visual display data in response to said messages sent by said packet processor.

# Preliminary Findings

- Elantech's product does not include "a data packet processor"
- Elantech's product does not infringe claim 1 of the '052 patent



# Elements of Claim 14
# in '052 Patent

- A method of converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said method comprising:

- forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said data packets representing object motion applied by a user to the input device;

- generating a plurality of messages in response to the user-applied object motion;

- forwarding said messages to an application controlling an active window in said graphical user interface;

- scrolling visual display data in response to said messages sent by packet processor.

# Preliminary Findings

- Elantech's product does not employ the method :"scrolling visual display data in response to said messages sent by packet processor."

- Elantech's product does not employ the method as claimed in claim 14 of the '052 patent



# Summary of Preliminary Findings

- The '591 Patent (Method)
  - Elantech's product does not employ any method as claimed in any independent claim of the '591 patent
  - Therefore, Elantech's product does not infringe the '591 Patent



# Summary of Preliminary Findings (Cont.)

- The '931 Patent(Method)
  - Elantech's product does not employ any method as claimed in any independent claim of the '931 patent
  - Therefore, Elantech's product does not infringe the '931 Patent



# Summary of Preliminary Findings (Cont.)

- The '052 Patent (System and Method)
  - Elantech's product does not include all elements of claim1 (the only independent system claim)
  - Elantech's product does not employ the method as claimed in claim 14 (the only independent method claim)
  - Therefore, Elantech's product does not infringe the '052 Patent