```
KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com
```

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**DECLARATION OF KENNETH GEISLER IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   June 13, 2008<br>Time:   10:00 a.m.<br>Dept:   Courtroom 8, 19th Floor<br>Hon.    Charles R. Breyer |
| AND RELATED COUNTERCLAIMS | |

I, Kenneth Geisler, hereby declare as follows:

1. I have personal knowledge of the following facts and, if called to testify in this matter, could and would testify competently to the matters stated herein.

2. I am employed by Synaptics Incorporated as a Strategic & Technical Marketing Engineer. I have over 25 years experience in computer engineering, electronics design, and manufacturing.

3. In early 2006, Synaptics purchased an Averatec Model AV3715-EH1 laptop computer and a ProStar M550G notebook computer at retail in the United States. Visual inspection and a review of the driver software included on these laptop computers confirmed that the touchpad device integrated into the laptop computers were manufactured by Elantech Devices Corp. ("Elantech").

4. Former Synaptics employee, Alfred Woo, and I tested each laptop touchpad to determine whether it performed "drag," "corner tap," "edge motion," and "scrolling" features.

5. I tested the touchpad and observed that if I touched a corner of the touchpad for a short period of time (*i.e.*, a "tap"), the tap in the corner resulted in the performance of the function assigned to activate when that corner of the touchpad was tapped. I also tested and observed that if I placed my finger in the corner of the touchpad for a long period of time (*i.e.*, not a "tap"), the touchpad did not generate any result or perform any special function.

6. I observed that I could perform a "drag" gesture with the touchpad by quickly touching the touchpad, removing my finger, and touching the touchpad again shortly thereafter and leaving my finger on the touchpad for a long period of time. In other words, a "drag" gesture occurred when (1) the first touch of my finger on the touchpad was short, (2) the elapsed time after removing my finger from the touchpad and before re-touching the touchpad was short, and (3) the second presence of my finger on the touchpad was long.

7. I observed that if I moved my finger from a central position of the touchpad to an edge of the touchpad, then the corresponding motion of the object moving on the screen in response to my finger motion continued in the same direction in which it was traveling before my finger reached the edge of the touchpad. I observed that if I moved my finger from the edge of the touchpad back to the center of the touchpad, the "edge motion" cursor movement stopped. I also observed that if my finger touched the edge of the touchpad first, instead of moving to the edge of the touchpad from the center of the touchpad, the cursor on the screen did not move using "edge motion" functions.

8. I observed that the Elantech touchpad includes functional right-vertical and bottom-horizontal scroll zones. I observed that if I touched my finger in one of these zones and slid my

DECLARATION OF KENNETH GEISLER IN SUPPORT OF SYNAPTICS' PRELIMINARY INJUNCTION MOTION
CASE NO. C06-01839-CRB                                                                                                 2

pa 1251884

finger up and down the far right-vertical edge of the touchpad (or left and right in the bottom-horizontal edge of the touchpad), an open window on the laptop computer screen would scroll according to the direction of the my finger movement in this "scroll zone" on the touchpad.

    I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on May 9, 2008, in Santa Clara, California.

                                            */s/ Kenneth Geisler*
                                            Kenneth Geisler