```
 1  KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
 2  MORRISON & FOERSTER LLP
    755 Page Mill Road
 3  Palo Alto, California 94304-1018
    Telephone: 650-813-5600
 4  Facsimile: 650-494-0792
    KKramer@mofo.com
 5
 6  Attorneys for Defendant and Counterclaimant
    SYNAPTICS, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB <br><br> **DECLARATION OF DAVID W. GILLESPIE IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:   June 13, 2008 <br> Time:   10:00 a.m. <br> Dept:   Courtroom 8, 19th Floor <br> Hon.    Charles R. Breyer |

I, David W. Gillespie, declare:

1. I am Research and Development Fellow at Synaptics, Inc. ("Synaptics"). I have personal knowledge of the facts stated in this declaration by virtue of my professional responsibilities.

2. During 1992 and 1993, Synaptics focused on developing basic circuits for touch sensing, and building our first prototype chips.

DECLARATION OF DAVID W. GILLESPIE IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C06-01839-CRB
pa-1253104

1

3. In late 1993, Synaptics developed its first working prototype touchpad. This prototype was made from two "FingerPointer Alpha" prototype chips and a large microprocessor chip. This prototype demonstrated basic operation, but it was too bulky to integrate into a laptop or sell as a product.

4. This prototype program was called the "fpdemo" program. It ran on the large microprocessor together with a Sun Microsystems, Inc. workstation and did the processing that eventually took place in the firmware of the touchpad microcontroller or in the Synaptics Windows driver.

5. Once we developed the "fpdemo" program, we began adding code to enable users of the touchpad to perform finger gestures such as tapping, double-tapping, and dragging.

6. On January 7, 1994, we finalized version 1.11 of the "fpdemo" program, which was run on the source file "fprun.cxx." Version 1.11 implements, among other features, the "drag" gesture claimed in claim 9 of Synaptics' U.S. Patent No. 5,543,591. This code version when operating on our touchpad was fully functional and worked for the purpose for which it was intended. Attached as Exhibit 1 is a true and correct copy of notes for the "fpdemo" program showing the date of Version 1.11.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on May 9, 2008, in Santa Clara, California.

By: /s/ David Gillespie
David Gillespie

DECLARATION OF DAVID W. GILLESPIE IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C06-01839-CRB
pa-1253104

2

# EXHIBIT 1

```
                          fprun.cxx-history.txt
SCCS/s.fprun.cxx:

D 1.11 94/01/07 19:12:20 daveg 11 10    01383/00709/01405
MRs:
COMMENTS:
This works pretty well.


D 1.10 93/12/19 13:11:02 tpa 10 9       00163/00060/01951
MRs:
COMMENTS:
Tim's happy screwball interrupt-wad

D 1.9 93/12/18 15:03:33 daveg 9 8       00117/00098/01894
MRs:
COMMENTS:
ata.{h,cxx}

D 1.8 93/12/18 10:31:43 daveg 8 7       00190/00043/01802
MRs:
COMMENTS:
Works; forced wait-sync between subcycle timing and scan cycle.


D 1.7 93/12/16 13:33:37 daveg 7 6       00044/00025/01801
MRs:
COMMENTS:
Happy happy.  This is the version shown to the board meeting.


D 1.6 93/12/15 13:35:53 daveg 6 5       00983/00808/00843
MRs:
COMMENTS:
This works pretty well.  Pretty damned well.


D 1.5 93/12/01 12:56:45 tpa 5 4 00318/00227/01333
MRs:
COMMENTS:
this is a BLO wad.  It is being returned in the middle of a spruce-up
so that Dave can work on it.

D 1.4 93/11/29 07:54:03 tpa 4 3 00221/00183/01339
MRs:
COMMENTS:
returning in the middle of spruce-up.  might not work well.

D 1.3 93/11/23 19:16:17 daveg 3 2       00160/00022/01362
                                Page 1
```

```
                         fprun.cxx-history.txt
MRs:
COMMENTS:
Dave added a bunch of optimizations (returned by tpa)

D 1.2 93/11/22 11:16:19 daveg 2 1          00395/00343/00989
MRs:
COMMENTS:
Happy thing

D 1.1 93/11/20 16:11:28 daveg 1 0          01332/00000/00000
MRs:
COMMENTS:
date and time created 93/11/20 16:11:28 by daveg
```