1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650-813-5600
4  Facsimile: 650-494-0792
   KKramer@mofo.com
5

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                   **DECLARATION OF KARL J.**
                                              **KRAMER  IN SUPPORT OF**
14              Plaintiff,                    **SYNAPTICS' MOTION FOR**
                                              **PRELIMINARY INJUNCTION**
15         v.
                                              Date:    June 13, 2008
16  SYNAPTICS, INC., a Delaware corporation;  Time:    10:00 a.m.
    AVERATEC, INC., a California corporation; and   Dept:    Courtroom 8, 19th Floor
17  PROSTAR COMPUTER, INC., a California      Hon.     Charles R. Breyer
    corporation,
18
                Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22         I, Karl J. Kramer, hereby declare as follows:

23         1.      I am a member of the bar of the State of California, and I am admitted before this

24  Court.  I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for

25  Synaptics, Inc. ("Synaptics") in the above-captioned action.  I make this declaration in support of

26  Synaptics, Inc.'s Motion for Preliminary Injunction.  I have personal knowledge of the facts set

27  forth herein and, if called as a witness, I could competently testify thereto.

28

1

2      2.      On May 7, 2008, Erika Yawger, an associate at Morrison & Foerster LLP, sent an

3  email to Sean DeBruine, counsel for Elantech Corp. ("Elantech").  She informed Mr. DeBruine of

4  Synaptics' intent to seek a preliminary injunction and asked Mr. DeBruine whether Elantech

5  would stipulate to an injunction.  She explained that it would be a waste of judicial resources to

6  relitigate the same issues and attached a proposed stipulated injunction.  In his reply email, Mr.

7  DeBruine stated Elantech's refusal to stipulate to an injunction.  Attached as Exhibit 1 is a true

8  and correct copy of the e-mail correspondence between Ms. Yawger and Mr. DeBruine.

9      3.      Attached as Exhibit 2 is a true and correct copy of a product specification from the

10 Elantech website, http://www.elantech.com.tw/003/dm/DM-2.pdf (last visited May 8, 2008), that

11 describes the features of the Elantech Notebook PC Touchpad.

12     4.      I conducted a web search for notebook computers that are sold in the United States

13 and that use Elantech touchpads. The results of this search show that Elantech touchpads are

14 advertised as being integrated into notebook computers for at least the following notebook

15 manufacturers and sellers, all of whom advertise and sell their products in the United States:

16     a.      **Addict PC.**  A true and correct copy of a web page that mentions the use of

17             Elantech touchpads in Addict PC notebooks is attached as Exhibit 3.  According to

18             the Frequently Asked Questions on the Addict PC website,

19             http://www.addictpc.com/index.php?page=faq (last visited May 6, 2008), the

20             company ships to "all 50 states of the USA."  (SYN 00091654–SYN 00091657.)

21     b.      **ASI Mobile.**  A true and correct copy of a web page that mentions the use of

22             Elantech touchpads in ASI Mobile notebooks is attached as Exhibit 4.  According

23             to the ASI Partner website, the main ASI website that includes a link to ASI

24             Mobile located at http://www.asipartner.com/Location.htm (last visited May 6,

25             2008), ASI has its headquarters in Fremont, California. (SYN 00091647—SYN

26             00091648.)

27     c.      **MSI.**  A true and correct copy of a web page that mentions the use of Elantech

28             touchpads in MSI notebooks is attached as Exhibit 5.  According to the MSI

1    website, http://www.msicomputer.com/company/contactUs.asp (last visited May

2    7, 2008), the company has its North American Headquarters in City of Industry,

3    California.  (SYN 00091649-00091653.)

4        d.    **Sager.**  True and correct copies of web pages that mention the use of Elantech

5    touchpads in Sager notebooks are attached as Exhibit 6.  According to the Sager

6    website, http://www.sagernotebook.com/contactus.php (last visited May 6, 2008),

7    the company is located in City of Industry, California.  (SYN 00091672-SYN

8    00091684.)

9        e.    **Compal**.  A true and correct copy of the AVADirect web page that mentions the

10    use of Elantech touchpads in Compal notebooks is attached as Exhibit 7.

11    According to the AVADirect website, http://www.avadirect.com/contact_info.asp

12    (last visited May 7, 2008), AVADirect is located in Twinsburg, Ohio.

13        f.    **Overam.**  A true and correct copy of a web page that mentions the use of Elantech

14    touchpads in Overam notebooks is attached as Exhibit 8.  According to the

15    Overam website, http://www.overam.com/about-us.php (last visited May 6, 2008),

16    the company maintains a presence in California, Colorado, Idaho, Indiana, and

17    Michigan.

18        g.    **SSI.**  A true and correct copy of a web page that mentions the use of Elantech

19    touchpads in SSI notebooks is attached as Exhibit 9.  According to the SSI

20    website, http://www.ssicomputers.net/about.html (last visited May 7, 2008), SSI is

21    located in Sarver, Pennsylvania.

22        5.    Attached as Exhibit 10 is a true and correct copy of a letter from Sean DeBruine to

23    the Clerk of the Federal Circuit Court of Appeals enclosing Elantech's Entry of Appearance,

24    Docketing Statement, and Certificate of Interest.

25        6.    Attached as Exhibit 11 is a true and correct copy of excerpts from a transcript of

26    the March 7, 2008 hearing on Elantech's Motion for a Preliminary Injunction.

27

28

1

2          I declare under penalty of perjury under the laws of the United States of America that, to

3    the best of my knowledge, the foregoing is true and correct.  Executed on May 9, 2008, in

4    Palo Alto, California.

5                                                    /s/ Karl J. Kramer
                                                      Karl J. Kramer
6                                                     E-mail:  KKramer@mofo.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Karl J. Kramer In Support of Synaptics' Motion for Preliminary Injunction
case no. C06-01839-CRB                                                                                          4
pa-1252930

# EXHIBIT 1

**Yawger, Erika L.**

| | |
|---|---|
| **From:** | DeBruine, Sean [sdebruine@akingump.com] |
| **Sent:** | Wednesday, May 07, 2008 4:25 PM |
| **To:** | Yawger, Erika L. |
| **Subject:** | RE: Elantech v Synaptics |

Erika,

We will absolutely not stipulate to an injunction, if for no other reason that Synaptics has not proven infringement and the Court's order does not establish any right to an injunction.

Sean

---

**From:** Yawger, Erika L. [mailto:EYawger@mofo.com]
**Sent:** Wednesday, May 07, 2008 4:17 PM
**To:** DeBruine, Sean
**Cc:** Chae, Richard; Kramer, Karl J.; Browder, Sissel
**Subject:** Elantech v Synaptics

Sean,

Given the Court's April 16, 2008 order granting partial summary judgment, Synaptics plans to seek a preliminarily injunction.  To avoid burdening the Court with yet another round of briefing on this issue, I have attached a proposed stipulated injunction for your review and comment.  Please let me know as soon as possible if Elantech will agree to stipulate to a preliminary injunction order.

Thank you,
Erika

**<<Stipulated Proposed Order re Preliminary Injunction - 1.DOC>>**

**Erika L. Yawger**

_____

Morrison & Foerster LLP | 755 Page Mill Road, Palo Alto, CA  94304

Direct: 650-813-4218 | Fax: 650-251-3804 | E-mail: EYawger@mofo.com

==================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===================================================================

This message contains information which may be confidential and privileged. Unless you are the
addressee (or authorized to receive for the addressee), you may not use, copy or disclose to
anyone the message or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
===================================================================

_____

IRS Circular 230 Notice Requirement: This communication is not given in the fo

The information contained in this e-mail message is intended only for the pers

# EXHIBIT 2



SMART · SMOOTH · SPEEDY

# ELANTECH NOTEBOOK PC TOUCHPAD

## Drag Lock Function

Drag lock function is enabled once user tapped touch-pad with one and half tapping, and moved the object on active section.

"Tap to release" means the drag function can be released by tapping touchpad again.

"Release after time delay" means drag function can be released after "defined time delay, there are 8 levels (time interval) can be adjusted by user.

## One finger Scrolling Function (Refer to figure 3)

Vertical Scroll
Vertical scroll function is enabled once user move finger up and down on the vertical scrolling area.

Horizontal Scroll
Horizontal scroll function is enabled once user moves finger left and right on the horizontal area.

## Two Finger Scrolling Function (optional)

Use two fingers on whole the touchpad area, which can enable up / down or left / right scroll functions individually.

## Corner Tap Function (optional) (Refer to figure 4)

Tap touchpad one of the four corners, which can execute respective special setting functions.

Example for quick menu, scroll and start….

## Smart Edge Function (optional)

Finger moves forward to any one of the edges, cursor will keep moving to the edge.

(1) In any time : the function can operate after setting it up

(2) Only use in dragging : the function can operate while cursor drag



▲ Figure 3

▲ Figure 4

## Patents Information

U.S. Patents : 5,790,107; 5,825,352; 5,920,309; 5,945,980; 6,002,389; 6,002,594; 6,147,680; 6,380,930B1

Taiwanese Patent : 174670; I226019; M250242; I240208; I248576; I248583; M278960

## *Product Specifications*

| | |
|---|---|
| Duration (Tapping Life) | 1 Million times |
| Operating Temperature | 0 to 60° C |
| Relative Humidity | 0 to 95% |
| Storage Temperature | -40 to 70° C |
| ESD | +/-15KV: No Damage;  +/-10KV: No Error |
| Supply Voltage | 4.5 to 5.5V |
| Power Consumption | 5mA (Operating), 1mA (Sleep Mode) for Mylar application |
| Interface | PS2 |
| Resolution | 300DPI, |
| Max Report Rate | 80 Reports / Sec. |
| Switch No. | LEFT / RIGHT buttons with 4 Rock Switch (optional) |
| Multi-Finger Function | Simulate Left / Middle / Right Button Function by using multi-finger |
| OS Support | Windows XP (32 / 64 bits), Windows Vista |
| Hand Writing Function | Optional |

# EXHIBIT 3

Addict Avenger Intel Core Duo Centrino NVIDIA 7600 Notebook Configurator



Call Toll-Free
**1-877-677-**

home | contact | f

Account Opt

Username:

Password:

Remember m

Login
Forgot Pass
Get an Acc

- Add
Vanco
1-877-
support@



NAVIGATION

**Main Menu**

Home
Contact Us
FAQ / Information
TOS/Warranty
Financing
Showcase

**Computer Systems**

Desktops
Laptops

**Computer Hardware**

Catalog Home
- New Products -

- Item Specials -

**Customize Your
System (Add ons)**

Buy with confidence using your
credit card or PayPal account!

Friday August 25th 2006 | Our site is designed for 1024x768 resolutions or higher.

Catalog Home > Laptops > Addict Avenger Intel Core Duo Centrino NVIDIA 7600 Notebook Configurator

## Addict Avenger Intel Core Duo Centrino NVIDIA 7600 Notebook Configurator

The Addict Avenger Intel Core Duo Gaming Notebook with Intel Centrino Mobile Technology is just one of the latest models to take advantage of Dual Core Processing power coupled with PCI-Express technology. Take advantage of the NVIDIA mobile 7600 Graphics chipset and the new Intel Core Duo Processor with 2MB Cache memory and 667MHz Front-Side Bus. Get longer battery life AND hot gaming action all in one laptop.

**Base Features:**

- Intel Core Duo Pentium M Dual Core Processor with Centrino Technology, 667 MHz Front-Side Bus and 2MB L2 Cache
- Chipset : Intel 945PM / ICH7-M "Calistoga-PM"
- PCI Express Nvidia GeForce GO 7600 (G73M) Video RAM graphics processor with 256MB dedicated video RAM. Supports dual display option and integrated TV out functions.
- 2 memory slots expandable to 2 GB using SO-DIMM (200- pin/1.8V) devices. Supports DDR2 667/533 SDRAM modules in sizes of: 512MB & 1GB. Dual Channel supported.
- 15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- Combo Drive, CDRW+DVD-ROM (24x10x24x8), or DVD/RW Dual-Layer Drive Options.
- Included 802.11a/b/g Wireless Networking
- Networking : Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- Modem : Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- Sound : Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- Camera : Integrated 1.3 Megapixel Camera: to view picture go to "My Computer" - integrated camera
- Fingerprint Reader : Integrated fingerprint biometric reader between mouse buttons. Softex OmniPass Control Center software.
- Keyboard : Desktop-like full- size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons =>

http://www.addictpc.com/index.php?crn=1&rn=2807&action=show_detail

**SYN 00091654**

- Internet, mail, 2 user-defined (use SideWalker app) ocated to left of power-op button.
- Mouse : ElanTech Touchpad with 2 click buttons; support for scroll up/down
- PCMCIA Slot : One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- 3 x USB 2.0 ports, 1 x 1394 B-port
- 1 x VGA port/Mini D-sub 15-pin for external DDC monitor, 1 x S-Video, TV-Out
- Included Software : PowerDVD v5.0 & Nero Express v6.3126
- Battery : Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh ~3 hrs. Run time; is very dependent on your hardware configuration, applications, and OS power settings.
- Dimensions : 13.85" x 10.43 x 1.24 (WxDxH)
- Weight : ~6.9 lbs. fully configured with main battery installed
- Includes Carrying Bag, Battery and AC Adapter.
- 2 year parts and labor limited warranty
- **Base model includes Windows XP Home**

All of our gaming systems are custom assembled, fully tested, burned-in and shipped within **5 to 10 business days** from the day of your order!









