1   KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: 650-813-5600
4   Facsimile: 650-494-0792
    KKramer@mofo.com
5

6   Attorneys for Defendant and Counterclaimant
    SYNAPTICS, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 CRB
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                   **DECLARATION OF ANDREW
                                              WOLFE PH.D. IN SUPPORT OF
14            Plaintiff,                       SYNAPTICS' MOTION FOR
                                              PRELIMINARY INJUNCTION**
15        v.
                                              Date:    June 13, 2008
16  SYNAPTICS, INC., a Delaware corporation;  Time:    10:00 a.m.
    AVERATEC, INC., a California corporation; and   Dept:    Courtroom 8, 19th Floor
17  PROSTAR COMPUTER, INC., a California      Hon.     Charles R. Breyer
    corporation,
18
              Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

Declaration of Andrew Wolfe Ph.D. I/S/O Synaptics' Motion for Preliminary Injunction
case no. C06-01839-CRB
pa-1253215                                                                        1

1      1.      The statements made in this declaration are of my own personal knowledge, and

2  I could and would so testify if called as witness in this matter.

3  **I.      BACKGROUND AND QUALIFICATIONS**

4      **A.      Education And Professional Experience**

5      2.      I received a B.S.E.E. degree in Electrical Engineering and Computer Science

6  from The Johns Hopkins University in 1985, an M.S. degree in Electrical and Computer

7  Engineering from Carnegie Mellon University in 1987, and a Ph.D. degree in Computer

8  Engineering from Carnegie Mellon University in 1992.  I was a visiting Assistant Professor at

9  Carnegie Mellon University in 1992 and an Assistant Professor in the Electrical Engineering

10  Department of Princeton University from 1991 to 1997.  From 1999 to 2002, I served as a

11  Consulting Professor at Stanford University, where I taught courses in computer architecture

12  and microprocessor design.  Attached to this Declaration as Exhibit 1 is a true and correct copy

13  of my curriculum vitae.

14      3.      I have been an active participant in the development of touch sensor technologies

15  for over 20 years.  From 1983 to 1985, I was a Senior Design Engineer at Touch Technology, Inc.

16  in Annapolis, Maryland.  In 1986 and 1987, I was a contractor at Carroll Touch Division, AMP

17  Inc., in Round Rock, Texas, where I designed technologies for touch-screen systems.  In 1989, I

18  founded and developed technologies for The Graphics Technology Company, Inc., which

19  developed touch-sensitive components and systems for PDA ("personal digital assistant") and

20  other interactive systems.  I worked at The Graphics Technology Company, Inc. on touch-sensor

21  technology development from 1989 through 1995.  From 1997 through 2002, I served in varying

22  capacities, including Director of Technology and Chief Technical Officer, for SONICblue, Inc., a

23  leading networked consumer electronics company.  I also co-founded and served as Chief

24  Technical Officer for RGB Inc., where in 2003 I developed architectural specifications for

25  programmable video signal processors and other devices.  Since 2002 I have also consulted for a

26  number of companies on a range of technology development, investment, and intellectual

27  property matters.

28

1        4.      I am a named inventor on numerous patents relating to electrical and computer

2    engineering.  In particular, I am the named inventor on at least four patents relevant to touch-

3    sensitive interfacing devices such as those at issue in this litigation.  My patents include:  U.S.

4    Pat. Nos. 5,041,701 ("Edge Linearization Device for a Contact Input System"); 5,438,168

5    ("Touch Panel"); 5,736,688 ("Curvilinear Linearization Device for Touch Systems"); and

6    6,037,930 ("Multimodal Touch Sensitive Peripheral Device").

7        5.      I have an intimate knowledge of the state of touchpad technology development

8    during the 1990's and can accurately reflect the state of that development from my own work

9    experience.  I have specific experience in the design of touch-sensor systems.  I have supervised

10   other engineers in the development of touch-sensor systems.  I have studied and am familiar with

11   the circuit and software design concepts utilized in the inventions claimed in U.S. Patent

12   6,380,931 ("the '931 Patent"), Nos. 5,543,591 ("the '591 Patent"), 5,880,411 ("the '411 Patent"),

13   and 5,943,052 ("the '052 Patent"), true and correct copies of which are attached as Exhibits 2-5 to

14   this Declaration, respectively.  These are the patents that Synaptics, Inc. ("Synaptics") is asserting

15   against Elantech Devices Corporation ("Elantech").  Collectively, I may refer to these as the

16   "Synaptics Patents."

17       6.      With a broad knowledge of touchpad technology, with a solid grounding in

18   pertinent circuit and software design, with a historical perspective based on active personal

19   participation, and with experience with the patent process, I believe that I am qualified to provide

20   an accurate assessment of the technical issues in this case.

21       **B.**      **Summary Of Task**

22       7.      I was asked to review materials and provide technical teaching and opinions

23   regarding the patents that the parties are asserting in this case.  In this Declaration, I present an

24   explanation of the historical and technical background for the technology at issue in this case,

25   including an explanation of the state of the relevant art in 1994-96 (the time that the original

26   patent applications leading to the patents-in-suit were first filed).  I was also asked to review the

27   references cited by Elantech in its Patent Local Rule 3-3 Preliminary Amended Invalidity

28   Contentions ("Elantech's Invalidity Contentions"), served on January 5, 2007, to determine

1  whether these references or asserted combinations of references disclose each of the elements of

2  the inventions claimed in the Synaptics Patents.

3  **II.     EXPERT OPINIONS**

4          8.     The patents at issue in this case are directed to the use of touch-sensor devices to

5  detect, interpret and convey information relating to gestures performed on touch-sensor devices.

6  In this Declaration, I will address whether the references cited in Elantech's Invalidity

7  Contentions raise substantial questions of validity concerning claim 9 of the '591 Patent, claims

8  14 and 18 of the '052 Patent, claims 5 and 6 of the '931 Patent, and claims 46 and 52 of the '411

9  Patent.  In preparation of this Declaration, I have reviewed the relevant patents and prosecution

10  histories, the Court's April 6, 2007 claim construction order, the Court's April 16, 2008

11  Memorandum and Order Re: Synaptics's Partial Summary Judgment Motions ("April 16 Order"),

12  Elantech's Invalidity Contentions, and the references cited in Elantech's Invalidity Contentions.

13          9.     In determining whether every limitation of the asserted claims is disclosed in the

14  references cited in Elantech's Invalidity Contentions, I understand that I am to compare the

15  references to the claims of the Synaptics Patents as construed by the District Court.

16          10.    Beginning in 1983, personal computers began to use graphically-oriented

17  application interfaces instead of text-based interfaces.  These graphically-oriented applications

18  were typically intended to use a mouse, trackball controller, or joystick to select programs to run,

19  choose options from menus, and otherwise interact with the computer.  By the mid 1990s, small,

20  portable notebook computers had become powerful enough to run these graphical applications.

21  The earliest of these computers contained a trackball controller; however, an easy to use trackball

22  controller increased the thickness of the computer.  Furthermore, these mechanical devices with

23  moving parts often had reliability issues.  The trackball was typically operated with the thumb,

24  leaving the index and middle finger free to click or hold buttons placed near the trackball.

25          11.    The desire for thin, light computers with fewer moving parts led to the integration

26  of small touchpad sensors into notebook computers.  These small sensors could track finger

27  motion and move the cursor in the same manner as a trackball or mouse.  Unfortunately, many

28  users found it difficult to click and especially to hold a separate button down while also moving a

finger on the touch sensor. Users preferred to use the index or middle fingers to touch the sensor and thus could not click or hold separate buttons at the same time.

12. In response, Synaptics developed a new touch sensor that recognized specific finger motions or combinations of motions as "gestures" and sent appropriate information to the computer (or other host device) in response to each gesture to simulate corresponding "button" actions. For example, the "drag" gesture simulates holding down a traditional mouse button. Synaptics' technology also permitted users to "tap" in particular zones on the touchpad, for example a corner, to perform particular functions, to use movement along the side or bottom of the touchpad to perform scrolling functions, or to continue moving folders or icons on the screen when the user's finger reached the edge of the touchpad. These touchpad gestures proved easier for users to perform than manipulating physical buttons, providing a distinct advantage over prior devices. Synaptics sought and secured several United States patents, including the '931, '591, '411, and '052 Patents, to protect its groundbreaking innovations. The '931, '411, and '591 Patents are part of a line of applications, continuations, continuations-in-part, and divisional applications dating back to 1992. *See* Exhibits 2-4 ("Related U.S. Application Data"). The '052 Patent has a separate prosecution history. *See* Exhibit 5.

**B.    "Drag" – Claim 9 Of The '591 Patent**

13. Elantech's Invalidity Contentions discuss two "prior art" references with respect to claim 9 of the '591 Patent – M. Fitzgerald, "Trackball Alternative Shows Promise," Desktop Computing (May 2, 1994), which discusses the "GlidePoint Finger Mouse," and J. Humphry, "Touch Screens: The Simple Way to Interact With Complex Systems," Instrumentation & Control Systems, V.67, N.5 at p. 35 (May 1994) (the "Humphry article"). I have reviewed these references and will provide some examples of why they do not disclose all of the elements of claim 9 of the '591 Patent. This analysis is not intended to be exhaustive, however, and it does not include all of the reasons why these references do not render claim 9 of the '591 Patent invalid.

14. The "GlidePoint finger mouse" was disclosed to the patent office during prosecution and considered by the examiner. It is also discussed in the text of the '591 patent

1    itself. U.S. Pat. No. 5,543,591 col.4 l.23-36 (filed Oct. 7, 1994). Therefore, it does not raise

2    substantial questions of validity.

3         15.    Furthermore, the cited portions of the Fitzgerald reference for the "GlidePoint

4    finger mouse" do not disclose "comparing the duration of said first presence with a first reference

5    amount of time" or "comparing the duration between said first presence and second presence with

6    a second reference amount of time." In fact, neither a first reference amount of time nor a second

7    reference amount of time are disclosed at all. These specific steps are not inherent in the

8    performance of a drag gesture or in the detection of a first and second "tap" gesture.

9         16.    The Humphry article also does not teach the specific "tap-and-a-half" drag gesture,

10   with specific timing comparisons and signaling, as claimed in the '591 patent. Elantech's

11   Invalidity Contentions simply repeats that a "drag" type gesture can be implemented holding

12   down one finger for a second or two or by putting down two fingers or by tapping two full times.

13   None of these characterizations matches up with the claim limitations of claim 9 of the '591

14   Patent.  In particular, "comparing the duration between said first presence and second presence

15   with a second reference amount of time" is not disclosed in the cited portions of the reference.

16   Furthermore, the reference teaches away from measuring the duration of the first presence when

17   also intending to detect a second presence. Measuring the duration of the first presence is only

18   discussed in the context of being *longer* than a known reference time, not *less than* a known

19   reference time.

20        17.    Elantech did not identify a specific motivation to combine these two references, or

21   any prior art that discloses such a motivation. Based on my expertise in the field at the time of

22   the invention, I do not believe that a person of ordinary skill in the art, such as myself, would

23   have had a motivation to combine these two references to achieve the "drag" gesture claimed in

24   the '591 Patent. In particular, the Humphry reference teaches away from the "tap and a half" style

25   gesture that is disclosed and claimed in the `591 patent. In any case, the asserted combinations of

26   references still do not disclose all of the elements of claim 9.

27

28

1

      C.      "Scroll Zone" – Claims 14 And 18 Of The '052 Patent

2

     18.     Elantech's Invalidity Contentions discuss 20 "prior art" references with respect to

3 claims 14 and 18 of the '052 patent – U.S. Pat. No. 5,347,295 ("Agulnick"), U.S. Pat. No.

4 5,748,185 ("Stephan"), U.S. Pat. No. 5,063,600 ("Norwood"), U.S. Pat. No. 4,566,001

5 ("Moore"), U.S. Pat. No. 5,943,044 ("Martinelli"), U.S. Pat. No. 4,954,967 ("Takahashi"), U.S.

6 Pat. No. 4,839,634 ("More"), Japanese Pub. No. JP63-102461 ("Kita"), Japanese Pat. No. JP40-

7 5027744A ("Kamiyoshi"), *The TouchPad – A Revolutionary Human Interface Device* – Synaptics

8 Brochure Distributed at Comdex 1995 ("TouchPad Brochure"), R. Carr & D. Shafer, "*The Power*

9 *of PenPoint,*" Addison-Wesley (1991) ("Carr/Shafer"), *TP3 Standard TouchPad Product*

10 *Specification* (June 4, 1997) and *P2.0 TouchPad Firmware Engineering Specifications* (May 21,

11 1997) (collectively, "Logitech Touchpad"), J. Dvorak, "*Whatever happened to the Gavilan*

12 *Mobile Computer?*" Computer Shopper at 668 (April 1992) ("Dvorak"), webpage

13 http://oldcomputers.net/gavilan.html ("Gavilan Webpage"), "*VersaPad*" Computer Retail Week

14 at 55 (June 2, 1997) ("VersaPad"), "*Your next desktop computer: a notebook*" PC Week at 73

15 (March 3, 1997) ("PC Week"), "*Introducing Microsoft Windows 95*" Microsoft 1995 ("Windows

16 95"), Synaptics Driver 4.1 Beta 1 ("Synaptics Driver"), and "*Gavilan Mobile Computer: MS-DOS*

17 *USER'S GUIDE*" Gavilan Computer Corporation (1984) ("Gavilan User's Guide").  I have

18 reviewed these references and will provide some examples of why they do not disclose all of the

19 elements of claims 14 and 18 of the '052 Patent.  This analysis is not intended to be exhaustive,

20 however, and it does not include all of the reasons why these references do not render claims 14

21 and 18 of the '052 Patent invalid.

22

     19.     The asserted '052 claims cover specific sets of steps for scrolling using a scroll

23 zone portion of a touch sensor.  They do not claim any use of a touch sensor for scrolling or any

24 method for scrolling, only a specific set of steps.  None of the asserted references discloses all of

25 the claimed steps.  These references cited in Elantech's Invalidity Contentions either fail to

26 qualify as prior art, were considered and dismissed by the examiner, or are substantively different

27 and fail to disclose the various elements of claims 14 and 18 of the '052 Patent.

28

20.    Many of the cited "prior art" references are not actually prior art to Synaptics' '052 patent since, during prosecution, Synaptics established an earlier invention date at least as early as June 1996. Hence, Martinelli, Stephan, the "VersaPad," and the Logitech Touchpad, which are all dated after Synaptics' priority date, are not actually prior art and cannot raise a substantial question of validity. The relevant portions of the '052 Patent Prosecution History, which establish the earlier invention date, are attached hereto as Exhibit 6.

21.    The references to the Synaptics Driver and Touchpad Brochure concerning "Speed Scrolling" were also both disclosed to the Patent Office during prosecution and considered by the examiner. They do not raise substantial questions of validity. (*See* Exhibit 6, '052 Patent Prosecution History, at SYN 00004316-4340, 4345-4349.)

22.    Elantech cites references that discuss scrolling a window in a Windows operating system, but not the use of a scroll zone on a touchpad device as claimed in the '052 Patent. (*See, e.g.*, Moore; Norwood.) The evidence cited in Elantech's Invalidity Contentions related to the Moore and Norwood references does not identify a "touchpad having a scrolling zone" or any "plurality of data packets" as required by claims 14 and 18, or "generating a plurality of messages in response to the user applied object motion" as required by claims 14 and 18.

23.    Elantech cites references that contain vague mentions of "scrolling" with no explanation as to how "scrolling" is achieved, or generally discuss ways of activating scrolling using a touchpad, such as tapping in "periphery areas," that are different than Synaptics' claimed method of sliding a finger within a scroll zone. (*See, e.g.,* Kita; Agulnick; Norwood.) The evidence cited in Elantech's Invalidity Contentions related to these three references does not identify any "plurality of data packets" as required by claims 14 and 18, or "generating a plurality of messages in response to the user applied object motion" as required by claims 14 and 18.

24.    Elantech cites references that fail to disclose the various elements of the asserted claims, such as the claimed "data packet processor" that "generates" scrolling messages, a "cursor-control input device which includes a touchpad having a scrolling zone," "forwarding messages to an application controlling an active window in said graphical user interface," or the methods for "converting user-applied object motion on a cursor-control device into a graphical

1  user interface window scrolling messages" and "forwarding a plurality of data packets from a

2  cursor-control input device."  (*See, e.g.,* Carr/Shafer; Takahashi; Kamiyoshi; Martinelli; Moore;

3  references discussing the Gavilan device.)

4      25.    Elantech did not identify a specific motivation to combine the references cited in

5  its invalidity contentions, or any prior art that discloses such a motivation.  Based on my expertise

6  in the field at the time of the invention, I do not believe that a person of ordinary skill in the art,

7  such as myself, would have had a motivation to combine these references to achieve the specific

8  "scroll zone" feature claimed in the '052 Patent.  In any case, the asserted combinations of

9  references still do not disclose all of the elements of claims 14 or 18.

10      **D.    "Corner Tap" – Claims 5 And 6 Of The '931 Patent**

11      26.    Elantech's Invalidity Contentions discuss four "prior art" references with respect

12  to claims 5 and 6 of the '931 Patent – U.S. Patent No. 5,956,019 ("Bang"), Japanese Publication

13  No. JP62-30888 ("Hiroshi"), UK Patent Application GB 2139762A ("Prosenko"), and the

14  "Gavilan Computer" as described in 5 additional documents[1] referenced by Elantech.  I have

15  reviewed these references and will provide some examples of why they do not disclose all of the

16  elements of claims 5 and 6 of the '931 Patent.  This analysis is not intended to be exhaustive,

17  however, and it does not include all of the reasons why these references do not render claims 5

18  and 6 of the '931 Patent invalid.

19      27.    Bang, Hiroshi, Prosenko, and the documents that reference the "Gavilan

20  Computer" do not disclose the elements claimed in the '931 Patent.  Specifically, they do not

21  teach the "tap gesture" function that the parties agreed consists of a "quick tap of the finger on the

22  pad, of short duration and involving little or no X or Y finger motion…." (*See* Docket No. 63-2,

23  Joint Claim Construction Chart, Exhibit A, pg. 1, Item 1.)

24

25      [1] J. Dvorak "Whatever happened to the Gavilan Mobile Computer?," Computer Shopper at 668 (April 1992) ("Dvorak"); http://www.digibarn.com/collections/systems/gavilan/index.html ("Digibarn Webpages"); http://oldcomputers.net/gavilan.html ("Gavilan Webpages"); F.V.

26  Gilluwe, "The Gavilan Computer Newsletter," V Communications, 1985 ("Gilluwe"); "Gavilan Mobile Computer: MS-DOS USER'S GUIDE," Gavilan Computer Corporation, 1984 ("Gavilan

27  User's Guide").

28

28.     The cited portions of the Bang reference does not disclose the concept of a tap at all and certainly not a "quick tap of the finger on the pad, of short duration and involving little or no X or Y finger motion…." as required by the claims.  The disclosed device reports X and Y coordinates in an absolute mode whereby the cursor can be moved to a location on the screen that corresponds to the location on the pad being touched.  Touching the corner will move the cursor to the corner just like touching the center will move the cursor to the center, but only the touching is described in the patent, not a tap gesture.

29.     The cited portions of the Hiroshi publication also do not disclose a tap gesture.  Hiroshi discloses a "pen pressing operation" [0013] that only involves touching the panel with a pen, not a "quick tap of the finger on the pad, of short duration and involving little or no X or Y finger motion…." as required by the claims.

30.     The cited portions of Prosenko do not disclose "sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-sensor pad said tap gesture occurred."  Elantech asserts that "Prosenko teaches sending a signal to the host computer based on a detection of a tap gesture on the touch pad 63 and the location of the tap gesture."  This is incorrect.  Prosenko merely discloses that if a touch or "press" is identified on touch pad 63, then a message is sent to the host.  There is no teaching that the location of that gesture is communicated or that when the gesture is in a corner, the signal to the host indicates in which corner the gesture occurred.

31.     The cited portions of Prosenko also do not disclose the simulation of a right mouse button click as required in claim 6.  No right mouse button function is disclosed in the cited portions of Prosenko, merely the simulation of a "command button."  It is clear to one of ordinary skill in the art that the specific limitation of a "right mouse button" in the claim is different than simply any "command button."

32.     The Gavilan Computer references simply discuss tap gestures in general terms without disclosing a "corner tap" features or the elements of claims 5 and 6 of the '931 patent.  Elantech relies on the same citations from Prosenko for the "sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-

1    sensor pad said tap gesture occurred" element.  These citations, as noted above, do not disclose

2    this element.

3       33.    Elantech did not identify a specific motivation to combine the references cited in

4    its invalidity contentions, or any prior art that discloses such a motivation.  Based on my expertise

5    in the field at the time of the invention, I do not believe that a person of ordinary skill in the art,

6    such as myself, would have had a motivation to combine these references to achieve the "corner

7    tap" feature claimed in the '931 Patent.  However, even if these references are combined, I do not

8    believe that they disclose each of the elements of claims 5 and 6.

9       **E.    "Edge Motion" – Claims 46 And 52 Of The '411 Patent**

10      34.    Elantech's Invalidity Contentions discuss two "prior art" references with respect to

11   claims 46 and 52 of the '411 Patent – U.S. Patent No. 5,327,161 ("Logan"), and U.S. Patent No.

12   5,335,557 ("Yatsutake").  I have reviewed these references and will provide some examples of

13   why they do not disclose all of the elements of claims 46 and 52 of the '411 Patent.  This analysis

14   is not intended to be exhaustive, however, and it does not include all of the reasons why these

15   references do not render claims 46 and 52 of the '411 Patent invalid.

16      35.    Notably, Logan was disclosed to the patent office during prosecution, considered

17   by the examiner, and listed on page 2 of the '411 Patent.  *See* Exhibit 4.

18      36.    In addition, Logan does not teach generating when the finger is in the edge region

19   either the "first cursor motion signals" or normal finger movement, "second cursor motion

20   signals" adding an increment toward the adjacent edge, and  combining those two signals as

21   required by the claim.  Elantech has identified only step 86 in Logan as the generation of the first

22   cursor motion signal and step 90 as the generation of the second cursor motion signal.  The

23   signals generated by these steps are never combined in the Logan patent as required by the

24   claims.

25      37.    The Yatsutake reference also does not contain the elements disclosed in the '411

26   patent.  Yatsutake discloses a method of moving the cursor when the finger reaches "a raised

27   area" that continues the velocity of the cursor movement based upon the finger movement prior to

28   entering the region or, alternatively, based upon the pressure applied by the finger in the region.

Yatsutake does not disclose that his method takes place on a "sensing plane" as required by the claim. In fact, Yatsutake teaches away from a sensing plane and discloses "[f]urther, sensor 1905 includes a raised area 1910 on its four edges which is tactilely distinguished from flat surface 1915 of sensor 1905 by the inclination of area 1910 relative to surface 1915. In the preferred embodiment, area 1910 includes an area at each of the four edges of surface 1915. The edges are inclined and raised relative to flat surface 1915. This provides an area of the sensor tactilely distinguished from flat surface 1915 which operates in a different mode." [11:7-11:16]. A device that is distinguished from a flat surface is not a "sensing plane."

38.    Furthermore, Yatsutake does not teach combining a first cursor motion signal with a second cursor motion signal in the edge region as claimed. The first cursor motion signal is used only in the central region and the second cursor motion signal is used, alone, only in the edge region. There is not teaching or suggestion to combine the two signals in the edge region as claimed in the '411 Patent.

39.    Elantech did not identify a specific motivation to combine the references cited in its invalidity contentions, or any prior art that discloses such a motivation. Based on my expertise in the field at the time of the invention, I do not believe that a person of ordinary skill in the art, such as myself, would have had a motivation to combine these references to achieve the "edge motion" feature claimed in the '411 Patent. In addition, I do not believe that the asserted references, even if combined, disclose every element of claims 46 and 52.

Declaration of Andrew Wolfe Ph.D. I/S/O Synaptics' Motion for Preliminary Injunction
Case no. C06-01839-CRB
pa-1253215

12

1

    I declare under penalty of perjury under the laws of the United States of America that, to

2

the best of my knowledge, the foregoing is true and correct.  Executed on May 8, 2008, in

3

Cupertino, California.

4

5

6

                                          Andrew Wolfe, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# Andrew Wolfe Ph.D.

108 Leewood Ct.
Los Gatos, CA 95032
(408) 394-1096
Email: awolfe@awolfe.org

**Education:**

Ph.D. in Computer Engineering, Carnegie Mellon University, 1992
Visiting Graduate Student, Center for Reliable Computing, Stanford University, 1988-1989
M.S. in Electrical and Computer Engineering, Carnegie Mellon University, 1987
B.S.E.E. in Electrical Engineering and Computer Science, The Johns Hopkins University, 1985

**Recent Employment:**

Consultant, [October 2002-]

Consultant on processor technology, computer systems, consumer electronics, software, design tools, and intellectual property issues.

Chief Technical Officer & Founder, [May 2003- Nov. 2003]

**RGB Inc,** Los Altos, CA

Responsible for detailed architecture of a complex video SOC for a pre-funding fabless semiconductor company. Responsibilities include developing detailed architectural specifications for programmable video signal processors as well as all other signal processing, control, communications, and memory interface circuits as well as defining development processes for hardware and software and managing the development of simulation and programming tools. Also responsible for product definition and financing along with the CEO.

Chief Technical Officer, [1999-2002]
Sr. VP of Business Development, [2001-2002]
VP, Systems Integration, S3 Fellow , [1998 – 1999]
Director of Technology, S3 Fellow , [1997 - 1998]
**SONIC|blue, Inc,** Santa Clara, CA  (formerly S3 Inc.)

**Strategic Business Development:**
Developed and implemented strategy to reposition S3 from PC graphics into the leading networked consumer electronics company.
- Acquired Diamond Multimedia and coordinated integration of communications, Rio digital music, and workstation graphics divisions into S3.
- Identified and negotiated acquisitions to grow digital media businesses including Empeg, ReplayTV, and Sensory Science.
- Identified and negotiated strategic investments including Comsilica, Intellon, KBGear Interactive, Entridia, DataPlay and others.
- Developed strategy for integrated graphics/core-logic products and established a joint venture with Via Technologies to design and market these products.
- Negotiated divestiture of graphics chip business to Via and the workstation graphics division to ATI.

**Product Planning and Development:**
- Drove roadmap development within SONICblue product divisions.
- Managed Business Development for all product lines.
- Led New Product Development and Corporate Vision processes.
- Acting co-General Manager of Rio digital music business in 2nd half of 2001. Responsible for all areas of product development, business development, and cost management.

- Managed development of the Savage/MX and Savage/IX mobile 3D graphics accelerators and Savage/NB system logic products.

**Public Relations, Public Policy and Investor Relations:**
- Present company products and strategy at industry events such as CES, Comdex, and Microprocessor Forum.
- Discuss new products and initiatives with the press.
- Promote issues of interest to SONICblue to industry groups and in Washington.
- Brief analysts, and investors on company progress. Participate in quarterly conference calls.

**IP Management and Licensing:**
- Negotiated and managed partnership agreements including a critical cross-licensing agreement with Intel.
- Renegotiated technology-licensing agreements with IBM for workstation graphics products.
- Evaluated outside technology opportunities, managed video research and development, and managed corporate IP strategy with legal staff including patent filings, cross licensing, and litigation.

Consulting Professor , [1999-2002]
**Stanford University**, Stanford, CA

Teaching computer architecture and microprocessor design.

Assistant Professor  [1991 - 1997]
**Princeton University**, Princeton, NJ

Teaching and research in the Electrical Engineering department.  Research in embedded computing systems, multimedia, video signal processors, compiler optimization, and high performance computer architecture. Principal investigator or project manager for ~$6M in funded research.

Visiting Assistant Professor , [1992]
**Carnegie Mellon University**, Pittsburgh, PA

Research and preparation of teaching materials on advanced microprocessor designs including new superscalar and superpipelined processor architectures.

Founder and Vice President and Consultant,  [1989 - 1995]
**The Graphics Technology Company, Inc.**, Austin, TX

Founded company to develop touch-sensitive components and systems for the first generation of PDA devices and interactive public systems.  Obtained financing from Gunze Corp., Osaka, Japan.   Company is now part of 3M.

Senior Electrical Engineer,  [1989]
**ESL - TRW, Advanced Technology Division**, Sunnyvale, CA

Designed the architecture for an Intel i860-based multiple-processor digital signal processing system for advanced military applications.  Designed several FPGA interface chips for VME-bus systems.

Design Consultant,  [1986 -1987]
**Carroll Touch Division, AMP Inc.**, Round Rock, TX

Developed several new technologies for touch-screen systems.  Designed the first ASIC produced for AMP, a mixed-signal interface chip for controlling touch-screen sensors.  Developed the system electronics, system firmware, and customer utility software for numerous products including those based on the new ASIC.

Senior Design Engineer,  [1983 -1985]
**Touch Technology Inc.**, Annapolis, MD

**Advisory Boards:**

Director, KBGear Interactive, Inc., Comsilica, Inc., Rioport.com, various S3 subsidiaries.

Technical Advisory Board, Ageia, Inc., Intellon, Inc., Comsilica, Inc., Entridia, Inc., Siroyan, Ltd., BOPS, Inc, Quester Venture Funds

Carnegie Mellon University Silicon Valley Advisory Board

**Awards:**

Business 2.0 "20 Young Executives You Need to Know", 2002
Walter C. Johnson Prize for Teaching Excellence, 1997.
Princeton University Engineering Council Excellence in Teaching Award, Spring 1996
AT&T/Lucent Foundation Research Award, 1996.
Walter C. Johnson Prize for Teaching Excellence, 1995
IEEE Certificate of Appreciation, 1995, 2001.
AT&T Foundation Research Award, 1993.
Semiconductor Research Corporation Fellow, 1986 - 1991.
Burroughs Corporation Fellowship in Engineering, 1985 - 1986.

**Patents:**

U. S. Pat. 5,041,701 - *Edge Linearization Device for a Contact Input System*, Aug. 20, 1991.
U. S. Pat. 5,438,168 - *Touch Panel*, Aug. 1, 1995.
U. S. Pat. 5,736,688 - *Curvilinear Linearization Device for Touch Systems*, Apr. 7, 1998.
U. S. Pat. 6,037,930 - *Multimodal touch sensitive peripheral device*, March 14, 2000.
U. S. Pat. 6,408,421 - *High-speed asynchronous decoder circuit for variable-length coded data*, June 18, 2002.
U. S. Pat. 6,865,668 - *Variable-length, high-speed, asynchronous decoder circuit*, March 8, 2005
U. S. Pat. 7,079,133 - *Superscalar 3D Graphics Engine*, July 18, 2006
Various foreign equivalents submitted.

**Professional Activities:**

Program Chair:  Micro-24, 1991, Hot Chips 13, 2001.
General Chair:  Micro-26, 1993, Micro-33, 2000.
Associate Editor:  IEEE Computer Architecture Letters; ACM Transactions in Embedded Computing Systems
Speaker at CES, WinHec, Comdex, Intel Dev. Forum, Digital Media Summit, Microprocessor Forum, etc.
Keynote speaker at Micro-34, ICME 2002

**Over 50 refereed publications.**

# EXHIBIT 2

(Part 1 of 2)

US006380931B1

(12) **United States Patent**    (10) **Patent No.:**    **US 6,380,931 B1**

Gillespie et al.    (45) **Date of Patent:**    *Apr. 30, 2002

(54) **OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION**

(75) Inventors: **David W. Gillespie**, Palo Alto; **Timothy P. Allen**, Los Gatos; **Ralph C. Wolf**, Santa Clara; **Shawn P. Day**, San Jose, all of CA (US)

(73) Assignee: **Synaptics Incorporated**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/861,070**

(22) Filed: **May 18, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/046,716, filed on Mar. 24, 1998, which is a division of application No. 08/899,317, filed on Aug. 12, 1997, which is a continuation of application No. 08/623,483, filed on Mar. 28, 1996, now Pat. No. 5,880,411, which is a continuation-in-part of application No. 08/300,387, filed on Sep. 2, 1994, now Pat. No. 5,914,465, which is a continuation-in-part of application No. 08/115,743, filed on Aug. 31, 1993, now Pat. No. 5,374,787, which is a continuation-in-part of application No. 07/895,934, filed on Jun. 8, 1992, now abandoned.

(51) Int. Cl.[7] ................................................. G09G 5/00

(52) U.S. Cl. ..................... **345/173**; 345/157; 178/18.01

(58) Field of Search ................................. 345/174, 175, 345/176, 177, 178, 173, 157, 159, 160, 339; 341/33, 34; 178/18.06, 18.01, 19.06, 20.01, 18.03, 18.05, 18.07, 19.03

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,219,497 A    10/1940    Stevens et al. .............. 175/183
RE23,030 E    8/1948    Holt ................................ 35/1

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| EP | 0 187 372 | 12/1985 | ............ G01B/7/00 |
| EP | 0 394 614 | 10/1990 | ............ G06F/3/033 |
| EP | 0 490 001 | 6/1992 | ............ G06F/3/033 |
| EP | 0 574 213 | 12/1993 | ............ G06K/11/16 |
| EP | 0 589 498 | 3/1994 | ............ G06K/11/16 |
| EP | 0 609 021 | 8/1994 | ............ G06K/11/16 |

(List continued on next page.)

OTHER PUBLICATIONS

Chun, et al., "A High–Performance Silicon Tactile Imager Based on a Capacitive Cell", IEEE Transactions on Electron Devices, Jul. 1985, vol., Ed–32, No. 7, pp. 1196–1201.

"Double–Click Generation Method for Pen Operations", IBM Technical Disclosure Bulletin, Nov. 1992, vol. 35, No. 6, p. 3.

"Pressure–Sensitive Icons", IBM Technical Disclosure Bulletin, Jun. 1990, vol. 33, No. 1B, pp. 277–278.

"Scroll Control Box", IBM Technical Disclosure Bulletin, Apr. 1993, vol. 36, No. 4, pp. 399–403.

"Three–Axis Touch–Sensitive Pad", IBM Technical Disclosure Bulletin, Jan. 1987, vol. 29, No. 8, pp. 3451–3453.

Tiburtius, "Transparente Folientastaturen", Feinwerktechnik & Messtechnik 97, No. 7, Munchen, DE, Jul. 1989, pp. 299–300.

Wilton, Microsoft Windows 3 Developer's Workshop, 1991, pp. 229–230.

Primary Examiner—Bipin Shalwala
Assistant Examiner—Mansour M. Said
(74) Attorney, Agent, or Firm—Sierra Patent Group, Ltd.

(57)    **ABSTRACT**

Methods for recognizing gestures made by a conductive object on a touch-sensor pad are disclosed. Tapping, pushing, hopping, and zigzag gestures are recognized by analyzing the position, pressure, and movement of the conductive object on the sensor pad during the time of a suspected gesture, and signals are sent to a host indicating the occurrence of these gestures. Signals for compensating for unintended motion of the conductive object on the touch-sensor pad during the gestures are also sent to the host.

**7 Claims, 28 Drawing Sheets**



## US 6,380,931 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,128,458 A | 4/1964 | Romero | 340/337 |
| 3,207,905 A | 9/1965 | Bray | 250/206 |
| 3,244,369 A | 4/1966 | Nassimbene | 235/145 |
| 3,401,470 A | 9/1968 | Gaven | 35/9 |
| 3,437,795 A | 4/1969 | Kuljian | 235/61.1 |
| 3,482,241 A | 12/1969 | Johnson | 340/337 |
| 3,492,440 A | 1/1970 | Cerbone et al. | 179/90 |
| 3,493,791 A | 2/1970 | Adelson et al. | 307/252 |
| 3,497,617 A | 2/1970 | Ellis et al. | 178/19 |
| 3,497,966 A | 3/1970 | Gaven | 35/9 |
| 3,516,176 A | 6/1970 | Cleary et al. | 35/9 |
| 3,522,664 A | 8/1970 | Lambright et al. | 35/8 |
| 3,530,310 A | 9/1970 | Adelson et al. | 307/252 |
| 3,543,056 A | 11/1970 | Klein | 307/308 |
| 3,549,909 A | 12/1970 | Adelson et al. | 307/252 |
| 3,593,115 A | 7/1971 | Dym et al. | 323/93 |
| 3,598,903 A | 8/1971 | Johnson et al. | 178/18 |
| 3,662,378 A | 5/1972 | MacArthur | 340/347 DD |
| 3,675,239 A | 7/1972 | Ackerman et al. | 340/365 |
| 3,683,371 A | 8/1972 | Holz | 340/365 |
| 3,696,409 A | 10/1972 | Braaten | 340/365 |
| 3,732,389 A | 5/1973 | Kaelin et al. | 200/167 A |
| 3,737,670 A | 6/1973 | Larson | 307/116 |
| 3,757,322 A | 9/1973 | Barkan et al. | 340/365 C |
| 3,760,392 A | 9/1973 | Stich | 340/200 |
| 3,773,989 A | 11/1973 | Hacon | 200/52 R |
| 3,875,331 A | 4/1975 | Hasenbalg | 178/19 |
| 3,921,166 A | 11/1975 | Volpe | 340/365 C |
| 3,931,610 A | 1/1976 | Marin et al. | 340/172.5 |
| 3,932,862 A | 1/1976 | Graven | 340/324 M |
| 3,974,332 A | 8/1976 | Abe et al. | 178/18 |
| 3,992,579 A | 11/1976 | Dym et al. | 178/18 |
| 3,999,012 A | 12/1976 | Dym | 178/18 |
| 4,056,699 A | 11/1977 | Jordan | 200/5 A |
| 4,058,765 A | 11/1977 | Richardson et al. | 324/61 R |
| 4,071,691 A | 1/1978 | Pepper, Jr. | 178/19 |
| 4,087,625 A | 5/1978 | Dym et al. | 178/18 |
| 4,103,252 A | 7/1978 | Bobick | 331/48 |
| 4,129,747 A | 12/1978 | Pepper, Jr. | 178/19 |
| 4,148,014 A | 4/1979 | Burson | 340/709 |
| 4,177,354 A | 12/1979 | Mathews | 178/18 |
| 4,177,421 A | 12/1979 | Thornburg | 324/61 R |
| 4,198,539 A | 4/1980 | Pepper, Jr. | 178/19 |
| 4,221,975 A | 9/1980 | Ledniczki et al. | 307/116 |
| 4,224,615 A | 9/1980 | Penz | 340/712 |
| 4,246,452 A | 1/1981 | Chandler | 200/5 A |
| 4,257,177 A | 3/1981 | Besson | 368/69 |
| 4,264,903 A | 4/1981 | Bigelow | 340/365 C |
| 4,281,323 A | 7/1981 | Burnett et al. | 340/365 C |
| 4,290,052 A | 9/1981 | Eichelberger et al. | 340/365 C |
| 4,290,061 A | 9/1981 | Serrano | 340/712 |
| 4,291,303 A | 9/1981 | Cutler et al. | 340/711 |
| 4,293,734 A | 10/1981 | Pepper, Jr. | 178/18 |
| 4,302,011 A | 11/1981 | Pepper, Jr. | 273/85 |
| 4,310,839 A | 1/1982 | Schwerdt | 340/712 |
| 4,313,113 A | 1/1982 | Thornburg | 340/709 |
| 4,334,219 A | 6/1982 | Paulus et al. | 340/712 |
| 4,371,746 A | 2/1983 | Pepper, Jr. | 178/18 |
| 4,398,181 A | 8/1983 | Yamamoto | 340/365 S |
| 4,423,286 A | 12/1983 | Bergeron | 178/19 |
| 4,430,917 A | 2/1984 | Pepper, Jr. | 84/1.01 |
| 4,442,317 A | 4/1984 | Jandrell | 178/18 |
| 4,455,452 A | 6/1984 | Schuyler | 178/18 |
| 4,475,235 A | 10/1984 | Graham | 382/3 |
| 4,476,463 A | 10/1984 | Ng et al. | 340/712 |
| 4,511,760 A | 4/1985 | Garwin et al. | 178/18 |
| 4,516,112 A | 5/1985 | Chen | 340/365 |
| 4,526,043 A | 7/1985 | Boie et al. | 73/862.04 |
| 4,550,221 A | 10/1985 | Mabusth | 178/18 |
| 4,550,310 A | 10/1985 | Yamaguchi et al. | 340/365 |
| 4,554,409 A | 11/1985 | Mitsui et al. | 173/19 |
| 4,570,149 A | 2/1986 | Thornburg et al. | 338/114 |
| 4,582,955 A | 4/1986 | Blesser | 178/19 |
| 4,595,913 A | 6/1986 | Aubuchon | 340/365 |
| 4,616,107 A | 10/1986 | Abe et al. | 178/18 |
| 4,639,720 A | 1/1987 | Rympalski et al. | 340/712 |
| 4,653,107 A | 3/1987 | Shojima et al. | 382/13 |
| 4,672,154 A | 6/1987 | Rogers et al. | 178/19 |
| 4,680,430 A | 7/1987 | Yoshikawa et al. | 178/19 |
| 4,686,332 A | 8/1987 | Greanias et al. | 178/19 |
| 4,698,461 A | 10/1987 | Meadows et al. | 178/19 |
| 4,733,222 A | 3/1988 | Evans | 340/365 C |
| 4,734,685 A | 3/1988 | Watanabe | 340/710 |
| 4,736,191 A | 4/1988 | Matzke et al. | 340/365 C |
| 4,758,690 A | 7/1988 | Kimura | 178/19 |
| 4,766,423 A | 8/1988 | Ono et al. | 340/709 |
| 4,773,024 A | 9/1988 | Faggin et al. | 364/513 |
| 4,788,385 A | 11/1988 | Kimura | 178/19 |
| 4,794,208 A | 12/1988 | Watson | 178/19 |
| 4,802,103 A | 1/1989 | Faggin et al. | 364/513 |
| 4,820,886 A | 4/1989 | Watson | 178/19 |
| 4,853,498 A | 8/1989 | Meadows et al. | 178/19 |
| 4,914,624 A * | 4/1990 | Dunthorn | 364/900 |
| 4,918,262 A | 4/1990 | Flowers et al. | 178/18 |
| 4,922,061 A | 5/1990 | Meadows et al. | 178/19 |
| 4,935,728 A | 6/1990 | Kley | 340/709 |
| 4,954,967 A | 9/1990 | Takahashi | 364/518 |
| 4,962,342 A | 10/1990 | Mead et al. | 307/201 |
| 4,988,982 A | 1/1991 | Rayner et al. | 340/706 |
| 5,016,008 A | 5/1991 | Gruaz et al. | 341/33 |
| 5,083,044 A | 1/1992 | Mead et al. | 307/311 |
| 5,117,071 A | 5/1992 | Greanias et al. | 178/19 |
| 5,119,038 A | 6/1992 | Anderson et al. | 330/2 |
| 5,120,907 A | 6/1992 | Sinbori et al. | 478/18 |
| 5,120,908 A | 6/1992 | Zank et al. | 178/19 |
| 5,120,996 A | 6/1992 | Mead et al. | 307/353 |
| 5,122,623 A | 6/1992 | Zank et al. | 178/19 |
| 5,146,049 A | 9/1992 | Shima | 178/18 |
| 5,149,919 A | 9/1992 | Greanias et al. | 178/19 |
| 5,153,572 A | 10/1992 | Caldwell et al. | 340/712 |
| 5,164,713 A | 11/1992 | Bain | 340/710 |
| 5,191,641 A | 3/1993 | Yamamoto | 395/118 |
| 5,194,862 A | 3/1993 | Edwards | 341/20 |
| 5,220,649 A | 6/1993 | Forcier | 395/148 |
| 5,231,450 A | 7/1993 | Daniels | 355/27 |
| 5,239,140 A | 8/1993 | Kuroda et al. | 178/18 |
| 5,252,951 A * | 10/1993 | Tannenbaum et al. | 345/156 |
| 5,270,711 A | 12/1993 | Knapp | 341/34 |
| 5,287,105 A | 2/1994 | Schlotterbeck et al. | 341/20 |
| 5,327,161 A * | 7/1994 | Longan et al. | 345/157 |
| 5,339,213 A | 8/1994 | O'Callaghan | 361/683 |
| 5,349,303 A | 9/1994 | Gerpheide | 330/257 |
| 5,363,120 A * | 11/1994 | Drumm | 345/158 |
| 5,365,254 A | 11/1994 | Kawamoto | 345/157 |
| 5,369,227 A | 11/1994 | Stone | 178/18 |
| 5,373,118 A | 12/1994 | Watson | 178/19 |
| 5,374,787 A | 12/1994 | Miller et al. | 178/18 |
| 5,374,942 A | 12/1994 | Gilligan et al. | 345/157 |
| 5,376,946 A * | 12/1994 | Mikan | 345/157 |
| 5,376,948 A | 12/1994 | Roberts | 345/173 |
| 5,386,219 A | 1/1995 | Greanias et al. | 345/174 |
| 5,389,745 A | 2/1995 | Sakamoto | 178/18 |
| 5,402,151 A | 3/1995 | Duwaer | 345/173 |
| 5,408,194 A | 4/1995 | Steinbach et al. | 327/62 |
| 5,408,593 A | 4/1995 | Kotaki et al. | 395/122 |
| 5,428,367 A | 6/1995 | Mikan | 345/157 |
| 5,455,906 A | 10/1995 | Usuda | 395/162 |
| 5,469,191 A | 11/1995 | Smith, III et al. | 345/157 |
| 5,488,204 A | 1/1996 | Mead et al. | 178/18 |
| 5,495,077 A | 2/1996 | Miller et al. | 178/18 |
| 5,517,578 A | 5/1996 | Altman et al. | 382/181 |

## US 6,380,931 B1
Page 3

| 5,543,588 | A |   | 8/1996 | Bissett et al. ................. 178/18 |
| 5,563,632 | A |   | 10/1996 | Roberts ..................... 345/173 |
| 5,579,036 | A |   | 11/1996 | Yates, IV ................... 345/173 |
| 5,602,570 | A |   | 2/1997 | Capps et al. ................. 345/173 |
| 5,612,719 | A |   | 3/1997 | Beernink et al. ........... 345/173 |
| 5,717,939 | A |   | 2/1998 | Bricklin et al. ............ 395/764 |
| 5,757,368 | A | * | 5/1998 | Gerpheide et al. .......... 345/339 |
| 5,763,909 | A |   | 6/1998 | Mead et al. ................. 257/291 |
| 5,764,224 | A |   | 6/1998 | Lilja et al. ................. 345/179 |
| 5,787,197 | A |   | 7/1998 | Beigi et al. ................. 382/187 |
| 5,854,625 | A |   | 12/1998 | Frisch et al. ................ 345/173 |
| 5,861,583 | A |   | 1/1999 | Schediwy et al. ....... 178/18.06 |
| 5,861,866 | A |   | 1/1999 | Moran et al. ............... 345/358 |
| 5,864,242 | A |   | 1/1999 | Allen et al. ................. 326/44 |
| 5,880,411 | A | * | 3/1999 | Gillespie et al. ........ 178/18.01 |
| 5,914,465 | A |   | 6/1999 | Allen et al. .............. 178/18.06 |
| 5,942,733 | A |   | 8/1999 | Allen et al. .............. 178/18.01 |
| 6,028,271 | A |   | 2/2000 | Gillespie et al. ........ 178/18.01 |

### FOREIGN PATENT DOCUMENTS

| FR | 2 662 528 | 11/1991 | ........... G06K/11/16 |
| GB | 2 139 762 | 11/1984 | ........... G06F/3/033 |
| GB | 2 266 038 | 10/1993 | ........... G06F/3/033 |
| GB | 2 288 665 | 10/1995 | ........... G06K/11/12 |
| JP | 60 205625 | 10/1985 | ............. G06F/3/03 |
| JP | 62 126429 | 6/1987 | ........... G06F/3/033 |
| JP | 63 073415 | 4/1988 | ........... G06F/3/033 |
| JP | 02 040614 | 2/1990 | ........... G02F/1/133 |
| JP | 04 015725 | 1/1992 | ........... G06F/3/033 |
| JP | 06 139022 | 5/1994 | ........... G06F/3/033 |
| JP | 07 072976 | 3/1995 | ........... G06F/3/033 |
| WO | 91/03039 | 3/1991 | ........... G09G/3/02 |
| WO | 91/05327 | 4/1992 | ........... G09G/3/02 |
| WO | 96/07966 | 3/1996 | ........... G06F/3/033 |
| WO | 96/11435 | 4/1996 | ........... G06F/3/033 |
| WO | 96/18179 | 6/1996 | ........... G08C/21/00 |

* cited by examiner



Fig.1



Fig. 2A

Fig. 2B



Fig. 2C



Fig. 2D

**U.S. Patent**    Apr. 30, 2002    Sheet 4 of 28    US 6,380,931 B1



Fig.3



Fig.4A



Fig.4B



Fig.5



Fig.6



Fig.7



Fig.8



Fig.9



Fig.10



Fig.11



Fig.12A



Fig.12B



Fig.13



Fig.14



Fig.15A



Fig.15B



### Fig.15C



### Fig.15E

LOCKING DRAG GESTURE



Fig.15D

DOUBLE TAP



Fig.15F

HOP GESTURE



Fig.15G



288    290    292

L    M    R

# Fig.16A



294    Corner Y    296

R

Corner X

L

# Fig.16B



Fig.17A



Fig.17B



Fig.17C



Fig.17D



Fig.17E



Fig.17F



Fig.18A



Fig.18B



Fig.18C

PUSH GESTURE



Fig.19



Fig.20



Fig. 21

US 6,380,931 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/046,716, filed Mar. 24, 1998, which is a divisional of U.S. patent application Ser. No. 08/899,317, filed Aug. 12, 1997, which is a continuation of U.S. patent application Ser. No. 08/623,483, filed Mar. 28, 1996, now U.S. Pat. No. 5,880,411 which is a continuation-in-part of application Ser. No. 08/300,387, filed Sep. 2, 1994 now U.S. Pat. No. 5,914,465, which is a continuation-in-part of application Ser. No. 08/115,743, filed Aug. 31, 1993 now U.S. Pat. No. 5,374,787, which is a continuation-in-part of application Ser. No. 07/895,934, filed Jun. 8, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to object positioning sensing transducers and systems. More particularly, the present invention relates to object position recognition useful in applications such as cursor movement for computing devices and other applications, and especially to cursor movement with enhanced edge-motion and gesture-recognition features.

### 2. The Prior Art

Numerous devices are available or have been proposed for use as object position detectors for use in computer systems and other applications. The most familiar of such devices is the computer "mouse". While extremely popular as a position indicating device, a mouse has mechanical parts and requires a surface upon which to roll its position ball. Furthermore, a mouse usually needs to be moved over long distances for reasonable resolution. Finally, a mouse requires the user to lift a hand from the keyboard to make the cursor movement, thereby upsetting the prime purpose, which is usually typing on the computer.

Trackball devices are similar to mouse devices. A major difference, however is that, unlike a mouse device, a trackball device does not require a surface across which is must be rolled. Trackball devices are still expensive, have moving parts, and require a relatively heavy touch as do the mouse devices. They are also large in size and doe not fit well in a volume-sensitive application like a laptop computer.

There are several available touch-sense technologies which may be employed for use as a position indicator. Resistive-membrane position sensors are known and used in several applications. However, they generally suffer from poor resolution, the sensor surface is exposed to the user and is thus subject to wear. In addition, resistive-membrane touch sensors are relatively expensive. A one-surface approach requires a user to be grounded to the sensor for reliable operation. This cannot be guaranteed in portable computers. An example of a one-surface approach is the UnMouse product by MicroTouch, of Wilmington, Mass. A two-surface approach has poorer resolution and potentially will wear out very quickly in time.

Resistive tablets are taught by U.S. Pat. No. 4,680,430 to Yoshikawa, U.S. Pat. No. 3,497,617 to Ellis and many others. The drawback of all such approaches is the high power consumption and the high cost of the resistive membrane employed.

Surface Acoustic Wave (SAW) devices have potential use as position indicators. However, this sensor technology is expensive and is not sensitive to light touch. In addition, SAW devices are sensitive to residue buildup on the touch surfaces and generally have poor resolution.

Strain gauge or pressure plate approaches are an interesting position sensing technology, but suffer from several drawbacks. This approach may employ piezo-electric transducers. One drawback is that the piezo phenomena is an AC phenomena and may be sensitive to the user's rate of movement. In addition, strain gauge or pressure plate approaches are somewhat expensive because special sensors are required.

Optical approaches are also possible but are somewhat limited for several reasons. All would require light generation which will require external components and increase cost and power drain. For example, a "finger-breaking" infra-red matrix position detector consumes high power and suffers from relatively poor resolution.

There have been numerous attempts to provide a device for sensing the position of a thumb or other finger for use as a pointing device to replace a mouse or trackball. Desirable attributes of such a device are low power, low profile, high resolution, low cost, fast response, and ability to operate reliably when the finger carries electrical noise, or when the touch surface is contaminated with dirt or moisture.

Because of the drawbacks of resistive devices, many attempts have been made to provide pointing capability based on capacitively sensing the position of the finger. U.S. Pat. No. 3,921,166 to Volpe teaches a capacitive matrix in which the finger changes the transcapacitance between row and column electrodes. U.S. Pat. No. 4,103,252 to Bobick employs four oscillating signals to interpolate x and y positions between four capacitive electrodes. U.S. Pat. No. 4,455,452 to Schuyler teaches a capacitive tablet wherein the finger attenuates the capacitive coupling between electrodes.

U.S. Pat. No. 4,550,221 to Mabusth teaches a capacitive tablet wherein the effective capacitance to "virtual ground" is measured by an oscillating signal. Each row or column is polled sequentially, and a rudimentary form of interpolation is applied to resolve the position between two rows or columns. An attempt is made to address to problem of electrical interference by averaging over many cycles of the oscillating waveform. The problem of contamination is addressed by sensing when no finger was present and applying a periodic calibration during such no-finger-present periods. U.S. Pat. No. 4,639,720 to Rympalski teaches a tablet for sensing the position of a stylus. The stylus alters the transcapacitance coupling between row and column electrodes, which are scanned sequentially. U.S. Pat. No. 4,736,191 to Matzke teaches a radial electrode arrangement under the space bar of a keyboard, to be activated by touching with a thumb. This patent teaches the use of total touch capacitance, as an indication of the touch pressure, to control the velocity of cursor motion. Pulsed sequential polling is employed to address the effects of electrical interference.

U.S. Pat. Nos. 4,686,332 and 5,149,919 to Greanias, teaches a stylus and finger detection system meant to be mounted on a CRT. As a finger detection system, its X/Y sensor matrix is used to locate the two matrix wires carrying the maximum signal. With a coding scheme these two wires uniquely determine the location of the finger position to the resolution of the wire stepping. For stylus detection, Greanias first coarsely locates it, then develops a virtual dipole by driving all lines on one side of the object in one direction and all lines on the opposite side in the opposite direction.

US 6,380,931 B1

3

This is done three times with different dipole phases and signal polarities. Assuming a predetermined matrix response to the object, the three measurements present a set of simultaneous equations that can be solved for position.

U.S. Pat. No. 4,733,222 to Evans is the first to teach a capacitance touch measurement system that interpolates to a high degree. Evans teaches a three terminal measurement system that uses a drive, sense and electrode signal set (3 signals) in its matrix, and bases the measurement on the attenuation effect of a finger on the electrode node signal (uses a capacitive divider phenomena). Evans sequentially scans through each drive set to measure the capacitance. From the three largest responses and interpolation routine is applied to determine finger position. Evans also teaches a zeroing technique that allows "no-finger" levels to be canceled out as part of the measurement.

U.S. Pat. No. 5,016,008 to Gruaz describes a touch sensitive pad that also uses interpolation. Gruaz uses a drive and sense signal set (2 signals) in the touch matrix and like Evans relies on the attenuation effect of a finger to modulate the drive signal. The touch matrix is sequentially scanned to read the response of each matrix line. An interpolation program then selects the two largest adjacent signals in both dimensions to determiner the finger location, and ratiometrically determines the effective position from those 4 numbers.

Gerpheide, PCT application US90/04584, publication No. WO91/03039, U.S. Pat. No. 5,305,017 applies to a touch pad system a variation of the virtual dipole approach of Greanias. Gerpheide teaches the application of an oscillating potential of a given frequency and phase to all electrodes on one side of the virtual dipole, and an oscillating potential of the same frequency and opposite phase to those on the other side. Electronic circuits develop a "balance signal" which is zero when no finger is present, and which has one polarity if a finger is on one side of the center of the virtual dipole, and the opposite polarity if the finger is on the opposite side. To acquire the position of the finger initially, the virtual dipole is scanned sequentially across the tablet. Once the finger is located, it is "tracked" by moving the virtual dipole toward the finger once the finger has moved more than one row or column.

Because the virtual dipole method operates by generating a balance signal that is zero when the capacitance does not vary with distance, it only senses the perimeter of the finger contact area, rather than the entire contact area. Because the method relies on synchronous detection of the exciting signal, it must average for long periods to reject electrical interference, and hence it is slow. The averaging time required by this method together with the necessity to search sequentially for a new finger contact once a previous contact is lost, makes this method, like those before it, fall short of the requirements for a fast pointing device that is not affected by electrical interference.

It should also be noted that all previous touch pad inventions that used interpolation placed rigorous design requirements on their sensing pad. Greanias and Evans use a complicated and expensive drive, sense and electrode line scheme to develop their signal. Gruaz and Gerpheide use a two signal drive and sense set. In the present invention the driving and sensing is done on the same line. This allows the row and column sections to by symmetric and equivalent. This in turn allows independent calibration of all signal paths, which makes board layout simpler and less constraining, and allows for more unique sensor topologies.

The shortcomings of the inventions and techniques described in the prior art can also be traced to the use of only

4

one set of driving and sensing electronics, which was multiplexed sequentially over the electrodes in the tablet. This arrangement was cost effective in the days of discrete components, and avoided offset and scale differences among circuits.

The sequential scanning approach of previous systems also made them more susceptible to noise. Noise levels could change between successive measurements, thus changing the measured signal and the assumptions used in interpolation routines.

Finally, all previous approaches assumed a particular signal response for finger position versus matrix position. Because the transfer curve is very sensitive to many parameters and is not a smooth linear curve as Greanias and Gerpheide assume, such approaches are limited in the amount of interpolation they can perform.

In prior co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet is disclosed. All row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously. The sensed signals are processed by analog circuitry.

Of the touchpad devices currently available, only the Alps/Cirque GlidePoint includes gesture recognition. The GlidePoint supports basic tap, double-tap, and drag gestures to simulate actions on a primary mouse button. It now also supports multiple-finger gestures and there are gestures for simulating secondary button clicks. No information is known about the implementation methods employed in the GlidePoint. However, the GlidePoint is known to have difficulty with double-taps, one of the problems addressed by the present invention. The GlidePoint exhibits a hesitation on each finger-motion stroke which may be an attempt to stabilize the cursor during tap gestures. Also, the GlidePoint must rely on physical switches or extremely high gain or acceleration in order to allow drags over long distances.

One touchpad product, the UnMouse, mounts a switch underneath its resistive sensor so that the user simply presses down on the pad to activate the button. Aside from requiring fragile and complex mechanical mounting, this device also is reported to be very tiring to the user.

Graphics tablets operated by a pressure sensitive stylus instead of a finger are well known in the art. These devices typically use a mechanism like the "push" gesture of the present invention to simulate actuator switches. No other gestures of the sort described herein have been seen in stylus operated tablets.

It is thus an object of the present invention to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously.

It is a further object of the present invention to provide an electronic system that is sensitive to the entire area of contact of a finger or other conductive object with a capacitive tablet, and to provide as output the coordinates of some measure of the center of this contact area while remaining insensitive to the characteristic profile of the object being detected.

It is a further object of the present invention to provide an electronic system that provides as output some measure of area of contact of a finger of other conductive object with a capacitive tablet.

US 6,380,931 B1

5

Yet another object of the present invention is to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the information defining the location of a finger or other conductive object is processed in digital form.

It is a further object of the present invention to provide a two-dimensional capacitive sensing system wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the location of a finger or other conductive object within a peripheral region of a sensing plane can optionally cause cursor "edge motion" on a display screen allowing control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of a drag extension gesture made by a finger or other object on a touch-sensor pad in a manner which permits control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of gestures made by a finger or other object on a touch-sensor pad in a manner which compensates for unintended motion of the finger or other object during expression of the gesture.

Yet another object of the present invention is to provide for the recognition of multiple-finger gestures and for simulating secondary button clicks.

It is a further object of the present invention to provide for the recognition of the difference between gestures made by novice and expert users.

BRIEF DESCRIPTION OF THE INVENTION

With the advent of very high levels of integration, it has become possible to integrate many channels of driving/sensing electronics into one integrated circuit, along with the control logic for operating them, and the interface electronics to allow the pointing device to communicate directly with a host microprocessor. The present invention uses adaptive analog techniques to overcome offset and scale differences between channels, and can thus sense either transcapacitance or self-capacitance of all tablet rows or columns in parallel. This parallel-sensing capability, made possible by providing one set of electronics per row or column, allows the sensing cycle to be extremely short, thus allowing fast response while still maintaining immunity to very high levels of electrical interference.

The present invention comprises a position-sensing technology particularly useful for applications where finger position information is needed, such as in computer "mouse" or trackball environments. However the position-sensing technology of the present invention has much more general application than a computer mouse, because its sensor can detect and report if one or more points are being touched. In addition, the detector can sense the pressure of the touch.

According to a preferred embodiment of the present invention, referred to herein as a "finger pointer" embodiment, a position sensing system includes a position sensing transducer comprising a touch-sensitive surface disposed on a substrate, such as a printed circuit board, including a matrix of conductive lines. A first set of conductive lines runs in a first direction and is insulated from a second set of conductive lines running in a second direction generally perpendicular to the first direction. An insulating

6

layer is disposed over the first and second sets of conductive lines. The insulating layer is thin enough to promote significant capacitive coupling between a finger placed on its surface and the first and second sets of conductive lines.

Sensing electronics respond to the proximity of a finger, conductive object, or an object of high dielectric constant (i.e. greater than about 5) to translate the capacitance changes of the conductors caused by object proximity into digital information which is processed to derive position and touch pressure information. Its output is a simple X, Y and pressure value of the one object on its surface. In all descriptions herein, fingers are to be considered interchangeable with conductive objects and objects of high dielectric constant.

Different prior art pad scan techniques have different advantages in different environments. Parallel drive/sense techniques according to the present invention allow input samples to be taken simultaneously, thus all channels are affected by the same phase of an interfering electrical signal, greatly simplifying the signal processing and noise filtering.

There are two drive/sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the sensor matrix are simultaneously moved, while the voltages of the Y lines are held at a constant voltage, with the complete set of sampled points simultaneously giving a profile of the finger in the X dimension. Next, the voltages on all the Y lines are held at a constant voltage to obtain a complete set of sampled points simultaneously giving a profile of the finger in the other dimension.

According to a second drive/sense method, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This technique doubles the effect of any transcapacitance between the two dimensions, or conversely, halves the effect of any parasitic capacitance to the ground. In both methods, the capacitive information from the sensing process provides a profile of the proximity of the finger to the sensor in each dimension.

As presently preferred, both embodiments then take these profiles and derive a digital value representing the centroid for X and Y position and derive a second digital value for the Z pressure information. The digital information may be directly used by a host computer. Analog processing of the capacitive information may also be used according to the present invention.

The position sensor of these embodiments can only report the position of one object on its sensor surface. If more than one object is present, the position sensor of this embodiment computes the centroid position of the combined set of objects. However, unlike prior art, because the entire pad is being profiled, enough information is available to discern simple multi-finger gestures to allow for a more powerful user interface.

According to another aspect of the present invention, several power reduction techniques which can shut down the circuit between measurements have been integrated into the system. This is possible because the parallel measurement technique according to the present invention is so much faster than prior art techniques.

According to a further aspect of the invention, a variety of noise reduction techniques are integrated into the system.

7          8

According to yet another aspect of the present invention, a capacitance measurement technique which is easier to calibrate and implement is employed.

According to two aspects of the present invention, when the presence of a finger or other conductive object is sensed within a defined peripheral region of the sensing plane, the control of cursor motion may be changed to provide "edge motion" to allow control of large cursor excursions on a display screen from a single gesture executed on a small sensing plane.

According to another aspect of the invention a drag extension gesture is recognized by the host which permits the control of large cursor excursions on a display screen from a single gesture executed on a small sensing plane.

According to a further aspect of the present invention, a number of gestures made by a finger or other object on the touch-sensor pad are recognized and communicated to a host. Recognition of whether certain gestures are made by novice or expert users is also provided. Compensation for unintended motion of the finger or other object during expression of the gestures is provided.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall block diagram of the capacitive position sensing system of the present invention.

FIG. 2a is a top view of an object position sensor transducer according to a presently preferred embodiment of the invention showing the object position sensor surface layer including a top conductive trace layer and conductive pads connected to a bottom trace layer.

FIG. 2b is a bottom view of the object position sensor transducer of FIG. 2a showing the bottom conductive trace layer.

FIG. 2c is a composite view of the object position sensor transducer of FIGS. 2a and 2b showing both the top and bottom conductive trace layers.

FIG. 2d is a cross-sectional view of the object position sensor transducer of FIGS. 2a–2c.

FIG. 3 is a block diagram of sensor decoding electronics which may be used with the sensor transducer in accordance with a preferred embodiment of the present invention.

FIG. 4a is a simplified schematic diagram of a charge integrator circuit which may be used in the present invention.

FIG. 4b is an illustrative schematic diagram of the charge integrator circuit of FIG. 4a.

FIG. 5 is a timing diagram of the operation of charge integrator circuit of FIGS. 4a and 4b.

FIG. 6 is a schematic diagram of an illustrative filter and sample/hold circuit for use in the present invention.

FIG. 7 is a more detailed block diagram of a presently preferred arrangement of A/D converters for use in the present invention.

FIG. 8 is a block diagram of an illustrative arithmetic unit which may be used in the present invention.

FIG. 9 is a block diagram of a calibration unit which may be used with the arithmetic unit of FIG. 8.

FIG. 10 is a schematic diagram of a bias voltage generating circuit useful in the present invention.

FIG. 11 is a diagram of the sensing plane illustrating the edge motion feature of the object position sensor of the present invention.

FIG. 12A is a schematic diagram illustrating a first hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 12B is a schematic diagram illustrating a first hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 13 is a schematic diagram illustrating hardware implementation of the edge motion feature of the present invention.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1.

FIGS. 15a through 15g are timing diagrams illustrating some of the gestures which may be recognized according to the present invention.

FIGS. 16a and 16b are diagrams illustrating two tap zone shapes which may be used on sensor pads according to the present invention.

FIGS. 17a through 17f comprise a flowchart illustrating the operation of the tap unit of FIG. 14.

FIGS. 18 through 18c comprise a flowchart illustrating the operation of the zigzag unit of FIG. 14.

FIG. 19 is a timing diagram illustrating a "push" gesture according to the present invention.

FIG. 20 is a flowchart illustrating the operation of the push unit of FIG. 14.

FIG. 21 is a block diagram of an illustrative LiftJump suppressor circuit which may be used in gesture recognition according to the present invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

This application is a divisional of co-pending application Ser. No. 08/899,317, filed Aug. 12, 1997, which is a continuation of co-pending application Ser. No. 08/623,483, filed Mar. 28, 1996, which is a continuation-in-part of co-pending application Ser. No. 08/320,158, filed Oct. 7, 1994, which is a continuation-in-part of co-pending application Ser. No. 08/300,387, filed Sep. 2, 1994, which is a continuation-in-part of co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,374, 787, which is a continuation-in-part of co-pending application Ser. No. 07/895,934, filed Jun. 8, 1992. The present invention continues the approach disclosed in the parent applications and provides more unique features not previously available. These improvements provide a more easily integrated solution, increased sensitivity, and greater noise rejection, increased data acquisition rate and decreased power consumption. The present invention allows for continuous self calibration to subtract out the effects of environmental changes and allows for enhanced cursor control from edge motion on a sensing plane.

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the invention will readily suggest themselves to such skilled persons.

The present invention brings together in combination a number of unique features which allow for new applications not before possible. Because the object position sensor of the present invention has very low power requirements, it is beneficial for use in battery operated or low power applications such as lap top or portable computers. It is also a very low cost solution, has no moving parts (and is therefore virtually maintenance free), and uses the existing printed circuit board traces for sensors. The sensing technology of

US 6,380,931 B1

9
10

the present invention can by integrated into a computer motherboard to even further lower its cost in computer applications. Similarly, in other applications the sensor can be part of an already existent circuit board.

Because of its small size and low profile, the sensor technology of the present invention is useful in lop top or portable applications where volume is an important consideration. The sensor technology of the present invention requires circuit board space for only a single sensor interface chip that can interface directly to a microprocessor, plus the area needed on the printed circuit board for sensing.

Referring first to FIG. 1, a simplified block diagram of the capacitive position sensing system 6 of the present invention is presented. Capacitive position sensing system 6 can accurately determine the position of a finger 8 or other conductive object proximate to or touching a sensing plane 10. The capacitance of a plurality of conductive lines running in a first direction (e.g., "X") is sensed by X input processing circuitry 12 and the capacitance of a plurality of conductive lines running in a second direction (e.g., "Y") is sensed by Y input processing circuitry 14. The sensed capacitance values are digitized in both X input processing circuitry 12 and Y input processing circuitry 14. The outputs of X input processing circuitry 12 and Y input processing circuitry 14 are presented to arithmetic unit 16, which uses the digital information to derive digital information representing the position and pressure of the finger 8 or other conductive object relative to the sensing plane 10.

The X, Y, and Z outputs of arithmetic unit 16 are directed to motion unit 18 which provides the cursor motion direction signals to the host computer. Those of ordinary skill in the art will recognize, that as used herein, "host" may mean a stand-alone computer such as an IBM or compatible PC or computer made by Apple Computers, hand-held control units, personal digital assistants, remote communication devices, or the like, or to any other devices or system which can take as input the output of a touch tablet.

The X, Y, and Z outputs of arithmetic unit 16 are also directed to gesture unit 20, which is used to recognize certain finger gestures performed by a user on sensing plane 10. In addition, gesture unit 20 may produce a signal to motion unit 18 to enable the edge motion feature of the present invention based on the state of gesture processing.

The sensor material can be anything that allows creation of a conductive X/Y matrix of pads. This includes not only standard PC boards, but also includes but is not limited to flexible PC boards, conductive elastomer materials, silk-screened conductive lines, and piezo electric Kynar plastic materials. This renders it useful as well in any portable equipment application or in human interface where the sensor needs to be molded to fit within the hand.

The sensor can be conformed to any three dimensional surface. Copper can be plated in two layers on most any surface contour producing the sensor. This will allow the sensor to be adapted to the best ergonomic form needed for any particular application. This coupled with the "light-touch" feature will make it effortless to use in many applications. The sensor can also be used in an indirect manner, i.e. it can have an insulating foam material covered by a conductive layer over the touch sensing surface and be used to detect any object (not just conductive) that presses against its surface.

Small sensor areas are practical, i.e., a presently conceived embodiment takes about 1.5"×1.5" of area, however those or ordinary skill in the art will recognize that the area is scaleable for different applications. The matrix area is scalable by either varying the matrix trace spacing or by varying the number or traces. Large sensor areas are practical where more information is needed.

Besides simple X and Y position information, the sensor technology of the present invention also provides finger pressure information. This additional dimension of information may be used by programs to control special features such as "brush-width modes in Paint programs, special menu accesses, etc., allowing provision of a more natural sensory input to computers. It has also been found useful for implementing "mouse click and drag" modes and for simple input gestures.

The user will not even have to touch the surface to generate the minimum reaction. This feature can greatly minimize user strain and allow for more flexible use.

The sense system of the present invention depends on a transducer device capable of providing position and pressure information regarding the object contacting the transducer. Referring nor to FIGS. 2a–2d, top, bottom, composite, and cross-sectional views, respectively, are shown of a presently-preferred sensing plane 10 comprising a touch sensor array 22 for use in the present invention. Since capacitance is exploited by this embodiment of the present invention, the surface of touch sensor array 22 is designed to maximize the capacitive coupling to a finger or other conductive object.

A presently preferred touch sensor array 22 according to the present invention comprises a substrate 24 including a first set of conductive traces 26 disposed on a top surface 28 thereof and run in a first direction to comprise row positions of the touch sensor array 22. A second set of conductive traces 30 are disposed on a bottom surface 32 thereof and run in a second direction preferably orthogonal to the first direction to form the column positions of the touch sensor array 22. The first and second set of conductive traces 26 and 30 are alternately in contact with periodic sense pads 34 comprising enlarged areas, shown as diamonds in FIGS. 2a–2c, any shape, such as circles, which allows them to be closely packed is equivalent for purposes of this invention. As an arbitrary convention herein, the first set of conductive traces 26 will be referred to as being oriented in the "X" or "row" direction and may be referred to herein sometimes as "X lines" and the second set of conductive traces 30 will be referred to as being oriented in the "Y" or "column" direction and may be referred to herein sometimes as "Y lines".

The number and spacing of these sense pads 34 depends upon the resolution desired. For example, in an actual embodiment constructed according to the principles of the present invention, a 0.10 inch center-to-center diamond-shaped pattern of sense pads 34 disposed along a matrix of 15 rows and 15 columns of conductors is employed. Every other sense pad 34 in each direction in the pad pattern is connected to first and second sets of conductive traces 26 and 30 on the top and bottom surfaces 28 and 32, respectively of substrate 24.

Substrate 24 may be a printed circuit board, a flexible circuit board or any of a number of available circuit interconnect technology structures. Its thickness is unimportant as long as contact may be made therethrough from the second set of conductive traces 30 to their sense pads 34 on the top surface 28. The printed circuit board comprising substrate 24 can be constructed using standard industry techniques. Board thickness is not important. Connections form the sense pads 34 to the second set of conductive traces 30 may be made employing standard plated-through hole techniques well known in the printed circuit board art.

US 6,380,931 B1

11

In an alternate embodiment of the present invention, the substrate **24** may have a thickness on the order of 0.005 to 0.010 inches. Then the sense pads **34** on the top surface **28** and the plated through holes that connect to the second set of conductive traces **30**, can be omitted, further reducing the cost of the system.

An insulating layer **36** is disposed over the sense pads **34** on top surface **28** to insulate a human finger or other object therefrom. Insulating layer **36** is preferably a thin layer (i.e., approximately 5 mils) to keep capacitive coupling large and may comprise a material, such as mylar, chosen for its protective and ergonomic characteristics. The term "significant capacitive coupling" as used herein shall mean capacitive coupling having a magnitude greater than about 0.5 pF.

There are two different capacitive effects taking place when a finger approaches the touch sensor array **22**. The first capacitive effect is trans-capacitance, or coupling between sense pads **34**, and the second capacitive effect is self-capacitance, or coupling to virtual ground. Sensing circuitry is coupled to the touch sensor array **22** of the present invention and responds to changes in either or both of these capacitances. This is important because the relative sized of the two capacitances change greatly depending on the user environment. The ability of the present invention to detect changes in both self capacitance and trans-capacitance results in a very versatile system having a wide range of applications.

According to the preferred embodiment of the invention, a position sensor system including touch sensor array **22** and associated position detection circuitry will detect a finger position on a matrix of printed circuit board traces via the capacitive effect of finger proximity to the touch sensor array **22**. The position sensor system will report the X, Y position of a finger placed near the touch sensor array **22** to much finer resolution than the spacing between the first and second sets of conductive traces **26** and **30**. The position sensor according to this embodiment of the invention will also report a z value proportional to the outline of that finger and hence indicative of the pressure with which the finger contacts the surface of insulating layer **36** over the touch sensor array **22**.

According to the presently preferred embodiment of the invention, a very sensitive, light-touch detector circuit may be provided using adaptive analog and digital 5 VLSI techniques. The circuit of the present invention is very robust and calibrates out process and systematic errors. The detector circuit of the present invention will process the capacitive input information and provide digital information which may be presented directly to a microprocessor.

According to this embodiment of the invention, sensing circuitry is contained on a single sensor processor integrated circuit chip. The sensor processor chip can have any number of X and Y "matrix" inputs. The number of X and Y inputs does not have to be equal. The integrated circuit has a digital bus as output. In the illustrative example disclosed in FIGS. 2a–2d herein, the touch sensor array **22** has 15 traces in both the X and Y directions. The sensor processor chip thus has 15 X inputs and 15 Y inputs. An actual embodiment constructed according to the principles of the present invention employed 18 traces in the X direction and 24 traces in the Y direction. Those of ordinary skill in the art will recognize that the size of the touch sensor array **22** which may be employed in the present invention is arbitrary and will be dictated largely by design choice.

The X and Y matrix nodes are driven and sensed in parallel, with the capacitive information from each line

12

indicating how close a finger is to that node. The scanned information provides a profile of the finger proximity in each dimension. According to this aspect of the present invention, the profile centroid is derived in both the X and Y directions and is the position in that dimension. The profile curve of proximity is also integrated to provide the Z information.

There are two drive and sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved, while the voltages of the Y lines are held at a constant voltage. Next, the voltages on all of the Y lines of the touch sensor array **22** are simultaneously moved, while the voltages of the X lines are held at a constant voltage. This scanning method accentuates the measurement of capacitance to virtual ground provided by the finger. Those of ordinary skill in the art will recognize that the order of these two steps is somewhat arbitrary and may be reversed.

According to a second drive/sense method, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the touch sensor array **22** are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This second drive/sense method accentuates trans-scapacitance and de-emphasizes virtual ground capacitance. As with the first drive/sense method, those of ordinary skill in the art will recognize that the order of these two steps is somewhat arbitrary and may be reversed.

Referring now to FIG. 3, a block diagram of the presently preferred sensing circuitry **40** for use according to the present invention is presented. This block diagram, and the accompanying disclosure, relates to the sensing circuitry **40** in one dimension (X) only, and includes the X input processing circuitry **12** of FIG. **1**. Those of ordinary skill in the art will appreciate that an identical circuit would be used for sensing the opposite (Y) dimension and would include the Y input processing circuitry **14** of FIG. **1**. Such skilled persons will further note that the two dimensions do not need to be orthogonal to one another. For example, they can be radial or of any other nature to match the contour of the touch sensor array **22** and other needs of the system. Those of ordinary skill in the art will recognize that the technology disclosed herein could be applied as well to a one-dimensional case where only one set of conductive traces is used.

The capacitance at each touch sensor array **22** node is represented by equivalent capacitors **42-1** through **42-n**. The capacitance of capacitors **42-1** through **42-n** comprises the capacitance of the matrix conductors and has a characteristic background value when no object (e.g., a finger) is proximate to the sensing plane **10** of the touch sensor array **22**. As an object approaches the sensing plane **10** the capacitance of capacitors **42-1** through **42-n** increases in proportion to the size and proximity of the object.

According to the present invention, the capacitance at each touch sensor array **22** node is measured simultaneously using charge integrator circuits **44-1** through **44-n**. Charge-integrator circuits **44-1** through **44-n** serve to inject charge into the capacitances **42-1** through **42-n**, respectively, and to develop an output voltage proportional to the capacitance sensed on the corresponding X matrix line. Thus charge-integrator circuits **44-1** through **44-n** are shown as bidirectional amplifier symbols. Each charge-integrator circuit **44-1**

US 6,380,931 B1

13

14

through 44-n is supplied with an operating bias voltage by bias-voltage generating circuit 46.

As used herein, the phrase "proportional to the capacitance" means that the voltage signal generated is a monotonic function of the sensed capacitance. In the embodiment described herein, the voltage is directly and linearly proportional to the capacitance sensed. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein. In addition current-sensing as well as voltage-sensing techniques could be employed.

According to a presently preferred drive/sense method used in the present invention, the capacitance measurements are performed simultaneously across all inputs in one dimension to overcome a problem that is inherent in all prior art approaches that scan individual inputs. The problem with the prior-art approach is that it is sensitive to high frequency and large amplitude noise (large dv/dt noise) that is coupled to the circuit via the touching object. Such noise may distort the finger profile because of noise appearing in a later scan cycle but not an earlier one, due to a change in the noise level.

The present invention overcomes this problem by "taking a snapshot" of all inputs simultaneously in X and then Y directions (or visa versa). Because the injected noise is proportional to the finger signal strength across all inputs, it is therefore symmetric around the finger centroid. Because it is symmetric around the finger centroid it does not affect the finger position. Additionally, the charge amplifier performs a, differential measuring function to further reject common-mode noise.

Because of the nature of the charge integrator circuits 44-1 through 44-n, their outputs will be changing over time and will have the desired voltage output for only a short time. As presently preferred, filter circuits 48-1 through 48-n are implemented as sample and hold switched capacitor filters.

The desired voltage is captured by the filter circuits 48-1 through 48-n. As controlled by control circuitry 56, the filter circuits 48-1 through 48-n will filter out any high frequency noise from the sensed signal. This is accomplished by choosing the capacitor for the filter to be much larger than the output capacitance of charge integrator circuits 44-1 through 44-n. In addition, those of ordinary skill in the art will recognize that the switched capacitor filter circuits 48-1 through 48-n will capture the desired voltages and store them.

According to the present invention, the capacitance information obtained in voltage form from the capacitance measurements is digitized and processed in digital format. Accordingly, the voltages stored by filter circuits 48-1 through 48-n are stored in sample/hold circuits 50-1 through 50-n so that the remainder of the circuitry processes input data taken at the same time. Sample/hold circuits 50-1 through 50-n may be configured as conventional sample/hold circuits as is well known in the art.

The sampled analog voltages at the outputs of sample/hold circuits 50-1 through 50-n are digitized by analog-to-digital (A/D) converters 52. As presently preferred, A/D converters 52 resolve the input voltage to a 10-bit wide digital signal (a resolution of one part in 1,024), although those of ordinary skill in the art will realize that other resolutions may be employed. A/D converters 52 may be

conventional successive approximation type converters as is known in the art.

Given the charge integrator circuits 44 employed in the present invention, the background level (no object present) of the charge integrator circuits 44 outputs will be about 1 volt. The $\Delta V$ resulting from the presence of a finger or other object will typically be about 0.4 volt. The voltage range of the A/D converters 52 should therefore be in the range of between about 1–2 volts.

An important consideration is the minimum and maximum voltage reference points for the A/D converters 52 ($V_{min}$ and $V_{max}$). It has been found that noise will cause position jitter if these reference voltages are fixed points. A solution to this problem which is employed in the present invention is to dynamically generate the $V_{min}$ and $V_{max}$ reference voltages from reference capacitances 42-Vmin and 42-Vmax, sensed by charge integrator circuits 44-Vmin and 44-Vmax and processed by filter circuits 48 Vmin and 48-Vmax and stored in sample/hold circuits 50-Vmin and 50-Vmax. In this manner, any common mode n that reference capacitances 42-Vmin and 42-Vmax may either be discrete capacitors or extr

According to the present invention, the $V_{min}$ reference voltage is generated from a capacitor having a value equal to the lowest capacitance expected to be encountered in the touch sensor array 22 with no object present (about 12 pF assuming a 2 inch square sensor array). The $V_{max}$ reference voltage is generated from a capacitor having a value equal to the largest capacitance expected to be encountered in the touch sensor array 22 with an object present (about 16 pF assuming a 2 inch square sensor array).

The outputs of A/D converters 52 provide inputs to arithmetic unit 16. As will be more fully disclosed with reference to FIG. 8, the function of arithmetic unit 16 is to compute the weighted average of the signals on the individual sense lines in both the X and Y directions in the touch sensor array 22. Thus, arithmetic unit 16 is shared by the X input processing circuitry 12 and the Y input processing circuitry 14 as shown in FIG. 1.

Control circuitry 56 of FIG. 3 orchestrates the operation of the remainder of the circuitry. Because the system is discretely sampled and pipelined in its operation, control circuitry 56 is present to manage the signal flow. The functions performed by control circuitry 56 may be conventionally developed via what is commonly known in the art as a state machine or microcontroller.

The structure and operation of the individual blocks of FIG. 3 will now be disclosed. Referring now to FIGS. 4a, 4b, and 5, a typical charge integrator circuit 44 will be described. Charge integrator circuit 44 is shown as a simplified schematic diagram in FIG. 4a and as an illustrative schematic diagram in FIG. 4b. The timing of the operation of charge integrator circuit 44 is shown in FIG. 5. These timing signals are provided by the control circuitry 56.

Charge integrator circuit 44 is based on the fundamental physical phenomena of using a current to charge a capacitor. If the capacitor is charged for a constant time by a constant current, then a voltage will be produced on the capacitor which is inversely proportional to the capacitance. The capacitance to be charged is the sensor array line capacitance 42 in parallel with an internal capacitor. This internal capacitor will contain the voltage of interest.

Referring now to FIG. 4a, a simplified schematic diagram of an illustrative charge integrator circuit 44 is shown. A charge integrator circuit input node 60 is connected to one of the X (or Y) lines of the touch sensor array 22. A first

US 6,380,931 B1

15                                                                                          16

shorting switch **62** is connected between the charge integrator circuit input node **60** and $V_{DD}$, the positive supply rail. A second shorting switch **64** is connected between the charge integrator circuit input node **60** and ground, the negative supply rail. A positive constant current source **66** is connected to $V_{DD}$, the positive supply rail and to the charge integrator circuit input node **60** and through a first current source switch **68**. A negative constant current source **70** is connected to ground and to the charge integrator circuit input node **60** and through a second current source switch **72**. It is obvious that other high and low voltage rails could be used in place of $V_{DD}$ and ground.

A first internal capacitor **74** is connected between $V_{DD}$ and output node **76** of charge integrator circuit **44**. A positive voltage storage switch **78** is connected between output node **76** and input node **60**. A second internal capacitor **80** has one of its plates connected to ground through a switch **82** and to output node **76** of charge integrator circuit **44** through a switch **84**, and the other one of its plates connected to input node **60** through a negative voltage storage switch **86** and to $V_{DD}$ through a switch **88**. The capacitance of first and second internal capacitors **74** and **80** should be a small fraction (i.e., about 10%) of the capacitance of the individual sensor array lines. In a typical embodiment, the sensor array line capacitance will be about 10 pF and the capacitance of capacitors **74** and **80** should be about 1 pF.

According to the presently preferred embodiment of the invention, the approach used is a differential measurement for added noise immunity, the benefit of which is that any low frequency common mode noise gets subtracted out. For the following discussion, it is to be assumed that all switches are open unless they are noted as closed. First, the sensor array line is momentarily shorted to $V_{DD}$ through switch **62**, switch **78** is closed connecting capacitor **74** in parallel with the capacitance of the sensor line. Then the parallel capacitor combination is discharged with a constant current from current source **70** through switch **72** for a fixed time period. At the end of the fixed time period, switch **78** is opened, thus storing the voltage on the sensor array line on capacitor **74**.

The sensor line is then momentarily shorted to ground through switch **64**, and switches **82** and **86** are closed to place capacitor **80** in parallel with the capacitance of the sensor line. Switch **68** is closed and the parallel capacitor combination is charged with a constant current from current source **66** for a fixed time period equal to the fixed time period of the first cycle. At the end of the fixed time period, switch **86** is opened, thus storing the voltage on the sensor matrix line on capacitor **80**.

The first and second measured voltages are then averaged. This is accomplished by opening switch **82** and closing switches **88** and **84**, which places capacitor **80** in parallel with capacitor **74**. Because capacitors **74** and **80** have the same capacitance, the resulting voltage across them is equal to the average of the voltages across each individually. This final result is the value that is then passed on to the appropriate one of filter circuits **48-1** through **48-n**.

The low frequency noise, notably 50/60 Hz and their harmonics, behaves as a DC current component that adds in one measurement and subtracts in the other. When the two results are added together that noise component averages to zero. The amount of noise rejection is a function of how quickly in succession the two opposing charge-up and charge-down cycles are performed as will be disclosed herein. One of the reasons for the choice of this charge integrator circuit **44** is that it allows measurements to be taken quickly.

Referring now to FIG. 4b, a more complete schematic diagram of an illustrative embodiment of charge integrator circuit **44** of the simplified diagram of FIG. 4a is shown. Input node **60** is shown connected to V DD and ground through pass gates **90** and **92**, which replace switches **62** and **64** of FIG. 4a. Pass gate **90** is controlled by a signal ResetUp presented to its control input and pass gate **92** is controlled by a signal ResetDn presented to its control input. Those of ordinary skill in the art will recognize that pass gates **90** and **92**, as well as all of the other pass gates which are represented by the same symbol in FIG. 4b may be conventional CMOS pass gates as are known in the art. The convention used herein is that the pass gate will be off when its control input is held low and will be on and present a low impedance connection when its control input is held high.

P-Channel MOS transistors **94** and **96** are configured as a current Mirror.

P-Channel MOS transistor **94** serves as the current source **66** and pass gate **98** serves as switch **68** of FIG. 4a. The control input of pass gate **98** is controlled by a signal StepUp.

N-Channel MOS transistors **100** and **102** are also configured as a current mirror. N-Channel MOS transistor **100** serves as the current source **70** and pass gate **104** serves as switch **72** of FIG. 4a. The control input of pass gate **104** is controlled by a signal StepDn. P-Channel MOS transistor **106** and N-Channel MOS transistor **108** are placed in series with P-Channel MOS current mirror transistor **96** and N-Channel MOS current mirror transistor **102**. The control gate of P-Channel MOS transistor **106** is driven by an enable signal EN, which turns on P-Channel MOS transistor **106** to energize the current mirrors. This device is used as a power conservation device so that the charge integrator circuit **44** may be turned off to conserve power when it is not in use.

N-Channel MOS transistor **108** has its gate driven by a reference voltage Vbias, which sets the current through current mirror transistors **96** and **102**. The voltage Vbias is set by a servo feedback circuit as will be disclosed in more detail with reference to FIG. **10**. Those of ordinary skill in the art will appreciate that this embodiment allows calibration to occur in real time (via long time constant feedback) thereby zeroing out any long term effects due to sensor environmental changes. In a current embodiment of the invention, Vbias is common for all charge integrator circuits **44-1** through **44-n** and **44-Vmax** and **44-Vmin**.

Note that proper sizing of N-channel MOS transistors **102** and **108** may provide temperature compensation. This is accomplished by taking advantage of the fact that the threshold of N-Channel MOS transistor **108** reduces with temperature while the mobility of both N-Channel MOS transistors **102** and **108** reduce with temperature. The threshold reduction has the effect of increasing the current while the mobility reduction has the effect of decreasing the current. By proper device sizing these effects can cancel each other out over a significant part of the operating range.

Capacitor **74** has one plate connected to $V_{DD}$ and the other plate connected to the output node **76** and to the input node **60** through pass gate **110**, shown as switch **78** in FIG. 4a. The control input of pass gate **110** is driven by the control signal SUp. One plate of capacitor **80** is connected to input node **60** through pass gate **112** (switch **86** in FIG. 4a) and to $V_{DD}$ through pass gate **114** (switch **88** in FIG. 4a). The control input of pass gate **112** is driven by the control signal SDn and the control input of pass gate **114** is driven by the control signal ChUp. The other plate of capacitor **80** is connected to ground through N-Channel MOS transistor **116**

US 6,380,931 B1

17

(switch **82** in FIG. **4**a) and to output node **76** through pass gate **118** (switch **84** in FIG. **4**a). The control input of pass gate **118** is driven by control signal Share.

Referring now to FIGS. **4**a, **4**b and the timing diagram of FIG. **5**, the operation of charge integrator circuit **44** during one scan cycle may be observed. First the EN (enable) control signal goes active by going to 0v. This turns on the current mirrors and energizes the charge and discharge current sources, P-channel and N-channel MOS transistors **94** and **100**. The ResetUp control signal is active high at this time, which shorts the input node **60** (and the sensor line to which it is connected) to $V_{DD}$. The Sup control signal is also active high at this time which connects capacitor **74** and the output node **76** to input node **60**. This arrangement guarantees that the following discharge portion of the operating cycle always starts from a known equilibrium state.

The discharge process starts after the ResetUp control signal goes inactive. The StepDn control signal goes active, connecting N-channel MOS transistor **100**, the discharge current source, to the input node **60** and its associated sensor line. StepDn is active for a set amount of time, and the negative constant current source discharges the combined capacitance of the sensor line and capacitor **74** thus lowering its voltage during that time. StepDn is then turned off. A short time later the SUp control signal goes inactive, storing the measured voltage on capacitor **74**. That ends the discharge cycle.

Next, the ResetDn control signal becomes active and shorts the sensor line to ground. Simultaneously the SDn and ChDn control signals become active and connect capacitor **80** between ground and the sensor line. Capacitor **80** is discharged to ground, guaranteeing that the following charge up cycle always starts from a known state.

The charge up cycle starts after ResetDn control signal becomes inactive and the StepUp control signal becomes active. At this point the current charging source, P-channel MOS transistor **94**, is connected to the sensor line and supplies a constant current to charge the sensor line by increasing the voltage thereon. The StepUp control signal is active for a set amount of time (preferably equal to the time for the previously mentioned cycle) allowing the capacitance to charge, and then it is turned off. The SDn control signal then goes inactive, leaving the measured voltage across capacitor **80**.

The averaging cycle now starts. First the voltage on capacitor **80** is level shifted. This is done by the ChDn control signal going inactive, letting one plate of the capacitor **80** float. Then the ChUp control signal goes active, connecting the second plate of the capacitor **80** to $V_{DD}$. Then the Share control signal becomes active which connects the first plate of capacitor **80** to output node **76**, thus placing capacitors **74** and **80** in parallel. This has the effect of averaging the voltages across the two capacitors **74** and **80**, thus subtracting out common-mode noise as previously described. This average voltage is also then available on output node **76**.

Those of ordinary skill in the art will recognize that the environmental alternating current and other low frequency noise-canceling feature inherent in the averaging of the voltages obtained in the discharge and charge cycles is most effective when the two cycles are performed very close together in time. According to the present invention, the ChDn and ChUp signals should be asserted with respect to each other within a time period much less than a quarter of the period of the noise to be canceled in order to take advantage of this feature of the present invention.

18

According to the present invention, two different drive/sense methods have been disclosed. Those of ordinary skill in the art will readily observe that the charge integrator circuit **44** disclosed with reference to FIGS. **4**a, **4**b, and **5** is adaptable to operate according to either scanning method disclosed herein.

As is clear from an understanding of the operation of charge integrator circuit **44**, its output voltage is only available for a short period of time and is subject to environmental noise. In order to minimize the effects of noise, a switched capacitor filter circuit **48** is used. Referring now to FIG. **6**, a schematic diagram of an illustrative switched capacitor filter circuit **48** which may be used in the present invention is shown. Those of ordinary skill in the art will recognize this switched capacitor filter circuit, which comprises an input node **120**, a pass gate **122** having a control input driven by a Sample control signal, a capacitor **124** connected between the output of the pass gate **122** and a fixed voltage such as ground, and an output node **126** comprising the common connection between the capacitor **124** and the output of the pass gate **122**. In a typical embodiment, capacitor **124** will have a capacitance of about 10 pF.

As will be appreciated by persons of ordinary skill in the art, the switched capacitor filter circuit **48** is in part a sample/hold circuit and has a filter time constant which is K times the period of sample, where K is the ratio of capacitor **124** to the sum of capacitors **74** and **80** of the charge integrator circuit **44** of FIGS. **4**a and **4**b to which it is connected. The switched capacitor filter circuit **48** further reduces noise injection in the system. In the preferred embodiment, K=10/2=5. Those of ordinary skill in the art will recognize that other types of filter circuits, such as RC filters, may be employed in the present invention.

Referring now to FIG. **7**, a more detailed block diagram of a presently preferred arrangement of A/D converters **52** of FIG. **3** is presented. There are fewer A/D converters **52** than there are lines in the touch sensor array. **22**, and the inputs to the A/D converters **52** are multiplexed to share each of the individual A/D converters **52** among several lines in the touch sensor array **22**. The arrangement in FIG. **7** is more efficient in the use of integrated circuit layout area than providing individual A/D converters **52** for each input line.

In the embodiment illustrated in FIG. **7**, twenty-four conductive line traces are assumed for the touch sensor array **22** of FIGS. **2**a–**2**d. As shown in FIG. **7**, the outputs of sample/hold circuits **50**-1 through **50**-24 are fed to the analog data inputs of analog multiplexer **130**. Analog multiplexer **130** has six outputs, each of which drives the input of an individual A/D converter **52**-1 through **52**-6. The internal arrangement of analog multiplexer **130** is such that four different ones of the inputs are multiplexed to each of the outputs. Analog multiplexer **130** has been drawn as six internal multiplexer blocks **132**-1 through **132**-6.

In the example shown in FIG. **7**, inputs taken from sample/hold circuits **50**-1 through **50**-4 are multiplexed to the output of internal multiplexer block **132**-1 which drives A/D converter **52**-1. Similarly, inputs taken from sample/hold circuits **50**-5 through **50**-8 are multiplexed to the output of internal multiplexer block **132**-2 which drives A/D converter **52**-2; inputs taken from sample/hold circuits **50**-9 through **50**-12 are multiplexed to the output of internal multiplexer block **132**-3 which drives A/D converter **52**-3; inputs taken from sample/hold circuits **50**-13 through **50**-16 are multiplexed to the output of internal multiplexer block

# EXHIBIT 2

(Part 2 of 2)

US 6,380,931 B1

19

20

132-4 which drives A/D converter 52-4; inputs taken from sample/hold circuits 50-17 through 50-20 are multiplexed to the output of internal multiplexer block 132-5 which drives A/D converter 52-5; and inputs taken from, sample/hold circuits 50-21 through 50-24 are multiplexed to the output of internal multiplexer block 132-6 which drives A/D converter 52-6.

Analog multiplexer 130 has a set of control inputs schematically represented by bus 134. In the illustrative embodiment shown in FIG. 7, each of internal multiplexors 132-1 through 132-6 are four-input multiplexors and thus control bus 134 may comprise a two-bit bus for a one-of four selection. Those of ordinary skill in the art will recognize that the arrangement of FIG. 7 is merely one of a number of specific solutions to the task of A/D conversion from twenty-four channels, and that other satisfactory equivalent arrangements are possible.

In a straightforward decoding scheme, multiplexors 132-1 through 132-6 will pass, in sequence, the analog voltages present on their first through fourth inputs on to the inputs of A/D converters 52-1 through 52-6 respectively. After the analog values have settled in the inputs of A/D converters 52-1 through 52-6, a CONVERT command is asserted on common A/D control line 136 to begin the A/D conversion process.

When the A/D conversion process is complete, the digital value representing the input voltage is stored in registers 138-1 through 138-6. As presently preferred, registers 138-1 through 138-6 may each comprise a two-word register, so that one word may be read out of the registers 138-1 through 138-6 to arithmetic unit 16 while a second word is being written into the registers 138-1 through 138-6 in order to maximize the speed of the system. The design of such registers 138-1 through 138-6 is conventional in the art.

Referring now to FIG. 8, a more detailed block diagram of the arithmetic unit 16 is presented. Those of ordinary skill in the art will appreciate that arithmetic unit 16 processes information from both the X and Y dimensions, i.e., from X input processing circuit 12 and Y input processing circuit 14 of FIG. 1.

Before disclosing the structural configuration of arithmetic unit 16, it is helpful to understand the preferred method by which the centroid position of an object proximate to the touch sensor array 22 is determined according to the present invention.

According to a presently preferred embodiment of the invention, the object position in either direction may be determined by evaluating the weighted average of the capacitances measured on the individual sense line of the touch sensor array 22. In the following discussion, the X direction is used, but those of ordinary skill in the art will recognize that the discussion applies to the determination of the weighted average in the Y direction as well. As is well known, the weighted average may be determined as follows:

$$Xposition = \frac{\sum_{i=0}^{n} i \times \Delta Ci}{\sum_{i=o}^{n} \Delta Ci} \qquad \text{[Eq. 1]}$$

where $\Delta C_i = C_i - C0_i$. $C_i$ is the capacitance presently being measured on the ith trace and $C0_i$ is the value measured on that same trace at some past time when no object was present. In terms of these past and present capacitance measurements, the position can be expressed as:

$$Xposition = \frac{\sum_{i=0}^{n} i \times (Ci - C0i)}{\sum_{i=0}^{n} (Ci - C0i)} \qquad \text{[Eq. 2]}$$

Using the distributive property of multiplication over addition, this expression is seen to be equivalent to:

$$Xposition = \frac{-\sum_{i=0}^{n} (i \times C0i) + \sum_{i=0}^{n} (i \times Ci)}{-\sum_{i=0}^{n} (C0i) + \sum_{i=0}^{n} (Ci)} \qquad \text{[Eq. 3]}$$

where the negative terms in both the numerator and denominator are offsets and represent the background value of the capacitances with no object present. If the term $O_N$ is used to represent the numerator offset and the term $O_D$ is used to represent the denominator offset, Eq. 3 may be re-written as:

$$Xposition = \frac{-O_N + \sum_{i=0}^{n} (i \times Ci)}{-O_D + \sum_{i=0}^{n} (Ci)} \qquad \text{[Eq. 4]}$$

Referring now to FIG. 8, it may be seen that arithmetic unit 16 includes X numerator and denominator accumulators 150 and 152 and Y numerator and denominator accumulators 154 and 156. The source of operand data for X numerator and denominator accumulators 150 and 152 and Y numerator and denominator accumulators 154 and 156 are the registers 138-1 through 138-6 in each (X and Y) direction of the touch sensor array 22 of FIG. 1. The X and Y denominator accumulators 152 and 156 sum up the digital results from the A/D conversions. The X and Y numerator accumulators 150 and 154 compute the weighted sum of the input data rather than the straight sum. X and Y numerator and denominator accumulators 150, 152, 154, and 156 may be configured as hardware elements or as software running on a microprocessor as will be readily understood by those of ordinary skill in the art.

As may be seen from an examination of FIG. 8, X and Y numerator accumulators 150 and 154 compute the expression of Eq. 4:

$$\sum_{i=0}^{n} i \times C_i \qquad \text{[Eq. 5]}$$

and X and Y denominator accumulators 152 and 156 compute the expression of Eq. 4:

$$\sum_{i=0}^{n} C_i \qquad \text{[Eq. 6]}$$

The contents of X and Y numerator and denominator offset registers 158, 160, 162, and 164 are subtracted from the results stored in the X and Y numerator and denominator accumulators 150, 152, 154, and 156 in adders 166, 168, 170, and 172. Adder 166 subtracts the offset $O_{NX}$ stored in X numerator offset register 158. Adder 168 subtracts the offset $O_{DX}$ stored in X denominator offset register 160. Adder 170 subtracts the offset $O_{NY}$ stored in Y numerator

US 6,380,931 B1

21

offset register 162. Adder 172 subtracts the offset $O_{DY}$ stored in Y denominator offset register 164. The numerator denominator pairs are divided by division blocks 174 and 176 to produce the X and Y position data, and the X and Y denominator pair is used by block 178 to produce Z axis (pressure) data. The function performed by block 178 will be disclosed later herein. The offsets $O_{DX}$, $O_{NX}$, $O_{DY}$, and $O_{NY}$ are sampled from the contents of the X and Y numerator and denominator accumulators 150, 152, 154 and 156 when directed by calibration unit 180.

Persons of ordinary skill in the art will readily appreciate that the architecture of the system of the present invention may be distributed in a number of ways, several of which involve the availability of a microprocessor, whether it be in a host computer to which the system of the present invention is connected or somewhere between the integrated circuit described herein and a host computer. Embodiments of the present invention are contemplated wherein the accumulated numerator and denominator values representing the summation terms are delivered to such. a microprocessor along with the $O_N$ and $O_D$ offset values for processing, or where all processing is accomplished by a programmed microprocessor as is known in the art.

Initially, the X and Y numerator and denominator accumulators 150, 152, 154, and 156 are set to zero during system startup. If the multiplexed A/D converters 52-1 through 52-6 as shown in FIG. 7 are employed, the digitized voltage data in the first word of register 138-1 (representing the voltage at the output of sample/hold circuit 50-1) is added to the sum in the accumulator and the result stored in the accumulator. In succession, the digitized voltage values stored in the first word of registers 138-2 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-5, 50-9, 50-13, 50-17, and 50-21, respectively) are added to the sums in the accumulators and the results stored in the accumulators. As previously mentioned, A/D converters 52-1 through 52-6 may at this time be converting the voltages present at the outputs of sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22 and storing the digitized values in the second words of registers 138-1 through 138-6 respectively.

Next, in succession, the digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of-sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22, respectively) are added to the sum in the accumulator and the result stored in the accumulator.

Next, in succession, the digitized voltage values stored in the first words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-3, 50-7, 50-11, 50-15, 50-19, and 50-23, respectively) are added to the sum in the accumulator and the result stored in the accumulator, followed by digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-4, 50-8, 50-12, 50-16, 50-20, and 50-24, respectively).

At this point in time, the accumulators hold the sums of all of the individual digitized voltage values. The digital values stored in the $O_N$ and $O_D$ offset registers 158, 160, 162, and 164 are now respectively subtracted from the values stored in the numerator and denominator accumulators. The division operation in dividers 174 and 176 then completes the weighted average computation.

The division operation may also be performed by an external microprocessor which can fetch the values stored in the accumulators or perform the accumulations itself. As the

22

$O_N$ and $O_D$ offset values are presently derived by an external microprocessor, the additional processing overhead presented to such external microprocessor by this division operation is minimal. Alternately, a dedicated microprocessor may be included on chip to handle these processing tasks without departing from the invention disclosed herein.

The above disclosed processing takes place within about 1 millisecond and may be repeatedly performed. Current mouse standards update position information 40 times per second, and thus the apparatus of the present invention may easily be operated at this repetition rate.

Because of the nature of the method employed in the present invention, an opportunity exists to provide additional noise immunity without requiring additional hardware in the system of the present invention. While it is apparent that after the above-disclosed sequence has been performed, the accumulators may be cleared and the process repeated, the values may also be allowed to remain in the accumulators. If this is done, an averaging function may be implemented to further filter out noise. According to this aspect of the invention, a number of samples are taken and run through the accumulators without clearing them at the end of the processing sequence. As presently preferred, twenty-five samples are processed before a single division result is taken for use by the system, thus greatly reducing the effects of transient system noise spikes. Those of ordinary skill in the art will recognize that the number of samples taken prior to clearing the accumulators is a matter of design choice dictated by factors such as data acquisition rates, data processing rates etc.

It is preferable to provide additional filtering of the X and Y position data produced by division blocks 174 and 176 of the arithmetic unit 16 of FIG. 8. The filtering preferably occurs in between arithmetic unit 16 and motion and gesture units 18 and 20 of FIG. 1. The X and Y coordinates are separately filtered as independent numbers. Each filter is an averaging register computing a "running average" as is well known in the art. When the finger's presence is first detected, the filter register is initialized with the current quotient. In subsequent samples, the new quotient is averaged with the filter register value to produce a new filter register value. In the presently preferred embodiment, the values are equally weighted in the average, though different weightings can be used to provide stronger or weaker filtering. The sequence of values in the filter register serve as the X and Y coordinates used by the motion and gesture units 18 and 20 of FIG. 1.

The system of the present invention is adaptable to changing conditions, such as component aging, changing capacitance due to humidity, and contamination of the touch surface, etc. In addition, the present invention effectively minimizes ambient noise. According to the present invention, these effects are taken into consideration in three ways. First, the offset values $O_N$ and $O_D$ are dynamically updated to accommodate changing conditions. Second, a servo-feedback circuit is provided to determine the bias voltage used to set the bias of the charge-integrator circuits 44-1 through 44-n. Third, as previously disclosed herein, the reference voltage points for $V_{max}$ and $V_{min}$ of the A/D converters 52 are also dynamically altered to increase the signal to noise margin.

Referring now to FIG. 9, a block diagram of a calibration unit 180 which may be used with the arithmetic unit 16 of FIG. 8 is presented. The calibration unit 180 executes an algorithm to establish the numerator and denominator offset values by attempting to determine when no finger or other conductive object is proximate to the touch sensor array 22.

As previously disclosed, the $O_N$ and $O_D$ offset values represent the baseline values of the array capacitances with

23

no object present. These values are also updated according to the present invention since baseline levels which are too low or too high have the effect of shifting the apparent position of the object depending on the sign of the error. These values are established by selection of the values read when no object is present at the touch sensor array 22. Since there is no external way to "know" when no object is present at touch sensor array 22, an algorithm according to another aspect of the present invention is used to establish and dynamically update these offset values. When the calibration unit 180 sees a Z value which appears typical of the Z values when no finger is present, it instructs the offset registers (158, 160, 162, and 164 of FIG. 8) to reload from the current values of the X and Y numerator and denominator accumulators 150, 152, 154 and 156. According to a presently preferred embodiment of the invention, the decision to update the offset values is based on the behavior of the touch sensor array 22 in only one of the X or Y directions, but when the decision is made all four offsets ($O_{NX}$, $O_{DX}$, $O_{NY}$, and $O_{DY}$) are updated. In other embodiments of the invention, the decision to update may be individually made for each direction according to the criteria set forth herein.

The calibration algorithm works by monitoring changes in a selected one of the denominator accumulator values. According to the present invention, it has been observed that the sensitivity to changes in capacitance of one of the sets of conductive lines in the touch sensor array 22 is greater than the sensitivity to changes in capacitance of the other one of the sets of conductive lines in the touch sensor array 22. Experience suggests that the set of conductive lines having the greater sensitivity to capacitance changes is the one which is physically located above the set of conductive lines in the other direction and therefore closest to the touch surface of the touch sensor array 22. The upper set of conductive lines tends to partially shield the lower set of conductive lines from capacitive changes occurring above the surface of the touch sensor array 22.

The finger pressure is obtained by summing the capacitances measured on the sense lines. This value is already present in the denominator accumulator after subtracting the offset $O_D$. A finger is present if the pressure exceeds a suitable threshold value. This threshold may be chosen experimentally and is a function of surface material and circuit timing. The threshold may be adjusted to suit the tastes of the individual user.

The pressure reported by the device is a simple function $f(X_D, Y_D)$ of the denominators for the X and Y directions as implemented in block 178 of FIG. 8. Possible functions include choosing one preferred denominator value, or summing the denominators. In a presently preferred embodiment, the smaller of the two denominators is chosen. This choice has the desirable effect of causing the pressure to go below the threshold if the finger moves slightly off the edge of the pad, where the X sensors are producing valid data, but the Y sensors are not, or vice versa. This acts as an electronic bezel which can take the place of a mechanical bezel at the periphery of the sensor area.

In the example of FIG. 8, the Y denominator is chosen for monitoring because it is the most sensitive. The chosen denominator is referred to as Z for the purposes of the calibration algorithm. The current saved offset value for this denominator is referred to as $O_Z$.

The goal of the calibration algorithm is to track gradual variations in the resting Z level while making sure not to calibrate to the finger, nor to calibrate to instantaneous spikes arising from noise. As will be apparent to those of ordinary skill in the art from the following disclosure, the

24

calibration algorithm could be implemented in digital or analog hardware, or in software. In a current embodiment actually tested by the inventors, it is implemented in software.

As Z values arrive in the calibration unit 180, they are passed through filter 182. History buffer 184, which operates in conjunction with filter 182, keeps a "running average" of recent Z values. When a new Z value arrives, the current running average $F_Z$ is updated according to the formula:

$$\text{new } F_Z = \alpha(\text{old } F_Z) + (1-\alpha)Z \qquad [\text{Eq. 7}]$$

where $\alpha$ is a constant factor between 0 and 1 and typically close to 1 and Z is the current Z value. In the preferred embodiment, alpha is approximately 0.95. The intention is for $F_Z$ to change slowly enough to follow gradual variations, without being greatly affected by short perturbations in Z.

The filter 182 receives a signal ENABLE from control unit 186. The running average $F_Z$ is updated based on new Z values only when ENABLE is asserted. If ENABLE is deasserted, $F_Z$ remains constant and is unaffected by current Z.

The history buffer 184 records the several most recent values of $F_Z$. In the present embodiment, the history buffer 184 records the two previous $F_Z$ values. When the history buffer 184 might be implemented as a shift register, circular queue, or analog delay line. When the history buffer 184 receives a REWIND signal from control unit 186, it restores the current running average $F_Z$ to the oldest saved value. It is as if the filter 182 were "retroactively" disabled for an amount of time corresponding to the depth of the history buffer 184. The purpose of the history buffer 184 is to permit such retroactive disabling.

The current running average $F_Z$ is compared against the current Z value and the current offset $O_Z$ by absolute difference units 188 and 190, and comparator 192. Absolute difference unit 188 subtracts the values Z and $F_Z$ and outputs the absolute value of their difference. Absolute difference unit 190 subtracts the values $O_Z$ and $F_Z$ and outputs the absolute value of their difference. Comparator 192 asserts the UPDATE signal if the output of absolute difference unit 188 is less than the output of absolute difference unit 190, i.e., if $F_Z$ is closer to Z than it is to $O_Z$. The UPDATE signal will tend to be asserted when the mean value of Z shifts to a new resting level. It will tend not to be asserted when Z makes a brief excursion away from its normal resting level. The filter constant $\alpha$ determines the length of an excursion which will be considered "brief" for this purpose.

Subtractor unit 194 is a simple subtractor that computes the signed difference between Z and $O_Z$. This subtractor is actually redundant with subtractor 172 in FIG. 8, and so may be merged with it in the actual implementation. The output $C_Z$ of this subtractor is the calibrated Z value, an estimate of the finger pressure. This pressure value is compared against a positive and negative Z threshold by comparators 196 and 198. These thresholds are shown as $Z_{TH}$ and $-Z_{TH}$, although they are not actually required to be equal in magnitude.

If pressure signal $C_Z$ is greater than $Z_{TH}$, the signal FINGER is asserted indicating the possible presence of a finger. The $Z_{TH}$ threshold used by the calibration unit 180 is similar to that used by the rest of the system to detect the presence of the finger, or it may have a different value. In the present embodiment, the calibration $Z_{TH}$ is set somewhat lower than the main $Z_{TH}$ to ensure that the calibration unit 180 makes a conservative choice about the presence of a finger.

If pressure signal $C_Z$ is less than $-Z_{TH}$, the signal FORCE is asserted. Since $O_Z$ is meant to be equal to the resting value

US 6,380,931 B1

25                                                          26

of Z with no finger present, and a finger can only increase the sensor capacitance and thus the value of Z, a largely negative $C_Z$ implies that the device must have incorrectly calibrated itself to a finger, which has just been removed. Calibration logic **200** uses this fact to force a recalibration now that the finger is no longer present.

Control unit **186** is responsible for preventing running average $F_Z$ from being influenced by Z when a finger is present. Output ENABLE is generally off when the FINGER signal is true, and on when the FINGER signal is false. However, when FINGER transitions from false to true, the control unit **186** also pulses the REWIND signal. When FINGER transitions from true to false, the control unit **186** waits a short amount of time (comparable to the depth of the history buffer **184**) before asserting ENABLE. Thus, the running average is prevented from following Z whenever a finger is present, as well as for a short time before and after the finger is present.

Calibration logic **200** produces signal RECAL from the outputs of the three comparators **192**, **196**, and **198**. When RECAL is asserted, the offset registers $O_N$ and $O_D$ will be reloaded from the current accumulator values. RECAL is produced from the following logic equation:

RECAL=FORCE or (UPDATE and not FINGER).    [Eq. 8]

In addition, calibration logic **200** arranges to assert RECAL once when the system is first initialized, possibly after a brief period to wait for the charge integrators and other circuits to stabilize.

From the descriptions of control unit **186** and calibration logic **200**, it will be apparent to those of ordinary skill in the art that these blocks can be readily configured using conventional logic as a matter of simple and routine logic design.

It should be obvious to any person of ordinary skill in the art that the calibration algorithm described is not specific to the particular system of charge integrators and accumulators of the current invention. Rather, it could be employed in any touch sensor which produces proximity or pressure data in which it is desired to maintain a calibration point reflecting the state of the sensor when no finger or spurious noise is present.

Referring now to FIG. 10, a bias voltage generating circuit **46** useful in the present invention is shown in schematic diagram form. According to a presently preferred embodiment of the invention, all of the N-channel MOS bias transistors **108** (FIG. **4***b*) of charge integrator circuits **44-1** through **44-n** have their gates connected to a single source of bias voltage, although persons of ordinary skill in the art recognize that other arrangements are possible. There are a number of ways in which to generate the bias voltage required by charge integrator circuits **44-1** through **44-n**.

As may be seen from an examination of FIG. 10, the bias voltage generating circuit **46** is an overdamped servo system. A reference source which approximates the current source function of a typical one of the charge integrator circuits **44-1** through **44-n** includes a capacitor **202** having one of its plates grounded. The other one of its plates is connected to the V DD power supply through a first pass gate **204** and to a current source transistor **206** through a second passgate **208**. A filter circuit **210**, identical to the filter circuits **48-1** through **48-n** and controlled by the same signal as filter circuits **48-1** through **48-n** is connected to sample the voltage on capacitor **202** in the same manner that the filter-and-sample/hold circuits **48-1** through **48-n** sample the voltages on the sensor conductor capacitances in the touch sensor array **22**.

The output of filter circuit **210** is fed to the non-inverting input of a weak transconductance amplifier **212**, having a bias current in the range of from about 0.1–0.2 $\mu A$. The inverting input of the transconductance amplifier **212** is connected to a fixed voltage of about 1 volt generated, for example, by diode **214** and resistor **216**. The output of transconductance amplifier **212** is shunted by capacitor **218** and also by capacitor **220** through passgate **222**. Capacitor **220** is chosen to be much larger than capacitor **218**. In a typical embodiment of the present invention, capacitor **218** may be about 0.2 pF and capacitor **220** may be about 10 pF.

Capacitor **220** is connected to the gate of N-Channel MOS transistor **224**, which has its drain connected to the drain and gate of P-Channel MOS transistor **226** and its source connected to the drain and gate of N-Channel MOS transistor **228**. The source of P-Channel MOS transistor **226** is connected to $V_{DD}$ and the source of N-Channel MOS transistor **228** is connected to ground. The common drain connection of transistors **224** and **228** is the bias voltage output node.

An optional passgate **230** may be connected between a fixed voltage source (e.g., about 2 volts) and capacitor **220**. Passgate **230** may be used to initialize the bias generating circuit **46** on startup by charging capacitor **220** to the fixed voltage.

During each sample period, the filter circuit **2 10** takes a new sample. If the new sample differs from the previous sample, the output voltage of transconductance amplifier **212** will change and start to charge or discharge capacitor **218** to a new voltage. Passgate **222** is switched on for a short time (i.e., about 1 μsec) and the voltages on capacitors **218** and **220** try to average themselves. Due to the large size difference between capacitors **218** and **220**, capacitor **218** cannot supply enough charge to equalize the voltage during the period when passgate **222** is open. This arrangement prevents large changes in bias voltage from cycle to cycle.

Capacitor **202** should look as much as possible like one of the sensor array lines and has a value equal to the background capacitance of a typical sensor line, (i.e., with no object proximate or present capacitance component). Capacitor **202** may be formed in several ways. Capacitor **202** may comprise an extra sensor line in a part of the sensor array, configured to approximate one of the active sensor lines but shielded from finger capacitance by a ground plane, etc. Alternately, capacitor **202** may be a capacitor formed in the integrated circuit or connected thereto and having a value selected to match that of a typical sensor line. In this respect, the signal source comprising capacitor **202** and filter circuit **210** is somewhat like the circuitry for generating the $V_{max}$ and $V_{min}$ reference voltages, in that it mimics a typical sensor line.

As another alternative, one of the actual sensor lines may be employed to set the bias voltage. The measured voltage on the two end-point sensor lines may be compared and the one having the lowest value may be selected on the theory that, if a finger or other object is proximate to the sensor array, it will not be present at sensor lines located at the opposite edges of the array.

According to another aspect of the present invention, an "edge motion" feature may be implemented when the object position sensor of the present invention is used as a computer cursor control device in place of a mouse. A practical problem arises in the use of computer mice or other cursor control devices when an attempt is made to move an object over a large distance on a computer screen. This problem is encountered when a small mouse pad is used with a computer mouse, or when an object position sensor of the kind described herein has a small touch sensor area.

US 6,380,931 B1

27

In touch sensor applications, this problem is especially acute during a "drag" gesture. If the user lifts the finger to begin a second stroke, the drag effect ends prematurely on the screen. The edge motion feature of the present invention helps to eliminate the need to use "rowing," or multiple strokes of the finger to move a large distance on the screen.

A prior solution to the long-distance drag problem has been to provide an acceleration feature, i.e., a "ballistic" curve, where the gain varies as a function of finger speed, allowing the user to move long distances, albeit clumsily, using a repeated finger swishing motion. This technique can be used with any variable-speed pointing device, for example, with a mouse on a mouse pad of limited size. Typical mouse driver software includes an adjustable acceleration feature (sometimes under a misleading name like "mouse speed").

According to a presently preferred embodiment of the invention, the edge motion feature of the object position sensor is implemented by motion unit 18 of FIG. 1 and works by defining two zones in the sensing plane 10 containing the touch sensor array 22. As shown in FIG. 11, the sensing plane 10 is preferably divided into an inner zone 240 comprising most of the central portion of the surface of sensing plane 10 and an outer zone 242, typically comprising a thin marginal area at the periphery of the sensor array. The center of the sensing plane 10 may be described as the origin ($X_{center}$, $Y_{center}$) in a Cartesian coordinate system. Those of ordinary skill in the art will recognize however that the inner and outer zones could be of any shape.

Thus in FIG. 11, inner zone 240 is defined by the upper dashed line $Y_0$, right-hand dashed line $X_0$, lower dashed line $-Y_0$ and left-hand dashed line $-X_0$. Outer zone 242 is the region between the outer edges of the sensing plane 10 defined by $Y_{max}$, $-Y_{max}$, $X_{max}$ and $-X_{max}$ and the outer borders of inner zone 240 defined by $Y_0$, $X_0$, $-Y_0$, and $-X_0$.

According to this aspect of the present invention, finger motions in the inner zone 240 are translated in the standard fashion into motion events to be sent to the host computer. As is well understood in the art, the standard way to communicate mouse motion to a host computer may also be employed in the present invention to communicate finger motion to a host computer. After the finger position is established as disclosed herein, the information communicated to the host computer is:

$$\Delta X = A(X_{cur} - X_{old}) \qquad \text{[Eq. 9]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) \qquad \text{[Eq. 10]}$$

where $\Delta X$ is the change in the X position of the finger, $\Delta Y$ is the change in the Y position of the finger, $X_{cur}$ is the current X position of the finger and $X_{old}$ is the last reported X position of the finger, $Y_{cur}$ is the current Y position of the finger and $Y_{old}$ is the last reported Y position of the finger, and A is a "gain factor" which is commonly encountered in mouse cursor control applications.

Typically, the host computer takes ($\Delta X$, $\Delta Y$) events and moves the cursor by the indicated amount in each axis, thus reconstructing the finger position on the screen as the successive $\Delta X$ and $\Delta Y$ values are accumulated. So far, this is standard cursor control behavior where edge motion is not considered.

According to the present invention, when the finger is reported as being in the outer zone 242, the edge motion feature of the present invention may be enabled. The determination of whether the finger is in the outer zone is a simple determination:

$$[-X_0 < X_{cur} < X_0] \text{ is FALSE, OR} [-Y_0 < Y_{cur} < Y_0] \text{ is FALSE} \qquad \text{[Eq. 11]}$$

28

Referring now to FIG. 12A, a circuit 244 for making a determination of whether a finger is in the outer zone 242 is shown in schematic diagram form. FIG. 12A illustrates a hardware embodiment for determining whether a finger is in the outer zone 242, but those of ordinary skill in the art will readily recognize that this determination could readily be made by performing one of a number of equivalent software routines. Such software routines are obvious and straightforward from the functions described herein.

Circuit 244 includes digital comparators 246, 248, 250, and 252, which may be straightforwardly implemented by conventional logic. Comparator 246 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator 248 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity $-X_0$ presented to its other input. Comparator 250 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator 252 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity $-Y_0$ presented to its other input.

The outputs of comparators 246, 248, 250, and 252 are ORed together by OR gate 254. As will be appreciated by those of ordinary skill in the art, the FingerOuter signal output of OR gate 254 is true only when the necessary conditions of Eq. 11 are satisfied.

It is presently preferred that the edge motion aspect of the present invention may be selectively enabled or disabled by a user. When the edge motion feature is enabled and the finger is reported as being in the outer zone as set forth above, a second component is added to the ($\Delta X$, $\Delta Y$) events reported:

$$\Delta X = (X_{cur} - X_{old}) + S(X_{cur} - X_{center}) \qquad \text{[Eq. 12]}$$

$$\Delta Y = (Y_{cur} - Y_{old}) + S(Y_{cur} - Y_{center}) \qquad \text{[Eq. 13]}$$

where $X_{center}$ is the X coordinate of the center of the pad, $Y_{center}$ is the Y coordinate of the center of the pad, and S is a multiplicative factor for speed. S should be chosen such that the movement of the cursor is at a comfortable speed on the display screen.

For example, if the finger is held a good distance to the right (so that $X_{cur} > X_0$), then the cursor will tend to "glide" to the right at a constant speed set by multiplicative speed factor S in Eqs. 12 and 13. This factor can be adjusted to individual tastes of a user.

If the touch sensor array 22 has different dimensions in X and Y, it is useful to set the multiplicative speed factor S parameters in the X and Y directions to differ by the same ratio as the pad dimensions, so that a finger held at the left or right edge of the touch sensor array 22 will produce the same cursor speed as a finger held at the top or bottom edge. In the presently preferred embodiment of the touch sensor array 22, there are 24 X traces and 18 Y traces. Therefore, since X is 1/3 wider than Y (24 traces vs. 18 traces), the X multiplicative speed factor $S_X$ is set to be to be 3/4 as large as the multiplicative speed factor $S_Y$.

The glide speed of the cursor during edge motion is clearly a direct function of the distance of the finger from the center of the pad, and the glide direction is equal to the direction of the finger from the center of the pad. If the outer zone has the preferred "edge margin" shape as shown in FIG. 11, then the finger will always be roughly the same distance from the center whenever edge motion is activated (within a factor of the square root of 2=1.41, assuming a square pad). Thus, the psychological effect is that edge motion involves a constant

US 6,380,931 B1

29

glide speed where the direction is set by the position around the touch sensor array 22 edge.

The square root of 2 variation may be canceled out by dividing the edge motion terms in equations (12 and 13) by a normalizing factor of the form:

$$\sqrt{(X_{cur}-X_{center})^2+(Y_{cur}-Y_{center})^2} \qquad [Eq. 14]$$

but this is a computationally intensive step applied to fix a problem that is barely noticeable to the average user; thus, it may be omitted.

As discussed above, when a finger is in the outer zone, the FingerOuter signal, which is a global signal for both the X and Y axis, is made true, and increments are added to the ($\Delta$X, $\Delta$Y) events pursuant to Eqs. 12 and 13. Because increments corresponding to $S(X_{cur}-X_{center})$ and $S(Y_{cur}-Y_{center})$ are added in the X and Y directions, respectively, for the ($\Delta$X, $\Delta$Y) events, the direction of the cursor motion will be along a vector from, the center of the pad to the finger position. In graphical environments, there are many vertical and horizontal objects and use of edge motion may incur some unintended results. For example, if a user in a graphical environment pulls down a tall pop-up menu, the user may need the assistance of the edge motion feature to reach the bottom of the menu. In this case, however, the direction of the cursor motion may cause the cursor to slide off the pop-up menu, when the user actually wants the cursor to move in a vertical motion along the Y axis.

In another embodiment of the edge motion feature of the present invention, the direction of the cursor motion will be orthogonal to the edge motion boundary the finger has crossed in traveling to the outer zone.

For example, when a finger crosses either of the edge motion boundaries corresponding to the X axis (the right and left edges of the touchpad) and travels into the outer zone, the direction of cursor motion due to the orthogonal edge motion feature will be only along the X axis. Any cursor motion in the Y direction while the finger is in the outer zone corresponding to the X axis will occur in a normal fashion, i.e. not according to an edge motion feature. Analogously, when a finger crosses either of the edge motion boundaries corresponding to the Y axis (the top and bottom edges of the touchpad) and travels into the outer zone, the direction of cursor motion due to the edge motion feature will be only along the Y axis. Any cursor motion in the X direction while the finger is in the outer zone corresponding to the Y axis will occur in a normal fashion, i.e. not according to an edge motion feature. It should be appreciated, however, that when the finger enters into any of the four corners of the pad, thus crossing both X and Y edge motion boundaries, edge motion will essentially be along a vector from the center of the pad to the finger in the corner.

Unlike the edge motion feature which uses a global FingerOuter signal to indicate that the finger is in the outer zone, the orthogonal edge motion feature has two signals. One is X FingerOuter and the other is Y FingerOuter. X FingerOuter is true when a finger crosses either of the boundaries corresponding to the X axis, which in the preferred embodiment are on the right and left edges of the touch pad, and Y FingerOuter is true when a finger crosses either of the boundaries corresponding to the Y axis, which in the preferred embodiment are on the top and bottom edges of the touch pad.

In FIG. 12B, a schematic is shown of the hardware used in making the determination of whether a finger is in the outer zone according to the orthogonal edge motion feature. It will be appreciated by those of ordinary skill in the art that the circuit shown in FIG. 12B could be implemented with an

30

equivalent software routine. Where it is appropriate, FIG. 12B uses the same reference numerals shown in FIG. 12A.

Referring now to FIG. 12B, circuit 256 includes digital comparators 246, 248, 250 and 252 which may be implemented by conventional logic. Comparator 246 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator 248 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity $-X_0$ presented to its other input. Comparator 250 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator 252 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity $-Y_0$ presented to its other input.

The outputs of comparators 246 and 248 are ORed together by OR gate 258. When the condition satisfied by:

$$-X_0 < X_{cur} < X_0 \text{ is FALSE}$$

a TRUE signal, X FingerOuter, will be output from OR gate 258.

The outputs of comparators 250 and 252 are ORed together by OR gate 260. When the condition satisfied by:

$$-Y_0 < Y_{cur} \text{ is FALSE}$$

a TRUE signal, Y FingerOuter, will be output from OR gate 260.

Accordingly, an X FingerOuter signal will result in a value being added to the $\Delta$X event in an amount determined by $S(X_{cur}-X_{center})$ as set out in Eq. 12. However, because the only time this component will be added is when an X axis edge motion boundary has been crossed, i.e. no additional component determined by $S(X_{cur}-X_{center})$ is added to the $\Delta$X event when only a Y axis edge motion boundary has been crossed, he component added to the $\Delta$X event will be approximately constant because $X_{cur}-X_{center}$ is approximately constant.

A Y FingerOuter signal will result in a value being added to the $\Delta$Y event in an amount determined by $S(Y_{cur}-Y_{center})$ as set out in Eq. 13. However, because the only time this component will be added is when a Y axis edge motion boundary has been crossed, i.e. no additional component determined by $S(Y_{cur}-Y_{center})$ is added to the $\Delta$Y event when only an X axis edge motion boundary has been crossed, the component added to the $\Delta$Y event will be approximately constant because $Y_{cur}-Y_{center}$ is approximately constant.

Accordingly, the orthogonal edge motion feature permits cursor motion in only the eight "compass" directions. For example, if the finger is on the left edge of the touchpad, the orthogonal edge motion feature causes the cursor to glide left along the X axis, since X FingerOuter is TRUE and Y FingerOuter is FALSE. The same is true for the right edge of the pad, except the cursor will glide right along the X axis. Those of ordinary skill in the art will recognize the corresponding movements for the upper and lower edges of the pad. When the finger is in any of the corners of the pad, X FingerOuter and Y FingerOuter are both TRUE, and the motion will be along a 45 degree angle (assuming a square touchpad) from the corner of the pad to where the finger is placed.

The edge motion feature of the present invention can be confusing if the user does not expect it. Since edge motion is most useful in connection with the drag gesture, it is presently preferred to arrange for it to occur only during a drag, i.e., only when the gesture logic is virtually "holding

US 6,380,931 B1

31

32

the mouse button down." The drag gesture and other gestures are implemented by gesture unit **20** of FIG. **1**.

At times when the edge-motion function is not desired, the outer zone **242** "goes away" (i.e., is ignored) and the inner zone **240** effectively expands to cover the entire sensing plane **10**. It has been found that this is much less confusing in practice, probably because the user is more likely to be consciously aware of the cursor control device during a drag gesture than during simple cursor motions.

Assuming the preferred zone boundary shape of FIG. **11**, the following algorithm may be employed to implement the edge motion feature of the present invention:

IF NOT ($-X_0 < X_{cur} < X_0$ AND $-Y_0 < Y_0 < Y_0$)

AND (optionally) a drag gesture in progress, THEN

Let $eX = S_X(X_{cur} - X_{center})$

Let $eY = S_Y(X_{cur} - X_{center})$

ELSE

Let $eX = eY = 0$

END IF

Otherwise, for orthogonal edge motion, the algorithm is as follows:

IF NOT ($-X_0 < X_{cur} < X_0$)

AND (optionally) a drag gesture in progress, THEN

Let $eX = S_X(X_{cur} - X_{center})$

ELSE

Let $eX = 0$

END IF

IF NOT ($-Y_0 < Y_{cur} < Y_0$)

AND (optionally) a drag gesture in progress, THEN

Let $eY = S_Y(Y_{cur} - Y_{center})$

ELSE

Let $eY = 0$

END IF

Next, the dX and dY motion terms are computed from the regular algorithm:

i.e., Let $dX = A(X_{cur} - X_{old})$

Let $dY = A(Y_{cur} - Y_{old})$

Finally, the resultant packet ($\Delta X = dX + eX$, $\Delta Y = dY + eY$) is transmitted to the host computer. Those of ordinary skill in the art will recognize that the signal generated is a monotonic function. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein.

A hardware implementation of this algorithm is illustrated in FIG. **13** in schematic diagram form. While edge-motion circuit **262** is shown implemented in the X direction only, those of ordinary skill in the art will recognize that an identical circuit will also be employed in the Y direction. Such skilled persons will also immediately appreciate the complete equivalence of implementing the hardware solution of FIG. **13** as a software routine.

Edge-motion circuit **262** includes a subtractor circuit **264** in which the previous value of $X_{cur}$ stored in delay **266**, is subtracted from the present value of $X_{cur}$. The output of subtractor circuit **264** is presented to multiplier **268**, which multiplies the result by the gain factor "A". The output of multiplier **268** is the term dX.

The term $X_{cur}$ is also presented to subtractor circuit **270** in which the value of $X_{center}$ is subtracted from the present value of $X_{cur}$. The output of subtractor circuit **270** is presented to multiplier **272**, which multiplies the result by the gain factor "S" to obtain the value of the eX term. It will be appreciated that with orthogonal edge motion subtractor circuit **270** and multiplier **272** are not required and a constant value can be provided for the eX term, whose sign is positive if $X_{cur} > X_{center}$ or negative if $X_{cur} < X_{center}$.

A two-input AND gate **274** has its input terms the value FingerOuter from the circuit of FIG. **12A** and the value MotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both FingerOuter and MotionEnable are true, switch **276** is configured to pass the output of multiplier **272** to adder circuit **278**. If either FingerOuter or MotionEnable is false, then switch **276** is configured to pass the value zero to adder **278**. The output of switch **276** is the eX term. The output of adder **278** is passed to the host computer as ΔX. The MotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

It should be appreciated that when orthogonal edge motion instead of edge motion is being enabled, the two-input AND gate **274** has as its input terms the value X FingerOuter from the circuit of FIG. **12B** (or the value Y FingerOuter from the circuit of FIG. **12B** for the Y direction) and the value OrthoMotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both X FingerOuter and OrthoMotionEnable are true, switch **276** is configured to pass the output of multiplier **272** to adder circuit **278**. If either X FingerOuter or OrthoMotionEnable is false, then switch **276** is configured to pass the value zero to adder **278**. The output of switch **276** is the eX term. The output of adder **278** is passed to the host computer as ΔX. The OrthoMotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

In an alternate form, the dX term may be replaced by the eX term, and likewise for dY and eY, when the finger is in the "outer" zone, rather than adding the two terms in that zone. This results in a more "pure" edge motion which is harder for the user to guide. User tests have shown that the dX+eX form shown above feels better and is easier to use.

Another alternative which is functional but has been found to be less desirable employs a somewhat wider outer zone. The glide speed is then varied in proportion to the distance of the finger into the outer zone rather than the distance from the center of the pad. Thus, as the finger enters the outer zone the glide speed starts at zero and increases to some reasonable limit as the finger reaches the edge of the pad. The result is a smoother transition between edge-motion and normal behavior. It is not difficult to modify the above formulas to produce this alternate behavior. This

US 6,380,931 B1

33

variant was tried by the inventors because the transition into edge-motion mode seemed too abrupt; tests showed that this abruptness is actually a boon in typical use. The smooth transition is harder to "feel", and thus winds up being more, not less, likely to catch the user by surprise. Those of ordinary skill in the art will appreciate that a solution midway between the two described methods can also be employed to produce a less abrupt transition.

Alternate solutions to the long-distance drag problem have been to provide a "locking" drag or drag "extension", as will be disclosed herein.

The edge motion feature of the present invention is used advantageously with one or more finger gestures which may be performed by a user on the touch sensor array **22** and are recognized by the system. Of particular interest are the basic tap and drag gestures. The tap gesture is analogous to the clicking of the mouse button on a conventional mouse, and the concept of dragging objects is familiar to all mouse users.

Pointing devices such as mice typically include one or more mouse buttons. The user can point and click a button to select an object on the screen, or hold the button down and move the mouse to drag an object around the screen. Touch sensor pointing devices can offer "gestures," which are special finger motions that simulate mouse button actions without the need for physical switches. (Since gestures may be difficult for novices or users with disabilities, it is preferable to provide physical switches as well.) In the following discussion, the word "finger" should be interpreted as including a stylus or other conductive object as previously described.

Referring back to FIG. **1**, according to another aspect of the present invention, gesture unit **20** examines the (X, Y, Z) data produced by arithmetic unit **16** to produce one or more "virtual mouse button" signals to be sent along with the ($\Delta$X, $\Delta$Y) signals to the host.

FIG. **14** is a more detailed block diagram of gesture unit **20** of FIG. **1**. According to the present invention, gesture unit **20** of the present invention is capable of supporting a variety of gestures. Gesture unit **20** includes tap unit **280**, zigzag unit **282**, push unit **284**, and button control unit **286**.

Some number of physical switches may be supported by gesture unit **20**. In the illustrative example of FIG. **14**, two inputs A and B to button control unit **286** come from physical switches. Such switches may be mounted on the touchpad module itself or provided externally. Any number of switches may be provided, or none at all. The inputs A and B have two states, logic "0" and logic "P". Those of ordinary skill in the art will recognize that, instead of mechanical switches, the switch signals could be implemented by special touch sensors, operated by charge integrators similar to units **44** which feed into threshold comparators to form digital signals.

Tap unit **280**, zigzag unit **282**, and push unit **284** examine the sequence of the (X, Y, Z) samples to look for various types of gestures. The outputs of all these units, plus the switch signals, are combined in button control unit **286** to produce the actual button-press signals sent to the host. In the illustrative example disclosed herein, the touchpad simulates a three-button (Left, Middle, Right) pointing device. The system of FIG. **14** could clearly be extended to support other gestures than those described here, or to support fewer gestures in the interest of simplicity.

Button control unit **286** can use any of several well-known methods for combining multiple signals. For example, a priority ordering can be established among the various sources, or each button output (Left, Middle, and

34

Right) can be asserted ("clicked", "pressed" or "held down") whenever any of the sources indicate. that button. Any particular method of combining these signals is a routine design detail dependent on a particular system configuration which may be easily implemented by persons of ordinary skill in the art.

In a presently preferred embodiment, the button control unit **286** maps both switches and gestures to the most commonly used virtual buttons, giving maximum flexibility to the user. In an alternate embodiment, switches and gestures can be mapped to different virtual buttons so that a larger number of virtual buttons can be covered without resort to exotic gestures. Or, the user can be offered a choice of mappings.

It is well known in the art to allow extra button switches to be processed as specialized commands, such as double-clicking, selecting commonly used menu items, etc., instead of their normal role as mouse buttons. Similarly, the button control unit **286** or host software could map some of the gestures described here to software commands instead of simulating mouse buttons. Such processing and mapping is well within the realm of ordinary skill in the art.

The tap unit **280** decodes the most basic gestures, including taps, drags, hops, and tap zones. These gestures are illustrated as timing diagrams in FIGS. **15a** through **15e**. In each of FIGS. **15a** through **15e**, two signals are shown graphed against time; one is the analog "Z" (finger pressure) signal, the other is the digital "Out" (virtual button press) signal. The various relevant time spans are shown with labels "t1" through "t21".

The basic "tap" gesture is a quick tap of the finger on the pad. Such a tap, of short duration and involving little or no X or Y finger motion during the tap, is presented to the host as a brief click of the mouse button. If a multi-button mouse is simulated, the tap gesture may simulate a click of the "primary" mouse button, or the button to be simulated may be user-selectable using a shift key, control panel, or other known means. Two taps in rapid succession are presented to the host as a double click of the button. In general, multiple taps translate into multiple clicks in the obvious and natural way.

Because it is impossible to tell whether a finger stroke will be a valid tap (as opposed to a cursor motion) while the finger is still down, the device of the presently preferred embodiment does not report a button click until the finger is lifted. This delay is not generally noticeable to the user since taps by definition are very brief strokes.

A small amount of motion may occur during the tap stroke, due to such factors as the natural deformation of the fingertip under pressure. This can cause the virtual click created by the tap gesture to select the wrong item or location on the screen. To avoid this, either the motion must be suppressed until the motion is great enough, or the duration long enough, to disqualify a tap, or the motion must be allowed but then retroactively canceled out once the tap gesture is recognized. The latter solution is preferable, since even a small amount of suppressed motion is noticeable to the user.

According to the presently preferred embodiment of the invention, motion events are sent to the host as usual, and also recorded in a register or queue. When the tap gesture is recognized, a corresponding negative amount of motion is quickly replayed in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. The motion during the stroke may have been sent to the host in the form of a sequence of several packets. For greatest precision, this

35

sequence can be saved and replayed in reverse. However, if the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

The inputs considered by tap unit **280** are CurPos, the current (X, Y) finger position from the arithmetic unit; Z, the current pressure value; and CurTime, the current time in some suitable units of time (such as milliseconds or number of samples processed).

There are nine state variables used in tap unit **280**. TapState is NONE if there is no gesture in progress, TAP if there is a tap or drag gesture in progress, and LOCKED if there is a locking drag or drag extension in progress. TapOkay is TRUE if a high enough Z value has been seen in the current stroke for the stroke to qualify as a tap. DownPos is the (X, Y) position at which the finger last touched down on the pad. DownTime is the time at which the finger last touched down. UpPos and UpTime record the position and time at which the finger last lifted from the pad. TapButton is one of LEFT, MIDDLE, or RIGHT, identifying whether the current gesture is simulating an action on the left, middle, or right virtual mouse button, respectively. Suppress is TRUE if the virtual buttons are being suppressed for a double click. Finally, Out represents the output of the tap unit, and is one of NONE, LEFT, MIDDLE, or RIGHT.

Several parameters are used to control the tap unit. TapTime is the maximum duration of a stroke to qualify as a tap gesture. DragTime is the maximum interval between the initial tap and the return of the finger to form a drag gesture. ExtendTime is the maximum amount of time the finger can be off the touchpad during a drag extension gesture before the drag gesture will end. HopTime is the maximum lift time preceding a tap to qualify as a hop. TapRadius is the maximum amount of motion that can occur during a tap. DragRadius is the maximum distance between the initial tap and the return of the finger for a drag. DragExtendRadius is the minimum distance between finger lift-off and finger touchdown needed to qualify as a drag extension. HopDistance is the minimum distance moved to qualify for a hop. Zthresh is the minimum pressure (Z) to detect a finger. DragExtendSpeed is the minimum smoothed speed required during finger lift-off to qualify as a drag extension. In the claims herein, steps reciting "detecting the presence" of a finger or other object (or other words to that effect) assume that a pressure greater than Zthresh has been detected. Finally, Ztap is the minimum Z to detect a tapping finger.

FIG. **15***a* shows the timing of a basic tap gesture. First, a successful tap is shown, followed by a finger stroke which is too long to qualify as a tap. In the first stroke, the finger is down for time "t1", which is less than TapTime. Also (not shown on FIG. **15***a*) the (X, Y) motion during time "t1" is less than TapRadius. Finally, the Z signal exceeds threshold Ztap for at least some part of the stroke. Thus, the stroke qualifies as a tap. The Out signal (the lower trace of FIG. **15***a*) becomes true for a certain amount of time "t2", then becomes false. As will be discussed later, the amount of time "t2" is equal to DragTime. In the device described in the flowcharts to follow, the TapState variable will equal TAP for the entire interval "t2". As presently preferred, TapTime is about 400 msec, TapRadius is about 2% of the width of the sensor pad, and Ztap is slightly larger than Zthresh, whose value is adjustable by the user.

On the right half of FIG. **15***a*, the finger is held down for longer than the parameter TapTime, shown on the figure as

36

"t3". Thus, it will not qualify as a tap gesture and no Out signal is generated from this stroke.

In the basic drag gesture, the user taps once, briefly brings the finger back in contact with the pad, then moves the finger in a desired direction in the XY plane of the pad. The simulated mouse button is depressed at the beginning of the drag gesture and is released only when the finger is again lifted from the pad. Gesture logic arranges for the initial tap of the drag gesture to be merged into the extended drag rather than presenting the host with an additional distinct button click.

In a variation of the drag gesture, the above-described gesture begins a drag which continues even when the finger is lifted. The drag ends (i.e., the simulated mouse button is released) when the finger is again tapped on the sensor pad. This feature is known as "locking drag". Locking drag allows dragging over longer distances than can be covered by a single finger motion on a small pad, but it can be highly confusing if it is activated by mistake. The locking drag becomes a hidden mode, a well-known undesirable item in the study of user interfaces. Thus, in the preferred embodiment it is presented to the user as an option which is disabled by default.

In another embodiment of the drag gesture, the above-described gesture will continue even though the finger has been lifted, if the finger comes back down to the touch pad within a specified period of time referred to as a drag timeout. This feature is referred to as drag "extension". The drag timeout period is presently preferred at 500 msec, but will be optimized, as will be appreciated by those of ordinary skill in the art, with user studies. Of course, a drag gesture will end if the finger is removed from the touchpad and not returned within the drag timeout.

Accordingly, with the drag extension feature enabled, when the finger is lifted off the pad for less than the drag timeout, the drag gesture will continue, but when the finger stays off the touchpad for a period greater than the timeout, the drag gesture ends. This gives the user the ability to "stroke" or "row" repeatedly to. drag a long distance. Unlike locking drag, drag extension does not appear to the user as a hidden mode, since the end of the drag occurs after the drag timeout, a very short time period in human perception, if the finger does not return to the touch pad in time.

However, a problem can arise with drag extension because the drag continues through the drag timeout, even though the drag ends. There may be occasions when the user wants the drag to end immediately, e.g. when the drag gesture is being used to hold down a scroll bar arrow. Generally, these arrows auto-repeat until the user releases the mouse button. The continuation of the drag gesture during the drag timeout would cause the scrolling feature to scroll past the desired stopping place.

Accordingly, the drag gesture may actually represent two different gestures. A true drag, where the cursor is moved around while the virtual button is being held down, and a press, where the cursor remains stationary while the virtual button is being held down. The drag extension feature is only desired for a true drag. There are several ways to distinguish between a true drag and a press. A true drag can be identified if the finger's speed of motion prior to lift-off is above a small threshold. A press can be identified if the finger was stationary through the entire gesture, possibly ignoring small, inconsequential movements, or just at the time of finger lift-off. In the preferred embodiment of the drag extension gesture of the present invention the distinction between a true drag and a press is identified by the finger speed at lift-off being above a specified threshold. The finger

US 6,380,931 B1

37                                                                    38

speed at lift-off is obtained as the output of a running average filter. If the speed is below the specified threshold, the drag ends rather than being, extended. In an alternative embodiment, the distinction between a true drag and a press may be identified by the position of the finger at lift-off. If the finger is within a selected distance from the edge of the pad at lift-off a true drag is identified.

A second potential problem may occur while using drag extension if the user begins a new unrelated finger action during the ExtendTime period. As discussed above, when drag extension is enabled, a drag will continue even though the finger has been lifted from the touch pad if the finger is brought back to the touch pad within the drag timeout. It may be that the user actually wants the drag to end when the finger is lifted, and to begin a new gesture when bringing the finger back down to the touchpad. One way to determine whether the drag gesture is continuing or is being ended and a new finger action begun is to compare the lift-off finger position and the touchdown finger position. Usually, a subsequent stroke of an extended drag would not begin at the spot where the previous stroke had ended. Therefore, if the finger comes down within a specified distance from the lift-off position (within the specified drag timeout), then the drag extension feature allows the drag to continue, otherwise the drag ends immediately. It will be appreciated, however, by those of ordinary skill in the art that the drag extension feature may be implemented, though not preferably, without comparing the finger position at touch down with the finger position at lift-off, and further, that the drag need not end immediately.

The "edge motion" feature described previously serves as an alternate way to accomplish long-distance drags.

The drag gesture is implemented as follows. When a tap is recognized, the virtual mouse button is depressed as previously described. However, the virtual mouse button is not released until the finger has remained away from the pad for a sufficient amount of time to disqualify as a drag gesture. This amount of time DragTime should be chosen to be long enough to allow for a comfortable drag gesture, but short enough so that the click arising from a tap gesture is still reasonably brief. As presently preferred, a time of about 200 msec is used.

As shown in FIG. 15b, the drag gesture begins with a tap as described above, of duration "t4" which is less than TapTime. The Out signal goes high in response to this tap. The finger remains away from the pad for a period "t0" which is less than DragTime, then it returns to the pad and remains for a time "t6" which is longer than TapTime. This qualifies the gesture as a drag. The Out signal remains high until the finger is finally released at time "t7". In the implementation of FIG. 15b, the time "t7" between the removal of the finger and the release of the virtual mouse button is zero; in other similar implementations this might be nonzero but small, e.g., equal to DragTime. Note that TapState will equal TAP for the entire interval from "t5" to "t7".

There are a number of alternatives which can be considered for the timing of DragTime. FIG. 15a shows the interval "t2", which is also the upper limit on the interval "t2", as being exactly equal to the parameter DragTime. In one alternative, DragTime is measured relative to Down-Time instead of UpTime, which is equivalent to saying that the intervals "t1" and "t2" ("t5" and "t6", respectively) must sum to DragTime. A consequence of this method is that in the basic tap gesture, a longer, slower tap causes a briefer virtual button click. This contradiction makes this approach less satisfying to the user than the one shown in FIGS. 15a–b.

In an another alternative, DragTime is made proportional to the length of interval "t1" ("t5" respectively), so that a brief tap produces a brief virtual button click, and a longer tap (up to the limit TapTime) produces a longer click. This alternative gives the user more control over the simulated button click, but it makes the behavior depend on what the user may perceive as an insignificant feature of the tapping action.

There are several ways to make the duration of DragTime "proportional" to the length of interval "t1". In one case, the length of the virtual button click or DragTime is a direct function of the length of the tap by the user. As described in the previous paragraph a brief tap produces a brief virtual button click, and a longer tap produces a longer click. This approach seems to provide an advantage to novice users who usually tap more slowly and also require a longer period of time (longer DragTime) to bring the finger back down to begin a drag gesture. Unfortunately, the longer DragTime also results in a longer virtual button click (OUT signal) which may have undesirable side effects, including unintentional scroll bar auto-repeating or "stuttering".

A preferred approach when differentiating between novice and expert taps is to recognize taps of different lengths, but to make the virtual button click or OUT signal the same length for different tap lengths. However, when a novice tap is recognized, the timing of the OUT signal will be delayed, so that novice users will have a longer DragTime to begin a drag gesture. It will be appreciated by those of ordinary skill in the art that the length of taps used to differentiate between novice and expert users could be optimized after user studies. It should also be recognized that there are other ways to differentiate between novice and expert users. For example, the pressure of a novice tap is often greater than the pressure of an expert tap. Additionally, it may also be beneficial to use a history of tap lengths, for example, the average length of several previous taps. Those of ordinary skill in the art will also recognize that the decision between novice and expert could be made by the user at a control panel.

Referring now to FIG. 15C, the preferred embodiment of a variable DragTime as a function of tap length is illustrated. On one hand, as presently preferred, an expert tap is seen having a duration for the interval "t1" of less than 200 msec. The virtual button click or OUT signal of 200 msec in the interval "t2" begins as soon as the finger comes off the pad, thus providing the expert with the fastest possible response. To begin a drag gesture the finger would have to come back down on the touchpad before the 200 msec virtual button click time ended. Thus, the variable DragTime is chosen to be 200 msec in the preferred embodiment, thus reducing the chances of an expert's quick finger actions being incorrectly interpreted as a drag gesture.

On the other hand, a novice tap is seen having a duration for the interval of between 200 msec and 500 msec (in the preferred embodiment, strokes longer than 500 msec would be disqualified as taps). The virtual button click or OUT signal of 200 msec in the interval "t2b" begins after a delay "t2a" of 300 msec, and as a result the user will have a longer DragTime of 500 msec in which to begin a drag gesture. Those of ordinary skill in the art will recognize that the length of the delay may be chosen in several different ways, including as a function of the tap duration. Similarly, the other time-related parameters of gesture recognition such as HopTime and ExtendTime can be adjusted when novice taps are involved. If the finger comes back down to begin a drag gesture before the delayed click has begun (i.e., during the "t2a" interval), then the virtual button click must begin immediately as the finger comes down. Otherwise, if this

**39**

new finger stroke also turned out to be a tap, the first click of the resulting double-click could be subsumed in the "t2$a$" interval.

FIG. 15D shows the locking drag gesture. The locking drag begins with a standard drag gesture involving intervals "t8" through "t10". However, when the finger is raised, the Out signal remains high. (In the flowcharts, TapState will change from TAP to LOCKED at this time.) The figure shows a second dragging stroke of a length longer than TapTime (shown as "t11") which does not end the locking drag, followed by another stroke of length "t12" less than TapTime. Since this last stroke qualifies as a tap, it ends the locking drag at time "t13". In the flowcharts, TapState changes back to TAP at this time; a regular tap is then processed, which continues to hold Out high for a time "t13" equal to DragTime as usual. A reasonable alternative implementation might end the drag after a different interval "t13", such as zero.

FIG. 15E shows the drag extension gesture. The drag extension begins with a standard drag involving intervals "t14" through "t16". The finger is raised during interval "t17", but because the finger is off the touchpad for a length of time shorter than the drag timeout parameter ExtendTime, the OUT signal remains high. Also (not shown on FIG. 15E) the (X, Y) motion during "t17" is greater than DragExtendRadius and the smoothed average finger speed at the time of lift-off from the pad at the beginning of interval "t17" is greater than DragExtendSpeed. The figure shows the finger lifted for a second interval "t18". Since the period of time in which the finger is lifted from the touchpad during interval "t18" is greater than ExtendTime, the OUT signal goes low a period of time equal to ExtendTime after the finger is lifted from the pad. It may be preferable to adjust ExtendTime for novice or expert users, as described previously for Drag-Time.

FIG. 15F shows a double tap gesture. The double tap starts out indistinguishably from a drag gesture. However, the second stroke "t21" is shorter than TapTime, thus qualifying as a second tap instead of a drag. Regular tap processing causes Out to remain high for another interval "t23" of length DragTime; however, special double tap handling shown in the flowcharts suppresses the virtual mouse button for a brief period "t22" after recognition of the tap. Thus, the host computer perceives two distinct clicks rather than the one long, run-together click that it would see without this special handling.

Other gestures may be used to simulate a multi-button mouse. In one such approach, the basic gestures are augmented by a "hop" gesture, in which the finger is lifted from its resting place in one location on the pad and tapped a substantial distance away from the resting place. If the distance is sufficiently great (HopDistance, typically a fraction of the width of the sensor pad; presently preferred to be about 25%) and the duration between the lift and the subsequent tap is less than a suitable threshold (HopTime, typically a fraction of a second; presently preferred to be about 0.5 sec.), then the click or drag gesture begun by the tap is simulated on a different mouse button. This different button may be a fixed "secondary" button, or it may be user-selectable by a control panel or other means, or it may be a function of the direction in which the finger hopped (e.g., to the left vs. to the right). According to a presently preferred embodiment of the invention, the hop gesture is available as an option which is off by default.

Note that, while some users prefer to tap with a second finger in the hop gesture, this gesture never involves more than one finger on the pad at any one time. A similar gesture,

**40**

the "zigzag," is also described herein and does involve the use of two fingers at once.

FIG. 15G shows a "hop" gesture. This gesture begins with the finger already on the pad. The finger is then lifted for interval "t24" which is less than HopTime; the finger then comes down for a regular tap "t25". Also, not shown on the figure, during interval "t24" the finger must have moved by at least a certain distance HopDistance away from its previous position. When this occurs, the gesture is processed as a "hop" instead of a regular tap, and the virtual button press "t26" occurs on the right button Out(R) instead of the usual left button Out(L). It is easy to see how the tap "t25" could be followed by further finger actions to form a drag or a double-tap on the right button.

Another multi-button gesture uses "tap zones," in which the surface of the pad is divided into two or more zones. A tap or drag initiated in a given zone simulates an event on a button corresponding to that zone. Even if the finger moves between zones during a drag, the entire drag is simulated on the button corresponding to the zone of the original tap that initiated the drag gesture.

FIGS. 16$a$ and 16$b$ illustrate two tap zone shapes. In FIG. 16$a$, the pad is divided into three vertical stripes 288, 290, and 292, corresponding to the left, middle, and right mouse buttons, respectively. In FIG. 16$b$, the pad is divided into a main area 294 simulating the left mouse button, and a small corner area 296 simulating the right mouse button. The implementation of FIG. 16$b$ is more appropriate if one button is much more heavily used in typical applications than the other button(s).

It is preferable for the zones to correspond to clearly marked regions on the pad surface. It will be obvious to one skilled in the art that other zone shapes, such as multiple corners or horizontal stripes, are equally straightforward.

There is an interaction between tap zones and the edge motion feature that needs to be taken into account. Particularly with the corner area 296 of FIG. 16$b$, tap zones encourage the user to tap near the edge of the pad. If edge motion is active during taps and drags or at all times, then edge motion will tend to interfere with the proper behavior of corner taps. To prevent this, the edge motion enable logic of FIG. 13 can be modified slightly. In a given stroke, edge motion only operates if the finger has been in the inner zone at least once during that stroke. Thus, if the finger touches down in the outer zone, edge motion will not activate until the finger leaves the edge of the pad and then returns.

All of the above-described gestures are variations of basic tap and drag gestures. In the system described herein, all of these gestures are recognized by the tap unit 280. The operation of tap unit 280 is most easily described as an algorithm in the form of a flowchart. From this disclosure, persons of ordinary skill in the art will recognize that the tap unit described herein could actually be implemented as known and obvious equivalents such as a software program, hardware state machine, or otherwise. All such implementations are intended to fall within the scope of the present invention.

FIGS. 17$a$ through 17$f$ comprise a flowchart for the operation of tap unit 280. Tap unit 280 implements the tap, drag, locking drag, drag extension, corner-tap, and hop gestures described herein. In the gesture recognition operations described herein, the cornertap is used to simulate the right virtual mouse button. Hops to the left and right are used to simulate the middle and right virtual mouse buttons. Simple taps simulate the left (primary) virtual mouse button.

Processing begins at step 300 as each (X,Y,Z) sample arrives from the arithmetic unit 16 of FIG. 1. In a presently

41

preferred embodiment of the invention, such data arrive 40 times per second. The algorithm of FIGS. 17a through 17f will run from start (step 300) to finish (step 392) every time a sample arrives.

Step 302 determines whether the finger is up or down by comparing Z (pressure) against Zthresh to determine whether a finger is present ("down") or not ("up"). Instead of a simple threshold comparison, two thresholds may be used to provide hysteresis as is well-known in the art. Hysteresis is not shown in FIG. 17a, but similar hysteresis will be illustrated later in FIG. 20 for the "push" gesture.

In step 304, the finger is known to be down. The previous Z is checked to see whether the finger was previously down or is just now touching down on the pad.

In step 306, a finger-down transition has been detected. This may indicate the beginning of a drag gesture or a successive row in drag extension, etc. For a drag or drag extension gesture, the change in the finger position from the previous finger position on the touchpad during DragTime and ExtendTime, respectively, is checked.

In the drag gesture illustrated in FIG. 15b, it is beneficial to check that the finger has not moved a great distance during time "t5", the interval between the initial tap and the return of the finger to the pad. If the distance calculated during "t5" indicates that the finger has returned to the pad in a different location, then a drag gesture was probably not intended.

In the drag extension gesture illustrated in FIG. 15E it is necessary to check that the finger has moved a great enough distance during interval "t17, between subsequent rows of an extended drag gesture. If the distance is not great enough, the drag gesture ends.

Since the TapState during a drag gesture is TAP and the TapState during a drag extension gesture is LOCKED, step 306 determines the TapState. If the TapState at step 306 is TAP, then step 308 computes the distance between the current position CurPos (the filtered and smoothed X and Y position data) and the saved position of the previous tap, DownPos. If the distance is greater than some threshold DragRadius, then execution proceeds to step 310. Otherwise, it proceeds to step 312. The threshold DragRadius should be some fraction of the width of the pad, preferably larger (more generous) than the TapRadius used in basic tap detection.

At step 316, it is determined whether DragLock is enabled. If DragLock is enabled, the execution proceeds to step 312. Otherwise the execution proceeds to step 310.

If the TapState of step 306 is LOCKED, and DragLock is not enabled, then a drag extension must be in progress. Step 314 computes the distance between the CurPos and the saved ending position of the previous stroke, UpPos. If the distance greater than some threshold DragExtRadius, then execution proceeds to step 312. Otherwise it proceeds to step 316. The threshold DragExtRadius should be some fraction of the width of the pad, as determined by user testing. (Some users may prefer a DragExtRadius of zero, so that step 310 is effectively disabled.)

Persons of ordinary skill in the art will recognize that several possible distance measures are suitable for use in steps 308 and 314. A true Euclidean distance measure is reasonable but expensive to compute; a simpler measure is the sum or maximum of the absolute values of the distances in X and Y. The sum or maximum will produce a "drag zone" around the original tap which is diamond- or square-shaped, respectively, instead of the circular zone produced by a Euclidean distance measure. Experiments suggest that users are unable to perceive the difference between these

42

zone shapes, so whichever measure is easiest to compute is preferred. Also, the geometry of the finger and touchpad may cause the significant motion to lie always in one direction, e.g., X, in which case a simple absolute difference of X coordinates may be preferred.

In the preferred embodiment, the user is able to change the level of gesture recognition using a control panel or other means. If the user elects to allow taps but not drags, then step 308 can be programmed to go directly to step 310 so that all taps are disqualified from becoming drags.

In step 310, a drag gesture has been disqualified. TapState is changed from TAP to NONE; the effect will be a simple tap gesture followed by cursor motion with no virtual button held down.

Step 312 records the position and the time at which the finger touched down.

Step 318 initializes the TapOkay flag to FALSE. It also clears the Suppress flag which is used to delay the virtual button clicks resulting from "novice" taps. Step 318 ends the delay prematurely if the finger comes back down onto the touchpad. If the new finger stroke is the second tap of a double tap gesture, step 318 is responsible for ensuring that the virtual click from the first tap is not accidentally suppressed entirely.

Step 320, which executes on all samples in which the finger is down, compares Z against the Ztap threshold; step 322 sets TapOkay to TRUE if Z is greater than the Ztap threshold. Thus, when the finger lifts, TapOkay is TRUE if Z ever exceeded the tap threshold during the brief stroke that is a candidate for a tap gesture.

Referring now to FIG. 17b, in step 324, the finger is known to be off the pad. The previous Z is checked to see whether the finger was previously up or is just now being lifted from the pad.

In step 326, a finger-up transition has been detected. Various tests are made of the most recent stroke (finger-down period) to see if it qualifies as a tap. To qualify, the stroke must have short duration (CurThne minus DownTime must be less than TapTime), little or no motion (the distance from CurPos to DownPos must be less than TapRadius), and sufficient peak finger pressure (TapOkay must be TRUE), in order to qualify as a tap.

In step 328, any finger motion which has occurred is retroactively canceled out by quickly replaying to the host a corresponding negative amount of motion from the register or queue in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. If the motion during the stroke was sent to the host in the form of a sequence of several packets, this sequence can be saved and replayed in reverse. If the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

Step 330 takes one of several actions based on the current TapState. First, if TapState is NONE (no gestures in progress), execution simply proceeds to step 332. In step 332, the duration of the tapping stroke, CurTime minus DownTime, is computed to distinguish short, expert taps and long, novice taps. For expert taps, execution simply proceeds to step 338 of FIG. 17c. For novice taps, execution proceeds to step 334, which arranges to use a longer value for DragTime for the current gesture. These steps may simply compare the tap duration to a fixed threshold to choose between two fixed DragTime values, or they may use the tap duration to smoothly modulate the DragTime.

US 6,380,931 B1

43

Step **334** also sets the Suppress flag to True to cause the virtual button signal to stay low for a short period. In the preferred embodiment, this period is chosen to be the difference between the novice and expert DragTime values, so that the resulting non-suppressed portion of the virtual click has the same duration in all cases, as shown in FIG. **15**C.

Second, if TapState is TAP (a recent tap is still in progress), then a double-tap has been detected. Step **334** sets the Suppress flag to TRUE to cause the virtual button signal to go low for one sample. This corresponds to time "**t22**" of FIG. **15**F. In an alternate approach, one or more extra packets indicating a release of the virtual buttons can be inserted into the regular packet stream, rather than using a Suppress flag as shown herein. In an alternate approach, distinct Suppress flags could be used for the two purposes of delaying novice clicks and processing double taps; for example, a 300 msec suppression may be desirable for delaying novice clicks, but for double-taps it may suffice to end the suppression after at least one packet reflecting the suppression of virtual button has been sent to the host.

Finally, if TapState is LOCKED, this is the tap that ends a locking drag. Step **336** sets TapState back to TAP, then skips directly to step **370** of FIG. **17**e, bypassing the steps which decide which of the three mouse buttons to simulate. Thus, the locking drag changes back into a tap on the same virtual mouse button. After the usual short duration ("**t13**" of FIG. **15**D), the virtual button will be released.

It is significant that the button choice (FIG. **17**c) is omitted in the LOCKED case. If a right-button locking drag is initiated by, for example, a tap in the corner of the pad, then it should be possible to terminate the drag by tapping anywhere on the pad, not just in the corner. It is also significant that the button choice is included in the double tap case. Otherwise, it would be impossible, for example, to perform left- and right-button clicks in rapid alternation by tapping alternately in two different locations on the pad.

In an alternate embodiment, if TapState is LOCKED, TapState is set to NONE and step **386** is performed next. This makes "**t13**" of FIG. **15**D equal to zero. Since TapState may also be LOCKED during drag extension, the implementation shown here also allows the user to tap to cut short the drag extension period DragExtTime. In an alternate embodiment, taps could be ignored during the drag extension period. However, the significance of this is lessened if DragExtTime is short.

Referring now to FIG. **17**c, step **338** checks whether the current tap qualifies as a "hop" gesture. This check involves several tests. First, the hop gesture must be enabled by the user. Second, the finger must have been raised for only a short amount of time between the current tap and the last time it was on the pad (DownTime minus UpTime must be less than HopTime). Finally, the position of this tap must be significantly far away from the previous position (the distance from DownPos to UpPos must be greater than HopDistance). Once again, a variety of distance measures are possible. The operations shown in FIGS. **17**a through **17**f support leftward and rightward hops; thus, a reasonable distance measure is absolute difference in X coordinate between DownPos and UpPos.

In a variant which is easily seen to be nearly equivalent, CurTime and CurPos are used in place of DownTime and DownPos in step **338**.

If the tap qualifies as a hop, execution proceeds to step **340**. Since the system of this example supports two different hop gestures, the direction of the hop is checked to determine the type of gesture. If the X coordinate of DownPos (or

44

CurPos) is less than the X coordinate of UpPos, a leftward hop has occurred (assuming X increases to the right). If the X coordinate of DownPos (or CurPos) is greater than the X coordinate of UpPos, a rightward hop has occurred. Note that, due to the checks of step **338**, DownPos will be either significantly to the left or significantly to the right of UpPos at this point.

In step **342**, a leftward hop causes TapButton to be set to the symbol MIDDLE, so that the tap gesture will generate a virtual middle mouse button click.

In step **344**, a rightward hop causes TapButton to be set to RIGHT, initiating a virtual right button click.

Step **346** executes if no hop was detected. It proceeds to check for the other supported alternate gesture, the corner tap. A corner tap is a tap occurring in a small corner zone as shown in FIG. **16**b. A corner tap occurs if corner taps have been enabled by the user; the X coordinate of DownPos (or CurPos) is greater than some coordinate CornerX; and the Y coordinate is greater than some coordinate CornerY. CornerX and CornerY are shown on FIG. **16**b.

It should be obvious to one of ordinary skill in the art that other tap zones, such as those of FIG. **16**a, or multiple corner zones, can be decoded in a completely analogous way by examining the X and Y coordinates of the tap location.

In the presently preferred embodiment, the user is given the choice of hop gestures, corner taps, or neither, as a mechanism for simulating alternate button clicks. There is nothing stopping an implementation from offering both hops and corner taps at once, except that to do so would likely be more confusing than beneficial to the user.

In step **348**, no corner tap was detected, so TapButton is set to LEFT to simulate a click of the left virtual mouse button.

In step **350**, a corner tap was detected, so TapButton is set to RIGHT to simulate a right virtual mouse button click.

Step **352** records the current position as the new UpPos, the lift location used for later hop decoding. In general, UpPos is updated each time the finger is seen to lift from the pad. However, there are two exceptions to this rule. First, if the finger lift is itself part of a hopping tap gesture, UpPos is not updated. This is seen in the left branch of the flowchart of FIG. **17**c. This exception is needed to support, for example, a double click of the right virtual button. The finger is lifted, moved substantially to the right, then tapped twice. The two taps will occur in roughly the same place. If UpPos were updated by the first tap, the second tap would be decoded as a left-button click.

Second, in the flowcharts of FIGS. **17**a through **17**f, UpPos is not updated on a tap that ends a locking drag. User tests show that the last-lift location perceived by the user is usually the last lift during the locking drag, with the terminating tap being a subconscious action whose location is not perceived as relevant. Therefore, it makes more sense to omit the update of UpPos for the terminating tap of a locking drag.

Step **354** sets TapState to TAP after any tap, corner tap, or hop gesture, thus recording that a gesture is in progress.

Referring now to FIG. **17**d, step **356** executes when the finger lifts from the pad in a way that does not qualify as a tap. This step checks if TapState is TAP; if so, the finger must have lifted from the long stroke of a drag gesture, e.g., time "**t7**" of FIG. **15**b. Depending on user preference, the drag gesture is either terminated by the lift of the finger, or locked to become a locking drag.

Step **358** checks whether locking drags have been enabled by the user. This decision may be made at design time, for a system in which drags are always locking or always not, or it may be based on a run-time option such as a control panel.

45

If locking drags have not been enabled, then step **360** checks whether drag extension has been enabled. This decision may be made at design time, for a system in which drags are always extended or not, or it may be based on a run time option such as a control panel.

At step **362**, if drag extension is enabled, then the speed of the finger at lift-off is checked to see whether it is above DragExtSpeed. This permits making the distinction between true drags and presses described above.

In step **364**, the TAPSTATE of a drag is converted to LOCKED.

In step **366**, a drag is terminated by the lift of the finger.

In step **368**, which executes whenever the finger is lifted and does not qualify as a tap, UpPos is updated to the current position as described above.

Referring now to FIG. 17e, step **370** executes whenever the finger lifts from the pad. The variable UpTime is updated to record the time at which the finger lifted from the pad.

Step **372** determines the TapState for each sample in which the finger remains off the pad.

If the TapState is TAP, then step **374** compares CurTime minus UpTime against DragTime, to see if the finger has stayed off the pad too long after a tap for the tap to be the beginning of a drag. It should be appreciated that if variable DragTime is in use, the DragTime used for comparison will be a function of whether a short, expert tap has been made or a long, novice tap has been made. If the time limit is exceeded, and TapState equals TAP, then execution proceeds to step **376**. Otherwise, execution proceeds to step **378**.

If the TapState is LOCKED, step **380** determines whether the DragLock mode has been enabled. If DragLock has not been enabled, then execution proceeds to step **382**. If DragLock is enabled, then execution proceeds to step **378** and the drag continues.

Step **382** determines whether the finger has been off the touchpad for a period exceeding ExtendTime. If not, the drag continues and execution proceeds to step **378**. Otherwise execution proceeds to step **376** where the TapState becomes NONE because the finger has been off the touchpad for too long to continue the drag.

Step **378** checks whether the finger has been off the pad long enough to end the suppression period begun by step **334**. If so, execution proceeds to step **384**, where the Suppress flag is set to False.

Step **376** changes TapState from TAP to NONE, ending the tap and thus preventing the tap from extending to a drag, or the existing drag from being extended further.

Referring now to FIG. 17f, all paths converge on step **386**, which executes on every sample regardless of the state of the finger. This step begins a series of checks to determine the output of the tap unit **280** for this sample. First, if the Suppress flag is TRUE in step **386**, virtual buttons are suppressed so the output is set to NONE in step **388**.

If the Suppress flag is FALSE and there is no button suppression, TapState is examined in step **390**. If TapState is TAP or LOCKED, then the button indicated by TapButton is output in step **392**.

If TapState is NONE, no tap, drag, or hop gesture is in progress, step **394** sets the output to NONE in this case.

Processing ends at step **396** (END). The tap unit will start over at step **300** (START) when the next (X,Y,Z) sample arrives from the arithmetic unit.

The edge-motion feature of FIG. 13 is most useful during a drag gesture. Thus, it is preferable to allow the Motion-Enable input of motion unit **18** to be derived from the state of gesture unit **20**. In particular, the "MotionEnable" signal into AND gate **268** of FIG. 13 is obtained by MotionEnable= (TapState=TAP) OR (TapState=LOCKED).

46

The "zigzag" unit **282** of FIG. 14 decodes a two-finger gesture in which one finger remains resting on the pad while another finger taps to one side of the primary finger. In terms of the (X,Y,Z) information produced by the basic device, this gesture will effectively increase the Z value while quickly shifting the X and/or Y value by a significant distance. (When two fingers are on the pad, the apparent position reported is midway between the two fingers.) If such a change is detected, and is followed by a rapid return to the original X, Y, and Z values, then a tap of a second finger is recognized.

Because a second finger tap cannot be reliably recognized until the second finger is lifted, sudden cursor motions first to one side and then back again are unavoidably sent to the host. The name "zigzag" refers to these characteristic cursor motions. A motion-reversal mechanism similar to that used in the tap unit **280** can be employed to ensure that the virtual button click occurs at the original, un-zigzagged location. The only difficulty in this case is that the motions involved may be large enough to trigger the host's acceleration feature, which means that either the reversal motion must be stored and replayed packet by packet, or the zigzag unit and host software must cooperate to ensure that the cursor does in fact return to the desired place.

It is possible to recognize second-finger taps using only the (X,Y,Z) information from the standard arithmetic unit **16**, as described herein. However, it is clear that the arithmetic unit **16** could be modified to produce additional information, such as the width or shape of the sensor trace profile, which would aid in the accurate recognition of this gesture.

FIGS. 18a through 18c are a flowchart describing the algorithm for the zigzag unit **282**. As was the case for the tap unit **280**, the zigzag unit **282** is best described as a flowchart. However, a hardware state machine is a known equivalent and would also be a reasonable implementation of the zigzag unit **282**. Unlike the tap unit **280** flowchart of FIGS. 17a through 17f, the zigzag unit **282** flowchart executes once per stroke. When the finger's presence is detected (Z>Zthresh), execution begins at step **386**. If the finger leaves the pad before execution ends, the zigzag unit **282** abandons its computation and starts over at step **386** on the next stroke.

FIGS. 18a through 18c illustrate the additional feature that leftward zigzags simulate a left button click, while rightward zigzags simulate a right button click.

The zigzag unit **282** requires the same position, Z, and time inputs as the tap unit **280**. It also requires a speed measure S, which is computed as the distance from the previous to the current finger position at any given time. If any filtering or smoothing done on the normal (X, Y) outputs of the arithmetic unit **16** as previously disclosed, it is best to compute the speed S from the unfiltered (X, Y) values.

State variables of the zigzag unit **282** include ZigZ and ZigZ', which record the two most recent values of Z; ZigPos, and ZigPos', which record the two most recent positions; ZigTime, which records the time at which the presence of the second finger was detected; ZigLeft and ZigRight, which are TRUE if a leftward or rightward zigzag has been detected, respectively; and Out, which represents the output of the zigzag unit **282**, and is one of LEFT, RIGHT, or NONE.

The zigzag unit **282** uses several parameters. ZigDistance, the minimum distance the finger position can move to qualify for this gesture. ZigMaxTime is the maximum amount of time the second finger can be present to qualify. Szig is the instantaneous finger speed required to begin the detection of the gesture and is determined experimentally,

47

depending on the sample rate, sensor dimensions, and amount of analog filtering in the charge integrators. ZigRadius and ZigLimit specify how close the position and Z values, respectively, must return to their original pre-zigzag values after the second finger is lifted. ZigRadius is comparable to TapRadius, and ZigLimit is about 30% of Zthresh in the presently preferred embodiment.

Referring now to FIG. 18*a*, execution begins, when the finger's presence is detected, at step **400**.

In step **402**, the zigzag unit **282** waits for approximately three (X,Y,Z) samples to arrive from the arithmetic unit **16**. In the preferred embodiment, these samples arrive at a rate of 40 per second. This initial delay is to prevent Z fluctuations at the beginning of the stroke from being mistaken for a second finger.

In step **404**, ZigZ and ZigZ' are initialized to a reserved value denoted as NONE.

In step **406**, the zigzag unit **282** waits for the next (X,Y,Z) sample to arrive.

Step **408** checks for the beginning of a "zig", the first half of the zigzag gesture in which the apparent finger grows and jumps to one side. The speed S of the current sample is compared against the threshold Szig. If S is greater, and ZigZ contains valid data (not the reserved value NONE), then execution proceeds to further validation of the gesture in FIG. 18*b*.

In step **410**, no incipient "zig" has been seen, so ZigPos' is updated to reflect the most recent finger position, and ZigPos is updated to reflect the second-most-recent finger position. If smoothing or filtering is applied to the output of the arithmetic unit **16** of FIGS. 1 and 8, then, unlike the S computation described earlier, ZigPos should be updated from the filtered or smoothed position data. In other words, it should be updated from the processed position data which is used to update the cursor position on the host.

In step **412**, ZigZ' and ZigZ are similarly updated to reflect the two most recent Z values. In typical usage patterns, a second-finger tap will typically occur to the left or right, i.e., different in X but not necessarily in Y. Thus, the X denominator (output of subtractor **168** of FIG. **8**) will tend to increase by a clear factor of two when a second finger is present, whereas the Y denominator (output of subtractor **172**) may or may not increase correspondingly, depending on the linearity of the charge integrators **44**. Thus, it is preferable to use the X denominator output directly as Z for the purposes of the zigzag unit **282**, rather than the combined and processed value normally obtained from block **178** of FIG. **8**.

After step **412**, execution returns to step **406** where the next sample is awaited.

Referring now to FIG. 18*b*, step **414** records the time at which the incipient "zig" was detected.

Step **416** then initializes the ZigLeft and ZigRight flags. These flags will become TRUE if the finger is seen to move significantly far to the left or right, respectively, of its starting position.

When a second finger comes down on the pad, the (X,Y,Z) values typically take two or three samples to converge to their new values which reflect the presence of two fingers. Step **418** waits for one or two more samples to arrive, after which time the (X,Y,Z) values should be settled. The choice of one, two, or more samples depends on factors such as the basic sample rate and the amount of filtering that occurs in the analog input section of the device.

After step **418**, CurPos reflects the zigged apparent finger position, and ZigPos reflects the position from two samples before the speed passed the Szig threshold. The two-sample

48

history is important because a small amount of motion may have occurred due to the approaching second finger, before the finger touched down and produced the large motion that exceeded Szig. After step **418**, ZigPos contains the current position saved at a time before the second finger is likely to have had an effect. Likewise, ZigZ contains the Z value from before the second finger arrived.

Step **420** checks to see if Z has increased substantially beyond the resting Z value ZigZ. In the presently preferred embodiment, Z is compared against a threshold 30% larger than ZigZ. If Z is too small, the "zig" is disqualified and execution returns to step **404**.

Step **422** checks to see if the current position is far to the left of the resting position ZigPos. Since the zigzag unit **282** is looking for an abrupt, "unnatural" change in position, it is preferable that step **422** use position data directly from dividers **174** and/or **176** of the arithmetic unit **16**, before any filtering or smoothing that may normally be applied to position data. This data is referred to herein as RawPos to distinguish it from the filtered and smoothed value CurPos. The value CurPos may be used, however, if desired, with less than optimum results.

In this implementation, step **422** compares the X coordinate of RawPos with the X coordinate of ZigPos minus ZigDistance. The parameter ZigDistance can be chosen experimentally based on the observed spacing on the pad between two fingers when one finger is held down and the other tapped in a natural manner.

If a suitable leftward zig is detected, step **424** sets ZigLeft to TRUE.

Step **426** similarly checks if the current position is far to the right of the resting position; if so, step **428** sets ZigRight to TRUE.

Step **430** then waits for the next (X,Y,Z) sample to arrive.

Step **432** checks if the second finger has lifted from the pad, by comparing Z against a second "zag" threshold somewhat less than the "zig" threshold of step **420**. (In the current system, this threshold is roughly 20% larger than ZigZ.) The "zag" threshold is set below the "zig" threshold in order to provide simple hysteresis.

If the second finger has not yet lifted, execution returns to step **422** to continue waiting. If the second finger has lifted, execution proceeds to step **434** on FIG. 18*c*.

Referring now to FIG. 18*c*, step **434** waits one or two samples for the (X,Y,Z) data to stabilize as the second finger lifts; this step is analogous to step **418**.

Step **436** does a final check for a complete zigzag gesture. So far, a sudden motion accompanied by an increase in Z has been seen, followed by sudden decrease in Z. Step **436** additionally checks that the position has returned to its prezigzag value (the distance from RawPos to ZigPos is less than ZigRadius); the Z value has similarly returned to normal (the absolute value of Z minus ZigZ is less than ZigLimit); and either ZigLeft or ZigRight but not both, is TRUE. In addition, the second-finger tap must be of short duration, i.e. CurTime minus ZigTime is less than ZigMaxTime.

If the motion does not qualify as a zigzag, execution returns to step **404** to await detection of a zigzag gesture. If the motion has qualified as a zigzag, step **438** provides reverse motion to restore the cursor to the exact position corresponding to ZigPos, if necessary. This step is analogous to step **328** of FIG. 17*b*.

In step **440**, a complete zigzag has been detected. If ZigLeft is TRUE, the motion is a leftward zigzag. Otherwise, ZigRight must be TRUE and the motion is a rightward zigzag. Accordingly, either step **442** simulates a

US 6,380,931 B1

49

50

left button press for a leftward zigzag, or step **444** simulates a right button press for a rightward zigzag.

Step **446** pauses for a certain amount of time. For example, this step might wait for one or several more samples to arrive, or it might wait for one or several data packets to be sent to the host. (Normally there is a one-to-one correspondence between samples and data packets.)

Finally, step **448** ends the simulated button press by setting Out to NONE. In this example, the zigzag gesture only works to simulate clicks, not drags. The zigzag does not extend neatly to a drag in the same way as the normal one-finger tap, since this would imply that the entire drag motion occurs with two fingers held awkwardly on the pad. One alternative is to simulate a locking button, as is often done with trackball buttons in the art, where consecutive zigzags alternately press and release the virtual button. Another alternative is to have the zigzag gesture press the virtual button, and to release the virtual button only when the primary finger is also removed from the pad.

After step **448**, execution returns to step **404** to await detection of further zigzag, gestures.

Another gesture which is useful in specialized applications is a "push" gesture, which simply compares the Z (pressure) information against a second Z threshold ZpushDown, considerably higher than the basic finger-detection threshold, and simulates a mouse button action whenever Z exceeds this threshold. This "push" gesture is similar to the way pen-based pointing devices normally operate; however, it too imprecise and too tiring on the finger to use as the primary click or drag gesture. The "push" gesture is most useful in special contexts such as freehand drawing programs.

FIG. **19** is a timing diagram illustrating a "push" gesture. To perform this gesture, the finger is first brought near enough to cause cursor motion without causing a virtual button press. Next, the finger pressure increases past threshold ZpushDown, causing the virtual button to be pressed. Later, the pressure reduces below a threshold ZpushUp, causing the virtual button to be released. If ZpushUp is somewhat lower than ZpushDown, the resulting hysteresis will prevent unwanted oscillation on the virtual button if the finger pressure varies slightly around the "push" threshold.

In one variant that may be preferable, ZpushUp is set equal to Zthresh, so that once a push has begun the finger must be fully lifted from the pad in order to release the simulated button. Other users may prefer ZpushUp to be much closer to ZpushDown than to Zthresh, resulting in a more delicate feel.

The push unit **284** of FIG. **14** recognizes the push gesture. FIG. **20** is a flowchart illustrating the implementation of this gesture. The corresponding diagram for an equivalent hardware circuit to recognize this gesture would be quite straightforward.

Execution begins at step **450** every time a new (X,Y,Z) sample arrives from the arithmetic unit **16**. Note that the push unit **284** examines only the Z value of each sample.

Step **452** checks whether or not a "push" gesture is already in progress.

Step **454** executes if no "push" gesture is in progress. This step checks if a "push" should begin. First, "push" gestures must be enabled by the user. Second, current Z value must be greater than the threshold ZpushDown.

If Z is sufficient to begin a push gesture, step **456** sets Out to LEFT to indicate that the left button is now pressed.

Step **458** executes if the current push gesture should end. This check simply involves comparing Z against ZpushUp. If Z is less than ZpushUp, the push gesture is terminated in step **460**.

Execution ends at step **462**. If neither step **456** nor step **460** was executed then Out remains the same, thus providing the hysteresis referred to above. The state variable Out should be initialized to NONE at startup time.

Those of ordinary skill in the art will note that the tap unit **280** is suitable for use with any touchpad that provides (X, Y) and finger-presence information, and push unit **284** is suitable for use with any touchpad that produces Z (pressure) information. Only the zigzag unit **282** depends on special characteristics of the particular touchpad technology disclosed herein, namely the fact that two fingers reliably report an averaged finger position.

Two more algorithms that are not directly part of gesture processing may be used to address minor problems that occur when the user taps on the pad. Specifically, the finger position sometimes shears sharply in one direction just as the finger lifts away. This is due to natural slippage of the finger during this action, and is aggravated when the finger is held at a shallow angle. A "reverse motion" algorithm can deal with some jumps so far that the TapRadius test fails, reverse motion cannot help.

If Z is seen to be changing rapidly between the current and previous samples (i.e., if the absolute difference between the current and previous Z values is less than some empirically determined threshold), then the time constant of the (X, Y) filtering of the output of the arithmetic unit **16** can be increased. Normally, the old filter value and new quotient are averaged with roughly equal weighting to produce the new filter value. If Z is rapidly changing, the old filter value is instead weighted considerably (e.g., an order of magnitude) more than the new quotient. The result is that any motion occurring during this instant of high Z change is heavily damped.

Often the spurious motion that arises from a finger-lift occurs all in the very last sample before Z decreases below the finger-down threshold Zthresh. Another solution to the problem of spurious finger-lift motion is the "lift-jump suppression" mechanism, which attempts to suppress this final spurious motion event. FIG. **21** shows an illustrative circuit for performing the lift-jump suppression function.

The circuit shown in FIG. **21** performs lift jump suppression. It examines the sequence of (X, Y) position samples arriving from dividers **174** and **176** of FIG. **8** to produce a speed S which is further processed to obtain a motion-suppression signal. As described previously, it is best to use the quotient values directly, before any smoothing or filtering stage, when computing the speed S.

Referring to FIG. **21**, X coordinates are stored in delay **470**. Subtractor **472** computes the absolute value of the difference between the current X value and the previous value stored in delay **470**. Likewise, delay **474** and subtractor **476** compute the absolute change in Y. Adder **478** forms the sum of these absolute differences to produce speed S, the distance between the current and previous samples. As previously described, it is clear that other distance measures may be used for this computation. Note that, in addition to the circuitry of FIG. **21**, the zigzag unit **282** also makes use of the speed value S as previously disclosed.

Delay units **480** and **482** record the previous and second-previous values of S, known as S' and S", respectively. Divider **484** computes the quantity one-half of S, denoted S/2. The lift-jump suppression unit looks for a characteristic relationship among the values S, S', S", and S/2 in an attempt to recognize spurious liftjump events. One practiced in the art will recognize that S" is not valid until the fourth sample of a given finger stroke; thus, the lift-jump suppression unit is disabled for the first three samples of each stroke. The

51

52

lift-jump suppression unit also employs a parameter Liftjump, a speed threshold which is determined experimentally and is affected by the sample rate and the sensitivity of the sensor pad.

Comparator **486** checks if the speed S is greater than the threshold Liftjump. Comparator **488** checks to see if the previous speed S' is less than LiftJump, and comparator **490** checks if S' is less than S/2. Similarly, comparator **492** checks to see if the second-previous speed S" is less than Liftjump, and comparator **494** checks if S" is less than S/2. If all five conditions are satisfied, AND gate **496** outputs a "suppress motion" signal which suppresses the action of motion unit **18** for this sample. When motion unit **18** is suppressed, its output ($\Delta$X, $\Delta$Y) is not generated for the current sample, and its delay unit **260** is not clocked.

The profile detected by the lift-jump suppression unit usually occurs during a last spurious motion sample before the finger lifts. Since Z will fall below Zthresh on the very next sample, the current sample will never contribute to. any motion events sent to the host. The algorithm is guaranteed by design not to suppress more than one sample in a row. Thus, if the algorithm "guesses wrong" and Z does not fall below Zthresh, the skipped finger motion will be taken up into the ($\Delta$X, $\Delta$Y) packet produced by the next sample with only a tiny hesitation in the perceived cursor motion.

The increased sensitivity of the touch sensor system of the present invention allows for a lighter input finger touch which makes it easy for human use. Increased sensitivity also makes it easier to use other input objects, like pen styli, etc. Additionally, this sensitivity allows for a tradeoff against a thicker protective layer, or different materials, which both can allow for lower manufacturing costs.

Greater noise rejection allows for greater flexibility in use and reduced sensitivity to spurious noise problems. Two techniques are employed which allow derivation of the most noise-rejection benefit.

Due to the drive and sense techniques employed in the present invention, the data acquisition rate has been increased by about a factor of 30 over the prior art. This offers several obvious side effects. First, for the same level of signal processing, the circuitry can be turned off most of the time and reduce power consumption by roughly a factor of 30 in the analog section of the design. Second, since more data is available, more signal processing, such as filtering and gesture recognition, can be performed.

The sensor electronic circuit employed in the present invention is very robust and calibrates out process and systematic errors. It will process the capacitive information from the sensor and provide digital information to an external device, for example, a microprocessor.

Because of the unique physical features of the present invention, there are several ergonomically interesting applications that were not previously possible. Presently a mouse or trackball is not physically convenient to use on portable computers. The present invention provides a very convenient and easy-to-use cursor position solution that replaces those devices.

In mouse-type applications, the sensor of the present invention may be placed in a convenient location, e.g., below the "space bar" key in a portable computer. When placed in this location, the thumb of the user may be used as the position pointer on the sensor to control the cursor position on the computer screen. The cursor may then be moved without the need for the user's fingers to leave the keyboard. Ergonomically, this is similar to the concept of the MacIntosh Power Book with its trackball, however the present invention provides a significant advantage in size

over the trackball. Extensions of this basic idea are possible in that two sensors could be placed below the "space bar" key for even more feature control.

The computer display with its cursor feedback is one small example of a very general area of application where a display could be a field of lights or LEDs, an LCD display, or a CRT. Examples include touch controls on laboratory equipment where present equipment uses a knob/button/ touch screen combination. Because of the articulating ability of this interface, one or more of those inputs could be combined into one of the inputs described with respect to the present invention.

Consumer Electronic Equipment (stereos, graphic equalizers, mixers) applications often utilize significant front panel surface area for slide potentiometers because variable control is needed. The present invention can provide such control in one small touch pad location. As Electronic Home Systems become more common, denser and more powerful human interface is needed. The sensor technology of the present invention permits a very dense control panel. Hand-held TV/VCR/Stereo controls could be ergonomically formed and allow for more powerful features if this sensor technology is used.

The sensor of the present invention can be conformed to any surface and can be made to detect multiple touching points, making possible a more powerful joystick. The unique pressure detection ability of the sensor technology of the present invention is also key to this application. Computer games, "remote" controls (hobby electronics, planes), and machine tool controls are a few examples of applications which would benefit from the sensor technology of the present invention.

Musical keyboards (synthesizers, electric pianos) require velocity sensitive keys which can be provided by the pressure sensing ability of this sensor. There are also pitch bending controls, and other slide switches that could be replaced with this technology. An even more unique application comprises a musical instrument that creates notes as a function of the position and pressure of the hands and fingers in a very articulate 3-d interface.

The sensor technology of the present invention can best detect any conducting material pressing against it. By adding a compressible insulating layer covered by a layer of conductive material on top of the sensor the sensor of the present invention may also indirectly detect pressure from any object being handled, regardless of its electrical conductivity.

Because of the amount of information available from this sensor it will serve very well as an input device to virtual reality machines. It is easy to envision a construction that allows position-monitoring in three dimensions and some degree of response (pressure) to actions.

While embodiments and applications of this invention have been shown and described, it would be apparent to those skilled in the art that many more modifications than mentioned above are possible without departing from the inventive concepts herein. The invention, therefore, is not to be restricted except in the spirit of the appended claims.

What is claimed is:

1. A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including:

detecting a presence of a conductive object on the touch-sensor pad;

comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

US 6,380,931 B1

53

comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion; and

maintaining said signal for a predetermined period of time.

2. The method of claim 1, further including:

detecting in which of a plurality of predefined regions said tap gesture occurred; and

sending a second signal to the host indicating in which of said predefined regions on said sensor pad said tap gesture occurred.

3. The method of claim 2, wherein the predefined regions include at least one of the corners of the touch-sensor pad.

4. The method of claim 2, wherein one of the corners of the touch-sensor pad simulates a right mouse button click.

5. A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including:

detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad;

detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred; and

54

sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-sensor pad said tap gesture occurred.

6. The method of claim 5, wherein one of the corners of the touch-sensor pad simulates a right mouse button click.

7. A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a conductive object on the touch-sensor pad;

comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion, and maintaining said signal for a predetermined period of time; and

sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

* * * * *

# EXHIBIT 3

(Part 1 of 2)

US005543591A

# United States Patent [19]

## Gillespie et al.

[11] **Patent Number:** **5,543,591**

[45] **Date of Patent:** **Aug. 6, 1996**

[54] **OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION**

[75] Inventors: **David Gillespie**, Palo Alto; **Timothy P. Allen**, Los Gatos; **Ralph Wolf**, Palo Alto, all of Calif.

[73] Assignee: **Synaptics, Incorporated**, San Jose, Calif.

[21] Appl. No.: **320,158**

[22] Filed: **Oct. 7, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 300,387, Sep. 2, 1994, which is a continuation-in-part of Ser. No. 115,743, Aug. 31, 1993, Pat. No. 5,734,787, which is a continuation-in-part of Ser. No. 895,934, Jun. 8, 1992.

[51] **Int. Cl.**$^6$ .................................................. **G08C 21/00**

[52] **U.S. Cl.** .................................................. **178/18**; 341/33

[58] **Field of Search** .................................... 345/173, 174; 178/18; 382/3, 13

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,071,691 | 1/1978 | Pepper, Jr. | 178/19 |
| 4,129,747 | 12/1978 | Pepper, Jr. | 178/19 |
| 4,148,014 | 4/1979 | Burson | 340/709 |
| 4,198,539 | 4/1980 | Pepper, Jr. | 178/18 |
| 4,293,734 | 10/1981 | Pepper, Jr. | 178/18 |
| 4,302,011 | 11/1982 | Pepper, Jr. | 273/85 |
| 4,313,113 | 1/1982 | Thornburg | 340/709 |
| 4,371,746 | 2/1983 | Pepper, Jr. | 178/18 |
| 4,430,917 | 2/1984 | Pepper, Jr. | 84/1.01 |
| 4,511,760 | 4/1985 | Garwin et al. | 178/18 |
| 4,734,685 | 3/1988 | Watanabe | 340/710 |
| 4,766,423 | 8/1988 | Ono et al. | 340/709 |
| 4,918,262 | 4/1990 | Flowers et al. | 178/18 |
| 4,988,982 | 1/1991 | Rayner et al. | 345/173 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2139762 | 11/1984 | United Kingdom | G06F 3/033 |

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Kevin Kim
*Attorney, Agent, or Firm*—D'Alessandro & Ritchie

[57] **ABSTRACT**

Methods for recognizing gestures made by a conductive object on a touch-sensor pad are disclosed. Tapping, pushing, hopping, and zigzag gestures are recognized by analyzing the position, pressure, and movement of the conductive object on the sensor pad during the time of a suspected gesture, and signals are sent to a host indicating the occurrence of these gestures. Signals for compensating for unintended motion of the conductive object on the touch-sensor pad during the gestures are also sent to the host.

**11 Claims, 26 Drawing Sheets**





FIG. 1





*FIG. 2A*



*FIG. 2B*



*FIG. 2C*



*FIG. 2D*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*



IN

EN

RESET UP

RESET DN

STEP UP

STEP DN

SUP

SDN

CHUP

CHDN

SHARE

OUT

|←————— SCAN CYCLE —————→|

*FIG. 5*



SAMPLE

48

126

120    122    124

*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



FIG. 10



FIG. 11



FIG. 12



*FIG. 13*



FIG. 14



FIG. 15A



FIG. 15B

**U.S. Patent**        Aug. 6, 1996        Sheet 14 of 26        **5,543,591**

LOCKING DRAG GESTURE



*FIG. 15C*

DOUBLE TAP



*FIG. 15D*

HOP GESTURE



*FIG. 15E*



*FIG. 16A*



*FIG. 16B*



*FIG. 17A*



*FIG. 17B*



*FIG. 17C*



*FIG. 17D*





*FIG. 17E*



FIG. 17F



*FIG. 18A*



FIG. 18B



*FIG. 18C*

PUSH GESTURE



FIG. 19



FIG. 20



*FIG. 21*

5,543,591

1

# OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION

## RELATED APPLICATIONS

This application is a continuation in part of application Ser. No. 08/300,387, filed Sep. 2, 1994, attorney's Docket No. SYN-057A, now allowed, which is a continuation-in-part of application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, which is a continuation-in-part of application Ser. No. 07/895,934, filed Jun. 8, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to object position sensing transducers and systems. More particularly, the present invention relates to object position recognition useful in applications such as cursor movement for computing devices and other applications, and especially to cursor movement with enhanced edge-motion and gesture-recognition features.

### 2. The Prior Art

Numerous devices are available or have been proposed for use as object position detectors for use in computer systems and other applications. The most familiar of such devices is the computer "mouse". While extremely popular as a position indicating device, a mouse has mechanical parts and requires a surface upon which to roll its position ball. Furthermore, a mouse usually needs to be moved over long distances for reasonable resolution. Finally, a mouse requires the user to lift a hand from the keyboard to make the cursor movement, thereby upsetting the prime purpose, which is usually typing on the computer.

Trackball devices are similar to mouse devices. A major difference, however, is that, unlike a mouse device, a trackball device does not require a surface across which it must be rolled. Trackball devices are still expensive, have moving parts, and require a relatively heavy touch as do the mouse devices. They are also large in size and do not fit well in a volume-sensitive application like a laptop computer.

There are several available touch-sense technologies which may be employed for use as a position indicator. Resistive-membrane position sensors are known and used in several applications. However, they generally suffer from poor resolution, the sensor surface is exposed to the user and is thus subject to wear. In addition, resistive-membrane touch sensors are relatively expensive. A one-surface approach requires a user to be grounded to the sensor for reliable operation. This cannot be guaranteed in portable computers. An example of a one-surface approach is the UnMouse product by MicroTouch, of Wilmington, Mass. A two-surface approach has poorer resolution and potentially will wear out very quickly in time.

Resistive tablets are taught by U.S. Pat. No. 4,680,430 to Yoshikawa, U.S. Pat. No. 3,497,617 to Ellis and many others. The drawback of all such approaches is the high power consumption and the high cost of the resistive membrane employed.

Surface Acoustic Wave (SAW) devices have potential use as position indicators. However, this sensor technology is expensive and is not sensitive to light touch. In addition, SAW devices are sensitive to residue buildup on the touch surfaces and generally have poor resolution.

2

Strain gauge or pressure plate approaches are an interesting position sensing technology, but suffer from several drawbacks. This approach may employ piezo-electric transducers. One drawback is that the piezo phenomena is an AC phenomena and may be sensitive to the user's rate of movement. In addition, strain gauge or pressure plate approaches are somewhat expensive because special sensors are required.

Optical approaches are also possible but are somewhat limited for several reasons. All would require light generation which will require external components and increase cost and power drain. For example, a "finger-breaking" infra-red matrix position detector consumes high power and suffers from relatively poor resolution.

There have been numerous attempts to provide a device for sensing the position of a thumb or other finger for use as a pointing device to replace a mouse or trackball. Desirable attributes of such a device are low power, low profile, high resolution, low cost, fast response, and ability to operate reliably when the finger carries electrical noise, or when the touch surface is contaminated with dirt or moisture.

Because of the drawbacks of resistive devices, many attempts have been made to provide pointing capability based on capacitively sensing the position of the finger. U.S. Pat. No. 3,921,166 to Volpe teaches a capacitive matrix in which the finger changes the transcapacitance between row and column electrodes. U.S. Pat. No. 4,103,252 to Bobick employs four oscillating signals to interpolate x and y positions between four capacitive electrodes. U.S. Pat. No. 4,455,452 to Schuyler teaches a capacitive tablet wherein the finger attenuates the capacitive coupling between electrodes.

U.S. Pat. No. 4,550,221 to Mabusth teaches a capacitive tablet wherein the effective capacitance to "virtual ground" is measured by an oscillating signal. Each row or column is polled sequentially, and a rudimentary form of interpolation is applied to resolve the position between two rows or columns. An attempt is made to address the problem of electrical interference by averaging over many cycles of the oscillating waveform. The problem of contamination is addressed by sensing when no finger was present, and applying a periodic calibration during such no-finger-present periods. U.S. Pat. No. 4,639,720 to Rympalski teaches a tablet for sensing the position of a stylus. The stylus alters the transcapacitance coupling between row and column electrodes, which are scanned sequentially. U.S. Pat. No. 4,736,191 to Matzke teaches a radial electrode arrangement under the space bar of a keyboard, to be activated by touching with a thumb. This patent teaches the use of total touch capacitance, as an indication of the touch pressure, to control the velocity of cursor motion. Pulsed sequential polling is employed to address the effects of electrical interference.

U.S. Pat. Nos. 4,686,332 and 5,149,919, to Greanias, teaches a stylus and finger detection system meant to be mounted on a CRT. As a finger detection system, its X/Y sensor matrix is used to locate the two matrix wires carrying the maximum signal. With a coding scheme these two wires uniquely determine the location of the finger position to the resolution of the wire stepping. For stylus detection, Greanias first coarsely locates it, then develops a virtual dipole by driving all lines on one side of the object in one direction and all lines on the opposite side in the opposite direction. This is done three times with different dipole phases and signal polarities. Assuming a predetermined matrix response to the object, the three measurements present a set of simultaneous equations that can be solved for position.

5,543,591

3

U.S. Pat. No. 4,733,222 to Evans is the first to teach a capacitance touch measurement system that interpolates to a high degree. Evans teaches a three terminal measurement system that uses a drive, sense and electrode signal set (3 signals) in its matrix, and bases the measurement on the attenuation effect of a finger on the electrode node signal (uses a capacitive divider phenomena). Evans sequentially scans through each drive set to measure the capacitance. From the three largest responses an interpolation routine is applied to determine finger position. Evans also teaches a zeroing technique that allows "no-finger" levels to be cancelled out as part of the measurement.

U.S. Pat. No. 5,016,008 to Gruaz describes a touch sensitive pad that also uses interpolation. Gruaz uses a drive and sense signal set (2 signals) in the touch matrix and like Evans relies on the attenuation effect of a finger to modulate the drive signal. The touch matrix is sequentially scanned to read the response of each matrix line. An interpolation program then selects the two largest adjacent signals in both dimensions to determine the finger location, and ratiometrically determines the effective position from those 4 numbers.

Gerpheide, PCT application US90/04584, publication No. WO91/03039, U.S. Pat. No. 5,305,017 applies to a touch pad system a variation of the virtual dipole approach of Greanias. Gerpheide teaches the application of an oscillating potential of a given frequency and phase to all electrodes on one side of the virtual dipole, and an oscillating potential of the same frequency and opposite phase to those on the other side. Electronic circuits develop a "balance signal" which is zero when no finger is present, and which has one polarity if a finger is on one side of the center of the virtual dipole, and the opposite polarity if the finger is on the opposite side. To acquire the position of the finger initially, the virtual dipole is scanned sequentially across the tablet. Once the finger is located, it is "tracked" by moving the virtual dipole toward the finger once the finger has moved more than one row or column.

Because the virtual dipole method operates by generating a balance signal that is zero when the capacitance does not vary with distance, it only senses the perimeter of the finger contact area, rather than the entire contact area. Because the method relies on synchronous detection of the exciting signal, it must average for long periods to reject electrical interference, and hence it is slow. The averaging time required by this method, together with the necessity to search sequentially for a new finger contact once a previous contact is lost, makes this method, like those before it, fall short of the requirements for a fast pointing device that is not affected by electrical interference.

It should also be noted that all previous touch pad inventions that used interpolation placed rigorous design requirements on their sensing pad. Greanias and Evans use a complicated and expensive drive, sense and electrode line scheme to develop their signal. Gruaz and Gerpheide use a two signal drive and sense set. In the present invention the driving and sensing is done on the same line. This allows the row and column sections to be symmetric and equivalent. This in turn allows independent calibration of all signal paths, which makes board layout simpler and less constraining, and allows for more unique sensor topologies.

The shortcomings of the inventions and techniques described in the prior art can also be traced to the use of only one set of driving and sensing electronics, which was multiplexed sequentially over the electrodes in the tablet. This arrangement was cost effective in the days of discrete

4

components, and avoided offset and scale differences among circuits.

The sequential scanning approach of previous systems also made them more susceptible to noise. Noise levels could change between successive measurements, thus changing the measured signal and the assumptions used in interpolation routines.

Finally, all previous approaches assumed a particular signal response for finger position versus matrix position. Because the transfer curve is very sensitive to many parameters and is not a smooth linear curve as Greanias and Gerpheide assume, such approaches are limited in the amount of interpolation they can perform.

In prior co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet is disclosed. All row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously. The sensed signals are processed by analog circuitry.

Of the touchpad devices currently available, only the Alps/Cirque GlidePoint includes gesture recognition. The GlidePoint supports basic tap, double-tap, and drag gestures to simulate actions on a primary mouse button. It does not support multiple-finger gestures, nor are there gestures for simulating secondary button clicks. No information is known about the implementation methods employed in the GlidePoint. However, the GlidePoint is known to have difficulty with double-taps, one of the problems addressed by the present invention. The GlidePoint exhibits a hesitation on each finger-motion stroke which may be an attempt to stabilize the cursor during tap gestures. Also, the Glide-Point must rely on physical switches or extremely high gain or acceleration in order to allow drags over long distances.

One touchpad product, the UnMouse, mounts a switch underneath its resistive sensor so that the user simply presses down on the pad to activate the button. Aside from requiring fragile and complex mechanical mounting, this device also is reported to be very tiring to the user.

Graphics tablets operated by a pressure sensitive stylus instead of a finger are well-known in the art. These devices typically use a mechanism like the "push" gesture of the present invention to simulate actuator switches. No other gestures of the sort described herein have been seen in stylus-operated tablets.

It is thus an object of the present invention to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously.

It is a further object of the present invention to provide an electronic system that is sensitive to the entire area of contact of a finger or other conductive object with a capacitive tablet, and to provide as output the coordinates of some measure of the center of this contact area while remaining insensitive to the characteristic profile of the object being detected.

It is a further object of the present invention to provide an electronic system that provides as output some measure of area of contact of a finger or other conductive object with a capacitive tablet.

Yet another object of the present invention is to provide a two-dimensional capacitive sensing system equipped with a

5,543,591

5

separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the information defining the location of a finger or other conductive object is processed in digital form.

It is a further object of the present invention to provide a two-dimensional capacitive sensing system wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously and wherein the location of a finger or other conductive object within a peripheral region of a sensing plane can optionally cause cursor "edge motion" on a display screen allowing control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of gestures made by a finger or other object on a touch-sensor pad in a manner which compensates for unintended motion of the finger or other object during expression of the gesture.

Yet another object of the present invention is to provide for the recognition of multiple-finger gestures and for simulating secondary button clicks.

BRIEF DESCRIPTION OF THE INVENTION

With the advent of very high levels of integration, it has become possible to integrate many channels of driving/sensing electronics into one integrated circuit, along with the control logic for operating them, and the interface electronics to allow the pointing device to communicate directly with a host microprocessor. The present invention uses adaptive analog techniques to overcome offset and scale differences between channels, and can thus sense either transcapacitance or self-capacitance of all tablet rows or columns in parallel. This parallel-sensing capability, made possible by providing one set of electronics per row or column, allows the sensing cycle to be extremely short, thus allowing fast response while still maintaining immunity to very high levels of electrical interference.

The present invention comprises a position-sensing technology particularly useful for applications where finger position information is needed, such as in computer "mouse" or trackball environments. However the position-sensing technology of the present invention has much more general application than a computer mouse, because its sensor can detect and report if one or more points are being touched. In addition, the detector can sense the pressure of the touch.

According to a preferred embodiment of the present invention, referred to herein as a "finger pointer" embodiment, a position sensing system includes a position sensing transducer comprising a touch-sensitive surface disposed on a substrate, such as a printed circuit board, including a matrix of conductive lines. A first set of conductive lines runs in a first direction and is insulated from a second set of conductive lines running in a second direction generally perpendicular to the first direction. An insulating layer is disposed over the first and second sets of conductive lines. The insulating layer is thin enough to promote significant capacitive coupling between a finger placed on its surface and the first and second sets of conductive lines.

Sensing electronics respond to the proximity of a finger, conductive object, or an object of high dielectric constant (i.e., greater than about 5) to translate the capacitance changes of the conductors caused by object proximity into digital information which is processed to derive position and

6

touch pressure information. Its output is a simple X, Y and pressure value of the one object on its surface. In all descriptions herein, fingers are to be considered interchangeable with conductive objects and objects of high dielectric constant.

Different prior art pad scan techniques have different advantages in different environments. Parallel drive/sense techniques according to the present invention allow input samples to be taken simultaneously, thus all channels are affected by the same phase of an interfering electrical signal, greatly simplifying the signal processing and noise filtering.

There are two drive/sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the sensor matrix are simultaneously moved, while the voltages of the Y lines are held at a constant voltage, with the complete set of sampled points simultaneously giving a profile of the finger in the X dimension. Next, the voltages on all of the Y lines of the sensor matrix are simultaneously moved, while the voltages of the X lines are held at a constant voltage to obtain a complete set of sampled points simultaneously giving a profile of the finger in the other dimension.

According to a second drive/sense method, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This technique doubles the effect of any transcapacitance between the two dimensions, or conversely, halves the effect of any parasitic capacitance to ground. In both methods, the capacitive information from the sensing process provides a profile of the proximity of the finger to the sensor in each dimension.

As presently preferred, both embodiments then take these profiles and derive a digital value representing the centroid for X and Y position and derive a second digital value for the Z pressure information. The digital information may be directly used by a host computer. Analog processing of the capacitive information may also be used according to the present invention.

The position sensor of these embodiments can only report the position of one object on its sensor surface. If more than one object is present, the position sensor of this embodiment computes the centroid position of the combined set of objects. However, unlike prior art, because the entire pad is being profiled, enough information is available to discern simple multi-finger gestures to allow for a more powerful user interface.

According to another aspect of the present invention, several power reduction techniques which can shut down the circuit between measurements have been integrated into the system. This is possible because the parallel measurement technique according to the present invention is so much faster than prior art techniques.

According to a further aspect of the invention, a variety of noise reduction techniques are integrated into the system.

According to yet another aspect of the present invention, a capacitance measurement technique which is easier to calibrate and implement is employed.

According to another aspect of the present invention, when the presence of a finger or other conductive object is sensed within a defined peripheral region of the sensing plane, the control of cursor motion may be changed to provide "edge motion" to allow control of large cursor

5,543,591

7

excursions on a display screen from a single gesture executed on a small sensing plane.

According to a further object of the present invention, a number of gestures made by a finger or other object on the touch-sensor pad are recognized and communicated to a host. Compensation for unintended motion of the finger or other object during expression of the gestures is provided.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall block diagram of the capacitive position sensing system of the present invention.

FIG. 2a is a top view of an object position sensor transducer according to a presently preferred embodiment of the invention showing the object position sensor surface layer including a top conductive trace layer and conductive pads connected to a bottom trace layer.

FIG. 2b is a bottom view of the object position sensor transducer of FIG. 2a showing the bottom conductive trace layer.

FIG. 2c is a composite view of the object position sensor transducer of FIGS. 2a and 2b showing both the top and bottom conductive trace layers.

FIG. 2d is a cross-sectional view of the object position sensor transducer of FIGS. 2a–2c.

FIG. 3 is a block diagram of sensor decoding electronics which may be used with the sensor transducer in accordance with a preferred embodiment of the present invention.

FIG. 4a is a simplified schematic diagram of a charge integrator circuit which may be used in the present invention.

FIG. 4b is an illustrative schematic diagram of the charge integrator circuit of FIG. 4a.

FIG. 5 is a timing diagram of the operation of charge integrator circuit of FIGS. 4a and 4b.

FIG. 6 is a schematic diagram of an illustrative filter and sample/hold circuit for use in the present invention.

FIG. 7 is a more detailed block diagram of a presently preferred arrangement of A/D converters for use in the present invention.

FIG. 8 is a block diagram of an illustrative arithmetic unit which may be used in the present invention.

FIG. 9 is a block diagram of a calibration unit which may be used with the arithmetic unit of FIG. 8.

FIG. 10 is a schematic diagram of a bias voltage generating circuit useful in the present invention.

FIG. 11 is a diagram of the sensing plane illustrating the edge motion feature of the object position sensor of the present invention.

FIG. 12 is a schematic diagram illustrating hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 13 is a schematic diagram illustrating hardware implementation of the edge motion feature of the present invention.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1.

FIGS. 15a through 15e are timing diagrams illustrating some of the gestures which may be recognized according to the present invention.

FIGS. 16a and 16b are diagrams illustrating two tap zone shapes which may be used on sensor pads according to the present invention.

8

FIGS. 17a through 17f comprise a flowchart illustrating the operation of the tap unit of FIG. 14.

FIGS. 18a through 18c comprise a flowchart illustrating the the operation of the zigzag unit of FIG. 14.

FIG. 19 is a timing diagram illustrating a "push" gesture according to the present invention.

FIG. 20 is a flowchart illustrating the the operation of the push unit of FIG. 14.

FIG. 21 is a block diagram of an illustrative Lift Jump supressor circuit which may be used in gestrure recognition according to the present invention.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

This application is a continuation-in-part of co-pending application Ser. No. 08/300,387, filed Sep. 2, 1994, which is a continuation-in-part of co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,734,787, which is a continuation-in-part of co-pending application Ser. No. 07/895,934, filed Jun. 8, 1992. The present invention continues the approach disclosed in the parent applications and provides more unique features not previously available. These improvements provide a more easily integrated solution, increased sensitivity, and greater noise rejection, increased data acquisition rate and decreased power consumption. The present invention allows for continuous self calibration to subtract out the effects of environmental changes and allows for enhanced cursor control from edge motion on a sensing plane.

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the invention will readily suggest themselves to such skilled persons.

The present invention brings together in combination a number of unique features which allow for new applications not before possible. Because the object position sensor of the present invention has very low power requirements, it is beneficial for use in battery operated or low power applications such as lap top or portable computers. It is also a very low cost solution, has no moving parts (and is therefore virtually maintenance free), and uses the existing printed circuit board traces for sensors. The sensing technology of the present invention can be integrated into a computer motherboard to even further lower its cost in computer applications. Similarly, in other applications the sensor can be part of an already existent circuit board.

Because of its small size and low profile, the sensor technology of the present invention is useful in lap top or portable applications where volume is an important consideration. The sensor technology of the present invention requires circuit board space for only a single sensor interface chip that can interface directly to a microprocessor, plus the area needed on the printed circuit board for sensing.

Referring first to FIG. 1, a simplified block diagram of the capacitive position sensing system 6 of the present invention is presented. Capacitive position sensing system 6 can accurately determine the position of a finger 8 or other conductive object proximate to or touching a sensing plane 10. The capacitance of a plurality of conductive lines running in a first direction (e.g., "X") is sensed by X input processing circuitry 12 and the capacitance of a plurality of conductive lines running in a second direction (e.g., "Y") is sensed by Y input processing circuitry 14. The sensed

5,543,591

9 10

capacitance values are digitized in both X input processing circuitry 12 and Y input processing circuitry 14. The outputs of X input processing circuitry 12 and Y input processing circuitry 14 are presented to arithmetic unit 16, which uses the digital information to derive digital information representing the position and pressure of the finger 8 or other conductive object relative to the sensing plane 10.

The X, Y, and Z outputs of arithmetic unit 16 are directed to motion unit 18 which provides the cursor motion direction signals to the host computer. Those of ordinary skill in the art will recognize, that as used herein, "host" may mean a stand-alone computer such as an IBM or compatible PC or computer made by Apple Computers, hand-held control units, personal digital assistants, remote communication devices, or the like, or to any other devices or systems which can take as input the output of a touch tablet.

The X, Y, and Z outputs of arithmetic unit 16 are also directed to gesture unit 20, which is used to recognize certain finger gestures performed by a user on sensing plane 10. In addition, gesture unit 20 may produce a signal to motion unit 18 to enable the edge motion feature of the present invention based on the state of gesture processing.

The sensor material can be anything that allows creation of a conductive X/Y matrix of pads. This includes not only standard PC boards, but also includes but is not limited to flexible PC boards, conductive elastomer materials, silk-screened conductive lines, and piezo-electric Kynar plastic materials. This renders it useful as well in any portable equipment application or in human interface where the sensor needs to be molded to fit within the hand.

The sensor can be conformed to any three dimensional surface. Copper can be plated in two layers on most any surface contour producing the sensor. This will allow the sensor to be adapted to the best ergonomic form needed for any particular application. This coupled with the "light-touch" feature will make it effortless to use in many applications. The sensor can also be used in an indirect manner, i.e it can have an insulating foam material covered by a conductive layer over the touch sensing surface and be used to detect any object (not just conductive) that presses against its surface.

Small sensor areas are practical, i.e., a presently conceived embodiment takes about 1.5"×1.5" of area, however those of ordinary skill in the art will recognize that the area is scaleable for different applications. The matrix area is scaleable by either varying the matrix trace spacing or by varying the number of traces. Large sensor areas are practical where more information is needed.

Besides simple X and Y position information, the sensor technology of the present invention also provides finger pressure information. This additional dimension of information may be used by programs to control special features such as "brush-width" modes in Paint programs, special menu accesses, etc., allowing provision of a more natural sensory input to computers. It has also been found useful for implementing "mouse click and drag" modes and for simple input gestures.

The user will not even have to touch the surface to generate the minimum reaction. This feature can greatly minimize user strain and allow for more flexible use.

The sense system of the present invention depends on a transducer device capable of providing position and pressure information regarding the object contacting the transducer. Referring now to FIGS. 2a–2d, top, bottom, composite, and cross-sectional views, respectively, are shown of a presently-preferred sensing plane 10 comprising a touch sensor

array 22 for use in the present invention. Since capacitance is exploited by this embodiment of the present invention, the surface of touch sensor array 22 is designed to maximize the capacitive coupling to a finger or other conductive object.

A presently preferred touch sensor array 22 according to the present invention comprises a substrate 24 including a first set of conductive traces 26 disposed on a top surface 28 thereof and run in a first direction to comprise row positions of the touch sensor array 22. A second set of conductive traces 30 are disposed on a bottom surface 32 thereof and run in a second direction preferably orthogonal to the first direction to form the column positions of the touch sensor array 22. The first and second sets of conductive traces 26 and 30 are alternately in contact with periodic sense pads 34 comprising enlarged areas, shown as diamonds in FIGS. 2a–2c. While sense pads, 34 are shown as diamonds in FIGS. 2a–2c, any shape, such as circles, which allows them to be closely packed is equivalent for purposes of this invention. As an arbitrary convention herein, the first set of conductive traces 26 will be referred to as being oriented in the "X" or "row" direction and may be referred to herein sometimes as "X lines" and the second set of conductive traces 30 will be referred to as being oriented in the "Y" or "column" direction and may be referred to herein sometimes as "Y lines".

The number and spacing of these sense pads 34 depends upon the resolution desired. For example, in an actual embodiment constructed according to the principles of the present invention, a 0.10 inch center-to-center diamond-shaped pattern of sense pads 34 disposed along a matrix of 15 rows and 15 columns of conductors is employed. Every other sense pad 34 in each direction in the pad pattern is connected to first and second sets of conductive traces 26 and 30 on the top and bottom surfaces 28 and 32, respectively of substrate 24.

Substrate 24 may be a printed circuit board, a flexible circuit board or any of a number of available circuit interconnect technology structures. Its thickness is unimportant as long as contact may be made, therethrough from the second set of conductive traces 30 to their sense pads 34 on the top surface 28. The printed circuit board comprising substrate 24 can be constructed using standard industry techniques. Board thickness is not important. Connections from the conductive sense 34 to the second set of conductive traces 30 may be made employing standard plated-through hole techniques well known in the printed circuit board art.

In an alternate embodiment of the present invention, the substrate 24 may have a thickness on the order of 0.005 to 0.010 inches. Then the sense pads 34 on the top surface 28 and the plated through holes that connect to the second set of conductive traces 30, can be omitted, further reducing the cost of the system.

An insulating layer 36 is disposed over the sense pads 34 on top surface 28 to insulate a human finger or other object therefrom. Insulating layer 36 is preferably a thin layer (i.e., approximately 5 mils) to keep capacitive coupling large and may comprise a material, such as mylar, chosen for its protective and ergonomic characteristics. The term "significant capacitive coupling" as used herein shall mean capacitive coupling having a magnitude greater than about 0.5 pF.

There are two different capacitive effects taking place when a finger approaches the touch sensor array 22. The first capacitive effect is trans-capacitance, or coupling between sense pads 34, and the second capacitive effect is self-capacitance, or coupling to virtual ground. Sensing circuitry is coupled to the touch sensor array 22 of the present

5,543,591

**11**

invention and responds to changes in either or both of these capacitances. This is important because the relative sizes of the two capacitances change greatly depending on the user environment. The ability of the present invention to detect changes in both self capacitance and trans-capacitance results in a very versatile system having a wide range of applications.

According to the preferred embodiment of the invention, a position sensor system including touch sensor array 22 and associated position detection circuitry will detect a finger position on a matrix of printed circuit board traces via the capacitive effect of finger proximity to the touch sensor array 22. The position sensor system will report the X, Y position of a finger placed near the touch sensor array 22 to much finer resolution than the spacing between the first and second sets of conductive traces 26 and 30. The position sensor according to this embodiment of the invention will also report a Z value proportional to the outline of that finger and hence indicative of the pressure with which the finger contacts the surface of insulating layer 36 over the touch sensor array 22.

According to the presently preferred embodiment of the invention, a very sensitive, light-touch detector circuit may be provided using adaptive analog and digital VLSI techniques. The circuit of the present invention is very robust and calibrates out process and systematic errors. The detector circuit of the present invention will process the capacitive input information and provide digital information which may be presented directly to a microprocessor.

According to this embodiment of the invention, sensing circuitry is contained on a single sensor processor integrated circuit chip. The sensor processor chip can have any number of X and Y "matrix" inputs. The number of X and Y inputs does not have to be equal. The integrated circuit has a digital bus as output. In the illustrative example disclosed in FIGS. 2a–2d herein, the touch sensor array 22 has 15 traces in both the X and Y directions. The sensor processor chip thus has 15 X inputs and 15 Y inputs. An actual embodiment constructed according to the principles of the present invention employed 18 traces in the X direction and 24 traces in the Y direction. Those of ordinary skill in the art will recognize that the size of the touch sensor array 22 which may be employed in the present invention is arbitrary and will be dictated largely by design choice.

The X and Y matrix nodes are driven and sensed in parallel, with the capacitive information from each line indicating how close a finger is to that node. The scanned information provides a profile of the finger proximity in each dimension. According to this aspect of the present invention, the profile centroid is derived in both the X and Y directions and is the position in that dimension. The profile curve of proximity is also integrated to provide the Z information.

There are two drive and sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the touch sensor array 22 are simultaneously moved, while the voltages of the Y lines are held at a constant voltage. Next, the voltages on all of the Y lines of the touch sensor array 22 are simultaneously moved, while the voltages of the X lines are held at a constant voltage. This scanning method accentuates the measurement of capacitance to virtual ground provided by the finger. Those of ordinary skill in the art will recognize that order of these two steps is somewhat arbitrary and may be reversed.

According to a second drive/sense method, the voltages on all of the X lines of the touch sensor array 22 are

**12**

simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the touch sensor array 22 are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This second drive/sense method accentuates transcapacitance and de-emphasizes virtual ground capacitance. As with the first drive/sense method, those of ordinary skill in the art will recognize that order of these two steps is somewhat arbitrary and may be reversed.

Referring now to FIG. 3, a block diagram of the presently preferred sensing circuitry 40 for use according to the present invention is presented. This block diagram, and the accompanying disclosure, relates to the sensing circuitry 40 in one dimension (X) only, and includes the X input processing circuitry 12 of FIG. 1. Those of ordinary skill in the art will appreciate that an identical circuit would be used for sensing the opposite (Y) dimension and would include the Y input processing circuitry 14 of FIG. 1. Such skilled persons will further note that the two dimensions do not need to be orthogonal to one another. For example, they can be radial or of any other nature to match the contour of the touch sensor array 22 and other needs of the system. Those of ordinary skill in the art will recognize that the technology disclosed herein could be applied as well to a one-dimensional case where only one set of conductive traces is used.

The capacitance at each touch sensor array 22 node is represented by equivalent capacitors 42-1 through 42-n. The capacitance of capacitors 42-1 through 42-n comprises the capacitance of the matrix conductors and has a characteristic background value when no object (e.g., a finger) is proximate to the sensing plane 10 of the touch sensor array 22. As an object approaches the sensing plane 10 the capacitance of capacitors 42-1 through 42-n increases in proportion to the size and proximity of the object.

According to the present invention, the capacitance at each touch sensor array 22 node is measured simultaneously using charge integrator circuits 44-1 through 44-n. Charge-integrator circuits 44-1 through 44-n serve to inject charge into the capacitances 42-1 through 42-n, respectively, and to develop an output voltage proportional to the capacitance sensed on the corresponding X matrix line. Thus charge-integrator circuits 44-1 through 44-n are shown as bidirectional amplifier symbols. Each charge-integrator circuit 44-1 through 44-n is supplied with an operating bias voltage by bias-voltage generating circuit 46.

As used herein, the phrase "proportional to the capacitance" means that the voltage signal generated is a monotonic function of the sensed capacitance. In the embodiment described herein, the voltage is directly and linearly proportional to the capacitance sensed. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein. In addition current-sensing as well as voltage-sensing techniques could be employed.

According to a presently preferred drive/sense method used in the present invention, the capacitance measurements are performed simultaneously across all inputs in one dimension to overcome a problem which is inherent in all prior art approaches that scan individual inputs. The problem with the prior-art approach is that it is sensitive to high frequency and large amplitude noise (large dv/dt noise) that is coupled to the circuit via the touching object. Such noise

5,543,591

13

may distort the finger profile because of noise appearing in a later scan cycle but not an earlier one, due to a change in the noise level.

The present invention overcomes this problem by "taking a snapshot" of all inputs simultaneously in X and then Y directions (or visa versa). Because the injected noise is proportional to the finger signal strength across all inputs, it is therefore symmetric around the finger centroid. Because it is symmetric around the finger centroid it does not affect the finger position. Additionally, the charge amplifier performs a differential measuring function to further reject common-mode noise.

Because of the nature of the charge integrator circuits 44-1 through 44-n, their outputs will be changing over time and will have the desired voltage output for only a short time. As presently preferred, filter circuits 48-1 through 48-n are implemented as sample and hold switched capacitor filters.

The desired voltage is captured by the filter circuits 48-1 through 48-n. As controlled by control circuitry 56, the filter circuits 48-1 through 48-n will filter out any high frequency noise from the sensed signal. This is accomplished by choosing the capacitor for the filter to be much larger than the output capacitance of charge integrator circuits 44-1 through 44-n. In addition, those of ordinary skill in the art will recognize that the switched capacitor filter circuits 48-1 through 48-n will capture the desired voltages and store them.

According to the present invention, the capacitance information obtained in voltage form from the capacitance measurements is digitized and processed in digital format. Accordingly, the voltages stored by filter circuits 48-1 through 48-n are stored in sample/hold circuits 50-1 through 50-n so that the remainder of the circuitry processes input data taken at the same time. Sample/hold circuits 50-1 through 50-n may be configured as conventional sample/hold circuits as is well known in the art.

The sampled analog voltages at the outputs of sample/hold circuits 50-1 through 50-n are digitized by analog-to-digital (A/D) converters 52. As presently preferred, A/D converters 52 resolve the input voltage to a 10-bit wide digital signal (a resolution of one part in 1,024), although those of ordinary skill in the art will realize that other resolutions may be employed. A/D converters 52 may be conventional successive approximation type converters as is known in the art.

Given the charge integrator circuits 44 employed in the present invention, the background level (no object present) of the charge integrator circuits 44 outputs will be about 1 volt. The $\Delta V$ resulting from the presence of a finger or other object will typically be about 0.4 volt. The voltage range of the A/D converters 52 should therefore be in the range of between about 1–2 volts.

An important consideration is the minimum and maximum voltage reference points for the A/D converters 52 ($V_{min}$ and $V_{max}$). It has been found that noise will cause position jitter if these reference voltages are fixed points. A solution to this problem which is employed in the present invention is to dynamically generate the $V_{min}$ and $V_{max}$ reference voltages from reference capacitances 42-Vmin and 42-Vmax, sensed by charge integrator circuits 44-Vmin and 44-Vmax and processed by filter circuits 48-Vmin and 48-Vmax and stored in sample/hold circuits 50-Vmin and 50-Vmax. In this manner, any common mode noise present when the signals are sampled from the touch sensor array 22 will also be present in the $V_{min}$ and $V_{max}$ reference voltage

14

values and will tend to cancel. Those of ordinary skill in the art will realize that reference capacitances 42-Vmin and 42-Vmax may either be discrete capacitors or extra traces in the touch sensor array 22.

According to the present invention, the $V_{min}$ reference voltage is generated from a capacitor having a value equal to the lowest capacitance expected to be encountered in the touch sensor array 22 with no object present (about 12 pF assuming a 2 inch square sensor array). The $V_{max}$ reference voltage is generated from a capacitor having a value equal to the largest capacitance expected to be encountered in the touch sensor array 22 with an object present (about 16 pF assuming a 2 inch square sensor array).

The outputs of A/D converters 52 provide inputs to arithmetic unit 16. As will be more fully disclosed with reference to FIG. 8, the function of arithmetic unit 16 is to compute the weighted average of the signals on the individual sense lines in both the X and Y directions in the touch sensor array 22. Thus, arithmetic unit 16 is shared by the X input processing circuitry 12 and the Y input processing circuitry 14 as shown in FIG. 1.

Control circuitry 56 of FIG. 3 orchestrates the operation of the remainder of the circuitry. Because the system is discretely sampled and pipelined in its operation, control circuitry 56 is present to manage the signal flow. The functions performed by control circuitry 56 may be conventionally developed via what is commonly known in the art as a state machine or microcontroller.

The structure and operation of the individual blocks of FIG. 3 will now be disclosed. Referring now to FIGS. 4a, 4b, and 5, a typical charge integrator circuit 44 will be described. Charge integrator circuit 44 is shown as a simplified schematic diagram in FIG. 4a and as an illustrative schematic diagram in FIG. 4b. The timing of charge integrator circuit 44 is shown in FIG. 5. These timing signals are provided by the control circuitry 56.

Charge integrator circuit 44 is based on the fundamental physical phenomena of using a current to charge a capacitor. If the capacitor is charged for a constant time by a constant current, then a voltage will be produced on the capacitor which is inversely proportional to the capacitance. The capacitance to be charged is the sensor array line capacitance 42 in parallel with an internal capacitor. This internal capacitor will contain the voltage of interest.

Referring now to FIG. 4a, a simplified schematic diagram of an illustrative charge integrator circuit 44 is shown. A charge integrator circuit input node 60 is connected to one of the X (or Y) lines of the touch sensor array 22. A first shorting switch 62 is connected between the charge integrator circuit input node 60 and $V_{DD}$, the positive supply rail. A second shorting switch 64 is connected between the charge integrator circuit input node 60 and ground, the negative supply rail. A positive constant current source 66 is connected to $V_{DD}$, the positive supply rail and to the charge integrator circuit input node 60 and through a first current source switch 68. A negative constant current source 70 is connected to ground and to the charge integrator circuit input node 60 and through a second current source switch 72. It is obvious that other high and low voltage rails could be used in place of $V_{DD}$ and ground.

A first internal capacitor 74 is connected between $V_{DD}$ and output node 76 of charge integrator circuit 44. A positive voltage storage switch 78 is connected between output node 76 and input node 60. A second internal capacitor 80 has one of its plates connected to ground through a switch 82 and to output node 76 of charge integrator circuit 44 through a

5,543,591

15

switch **84**, and the other one of its plates connected to input node **60** through a negative voltage storage switch **86** and to $V_{DD}$ through a switch **88**. The capacitance of first and second internal capacitors **74** and **80** should be a small fraction (i.e., about 10%) of the capacitance of the individual sensor array lines. In a typical embodiment, the sensor array line capacitance will be about 10 pF and the capacitance of capacitors **74** and **80** should be about 1 pF.

According to the presently preferred embodiment of the invention, the approach used is a differential measurement for added noise immunity, the benefit of which is that any low frequency common mode noise gets subtracted out. For the following discussion, it is to be assumed that all switches are open unless they are noted as closed. First, the sensor array line is momentarily shorted to $V_{DD}$ through switch **62**, switch **78** is closed connecting capacitor **74** in parallel with the capacitance of the sensor line. Then the parallel capacitor combination is discharged with a constant current from current source **70** through switch **72** for a fixed time period. At the end of the fixed time period, switch **78** is opened, thus storing the voltage on the sensor array line on capacitor **74**.

The sensor line is then momentarily shorted to ground through switch **64**, and switches **82** and **86** are closed to place capacitor **80** in parallel with the capacitance of the sensor line. Switch **68** is closed and the parallel capacitor combination is charged with a constant current from current source **66** for a fixed time period equal to the fixed time period of the first cycle. At the end of the fixed time period, switch **86** is opened, thus storing the voltage on the sensor matrix line on capacitor **80**.

The first and second measured voltages are then averaged. This is accomplished by opening switch **82** and closing switches **88** and **84**, which places capacitor **80** in parallel with capacitor **74**. Because capacitors **74** and **80** have the same capacitance, the resulting voltage across them is equal to the average of the voltages across each individually. This final result is the value that is then passed on to the appropriate one of filter circuits **48-1** through **48-n**.

The low frequency noise, notably 50/60 Hz and their harmonics, behaves as a DC current component that adds in one measurement and subtracts in the other. When the two results are added together that noise component averages to zero. The amount of noise rejection is a function of how quickly in succession the two opposing charge-up and charge-down cycles are performed as will be disclosed herein. One of the reasons for the choice of this charge integrator circuit **44** is that it allows measurements to be taken quickly.

Referring now to FIG. **4b**, a more complete schematic diagram of an illustrative embodiment of charge integrator circuit **44** of the simplified diagram of FIG. **4a** is shown. Input node **60** is shown connected to $V_{DD}$ and ground through pass gates **90** and **92**, which replace switches **62** and **64** of FIG. **4a**. Pass gate **90** is controlled by a signal ResetUp presented to its control input and pass gate **92** is controlled by a signal ResetDn presented to its control input. Those of ordinary skill in the art will recognize that pass gates **90** and **92**, as well as all of the other pass gates which are represented by the same symbol in FIG. **4b** may be conventional CMOS pass gates as are known in the art. The convention used herein is that the pass gate will be off when its control input is held low and will be on and present a low impedance connection when its control input is held high.

P-Channel MOS transistors **94** and **96** are configured as a current mirror. P-Channel MOS transistor **94** serves as the current source **66** and pass gate **98** serves as switch **68** of

16

FIG. **4a**. The control input of pass gate **98** is controlled by a signal StepUp.

N-Channel MOS transistors **100** and **102** are also configured as a current mirror. N-Channel MOS transistor **100** serves as the current source **70** and pass gate **104** serves as switch **72** of FIG. **4a**. The control input of pass gate **104** is controlled by a signal StepDn. P-Channel MOS transistor **106** and N-Channel MOS transistor **108** are placed in series with P-Channel MOS current mirror transistor **96** and N-Channel MOS current mirror transistor **102**. The control gate of P-Channel MOS transistor **106** is driven by an enable signal EN, which turns on P-Channel MOS transistor **106** to energize the current mirrors. This device is used as a power conservation device so that the charge integrator circuit **44** may be turned off to conserve power when it is not in use.

N-Channel MOS transistor **108** has its gate driven by a reference voltage Vbias, which sets the current through current mirror transistors **96** and **108**. The voltage Vbias is set by a servo feedback circuit as will be disclosed in more detail with reference to FIG. **10**. Those of ordinary skill in the art will appreciate that this embodiment allows calibration to occur in real time (via long time constant feedback) thereby zeroing out any long term effects due to sensor environmental changes. In a current embodiment of the invention, Vbias is common for all charge integrator circuits **44-1** through **44-n** and **44**-Vmax and **44**-Vmin.

Note that proper sizing of N-channel MOS transistors **102** and **108** may provide temperature compensation. This is accomplished by taking advantage of the fact that the threshold of N-Channel MOS transistor **108** reduces with temperature while the mobility of both N-Channel MOS transistors **102** and **108** reduce with temperature. The threshold reduction has the effect of increasing the current while the mobility reduction has the effect of decreasing the current. By proper device sizing these effects can cancel each other out over a significant part of the operating range.

Capacitor **74** has one plate connected to $V_{DD}$ and the other plate connected to the output node **76** and to the input node **60** through pass gate **110**, shown as switch **78** in FIG. **4a**. The control input of pass gate **110** is driven by the control signal SUp. One plate of capacitor **80** is connected to input node **60** through pass gate **112** (switch **86** in FIG. **4a**) and to VDD through pass gate **114** (switch **82** in FIG. **4a**). The control input of pass gate **112** is driven by the control signal SDn and the control input of pass gate **114** is driven by the control signal ChUp. The other plate of capacitor **80** is connected to ground through N-Channel MOS transistor **116** (switch **82** in FIG. **4a**) and to output node **76** through pass gate **118** (switch **84** in FIG. **4a**). The control input of pass gate **118** is driven by control signal Share.

Referring now to FIGS. **4a**, **4b** and the timing diagram of FIG. **5**, the operation of charge integrator circuit **44** during one scan cycle may be observed. First the EN (enable) control signal goes active by going to 0v. This turns on the current mirrors and energizes the charge and discharge current sources, P-channel and N-channel MOS transistors **94** and **100**. The ResetUp control signal is active high at this time, which shorts the input node **60** (and the sensor line to which it is connected) to $V_{DD}$. The SUp control signal is also active high at this time which connects capacitor **74** and the output node **76** to input node **60**. This arrangement guarantees that the following discharge portion of the operating cycle always starts from a known equilibrium state.

The discharge process starts after the ResetUp control signal goes inactive. The StepDn control signal goes active, connecting N-channel MOS transistor **100**, the discharge

5,543,591

17                                                18

current source, to the input node **60** and its associated sensor line. StepDn is active for a set amount of time, and the negative constant current source discharges the combined capacitance of the sensor line and capacitor **74** thus lowering its voltage during that time. StepDn is then turned off. A short time later the SUp control signal goes inactive, storing the measured voltage on capacitor **74**. That ends the discharge cycle.

Next, the ResetDn control signal becomes active and shorts the sensor line to ground. Simultaneously the SDn and ChDn control signals become active and connect capacitor **80** between ground and the sensor line. Capacitor **80** is discharged to ground, guaranteeing that the following charge up cycle always starts from a known state.

The charge up cycle starts after ResetDn control signal becomes inactive and the StepUp control signal becomes active. At this point the current charging source, P-channel MOS transistor **94**, is connected to the sensor line and supplies a constant current to charge the sensor line by increasing the voltage thereon. The StepUp control signal is active for a set amount of time (preferably equal to the time for the previously mentioned cycle) allowing the capacitance to charge, and then it is turned off. The SDn control signal then goes inactive, leaving the measured voltage across capacitor **80**.

The averaging cycle now starts. First the voltage on capacitor **80** is level shifted. This is done by the ChDn control signal going inactive, letting one plate of the capacitor **80** float. Then the ChUp control signal goes active, connecting the second plate of the capacitor **80** to $V_{DD}$. Then the Share control signal becomes active which connects the first plate of capacitor **80** to output node **76**, thus placing capacitors **74** and **80** in parallel. This has the effect of averaging the voltages across the two capacitors **74** and **80**, thus subtracting out common-mode noise as previously described. This average voltage is also then available on output node **76**.

Those of ordinary skill in the art will recognize that the environmental alternating current and other low frequency noise-canceling feature inherent in the averaging of the voltages obtained in the discharge and charge cycles is most effective when the two cycles are performed very close together in time. According to the present invention, the ChDn and ChUp signals should be asserted with respect to each other within a time period much less than a quarter of the period of the noise to be cancelled in order to take advantage of this feature of the present invention.

According to the present invention, two different drive/ sense methods have been disclosed. Those of ordinary skill in the art will readily observe that the charge integrator circuit **44** disclosed with reference to FIGS. **4a**, **4b**, and **5** is adaptable to operate according to either scanning method disclosed herein.

As is clear from an understanding of the operation of charge integrator circuit **44**, its output voltage is only available for a short period of time and is subject to environmental noise. In order to minimize the effects of noise, a switched capacitor filter circuit **48** is used. Referring now to FIG. **6**, a schematic diagram of an illustrative switched capacitor filter circuit **48** which may be used in the present invention is shown. Those of ordinary skill in the art will recognize this switched capacitor filter circuit, which comprises an input node **120**, a pass gate **122** having a control input driven by a Sample control signal, a capacitor **124** connected between the output of the pass gate **126** and a fixed voltage such as ground, and an output node com-

prising the common connection between the capacitor **124** and the output of the pass gate **126**. In a typical embodiment, capacitor **124** will have a capacitance of about 10 pF.

As will be appreciated by persons of ordinary skill in the art, the switched capacitor filter circuit **48** is in part a sample/hold circuit and has a filter time constant which is K times the period of sample, where K is the ratio of capacitor **124** to the sum of capacitors **74** and **80** of the charge integrator circuit **44** of FIGS. **4a** and **4b** to which it is connected. The switched capacitor filter circuit **48** further reduces noise injection in the system. In the preferred embodiment, K=10/2=5. Those of ordinary skill in the art will recognize that other types of filter circuits, such as RC filters, may be employed in the present invention.

Referring now to FIG. **7**, a more detailed block diagram of a presently preferred arrangement of A/D converters **52** of FIG. **3** is presented. There are fewer A/D converters **52** than there are lines in the touch sensor array **22**, and the inputs to the A/D converters **52** are multiplexed to share each of the individual A/D converters **52** among several lines in the touch sensor array **22**. The arrangement in FIG. **7** is more efficient in the use of integrated circuit layout area than providing individual A/D converters **52** for each input line.

In the embodiment illustrated in FIG. **7**, twenty-four conductive line traces are assumed for the touch sensor array **22** of FIGS. **2a–2d**. As shown in FIG. **7**, the outputs of sample/hold circuits **50-1** through **50-24** are fed to the analog data inputs of analog multiplexer **130**. Analog multiplexer **130** has six outputs, each of which drives the input of an individual A/D converter **52-1** through **52-6**. The internal arrangement of analog multiplexer **130** is such that four different ones of the inputs are multiplexed to each of the outputs. Analog multiplexer **130** has been conceptually drawn as six internal multiplexer blocks **132-1** through **132-6**.

In the example shown in FIG. **7**, inputs taken from sample/hold circuits **50-1** through **50-4** are multiplexed to the output of internal multiplexer block **132-1** which drives A/D converter **52-1**. Similarly, inputs taken from sample/ hold circuits **50-5** through **50-8** are multiplexed to the output of internal multiplexer block **132-2** which drives A/D converter **52-2**; inputs taken from sample/hold circuits **50-9** through **50-12** are multiplexed to the output of internal multiplexer block **132-3** which drives A/D converter **52-3**; inputs taken from sample/hold circuits **50-13** through **50-16** are multiplexed to the output of internal multiplexer block **132-4** which drives A/D converter **52-4**; inputs taken from sample/hold circuits **50-17** through **50-20** are multiplexed to the output of internal multiplexer block **132-5** which drives A/D converter **52-5**; and inputs taken from sample/hold circuits **50-21** through **50-24** are multiplexed to the output of internal multiplexer block **132-6** which drives A/D converter **52-6**.

Analog multiplexer **130** has a set of control inputs schematically represented by bus **134**. In the illustrative embodiment shown in FIG. **7**, each of internal multiplexers **132-1** through **132-6** are four-input multiplexers and thus control bus **134** may comprise a two-bit bus for a one-of-four selection. Those of ordinary skill in the art will recognize that the arrangement of FIG. **7** is merely one of a number of specific solutions to the task of A/D conversion from twenty-four channels, and that other satisfactory equivalent arrangements are possible.

In a straightforward decoding scheme:, multiplexers **132-1** through **132-6** will pass, in sequence, the analog voltages present on their first through fourth inputs on to the

# EXHIBIT 3

(Part 2 of 2)

5,543,591

19

inputs of A/D converters 52-1 through 52.-6 respectively. After the analog values have settled in the inputs of A/D converters 52-1 through 52-6, a CONVERT command is asserted on common A/D control line 136 to begin the A/D conversion process.

When the A/D conversion process is complete, the digital value representing the input voltage is stored in registers 138-1 through 138-6. As presently preferred, registers 138-1 through 138-6 may each comprise a two-word register, so that one word may be read out of the registers 138-1 through 138-6 to arithmetic unit 16 while a second word is being written into the registers 138-1 through 138-6 in order to maximize the speed of the system. The design of such registers 138-1 through 138-6 is conventional in the art.

Referring now to FIG. 8, a more detailed block diagram of the arithmetic unit 16 is presented. Those of ordinary skill in the art will appreciate that arithmetic unit 16 processes information from both the X and Y dimensions, i.e., from X input processing circuit 12 and Y input processing circuit 14 of FIG. 1.

Before disclosing the structural configuration of arithmetic unit 16, it is helpful to understand the preferred method by which the centroid position of an object proximate to touch sensor array 22 is determined according to the present invention.

According to a presently preferred embodiment of the invention, the object position in either direction may be determined by evaluating the weighted average of the capacitances measured on the individual sense line of the touch sensor array 22. In the following discussion, the X direction is used, but those of ordinary skill in the art will recognize that the discussion applies to the determination of the weighted average in the Y direction as well. As is well known, the weighted average may be determined as follows:

$$X \text{ position} = \frac{\sum\limits_{i=0}^{n} iX\Delta C_i}{\sum\limits_{i=0}^{n} \Delta C_i} \qquad \text{[Eq. 1]}$$

where $\Delta C_i = C_i - CO_i$. $C_i$ is the capacitance presently being measured on the ith trace and $CO_i$ is the value measured on that same trace at some past time when no object was present. In terms of these past and present capacitance measurements, the position can be expressed as:

$$X \text{position} = \frac{\sum\limits_{i=0}^{n} iX(C_i - C0_i)}{\sum\limits_{i=0}^{n} (C_i - C0_i)} \qquad \text{[Eq. 2]}$$

Using the distributive property of multiplication over addition, this expression is seen to be equivalent to:

$$X \text{position} = \frac{-\sum\limits_{i=0}^{n} (iXC0_i) + \sum\limits_{i=0}^{n} (iXC_i)}{-\sum\limits_{i=0}^{n} (C0_i) + \sum\limits_{i=0}^{n} (C_i)} \qquad \text{[Eq. 3]}$$

where the negative terms in both the numerator and denominator are offsets and represent the background value of the capacitances with no object present. If the term $O_N$ is used to represent the numerator offset and the term $O_D$ is used to represent the denominator offset, Eq. 3 may be re-written as:

$$X \text{position} = \frac{-O_N + \sum\limits_{i=0}^{n} (iXC_i)}{-O_D + \sum\limits_{i=0}^{n} (C_i)} \qquad \text{[Eq. 4]}$$

Referring now to FIG. 8, it may be seen that arithmetic unit 16 includes X numerator and denominator accumulators

20

150 and 152 and Y numerator and denominator accumulators 154 and 156. The source of operand data for X numerator and denominator accumulators 150 and 152 and Y numerator and denominator accumulators 154 and 156 are the registers 138-1 through 138-6 in each (X and Y) direction of the touch sensor array 22 of FIG. 1. The X and Y denominator accumulators 152 and 156 sum up the digital results from the A/D conversions. The X and Y numerator accumulators 150 and 154 compute the weighted sum of the input data rather than the straight sum. X and Y numerator and denominator accumulators 150, 152, 154, and 156 may be configured as hardware elements or as software running on a microprocessor as will be readily understood by those of ordinary skill in the art.

As may be seen from an examination of FIG. 8, X and Y numerator accumulators 150 and 154 compute the expression of Eq. 4:

$$\sum\limits_{i=0}^{n} iXC_i \qquad \text{[Eq. 5]}$$

and X and Y denominator accumulators 152 and 156 compute the expression of Eq. 4:

$$\sum\limits_{i=0}^{n} C_i \qquad \text{[Eq. 6]}$$

The contents of X and Y numerator and denominator offset registers 158, 160, 162, and 164 are subtracted from the results stored in the X and Y numerator and denominator accumulators 150, 152, 154, and 156 in adders 166, 168, 170, and 172. Adder 166 subtracts the offset $O_{NX}$ stored in X numerator offset register 158. Adder 168 subtracts the offset $O_{DX}$ stored in X denominator offset register 160. Adder 170 subtracts the offset $O_{NY}$ stored in Y numerator offset register 162. Adder 172 subtracts the offset $O_{DY}$ stored in Y denominator offset register 164. The numerator denominator pairs are divided by division blocks 174 and 176 to produce the X and Y position data, and the X and Y denominator pair is used by block 178 to produce Z axis (pressure) data. The function performed by block 178 will be disclosed later herein. The offsets $O_{DX}$, $O_{NX}$, $O_{DY}$, and $O_{NY}$ are sampled from the contents of X and Y numerator and denominator accumulator 150,152, 154, and 156 when directed by calibration unit 180.

Persons of ordinary skill in the art will readily appreciate that the architecture of the system of the present invention may be distributed in a number of ways, several of which involve the availability of a microprocessor, whether it be in a host computer to which the system of the present invention is connected or somewhere between the integrated circuit described herein and a host computer. Embodiments of the present invention are contemplated wherein the accumulated numerator and denominator values representing the summation terms are delivered to such a microprocessor along with the $O_N$ and $O_D$ offset values for processing, or where all processing is accomplished by a programmed microprocessor as is known in the art.

Initially, the X and Y numerator and denominator accumulators 150, 152, 154, and 156 are set to zero during system startup. If the multiplexed A/D converters 52-1 through 52-6 as shown in FIG. 7 are employed, the digitized voltage data in the first word of register 138-1 (representing the voltage at the output of sample/hold circuit 50-1) is added to the sum in the accumulator and the result stored in the accumulator. In succession, the digitized voltage values stored in the first word of registers 138-2 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-5, 50-9, 50-13, 50-17, and 50-21, respectively) are added to the sums in the accumulators and the results

5,543,591

21

stored in the accumulators. As previously mentioned, A/D converters 52-1 through 52-6 may at this time be converting the voltages present at the outputs of sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22 and storing the digitized values in the second words of registers 138-1 through 138-6 respectively.

Next, in succession, the digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of-sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22, respectively) are added to the sum in the accumulator and the result stored in the accumulator.

Next, in succession, the digitized voltage values stored in the first words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-3, 50-7, 50-11, 50-15, 50-19, and 50-23, respectively) are added to the sum in the accumulator and the result stored in the accumulator, followed by digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-4, 50-8, 50-12, 50-16, 50-20, and 50-24, respectively).

At this point in time, the accumulators hold the sums of all of the individual digitized voltage values. The digital values stored in the $O_N$ and $O_D$ offset registers 158, 160, 162, and 164 are now respectively subtracted from the values stored in the numerator and denominator accumulators. The division operation in dividers 174 and 176 then completes the weighted average computation.

The division operation may also be performed by an external microprocessor which can fetch the values stored in the accumulators or perform the accumulations itself. As the $O_N$ and $O_D$ offset values are presently derived by an external microprocessor, the additional processing overhead presented to such external microprocessor by this division operation is minimal. Alternately, a dedicated microprocessor may be included on chip to handle these processing tasks without departing from the invention disclosed herein.

The above disclosed processing takes place within about 1 millisecond and may be repeatedly performed. Current mouse standards update position information 40 times per second, and thus the apparatus of the present invention may easily be operated at this repetition rate.

Because of the nature of the method employed in the present invention, an opportunity exists to provide additional noise immunity without requiring additional hardware in the system of the present invention. While it is apparent that after the above-disclosed sequence has been performed, the accumulators may be cleared and the process repeated, the values may also be allowed to remain in the accumulators. If this is done, an averaging function may be implemented to further filter out noise. According to this aspect of the invention, a number of samples are taken and run through the accumulators without clearing them at the end of the processing sequence. As presently preferred, twenty-five samples are processed before a single division result is taken for use by the system, thus greatly reducing the effects of transient system noise spikes. Those of ordinary skill in the art will recognize that the number of samples taken prior to clearing the accumulators is a matter of design choice dictated by factors such as data acquisition rates, data processing rates etc.

It is preferable to provide additional filtering of the X and Y position data produced by division blocks 174 and 176 of the arithmetic unit 16 of FIG. 8. The filtering preferably occurs in between arithmetic unit 16 and motion and gesture units 18 and 20 of FIG. 1. The X and Y coordinates are

22

separately filtered as independent numbers. Each filter is an averaging register computing a "running average" as is well-known in the art. When the finger's presence is first detected, the filter register is initialized with the current quotient. In subsequent samples, the new quotient is averaged with the filter register value to produce a new filter register value. In the presently preferred embodiment, the values are equally weighted in the average, though different weightings can be used to provide stronger or weaker filtering. The sequence of values in the filter register serve as the X and Y coordinates used by the motion and gesture units 18 and 20 of FIG. 1.

The system of the present invention is adaptable to changing conditions, such as component aging, changing capacitance due to humidity, and contamination of the touch surface, etc. In addition, the present invention effectively minimizes ambient noise. According to the present invention, these effects are taken into consideration in three ways. First, the offset values $O_N$ and $O_D$ are dynamically updated to accommodate changing conditions. Second, a servo-feedback circuit is provided to determine the bias voltage used to set the bias of the charge-integrator circuits 44-1 through 44-n. Third, as previously disclosed herein, the reference voltage points for $V_{max}$ and $V_{min}$ of the A/D converters 52 are also dynamically altered to increase the signal to noise margin.

Referring now to FIG. 9, a block diagram of a calibration unit 180 which may be used with the arithmetic unit of FIG. 8 is presented. The calibration unit 16 180 executes an algorithm to establish the numerator and denominator offset values by attempting to determine when no finger or other conductive object is proximate to the touch sensor array 22.

As previously disclosed, the $O_N$ and $O_D$ offset values represent the baseline values of the array capacitances with no object present. These values are also updated according to the present invention since baseline levels which are too low or too high have the effect of shifting the apparent position of the object depending on the sign of the error. These values are established by selection of the values read when no object is present at the touch sensor array 22. Since there is no external way to "know" when no object is present at touch sensor array 22, an algorithm according to another aspect of the present invention is used to establish and dynamically update these offset values. When the calibration unit 180 sees a Z value which appears typical of the Z values when no finger is present, it instructs the offset registers (158, 160, 162, and 164 of FIG. 8) to reload from the current values of the X and Y numerator and denominator accumulators 150,152, 154, and 156. According to a presently preferred embodiment of the invention, the decision to update the offset values is based on the behavior of the touch sensor array 22 in only one of the X or Y directions, but when the decision is made all four offsets ($O_{NX}$, $O_{DX}$, $O_{NY}$, and $O_{DY}$) are updated. In other embodiments of the invention, the decision to update may be individually made for each direction according to the criteria set forth herein.

The calibration algorithm works by monitoring changes in a selected one of the denominator accumulator values. According to the present invention, it has been observed that the sensitivity to changes in capacitance of one of the sets of conductive lines in the touch sensor array 22 is greater than the sensitivity to changes in capacitance of the other one of the sets of conductive lines in the touch sensor array 22. Experience suggests that the set of conductive lines having the greater sensitivity to capacitance changes is the one which is physically located above the set of conductive lines in the other direction and therefore closest to the touch

5,543,591

23

surface of the touch sensor array **22**. The upper set of conductive lines tends to partially shield the lower set of conductive lines from capacitive changes occurring above the surface of the touch sensor array **22**.

The finger pressure is obtained by summing the capacitances measured on the sense lines. This value is already present in the denominator accumulator after subtracting the offset $O_D$. A finger is present if the pressure exceeds a suitable threshold value. This threshold may be chosen experimentally and is a function of surface material and circuit timing. The threshold may be adjusted to suit the tastes of the individual user.

The pressure reported by the device is a simple function $f(X_D, Y_D)$ of the denominators for the X and Y directions as implemented in block **178** of FIG. **8**. Possible functions include choosing one preferred denominator value, or summing the denominators. In a presently preferred embodiment, the smaller of the two denominators is chosen. This choice has the desirable effect of causing the pressure to go below the threshold if the finger moves slightly off the edge of the pad, where the X sensors are producing valid data, but the Y sensors are not, or vise versa. This acts as an electronic bezel which can take; the place of a mechanical bezel at the periphery of the sensor area.

In the example of FIG. **8**, the Y denominator is chosen for monitoring because it is the most sensitive. The chosen denominator is referred to as Z for the purposes of the calibration algorithm. The current saved offset value for this denominator is referred to as $O_Z$.

The goal of the calibration algorithm is to track gradual variations in the resting Z level while making sure not to calibrate to the finger, nor to calibrate to instantaneous spikes arising from noise. As will be apparent to those of ordinary skill in the art from the following disclosure, the calibration algorithm could be implemented in digital or analog hardware, or in software. In a current embodiment actually tested by the inventors, it is implemented in software.

As Z values arrive in the calibration unit **180**, they are passed through filter **182**. History buffer **184**, which operates in conjunction with filter **182**, keeps a "running average" of recent Z values. When a new Z value arrives, the current running average $F_Z$ is updated according to the formula:

$$\text{new } F_Z = \alpha(\text{old } F_Z) + (1-\alpha)Z \qquad \text{[Eq. 7]}$$

where $\alpha$ is a constant factor between 0 and 1 and typically close to 1 and Z is the current Z value. In the preferred embodiment, alpha is approximately 0.95. The intention is for $F_Z$ to change slowly enough to follow gradual variations, without being greatly affected by short perturbations in Z.

The filter **182** receives a signal ENABLE from control unit **186**. The running average $F_Z$ is updated based on new Z values only when ENABLE is asserted. If ENABLE is deasserted, $F_Z$ remains constant and is unaffected by current Z.

The history buffer **184** records the several most recent values of $F_Z$. In the present embodiment, the history buffer **184** records the two previous $F_Z$ values. The history buffer **184** might be implemented as a shift register, circular queue, or analog delay line. When the history buffer **184** receives a REWIND signal from control unit **186**, it restores the current running average $F_Z$ to the oldest saved value. It is as if the filter **182** were "retroactively" disabled for an amount of time corresponding to the depth of the history buffer **184**. The purpose of the history buffer **184** is to permit such retroactive disabling.

24

The current running average $F_Z$ is compared against the current Z value and the current offset $O_Z$ by absolute difference units **188** and **190**, and comparator **192**. Absolute difference unit **188** subtracts the values Z and $F_Z$ and outputs the absolute value of their difference. Absolute difference unit **190** subtracts the values $O_Z$ and $F_Z$ and outputs the absolute value of their difference. Comparator **192** asserts the UPDATE signal if the output of absolute difference unit **188** is less than the output of absolute difference unit **190**, i.e., if $F_Z$ is closer to Z than it is to $O_Z$. The UPDATE signal will tend to be asserted when the mean value of Z shifts to a new resting level. It will tend not to be asserted when Z makes a brief excursion away from its normal resting level. The filter constant $\alpha$ determines the length of an excursion which will be considered "brief" for this purpose.

Subtractor unit **194** is a simple, subtractor that computes the signed difference between Z and $O_Z$. This subtractor is actually redundant with subtractor **172** in FIG. **8**, and so may be merged with it in the actual implementation. The output $C_Z$ of this subtractor is the calibrated Z value, an estimate of the finger pressure. This pressure value is compared against a positive and negative Z threshold by comparators **196** and **198**. These thresholds are shown as $Z_{TH}$ and $-Z_{TH}$, although they are not actually required to be equal in magnitude.

If pressure signal $C_Z$ is greater than $Z_{TH}$, the signal FINGER is asserted indicating the possible presence of a finger. The $Z_{TH}$ threshold used by the calibration unit **180** is similar to that used by the rest of the system to detect the presence of the finger, or it may have a different value. In the present embodiment, the calibration $Z_{TH}$ is set somewhat lower than the main $Z_{TH}$ to ensure that the calibration unit **180** makes a conservative choice about the presence of a finger.

If pressure signal $C_Z$ is less than $-Z_{TH}$, the signal FORCE is asserted. Since $O_Z$ is meant to be equal to the resting value of Z with no finger present, and a finger can only increase the sensor capacitance and thus the value of Z, a largely negative $C_Z$ implies that the device must have incorrectly calibrated itself to a finger, which has just been removed. Calibration logic **200** uses this fact to force a recalibration now that the finger is no longer present.

Control logic unit **186** is responsible for preventing running average $F_Z$ from being influenced by Z values that occur when a finger is present. Output ENABLE is generally off when the FINGER signal is true, and on when the FINGER signal is false. However, when FINGER transitions from false to true, the control unit **186** also pulses the REWIND signal. When FINGER transitions from true to false, the control unit **186** waits a short amount of time (comparable to the depth of the history buffer **184**) before asserting ENABLE. Thus, the running average is prevented from following Z whenever a finger is present, as well as for a short time before and after the finger is present.

Calibration logic **200** produces signal RECAL from the outputs of the three comparators **192**, **196**, and **198**. When RECAL is asserted, the offset registers $O_N$ and $O_D$ will be reloaded from the current accumulator values. RECAL is produced from the following logic equation:

$$\text{RECAL} = \text{FORCE or (UPDATE and not FINGER).} \qquad \text{[Eq. 8]}$$

In addition, calibration logic **200** arranges to assert RECAL once when the system is first initialized, possibly after a brief period to wait for the charge integrators and other circuits to stabilize.

From the descriptions of control unit **186** and calibration logic **200**, it will be apparent to those of ordinary skill in the

5,543,591

25

art that these blocks can be readily configured using conventional logic as a matter of simple and routine logic design.

It should be obvious to any person of ordinary skill in the art that the calibration algorithm described is not specific to the particular system of charge integrators and accumulators of the current invention. Rather, it could be employed in any touch sensor which produces proximity or pressure data in which it is desired to maintain a calibration point reflecting the state of the sensor when no finger or spurious noise is present.

Referring now to FIG. 10, a bias voltage generating circuit 46 useful in the present invention is shown in schematic diagram form. According to a presently preferred embodiment of the invention, all of the N-channel MOS bias transistors 108 (FIG. 4b) of charge integrator circuits 44-1 through 44-n have their gates connected to a single source of bias voltage, although persons of ordinary skill in the art recognize that other arrangements are possible. There are a number of ways in which to generate the bias voltage required by charge integrator circuits 44-1 through 44-n.

As may be seen from an examination of FIG. 10, the bias voltage generating circuit 46 is an overdamped servo system. A reference source which approximates the current source function of a typical one of the charge integrator circuits 44-1 through 44-n includes a capacitor 202 having one of its plates grounded. The other one of its plates is connected to the $V_{DD}$ power supply through a first pass gate 204 and to a current source transistor 206 through a second passgate 208. A filter circuit 210, identical to the filter circuits 48-1 through 48-n and controlled by the same signal as filter circuits 48-1 through 48-n is connected to sample the voltage on capacitor 202 in the same manner that the filter-and-sample/hold circuits 48-1 through 48-n sample the voltages on the sensor conductor capacitances in the touch sensor array 22.

The output of filter circuit 210 is fed to the non-inverting input of a weak transconductance amplifier 212, having a bias current in the range of from about 0.1–0.2 μA. The inverting input of the transconductance amplifier 212 is connected to a fixed voltage of about 1 volt generated, for example, by diode 214 and resistor 216. The output of transconductance amplifier 212 is shunted by capacitor 218 and also by capacitor 220 through passgate 222. Capacitor 220 is chosen to be much larger than capacitor 218. In a typical embodiment of the present invention, capacitor 218 may be about 0.2 pF and capacitor 220 may be about 10 pF.

Capacitor 220 is connected to the gate of N-Channel MOS transistor 224, which has its drain connected to the drain and gate of P-Channel MOS transistor 226 and its source connected to the drain and gate of N-Channel MOS transistor 228. The source of P-Channel MOS transistor 226 is connected to $V_{DD}$ and the source of N-Channel MOS transistor 228 is connected to ground. The common drain connection of transistors 224 and 228 is the bias voltage output node.

An optional passgate 230 may be connected between a fixed voltage source (e.g., about 2 volts) and capacitor 220. Passgate 230 may be used to initialize the bias generating circuit 46 on startup by charging capacitor 220 to the fixed voltage.

During each sample period, the filter circuit 210 takes a new sample. If the new sample differs from the previous sample, the output voltage of transconductance amplifier 212 will change and start to charge or discharge capacitor 218 to a new voltage. Passgate 222 is switched on for a short time (i.e., about 1 μsec) and the voltages on capacitors 218 and 220 try to average themselves. Due to the large size

26

difference between capacitors 218 and 220, capacitor 218 cannot supply enough charge to equalize the voltage during the period when passgate 222 is open. This arrangement prevents large changes in bias voltage from cycle to cycle.

Capacitor 202 should look as much as possible like one of the sensor array lines and has a value equal to the background capacitance of a typical sensor line, (i.e., with no object proximate or present capacitance component). Capacitor 202 may be formed in several ways. Capacitor 202 may comprise an extra sensor line in a part of the sensor array, configured to approximate one of the active sensor lines but shielded from finger capacitance by a ground plane, etc. Alternately, capacitor 202 may be a capacitor formed in the integrated circuit or connected thereto and having a value selected to match that of a typical sensor line. In this respect, the signal source comprising capacitor 202 and filter circuit 210 is somewhat like the circuitry for generating the $V_{max}$ and $V_{min}$ reference voltages, in that it mimics a typical sensor line.

As another alternative, one of the actual sensor lines may be employed to set the bias voltage. The measured voltage on the two end-point sensor lines may be compared and the one having the lowest value may be selected on the theory that, if a finger or other object is proximate to the sensor array, it will not be present at sensor lines located at the opposite edges of the array.

According to another aspect of the present invention, an "edge motion" feature may be implemented when the object position sensor of the present invention is used as a computer cursor control device in place of a mouse. A practical problem arises in the use of computer mice or other cursor control devices when an attempt is made to move an object over a large distance on a computer screen. This problem is encountered when a small mouse pad is used with a computer mouse, or when an object position sensor of the kind described herein has a small touch sensor area.

In touch sensor applications, this problem is especially acute during a "drag" gesture. If the user lifts the finger to begin a second stroke, the drag effect ends prematurely on the screen. The edge motion feature of the present invention helps to eliminate the need to use "rowing," or multiple strokes of the finger to move a large distance on the screen.

A prior solution to the long-distance drag problem has been to provide an acceleration feature, i.e., a "ballistic" curve, where the gain varies as a function of finger speed, allowing the user to move long distances, albeit clumsily, using a repeated finger swishing motion. This technique can be used with any variable-speed pointing device, for example, with a mouse on a mouse pad of limited size. Typical mouse driver software includes an adjustable acceleration feature (sometimes under a misleading name like "mouse speed").

According to a presently preferred embodiment of the invention, the edge motion feature of the object position sensor is implemented by motion unit 18 of FIG. 1 and works by defining two zones in the sensing plane 10 containing the touch sensor array 22. As shown in FIG. 11, the sensing plane 10 is preferably divided into an inner zone 240 comprising most of the central portion of the surface of sensing plane 10 and an outer zone 242, typically comprising a thin marginal area at the periphery of the sensor array. The center of the sensing plane 10 may be described as the origin ($X_{center}$, $Y_{center}$) in a cartesian coordinate system. Those of ordinary skill in the art will recognize however that the inner and outer zones could be of any shape.

Thus in FIG. 11, inner zone 240 is defined by the upper dashed line $Y_0$, right-hand dashed line $X_0$, lower dashed line

5,543,591

27

−$Y_0$ and left-hand dashed line −$X_0$. Outer zone 242 is the region between the outer edges of the sensing plane 10 defined by $Y_{max}$, −$Y_{max}$, $X_{max}$ and −$X_{max}$ and the outer borders of inner zone 240 defined by $Y_0$, $X_0$, −$Y_0$, and −$X_0$.

According to this aspect of the present invention, finger motions in the inner zone 240 are translated in the standard fashion into motion events to be sent to the host computer. As is well understood in the art, the standard way to communicate mouse motion to a host computer may also be employed in the present invention to communicate finger motion to a host computer. After the finger position is established as disclosed herein, the information communicated to the host computer is:

$$\Delta X = A(X_{cur} - X_{old}) \qquad \text{[Eq. 9]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) \qquad \text{[Eq. 10]}$$

where $\Delta X$ is the change in the X position of the finger, $\Delta Y$ is the change in the Y position of the finger, $X_{cur}$ is the current X position of the finger and $X_{old}$ is the last reported X position of the finger, $Y_{cur}$ is the current Y position of the finger and $Y_{old}$ is the last reported Y position of the finger, and A is a "gain factor" which is commonly encountered in mouse cursor control applications.

Typically, the host computer takes ($\Delta X, \Delta Y$) events and moves the cursor by the indicated amount in each axis, thus reconstructing the finger position on the screen as the successive $\Delta X$ and $\Delta Y$ values are accumulated. This is standard cursor control behavior where edge motion is not considered.

According to the present invention, when the finger is reported as being in the outer zone 242, the edge motion feature of the present invention may be enabled. The determination of whether the finger is in the outer zone is a simple determination:

$$[-X_0 < X_{cur} < X_0] \text{ is FALSE, OR } [-Y_0 < Y_{cur} < Y_0] \text{ is FALSE} \quad \text{[Eq. 11]}$$

Referring now to FIG. 12, a circuit 244 for making a determination of whether a finger is in the outer zone 242 is shown in schematic diagram form. FIG. 12 illustrates a hardware embodiment for determining whether a finger is in the outer zone 242, but those of ordinary skill in the art will readily recognize that this determination could readily be made by performing one of a number of equivalent software routines. Such software routines are obvious and straightforward from the functions described herein.

Circuit 244 includes digital comparators 246, 248, 250, and 252, which may be straightforwardly implemented by conventional logic. Comparator 246 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator 248 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity −$X_0$ presented to its other input. Comparator 250 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator 252 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity −$Y_0$ presented to its other input.

The outputs of comparators 246, 248, 250, and 252 are ORed together by OR gate 254. As will be appreciated by those of ordinary skill in the art, the FingerOuter signal output of OR gate 254 is true only when the necessary conditions of Eq. 11 are satisfied.

It is presently preferred that the edge motion aspect of the present invention may be selectively enabled or disabled by

28

a user. When the edge motion feature is enabled and the finger is reported as being in the outer zone as set forth above, a second component is added to the ($\Delta X, \Delta Y$) events reported:

$$\Delta X = A(X_{cur} - X_{old}) + S(X_{cur} - X_{center}) \qquad \text{[Eq. 12]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) + S(Y_{cur} - Y_{center}) \qquad \text{[Eq. 13]}$$

where $X_{center}$ is the X coordinate of the center of the pad, $Y_{center}$ is the Y coordinate of the center of the pad, and S is a multiplicative factor for speed. S should be chosen such that the movement of the cursor is at a comfortable speed on the display screen.

For example, if the finger is held a good distance to the right (so that $X_{cur} > X_0$), then the cursor will tend to "glide" to the right at a constant speed set by multiplicative speed factor S in Eqs. 12 and 13. This factor can be adjusted to individual tastes of a user.

If the touch sensor array 22 has different dimensions in X and Y, it is useful to set the multiplicative speed factor S parameters in the X and Y directions to differ by the same ratio as the pad dimensions, so that a finger held at the left or right edge of the touch sensor array 22 will produce the same cursor speed as a finger held at the top or bottom edge. In the presently preferred embodiment of the touch sensor array 22, there are 24 X traces and 18 Y traces. Therefore, since X is 4/3 wider than Y (24 traces vs. 18 traces), the X multiplicative speed factor $S_X$ is set to be to be ¾ as large as the multiplicative speed factor $S_Y$.

The glide speed of the cursor during edge motion is clearly a direct function of the distance of the finger from the center of the pad, and the glide direction is equal to the direction of the finger from the center. If the outer zone has the preferred "edge margin" shape as shown in FIG. 11, then the finger will always be roughly the same distance from the center whenever edge motion is activated (within a factor of the square root of 2=1.41, assuming a square pad). Thus, the psychological effect is that edge motion involves a constant glide speed where the direction is set by the position around the touch sensor array 22 edge.

The square root of 2 variation may be canceled out by dividing the edge motion terms in equations (12 and 13) by a normalizing factor of the form:

$$\sqrt{(X_{cur} - X_{center})^2 + (Y_{cur} - Y_{center})^2} \qquad \text{[Eq. 14]}$$

but this is a computationally intensive, step applied to fix a problem that is barely noticeable to the average user; thus, it may be omitted.

The edge motion feature of the present invention can be confusing if the user does not expect it. Since edge motion is most useful in connection with the drag gesture, it is presently preferred to arrange for it to occur only during a drag, i.e., only when the gesture logic is virtually "holding the mouse button down." The drag gesture and other gestures are implemented lay gesture unit 20 of FIG. 1.

At times when the edge-motion function is not desired, the outer zone 242 "goes away" (i.e., is ignored) and the inner zone 240 effectively expands to cover the entire sensing plane 10. It has been found that this is much less confusing in practice, probably because the user is more likely to be consciously aware of the cursor control device during a drag gesture than during simple cursor motions.

Assuming the preferred zone boundary shape of FIG. 11, the following algorithm may be employed to implement the edge motion feature of the present invention:

5,543,591

29

IF NOT $(-X_0<X_{cur}<X_0$ AND $-Y_0<Y_{cur}<Y_0)$
    AND (optionally) a drag gesture in progress, THEN Let
    $eX=S_X$ $(X_{cur}-X_{center})$ Let $eY=S_Y(Y_{cur}-Y_{center})$
ELSE
    Let $eX=eY=0.$
END IF

Next, the dX and dY motion terms are computed from the regular algorithm: i.e., Let $dX=A(X_{cur}-X_{old})$ and $dY=A(Y_{cur}-Y_{old})$

Finally, the resultant packet ($\Delta X=dX+eX$, $\Delta Y=dY+eY$) is transmitted to the host computer. Those of ordinary skill in the art will recognize that a linear proportionality is described by the above equation. As used herein,"proportionality" means that the signal generated is a monotonic function. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein.

A hardware implementation of this algorithm is illustrated in FIG. 13 in schematic diagram form. While edge-motion circuit 256 is shown implemented in the X direction only, those of ordinary skill in the art will recognize that an identical circuit will also be employed in the Y direction. Such skilled persons will also immediately appreciate the complete equivalence of implementing the hardware solution of FIG. 13 as a software routine.

Edge-motion circuit 256 includes a subtractor circuit 258 in which the previous value of $X_{cur}$, stored in delay 260, is subtracted from the present value of $X_{cur}$. The output of subtractor circuit 258 is presented to multiplier 262, which multiplies the result by the gain factor "A". The output of multiplier 262 is the term dX.

The term $X_{cur}$ is also presented to subtractor circuit 264 in which the value of $X_{center}$ is subtracted from the present value of $X_{cur}$. The output of subtractor circuit 264 is presented to multiplier 266, which multiplies the result by the gain factor "S".

A two-input AND gate 268 has its input terms the value FingerOuter from FIG. 12 and the value MotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both FingerOuter and MotionEnable are true, switch 270 is configured to pass the output of multiplier 266 to adder circuit 272. If either FingerOuter or MotionEnable is false, then switch 270 is configured to pass the value zero to adder 272. The output of switch 270 is the eX term. The output of adder 272 is passed to the host computer as $\Delta X$. The MotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

In an alternate form, the dX term may be replaced by the eX term, and likewise for dY and eY, when the finger is in the "outer" zone, rather than adding the two terms in that zone. This results in a more "pure" edge motion which is harder for the user to guide. User tests have shown that the dX+eX form above feels better and is easier to use.

Another alternative which is functional but has been found to be less desirable employs a somewhat wider outer zone. The glide speed is then varied in proportion to the distance of the finger into the outer zone rather than the distance from the center of the pad. Thus, as the finger enters the outer zone the glide speed starts at zero and increases to some reasonable limit as the finger reaches the edge of the pad. The result is a smoother transition between edge-motion and normal behavior. It is not difficult to modify the

30

above formulas to produce this alternate behavior. This variant was tried by the inventors because tile transition into edge-motion mode seemed too abrupt; tests showed that this abruptness is actually a boon in typical use. The smooth transition is harder to "feel", and thus winds up being more, not less, likely to catch the user by surprise. Those of ordinary skill in the art will appreciate that a solution midway between the two described methods can also be employed to produce a less abrupt transition.

An alternate solution to the long-distance drag problem has been to provide a "locking" drag, as will be disclosed herein.

The edge motion feature of the present invention is used advantageously with one or more finger gestures which may be performed by a user on the touch sensor array 22 and are recognized by the system. Of particular interest are the basic tap and drag gestures. The tap gesture is analogous to the clicking of the mouse button on a conventional mouse, and the concept of dragging objects is familiar to all mouse users.

Pointing devices such as mice typically include one or more mouse buttons. The user can point and click a button to select an object on the screen, or hold the button down and move the mouse to drag an object around the screen. Touch sensor pointing devices can offer "gestures," which are special finger motions that simulate mouse button actions without the need for physical switches. (Since gestures may be difficult for novices or users with disabilities, it is preferable to provide physical switches as well.) In the following discussion, the word "finger" should be interpreted as including a stylus or other conductive object as previously described.

Referring back to FIG. 1, according to another aspect of the present invention, gesture unit 20 examines the (X,Y,Z) data produced by arithmetic unit 16 to produce one or more "virtual mouse button" signals to be sent along with the ($\Delta X$, $\Delta Y$) signals to the host.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1. According to the present invention, gesture unit 20 of the present invention is capable of supporting a variety of gestures. Gesture unit 20 includes tap unit 280, zigzag unit 282, push unit 284, and button control unit 286.

Some number of physical switches may be supported by gesture unit 20. In the illustrative example of FIG. 14, two inputs A and B to button control unit 286 come from physical switches. Such switches may be mounted on the touchpad module itself or provided externally. Any number of switches may be provided, or none at all. The inputs A and B have two states, logic "0" and logic "1". Those of ordinary skill in the art will recognize that, instead of mechanical switches, the switch signals could be implemented by special touch sensors, operated by charge integrators similar to units 44 which feed into threshold comparators to form digital signals.

Tap unit 280, zigzag unit 282, and push unit 284 examine the sequence of (X,Y,Z) samples to look for various types of gestures. The outputs of all these units, plus the switch signals, are combined in button control unit 286 to produce the actual button-press signals sent to the host. In the illustrative example disclosed herein, the touchpad simulates a three-button (Left, Middle, Right) pointing device. The system of FIG. 14 could clearly be extended to support other gestures than those described here, or to support fewer gestures in the interest of simplicity.

Button control unit 286 can use any of several well-known methods for combining multiple signals. For example, a priority ordering can be established among the

5,543,591

**31**

various sources, or each button output (Left, Middle, and Right) can be asserted ("clicked", "pressed" or "held down") whenever any of the sources indicate that button. Any particular method of combining these signals is a routine design detail dependent on a particular system configuration which may be easily implemented by persons of ordinary skill in the art.

In a presently preferred embodiment, the button control unit **286** maps both switches and gestures to the most commonly used virtual buttons, giving maximum flexibility to the user. In an alternate embodiment, switches and gestures can be mapped to different virtual buttons so that a larger number of virtual buttons can be covered without resort to exotic gestures. Or, the user can be offered a choice of mappings.

It is well known in the art to allow extra button switches to be processed as specialized commands, such as double-clicking, selecting commonly used menu items, etc., instead of their normal role as mouse buttons. Similarly, the button control unit **286** or host software could map some of the gestures described here to software commands instead of simulating mouse buttons. Such processing and mapping is well within the realm of ordinary skill in the art.

The tap unit **280** decodes the most basic gestures, including taps, drags, hops, and tap zones. These gestures are illustrated as timing diagrams in FIGS. 15a through 15e. In each of FIGS. 15a through 15e, two signals are shown graphed against time; one is the analog "Z" (finger pressure) signal, the other is the digital "Out" (virtual button press) signal. The various relevant time spans are shown with labels ""t1" through "t21".

The basic "tap" gesture is a quick tap of the finger on the pad. Such a tap, of short duration and involving little or no X or Y finger motion during the tap, is presented to the host as a brief click of the mouse button. If a multi-button mouse is simulated, the tap gesture may simulate a click of the "primary" mouse button, or the button to be simulated may be user-selectable using a shift key, control panel, or other known means. Two taps in rapid succession are presented to the host as a double click of the button. In general, multiple taps translate into multiple clicks in the obvious and natural way.

Because it is impossible to tell whether a finger stroke will be a valid tap (as opposed to a cursor motion) while the finger is still down, the device of the presently preferred embodiment does not report a button click until the finger is lifted. This delay is not generally noticeable to the user since taps by definition are very brief strokes.

A small amount of motion may occur during the tap stroke, due to such factors as the natural deformation of the fingertip under pressure. This can cause the virtual click created by the tap gesture to select the wrong item or location on the screen. To avoid this, either the motion must be suppressed until the motion is great enough, or the duration long enough, to disqualify a tap, or the motion must be allowed but then retroactively cancelled out once the tap gesture is recognized. The latter solution is preferable, since even a small amount of suppressed motion is noticeable to the user.

According to the presently preferred embodiment of the invention, motion events are sent to the host as usual, and also recorded in a register or queue. When the tap gesture is recognized, a corresponding negative amount of motion is quickly replayed in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. The motion during the stroke may have been sent to the host in the form

**32**

of a sequence of several packets. For greatest precision, this sequence can be saved and replayed in reverse. However, if the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

The inputs considered by tap unit **280** are CurPos, the current (X,Y) finger position from the arithmetic unit; Z, the current pressure value; and CurTime, the current time in some suitable units of time (such as milliseconds or number of samples processed).

There are nine state variables used in tap unit **280**. TapState is NONE if there is no gesture in progress, TAP if there is a tap or drag gesture in progress, and LOCKED if there is a locking drag is progress. TapOkay is TRUE if a high enough Z value has been seen in the current stroke for the stroke to qualify as a tap. DownPos is the (X,Y) position at which the finger last touched down on the pad. DownTime is the time at which the finger last touched down. UpPos and UpTime record the position and time at which the finger last lifted from the pad. TapButton is one of LEFT, MIDDLE, or RIGHT, identifying whether the current gesture is simulating an action on the left, middle, or right virtual mouse button, respectively. Suppress is TRUE if the virtual buttons are being suppressed for a double click. Finally, Out represents the output of the tap unit, and is one of NONE, LEFT, MIDDLE, or RIGHT.

Several parameters are used to control the tap unit. TapTime is the maximum duration of a stroke to qualify as a tap gesture. DragTime is the maximum interval between the initial tap and the return of the finger to form a drag gesture. HopTime is the maximum lift time preceding a tap to qualify as a hop. TapRadius is the maximum amount of motion that can occur during a tap. DragRadius is the maximum distance between the initial tap and the return of the finger for a drag. HopDistance is the minimum distance moved to qualify for a hop. Zthresh is the minimum pressure (Z) to detect a finger. In the claims herein, steps reciting "detecting the presence" of a finger or other object (or other words to that effect) assume that a pressure greater than Zthresh has been detected. Finally, Ztap is the minimum Z to detect a tapping finger.

FIG. 15a shows the timing of a basic tap gesture. First, a successful tap is shown, followed by a finger stroke which is too long to qualify as a tap. In the first stroke, the finger is down for time "t1", which is less than TapTime. Also (not shown on FIG. 15a) the (X, Y) motion during time "t1" is less than TapRadius. Finally, the Z signal exceeds threshold Ztap for at least some part of the stroke. Thus, the stroke qualifies as a tap. The Out signal (lower trace of FIG. 15a) becomes true for a certain amount of time "t2", then becomes false. As will be discussed later, the amount of time "t2" is equal to DragTime. In the device described in the flowcharts to follow, the TapState variable will equal TAP for the entire interval "t2". As presently preferred, TapTime is about 400 msec, TapRadius is about 2% of the width of the sensor pad, and Ztap is slightly larger than Zthresh, whose value is adjustable by the user.

On the right half of FIG. 15a, the finger is held down for longer than the parameter TapTime, shown on the figure as "t3". Thus, it will not qualify as a tap gesture and no Out signal is generated from this stroke.

In the basic drag gesture, the user taps once, quickly brings the finger back in contact with the pad, then moves the finger in a desired direction in the XY plane of the pad.

5,543,591

33

The simulated mouse button is depressed at the beginning of the drag gesture and is released only when the finger is again lifted from the pad. Gesture logic arranges for the initial tap of the drag gesture to be merged into the extended drag rather than presenting the host with an additional distinct button click.

In a variation of the drag gesture, the above-described gesture begins a drag which continues even when the finger is lifted. The drag ends (i.e., the simulated mouse button is released) when the finger is again tapped on the sensor pad. This feature is known as "locking drag". Locking drag allows dragging over longer distances than can be covered by a single finger motion on a small pad, but it can be highly confusing if it is activated by mistake. The locking drag becomes a hidden mode, a well-known undesirable item in the study of user interfaces. Thus, in the preferred embodiment it is presented to the user as an option which is disabled by default. The "edge motion" feature described previously serves as an alternate way to accomplish long-distance drags.

The drag gesture is implemented as follows. When a tap is recognized, the virtual mouse button is depressed as previously described. However, the virtual mouse button is not released until the finger has remained away from the pad for a sufficient amount of time to disqualify as a drag gesture. This amount of time DragTime should be chosen to be long enough to allow for a comfortable drag gesture, but short enough so that the click arising from a tap gesture is still reasonably brief. As presently preferred, a time of about 200 msec is used.

As shown in FIG. 15b, the drag gesture begins with a tap as described above, of duration "t4" which is less than TapTime. The Out signal goes high in response to this tap. The finger remains away from the pad for a period "t5" which is less than DragTime, then it returns to the pad and remains for a time "t6" which is longer than TapTime. This qualifies the gesture as a drag. The Out signal remains high until the finger is finally released at time "t7". In the implementation of FIG. 15b, the time "t7" between the removal of the finger and the release of the virtual mouse button is zero; in other similar implementations this might be nonzero but small, e.g., equal to DragTime. Note that TapState will equal TAP for the entire interval from "t5" to "t7".

There are a number of alternatives which can be considered for the timing of DragTime. FIG. 15a shows the interval "t2", which is also the upper limit on the interval "t6", as being exactly equal to the parameter DragTime. In one alternative, DragTime is measured relative to Down-Time instead of UpTime, which is equivalent to saying that the intervals "t1" and "t2" ("t5" and "t6", respectively) must sum to DragTime. A consequence of this; method is that in the basic tap gesture, a longer, slower tap causes a briefer virtual button click. This contradiction makes this approach less satisfying to the user than the one shown in FIGS. 15a–b.

In a another alternative, DragTime is made proportional to the length of interval "t1" ("t5" respectively), so that a brief tap produces a brief virtual button click, and a longer tap (up to the limit TapTime) produces a longer click. This alternative gives the user more control over the simulated button click, but it makes the behavior depend on what the user may perceive as an insignificant feature of the tapping action.

FIG. 15c shows the locking drag gesture. The locking drag begins with a standard drag gesture involving intervals "t8" through "t10". However, when the finger is raised, the Out signal remains high. (In the flowcharts, TapState will

34

change from TAP to LOCKED at this time.) The figure shows a second dragging stroke of a length longer than TapTime (shown as "t11") which does not end the locking drag, followed by another stroke of length "t12" less than TapTime. Since this last stroke qualifies as a tap, it ends the locking drag at time "t13". In the flowcharts, TapState changes back to TAP at this time; a regular tap is then processed, which continues to hold Out high for a time "t13" equal to DragTime as usual. A reasonable alternative implementation might end the drag after a different interval "t13", such as zero.

FIG. 15d shows a double tap gesture. The double tap starts out indistinguishably from a drag gesture. However, the second stroke "t16" is shorter than TapTime, thus qualifying as a second tap instead of a drag. Regular tap processing causes Out to remain high for another interval "t18" of length DragTime; however, special double-tap handling shown in the flowcharts suppresses the virtual mouse button for a brief period "t17" after recognition of the tap. Thus, the host computer perceives two distinct clicks rather than the one long, run-together click that it would see without this special handling.

Other gestures may be used to simulate a multi-button mouse. In one such approach, the basic gestures are augmented by a "hop" gesture, in which the finger is lifted from its resting place in one location on the pad and tapped a substantial distance away from the resting place. If the distance is sufficiently great (HopDistance, typically a fraction of the width of the sensor pad; presently preferred to be about 25%) and the duration between the lift and the subsequent tap is less than a suitable threshold (HopTime, typically a fraction of a second; presently preferred to be about 0.5 sec.), then the click or drag gesture begun by the tap is simulated on a different mouse button. This different button may be a fixed "secondary" button, or it may be user-selectable by a control panel or other means, or it may be a function of the direction in which the finger hopped (e.g., to the left vs. to the right). According to a presently preferred embodiment of the invention, the hop gesture is available as an option which is off by default.

Note that, while some users prefer to tap with a second finger in the hop gesture, this gesture never involves more than one finger on the pad at any one time. A similar gesture, the "zigzag", is also described herein and does involve the use of two fingers at once.

FIG. 15e shows a "hop" gesture. This gesture begins with the finger already on the pad. The finger is then lifted for interval "t19" which is less than HopTime; the finger then comes down for a regular tap "t20". Also, not shown on the figure, during interval "t19" the finger must have moved by at least a certain distance HopDistance away from its previous position. When this occurs, the gesture is processed as a "hop" instead of a regular tap, and the virtual button press "t21" occurs on the right button Out(R) instead of the usual left button Out(L). It is easy to see how the tap "t20" could be followed by further finger actions to form a drag or a double-tap on the right button.

Another multi-button gesture uses "tap zones," in which the surface of the pad is divided into two or more zones. A tap or drag initiated in a given zone simulates an event on a button corresponding to that zone. Even if the finger moves between zones during a drag, the entire drag is simulated on the button corresponding to the zone of the original tap that initiated the drag gesture.

FIGS. 16a and 16b illustrate two tap zone shapes. In FIG. 16a, the pad is divided into three vertical stripes 288, 290, and 292, corresponding to the left, middle, and right mouse

5,543,591

35

buttons, respectively. In FIG. 16b, the pad is divided into a main area 294 simulating the left mouse button, and a small corner area 296 simulating the right mouse button. The implementation of FIG. 16b is more appropriate if one button is much more heavily used in typical applications than the other button(s).

It is preferable for the zones to correspond to clearly marked regions on the pad surface. It will be obvious to one skilled in the art that other zone shapes, such as multiple corners or horizontal stripes, are equally straightforward.

There is an interaction between tap zones and the edge motion feature that needs to be taken into account. Particularly with the corner area 296 of FIG. 16b, tap zones encourage the user to tap near the edge of the pad. If edge motion is active during taps and drags or at all times, then edge motion will tend to interfere with the proper behavior of corner taps. To prevent this, the edge motion enable logic of FIG. 13 can be modified slightly. In a given stroke, edge motion only operates if the finger has been in the inner zone at least once during that stroke. Thus, if the finger touches down in the outer zone, edge motion will not activate until the finger leaves the edge of the pad and then returns.

All of the above-described gestures are variations of basic tap and drag gestures. In the system described herein, all of these gestures are recognized by the tap unit 280. The operation of tap unit 280 is most easily described as an algorithm in the form of a flowchart. From this disclosure, persons of ordinary skill in the art will recognize that the tap unit described herein could actually be implemented as known and obvious equivalents such as a software program, hardware state machine, or otherwise. All such implementations are intended to fall within the scope of the present invention.

FIGS. 17a through 17f comprise a flowchart for the operation of tap unit 280. Tap unit 280 implements the tap, drag, locking drag, corner-tap, and hop gestures described herein. In the gesture recognition operations described herein, the corner-tap is used to simulate the right virtual mouse button. Hops to the left and right are used to simulate the middle and right virtual mouse buttons. Simple taps simulate the left (primary) virtual mouse button.

Processing begins at step 300 as each (X,Y,Z) sample arrives from the arithmetic unit 16 of FIG. 1. In a presently preferred embodiment of the invention, such data arrive 40 times per second. The, algorithm of FIGS. 17a through 17f will run from start (step 300) to finish (step 376) every time a sample arrives.

Step 302 determines whether the finger is up or down by comparing Z (pressure) against Zthresh to determine whether a finger is present ("down") or not ("up"). Instead of a simple threshold comparison, two thresholds may be used to provide hysteresis as is well-known in the art. Hysteresis is not shown in FIG. 17a, but similar hysteresis will be illustrated later in FIG. 20 for the "push" gesture.

In step 304, the finger is known to be down. The previous Z is checked to see whether the finger was previously down or is just now touching down on the pad.

In step 306, a finger-down transition has been detected. In the drag gesture illustrated in FIG. 15b, it is beneficial to check that the finger has not moved a great distance during time "t5", the interval between the initial tap and the return of the finger to the pad. If step 306 determines that the finger has returned to the pad in a different location, then a drag gesture was probably not intended.

Thus, step 306 computes the distance between the current position CurPos (the filtered and smoothed X and Y position data) and the saved position of the previous tap, DownPos.

36

If the distance is less than some threshold DragRadius, and TapState is TAP (a drag gesture is pending), then execution proceeds to step 308. Otherwise, it skips to step 310. The threshold DragRadius should be some fraction of the width of the pad, preferably larger (more generous) than the TapRadius used in basic tap detection.

Persons of ordinary skill in the art will recognize that several possible distance measures are suitable for use in step 306. A true Euclidean distance measure is reasonable but expensive to compute; a simpler measure is the sum or maximum of the absolute values of the distances in X and Y. The sum or maximum will produce a "drag zone" around the original tap which is diamond- or square-shaped, respectively, instead of the circular zone produced by a Euclidean distance measure. Experiments suggest that users are unable to perceive the difference between these zone shapes, so whichever measure is easiest to compute is preferred. Also, the geometry of the finger and touchpad may cause the significant motion to lie always in one direction, e.g., X, in which case a simple absolute difference of X coordinates may be preferred.

In the preferred embodiment, the user is able to change the level of gesture recognition using a control panel or other means. If the user elects to allow taps but not drags, then step 306 can be programmed to go directly to step 308 so that all taps are disqualified from becoming drags.

In step 308, a drag gesture has been disqualified. TapState is changed from TAP to NONE; the effect will be a simple tap gesture followed by cursor motion with no virtual button held down.

Step 310 records the position and the time at which the finger touched down.

Step 312 initializes the TapOkay flag to FALSE.

Step 314, which executes on all samples in which the finger is down, compares Z against the Ztap threshold; step 316 sets TapOkay to TRUE if Z is greater than the Ztap threshold. Thus, when the finger lifts, TapOkay will be TRUE if Z ever exceeded the tap threshold during the brief stroke that is a candidate for a tap gesture.

Referring now to FIG. 17b, in step 318, the finger is known to be off the pad. The previous Z is checked to see whether the finger was previously up or is just now being lifted from the pad.

In step 320, a finger-up transition has been detected. Various tests are made of the most recent stroke (finger-down period) to see if it qualifies as a tap. To qualify, the stroke must have short duration (CurTime minus DownTime must be less than TapTime), little or no motion (the distance from CurPos to DownPos must be less than TapRadius), and sufficient peak finger pressure (TapOkay must be TRUE), in order to qualify as a tap.

In step 322, any finger motion which has occurred is retroactively canceled out by quickly replaying to the host a corresponding negative amount of motion from the register or queue in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. If the motion during the stroke was sent to the host in the form of a sequence of several packets, this sequence can be saved and replayed in reverse. If the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

Step 324 takes one of several actions based on the current TapState. First, if TapState is NONE (no gestures in

5,543,591

progress), execution simply proceeds to step 330 of FIG. 17c. Second, if TapState is TAP (a recent tap is still in progress), then a double-tap has been detected. Step 326 sets the Suppress flag to TRUE to cause the virtual button signal to go low for one sample. This corresponds to time "t17" of FIG. 15d. In an alternate approach, one or more extra packets indicating a release of the virtual buttons can be inserted into the regular packet stream, rather than using a Suppress flag as shown herein.

Finally, if TapState is LOCKED, this is the tap that ends a locking drag. Step 328 sets TapState back to TAP, then skips directly to step 358 of FIG. 17e, bypassing the steps which decide which of the three mouse buttons to simulate. Thus, the locking drag changes back into a tap on the same virtual mouse button. After the usual short duration ("t13" of FIG. 15c), the virtual button will be released.

It is significant that the button choice (FIG. 17c) is omitted in the LOCKED case. If a right-button locking drag is initiated by, for example, a tap in the corner of the pad, then it should be possible to terminate the drag by tapping anywhere on the pad, not just in the corner. It is also significant that the button choice is included in the double tap case. Otherwise, it would be impossible, for example, to perform left- and right-button clicks in rapid alternation by tapping alternately in two different locations on the pad.

In an alternate embodiment, if TapState is LOCKED, TapState is set to NONE and step 364 is performed next. This makes "t13" of FIG. 15c equal to zero.

Referring now to FIG. 17c, step 330 checks whether the current tap qualifies as a "hop" gesture. This check involves several tests. First, the hop gesture must be enabled by the user. Second, the finger must have been raised for only a short amount of time between the current tap and the last time it was on the pad (DownTime minus UpTime must be less than HopTime). Finally, the position of this tap must be significantly far away from the previous position (the distance from DownPos to UpPos must be greater than Hop-Distance). Once again, a variety of distance measures are possible. The operations shown in FIGS. 17a through 17f support leftward and rightward hops; thus, a reasonable distance measure is absolute difference in X coordinate between DownPos and UpPos.

In a variant which is easily seen to be nearly equivalent, CurTime and CurPos are used in place of DownTime and DownPos in step 330.

If the tap qualifies as a hop, execution proceeds to step 332. Since the system of this example supports two different hop gestures, the direction of the hop is checked to determine the type of gesture. If the X coordinate of DownPos (or CurPos) is less than the X coordinate of UpPos, a leftward hop has occurred (assuming X increases to the right). If the X coordinate of DownPos (or CurPos) is greater than the X coordinate of UpPos, a rightward hop has occurred. Note that, due to the checks of step 330, DownPos will be either significantly to the left or significantly to the right of UpPos at this point.

In step 334, a leftward hop causes TapButton to be set to the symbol MIDDLE, so that the tap gesture will generate a virtual middle mouse button click.

In step 336, a rightward hop causes TapButton to be set to RIGHT, initiating a virtual right button click.

Step 338 executes if no hop was detected. It proceeds to check for the other supported alternate gesture, the corner tap. A corner tap is a tap occurring in a small corner zone as shown in FIG. 16b. A corner tap occurs if corner taps have been enabled by the user; the X coordinate of DownPos (or CurPos) is greater than some coordinate CornerX; and the Y

coordinate is greater than some coordinate CornerY. CornerX and CornerY are shown on FIG. 16b.

It should be obvious to one of ordinary skill in the art that other tap zones, such as those of FIG. 16a, or multiple corner zones, can be decoded in a completely analogous way by examining the X and Y coordinates of the tap location.

In the presently preferred embodiment, the user is given the choice of hop gestures, corner taps, or neither, as a mechanism for simulating alternate button clicks. There is nothing stopping an implementation from offering both hops and corner taps at once, except that to do so would likely be more confusing than beneficial to the user.

In step 340, no corner tap was detected, so TapButton is set to LEFT to simulate a click of the left virtual mouse button.

In step 342, a corner tap was detected, so TapButton is set to RIGHT to simulate a right virtual mouse button click.

Step 344 records the current position as the new UpPos, the lift location used for later hop decoding. In general, UpPos is updated each time the finger is seen to lift from the pad. However, there are two exceptions to this rule. First, if the finger lift is itself part of a hopping tap gesture, UpPos is not updated. This is seen in the left branch of the flowchart of FIG. 17c. This exception is needed to support, for example, a double-click of the right virtual button. The finger is lifted, moved substantially to the right, then tapped twice. The two taps will occur in roughly the same place. If UpPos were updated by the first tap, the second tap would be decoded as a left-button click.

Second, in the flowcharts of FIGS. 17a through 17f, UpPos is not updated on a tap that ends a locking drag. User tests show that the last-lift location perceived by the user is usually the last lift during the locking drag, with the terminating tap being a subconscious action whose location is not perceived as relevant. Therefore, it makes more sense to omit the update of UpPos for the terminating tap of a locking drag.

Step 346 sets TapState to TAP after any tap, corner tap, or hop gesture, thus recording that a gesture is in progress.

Referring now to FIG. 17d, step 348 executes when the finger lifts from the pad in a way that does not qualify as a tap. This step checks if TapState is TAP; if so, the finger must have lifted from the long stroke of a drag gesture, e.g., time "t7" of FIG. 15b. Depending on user preference, the drag gesture is either terminated by the lift of the finger, or locked to become a locking drag.

Step 350 checks whether locking drags have been enabled by the user. This decision may be made at design time, for a system in which drags are always locking or always not, or it may be based on a run-time option such as a control panel.

In step 352, a drag is converted into a locking drag.

In step 354, a drag is terminated by the lift of the finger.

In step 356, which executes whenever the finger is lifted and does not qualify as a tap, UpPos is updated to the current position as described above.

Referring now to FIG. 17e, step 358 executes whenever the finger lifts from the pad. The variable UpTime is updated to record the time at which the finger lifted from the pad.

Step 360 executes for each sample in which the finger remains off the pad. The only processing in this case is to compare CurTime minus UpTime against DragTime, to see if the finger has stayed off the pad too long after a tap for the tap to be extended into a drag. If the time limit is exceeded, and TapState equals TAP, then execution proceeds to step 362. (Otherwise., particularly if TapState equals LOCKED, execution skips to step 364. There is no time limit on the length of a locking drag.)

5,543,591

39 40

Step 362 changes TapState from TAP to NONE, ending the tap and thus preventing the tap from extending to a drag.

Referring now to FIG. 17f, all paths converge on step 364, which executes on every sample regardless of the state of the finger. This step begins a series of checks to determine the output of the tap unit 280 for this sample. First, if the Suppress flag is TRUE in step 364, virtual buttons are suppressed so the output is set to NONE in step 366.

If the Suppress flag is FALSE and there is no button suppression, TapState is examined in step 368. If TapState is TAP or LOCKED, then the button indicated by TapButton is output in step 370.

If TapState is NONE, no tap, drag, or hop gesture is in progress, step 372 sets the output to NONE in this case.

Step 374 sets Suppress to FALSE, indicating that the suppression of the virtual mouse buttons for one sample, has been accomplished. This arrangement assumes that information is transmitted to the host for every (X,Y,Z) sample arriving from the arithmetic unit. If this is not the case, then step 374 should be executed only once a packet containing the suppressed virtual buttons has actually been sent to the host. It is also reasonable to suppress several packets to the host prior to setting the Suppress flag to FALSE.

Processing ends at step 376 (END). The tap unit will start over at step 300 (START) when the next (X,Y,Z) sample arrives from the arithmetic unit.

The edge-motion feature of FIG. 13 is most useful during a drag gesture. Thus, it is preferable to allow the Motion-Enable input of motion unit 18 to be derived from the state of gesture unit 20. In particular, the "MotionEnable" signal into AND gate 268 of FIG. 13 is obtained by MotionEnable= (TapState=TAP) OR (TapState=LOCKED).

The "zigzag" unit 282 of FIG. 14 decodes a two-finger gesture in which one finger remains resting on the pad while another finger taps to one side of the primary finger. In terms of the (X,Y,Z) information produced by the basic device, this gesture will effectively increase the Z value while quickly shifting the X and/or Y value by a significant distance. (When two fingers are on the pad, the apparent position reported is midway between the two fingers.) If such a change is detected, and is followed by a rapid return to the original X, Y, and Z values, then a tap of a second finger is recognized.

Because a second finger tap cannot be reliably recognized until the second finger is lifted, sudden cursor motions first to one side and then back again are unavoidably sent to the host. The name "zigzag" refers to these characteristic cursor motions. A motion-reversal mechanism similar to that used in the tap unit 280 can be employed to ensure that the virtual button click occurs at the original, un-zigzagged location. The only difficulty in this case is that the motions involved may be large enough to trigger the host's acceleration feature, which means that either the reversal motion must be stored and replayed packet by packet, or the zigzag unit and host software must cooperate to ensure that the cursor does in fact return to the desired place.

It is possible to recognize second-finger taps using only the (X,Y,Z) information from the standard arithmetic unit 16, as described herein. However, it is clear that the arithmetic unit 16 could be modified to produce additional information, such as the width or shape of the sensor trace profile, which would aid in the accurate recognition of this gesture.

FIGS. 18a through 18c are a flowchart describing the algorithm for the zigzag unit 282. As was the case for the tap unit 280, the zigzag unit 282 is best described as a flowchart. However, a hardware state machine is a known equivalent and would also be a reasonable implementation of zigzag unit 282. Unlike the tap unit 280 flowchart of FIGS. 17a through 17f, the zigzag unit 282 flowchart executes once per stroke. When the finger's presence is detected (Z>Zthresh), execution begins at step 380. If the finger leaves the pad before execution ends, the zigzag unit 282 abandons its computation and starts over at step 380 on the next stroke.

FIGS. 18a through 18c illustrate the additional feature that leftward zigzags simulate a left button click, while rightward zigzags simulate a right button click.

The zigzag unit 282 requires the same position, Z, and time inputs as the tap unit 280. It also requires a speed measure S, which is computed as the distance from the previous to the current finger position at any given time. If any filtering or smoothing is done on the normal (X,Y) outputs of the arithmetic unit 16 as previously disclosed, it is best to compute the speed S from the unfiltered (X,Y) values.

State variables of the zigzag unit 282 include ZigZ and ZigZ', which record the two most recent values of Z; ZigPos, and ZigPos', which record the two most recent positions; ZigTime, which records the time at which the presence of the second finger was detected; ZigLeft and ZigRight, which are TRUE if a leftward or rightward zigzag has been detected, respectively; and Out, which represents the output of the zigzag unit, and is one of LEFT, RIGHT, or NONE.

The zigzag unit 282 uses several parameters. ZigDistance, the minimum distance the finger position can move to quality for this gesture. ZigMaxTime is the maximum amount of time the second finger can be present to qualify. Szig is the instantaneous finger speed required to begin the detection of the gesture and is determined experimentally, depending on the sample rate, sensor dimensions, and amount of analog filtering in the charge integrators. ZigRadius and ZigLimit specify how close the position and Z values, respectively, must return to their original pre-zigzag values after the second finger is lifted. ZigRadius is comparable to TapRadius, and ZigLimit is about 30% of Zthresh in the presently preferred embodiment.

Referring now to FIG. 18a, execution begins, when the finger's presence is detected, at step 380.

In step 382, the zigzag unit 282 waits for approximately three (X,Y,Z) samples to arrive from the arithmetic unit. In the preferred embodiment, these samples arrive at a rate of 40 per second. This initial delay is to prevent Z fluctuations at the beginning of the stroke from being mistaken for a second finger.

In step 384, ZigZ and ZigZ' are initialized to a reserved value denoted as NONE.

In step 386, the zigzag unit 22 waits for the next (X,Y,Z) sample to arrive.

Step 388 checks for the beginning of a "zig", the first half of the zigzag gesture in which the apparent finger grows and jumps to one side. The speed S of the current sample is compared against the threshold Szig. If S is greater, and ZigZ contains valid data (not the reserved value NONE), then execution proceeds to further validation of the gesture in FIG. 18b.

In step 390, no incipient "zig" has been seen, so ZigPos' is updated to reflect the most recent finger position, and ZigPos is updated to reflect the second-most-recent finger position. If smoothing or filtering is applied to the output of the arithmetic unit 16 of FIGS. 1 and 8, then, unlike the S computation described earlier, ZigPos should be updated from the filtered or smoothed position data. In other words, it should be updated from the processed position data which is used to update the cursor position on the host.

5,543,591

41

In step 392, ZigZ' and ZigZ are similarly updated to reflect the two most recent Z values. In typical usage patterns, a second-finger tap will typically occur to the left or right, i.e., different in X but not necessarily in Y. Thus, the X denominator (output of subtractor 168 of FIG. 8) will tend to increase by a clear factor of two when a second finger is present, whereas the Y denominator (output of subtractor 172) may or may not increase correspondingly, depending on the linearity of the charge integrators 44. Thus, it is preferable to use the X denominator output directly as Z for the purposes of the zigzag unit 282, rather than the combined and processed value normally obtained from block 178 of FIG. 8.

After step 392, execution returns to step 386 where the next sample is awaited.

Referring now to FIG. 18b, step 394 records the time at which the incipient "zig" was detected.

Step 396 then initializes the ZigLeft and ZigRight flags. These flags will become TRUE if the finger is seen to move significantly far to the left or right, respectively, of its starting position.

When a second finger comes down on the pad, the (X,Y,Z) values typically take two or three samples to converge to their new values which reflect the presence of two fingers. Step 398 waits for one or two more samples to arrive, after which time the (X,Y,Z) values should be settled. The choice of one, two, or more samples depends on factors such as the basic sample rate and the amount of filtering that occurs in the analog input section of the device.

After step 398, CurPos reflects the zigged apparent finger position, and ZigPos reflects the position from two samples before the speed passed the Szig threshold. The two-sample history is important because a small amount of motion may have occurred due to the approaching second finger, before the finger touched down and produced the large motion that exceeded Szig. After step 398, ZigPos contains the current position saved at a time before the second finger is likely to have had an effect. Likewise, ZigZ contains the Z value from before the second finger arrived.

Step 400 checks to see if Z has increased substantially beyond the resting Z value ZigZ. In the presently preferred embodiment, Z is compared against a threshold 30% larger than ZigZ. If Z is too small, the "zig" is disqualified and execution returns to step 384.

Step 402 checks to see if the current position is far to the left of the resting position ZigPos. Since the zigzag unit 282 is looking for an abrupt, "unnatural" change in position, it is preferable that step 402 use position data directly from dividers 174 and/or 176 of the arithmetic unit 16, before any filtering or smoothing that may normally be applied to position data. This data is referred to herein as RawPos to distinguish it from the filtered and smoothed value CurPos. The value CurPos may be used, however, if desired, with less than optimum results.

In this implementation, step 402 compares the X coordinate of RawPos with the X coordinate of ZigPos minus ZigDistance. The parameter ZigDistance can be chosen experimentally based on the observed spacing on the pad between two fingers when one finger is held down and the other tapped in a natural manner.

If a suitable leftward zig is detected, step 404 sets ZigLeft to TRUE.

Step 406 similarly checks if the current position is far to the right of the resting position; if so, step 408 sets ZigRight to TRUE.

Step 410 then waits for the next (X,Y,Z) sample to arrive.

Step 412 checks if the second finger has lifted from the pad, by comparing Z against a second "zag" threshold

42

somewhat less than the "zig" threshold of step 400. (In the current system, this threshold is roughly 20% larger than ZigZ.) The "zag" threshold is set below the "zig" threshold in order to provide simple hysteresis.

If the second finger has not yet lifted, execution returns to step 402 to continue waiting. If the second finger has lifted, execution proceeds to step 414 on FIG. 18c.

Referring now to FIG. 18c, step 414 waits one or two samples for the (X,Y,Z) data to stabilize as the second finger lifts; this step is analogous to step 398.

Step 416 does a final check for a complete zigzag gesture. So far, a sudden motion accompanied by an increase in Z has been seen, followed by sudden decrease in Z. Step 416 additionally checks that the position has returned to its prezigzag value (the distance from RawPos to ZigPos is less than ZigRadius); the Z value has similarly returned to normal (the absolute value of Z minus ZigZ is less than ZigLimit); and either ZigLeft or ZigRight but not both, is TRUE. In addition, the second-finger tap must be of short duration, i.e. CurTime minus ZigTime is less than ZigMax-Time.

If the motion does not qualify as a zigzag, execution returns to step 384 to await detection of a zigzag gesture. If the motion has qualified as a zigzag, step 418 provides reverse motion to restore the cursor to the exact position corresponding to ZigPos, if necessary. This step is analogous to step 322 of FIG. 17b.

In step 420, a complete zigzag has been detected. If ZigLeft is TRUE, the motion is a leftward zigzag. Otherwise, ZigRight must be TRUE and the motion is a rightward zigzag. Accordingly, either step 422 simulates a left button press for a leftward zigzag, or step 424 simulates a right button press for a rightward zigzag.

Step 426 pauses for a certain amount of time. For example, this step might wait for one or several more samples to arrive, or it might wait for one or several data packets to be sent to the host. (Normally there is a one-to-one correspondence between samples and data packets.)

Finally, step 428 ends the simulated button press by setting Out to NONE. In this example, the zigzag gesture only works to simulate clicks, not drags. The zigzag does not extend neatly to a drag in the same way as the normal one-finger tap, since this would imply that the entire drag motion occurs with two fingers held awkwardly on the pad. One alternative is to simulate a locking button, as is often done with trackball buttons in the art, where consecutive zigzags alternately press and release the virtual button. Another alternative is to have the zigzag gesture press the virtual button, and to release the virtual button only when the primary finger is also removed from the pad.

After step 428, execution returns to step 384 to await detection of further zigzag gestures.

Another gesture which is useful in specialized applications is a "push" gesture, which simply compares the Z (pressure) information against a second Z threshold Zpush-Down, considerably higher than the basic finger-detection threshold, and simulates a mouse button action whenever Z exceeds this threshold. This "push" gesture is similar to the way pen-based pointing devices normally operate; however, it is too imprecise and too tiring on the finger to use as the primary click or drag gesture. The "push" gesture is most useful in special contexts such as freehand drawing programs.

FIG. 19 is a timing diagram illustrating a "push" gesture. To perform this gesture, the finger is first brought near enough to cause cursor motion without causing a virtual button press. Next, the finger pressure increases past thresh-

5,543,591

43

old ZpushDown, causing the virtual button to be pressed. Later, the pressure reduces below a threshold ZpushUp, causing the virtual button to be released. If ZpushUp is somewhat lower than ZpushDown, the resulting hysteresis will prevent unwanted oscillation on the virtual button if the finger pressure varies slightly around the "push" threshold.

In one variant that may be preferable, ZpushUp is set equal to Zthresh, so that once a push has begun the finger must be fully lifted from the pad in order to release the simulated button. Other users may prefer ZpushUp to be much closer to ZpushDown than to Zthresh, resulting in a more delicate feel.

The push unit 284 of FIG. 14 recognizes the push gesture. FIG. 20 is a flowchart illustrating the implementation of this gesture.. The corresponding diagram for an equivalent hardware circuit to recognize this gesture would be quite straightforward.

Execution begins at step 440 every time a new (X,Y,Z) sample arrives from the arithmetic unit 16. Note that the push unit 284 examines only the Z value of each sample.

Step 442 checks whether or not a "push" gesture is already in progress.

Step 444 executes if no "push" gesture is in progress. This step checks if a "push" should begin. First, "push" gestures must be enabled by the user. Second, the current Z value must be greater than the threshold ZpushDown.

If Z is sufficient to begin a push gesture, step 446 sets Out to LEFT to indicate that the left button is now pressed.

Step 448 checks if the current push gesture should end. This check simply involves comparing Z against ZpushUp. If Z is less than ZpushUp, the push gesture is terminated in step 450.

Execution ends at step 452. If neither step 446 nor step 450 was executed then Out remains the same, thus providing the hysteresis referred to above. The state variable Out should be initialized to NONE at startup time.

Those of ordinary skill in the art will note that the tap unit 280 is suitable for use with any touchpad that provides (X,Y) and finger-presence information, and push unit 284 is suitable for use with any touchpad that: produces Z (pressure) information. Only the zigzag unit 282 depends on special characteristics of the particular touchpad technology disclosed herein, namely the fact that two fingers reliably report an averaged finger position.

Two more algorithms that are not directly part of gesture processing may be used to address minor problems that occur when the user taps on the pad. Specifically, the finger position sometimes shears sharply in one direction just as the finger lifts away. This is due to natural slippage of the finger during this action, and is aggravated when the finger is held at a shallow angle. A "reverse motion" algorithm can deal with some of this problem, but if the apparent finger position jumps so far that the TapRadius test fails, reverse motion cannot help.

If Z is seen to be changing rapidly between the current and previous samples (i.e., if the absolute difference between the current and previous Z values is less than some empirically determined threshold), then the time constant of the (X,Y) filtering of the output of the arithmetic unit 16 can be increased. Normally, the old filter value and new quotient are averaged with roughly equal weighting to produce the new filter value. If Z is rapidly changing, the old filter value is instead weighted (e.g., an order of magnitude) more than the new quotient. The result is that any motion occurring during this instant of high Z change is heavily damped.

Often the spurious motion that arises from a finger-lift occurs all in the very last sample before Z decreases below

44

the finger-down threshold Zthresh. Another solution to the problem of spurious finger-lift motion is the "lift-jump suppression" mechanism, which attempts to suppress this final spurious motion event. FIG. 21 shows an illustrative circuit for performing the lift-jump suppression function.

The circuit shown in FIG. 21 performs lift jump suppression. It examines the sequence of (X,Y) position samples arriving from dividers 174 and 176 of FIG. 8 to produce a speed S which is further processed to obtain a motion-suppression signal. As described previously, it is best to use the quotient values directly, before any smoothing or filtering stage, when computing the speed S.

Referring to FIG. 21, X coordinates are stored in delay 460. Subtractor 462 computes the absolute value of the difference between the current X value and the previous value stored in delay 460. Likewise, delay 464 and subtractor 466 compute the absolute change in Y. Adder 468 forms the sum of these absolute differences to produce speed S, the distance between the current and previous samples. As previously described, it is clear that other distance measures may be used for this computation. Note that, in addition to the circuitry of FIG. 21, the zigzag unit 282 also makes use of the speed value S as previously disclosed.

Delay units 470 and 472 record the previous and second-previous values of S, known as S' and S", respectively. Divider 474 computes the quantity one-half of S, denoted S/2. The lift-jump suppression unit looks for a characteristic relationship among the values S, S', S", and S/2 in an attempt to recognize spurious lift-jump events. One practiced in the art will recognize that S' is not valid until the fourth sample of a given finger stroke; thus, the lift-jump suppression unit is disabled for the first three samples of each stroke. The lift-jump suppression unit also employs a parameter Lift-Jump, a speed threshold which is determined experimentally and is affected by the sample rate and the sensitivity of the sensor pad.

Comparator 476 checks if the speed S is greater than the threshold LiftJump. Comparator 478 checks to see if the previous speed S' is less than LiftJump, and comparator 480 checks if S' is less than S/2. Similarly, comparator 482 checks to see if the second-previous speed S" is less than LiftJump, and comparator 484 checks if S" is less than S/2. If all five conditions are satisfied, AND gate 486 outputs a "suppress-motion" signal which suppresses the action of motion unit 18 for this sample. When motion unit 18 is suppressed, its output (ΔX,ΔY) is not generated for the current sample, and its delay unit 260 is not clocked.

The profile detected by the lift-jump suppression unit usually occurs during a last spurious motion sample before the finger lifts. Since Z will fall below Zthresh on the very next sample, the current sample will never contribute to any motion events sent to the host. The algorithm is guaranteed by design not to suppress more than one sample in a row. Thus, if the algorithm "guesses wrong" and Z does not fall below Zthresh, the skipped finger motion will be taken up into the (ΔX,ΔY) packet produced by the next sample with only a tiny hesitation in the perceived cursor motion.

The increased sensitivity of the touch sensor system of the present invention allows for a lighter input finger touch which makes it easy for human use. Increased sensitivity also makes it easier to use other input objects, like pen styli, etc. Additionally, this sensitivity allows for a tradeoff against a thicker protective layer, or different materials, which both can allow for lower manufacturing costs.

Greater noise rejection allows for greater flexibility in use and reduced sensitivity to spurious noise problems. Two techniques are employed which allow derivation of the most noise-rejection benefit.

5,543,591

45

Due to the drive and sense techniques employed in the present invention, the data acquisition rate has been increased by about a factor of 30 over the prior art. This offers several obvious side effects. First, for the same level of signal processing, the circuitry can be turned off most of the time and reduce power consumption by roughly a factor of **30** in the analog section of the design. Second, since more data is available, more signal processing, such as filtering and gesture recognition, can be performed.

The sensor electronic circuit employed in the present invention is very robust and calibrates out process and systematic errors. It will process the capacitive information from the sensor and provide digital information to an external device, for example, a microprocessor.

Because of the unique physical features of the present invention, there are several ergonomically interesting applications that were not previously possible. Presently a mouse or trackball is not physically convenient to use on portable computers. The present invention provides a very convenient and easy-to-use cursor position solution that replaces those devices.

In mouse-type applications, the sensor of the present invention may be placed in a convenient location, e.g., below the "space bar" key in a portable computer. When placed in this location, the thumb of the user may be used as the position pointer on the sensor to control the cursor position on the computer screen. The cursor may then be moved without the need for the user's fingers to leave the keyboard. Ergonomically, this is similar to the concept of the Macintosh Power Book with its trackball, however the present invention provides a significant advantage in size over the trackball. Extensions of this basic; idea are possible in that two sensors could be placed below the "space bar" key for even more feature control.

The computer display with its cursor feedback is one small example of a very general area of application where a display could be a field of lights or LEDs, an LCD display, or a CRT. Examples include touch controls on laboratory equipment where present equipment uses a knob/button/touch screen combination. Because of the articulating ability of this interface, one or more of those inputs could be combined into one of the inputs described with respect to the present invention.

Consumer Electronic Equipment (stereos, graphic equalizers, mixers) applications often utilize significant front panel surface area for slide potentiometers because variable control is needed. The present invention can provide such control in one small touch pad location. As Electronic Home Systems become more common, denser and more powerful human interface is needed. The sensor technology of the present invention permits a very dense control panel. Handheld TV/VCR/Stereo controls could be ergonomically formed and allow for more powerful features if this sensor technology is used.

The sensor of the present invention can be conformed to any surface and can be made to detect multiple touching points, making possible a more powerful joystick. The unique pressure detection ability of the sensor technology of the present invention is also key to this application. Computer games, "remote" controls (hobby electronics, planes), and machine tool controls are a few examples of applications which would benefit from the sensor technology of the present invention.

Musical keyboards (synthesizers, electric pianos) require velocity sensitive keys which can be provided by the pressure sensing ability of this sensor. There are also pitch bending controls, and other slide switches that could be

46

replaced with this technology. An even more unique application comprises a musical instrument that creates notes as a function of the position and pressure of the hands and fingers in a very articulate 3-d interface.

The sensor technology of the present invention can best detect any conducting material pressing against it. By adding a compressible insulating layer covered by a layer of conductive material on top of the sensor the sensor of the present invention may also indirectly detect pressure from any object being handled, regardless of its electrical conductivity.

Because of the amount of information available from this sensor it will serve very well as an input device to virtual reality machines. It is easy to envision a construction that allows position-monitoring in three dimensions and some degree of response (pressure) to actions.

While embodiments and applications of this invention have been shown and described, it would be apparent to those skilled in the art that many more modifications than mentioned above are possible without departing from the inventive concepts herein. The invention, therefore, is not to be restricted except in the spirit of the appended claims.

What is claimed is:

1. A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting the occurrence of a tap gesture made by a conductive tapping object on the touch-sensor pad;

sending a signal to the host indicating the occurrence of said tap gesture; and

sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

2. A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad;

detecting in which of a plurality of predefined regions said tap gesture occurred; and

sending a signal to the host indicating the occurrence of said tap gesture and in which of said predefined regions on said sensor pad said tap gesture occurred.

3. The method of claim **2**, further including the step of sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

4. A method for recognizing a tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a conductive object on the touch-sensor pad;

comparing the amount of time said conductive object is present on said touch pad with a reference amount of time;

comparing the amount of motion made by said conductive object while it is present on said touch pad with a reference amount of motion;

initiating a signal to the host indicating the occurrence of said tap gesture if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on

5,543,591

47

said touch pad is less than said reference amount of motion, and maintaining said signal for a predetermined period of time; and

sending X and Y position information to said host to substantially cancel out any unintended lateral motion of said tapping object on said touch-sensor pad during said tap gesture.

5. The method of claim 4, further including the steps of:

detecting in which of a plurality of predefined regions said tap gesture occurred; and

sending a second signal to the host indicating in which of said predefined regions on said sensor pad said tap gesture occurred.

6. A method for recognizing a double tap gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad;

comparing the duration of said first presence with a first reference amount of time:

initiating a first signal to the host indicating the occurrence of said gesture if the duration of said first presence is less than said first reference amount of time;

terminating said first signal if a second reference amount of time passes before a second presence is detected;

detecting a second presence of said conductive object on the touch-sensor pad;

comparing the duration of said second presence with a third reference amount of time;

terminating said first signal if the duration of said second presence is less than said third reference amount of time; and

sending a second signal to said host indicating said second gesture after the termination of said first signal.

7. A method for recognizing a hop gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object at a first position on the touch-sensor pad;

detecting a second presence of said conductive object at a second position on said touch-sensor pad;

comparing the duration of said second presence to a predetermined time;

comparing the amount of time between said first and second presences with a reference amount of time;

comparing the distance between said first and second positions with a reference distance; and

sending a hop signal to the host indicating the occurrence of said hop gesture if the duration of said second presence is less than said predetermined time, if the amount of time between said first and second presences is less than said reference amount of time, and if the distance between said first and second positions is more than said reference distance.

8. The method of claim 7, further including the steps of:

detecting whether said second position is to the left or to the right of said first position;

48

sending a left signal to said host if said second position is to the left of said first position and said hop signal is sent to said host; and

sending a right signal to said host if said second position is to the right of said first position and said hop signal is sent to said host.

9. A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad;

comparing the duration of said first presence with a first reference amount of time;

initiating a drag gesture signal to the host indicating the occurrence of a gesture if the duration of said first presence is less than said first reference amount of time;

detecting a second presence of said conductive object on the touch-sensor pad;

comparing the duration between said first presence and second presence with a second reference amount of time;

maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time.

10. A method for recognizing a zigzag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a first conductive object at a first position on the touch-sensor pad;

detecting an apparent increase in size and apparent first change in position of said first conductive object: caused by presence of a second conductive object during said presence of said first conductive object;

detecting an apparent decrease in size and apparent second change in position of said first conductive object caused by removal of said second conductive object during said presence of said first conductive object; and

sending a zigzag signal to the host if said apparent increase in size of said first conductive object is greater than a first threshold, said apparent change in position of said object is greater than a second threshold, said apparent decrease in size of said first conductive object is greater than a third threshold, and said second change in position is to a position within a threshold distance of said first position.

11. A method for recognizing a push gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a presence of a conductive object on the touch-sensor pad at a pressure greater than a first threshold;

detecting when said pressure of said conductive object falls below a second threshold; and

sending periodic X and Y position information to said host until said pressure drops below said second threshold.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO.  :    5,543,591
DATED       :    August 6, 1996
INVENTOR(S) :    David Gillespie; Timothy P. Allen; Ralp Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On Column 9, line 14, replace "assistancts" with --assistants--.

On Column 10, line 16, replace "pads," with --pads--.

On Column 10, line 39, replace "made," with --made--.

On Column 11, line 5, replace "self capacitance" with --self-capacitance--.

On Column 12, line 40, replace "capacitances" with --capacitors--.

On Column 16, line 43, replace "VDD" with --$V_{DD}$--.

On Column 16, line 54, replace "0v" with --0V--.

On Column 19, in Eq. 1, replace "X position" with --Xposition--.

On Column 20, line 40, replace "150,152" with --150, 152--.

On Column 21, line 9, replace "of-sample/hold" with --of sample/hold--.

On Column 22, line 28, after "unit" insert --16--.

On Column 22, line 29, replace "16 180" with --180--.

On Column 22, line 49, replace "150,152" with --150, 152--.

On Column 23, line 23, replace "take;" with --take--.

On Column 24, line 42, after "Control" delete "logic".

On Column 28, line 43, replace "intensive," with --intensive--.

On Column 30, line 2, replace "tile" with --the--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO.    :    5,543,591

DATED         :    August 6, 1996

INVENTOR(S) :    David Gillespie; Timothy P. Allen; Ralp Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On Column 31, line 55, replace "enough," with --enough--.

On Column 43, line 40, replace "that:" with --that--.

On Column 45, line 32, replace "basic;" with --basic--.

Signed and Sealed this

Twenty-fourth Day of December, 1996

Attest:

BRUCE LEHMAN

Attesting Officer                    Commissioner of Patents and Trademarks

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO.　:　5,543,591

DATED　　　:　August 6, 1996

INVENTOR(S) :　David Gillespie, Timothy P. Allen and Ralph Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 48, line 54; after the word "threshold;" please insert: --

sending a signal to the host indicating the occurrence of a pushing gesture if the presence of said conductive object on the touch-sensor pad at a pressure greater than said first threshold is detected and setting a virtual mouse button in response thereto;

detecting when said pressure of said conductive object falls below a second threshold lower than said first threshold; and

sending periodic X and Y position information to said host while said pressure remains above said second threshold; and

sending a signal to the host indicating the end of said pushing gesture when said pressure of said conductive object on the touch-sensor pad falls below said second threshold and resetting said virtual mouse button in response thereto.--.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO.     :     5,543,591

DATED          :     August 6, 1996

INVENTOR(S) :     David Gillespie, Timothy P. Allen and Ralph Wolf

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 48, lines 55-58, please delete: "

detecting when said pressure of said conductive object falls below a second threshold lower than said first threshold;  and

sending periodic X and Y position information to said host until said pressure drops below said second threshold.".

Signed and Sealed this

Twenty-eighth Day of October, 1997

*Attest:*

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*

*Commissioner of Patents and Trademarks*

# EXHIBIT 4

(Part 1 of 2)

US005880411A

# United States Patent [19]

## Gillespie et al.

[11] **Patent Number:** **5,880,411**

[45] **Date of Patent:** **Mar. 9, 1999**

[54] **OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION**

[75] Inventors: **David W. Gillespie**, Palo Alto; **Timothy P. Allen**, Los Gatos; **Ralph C. Wolf**, Santa Clara; **Shawn P. Day**, San Jose, all of Calif.

[73] Assignee: **Synaptics, Incorporated**, San Jose, Calif.

[21] Appl. No.: **623,483**

[22] Filed: **Mar. 28, 1996**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 320,158, Oct. 7, 1994, Pat. No. 5,543,591, which is a continuation-in-part of Ser. No. 300,387, Sep. 2, 1994, abandoned, which is a continuation-in-part of Ser. No. 115,743, Aug. 31, 1993, Pat. No. 5,374, 787, which is a continuation-in-part of Ser. No. 895,934, Jun. 8, 1992, abandoned.

[51] **Int. Cl.$^6$** ............................ **G08C 21/00**; G09G 5/08; G09G 5/00

[52] **U.S. Cl.** .................................... **178/18.01**; 178/19.01; 345/157; 345/159; 345/173

[58] **Field of Search** ............................ 178/18.01, 19.01, 178/20.01; 345/157, 159, 160, 173, 174; 382/119, 186, 187, 316

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 23,030 | 8/1948 | Holt . |
| 2,219,497 | 10/1940 | Stevens et al. . |
| 3,128,458 | 4/1964 | Romero . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 187 372 | 12/1985 | European Pat. Off. | .......... G01B 7/00 |
| 0 394 614 | 10/1990 | European Pat. Off. | ........ G06F 3/033 |
| 0 490 001 | 6/1992 | European Pat. Off. | ........ G06F 3/033 |
| 0 574 213 | 12/1993 | European Pat. Off. | ........ G06K 11/16 |
| 0 589 498 | 3/1994 | European Pat. Off. | ........ G06K 11/16 |
| 0 609 021 | 8/1994 | European Pat. Off. | ....... G06K 11/16 |
| 2 662 528 | 5/1990 | France | ............................ G06K 11/16 |
| 60-205625 | 10/1985 | Japan | .............................. G06F 3/03 |
| 62-126429 | 6/1987 | Japan | ............................ G06F 3/033 |
| 63-073415 | 4/1988 | Japan | ............................ G06F 3/033 |
| 2 040614 | 2/1990 | Japan | ............................ G02G 1/133 |
| 4 015725 | 1/1992 | Japan | ............................ G06F 3/033 |

(List continued on next page.)

### OTHER PUBLICATIONS

"Pressure–Sensitive Icons", IBM Technical Disclosure Bulletin, Jun. 1990, vol. 33, No. 1B, pp. 277–278.

"Scroll Control Box", IBM Technical Disclosure Bulletin, Apr. 1993, vol. 36, No. 4, pp. 399–403.

Wilton, Microsoft Windows 3 Developer's Workshop, 1991, pp. 229–230.

Tiburtius, "Transparente Folientastaturen", Feinwerktechnik & Messtechnik 97, No. 7, Munchen, DE, Jul. 1989, pp. 299–300.

"Double–Click Generation Method for Pen Operations", IBM Technical Disclosure Bulletin, Nov. 1992, vol. 35, No. 6, p. 3.

"Three–Axis Touch–Sensitive Pad", IBM Technical Disclosure Bulletin, Jan. 1987, vol. 29, No. 8, pp. 3451–3453.

Chun, et al., "A High–Performance Silicon Tactile Imager Based on a Capacitive Cell", IEEE Transactions on Electron Devices, Jul. 1985, vol. ED–32, No. 7, pp. 1196–1201.

*Primary Examiner*—Vijay Shankar
*Attorney, Agent, or Firm*—D'Alessandro & Ritchie

[57] **ABSTRACT**

Methods for recognizing gestures made by a conductive object on a touch-sensor pad and for cursor motion are disclosed. Tapping, drags, pushes, extended drags and variable drags gestures are recognized by analyzing the position, pressure, and movement of the conductive object on the sensor pad during the time of a suspected gesture, and signals are sent to a host indicating the occurrence of these gestures. Signals indicating the position of a conductive object and distinguishing between the peripheral portion and an inner portion of the touch-sensor pad are also sent to the host.

**64 Claims, 28 Drawing Sheets**



# 5,880,411
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,207,905 | 9/1965 | Bray . | |
| 3,244,369 | 4/1966 | Nassimbene . | |
| 3,401,470 | 9/1968 | Gaven . | |
| 3,437,795 | 4/1969 | Kuljian . | |
| 3,482,241 | 12/1969 | Johnson . | |
| 3,492,440 | 1/1970 | Cerbone et al. . | |
| 3,493,791 | 2/1970 | Adelson et al. . | |
| 3,497,617 | 2/1970 | Ellis et al. . | |
| 3,497,966 | 3/1970 | Gaven . | |
| 3,516,176 | 6/1970 | Cleary et al. . | |
| 3,522,664 | 8/1970 | Lambright et al. . | |
| 3,530,310 | 9/1970 | Adelson et al. . | |
| 3,543,056 | 11/1970 | Klein . | |
| 3,549,909 | 12/1970 | Adelson et al. ........................ | 307/252 |
| 3,593,115 | 7/1971 | Dym et al. ........................... | 323/93 |
| 3,598,903 | 8/1971 | Johnson et al. ....................... | 178/18 |
| 3,662,378 | 5/1972 | MacArthur ................... | 340/347 DD |
| 3,675,239 | 7/1972 | Ackerman et al. .................. | 340/365 |
| 3,683,371 | 8/1972 | Holz ................................. | 340/365 |
| 3,696,409 | 10/1972 | Braaten .............................. | 340/365 |
| 3,732,389 | 5/1973 | Kaelin et al. ................... | 200/167 A |
| 3,737,670 | 6/1973 | Larson ............................... | 307/116 |
| 3,757,322 | 9/1973 | Barkan et al. ................. | 340/365 C |
| 3,760,392 | 9/1973 | Stich ................................. | 340/200 |
| 3,773,989 | 11/1973 | Hacon ........................... | 200/52 R |
| 3,875,331 | 4/1975 | Halsenbalg ........................ | 178/19 |
| 3,921,166 | 11/1975 | Volpe ........................... | 340/365 C |
| 3,931,610 | 1/1976 | Marin et al. ................... | 340/172.5 |
| 3,932,862 | 1/1976 | Graven ...................... | 340/324 M |
| 3,974,332 | 8/1976 | Abe et al. .......................... | 178/18 |
| 3,992,579 | 11/1976 | Dym et al. .......................... | 178/18 |
| 3,999,012 | 12/1976 | Dym .................................. | 178/18 |
| 4,056,699 | 11/1977 | Jordan .............................. | 200/5 A |
| 4,058,765 | 11/1977 | Richardson et al. ............... | 324/61 R |
| 4,071,691 | 1/1978 | Pepper, Jr. ......................... | 178/19 |
| 4,087,625 | 5/1978 | Dym et al. ........................... | 178/19 |
| 4,103,252 | 7/1978 | Bobick .............................. | 331/48 |
| 4,129,747 | 12/1978 | Pepper, Jr. ......................... | 178/19 |
| 4,148,014 | 4/1979 | Burson ............................. | 340/709 |
| 4,177,354 | 12/1979 | Mathews ............................ | 178/18 |
| 4,177,421 | 12/1979 | Thornburg ..................... | 324/61 R |
| 4,198,539 | 4/1980 | Pepper, Jr. .......................... | 178/19 |
| 4,221,975 | 9/1980 | Lednicki et al. ................... | 307/116 |
| 4,224,615 | 9/1980 | Penz ................................. | 340/712 |
| 4,246,452 | 1/1981 | Chandler ........................... | 200/5 A |
| 4,257,117 | 3/1981 | Besson ............................... | 368/69 |
| 4,264,903 | 4/1981 | Bigelow ........................ | 340/365 C |
| 4,281,323 | 7/1981 | Burnett et al. ..................... | 340/712 |
| 4,290,052 | 9/1981 | Eichelberger et al. .......... | 340/365 C |
| 4,290,061 | 9/1981 | Serrano ............................. | 340/712 |
| 4,291,303 | 9/1981 | Cutler et al. ....................... | 340/711 |
| 4,293,734 | 10/1981 | Pepper, Jr. .......................... | 178/18 |
| 4,302,011 | 11/1981 | Pepper, Jr. ........................... | 273/85 |
| 4,310,839 | 1/1982 | Schwerdt ........................... | 340/712 |
| 4,313,113 | 1/1982 | Thornburg ......................... | 345/159 |
| 4,334,219 | 6/1982 | Paülus et al. ....................... | 340/712 |
| 4,371,746 | 2/1983 | Pepper, Jr. .......................... | 178/18 |
| 4,398,181 | 8/1983 | Yamamoto ...................... | 340/365 S |
| 4,423,286 | 12/1983 | Bergeron ........................... | 178/19 |
| 4,430,917 | 2/1984 | Pepper, Jr. ......................... | 84/1.01 |
| 4,442,317 | 4/1984 | Jandrell ............................. | 178/18 |
| 4,455,452 | 6/1984 | Schuyler .......................... | 178/18 |
| 4,475,235 | 10/1984 | Graham .............................. | 382/3 |
| 4,476,463 | 10/1984 | Ng et al. ........................... | 340/712 |
| 4,511,760 | 4/1985 | Garwin et al. ...................... | 178/18 |
| 4,516,112 | 5/1985 | Chen ................................. | 340/365 |
| 4,526,043 | 7/1985 | Boie et al. ....................... | 73/862.04 |
| 4,550,221 | 10/1985 | Mabusth ............................. | 178/18 |
| 4,550,310 | 10/1985 | Yamaguchi et al. ................ | 340/365 |
| 4,554,409 | 11/1985 | Mitsui et al. ........................ | 178/19 |
| 4,570,149 | 2/1986 | Thornburg et al. ................ | 338/114 |
| 4,582,955 | 4/1986 | Blesser ............................. | 178/19 |
| 4,595,913 | 6/1986 | Aubuchon ....................... | 340/365 |
| 4,616,107 | 10/1986 | Abe et al. .......................... | 178/18 |
| 4,639,720 | 1/1987 | Rympalski et al. ................. | 340/712 |
| 4,672,154 | 6/1987 | Rodgers et al. ..................... | 178/19 |
| 4,680,430 | 7/1987 | Yoshikawa et al. ................. | 178/19 |
| 4,686,332 | 8/1987 | Greanias et al. .................... | 178/19 |
| 4,698,461 | 10/1987 | Meadows et al. ................... | 178/19 |
| 4,733,222 | 3/1988 | Evans ............................ | 340/365 C |
| 4,734,685 | 3/1988 | Watanabe ......................... | 340/710 |
| 4,736,191 | 4/1988 | Matzke et al. ................ | 340/365 C |
| 4,758,690 | 7/1988 | Kimura ............................. | 178/19 |
| 4,766,423 | 8/1988 | Ono et al. ......................... | 340/709 |
| 4,788,385 | 11/1988 | Kimura ............................. | 178/19 |
| 4,794,208 | 12/1988 | Watson .............................. | 178/19 |
| 4,820,886 | 4/1989 | Watson .............................. | 178/19 |
| 4,853,498 | 8/1989 | Meadows et al. ................... | 178/19 |
| 4,914,624 | 4/1990 | Dunthorn .......................... | 364/900 |
| 4,918,262 | 4/1990 | Flowers et al. ..................... | 178/18 |
| 4,922,061 | 5/1990 | Meadows et al. ................... | 178/19 |
| 4,935,728 | 6/1990 | Key ................................. | 340/709 |
| 4,988,982 | 1/1991 | Rayner et al. ...................... | 345/173 |
| 5,016,008 | 5/1991 | Gruaz et al. ........................ | 341/33 |
| 5,117,071 | 5/1992 | Greanias et al. .................... | 178/19 |
| 5,120,907 | 6/1992 | Shinbori et al. .................... | 478/18 |
| 5,149,919 | 9/1992 | Greanias et al. .................... | 178/19 |
| 5,153,572 | 10/1992 | Caldwell et al. ................... | 340/712 |
| 5,194,862 | 3/1993 | Edwards ............................ | 341/20 |
| 5,231,450 | 7/1993 | Daniels ............................. | 355/27 |
| 5,239,140 | 8/1993 | Kuroda et al. ...................... | 178/18 |
| 5,270,711 | 12/1993 | Knapp ............................... | 341/34 |
| 5,327,161 | 7/1994 | Logan et al. ....................... | 345/157 |
| 5,365,254 | 11/1994 | Kawamoto .......................... | 345/157 |
| 5,369,227 | 11/1994 | Stone ................................ | 178/18 |
| 5,373,118 | 12/1994 | Watson .............................. | 178/19 |
| 5,374,787 | 12/1994 | Miller et al. ....................... | 178/18 |
| 5,386,219 | 1/1995 | Greanias et al. .................... | 345/174 |
| 5,408,593 | 4/1995 | Kotaki et al. ....................... | 395/122 |
| 5,488,204 | 1/1996 | Mead et al. ........................ | 345/179 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 06 139022 | 5/1994 | Japan ...................... | G06F 3/033 |
| 07 072 976 | 3/1995 | Japan ...................... | G06F 3/033 |
| 2 139 762 | 11/1984 | United Kingdom | G06F 3/033 |
| 2 266 038 | 10/1993 | United Kingdom | G06F 3/033 |
| 2 288 665 | 4/1995 | United Kingdom | G06K 11/12 |
| 91/03039 | 3/1991 | WIPO ..................... | G09G 3/02 |
| 91/05327 | 4/1991 | WIPO ..................... | G09G 3/02 |
| 96/07966 | 3/1996 | WIPO ..................... | G06F 3/033 |
| 96/11435 | 4/1996 | WIPO ..................... | G06F 3/033 |
| 96/18179 | 6/1996 | WIPO ..................... | G08C 21/00 |



FIG. 1



*FIG. 2A*



*FIG. 2B*



*FIG. 2C*



*FIG. 2D*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



FIG. 10



FIG. 11



FIG. 12A



*FIG. 12B*



FIG. 13



*FIG. 14*



*FIG. 15A*



*FIG. 15B*

TAP GESTURE WITH VARIABLE DRAG TIME



*FIG. 15C*

LOCKING DRAG GESTURE



*FIG. 15D*



*FIG. 15E*



*FIG. 15F*



*FIG. 15G*

288    290    292



*FIG. 16A*

294    CornerY    296



*FIG. 16B*



*FIG. 17A*



*FIG. 17B*



*FIG. 17C*



*FIG. 17D*



*FIG. 17E*



*FIG. 17F*



*FIG. 18A*



*FIG. 18B*



*FIG. 18C*



FIG. 19

FIG. 20



FIG. 21

5,880,411

**1**

# OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION

## RELATED APPLICATIONS

This application is a continuation-in-part of co-pending application Ser. No. 08/320,158, filed Oct. 7, 1994, which is a continuation-in-part of application Ser. No. 08/300,387, filed Sep. 2, 1994, now abandoned which is a continuation-in-part of application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,374,787, which is a continuation-in-part of application Ser. No. 07/895,934, filed Jun. 8, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to object position sensing transducers and systems. More particularly, the present invention relates to object position recognition useful in applications such as cursor movement for computing devices and other applications, and especially to cursor movement with enhanced edge-motion and gesture-recognition features.

### 2. The Prior Art

Numerous devices are available or have been proposed for use as object position detectors for use in computer systems and other applications. The most familiar of such devices is the computer "mouse". While extremely popular as a position indicating device, a mouse has mechanical parts and requires a surface upon which to roll its position ball. Furthermore, a mouse usually needs to be moved over long distances for reasonable resolution. Finally, a mouse requires the user to lift a hand from the keyboard to make the cursor movement, thereby upsetting the prime purpose, which is usually typing on the computer.

Trackball devices are similar to mouse devices. A major difference, however, is that, unlike a mouse device, a trackball device does not require a surface across which it must be rolled. Trackball devices are still expensive, have moving parts, and require a relatively heavy touch as do the mouse devices. They are also large in size and doe not fit well in a volume-sensitive application like a laptop computer.

There are several available touch-sense technologies which may be employed for use as a position indicator. Resistive-membrane position sensors are known and used in several applications. However, they generally suffer from poor resolution, the sensor surface is exposed to the user and is thus subject to wear. In addition, resistive-membrane touch sensors are relatively expensive. A one-surface approach requires a user to be grounded to the sensor for reliable operation. This cannot be guaranteed in portable computers. An example of a one-surface approach is the UnMouse product by MicroTouch, of Wilmington, Mass. A two-surface approach has poorer resolution and potentially will wear out very quickly in time.

Resistive tablets are taught by U.S. Pat. No. 4,680,430 to Yoshikawa, U.S. Pat. No. 3,497,617 to Ellis and many others. The drawback of all such approaches is the high power consumption and the high cost of the resistive membrane employed.

Surface Acoustic Wave (SAW) devices have potential use as position indicators. However, this sensor technology is expensive and is not sensitive to light touch. In addition, SAW devices are sensitive to residue buildup on the touch surfaces and generally have poor resolution.

**2**

Strain gauge or pressure plate approaches are an interesting position sensing technology, but suffer from several drawbacks. This approach may employ piezo-electric transducers. One drawback is that the piezo phenomena is an AC phenomena and may be sensitive to the user's rate of movement. In addition, strain gauge or pressure plate approaches are somewhat expensive because special sensors are required.

Optical approaches are also possible but are somewhat limited for several reasons. All would require light generation which will require external components and increase cost and power drain. For example, a "finger-breaking" infra-red matrix position detector consumes high power and suffers from relatively poor resolution.

There have been numerous attempts to provide a device for sensing the position of a thumb or other finger for use as a pointing device to replace a mouse or trackball. Desirable attributes of such a device are low power, low profile, high resolution, low cost, fast response, and ability to operate reliably when the finger carries electrical noise, or when the touch surface is contaminated with dirt or moisture.

Because of the drawbacks of resistive devices, many attempts have been made to provide pointing capability based on capacitively sensing the position of the finger. U.S. Pat. No. 3,921,166 to Volpe teaches a capacitive matrix in which the finger changes the transcapacitance between row and column electrodes. U.S. Pat. No. 4,103,252 to Bobick employs four oscillating signals to interpolate x and y positions between four capacitive electrodes. U.S. Pat. No. 4,455,452 to Schuyler teaches a capacitive tablet wherein the finger attenuates the capacitive coupling between electrodes.

U.S. Pat. No. 4,550,221 to Mabusth teaches a capacitive tablet wherein the effective capacitance to "virtual ground" is measured by an oscillating signal. Each row or column is polled sequentially, and a rudimentary form of interpolation is applied to resolve the position between two rows or columns. An attempt is made to address the problem of electrical interference by averaging over many cycles of the oscillating waveform. The problem of contamination is addressed by sensing when no finger was present, and applying a periodic calibration during such no-finger-present periods. U.S. Pat. No. 4,639,720 to Rympalski teaches a tablet for sensing the position of a stylus. The stylus alters the transcapacitance coupling between row and column electrodes, which are scanned sequentially. U.S. Pat. No. 4,736,191 to Matzke teaches a radial electrode arrangement under the space bar of a keyboard, to be activated by touching with a thumb. This patent teaches the use of total touch capacitance, as an indication of the touch pressure, to control the velocity of cursor motion. Pulsed sequential polling is employed to address the effects of electrical interference.

U.S. Pat. Nos. 4,686,332 and 5,149,919, to Greanias, teaches a stylus and finger detection system meant to be mounted on a CRT. As a finger detection system, its X/Y sensor matrix is used to locate the two matrix wires carrying the maximum signal. With a coding scheme these two wires uniquely determine the location of the finger position to the resolution of the wire stepping. For stylus detection, Greanias first coarsely locates it, then develops a virtual dipole by driving all lines on one side of the object in one direction and all lines on the opposite side in the opposite direction. This is done three times with different dipole phases and signal polarities. Assuming a predetermined matrix response to the object, the three measurements present a set of simultaneous equations that can be solved for position.

5,880,411

3

U.S. Pat. No. 4,733,222 to Evans is the first to teach a capacitance touch measurement system that interpolates to a high degree. Evans teaches a three terminal measurement system that uses a drive, sense and electrode signal set (3 signals) in its matrix, and bases the measurement on the attenuation effect of a finger on the electrode node signal (uses a capacitive divider phenomena). Evans sequentially scans through each drive set to measure the capacitance. From the three largest responses an interpolation routine is applied to determine finger position. Evans also teaches a zeroing technique that allows "no-finger" levels to be canceled out as part of the measurement.

U.S. Pat. No. 5,016,008 to Gruaz describes a touch sensitive pad that also uses interpolation. Gruaz uses a drive and sense signal set (2 signals) in the touch matrix and like Evans relies on the attenuation effect of a finger to modulate the drive signal. The touch matrix is sequentially scanned to read the response of each matrix line. An interpolation program then selects the two largest adjacent signals in both dimensions to determine the finger location, and ratiometrically determines the effective position from those 4 numbers.

Gerpheide, PCT application US90/04584, publication No. W091/03039, U.S. Pat. No. 5,305,017 applies to a touch pad system a variation of the virtual dipole approach of Greanias. Gerpheide teaches the application of an oscillating potential of a given frequency and phase to all electrodes on one side of the virtual dipole, and an oscillating potential of the same frequency and opposite phase to those on the other side. Electronic circuits develop a "balance signal" which is zero when no finger is present, and which has one polarity if a finger is on one side of the center of the virtual dipole, and the opposite polarity if the finger is on the opposite side. To acquire the position of the finger initially, the virtual dipole is scanned sequentially across the tablet. Once the finger is located, it is "tracked" by moving the virtual dipole toward the finger once the finger has moved more than one row or column.

Because the virtual dipole method operates by generating a balance signal that is zero when the capacitance does not vary with distance, it only senses the perimeter of the finger contact area, rather than the entire contact area. Because the method relies on synchronous detection of the exciting signal, it must average for long periods to reject electrical interference, and hence it is slow. The averaging time required by this method, together with the necessity to search sequentially for a new finger contact once a previous contact is lost, makes this method, like those before it, fall short of the requirements for a fast pointing device that is not affected by electrical interference.

It should also be noted that all previous touch pad inventions that used interpolation placed rigorous design requirements on their sensing pad. Greanias and Evans use a complicated and expensive drive, sense and electrode line scheme to develop their signal. Gruaz and Gerpheide use a two signal drive and sense set. In the present invention the driving and sensing is done on the same line. This allows the row and column sections to be symmetric and equivalent. This in turn allows independent calibration of all signal paths, which makes board layout simpler and less constraining, and allows for more unique sensor topologies.

The shortcomings of the inventions and techniques described in the prior art can also be traced to the use of only one set of driving and sensing electronics, which was multiplexed sequentially over the electrodes in the tablet. This arrangement was cost effective in the days of discrete components, and avoided offset and scale differences among circuits.

4

The sequential scanning approach of previous systems also made them more susceptible to noise. Noise levels could change between successive measurements, thus changing the measured signal and the assumptions used in interpolation routines.

Finally, all previous approaches assumed a particular signal response for finger position versus matrix position. Because the transfer curve is very sensitive to many parameters and is not a smooth linear curve as Greanias and Gerpheide assume, such approaches are limited in the amount of interpolation they can perform.

In prior co-pending application Ser. No. 08/115,743, filed Aug. 31,1993, now U.S. Pat. No. 5,734,787, a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet is disclosed. All row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously. The sensed signals are processed by analog circuitry.

Of the touchpad devices currently available, only the Alps/Cirque GlidePoint includes gesture recognition. The GlidePoint supports basic tap, double-tap, and drag gestures to simulate actions on a primary mouse button. It does not support multiple-finger gestures, nor are there gestures for simulating secondary button clicks. No information is known about the implementation methods employed in the GlidePoint. However, the GlidePoint is known to have difficulty with double-taps, one of the problems addressed by the present invention. The GlidePoint exhibits a hesitation on each finger-motion stroke which may be an attempt to stabilize the cursor during tap gestures. Also, the Glide-Point must rely on physical switches or extremely high gain or acceleration in order to allow drags over long distances.

One touchpad product, the UnMouse, mounts a switch underneath its resistive sensor so that the user simply presses down on the pad to activate the button. Aside from requiring fragile and complex mechanical mounting, this device also is reported to be very tiring to the user.

Graphics tablets operated by a pressure sensitive stylus instead of a finger are well known in the art. These devices typically use a mechanism like the "push" gesture of the present invention to simulate actuator switches. No other gestures of the sort described herein have been seen in stylus operated tablets.

It is thus an object of the present invention to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously.

It is a further object of the present invention to provide an electronic system that is sensitive to the entire area of contact of a finger or other conductive object with a capacitive tablet, and to provide as output the coordinates of some measure of the center of this contact area while remaining insensitive to the characteristic profile of the object being detected.

It is a further object of the present invention to provide an electronic system that provides as output some measure of area of contact of a finger or other conductive object with a capacitive tablet.

Yet another object of the present invention is to provide a two-dimensional capacitive sensing system equipped with a separate set of drive/sense electronics for each row and for each column of a capacitive tablet, wherein all row electrodes are sensed simultaneously, and all column electrodes

5,880,411

| 5 | 6 |

are sensed simultaneously and wherein the information defining the location of a finger or other conductive object is processed in digital form.

It is a further object of the present invention to provide a two-dimensional capacitive sensing system wherein all row electrodes are sensed simultaneously, and all column electrodes are sensed simultaneously, and wherein the location of a finger or other conductive object within a peripheral region of a sensing plane can optionally cause cursor "edge motion" on a display screen allowing control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of a drag extension gesture made by a finger or other object on a touch-sensor pad in a manner which permits control of large cursor excursions from a small sensing plane with a single gesture.

A further object of the invention is to provide for the recognition of gestures made by a finger or other object on a touch-sensor pad in a manner which compensates for unintended motion of the finger or other object during expression of the gesture.

Yet another object of the present invention is to provide for the recognition of multiple-finger gestures and for simulating secondary button clicks.

It is a further object of the present invention to provide for the recognition of the difference between gestures made by novice and expert users.

BRIEF DESCRIPTION OF THE INVENTION

With the advent of very high levels of integration, it has become possible to integrate many channels of driving/sensing electronics into one integrated circuit, along with the control logic for operating them, and the interface electronics to allow the pointing device to communicate directly with a host microprocessor. The present invention uses adaptive analog techniques to overcome offset and scale differences between channels, and can thus sense either transcapacitance or self-capacitance of all tablet rows or columns in parallel. This parallel-sensing capability, made possible by providing one set of electronics per row or column, allows the sensing cycle to be extremely short, thus allowing fast response while still maintaining immunity to very high levels of electrical interference.

The present invention comprises a position-sensing technology particularly useful for applications where finger position information is needed, such as in computer "mouse" or trackball environments. However the position-sensing technology of the present invention has much more general application than a computer mouse, because its sensor can detect and report if one or more points are being touched. In addition, the detector can sense the pressure of the touch.

According to a preferred embodiment of the present invention, referred to herein as a "finger pointer" embodiment, a position sensing system includes a position sensing transducer comprising a touch-sensitive surface disposed on a substrate, such as a printed circuit board, including a matrix of conductive lines. A first set of conductive lines runs in a first direction and is insulated from a second set of conductive lines running in a second direction generally perpendicular to the first direction. An insulating layer is disposed over the first and second sets of conductive lines. The insulating layer is thin enough to promote significant capacitive coupling between a finger placed on its surface and the first and second sets of conductive lines.

Sensing electronics respond to the proximity of a finger, conductive object, or an object of high dielectric constant

(i.e., greater than about 5) to translate the capacitance changes of the conductors caused by object proximity into digital information which is processed to derive position and touch pressure information. Its output is a simple X, Y and pressure value of the one object on its surface. In all descriptions herein, fingers are to be considered interchangeable with conductive objects and objects of high dielectric constant.

Different prior art pad scan techniques have different advantages in different environments. Parallel drive/sense techniques according to the present invention allow input samples to be taken simultaneously, thus all channels are affected by the same phase of an interfering electrical signal, greatly simplifying the signal processing and noise filtering.

There are two drive/sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the sensor matrix are simultaneously moved, while the voltages of the Y lines are held at a constant voltage, with the complete set of sampled points simultaneously giving a profile of the finger in the X dimension. Next, the voltages on all of the Y lines of the sensor matrix are simultaneously moved, while the voltages of the X lines are held at a constant voltage to obtain a complete set of sampled points simultaneously giving a profile of the finger in the other dimension.

According to a second drive/sense method, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the sensor matrix are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This technique doubles the effect of any transcapacitance between the two dimensions, or conversely, halves the effect of any parasitic capacitance to ground. In both methods, the capacitive information from the sensing process provides a profile of the proximity of the finger to the sensor in each dimension.

As presently preferred, both embodiments then take these profiles and derive a digital value representing the centroid for X and Y position and derive a second digital value for the Z pressure information. The digital information may be directly used by a host computer. Analog processing of the capacitive information may also be used according to the present invention.

The position sensor of these embodiments can only report the position of one object on its sensor surface. If more than one object is present, the position sensor of this embodiment computes the centroid position of the combined set of objects. However, unlike prior art, because the entire pad is being profiled, enough information is available to discern simple multi-finger gestures to allow for a more powerful user interface.

According to another aspect of the present invention, several power reduction techniques which can shut down the circuit between measurements have been integrated into the system. This is possible because the parallel measurement technique according to the present invention is so much faster than prior art techniques.

According to a further aspect of the invention, a variety of noise reduction techniques are integrated into the system.

According to yet another aspect of the present invention, a capacitance measurement technique which is easier to calibrate and implement is employed.

According to two aspects of the present invention, when the presence of a finger or other conductive object is sensed

5,880,411

7

within a defined peripheral region of the sensing plane, the control of cursor motion may be changed to provide "edge motion" to allow control of large cursor excursions on a display screen from a single gesture executed on a small sensing plane.

According to another aspect of the invention a drag extension gesture is recognized by the host which permits the control of large cursor excursions on a display screen from a single gesture executed on a small sensing plane.

According to a further object of the present invention, a number of gestures made by a finger or other object on the touch-sensor pad are recognized and communicated to a host. Recognition of whether certain gestures are made by novice or expert users is also provided. Compensation for unintended motion of the finger or other object during expression of the gestures is provided.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall block diagram of the capacitive position sensing system of the present invention.

FIG. 2a is a top view of an object position sensor transducer according to a presently preferred embodiment of the invention showing the object position sensor surface layer including a top conductive trace layer and conductive pads connected to a bottom trace layer.

FIG. 2b is a bottom view of the object position sensor transducer of FIG. 2a showing the bottom conductive trace layer.

FIG. 2c is a composite view of the object position sensor transducer of FIGS. 2a and 2b showing both the top and bottom conductive trace layers.

FIG. 2d is a cross-sectional view of the object position sensor transducer of FIGS. 2a–2c.

FIG. 3 is a block diagram of sensor decoding electronics which may be used with the sensor transducer in accordance with a preferred embodiment of the present invention.

FIG. 4a is a simplified schematic diagram of a charge integrator circuit which may be used in the present invention.

FIG. 4b is an illustrative schematic diagram of the charge integrator circuit of FIG. 4a.

FIG. 5 is a timing diagram of the operation of charge integrator circuit of FIGS. 4a and 4b.

FIG. 6 is a schematic diagram of an illustrative filter and sample/hold circuit for use in the present invention.

FIG. 7 is a more detailed block diagram of a presently preferred arrangement of A/D converters for use in the present invention.

FIG. 8 is a block diagram of an illustrative arithmetic unit which may be used in the present invention.

FIG. 9 is a block diagram of a calibration unit which may be used with the arithmetic unit of FIG. 8.

FIG. 10 is a schematic diagram of a bias voltage generating circuit useful in the present invention.

FIG. 11 is a diagram of the sensing plane illustrating the edge motion feature of the object position sensor of the present invention.

FIG. 12A is a schematic diagram illustrating a first hardware implementation of the determination of whether a finger or other object is present in the peripheral regions of the sensing plane.

FIG. 12B is a schematic diagram illustrating a first hardware implementation of the determination of whether a

8

finger or other object is present in the peripheral regions of the sensing plane.

FIG. 13 is a schematic diagram illustrating hardware implementation of the edge motion feature of the present invention.

FIG. 14 is a more detailed block diagram of gesture unit 20 of FIG. 1.

FIGS. 15a through 15g are timing diagrams illustrating some of the gestures which may be recognized according to the present invention.

FIGS. 16a and 16b are diagrams illustrating two tap zone shapes which may be used on sensor pads according to the present invention.

FIGS. 17a through 17f comprise a flowchart illustrating the operation of the tap unit of FIG. 14.

FIGS. 18a through 18c comprise a flowchart illustrating the operation of the zigzag unit of FIG. 14.

FIG. 19 is a timing diagram illustrating a "push" gesture according to the present invention.

FIG. 20 is a flowchart illustrating the operation of the push unit of FIG. 14.

FIG. 21 is a block diagram of an illustrative LiftJump suppressor circuit which may be used in gesture recognition according to the present invention.

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

This application is a continuation-in-part of co-pending application Ser. No. 08/300,387, filed Sep. 2, 1994, which is a continuation-in-part of co-pending application Ser. No. 08/115,743, filed Aug. 31, 1993, now U.S. Pat. No. 5,374, 787, which is a continuation-in-part of co-pending application Ser. No. 07/895,934, filed Jun. 8, 1992. The present invention continues the approach disclosed in the parent applications and provides more unique features not previously available. These improvements provide a more easily integrated solution, increased sensitivity, and greater noise rejection, increased data acquisition rate and decreased power consumption. The present invention allows for continuous self calibration to subtract out the effects of environmental changes and allows for enhanced cursor control from edge motion on a sensing plane.

Those of ordinary skill in the art will realize that the following description of the present invention is illustrative only and not in any way limiting. Other embodiments of the invention will readily suggest themselves to such skilled persons.

The present invention brings together in combination a number of unique features which allow for new applications not before possible. Because the object position sensor of the present invention has very low power requirements, it is beneficial for use in battery operated or low power applications such as lap top or portable computers . It is also a very low cost solution, has no moving parts (and is therefore virtually maintenance free), and uses the existing printed circuit board traces for sensors. The sensing technology of the present invention can be integrated into a computer motherboard to even further lower its cost in computer applications. Similarly, in other applications the sensor can be part of an already existent circuit board.

Because of its small size and low profile, the sensor technology of the present invention is useful in lap top or portable applications where volume is an important consideration. The sensor technology of the present invention requires circuit board space for only a single sensor interface

5,880,411

9

chip that can interface directly to a microprocessor, plus the area needed on the printed circuit board for sensing.

Referring first to FIG. 1, a simplified block diagram of the capacitive position sensing system 6 of the present invention is presented. Capacitive position sensing system 6 can accurately determine the position of a finger 8 or other conductive object proximate to or touching a sensing plane 10. The capacitance of a plurality of conductive lines running in a first direction (e.g., "X") is sensed by X input processing circuitry 12 and the capacitance of a plurality of conductive lines running in a second direction (e.g., "Y") is sensed by Y input processing circuitry 14. The sensed capacitance values are digitized in both X input processing circuitry 12 and Y input processing circuitry 14. The outputs of X input processing circuitry 12 and Y input processing circuitry 14 are presented to arithmetic unit 16, which uses the digital information to derive digital information representing the position and pressure of the finger 8 or other conductive object relative to the sensing plane 10.

The X, Y, and Z outputs of arithmetic unit 16 are directed to motion unit 18 which provides the cursor motion direction signals to the host computer. Those of ordinary skill in the art will recognize, that as used herein, "host" may mean a stand-alone computer such as an IBM or compatible PC or computer made by Apple Computers, hand-held control units, personal digital assistants, remote communication devices, or the like, or to any other devices or systems which can take as input the output of a touch tablet.

The X, Y, and Z outputs of arithmetic unit 16 are also directed to gesture unit 20, which is used to recognize certain finger gestures performed by a user on sensing plane 10. In addition, gesture unit 20 may produce a signal to motion unit 18 to enable the edge motion feature of the present invention based on the state of gesture processing.

The sensor material can be anything that allows creation of a conductive X/Y matrix of pads. This includes not only standard PC boards, but also includes but is not limited to flexible PC boards, conductive elastomer materials, silk-screened conductive lines, and piezo-electric Kynar plastic materials. This renders it useful as well in any portable equipment application or in human interface where the sensor needs to be molded to fit within the hand.

The sensor can be conformed to any three dimensional surface. Copper can be plated in two layers on most any surface contour producing the sensor. This will allow the sensor to be adapted to the best ergonomic form needed for any particular application. This coupled with the "light-touch" feature will make it effortless to use in many applications. The sensor can also be used in an indirect manner, i.e it can have an insulating foam material covered by a conductive layer over the touch sensing surface and used to detect any object (not just conductive) that presses against its surface.

Small sensor areas are practical, i.e., a presently conceived embodiment takes about 1.5"×1.5" of area, however those of ordinary skill in the art will recognize that the area is scaleable for different applications. The matrix area is scaleable by either varying the matrix trace spacing or by varying the number of traces. Large sensor areas are practical where more information is needed.

Besides simple X and Y position information, the sensor technology of the present invention also provides finger pressure information. This additional dimension of information may be used by programs to control special features such as "brush-width" modes in Paint programs, special menu accesses, etc., allowing provision of a more natural

10

sensory input to computers. It has also been found useful for implementing "mouse click and drag" modes and for simple input gestures.

The user will not even have to touch the surface to generate the minimum reaction. This feature can greatly minimize user strain and allow for more flexible use.

The sense system of the present invention depends on a transducer device capable of providing position and pressure information regarding the object contacting the transducer. Referring now to FIGS. 2a–2d, top, bottom, composite, and cross-sectional views, respectively, are shown of a presently-preferred sensing plane 10 comprising a touch sensor array 22 for use in the present invention. Since capacitance is exploited by this embodiment of the present invention, the surface of touch sensor array 22 is designed to maximize the capacitive coupling to a finger or other conductive object.

A presently preferred touch sensor array 22 according to the present invention comprises a substrate 24 including a first set of conductive traces 26 disposed on a top surface 28 thereof and run in a first direction to comprise row positions of the touch sensor array 22. A second set of conductive traces 30 are disposed on a bottom surface 32 thereof and run in a second direction preferably orthogonal to the first direction to form the column positions of the touch sensor array 22. The first and second set of conductive traces 26 and 30 are alternately in contact with periodic sense pads 34 comprising enlarged areas, shown as diamonds in FIGS. 2a–2c. While sense pads 34 are shown as diamonds in FIGS. 2a–2c, any shape, such as circles, which allows them to be closely packed is equivalent for purposes of this invention. As an arbitrary convention herein, the first set of conductive traces 26 will be referred to as being oriented in the "X" or "row" direction and may be referred to herein sometimes as "X lines" and the second set of conductive traces 30 will be referred to as being oriented in the "Y" or "column" direction and may be referred to herein sometimes as "Y lines."

The number and spacing of these sense pads 34 depends upon the resolution desired. For example, in an actual embodiment constructed according to the principles of the present invention, a 0.10 inch center-to-center diamond-shaped pattern of sense pads 34 disposed along a matrix of 15 rows and 15 columns of conductors is employed. Every other sense pad 34 in each direction in the pad pattern is connected to first and second sets of conductive traces 26 and 30 on the top and bottom surfaces 28 and 32, respectively of substrate 24.

Substrate 24 may be a printed circuit board, a flexible circuit board or any of a number of available circuit interconnect technology structures. Its thickness is unimportant as long as contact may be made therethrough from the second set of conductive traces 30 to their sense pads 34 on the top surface 28. The printed circuit board comprising substrate 24 can be constructed using standard industry techniques. Board thickness is not important. Connections from the sense pads 34 to the second set of conductive traces 30 may be made employing standard plated-through hole techniques well known in the printed circuit board art.

In an alternate embodiment of the present invention, the substrate 24 may have a thickness on the order of 0.005 to 0.010 inches. Then the sense pads 34 on the top surface 28 and the plated through holes that connect to the second set of conductive traces 30, can be omitted, further reducing the cost of the system.

An insulating layer 36 is disposed over the sense pads 34 on top surface 28 to insulate a human finger or other object

5,880,411

11                                          12

therefrom. Insulating layer 36 is preferably a thin layer (i.e., approximately 5 mils) to keep capacitive coupling large and may comprise a material, such as mylar, chosen for its protective and ergonomic characteristics. The term "significant capacitive coupling" as used herein shall mean capacitive coupling having a magnitude greater than about 0.5 pF.

There are two different capacitive effects taking place when a finger approaches the touch sensor array 22. The first capacitive effect is trans-capacitance, or coupling between sense pads 34, and the second capacitive effect is self-capacitance, or coupling to virtual ground. Sensing circuitry is coupled to the touch sensor array 22 of the present invention and responds to changes in either or both of these capacitances. This is important because the relative sizes of the two capacitances change greatly depending on the user environment. The ability of the present invention to detect changes in both self capacitance and trans-capacitance results in a very versatile system having a wide range of applications.

According to the preferred embodiment of the invention, a position sensor system including touch sensor array 22 and associated position detection circuitry will detect a finger position on a matrix of printed circuit board traces via the capacitive effect of finger proximity to the touch sensor array 22. The position sensor system will report the X, Y position of a finger placed near the touch sensor array 22 to much finer resolution than the spacing between the first and second sets of conductive traces 26 and 30. The position sensor according to this embodiment of the invention will also report a Z value proportional to the outline of that finger and hence indicative of the pressure with which the finger contacts the surface of insulating layer 36 over the touch sensor array 22.

According to the presently preferred embodiment of the invention, a very sensitive, light-touch detector circuit may be provided using adaptive analog and digital VLSI techniques. The circuit of the present invention is very robust and calibrates out process and systematic errors. The detector circuit of the present invention will process the capacitive input information and provide digital information which may be presented directly to a microprocessor.

According to this embodiment of the invention, sensing circuitry is contained on a single sensor processor integrated circuit chip. The sensor processor chip can have any number of X and Y "matrix" inputs. The number of X and Y inputs does not have to be equal. The integrated circuit has a digital bus as output. In the illustrative example disclosed in FIGS. 2a–2d herein, the touch sensor 22 array has 15 traces in both the X and Y directions. The sensor processor chip thus has 15 X inputs and 15 Y inputs. An actual embodiment constructed according to the principles of the present invention employed 18 traces in the X direction and 24 traces in the Y direction. Those of ordinary skill in the art will recognize that the size of the touch sensor array 22 which may be employed in the present invention is arbitrary and will be dictated largely by design choice.

The X and Y matrix nodes are driven and sensed in parallel, with the capacitive information from each line indicating how close a finger is to that node. The scanned information provides a profile of the finger proximity in each dimension. According to this aspect of the present invention, the profile centroid is derived in both the X and Y directions and is the position in that dimension. The profile curve of proximity is also integrated to provide the Z information.

There are two drive and sense methods employed in the touch sensing technology of the present invention. According to a first and presently preferred embodiment of the invention, the voltages on all of the X lines of the touch sensor array 22 are simultaneously moved, while the voltages of the Y lines are held at a constant voltage. Next, the voltages on all of the Y lines of the touch sensor array 22 are simultaneously moved, while the voltages of the X lines are held at a constant voltage. This scanning method accentuates the measurement of capacitance to virtual ground provided by the finger.

Those of ordinary skill in the art will recognize that the order of these two steps is somewhat arbitrary and may be reversed.

According to a second drive/sense method, the voltages on all of the X lines of the touch sensor array 22 are simultaneously moved in a positive direction, while the voltages of the Y lines are moved in a negative direction. Next, the voltages on all of the X lines of the touch sensor array 22 are simultaneously moved in a negative direction, while the voltages of the Y lines are moved in a positive direction. This second drive/sense method accentuates trans-scapacitance and de-emphasizes virtual ground capacitance. As with the first drive/sense method, those of ordinary skill in the art will recognize that the order of these two steps is somewhat arbitrary and may be reversed.

Referring now to FIG. 3, a block diagram of the presently preferred sensing circuitry 40 for use according to the present invention is presented. This block diagram, and the accompanying disclosure, relates to the sensing circuitry 40 in one 15 dimension (X) only, and includes the X input processing circuitry 12 of FIG. 1. Those of ordinary skill in the art will appreciate that an identical circuit would be used for sensing the opposite (Y) dimension and would include the Y input processing circuitry 14 of FIG. 1. Such skilled persons will further note that the two dimensions do not need to be orthogonal to one another. For example, they can be radial or of any other 20 nature to match the contour of the touch sensor array 22 and other needs of the system. Those of ordinary skill in the art will recognize that the technology disclosed herein could be applied as well to a one-dimensional case where only one set of conductive traces is used.

The capacitance at each touch sensor array 22 node is represented by equivalent capacitors 42-1 through 42-n. The capacitance of capacitors 42-1 through 42-n comprises the capacitance of the matrix conductors and has a characteristic background value when no object (e.g., a finger) is proximate to the sensing plane 10 of the touch sensor array 22. As an object approaches the sensing plane 10 the capacitance of capacitors 42-1 through 42-n increases in proportion to the size and proximity of the object.

According to the present invention, the capacitance at each touch sensor array 22 node is measured simultaneously using charge integrator circuits 44-1 through 44-n. Charge-integrator circuits 44-1 through 44-n serve to inject charge into the capacitances 42-1 through 42-n, respectively, and to develop an output voltage proportional to the capacitance sensed on the corresponding X matrix line. Thus charge-integrator circuits 44-1 through 44-n are shown as bidirectional amplifier symbols. Each charge-integrator circuit 44-1 through 44-n is supplied with an operating bias voltage by bias-voltage generating circuit 46.

As used herein, the phrase "proportional to the capacitance" means that the voltage signal generated is a monotonic function of the sensed capacitance. In the embodiment described herein, the voltage is directly and linearly proportional to the capacitance sensed. Those of ordinary skill in

5,880,411

13

the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein. In addition current-sensing as well as voltage-sensing techniques could be employed.

According to a presently preferred drive/sense method used in the present invention, the capacitance measurements are performed simultaneously across all 10 inputs in one dimension to overcome a problem which is inherent in all prior art approaches that scan individual inputs. The problem with the prior-art approach is that it is sensitive to high frequency and large amplitude noise (large dv/dt noise) that is coupled to the circuit via the touching object. Such noise may distort the finger profile because of noise appearing in a later scan cycle but not an earlier one, due to a change in the noise level.

The present invention overcomes this problem by "taking a snapshot" of all inputs simultaneously in X and then Y directions (or visa versa). Because the injected noise is proportional to the finger signal strength across all inputs, it is therefore symmetric around the finger centroid. Because it is symmetric around the finger centroid it does not affect the finger position. Additionally, the charge amplifier performs a differential measuring function to further reject common-mode noise.

Because of the nature of the charge integrator circuits 44-1 through 44-n, their outputs will be changing over time and will have the desired voltage output for only a short time. As presently preferred, filter circuits 48-1 through 48-n are implemented as sample and hold switched capacitor filters.

The desired voltage is captured by the filter circuits 48-1 through 48-n. As controlled by control circuitry, 56, the filter circuits 48-1 through 48-n will filter out any high frequency noise from the sensed signal. This is accomplished by choosing the capacitor for the filter to be much larger than the output capacitance of charge integrator circuits 44-1 through 44-n. In addition, those of ordinary skill in the art will recognize that the switched capacitor filter circuits 48-1 through 48-n will capture the desired voltages and store them.

According to the present invention, the capacitance information obtained in voltage form from the capacitance measurements is digitized and processed in digital format. Accordingly, the voltages stored by filter circuits 48-1 through 48-n are stored in sample/hold circuits 50-1 through 50-n so that the remainder of the circuitry processes input data taken at the same time. Sample/hold circuits 50-1 through 50-n may be configured as conventional sample/hold circuits as is well known in the art.

The sampled analog voltages at the outputs of sample/hold circuits 50-1 through 50-n are digitized by analog-to-digital (A/D) converters 52. As presently preferred, A/D converters 52 resolve the input voltage to a 10-bit wide digital signal (a resolution of one part in 1,024), although those of ordinary skill in the art will realize that other resolutions may be employed. A/D converters 52 may be conventional successive approximation type converters as is known in the art.

Given the charge integrator circuits 44 employed in the present invention, the background level (no object present) of the charge integrator circuits 44 outputs will be about 1 volt. The ΔV resulting from the presence of a finger or other object will typically be about 0.4 volt. The voltage range of

14

the A/D converters 52 should therefore be in the range of between about 1–2 volts.

An important consideration is the minimum and maximum voltage reference points for the A/D converters 52 ($V_{min}$ and $V_{max}$). It has been found that noise will cause position jitter if these reference voltages are fixed points. A solution to this problem which is employed in the present invention is to dynamically generate the $V_{min}$ and $V_{max}$ reference voltages from reference capacitances 42-Vmin and 42-Vmax, sensed by charge integrator circuits 44-Vmin and 44-Vmax and processed by filter circuits 48-Vmin and 48-Vmax and stored in sample/hold circuits 50-Vmin and 50-Vmax. In this manner, any common mode noise present when the signals are sampled from the touch sensor array 22 will also be present in the $V_{min}$ and $V_{max}$ reference voltage values and will tend to cancel. Those of ordinary skill in the art will realize that reference capacitances 42-Vmin and 42-Vmax may either be discrete capacitors or extra traces in the touch sensor array 22.

According to the present invention, the $V_{min}$ reference voltage is generated from a capacitor having a value equal to the lowest capacitance expected to be encountered in the touch sensor array 22 with no object present (about 12 pF assuming a 2 inch square sensor array). The $V_{max}$ reference voltage is generated from a capacitor having a value equal to the largest capacitance expected to be encountered in the touch sensor array 22 with an object present (about 16 pF assuming a 2 inch square sensor array).

The outputs of A/D converters 52 provide inputs to arithmetic unit 16. As will be more fully disclosed with reference to FIG. 8, the function of arithmetic unit 16 is to compute the weighted average of the signals on the individual sense lines in both the X and Y directions in the touch sensor array 22. Thus, arithmetic unit 16 is shared by the X input processing circuitry 12 and the Y input processing circuitry 14 as shown in FIG. 1.

Control circuitry 56 of FIG. 3 orchestrates the operation of the remainder of the circuitry. Because the system is discretely sampled and pipelined in its operation, control circuitry 56 is present to manage the signal flow. The functions performed by control circuitry 56 may be conventionally developed via what is commonly known in the art as a state machine or microcontroller.

The structure and operation of the individual blocks of FIG. 3 will now be disclosed. Referring now to FIGS. 4a, 4b, and 5, a typical charge integrator circuit 44 Will be described. Charge integrator circuit 44 is shown as a simplified schematic diagram in FIG. 4a and as an illustrative schematic diagram in FIG. 4b. The timing of the operation of charge integrator circuit 44 is shown in FIG. 5. These timing signals are provided by the control circuitry 56.

Charge integrator circuit 44 is based on the fundamental physical phenomena of using a current to charge a capacitor. If the capacitor is charged for a constant time by a constant current, then a voltage will be produced on the capacitor which is inversely proportional to the capacitance. The capacitance to be charged is the sensor array line capacitance 42 in parallel with an internal capacitor. This internal capacitor will contain the voltage of interest.

Referring now to FIG. 4a, a simplified schematic diagram of an illustrative charge integrator circuit 44 is shown. A charge integrator circuit input node 60 is connected to one of the X (or Y) lines of the touch sensor array 22. A first shorting switch 62 is connected between the charge integrator circuit input node 60 and $V_{DD}$ the positive supply rail. A second shorting switch 64 is connected between the charge

# EXHIBIT 4

(Part 2 of 2)

5,880,411

15

integrator circuit input node 60 and ground, the negative supply rail. A positive constant current source 66 is connected to $V_{DD}$, the positive supply rail and to the charge integrator circuit input node 60 and through a first current source switch 68. A negative constant current source 70 is connected to ground and to the charge integrator circuit input node 60 and through a second current source switch 72. It is obvious that either high and low voltage rails could be used in place of $V_{DD}$ and ground.

A first internal capacitor 74 is connected between $V_{DD}$ and output node 76 of charge integrator circuit 44. A positive voltage storage switch 78 is connected between output node 76 and input node 60. A second internal capacitor 80 has one of its plates connected to ground through a switch 82 and to output node 76 of charge integrator circuit 44 through a switch 84, and the other one of its plates connected to input node 60 through a negative voltage storage switch 86 and to $V_{DD}$ through a switch 88. The capacitance of first and second internal capacitors 74 and 80 should be a small fraction (i.e., about 10%) of the capacitance of the individual sensor array lines. In a typical embodiment, the sensor array line capacitance will be about 10 pF and the capacitance of capacitors 74 and 80 should be about 1 pF.

According to the presently preferred embodiment of the invention, the approach used is a differential measurement for added noise immunity, the benefit of which is that any low frequency common mode noise gets subtracted out. For the following discussion, it is to be assumed that all switches are open unless they are noted as closed. First, the sensor array line is momentarily shorted to $V_{DD}$ through switch 62, switch 78 is closed connecting capacitor 74 in parallel with the capacitance of the sensor line. Then the parallel capacitor combination is discharged with a constant current from current source 70 through switch 72 for a fixed time period. At the end of the fixed time period, switch 78 is opened, thus storing the voltage on the sensor array line on capacitor 74.

The sensor line is then momentarily shorted to ground through switch 64, and switches 82 and 86 are closed to place capacitor 80 in parallel with the capacitance of the sensor line. Switch 68 is closed and the parallel capacitor combination is charged with a constant current from current source 66 for a fixed time period equal to the fixed time period of the first cycle. At the end of the fixed time period, switch 86 is opened, thus storing the voltage on the sensor matrix line on capacitor 80.

The first and second measured voltages are then averaged. This is accomplished by opening switch 82 and closing switches 88 and 84, which places capacitor 80 in parallel with capacitor 74. Because capacitors 74 and 80 have the same capacitance, the resulting voltage across them is equal to the average of the voltages across each individually. This final result is the value that is then passed on to the appropriate one of filter circuits 48-1 through 48-n.

The low frequency noise, notably 50/60 Hz and their harmonics, behaves as a DC current component that adds in one measurement and subtracts in the other. When the two results are added together that noise component averages to zero. The amount of noise rejection is a function of how quickly in succession the two opposing charge-up and charge-down cycles are performed as will be disclosed herein. One of the reasons for the choice of this charge integrator circuit 44 is that it allows measurements to be taken quickly.

Referring now to FIG. 4b, a more complete schematic diagram of an illustrative embodiment of charge integrator circuit 44 of the simplified diagram of FIG. 4a is shown.

16

Input node 60 is shown connected to $V_{DD}$ and ground through pass gates 90 and 92, which replace switches 62 and 64 of FIG. 4a. Pass gate 90 is controlled by a signal ResetUp presented to its control input and pass gate 92 is controlled by a signal ResetDn presented to its control input. Those of ordinary skill in the art will recognize that pass gates 90 and 92, as well as all of the other pass gates which are represented by the same symbol in FIG. 4b may be conventional CMOS pass gates as are known in the art. The convention used herein is that the pass gate will be off when its control input is held low and will be on and present a low impedance connection when its control input is held high.

P-Channel MOS transistors 94 and 96 are configured as a current mirror. P-Channel MOS transistor 94 serves as the current source 66 and pass gate 98 serves as switch 68 of FIG. 4a. The control input of pass gate 98 is controlled by a signal StepUp.

N-Channel MOS transistors 100 and 102 are also configured as a current mirror. N-Channel MOS transistor 100 serves as the current source 70 and pass gate 104 serves as switch 72 of FIG. 4a. The control input of pass gate 104 is controlled by a signal StepDn. P-Channel MOS transistor 106 and N-Channel MOS transistor 108 are placed in series with P-Channel MOS current mirror transistor 96 and N-Channel MOS current mirror transistor 102. The control gate of P-Channel MOS transistor 106 is driven by an enable signal EN, which turns on P-Channel MOS transistor 106 to energize the current mirrors. This device is used as a power conservation device so that the charge integrator circuit 44 may be turned off to conserve power when it is not in use.

N-Channel MOS transistor 108 has its gate driven by a reference voltage Vbias, which sets the current through current mirror transistors 96 and 102. The voltage Vbias is set by a servo feedback circuit as will be disclosed in more detail with reference to FIG. 10. Those of ordinary skill in the art will appreciate that this embodiment allows calibration to occur in real time (via long time constant feedback) thereby zeroing out any long term effects due to sensor environmental changes. In a current embodiment of the invention, Vbias is common for all charge integrator circuits 44-1 through 44-n and 44-Vmax and 44-Vmin.

Note that proper sizing of N-channel MOS transistors 102 and 108 may provide temperature compensation. This is accomplished by taking advantage of the fact that the threshold of N-Channel MOS transistor 108 reduces with temperature while the mobility of both N-Channel MOS transistors 102 and 108 reduce with temperature. The threshold reduction has the effect of increasing the current while the mobility reduction has the effect of decreasing the current. By proper device sizing these effects can cancel each other out over a significant part of the operating range.

Capacitor 74 has one plate connected to $V_{DD}$ and the other plate connected to the output node 76 and to the input node 60 through pass gate 110, shown as switch 78 in FIG. 4a. The control input of pass gate 110 is driven by the control signal SUp. One plate of capacitor 80 is connected to input node 60 through pass gate 112 (switch 86 in FIG. 4a) and to $V_{DD}$ through pass gate 114 (switch 88 in FIG. 4a). The control input of pass gate 112 is driven by the control signal SDn and the control input of pass gate 114 is driven by the control signal ChUp. The other plate of capacitor 80 is connected to ground through N-Channel MOS transistor 116 (switch 82 in FIG. 4a) and to output node 76 through pass gate 118 (switch 84 in FIG. 4a). The control input of pass gate 118 is driven by control signal Share.

Referring now to FIGS. 4a, 4b and the timing diagram of FIG. 5, the operation of charge integrator circuit 44 during

5,880,411

17

one scan cycle may be observed. First the EN (enable) control signal goes active by going to 0v. This turns on the current mirrors and energizes the charge and discharge current sources, P-channel and N-channel MOS transistors 94 and 100. The ResetUp control signal is active high at this time, which shorts the input node 60 (and the sensor line to which it is connected) to $V_{DD}$. The SUp control signal is also active high at this time which connects capacitor 74 and the output node 76 to input node 60. This arrangement guarantees that the following discharge portion of the operating cycle always starts from a known equilibrium state.

The discharge process starts after the ResetUp control signal goes inactive. The StepDn control signal goes active, connecting N-channel MOS transistor 100, the discharge current source, to the input node 60 and its associated sensor line. StepDn is active for a set amount of time, and the negative constant current source discharges the combined capacitance of the sensor line and capacitor 74 thus lowering its voltage during that time. StepDn is then turned off. A short time later the SUp control signal goes inactive, storing the measured voltage on capacitor 74. That ends the discharge cycle.

Next, the ResetDn control signal becomes active and shorts the sensor line to ground. Simultaneously the SDn and ChDn control signals become active and connect capacitor 80 between ground and the sensor line. Capacitor 80 is discharged to ground, guaranteeing that the following charge up cycle always starts from a known state.

The charge up cycle starts after ResetDn control signal becomes inactive and the StepUp control signal becomes active. At this point the current charging source, P-channel MOS transistor 94, is connected to the sensor line and supplies a constant current to charge the sensor line by increasing the voltage thereon. The StepUp control signal is active for a set amount of time (preferably equal to the time for the previously mentioned cycle) allowing the capacitance to charge, and then it is turned off. The SDn control signal then goes inactive, leaving the measured voltage across capacitor 80.

The averaging cycle now starts. First the voltage on capacitor 80 is level shifted. This is done by the ChDn control signal going inactive, letting one plate of the capacitor 80 float. Then the ChUp control signal goes active, connecting the second plate of the capacitor 80 to $V_{DD}$. Then the Share control signal becomes active which connects the first plate of capacitor 80 to output node 76, thus placing capacitors 74 and 80 in parallel. This has the effect of averaging the voltages across the two capacitors, 74 and 80 thus subtracting out common-mode noise as previously described. This average voltage is also then available on output node 76.

Those of ordinary skill in the art will recognize that the environmental alternating current and other low frequency noise-canceling feature inherent in the averaging of the voltages obtained in the discharge and charge cycles is most effective when the two cycles are performed very close together in time. According to the present invention, the ChDn and ChUp signals should be asserted with respect to each other within a time period much less than a quarter of the period of the noise to be canceled in order to take advantage of this feature of the present invention.

According to the present invention, two different drive/sense methods have been disclosed. Those of ordinary skill in the art will readily observe that the charge integrator circuit 44 disclosed with reference to FIGS. 4a, 4b, and 5 is adaptable to operate according to either scanning method disclosed herein.

18

As is clear from an understanding of the operation of charge integrator circuit 44, its output voltage is only available for a short period of time and is subject to environmental noise. In order to minimize the effects of noise, a switched capacitor filter circuit 48 is used. Referring now to FIG. 6, a schematic diagram of an illustrative switched capacitor filter circuit 48 which may be used in the present invention is shown. Those of ordinary skill in the art will recognize this switched capacitor filter circuit, which comprises an input node 120, a pass gate 122 having a control input driven by a Sample control signal, a capacitor 124 connected between the output of the pass gate 122 and a fixed voltage such as ground, and an output node 126 comprising the common connection between the capacitor 124 and the output of the pass gate 122. In a typical embodiment, capacitor 124 will have a capacitance of about 10 pF.

As will be appreciated by persons of ordinary skill in the art, the switched capacitor filter circuit 48 is in part a sample/hold circuit and has a filter time constant which is K times the period of sample, where K is the ratio of capacitor 124 to the sum of capacitors 74 and 80 of the charge integrator circuit 44 of FIGS. 4a and 4b to which it is connected. The switched capacitor filter circuit 48 further reduces noise injection in the system. In the preferred embodiment, K=10/2=5. Those of ordinary skill in the art will recognize that other types of filter circuits, such as RC filters, may be employed in the present invention.

Referring now to FIG. 7, a more detailed block diagram of a presently preferred arrangement of A/D converters 52 of FIG. 3 is presented. There are fewer A/D converters 52 than there are lines in the touch sensor array, 22 and the inputs to the A/D converters are multiplexed to share each of the individual A/D converters 52 among several lines in the touch sensor array 22. The arrangement in FIG. 7 is more efficient in the use of integrated circuit layout area than providing individual A/D converters 52 for each input line.

In the embodiment illustrated in FIG. 7, twenty-four conductive line traces are assumed for the touch sensor array 22 of FIGS. 2a–2d. As shown in FIG. 7, the outputs of sample/hold circuits 50-1 through 50-24 are fed to the analog data inputs of analog multiplexer 130. Analog multiplexer 130 has six outputs, each of which drives the input of an individual A/D converter 52-1 through 52-6. The internal arrangement of analog multiplexer 130 is such that four different ones of the inputs are multiplexed to each of the outputs. Analog multiplexer 130 has been conceptually drawn as six internal multiplexer blocks 132-1 through 132-6.

In the example shown in FIG. 7, inputs taken from sample/hold circuits 50-1 through 50-4 are multiplexed to the output of internal multiplexer block 132-1 which drives A/D converter 52-1. Similarly, inputs taken from sample/hold circuits 50-5 through 50-8 are multiplexed to the output of internal multiplexer block 132-2 which drives AND converter 52-2; inputs taken from sample/hold circuits 50-9 through 50-12 are multiplexed to the output of internal multiplexer block 132-3 which drives AID converter 52-3; inputs taken from sample/hold circuits 50-13 through 50-16 are multiplexed to the output of internal multiplexer block 132-4 which drives A/D converter 52-4; inputs taken from sample/hold circuits 50-17 through 50-20 are multiplexed to the output of internal multiplexer block 132-5 which drives A/D converter 52-5; and inputs taken from sample/hold circuits 50-21 through 50-24 are multiplexed to the output of internal multiplexer block 132-6 which drives A/D converter 52-6.

5,880,411

19

Analog multiplexer **130** has a set of control inputs schematically represented by bus **134**. In the illustrative embodiment shown in FIG. **7**, each of internal multiplexors **132-1** through **132-6** are four-input multiplexors and thus control bus **134** may comprise a two-bit bus for a one-of-four selection. Those of ordinary skill in the art will recognize that the arrangement of FIG. **7** is merely one of a number of specific solutions to the task of A/D conversion from twenty-four channels, and that other satisfactory equivalent arrangements are possible.

In a straightforward decoding scheme, multiplexors **132-1** through **132-6** will pass, in sequence, the analog voltages present on their first through fourth inputs on to the inputs of A/D converters **52-1** through **52-6** respectively. After the analog values have settled in the inputs of A/D converters **52-1** through **52-6**, a CONVERT command is asserted on common A/D control line **136** to begin the A/D conversion process.

When the A/D conversion process is complete, the digital value representing the input voltage is stored in registers **138-1** through **138-6**. As presently preferred, registers **138-1** through **138-6** may each comprise a two-word register, so that one word may be read out of the registers **138-1** through **138-6** to arithmetic unit **16** while a second word is being written into the registers **138-1** through **138-6** in order to maximize the speed of the system. The design of such registers **138-1** through **138-6** is conventional in the art.

Referring now to FIG. **8**, a more detailed block diagram of the arithmetic unit **16** is presented. Those of ordinary skill in the art will appreciate that arithmetic unit **16** processes information from both the X and Y dimensions, i.e., from X input processing circuit **12** and Y input processing circuit **14** of FIG. **1**.

Before disclosing the structural configuration of arithmetic unit **16**, it is helpful to understand the preferred method by which the centroid position of an object proximate to the touch sensor array **22** is determined according to the present invention.

According to a presently preferred embodiment of the invention, the object position in either direction may be determined by evaluating the weighted average of the capacitances measured on the individual sense line of the touch sensor array **22**. In the following discussion, the X direction is used, but those of ordinary skill in the art will recognize that the discussion applies to the determination of the weighted average in the Y direction as well. As is well known, the weighted average may be determined as follows:

$$X \text{ position} = \frac{\sum\limits_{i=0}^{n} i \times \Delta C_i}{\sum\limits_{i=0}^{n} \Delta C_i} \qquad \text{[Eq. 1]}$$

where $\Delta C_i = C_i - CO_i$ $C_i$ is the capacitance presently being measured on the ith trace and $CO_i$ is the value measured on that same trace at some past time when no object was present. In terms of these past and present capacitance measurements, the position can be expressed as:

$$X \text{ position} = \frac{-\sum\limits_{i=0}^{n} i \times (C_i - CO_i)}{\sum\limits_{i=0}^{n} (C_i - CO_i)} \qquad \text{[Eq. 2]}$$

Using the distributive property of multiplication over addition, this expression is seen to be equivalent to:

20

$$X \text{ position} = \frac{\sum\limits_{i=0}^{n} (i \times CO_i) + \sum\limits_{i=0}^{n} (i \times C_i)}{-\sum\limits_{i=0}^{n} (CO_i) + \sum\limits_{i=0}^{n} (C_i)} \qquad \text{[Eq. 3]}$$

where the negative terms in both the numerator and denominator are offsets and represent the background value of the capacitances with no object present. If the term $O_N$ is used to represent the numerator offset and the term $O^D$ is used to represent the denominator offset, Eq. 3 may be re-written as:

$$X \text{ position} = \frac{-O_N + \sum\limits_{i=0}^{n} (i \times C_i)}{-O_D + \sum\limits_{i=0}^{n} (C_i)} \qquad \text{[Eq. 4]}$$

Referring now to FIG. **8**, it may be seen that arithmetic unit **16** includes X numerator and denominator accumulators **150** and **152** and Y numerator and denominator accumulators **154** and **156**. The source of operand data for X numerator and denominator accumulators **150** and **152** and Y numerator and denominator accumulators **154** and **156** are the registers **138-1** through **138-6** in each (X and Y) direction of the touch sensor array **22** of FIG. **1**. The X and Y denominator accumulators **152** and **156** sum up the digital results from the A/D conversions. The X and Y numerator accumulators **150** and **154** compute the weighted sum of the input data rather than the straight sum. X and Y numerator and denominator accumulators **150,152,154**, and **156** may be configured as hardware elements or as software running on a microprocessor as will be readily understood by those of ordinary skill in the art.

As may be seen from an examination of FIG. **8**, X and Y numerator accumulators **150** and **154** compute the expression of Eq. 4:

$$\sum\limits_{i=0}^{n} i \times C_i \qquad \text{[Eq. 5]}$$

and X and Y denominator accumulators **152** and **156** compute the expression of Eq. 4:

$$\sum\limits_{i=0}^{n} C_i \qquad \text{[Eq. 6]}$$

The contents of X and Y numerator and denominator offset registers **158,160, 162,** and **164** are subtracted from the results stored in the X and Y numerator and denominator accumulators **150, 152, 154,** and **156** in adders **166,168,170,** and **172**. Adder **166** subtracts the offset $O_{NX}$ stored in X numerator offset register **158**. Adder **168** subtracts the offset $O_{DX}$ stored in X denominator offset register **160**. Adder **170** subtracts the offset $O_{NY}$ stored in Y numerator offset register **162**. Adder **172** subtracts the offset $O_{DY}$ stored in Y denominator offset register **164**. The numerator denominator pairs are divided by division blocks **174** and **176** to produce the X and Y position data, and the X and Y denominator pair is used by block **178** to produce Z axis (pressure) data. The function performed by block **178** will be disclosed later herein. The offsets $O_{DX}$, $O_{NX}$, $O_{DY}$, and $O_{NY}$ are sampled from the contents X and Y numerator and denominator accumulators **150, 152, 154** and **156** when directed by calibration unit **180**.

Persons of ordinary skill in the art will readily appreciate that the architecture of the system of the present invention may be distributed in a number of ways, several of which involve the availability of a microprocessor, whether it be in a host computer to which the system of the present invention

21

is connected or somewhere between the integrated circuit described herein and a host computer. Embodiments of the present invention are contemplated wherein the accumulated numerator and denominator values representing the summation terms are delivered to such a microprocessor along with the $O_N$ and $O_D$ offset values for processing, or where all processing is accomplished by a programmed microprocessor as is known in the art.

Initially, the X and Y numerator and denominator accumulators 150, 152, 154, and 156 are set to zero during system startup. If the multiplexed A/D converters 52-1 through 52-6 as shown in FIG. 7 are employed, the digitized voltage data in the first word of register 138-1 (representing the voltage at the output of sample/hold circuit 50-1) is added to the sum in the accumulator and the result stored in the accumulator. In succession, the digitized voltage values stored in the first word of registers 138-2 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-5, 50-9, 50-13, 50-17, and 50-21, respectively) are added to the sums in the accumulators and the results stored in the accumulators. As previously mentioned, A/D converters 52-1 through 52-6 may at this time be converting the voltages present at the outputs of sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22 and storing the digitized values in the second words of registers 138-1 through 138-6 respectively.

Next, in succession, the digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-2, 50-6, 50-10, 50-14, 50-18, and 50-22, respectively) are added to the sum in the accumulator and the result stored in the accumulator.

Next, in succession, the digitized voltage values stored in the first words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-3, 50-7, 50-11, 50-15, 50-19, and 50-23, respectively) are added to the sum in the accumulator and the result stored in the accumulator, followed by digitized voltage values stored in the second words of registers 138-1 through 138-6 (representing the voltage at the outputs of sample/hold circuits 50-4, 50-8, 50-12, 50-16, 50-20, and 50-24, respectively).

At this point in time, the accumulators hold the sums of all of the individual digitized voltage values. The digital values stored in the $O_N$ and $O_D$ offset registers 158, 160, 162, and 164 are now respectively subtracted from the values stored in the numerator and denominator accumulators. The division operation in dividers 174 and 176 then completes the weighted average computation.

The division operation may also be performed by an external microprocessor which can fetch the values stored in the accumulators or perform the accumulations itself. As the $O_N$ and $O_D$ offset values are presently derived by an external microprocessor, the additional processing overhead presented to such external microprocessor by this division operation is minimal. Alternately, a dedicated microprocessor may be included on chip to handle these processing tasks without departing from the invention disclosed herein.

The above disclosed processing takes place within about 1 millisecond and may be repeatedly performed. Current mouse standards update position information 40 times per second, and thus the apparatus of the present invention may easily be operated at this repetition rate.

Because of the nature of the method employed in the present invention, an opportunity exists to provide additional noise immunity without requiring additional hardware in the system of the present invention. While it is apparent

22

that after the above-disclosed sequence has been performed, the accumulators may be cleared and the process repeated, the values may also be allowed to remain in the accumulators. If this is done, an averaging function may be implemented to further filter out noise. According to this aspect of the invention, a number of samples are taken and run through the accumulators without clearing them at the end of the processing sequence. As presently preferred, twenty-five samples are processed before a single division result is taken for use by the system, thus greatly reducing the effects of transient system noise spikes. Those of ordinary skill in the art will recognize that the number of samples taken prior to clearing the accumulators is a matter of design choice dictated by factors such as data acquisition rates, data processing rates etc.

It is preferable to provide additional filtering of the X and Y position data produced by division blocks 174 and 176 of the arithmetic unit 16 of FIG. 8. The filtering preferably occurs in between arithmetic unit 16 and motion and gesture units 18 and 20 of FIG. 1. The X and Y coordinates are separately filtered as independent numbers. Each filter is an averaging register computing a "running average" as is well-known in the art. When the finger's presence is first detected, the filter register is initialized with the current quotient. In subsequent samples, the new quotient is averaged with the filter register value to produce a new filter register value. In the presently preferred embodiment, the values are equally weighted in the average, though different weightings can be used to provide stronger or weaker filtering. The sequence of values in the filter register serve as the X and Y coordinates used by the motion and gesture units 18 and 20 of FIG. 1.

The system of the present invention is adaptable to changing conditions, such as component aging, changing capacitance due to humidity, and contamination of the touch surface, etc. In addition, the present invention effectively minimizes ambient noise. According to the present invention, these effects are taken into consideration in three ways. First, the offset values $O_N$ and $O_D$ are dynamically updated to accommodate changing conditions. Second, a servo-feedback circuit is provided to determine the bias voltage used to set the bias of the charge-integrator circuits 44-1 through 44-n. Third, as previously disclosed herein, the reference voltage points for $V_{max}$ and $V_{min}$ of the A/D converters 52 are also dynamically altered to increase the signal to noise margin.

Referring now to FIG. 9, a block diagram of a calibration unit 180 which may be used with the arithmetic unit 16 of FIG. 8 is presented. The calibration unit 180 executes an algorithm to establish the numerator and denominator offset values by attempting to determine when no finger or other conductive object is proximate to the touch sensor array 22.

As previously disclosed, the $O_N$ and $O_D$ offset values represent the baseline values of the array capacitances with no object present. These values are also updated according to the present invention since baseline levels which are too low or too high have the effect of shifting the apparent position of the object depending on the sign of the error. These values are established by selection of the values read when no object is present at the touch sensor array 22. Since there is no external way to "know" when no object is present at touch sensor array 22, an algorithm according to another aspect of the present invention is used to establish and dynamically update these offset values. When the calibration unit 180 sees a Z value which appears typical of the Z values when no finger is present, it instructs the offset registers (158,160,162, and 164 of FIG. 8) to reload from the current

5,880,411

23 | 24

values of the X and Y numerator and denominator accumulators **150**, **152**, **154** and **156**. According to a presently preferred embodiment of the invention, the decision to update the offset values is based on the touch behavior of the sensor array **22** in only one of the X or Y directions, but when the decision is made all four offsets ($O_{NX}$, $O_{DX}$, $O_{NY}$, and $O_{DY}$) are updated. In other embodiments of the invention, the decision to update may be individually made for each direction according to the criteria set forth herein.

The calibration algorithm works by monitoring changes in a selected one of the denominator accumulator values. According to the present invention, it has been observed that the sensitivity to changes in capacitance of one of the sets of conductive lines in the touch sensor array **22** is greater than the sensitivity to changes in capacitance of the other one of the sets of conductive lines in the touch sensor array **22**. Experience suggests that the set of conductive lines having the greater sensitivity to capacitance changes is the one which is physically located above the set of conductive lines in the other direction and therefore closest to the touch surface of the touch sensor array **22**. The upper set of conductive lines tends to partially shield the lower set of conductive lines from capacitive changes occurring above the surface of the touch sensor array **22**.

The finger pressure is obtained by summing the capacitances measured on the sense lines. This value is already present in the denominator accumulator after subtracting the offset $O_D$. A finger is present if the pressure exceeds a suitable threshold value. This threshold may be chosen experimentally and is a function of surface material and circuit timing. The threshold may be adjusted to suit the tastes of the individual user.

The pressure reported by the device is a simple function $f(X_D, Y_D)$ of the denominators for the X and Y directions as implemented in block **178** of FIG. **8**. Possible functions include choosing one preferred denominator value, or summing the denominators. In a presently preferred embodiment, the smaller of the two denominators is chosen. This choice has the desirable effect of causing the pressure to go below the threshold if the finger moves slightly off the edge of the pad, where the X sensors are producing valid data, but the Y sensors are not, or vice versa. This acts as an electronic bezel which can take the place of a mechanical bezel at the periphery of the sensor area.

In the example of FIG. **8**, the Y denominator is chosen for monitoring because it is the most sensitive. The chosen denominator is referred to as Z for the purposes of the calibration algorithm. The current saved offset value for this denominator is referred to as $O_Z$.

The goal of the calibration algorithm is to track gradual variations in the resting Z level while making sure not to calibrate to the finger, nor to calibrate to instantaneous spikes arising from noise. As will be apparent to those of ordinary skill in the art from the following disclosure, the calibration algorithm could be implemented in digital or analog hardware, or in software. In a current embodiment actually tested by the inventors, it is implemented in software.

As Z values arrive in the calibration unit, **180** they are passed through filter **182**. History buffer **184**, which operates in conjunction with filter **182**, keeps a "running average" of recent Z values. When a new Z value arrives, the current running average $F_Z$ is updated according to the formula:

$$\text{new } F_Z = \alpha(\text{old } F_Z) + (1 - \alpha)Z \qquad \text{[Eq. 7]}$$

where $\alpha$ is a constant factor between 0 and 1 and typically close to 1 and Z is the current Z value. In the preferred embodiment, alpha is approximately 0.95. The intention is for $F_Z$ to change slowly enough to follow gradual variations, without being greatly affected by short perturbations in Z.

The filter **182** receives a signal ENABLE from control unit **186**. The running average $F_Z$ is updated based on new Z values only when ENABLE is asserted. If ENABLE is deasserted, $F_Z$ remains constant and is unaffected by current Z.

The history buffer **184** records the several most recent values of $F_Z$. In the present embodiment, the history buffer records **184** the two previous $F_Z$ values. The history buffer **184** might be implemented as a shift register, circular queue, or analog delay line. When the history buffer **184** receives a REWIND signal from control unit **186**, it restores the current running average $F_Z$ to the oldest saved value. It is as if the filter **182** were "retroactively" disabled for an amount of time corresponding to the depth of the history buffer **184**. The purpose of the history buffer **184** is to permit such retroactive disabling.

The current running average $F_z$ is compared against the current Z value and the current offset $O_Z$ by absolute difference units **188** and **190**, and comparator **192**. Absolute difference unit **188** subtracts the values Z and $F_Z$ and outputs the absolute value of their difference. Absolute difference unit **190** subtracts the values $O_Z$ and $F_Z$ and outputs the absolute value of their difference. Comparator **192** asserts the UPDATE signal if the output of absolute difference unit **188** is less than the output of absolute difference unit **190**, i.e., if $F_Z$ is closer to Z than it is to $O_Z$. The UPDATE signal will tend to be asserted when the mean value of Z shifts to a new resting level. It will tend not to be asserted when Z makes a brief excursion away from its normal resting level. The filter constant $\alpha$ determines the length of an excursion which will be considered "brief" for this purpose.

Subtractor unit **194** is a simple subtractor that computes the signed difference between Z and $O_Z$. This subtractor is actually redundant with subtractor **172** in FIG. **8**, and so may be merged with it in the actual implementation. The output $C_Z$ of this subtractor is the calibrated Z value, an estimate of the finger pressure. This pressure value is compared against a positive and negative Z threshold by comparators **196** and **198**. These thresholds are shown as $Z_{TH}$ and $-Z_{TH}$ although they are not actually required to be equal in magnitude.

If pressure signal $C_Z$ is greater than $Z_{TH}$, the signal FINGER is asserted indicating the possible presence of a finger. The $Z_{TH}$ threshold used by the calibration unit **180** is similar to that used by the rest of the system to detect the presence of the finger, or it may have a different value. In the present embodiment, the calibration $Z_{TH}$ is set somewhat lower than the main $Z_{TH}$ to ensure that the calibration unit **180** makes a conservative choice about the presence of a finger.

If pressure signal $C_Z$ is less than $-Z_{TH}$ the signal FORCE is asserted. Since $O_Z$ is meant to be equal to the resting value of Z with no finger present, and a finger can only increase the sensor capacitance and thus the value of Z, a largely negative $C_Z$ implies that the device must have incorrectly calibrated itself to a finger, which has just been removed. Calibration logic **200** uses this fact to force a recalibration now that the finger is no longer present.

Control unit **186** is responsible for preventing running average $F_Z$ from being influenced by Z values that occur when a finger is present. Output ENABLE is generally off when the FINGER signal is true, and on when the FINGER signal is false. However, when FINGER transitions from false to true, the control unit **186** also pulses the REWIND signal. When FINGER transitions from true to false, the

5,880,411

25

control unit 186 waits a short amount of time (comparable to the depth of the history buffer 184) before asserting ENABLE. Thus, the running average is prevented from following Z whenever a finger is present, as well as for a short time before and after the finger is present.

Calibration logic 200 produces signal RECAL from the outputs of the three comparators 192, 196, and 198. When RECAL is asserted, the offset registers $O_N$ and $O_D$ will be reloaded from the current accumulator values. RECAL is produced from the following logic equation:

RECAL=FORCE or (UPDATE and not FINGER).    [Eq. 8]

In addition, calibration logic 200 arranges to assert RECAL once when the system is first initialized, possibly after a brief period to wait for the charge integrators and other circuits to stabilize.

From the descriptions of control unit 186 and calibration logic 200, it will be apparent to those of ordinary skill in the art that these blocks can be readily configured using conventional logic as a matter of simple and routine logic design.

It should be obvious to any person of ordinary skill in the art that the calibration algorithm described is not specific to the particular system of charge integrators and accumulators of the current invention. Rather, it could be employed in any touch sensor which produces proximity or pressure data in which it is desired to maintain a calibration point reflecting the state of the sensor when no finger or spurious noise is present.

Referring now to FIG. 10, a bias voltage generating circuit 46 useful in the present invention is shown in schematic diagram form. According to a presently preferred embodiment of the invention, all of the bias N-channel MOS transistors 108 (FIG. 4b) of charge integrator circuits 44-1 through 44-n have their gates connected to a single source of bias voltage, although persons of ordinary skill in the art recognize that other arrangements are possible. There are a number of ways in which to generate the bias voltage required by charge integrator circuits 44-1 through 44-n.

As may be seen from an examination of FIG. 10, the bias voltage generating circuit 46 is an overdamped servo system. A reference source which approximates the current source function of a typical one of the charge integrator circuits 44-1 through 44-n includes a capacitor 202 having one of its plates grounded. The other one of its plates is connected to the $V_{DD}$ power supply through a first pass gate 204 and to a current source transistor 206 through a second passgate 208. A filter circuit 210, identical to the filter circuits 48-1 through 48-n and controlled by the same signal as filter circuits 48-1 through 48-n is connected to sample the voltage on capacitor 202 in the same manner that the filter-and-sample/hold circuits 48-1 through 48-n sample the voltages on the sensor conductor capacitances in the touch sensor array 22.

The output of filter circuit 210 is fed to the non-inverting input of a weak transconductance amplifier 212, having a bias current in the range of from about 0.1–0.2 μA. The inverting input of the transconductance amplifier 212 is connected to a fixed voltage of about 1 volt generated, for example, by diode 214 and resistor 216. The output of transconductance amplifier 212 is shunted by capacitor 218 and also by capacitor 220 through passgate 222. Capacitor 220 is chosen to be much larger than capacitor 218. In a typical embodiment of the present invention, capacitor 218 may be about 0.2 pF and capacitor 220 may be about 10 pF.

Capacitor 220 is connected to the gate of N-Channel MOS transistor 224, which has its drain connected to the drain and

26

gate of P-Channel MOS transistor 226 and its source connected to the drain and gate of N-Channel MOS transistor 228. The source of P-Channel MOS transistor 226 is connected to $V_{DD}$ and the source of N-Channel MOS transistor 228 is connected to ground. The common drain connection of transistors 224 and 228 is the bias voltage output node.

An optional passgate 230 may be connected between a fixed voltage source (e.g., about 2 volts) and capacitor 220. Passgate 230 may be used to initialize the bias generating circuit 46 on startup by charging capacitor 220 to the fixed voltage.

During each sample period, the filter circuit 210 takes a new sample. If the new sample differs from the previous sample, the output voltage of transconductance amplifier 212 will change and start to charge or discharge capacitor 218 to a new voltage. Passgate 222 is switched on for a short time (i.e., about 1 μsec) and the voltages on capacitors 218 and 220 try to average themselves. Due to the large size difference between capacitors 218 and 220, capacitor 218 cannot supply enough charge to equalize the voltage during the period when passgate 222 is open. This arrangement prevents large changes in bias voltage from cycle to cycle.

Capacitor 202 should look as much as possible like one of the sensor array lines and has a value equal to the background capacitance of a typical sensor line, (i.e., with no object proximate or present capacitance component). Capacitor 202 may be formed in several ways. Capacitor 202 may comprise an extra sensor line in a part of the sensor array, configured to approximate one of the active sensor lines but shielded from finger capacitance by a ground plane, etc. Alternately, capacitor 202 may be a capacitor formed in the integrated circuit or connected thereto and having a value selected to match that of a typical sensor line. In this respect, the signal source comprising capacitor 202 and filter circuit 210 is somewhat like the circuitry for generating the $V_{max}$ and $V_{min}$ reference voltages, in that it mimics a typical sensor line.

As another alternative, one of the actual sensor lines may be employed to set the bias voltage. The measured voltage on the two end-point sensor lines may be compared and the one having the lowest value may be selected on the theory that, if a finger or other object is proximate to the sensor array, it will not be present at sensor lines located at the opposite edges of the array.

According to another aspect of the present invention, an "edge motion" feature may be implemented when the object position sensor of the present invention is used as a computer cursor control device in place of a mouse. A practical problem arises in the use of computer mice or other cursor control devices when an attempt is made to move an object over a large distance on a computer screen. This problem is encountered when a small mouse pad is used with a computer mouse, or when an object position sensor of the kind described herein has a small touch sensor area.

In touch sensor applications, this proble is especially acute during a "drag" gesture. If the user lifts the finger to begin a second stroke, the drag effect ends prematurely on the screen. The edge motion feature of the present invention helps to eliminate the need to use "rowing," or multiple strokes of the finger to move a large distance on the screen.

A prior solution to the long-distance drag problem has been to provide an acceleration feature, i.e., a "ballistic" curve, where the gain varies as a function of finger speed, allowing the user to move long distances, albeit clumsily, using a repeated finger swishing motion. This technique can be used with any variable-speed pointing device, for example, with a mouse on a mouse pad of limited size.

5,880,411

27

Typical mouse driver software includes an adjustable acceleration feature (sometimes under a misleading name like "mouse speed").

According to a presently preferred embodiment of the invention, the edge motion feature of the object position sensor is implemented by motion unit **18** of FIG. **1** and works by defining two zones in the sensing plane **10** containing the touch sensor array **22**. As shown in FIG. **11**, the sensing plane **10** is preferably divided into an inner zone **240** comprising most of the central portion of the surface of sensing plane **10** and an outer zone **242**, typically comprising a thin marginal area at the periphery of the sensor array. The center of the sensing plane **10** may be described as the origin ($X_{center}$, $Y_{center}$) in a Cartesian coordinate system. Those of ordinary skill in the art will recognize however that the inner and outer zones could be of any shape.

Thus in FIG. **11**, inner zone **240** is defined by the upper dashed line $Y_0$, right-hand dashed line $X_0$, lower dashed line $-Y_0$ and left-hand dashed line $-X_0$. Outer zone **242** is the region between the outer edges of the sensing plane **10** defined by $Y_{max}$, $-Y_{max}$, $X_{max}$ and $-X_{max}$ and the outer borders of inner zone **240** defined by $Y_0$, $X_0$, and $-X_0$.

According to this aspect of the present invention, finger motions in the inner zone **240** are translated in the standard fashion into motion events to be sent to the host computer. As is well understood in the art, the standard way to communicate mouse motion to a host computer may also be employed in the present invention to communicate finger motion to a host computer. After the finger position is established as disclosed herein, the information communicated to the host computer is:

$$\Delta X = A(X_{cur} - X_{old}) \qquad \text{[Eq. 9]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) \qquad \text{[Eq. 10]}$$

where $\Delta X$ is the change in the X position of the finger, $\Delta Y$ is the change in the Y position of the finger, $X_{cur}$ is the current X position of the finger and $X_{old}$ is the last reported X position of the finger, $Y_{cur}$ is the current Y position of the finger and $Y_{old}$ is the last reported Y position of the finger, and A is a "gain factor" which is commonly encountered in mouse cursor control applications.

Typically, the host computer takes ($\Delta X, \Delta Y$) events and moves the cursor by the indicated amount in each axis, thus reconstructing the finger position on the screen as the successive $\Delta X$ and $\Delta Y$ values are accumulated. So far, this is standard cursor control behavior where edge motion is not considered.

According to the present invention, when the finger is reported as being in the outer zone **242**, the edge motion feature of the present invention may be enabled. The determination of whether the finger is in the outer zone is a simple determination:

$$[\neg X_0 < X_{cur} < X_0] \text{ is FALSE, OR } [\neg Y_0 < Y_{cur} < Y_0] \text{ is FALSE} \qquad \text{[Eq. 11]}$$

Referring now to FIG. **12A**, a circuit **244** for making a determination of whether a finger is in the outer zone **242** is shown in schematic diagram form. FIG. **12A** illustrates a hardware embodiment for determining whether a finger is in the outer zone **242**, but those of ordinary skill in the art will readily recognize that this determination could readily be made by performing one of a number of equivalent software routines. Such software routines are obvious and straightforward from the functions described herein.

Circuit **244** includes digital comparators **246**, **248**, **250**, and **252**, which may be straightforwardly implemented by conventional logic. Comparator **246** puts out a true signal

28

when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator **248** puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity $-X_0$ presented to its other input. Comparator **250** puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator **252** puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity $-Y_0$ presented to its other input.

The outputs of comparators **246**, **248**, **250**, and **252** are ORed together by OR gate **254**. As will be appreciated by those of ordinary skill in the art, the FingerOuter signal output of OR gate **254** is true only when the necessary conditions of Eq. 11 are satisfied.

It is presently preferred that the edge motion aspect of the present invention may be selectively enabled or disabled by a user. When the edge motion feature is enabled and the finger is reported as being in the outer zone as set forth above, a second component is added to the ($\Delta X, \Delta Y$) events reported:

$$\Delta X = A(X_{cur} - X_{old}) + S(X_{cur} - X_{center}) \qquad \text{[Eq. 12]}$$

$$\Delta Y = A(Y_{cur} - Y_{old}) + S(Y_{cur} - Y_{center}) \qquad \text{[Eq. 13]}$$

where $X_{center}$ is the X coordinate of the center of the pad, $Y_{center}$ is the Y coordinate of the center of the pad, and S is a multiplicative factor for speed. S should be chosen such that the movement of the cursor is at a comfortable speed on the display screen.

For example, if the finger is held a good distance to the right (so that $X_{cur} > X_0$), then the cursor will tend to "glide" to the right at a constant speed set by multiplicative speed factor S in Eqs. 12 and 13. This factor can be adjusted to individual taste of a user.

If the touch sensor array **22** has different dimensions in X and Y, it is useful to set the multiplicative speed factor S parameters in the X and Y directions to differ by the same ratio as the pad dimensions, so that a finger held at the left or right edge of the touch sensor array **22** will produce the same cursor speed as a finger held at the top or bottom edge. In the presently preferred embodiment of the touch sensor array **22** there are 24 X traces and 18 Y traces. Therefore, since X is 1/3 wider than Y (24 traces vs. 18 traces), the X multiplicative speed factor $S_x$ is set to be to be 3/4 as large as the multiplicative speed factor $S_y$.

The glide speed of the cursor during edge motion is clearly a direct function of the distance of the finger from the center of the pad, and the glide direction is equal to the direction of the finger from the center. If the outer zone has the preferred "edge margin" shape as shown in FIG. **11**, then the finger will always be roughly the same distance from the center whenever edge motion is activated (within a factor of the square root of 2=1.41, assuming a square pad). Thus, the psychological effect is that edge motion involves a constant glide speed where the direction is set by the position around the touch sensor array **22** edge.

The square root of 2 variation may be canceled out by dividing the edge motion terms in equations (12 and 13) by a normalizing factor of the form:

$$\sqrt{(X_{cur} - X_{center})^2 + (Y_{cur} - Y_{center})^2} \qquad \text{[Eq. 14]}$$

but this is a computationally intensive step applied to fix a problem that is barely noticeable to the average user; thus, it may be omitted.

5,880,411

29

As discussed above, when a finger is in the outer zone, the FingerOuter signal, which is a global signal for both the X and Y axis, is made true, and increments are added to the ($\Delta X$, $\Delta Y$) events pursuant to Eqs. 12 and 13. Because increments corresponding to $S(X_{cur}-X_{center})$ and $S(Y_{cur}-Y_{center})$ are added in the X and Y directions, respectively, for the ($\Delta X$, $\Delta\Delta Y$) events, the direction of the cursor motion will be along a vector from the center of the pad to the finger position. In graphical environments, there are many vertical and horizontal objects and use of edge motion may incur some unintended results. For example, if a user in a graphical environment pulls down a tall pop-up menu, the user may need the assistance of the edge motion feature to reach the bottom of the menu. In this case, however, the direction of the cursor motion may cause the cursor to slide off the pop-up menu, when the user actually wants the cursor to move in a vertical motion along the Y axis.

In another embodiment of the edge motion feature of the present invention, the direction of the cursor motion will be orthogonal to the edge motion boundary the finger has crossed in traveling to the outer zone.

For example, when a finger crosses either of the edge motion boundaries corresponding to the X axis (the right and left edges of the touchpad) and travels into the outer zone, the direction of cursor motion due to the orthogonal edge motion feature will be only along the X axis. Any cursor motion in the Y direction while the finger is in the outer zone corresponding to the X axis will occur in a normal fashion, i.e. not according to an edge motion feature. Analogously, when a finger crosses either of the edge motion boundaries corresponding to the Y axis (the top and bottom edges of the touchpad) and travels into the outer zone, the direction of cursor motion due to the edge motion feature will be only along the Y axis. Any cursor motion in the X direction while the finger is in the outer zone corresponding to the Y axis will occur in a normal fashion, i.e. not according to an edge motion feature. It should be appreciated, however, that when the finger enters into any of the four corners of the pad, thus crossing both X and Y edge motion boundaries, edge motion will essentially be along a vector from the center of the pad to the finger in the corner.

Unlike the edge motion feature which uses a global FingerOuter signal to indicate that the finger is in the outer zone, the orthogonal edge motion feature has two signals. One is X FingerOuter and the other is Y FingerOuter. X FingerOuter is true when a finger crosses either of the boundaries corresponding to the X axis, which in the preferred embodiment are on the right and left edges of the touch pad, and Y FingerOuter is true when a finger crosses either of the boundaries corresponding to the Y axis, which in the preferred embodiment are on the top and bottom edges of the touch pad.

In FIG. 12B, a schematic is shown of the hardware used in making the determination of whether a finger is in the outer zone according to the orthogonal edge motion feature. It will be appreciated by those of ordinary skill in the art that the circuit shown in FIG. 12B could be implemented with an equivalent software routine. Where it is appropriate, FIG. 12B uses the same reference numerals shown in FIG. 12A.

Referring now to FIG. 12B, circuit 256 includes digital comparators 246, 248, 250 and 252 which may be implemented by conventional logic. Comparator 246 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is greater than the fixed quantity $X_0$ presented to its other input. Comparator 248 puts out a true signal when the quantity $X_{cur}$ at one of its inputs is less than the fixed quantity $-X_0$ presented to its other input. Comparator 250

30

puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is greater than the fixed quantity $Y_0$ presented to its other input. Comparator 252 puts out a true signal when the quantity $Y_{cur}$ at one of its inputs is less than the fixed quantity $-Y_0$ presented to its other input.

The outputs of comparators 246 and 248 are ORed together by OR gate 258. When the condition satisfied by:

$$-X_0 < X_{cur} < X_0 \text{ is FALSE}$$

a TRUE signal, X FingerOuter, will be output from OR gate 258.

The outputs of comparators 250 and 252 are ORed together by OR gate 260.

When the condition satisfied by:

$$-Y_0 < Y_{cur} < Y_0 \text{ is FALSE}$$

a TRUE signal, Y FingerOuter, will be output from OR gate 260.

Accordingly, an X FingerOuter signal will result in a value being added to the $\Delta X$ event in an amount determined by $S(X_{cur}-X_{center})$ as set out in Eq. 12. However, because the only time this component will be added is when an X axis edge motion boundary has been crossed, i.e. no additional component determined by $S(X_{cur}-X_{center})$ is added to the $\Delta X$ event when only a Y axis edge motion boundary has been crossed, the component added to the $\Delta X$ event will be approximately constant because $X_{cur}-X_{center}$ is approximately constant.

A Y FingerOuter signal will result in a value being added to the $\Delta Y$ event in an amount determined by $S(Y_{cur}-Y_{center})$ as set out in Eq. 13. However, because the only time this component will be added is when a Y axis edge motion boundary has been crossed, i.e. no additional component determined by $S(Y_{cur}-Y_{center})$ is added to the $\Delta Y$ event when only an X axis edge motion boundary has been crossed, the component added to the $\Delta Y$ event will be approximately constant because $Y_{cur}-Y_{center}$ is approximately constant.

Accordingly, the orthogonal edge motion feature permits cursor motion in only the eight "compass" directions. For example, if the finger is on the left edge of the touchpad, the orthogonal edge motion feature causes the cursor to glide left along the X axis, since X FingerOuter is TRUE and Y FingerOuter is FALSE. The same is true for the right edge of the pad, except the cursor will glide right along the X axis. Those of ordinary skill in the art will recognize the corresponding movements for the upper and lower edges of the pad. When the finger is in any of the corners of the pad, X FingerOuter and Y FingerOuter are both TRUE, and the motion will be along a 45 degree angle (assuming a square touchpad) from the corner of the pad to where the finger is placed.

The edge motion feature of the present invention can be confusing if the user does not expect it. Since edge motion is most useful in connection with the drag gesture, it is presently preferred to arrange for it to occur only during a drag, i.e., only when the gesture logic is virtually "holding the mouse button down." The drag gesture and other gestures are implemented by gesture unit 20 of FIG. 1.

At times when the edge-motion function is not desired, the outer zone 242 "goes away" (i.e., is ignored) and the inner zone 240 effectively expands to cover the entire sensing plane 10. It has been found that this is much less confusing in practice, probably because the user is more likely to be consciously aware of the cursor control device during a drag gesture than during simple cursor motions.

Assuming the preferred zone boundary shape of FIG. 11, the following algorithm may be employed to implement the edge motion feature of the present invention:

5,880,411

**31**

IF NOT $(-X_0 < X_{cur} < X_0$ AND $-Y_0 < Y_{cur} < Y_0)$
    AND (optionally) a drag gesture in progress, THEN
        Let eX=$S_X(X_{cur}-X_{center})$
        Let eY=$S_Y(Y_{cur}-Y_{center})$
ELSE
        Let eX=eY=O.
END IF
    Otherwise, for orthogonal edge motion, the algorithm is as follows:
IF NOT$(-X_0 < X_{cur} < X_0)$ AND (optionally) a drag gesture in progress, THEN
        Let eX=$S_X(X_{cur}-X_{center})$
ELSE
        Let eX=O.
END IF
IF $(-Y_0 < Y_{cur} < Y_0$ AND (optionally) a drag gesture in progress, THEN
        Let eY=$S_Y(Y_{cur}-Y_{center})$
ELSE
        Let eY=O.
END IF
Next, the dX and dY motion terms are computed from the regular algorithm:
    i.e., Let dX=$A(X_{cur}-X_{old})$
        Let dY=$A(Y_{cur}<Y_{old})$
Finally, the resultant packet ($\Delta$X=dX+eX, $\Delta$Y=dY+eY) is transmitted to the host computer. Those of ordinary skill in the art will recognize that a linear proportionality is described by the above equation. As used herein, "proportionality" means that the signal generated is a monotonic function. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or exponential functions, could be employed in the present invention without departing from the principles disclosed herein.

A hardware implementation of this algorithm is illustrated in FIG. 13 in schematic diagram form. While edge-motion circuit 262 is shown implemented in the X direction only, those of ordinary skill in the art will recognize that an identical circuit will also be employed in the Y direction. Such skilled persons will also immediately appreciate the complete equivalence of implementing the hardware solution of FIG. 13 as a software routine.

Edge-motion circuit 262 includes a subtractor circuit 264 in which the previous value of $X_{cur}$, stored in delay 266, is subtracted from the present value of $X_{cur}$. The output of subtractor circuit 264 is presented to multiplier 268, which multiplies the result by the gain factor "A". The output of multiplier 268 is the term dX.

The term $X_{cur}$ is also presented to subtractor circuit 270 in which the value of $X_{center}$ is subtracted from the present value of $X_{cur}$. The output of subtractor circuit 270 is presented to multiplier 272, which multiplies the result by the gain factor "S" to obtain the value of the eX term. It will be appreciated that with orthogonal edge motion subtractor circuit 270 and multiplier 272 are not required and a constant value can be provided for the eX term, whose sign is positive if $X_{cur} > X_{center}$ or negative if $X_{cur} < X_{center}$.

A two-input AND gate 274 has its input terms the value FingerOuter from the circuit of FIG. 12A and the value MotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both FingerOuter and 15 MotionEnable are true, switch 276 is configured to pass the output of multiplier 272 to adder

**32**

circuit 278. If either FingerOuter or MotionEnable is false, then switch 276 is configured to pass the value zero to adder 278. The output of switch 276 is the eX term. The output of adder 278 is passed to the host computer as $\Delta$X. The MotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

It should be appreciated that when orthogonal edge motion instead of edge motion is being enabled, the two-input AND gate 274 has as its input terms the value X FingerOuter from the circuit of FIG. 12B (or the value Y FingerOuter from the circuit of FIG. 12B for the Y direction) and the value OrthoMotionEnable which is a toggled on/off enable signal for the edge motion feature of the present invention. If both X FingerOuter and OrthoMotionEnable are true, switch 276 is configured to pass the output of multiplier 272 to adder circuit 278. If either X FingerOuter or OrthoMotionEnable is false, then switch 276 is configured to pass the value zero to adder 278. The output of switch 276 is the eX term. The output of adder 278 is passed to the host computer as $\Delta$X. The OrthoMotionEnable signal can be controlled by the user, e.g., by a control panel. Alternatively, it may be controlled by the gesture unit as will be more fully disclosed.

In an alternate form, the dX term may be replaced by the eX term, and likewise for dY and eY, when the finger is in the "outer" zone, rather than adding the two terms in that zone. This results in a more "pure" edge motion which is harder for the user to guide. User tests have shown that the dX+eX form shown above feels better and is easier to use.

Another alternative which is functional but has been found to be less desirable employs a somewhat wider outer zone. The glide speed is then varied in proportion to the distance of the finger into the outer zone rather than the distance from the center of the pad. Thus, as the finger enters the outer zone the glide speed starts at zero and increases to some reasonable limit as the finger reaches the edge of the pad. The result is a smoother transition between edge-motion and normal behavior. It is not difficult to modify the above formulas to produce this alternate behavior. This variant was tried by the inventors because the transition into edge-motion mode seemed too abrupt; tests showed that this abruptness is actually a boon in typical use. The smooth transition is harder to "feel", and thus winds up being more, not less, likely to catch the user by surprise. Those of ordinary skill in the art will appreciate that a solution midway between the two described methods can also be employed to produce a less abrupt transition.

Alternate solutions to the long-distance drag problem have been to provide a "locking" drag or drag "extension", as will be disclosed herein.

The edge motion feature of the present invention is used advantageously with one or more finger gestures which may be performed by a user on the touch sensor array 22 and are recognized by the system. Of particular interest are the basic tap and drag gestures. The tap gesture is analogous to the clicking of the mouse button on a conventional mouse, and the concept of dragging objects is familiar to all mouse users.

Pointing devices such as mice typically include one or more mouse buttons. The user can point and click a button to select an object on the screen, or hold the button down and move the mouse to drag an object around the screen. Touch sensor pointing devices can offer "gestures," which are special finger motions that simulate mouse button actions without the need for physical switches. (Since gestures may be difficult for novices or users with disabilities, it is

5,880,411

33

preferable to provide physical switches as well.) In the following discussion, the word "finger" should be interpreted as including a stylus or other conductive object as previously described.

Referring back to FIG. **1**, according to another aspect of the present invention, gesture unit **20** examines the (X,Y,Z) data produced by arithmetic unit **16** to produce one or more "virtual mouse button" signals to be sent along with the (ΔX, ΔY) signals to the host.

FIG. **14** is a more detailed block diagram of gesture unit **20** of FIG. **1**. According to the present invention, gesture unit **20** of the present invention is capable of supporting a variety of gestures. Gesture unit **20** includes tap unit **280**, zigzag unit **282**, push unit **284**, and button control unit **286**.

Some number of physical switches may be supported by gesture unit **20**. In the illustrative example of FIG. **14**, two inputs A and B to button control unit **286** come from physical switches. Such switches may be mounted on the touchpad module itself or provided externally. Any number of switches may be provided, or none at all. The inputs A and B have two states, logic "0" and logic "1". Those of ordinary skill in the art will recognize that, instead of mechanical switches, the switch signals could be implemented by special touch sensors, operated by charge integrators similar to units **44** which feed into threshold comparators to form digital signals.

Tap unit **280**, zigzag unit **282**, and push unit **284** examine the sequence of (X,Y,Z) samples to look for various types of gestures. The outputs of all these units, plus the switch signals, are combined in button control unit **286** to produce the actual button-press signals sent to the host. In the illustrative example disclosed herein, the touchpad simulates a three-button (Left, Middle, Right) pointing device. The system of FIG. **14** could clearly be extended to support other gestures than those described here, or to support fewer gestures in the interest of simplicity. Button control unit **286** can use any of several well-known methods for combining multiple signals. For example, a priority ordering can be established among the various sources, or each button output (Left, Middle, and Right) can be asserted ("clicked", "pressed" or "held down") whenever any of the sources indicate that button. Any particular method of combining these signals is a routine design detail dependent on a particular system configuration which may be easily implemented by persons of ordinary skill in the art.

In a presently preferred embodiment, the button control unit **286** maps both switches and gestures to the most commonly used virtual buttons, giving maximum flexibility to the user. In an alternate embodiment, switches and gestures can be mapped to different virtual buttons so that a larger number of virtual buttons can be covered without resort to exotic gestures. Or, the user can be offered a choice of mappings.

It is well known in the art to allow extra button switches to be processed as specialized commands, such as double-clicking, selecting commonly used menu items, etc., instead of their normal role as mouse buttons. Similarly, the button control unit **286** or host software could map some of the gestures described here to software commands instead of simulating mouse buttons. Such processing and mapping is well within the realm of ordinary skill in the art.

The tap unit **280** decodes the most basic gestures, including taps, drags, hops, and tap zones. These gestures are illustrated as timing diagrams in FIGS. **15***a* through **15***e*. In each of FIGS. **15***a* through **15***e*, two signals are shown graphed against time; one is the analog "Z" (finger pressure) signal, the other is the digital "Out" (virtual button press)

34

signal. The various relevant time spans are shown with labels "t1"through "t21".

The basic "tap" gesture is a quick tap of the finger on the pad. Such a tap, of short duration and involving little or no X or Y finger motion during the tap, is presented to the host as a brief click of the mouse button. If a multi-button mouse is simulated, the tap gesture may simulate a click of the "primary" mouse button, or the button to be simulated may be user-selectable using a shift key, control panel, or other known means. Two taps in rapid succession are presented to the host as a double click of the button. In general, multiple taps translate into multiple clicks in the obvious and natural way.

Because it is impossible to tell whether a finger stroke will be a valid tap (as opposed to a cursor motion) while the finger is still down, the device of the presently preferred embodiment does not report a button click until the finger is lifted. This delay is not generally noticeable to the user since taps by definition are very brief strokes.

A small amount of motion may occur during the tap stroke, due to such factors as the natural deformation of the fingertip under pressure. This can cause the virtual click created by the tap gesture to select the wrong item or location on the screen. To avoid this, either the motion must be suppressed until the motion is great enough, or the duration long enough, to disqualify a tap, or the motion must be allowed but then retroactively canceled out once the tap gesture is recognized. The latter solution is preferable, since even a small amount of suppressed motion is noticeable to the user.

According to the presently preferred embodiment of the invention, motion events are sent to the host as usual, and also recorded in a register or queue. When the tap gesture is recognized, a corresponding negative amount of motion is quickly replayed in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. The motion during the stroke may have been sent to the host in the form of a sequence of several packets. For greatest precision, this sequence can be saved and replayed in reverse. However, if the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

The inputs considered by tap unit **280** are CurPos, the current (X,Y) finger position from the arithmetic unit; Z, the current pressure value; and CurTime, the current time in some suitable units of time (such as milliseconds or number of samples processed).

There are nine state variables used in tap unit **280**. TapState is NONE if there is no gesture in progress, TAP if there is a tap or drag gesture in progress, and LOCKED if there is a locking drag or drag extension in progress. TapOkay is TRUE if a high enough Z value has been seen in the current stroke for the stroke to qualify as a tap. DownPos is the (X,Y) position at which the finger last touched down on the pad. DownTime is the time at which the finger last touched down. UpPos and UpTime record the position and time at which the finger last lifted from the pad. TapButton is one of LEFT, MIDDLE, or RIGHT, identifying whether the current gesture is simulating an action on the left, middle, or right virtual mouse button, respectively. Suppress is TRUE if the virtual buttons are being suppressed for a double click, Finally, Out represents the output of the tap unit, and is one of NONE, LEFT, MIDDLE, or RIGHT.

5,880,411

35                                                            36

Several parameters are used to control the tap unit. TapTime is the maximum duration of a stroke to qualify as a tap gesture. DragTime is the maximum interval between the initial tap and the return of the finger to form a drag gesture. ExtendTime is the maximum amount of time the finger can be off the touchpad during a drag extension gesture before the drag gesture will end. HopTime is the maximum lift time preceding a tap to qualify as a hop. TapRadius is the maximum amount of motion that can occur during a tap. DragRadius is the maximum distance between the initial tap and the return of the finger for a drag. DragExtendRadius is the minimum distance between finger lift-off and finger touchdown needed to qualify as a drag extension. HopDistance is the minimum distance moved to qualify for a hop. Zthresh is the minimum pressure (Z) to detect a finger. DragExtendSpeed is the minimum smoothed speed required during finger lift-off to qualify as a drag extension. In the claims herein, steps reciting "detecting the presence" of a finger or other object (or other words to that effect) assume that a pressure greater than Zthresh has been detected. Finally, Ztap is the minimum Z to detect a tapping finger.

FIG. 15*a* shows the timing of a basic tap gesture. First, a successful tap is shown, followed by a finger stroke which is too long to qualify as a tap. In the first stroke, the finger is down for time "t1", which is less than TapTime. Also (not shown on FIG. 15*a*) the (X, Y) motion during time "t1" is less than TapRadius. Finally, the Z signal exceeds threshold Ztap for at least some part of the stroke. Thus, the stroke qualifies as a tap. The Out signal (the lower trace of FIG. 15*a*) becomes true for a certain amount of time "t2", then becomes false. As will be discussed later, the amount of time "t2" is equal to DragTime. In the device described in the flowcharts to follow, the TapState variable will equal TAP for the entire interval "t2". As presently preferred, TapTime is about 400 msec, TapRadius is about 2% of the width of the sensor pad, and Ztap is slightly larger than Zthresh, whose value is adjustable by the user.

On the right half of FIG. 15*a*, the finger is held down for longer than the parameter TapTime, shown on the figure as "t3". Thus, it will not qualify as a tap gesture and no Out signal is generated from this stroke.

In the basic drag gesture, the user taps once, quickly brings the finger back in contact with the pad, then moves the finger in a desired direction in the XY plane of the pad. The simulated mouse button is depressed at the beginning of the drag gesture and is released only when the finger is again lifted from the pad. Gesture logic arranges for the initial tap of the drag gesture to be merged into the extended drag rather than presenting the host with an additional distinct button click.

In a variation of the drag gesture, the above-described gesture begins a drag which continues even when the finger is lifted. The drag ends (i.e., the simulated mouse button is released) when the finger is again tapped on the sensor pad. This feature is known as "locking drag". Locking drag allows dragging over longer distances than can be covered by a single finger motion on a small pad, but it can be highly confusing if it is activated by mistake. The locking drag becomes a hidden mode, a well-known undesirable item in the study of user interfaces. Thus, in the preferred embodiment it is presented to the user as an option which is disabled by default.

In another embodiment of the drag gesture, the above-described gesture will continue even though the finger has been lifted, if the finger comes back down to the touch pad within a specified period of time referred to as a drag

timeout. This feature is referred to as drag "extension". The drag timeout period is presently preferred as 500 msec, but will be optimized, as will be appreciated by those of ordinary skill in the art, with user studies. Of course, a drag gesture will end if the finger is removed from the touchpad and not returned within the drag timeout.

Accordingly, with the drag extension feature enabled, when the finger is lifted off the pad for less than the drag timeout, the drag gesture will continue, but when the finger stays off the touchpad for a period greater than the timeout, the drag gesture ends. This gives the user the ability to "stroke" or "row" repeatedly to drag a long distance. Unlike locking drag, drag extension does not appear to the user as a hidden mode, since the end of the drag occurs after the drag timeout, a very short time period in human perception, if the finger does not return to the touch pad in time.

However, a problem can arise with drag extension because the drag continues through the drag timeout, even though the drag ends. There may be occasions when the user wants the drag to end immediately, e.g. when the drag gesture is being used to hold down a scroll bar arrow. Generally, these arrows auto-repeat until the user releases the mouse button. The continuation of the drag gesture during the drag timeout would cause the scrolling feature to scroll past the desired stopping place.

Accordingly, the drag gesture may actually represent two different gestures. A true drag, where the cursor is moved around while the virtual button is being held down, and a press, where the cursor remains stationary while the virtual button is being held down. The drag extension feature is only desired for a true drag. There are several ways to distinguish between a true drag and a press. A true drag can be identified if the finger's speed of motion prior to lift-off is above a small threshold. A press can be identified if the finger was stationary through the entire gesture, possibly ignoring small, inconsequential movements, or just at the time of finger lift-off. In the preferred embodiment of the drag extension gesture of the present invention the distinction between a true drag and a press is identified by the finger speed at lift-off being above a specified threshold. The finger speed at lift-off is obtained as the output of a running average filter. If the speed is below the specified threshold, the drag ends rather than being extended. In an alternative embodiment, the distinction between a true drag and a press may be identified by the position of the finger at lift-off. If the finger is within a selected distance from the edge of the pad at lift-off a true drag is identified.

A second potential problem may occur while using drag extension if the user begins a new unrelated finger action during the ExtendTime period. As discussed above, when drag extension is enabled, a drag will continue even though the finger has been lifted from the touch pad if the finger is brought back to the touch pad within the drag timeout. It may be that the user actually wants the drag to end when the finger is lifted, and to begin a new gesture when bringing the finger back down to the touchpad. One way to determine whether the drag gesture is continuing or is being ended and a new finger action begun is to compare the lift-off finger position and the touchdown finger position. Usually, a subsequent stroke of an extended drag would not begin at the spot where the previous stroke had ended. Therefore, if the finger comes down within a specified distance from the lift-off position (within the specified drag timeout), then the drag extension feature allows the drag to continue, otherwise the drag ends immediately. It will be appreciated, however, by those of ordinary skill in the art that the drag extension feature may be implemented, though not preferably, without

5,880,411

37

comparing the finger position at touch down with the finger position at lift-off, and further, that the drag need not end immediately.

The "edge motion" feature described previously serves as an alternate way to accomplish long-distance drags.

The drag gesture is implemented as follows. When a tap is recognized, the virtual mouse button is depressed as previously described. However, the virtual mouse button is not released until the finger has remained away from the pad for a sufficient amount of time to disqualify as a drag gesture. This amount of time DragTime should be chosen to be long enough to allow for a comfortable drag gesture, but short enough so that the click arising from a tap gesture is still reasonably brief. As presently preferred, a time of about 200 msec is used.

As shown in FIG. 15b, the drag gesture begins with a tap as described above, of duration "t4" which is less than TapTime. The Out signal goes high in response to this tap. The finger remains away from the pad for a period "t5" which is less than DragTime, then it returns to the pad and remains for a time "t6" which is longer than TapTime. This qualifies the gesture as a drag. The Out signal remains high until the finger is finally released at time "t7". In the implementation of FIG. 15b, the time "t7" between the removal of the finger and the release of the virtual mouse button is zero; in other similar implementations this might be nonzero but small, e.g., equal to DragTime. Note that TapState will equal TAP for the entire interval from "t5" to "t7".

There are a number of alternatives which can be considered for the timing of DragTime. FIG. 15a shows the interval "t2", which is also the upper limit on the interval "t6", as being exactly equal to the parameter DragTime. In one alternative, DragTime is measured relative to Down-Time instead of UpTime, which is equivalent to saying that the intervals "t1" and "t2" ("t5" and "t6", respectively) must sum to DragTime. A consequence of this method is that in the basic tap gesture, a longer, slower tap causes a briefer virtual button click. This contradiction makes this approach less satisfying to the user than the one shown in FIGS. 15a–b.

In an another alternative, DragTime is made proportional to the length of interval "t1" ("t5" respectively), so that a brief tap produces a brief virtual button click, and a longer tap (up to the limit TapTime) produces a longer click. This alternative gives the user more control over the simulated button click, but it makes the behavior depend on what the user may perceive as an insignificant feature of the tapping action.

There are several ways to make the duration of DragTime "proportional" to the length of interval "t1". In one case, the length of the virtual button click or DragTime is a direct function of the length of the tap by the user. As described in the previous paragraph a brief tap produces a brief virtual button click, and a longer tap produces a longer click. This approach seems to provide an advantage to novice users who usually tap more slowly and also require a longer period of time (longer DragTime) to bring the finger back down to begin a drag gesture. Unfortunately, the longer DragTime also results in a longer virtual button click (OUT signal) which may have undesirable side effects, including unintentional scroll bar auto-repeating or "stuttering".

A preferred approach when differentiating between novice and expert taps is to recognize taps of different lengths, but to make the virtual button click or OUT signal the same length for different tap lengths. However, when a novice tap is recognized, the timing of the OUT signal will be delayed,

38

so that novice users will have a longer DragTime to begin a drag gesture. It will be appreciated by those of ordinary skill in the art that the length of taps used to differentiate between novice and expert users will be optimized after user studies. It should also be recognized that there are other ways to differentiate between novice and expert users. For example, the pressure of a novice tap is often greater than the pressure of an expert tap. Additionally, it may also be beneficial to use a history of tap lengths, for example, the average length of several previous taps. Those of ordinary skill in the art will also recognize that the decision between novice and expert could be made by the user at a control panel.

Referring now to FIG. 15C, the preferred embodiment of a variable DragTime as a function of tap length is illustrated. On one hand, as presently preferred, an expert tap is seen having a duration for the interval "t1" of less than 200 msec. The virtual button click or OUT signal of 200 msec in the interval "t2" begins as soon as the finger comes off the pad, thus providing the expert with the fastest possible response. To begin a drag gesture the finger would have to come back down on the touchpad before the 200 msec virtual button click time ended. Thus, the variable DragTime is chosen to be 200 msec in the preferred embodiment, thus reducing the chances of an expert's quick finger actions being incorrectly interpreted as a drag gesture.

On the other hand, a novice tap is seen having a duration for the interval "t1" of between 200 msec and 500 msec (in the preferred embodiment, strokes longer than 500 msec would be disqualified as taps). The virtual button click or OUT signal of 200 msec in the interval "t2b" begins after a delay "t2a" of 300 msec, and as a result the user will have a longer DragTime of 500 msec in which to begin a drag gesture. Those of ordinary skill in the art will recognize that the length of the delay may be chosen in several different ways, including as a function of the tap duration. Similarly, the other time-related parameters of gesture recognition such as HopTime and ExtendTime can be adjusted when novice taps are involved. If the finger comes back down to begin a drag gesture before the delayed click has begun (i.e., during the "t2a" interval), then the virtual button click must begin immediately as the finger comes down. Otherwise, if this new finger stroke also turned out to be a tap, the first click of the resulting double-click could be subsumed in the "t2a" interval.

FIG. 15D shows the locking drag gesture. The locking drag begins with a standard drag gesture involving intervals "t8" through "t10". However, when the finger is raised, the Out signal remains high. (In the flowcharts, TapState will change from TAP to LOCKED at this time.) The figure shows a second dragging stroke of a length longer than TapTime (shown as "t11") which does not end the locking drag, followed by another stroke of length "t12" less than TapTime. Since this last stroke qualifies as a tap, it ends the locking drag at time "t13". In the flowcharts, TapState changes back to TAP at this time; a regular tap is then processed, which continues to hold Out high for a time "t13" equal to DragTime as usual. A reasonable alternative implementation might end the drag after a different interval "t13", such as zero.

FIG. 15E shows the drag extension gesture. The drag extension begins with a standard drag involving intervals "t14" through "t16". The finger is raised during interval "t17", but because the finger is off the touchpad for a length of time shorter than the drag timeout parameter ExtendTime, the OUT signal remains high. Also (not shown on FIG. 15E) the (X,Y) motion during "t17" is greater than DragExtendRadius and the smoothed average finger speed at the time

5,880,411

**39**

of lift-off from the pad at the beginning of interval "t17" is greater than DragExtendSpeed. The figure shows the finger lifted for a second interval "t18". Since the period of time in which the finger is lifted from the touchpad during interval "t18" is greater than ExtendTime, the OUT signal goes low a period of time equal to ExtendTime after the finger is lifted from the pad. It may be preferable to adjust ExtendTime for novice or expert users, as described previously for ExtendTime.

FIG. 15F shows a double tap gesture. The double tap starts out indistinguishably from a drag gesture. However, the second stroke "t21" is shorter than TapTime, thus qualifying as a second tap instead of a drag. Regular tap processing causes Out to remain high for another interval "t23" of length DragTime; however, special double-tap handling shown in the flowcharts suppresses the virtual mouse button for a brief period "t22" after recognition of the tap. Thus, the host computer perceives two distinct clicks rather than the one long, run-together click that it would see without this special handling.

Other gestures may be used to simulate a multi-button mouse. In one such approach, the basic gestures are augmented by a "hop" gesture, in which the finger is lifted from its resting place in one location on the pad and tapped a substantial distance away from the resting place. If the distance is sufficiently great (HopDistance, typically a fraction of the width of the sensor pad; presently preferred to be about 25%) and the duration between the lift and the subsequent tap is less than a suitable threshold (HopTime, typically a fraction of a second; presently preferred to be about 0.5 sec.), then the click or drag gesture begun by the tap is simulated on a different mouse button. This different button may be a fixed "secondary" button, or it may be user-selectable by a control panel or other means, or it may be a function of the direction in which the finger hopped (e.g., to the left vs. to the right). According to a presently preferred embodiment of the invention, the hop gesture is available as an option which is off by default.

Note that, while some users prefer to tap with a second finger in the hop gesture, this gesture never involves more than one finger on the pad at any one time. A similar gesture, the "zigzag", is also described herein and does involve the use of two fingers at once.

FIG. 15G shows a "hop" gesture. This gesture begins with the finger already on the pad. The finger is then lifted for interval "t24" which is less than HopTime; the finger then comes down for a regular tap "t25". Also, not shown on the figure, during interval "t24" the finger must have moved by at least a certain distance HopDistance away from its previous position. When this occurs, the gesture is processed as a "hop" instead of a regular tap, and the virtual button press "t26" occurs on the right button Out(R) instead of the usual left button Out(L). It is easy to see how the tap "t25" could be followed by further finger actions to form a drag or a double-tap on the right button.

Another multi-button gesture uses "tap zones," in which the surface of the pad is divided into two or more zones. A tap or drag initiated in a given zone simulates an event on a button corresponding to that zone. Even if the finger moves between zones during a drag, the entire drag is simulated on the button corresponding to the zone of the original tap that initiated the drag gesture.

FIGS. 16a and 16b illustrate two tap zone shapes. In FIG. 16a, the pad is divided into three vertical stripes 288, 290, and 292, corresponding to the left, middle, and right mouse buttons, respectively. In FIG. 16b, the pad is divided into a main area 294 simulating the left mouse button, and a small

**40**

corner area 296 simulating the right mouse button. The implementation of FIG. 16b is more appropriate if one button is much more heavily used in typical applications than the other button(s).

It is preferable for the zones to correspond to clearly marked regions on the pad surface. It will be obvious to one skilled in the art that other zone shapes, such as multiple corners or horizontal stripes, are equally straightforward.

There is an interaction between tap zones and the edge motion feature that needs to be taken into account. Particularly with the corner area 296 of FIG. 16b, tap zones encourage the user to tap near the edge of the pad. If edge motion is active during taps and drags or at all times, then edge motion will tend to interfere with the proper behavior of corner taps. To prevent this, the edge motion enable logic of FIG. 13 can be modified slightly. In a given stroke, edge motion only operates if the finger has been in the inner zone at least once during that stroke. Thus, if the finger touches down in the outer zone, edge motion will not activate until the finger leaves the edge of the pad and then returns.

All of the above-described gestures are variations of basic tap and drag gestures. In the system described herein, all of these gestures are recognized by the tap unit 280. The operation of tap unit 280 is most easily described as an algorithm in the form of a flowchart. From this disclosure, persons of ordinary skill in the art will recognize that the tap unit described herein could actually be implemented as known and obvious equivalents such as a software program, hardware state machine, or otherwise. All such implementations are intended to fall within the scope of the present invention.

FIGS. 17a through 17f comprise a flowchart for the operation of tap unit 280. Tap unit 280 implements the tap, drag, locking drag, drag extension, corner-tap, and hop gestures described herein. In the gesture recognition operations described herein, the cornertap is used to simulate the right virtual mouse button. Hops to the left and right are used to simulate the middle and right virtual mouse buttons. Simple taps simulate the left (primary) virtual mouse button.

Processing begins at step 300 as each (X,Y,Z) sample arrives from the arithmetic unit 16 of FIG. 1. In a presently preferred embodiment of the invention, such data arrive 40 times per second. The algorithm of FIGS. 17a through 17f will run from start (step 300) to finish (step 392) every time a sample arrives.

Step 302 determines whether the finger is up or down by comparing Z (pressure) against Zthresh to determine whether a finger is present ("down") or not ("up"). Instead of a simple threshold comparison, two thresholds may be used to provide hysteresis as is well-known in the art. Hysteresis is not shown in FIG. 17a, but similar hysteresis will be illustrated later in FIG. 20 for the "push" gesture.

In step 304, the finger is known to be down. The previous Z is checked to see whether the finger was previously down or is just now touching down on the pad.

In step 306, a finger-down transition has been detected. This may indicate the beginning of a drag gesture or a successive row in drag extension, etc. For a drag or drag extension gesture, the change in the finger position from the previous finger position on the touchpad during DragTime and ExtendTime, respectively, is checked.

In the drag gesture illustrated in FIG. 15b, it is beneficial to check that the finger has not moved a great distance during time "t5", the interval between the initial tap and the return of the finger to the pad. If the distance calculated during "t5" indicates that the finger has returned to the pad in a different location, then a drag gesture was probably not intended.

5,880,411

41

42

In the drag extension gesture illustrated in FIG. 15E it is necessary to check that the finger has moved a great enough distance during interval "t17", between subsequent rows of an extended drag gesture. If the distance is not great enough, the drag gesture ends.

Since the TapState during a drag gesture is TAP and the TapState during a drag extension gesture is LOCKED, step 306 determines the TapState. If the TapState at step 306 is TAP, then step 308 computes the distance between the current position CurPos (the filtered and smoothed X and Y position data) and the saved position of the previous tap, DownPos. If the distance is greater than some threshold DragRadius, then execution proceeds to step 310. Otherwise, it proceeds to step 312. The threshold DragRadius should be some fraction of the width of the pad, preferably larger (more generous) than the TapRadius used in basic tap detection.

At step 316, it is determined whether DragLock is enabled. If DragLock is enabled, the execution proceeds to step 312. Otherwise the execution proceeds to step 310.

If the TapState of step 306 is LOCKED, and DragLock is not enabled, then a drag extension must be in progress. Step 314 computes the distance between the CurPos and the saved ending position of the previous stroke, UpPos. If the distance is greater than some threshold DragExtRadius, then execution proceeds to step 312. Otherwise it proceeds to step 316. The threshold DragExtRadius should be some fraction of the width of the pad, as determined by user testing. (Some users may prefer a DragExtRadius of zero, so that step 316 is effectively disabled.)

Persons of ordinary skill in the art will recognize that several possible distance measures are suitable for use in steps 308 and 314. A true Euclidean distance measure is reasonable but expensive to compute; a simpler measure is the sum or maximum of the absolute values of the distances in X and Y. The sum or maximum will produce a "drag zone" around the original tap which is diamond- or square-shaped, respectively, instead of the circular zone produced by a Euclidean distance measure. Experiments suggest that users are unable to perceive the difference between these zone shapes, so whichever measure is easiest to compute is preferred. Also, the geometry of the finger and touchpad may cause the significant motion to lie always in one direction, e.g., X, in which case a simple absolute difference of X coordinates may be preferred.

In the preferred embodiment, the user is able to change the level of gesture recognition using a control panel or other means. If the user elects to allow taps but not drags, then step 308 can be programmed to go directly to step 310 so that all taps are disqualified from becoming drags.

In step 310, a drag gesture has been disqualified. TapState is changed from TAP to NONE; the effect will be a simple tap gesture followed by cursor motion with no virtual button held down.

Step 312 records the position and the time at which the finger touched down.

Step 318 initializes the TapOkay flag to FALSE. It also clears the Suppress flag which is used to delay the virtual button clicks resulting from "novice" taps. Step 318 ends the delay prematurely if the finger comes back down onto the touchpad. If the new finger stroke is the second tap of a double tap gesture, step 318 is responsible for ensuring that the virtual click from the first tap is not accidentally suppressed entirely.

Step 320, which executes on all samples in which the finger is down, compares Z against the Ztap threshold; step 322 sets TapOkay to TRUE if Z is greater than the Ztap threshold. Thus, when the finger lifts, TapOkay will be TRUE if Z ever exceeded the tap threshold during the brief stroke that is a candidate for a tap gesture.

Referring now to FIG. 17b, in step 324, the finger is known to be off the pad. The previous Z is checked to see whether the finger was previously up or is just now being lifted from the pad.

In step 326, a finger-up transition has been detected. Various tests are made of the most recent stroke (finger-down period) to see if it qualifies as a tap. To qualify, the stroke must have short duration (CurTime minus DownTime must be less than TapTime), little or no motion (the distance from CurPos to DownPos must be less than TapRadius), and sufficient peak finger pressure (TapOkay must be TRUE), in order to qualify as a tap.

In step 328, any finger motion which has occurred is retroactively canceled out by quickly replaying to the host a corresponding negative amount of motion from the register or queue in order to "undo" the already-reported motion and to restore the original cursor position as of the moment the finger's presence was first detected. If the motion during the stroke was sent to the host in the form of a sequence of several packets, this sequence can be saved and replayed in reverse. If the host's motion processing is linear, it will suffice to accumulate the total amount of motion during the stroke and send a compensating motion in a single packet. Since the "acceleration" feature of a typical mouse driver activates only at high speeds, this assumption of linearity is usually safe in this context.

Step 330 takes one of several actions based on the current TapState. First, if TapState is NONE (no gestures in progress), execution simply proceeds to step 332.

In step 332, the duration of the tapping stroke, CurTime minus DownTime, is computed to distinguish short, expert taps and long, novice taps. For expert taps, execution simply proceeds to step 338 of FIG. 17c. For novice taps, execution proceeds to step 334, which arranges to use a longer value for DragTime for the current gesture. These steps may simply compare the tap duration to a fixed threshold to choose between two fixed DragTime values, or they may use the tap duration to smoothly modulate the DragTime.

Step 334 also sets the Suppress flag to True to cause the virtual button signal to stay low for a short period. In the preferred embodiment, this period is chosen to be the difference between the novice and expert DragTime values, so that the resulting non-suppressed portion of the virtual click has the same duration in all cases, as shown in FIG. 15C.

Second, if TapState is TAP (a recent tap is still in progress), then a double-tap has been detected. Step 334 sets the Suppress flag to TRUE to cause the virtual button signal to go low for one sample. This corresponds to time "t22" of FIG. 15F. In an alternate approach, one or more extra packets indicating a release of the virtual buttons can be inserted into the regular packet stream, rather than using a Suppress flag as shown herein. In an alternate approach, distinct Suppress flags could be used for the two purposes of delaying novice clicks and processing double taps; for example, a 300 msec suppression may be desirable for delaying novice clicks, but for double-taps it may suffice to end the suppression after at least one packet reflecting the supression of virtual button has been sent to the host.

Finally, if TapState is LOCKED, this is the tap that ends a locking drag. Step 336 sets TapState back to TAP, then skips directly to step 370 of FIG. 17e, bypassing the steps which decide which of the three mouse buttons to simulate. Thus, the locking drag changes back into a tap on the same

5,880,411

43

virtual mouse button. After the usual short duration ("t13" of FIG. 15D), the virtual button will be released.

It is significant that the button choice (FIG. 17c) is omitted in the LOCKED case. If a right-button locking drag is initiated by, for example, a tap in the corner of the pad, then it should be possible to terminate the drag by tapping anywhere on the pad, not just in the corner. It is also significant that the button choice is included in the double tap case. Otherwise, it would be impossible, for example, to perform left- and right-button clicks in rapid alternation by tapping alternately in two different locations on the pad.

In an alternate embodiment, if TapState is LOCKED, TapState is set to NONE and step 386 is performed next. This makes "t13" of FIG. 15D equal to zero. Since TapState may also be LOCKED during drag extension, the implementation shown here also allows the user to tap to cut short the drag extension period DragExtTime. In an alternate embodiment, taps could be ignored during the drag extension period. However, the significance of this is lessened if DragExtTime is short.

Referring now to FIG. 17c, step 338 checks whether the current tap qualifies as a "hop" gesture. This check involves several tests. First, the hop gesture must be enabled by the user. Second, the finger must have been raised for only a short amount of time between the current tap and the last time it was on the pad (DownTime minus UpTime must be less than HopTime). Finally, the position of this tap must be significantly far away from the previous position (the distance from DownPos to UpPos must be greater than HopDistance). Once again, a variety of distance measures are possible. The operations shown in FIGS. 17a through 17f support leftward and rightward hops; thus, a reasonable distance measure is absolute difference in X coordinate between DownPos and UpPos.

In a variant which is easily seen to be nearly equivalent, CurTime and CurPos are used in place of DownTime and DownPos in step 338.

If the tap qualifies as a hop, execution proceeds to step 340. Since the system of this example supports two different hop gestures, the direction of the hop is checked to determine the type of gesture. If the X coordinate of DownPos (or CurPos) is less than the X coordinate of UpPos, a leftward hop has occurred (assuming X increases to the right). If the X coordinate of DownPos (or CurPos) is greater than the X coordinate of UpPos, a rightward hop has occurred. Note that, due to the checks of step 338, DownPos will be either significantly to the left or significantly to the right of UpPos at this point.

In step 342, a leftward hop causes TapButton to be set to the symbol MIDDLE, so that the tap gesture will generate a virtual middle mouse button click.

In step 344, a rightward hop causes TapButton to be set to RIGHT, initiating a virtual right button click.

Step 346 executes if no hop was detected. It proceeds to check for the other supported alternate gesture, the corner tap. A corner tap is a tap occurring in a small corner zone as shown in FIG. 16b. A corner tap occurs if corner taps have been enabled by the user; the X coordinate of DownPos (or CurPos) is greater than some coordinate CornerX; and the Y coordinate is greater than some coordinate CornerY. CornerX and CornerY are shown on FIG. 16b.

It should be obvious to one of ordinary skill in the art that other tap zones, such as those of FIG. 16a, or multiple corner zones, can be decoded in a completely analogous way by examining the X and Y coordinates of the tap location.

In the presently preferred embodiment, the user is given the choice of hop gestures, corner taps, or neither, as a

44

mechanism for simulating alternate button clicks. There is nothing stopping an implementation from offering both hops and corner taps at once, except that to do so would likely be more confusing than beneficial to the user.

In step 348, no corner tap was detected, so TapButton is set to LEFT to simulate a click of the left virtual mouse button.

In step 350, a corner tap was detected, so TapButton is set to RIGHT to simulate a right virtual mouse button click.

Step 352 records the current position as the new UpPos, the lift location used for later hop decoding. In general, UpPos is updated each time the finger is seen to lift from the pad. However, there are two exceptions to this rule. First, if the finger lift is itself part of a hopping tap gesture, UpPos is not updated. This is seen in the left branch of the flowchart of FIG. 17c. This exception is needed to support, for example, a double-click of the right virtual button. The finger is lifted, moved substantially to the right, then tapped twice. The two taps will occur in roughly the same place. If UpPos were updated by the first tap, the second tap would be decoded as a left-button click.

Second, in the flowcharts of FIGS. 17a through 17f, UpPos is not updated on a tap that ends a locking drag. User tests show that the last-lift location perceived by the user is usually the last lift during the locking drag, with the terminating tap being a subconscious action whose location is not perceived as relevant. Therefore, it makes more sense to omit the update of UpPos for the terminating tap of a locking drag.

Step 354 sets TapState to TAP after any tap, corner tap, or hop gesture, thus recording that a gesture is in progress.

Referring now to FIG. 17d, step 356 executes when the finger lifts from the pad in a way that does not qualify as a tap. This step checks if TapState is TAP; if so, the finger must have lifted from the long stroke of a drag gesture, e.g., time "t7" of FIG. 15b. Depending on user preference, the drag gesture is either terminated by the lift of the finger, or locked to become a locking drag.

Step 358 checks whether locking drags have been enabled by the user. This decision may be made at design time, for a system in which drags are always locking or always not, or it may be based on a run-time option such as a control panel.

If locking drags have not been enabled, then step 360 checks whether drag extension has been enabled. This decision may be made at design time, for a system in which drags are always extended or not, or it may be based on a run time option such as a control panel.

At step 362, if drag extension is enabled, then the speed of the finger at lift-off is checked to see whether it is above DragExtSpeed. This permits making the distinction between true drags and presses described above.

In step 364, the TAPSTATE of a drag is converted to LOCKED.

In step 366, a drag is terminated by the lift of the finger.

In step 368, which executes whenever the finger is lifted and does not qualify as a tap, UpPos is updated to the current position as described above.

Referring now to FIG. 17e, step 370 executes whenever the finger lifts from the pad. The variable UpTime is updated to record the time at which the finger lifted from the pad.

Step 372 determines the TapState for each sample in which the finger remains off the pad.

If the TapState is TAP, then step 374 compares CurTime minus UpTime against DragTime, to see if the finger has stayed off the pad too long after a tap for the tap to be the beginning of a drag. It should be appreciated that if variable

5,880,411

45

DragTime is in use, the DragTime used for comparison will be a function of whether a short, expert tap has been made or a long, novice tap has been made. If the time limit is exceeded, and TapState equals TAP, then execution proceeds to step **376**. Otherwise, execution proceeds to step **378**.

If the TapState is LOCKED, step **380** determines whether the DragLock mode has been enabled. If DragLock has not been enabled, then execution proceeds to step **382**. If DragLock is enabled, then execution proceeds to step **378** and the drag continues.

Step **382** determines whether the finger has been off the touchpad for a period exceeding ExtendTime. If not, the drag continues and execution proceeds to step **378**. Otherwise execution proceeds to step **376** where the TapState becomes NONE because the finger has been off the touchpad for too long to continue the drag.

Step **378** checks whether the finger has been off the pad long enough to end the suppression period begun by step **334**. If so, execution proceeds to step **384**, where the Suppress flag is set to False.

Step **376** changes TapState from TAP to NONE, ending the tap and thus preventing the tap from extending to a drag, or the existing drag from being extended further.

Referring now to FIG. **17f**, all paths converge on step **386**, which executes on every sample regardless of the state of the finger. This step begins a series of checks to determine the output of the tap unit **280** for this sample. First, if the Suppress flag is TRUE in step **386**, virtual buttons are suppressed so the output is set to NONE in step **388**.

If the Suppress flag is FALSE and there is no button suppression, TapState is examined in step **390**. If TapState is TAP or LOCKED, then the button indicated by TapButton is output in step **392**.

If TapState is NONE, no tap, drag, or hop gesture is in progress, step **394** sets the output to NONE in this case.

Processing ends at step **396** (END). The tap unit will start over at step **300** (START) when the next (X,Y,Z) sample arrives from the arithmetic unit.

The edge-motion feature of FIG. 13 is most useful during a drag gesture. Thus, it is preferable to allow the Motion-Enable input of motion unit **18** to be derived from the state of gesture unit **20**. In particular, the "MotionEnable" signal into AND gate **268** of FIG. 13 is obtained by MotionEnable= (TapState=TAP) OR (TapState=LOCKED).

The "zigzag" unit **282** of FIG. 14 decodes a two-finger gesture in which one finger remains resting on the pad while another finger taps to one side of the primary finger. In terms of the (X,Y,Z) information produced by the basic device, this gesture will effectively increase the Z value while quickly shifting the X and/or Y value by a significant distance. (When two fingers are on the pad, the apparent position reported is midway between the two fingers.) If such a change is detected, and is followed by a rapid return to the original X, Y, and Z values, then a tap of a second finger is recognized.

Because a second finger tap cannot be reliably recognized until the second finger is lifted, sudden cursor motions first to one side and then back again are unavoidably sent to the host. The name "zigzag" refers to these characteristic cursor motions. A motion-reversal mechanism similar to that used in the tap unit **280** can be employed to ensure that the virtual button click occurs at the original, un-zigzagged location. The only difficulty in this case is that the motions involved may be large enough to trigger the host's acceleration feature, which means that either the reversal motion must be stored and replayed packet by packet, or the zigzag unit and host software must cooperate to ensure that the cursor does in fact return to the desired place.

46

It is possible to recognize second-finger taps using only the (X,Y,Z) information from the standard arithmetic unit **16**, as described herein. However, it is clear that the arithmetic unit **16** could be modified to produce additional information, such as the width or shape of the sensor trace profile, which would aid in the accurate recognition of this gesture.

FIGS. **18a** through **18c** are a flowchart describing the algorithm for the zigzag unit **282**. As was the case for the tap unit **280**, the zigzag unit **282** is best described as a flowchart. However, a hardware state machine is a known equivalent and would also be a reasonable implementation of the zigzag unit **282**. Unlike the tap unit **280** flowchart of FIGS. **17a** through **17f**, the zigzag unit **282** flowchart executes once per stroke. When the finger's presence is detected (Z>Zthresh), execution begins at step **386**. If the finger leaves the pad before execution ends, the zigzag unit **282** abandons its computation and starts over at step **386** on the next stroke.

FIGS. **18a** through **18c** illustrate the additional feature that leftward zigzags simulate a left button click, while rightward zigzags simulate a right button click.

The zigzag unit **282** requires the same position, Z, and time inputs as the tap unit **280**. It also requires a speed measure S, which is computed as the distance from the previous to the current finger position at any given time. If any filtering or smoothing is done on the normal (X,Y) outputs of the arithmetic unit **16** as previously disclosed, it is best to compute the speed S from the unfiltered (X,Y) values.

State variables of the zigzag unit **282** include ZigZ and ZigZ', which record the two most recent values of Z; ZigPos, and ZigPos', which record the two most recent positions; ZigTime, which records the time at which the presence of the second finger was detected; ZigLeft and ZigRight, which are TRUE if a leftward or rightward zigzag has been detected, respectively; and Out, which represents the output of the zigzag unit **282**, and is one of LEFT, RIGHT, or NONE.

The zigzag unit **282** uses several parameters. ZigDistance, the minimum distance the finger position can move to qualify for this gesture. ZigMaxTime is the maximum amount of time the second finger can be present to qualify. Szig is the instantaneous finger speed required to begin the detection of the gesture and is determined experimentally, depending on the sample rate, sensor dimensions, and amount of analog filtering in the charge integrators. ZigRadius and ZigLimit specify how close the position and Z values, respectively, must return to their original pre-zigzag values after the second finger is lifted. ZigRadius is comparable to TapRadius, and ZigLimit is about 30% of Zthresh in the presently preferred embodiment.

Referring now to FIG. **18a**, execution begins, when the finger's presence is detected, at step **400**.

In step **402**, the zigzag unit **282** waits for approximately three (X,Y,Z) samples to arrive from the arithmetic unit **16**. In the preferred embodiment, these samples arrive at a rate of 40 per second. This initial delay is to prevent Z fluctuations at the beginning of the stroke from being mistaken for a second finger.

In step **404**, ZigZ and ZigZ' are initialized to a reserved value denoted as NONE.

In step **406**, the zigzag unit **282** waits for the next (X,Y,Z) sample to arrive.

Step **408** checks for the beginning of a "zig", the first half of the zigzag gesture in which the apparent finger grows and jumps to one side. The speed S of the current sample is compared against the threshold Szig. If S is greater, and

5,880,411

47

ZigZ contains valid data (not the reserved value NONE), then execution proceeds to further validation of the gesture in FIG. 18b.

In step 410, no incipient "zig" has been seen, so ZigPos' is updated to reflect the most recent finger position, and ZigPos is updated to reflect the second-most-recent finger position. If smoothing or filtering is applied to the output of the arithmetic unit 16 of FIGS. 1 and 8, then, unlike the S computation described earlier, ZigPos should be updated from the filtered or smoothed position data. In other words, it should be updated from the processed position data which is used to update the cursor position on the host.

In step 412, ZigZ' and ZigZ are similarly updated to reflect the two most recent Z values. In typical usage patterns, a second-finger tap will typically occur to the left or right, i.e., different in X but not necessarily in Y. Thus, the X denominator (output of subtractor 168 of FIG. 8) will tend to increase by a clear factor of two when a second finger is present, whereas the Y denominator (output of subtractor 172) may or may not increase correspondingly, depending on the linearity of the charge integrators 44. Thus, it is preferable to use the X denominator output directly as Z for the purposes of the zigzag unit 282, rather than the combined and processed value normally obtained from block 178 of FIG. 8.

After step 412, execution returns to step 406 where the next sample is awaited.

Referring now to FIG. 18b, step 414 records the time at which the incipient "zig" was detected.

Step 416 then initializes the ZigLeft and ZigRight flags. These flags will become TRUE if the finger is seen to move significantly far to the left or right, respectively, of its starting position.

When a second finger comes down on the pad, the (X,Y,Z) values typically take two or three samples to converge to their new values which reflect the presence of two fingers. Step 418 waits for one or two more samples to arrive, after which time the (X,Y,Z) values should be settled. The choice of one, two, or more samples depends on factors such as the basic sample rate and the amount of filtering that occurs in the analog input section of the device.

After step 418, CurPos reflects the zigged apparent finger position, and ZigPos reflects the position from two samples before the speed passed the Szig threshold. The two-sample history is important because a small amount of motion may have occurred due to the approaching second finger, before the finger touched down and produced the large motion that exceeded Szig. After step 418, ZigPos contains the current position saved at a time before the second finger is likely to have had an effect. Likewise, ZigZ contains the Z value from before the second finger arrived.

Step 420 checks to see if Z has increased substantially beyond the resting Z value ZigZ. In the presently preferred embodiment, Z is compared against a threshold 30% larger than ZigZ. If Z is too small, the "zig" is disqualified and execution returns to step 404.

Step 422 checks to see if the current position is far to the left of the resting position ZigPos. Because the zigzag unit 282 is looking for an abrupt, "unnatural" change in position, it is preferable that step 422 use position data directly from dividers 174 and/or 176 of the arithmetic unit 16, before any filtering or smoothing that may normally be applied to position data. This data is referred to herein as RawPos to distinguish it from the filtered and smoothed value CurPos. The value CurPos may be used, however, if desired, with less than optimum results.

In this implementation, step 422 compares the X coordinate of RawPos with the X coordinate of ZigPos minus

48

ZigDistance. The parameter ZigDistance can be chosen experimentally based on the observed spacing on the pad between two fingers when one finger is held down and the other tapped in a natural manner.

If a suitable leftward zig is detected, step 424 sets ZigLeft to TRUE.

Step 426 similarly checks if the current position is far to the right of the resting position; if so, step 428 sets ZigRight to TRUE.

Step 430 then waits for the next (X,Y,Z) sample to arrive.

Step 432 checks if the second finger has lifted from the pad, by comparing Z against a second "zag" threshold somewhat less than the "zig" threshold of step 420. (In the current system, this threshold is roughly 20% larger than ZigZ.) The "zag" threshold is set below the "zig" threshold in order to provide simple hysteresis.

If the second finger has not yet lifted, execution returns to step 422 to continue waiting. If the second finger has lifted, execution proceeds to step 434 on FIG. 18c.

Referring now to FIG. 18c, step 434 waits one or two samples for the (X,Y,Z) data to stabilize as the second finger lifts; this step is analogous to step 418.

Step 436 does a final check for a complete zigzag gesture. So far, a sudden motion accompanied by an increase in Z has been seen, followed by sudden decrease in Z. Step 436 additionally checks that the position has returned to its prezigzag value (the distance from RawPos to ZigPos is less than ZigRadius); the Z value has similarly returned to normal (the absolute value of Z minus ZigZ is less than ZigLimit); and either ZigLeft or ZigRight but not both, is TRUE. In addition, the second-finger tap must be of short duration, i.e. CurTime minus ZigTime is less than ZigMax-Time.

If the motion does not qualify as a zigzag, execution returns to step 404 to await detection of a zigzag gesture. If the motion has qualified as a zigzag, step 438 provides reverse motion to restore the cursor to the exact position corresponding to ZigPos, if necessary. This step is analogous to step 328 of FIG. 17b.

In step 440, a complete zigzag has been detected. If ZigLeft is TRUE, the motion is a leftward zigzag. Otherwise, ZigRight must be TRUE and the motion is a rightward zigzag. Accordingly, either step 442 simulates a left button press for a leftward zigzag, or step 444 simulates a right button press for a rightward zigzag.

Step 446 pauses for a certain amount of time. For example, this step might wait for one or several more samples to arrive, or it might wait for one or several data packets to be sent to the host. (Normally there is a one-to-one correspondence between samples and data packets.)

Finally, step 448 ends the simulated button press by setting Out to NONE. In this example, the zigzag gesture only works to simulate clicks, not drags. The zigzag does not extend neatly to a drag in the same way as the normal one-finger tap, since this would imply that the entire drag motion occurs with two fingers held awkwardly on the pad. One alternative is to simulate a locking button, as is often done with trackball buttons in the art, where consecutive zigzags alternately press and release the virtual button. Another alternative is to have the zigzag gesture press the virtual button, and to release the virtual button only when the primary finger is also removed from the pad.

After step 448, execution returns to step 404 to await detection of further zigzag gestures.

Another gesture which is useful in specialized applications is a "push" gesture, which simply compares the Z (pressure) information against a second Z threshold

5,880,411

49

50

ZpushDown, considerably higher than the basic finger-detection threshold, and simulates a mouse button action whenever Z exceeds this threshold. This "push" gesture is similar to the way pen-based pointing devices normally operate; however, it is too imprecise and too tiring on the finger to use as the primary click or drag gesture. The "push" gesture is most useful in special contexts such as freehand drawing programs.

FIG. 19 is a timing diagram illustrating a "push" gesture. To perform this gesture, the finger is first brought near enough to cause cursor motion without causing a virtual button press. Next, the finger pressure increases past threshold ZpushDown, causing the virtual button to be pressed. Later, the pressure reduces below a threshold ZpushUp, causing the virtual button to be released. If ZpushUp is somewhat lower than ZpushDown, the resulting hysteresis will prevent unwanted oscillation on the virtual button if the finger pressure varies slightly around the "push" threshold.

In one variant that may be preferable, ZpushUp is set equal to Zthresh, so that once a push has begun the finger must be fully lifted from the pad in order to release the simulated button. Other users may prefer ZpushUp to be much closer to ZpushDown than to Zthresh, resulting in a more delicate feel.

The push unit 284 of FIG. 14 recognizes the push gesture. FIG. 20 is a flowchart illustrating the implementation of this gesture. The corresponding diagram for an equivalent hardware circuit to recognize this gesture would be quite straightforward.

Execution begins at step 450 every time a new (X,Y,Z) sample arrives from the arithmetic unit 16. Note that the push unit 284 examines only the Z value of each sample.

Step 452 checks whether or not a "push" gesture is already in progress.

Step 454 executes if no "push" gesture is in progress. This step checks if a "push" should begin. First, "push" gestures must be enabled by the user. Second, the current Z value must be greater than the threshold ZpushDown.

If Z is sufficient to begin a push gesture, step 456 sets Out to LEFT to indicate that the left button is now pressed.

Step 458 checks if the current push gesture should end. This check simply involves comparing Z against ZpushUp. If Z is less than ZpushUp, the push gesture is terminated in step 460.

Execution ends at step 462. If neither step 456 nor step 460 was executed then Out remains the same, thus providing the hysteresis referred to above. The state variable Out should be initialized to NONE at startup time.

Those of ordinary skill in the art will note that the tap unit 280 is suitable for use with any touchpad that provides (X,Y) and finger-presence information, and push unit 284 is suitable for use with any touchpad that produces Z (pressure) information. Only the zigzag unit 282 depends on special characteristics of the particular touchpad technology disclosed herein, namely the fact that two fingers reliably report an averaged finger position.

Two more algorithms that are not directly part of gesture processing may be used to address minor problems that occur when the user taps on the pad. Specifically, the finger position sometimes shears sharply in one direction just as the finger lifts away. This is due to natural slippage of the finger during this action, and is aggravated when the finger is held at a shallow angle. A "reverse motion" algorithm can deal with some of this problem, but if the apparent finger position jumps so far that the TapRadius test fails, reverse motion cannot help.

If Z is seen to be changing rapidly between the current and previous samples (i.e., if the absolute difference between the current and previous Z values is less than some empirically determined threshold), then the time constant of the (X,Y) filtering of the output of the arithmetic unit 16 can be increased. Normally, the old filter value and new quotient are averaged with roughly equal weighting to produce the new filter value. If Z is rapidly changing, the old filter value is instead weighted considerably (e.g., an order of magnitude) more than the new quotient. The result is that any motion occurring during this instant of high Z change is heavily damped.

Often the spurious motion that arises from a finger-lift occurs all in the very last sample before Z decreases below the finger-down threshold Zthresh. Another solution to the problem of spurious finger-lift motion is the "lift-jump suppression" mechanism, which attempts to suppress this final spurious motion event. FIG. 21 shows an illustrative circuit for performing the lift-jump suppression function.

The circuit shown in FIG. 21 performs lift jump suppression. It examines the sequence of (X,Y) position samples arriving from dividers 174 and 176 of FIG. 8 to produce a speed S which is further processed to obtain a motion-suppression signal. As described previously, it is best to use the quotient values directly, before any smoothing or filtering stage, when computing the speed S.

Referring to FIG. 21, X coordinates are stored in delay 470. Subtractor 472 computes the absolute value of the difference between the current X value and the previous value stored in delay 470. Likewise, delay 474 and subtractor 476 compute the absolute change in Y. Adder 478 forms the sum of these absolute differences to produce speed S, the distance between the current and previous samples. As previously described, it is clear that other distance measures may be used for this computation. Note that, in addition to the circuitry of FIG. 21, the zigzag unit 282 also makes use of the speed value S as previously disclosed.

Delay units 480 and 482 record the previous and second-previous values of S, known as S' and S", respectively. Divider 484 computes the quantity one-half of S, denoted S/2. The lift-jump suppression unit looks for a characteristic relationship among the values S, S', S", and S/2 in an attempt to recognize spurious lift-jump events. One practiced in the art will recognize that S" is not valid until the fourth sample of a given finger stroke; thus, the lift-jump suppression unit is disabled for the first three samples of each stroke. The lift-jump suppression unit also employs a parameter LiftJump, a speed threshold which is determined experimentally and is affected by the sample rate and the sensitivity of the sensor pad.

Comparator 486 checks if the speed S is greater than the threshold LiftJump. Comparator 488 checks to see if the previous speed S' is less than LiftJump, and comparator 490 checks if S' is less than S/2. Similarly, comparator 492 checks to see if the second-previous speed S" is less than LiftJump, and comparator 494 checks if S" is less than S/2. If all five conditions are satisfied, AND gate 496 outputs a "suppress-motion" signal which suppresses the action of motion unit 18 for this sample. When motion unit 18 is suppressed, its output (ΔX,ΔY) is not generated for the current sample, and its delay unit 260 is not clocked.

The profile detected by the lift-jump suppression unit usually occurs during a last spurious motion sample before the finger lifts. Since Z will fall below Zthresh on the very next sample, the current sample will never contribute to any motion events sent to the host. The algorithm is guaranteed by design not to suppress more than one sample in a row. Thus, if the algorithm "guesses wrong" and Z does not fall below Zthresh, the skipped finger motion will be taken up

5,880,411

51

into the (ΔX,ΔY) packet produced by the next sample with only a tiny hesitation in the perceived cursor motion.

The increased sensitivity of the touch sensor system of the present invention allows for a lighter input finger touch which makes it easy for human use. Increased sensitivity also makes it easier to use other input objects, like pen styli, etc. Additionally, this sensitivity allows for a tradeoff against a thicker protective layer, or different materials, which both can allow for lower manufacturing costs.

Greater noise rejection allows for greater flexibility in use and reduced sensitivity to spurious noise problems. Two techniques are employed which allow derivation of the most noise-rejection benefit.

Due to the drive and sense techniques employed in the present invention, the data acquisition rate has been increased by about a factor of 30 over the prior art. This offers several obvious side effects. First, for the same level of signal processing, the circuitry can be turned off most of the time and reduce power consumption by roughly a factor of 30 in the analog section of the design. Second, since more data is available, more signal processing, such as filtering and gesture recognition, can be performed.

The sensor electronic circuit employed in the present invention is very robust and calibrates out process and systematic errors. It will process the capacitive information from the sensor and provide digital information to an external device, for example, a microprocessor.

Because of the unique physical features of the present invention, there are several ergonomically interesting applications that were not previously possible. Presently a mouse or trackball is not physically convenient to use on portable computers. The present invention provides a very convenient and easy-to-use cursor position solution that replaces those devices.

In mouse-type applications, the sensor of the present invention may be placed in a convenient location, e.g., below the "space bar" key in a portable computer. When placed in this location, the thumb of the user may be used as the position pointer on the sensor to control the cursor position on the computer screen. The cursor may then be moved without the need for the user's fingers to leave the keyboard. Ergonomically, this is similar to the concept of the Macintosh Power Book with its trackball, however the present invention provides a significant advantage in size over the trackball. Extensions of this basic idea are possible in that two sensors could be placed below the "space bar" key for even more feature control.

The computer display with its cursor feedback is one small example of a very general area of application where a display could be a field of lights or LEDs, an LCD display, or a CRT. Examples include touch controls on laboratory equipment where present equipment uses a knob/button/touch screen combination. Because of the articulating ability of this interface, one or more of those inputs could be combined into one of the inputs described with respect to the present invention.

Consumer Electronic Equipment (stereos, graphic equalizers, mixers) applications often utilize significant front panel surface area for slide potentiometers because variable control is needed. The present invention can provide such control in one small touch pad location. As Electronic Home Systems become more common, denser and more powerful human interface is needed. The sensor technology of the present invention permits a very dense control panel. Hand-held TV/VCR/Stereo controls could be ergonomically formed and allow for more powerful features if this sensor technology is used.

52

The sensor of the present invention can be conformed to any surface and can be made to detect multiple touching points, making possible a more powerful joystick. The unique pressure detection ability of the sensor technology of the present invention is also key to this application. Computer games, "remote" controls (hobby electronics, planes), and machine tool controls are a few examples of applications which would benefit from the sensor technology of the present invention.

Musical keyboards (synthesizers, electric pianos) require velocity sensitive keys which can be provided by the pressure sensing ability of this sensor. There are also pitch bending controls, and other slide switches that could be replaced with this technology. An even more unique application comprises a musical instrument that creates notes as a function of the position and pressure of the hands and fingers in a very articulate 3-d interface.

The sensor technology of the present invention can best detect any conducting material pressing against it. By adding a compressible insulating layer covered by a layer of conductive material on top of the sensor the sensor of the present invention may also indirectly detect pressure from any object being handled, regardless of its electrical conductivity.

Because of the amount of information available from this sensor it will serve very well as an input device to virtual reality machines. It is easy to envision a construction that allows position-monitoring in three dimensions and some degree of response (pressure) to actions.

While embodiments and applications of this invention have been shown and described, it would be apparent to those skilled in the art that many more modifications than mentioned above are possible without departing from the inventive concepts herein. The invention, therefore, is not to be restricted except in the spirit of the appended claims.

What is claimed is:

1. A method for recognizing an extended drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

    detecting a first presence of a conductive object on the touch-sensor pad of a first duration between a start and a finish of said first presence;

    comparing said first duration with a first reference amount of time;

    initiating a gesture signal to the host indicating the occurrence of a gesture if said first duration is less than said first reference amount of time;

    detecting a second presence of a conductive object on the touch-sensor pad of a second duration between a start and a finish of said second presence;

    comparing a first elapsed time between said finish of said first presence and said start of said second presence with a second reference amount of time;

    maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second duration if said first elapsed time is less than said second reference amount of time;

    detecting a third presence of a conductive object on the touch-sensor pad of a third duration between a start and a finish of said third presence;

    comparing a second elapsed time between said finish of said second presence and said start of said third presence with a third reference amount of time; and

    maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second

5,880,411

53

elapsed time and said third duration if said second elapsed time is less than said third reference amount of time.

2. A method for recognizing an extended drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad of a first duration between a start and a finish of said first presence;

comparing said first duration with a first reference amount of time;

initiating a gesture signal to the host indicating the occurrence of a gesture if said first duration is less than said first reference amount of time;

detecting a second presence of a conductive object on the touch-sensor pad of a second duration between a start and a finish of said second presence;

comparing a first elapsed time between said finish of said first presence and said start of said second presence with a second reference amount of time;

detecting an average speed of said conductive object at said finish of said second presence;

comparing said average speed of said conductive object at said finish of said second presence with a first reference speed;

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second duration if said first elapsed time is less than said second reference amount of time;

detecting a third presence of a conductive object on the touch-sensor pad of a third duration between a start and a finish of said third presence;

comparing a second elapsed time between said finish of said second presence and said start of said third presence with a third reference amount of time; and

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second elapsed time and said third duration if said second elapsed time is less than said third reference amount of time and said average speed of said conductive object at said finish of said second presence is greater than said first reference speed.

3. A method for recognizing an extended drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad of a first duration between a start and a finish of said first presence;

comparing said first duration with a first reference amount of time;

initiating a gesture signal to the host indicating the occurrence of a gesture if said first duration is less than said first reference amount of time;

detecting a second presence of a conductive object on the touch-sensor pad of a second duration between a start and a finish of said second presence;

comparing a first elapsed time between said finish of said first presence and said start of said second presence with a second reference amount of time;

detecting a position of said finish of said second presence on said touch-sensor pad;

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said first

54

elapsed time if said first elapsed time is less than said second reference amount of time;

detecting a third presence of a conductive object on the touch-sensor pad of a third duration between a start and a finish of said third presence;

comparing a second elapsed time between said finish of said second presence and said start of said third presence with a third reference amount of time;

detecting a position of said start of said third presence on said touch-sensor pad;

comparing a distance between said position of said finish of said second presence and said position of said start of said third presence with a first reference distance; and

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second elapsed time and said third duration if said second elapsed time is less than said third reference amount of time and said distance between said position of said finish of said second presence and said position of said start of said third presence is greater than said first reference distance.

4. A method for recognizing a variable drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad of a first duration between a start and a finish of said first presence;

comparing said first duration with first and second reference amounts of time, said second reference amount of time being less than said first reference amount of time;

initiating a gesture signal to the host indicating the occurrence of a gesture if said first duration is less than said first reference amount of time;

detecting a second presence of a conductive object on the touch-sensor pad of a second duration between a start and a finish of said second presence;

comparing an elapsed time between said finish of said first presence and said start of said second presence with a third reference amount of time if said first duration is less than said second reference amount of time;

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second duration if said elapsed time compared to said third reference amount of time is less than said third reference amount of time

comparing said elapsed time with a fourth reference amount of time if said first duration is greater than said second reference amount of time and less than said first reference amount of time; and

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second duration if said elapsed time compared to said fourth reference amount of time is less than said fourth reference amount of time.

5. A method for recognizing an variable drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of:

detecting a first presence of a conductive object on the touch-sensor pad of a first duration between a start and a finish of said first presence;

comparing said first duration with first and second reference amounts of time, said second reference amount of time being less than said first reference amount of time;

5,880,411

initiating a gesture signal to the host indicating the occurrence of a gesture if said first duration is less than said second reference amount of time;

initiating a gesture signal to the host after a delay indicating the occurrence of a gesture if said first duration is greater than said second reference amount of time but less than said first reference amount of time;

detecting a second presence of a conductive object on the touch-sensor pad of a second duration between a start and a finish of said second presence;

comparing an elapsed time between said finish of said first presence and said start of said second presence with a third reference amount of time if said first duration is less than said second reference time;

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second duration if said elapsed time compared to said third reference amount of time is less than said third reference amount of time

comparing said elapsed time with a fourth reference amount of time if said first duration is greater than said second reference amount of time and less than said first reference amount of time; and

maintaining said gesture signal and repeatedly sending X and Y position information to said host for said second duration if said elapsed time compared to said fourth reference amount of time is less than said fourth reference amount of time

6. A method for providing an electrical signal for moving a cursor on a display screen associated with a computer in response to electrical signals representing the position of an object in a two dimensional sensing plane, including the steps of:

providing a sensing plane including a matrix of conductors arranged as a plurality of spaced apart row conductive lines and column conductive lines, said sensing plane characterized by an inherent capacitance on the various ones of said row conductive lines and column conductive lines, said capacitance varying with the proximity of an object to said row and column conductive lines, said sensing plane including an inner region bounded by an outer region, said outer region extending inward from outer edges of said sensing plane and said outer region having a first portion in an X plane and a second portion in a Y plane;

sensing the capacitance on at least selected ones of said row and column conductive lines;

generating present-position signals from the sensed capacitance representing the present position of said object in both X and Y directions on said sensing plane;

sensing whether said object is in said outer region of said sensing plane;

generating first relative position X and Y signals representing the difference between X and Y coordinates of said present position of said object and X and Y coordinates of a previous position of said object, and sending said first relative position X and Y signals to said computer if said object is not in said outer region of said sensing plane;

generating a second relative position X signal representing the difference between said X coordinate of said present position of said object and an X coordinate of a fixed position on said sensing plane if said object is in said second portion of said outer region of said sensing plane, and sending said second relative position

X signal to said computer so long as said object is in said second portion of said outer region of said sensing plane; and

generating a second relative position Y signal representing the difference between said Y coordinate of said present position of said object and a Y coordinate of a fixed position on said sensing plane if said object is in said first portion of said outer region of said sensing plane, and sending said second relative position Y signal to said computer so long as said object is in said first portion of said outer region of said sensing plane.

7. The method of claim 6 wherein said fixed position on said sensing plane is the geometric center of said sensing plane.

8. The method of claim 6 wherein said present-position signals, said first relative position X and Y signals, and said second relative position X and Y signals are digital signals.

9. A method for providing an electrical signal for moving a cursor on a display screen associated with a computer in response to electrical signals representing the position of an object in a two dimensional sensing plane, including the steps of:

providing a sensing plane including a matrix of conductors arranged as a plurality of spaced apart row conductive lines and column conductive lines, said sensing plane characterized by an inherent capacitance on the various ones of said row conductive lines and column conductive lines, said capacitance varying with the proximity of an object to said row and column conductive lines, said sensing plane including an inner region bounded by an outer region, said outer region extending inward from outer edges of said sensing plane and said outer region having a first portion in an X plane and a second portion in a Y plane;

sensing the capacitance on at least selected ones of said row and column conductive lines;

generating present-position signals from the sensed capacitance representing the present position of said object in both X and Y directions on said sensing plane;

sensing whether said object is in said outer region of said sensing plane;

generating first relative position X and Y signals representing the difference between X and Y coordinates of said present position of said object and X and Y coordinates of a previous position of said object, and sending said first relative position X and Y signals to said computer if said object is not in said outer region of said sensing plane;

generating a second relative position X signal if said object is in said second portion of said outer region of said sensing plane, said second relative position X signal comprising said first X signal incremented by an amount proportional to the difference in said X direction between said present position in said X direction of said object and a fixed X position on said sensing plane, and sending said second relative position digital X signals to said computer so long as said object is in said second portion of said outer region of said sensing plane; and

generating a second relative position Y signal if said object is in said first portion of said outer region of said sensing plane, said second relative position Y signal comprising said first Y signal incremented by an amount proportional to the difference in said Y direction between said present position in said Y direction of said object and a fixed Y position on said sensing plane,

5,880,411

57

and sending said second relative position digital Y signals to said computer so long as said object is in said first portion of said outer region of said sensing plane.

**10.** The method of claim **9** wherein said fixed X position and said fixed Y position on said sensing plane define the geometric center of said sensing plane.

**11.** The method of claim **9** wherein said present-position signals, said first relative position X and Y signals, and said second relative position X and Y signals are digital signals.

**12.** The method of claim **9** wherein:

said amount proportional to the difference in said X direction between said present position in said X direction of said object and a fixed X position on said sensing plane is m times the difference in said X direction between said present position in said X direction of said object and a center X position on said sensing plane; and

said amount proportional to the difference in said Y direction between said present position in said Y direction of said object and a fixed Y position on said sensing plane is n times the difference in said Y direction between said present position in said Y direction of said object and a center Y position on said sensing plane;

wherein m and n are numbers chosen to impart a desired speed to the motion of said cursor on said display.

**13.** The method of claim **12** wherein the ratio of m to n is equal to the ratio of the width of said sensing plane to the height of said sensing plane.

**14.** A method for providing an electrical signal for moving a cursor on a display screen associated with a computer in response to electrical signals representing the position of an object in a two dimensional sensing plane, including the steps of:

providing a sensing plane including a matrix of conductors arranged as a plurality of spaced apart row conductive lines and column conductive lines, said sensing plane characterized by an inherent capacitance on the various ones of said row conductive lines and column conductive lines, said capacitance varying with the proximity of an object to said row and column conductive lines, said sensing plane including an inner region bounded by an outer region, said outer region extending inward from outer edges of said sensing plane and said outer region having a first portion in an X plane and a second portion in a Y plane;

simultaneously developing a first set of signals proportional to the value of said capacitance for each of said row conductive lines when no object is located proximate to said sensing plane;

simultaneously developing a second set of signals proportional to the value of said capacitance for each of said column conductive lines when no object is located proximate to said sensing plane;

simultaneously developing a third set of signals proportional to the value of said capacitance for each of said row conductive lines when an object is located proximate to said sensing plane;

simultaneously developing a fourth set of signals proportional to the value of said capacitance for each of said column conductive lines when said object is located proximate to said sensing plane;

computing a first weighted average of the difference between said first set of signals and said third set of signals to generate a present-position signal in the X direction of said sensing plane;

58

computing a second weighted average of the difference between said second set of signals and said fourth set of signals generate a present-position signal in the Y direction of said sensing plane;

generating first relative position X and Y signals representing the difference between said present-position signals in both X and Y directions and a previous set of present-position signals in both X and Y directions, and sending said first relative position X and Y signals to said computer if said object is not in said outer region of said sensing plane;

generating a second relative position X signal representing the difference between said X coordinate of said present position of said object and an X coordinate of a fixed position on said sensing plane if said object is in said second portion of said outer region of said sensing plane, and sending said second relative position X signal to said computer so long as said object is in said second portion of said outer region of said sensing plane; and

generating a second relative position Y signal representing the difference between said X coordinate of said present position of said object and a Y coordinate of a fixed position on said sensing plane if said object is in said first portion of said outer region of said sensing plane, and sending said second relative position Y signal to said computer so long as said object is in said first portion of said outer region of said sensing plane.

**15.** The method of claim **14** wherein said fixed position on said sensing plane is the geometric center of said sensing plane.

**16.** The method of claim **14**, wherein the steps of simultaneously developing said first, second, third, and fourth sets of signals includes the steps of:

placing a first known voltage on said row conductive lines;

discharging said row conductive lines for a fixed time at a fixed current;

measuring and storing a first set of row conductive line resultant voltages across said row conductive lines;

placing a second known voltage on said row conductive lines;

charging said row conductive lines for said fixed time at said fixed current;

measuring and storing a second set of row conductive line resultant voltages across said row conductive lines;

averaging corresponding ones of said first and second sets of row conductive line resultant voltages;

placing a first known voltage on said column conductive lines;

discharging said column conductive lines for a fixed time at a fixed current;

measuring and storing a first set of column conductive line resultant voltages across said column conductive lines;

placing a second known voltage on said column conductive lines;

charging said column conductive lines for said fixed time at said fixed current;

measuring and storing a second set of column conductive line resultant voltages across said column conductive lines; and

averaging corresponding ones of said first and second sets of column conductive line resultant voltages.

5,880,411

59

**17**. The method of claim **14** wherein the steps of computing said first and second weighted averages comprises the steps of:

computing a sum and a weighted sum of said first set of signals;

computing a sum and a weighted sum of said second set of signals;

computing a sum and a weighted sum of said third set of signals;

computing a sum and a weighted sum of said fourth set of signals;

computing a row numerator by subtracting said weighted sum of said first set of signals from said weighted sum of said third set of signals;

computing a row denominator by subtracting said sum of said first set of signals from said sum of said third set of signals;

dividing said row numerator by said row denominator to derive a row position signal representing the position of said object in a row dimension;

computing a column numerator by subtracting said weighted sum of said second set of signals from said weighted sum of said fourth set of signals;

computing a column denominator by subtracting said sum of said second set of signals from said sum of said fourth set of signals; and

dividing said column numerator by said column denominator to derive a column position signal representing the position of said object in a column dimension.

**18**. The method of claim **17** including the further steps of:

storing said sum and said weighted sum of said first and third set of signals as a stored sum and a stored weighted sum of said second and fourth sets of signals;

using said stored sum and said stored weighted sum in computing subsequent ones of said row numerators and denominators and said column numerators and denominators; and

using said stored sum and said stored weighted sum for providing an electrical signal representative of a subsequent position of said object in said two dimensional plane.

**19**. A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of:

providing a sensing plane;

sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane;

generating first cursor motion signals for moving the cursor if said object is not in said outer region of said sensing plane, said first cursor motion signals moving said cursor in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals; and

generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals incrementally moving said cursor on the display screen a selected distance in a direction representing the differ-

60

ence between a fixed reference point on said sensing plane and said present position of said object on said sensing plane, said second cursor motion signals being generated so long as said object is in said outer region of said sensing plane.

**20**. The method of claim **19** wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals.

**21**. The method of claim **19** wherein said sensing plane comprises a touchpad.

**22**. The method of claim **19** wherein said fixed reference point is the center of the sensing plane.

**23**. The method of claim **22** wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen.

**24**. A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of:

providing a sensing plane;

sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane;

generating first cursor motion signals for moving the cursor if said object is not in said outer region of said sensing plane, said first cursor motion signals moving said cursor in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals; and

generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals incrementally moving said cursor on the display screen a selected distance in a fixed direction relative towards said outer edge of said sensing plane to which said object is proximate, said second cursor motion signals being generated so long as said object is in said outer region of said sensing plane.

**25**. The method of claim **24** wherein said fixed direction is perpendicular to said outer edge of said sensing plane to which said object is proximate.

**26**. The method of claim **24** wherein said sensing plane comprises a touchpad.

**27**. The method of claim **24** wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen.

**28**. The method of claim **24** wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals.

**29**. The method of claim **24** wherein the step of generating second cursor motion signals comprises generating second cursor motion signals causing said cursor to move in a fixed direction relative to a corner between two abutting outer edges of said sensing plane if said object is in said outer region proximate to said corner.

**30**. A method for X and Y cursor motion signals for moving a cursor on a display screen in response to signals representing of the position of an object sensed on a sensing plane, including the steps of:

providing a sensing plane;

sensing the presence of an object on said sensing plane and generating present-position signals representing

5,880,411

**61**

the present position of said object in both X and Y directions on said sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane;

generating first X and Y cursor motion signals for moving the cursor if said object is not in said outer region of said sensing plane, said first X and Y cursor motion signals moving said cursor in an X direction on the display screen representing the difference between an X component of a previous position of said object and an X component of said present position of said object reported by said present-position signals and moving said cursor in a Y direction on the display screen representing the difference between a Y component of a previous position of said object and a Y component of said present position of said object reported by said present-position signals; and

generating second X and Y cursor motion signals different from said first X and Y cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second X and Y cursor motion signals incrementally moving said cursor on the display screen a selected distance in X direction representing the difference between an X location of a fixed reference point on said sensing plane and an X component of said present position of said object on said sensing plane and a selected distance in Y direction representing the difference between a Y location of a fixed reference point on said sensing plane and a Y component of said present position of said object on said sensing plane, said second cursor motion signals being generated so long as said object is in said outer region of said sensing plane.

**31**. The method of claim **30** wherein said sensing plane comprises a touchpad.

**32**. The method of claim **30** wherein said fixed reference point is the center of the sensing plane.

**33**. The method of claim **30** wherein said selected distance in X and said selected distance in Y for cursor motion are chosen to impart a desired speed to the motion of said cursor on said display screen.

**34**. The method of claim **30** wherein said present-position signals, said first X and Y cursor motion signals, and said second X and Y cursor motion signals are digital signals.

**35**. A method for X and Y cursor motion signals for moving a cursor on a display screen in response to signals representing of the position of an object sensed on a rectangular sensing plane, including the steps of:

providing a rectangular sensing plane having four edges, one each in the +X, −X, +Y and −Y directions where X=0 and Y=0 define the origin in a coordinate system;

sensing the presence of an object on said rectangular sensing plane and generating present-position signals representing the present position of said object in both X and Y directions on said rectangular sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said rectangular sensing plane, said outer edge being perpendicular to one of a +X, −X, +Y and −Y direction;

generating first X and Y cursor motion signals for moving the cursor if said object is not in said outer region of said rectangular sensing plane, said first X and Y cursor motion signals moving said cursor in an X direction on the display screen representing the difference between an X component of a previous position of said object and an X component of said present position of said

**62**

object reported by said present-position signals and moving said cursor in a Y direction on the display screen representing the difference between a Y component of a previous position of said object and a Y component of said present position of said object reported by said present-position signals; and

generating second X and Y cursor motion signals different from said first X and Y cursor motion signals for moving said cursor if said object has moved into said outer region of said rectangular sensing plane, said second X and Y cursor motion signals incrementally moving said cursor on the display screen a selected distance in a fixed direction in only the at least one +X, −X, +Y and −Y direction representing the direction to said outer edge of said rectangular sensing plane to which said object is proximate, said second cursor motion signals being generated so long as said object is in said outer region of said rectangular sensing plane.

**36**. The method of claim **35** wherein said rectangular sensing plane comprises a touchpad.

**37**. The method of claim **35** wherein said selected distance in a fixed direction in only the at least one +X, −X, +Y and −Y directions representing the direction to said outer edge of said rectangular sensing plane to which said object is proximate is chosen to impart a desired speed to the motion of said cursor on said display screen.

**38**. The method of claim **35** wherein said fixed direction when said object is proximate to two outer edges near a corner of said rectangular sensing plane is a combination of two of the +X, −X, +Y and −Y directions representing the direction to the two outer edges of said rectangular sensing plane to which said object is proximate.

**39**. The method of claim **35** wherein said present-position signals, said first X and Y cursor motion signals, and said second X and Y cursor motion signals are digital signals.

**40**. A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of:

providing a sensing plane;

sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane;

generating first cursor motion signals for moving the cursor, said first cursor motion signals for causing said cursor to move in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals;

generating second cursor motion signals different from said first cursor motion signals if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing said cursor to incrementally move on the display screen a selected distance in a direction representing the difference between a fixed reference point on said sensing plane and said present position of said object on said sensing plane; and

moving said cursor in accordance with said first cursor motion signals when said object is not in said outer region of said sensing plane and moving said cursor in accordance with said first cursor motion signals combined with said second cursor motion signals when said object has moved into said outer region of said sensing

5,880,411

63

plane so long as said object remains in said outer region of said sensing plane.

**41**. The method of claim **40** wherein said first cursor motion signals and said second cursor motion signals are combined as a vector sum.

**42**. The method of claim **40** wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals.

**43**. The method of claim **40** wherein said sensing plane comprises a touchpad.

**44**. The method of claim **40** wherein said fixed reference point is the center of the sensing plane.

**45**. The method of claim **44** wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen.

**46**. A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of:

providing a sensing plane;

sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane;

generating first cursor motion signals for moving the cursor, said first cursor motion signals for causing said cursor to move in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals;

generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing said cursor to incrementally move on the display screen a selected distance in a fixed direction relative towards said outer edge of said sensing plane to which said object is proximate; and

moving said cursor in accordance with said first cursor motion signals when said object is not in said outer region of said sensing plane and moving said cursor in accordance with said first cursor motion signals combined with said second cursor motion signals when said object has moved into said outer region of said sensing plane so long as said object remains in said outer region of said sensing plane.

**47**. The method of claim **46** wherein said first cursor motion signals and said second cursor motion signals are combined as a vector sum.

**48**. The method of claim **46** wherein said fixed direction is perpendicular to said outer edge of said sensing plane to which said object is proximate.

**49**. The method of claim **46** wherein said sensing plane comprises a touchpad.

**50**. The method of claim **46** wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen.

**51**. The method of claim **46** wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals.

**52**. The method of claim **46** wherein the step of generating second cursor motion signals comprises generating second cursor motion signals for causing said cursor to move in a fixed direction relative to a corner between two abutting outer edges of said sensing plane if said object is in said outer region proximate to said corner.

64

**53**. A method for moving a cursor on a display screen in response to signals representing of the position of an object sensed on a sensing plane, including the steps of:

providing a sensing plane;

sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object in both X and Y directions on said sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane;

generating first X and Y cursor motion signals for moving the cursor, said first X and Y cursor motion signals for causing said cursor to move a distance in an X direction on the display screen representing the difference between an X component of a previous position of said object and an X component of said present position of said object reported by said present-position signals and for causing said cursor to move a distance in a Y direction on the display screen representing the difference between a Y component of a previous position of said object and a Y component of said present position of said object reported by said present-position signals;

generating second X and Y cursor motion signals different from said first X and Y cursor motion signals if said object has moved into said outer region of said sensing plane, said second X and Y cursor motion signals for causing said cursor to incrementally move on the display screen a selected distance in X direction representing the difference between an X location of a fixed reference point on said sensing plane and an X component of said present position of said object on said sensing plane and a selected distance in Y direction representing the difference between a Y location of a fixed reference point on said sensing plane and a Y component of said present position of said object on said sensing plane; and

moving said cursor in accordance with said first X and Y cursor motion signals when said object is not in said outer region of said sensing plane and moving said cursor in accordance with said first X and Y cursor motion signals combined with said second X and Y cursor motion signals when said object has moved into said outer region of said sensing plane so long as said object remains in said outer region of said sensing plane.

**54**. The method of claim **53** wherein said first X and Y cursor motion signals and said second X and Y cursor motion signals are combined as a vector sum.

**55**. The method of claim **53** wherein said sensing plane comprises a touchpad.

**56**. The method of claim **53** wherein said fixed reference point is the center of the sensing plane.

**57**. The method of claim **53** wherein said selected distance in X direction and said selected distance in Y direction are chosen to impart a desired speed to the motion of said cursor on said display screen.

**58**. The method of claim **53** wherein said present-position signals, said first X and Y cursor motion signals, and said second X and Y cursor motion signals are digital signals.

**59**. A method for moving a cursor on a display screen in response to signals representing of the position of an object sensed on a rectangular sensing plane, including the steps of:

providing a rectangular sensing plane having four edges, one each in the +X, −X, +Y and −Y directions where X=0 and Y=0 define the origin in a coordinate system;

sensing the presence of an object on said rectangular sensing plane and generating present-position signals

5,880,411

65

representing the present position of said object in both X and Y directions on said rectangular sensing plane;

sensing whether said object has moved into an outer region proximate to an outer edge of said rectangular sensing plane, said outer edge being perpendicular to one of a +X, −X, +Y and −Y direction;

generating first X and Y cursor motion signals for moving the cursor, said first X and Y cursor motion signals causing said cursor to move in an X direction on the display screen representing the difference between an X component of a previous position of said object and an X component of said present position of said object reported by said present-position signals and causing said cursor to move in a Y direction on the display screen representing the difference between a Y component of a previous position of said object and a Y component of said present position of said object reported by said present-position signals;

generating second X and Y cursor motion signals different from said first X and Y cursor motion signals for moving said cursor if said object has moved into said outer region of said rectangular sensing plane, said second X and Y cursor motion signals causing said cursor to incrementally move on the display screen a selected distance in a fixed direction in only the at least one +X, −X, +Y and −Y direction representing the direction to said outer edge of said rectangular sensing plane to which said object is proximate; and

moving said cursor in accordance with said first X and Y cursor motion signals when said object is not in said

66

outer region of said rectangular sensing plane and moving said cursor in accordance with said first X and Y cursor motion signals combined with said second X and Y cursor motion signals when said object has moved into said outer region of said rectangular sensing plane so long as said object remains in said outer region of said rectangular sensing plane.

**60**. The method of claim **59** wherein said first X and Y cursor motion signals and said second X and Y cursor motion signals are combined as a vector sum.

**61**. The method of claim **59** wherein said rectangular sensing plane comprises a touchpad.

**62**. The method of claim **59** wherein said selected distance in a fixed direction in only the at least one +X, −X, +Y and −Y directions representing the direction to said outer edge of said rectangular sensing plane to which said object is proximate is chosen to impart a desired speed to the motion of said cursor on said display screen.

**63**. The method of claim **59** wherein said fixed direction when said object is proximate to two outer edges near a corner of said rectangular sensing plane is a combination of two of the +X, −X, +Y and −Y directions representing the direction to the two outer edges of said rectangular sensing plane to which said object is proximate.

**64**. The method of claim **59** wherein said present-position signals, said first X and Y cursor motion signals, and said second X and Y cursor motion signals are digital signals.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

Page 1 of 3

# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,880,411

DATED  :  March 9, 1999

INVENTOR(S) :  David Gillespie, Timothy P. Allen, Ralph Wolf and Shaw Day

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

## In the References;

Please replace "Key" with --Kley--.

On column 11, line 49, replace "tonch" with --touch--.

On column 12, line 30, delete "15".

On column 12, line 37, delete "20".

On column 13, line 10, delete "10".

On column 13, line 35, replace "circuitry," with -- circuitry--.

On column 14, line 46, replace "Will" with --will--.

On column 18, line 32, replace "array, 22" with -- array 22,--.

On column 18, line 33, replace "converters are" with --converters 52 are--.

On column 18, line 55, replace "AND" with --A.D--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    :    5,880,411

DATED    :    March 9, 1999

INVENTOR(S) :    David Gillespie, Timothy P. Allen, Ralph Wolf and Shaw Day

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On column 18, line 58, replace "AID" with --A/D--.

On column 19, line 62, delete "-", which should read as follows:

$$Xposition = \frac{\sum_{i=0}^{n} i \times (C_i - CO_i)}{\sum_{i=0}^{n} (C_i - CO_i)}$$

On column 20, line 1, insert "-", which should read as follows:

$$Xposition = \frac{-\sum_{i=0}^{n} (i \times CO_i) + \sum_{i=0}^{n} (i \times C_i)}{-\sum_{i=0}^{n} (CO_i) + \sum_{i=0}^{n} (i \times C_i)}$$

On column 20, line 29, replace "150,152,154" with --150, 152, 154--.

On column 20, line 46, replace "158,160" with --158, 160--.

On column 20, line 48, replace "166,168,170" with --166, 168, 170--.

On column 23, line 59, replace "unit, 180" with --unit 180--.

### UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,880,411
DATED : March 9, 1999
INVENTOR(S) : David Gillespie, Timothy P. Allen, Ralph Wolf and Shaw Day

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On column 24, line 11, replace "records 184" with --184 records--.

On column 24, line 33, replace "a" with --$\alpha$--.

On column 25, line 33, replace "bias N-channel MOS" with --N-channel MOS bias--.

On column 29, line 7, replace "A $\Delta Y$" with --$\Delta Y$--.

On column 31, line 66, delete "15".

On column 33, line 36, create a new paragraph beginning with the word "Button".

Signed and Sealed this

Nineteenth Day of October, 1999

*Attest:*

Q. TODD DICKINSON

*Attesting Officer*          *Acting Commissioner of Patents and Trademarks*

# EXHIBIT 5

US005943052A

# United States Patent [19]

## Allen et al.

[11] **Patent Number:** 5,943,052

[45] **Date of Patent:** Aug. 24, 1999

[54] **METHOD AND APPARATUS FOR SCROLL BAR CONTROL**

[75] Inventors: **Timothy Allen**, Los Gatos; **Shawn P. Day**, San Jose; **Aaron T. Ferrucci**, Santa Cruz, all of Calif.

[73] Assignee: **Synaptics, Incorporated**, San Jose, Calif.

[21] Appl. No.: **08/909,696**

[22] Filed: **Aug. 12, 1997**

[51] **Int. Cl.[6]** ........................................ **G06F 3/00**

[52] **U.S. Cl.** ............................ **345/341**; 345/173

[58] **Field of Search** ...................... 345/123, 341, 345/163, 156, 173

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,122,785 | 6/1992 | Cooper ..................................... | 345/163 |
| 5,313,229 | 5/1994 | Gilligan et al. ......................... | 345/157 |
| 5,530,455 | 6/1996 | Gillick et al. ........................... | 345/163 |
| 5,659,333 | 8/1997 | Okishima ................................. | 345/123 |
| 5,663,748 | 9/1997 | Huffman et al. ......................... | 345/173 |
| 5,739,821 | 4/1998 | Ho et al. .................................. | 345/340 |
| 5,748,185 | 5/1998 | Stephan et al. .......................... | 345/173 |

*Primary Examiner*—A. Katbab
*Attorney, Agent, or Firm*—Malcolm B. Wittenberg

[57] **ABSTRACT**

An apparatus for touchpad-based scroll control and method for scroll control comprising a data packet processor working in conjunction with a touchpad. A scroll zone, having a central axis, is defined on the touchpad. After detecting a user running a finger on the touchpad in a direction substantially parallel to an axis running the length of the scroll zone, the processor software sends scrolling messages to the operating system or application that owns an active window. The packet processing software is configured to not scroll on motions that are not substantially parallel to the axis of the scroll zone, thereby avoiding unwanted interference with normal program function, and also stops scrolling when the user lifts the scroll-activating finger or moves it in direction substantially perpendicular to the scroll zone.

**20 Claims, 4 Drawing Sheets**





*FIG. 1*
(PRIOR ART)



**FIG. 2**



**FIG. 3**



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**



*FIG. 5*



*FIG. 5A*

5,943,052

1

# METHOD AND APPARATUS FOR SCROLL BAR CONTROL

## FIELD OF THE INVENTION

The invention relates generally to computer pointing devices and specifically to scrolling movements triggered by computer pointing devices for use with graphical user interfaces.

## BACKGROUND OF THE INVENTION

Graphical user interfaces (GUIs) are well known. One key feature of all GUIs is a scrollable window to speed access to content. Typically, there is a graphical control on the edge of a window, called a scroll bar. Scrolling is accomplished by using a pointing device, such as a mouse, to move a cursor over the scroll bar.

FIG. 1 illustrates a typical prior art GUI display including a scrollable window. The display of a typically program may include menu bar 11, button bar 12, and data display 14. Vertical and horizontal scroll bars 15 (and graphical components of the scroll bars, such as arrow button 17 and scroll elevator 16) typically occupy one or two small portions of the screen. Therefore, it is difficult and/or time consuming for users to position a cursor exactly on the scroll bar and scroll bar components. Often, users overshoot the scroll bar and must use multiple motions to return the cursor to the proper location on the screen. Increasing the size of the scroll bar and its constituent components is not a desirable option since this would necessarily reduce the amount of display area available for data in the main data display portion 14.

To partially address the need for easier access to the GUI scrolling function, Gillick et al., in U.S. Pat. No. 5,530,455, describe a roller mouse that includes an extra wheel on its top surface. The extra wheel is used to scroll display windows without repositioning the cursor. However, utility of the Gillick et al. roller mouse is limited: it requires the addition of a complicated and expensive mechanical component to an existing mouse. Also, the roller mouse is not suitable for some desktop computers and most portable computers (that normally use trackballs, touchpads and similarly stationary pointing devices) because it requires space to accommodate a moving mouse.

## SUMMARY OF THE INVENTION

To address the shortcomings of the prior art, the present invention provides a system for converting user-applied stimuli on a cursor-control device into graphical user interface window scrolling messages, the system comprising a cursor-control input device and a data packet processor. The input device includes a scrolling zone and is in electrical communication with a computer and forwards data packets to the computer. The data packet processor generates a plurality of messages in response to the stimuli applied by the user to the scrolling zone on the input device and causes an active window in the graphical user interface to scroll visual display data in response to the messages sent by the packet processor.

The system further comprises a touchpad-based scroll control and method for scroll control comprising a data packet processor working in conjunction with a touchpad. A scroll zone, having a central axis, is defined on the touchpad. After detecting a user running a finger on the touchpad in a direction substantially parallel to an axis running the length of the scroll zone, the processor software sends scrolling

2

messages to the operating system or application that owns an active window. The packet processing software is configured to not scroll on motions that are not substantially parallel to the axis of the scroll zone, thereby avoiding unwanted interference with normal program function, and also stops scrolling when the user lifts the scroll-activating finger or moves it in direction substantially perpendicular to the scroll zone.

It is therefore a first advantage of this invention to provide easy-to-use scrolling without any additional mechanical components beyond those already available in many computers.

It is a further advantage of the present invention to provide an easy-to-use scrolling feature for desktop and portable computers.

It is still another advantage of the present invention to provide a touchpad-integrated scroll control feature that can differentiate user-motions intended for scroll control from those merely intended for cursor control.

## BRIEF DESCRIPTION OF THE DRAWINGS

The aforementioned advantages of the present invention as well as additional advantages thereof will be more clearly understood hereinafter as a result of a detailed description of a preferred embodiment of the invention when taken in conjunction with the following drawings in which:

FIG. 1 illustrates a prior art graphical user interface including a scroll bar feature.

FIG. 2 illustrates the architecture and function of the apparatus of the present invention.

FIG. 3 illustrates the relationship between the modified touchpad of the present invention and an active display window.

FIG. 4, comprising FIG. 4A, FIG. 4B and FIG. 4C, illustrates a variety of user finger motions recognized as non-scrolling by the processor software apparatus of the present invention.

FIGS. 5 and 5A illustrate the function of the packet processor shown in FIG. 2 as well as the scroll control method of the present invention.

## DETAILED DESCRIPTION OF THE PRESENT INVENTION

FIG. 2 illustrates the general architecture of the apparatus of the present invention. Touchpad 18 includes a defined scroll zone 19. Scroll zone 19 could be vertical (as shown), horizontal, or otherwise located on touchpad 18, preferably to enable easy access for the user and proper alignment with the location of scroll bar 15 in window 30 for easy hand-eye coordination of touchpad movements to cursor and scrolling movements on the window display. Packet processor 20, implemented as a program on a central processing unit, examines data packets generated by touchpad 18. When scroll zone 19 is appropriately activated by the user, packet processor 20 sends scroll messages to an operating system or application 25 (such as a visual calendar display, as shown in FIG. 1) that controls a window 30 including a scroll bar 15. Scroll messages processed by packet processor 20 and received by operating system 25 cause window 30 to scroll the contents in data display region 14 shown in FIG. 1.

FIG. 3 illustrates a preferred embodiment of the relationship between touchpad 18 and window 30. When a user's finger makes a valid motion from a point 50 to another point 55, the vertical distance therebetween being $\Delta F$, then window 30 scrolls its contents by some amount $\Delta D$ that is

5,943,052

**3**

proportional to ΔF. Similarly, scroll elevator **40** moves by an amount ΔT, also proportional to ΔF.

FIGS. 4A–4C illustrate invalid user scrolling motions. In FIG. 4A, the user's finger lands on the touchpad at point X, outside of the scroll zone, then moves into the scroll zone. This motion preferably will not trigger the scrolling function. In FIG. 4B, the user's finger exits the scroll zone, thereby aborting the scrolling function. In FIG. 4C, the user's finger makes a motion not substantially parallel to scroll zone axis **37**, and is therefore ignored by packet processor **20**.

The function of packet processor **20** and preferred method of the present invention is illustrated in the flowcharts of FIGS. 5 and 5A. Preferably, packet processor **20** is computer software executed on a central processing unit and working in conjunction with a touchpad driver (not shown) to influence display window **30** and scroll bar **15**.

Turning first to FIG. 5, at step **100** packet processor **20** remains in standby mode until it receives a data packet from touchpad **18**. Typically, this packet is provided by the touchpad driver after receipt across data line **13** (illustrated in FIG. 2 between touchpad **18** and packet processor **20**), in a manner understood by one skilled in the art to which the present invention pertains. In a preferred embodiment, each touchpad packet contains at least finger up/down (on/off touchpad) movement information, current x,y-coordinate location information, and information indicating whether any buttons have been pressed or button-emulating gestures have been executed.

At step **105**, the system updates a current estimate for velocity of movement of a finger or pointing mechanism on touchpad **18**. Packets relayed when the finger is off touchpad **18** have an undefined velocity. The first finger down packet sets the finger velocity to zero. After another finger down packet is received, velocity information is derived from the difference in location between the first and second finger down packets. For subsequent finger down packets, the velocity is a first-order filter of the difference between sequential packets.

At step **110** the system determines whether the finger is on the touchpad during the current packet. If not, then the system determines whether the finger was down in the last touchpad packet at step **115**. If not, then there is no processing required and control flows back to step **100**. Otherwise, at step **120** the system sets a variable labeled "LastFingerDown" to FALSE.

At step **125**, the processor queries the variable labeled "Active." Variable "Active" is TRUE when packet processor **20** is sending scroll messages to window **30**. If variable "Active" is FALSE, then step **130** queries the "Standby" variable. Variable "Standby" is TRUE when packet processor **20** is ready to scroll, but has not yet sent any scroll messages. If "Active" is TRUE or "standby" is TRUE, then the processor stops any scrolling activity at step **135** by turning "Active" and "Standby" to FALSE and moving the cursor back to its pre-scrolling location. After step **135**, control flows back to step **100** to wait for another packet.

If, at step **110**, the data packet indicates the user's finger is down, at step **140** the processor determines whether the finger was down on the previous packet. If so, then variable "LastFingerDown" is set to TRUE and at step **145** and, at step **150**, variable FingerDownPoint is set to the x,y coordinate of the current packet. The processor then determines at step **155** whether any buttons or button-emulating gestures have registered in the current packet. If so, the processor aborts all scrolling at step **160** (in a manner similar to or the same as

**4**

step **135**, described above). Control then flows back to step **100**. If no button activity is sensed at step **155**, the processor determines whether variable FingerDownPoint is in scroll zone **19** by comparing variable x to a constant xZone ( representing the interior edge of scroll zone **19**). (For an alternative embodiment including a horizontal scroll zone, the processor would compare variable y to edge yZone of the scroll zone.) If FingerDownPoint is outside the scroll zone, then scrolling is not requested, and the packet processor returns to standby mode at step **165**, which sets variable "Standby" to TRUE. Control then flows back to step **100**.

Returning to step **140**, if variable LastFingerDown is FALSE, button activity is checked at step **170**. Steps **170** and **175** are preferably substantially equivalent to steps **155** and **160** described above. If no button activity is found at step **170**, control flows to step **180**. If, at steps **180** and **185**, the processor determines that both the "Active" and "Standby" variables are FALSE, then there is no scrolling and control flows back to step **100**. Otherwise, at step **190** the processor determines whether the finger has moved outside scroll zone **19** by testing whether the x location of the finger packet is less than constant xAbort, where constant xAbort represents a position that is slightly to the left of scroll zone border xZone, thereby providing hysteresis within the scroll zone determination. If the processor determines at step **190** that the finger has left scroll zone **19**, then all scrolling is stopped at step **195** in a manner analogous to that described above for step **135**.

If, at step **190**, the finger is determined to be to the right of xAbort and still within scroll zone **19**, then control flows to step **200** in FIG. 5A, wherein the processor queries variable "Active". If "Active" is TRUE, then packet processor **20** will either transmit a scrolling message or abort scrolling. At step **202**, the processor determines whether the motion is small. In a preferred embodiment, the magnitude of motions is calculated by squaring the magnitude of the finger velocity. If the square of the velocity magnitude is less than a predetermined constant, the motion is considered small. If the motion is small, then control flows to step **220**, which calls a ScrollTo function with the CurrentPoint as the destination, as understood to one skilled in the art to which the present invention pertains.

If the motion is not small, then the processor determines at step **205** whether the motion is perpendicular to scrolling axis **37** (illustrated in FIG. 4C). In a preferred embodiment, the motion is considered perpendicular when the velocity vector forms an angle of between 60 and 120 degrees with scrolling axis **37**. If the motion is not perpendicular, then control flows to step **220**. If the motion is perpendicular, then the processor determines at step **210** whether the motion is towards the center of the touchpad. If it is, then the combination of tests **202**, **205** and **210** indicate that the user wants to abort the scroll and, at step **220**, the processor stops the scrolling action. After either step **215** or step **220** is executed, control flows back to step **100** and packet processor **20** waits for another packet.

If, at step **200**, variable "Active" is false, then scrolling may begin. At step **225**, the processor determines whether the motion is small. If not, then at step **230** it determines whether the motion is substantially parallel to the scroll axis (preferably within 30 degrees). If the motion is neither small nor substantially parallel to the scroll axis, then at step **240** the processor cancels the scroll standby (by setting the "Standby" variable to FALSE) and control flows back to step **100**.

If the motion is either small or parallel to scroll axis **37**, then at step **235** the processor computes the amount of net

5,943,052

5

motion indicated by the user since the FingerDownPoint. At step 245, the processor determines whether the magnitude of this motion is less than a predetermined constant. If it is, then no appreciable motion has taken place since FingerDownPoint, and packet processor 20 proceeds to step 100 to wait for more packets. If the net motion is larger than a predetermined constant, the processor determines at step 250 whether the net motion is perpendicular to scroll axis 37. If it is, then the processor proceeds to step 100 to wait for more packets. Otherwise, there has been a non-negligible scroll-like motion on the touchpad and, at step 255, the processor starts the scrolling motion in window 30 by setting variable "Active" to true and storing the finger down location.

The ScrollTo function at step 220 of FIG. 5A contains a state variable that records the last point at which the ScrollTo function was called. The start scrolling operation of 255 initializes this variable. The ScrollTo function will cause window 30 to scroll in an amount proportional to the change in the y position between the last call (point 50 in FIG. 3) to the ScrollTo function and the current y position passed to the ScrollTo function (point 55 in FIG. 3). This difference is illustrated as $\Delta F$ in FIG. 3. The ScrollTo function then causes the window 30 to scroll by a proportional amount $\partial D$ in FIG. 3.

The interface to the scrolling function can be accomplished in a number of ways, depending on the identity of the operating system and/or application 25. The simplest and preferred method is outlined in U.S. Pat. No. 5,530,455 to Gillick et al., the disclosure of which is incorporated by reference, in which every scroll event generates a scrolling message (known as WM_VSCROLL in Windows 95®). A similar method would include generating a number of scrolling messages proportional to the scrolling desired. Some applications accept specialized roller mouse messages generated directly by the device described in the '455 patent. If application 25 accepts such messages, then the packet processor can generate such messages.

In another embodiment, the cursor is manipulated directly rather than having processor 20 send scroll messages. Packet processor 20 finds the identity of the active window and the position of scroll elevator 16. Upon the start of scrolling, the cursor is moved over scroll elevator 16. As the ScrollTo function is called, mouse drag messages are generated and the elevator is directly moved by the correct amount $\partial T$. When scrolling is finished, the cursor is moved back to its original position.

It should be obvious to those skilled in the art to which the present invention pertains that the invention is not limited to rectangular zones on a rectangular touchpad. Scroll zone 19 can be located along the perimeter or even a centrally located region of an oddly shaped touchpad. Furthermore, the axis of the touchpad can be either vertical or horizontal by simply changing the meaning of some of the tests in FIGS. 5 and 5A. Therefore, one can have a horizontal scroll zone on the bottom of the touchpad that, when activated with horizontal finger motions, will cause horizontal scrolling in a certain window.

In addition, there can be more than one scroll zone on a touchpad. For example, a rectangular scroll zone on the left side of the touchpad can be used in conjunction with vertical scrolling while a rectangular scroll zone on the bottom side of the touchpad can be used in conjunction with horizontal scrolling.

6

While the present invention has been described with reference to certain preferred embodiments, those skilled in the art will recognize that various modifications and other embodiments may be provided. For example, a touchpad-based scrolling mechanism as described above could be added to a standard trackball device to gain the advantages of the present invention. These and other embodiments are intended to fall within the scope of the present invention. These and other variations upon and modifications to the embodiment described herein are provided for by the present invention which is limited only by the following claims.

What is claimed:

1. A system for converting user-applied object motion into a cursor-control device into graphical user interface window scrolling messages, said system comprising:

    a cursor-control input device which includes a touchpad in electrical communication with a computer, said input device forwarded data packets to said computer, said input device including a scrolling zone;

    a data packet processor that generates a plurality of messages in response to object motion applied by the user entirely within said scrolling zone on said input device and causes an active window in said graphical user interface to scroll visual display data in response to said messages sent by said packet processor.

2. The system of claim 1, wherein said scrolling zone is a rectangle having a height greater than its width, and said scrolling of visual display data occurs in a vertical direction.

3. The system of claim 1, wherein said scrolling zone is a rectangle having a width greater than its height, and said scrolling of visual display data occurs in a horizontal direction.

4. The system of claim 1, wherein said data packet processor comprises a software-based input device driver executed by a central processing unit on said computer.

5. The system of claim 1, wherein said data packet processor comprises means for determining whether the user-applied stimuli is intended by the user to invoke a scrolling function.

6. The system of claim 5, wherein said means for determining comprises means for assessing whether said stimuli represents a negligibly small finger movement.

7. The system of claim 5, wherein said means for determining comprises means for assessing whether said stimuli represents a motion substantially perpendicular to a longitudinal axis within said scrolling zone.

8. The system of claim 5, wherein said means for determining comprises means for assessing whether said stimuli represents a motion substantially parallel to a longitudinal axis within said scrolling zone.

9. The system of claim 5, wherein said means for determining comprises means for assessing whether said stimuli represents a motion beginning within, but moving away from said scrolling zone.

10. The system of claim 5, wherein said means for determining comprises means for assessing whether said stimuli represents a motion beginning outside of, but moving into said scrolling zone.

11. The system of claim 5, wherein said means for determining comprises means for assessing whether said stimuli represents a motion toward a center point of said scrolling zone.

5,943,052

7

**12**. The system of claim **1**, wherein said active window is controlled by an operating system implemented on said computer.

**13**. The system of claim **1**, wherein said active window is controlled by an application implemented on said computer.

**14**. A method of converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said method comprising:

forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said data packets representing object motion applied by a user to the input device;

generating a plurality of messages in response to the user-applied object motion;

forwarding said messages to an application controlling an active window in said graphical user interface;

scrolling visual display data in response to said messages sent by packet processor.

**15**. The method of claim **14**, wherein said generating step includes assessing whether said stimuli represents a negligibly small finger movement.

8

**16**. The method of claim **14**, wherein said generating step includes assessing whether said stimuli represents a motion substantially perpendicular to a longitudinal axis within said scrolling zone.

**17**. The method of claim **14**, wherein said generating step includes assessing whether said stimuli represents a motion substantially parallel to a longitudinal axis within said scrolling zone.

**18**. The method of claim **14**, wherein said generating step includes assessing whether said stimuli represents a motion beginning within, but moving away from said scrolling zone.

**19**. The method of claim **14**, wherein said generating step includes assessing whether said stimuli represents a motion beginning outside of, but moving into said scrolling zone.

**20**. The method of claim **14**, wherein said generating step includes assessing whether said stimuli represents a motion toward a center point of said scrolling zone.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,943,052                                      Page 1 of  1
DATED          : August 24, 1999
INVENTOR(S)  : Allen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 6,
Line 19, replace "forwarded" with -- forwarding --.

Signed and Sealed this

Seventeenth Day of December, 2002

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT 6

(Part 1 of 2)



#8
03-05-9?

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

TIMOTHY ALLEN, SHAWN P. DAY,
AARON T. FERRUCCI

For: METHOD AND APPARATUS FOR
SCROLL BAR CONTROL

Serial No.: 08/909,696

Filed: August 12, 1997

Attorney's Docket No.
20864.00300

Examiner: A. Katbab

Art Unit: 2773

## DECLARATION UNDER 37 CFR 1.131(a)

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

I, David W. Gillespie, declare as follows:

1.      I was recently asked by Shawn Day, one of my co-workers and named inventor on the above-referenced application to determine whether the subject matter disclosed and claimed in this application was invented prior to July 3, 1996, the filing date of U.S. Patent No. 5,748,185. I have concluded that, in fact, our invention disclosed and claimed in the subject application was conceived and reduced to practice prior to the July 3, 1996 date.

2.      I note that our first attempt at scrolling was a feature called "Speed Scrolling" as noted in Exhibit C, a brochure distributed at Comdex 95. "Speed Scrolling" was unsuccessful and soon was replaced by the zone-based feature described in the present application. This zone-based feature was first internally known as "Scrolleroo" and later released in mid-1996 as "Virtual Scroll Bars."

1

SYN 00004316

3.    In my opinion, the following three documents clearly prove that the company had reduced to practice the subject invention prior to the critical July 3, 1996 date:

a.    Synaptics released its driver "4.1 Beta1" on, coincidentally, July 3, 1996. The beta product was the first version to incorporate our Scrolleroo invention.    Until that time, the Scrolleroo invention was prototyped as a separate application one would run alongside a touchpad driver.  Appended hereto as Exhibit A is a multi-page document entitled *Windows 95 Touchpad Driver Revision History* reciting a 4.1 Beta1 07/03/96 date of introduction.  Based on company practice, this product was in all likelihood released to our corporate customers under an NDA.

b.    Appended as Exhibit B is a copy of an e-mail which I sent to a number of Synaptics' employees arising from a brainstorming session about possible follow-on features to Scrolleroo.  This e-mail was sent on June 5, 1996, almost one month before the critical July 3, 1996 date.  As the e-mail clearly indicates, we had all of the ideas of scroll zones and, more generally, multi-functional touchpad zones by early June.  It is my recollection that Synaptics already had working prototypes of virtual scroll bars as of the date of the e-mail.

c.    As noted above, appended as Exhibit C is a brochure that Synaptics distributed at Comdex 95.  One of the advanced features described in that brochure and which was actually demonstrated at Comdex is "TXL", the touchpad extension language.  This was a miniature programming language  supported by some versions of the company's driver.  TXL allowed the pad to be customized as a controller for special applications noting that our brochure shows it customized for the Flight Simulator game.  In operation, the main part of the pad acted as a joystick, which actually meant it just operated as a regular mouse since Flight Simulator can use a mouse as a stand-in for a joystick.  On the side of the pad were zones where one could move one's finger to operate other

2

SYN 00004317

controls, such as the simulated throttle.  The analogy between this and a virtual scroll zone is quite apparent.

I further declare that the above statements were made with the knowledge that willful false statements and the like are punishable by fine and/or imprisonment, or both, under Sec. 1001 of Title 18 of the United States Code, and that any such willful false statements may jeopardize the validity of this application or any patent resulting therefrom.

Dated: 2/8/99

DAVID W. GILLESPIE

3

SYN 00004318

A

SYN 00004319

# Windows 95 TouchPad Device Driver Revision History

Shawn P. Day



This document tracks the revision history of the Synaptics Windows 95 TouchPad device driver.

## Revisions

1.00 Alpha1 01/09/1996
1.01 Alpha2 01/10/1996
1.02 Alpha3 03/05/1996
4.0 Beta 04/04/1996
4.0 Release 05/10/1996
4.1 Alpha 05/31/1996
4.1 Beta1 07/03/1996
4.1 Beta2 07/26/1996
4.1 Release 08/02/1996 (Compaq)
4.1 Release 08/06/1996 (Compaq)
4.1 Release 08/06/1996 (Acer)
4.1.10 Release 08/21/1996 (Compaq)
4.1.10c Release 08/22/1996 (Compaq)
4.1.11 Release 09/13/1996
4.1.12 Release 11/19/1996 (Compaq)
4.1.12a Release 12/06/1996 (Compaq)
4.1.12.2 Release 12/09/1996 (Compaq)
4.1.12.3 Release 12/12/1996 (Compaq)
4.1.12.4 Release 12/19/1996 (Compaq)
4.1.12.5 Release 01/07/1997 (Compaq)
4.1.15 Release 01/29/1997
4.1.16 Release 02/26/1997
4.1.17 Release 03/27/1997
4.1.18 Release 04/03/1997
4.1.19 Release 04/15/1997
4.1.20 Release 05/05/1997
4.1.21 Release 05/16/1997
4.1.22 Release 06/03/1997
4.1.23 Release 07/01/1997
4.1.24 Release 07/08/1997
4.1.25 Release 09/18/1997
4.1.26 Release 10/16/1997
4.1.27 Release 11/18/1997
4.1.28 Release 12/23/1997

SYN 00004320

## 1.00 Alpha1 01/09/1996

- Initial revision
- PS/2 relative-mode support

## 1.01 Alpha2 01/10/1996

- PS/2 Absolute-mode support
- Serial COM1/COM2 Relative-mode support
- Serial COM1/COM2 Absolute-mode support

## 1.02 Alpha3 03/05/1996

- Support for reading resource usage from devnode via Configuration Manager (Plug and Play compliance)
- Support for passing pointer to MouseInstance struct in OnSysDynamicDeviceInit
- Hack for playing with ballistics curve
- Hack for setting and clearing feeds
- Hack for testing behavior of SHELL_PostMessage

## 4.0 Beta 04/04/1996

- Fixed a bug that prevented detection of serial touchpads when a 9600 baud debugging terminal was being used.
- Internal gesture decoding, bypassing the firmware.
- INF file for PS/2 and COM1 installation.
- Single-page Control Panel extension.
- Control Panel now configures all attached devices (identically).
- Support for Taps Only/Taps and Drags/Taps and Drag Lock
- Support for Corner Taps/3-button mode.
- Support for Edge Motion when dragging or always.
- Pressure-Controlled Edge Motion.
- Left/Right physical button swapping.
- Hack for detecting when button swapping option is changed by user.
- Adjustable Touch Threshold.
- Jitter suppression.
- Preliminary DeviceIoControl API subset.
- Created TPIoCtl.h header file for the API.
- PS/2 support uses BIOS instead of direct port access.
- Support for VxDLoad mode and Loader.exe.
- User preferences are now stored in the Registry.
- Fixed the PS/2 "slow mouse" problem. If the driver determines that the PS/2 device is a

SYN 00004321

FEB-13-1999   16:41

standard mouse, then it sets the resolution back to the default value.
* Added hack to detect a suspend/resume and reconfigure the devices.

# 4.0 Release 05/10/1996

* Support for crude feeds supplying X, Y, Z and button information.
* Fixed bug in 3-button mode that prevented middle-button events.
* Fixed bug in 3-button mode with button-swapping enabled. The wrong buttons were swapped.
* Added debugging macros to the project to simplify the generation of debugging messages.
* Preferences are now stored in the Registry on a per-user basis.
* Simplified the code for reading user preferences from the registry. It now hooks the WM_USERCHANGED message to read the preferences whenever a user logs on to the system. The only unresolved issue is that the default preferences are not read before the first user has logged on, so the built-in driver defaults are used while the logon screen is being displayed for the first time after a boot.
* Noise bit is now exported from the ISR to the VPD.
* Packets now have 1-millisecond resolution time stamps.
* API now uses device handles instead of device IDs.
* Changed the API to default to the first attached TouchPad rather than the first attached device when no device handle is specified. If no TouchPads are present, then the default is the first attached device.
* VtoolsD library upgraded to version 2.02.
* Added TP_MAXHANDLE and TP_DEFHANDLE to API.
* Control Panel now reflects the state of the first attached TouchPad.
* Added code to OR button bits together for multiple devices.
* Fixed a bug that caused "Shutdown to DOS" to crash the computer. VMOUSE was enabling the PS/2 pointing device just before exiting.
* Added a packet sequence number to the crude feeds so that we can detect whether we are dropping any packets.
* Added a diagnostic property sheet to the Control Panel.
* Extended the API to support TP_DRIVERSTRING, TP_MODEL, and TP_PNPID.
* Added code to the HAL layer to report a human-readable port name (e.g. PS/2 or COM1).
* Added API support for TP_XMIN, TP_YMIN, TP_XMAX, and TP_YMAX.
* Restructured the code to push all of the PS2/Serial-specific stuff down into the HAL layer.
* The driver now runs all TouchPads in absolute mode, even V3.1.
* Fixed three bugs in HAL: 1) getPnPID() now returns the correct ID length. 2) COM2 can be loaded without confusing COM1. 3) The following grim scenario no longer occurs: a) load a PS/2 pointing device with loader.exe b) initiate a resume/suspend sequence c) unload the PS/2 pointing device
* Fixed a bug in the API that occurred when a device was removed while the driver was running. The DeviceID was not always being preserved, so a re-attached device might not have been assigned the same device handle it had before.
* Fixed a bug in the API that caused some of the API calls not to return the TP_ERROR_DEVICE_NOT_PRESENT code if a device had been removed.
* Modified VPD.* and SynTP.* to clean up the interface between SynTPDevice, VPD objects, and HAL objects. Whereas SynTPDevice formerly created both HAL and VPD objects, it now creates only VPD objects which create and manage their own HALs. This arrangement shields SynTPDevice from the device-specific HAL interface, so it can deal exclusively with generic

SYN 00004322

VPD objects.
- Added fix for the physical button bug with V3.1 PS/2 TouchPads.
- Added bounce back fix for V3.1 PS/2 and serial TouchPads.
- Both V3.1 fixes are now implemented in the HAL layer. The VPD object receives a reliable packet stream from the HAL layer, regardless of the type of TouchPad attached. From VPD's perspective, the only difference between V3.1 and V3.2+ TouchPads is a slight difference in the filtering of the absolute packets.
- Added API code for setting and querying the packet rate (40/80 Hz). The packet rate is a global state, so multiple applications might have to fight over it.
- Implemented code to properly request serial port access from Windows. The driver can now handle serial TouchPads properly on both COM1 and COM2.
- Added support for the 16550 FIFO-UART. Now the driver doesn't get serial overrun errors when operating a serial TouchPad in absolute mode.
- Added a registry key to disable FIFO-UART support in case there is a problem with it in the field. The registry key can be set from the INF file if necessary.
- Updated the main control panel page as follows:
  - Now behaves appropriately if there are no attached devices.
  - Now supports all TouchPads, including FW V3.1.
  - The hot key sequence for activating the diagnostic page has been changed to Alt-Shift-LeftClick (it was previously Ctrl-Shift-LeftClick).
  - The diagnostic page can now be activated with the keyboard alone, using Alt-Shift-Z. Previously, diagnostic information could not be displayed when the TouchPad was not working.
- Updated the Diagnostic control panel page as follows:
  - Invoking the diagnostic page no longer activates the Apply button on the main page.
  - Added a button to reset all devices. (The corresponding driver code is not yet implemented).
  - Displays coordinate limits.
  - Displays packet reporting rate.
  - Displays a restricted set of information if the device is not a TouchPad.
  - Displays a "device not present" message if a device has been unplugged.
  - Fixed a bug that was swapping X and Y feed data.
- Added version info resources to the driver files so that company and version information is properly reported in the Device Manager's property pages.
- Implemented new moisture-suppression code.
- Fixed a bug in ISR.CPP that was preventing motion data from getting through to VPD while receiving Logitech-style 4-byte serial packets.
- Fixed a bug that was causing external mice hot-plugged into Acer notebooks to have invalid resolution and scaling parameters.
- Fixed a bug that was causing an excessive number of recalibrations of V3.1 TouchPads when operating in "80 packets per second" mode.
- Got the middle button working (in most cases).
- Added a warning message box to the control panel that appears when the user tries to turn on High Report Rate.
- Added code to the Control Panel to support context-sensitive help.
- Created a .HLP file containing the help text.
- Modified the INF file to handle serial devices properly and to install the help file.
- Added code to the driver to validate the user preference values that are read from the registry.
- Implemented a much nicer form of pressure-sensitive edge motion. The speed of cursor motion is now quite controllable.

http://doc.synaptics.com/lore/SoftwareProducts/TouchPadDriver4/RevisionHistory95.html    11/5/98

SYN 00004323

- Modified feeds to work properly when button swapping is in effect.
- Added the ability to reset the attached TouchPads from the diagnostics page in the Control Panel. Unfortunately, if the button is selected using the keyboard, then the ALT key remains logically stuck down until it is pressed and released once more.
- Modified the driver so that it can handle the changing of a physical pointing device while the computer is in standby, suspend, or sleep modes.
- Fixed a problem that was causing the driver to occasionally receive relative packets when the TouchPad was in absolute mode. It turns out that PS/2 TouchPads with the old packet format occasionally generate out-of-spec packets that can look like relative packets. We found a way to filter out these packets so that no bogus relative packets get sent to Windows or to feeds.
- Fixed a bug that was causing an assertion when a relative packet with a Y-delta of -256 was received.
- Added the Mouse_Instance struct pointer to our call to VMD_Post_Pointer_Message to get around a bug in the VToolsD wrapper for that function.
- Cleaned up the Control Panel code.
- Turned on the bounce-back and physical button bug fixes for version 2.xx TouchPads.

## 4.1 Alpha 05/31/1996

- Fixed a bug in HAL that was causing BIOS calls to PS/2 mouse routines to fail.
- Modified the driver to apply the bounce back fix to PS/2 TouchPads with firmware rev 3.2.0 to circumvent the Walsh bug.
- Improved the algorithm for detecting when the TouchPad is out of calibration, and moved it from HAL to VPD.
- Added new API items to return absolute margins, typical margins, and edge motion boundaries.
- Made PackProc portable to 16-bit code.
- Fixed a bug that was sending report-rate changing commands to Acer single chip TouchPads. Those TouchPads don't support that command.
- Added code to the Win95 driver to clip the absolute position information to the sensor trace boundaries. The Mexican hat effect with pen TouchPads was generating coordinates outside this range.
- Modified the INF file so that it copies itself into the Windows INF directory. This should prevent a proliferation of OEM*.INF files after multiple installations of our driver.
- Fixed a bug that was fooling the Control Panel into thinking that Acer single-chip TouchPads were incapable of absolute mode.
- Performed a major restructuring of the HAL layer, and fixed several bugs, most of which were related to Acer single-chip support.
- Added "crude reverse feeds", allowing packets to be sent to VMOUSE from an application.
- Created a rigorous version-numbering system for the driver so that we don't confuse ourselves or our customers.
- Added debugging assertions to the HistoryBuffer class, and fixed a bug in the HistoryBuffer::MinOfRange() and HistoryBuffer::MaxOfRange() functions.
- Modified the driver so that it doesn't send redundant motionless packets to Windows. This modification may help with power consumption on some notebook computers.
- Fixed the PS/2 stroke suppression bug.
- Modified HAL so that it can be compiled to use either the BIOS or direct port access.

SYN 00004324

## 4.1 Beta1 07/03/1996

- Changed the API header file to use enums instead of #defines.
- Changed the API edge items to the following: TP_XLoSensor Physical sensor rectangle. TP_XHiSensor TP_YLoSensor TP_YHiSensor TP_XLoRim Approximate bezel rectangle. TP_XHiRim TP_YLoRim TP_YHiRim TP_XLoBorder Narrow edge-zone rectangle (for edge motion). TP_XHiBorder TP_YLoBorder TP_YHiBorder TP_XLoWideBorder Wide edge-zone rectangle (for scrolleroo). TP_XHiWideBorder TP_YLoWideBorder TP_YHiWideBorder
- Created some improved ballistics that bring the TouchPad closer to Mouse performance on the "target game".
- Added interlocked feeds, the first step toward true feeds, to the driver.
- Fixed a bug that was allowing the SetReportRate() function to be called for pointing devices that do not support that function.
- Added support for 2.xx TouchPads that have a smaller range of reported Z values.
- Added heuristics to the driver to guess whether a 3.1 TouchPad has a T1001 or a T1002 ASIC. For T1001's, the reported position is transformed so that it looks approximately like a T1002 generated the packet. When the driver changes its mind about the ASIC type, it informs the PackProc layer so that the positional glitch can be removed from the delta computation.
- Added APC (asynchronous procedure call) feeds.
- Moved the T1001-handling code to PackProc so that it can be easily ported to other drivers.
- The configureAttributes function is now called whenever a new pointing device is detected, rather than once for every packet received.
- Added TP_ZMax, which usually reports 255. It reports 127 for version 2.xx TouchPads.
- Added event driven feeds.
- Fixed the "extended tap" problem.
- PackProc now produces most of the gesture flags and other information required by feeds. This information is exported via the API.
- Added code to the driver so that it looks in the registry at startup for the name of a helper application to run (e.g. SynTPEnh.exe).
- Updated the INF file to install SynTPEnh.
- Added a button to the control panel for launching SynTPEnh.exe.
- Added support for "Pressure Dragging".
- Implemented preliminary circular edge motion, and radial edge motion for Acer.
- Added 4 fractional bits to the motion computation to reduce cursor jumpiness.
- Added "Pressure Dragging" option to the control panel.
- Added crude notification feeds.
- Added support for multiple simultaneous event-driven feeds.
- Fixed a bug that caused page faults when the driver exited, if it had not been successfully initialized.
- Added SynZMetr.exe to the INF file install list.
- Due to a firmware bug, the driver now disallows the high report rate setting for all V3.1 PS/2 TouchPads. Furthermore, the driver previously used the report rate commands to perform quick recalibrations for combatting bounce-back. It now resorts to slower "full-reset" recalibrations for V3.1 PS/2 TouchPads until it is "pretty sure" that a T1001 ASIC is not present.
- Modified the gesture processing code to more reliably detect taps. It seemed to cure the problem that Federico was noticing.
- Created help file for SynTPEnh.
- Fixed the Wit bug by unhooking the ISR before calling the BIOS, and then re-hooking the ISR

SYN 00004325

when the BIOS is done. This technique appears to work on all machines, so the old method of having our ISR call the previously installed ISR has been eliminated.
- Added a notification feed for "pointing device removed" and "driver exiting" events.
- TouchPad Enhancements application: Scrolleroo, Frameroo.

## 4.1 Beta2 07/26/1996

- Added InvertX and InvertY registry keys for inverting the X and Y coordinates reported by the driver to the API and to Windows.
- Fixed a bug in the driver that was occasionally causing feeds to persist across hot-plugging events. Applications would suddenly start receiving feed data from a device other than the one they requested the feed from.
- Added a 'T' hot key to the control panel for accessing the Touch Threshold slider.
- Fixed a bug in SynTPEnh's cursor-moving function.
- Fixed a bug in the Control Panel that was preventing the Touch Threshold from being updated properly on V3.1 and Acer-style TouchPads that don't support 80Hz mode.
- Increased the driver's internal packet buffer from 10 to 50 packets. This helps to prevent lost packets in slow applications with feeds.
- Added support for the following registry keys:
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\RimLoX
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\RimHiX
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\RimLoY
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\RimHiY
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\CornerX
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\CornerY
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\InvertX
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\InvertY These keys provide adjustable defaults for the edge margins and corner zone, and permit inverting the X and Y coordinates in absolute mode.
- Fixed a bug in the driver that was preventing V3.3 firmware TouchPads from working properly with Phoenix dual-PS/2 keyboard controllers.
- Created version 1.0 of the Synaptics C++ TouchPad object. It is presently used by MoodPad and TPSpy.
- Fixed several bugs in PackProc that were suppressing slow finger motion, and causing jitter while tapping.
- Added code to put the TouchPad into relative mode when a suspend event occurs. This prevents the TouchPad from streaming data and waking up the computer when the temperature changes. The TouchPad is redetected and put back into absolute mode when a resume event occurs.
- Added code to put the TouchPad into relative mode if a mouse is detected on the external port of a Phoenix dual-PS/2 keyboard controller. Until the next reboot or suspend/resume, the TouchPad will have lost all of its special features and behave just like a wet mouse.
- Grayed out the "Enhancements" button on the Control Panel when a non-TouchPad pointing device is attached.

## 4.1 Release 08/02/1996 (Compaq)

SYN 00004326

- Changed report threshold from 3 to 7 in absolute mode to prevent TouchPads from babbling too much. Their babbling wakes up Compaq laptops when the lid is closed.
- The driver now redetects all pointing devices on a 'resume from failure' message.
- Fixed the serial-detect bug. There are two different methods for detecting whether the UART transmit buffer is empty, depending on the type of UART present in the PC. Our old code worked for only one of them. The new code handles both cases.
- SynTPEnh:
  - Added option for a static tray icon.
  - Disabled the drag sound effect when Press&Drag is disabled.
  - Support for Quicken and Microsoft Bookshelf.
  - Permit mice to escape from framed windows.
  - Added Goodies menu to dialog.
  - Added tip of the day.
- SynZMetr
  - Now retains feed after a deep suspend.
- MoodPad
  - Now clips the finger coordinates to window edges.
  - Now retains feed after a deep suspend.

## 4.1 Release 08/06/1996 (Compaq)

- Implemented serial hot-plugging support.
- Fixed a bug in the reverse feeds that wasn't preserving the sense of the primary and secondary buttons when button-swapping was in effect. The bug caused Virtual Scroll Bars to malfunction when button-swapping was in effect.
- Started work on a SETUP help program that guides the user through the installation process.
- Added interlocked feeds to the C++ TouchPad object.
- Fixed a bug in the driver that was causing spurious taps while moving your finger quickly with short rowing motions. Compaq reported this problem.
- Fixed a bug in SynTPEnh that caused the static taskbar icon to sometimes be an empty beaker, while at other times it was a Synaptics' nose.
- Updated the release notes (ReadMe.doc and ReadMe.txt).

## 4.1 Release 08/06/1996 (Acer)

(Released 8/7/96 but not labeled as such)

- The driver now reads the registry at Init_Complete time (before a user has logged in) to get the settings for the default user. This allows button-swapping to work correctly during the time that the logon dialog is present on the screen.
- Added context-sensitive help for the Enhancements button in the Control Panel.
- Added context-sensitive help for the Animated Taskbar Icon check box in the Enhancements properties dialog.
- Changed the animated taskbar icon into a TouchPad, because the old calibrated cylinder looked too much like a battery meter.

SYN 00004327

- Fixed a bug in the Control Panel diagnostics page, where the sensor rectangle was being reported as a single point (1024,1024)(1024,1024).
- Disabled the F1 key in SynZMetr so that it doesn't search for a nonexistent help file.
- Fixed a spelling error in the SynTPEnh dialog.

## 4.1.10 Release 08/21/1996 (Compaq)

- Updated the Setup program to handle different font sizes and long filenames.
- Fixed a bug in SynZMetr that was causing it to refresh its display incorrectly while it was partially obscured by another window.
- Completed the C++ TouchPad API, and wrote documentation for it.
- Incorporated the new C++ TouchPad API in the Pressure Graph and MoodPad.
- Fixed a bug in MoodPad that Compaq identified. It used to occasionally cause a page fault when a Synaptics TouchPad was not detected.
- Cleaned up the driver source code to help with its maintenance.
- Broke TP_Model out into separate item codes.
- Add TP_Port item code.
- Updated the driver to prevent the "frozen cursor" problem reported by Compal. It turns out that their keyboard controller occasionally sends us data with the parity and timeout error bits set, even when the data is valid. The old behavior of the driver was to throw away this data. However, the Microsoft mouse driver ignores these error bits and processes the data anyways, so we can too.

## 4.1.10c Release 08/22/1996 (Compaq)

- Added detection code to the Pressure Graph to detect the situation when a Synaptics TouchPad is not present.

## 4.1.11 Release 09/13/1996

- Implemented TP_PacketState_PossTap packet state bit.
- Fixed a bug in the Win95 driver that was causing it to choke on relative-mode packets after it had placed the TouchPad in relative mode just before a power-management event. The symptom was that the TouchPad would appear as a "standard pointing device" after the resume.
- Added code to detect unexpected relative-mode packets from the PS/2 device, and attempt to put the TouchPad back into absolute mode if it has fallen into relative mode due to a power management event.
- Added support for the lpBytesReturned parameter in DeviceIoControl() calls.
- Added proper TP_Error_ReadOnly return code for TP_xxxWideBorder items.
- Modified the TP_X and TP_Y API values so that they are the same as TP_XRaw and TP_YRaw, repectively, when the "finger down" bit is clear. Previously, they contained unpredictable values during this time.
- Raised the TP_ZProx threshold from 5 to 7. When Z is above TP_ZProx, the TP_PacketState_Prox bit is set. However, the driver sets the TouchPad dribble threshold to 7.

SYN 00004328

so that packets can stop arriving when Z is as high as 7. This meant that the TP_PacketState_Prox bit could get stuck at 'I' after the finger had been moved well away from the TouchPad. By raising the TP_ZProx threshold to 7, we have ensured that the TP_PacketState_Prox bit will be clear when the finger is far away from the TouchPad. Unfortunately, with the Phoenix MultiKey keyboard controller and the old PS/2 TouchPad packet format, the value '8' gets logically ORed in with the reported Z, so that values in the range 0...7 will be translated to the range 8..15. Therefore, the TP_PacketState_Prox bit will always be set.

- Updated and tested the installation help program.
- Wrote elaborate new installation instructions in ReadMe.txt.
- Fixed a bug in Pressure Meter that caused a fatal exception when the Pause and Play buttons were pressed a couple of times.

## 4.1.12 Release 11/19/1996 (Compaq)

- Built from 'head', except for SynTPEnh.exe, SynTPFcs.dll, and SynTPFcs.exe which were build from '4_1_11_head'.
- Added support for oval edge motion into the Win 95 driver.
- Fixed a bug in the Windows 95 driver that was causing it to break if installed twice on the same serial port. The symptom was that the cursor moved, but none of the buttons worked.
- Changed the behavior of IOCTL_TOUCHPAD_VALIDATE based on results from Chihfs API test program. Item codes are now marked as "Valid with IOCTL_TOUCHPAD_GET" and "Valid with IOCTL_TOUCHPAD_SET" instead of "Readable" and "Writable". Also, the TP_Validate_Control bit has been eliminated, and the negative "TP_Validate_NonDevice" has been replaced with its inverse, "TP_Validate_Device".
- Modified the TP_DeviceHandle item code to return TP_Error_BadDeviceHandle instead of TP_Error_DeviceNotPresent when an invalid device handle is specified.
- IOCTL_TOUCHPAD_SET on RO string items now returns TP_Error_ReadOnly instead of TP_Error_MissingData.
- Modified the INF file to prevent the Logitech driver from replacing our driver when the "Add New Hardware" wizard is run.
- Modified the driver to detect multiple invocations of itself on the same hardware port. Now it works properly even after the Add New Hardware wizard has added a superfluous entry to the devnode tree.
- Set up a third target type for building the Windows 95 driver. In addition to Debug and Release versions, we can now build a Logging version. The Logging version is just the Release version with debugging output messages included. We can ship it to customers to help diagnose problems without the worry of giving them a full Debug version that would be easy to reverse engineer.
- Fixed a bug in HAL that was causing it to use the firmware subminor version number to determine whether a PS/2 TouchPad had an oval bezel, instead of the correct bits from the model ID bytes.
- Updated the INF file so that the tip dialog can be disabled upon installation, as requested by one of our customers.
- Added a workaround for a bug in the SystemSoft BIOS that was preventing it from returning the PS/2 "$AA $00" to our driver in response to a RESET command. Since both VMOUSE and LMOUSE ignore the "$AA $00" response, we modified our driver to do the same.
- Modified the driver to use the new API error codes required for compatibility with WinNT.

SYN 00004329

- Fixed the API bugs in TP_ReportRate, TP_Gestures, TP_SecGestures, TP_EdgeMotion, and TP_ZTouch when they are supplied with invalid data values. The DeviceIoControl call now returns with a failure code, where it previously returned success.
- Internationalized the control panel and SynTPEnh.exe.
- Internationalized MoodPad and Pressure Graph.
- Modified the control panel to use the C++ API object and event driven feeds.
- Enhanced the diagnostics page in the control panel.

## 4.1.12a Release 12/06/1996 (Compaq)

- Branch (v4_1_12_head) started from 4_1_12.
- Modified the Enhancements button on the control panel to bring up a message box pointing to the Synaptics Web site if the enhancements are not installed.
- Fixed the "Focus3" bug, where multiple instantiations of the Focus3 app were created across suspend/resume cycles.

## 4.1.12.2 Release 12/09/1996 (Compaq)

- Changed revision from 4.1.12a to 4.1.12.2 because Compaq didn't like alphabetic characters in the version number.

## 4.1.12.3 Release 12/12/1996 (Compaq)

- Localized for Korean.

## 4.1.12.4 Release 12/19/1996 (Compaq)

- Localized for Korean, Dutch, French, Spanish, and Swedish.

## 4.1.12.5 Release 01/07/1997 (Compaq)

- Localized for Japanese.

## 4.1.15 Release 01/29/1997

- English/Korean language support.
- Restructured the SynTPEnh code.
- Created an automatic installation program called 'Setup' (Inst95). The program will run only on

SYN 00004330

Windows 95. Windows automatically reboots when the installation is complete. A switch ("-I") enables debug logging to a log file.
- Modified the edge motion behavior of Virtual Scrollbar.
- Modified SynTPEnh so that it runs on both NT and Win95.
- Modified the Enhancements button on the control panel to bring up a message box pointing to the Synaptics Web site if the enhancements are not installed.
- Added control panel support for separately configuring multiple pointing devices.
- Fixed a bug that was causing the Diagnostics page feed data to start up in an undefined state.
- Grayed out the group boxes on the control panel when a standard pointing device is attached.
- Added extra delay between the detection of a serial ID string and the attempt to detect a Synaptics TouchPad. The longer delay was required for newer firmware.
- Added support for IOCTL_TOUCHPAD_LOADSTATE, which reads the user preferences from the registry.
- Fixed the "Focus3" bug, where multiple instantiations of the Focus3 app were created across suspend/resume cycles.
- Fixed a bug that was sometimes causing Windows to crash at shutdown because our driver was accessing pageable code at an inappropriate time.
- Moved the generation of the model string (e.g. "Synaptics TouchPad V3.1 on PS/2 Port") from the VxD into the control panel where it can be localized.
- Made the debug version of the control panel continue execution even if its version number is incompatible with that of the driver.
- Added code to support the dynamic enumeration goodies in SynTPEnh.
- Added code to extract the internationalized names of the Goodies from their executables for dynamic enumeration.
- Fixed the bug that was preventing SynTPEnh's popup context menu from being properly dismissed while clicking outside of it.
- Added support for serial hot-plugging of devices that emit Plug and Play strings.
- Added support for PS/2 hot-plugging (detection of $AA $00).
- Fixed a bug in PackProc that was preventing dwPacketSeq from being incremented when NO_ARTIFACT_SUPPRESS was defined.
- Modified CPackProc.* and SPacket.h so they could be shared between Windows 95 and Windows NT.
- Modified the ReadMe.txt files so that the version numbers are updated automatically during builds.
- Upgraded the compiler for Win95 builds from 4.0 to 4.2 (except for the VxD, which still uses 4.0).
- Altered SynTP.cpp so that a disable callback is registered with VMOUSE regardless of VMOUSE's version. This new behavior is the same as LMOUSE, and prevents a possible problem with OSR2.
- The driver now supports VxDLoad mode for VMOUSE version 4.16.
- Modified both the 95 and NT drivers to use internally consistent coordinate systems for both relative and absolute-mode packets.
- Fixed an installation problem with OSR1 that was causing the computer to hang.
- Added installation support for OSR2.
- Modified the AutoInstall (Setup) program to access the Registry in a documented fashion. It was previously using undocumented calls to SetupX.dll.
- Fixed a problem with the driver where it was setting the firmware touch threshold higher than its own touch threshold. The result was that bogus packets from the firmware (when it thought a finger wan't on the pad) were being interpreted by the driver and sent to Windows.
- Changed the range of the threshold slider on the control panel from 6-62 to 22-62. This will

SYN 00004331

# EXHIBIT 6

(Part 2 of 2)

prevent the driver from ever thinking the finger is down while the firmware thinks it is up.
- Added the TP_ASICType API item code.
- Fixed a bug in the control panel diagnostics page that was preventing some of the device status fields from being updated the first time the property page was displayed.
- Modified the INF file to put pointers to the Goodies files in the registry so SynTPEnh can find them.
- Modified the INF file to put a pointer to SynTPEnh.ini in the registry so SynTPEnh can find it.
- Modified SynTPEnh so that destructors are called for CScrollerooApp member objects upon system shutdown.
- Modified the driver so that it disables the moisture-suppression code if it detects a PS/2 TouchPad with firmware revision 3.5.0. These TouchPads should be present only in noisy Samsung computers.

## 4.1.16 Release 02/26/1997

- Modified the serial ISR to exit immediately if the interrupt was not from the UART. This change may slightly improve efficiency.
- Internationalized the Autoinstall program by creating a separate Win32 user-interface helper program. Localized for English, Korean, and Japanese.
- Fixed a bug in Edge Finder that was causing secondary pointing devices to be framed.
- Added code to disable virtual menus and horizontal virtual scroll bars. These beta-level features were accidentally enabled in the previous release.
- Fixed two broken hot keys in the Korean version of the control panel.
- Fixed broken slider hot keys in the enhancements control panel.
- Added support for the TP_SensorType API item code.
- Added display of TP_SensorType in the diagnostics page of the control panel.
- Fixed a bug in SynTPEnh that was causing a page fault if the registry key specifying the location of SynTP.ini was not present.
- Added code to gray out the Goodies button if no goodies are present.
- Stopped displaying the "Your Computer is Equipped with a Synaptics TouchPad" message box unless there is actually a Synaptics TouchPad connected to the computer.
- Added code to SynTPEnh to close any attached IME windows during WM_CREATE. This appeared to prevent a bug under Japanese and Korean Windows 95 which caused the computer to crash during shutdown if SynTPEnh and WordPad were both running. Unfortunately, the problem still exists for SynMood and SynZMetr.
- Modified the enhancements application so that it uses the standard C++ TouchPad classes.
- Added a "build label" string in Version.h that can be modified for each build. This string gets appended to the titlebars of the goodies, the properties dialog, etc. Useful build labels are "Beta", "Test", and "" for release versions.
- Modified SynTPEnh to use SendMessageTimeout() instead of SendMessage() so that it will not freeze the cursor if you try to scroll in a window that is itself not responding to input.
- Fixed a bug in HAL's error handling during detection. The bug occasionally caused the driver to end up with incorrect information about the device present on the port if an error occurred during detection.

## 4.1.17 Release 03/27/1997

SYN 00004332

- Removed links to the Goodies and the Enhancements property page from the help file. The links were pointing to the wrong place under Windows NT.
- Changed references to "Windows 95" in the help file to "Windows" so they will apply to NT as well.
- Modified the ballistics in CPackProc to be smoother, and to increase the gain more slowly with increasing finger velocity. The modification led to noticeably less overshoot in "point and select" tasks.
- Fixed a bug in CPackProc where m_uiFilterZ (a filtered version of Z) was never initialized. This caused the miscalibration detection algorithm to fail until after the first finger stroke.
- Modified CPackProc so m_uiFilterZ is updated whether or not the finger is down. Previously, it was set to zero whenever the finger was up. This means that now the API always reports a legitimate value for Z. It also fixes a problem with the miscalibration detection algorithm, where it was ignoring miscalibrated TouchPads with constant Z values between 10 and the finger threshold.
- Created a 32-bit focus-following DLL to replace the 16-bit Focus3 DLL. The new DLL allows the enhancements application to work the same way on Windows NT and Windows 95.
- Added disable/enable command line switches to SynTPEnh.exe.
- Modified SynTPLpr.exe to to load the 32-bit focus-following DLL and hook the focus-change message hook. SynTPLpr.exe was also added to the Windows 95 driver build. The only known drawback at this point is that combo-boxes can no longer be scrolled. We have some ideas for future research that might let us get this feature working on both 95 and NT.
- Fixed a bug in SynTPLpr.exe that was preventing it from exiting properly. If SynTPLpr was unable to connect to the TouchPad driver, it attempted to exit. Unfortunately, it had previously instructed SynTPFcs.dll to revive it if it ever died, leading to an infinite loop of death and resurrection. The fix was for SynTPLpr (just before exiting) to instruct SynTPFcs.dll not to revive it.
- Removed references to HKEY_CURRENT_USER from the INF file. Driver installation is a machine-wide event, and should not modify the registry keys for any particular user.
- Modified SynTPEnh.exe to use PostMessage rather than SendMessage to communicate with an already-running version of itself. This fix removed the hourglass that was present for about 10 seconds after launching the SynTPEnh property page from the mouse control panel. It also fixed a problem with the mouse control panel where it was sometimes failing to redraw itself for long periods of time (10-20 seconds).
- Added a "Load Debug Masks" button to the control panel diagnostics page to reload the debug output masks from the registry without restarting the driver. Not yet implemented in the Windows 95 driver.
- Converted the SynTPLpr.exe program to a non-MFC app, saving about 100Kbytes in the file size, and even more in the memory footprint.
- Fixed a bug in the enhancements app that was causing a "divide by zero" error when a mouse was plugged in. The driver now disables feeds for devices when they are hot-plugged, and the client application must respond to hot-plug notification events and explicitly re-enable the feeds if it wants them.
- Added the SynTPLpr.exe program and the 32-bit focus-following DLL (SynTPFcs.dll) to the Windows 95 driver.
- Added code to display a dialog box whenever the internal TouchPad is put into relative mode or disabled due to the presence of an external pointing device on a Phoenix MultiKey/3880L keyboard controller.
- Modified the C++ TouchPad classes to permit an application to get a notification feed without

http://doc.synaptics.com/lore/SoftwareProducts/TouchPadDriver4/RevisionHistory95.html    11/5/98

SYN 00004333

first creating a CTouchPad object.
- Modified SynTPFcs to use a static rather than dynamic version of the runtime library.
- Modified SynTPLpr to use the multithreaded runtime library.
- Added a display of the driver version number in addition to the control panel version number when there is a version mismatch.
- Added the SynTPLpr.exe program to the driver build and installation.
- Implemented a general device polling scheme whereby the VPD::OnPollDevice() and HAL::OnPollDevice() functions for each pointing device get called once every two seconds. Different ports can implement their own polling code in their virtual versions of these functions.
- Added code to read the PollForDeviceRemoval and DisableTouchPadIfMousePresent registry keys.
- Implemented enhanced support for Phoenix keyboard controllers, as requested by Fujitsu. Based on a registry key, the driver will now automatically disable the internal TouchPad if another pointing device is detected on the external PS/2 port. Based on another registry key, the driver will poll the external port for the removal of the external pointing device so that it can automatically re-enable the internal TouchPad.
- Added the TP_PortStatus item code.
- Localized the MultiKey hot-plug dialogs for Korean and Japanese.
- Used CreateProcess rather than WinExec from TPFcsDll to get rid of the 30-second hourglass cursor.
- Moved override device parameter values to HKLM\Software\Synaptics\SynTP\Defaults from HKLM\Software\Synaptics\SynTP\.
- Changed some registry parameters from DWORDs to string values.
- Fixed the WordPad shutdown bug on Korean and Japanese Windows. The Enhancements, MoodPad and Pressure Graph programs now kill themselves when they detect Windows starting to shut down. If the shutdown is cancelled, it is possible for these programs to kill themselves unnecessarily.
- Added a switch to setup.exe so that the default report rate can be changed from 40 to 80 Hz.

## 4.1.18 Release 04/03/1997

- Fixed a bug in SynTPLPR that was eating up all the spare CPU cycles.
- Changed Setup.exe to allow it to be executed from read-only media, even if the logging option is set (logging is set by default). Previously, the program would terminate on file creation failure; now, it proceeds, with file logging disabled.

## 4.1.19 Release 04/15/1997

- Modified Japanese help text at the request of Fujitsu.
- There is now a separate Fujitsu (FJ) build from the standard Japanese (JP) build.
- Modified the Japanese text in the dialog box that comes up when enhanced support for Phoenix MultiKey/3880L keyboard controllers is enabled.

SYN 00004334

## 4.1.20 Release 05/05/1997

- Created a new automatic installation program using InstallShield.
- Removed the string and dialog resources from the Inst95 program since all UI activity is now handled by InstallShield.
- Changed registry parameters from strings back to DWORDs since we can now initialize them using InstallShield (INF files were incapable of writing DWORD values to the registry).
- Added a Defaults.ini file to the installation package so that OEMs can provide their own custom defaults for the user-settable parameters.
- Added a registry key to remove the tray icon from the system tray.
- Enlarged the VSB edge motion region at the bottom right corner of the TouchPad. Users were finding it difficult to get edge motion at that spot.
- Added edge-margin support for portrait-mode and large-size TouchPads.
- Implemented a three-level prioritized registry read scheme for the user-customizable driver parameters. The three registry keys (listed in their search order) are:
  HKEY_CURRENT_USER\Software\Synaptics\SynTP\
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\
  HKEY_LOCAL_MACHINE\SOFTWARE\Synaptics\SynTP\Defaults OEMs can now provide their own custom defaults for all user-settable parameters.
- Fixed a bug in HAL.cpp where the m_mouseType variable was not being set early enough in the initialization process.
- Added Virtual Scroll Bar support for Lotus 123.
- Added Virtual Scroll Bar support for Ichitaro, Japan's most popular word processing program.
- Rewrote the ReadMe.txt file and localized it for Japanese, Korean, and Traditional Chinese (other locales are in English).
- Localized all driver files for Traditional Chinese.

## 4.1.21 Release 05/16/1997

- Enhanced the device description string in the Control Panel to say "Synaptics Combo TouchPad on PS/2 Port", etc., if a Combo TouchPad is present.
- The Enhancements app now exits if the Synaptics TouchPad driver is not present. It previously kept running in the background.
- Added a registry key (ForceNoTips) to turn off the startup dialog box that introduces you to your TouchPad. OEMs can change the key via the Defaults.ini file.
- Merged the Fujitsu help file (SynTPEnh.rtf) back into the regular Japanese source tree. There will no longer be special builds for Fujitsu.
- Fixed a bug in Virtual Scroll Bar under Japanese Lotus 123. The bottom portion of some scroll bars was "dead".
- Added Virtual Scrollbar support for Pegasus Mail.
- Added support for TP_Interfaces, TP_Interface, TP_Protocols, and TP_Protocol API item codes.
- Removed the Disk1.id file from the distribution because it appeared to cause problems when installing from CD-ROM.
- Added support for the TP_SuppressGest API item code.
- Added a "Suppress Taps" item to the tray icon context menu. A red "X" appears in the tray icon

SYN 00004335

while taps are suppressed. The menu item has been localized for Korean, Japanese, and Traditional Chinese.
- Fixed a bug in the control panel drop down list for selecting the attached pointing device. Only a single item was ever showing up in the list for Japanese, Korean, and Chinese drivers, even if multiple devices were present.
- Added a context-sensitive help bubble for the drop-down device selection list in the control panel.
- Modified the control panel so that only a single instance of the TouchPad tab can execute at any given time. Previously, multiple invocations of the mouse control panel page would each create a separate TouchPad tab, leading to havoc.
- Fixed a bug in the enhancements app that caused it to ignore its feed whenever a new pointing device was plugged in. The feed would operate correctly after the packet sequence number from the new device reached the sequence number of the old device at the time it was unplugged.
- Modified the Help file for Traditional Chinese at Sammy's suggestion.
- Fixed a bug in the code that retrieved the old model ID from serial TouchPads. The code was erroneously retrieving OldModelID * 2.
- Modified the installation procedure so that the enhancements tip dialog appears only after the initial installation, not after switching back to the Synaptics driver from another driver.
- Changed RimHiY default from 416 to 800 to compensate for Acer 970 bezels.
- Moved help files from the system Help directory to the driver installation directory, and added their full paths to the registry.
- Added a confirmation dialog to the InstallShield script to allow the user to review his selections before starting to copy files.
- Added code to remove old copies of SynTP.INF from the Windows\INF directory. These old copies were causing problems while switching back and forth between our driver and other drivers.

## 4.1.22 Release 06/03/1997

- Fixed an interaction with the Microsoft IntelliPoint software. IntelliPoint includes a new version of VMOUSE that expects the ECX register to be cleared when a packet is sent to it.
- Created a multilingual Setup program that detects the language version of the target machine, and then runs the InstallShield Setup program from an appropriate language-specific subdirectory.
- Created an Autorun.inf file so that the installation program will start automatically from a CD-ROM.
- Modified the INF file so that it removes old help files present in the WINDOWS\HELP directory. These files were sometimes being accessed by WinHelp instead of the newer ones in the Program Files\Synaptics\SynTP directory.

## 4.1.23 Release 07/01/1997

- Added an additional page to the Control Panel dialog to permit configuration of the Phoenix keyboard controller features requested by Fujitsu. Localized the page for Japanese, Korean, and Traditional Chinese.

http://doc.synaptics.com/lore/SoftwareProducts/TouchPadDriver4/RevisionHistory95.html        11/5/98

SYN 00004336

- Added hot-plugging support to the control panel. The control panel now automatically updates itself to reflect the state of the newly attached pointing device.
- Changed the device-selection combo box in the Control Panel to an owner-drawn combo box so that its contents could be centered.
- Implemented the HKLM\Software\Synaptics\SynTPLpr\ForceHook (DWORD) registry value. If this value is set to 1, then the SynTPLpr program will immediately create a hook to monitor focus-change messages, instead of waiting for an application to request the hook. This enables an application to get a history of focus-change events that extends back past the time when the application was loaded.
- Added Virtual Scroll Bar support for Lotus 123 (5j), as requested by Fujitsu.
- Updated SynTPEnh.ini to handle the Office 97 version of Excel. Without the update, selecting the "Freeze Panes" option in Excel and then scrolling caused Excel to crash.
- Added display support for CCR and Experimental TouchPad modules to the control panel diagnostics page.
- Added TP_SensorType_CCR and TP_SensorType_Exp to TPIoCtl.h.
- Added TP_DisableTouchPadIfMousePresent API item code in support of the Fujitsu features.
- Added installation code to parse our custom Defaults.ini file, instead of using the Win32 INI file API. Now we can add new registry keys by editing only Defaults.ini.
- Modified Setup.exe to look in an OS-specific subdirectory first for its language-specific installation program. This allows us to put auto-installing drivers for multiple operating systems on a single CD-ROM.
- Fixed a bug in the SynTPLpr program. SynTPLpr displays a modal dialog at logon time if the internal TouchPad is disabled due to the presence of another pointing device on the external port of a Phoenix MultiKey 3880/L keyboard controller. It is also responsible for setting the button swap state and user ID at logon time. Unfortunately, it was displaying the modal dialog BEFORE setting the button swap state and user ID, so taps could have generated right-button events until the modal dialog box was dismissed.
- Fixed a bug in the Chinese help file. The hot link to the Enhancements application was pointing to the wrong place. Fixed other hot buttons in the help files by using relative pathnames to point to the executables.
- Fixed a bug in CPrioritizedRegistryRead::RegReadDWORD(): uninitialized auto variable, which happened to not cause problems in the previous version.
- Updated build scripts so that the Win95 driver can be built under Windows NT. Builds are more reliable under WinNT.

## 4.1.24 Release 07/08/1997

- The control panel previously allowed the user to modify TouchPad settings when there were no pointing devices present. It now grays out its controls and displays "No Devices Present".
- Changed the focus history length in SynTPFcs from 15 to 64 to accomodate the needs of the CCR application.
- A bug was introduced in 4.1.20 that prevented the driver from handling serial devices on ports other than COM1. The driver now handles COM1 through COM4 as it was designed to.
- Localized the Win95 driver for German. Some of the controls in the Enhancements dialog had to be moved around to accomodate the longer German strings.
- Fixed a bug in the Control Panel that was causing "No Devices Present" to appear in the title area even when it wasn't true.

SYN 00004337

FEB-15-1999  18:33

A second 4.1.24 release was made on 08/22/1997 because the Japanese, Traditional Chinese, and Korean help files were corrupt in the first release. The second release can be identified only by the timestamp on SynTPEnh.hlp. The modified source is marked as v4_1_24a in the archives.

## 4.1.25 Release 09/18/1997

- Localized for Simplified Chinese.
- Implemented a "RotationAngle" registry setting which allows the driver to handle TouchPads that are mounted at any multiple of a 90 degree rotation.
- Added a new registry value to disable the Samsung recalibration hacks. The new value (which can be set from the Defaults.ini file) is:
  HKLM\SOFTWARE\Synaptics\SynTP\Defaults\InhibitAggressiveRecalibration=1 This registry value is applicable only to the Windows 95 driver.
- Added support for command line arguments to the Setup.exe program. Setup now passes all of its command line arguments to the InstallShield setup program. In addition, if Setup detects the -SMS command line argument, it will wait for the InstallShield setup program to finish before returning to the caller. To perform a silent installation from a batch file, you can now use a command such as: start /wait setup -SMS -s -f1 [isspath]
- Added Setup/ReleaseHookMsg functions to SynTPFcs to allow having the DLL send messages to a window when the focus changes rather than requiring polling.
- Added TP_ASICType to support identification of T1004 ASICs.
- Added support for T1004 ASICs to the Control Panel diagnostics page.
- Added API support for TP_XDPI and TP_YDPI to report the TouchPad resolution in dots per inch.
- Added a workaround for a bug in Windows 95 INF file processing. This bug was causing the SynTP.vxd file not to be found during some installations, especially when installing from Audit mode. The workaround was to make a copy of SynTP.vxd in the directory pointed to by HKLM\Software\Microsoft\Windows\CurrentVersion\Setup\SourcePath (this directory apparently stores the most-recently-used installation directory). The reason: in rare circumstances SetupX.dll appears to become confused, lose track of the current installation directory, and fall back on the SourcePath directory. Having a copy of SynTP.vxd there allows a seamless install. After Inst95 terminates, SourcePath\SynTP.vxd is deleted.
- Fixed a bug in the Windows 95 driver that was causing it to treat all 3.5.x firmware as 3.5.0 (Samsung) firmware. This meant that the driver would frequently try to force a recalibration of any 3.5.x firmware TouchPad that it detected.
- Fixed corrupted text in the Japanese, Traditional Chinese, and Korean help files.
- Converted most of the RTF help files from Word 95 to Word 97 format, and converted the build to use RoboHelp instead of the Microsoft help compiler. RoboHelp handles Word 97 format, while the Microsoft help compiler does not.
- Removed all embedded bitmaps from the help files since they didn't work with RoboHelp. The images are now links to separate files.
- Removed the help file reference to the minimum touch threshold setting (it was reporting 6, while the minimum setting was long ago changed to 22).
- Fixed the Goodies buttons again. Now we delete the .GID file each time we run WinHelp, which seems to allow it to follow the relative paths to the Goodies applications.

http://doc.synaptics.com/lore/SoftwareProducts/TouchPadDriver4/RevisionHistory95.html    11/5/98

SYN 00004338

Windows 95 TouchPad Driver Version Revision History          Page 23 of 24

- Fixed an errant link to the "Scroll Zone" context help.
- Fixed a bug in the goodies enumeration which caused goodies with longer names to be missed if a goody with a shorter name had been enumerated first.
- Fixed a bug in SynZMetr. The history buffer was not being initialized, and it occasionally contained garbage data when the program first started.
- Fixed a bug in the default installation path for the Japanese Windows 95 driver. The path was "C:\Program Files\Synaptics\SynTP", but it should have been "C:\Program Files\Synaptics".

## 4.1.26 Release 10/16/1997

- Localized for Thai.
- Completed localization of the InstallShield strings for French and Spanish.
- Completed localization of SynTPLpr for French and Spanish.
- Translated an English paragraph in the French Help file that had been missed during the original French translation effort.
- Changed the driver filename format from 4_1_25US.exe to US4_1_25.exe.
- Fixed a bug where the settings on the enhanced PS/2 port control panel tab were not being saved in the registry.
- Modified the driver so that it can use either direct port access or BIOS calls for PS/2 devices, selectable via the DWORD registry value HKLM\Software\Synaptics\SynTP\Defaults\PS2UsesBIOS. The default (in Defaults.ini) is to use the BIOS.
- Moved the reading of defaults.ini and the corresponding write of default registry values to before driver installation (in the InstallShield Script).
- Modified the driver to support the TP_LockType API item code (for the new secure Chinese firmware).
- Converted stack-based character arrays in VPD.cpp to use heap storage to reduce stack usage.
- Modified TPFcsDLL.dll to detect the version number from the version resource of the application with the focus.

## 4.1.27 Release 11/18/1997

- Updated Defaults.ini processor to handle spaces in registry keys and values.
- Updated Traditional Chinese and Simplified Chinese help files.

## 4.1.28 Release 12/23/1997

- Added SuppressMoisture registry value that allows forcing on or off the moisture suppression code.
- T1004 TouchPads default to no moisture suppression.
- Defaults.ini file sets the default report rate to high.
- Added IgnoreParity registry value. 1 or not present means ignore parity errors in packets. 0 means discard packets with parity errors. Known potential bug: a parity error in a byte following an "AA" byte might cause a reset as it could be interpreted as "AA00".

SYN 00004339

- Uses new version (2.04) of VTOOLSD that avoids thread bug.
- Copy files from the setup.rul file rather than the INF file.

SYN 00004340

B

SYN 00004341



To: tpa, shawn, aaronf, lieven
Cc: daveg, jseely, sum
Subject: Mcnuroo
Reply-to: daveg@synaptics.com
Date: Wed, 05 Jun 96 20:13:00 -0700
From: Dave Gillespie <daveg>

Tim, here's a summary of the "menuroo" we were discussing tonight, plus some further thoughts. The marketing folks can call this "speed menus" to go along with "speed scrolling" for scrolleroo.

(In all seriousness, we might want to think about adopting "'roo" notation publicly, with a trademark kangaroo icon, of course.)

(What's a good "'roo" name for WinJail? Actually, scrolleroo plus menuroo make WinJail much less compelling, though people might want to enable WinJail as an alternative if they don't like the taste of 'roo.)

Basic menuroo
----- -------

When the user puts the finger down in the top edge of the pad, the system warps the cursor up into the menu bar, clicks the button to bring up the menus, then moves the cursor along the top of the pad. Motion in the menuroo zone should probably be absolute, not relative, in the X axis: The extremes of the top edge map to the far ends of the menu bar.

If the user moves the finger down out of the top zone, the cursor switches to regular relative positioning mode with edge motion. However, if the finger comes back into the top zone during the same stroke, the cursor jumps back to absolute menuroo positioning within the menu bar.

If the user lifts the finger while still in the top zone, the system closes the menu (say, by clicking the mouse or by simulating an ESC keypress). Then the system warps the cursor back to its location before the menuroo began.

If the user lifts the finger while down in the main body of the pad, the stroke ends normally. The user has presumably positioned the cursor on the desired menu item, and they can now tap once to activate the item. The only disadvantage is that the cursor does not get warped back to its original position in this case. For extra bonus points, you could look at the next finger stroke after a menuroo stroke and treat it specially: If the stroke is a tap, click the mouse and then warp the cursor back to the old location. If the stroke is a motion (finger moving or down too long to be a tap), then return to regular relative mode and do not warp the cursor.

Further considerations
------- --------------

Some windows, such as dialogs and DOS boxes, don't have menus. I'll bet there is a way to get a menubar handle for any window handle, which you could then check for null-itude.

It may be necessary to move first to the left edge of the menu bar,

SYN 00004342

click there, then warp to the position along the menu bar indicated by
the finger position. (Clicking in the menu bar only brings up a menu
if you click on a menu name, and there is always a menu name at the
extreme left. Once you have a menu up, you can move anywhere in the
menu bar and Windows will remain in menu-up mode.)

Ideally, the menuroo zone would map the top edge of the pad onto the
*active* portion of the menu bar, i.e., skipping any unused space to
the right of the rightmost menu name. I don't know if there is any
easy way to find out how wide a program's menubar is, but I wouldn't
discount the possibility that there's a Windows API for it.

A niftier mapping would map most of the top edge onto the active part
of the menu bar, then a small part of the top edge onto the rightmost
part of the menu bar (where the minimize, maximize, and close boxes
of a maximized subwindow are), then the rightmost part of the top edge
onto the rightmost part of the *title* bar (where the window's own
minimize, maximize, and close boxes are). Lifting the finger while
in these right parts of the menuroo zone would not warp the cursor
back to its old location, but would leave it where it is as if you
had lifted it during the relative motion phase of a menuroo stroke.

There's a conflict if the finger comes down in the upper-right corner
(both the menuroo zone and the scrolleroo zone). Fortunately, in
deluxe menuroo, the right part of the top zone is devoted to close
boxes and such, which don't actually drop down a menu. In the
upper-right corner, you can just wait to see whether the finger
moves downward to decide whether it's a scrolleroo or a menuroo
action. (Also, this isn't an issue if we choose upper-left-only
menuroo initiation.)

If menuroo is too obtrusive, you could make it trigger only if the
user puts the finger down in the upper-left corner initially. Or,
you could require the user to hold the finger steady in the top
zone for half a second in order to engage menuroo. (Whatever we do,
*tapping* near the top of the pad should certainly never trigger
menuroo.)

We should also have the option of a "'roo hot key", e.g., CTRL+SHIFT,
which has to be held down in order for 'roo accelerators to work.
Some programs have a set of check boxes for CTRL, SHIFT, and ALT; if
the user turns one or more of these on, then the corresponding key
must be held down in order to 'roo. (What a great verb---we should
get "born to 'roo" tee-shirts made.)

Other 'roos
----- -----

We could also have a taskbarroo at the bottom edge of the pad. This
would be the same in principle except that the bottom of the pad would
map to the taskbar at the bottom of the screen. (Be sure to move to
the very bottom pixel first, in case the user has the "auto-hide"
feature turned on.) If the user is in the Start button, then
everything works the same as for menuroo; if the user is in a task
button, then lifting the finger clicks on the task button and warps
the cursor back home, but moving the finger up out of the bottom zone
and then lifting merely warps the cursor back home with no clicking.
If the cursor is on a tray icon, lifting the finger leaves the cursor
on the tray icon so that the user can tap or double-tap.

SYN 00004343

In the same vein, it might be nice to have a too_barroo and a microsoftofficeshortcutbarroo.

In a menuless tabbed dialog box, menuroo could be replaced by tabberoo, a quick way to choose among the various dialog pages.

One more mundane 'roo-type feature would be arrowkeyroo, where (with special keys held down, of course), cursor motion anywhere on the pad translates into cursor keys.  The Scroll Lock key sounds about right for this.  (I think Excel already uses Scroll Lock for another purpose---causing the arrow keys to scroll instead of moving the selection.  Of course, who needs this when we have scrolleroo!  I think it would be acceptable to have arrowkeyroo filter Scroll Lock events out of the message stream before Excel ever sees them.)

If that last 'roo sounds like a job for TXL, I argue that *all* of these features should really be done in a beefed-up Windows 95 version of TXL.  Someday!

                                                              -- Dave

SYN 00004344

c

SYN 00004345

 

# The TouchPad
## A Revolutionary Human Interface Device

The Synaptics TouchPad is the first human interface device to use neural-based, mixed-signal technology to bring the sense of touch to computers and improve the relationship between people and their electronic machines. The Synaptics TouchPad provides a more accurate and reliable way to control computer input with more advanced capabilities than mice, trackballs or joysticks. The TouchPad gives individuals a natural, non-mechanical way to expand their control of desktop and mobile computers using simple finger motions and gestures. Without leaving the surface of the TouchPad, users can precisely position the cursor, "click" on items and direct graphics with the touch of a finger.

The Synaptics TouchPad was designed with the user's needs in mind, adapting computers to the way humans naturally work. It utilizes a capacitive sensor pad to detect finger motion by measuring the finger's effect on an array of capacitive lines integrated into the TouchPad module. One side of the module is the sensor surface, with electronic components mounted on the reverse side. The sensor surface is covered by a layer of smooth, tough, protective mylar.

Unlike mice, trackballs, or other mechanical devices, the Synaptics TouchPad has no moving parts; therefore, mechanical failures are virtually non-existent. Occupying less space than a mouse or trackball, the TouchPad is accurate, reliable and easy to use. Some of the features of the Synaptics TouchPad are:

- ◆ Edge Motion: Allows users to extend a drag operation for long distances; cursor moves in indicated direction until finger is removed.

- ◆ Advanced Gestures: Perform taps, double-taps, and drags without leaving the pad's surface or using separate buttons.

- ◆ X, Y, Z Mode: The sensor matrix determines right-to-left (x-axis) and top-to-bottom (y-axis) movements in both relative and absolute mode. It also measures contact area or pressure (z-axis).

- ◆ Advanced software features: Progressive Touch Technology uses pressure information to provide more intuitive control over user interface with features such as Speed Scrolling, Cursor Framing, Power Edge Motion, Touch Meter, and Press & Drag.

- ◆ Advanced Control Panel: Offers users customizable features such as adjustable touch sensitivity and gesture control.

- ◆ Solid-state device: Reduces maintenance costs and increases reliability.

- ◆ Low power consumption: 3.0 and 5.0 Volt Operation.



SYN 00004346

**More than a mouse replacement...**

The Synaptics TouchPad is the only touch device to sense both the finger's position and its contact area, a measure of pressure. It also determines both relative and absolute position. This additional data makes possible new Progressive Touch Technology features which are creating a new standard for pointing devices. These advanced software features use the extra information already available from the TouchPad (pressure and absolute position) to enhance the user interface and provide new input capabilities. These advanced features include:

◆ *Speed Scrolling.* Simply touch the scroll arrow to begin scrolling, using slight changes in your finger pressure to scroll faster or slower. The shift key reverses the scroll direction. This feature is very useful for scanning large documents and for Internet use where high speed scanning allows fast searches.

◆ *Cursor Framing.* The cursor is constrained within the currently active window, making it easy to get to the re-size button, menus, etc. without overshooting the edge of the window. In order to leave window, simply increase pressure at the edge of the window.

◆ *Power Edge Motion.* Edge motion allows continued movement of the cursor even when the pad's edge has been reached. With the new pressure-enhanced edge motion, the cursor speed is determined by the finger's pressure on the TouchPad.

◆ *Touch Meter.* A visual indication of the degree of pressure exerted on the TouchPad by the user. The user can set the pressure threshold for use with certain features like exit from Cursor Framing.

◆ *Press & Drag.* Drag command can be achieved without lifting a finger. Increased pressure on the TouchPad starts a "drag" motion.

**Customize the TouchPad to create an application specific input device**

The Synaptics TouchPad driver allows you to customize the TouchPad for a particular application just by writing a simple TouchPad Extension Language (TXL) file. TXL is a very flexible C-like language Synaptics has developed to define custom programmable zones on the TouchPad. Using Synaptics' TouchPad Extension Language, anyone may customize the TouchPad to implement application-specific commands. Some examples of this feature are:

◆ Configure regions of the TouchPad to act as buttons: for example, you might program the four corners of the TouchPad to function as "left" button, "right" button, "drag lock," "go to Win95 start."

◆ Create custom game controllers far superior to the keyboard/mouse combination: for example, in Flight Simulator, map regions of the TouchPad to throttle control, flaps, rudder control, and a joystick.



TouchPad programmed for Flight Simulator

**The TouchPad combines the functions of a pointing device and a pressure sensitive tablet**

Synaptics supports the WinTab interface standard, which allows the TouchPad to perform as a pressure sensitive tablet. This feature enables graphic art functions and signature capture/verification.

SYN 00004347

## TouchPad PRODUCT FAMILY

Synaptics offers a wide choice of TouchPad modules with a variety of interfaces and physical sizes. Interfaces available include PS/2, Serial RS-232, and ADB. Various connector options are also available to meet your design requirements: standard flex, ZIF flex, and board-to-board. Listed below is a summary of the TouchPads currently available:

**Mini Module**  *The smallest TouchPad available.*
Specifically designed for integration into sub-notebook computers and other compact electronic equipment with physical space constraints. It provides the same pointing capabilities of the standard module, but uses only two-thirds of the physical space.

**Standard Module**  *The Industry Standard.*
Specifically designed for integration into notebook computers and other sophisticated electronic equipment using the PS/2 interface.

**Standard Serial**  *For serial interface applications.*
Standard size TouchPad module with RS-232 interface.

**Single Chip**  *For low-cost, high-performance.*
Standard size TouchPad module which utilizes existing system resources in user's design (8051 or compatible keyboard controller) to access and operate the TouchPad ASIC.

**Super Module**  *The largest TouchPad available today.*
Super size TouchPad module with PS/2 interface. The best size for drawing and graphics applications.





**Flex Circuit**  *The thinnest TouchPad available.*
An extremely thin, mylar version of the TouchPad which allows for contouring in product design.

## Choose the Synaptics TouchPad that best meets your space and cost requirements.

SYN 00004348

**Thinness is key**
Synaptics TouchPads are available in a range of "thinness", including the thinnest TouchPad available today!



Standard Module:
5.0mm at
highest component

Flex Module:
2.2mm at
highest component

no component region
(Max thickness 0.25mm)

component region
(Max thickness 2.2mm)

# Synaptics TouchPad Specifications

## Environmental Specifications

| | |
|---|---|
| Operating temperature | 0° to 50° C |
| Operating humidity | 5% to 95% relative humidity, non-condensing |
| Storage temperature | -40° to +75° C |
| Maximum Electrostatic Discharge | 15kV applied to front surface (non-destructive) |

## Electrical Specifications

| | |
|---|---|
| Power supply voltage / current | 5.0Volt ± 10% / 2.20mA max Operating |

## Operating Specifications

| | |
|---|---|
| X/Y position resolution | Up to 500 points/inch (20 points/mm) in graphics tablet mode |

## Physical Specifications

| | | Mini | Standard | Super | Flex |
|---|---|---|---|---|---|
| PCB Thickness (including mylar cover) | | 1.71 mm | 1.9 mm | 1.9 mm | 3.2mm at highest component  (Options for 2.2mm or 2.8mm) |
| PCB Thickness (at highest component) | | 4.25 mm | 5.0 mm | 5.0 mm | |
| Width: | External dimension | 58.67 mm | 65.0 mm | 97.0 mm | 137.6mm rectangle |
| | Sensor active area | 55.9 mm | 62.1 mm | 92.0 mm | 60mm sensor active area width |
| Height: | External dimension | 35.94 mm | 49.0 mm | 78.5 mm | 49mm rectangle |
| | Sensor active area | 32.9 mm | 45.9 mm | 73.0 mm | 43mm sensor active area height |
| Weight | | 9.0g ± 0.5 g | 14.2g ± 0.5g | 32 ± 1.0g | 5g |

Detailed specifications on each of these TouchPads are available upon request.  Contact your local
Synaptics representative or factory personnel.

**Synaptics, Inc.    2698 Orchard Parkway    San Jose, CA    95134**
**Phone (408) 434-0110 • FAX (408) 434-9819**

SYN 00004349