SCOTT R. RABER, srr@kastnerbanchero.com
KASTNER | BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000 Facsimile: (415) 616-7000

KAREN H. BROMBERG, kbromberg@cohengresser.com
DAMIR CEFO
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600 Facsimile: (212) 957-4514

ATTORNEYS FOR DEFENDANT
AVERATEC, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan<br><br>　　Plaintiff,<br><br>　　v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>　　Defendants. | Case No. C06-01839 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ATTEND CASE MANAGEMENT CONFERENCE VIA PHONE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, acting by and through their counsel of record, that the out-of-state counsel for defendant Avertec, Inc. ("Averatec"), be permitted to participate by telephone in the Case

Management Conference scheduled in the above-captioned case on May 30, 2008, at 8:30 a.m.

Damir Cefo, Averatec's representative, can be reached at the following number on May 30, 2008: (212) 957-7006.

**IT IS SO STIPULATED**.

Dated: May 21, 2008

| AKIN GUMP STRAUSS HAUER & FELD LLP | KASTNER \| BANCHERO LLP |
|---|---|
| By:  /s/ _____ | By:  /s/ _____ |
| Sean P. DeBruine<br>Yitai Hu<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 838-2000 | Scott R. Raber<br>20 California Street, 7th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 398-7000 |
| Attorneys for Plaintiff<br>Elantech Devices Corporation | COHEN & GRESSER LLP<br><br>Karen H. Bromberg<br>Damir Cefo<br>100 Park Avenue<br>New York, NY 10017<br>Telephone: (212) 957-7600 |
| MORRISON & FOERSTER LLP | |
| By:  /s/ _____ | Attorneys for Defendant<br>Averatec, Inc. |
| Karl J. Kramer<br>Erika L. Yawger | |
| Attorneys for Defendant<br>SYNAPTICS, INC. | |

I, Scott R. Raber, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order to attend the Case Management Conference via phone. In Compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Karl J. Kramer have concurred in this filing.

Dated: May 21, 2008         By: /s/_____
                                                 Scott R. Raber

## ORDER

IT IS HEREBY ordered that that the representative for defendant Averatec, be permitted to participate by telephone in the Case Management Conference scheduled in the above-captioned case on May 30, 2008, at 8:30 a.m.

SO ORDERED:

Dated: _____, 2008         _____
                                                          Honorable Charles R. Breyer
                                                          United States District Judge