Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC and AVERATEC, INC., <br><br> Defendants. | ) Case No. 3:06-CV-01839 CRB <br> ) <br> ) **MOTION TO TAKE PRELIMINARY** <br> ) **INJUNCTION MOTION OFF CALENDAR** <br> ) **PENDING TRANSFER OF THE CASE OR,** <br> ) **IN THE ALTERNATIVE, MOTION FOR** <br> ) **CONTINUANCE** <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff Elantech Devices Corp. hereby moves for an order taking the pending Motion for Preliminary Injunction filed by defendant Synaptics, Inc. ("Synaptics") off calendar, to be reset at the convenience of the Magistrate Judge should this case be transferred or, in the alternative, Elantech moves pursuant to Civ. L. R. 6-3 to postpone the hearing until at least June 20, 2008.

On May 9, 2008 the parties appeared at a Case Management Conference before the Court.  At that Conference the Court strongly suggested that the parties consent to the transfer of this matter to a Magistrate Judge for all purposes.  Counsel for Synaptics indicated a general agreement with that suggestion, pending discussion with his client.

1        Notwithstanding the strong possibility that the case would be transferred, later that day

2  Synpatics filed its Motion for Preliminary Injunction. Dkt. #317   That motion seeks to enjoin

3  Elantech from alleged acts of infringement of seven claims from four patents. *Id.* at 1.  In

4  support of that motion Synaptics filed six declarations, four from fact witnesses never deposed in

5  this matter.  Dkt. # 318-323.

6        In compliance with Judge Breyer's suggestion, the parties met and conferred Declaration

7  of Sean P. DeBruine filed herewith, ¶ 4.  Both parties have agreed in principle to the transfer, and

8  I understand that the parties have agreed on a particular Magistrate Judge, although Elantech has

9  not received final confirmation from Synaptics. *Id.*  Because this case will most likely be

10  transferred, Elantech now moves to vacate the hearing currently noticed before Judge Breyer

11  until the case can be transferred and a new hearing calendared.  Such an outcome would make

12  administrative sense, while providing the opportunity for Elantech to fully investigate and

13  respond to Synaptics' motion.

14        In the alternative, Elantech asks that the hearing date be rescheduled from May 22, 2008

15  to June 14, 2008.  Such an extension is reasonable and necessary in light of the scope and

16  complexity of the issues raised by Synaptics.  It is also reasonable in light of scheduling conflicts

17  with Elantech's expert witness and lead counsel, which prevented the immediate preparation of

18  an response.  Elantech's expert is a college professor and was involved in final examinations

19  when the motion was filed and could not promptly review the voluminous materials filed with

20  the Motion.  DeBruine Decl., ¶ 6.  In addition, the undersigned was traveling all of last week,

21  while at the same time attending to a voluminous post-trial briefing in another matter. *Id.*, ¶ 7.

22  Elantech notes that it twice stipulated to a similar extension of time for the hearing of its Motion

23  for Partial Summary Judgment, Dkt. # 182, and for its Motion for Preliminary Injunction.  Dkt.

24  #186.

25        Counsel for the parties met and conferred but were unable to resolve this issue by

26  agreement.  In particular, counsel for Synaptics now refuses to re-calendar the motion after the

27

28

1  order reassigning the case, and refuses to even the modest continuance requested here.

2  DeBruine Decl., ¶5.

3       For the foregoing reasons Elantech respectfully requests that the pending Motion for

4  Preliminary Injunction be taken off calendar or, in the alternative, that the hearing on that motion

5  be continued until at least June 14, 2008.

6

7  Dated:  May 22, 2008                    AKIN GUMP STRAUSS HAUER & FELD LLP

8

9                                          By: _____/s/_____

10                                            Sean P. DeBruine

11                                         Attorneys For Plaintiff
12                                         ELANTECH DEVICES CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO TAKE PRELIM. INJUNCTION MOTION
OFF CALENDAR PENDING TRANSFER OF THE CASE
OR IN THE ALTERNATE MOTION FOR CONT.                    3                    3:06-cv-01839 CRB
6244434

1  Yitai Hu (SBN 248086) (yhu@akingump.com)
   Sean P. Debruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
4  Telephone:      650-838-2000
   Facsimile:      650-838-2001
5

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  ELANTECH DEVICES CORP.,              )  Case No. 3:06-CV-01839 CRB
                                         )
13              Plaintiff,               )  **[PROPOSED] ORDER GRANTING**
                                         )  **ELANTECH'S MOTION TO TAKE**
14       vs.                             )  **PRELIMINARY INJUNCTION MOTION**
                                         )  **OFF CALENDAR PENDING TRANSFER**
15  SYNAPTICS, INC and                   )  **OF THE CASE**
    AVERATEC, INC.,                      )  **OR MOTION FOR CONTINUANCE**
16                                       )
                Defendants.              )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

1    The Court has received Plaintiff Elantech Devices Corp.'s Motion To Take Preliminary

2    Injunction Motion Off Calendar Pending Transfer Of The Case Or, In The Alternative, Motion

3    For Continuance.  Good cause appearing, the motion is GRANTED.

4    It is hereby ORDERED that the May 30, 2008 Hearing on the pending motion by

5    defendant Synpatics, Inc. for a Preliminary Injunction is hereby VACATED.

6    [It is hereby ORDERED that the May 30, 2008 hearing on the pending motion by

7    defendant Synpatics, Inc. for a Preliminary Injunction is hereby rescheduled until June 14, 2008.]

8    IT IS SO ORDERED.

9

10

11   Dated:  May ___, 2008                        _____

12                                               HONORABLE CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28