KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 CRB<br><br>**DECLARATION OF KENNETH GEISLER IN OPPOSITION TO MOTION TO TAKE PRELIMINARY INJUNCTION MOTION OFF CALENDAR PENDING TRANSFER OF THE CASE OR, IN THE ALTERNATIVE, MOTION FOR CONTINUANCE** |
| AND RELATED COUNTERCLAIMS | |

I, Kenneth Geisler, hereby declare as follows:

1.  I have personal knowledge of the following facts and, if called to testify in this matter, could and would testify competently to the matters stated herein.

2.  I am employed by Synaptics Incorporated as a Strategic & Technical Marketing Engineer. I have over 25 years experience in computer engineering, electronics design, and manufacturing.

GEISLER DECL. IN OPP. TO MOTION TO TAKE PRELIM. INJUNCTION MOTION OFF CALENDAR, OR MOTION FOR CONTINUANCE; CASE NO. C06-01839-CRB
pa-1257675

1

1    3. On May 14, 2008, I received an ASUS Eee PC 900 notebook computer that Synaptics purchased online from Amazon.com. The shipping notice indicated that the laptop was shipped by Mobile Advance, Inc., and the box showed that the computer was manufactured by ASUS Computer International (America) in Fremont, California. True and correct copies of the shipping notice and ASUS Eee PC 900 box are attached hereto as Exhibit A.

4. Visual inspection and a review of the driver software included on this laptop computer confirmed that the touchpad device integrated into the ASUS Eee PC 900 computer was manufactured by Elantech Devices Corp. ("Elantech"). An Elantech Smart-Pad window is provided with the Elantech touchpad integrated into the ASUS Eee PC 900 notebook computer. A true and correct copy of a screen-shot of the control panel "properties" of the Elantech touchpad on the ASUS Eee PC 900 notebook computer is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on May 27, 2008, in Santa Clara, California.

_Kenneth Geisler_
Kenneth Geisler

GEISLER DECL. IN OPP. TO MOTION TO TAKE PRELIM. INJUNCTION MOTION OFF CALENDAR, OR MOTION FOR CONTINUANCE; CASE NO. C06-01839-CRB
pa-1257675

2

# Exhibit A









Eee PC

Easy to Learn, **Easy** to Work, **Easy** to

ASUSTek Computer Inc.
15 Li-Te Road, Peitou,
Taipei, Taiwan
Tel: +886-2-28943447
http://www.asus.com

ASUS Computer
International (America)
44370 Nobel Drive.
Fremont, CA 94538, USA
Tel: 586-678-3688 opt 3
Fax: +1 510-608-4555
http://usa.asus.com

ASUS Computer GmbH
Harkortstrasse 25, 40880
Ratingen, Deutschland
Tel: +49-2102-95-99-0
Fax: +49-2102-95-99-11
http://www.asus.com.de

Made in China / 中國製造 / 中国制造
ASUSTek Computer Inc. All rights reserved.

15G00230055!

Rock Solid · Heart

----- Forwarded Message ----
From: Amazon.com <order-update@amazon.com>
To: "kgeisler01@yahoo.com" <kgeisler01@yahoo.com>
Sent: Tuesday, May 13, 2008 8:34:03 PM
Subject: Your Amazon.com order 103-2102579-1906628 has shipped!


Dear kgeisler01@yahoo.com,

Today Mobile Advance, Inc. shipped item(s) in your order, placed on 13-May-2008.

================================================
SHIPPING DETAILS
================================================

The following items were sold by and shipped from Mobile Advance, Inc. in package 1 of this shipment:

1 of ASUS Eee PC 12G (8.9" Screen, 900 MHz Intel Mobile CPU, 1 GB RAM, 12 GB Solid State Drive, XP Home) Pearl White

Shipping Carrier: UPS

Ship Date: 13-May-2008
Shipping Speed: Expedited
Carrier Tracking ID: 1Z9564234260481479

Your shipping address:

  Ken Geisler
  305 Clarke Lane
  Morgan Hill, California 95037
  United States

If you have additional items in your order, you will receive an e-mail when those items have shipped.

QUESTIONS?

If you have questions about this order, including the status of your shipment, you can either visit http://www.amazon.com/wheres-my-stuff or e-mail sales@mobileadvance.com to get in touch directly with Mobile Advance, Inc..

**************************************************
Safe Shopping Tips

Amazon.com works hard to protect our customers. For your safety, when ordering items advertised by sellers other than Amazon.com:

* Always place your orders directly through the Amazon.com shopping cart using Amazon Payments. Never send money directly to sellers through wire transfers or checks; we do not guarantee such transactions.

* Beware of e-mails that request direct payments, request payment to international locations, or ask for personal information. Amazon.com will never e-mail you to pay for Marketplace transactions outside our shopping cart, or ask you to confirm personal information such as a credit card number or password via e-mail. If a particular e-mail looks suspicious or unusual, please contact us directly.

Reporting suspicious activity at http://www.amazon.com/gp/help/reports/contact-us will help us enhance marketplace safety and serve you better in the future.

For more safe-shopping tips, read about Safe Online Transactions at http://www.amazon.com/safe-secure.
****************************************************

============================================================
Order Details
============================================================

Date:            13-May-2008

Amazon Order #:    103-2102579-1906628

1 of ASUS Eee PC 12G (8.9" Screen, 900 MHz Intel Mobile CPU, 1 GB RAM, 12 GB Solid State Drive, XP Home) Pearl White, $585.00*

*above item(s) sold by and shipped from Mobile Advance, Inc.
----------------------------------------------------------------
        Item Subtotal:  $585.00
        Shipping & Handling:  $25.00

        Total:  $610.00

        Paid by Mastercard:  $610.00

----------------------------------------------------------------

Thanks for shopping at Amazon.com.

http://www.amazon.com/
Earth's Biggest Selection
Find, Discover & Buy Virtually Anything

2

# Exhibit B

