KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No. C06-01839 CRB<br><br>**DECLARATION OF KARL J. KRAMER IN OPPOSITION TO ELANTECH'S MOTION TO TAKE PRELIMINARY INJUNCTION MOTION OFF CALENDAR PENDING TRANSFER OF CASE OR, IN THE ALTERNATIVE, MOTION FOR CONTINUANCE** |
| AND RELATED COUNTERCLAIMS | |

I, Karl J. Kramer, hereby declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

KRAMER DECL. IN OPP. TO MOTION TO TAKE PRELIM. INJUNCTION MOTION OFF CALENDAR, OR MOTION FOR CONTINUANCE CASE NO. C06-01839-CRB
pa-1257982

1

1        2. In the two weeks following the filing of Synaptics' motion for preliminary

2 injunction, Elantech did not contact me to request any extension of time to oppose Synaptics'

3 motion.

4       I declare under penalty of perjury under the laws of the United States of America that, to

5 the best of my knowledge, the foregoing is true and correct.  Executed on May 27, 2008, in

6 Palo Alto, California.

7                                         /s/ Karl J. Kramer
                                            Karl J. Kramer
8                                             E-mail:  Karl J. Kramer@mofo.com

KRAMER DECL. IN OPP. TO MOTION TO TAKE PRELIM. INJUNCTION MOTION OFF CALENDAR, OR MOTION FOR CONTINUANCE; CASE NO. C06-01839-CRB
pa-1257982

2