**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-06-01839CRB**

**ELANTECH DEVICES CORPORATION** v. **SYNAPTICS, INC.**

Attorneys:    Sean deBruine                         Karl Kramer

                                                    Damir Cefo by telephone

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Not Reported**

**PROCEEDINGS:**                                                **RULING:**

1.  Further Case Management Conference   - Held

2.

3.

**ORDERED AFTER HEARING:**

 Parties consent to proceed before United States Magistrate Judge Patricia V. Trumbell for all further proceedings.  Consents filed in open court, the Court orders the matter reassigned to Magistrate Judge Patricia Trumbell.  Judge Trumbell to determine whether she will retain discovery or refer it.  Counsel to advise the Court whether Judge Breyer or Magistrate Judge Trumbell will rule on the motions currently pending.

(  ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

(  ) Referred to Magistrate Judge For: ____

(  ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____           Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for ____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____