IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS INC.,<br><br>Defendant. | No. C 06-1839CRB<br><br>**CONSENT TO PROCEED BEFORE**<br>**UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. Section 636(c), the undersigned party in the above caption civil matter hereby voluntarily consents to have United States Magistrate Judge Patricia V. Trumbell conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Date: May 30, 2008

_____
Signature

Counsel for Synaptics