IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTECH DEVICES, | No. C-06-1839 CRB |
| Plaintiff, | **ORDER OF REASSIGNMENT TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT** |
| v. | |
| SYNAPTICS, INC., et al., | |
| Defendants. | |

The Court having received and filed the consent of each of the parties hereby reassigns the above captioned case to United States Magistrate Judge Patricia V. Trumbell for all further proceedings and the entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit. See 28 U.S.C. section 636(c).

**IT IS SO ORDERED.**

Dated: May 30, 2008

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE

N:\pdf documents\1839orderreassign.wpd