# UNITED STATES DISTRICT COURT
## Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## June 2, 2008

**CASE NUMBER:  CV 06-01839 CRB**
**CASE TITLE:  ELANTECH DEVICES CORPORATION-v-SYNAPTICS, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Patricia V. Trumbull** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PVT** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/2/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies               Special Projects
Log Book Noted                              Entered in Computer 6/2/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                     Transferor CSA