**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ELANTECH DEVICES CORPORATION,                    C 06-1839 PVT

        *Plaintiff(s),*

                                           **CLERK'S NOTICE SCHEDULING**
*v.*                                         **CASE MANAGEMENT CONFERENCE**

SYNAPTICS, INC., et al.,

        *Defendant(s).*

        Please take notice that a Case Management Conference has been scheduled for **June 24, 2008 at 2:00 p.m.**, before Magistrate Patricia V. Trumbull. Parties to file a Joint Case Management Conference Statement on or before June 17, 2008. Parties are to appear in Courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: June 2, 2008

                               /s/ Corinne Lew
                               _____
                               Corinne Lew
                               DEPUTY CLERK