| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | LAURA MASON (CA SBN 252251) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California  94304-1018 |
| 4 | Telephone: 650-813-5600 |
| | Facsimile: 650-494-0792 |
| 5 | KKramer@mofo.com |

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
| Plaintiff, | **DEFENDANT SYNAPTICS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO RE-NOTICE SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Before: Hon. Patricia V. Trumbull |
| | Location: Courtroom 5, 4th Floor |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Elantech Devices Corp. ("Elantech") is attempting to take advantage of the transfer of this case to unfairly delay Synaptics, Inc. ("Synaptics")'s motion for a preliminary injunction. Elantech has had almost a month to prepare its opposition to Synaptics' motion, and has no basis for failing to timely file an opposition. Elantech's refusal to even discuss a stipulation demonstrates a clear strategy to stall hearing and briefing on this motion for as long as possible. Every additional day of delay is causing irreparable harm to Synaptics. Accordingly, pursuant to Local Rule 7-11, Synaptics hereby submits this Motion for Administrative Relief to Re-Notice

SYNAPTICS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C06-01839-PVT

1

pa-1259558

Synaptics' Motion for Preliminary Injunction. Synaptics respectfully requests that the Court hear Synaptics' preliminary injunction motion on June 24, 2008, which is the same day as the scheduled case management conference, with Elantech's opposition due June 10, 2008 and Synaptics' reply brief due June 17, 2008.

### I. PROCEDURAL HISTORY & FACTS

On January 11, 2008, Synaptics filed two motions for partial summary judgment that the use of Elantech's products meets claims of U.S. Pat. Nos. 6,380,931, 5,543,591, 5,943,052, and 5,880,411 (collectively the "patents-in-suit"). (Docket Nos. 213, 214 (public: 235, 238).) The Honorable Charles R. Breyer granted these motions in part on April 16, 2008. (Docket No. 307 (public: 313).)

Following Judge Breyer's summary judgment ruling, and given the fact that Judge Breyer had previously granted Elantech's motion for preliminary injunction in nearly identical circumstances, Synaptics attempted to reach a mutually agreeable stipulated preliminary injunction with Elantech. (*See* Declaration of Erika L. Yawger in Opposition to Elantech's Motion To Take Preliminary Injunction Motion Off Calendar Pending Transfer of the Case, or in the Alternative, Motion for Continuance ("Yawger Decl.") ¶ 5.) Elantech refused. (*Id.*) Consequently, on May 9, 2008, Synaptics filed a Motion for Preliminary Injunction. (*See id*. ¶ 2.)

Before this case was transferred to this Court, Synaptics' preliminary injunction motion was scheduled to be heard by Judge Breyer on June 13, 2008. (Docket No. 317.) Under this schedule, Elantech's opposition was due on May 23, 2008, and Synaptics' reply would have been due on May 30, 2008. Instead of filing an opposition, however, Elantech filed a last-minute motion to take the preliminary injunction motion off-calendar. (Docket No. 325.) This motion was never decided because on June 2, 2008, the case was transferred to this Court.

A case management conference is currently scheduled for June 24, 2008. Counsel for Synaptics asked Elantech to stipulate to a re-noticed schedule for the preliminary injunction motion, but Elantech refused. (Yawger Decl. ¶ 4.)

## II. ARGUMENT

This case was transferred to this Court before a hearing could be held on Synaptics' motion for a preliminary injunction. Under the originally noticed schedule, this motion would have been fully briefed prior to transfer of the case on June 2, 2008. Elantech did not file an opposition as required on May 23, 2008, however, nor was it granted an extension of time. Instead, Elantech filed a last-minute request to remove the motion from the calendar in an effort to delay indefinitely resolution of Synaptics' motion. Elantech should not be permitted to manipulate the Court and evade a motion that was properly filed and scheduled on Judge Breyer's calendar when this case was transferred.

Further delay of resolution of this matter will cause, and is causing, irreparable harm to Synaptics. Elantech is currently actively infringing Synaptics' patents with ongoing activities in the United States. In fact, just a few weeks ago, ASUS Computer International launched a new line of notebook computers that contain infringing Elantech touchpad devices. (*See* Declaration of Kenneth Geisler in Opposition to Motion to Take Preliminary Injunction Motion Off Calendar Pending Transfer of the Case or, in the Alternative, Motion for Continuance, ¶¶ 3-4 (Docket No. 329).) There is no indication that Elantech's infringement will stop without an order from the Court enjoining such unlawful behavior.

Elantech has presented no true need for additional time to oppose. The only justification Elantech gave for failing to timely oppose Synaptics' motion was that the issues in the motion are "complex," Elantech's counsel was busy, and Elantech's expert had papers to grade. (Elantech's Motion to Take Preliminary Injunction Motion Off Calendar Pending Transfer of the Case or, in the Alternative, Motion for Continuance, 2:14-21 (Docket No. 325).)

Under the proposed schedule, Elantech's opposition will be due on June 10 and the hearing will be on June 24. Under that schedule, Elantech will have had over a month to prepare its opposition. This result strikes the best balance between Elantech's desire for additional time and the exigent nature of Synaptics' motion. If the Court desires more time to review the motion after the reply paper is filed (June 17), Synaptics believes that it would be most efficient to move

the scheduled Case Management Conference to July 1, 2008 and hear the motion for preliminary injunction at the same time on July 1.

### III.    CONCLUSION

For the foregoing reasons, Synaptics respectfully request that the Court re-notice Synaptics' Motion for Preliminary Injunction to be heard on June 24, 2008, with Elantech's opposition brief due June 10, 2008, and Synaptics' reply brief due June 17, 2008.  In the alternative, Synaptics proposes that the Court move the pending Case Management Conference to July 1, 2008 and set the hearing of Synaptics' preliminary injunction motion at the same time.

Dated:   June 3, 2008

KARL J. KRAMER
ERIKA L. YAWGER
LAURA MASON
MORRISON & FOERSTER LLP

By:    s/Karl J. Kramer
         Karl J. Kramer
         Email:  KKramer@mofo.com

Attorneys for Defendant and
Counterclaimant SYNAPTICS, INC.

KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO RE-NOTICE SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Before:  Hon. Patricia V. Trumbull<br>Location:  Courtroom 5, 4th Floor |

This matter having come before the Court on Defendant Synaptics, Inc.("Synaptics")'s Motion for Administrative Relief to Re-Notice Synaptics' Motion for Preliminary Injunction, the Court having considered the papers filed in support of the application, there being no opposition thereto, and good cause appearing therefore,

The motion is hereby GRANTED.

IT IS HEREBY ORDERED that:

1. Elantech Devices Corp.'s opposition to Synaptics' Motion for Preliminary Injunction is due June 10, 2008;

2. Synaptics' reply to its Motion for Preliminary Injunction is due June 17, 2008;

3. The hearing on Synaptics' Motion for Preliminary Injunction will be held on June 24, 2008 [July 1, 2008].

IT IS SO ORDERED.

Dated: _____

By: _____
UNITED STATES MAGISTRATE JUDGE
HONORABLE PATRICIA V. TRUMBULL