KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>　　　　Defendants. | Case No.　C06-01839 PVT<br><br>**DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF DEFENDANT SYNAPTICS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO RE-NOTICE SYNAPTICS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Before: Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |
| AND RELATED COUNTERCLAIMS | |

　　　　I, Erika L. Yawger, declare as follows:

　　　　1.　　I am a member of the bar of the State of California, and I am admitted before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

　　　　2.　　On May 9, 2008 Synaptics filed a motion for preliminary injunction. (Docket No. 317.)

1   3. Elantech's counsel never communicated with me about the need or desire for additional time to oppose Synaptics' motion for preliminary injunction until the afternoon before Elantech's opposition was due. Due to the urgent nature of Synaptics' motion, and lack of prior notice or justification for an extension, Synaptics did not agree to grant Elantech's last-minute request for an extension of time.

4. On Monday June 2, 2008, pursuant to instructions from Magistrate Judge Trumbull's clerk, I e-mailed counsel for Elantech, Sean DeBruine, and asked whether Elantech would discuss a stipulation to a re-noticed schedule for Synaptics' preliminary injunction motion. Mr. DeBruine refused to discuss such a stipulation. After Elantech's refusal, I left a voice message for Mr. DeBruine asking to meet and confer regarding a stipulated hearing date. I explained in my message that Magistrate Judge Trumbull's clerk had specifically requested that the parties confer and file a stipulation concerning a new hearing date. Mr. DeBruine never responded to my voicemail.

5. Before Synaptics filed its motion for preliminary injunction, I discussed the possibility of a stipulated preliminary injunction order with counsel for Elantech. Counsel for Elantech refused to consider any such stipulation.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 3, 2008, in Palo Alto, California.

By:   /s/Erika J. Yawger
          Erika L. Yawger
          Email:  EYawger@mofo.com

YAWGER DECL. ISO SYNAPTICS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C06-01839-PVT
pa-1259581

2

1  I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this
2  DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF DEFENDANT SYNAPTICS'S
3  MOTION FOR ADMINISTRATIVE RELIEF TO RE-NOTICE SYNAPTICS MOTION FOR
4  PRELIMINARY INJUNCTION.  In compliance with General Order 45, X.B., I hereby attest
5  that Erika L. Yawger has concurred in this filing.

    Dated:  June 3, 2008                    MORRISON & FOERSTER LLP

                                  By:    s/Karl J. Kramer
                                         Karl J. Kramer
                                         Email:  KKramer@mofo.com