1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., et al.,<br><br>        Defendants. | Case No.: C 06-1839 PVT<br><br>**ORDER RE DEFENDANT SYNAPTICS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO RE-NOTICE SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION** |

On June 3, 2008, Defendant Synaptics, Inc. ("Synaptics") filed and administrative motion to shorten time for re-noticing its motion for preliminary injunction.[1] Having reviewed Synaptics' administrative motion and pertinent parts of the file herein, the court finds it appropriate to issue this order without further briefing. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that Synaptics' administrative motion to shorten time is GRANTED, except that Elantech Devices Corporation's ("Elantech ") opposition shall be due no later than 12:00 Noon on June 13, 2008, and Synaptics' reply shall be due no later than June 18, 2008. Synaptics' motion for preliminary injunction shall be heard at 2:00 p.m.[2] on June 24, 2008.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] The court is setting the hearing on its 2:00 p.m. calendar, rather than its regular 10:00 a.m. law and motion calendar, to allow the hearing and Case Management Conference to be heard on the same calendar.

1  This hearing date is ten days after the date requested in Elantech's Motion to Take Preliminary
2  Injunction Motion Off Calendar Pending Transfer of the Case or, in the Alternative, Motion for
3  Continuance.[3]

 IT IS FURTHER ORDERED that the parties shall promptly meet and confer regarding a hearing date for presenting a tutorial on the technology at issue in this action.  The hearing date should be no later than June 20, 2008.  The parties may check with this court's courtroom deputy (Corinne Lew at 408-535-5378) to determine whether specific days and times are available on the court's calendar.  No later than June 9, 2008, the parties shall file either a joint proposal for the tutorial, or their respective proposals.

Dated: *6/4/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3] The court notes that Elantech never obtained relief from the original due date for its opposition papers. However, rather than granting the motion as unopposed, the court finds it appropriate to grant Synaptics' request to shorten time for re-noticing the motion and to reset the briefing schedule. The court declines to wait for any opposition to Synaptics' administrative motion because Elantech is already on record as requesting a shorter "continuance" of the motion, and the court wishes to apprise the parties of the new schedule as quickly as possible.

ORDER, *page 2*