1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  Email:  kkramer@mofo.com

6  Attorneys for Defendant and Counterplaintiff
   SYNAPTICS, INC.
7

   Yitai Hu (CA SBN 248085) yhu@akingump.com
8  Sean P. DeBruine (CA SBN 168071) sdebruine@akingump.com
   Hsin-Yi Cindy Feng (CA SBN 215152) cfeng@akingump.com
9  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real, Suite 400
10 Palo Alto, CA 94306
   Telephone: (650) 838-2000
11 Facsimile: (650) 838-2001

12 Attorneys For Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17

18 ELANTECH DEVICES CORPORATION, a          Case No.   C06-01839 PVT
   corporation existing under the laws of Taiwan,
19 R.O.C.,                                  **JOINT MOTION FOR
                  Plaintiff,                ADMINISTRATIVE RELIEF
20        v.                                RE: EQUIPMENT IN THE
                                            COURTROOM**
21 SYNAPTICS, INC., a Delaware corporation
   and AVERATEC, INC., a California         Date:    June 11, 2008
22 corporation;,                             Time:    1:30 p.m.
                  Defendants.                Before:  Hon. Patricia V. Trumbull
23                                           Location: Courtroom 5, 4th Floor

24 AND RELATED COUNTERCLAIMS

25

26

27

28

MOTION FOR ADMIN. RELIEF RE EQUIP. IN COURTROOM
CASE NO. C06-01839 PVT
pa-1260851

1  WHEREAS, this patent infringement action was transferred to Magistrate Judge Trumbull
2  on June 2, 2008, and
3  WHEREAS, the parties will present a tutorial for the Court on the technology at issue in
4  this action at 1:30 p.m. on June 11, 2008,
5  WHEREAS, for the tutorial, Synaptics and Elantech require the use of certain equipment
6  (as detailed below) in the courtroom; and
7  WHEREAS Synaptics and Elantech will require time to set up said equipment on June 11,
8  2008 for use at the tutorial in the afternoon;
9  THEREFORE, Synaptics and Elantech respectfully ask the Court for permission to install
10 on June 11, 2008 the following equipment in the courtroom of Magistrate Judge Patricia V.
11 Trumbull for use during the technology tutorial:

12  1   15" flat screen monitor
13  3   laptop portable computers, each with a computer mouse
14  1   Projector with stand
15  1   Screen with stand
16      SVGA computer switches, VGA Cables and wires to connect equipment
17      Power cables, extension cords, splitters and surge protectors

19  A proposed order is filed herewith.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2008 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   s/Karl J. Kramer |
| 4 | | Karl J. Kramer<br>Email: Kkramer @mofo.com |
| 5 | | Attorneys for Defendant<br>SYNAPTICS, INC. |
| 6 | | |
| 7 | Dated: June 6, 2008 | YITAI HU<br>SEAN P. DeBRUINE |
| 8 | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 9 | | |
| 10 | | By:   s/Sean P. DeBruine |
| 11 | | Sean P. DeBruine<br>Email: Sdebruine@akingump.com |
| 12 | | Attorneys for Plaintiff<br>ELANTECH DEVICES CORPORATION |
| 13 | | |

14
15     I, Karl J. Kramer, am the ECF user whose ID and password are being used to file this

16 JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE

17 COURTROOM. In compliance with General Order 45, X.B., I hereby attest that Sean P.

18 DeBruine has concurred in this filing.

    Dated: June 6, 2008

19                                         Morrison & Foerster LLP

20
21                             By:   s/Karl J. Kramer
                                Karl J. Kramer
22                                 Email Kkramer@mofo.com

23                               Attorney for Defendant and
                              Counterplaintiff Synaptics, Inc.

24
25
26
27
28

1
2
3
4
5
6
7
8

9    UNITED STATES DISTRICT COURT
10   NORTHERN DISTRICT OF CALIFORNIA
11   SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation and AVERATEC, INC., a California corporation;<br><br>Defendants. | Case No.   C06-01839 PVT<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM**<br><br>Date:    June 11, 2008<br>Time:    1:30 p.m.<br>Before:  Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |
| AND RELATED COUNTERCLAIMS | |

   IT IS HEREBY ORDERED that Synaptics, Inc. and Elantech Devices Corp. shall be permitted to install, use and remove the following equipment for the technology tutorial set for 1:30 p.m. on June 11, 2008 in Courtroom 5, 4th Floor, of Magistrate Judge Patricia V. Trumbull:

   1    15" flat screen monitor;

   3    laptop portable computers, each with a computer mouse;

   1    Projector with stand;

   1    Screen with stand;

1   SVGA computer switches, VGA Cables and wires to connect equipment;

2   Power cables, extension cords, splitters and surge protectors.

3

4   Dated: _____

5                                                          PATRICIA V. TRUMBULL
                                                           United States Magistrate Judge