SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.   3:06-CV-01839 PVT <br><br> **REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE HEARING BY TELEPHONE** <br><br> Date: June 24, 2008 <br> Time: 2:00 PM <br><br> Hon. Patricia V. Trumbell <br> Courtroom No. 5, 4th Floor |

Counsel for defendant Averatec, Inc. requests that, to minimize the costs incurred by Averatec, Inc., Damir Cefo, representative for Averatec, Inc., be permitted to participate by telephone in the case management conference scheduled in the above-captioned case on June 24, 2008 at 2:00 PM. Damir Cefo can be reached at the following telephone number on June 24, 2008: (212) 957-7006.

Dated: June 6, 2008                    COHEN & GRESSER LLP


                                       By:  /s/ Damir Cefo

                                       Attorneys for Defendant
                                       AVERATEC, INC.

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 PVT