SCOTT R. RABER (CA SBN 194924)
KASTNER BANCHERO LLP
20 California Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 616-7000
srr@kastnerbanchero.com

Karen H. Bromberg (NY SBN KB 2153)
Elizabeth F. Bernhardt (NY SBN EB 4637)
Damir Cefo (NY SBN DC 1507)
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
kbromberg@cohengresser.com
ebernhardt@cohengresser.com
dcefo@cohengresser.com

Admitted *Pro Hac Vice*

Attorneys for Defendant
AVERATEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.   3:06-CV-01839 PVT <br><br> **[PROPOSED] ORDER** <br><br> Hon. Patricia V. Trumbell <br> Courtroom No. 5, 4th Floor |

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE HEARING BY TELEPHONE

CASE NO. 3:06-CV-01839 PVT

1

1     It is hereby ordered that counsel for defendant Averatec, Inc., be permitted to participate by telephone in the Case Management Conference scheduled in the above-captioned case on June 24, 2008, at 2:00 PM.

    IT IS SO ORDERED.

Dated:

                                                                  PATRICIA V. TRUMBELL
                                                                  UNITED STATES DISTRICT COURT