1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
4  Telephone:       650-838-2000
   Facsimile:       650-838-2001
5

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  ELANTECH DEVICES CORP.,          )  Case No. 5:06-CV-01839 PVT
                                     )
12          Plaintiff,               )  **NOTICE OF CHANGE IN COUNSEL**
                                     )
13      vs.                          )
                                     )
14  SYNAPTICS, INC and               )
    AVERATEC, INC.,                  )
15                                   )
            Defendants.              )
16                                   )
                                     )
17                                   )

18      TO THE CLERK OF THE COURT AND TO DEFENDANTS AND THEIR

19  ATTORNEYS OF RECORD:

20          PLEASE TAKE NOTICE that Ming-Tao Yang, formerly of Akin Gump Strauss Hauer

21  & Feld LLP, is no longer counsel of record for Plaintiff Elantech Devices Corp. in this matter.

22  Ming-Tao Yang should be removed from any service lists.  Akin Gump Strauss Hauer & Feld

23  LLP remains as counsel of record for Plaintiff Elantech Devices Corp.  All notices, pleadings,

24  and papers in this matter should be served on Sean P. DeBruine in the Palo Alto office of Akin

25  Gump Strauss Hauer & Feld LLP at the address specified above.

26

27

28

1    DATED: June 9, 2008                    AKIN GUMP STRAUSS HAUER & FELD LLP

2

3                                           By: _____/s/_____
                                                        Sean P. DeBruine
4

5                                           Attorneys for Plaintiff
                                            ELANTECH DEVICES CORPORATION
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28