UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation and AVERATEC, INC., a California corporation;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 PVT<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF RE: EQUIPMENT IN THE COURTROOM<br><br>Date:    June 11, 2008<br>Time:    1:30 p.m.<br>Before:  Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |

IT IS HEREBY ORDERED that Synaptics, Inc. and Elantech Devices Corp. shall be permitted to install, use and remove the following equipment for the technology tutorial set for 1:30 p.m. on June 11, 2008 in Courtroom 5, 4th Floor, of Magistrate Judge Patricia V. Trumbull:

1   15" flat screen monitor;

3   laptop portable computers, each with a computer mouse;

1   Projector with stand;

1   Screen with stand;

1   SVGA computer switches, VGA Cables and wires to connect equipment;

2   Power cables, extension cords, splitters and surge protectors.

4   Dated: 6/9/08

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge