UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>SYNAPTICS, INC., et al.,<br><br>        Defendants. | Case No.: C 06-1839 PVT<br><br>**ORDER RE DEFENDANT AVERATEC, INC.'S REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

On June 9, 2008, Defendant Averatec, Inc. ("Averatec") filed a request to appear at the Case Management Conference by telephone. Based on the request submitted and the file herein,

IT IS HEREBY ORDERED that Avertec's request is DENIED. However, lead counsel need not appear at the Case Management Conference so long as Avertec's local counsel appears and is fully apprised of lead counsel's scheduling needs in relation to scheduling the remaining trial and pretrial dates.

Dated: *6/10/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*