UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/11/08

Court Reporter: Irene Rodriguez    Clerk: Corinne Lew

Case No: C 06-01839 PVT    Case Title: Elantech Devices Corp. v. Synaptics, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Sean DeBruine | Karl Kramer<br>Erika Yawger |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial       [ ] Status     [ ] Discovery

                               [ ] Settlement   [ ] Final

**[X] Tutorial**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [ ] Submitted           [ ] Settled

[ ] Denied           [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part         [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant       [ ] Court          [ ] Court w/opinion