Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
S.H Michael Kim (SBN 203491) (mkim@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., | Case No. 5:06-CV-01839 PVT |
| Plaintiff, | **DECLARATION OF JIA-YIH LEE** |
| vs. | Date: June 24, 2008<br>Time: 2:00 p.m. |
| SYNAPTICS, INC. and AVERATEC, INC, | Judge: Magistrate Judge Patricia V. Trumbell<br>Courtroom: 5, 4th Floor |
| Defendants. | |

I, Jia-Yih Lee declare and state as follows:

1.    I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, would testify competently, under oath, to the facts stated below.

2.    I am a technical consultant of Elantech Devices Corporation.

3.    I have personal knowledge of Elantech touchpads models accused by Synaptics in this matter, and their operation. I also have personal knowledge of the firmware that provides the functionality in the Elantech touchpads.

4.    "KTP 3" and "KTP5" are names used within Elantech to describe major redesigns of the touchpad products. Within those broad designations are multiple versions of the integrated circuit that controls the touchpad ("controller IC"), and various different touchpad models are built using those ICs. Generally, firmware is modified for each version of the controller IC and may be continually modified if necessary to address performance and compatibility issues or to alter features. The firmware controls the operations performed by the IC. If the firmware does not include code to perform a certain function, no touchpad made using that IC can perform that function.

5.    Elantech does not currently manufacture any KTP3 products.

6.    An Elantech touchpad interacts with a computer system using a software program called a "driver." A driver interprets commands from the computer and passes them to the touchpad and also takes the data output by the touchpad and translates them into commands that programs running under the operating system can recognize and use. Elantech makes drivers available to computer makers incorporating the Elantech products into their computer systems. There are different drivers specific to each IC model. Computers do not necessarily need the Elantech drivers for the touchpad to perform its basic functions. The touchpads are generally compatible with standard mouse drivers included with most operating systems such as Windows. However, the standard mouse drivers will not support many of the functions relevant to Synaptics' patent claims. For example, edge motion and corner tap all require specific driver code to function with the computer system.

7.    There are significant differences among the products currently being sold by Elantech with regard to implementation of the features relevant to Synaptics' patent claims.

8. Elantech currently manufactures Touchpad modules using ICs with model numbers KT001-EF201, KT0001-EF012 and KT0001-EF112. The firmware controlling each of these ICs is essentially the same with regard to the relevant functions. The firmware for these ICs includes code that could operate to permit "corner tap" and "edge motion" gestures, those features are not enabled by the driver software provide by Elantech. In this case, a user of a computer including a touchpad module including these ICs and running the Elantech driver software would not be able to "turn on" or activate the "corner tap" detection feature. When such a user makes a brief touch in a corner region, the touchpad will not return any indication to the host that a touch happened in a particular corner for purposes of mapping that gesture to a particular function. Such a user would not be able to have such a gesture used to emulate a right mouse button click, for example. Similarly, while the firmware includes code to allow continued motion of the cursor when the user's finger reaches an edge of the touchpad surface ("edge motion") the Elantech driver software does not support that function. Again, if a new user started finger motion on the touchpad and continued the motion until the finger reached the edge and stopped, the cursor will stop on the screen.

9. Elantech also currently manufactures touchpads using IC model numbers KT0001-EF301, KT001-EF302 and KT001-EF013. The firmwares controlling each of these ICs is essentially the same with regard to the relevant functions. The firmware for these ICs does not include code to provide for detection of a tap in a corner, nor does it include code to detect contact in a defined region near the edges of the touchpad as different from normal contact. These products cannot perform the "edge motion," "corner tap" or "scroll zone" functions described in Synaptics' motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2008 at Hsinchu, Taiwan R.O.C.

                         /s/
                         Jia-Yih Lee

**ATTESTATION OF CONSENT**

The undersigned hereby attests, pursuant to section X of General Order 45 I have obtained concurrence from Jia-Yih Lee to the electronic filing of this document.

Dated June 13, 2008

                /s/
        Sean P. DeBruine

1  6252166