128bit SSL
Confirmed
PayPal
VISA  AmEX

PayPal
VERIFIED

We proudly feature

ASUS
MSI

brand motherboards in our systems.

RESELLER RATINGS
REAL REVIEWS FROM REAL PEOPLE

Copyright © 2005
All Rights Reserved

SYN 00091655

Addict Avenger Intel Core Duo Centrino NVIDIA 7600 Notebook Configurator

## Buy Now!

Regular Price: ~~$1499.00~~

**On Sale:**
**$1449.00**

You save $50.00 (3.34%)!

| | |
|---|---|
| Select CPU | Core Duo T2300 1.66GHz 2MB 667FSB |
| Select Memory 1 | 512MB DDR-2 533 MHz SuperTalent SODIMM |
| Select Hard Drive 1 | 60GB 5400RPM NB HDD |
| Select CD/DVD 1 | CDRW/DVD Drive |
| Select OS | Windows XP Home SP2 w/CD |
| Select Software | None |
| Select Warranty | NB 2 Year Parts and Labor Warranty |

**Quantity:** [1]

( Add to Cart )

## Discounts

**Summer Laptop Sale**
Get $50 off the price of all of our Laptop Systems! Get one, and go outside already!

Sale Price: $1449.00    You Save: $50.00 (3.34%)!

Qualifications for this discount:
*Date is between 08/01/2006 and 09/30/2006*

home | contact | faq | showcase

Powered by Squirrelcart © PHP Shopping Cart Software

http://www.addictpc.com/index.php?cm=1&rn=2807&action=show_detail

SYN 00091656

Addict Avenger Intel Core Duo Centrino NVIDIA 7600 Notebook Configurator

http://www.addictpc.com/index.php?crn=1&rm=2807&action=show_detail

SYN 00091657

# EXHIBIT 4

# ◢ ASI Notebook
# Model EL80
## Technical
## Specifications
Verified by Intel®



**Base Model for EL80**
**(2 Spindle)**

**15.4" WXGA    SKU: 50329 (No Optical)**

**Other Views:** Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type** : Intel Core Duo and Core Solo processors (65nm) w/ 2MB L2 Cache and 667MHz. FSB
  Intel Celeron M 4x0 Series processors (65nm) w/ 1MB L2 Cache and 533MHz. FSB

- **Processor Speeds Supported** : **Core Duo** T2300 (1.66GHz), T2400 (1.83GHz), T2500 (2.0GHz), T2600 (2.16GHz)
  **Core Solo** T1300 (1.66GHz)
  **Celeron M** 410 (1.46GHz), 420 (1.60GHz), 430 (1.73GHz)

- **Chipset** : Intel 945PM / ICH7-M "Calistoga-PM"

- **Memory** : 2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667/533
  SDRAM modules in sizes of: 512MB & 1GB. Dual Channel supported.

- **Graphics** : Integrated PCI Express **Nvidia GeForce GO 7600** (G73M) Video RAM graphics processor with 256MB
  dedicated video RAM. Supports dual display option and integrated TV out functions.

- **Display** : 15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT

- **Hard Drive** : 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM
  drives supported). ICH7-M supports SATA3G. Note: current SATA mobile drives are SATA 1.5G speeds.

- **Optical Multimedia** : Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 49773
  DVD Multi (specs TBD) ASI SKU: 49775

- **Networking** : Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)

- **Modem** : Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem

- **ExpressCard Slot** : One PCI Express x1 slot supporting ExpressCard 34 / 54 devices

- **Mouse** : ElanTech Touchpad with 2 click buttons; support for scroll up/down

- **Keyboard** : Desktop-like full-size 85/86 keys, 3mm Travel, 4 Instant Launch Buttons => Internet, mail, 2 user-
  defined (use SideWalker app) located to left of power-on button

- **PCMCIA Slot** : One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)

- **Sound** : Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers
  (front), and microphone (top LCD bezel)

http://www.asimobile.com/notebook_specs_el80.htm

SYN 00091647

- **Card Reader :** 4-in-1 built-in card reader (ENE PCI controller); SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag
- **I/O Ports :**

| 3 x USB 2.0 Ports | 1 x RJ-45 LAN | 1 x RJ-11 Modem |
|---|---|---|
| Kensington Lock hole | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| 1 x Type II PCMCIA slot | 1 x Headphone-out jack | 1 x Microphone-in jack |
|  | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type Jack |

- **Wireless :** Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module – **ASI SKU 44608**
- **Camera :** Integrated 1.3 Megapixel Camera; to view picture go to "My Computer" - integrated camera
- **Fingerprint Reader :** Integrated fingerprint biometric reader between mouse buttons. Softex OmniPass Control Center software.
- **Trusted Platform Module :** Integrated Infineon TPM Professional Package v2.5 software & hardware v1.2; Disabled in the CMOS by Default. To enable, press F2 for CMOS, go to "Security" then set "Trusted Platform Support" to "Enabled". Go into Windows then to Infineon program group and click on "Manage Security Platform" to configure.
- **Other Optional Items :** extra regular battery (51551), extra AC adapter (51449), car adapter (49820), Bluetooth module (49762), Extra KB (51450)
- **Recommended Operating Systems :** Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005
- **Included Software :** PowerDVD v5.0 & Nero Express v6.3126
- **Battery :** Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh ~3 hrs. Run time; is very dependent on your hardware configuration, applications, and OS power settings.
- **AC Adapter :** Output=> 19V DC, 4.74A, 90W
  Input => 100~240V AC, 50/60Hz universal
- **Dimensions :** 13.85" x 10.43 x 1.24 (WxDxH)
- **Weight :** ~6.9 lbs. fully configured with main battery installed

SYN 00091648

# EXHIBIT 5

MSI -- MICRO-STAR INT'L CO.,LTD.



**MSI recommends Windows® XP Professional**

Location: Download » Notebook » Download overall page

MEGABOOK L725

**Relevant Links:**
- Spec & Features
- Award
- Tech.
  express

**Download Links:**
- BIOS
- Driver
- Manual
- Utility

**◆ Special Note**

**Attention:**
Users who download BIOS here(not using Live Update) should use the flash utility, attached in the downloading compressed file package, to conduct BIOS update. To avoid BIOS update failure, please don't try to use the utility which is the old version or not sourced from here.

After clicking the downloading hyperlink, there will be a pop-up window appearing for you to select a server to download files you need. To make sure this pop-up window can be opened smoothly, please disable your anti-pop-up program and authorize our site in advance.

http://www.msi.com.tw/program/support/download/dld/spt_dld_detail.php?UID=616&kind=11

SYN 00091649

MSI -- MICRO-STAR INT'L CO.,LTD.

Multimedia
Server
Bareb..e
Barebone

## BIOS

| | | ⇅ File Sizes | |
|---|---|---|---|
| ⇅ BIOS Type | AMI® BIOS | 356KB | |
| ⇅ Version | 1.02 | ⇅ Update date | |
| ⇅ Update Description | | 2006-1-5 | |
| ⇅ Special note | | | |
| ⇅ Download | 1035_102.zip | | |

## Manual

| ⇅ Version | ⇅ Language | ⇅ Size | ⇅ Download |
|---|---|---|---|
| 1.0 | English | 3085KB | 1035v1.0_EN.zip |
| 1.0 | German | 4921KB | 1035v1.0_GE.zip |
| 1.0 | Traditional Chinese | 4342KB | 1035v1.0_TC.zip |
| 1.0 | Simplified Chinese | 3536KB | 1035v1.0_SC.zip |
| 1.0 | French | 2977KB | 1035v1.0_FR.zip |

## Driver

**L725 DVB-T TV Tuner Drivers**

Support OS: WinXP/2000

⊡ Win2000/XP(2.509MB)

**L725 WLAN Driver**

• Driver Version: 9.0.3.9
• Support OS: Win2000/XP

⊡ Win2000/XP(77.821MB)

http://www.msi.com.tw/program/support/download/dld/spt_dld_detail.php?UID=616&kind=11

SYN 00091650

MSI -- MICRO-STAR INT'L CO.,LTD.



**L725 LAN Drivers**

•Realtek RTL8139/810.x/8169(S/SB)/8110(S/SB)
•Driver Version: 5.621.0304.2005

-Win2000/XP(1,917MB)



**L725 Audio Drivers**

Realtek AC'97 Sound System Software
• Driver Version: 11.0.0.28844
• Support OS: Win2000/WinME/WinXP

-Win2000/XP(25.781MB)

**L725 Agere Systems AC97 Modem Driver**

•Agere Systems AC97 Modem v2157DC
•Driver Version: 2.1.46

-Win2000/XP(585KB)



**L725 Touchpad Drivers**

•ElanTech Touchpad Driver
•Support OS: Win2000/XP

-Win2000/XP(3.784MB)



**L725 Card Reader Drivers**

•O2 Micro Flash Memory Card
•Driver Version: 2.0.2600.2
• Support OS: WinXP/2000



http://www.msi.com.tw/program/support/download/dld/spt_dld_detail.php?UID=616&kind=11

SYN 00091651

MSI -- MICRO-STAR INT'L CO.,LTD.

 •Win2000/XP(4.351MB)

### L725 VGA Drivers

•NVidia Geforce Go 6600
•Driver Version: 9.1.0.429

 •Win2000/XP(21.905MB)

### L725 Bluetooth Drivers

IVT BlueSoleil version:1.6.1.1

 •Win2000/XP(8.52MB)

### L725 Intel Chipset Drivers

The Intel(R) Chipset Software Installation Utility installs to the target system the Windows* INF files
that outline to the operating system how the chipset components will be configured. This is needed
for the proper functioning of the following features:
- Core PCI and ISAPNP Services
- AGP Support
- IDE/ATA33/ATA66/ATA100 Storage Support
- USB Support
- Identification of Intel(R) Chipset Components in the Device Manager
Driver Version: 5.00.1003

 •Win2000/XP(2.491MB)

### Utility

MSI Live Update 3                                    ReleaseDate:        2006-8-7

‡ Version    3.78        ‡ Support OS    Win2000/XP    ‡ File size    3.670MB

• Online update BIOS/Driver/Firmware/Utility.

SYN 00091652

MSI -- MICRO-STAR INT'L CO.,LTD.

• Live Monitor auto-detects and suggests the latest BIOS/Driver/Utilities information.
• AP Version: 3.78 (2005/08/37)

### System Control Manager (SCM)

‡ Version    1.71    ‡ Support OS    Win2000/XP

↑ update new installshield...

| Release Date: | 2006-6-16 |
| ‡ File size | 3.998MB |

⊕ Site Map    ▣ Privacy Policy ⊠ Contact Us ◈ Order E-paper

Copyright © 2006 Micro-Star Int'l Co.,Ltd. All rights reserved.

http://www.msi.com.tw/program/support/download/dld/spt_dld_detail.php?UID=616&kind=11

SYN 00091653

# EXHIBIT 6

Sager 3880 15.4 wide screen pentium m cheap notebooks gaming laptop laptop notebook deal

Home    Contact    Support    View Cart

**DISCOUNTLAPTOPS.COM**
· High Performance Mobility For Less

General info    Shop by brand    Shop by series    Accessories

SHOP BY SCREEN SIZE: ▸ 12/13" ▸ 14" ▸ 15" ▸ 15.4" ▸ 17" ▸ 19"    ▸ Rebate



# Sager NP3880 Detailed Specifications

**Click for cash-discounted pricing**
Shaded items may be customized. Click on the price or model name below to customize/order a

| Model | Display | Cpu | Ram | Hdd | Cd | Wireless | |
|---|---|---|---|---|---|---|---|
| NP3880 - C | 15.4" WUXGA | Pentium M - 1.6 | 512 | 40 | Combo | Wi-Fi (a+b+g) | $1,1 |

> Detailed Images <

Eliminate the hassle of cables, cards and antennas, the NP3880 with Intel® Centrino
technology brings you new freedom and flexibility. Experience wireless freedom with
802.11a/b/g Wireless LAN, and outstanding mobile performance powered by the new

http://www.discountlaptops.com/index.php?section=specs&model_id=1176

**SYN 00091672**

Pentium® M Processor. The NP3880 also features dual channel DDR2 533/400MHz s
memory at power benefits along with best-in-class nVIDIA® GeForce™ Go 6600 PCI-
graphics controller - this is a truly ideal notebook for both productivity and entertainr
go.

| | | |
|---|---|---|
| **Processor** | CPU/Speed | Intel Pentium-M (Centrino) Processor - Sonoma Platform |
| | | 533 MHz System Bus Speed |
| | | Chipset: Intel® 915PM chipset + ICH6M |
| **Controller/BIOS** | | 4MB Flash ROM BIOS |
| **Cache** | | 2,048KB L2 Cache |
| **Memory** | SDRAM | DDR2 PC4200 DDR SDRAM |
| | | Dual Channel DDR533; 200-pin |
| | | 2 DIMM Sockets |
| | | Expandable to 2048 MB |
| **Data Storage** | HDD | Detachable 2.5" 9.5mm Hard Disk Drive |
| | | Supports Ultra DMA HDD for High Speed Access |
| | | PCI Local Bus Interface |
| | DVD/CD-ROM | 8X DVD/24x10x24 CD-RW w/Software MPEG II Decoder or |
| | | 8X DVD± R/RW Dual-Layer Combo Drive w/ Software Mepg II Deco |
| | FDD | USB 3.5' 1.44MB Floppy Disk Drive (Optional) |
| | Card Reader | Internal 4-in-1 flash memory card reader (SD/MMC/MS/MS |
| **Display** | Type/Size | 15.4" TFT WXGA+ (1280 x 800) |
| | | 15.4" TFT WSXGA+ (1680 x 1050) |
| | | 15.4" TFT WUXGA (1920 x 1200) |
| **Video** | Interface | PCI Express x16 3D Accelerator |
| | Video RAM | **128MB** DDR2 PCI-e **nVIDIA GeForce Go 6600** Video Memory |
| | | CRT: Support up to 2048x1536 external monitor resolution |
| | | Dual Simultaneous Display |
| | | **Video Card Features** |
| | | **Dual-view Support (two DIFFERENT applications open at or** |
| | | **on the External Monitor, and one on the Laptop Screen)** |
| **Communication** | | Built-in 56K V.90 modem |
| | | Built-in Ethernet **10/100/1000** BaseT Network Card |
| | | Internal PCI Intel® PRO/Wireless 2915ABG 802.11a/b/g Wireless I |
| | | Fast Infrared (FIR), IrDA 1.1 Compliant, Support 4M Bit FIR |
| | | **Optional Internal Bluetooth** |
| **Audio** | | Built-in Azalia Intel High Definition Surround 3D sound system w/ S |
| | | support |
| | | 6 Channel output w/o External Decoder - 3 multi-function audio po |
| | | 1 Built-in Microphone |
| | | 4 stereo internal speakers |
| | | Wavetable 3D Stereo Audio/AC'97 2.1 |
| | | S/PDIF Output for DVD Content |
| **PCMCIA** | | 1 Type II PCMCIA |
| | | Supports 32 bit CardBus |
| **Interface Ports** | | 1-IEEE1394a; 4-pin |
| | | Fast Infrared (FIR), IrDA 1.1 Compliant |
| | | **3 USB 2.0 Ports** |
| | | **1 16c550 Compatible Serial Port** (RS232) |
| | | 1 External CRT Port |
| | | 1 Kensington Lock Port |
| | | 1 S-Video Jack for TV Output |
| | | 3 Audio Jacks for Line-Out, Microphone-In, and S/PDIF-Out |
| | | Built-in 56K V90 Fax/Modem and 10/10/1000 Mbps Ethernet LAN ( |
| | | **Integrated Video Camera w/ 640x480 resolution** |
| **Power Management** | | System Management Mode (SMM) |
| | | Suspend to HDD / DRAM |
| | | Full features of SMI Power Management, Doze, Sleep, Suspend/Re |
| **Keyboard & Pointing Device** | Keys | A4 Sizes Keyboard |
| | | Windows 95 2 Hot keys |
| | | Integrated with Hot Keys for LCD Brightness, Suspend, Panel/CRT |
| | | 2 Hot Keys for E-Mail, Web Browser. |
| **Battery** | Type | 1 Lithium-Ion Battery (12Cell) |
| | | Full Range Auto-Switching 100V/240V AC Adapter |

http://www.discountlaptops.com/index.php?section=specs&model_id=1176

SYN 00091673

| | |
|---|---|
| **AC Adapter** | Universal AC adapter<br>Full Range 110-220V AC, Auto Sensing Auto Switching<br>65W; 100-240V |
| **Software** | OPTIONAL Windows XP Home or Pro<br>MPEG DVD Playback Software<br>CD Burning software |
| **Dimensions**   Size & Weight | 14.12"w x 10.5"d x 1.5"h<br>7.9Lbs With Battery |
| **Security Features** | Password protection for system, Kensington Key Lock |
| **Limited Warranty** | One Year Parts & Labor Warranty<br>Free Lifetime Technical Support<br>Optional Extended Warranty<br>30 Day satifaction Guarantee |
| **Included Accessories** | Owner's Manual<br>Carrying Bag with Strap<br>Lifetime Free Telephone Tech Support<br>Drivers and Utility CD |

| | |
|---|---|
| **System Chip** | Intel NG82915PM / FW82801FB (ICH6) |
| **LCD Screen** | 15.4" TFT WXGA: N/A; WSXGA+: N/A; 15.4" TFT WUXGA |
| **Video Control Chip** | NVIDIA GEFORCE GO 6600 (NV43M) |
| **Audio Control Chip** | ALC880 Audio CODEC / WOW ASP |
| **Integrated LAN Chip** | Marvell Yukon 88E 8053 PCI-E |
| **Integrated Modem Controller** | Motorola SM56 |
| **IEEE1394 Control Chip** | OHCI compliant IEEE 1394 Host Controller |
| **Wireless LAN** | Intel PRO/Wireless 2915ABG |
| **Bluetooth Wireless** | Not Available |
| **Infrared Chip** | National Semiconductor |
| **PCMCIA Contorl Chip** | TI Ultra Media PCI1620 |
| **Touch Pad** | Elantech |
| **Hard Disk Drive** | Varied |
| **Floppy Drive** | None |
| **CD-ROM/DVD-ROM Drive** | Toshiba SD-R2612 (8X DVD/24x10x24 CD-RW) Combo, Toshiba SD-R6472 (8X DVD±R/RW/+DL) Combo, NEC ND-6500A (8X DVD±R/RW/+DL) Combo |
| **Miscellanies** | Integrated Video Camera Camtel CMM-3130 |

\* All specifications are subject to chang without notice.

501 South Rancho Dr. Suite H-53
Las Vegas, NV 89106



‣ About Us    ‣ Payment Options    ‣ Shippin

**Affordable, portable solutions since 19**
We accept PO's from Schools and Government Org

VISA   eCHECK

Site map Partners Links

Copyright 1995-2006 - All Rights Reserved
US Orders Only, No International Orders

http://www.discountlaptops.com/index.php?section=specs&model_id=1176

SYN 00091674

Page 1 of 5

wide screen sonoma gaming cheap notebooks gaming laptop ati radeon centrino from DiscountLaptops.com

Home    Contact    Support    View Cart    Accessories    Get Advice



General Info    Shop by brand    Shop by series

SHOP BY SCREEN SIZE:  › 12/13"  › 14"  › 15"  › 15.4"  › 17"  › 19"

› Rebates › Extended Warranties

http://www.discountlaptops.com/index.php?model_id=1116&section=specs

SYN 00091675

wide screen sonoma gaming cheap notebooks gaming laptop ati radeon centrino from DiscountLaptops.com



# Sager NP4880 Detailed Specifications

**Click for cash- discounted pricing**
Shaded items may be customized. Click on the price or model name below to customize/order a system.



>> Detailed Images <<

http://www.discountlaptops.com/index.php?model_id=1116&section=specs

SYN 00091676

wide screen sonoma gaming cheap notebooks gaming laptop ati radeon centrino from DiscountLaptops.com

The Next generation of Mobile Technology! - Based on all new Intel® Pentium® M processor, Mobile Intel® 915 Express Chipset and Intel® PRO/Wireless 2915ABG Tri-mode network connection, in conjunction with ultra fast ATI Mobility™ Radeon® X700 PCI-Express™ 16X Graphics and a long lasting 12 cell battery pack, the NP4880 is fully packed with entertainment and business features in a mobile design that can go virtually anywhere.

| Display | 15" SXGA+ Active Matrix Display (4:3) Aspect Ratio |
|---|---|
| Video | **ATI MOBILITY RADEON X700 PCI-EXPRESS 16X** 256MB DDR PCI-Express 16x Video Card Dual-View Display Capability |
| CPU | Intel® Pentium® M Processor **w/ Intel® Centrino™ mobile technology** 2048KB on-die Cache Intel® 915PM chipset + ICH6M |
| BIOS | 4MB Flash ROM |
| Bluetooth | MDC Bluetooth Module (Discontinued 4/05) |
| RAM | 333MHz PC2700 DDR RAM [Expandable to 2048 MB] |
| Hard Drive | 40.0/60.0/80.0/100 GB Ultra DMA Hard Drive Detachable 2.5" 9.5mm ATA100 |
| Optical | 1 fixed Optical Drive Bay 8X DVD & 24X Max. CD-RW Combo -or- 8X DVD± R/RW / +DL Combo Detachable CD-ROM Drive ATAPI Interface |
| Power | 1 Lithium-Ion Battery (12Cell) Full Range Auto-Switching 100V/240V AC Adapter System Management Mode (SMM) Suspend to HDD / DRAM Full features of SMI Power Management, Doze, Sleep, Suspend/Resume Mode |
| Communication | **Intel® PRO/Wireless 2915ABG LAN 802.11a/b/g** Integrated 10/100/1000Mbps Ethernet LAN & V.90 56K Fax/Modem |
| Camera | **Integrated CMOS Video Camera, and** |

SYN 00091677

wide screen sonoma gaming cheap notebooks gaming laptop ati radeon centrino from DiscountLaptops.com

| Reader | Built-in 4-in-1 Card Reader (MS/MSPRO/SD/MMC) |
|---|---|
| Audio | Built-in 8ch Azalia Sound System (with 8 external speakers output without Ext. decoder)<br>S/PDIF Digital output<br>SRS WOW support<br>1 Built-in Microphone<br>2 Built-in Speakers |
| Input | Touchpad with 4 Way Scrolling Button<br>Full Sized Keyboard<br>Windows 95 2 Hot keys<br>Integrated with Hot Keys for LCD Brightness, Suspend, Panel/CRT Display<br>5 Hot Keys for E-Mail, Web, Wi-Fi, BT, And Camera |
| PCMCIA | PCMCIA 3.0 Standard Compliant<br>1 Type II PCMCIA Slot |
| Ports | 1 Type II PCMCIA Slot<br>4 USB 2.0 Ports<br>1 IEEE-1394 Port (4 PIN)<br>1 S/PDIF out,<br>1 headphone,<br>1 microphone,<br>1 line-in,<br>1 RJ-45,<br>1 RJ-11,<br>1 SVGA video,<br>1 S-Video TV-out,<br>1 Infra Red, Wireless Fast IR interface,<br>1 Parallel |
| Floppy | Optional External USB 3.5" 1.44MB Floppy Drive. |
| OS | Optional Microsoft® Windows® XP Home/Pro Edition |
| Carry Bag | Standard Carrying Bag |
| Misc | User's Manual, Utility CD, Nero, DVD Software |
| Physical | Dimension (H) x (W) x (D) : 1.75" x 12.85" x 10.75"<br>Weight: 7.8lbs. with Battery |
| Warranty | One year Parts and Labor Limited Warranty<br>Optional Extended Warranty and Damage Protection Available |
| Support | Lifetime Free Technical Support |

http://www.discountlaptops.com/index.php?model_id=1116&section=specs

SYN 00091678

Page 5 of 5

wide screen sonoma gaming cheap notebooks gaming laptop ati radeon centrino from DiscountLaptops.com

| System Chip | Intel NQ82915PM / Intel FW82801FBM |
|---|---|
| LCD Screen | 15" TFT SXGA+ CHUNGHWA / CLAA150PB01 |
| Video Control Chip | ATI MOBILITY RADEON X700 (M26) |
| Audio Control Chip | ALC880 Audio CODEC / WOW ASP |
| Integrated LAN Chip | Marvell Yukon 88E 8053 PCI-E |
| Integrated Modem Controller | Smartlink |
| IEEE1394 Control Chip | OHCI compliant IEEE 1394 Host Controller |
| Wireless LAN | Intel PRO/Wireless 2915ABG |
| Bluetooth Wireless | Toshiba (Mfg. Optional) |
| Infrared Chip | National Semiconductor |
| PCMCIA Control Chip | TI Ultra Media PCI1620 |
| Touch Pad | Elantech |
| CD-ROM/DVD-ROM Drive | Toshiba SD-R2612 (8X DVD/24x10x24 CD-RW) Combo, Toshiba SD-R6472 (8X DVD± R/RW/+DL) Combo |

501 South Rancho Dr. Suite H-53
Las Vegas NV 89106

RESELLER RATINGS
READ OUR
CUSTOMER REVIEWS

· About Us   · Payment Options   · Shipping Policies   · Privacy & Security

**Affordable, portable solutions since 1995!**
We accept PO's from Schools and Government Organizations

Site map **Partners Links**

Copyright 1995-2006 - All Rights Reserved
US Orders Only, No International Orders

http://www.discountlaptops.com/index.php?model_id=1116&section=specs

SYN 00091679

NP-5950 notebook computer



**Products** | **Online Specials** | **GSA Catalog** | **Job Opening** | **Support** | **About Us**

Home | Member Signup | Sitemap | Shopping Cart

Search Site

Buy Online or Call
1-800-872-4547

## Sager NP-5950
19" LCD Laptop Computer

| | |
|---|---|
| System Chip | nVIDIA nForce4 SLI (CK804) |
| LCD Screen | 19.0" TFT WSXGA- N/A |
| Video Memory | N/A |
| Video Control Chip | Nvidia GeForce GO 7800 GTX |
| Video-In Control Chip | None |
| Audio Control Chip | ALC655 AC97 Audio CODEC / SRS WOW |
| I/O Control Chip | National Semiconductor |
| Integrated LAN Chip | Marvell Yukon 88E8053 PCI-E |
| Integrated Modem Controller | CXT |
| IEEE1394 Control Chip | OHCI compliant IEEE 1394 Host Controller |
| Wireless LAN | Gigabyte Super 802.11 a/b/g Wi-Fi LAN Module |
| Bluetooth Wireless | IVT Corp. |
| Infrared Chip | National Semiconductor |
| PCMCIA Control Chip | TI PCIX21 |
| Touch Pad | Elantech |
| Hard Disk Drive | Varied |
| Floppy Drive | Optional External USB FDD |
| CD-ROM/DVD-ROM Drive | Pioneer DVR-K16 (8X DVD± R/RW/ 4X +DL / 5X DVD-RAM) Multi Drive |

[more Notebook PCs...  ▼]

19.0" WSXGA+ Active Matrix Display
AMD Turion 64 Processor
1GB DDR System Memory
80.0GB (SATA 5400rpm) SATA 150 Hard Drive
8X DVD R/RW/ 4X +DL Multi Drive & Softwares
Built-in Video Camera & 4-in-1 Card Reader
802.11g Wireless LAN with Bluetooth

**Only $3160.00**

**Please Call for detail**

⚙ Buy Now!

**more NP-5950 ...**

http://www.bsicomputer.com/notebook/np5950/np5950_features.htm

SYN 00091680

NP-5950 notebook computer

- ↳ Product overview
- ↳ Specifications
- ↳ Detail views

| Miscellanies | Integrated 1.3M Video Camera (eMPIA Technology) |





http://www.bsicomputer.com/notebook/np5950/np5950_features.htm

SYN 00091681

Page 3 of 3

NP-5950 notebook computer



home | about us | site map



© 2000, Broadax Systems, Inc. All rights reserved.
Send comments to info@bsicomputer.com
privacy policy

Broadax Systems, Inc.
17559 E. Rowland Street
City of Industry, CA 91748
1-800-872-4547
(626)964-2800 phone
(626)964-2665 fax

http://www.bsicomputer.com/notebook/np5950/np5950_features.htm

SYN 00091682

NP-6630 notebook computer



Products | Online Specials | GSA Catalog | Job Opening | Support | About Us

Home | Member Signup | Sitemap | Shopping Cart

Search Site

# Sager NP-6630
## 15.4" LCD Laptop Computer

Buy Online or Call
1-800-872-4547

more Notebook PCs... ▾

15.4" WXGA Active Matrix LCD Display

Intel Core Duo Processor T2300 / 2MB L2 Cache, 1.66 GHz, 667MHz FSB

512MB DDR2 SDRAM at 667MHz

40.0GB (SATA 5400rpm) SATA 150 Hard Drive

8X DVD / 24X10X24 CD-RW Combo Drive & Softwares

Built-in Video Camera & 4-in-1 Card Reader

802.11g Wireless LAN

Only $1010.00

Please Call for detail

Buy Now!

| | |
|---|---|
| System Chip | Intel NG82945GM / FW82801GBM (ICH7) |
| LCD Screen | 15.4" TFT wXGA: N/A |
| Video Memory | Share Memory Architecture, 128MB max. |
| Video Control Chip | Intel GMA 950 |
| Video-In Control Chip | None |
| Audio Control Chip | Realtek ALC880 Audio CODEC |
| I/O Control Chip | N/A |
| Integrated LAN Chip | Realtek RTL8110SBL |
| Integrated Modem Controller | Motorola SM56 |
| IEEE1394 Control Chip | Texas Instruments OHCI compliant: IEEE 1394 Host Controller |
| Wireless LAN | Intel PRO/Wireless 3945ABG |
| Bluetooth Wireless | Not Available |
| Infrared Chip | None |
| PCMCIA Control Chip | TI PCIXX12 |
| Touch Pad | Elantech |
| Hard Disk Drive | Vimicro |
| Floppy Drive | Optional External USB FDD |
| CD-ROM/DVD-ROM | Toshiba SD-R2612 (8X DVD/24x10x24 CD-RW) Combo, Optional Pioneer DVR-K16 (8X DVD± R/RW/ 4X +DL / 5X |

http://www.bsicomputer.com/notebook/np6630/np6630_features.htm

SYN 00091683

NP-6630 notebook computer

Page 2 of 2

| Drive | DVD-RAM) Multi Drive |
|---|---|
| Miscellanies | Integrated Video Camera (Bison Webcam) |

**more NP-6630 ...**

➢ Product overview

➢ Specifications

➢ Detail views



home | about us | site map



© 2000, Broadax Systems, Inc. All rights reserved.
Send comments to info@bsicomputer.com

privacy policy

Broadax Systems, Inc.
17539 E. Rowland Street
City of Industry, CA 91748
1-800-872-4547
(626)964-2650 phone
(626)964-2655 fax

http://www.bsicomputer.com/notebook/np6630/np6630_features.htm

SYN 00091684

# EXHIBIT 7



**Buy Online or Call: 1-866-766-4629**



❧ Print Page   ❧ Close Window

---

**COMPAL, CFL91965/65UL/KBUS Core™2 Duo VBI Notebook Barebone, Socket P, Intel® GM965, 15.4" WXGA TFT Glossy, Integrated Intel® GMA X3100 Graphics**



Mfg. Part No. CFL91965/65UL/KBUS
Item Code. NBB-CPL-CFL9196565ULKBU

This product is currently priced at:

**$454.72**

Price shown will be adjusted in the checkout with

respect to shipping and taxes (where required)

---

**PRODUCT DESCRIPTION**



**"Verified By Intel" VBI Notebooks**

Intel recently introduced a new notebook initiative called "VBI" or Verified By Intel®. These notebooks are not manufactured by Intel but are supported and warranted by them. Being Verified By Intel® means these products have met Intel's verification testing for interchangeability of key notebook components as part of the Intel® Interchangeability Initiative.

The Intel® Interchangeability Initiative builds on the foundation established by the Common Building Blocks program to ensure ingredient suppliers are producing products according to a set of commonly adopted specifications. Today, the CBB program consists of 7 standardized parts that include Hard Drive, Optical drive, Keyboard, LCD Screen, battery, AC Adapter, and LCD "A Cover" panel. Having standards among these parts, not only allows you to share components from different models in a manufactures product line but also share them from different manufactures. For example, a CBB keyboard from a MSI notebook could be used in an ASUS model as a replacement if needed. The same goes for the LCD, the battery, AC Adapter and so on. This makes sourcing of these products much easier and simplifies handling of repairs.

**Overview:**

Compal IFL91 Notebook Barebone features Intel Core 2 Duo Socket P processors, Intel GM965 chipset with integrated Intel GMA X3100 graphics and 384MB of shared video RAM. The barebone also features Intel Turbo Memory support, that lets your notebook to load up to twice faster frequently used applications.

Maximum everything. Energy-efficient performance. Multimedia power. Based on revolutionary Intel® Core™ microarchitecture, the breakthrough Intel® Core™2 Duo processor family is designed to provide powerful energy-efficient performance so you can do more at once without slowing down. With Intel® Core™2 Duo desktop processor, you'll experience revolutionary performance, unbelievable system responsiveness, and energy-efficiency second to none. And, you won't have to slow down for virus scan, multiple compute intensive programs, or multimedia downloads—these desktop processors are up to 40 percent faster with improved energy-efficiency

Serial ATA (SATA) hard drives are quickly becoming the new standard in hard drive technology. Motherboard manufacturers now include SATA inputs on their boards. SATA hard drives result in less clutter and increased airflow in the computer system because SATA cables are 400 percent narrower than EIDE cables. Some older computer system motherboards don't have SATA ports, but a PCI SATA controller card can be installed to add support for SATA drives.

Windows Vista advancements in security and reliability, along with its cost and operational efficiencies, give you and your users confidence in your company PCs. With Windows Vista, users have clear ways to organize and view their information, which enables them to focus on the most important aspect of their jobs. Windows Vista communication, mobility, and networking features keep users connected to people, information, and devices. Combined, these benefits bring clarity to your world and to the world of your end users.

| Processor Type | • Intel Core 2 Duo processor (65nm) w/ 4MB L2 Cache and 800MHz FSB (Socket-P Only)<br>• Intel Celeron processor 500 series (65nm) single core w/ 1MB L2 Cache and 533MHz FSB (Socket-P Only) |
|---|---|
| Processor Speeds Supported | • Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), T7100 (1.8GHz), Celeron 540 (1.86GHz) |
| Chipset | • Intel GM965 / ICH8-M "Crestline" |

| | |
|---|---|
| **Memory** | • 2 memory slots expandable to 4 GB using SO-DIMM (200-pin/1.8V) devices.<br>• Supports DDR2-667 and DDR2-533 SDRAM modules in sizes of: 512MB, 1GB, & 2GB Dual Channel supported. |
| **Optical Drive** | • Option for Combo Drive(8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)<br>• Option for DVDRW Multi (8x DVD+/-R, 4x DVD+/-R DL, 8x DVD+RW, 6x DVD-RW, 5x DVD-RAM) |
| **HDD** | • 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120, 160 GB capacities. (7200/5400 RPM support) |
| **Display** | • 15.4" WXGA (1280 x 800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT |
| **Graphics** | • Embedded Intel® Graphics Media Accelerator GMA X3100 graphics processor with 500MHz clock and supports up to 384MB of shared video RAM.<br>• Supports dual display option and integrated TV out functions via S-Video out port.<br>• Intel® Clear Video technology, DX 10, OpenGL 1.5, Shader Model 3.0 support. |
| **Sound** | • Built-in 2-channel Intel HD Audio Controller (Realtek ALC268), with 3D effect & full duplex.<br>• Built-in 1.5W stereo speakers (front), and mono microphone on LCD bezel (B-Face) |
| **Networking** | • Integrated 10/100 Mbps Ethernet (Broadcom 5906M) |
| **Modem** | • Integrated Motorola SM56 56K bps V.92/90 MDC Fax / Modem |
| **Mouse** | • ElanTech 810511-0911 Touchpad with 2 click buttons; support for scroll up/down |
| **Express card Slot** | • One PCI Express x1 slot supporting ExpressCard 34/54 mm devices |
| **Card Reader** | • 4-in-1 built-in card reader (Ricoh R5C833 PCI controller): SD/MMC/MS/MS PRO |
| **I/O Ports** | • 1 x RJ-45 LAN<br>• 1 x RJ-11 Modem<br>• 1 x S-Video composite TV Out<br>• 1 x VGA port/Mini D-sub 15 pins<br>• 1 x Headphone-out jack<br>• 1 x Microphone-in jack<br>• 1 x ExpressCard 34 / 54<br>• 1 x IEEE 1394 (VIA) - B Type Jack<br>• 4 x USB 2.0 Ports<br>• Kensington Lock hole |
| **Mini Card Slots** | • 2 x Mini-PCI Express slots available |
| **Wireless** | • Option for Intel PRO/WIRELESS 4965AGN (802.11agn) Wi-Fi Mini-PCI express module |
| **Intel Turbo Memory** | • Option for 1GB Intel Turbo Memory "Robson" Module |
| **Keyboard & Hot Keys** | • Desktop-like full-size 86 keys, 3mm Travel<br>• 5 Launch Buttons:<br>Internet, E-mail, WoW Video, WoW Audio and Mute buttons located to the right of power-on button on power panel<br>• Smart Charging & Power USB buttons to the left of the KB |
| **System Status Indicators and Control buttons** | • 3 K/B indicators: Caps Lock (Blue), and Num Lock (Blue), Scroll Lock (Blue)<br>• 1 LED for IDE HDD activity (Blue)<br>• 1 LED for System status (Power On / Suspend) (Blue)<br>• 1 LED for Battery status (Charging / Full / L1 / L2) (Blue/Amber) |

|  | |
|---|---|
| | • 1 LED for Wireless LAN & Bluetooth (Blue/Amber/Purple) <br> • 1 LED for Power Button(Blue) <br> • 1 LED for Mute(Blue) <br> • 1 LED for Power USB (Amber) <br> • 1 LED for Q-Charging (Amber) <br> • Power button x 1 <br> • Magnetic lid switch control for system standby/wakeup or suspend/resume <br> • Mute button x 1 |
| **AC Adapter** | • Universal AC adapter. 100-240V AC, 50-60HZ <br> • 19V DC, 3.95A, 75W <br> • 3 pin 240V AC cable |
| **Battery** | • Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh <br> • Run time (~2-3 hrs) is very dependent on your hardware configuration, applications, and OS power settings. |
| **Included Software** | • Cyberlink DVD Suite: PowerDVD 7.0 for DVD playback, Power2Go 5.5 for DVD/CD burning |
| **Recommended Operating Systems** | • Microsoft Windows Vista 32-bit Premium / Business / Ultimate <br> • Windows XP Professional Edition <br> • Windows XP Home Edition |
| **Top Cover** | • Support for a Customizable Notebook Panel (CNP) |
| **Dimensions** | • 13.98" x 10.11 x 1.39"~1.48" (WxDxH) |
| **Weight** | • ~6.25 lbs. fully configured with 6-cell battery installed |

This product is currently priced at:

**$454.72**

Price shown will be adjusted in the checkout with respect to shipping and taxes (where required)

PLEASE NOTE: Configuration and pricing information above is estimated and presented for your reference only. All pricing and shipping information is subject to change without notice. Final order detailed information and total amount, including tax and shipping, will be provided upon comletion of your online order. AVADirect, Inc. is not responsible for typographical or other errors or omissions regarding prices or other information. Products displayed are available to US customers who take delivery in the 50 United States. All sales are subject to AVADirect, Inc. Terms and Conditions of Sale.

 **PRINT PAGE**   ❖ **CLOSE WINDOW**   ❖ **BACK TO TOP**

© 2003 AVADirect, Inc. All rights reserved.

# EXHIBIT 8







OVERAM Mirage 5500





## Mini price, maxi perfs !

With a refreshing new look, the Mirage 5500 laptop features a sleek and stylish design that complements the state-of-the-art technology incorporated.

Compliant with the latest Intel® Centrino® Platform (Sonoma®), it benefits from Intel®'s 915GM Core-Logic Chipset, as well as an Intel® Pentium® M processor with 2MB L2 Cache and a 533MHz FSB and, last but not least, the Intel® 2915 ABG Mini-PCI Wi-Fi module, providing connection to all three Wi-Fi standards (802.11 A/B/G) !

The Mirage 5500 also features the new Hot Swappable Battery capability, allowing you to change batteries quickly and without hassle. Mini price, mini weight : the Mirage 5500 is one of our lightest laptops (5.8 lbs with battery included) !





## The Overam Advantage

**• Quality**
All Overam notebooks are built by an experienced technician with high-quality parts and include a 1-year warranty on parts and labor.



**• Upgrade-friendly**
Most notebooks are made with proprietary hardware, which can make upgrading a painful process. At Overam, we use stock parts that are easily available to the public. Want to add more memory or a bigger hard drive? The easy-access panels make it simple! We also offer laptop upgrade services.



**• Superior service**
In addition to our no-dead pixel plan, the 1-year warranty can be expanded to 3 or 4 years. All of our notebooks are set up and custom-configured before being shipped. When you order a Mirage, it will arrive running smoothly with the latest updates. Most retail stores charge extra for this, but not us! Plus, you get the added benefit of free lifetime e-mail support!

**• Price-matching**
If you find a lower priced notebook with the same specifications, we will match the price!





**• Extras**
Every Mirage 5500 notebook package includes a deluxe carrying case, a USB flexible
night-light, and a universal power supply — everything you need to get started right
away! Mirage 5500 Models also include: Four USB ports, Integrated Video Camera
(Webcam) and Microphone, 2 built-in speakers, Integrated 56Kbps Modem and
10/100/1000 Ethernet networking and Windows XP Home Edition® with Service Pack
2 ; OpenOffice® (Microsoft Office® compatible office suite) ; Anti-virus, Spyware
removal, Spam filter and Firewall software preloaded.

## Specifications

Processing
- Model version M550G
- Intel® Pentium M® Centrino®
- CPU clock frequency up to 2.26 GHz
- 2048 KB CPU On-Die L2 cache memory
- 533 MHz FSB
- 4 MB Flash-ROM BIOS
- Intel® 915GM and ICH6M Core Logic
- Up to 2048 MB of PC4200 DDR2 RAM @ 533 MHz



Video / Graphics
- 15" TFT Active Matrix flat full-screen (4/3 ratio)
- XGA (1024x768)
- 128 MB shared video memory
- Intel® GMA 900 graphics chipset
- Dual-View display capability (laptop LCD and external CRT screens)
- Integrated color digital video camera (300,000 pixels)

Storage
- Internal detachable 2"1/2 Ultra-DMA Hard Disk Drive (9.5 mm)
- 20/30/40/60/100/120 GB HDD (4200/5400/7200 RPM)
- Internal detachable Slim Optical Drive
- CD-ROM, DVD-ROM, CD-RW, DVD & CD-RW combo, DVD/RW-DL, DVD-RAM
- Mobile universal USB 3"1/2, 1.44MB Floppy Disk Drive (optional)
- 4-in-1 universal flash-card reader module
- MultiMedia card (MMC)
- Secure-Digital card (SD)
- Memory Stick (MS)
- Memory Stick PRO (MS Pro)





Audio
- Azalia® ALC880 Audio controller
- Virtual 8 Channel Analog Audio output (no need for external decoder)
- AC97 compliant, SB Pro compatible
- Total of 2 built-in speakers
- 3D stereo system
- S/PDIF digital output (5.1 CH) for DVD content
- 1 built-in microphone
- Multiple audio connectors (4 Jacks) :
- 1 S/PDIF out
- 1 Line-in



MOBILE
TECHNOLOGY




- 1 Headphone
- 1 Microphone in

Connectivity
- Built-in 10/100/1000 Mbps LAN NIC ( RJ 45 port)
- Realtek® RTL 8110 SBL GigaBit Ethernet controller
- Built-in 56K V90/V92 Motorola® SM56 MDC modem/fax/voice (RJ 11 port)
- 4 USB ports (version 2.0)
- 1 IEEE 1394-A FireWire mini-port (4-pin)
- Internal Wi-Fi 802.11a/b/g module (Intel Pro® 2915ABG wireless)
- 1 Type II PCM-CIA Slot
- 32-bit Cardbus controller (ENE CB714B)
- PCM-CIA 3.0 Standard Compliant





Miscellaneous
- Silver shell color (grey)
- Multi-language keyboard (QWERTY or AZERTY)
- Keyboard : English, French, French Canadian, German, Italian, Spanish, etc...
- 3 Hot Keys for Web, eMail and Custom application
- 2 Windows Hot Keys
- Integrated Hot Keys for LCD Brightness, Suspend, Panel/CRT Display
- Integrated Elantech® TouchPad with scrolling slider (up/down)
- Smart Lithium-Ion battery (6-cell)
- Battery autonomy between 2 and 4 hours
- 13.1" x 10.8" x 1.5" (333mm x 276mm x 38.1mm)
- 5.8 lbs (2.6 Kg) with battery





Service
- 1-year limited warranty (parts and labor)
- Lifetime Free Technical Support
- Extended warranty program up to 4 extra years (optional)
- Onsite warranty for (continental USA (optional)
- International warranty (optional)



Package contents
- Overam Mirage 5500 laptop computer
- Universal (100V / 250V AC) auto-switching external power supply (90 W)
- 110V U.S. power cord (220V French & English power cords optional)
- Deluxe Carrying Bag with handle (variable models available)
- Miscellaneous adapters cables (component specific)
- User manual (English)
- Multi-lingual manual optional (French, German, Italian, Spanish, English)
- Device drivers CD
- Application CDs (component specific)
- Flexible USB night-light
- Latest Microsoft® Service Packs and Security Updates pre-loaded
- Anti-virus, spyware remover and Firewall software pre-loaded and configured
- Complete office suite (Microsoft Office® compatible)





About the Realtek ALC880 Azalia codec audio controller



General Description

The ALC880 and ALC880D 7.1 Channel High Definition Audio codecs with UAA (Universal Audio Architecture), featuring four 24-bit two-channel DACs and three stereo 20-bit ADCs, are designed for high performance multimedia PC systems. The ALC880(D) incorporates proprietary converter technology to achieve 100dB sound quality; easily meeting PC2001 requirements and also bringing PC sound quality closer to consumer electronic devices.

The ALC880(D) provides 7.1 output channels, along with flexible mixing, mute, and fine gain control functions to provide a complete integrated audio solution for PCs. The DACs (with a highest sampling frequency of 192kHz) and Realtek proprietary hardware content protection are applicable for DVD-Audio, previously only implemented in high-end consumer electronics, but now achieved by PCs with the ALC880(D) inside. The ALC880(D) is also the only High Definition Audio codec to integrate three stereo ADCs that can support a microphone array with Acoustic Echo Cancellation (AEC), Beam Forming (BF), and Noise Suppression (NS) technology simultaneously, significantly improving recording quality for conference calls. With this unique feature (3 stereo ADCs), the ALC880(D) can provide high-quality audio using S/PDIF to output analog data, or for multiple-source recording applications.

Realtek's proprietary impedance sensing and jack detect techniques allow device loads on inputs and outputs to be auto-detected. All analog IO are input and output capable, and headphone amplifiers are also integrated at each analog output. All analog IOs can be re-tasked according to user's definitions, or automatically switched depending on the connected device type (Universal Audio Jack® ).

The ALC880(D) supports 32-bit S/PDIF input and output functions and a sampling rate of up to 96kHz, offering easy connection of PCs to high quality consumer electronic products such as AC-3 decoders/speakers, and mini disk devices.

The ALC880(D) supports host/soft audio from the Intel ICH6 chipset, and also from any other HDA compatible audio controller. With EAX/Direct Sound 3D/I3DL2/A3D compatibility, and excellent software utilities like Karaoke mode, environment emulation, software equalizer, HRTF 3D positional audio, and optional Dolby® Digital Live, the ALC880(D) provides an excellent entertainment package and game experience for PC users.

Features
* High-performance DACs with 100dB S/N ratio
* ADCs with S/N ratio greater than 85dB
* Meets performance requirements for audio on PC2001 systems
* 8 DAC channels support 16/20/24-bit PCM format for 7.1 audio solution
* 3 stereo ADCs support 16/20-bit PCM format, two for microphone array, one for legacy mixer recording
* Supports 44.1K/48K/96K/192kHz DAC sample rate
* All ADCs support 44.1K/48K/96K sample rate
* Applicable for 4-channel/192kHz and 6-channel/96kHz DVD-Audio solutions
* Up to four channels of microphone input are supported for AEC/BF application
* High-quality differential CD input
* Supports Power Off CD function





















* Supports external PCBEEP input and built-in BEEP generator
* PCBEEP Pass-Through when link is in RESET state
* Software selectable 2.5V/3.75V VREFOUT
* Six VREFOUTs are supported by default, with additional four VREFOUTs available by sharing unused analog I/O pins
* Two GPI (General Purpose Input) jack detection pins (each designed to detect 4 jacks)
* 16/20/24-bit S/PDIF-OUT supports 44.1K/48K/96kHz sample rate
* 16/20/24-bit S/PDIF-IN supports 44.1K/48K/96kHz sample rate
* Optional EAPD (External Amplifier Power Down) supported
* Power support: Digital: 3.3V; Analog: 3.3V/5.0V
* Power management and enhanced power saving features
* Compatible with AC'97
* 48-pin LQFP package (lead-free package also available)
* Reserve analog mixer architecture for backward compatibility with AC'97
* -64dB ~ +30dB with 1dB resolution of mixer gain to achieve finer volume control
* Impedance sensing capability for each re-tasking jack
* All analog jacks are stereo input and output re-tasking for analog plug & play
* Built-in headphone amplifier for each re-tasking jack
* Supports external volume knob control
* Supports 2 GPIOs (General Purpose Input/Output) for customized applications
* Hardware de-scrambling for DVD-Audio Content protection
* Meets Microsoft WHQL/WLP 2.0 audio requirements
* EAX™ 1.0 & 2.0 compatible
* Direct Sound 3D™ compatible
* A3D™ compatible
* I3DL2 compatible
* HRTF 3D Positional Audio
* Emulation of 26 sound environments to enhance gaming experience
* 10 Software Equalizer Bands
* Voice Cancellation and Key Shifting in Karaoke mode
* Realtek Media Player
* Enhanced Configuration Panel and device sensing wizard to improve user experience
* Microphone Acoustic Echo Cancellation (AEC) and Beam Forming (BF) technology for voice application
* Mono/Stereo Microphone noise suppression
* ALC880D features Dolby® Digital Live output for consumer equipment


Applications
* Multimedia PCs
* 3D PC games
* Information appliances (IA)
* Voice recognition
* Audio conferencing


More information : www.realtek.com.tw


About the Intel® Centrino® Mobile Technology

Intel® Centrino™ mobile technology represents Intel's best technologies for laptops. More than just a processor, it features fully integrated wireless LAN+ capability and

delivers excellent mobile performance while enabling great battery life in lighter, easier-to-carry laptop PCs.

Intel Centrino Mobile technology includes the following components:
- Intel® Pentium® M processor
- Mobile Intel® 915 Express chipset family or Intel® 855 chipset family
- Intel® PRO/Wireless Network Connection Family

Integrated Wireless LAN Capability
Eliminate the hassle of cables, cards, and antennas with the integrated wireless LAN capability of Intel Centrino mobile technology. With the Wi-Fi CERTIFIED*^ components of Intel® Centrino™ mobile technology^, you can access information and communicate on-the-spot through wireless Internet and network connections, many of them available in public Wi-Fi networks (called "hotspots") located around the world.+
What's more, Intel Centrino mobile technology is built to support a wide range of industry WLAN security standards and leading 3rd party security solutions (such as Cisco* Compatible Extensions) so you know your data is secured by the most up-to-date wireless security standards available.
Outstanding Mobile Performance
For today's multi-tasking, on-the-go computing lifestyle, you want outstanding mobile performance when you're away from your home or office. With mobile applications becoming more complex, and demanding faster, more efficient computing performance, Intel Centrino mobile technology is designed to meet the demands of new and future applications with technology that offers faster instruction execution at lower powers.

Some key features contributing to the outstanding mobile performance of Intel Centrino mobile technology include:
- Micro-ops fusion which combines operations to reduce time and power required to execute instructions.
- Power optimized Level 2 Cache and Enhanced Data Pre-fetcher which reduce off-chip memory access and increases availability of valid data in L2 cache.
- Advanced instruction prediction which analyzes past behavior and predicts which operations are likely to be requested in the future eliminating CPU process replication.
- Dedicated stack manager improves processing efficiency by performing general "housekeeping" functions.

Enables Great Battery Life
Intel Centrino mobile technology delivers outstanding mobile performance while enabling great battery life with power saving technologies such as:
- Intelligent power distribution to focus system power where the processor needs it most.
- New power-efficient transistor technology which optimizes power consumption and dissipation for lower CPU power.
- Support for Enhanced Intel SpeedStep® technology to dynamically enhance application performance and power usage.

A Variety of Laptop Designs
Intel Centrino mobile technology enables the latest in mobile PC designs, from thin and light, to full size. To fit high-performance processors into the latest slim and ultra-slim laptops, PC tablets, and other cutting-edge PC designs, Intel Centrino mobile technology uses Micro FCPGA (Flip Chip Pin Grid Array) and FCBGA (Flip Chip Ball Grid Array)

technologies for packaging processor chips specifically optimized for thinner, lighter laptop PC designs.

The smaller designs of new laptop computers require special considerations be made at lower powers to suppress thermal power. In response to this, Centrino mobile technology features Low Volt (LV) and Ultra Low Volt (ULV) options that allow the processor to run at lower voltages, to decrease thermal power for tablet and extra-slim laptop designs.

Intel® Centrino™ Mobile Technology is more than just a CPU. See how it all works to bring you an outstanding mobile experience. View tour.

+ Wireless connectivity and some features may require you to purchase additional software, services or external hardware. Availability of public wireless LAN access points is limited, wireless functionality may vary by country and some hotspots may not support Linux-based Intel Centrino mobile technology systems. System performance measured by MobileMark* 2002. System performance, battery life, wireless performance and functionality will vary depending on your specific operating system, hardware and software configurations. See www.intel.com/products/centrino/ for more information.

^ Wireless functionality may vary by country and Wi-Fi certification is not supported on Linux-based Intel Centrino mobile technology notebooks. Check with your PC manufacturer for details. Other names and brands may be claimed as the property of their respective owners.

More information : www.intel.com

About the Intel® Pentium® M Processor

The Intel® Pentium® M Processor, in conjunction with the Intel® 915 Express chipset family and the Intel® PRO/Wireless network connection, is a key component of Intel® Centrino™ Mobile Technology. It delivers outstanding mobile performance and low-power enhancements for sleeker, lighter notebook designs.

Features and benefits

Power Optimized 533/400 MHz processor system bus, Micro-ops Fusion & Dedicated Stack Manager.
Allows faster execution of instructions at lower power.

Support for enhanced Intel SpeedStep® Technology w/ multiple voltage & frequency operating points.
Allows for better match of performance to application demand.

Execute Disable Bit Support
Can help prevent certain classes of malicious "buffer overflow" attacks when combined with supporting operating system. This is an optional feature and is available on the latest Intel® Pentium® M Processors.

Support for Intel® Mobile Voltage Positioning (Intel® MVP IV).
Dynamically lowers voltage based on processor activity to lower thermal design power
enabling smaller notebooks.

Micro FCPGA & FCBGA packaging technology
Optimized for a range of thinner, lighter designs including <1" thick that deliver
outstanding performance.

Intel® Centrino™ mobile technology represents Intel's best technologies for notebooks.
More than just a processor, it features fully integrated wireless LAN+ capability and
delivers excellent mobile performance while enabling great battery life in lighter, easier-
to-carry notebook PCs.

Intel Centrino Mobile technology includes the following components:

Integrated Wireless LAN Capability
Eliminate the hassle of cables, cards, and antennas with the integrated wireless LAN
capability of Intel Centrino mobile technology. With the Wi-Fi CERTIFIED*^ components
of Intel® Centrino™ mobile technology(1), you can access information and
communicate on-the-spot through wireless Internet and network connections, many of
them available in public Wi-Fi networks (called "hotspots") located around the world.(2)
What's more, Intel Centrino mobile technology is built to support a wide range of
industry WLAN security standards and leading 3rd party security solutions (such as
Cisco* Compatible Extensions) so you know your data is secured by the most up-to-
date wireless security standards available.

Outstanding Mobile Performance
For today's multi-tasking, on-the-go computing lifestyle, you want outstanding mobile
performance when you're away from your home or office. With mobile applications
becoming more complex, and demanding faster, more efficient computing performance,
Intel Centrino mobile technology is designed to meet the demands of new and future
applications with technology that offers faster instruction execution at lower powers.

Some key features contributing to the outstanding mobile performance of Intel Centrino
mobile technology include:
- Micro-ops fusion which combines operations to reduce time and power required to
execute instructions.
- Power optimized Level 2 Cache and Enhanced Data Pre-fetcher which reduce off-chip
memory access and increases availability of valid data in L2 cache.
- Advanced instruction prediction which analyzes past behavior and predicts which
operations are likely to be requested in the future eliminating CPU process replication.
- Dedicated stack manager improves processing efficiency by performing general
"housekeeping" functions.

Enables Great Battery Life
Intel Centrino mobile technology delivers outstanding mobile performance while
enabling great battery life with power saving technologies such as:
- Intelligent power distribution to focus system power where the processor needs it
most.
- New power-efficient transistor technology which optimizes power consumption and

dissipation for lower CPU power.
- Support for Enhanced Intel SpeedStep® technology to dynamically enhance
application performance and power usage.

A Variety of Notebook Designs
Intel Centrino mobile technology enables the latest in mobile PC designs, from thin and
light, to full size. To fit high-performance processors into the latest slim and ultra-slim
notebooks, PC tablets, and other cutting-edge PC designs, Intel Centrino mobile
technology uses Micro FCPGA (Flip Chip Pin Grid Array) and FCBGA (Flip Chip Ball Grid
Array) technologies for packaging processor chips specifically optimized for thinner,
lighter notebook PC designs.
The smaller designs of new notebook computers require special considerations be made
at lower powers to suppress thermal power. In response to this, Centrino mobile
technology features Low Volt (LV) and Ultra Low Volt (ULV) options that allow the
processor to run at lower voltages, to decrease thermal power for tablet and extra-slim
notebook designs.

(1) Wireless functionality may vary by country and Wi-Fi certification is not supported
on Linux-based Intel Centrino mobile technology notebooks. Check with your PC
manufacturer for details. Other names and brands may be claimed as the property of
their respective owners.

(2) Wireless connectivity and some features may require you to purchase additional
software, services or external hardware. Availability of public wireless LAN access points
is limited, wireless functionality may vary by country and some hotspots may not
support Linux-based Intel Centrino mobile technology systems. System performance
measured by MobileMark* 2002. System performance, battery life, wireless
performance and functionality will vary depending on your specific operating system,
hardware and software configurations.

More information : www.intel.com

About the nVidia® GeForce™ Go 6600 video controller

The NVIDIA® GeForce™ Go 6600 graphics processing units (GPUs) deliver best-in-class
performance and brilliant video on the leading performance mainstream notebook PCs.
With the advanced video capabilities of NVIDIA's PureVideo™ technology, support for
the latest 3D games and applications, and NVIDIA PowerMizer™ 5.0 technology for high
performance and long battery life, the GeForce Go 6600 GPUs deliver unparalleled
features for both the road warrior and the multimedia enthusiast. GeForce Go 6600
powered notebook PCs let you can easily travel from the home theater to the
boardroom with the perfect blend of performance, features, and portability.

NVIDIA PureVideo Technology
The combination of high-definition video processors and NVIDIA DVD decoder software
delivers unprecedented picture clarity, smooth video, accurate color, and precise image
scaling for all video content to turn your PC into a high-end home theater. Feature

requires supported video software. Features may vary by product.

UltraShadow II Technology
Enhances the performance of bleeding-edge games, like id Software's Doom 3, that feature complex scenes with multiple light sources and objects. 2nd-generation technology delivers more than 4x the shadow processing power over the previous generation.

64-Bit Floating Point Texture Filtering and Blending
Based on the OpenEXR technology from Industrial Light & Magic (http://www.openexr.com/), NVIDIA's 64-bit texture implementation delivers state-of-the-art high dynamic-range (HDR) visual effects through floating point capabilities in shading, filtering, texturing, and blending.

WMV-HD Hardware Acceleration
Playback videos in Microsoft's Windows Media Video High Definition (WMV-HD) format without skipping frames or losing video detail. Accepted by the HD-DVD consortium as a new HD format, WMV-HD is now part of Windows XP to make it easy for users to edit and save their favorite videos.

High-Definition MPEG-2 Hardware Acceleration
Smoothly playback all MPEG-2 video with minimal CPU usage so the PC is free to do other work. Battery-life is extended when watching DVDs while running on battery. MPEG-2 is the standard format for DVDs, is accepted as a format for HD-DVD, and is also used for HD broadcast.

Adaptable Programmable Video Processor
PureVideo's programmable technology adapts to new video encoding formats as they are developed to provide a future-proof video solution.

Advanced Spatial Temporal De-Interlacing
Smoothes video and DVD playback on progressive displays to deliver a crisp, clear picture that rivals high-end home theater systems.

Vibrant Color Temperature Correction
Color temperature correction makes actors' faces appear natural, rather than washed out and pale, when playing videos on LCD and CRT displays.

LCD Overdrive
Notebook LCD displays can exhibit "ghosting" effects because of the slow response time of liquid crystals. The LCD overdrive feature compensate for this slower response time by overdriving color signals, thereby automatically eliminating ghosting effects.

High-Quality Real-Time Video Recording
Get full digital video recording functionality without losing data. With NVIDIA PureVideo technology, high-quality recording preserves picture detail while also using minimal space to store videos on the hard drive.

CineFX 3.0 Engine

Powers the next generation of cinematic realism. Full support for Microsoft® DirectX® 9.0 Shader Model 3.0 enables stunning and complex special effects. Next-generation shader architecture delivers faster and smoother gameplay.

Geometry Instancing
Many games repeat 3D geometry (for example, trees or grass) hundreds to thousands of times. The GeForce Go 6 Series GPUs allow a single model of the geometry to be uniquely animated an infinite number of ways, each being a unique "instance" of the original model. This translates into a massive performance benefit when playing games with complex scenes.

Displacement Mapping
The GeForce 6 Series GPUs employ advanced techniques to simulate highly detailed visuals using low-polygon models, enabling a new level of realism in 3D games and applications. This allows many games and professional applications to use coarse, low-polygon models that look highly detailed with very little computational cost.

Intellisample 3.0 Technology
The industry's fastest antialiasing delivers ultra-realistic visuals, with no jagged edges, at lightning-fast speeds. Visual quality is taken to new heights through a new rotated grid sampling pattern.

PCI Express
PCI Express bus doubles the bandwidth of AGP 8X delivering over 4GB/s in both upstream and downstream data transfers. Only supported in some NVIDIA GPUs. Please check product details for bus information.

NVIDIA® nView® Multi-Display Technology
Advanced technology provides the ultimate in viewing flexibility and control for multiple monitors. NVIDIA GPUs are enabled to support multi-displays, but graphics cards vary. Please verify multi-display support in the graphics card before purchasing.

Digital Vibrance Control 3.0 Technology
Allows the user to adjust color controls digitally to compensate for the lighting conditions of their workspace, in order to achieve accurate, bright colors in all conditions.

NVIDIA® ForceWare™ Unified Driver Architecture (UDA)
Delivers a proven record of compatibility, reliability, and stability with the widest range of games and applications. ForceWare ensures the best out-of-box experience for every user and delivers continuous performance and feature updates over the life of NVIDIA GeForce GPUs. Includes full support for PCI Express and AGP.

PowerMizer 5.0
The fifth generation of NVIDIA's advanced hardware power management technology that reduces notebook power consumption for the graphics subsystem without affecting the user experience.

Integrated TV Encoder

Provides best-of-class TV-out functionality for resolutions up to 1024x768.

OpenGL® 2.0 Optimizations and Support
Ensures the best performance and application compatibility for all OpenGL applications.

128-Bit Studio-Precision Computation
128-bit studio-precision computation through the entire pipeline prevents image defects due to low precision and ensures the best image quality for even the most demanding applications.

Dual 400MHz RAMDACs
Blazing-fast RAMDACs support dual QXGA displays with ultra-high, ergonomic refresh rates–up to 2048x1536@85Hz. May vary by model.

Dual DVI Support
Able to drive the industry's largest and highest resolution flat-panel displays including 1900x1200 resolution and the new Apple 30" cinema display. (Support for Apple 30" cinema display available on the GeForce 6800 Ultra 512MB only.)

Full-Speed 32-Bit Color Precision
Delivers increased image quality with no performance compromise.

More information : www.nvidia.com

OVERAM Computing - Copyright © 1999-2005 - All rights reserved

# EXHIBIT 9



home · faq · conta

■ HOME    ■ PRODUCTS    ■ SERVICES                    ■ LINKS    ■ ABO

## SSI Notebooks

**Company News :**

### SSI EL81 VBI 15.4 NOTEBOOK



**CALL FOR PRICING**

Verified By Intel®

15.4" WXGA TFT 1280x800
Intel 945GM video w/ up to
224MB Shared
DDR2-667 Memory

- **Processor Type** : Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB, or Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Chipset** :  Intel 945GM / ICH7-M  "Calistoga-PM"
- **Memory** :  2 memory slots expandable to 2 GB using SO-DIMM
- **Graphics** :  Embedded Intel Graphics Media Accelerator (GMA) 950 graphics processor with up to 224MB of shared video RAM. Supports dual display option and integrated TV out functions.
- **Display** :  15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive** :  2.5" (9.5mm) Parallel ATA (PATA) HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM drives supported).
- **Optical Multimedia** : Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)DVD Multi (specs TBD)
- **Networking** :  Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- **Modem** :  Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot**:  One PCI Express x1 slot supporting ExpressCard 34 / 54 devices

**11.14.2006 -** Make sure you check out the Buy Local page and see what you can get when you buy a new PC from SSI Computers with a Genuine Windows XP installation!  Click the little blue banner in the middle of the main page for more information!

**11.13.2006 -** Product images and some specs in the notebooks page under PRODUCTS!!  More to come!  As of yet, we don't have any price information up, but we will very soon for the holidays!

**11.04.2006 -** Stay tuned, folks!  We're finally getting a chance to update the site, what with a brief lull in dying computers after all the kids went to school.  We'll have that long promised products information very soon!

**05.12.2006 -** We'll be adding more information in our products pages very soon. Keep checking back!

**04.20.2006 -** Own a small business? Ask us about Linksys Voice-Over-IP small business phone solutions! In the very near future, we will be a certified provider of Linksys small business voice and data solutions!

**04.19.2006 -** Welcome to our new site! We will be updating and/or upgrading continuously into the near future. Keep coming back for more products and information!

**04.19.2006 -** Coming soon: on-line shopping right here at ssicomputers.net!



Copyright © 2003
Shopping cart software

- **Mouse** : ElanTech Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard** : Desktop-like full-size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SideWalker app) located to left of power-on button
- **PCMCIA Slot** : One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound** : Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader** : 4-in-1 built-in card reader (ENE PCI controller): SD/MMC/MS/MS PRO
- **Wireless** : Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module
- **Recommended Operating Systems** : Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista Home Premium, Vista Business, Vista Ultimate
- **Included Software** : PowerDVD v5.0 & Nero Express v6.3126
- **Battery** : Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh ~2-3 hrs. Run time; is very dependent on your hardware configuration, applications, and OS power settings.
- **AC Adapter** : Output=> 19V DC, 3.95A, 75W Input => 100~240V AC, 50/60Hz universal
- **Dimensions** : 13.85" x 10.43 x 1.24 (WxDxH)
- **Weight** : ~6.5 lbs. fully

configured with main battery installed

## SSI EL80 VBI 15.4 NOTEBOOK



**CALL FOR PRICING**

Verified By Intel®

15.4" WXGA TFT 1280x800
**NVidia GeForce Go 7600**
w/ 256MB video memory
DDR2-667 Memory

- **Processor Type** :  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB, or Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Chipset** :  Intel 945PM / ICH7-M  "Calistoga-PM"
- **Memory** :  2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667/533 SDRAM modules in sizes of: 512MB & 1GB.  Dual Channel supported.
- **Graphics** :  Integrated PCI Express **Nvidia GeForce GO 7600** (G73M) Video RAM graphics processor with 256MB dedicated video RAM. Supports dual display option and integrated TV out functions.
- **Display** :  15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive** :  2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM drives supported). ICH7-M supports SATA3G.  Note: current SATA mobile drives are SATA 1.5G speeds.
- **Optical Multimedia** : Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)
            DVD Multi (specs TBD)
- **Networking** :  Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- **Modem** :  Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot**:  One PCI

Express x1 slot supporting ExpressCard 34 / 54 devices

- **Mouse** :  ElanTech Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard** :  Desktop-like full-size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SideWalker app) located to left of power-on button
- **PCMCIA Slot** :   One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound** :   Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader** :   4-in-1 built-in card reader (ENE PCI controller): SD/MMC/MS/MS PRO
- **Wireless** :  Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module
- **Camera** :   Integrated 1.3 Megapixel Camera; to view picture go to "My Computer" - integrated camera
- **Fingerprint Reader** :   Integrated fingerprint biometric reader between mouse buttons. Softex OmniPass Control Center software.
- **Trusted Platform Module** :   Integrated Infineon TPM Professional Package v2.5 software & hardware v1.2; Disabled in the CMOS by Default. To enable, press F2 for CMOS, go to "Security" then set "Trusted Platform Support" to "Enabled". Go into Windows then to Infineon program group and click on "Manage Security Platform" to configure.
- **Other Optional Items** : extra regular battery, extra

AC adapter, car adapter, Bluetooth module, Extra KB
- **Recommended Operating Systems** :  Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista Home Premium, Vista Business, Vista Ultimate
- **Included Software** : PowerDVD v5.0 & Nero Express v6.312
- **Battery** :  Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh *~2-3 hrs.* Run time; is very dependent on your hardware configuration, applications, and OS power settings.
- **AC Adapter** :  Output=> 19V DC, 4.74A, 90W                Input  => 100~240V AC, 50/60Hz universal
- **Dimensions** :  13.85" x 10.43 x 1.24 (WxDxH)
- **Weight** :  ~6.9 lbs. fully configured with main battery installed

## SSI S62J VBI 14.1 NOTEBOOK



**CALL FOR PRICING**

Verified By Intel®

14.1" WXGA TFT 1280x800
**NVidia GeForce Go 7300**

- **Processor Type** :  Intel Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB, or Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Chipset** :  Intel 945PM / ICH7-M
- **Memory** :  2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 533/667 SDRAM modules in sizes of: 512MB & 1GB  Dual Channel supported.
- **Graphics** :  Integrated PCI Express **NVIDIA GeForce Go 7300** graphics processor with 128MB dedicated video RAM (can use up to 256MB of video RAM Total by utilizing

w/ 128MB video memory
DDR2-667 Memory

NVIDIA's TurboCache Technology. Supports dual display option and integrated TV out functions.

- **Display** :  14.1" WXGA (1280x800) Widescreen "ColorShine" (Glare type) Enhanced Screen Active Matrix TFT
- **Hard Drive** :  2.5" (9.5mm) SATA HDD with support for 60, 80, 100 GB capacities. (5400/4200 RPM drives supported)
- **Optical Multimedia** : Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)  ASI SKU: 53131                      DVD Super Multi (TBD)
- **Networking** :  Integrated 10/100/1000 Mbps Ethernet (Realtek RTL8110SBL)
- **Modem** :  Integrated Motorola SM56 HDAudio 56K V.92 MDC Fax / Modem
- **PCMCIA Card Slot** :  One Type II PC Card slot; PCI Cardbus Controller
- **Mouse** :  Synaptics Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard** :  Desktop-like full-size 87/88 keys, 2.5mm Travel with Win Function Key
- **Sound** :   Built-in Intel HD Audio (ADI Soundmax Digital Audio), with 3D effect & full duplex. Built-in stereo speakers (left & right of keyboard), and microphone (top LCD bezel)
- **Card Reader** :   4-in-1 built-in card reader (Ricoh controller): SD/MMC/MS/MS PRO
- **I/O Ports** : 1 x RJ-45 LAN, 1 x RJ-11 Modem, 4 x USB 2.0 Ports, 1 x S-Video composite TV Out, 1 x VGA port/Mini D-sub 15 pins, Kensington Lock hole, 1 x SPIDIF Speaker-out jack, 1 x Microphone-in jack,

1 x PCMCIA, 1 x IEEE 1394 - B Type Jack

- **Wireless** :  Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module
- **Camera** :   Integrated 1.3 Megapixel Camera (ViMicro VC0321)
- **Other Optional Items** : extra regular battery, extra AC adapter, car adapter, Extra KB
- **Recommended Operating Systems** :  Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista Home Premium, Vista Business, Vista Ultimate
- **Included Software** : ASUSDVD v6.0 & Nero Express v6.6016
- **Battery** :  Lithium-Ion battery w/6 cells and 53W/Hrs capacity, 4800mAh ~2 to 3 hrs. operation time as measured by the manufacturer using BatteryMark 4.0 & MobileMark 2002. Run time is very dependent on your hardware configuration, applications, and OS power settings. Charging Time => 2.5 hrs. Quick Charge to 95% (Power Off) & 4 hrs. (Power On)
- **AC Adapter** :  Output=> 19V DC, 4.74A, 90W           Input  => 100~240V AC, 50/60Hz universal
- **Dimensions** :  13.15" x 9.9" x 1.4" (WxDxH)
- **Weight** :  5.5 lbs. fully configured with main battery installed

**SSI S96J VBI 15.4 NOTEBOOK**

- **Processor Type** :

  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm)



**CALL FOR PRICING**

Verified By Intel®

15.4" WXGA TFT 1280x800
**ATI Mobility Radeon X1600**
w/ 256MB video memory
DDR2-667 Memory

w/ 4MB or 2MB L2 Cache and 667MHz FSB, or Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB

- **Chipset** :  Intel 945PM / ICH7-M
- **Memory** :  2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 533/667 SDRAM modules in sizes of: 512MB & 1GB  Dual Channel supported
- **Graphics** :  Integrated PCI Express **ATI Mobility Radeon X1600** (M56P) graphics processor with 256MB dedicated video RAM. Supports up to 512MB via ATI's HyperMemory technology which dynamically utilizes shared main memory when needed to increase the performance of system bus data transfers. You will need **1GB** or more of system RAM to get 512MB of video RAM. Supports dual display option and integrated TV out functions.
- **Display** :  15.4" WXGA (1280x800) Widescreen "ColorShine" (Glare type) Enhanced Screen Active Matrix TFT
- **Hard Drive** :  2.5" (9.5mm) SATA HDD with support for 60, 80, 100 GB capacities. (5400/4200 RPM drives supported).
- **Optical Multimedia** : Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)
        DVD Super Multi (TBD)
- **Networking** :  Integrated 10/100/1000 Mbps Ethernet (Realtek RTL8110SBL)
- **Modem** :  Integrated Motorola SM56 HDAudio 56K V.92 MDC Fax / Modem
- **ExpressCard Slot**:  One PCI

Express x1 slot supporting ExpressCard 34 / 54 devices

- **Mouse** : Synaptics Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard** : Desktop-like full-size 87/88 keys, 2.5mm Travel with Win Function Key
- **Sound** : Built-in Intel HD Audio (Realtek ALC882), with 3D effect & full duplex. Built-in stereo speakers (left & right of keyboard), and microphone (top LCD bezel)
- **Card Reader** : 4-in-1 built-in card reader (Ricoh controller): SD/MMC/MS/MS PRO
- **I/O Ports** : 1 x RJ-45 LAN, 1 x RJ-11 Modem, 4 x USB 2.0 Ports, 1 x S-Video composite TV Out, 1 x VGA port/Mini D-sub 15 pins, Kensington Lock hole, 1 x SPIDIF Speaker-out jack, 1 x Microphone-in jack, 1 x ExpressCard 34 / 54, 1 x IEEE 1394 - B Type Jack
- **Wireless** : Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module
- **Camera** : Integrated 1.3 Megapixel Camera (ALi BisonCam NB Pro)
- **Other Optional Items** : extra regular battery, extra AC adapter, car adapter, Extra KB
- **Recommended Operating Systems** : Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista Home Premium, Vista Business, Vista Ultimate
- **Included Software** : ASUSDVD v6.0 & Nero Express v6.6016
- **Battery** : Lithium-Ion battery w/6 cells and 53W/Hrs capacity, 4800mAh

|  | ~2 to 3 hrs. operation time as measured by the manufacturer using BatteryMark 4.0 & MobileMark 2002. Run time is very dependent on your hardware configuration, applications, and OS power settings. Charging Time => 2.5 hrs. Quick Charge to 95% (Power Off) & 4 hrs. (Power On) • **AC Adapter** :  Output=> 19V DC, 4.74A, 90W           Input => 100~240V AC, 50/60Hz universal • **Dimensions** :  362 x 268 x 28.5 ~ 39mm (WxDxH) • **Weight** :  6.8 lbs. fully configured with main battery installed |
|---|---|
| **ACER ASPIRE NOTEBOOKS** |  |
| **TOSHIBA TECRA NOTEBOOKS** |  |

Copyright SSI Computers © 2006 - All rights reserved · Terms of use · Privacy policy

# EXHIBIT 10

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

**Attorneys at Law**

**SEAN P. DEBRUINE**
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

May 6, 2008

**VIA OVERNIGHT COURIER**

Hon. Jan Horbaly
Clerk of the United States Court of Appeals
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:  *Elantech Devices Corp. v. Synaptics, Inc. et al.*
            No. 2008-1310

Dear. Mr. Horbaly:

      Please find enclosed an original and three copies of my Entry of Appearance in the above-referenced appeal on behalf of appellee Elantech Devices Corp. ("Elantech") and the certificate of service on counsel for appellant Synaptics, Inc.  Also enclosed for filing are the original and one copy of Elantech's Docketing Statement, and the original and three copies of Elantech's Certificate of Interest.

      Thank you for your attention to this matter.

                  Sincerely,

                  Sean P. DeBruine
                  Counsel for Elantech Devices Corp.

cc:    Karl J. Kramer, Esq. (counsel for Synaptics, Inc., via electronic mail and hand delivery)

       Henry A. Petri, Jr. (counsel for Synaptics, Inc., via electronic mail and overnight courier)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ELANTECH DEVICES V SYNAPTICS

2008-1310

**Entry of Appearance**

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se __X__ As counsel for: ___Elantech Devices_____
                                                    Name of Party

I am, or the party I represent is (select one):

_____ Petitioner       _____ Respondent       _____ Amicus Curiae       _____ Cross Appellant

_____ Appellant       __X__ Appellee       _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant       _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Sean P. DeBruine |
| Law Firm (counsel only): | Akin Gump Strauss Hauer & Feld LLP |
| Address: | 3000 El Camino Real, Bldg. 2, Suite 400 |
| City, State, and ZIP: | Palo Alto, CA 94306 |
| Telephone: | 650.838.2000 |
| Fax #: | 650.838.2001 |
| E-mail Address: | sdebruine@akingump.com |

Statement to be completed by counsel only (select one):

__X__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): __7/28/98_____

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):
_____ Yes       __X__ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: __4/29/08_____                    _____
                                                    Signature of Pro Se or Counsel

Date notice issued: 04/22/2008

**FORM 9. Certificate of Interest**

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Elantech Devices Corp. _____ v. Synaptics, Inc. _____

No. 2008-1310

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Elantech Devices _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Elantech Devices Corp.

_____

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Elantech Devices Corp.

_____

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Elan Investment Corp.

_____

4. ☐   There is no such corporation as listed in paragraph 3.

5.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Yitai Hu, Sean DeBruine, Joanne Kim, Ming-Tao Yang, Ginger Liu, Richard Chae, Cindy Fang, Thomas Goldstein, Elizabeth Rader, Clark A. Jablon (no longer with firm), all of Akin Gump Strauss Hauer & Feld LLP.

_____

May 6, 2008
_____          _____
Date                                            Signature of counsel

                                                Sean P. DeBruine
                                                _____
                                                Printed name of counsel



113

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2008-1310

Elantech Devices Corp.

v.

Synaptics, Inc.

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing.  When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing.

Name of party you represent  Elantech Devices Corp.

Party is (select one) ☐ Appellant/Petitioner     ☐ Cross-Appellant
                      ☒ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and case no. U.S. District Court, N.D. Cal., 06-CV-1839

Date of judgment/order  Preliminary Injunction     Type of case  Patent

Relief sought on appeal _____

Relief awarded below (if damages specify)  Preliminary Injunction

Briefly describe the judgment/order appealed from  Summary Judgment of patent
infringement and preliminary injunction

Nature of judgment (select one)

    ☐ Final judgment, 28 USC 1295

    ☐ Rule 54(b)

    ☒ Interlocutory order (specify type)  Preliminary Injunction

    ☐ Other (explain - see Fed. Cir. R. 28(a)(5)) _____

Effective 09/24/07

Name and docket no. of any related cases pending before this court plus the name of the writing judge if an opinion was issued_____N/A_____.

_____

Brief statement of the issues to be raised on appeal__whether preliminary injunction

 was properly entered._____

_____

Have there been discussions with other parties relating to settlement of this case?

☒ Yes        ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☒ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?  ☐  Yes      ☒  No

If they were mediated, by whom? _____

Do you believe that this case may be amenable to mediation? ☐ Yes    ☒ No

If you answered no, explain why not__The parties have engaged in lengthy and

 substantial negotiations, both between the principals, between counsel and with

counsel and principals present.  It does not appear likely that further discussions

will be fruitful.

Provide any other information relevant to the inclusion of this case in the court's mediation program_____

_____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the U.S. Court of Appeals for the Federal Circuit and served a copy on counsel of

record, this ____6th____ day of _____May_____, __2008____

by: ____Hand delivery_____.

(manner of service)

Sean P. DeBruine
_____          _____
Name of counsel                                             Signature of counsel

Law firm____Akin Gump Strauss Hauer & Feld LLP_____

Address __3000 El Camino Real, Bldg. 2, Suite 400_____

City, State and ZIP __Palo Alto, CA 94306_____

Telephone____650.838.2000_____

Fax #_____650.838.2001_____

E-mail address____sdebruine@akingump.com_____

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Entry of Appearance for
Sean P. DeBruine, Docketing Statement, and the Certificate of Interest were served May 6, 2008
via electronic mail and overnight delivery or hand delivery upon the following counsel for
Defendant–Appellant:

**Attorneys for Synaptics, Inc.:**

Henry A. Petri, Jr.
Stephen H. Cagle
Richard L. Stanley
HOWREY LLP
1111 Lousiana Street, 25th Fl.
Houston, TX  77002-5242
Email:  petrih@howrey.com

☐  Via First Class Mail

☐  Via Hand Delivery

✔  Overnight Mail

☐  Via Facsimile

✔  Via Email (PDF file)

Karl J. Kramer
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Email:  kkramer@mofo.com

☐  Via First Class Mail

✔  Via Hand Delivery

☐  Overnight Mail

☐  Via Facsimile

✔  Via Email (PDF file)

_____
Signature
_____
Sean P. DeBruine
Printed Name

# EXHIBIT 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER, JUDGE

ELANTECH DEVICES CORPORATION, A
CORPORATION EXISTING UNDER THE LAWS
OF TAIWAN, R.O.C.,

       PLAINTIFF,

VS.                           NO. C06-1839 CRB

SYNAPTICS, INC., A DELAWARE CORPORATION; PAGES 1 - 12
AVERATEC, INC., A CALIFORNIA CORPORATION;
AND PROSTAR COMPUTER, INC., A CALIFORNIA
CORPORATION,

       DEFENDANTS.

_____

SAN FRANCISCO, CALIFORNIA
FRIDAY, MARCH 7, 2008

TRANSCRIPT OF PROCEEDINGS
APPEARANCES:

**FOR THE PLAINTIFF:**
AKIN GUMP STRAUSS HAUER & FELD LLP
2 PALO ALTO SQUARE
3000 EL CAMINO REAL, SUITE 400
PALO ALTO, CALIFORNIA 94306
BY:  SEAN DEBRUINE, ESQUIRE

**FOR THE DEFENDANT SYNAPTICS, INC.:**
MORRISON FOERSTER
755 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304-1018

BY:  KARL J. KRAMER, ESQUIRE AND
ERIKA L. YAWGER, ATTORNEY AT LAW

FURTHER APPEARANCES ON NEXT PAGE

REPORTED BY:  KATHERINE WYATT, CSR, RPR, RMR
                OFFICIAL REPORTER, USDC
                COMPUTERIZED TRANSCRIPTION BY ECLIPSE

1   **FURTHER APPEARANCES:**

2   **FOR DEFENDANT AVERATEC, INC.:**

3   COHEN & GRESSER LLP
    100 PARK AVENUE
4   23RD FLOOR
    NEW YORK, NEW YORK 10017

5

6   BY:  DAMIR CEFO, ESQUIRE   (BY TELEPHONE)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HAVE SUBMITTED.  THEY HAVEN'T SUBMITTED A DECLARATION, A

2    DOCUMENT, ANYTHING.

3            **THE COURT:**  I KNOW.  THAT'S WHY YOU SHOULDN'T SAY

4    ANYTHING.

5            **MR. KRAMER:**  OKAY.

6            **THE COURT:**  HE'S FEELING UNCOMFORTABLE ENOUGH

7    STANDING UP THERE. YOU DON'T HAVE TO -- JUST LET HIM STAND UP

8    THERE AND TELL ME WHAT THE IRREPARABLE HARM IS.

9            **MR. DEBRUINE:**  WELL, THE IRREPARABLE HARM, AGAIN,

10   YOUR HONOR, IS LARGELY TO THE RIGHT TO EXCLUDE.  WE HAVE

11   COMPETITORS HERE.  WE HAVE DIRECT COMPETITORS.  OBVIOUSLY, AT

12   TIMES SOMEWHAT RANCOROUS COMPETITORS.

13           MY CLIENT HAS A RIGHT TO OFFER ITS PRODUCT WITH THIS

14   PARTICULAR FEATURE AND BE THE ONLY ONE IN THE MARKET OFFERING

15   THIS WITH THE FEATURE.

16           THEY HAVE FILED SUIT. WENT THROUGH THIS COURT'S

17   MARKMAN PROCEDURE.  OBTAINED THE COURT'S FINDING THAT, IN FACT,

18   THERE IS INFRINGEMENT IN THIS CASE.

19           THERE WAS A DELAY AFTER THAT WHILE THE PARTIES SOUGHT

20   SETTLEMENT, THEN FILED A MOTION FOR PRELIMINARY INJUNCTION.

21           WHILE WE'RE NOW ARGUING THIS, THE RIGHT TO EXCLUDE IS

22   A VERY FINITE RIGHT. IT IS RUNNING. AND THERE IS -- SIMPLY NOT

23   AWARE OF ANY CASE -- ONE OF THE QUESTIONS YOUR HONOR ASKED IN

24   THE ORDER:

25               "WAS THERE EVER A CASE IN THE PATENT LAW WHERE

```
 1              THERE'S BEEN A FINDING OF INFRINGEMENT AND A

 2        PRELIMINARY INJUNCTION HAS BEEN DENIED?"

 3        AND WE ARE UNABLE TO FIND ONE.

 4           THE COURT:  WELL, OKAY.

 5           MR. DEBRUINE:  BOTH PRE AND POST E-BAY.

 6           THE COURT:  YOU KNOW WHAT?  NO, THIS ISN'T GOING TO

 7   BE ONE OF THEM.

 8           MR. DEBRUINE:  THANK YOU.

 9           THE COURT:  THANK YOU VERY MUCH. I'M GOING TO GRANT

10   THE PRELIMINARY.

11           MR. KRAMER:  YOUR HONOR?

12           THE COURT:  THANK YOU.  DO YOU HAVE ANYTHING ELSE?

13   YOU WANT TO ADD SOMETHING?

14           MR. KRAMER:  YES, I WANTED TO ADD SOMETHING FOR THE

15   RECORD.

16           THE COURT:  OKAY.

17           MR. KRAMER:  THERE IS NO EVIDENCE OF AN INFRINGING

18   ACT IN THE UNITED STATES IN THIS CASE, AND THERE IS NO EVIDENCE

19   THAT WE ARE CONTINUING TO MANUFACTURE THAT WHICH THEY ARE

20   SEEKING TO ENJOIN.

21              THIS IS THE OLDER VERSION.  I CONFIRMED WITH MY

22   CLIENT WE ARE NO LONGER MANUFACTURING THE TYPE II ENABLED CODE.

23   SO THE FACT THAT THERE IS NO EVIDENCE OF AN INFRINGING ACT EVER

24   IN THE UNITED STATES THAT'S BEEN PRESENTED TO THE COURT, THERE'S

25   BEEN NO EVIDENCE OF ANY IRREPARABLE HARM WHATSOEVER. NONE IN
```

CERTIFICATE OF REPORTER

1

2    I, KATHERINE WYATT, THE UNDERSIGNED, HEREBY CERTIFY

3 THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED

4 SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED BY ME INTO

5 TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE

6 RECORD OF SAID PROCEEDINGS.

7    I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR

8 ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING

9 PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE

10 OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

11    THE FEE CHARGED AND THE PAGE FORMAT FOR THE

12 TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL

13 CONFERENCE.

14    IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS

15 10TH DAY OF MARCH, 2008.

16

17

18

19

20

21

22

23

24

25

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834