Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
S.H. Michael Kim (SBN 203491) (mkim@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001

Attorneys for Plaintiff and Counter Defendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC and AVERATEC, INC., <br><br> Defendants. | Case No. **5:06-cv-01839-PVT** <br><br> **DECLARATION OF DR. IAN SCOTT MACKENZIE IN SUPPORT OF ELANTECH'S OPPOSITION TO SYNAPTICS MOTION FOR A PRELIMINARY INJUNCTION** <br><br> **Date:** June 24, 2008 <br> **Time:** 2:00 p.m. <br> **Dept.:** Courtroom 5 <br> **Judge:** Hon. Patricia V. Trumbull |

I, Ian Scott MacKenzie, Ph.D., declare and state as follows:

1.      I have been retained by Elantech Devices Corporation ("Elantech") as an expert witness in this lawsuit.  In this Declaration, I am providing my opinions regarding the validity of claims 5, and 6 of U.S. Patent No. 6,380,931 ("the '931 patent"); claims 14 and 18 of U.S. Patent No. 5,943,052 ("the '052 patent"); claims 46 and 52 of U.S. Patent No. 5,880,411 ("the '411 patent"); and claim 9 of U.S. Patent No. 5,543,591 ("the '591 patent") – collectively referred to as "Synaptics' asserted patents."

2.      In sum, after analyzing prior art pertinent to these patents, it is my opinion that each of the above claims in Synaptics' asserted patents is invalid as either anticipated or obvious.

I.    **BACKGROUND AND QUALIFICATIONS**

2.    I am presently an associate professor of Computer Science and Engineering at York University, Toronto Canada, since 1999.  From 1992 to 1999 I was an associate professor of Computing and Information Science at the University of Guelph, Guelph, Ontario and from 1983 to 1991 I was a professor of Electronics Engineering at Seneca College, Toronto, Ontario.  I hold a Ph.D. from the University of Toronto (1991), and M.Ed. degree, also from the University of Toronto (1989), a Diploma in Electronics Engineering Technology, Computer Option, from Durham College (1978), and a B.Mus. from Queen's University (1975).

3.    My research and teaching work is focused on human-computer interfaces, including substantial research with pointing and touch sensor input devices.  As a consequence of my research, I have designed and analyzed numerous touch sensor input devices, and I am intimately familiar with the technological issues and state of the art in this field from the mid-1980s until the present.  I have over 100 peer-reviewed research publications, many relating to pointing- or touch-based user interfaces or to microcontrollers.  A copy of my current CV is attached hereto as **Exhibit A**.

II.   **SCOPE OF WORK**

4.    In reaching the opinions in this Declaration, I reviewed the following:

- U.S. Patent No. 6,380,931, its file history and certain cited references;

- U.S. Patent No. 5,943,052 its file history and certain cited references;

- U.S. Patent No. 5,880,411 its file history and certain cited references;

- U.S. Patent No. 5,543,591 its file history and certain cited references;

- Other publications attached as exhibits to this Declaration;

- Elantech's Amended Preliminary Invalidity Contentions (Elantech's PICs) and the relevant prior art cited in Elantech's PICs;

- The Court's Claim Order dated April 6, 2007 ("Court's Claim Order"), construing various claim terms recited in Synaptics' asserted patents; and

- The Court's April 16, 2008 Memorandum and Order re: Synaptics' Motions for Partial Summary Judgment.

III.    **INVALIDITY ANALYSIS**

A.    **Background of My Analysis**

5.    To arrive at my opinions, I have reviewed the relevant prior art references to determine whether any of them disclose every step of the methods claimed in Synaptics' asserted patents to one of ordinary skill in the art in determining anticipation.  To the extent a single reference may not contain such an identical disclosure, I reviewed other references indicative of the scope of the prior art at the time to determine whether the claimed method was known or obvious in light of those references.   In determining obviousness, it is my understanding that (i) the scope and content of the prior art are to be determined; (ii) the differences between the prior art and the claims at issue are to be ascertained; and (iii) the level of ordinary skill in the pertinent art is to be resolved.

6.    Based on over 30 years of experience in the field of human-computer interfaces and my review of the asserted patents, it is my opinion that one of ordinary skill at the time of the invention of the asserted patents would have at least:

(1)    an undergraduate degree in Electrical Engineering or Computer Science and at least four years of experience in human-computer interface issues; or

(2)    a master's degree in Electrical Engineering or Computer Science and at least two years of experience in human-computer interface issues.

7.    In this Declaration, I have made my findings of obviousness in view of these criteria.  Further, my analysis of the prior art identified in this Declaration was carried out with these principles in mind as well as using the construed terms in the Court Claim Order dated April 6, 2007 (**Exhibit B**).

B.    **Comparison of Prosenko to Claims 5 and 6 of the '931 Patent**

8.    I have compared the elements and limitations of claims 5 and 6 in the '931 patent with the prior art teachings disclosed in U.K. Patent Application GB 2139762A to Prosenko ("Prosenko")(**Exhibit C**), which was published on November 14, 1984.  Synaptics claims that the priority date for the '931 patent is October 7, 1994.  Because Prosenko was published nearly ten years before the priority date of the '931 patent, Prosenko constitutes prior art.  As detailed in

1   the attached claim chart (**Exhibit D**), Prosenko discloses every element of the asserted claims 5

2   and 6 of the '931 Patent as construed by the Court.

3       9.      Prosenko refers to a UK patent application disclosing a touch pad input device for

4   one of the first portable computer systems.  *See* Prosenko at FIG. 3, tough pad 21.  The Gavilan

5   Computer Corporation made this computer and is the applicant of the Prosenko UK application.

6   Prosenko discloses that its touch pad can be used as a both a cursor-control device using a finger

7   on the touchpad and a button input by a short "tap" gesture on the touchpad.  Prosenko at

8   EDT0010025, (57).  I now detail how the asserted claims 5 and 6 of the '931 patent are

9   anticipated by Prosenko.

10      10.     Claim 5 is an independent method claim.  Claim 6 is dependent on claim 5.

11  Claim 5 is reproduced below, with each element assigned a number for purpose of clarity:

12          5.      A method for recognizing a tap gesture made on a touch-sensor
        pad in a touch sensing system providing X and Y position information to a host,
13      including:
            [1]  detecting the occurrence of a tap gesture made by a tapping object on
14      the touch-sensor pad;
            [2] detecting in which of at least one corner of the touch-sensor pad said
15      tap gesture occurred; and
            [3] sending a signal to the host indicating the occurrence of said tap
16      gesture and in which of at least one corner of said touch-sensor pad said tap
        gesture occurred.
17

18  '931 Patent at 53:24-54:3.

19      11.     Prosenko, in FIGS. 1-9 and corresponding text, discloses a method and system for

20  detecting the occurrence of a tap gesture.  As Prosenko states, "the operator need only tap the

21  touch pad quickly, such a tap being discriminated by the touch pad as a different command than a

22  longer touch."  Prosenko at 2:22-24.  The operation disclosed in FIGS. 8 and 9 details how a tap

23  gestured is determined.  Prosenko discloses the first step [1] by disclosing, in FIGS. 8-9 and

24  corresponding text, that a tap gesture is detected "when the surface is touched for a time less than

25  the predetermined time and/or the location touched changes by a distance less than the

26  predetermined distance."  *Id.* at 2:6-11.  This is identical to the agreed definition of "tap gesture"

27

28

1  as "a quick tap of the finger on the pad, of short duration and involving little or no X or Y finger

2  motion."

3        12.     Prosenko also discloses step [2] by detecting in which of at least one corner of the

4  touchpad a tap occurs.  In Prosenko, the corners of the touchpad are used as buttons to provide

5  commands to the host.  This is shown in Fig. 3, where corner areas 65, 67, 77 and 79 are

6  provided.  When those corner areas are tapped, the touch pad identifies the particular corner

7  based on the X and Y coordinates.  *Id.* at 3:95-99.

8        13.     Further, after determining a tap gesture has occurred, the gesture is communicated

9  to the host through status and data bytes as shown in FIG. 7 below.



FIG. 7.

14  As Prosenko states, "[t]he first type [of data] is to indicate that one of the touch keys or buttons

15  65 through 79 of Figure 3 has been depressed and to identify which button it is."  The touchpad

16  controller uses the X and Y information to determine the location and provides in status byte that

17  some button has been pressed and in data byte 133 which button has been pressed – e.g. which

18  corner has been tapped.  *Id.* at 5:39-49; FIG. 7 and corresponding text.

19        14.     Dependent claim 6 adds the limitation that one of the corners corresponds to a

20  right mouse button.  Prosenko expressly teaches that the tap gesture is utilized to provide the

21  same function as a mouse button.  Prosenko at 1:24-34 describes known mouse input devices

22  with one or more buttons for communicating commands to the computer.  *Id.* at 2:52-57,

23  Prosenko discloses that discrete areas on the touchpad, such as corners 65, 67, 77 and 79 also

24  serve as buttons providing commands to the computer.  Finally, Prosenko specifically states that

25  the tap gesture is "most advantageously utilized" as a mouse button operation.  *Id.* at 6:38-47.

26  Since the standard PC mouse at the time had two buttons, right and left, one of ordinary skill in

27  the art would understand this disclosure to include the right mouse button as required by claim 6.

28

15.     Thus, as detailed in the attached claim chart (**Exhibit D**), Prosenko discloses all of the limitations of claims 5 and 6 of the '931 patent. Accordingly, it is my opinion that claims 5 and 6 of the '931 patent are invalid over Prosenko because Prosenko anticipates each element of the asserted claims.

16.     U.S. Patent No. 5,666,113 to Logan ("Logan '113 patent") (**Exhibit E**) also discloses the "corner tap" function of the '931 patent. The Logan '113 patent issued from an application filed July 31, 1991. Logan discloses the combination of tap gestures and corner detection through flowchart blocks 62, 64, and 66 in FIG. 3. A tap gesture is sensed when contact with the touch screen has little motion and is of short duration (blocks 60- 62). The computer is provided a signal representing a tap gesture, so that it may enter "keypad emulation mode" rather than cursor control mode. Thus, Logan discloses "detecting the occurrence of a tap gesture" as required by claim 5. The flow proceeds to keypad emulation control mode (block 64). Logan also discloses the step of determining in which corner the tap gesture occurred and the command associated with the "location" of the tap gesture (block 66). The location may be corners of the touchpad, for example, the corners assigned to "0", "2", "*", and "x" in Figure 2C of the Logan '113 patent (shown below).



FIG. 2C

Logan also states that a tap may be used, for example, to select a menu. The function of a right mouse button in the popular Microsoft Windows operating system at the time was to display a menu of commands relevant to the location of the cursor on the screen – a "context sensitive" menu. As such, Logan also discloses every element of claim 6 of the '931 patent.

17.    These patents show that detecting a tap gesture in a particular corner area of a touch pad for a particular operation or function was well known or obvious to those skilled in the art at the time of the '931 patent. Indeed, in the article J. Dvorak, "Whatever happened to the Gavilan mobile computer?" Computer Shopper, v. 12, n.,4. page 668 (April 1992) "Dvorak" (**Exhibit N**), Dvorak described the early Gavilan portable computer disclosed in Prosenko as having the following capability:

> There were also several separate areas of the touch panel that invoked specific functions. Tapping one of these areas with your finger called up a context-sensitive help screen or a menu of basic functions. Other areas of the touch panel included commands to select, cancel, extend, and scroll.

18.    It is my opinion that elements of claim 5 and 6 are fully disclosed by both Prosenko and Logan individually. When read together in light of the Dvorak article, those claims would have at least been obvious to one of skill in the art. Taken together these references show that every element of the claimed invention was known in the prior art. To summarize, Dvorak discloses suing of tap in a specified region to perform special functions, such as right-mouse click. The Prosenko patent details the touch panel disclosed in Dvorak. The "special areas" are shown as including the touchpad corners. Prosenko informs one of ordinary skill how to detect a tap gesture, to determine whether the contact occurred in a corner and how to generate signals to provide indication of that data to the host computer. In Prosenko, the corner areas are used exclusively for special functions. While not a claim element, Logan '113 discloses a method that allows the entire touchpad surface to be used for cursor position under normal contact, but send a signal to the host reporting the occurrence of a tap gesture and the corner in which it occurred to provide particular special function, including context sensitive information like a right mouse button.

**C.    Comparison of Stratos Patent Application to Claims 14-19 of the '052 Patent**

19.    I understand that U.S. Patent No. 5,748,185 assigned to Stratos Product Development Group (the "Stratos '185 patent"), which has a filing date of July 3, 1996, was cited during prosecution of the '052 patent. To overcome the Stratos '185 patent, Synaptics swore behind the July 3, 1996 date during prosecution, asserting a reduction to practice by June

5, 1996.  I have reviewed an earlier draft (the "Stratos patent application") (**Exhibit F**; SPD00634-57), dated April 12, 1996, of the patent application that issued as the Stratos '185 patent.  Because the Stratos patent application is dated before the alleged reduction to practice date of the '052 patent, I am relying on the disclosure in the April 12, 1996 draft version of the Stratos patent application as the basis of my opinion here that the Stratos patent application anticipates claims 14 and 18 of the '052 patent.

20.    The '052 patent relates to a system for converting user-applied stimuli on a cursor-control device into graphical user interface window scrolling messages as well as a touchpad-based scroll control and method for scroll control comprising a data packet processor working in conjunction with a touchpad.  '052 patent at 1:48-51; 1:61-63.  As detailed in the attached claim chart (**Exhibit G**), the Stratos patent application discloses every element of the asserted claims 14-19 of the '052 Patent as construed by the Court.

21.    Claim 14 of the '052 patent is an independent method claim reciting four steps, and claim 18 depends from claim 14.  Claim 14 recites the following limitations:

14.    A method of converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said method comprising:
    [1]  forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said data packets representing object motion applied by a user to the input device;
    [2] generating a plurality of messages in response to the user-applied object motion;
    [3] forwarding said messages to an application controlling an active window in said graphical user interface;
    [4] scrolling visual display data in response to said messages sent by packet processor.

'052 patent at 7:7-21.

22.    The Stratos patent application discloses a system and method for converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages.  Specifically, Stratos discloses a touchpad with a scroll control region wherein "[T]he scroll control region allows a user to scroll within the GUI environment by contact or movement within the scroll region." [SPD00638]

23.    The Stratos patent application anticipates the first step [1] by disclosing that the cursor-control device, in this case a touchpad, has a scrolling zone. ("The scroll control region allows a user to scroll within the GUI environment by contact or movement within the scroll region." [SPD00638]).  Stratos discloses that the touchpad generates data packets based on the user's contact and motion.  For example, Stratos discloses that "[T]ouchpad 50 generates electrical signals corresponding to the user's contact with different locations on the touchpad and provides the signals to the computer." [SPD 00641]  FIG. 4 and corresponding text disclose that control packets are generated at step 130 in response to user-applied contact and motion.  Stratos discloses that data packets representing object motion are forwarded to the computer 60, which processes the data packets.  For example, Stratos discloses "Application of force within the scroll control region 56 generates a scroll control signal that is representative of the X,Y location that the user contacted the scroll control region.  The scroll control signal is provided to computer 60 over cable 62.  Using a technique described in further detail below, the scroll control signal may be used to govern scrolling, or up and down movement, of the workspace within the GUI." [SPD00642-SPD00643]

24.    The Stratos patent application anticipates the second step [2] by disclosing that the touchpad generates a plurality of messages based on the user's contact. ("Touchpad 50 generates electrical signals corresponding to the user's contact with different locations of the touchpad and provides the signals to the computer." [SPD 00641]; "Application of force within the scroll control region 56 generates a scroll control signal that is representative of the X,Y location that the user contacted the scroll control region." [SPD00642]).  FIG. 4 and corresponding text disclose that control packets are generated at step 130 in response to user-applied contact and motion.

25.    The Stratos patent application anticipates the third and fourth steps [3] and [4].  For example, Stratos discloses that the messages (i.e., scroll control signals) are forwarded to an application controlling an active window in the GUI and that the display is scrolled in response to the messages or scroll control signals. ("The scroll control signal is provided to computer 60 over cable 62.  Using a technique described in further detail below, the scroll control signal may

be used to govern scrolling, or up and down movement, of the workspace within the GUI."
[SPD00642-SPD00643]). FIG. 5 and corresponding text disclose that the display is scrolled in
response to scrolling messages. Accordingly, the Stratos patent application anticipates all four
method steps of the '052 patent. Further, as detailed in the attached claim chart **Exhibit G**, the
Stratos patent application anticipates all the limitations of dependent claim 18 and renders that
claim invalid as anticipated.

     **D.**    **Comparison of the Logan '161 Patent to Claims 46-52 of the '411 Patent**

    26.    I have compared the elements and limitations of claims 46-52 in the '411 patent
with the teachings disclosed in U.S. Patent No. 5,327,161 to Logan *et al.* ("Logan '161 patent")
based on an original application filed October 21, 1991 (**Exhibit H**). The Logan '161 patent
constitutes prior art because it was filed nearly two years before the earliest filing date of the
'411 patent which is June 8, 1992. As detailed in the attached claim chart (**Exhibit I**), the Logan
'161 patent discloses every element of the asserted claims 46-52 as construed by the Court.

    27.    The '411 patent relates to a method for detecting and determining how to continue
cursor movement on a display when the user reaches the outer boundary or "edge" of a touchpad,
referred to as "edge motion." '411 Patent at 5:9-10. When an object is in this outer boundary, the
'411 patent describes that the cursor can "incrementally move" in accordance with set equations
– equations 12 and 13 disclosed in the patent. '411 Patent at 28:26-31. I also understand that the
Examiner's reasons for allowance included the prior art failing to use such equations for
incrementally moving a cursor in the outer boundary or edge of the touchpad:

> [T]he prior art fails to show . . . the steps of generating a second relative position
> X signal representing the difference between the X coordinate of the present
> position of the object and an X coordinate of a fixed position on the sensing plane
> if the object is in the second portion of the outer region of the sensing plane, and
> sensing the second relative position X signal to the computer so long as the object
> is in the second portion of the outer region of the sensing plane; generating a
> second relative position Y signal representing the difference between the Y
> coordinate of the present position of the object and an Y coordinate of a fixed
> position on the sensing plane if the object is in the first portion of the outer region
> of the sensing plane, and sensing the second relative position Y signal to the
> computer so long as the object is in the first portion of the outer region of the
> sensing plane.

1    March 31, 1998 Notice of Allowability at 3-4 (**Exhibit J**).

2        28.    The court, however, gave a broader meaning to the term "incrementally move."

3    The Court initially construed this term to mean "move in calculated increments." Court's Claim

4    Order at 7. However, the Court changed its claim construction in order to grant Synaptics'

5    motion for partial summary judgment on the claim. That new construction simply requires that

6    the cursor motion signal "move in a series of regular consecutive additions of like or

7    proportional size or value." Memorandum and Order Re: Synaptics Partial Summary Judgment

8    Motions at 11. Although the Logan '161 patent was cited by Synaptics among 125 other prior art

9    references in a single Information Disclosure Statement during prosecution of the '411 patent, it

10   is clear that the Examiner understood the claimed invention required using the disclosed

11   equations in the specification for determining how to incrementally move the cursor. Because

12   the Court adopted a broader understanding than the Examiner, it is my opinion that such an

13   understanding encompasses prior art, such as the Logan '161 patent. With the Court's

14   construction for "incrementally move" recited in the claims, I now detail how the asserted claims

15   46-52 of the '411 patent are anticipated by the Logan '161 patent.

16       29.    Claim 46 is an independent method claim reciting six steps, and claims 47-52

17   depend on claim 46. Claim 46 recites the following limitations:

18       46.    A method for moving a cursor on a display screen in response to
19   motion of an object sensed on a sensing plane, including the steps of:
         [1]  providing a sensing plane;
20       [2]  sensing the presence of an object on said sensing plane and generating
     present-position signals representing the present position of said object on said
21   sensing plane;
         [3]  sensing whether said object has moved into an outer region proximate
22   to an outer edge of said sensing plane;
         [4]  generating first cursor motion signals for moving the cursor, said first
23   cursor motion signals for causing said cursor to move in a direction on the display
     screen representing the difference between a previous position of said object and
24   said present position of said object reported by said present-position signals;
         [5]  generating second cursor motion signals different from said first
25   cursor motion signals for moving said cursor if said object has moved into said
     outer region of said sensing plane, said second cursor motion signals for causing
26   said cursor to incrementally move on the display screen a selected distance in a
     fixed direction relative towards said outer edge of said sensing plane to which
27   said object is proximate; and

28

[6] moving said cursor in accordance with said first cursor motion signals when object is not in said outer region of said sensing plane and moving said cursor in accordance with said first cursor motion signals combined with said second cursor motion signals when said object has moved into said outer region of said sensing plane so long as said object remains in said outer region of said sensing plane.

'411 Patent at 63:15-47.

30. The Logan '161 patent discloses a system and method for emulating a mouse input device with a touchpad input device that can move a cursor on a display in response to motion of an object on the touchpad input device. Logan '161 patent at Abstract, FIGS. 1A-9, and corresponding text. Specifically, the Logan '161 patent discloses a touch pad device 50 which controls cursor motion on a display. Logan '161 patent at FIGS. 1A-2B; 4:21-5:66.

31. The Logan '161 patent anticipates the first step [1] of claim 42. For example, in FIGS. 1A and 2B, the Logan '161 patent provides a sensing plane (e.g., touchpad 50). Logan '161 patent at 3:24-35; 4:21-5:66. The Logan '161 patent anticipates the second step [2]. In particular, in blocks 74 and 78 of FIG. 3A, the Logan '161 patent discloses sensing an object (e.g., a finger) on the sensing plane (touchpad 50) and generating x, y position information representing the position of an object on the sensing plane. Logan '161 patent at 4:40-48.

32. In FIG. 3A of the Logan '161 patent, block 88 anticipates the third step [3]. Here, the Logan '161 patent discloses sensing whether an object has moved into an outer region proximate to an outer edge of the sensing plane (e.g., touchpad 50 shown in FIG. 2B below). Specifically, in FIG. 2B, the Logan '161 patent discloses sensing "[w]hen the touch is in the touchpad border area, which may be either designated surface area 62…" Logan '161 patent at 4:63-65.

FIG. 2B

1

2        33.     The Logan '161 patent anticipates the fourth step [4].  In blocks 78, 82, 84 and 86

3    of FIG. 3A, the Logan '161 patent discloses generating first cursor motion signals for moving a

4    cursor on a display that represents the difference between present and previous position of an

5    object.  For example, at block 78, a current x, y position of an object on a sensing plane

6    (touchpad 20) is read.  Next, a determination is made if a liftoff has occurred.  If there is no

7    liftoff, a subsequent x, y position of an object on the sensing plane is read.  The touch velocity

8    and direction are then computed from the difference between the initial position and the present

9    position.  The cursor movement on the display is then determined as a f(velocity + direction).

10   Logan '161 patent at 4:40-62.

11       34.     The Logan '161 patent anticipates the fifth step [5].  In block 90 of FIG. 3A, the

12   Logan '161 patent discloses to "continue" cursor motion when contact is in the "border area."

13   Logan '161 patent at 4:67-5:5.  As Logan explains, when the contact enters the border area, the

14   cursor movement signals are a series of movements of the same amount, in the same direction, as

15   were calculated just before entering the border region.  '461 patent at 5:30-44.

16       35.     Blocks 100 and 102 of FIG. 3B (shown below), disclose the final step, including

17   moving the cursor in accordance with a combination of the first and second cursor motion

18   signals when the contact is in the border region.  Second cursor motion signals differ from first

19   cursor motion signals.

20

21

22       

23

24

25

26

27                                  FIG. 3B

28

36.    The second cursor motion signals cause the cursor to continue its motion in a fixed direction.  The purpose of controlling the cursor with a combination of the first (finger motion) signals and second constant signals is to allow the user to alter the direction of the cursor while the touch is in the border area.  That combination is taught by Logan:

> Steps 100 and 102 are added to allow the user to alter the cursor direction when in the border or perimeter area.  This is accomplished by computing the finger velocity $T_v$ along axis A, which is parallel to the screen edge touched, step 100.  In step 102, the velocity of cursor travel in direction A is changed as a function of the touch velocity $T_v$.

Logan '161 patent at 5:37-44.  The velocity $T_v$ is determined from the change in X and Y position on the sensor, or the first cursor motion signals.  Logan assumes that such motion in the border area will be parallel to the border and so uses only the relevant portion of that signal to calculate velocity $T_v$.  This first cursor motion signal is combined with the second cursor motion signal to allow the user to make changes to the constant cursor movement.

37.    As detailed in the attached claim chart (**Exhibit I**), the Logan '161 patent anticipates all the limitations of dependent claims 47-52.  Accordingly, it is my opinion that claims 46-52 of the '411 patent are invalid over the Logan '161 patent because the Logan '161 patent anticipates each element of the asserted claims.

**E.    Comparison of Calder '531 Patent and GlidePoint User's Guide to Claims 6 and 9 of the '591 Patent**

38.    I have compared the elements and limitations of claim 9 of the '591 patent with the teachings disclosed in U.S. Patent No. 5,432,531 to Calder *et al*. ("Calder '531 patent")(**Exhibit K**) based on an original application filed October 7, 1991.  Because the priority date for the '591 patent is October 7, 1994, the Calder '531 patent constitutes prior art as being filed three years before the priority date of the '591 patent.  The GlidePoint User's Guide (**Exhibit L**; CIRQ026512-25) has a copyright date of 1994 and discloses a portable touch surface and technology available at the time of the '591 patent.  Articles published in the press indicates that the product was placed on sale by May 1984.  Attached hereto as **Exhibit O** is a copy of an article from the May 2, 1994, issue of Computer World Magazine describing the tag and drag feature in the GlidePoint product.  As detailed in the attached claim chart (**Exhibit M**), the

1  Calder '531 patent in view of the GlidePoint User's Guide discloses or suggests each and every

2  element of claim 9 of the '591 patent.

3       39.    Claim 9 of the '591 is an independent method claim.  Claim 9 is reproduced

4  below:

5            9.     A method for recognizing a drag gesture made on a touch-sensor
      pad in a touch-sensing system providing X and Y position information to a host,
6     including the steps of:
                [1]  detecting a first presence of a conductive object on the touch-sensor
7     pad;
                [2]  comparing the duration of said first presence with a first reference
8     amount of time:
                [3]  initiating a drag gesture to the host indicating the occurrence of said
9     gesture if the duration of said first presence is less than said first reference amount
      of time;
10               [4]  detecting a second presence of said conductive object on the touch-
      sensor pad;
11               [5]  comparing the duration of said second presence with a second
      reference amount of time;
12               [6]  maintaining drag gesture and repeatedly sending X and Y portions
      information to said host for the duration of said second presence if the amount of
13    time between said first presence and said second presence in less than said second
      reference amount of time.
14

15  '591 patent at 48:7-27.

16      40.    Claim 9 of the '931 patent refers to a method for detecting a double-tap gesture in

17  implementing a drag operation.  Such an operation is clearly shown in the GlidePoint User's

18  Guide teaching an implementation of the basic mouse button click operations, including a drag

19  operation.  GlidePoint User's Guide at 6-7.  In particular, the GlidePoint User's Guide shows

20  how to implement a drag gesture by detecting a double tap.  For example, on page 6, the

21  GlidePoint User's Guide demonstrates how to implement a "Double tap and hold" – shown

22  below:

23
         •  You can use the mechanical buttons to "click," or you may tap lightly
24          and quickly on the touch surface to activate button functions. Again,
            GlidePoint responds best to quick, light taps. You don't need to tap
25          hard — GlidePoint doesn't sense pressure. A light touch-tap works
            best. Use the following taps in place of clicks:
26
         Single tap        =   Single button "click"      (see figure 4-2)
27       Double tap        =   Double button "click"
         Double tap and hold  =  Drag / Highlight          (see figure 4-3)
28
                                            6

1

2    41.    While the GlidePoint User's Guide calls the drag gesture a "double tap," it is the

3    same tap and hold gesture as the '931 patent.  That is illustrated on page 7.  Figures 4-2 and 4-3

4    show how such an operation can be implemented by a tap gesture followed by a second touch

5    with prolonged finger contact.

6

7

8    

9

10

11

12    42.    I have been supplied with numerous versions of the code and hundreds of files

13    code corresponding to this GlidePoint product.  Reviewing all of this code to determine where

14    each of the claimed elements occurs would require a substantial amount of time.  At this time, I

15    have not yet been able to review the code to such a degree.  However, it is reasonable to believe

16    that if the GlidePoint product performed as described in the GlidePoint User's Guide and

17    implemented the double tap and hold (i.e., drag gesture), then it is very possible that the code

18    discloses the specific claimed elements including the specific signal limitations.  It is also

19    reasonable to believe that this feature was conceived of, coded and tested, well before the May

20    1994 release of the product.

21    43.    Nevertheless, because it was well known to emulate mouse and button operations

22    by way of tap gestures, one of ordinary skill would have known and been able to implement the

23    drag feature using the techniques disclosed in the Calder '531 patent to maintain the operation of

24    the double tap if detected.  Accordingly, it is my opinion that claim 9 of the '931 patent is invalid

25    as obvious over the Calder '531 patent in view of the GlidePoint User's Guide.  The detailed

26    comparison of each element to these prior art is set forth in the claim chart **Exhibit J**.

27    44.    The Calder '531 patent discloses the method detecting tap gestures as used in the

28    '591 patent.  The Calder '531 patent, in FIGS. 1-5 and corresponding text, disclose a method for

tap and double tap gestures for a touch pad system and providing x-y information to a host.  In particular, the Calder '531 patent addresses the problem of implementing "button click commands" in absolute positioning devices.  Button click commands include, for example, clicks and double clicks.  Calder identifies that this was not considered possible with absolute positioning devices, such as touch screens, prior to his invention.  The Calder '531 patent at 1:63-65.  Thus, the Calder '531 patent teaches a means for implementing button click commands (e.g., click, double click) without using a physical button; i.e., via finger or stylus gestures. *Id.* at 2:20-24; 2:65-3:2

45.    The Calder '531 patent anticipates the first [1] step of claim 9 by disclosing in FIGS. 2 and 4 and corresponding text a first presence of a conductive object on a touch pad.  *Id.* at 4:60-62.  For example, referring to FIG. 4 shown below, at t2, the input data value increases above THOLD to detect the first presence of an object.



46.    The Calder '531 patent anticipates the second [2] step by disclosing in FIG. 4 and corresponding text a first reference amount of time as "TIMEOUT."  This TIMEOUT is compared with the presence of the object on the touch sensor system, namely elapsed time between t2 and the transition of stimulus pressure below THOLD between t5 and t6.  *Id.* at 6:25-28.  The Calder '531 patent anticipates the third [3] step by setting BCNT = 1 indicating the presence of the first contact above THOLD and the duration of such contact being less than

1    TIMEOUT. *Id.* at 6:11-17. Calder expressly states that this signal can be used as a single button

2    click or as a mouse that would select a given icon, as would be performed to start a drag

3    operation, as shown in the GlidePoint User's Guide at Figure 4-3.

4         47.    The Calder '531 patent anticipates the fourth [4] step by disclosing that the

5    second reference amount of time is that time which remains in TIMEOUT after the t5/t6

6    transition noted above. If the second presence does not occur within this amount of time, BCNT

7    is set to 0. *Id.* at 6:50-52. The Calder '531 patent anticipates the fifth [5] step by disclosing that

8    the second presence occurs at t8 (see FIG. 4). *Id.* at 6:34-37. The Calder '531 patent suggests the

9    sixth [6] step by disclosing that the third reference amount of time is TIMEOUT. However, for

10   the second presence, TIMEOUT begins afresh at t8, as indicated by TIMEOUT RESET in FIG.

11   4. *Id.* at 6:35-36. Because it was well known to implement a drag operation by way of a double

12   tap and hold, as shown by the GlidePoint User's Guide, one of ordinary skill would have known

13   and implemented maintaining the drag feature using the techniques disclosed in the Calder '531

14   patent to maintain the operation of the double tap if detected.

15   **IV.    <u>CONCLUSION</u>**

16        48.    As set forth in this Declaration, it is my opinion that claims 5 and 6 of the '931

17   patent; claims 14 and 18 of the '052 patent; claims 46 and 52 of the '411 patent; and claim 9 of

18   the '591 patent are invalid as either anticipated or obvious. Further, as discussed above, the

19   asserted Synaptics' patents claims at issue here are largely directed at emulating functions

20   normally invoked with a physical mouse button by use of specific gestures made on the touchpad

21   surface. The accused Elantech's touchpads include mechanical buttons that correspond to the

22   left and right buttons on a mouse. The scrolling and dragging functions implicated in Synaptics'

23   patent claims can be performed by users of the Elantech's products without ever performing the

24   gestures that are required to perform the methods claimed in Synaptics' patents. Similarly the

25   corner tap functions can be performed by pressing the physical button or through keyboard

26   operations, again without performing any corner tap gesture that would implicate Synaptics'

27   patent claims.

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2008, at Toronto, Ontario, Canada.

Dated: June 13, 2008

_____/s/_____
Ian Scott MacKenzie, Ph.D.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Dr. Ian Scott MacKenzie.

Dated: June 13, 2008

_____/s/_____
Sean P. Debruine, Esq.
(State Bar No. 168071)

**EXHIBIT A**



# Scott MacKenzie

- ❑ Details
- ❑ Teaching
- ❑ Publications
- ❑ Research Notes
- ❑ Contact

Last update: 7-Dec-06

---

## Details

- ❑ Returned on 1.7.2003 from sabbatical leave at Tampere Unit for Computer-Human Interaction, Tampere, Finland
- ❑ Current employment – Department of Computer Science and Engineering at York University
- ❑ Previous employment (1992-1999) – Department of Computing and Information Science (University of Guelph)
- ❑ Research – human-computer interaction, especially human performance measurement and modeling
- ❑ PhD thesis – *Fitts' law as a performance model in human-computer interaction* (1991)
- ❑ First book — *The 8051 Microcontroller* (1999, 3rd ed.) and accompanying hardware, SBC51
- ❑ Second book – *The 68000 Microprocessor* (1995) and accompanying hardware, 68KMB
- ❑ Invited Talks

---

## Teaching

York University (with links to course web pages)

- ❑ COSC 5910 M: Software Foundations ( W05 | W06 )
- ❑ COSC 6390C: Advanced Human-Computer Interaction ( W04 )
- ❑ CSE 6329: Advanced Human-Computer Interaction ( W07 )
- ❑ CSE 4441: Human-Computer Interaction ( F04 | W06 | W07 )
- ❑ CSE 3461: User Interfaces ( F01 | W02 | F03 | F04 | F05 | F06 )
- ❑ COSC 1020: Introduction to Computer Science I ( F00 | W04 )
- ❑ ITEC 1011: Introduction to Information Technologies ( W01 )
- ❑ ITEC 1010: Information and Organizations ( W00 )

University of Guelph

- ❑ 27-160: Foundations of Programming
- ❑ 27-202: Introduction to Computer Organization
- ❑ 27-240: Introduction to Information Processing
- ❑ 27-312: Digital Systems
- ❑ 27-430: Human Computer Interaction
- ❑ 27-450: Advanced Microprocessor Interfacing
- ❑ 27-621: Research in Design Methods for Human-Computer Interaction
- ❑ 66-201: Structure and Application of Microcomputers

---

# Publications

1. MacKenzie, I. S. (in press). Reflections on Card, English, and Burr. In Erickson, T., & McDonald, D. (Eds.) *HCI remixed: Essays on works that have influenced the HCI community*. Cambridge, MA: MIT Press.

2. MacKenzie, I. S. (in press). Evaluation of text entry techniques. In MacKenzie, I. S., and Tanaka-Ishii, K. (Eds.) *Text entry systems: Mobility, accessibility, universality*. San Francisco, CA: Morgan Kaufmann. [BC]

3. MacKenzie, I. S., and Tanaka-Ishii, K. (in press). Text entry with a small number of buttons. In MacKenzie, I. S., and Tanaka-Ishii, K. (Eds.) *Text entry systems: Mobility, accessibility, universality*. San Francisco, CA: Morgan Kaufmann. [BC]

4. MacKenzie, I. S., & Tanaka-Ishii, K. (Eds.) (in press). *Text entry systems: Mobility, accessibility, universality*. San Francisco: Morgan Kaufmann Publishers. [B]

5. MacKenzie, I. S., Chen, J., & Oniszczak, A. (2006). Unipad: Single-stroke text entry with language-based acceleration. *Proceedings of the Fourth Nordic Conference on Human-Computer Interaction - NordiCHI 2006*, pp. 78-85. New York: ACM. [C]

6. Orner, D., & MacKenzie, I. S. (2006). Histree: A hierarchical back menu. *IADIS International Conference WWW/Internet 2006 – Volume II*, pp. 78-82. Murcia, Spain: IADIS Press. [PDF] [C]

7. Orner, D., & MacKenzie, I. S. (2006). A comparison of hierarchical and linear browser back menus. *IADIS International Conference WWW/Internet 2006 – Volume I*, pp. 119-126. Murcia, Spain: IADIS Press. [PDF] [C]

8. MacKenzie, I. S., & Phan, R. C.-W. (2006). *The 8051 microcontroller* (4th ed.). Englewood Cliffs, NJ: Prentice-Hall. [B]

9. Beamish, D., MacKenzie, I. S., & Wu. J. (2006). Speed-accuracy trade-off in planned arm movements with delayed feedback. *Neural Networks*, *19*, 582-599. [PDF] [J]

10. Majaranta, P., MacKenzie, I. S., Aula, A., & Räihä, K.-J. (2006). Effects of feedback and dwell time on eye typing speed and accuracy. *Universal Access in the Information Society (UAIS)*, *5*, 199-208. [PDF] [J]

11. Klochek, C., & MacKenzie, I. S. (2006). Performance measures of game controllers in a three-dimensional environment. *Proceedings of Graphics Interface 2006*, pp. 73-79. Toronto: CIPS. [PDF] [C]

12. Beamish, D., Bhatti, S. A., MacKenzie, I. S., & Wu, J. (2006). Fifty years later: A neurodynamic explanation of Fitts' law. *Journal of the Royal Society Interface*, *3*, 649-654 [PDF] [J]

13. Miniotas, D., Špakov, O., Tugoy, I., & MacKenzie, I. S. (2006). Speech-augmented eye gaze interaction with small closely spaced targets. *Proceedings of the Symposium on Eye Tracking Research and Applications – ETRA 2006*, pp. 67-72,175. New York: ACM. [C] [Also published as Miniotas, D., Spakov, O., Turgoy, T., & MacKenzie, I. S. (2005). Extending the limits for gaze pointing through the use of speech. *Information Technology and Control*, *34*, 225-230.] [PDF]

14. Kulikov, S., MacKenzie, I. S., & Stuerzlinger, W. (2005). Measuring the effective parameters of steering motions. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems*. pp. 1569-1572. New York: ACM. [PDF] [C]

15. Soukoreff, R. W., & MacKenzie, I. S. (2004). Towards a standard for pointing device evaluation: Perspectives on 27 years of Fitts' law research in HCI. *International Journal of Human-Computer Studies*, *61*, 751-789. [PDF] [J]

16. Miniotas, D., Spakov, O., & MacKenzie, I. S. (2004). Eye gaze interaction with expanding targets. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems*, pp. 1255-1258. New York: ACM. [PDF] [C]

17. Oniszczak, A., & MacKenzie, I. S. (2004). A comparison of two input methods for keypads on mobile devices. *Proceedings of the Third Nordic Conference on Human-Computer Interaction - NordiCHI 2004*, pp. 101-104. New York: ACM. [PDF] [C]

18. Soukoreff, R. W., & MacKenzie, I. S. (2004). Recent developments in text entry error rate measurements. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems*, pp. 1425-1428. New York: ACM. [PDF] [C]

19. MacKenzie, I. S. (2003). Motor behaviour models for human-computer interaction. In J. M. Carroll (Ed.) *HCI models, theories, and frameworks: Toward a multidisciplinary science*. pp. 27-54. San Francisco: Morgan Kaufmann. [BC]

20. MacKenzie, I. S., & Soukoreff, R. W. (2003). Card, English, and Burr (1978) – 25 years later. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 760-761. New York: ACM. [PDF] [C]

21. MacKenzie, I. S., & Soukoreff, R. W. (2003). Phrase sets for evaluating text entry techniques. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 754-755 New York: ACM.

[PDF] [C]

22. Majaranta, P., MacKenzie, I. S., Aula, A., & Räihä, K.-J. (2003). Auditory and visual feedback during eye typing. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 766-767. New York: ACM. [PDF] [C]

23. Isokoski, P., & MacKenzie, I. S. (2003). Combined model for text entry rate development. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 752-753. New York: ACM. [PDF] [C]

24. Soukoreff, R. W., & MacKenzie, I. S. (2003). Input-based language modeling in the design of high performance input systems. *Proceedings of Graphics Interface 2003*, pp. 89-96. Toronto: Canadian Information Processing Society. [PDF] [C]

25. Soukoreff, R. W., & MacKenzie, I. S. (2003). Metrics for text entry research: An evaluation of MSD and KSPC, and a new unified error metric. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2003*, pp. 113-120. New York: ACM. [PDF] [C]

26. Silfverberg, M., Korhonen, P., & MacKenzie, I. S. (2003). *Zooming and panning content on a display screen*. International Patent Number WO 03/021568 A1. [PDF] [O]

27. MacKenzie, I. S. (2002). Introduction to this special issue on text entry for mobile computing. *Human-Computer Interaction*, *17*, 141-145. [PDF] [J]

28. MacKenzie, I. S., & Soukoreff, R. W. (2002). Text entry for mobile computing: Models and methods, theory and practice. *Human-Computer Interaction*, *17*, 147-198. [PDF] [J]

29. MacKenzie, I. S., & Soukoreff, R. W. (2002). A character-level error analysis technique for evaluating text entry methods. *Proceedings of the Second Nordic Conference on Human-Computer Interaction – NordiCHI 2002*, 241-244. New York: ACM. [PDF] [C]

30. MacKenzie, I. S. (2002). Mobile text entry using three keys. *Proceedings of the Second Nordic Conference on Human-Computer Interaction – NordiCHI 2002*, 27-34. New York: ACM. [PDF] [C]

31. MacKenzie, I. S. (2002). KSPC (keystrokes per character) as a characteristic of text entry techniques. *Proceedings of the Fourth International Symposium on Human-Computer Interaction with Mobile Devices*, pp. 195-210. Heidelberg, Germany: Springer-Verlag. [PDF] [C]

32. MacKenzie, I. S., & Soukoreff, R. W. (2002). A model of two-thumb text entry. *Proceedings of Graphics Interface 2002*, pp. 117-124. Toronto: Canadian Information Processing Society. [PDF] [C]

33. Akamatsu, M., & MacKenzie, I. S. (2002). Changes in applied force to a touchpad during pointing tasks. *International Journal of Industrial Ergonomics*, *29*, 171-182. [J]

34. MacKenzie, I. S., & Zhang, S. X. (2001). An empirical investigation of the novice experience with soft keyboards. *Behaviour & Information Technology*, *20*, 411-418. [PDF] [J]

35. MacKenzie, I. S., & Jusoh, S. (2001). An evaluation of two input devices for remote pointing. *Proceedings of the Eighth IFIP International Conference on Engineering for Human-Computer Interaction – EHCI 2001*, pp. 235-249 Heidelberg, Germany: Springer-Verlag. [PDF] [C]

36. MacKenzie, I. S., Kober, H., Smith, D., Jones, T., & Skepner, E. (2001). LetterWise: Prefix-based disambiguation for mobile text input. *Proceedings of the ACM Symposium on User Interface Software and Technology – UIST 2001*, pp. 111-120. New York: ACM. [PDF] [C]

37. Silfverberg, M., MacKenzie, I. S., & Kauppinen, T. (2001). An isometric joystick as a pointing device for hand-held information terminals. *Proceedings of Graphics Interface 2001*, pp. 119-126 Toronto, Canada: Canadian Information Processing Society. [PDF] [C]

38. Soukoreff, R. W., & MacKenzie, I. S. (2001). Measuring errors in text entry tasks: An application of the Levenshtein string distance statistic. *Extended Abstracts of the ACM Conference on Human Factors in Computing System – CHI 2001*, pp. 319-320. New York: ACM. [PDF] [C]

39. MacKenzie, I. S., & Guiard, Y. (2001). The two-handed desktop interface: Are we there yet? *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2001*, pp. 351-352. New York: ACM. [PDF] [C]

40. MacKenzie, I. S., Kauppinen, T., & Silfverberg, M. (2001). Accuracy measures for evaluating computer pointing devices. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2001*, pp. 9-16. New York: ACM. [PDF] [C]

41. Isokoski, P., & MacKenzie, I. S. (2001). Text entry on mobile systems: Directions for the future. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI 2001*, p. 495. New York: ACM. [PDF] [C]

42. Akamatsu, M., & MacKenzie, I. S. (2000). Changes in applied force to a touchpad during pointing tasks. *Proceedings of IEA 2000*, p. 1-359. Santa Monica, CA: Human Factors and Ergonomics Society. [PDF] [C]

43. Silfverberg, M., MacKenzie, I. S., & Korhonen, P. (2000). Predicting text entry speeds on mobile phones. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI 2000*, pp. 9-16. New York: ACM. [PDF] [C]

44. MacKenzie, I. S., & Stewart, J. (Eds.). (1999). *Proceedings of Graphics Interface '99*. Toronto: Canadian Information Processing Society. [Graphics Interface home page] [C]

45. MacKenzie, I. S., & Zhang, S. X. (1999) The design and evaluation of a high-performance soft keyboard. *Proceedings of the ACM Conference on Human Factors in Computing Systems - CHI '99*, pp. 25-31. New York: ACM. [PDF] [C]

46. Douglas, S. A, Kirkpatrick, A. E., & MacKenzie, I. S. (1999). Testing pointing device performance and user assessment with the ISO 9241, Part 9 standard. *Proceedings of the ACM Conference in Human Factors in Computing Systems - CHI '99*, pp. 215-222. New York: ACM. [PDF] [C]

47. MacKenzie, I. S., Zhang, S. X., & Soukoreff, R. W. (1999). Text entry using soft keyboards. *Behaviour & Information Technology*, 18, 235-244. [PDF] [J]

48. MacKenzie, I. S., & Chang, L. (1999). A performance comparison of two handwriting recognizers. *Interacting with Computers*, *11*, 283-297. [PDF] [J]

49. MacKenzie, I. S. (1999). *The 8051 microcontroller* (3rd ed.). Englewood Cliffs, NJ: Prentice-Hall. [B]

50. Bellman, T., & MacKenzie, I. S. (1998). A probabilistic character layout strategy for mobile text entry. *Proceedings of Graphics Interface '98*, pp. 168-176. Toronto: Canadian Information Processing Society. [C]

51. MacKenzie, I. S., & Oniszczak, A. (1998). A comparison of three selection techniques for touchpads. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '98*, pp. 336-343. New York: ACM. [PDF] [C]

52. Enns, N. R. N., & MacKenzie, I. S. (1998). Touchpad-based remote control devices. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '98*, pp. 229-230, New York: ACM. [PDF] [C]

53. Zhai, S., & MacKenzie, I. S. (1998). Teaching old mice new tricks: Innovations in computer mouse design. *Proceedings of the First World Congress on Ergonomics for Global Quality and Productivity*, pp. 80-83. Hong Kong University of Science and Technology: Clear Water Bay, Hong Kong. [C]

54. Bodner, R. C., & MacKenzie, I. S. (1997). Using animated icons to present complex tasks. *Proceedings of CASCON '97*, pp. 281-291. Toronto: IBM Canada Ltd. [C]

55. Balakrishnan, R., & MacKenzie, I. S. (1997). Performance differences in the fingers, wrist, and forearm in computer input control. *Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '97*, pp. 303-310. New York: ACM. [PDF] [C]

56. MacKenzie, I. S., & Oniszczak, A. (1997). The tactile touchpad. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI '97*, pp. 309-310. New York: ACM. [C]

57. MacKenzie, I. S., Soukoreff, R. W., & Pal, C. (1997). A two-ball mouse affords three degrees of freedom. *Extended Abstracts of the ACM Conference on Human Factors in Computing Systems – CHI '97*, pp. 303-304. New York: ACM. [C]

58. MacKenzie, I. S., & Zhang, S. (1997). The immediate usability of Graffiti. *Proceedings of Graphics Interface '97*, pp. 129-137. Toronto: Canadian Information Processing Society. [C]

59. Akamatsu, M., & MacKenzie, I. S. (1996). Movement characteristics using a mouse with tactile and force feedback. *International Journal of Human-Computer Studies*,*45*, 483-493. [PDF] [J]

60. Matias, E., MacKenzie, I. S., & Buxton, W. (1996). One-handed typing with a QWERTY keyboard. *Human-Computer Interaction*, *11*, 1-27.[J]

61. Matias, E., MacKenzie, I. S., & Buxton, W. (1996). A wearable computer for use in microgravity space and other non-desktop environments. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '96*, pp. 69-70. New York: ACM. [PDF] [C]

62. Akamatsu, M., MacKenzie, I. S., & Hasbrouq, T. (1995). A comparison of tactile, auditory, and visual feedback in a pointing task using a mouse-type device. *Ergonomics, 38,* 816-827. [J]

63. MacKenzie, I. S. (1995). Human input/output devices. In M. Katz (Ed.). *Technology Forecast: 1996*, pp. 51-73. Menlo Park, CA: Price Waterhouse. [O]

64. MacKenzie, I. S. (1995). Input devices and interaction techniques for advanced computing. In W. Barfield, & T. A. Furness III (Eds.), *Virtual environments and advanced interface design*, pp. 437-470. Oxford, UK: Oxford University Press. [BC]

65. MacKenzie, I. S. (1995). Movement time prediction in human-computer interfaces. In R. M. Baecker, W. A.S. Buxton, J. Grudin, & S. Greenberg (Eds.), *Readings in human-computer interaction* (2nd ed.) (pp. 483-493). Los Altos, CA: Kaufmann. [reprint of MacKenzie, 1992] [BC]

66. MacKenzie, I. S. (1995). *The 8051 microcontroller* (2nd ed.). Englewood Cliffs, NJ: Prentice-Hall. [B]

67. MacKenzie, I. S. (1995). *The 68000 microprocessor*. Englewood Cliffs, NJ: Prentice-Hall. [B]

68. McQueen, C., MacKenzie, I. S., & Zhang, S. X. (1995). An extended study of numeric entry on pen-based computers. *Proceedings of Graphics Interface '95*, pp.215-222. Toronto: Canadian Information Processing Society. [C]

69. Soukoreff, W., & MacKenzie, I. S. (1995). Generalized Fitts' law model builder. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '95*, pp. 113-114. New York: ACM. [PDF] [C]

70. Soukoreff, R. W., & MacKenzie, I. S. (1995). Theoretical upper and lower bounds on typing speed using a stylus and soft keyboard. *Behaviour & Information Technology*, *14*, 370-379. [J]

71. Akamatsu, M., Sato, S., & MacKenzie, I. S. (1994). Multimodal mouse: A mouse-type device with tactile and force display. *Presence*, *3*,73-80. [J]

72. Chang, L., & MacKenzie, I. S. (1994). A comparison of two handwriting recognizers for pen-based computers. *Proceedings of CASCON '94*, pp. 364-371. Toronto: IBM Canada. [C]

73. MacKenzie, I. S., & Buxton, W. (1994). The prediction of pointing and dragging times in graphical user interfaces. *Interacting with Computers*, *6*, 213-227. [J]

74. MacKenzie, I. S., Nonnecke, B., McQueen, C., Riddersma, S., & Meltz, M.(1994). A comparison of three methods of character entry on pen-based computers. *Proceedings of the Human Factors and Ergonomics Society 38th Annual Meeting*, pp. 330-334. Santa Monica, CA: Human Factors Society. [C]

75. MacKenzie, I. S., Nonnecke, B., Riddersma, S., McQueen, C., & Meltz, M.(1994). Alphanumeric entry on pen-based computers. *International Journal of Human-Computer Studies*, *41*, 775-792. [J]

76. MacKenzie, I. S., & Riddersma, S. (1994). Effects of output display and control-display gain on human performance in interactive systems. *Behaviour & Information Technology*, *13*, 328-337. [J]

77. Matias, E., MacKenzie, I. S., & Buxton, W. (1994). Half-QWERTY: Typing with one hand using your two-handed skill. *Companion Proceedings of the ACM Conference on Human Factors in Computing Systems – CHI '94*, pp. 51-52. New York: ACM. [C]

78. McQueen, C., MacKenzie, I. S., Nonnecke, B., & Riddersma, S. (1994). A comparison of four methods of numeric entry on pen-based computers. *Proceedings of Graphics Interface '94*, pp. 75-82. Toronto: Canadian Information Processing Society. [C]

79. Kabbash, P., MacKenzie, I. S., & Buxton, W. (1993). Human performance using computer input devices in the preferred and non-preferred hands. *Proceedings of the ACM Conference on Human Factors in Computing Systems – INTERCHI '93*, pp. 474-481. New York: ACM. [PDF] [C]

80. Matias, E., MacKenzie, I. S., & Buxton, W. (1993). Half-QWERTY: A one-handed keyboard facilitating skill transfer from QWERTY. *Proceedings of the ACM Conference on Human Factors in Computing Systems – INTERCHI '93*, pp. 88-94. New York: ACM. [PDF] [C]

81. MacKenzie, I. S., & Ware, C. (1993). Lag as a determinant of human performance in interactive systems. *Proceedings of the ACM Conference on Human Factors in Computing Systems – INTERCHI '93*, pp. 488-493. New York: ACM. [PDF] [C]

82. MacKenzie, I. S., & Buxton, W. (1993). A tool for the rapid evaluation of input devices using Fitts' law models. *SIGCHI Bulletin*, *25*(3), 58-63. [O]

83. MacKenzie, I. S. (1992). Fitts' law as a research and design tool in human-computer interaction. *Human-Computer Interaction*, 7, 91-139. [PDF] [J]

84. MacKenzie, I. S. (1992). Movement time prediction in human-computer interfaces. *Proceedings of Graphics Interface `92*, pp. 140-150. Toronto: Canadian Information Processing Society. [C]

85. MacKenzie, I. S. (1992). *The 8051 Microcontroller*. New York: Macmillan. [B]

86. MacKenzie, I. S. (1992). Beating the book: Mega challenges for CD-ROM and hypertext. *Journal of Research on Computing in Education*, *24*, 486-498. [J]

87. MacKenzie, I. S., & Buxton, W. (1992). Extending Fitts' law to two-dimensional tasks. *Proceedings of the ACM Conference on Human Factors in Computing Systems - CHI '92*, pp. 219-226. New York: ACM. [PDF] [C]

88. MacKenzie, I. S. (1991). Fitts' law as a performance model in human-computer interaction. Doctoral dissertation, University of Toronto. [O]

89. MacKenzie, I. S. (1991). The PC as a productivity tool in the microprocessor laboratory. *IEEE Transactions on Education*, *34*, 62-69. [PDF] [J]

90. MacKenzie, I. S., Sellen, A., & Buxton, W. (1991). A comparison of input devices in elemental pointing and dragging tasks. *Proceedings of the ACM Conference on Human Factors in Computing Systems - CHI '91*, pp. 161-166. New York: ACM. [PDF] [C]

91. MacKenzie, I. S. (1990). Courseware evaluation: Where's the intelligence? *Journal of Computer-Assisted*

Scott MacKenzie's home page
Page 6 of 6
Case 5:06-cv-01839-PVT     Document 352-2     Filed 06/13/2008     Page 7 of 7

*Learning*, 6, 273-286. [J]

92. MacKenzie, I. S. (1989). A note on the information-theoretic basis for Fitts' law. *Journal of Motor Behavior*, *21*, 323-330. [J]

93. MacKenzie, I. S. (1989). A review of four CD-ROM databases. *ECOO Output*, *10*(2), 14-19. [O]

94. MacKenzie, I. S. (1988). Issues and methods in the microprocessor-based laboratory. *Journal of Computers in Mathematics and Science Teaching*, *7*(3), 12-18. [J]

95. MacKenzie, I. S. (1988). Microcomputers in music education: Current issues and trends. *Canadian Music Educator*, *29*(4), 15-24. [J]

96. MacKenzie, I. S. (1988). A structured approach to assembly language programming. *IEEE Transactions on Education*, *31*, 123-128. [PDF] [J]

[Categories: J = journal publication, C = conference publication, B = book, BC = book chapter, O = other]

# Research Notes

- Calculating Text Entry Speed
- Within-subjects vs. Between-subjects Designs: Which to Use?
- ISO Testing of Computer Pointing Devices
- Bibliography of Fitts' Law Research

# Contact

Dept. of Computer Science and Engineering
York University
4700 Keele St.
Toronto, Ontario
Canada M3J 1P3

Phone
1-416-736-2100 ext. 40631

Fax
1-416-736-5872

Email
mack "at" cse.yorku.ca

**EXHIBIT B**

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ELANTECH DEVICES CORP., a              No. C 06-01839 CRB
     corporation existing under the laws of
12   Taiwan, R.O.C.,

13               Plaintiff,                   **CLAIM CONSTRUCTION ORDER**

14      v.

15    SYNAPTICS, INC., a Delaware corporation;
     and AVERATEC, INC., a California
16   corporation,

17               Defendants.
     _____/
18

19          Elantech Devices Corp. ("Elantech") filed suit against Synaptics, Inc. ("Synaptics")

20   for infringement of U.S. Patent No. 5,825,352 ("the '352 patent").  Synaptics counterclaimed

21   for infringement of U.S. Patents No. 5,880,411 ("the '411 patent"), No. 5,943,052 ("the '052

22   patent"), No. 5,543,592 ("the '592 patent"), and No. 6,380,931 ("the '931 patent").  The

23   Court will construe eight claim terms selected by the parties.

24                              **BACKGROUND**

25   **I.      The '411 Patent**

26          The '411 patent, entitled "Object Position Detector With Edge Motion Feature and

27   Gesture Recognition," discloses a method to enable a touchpad to recognize finger contact,

28   movement, and drag gestures, and to emulate various mouse functions.  The patent was

*United States District Court*
*For the Northern District of California*

issued March 9, 1999, and by assignment, Synaptics is the owner of the entire right, title, and interest of the '411 patent.

The '411 patent contains only one of the claim terms to be construed: "incrementally move." The relevant patent claims are directed to a method for extrapolating cursor motion once the user reaches the edge of a touchpad.[1] The general goal of the relevant claims is to detect when the user wants to move the cursor to a position that is beyond the limited bounds of the touchpad and to move the cursor accordingly–this is called cursor "edge motion." '411 patent at 5:9-10.

## II.    The '931 Patent

The '931 patent, entitled "Object Position Detector With Edge Motion Feature and Gesture Recognition," discloses a method to enable a touchpad to recognize tap gestures and emulate various mouse functions. The patent was issued April 30, 2002, approximately three years after the '411 patent, and by assignment, Synaptics is the owner of the entire right, title, and interest of the '931 patent.

The '931 patent contains three of the claim terms to be construed: (1) "initiating a signal to the host indicating the occurrence of said tap gesture;" (2) "maintaining said signal for a predetermined period of time;" and (3) "detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred." The first two claim terms are related and are generally directed to "a method for recognizing a tap gesture made on a touch-sensor pad."[2] The patent claim relevant to the third claim term is directed to detecting the occurrence of a tap gesture in a particular corner. The patentee asserts that the invention allows for greater structural design flexibility and efficiency. The patentee described methods of recognizing tap gestures that were known in the prior art, and asserted that the prior art systems were slower, less intuitive for users, and more likely to cause user strain.

//

---

[1]The term to be construed is present in claims 40, 46, 53, and 59.

[2]The first two terms to be construed are present in claims 1 and 7. The third term is present in claim 5.

2

### III.   The '352 Patent

The '352 patent, entitled "Multiple Fingers Contact Sensing Method for Emulating Mouse Buttons and Mouse Operations on a Touch Sensor Pad," discloses a method for recognizing the presence of multiple fingers on a touchpad and emulating various mouse function; the patent also discloses a touchpad with such capabilities.  The patent was issued October 20, 1998, and by assignment, Elantech is the owner of the entire right, title, and interest of the '352 patent.

The '352 patent contains four of the claim terms to be construed: (1) "scanning the touch sensor" or "means for scanning the touch sensor to . . . ;" (2) "*scanning the touch sensor to . . .* identify a first maxima in a signal corresponding to a first finger;" (3) "*scanning the touch sensor to . . .* identify a minima following the first maxima;" and (4) "*scanning the touch sensor to . . .* identify a second maxima in a signal corresponding to a second finger following said minima."  The claims are directed to "a method for detecting the operative coupling of multiple fingers to a touch sensor."[3]  Generally, the goal of the method is to detect the presence of multiple fingers on a touch sensor and emulate mouse functions. The patentee described methods of emulating mouse functions using a touchpad that were known in the prior art, and asserted that these systems were more stressful and less intuitive than using a mouse.

### DISCUSSION

### I.   Legal Standard for Claim Construction

Claim construction is a matter of law for the court to decide.  Markman v. Westview Instruments, Inc., 52 F.3d 967, 979 (Fed. Cir. 1995), aff'd, 517 U.S. 370, 372 (1996).  When construing claims, a court first looks to intrinsic evidence of record, and thereafter, if appropriate, to extrinsic evidence.  Vitronics Corp. v. Conceptronic, Inc., 90 F.3d 1576, 1582 (Fed. Cir. 1996).  Intrinsic evidence comprises the patent claims, the specification, and, if entered into evidence, the prosecution history.  Id.  Intrinsic evidence also comprises the prior art cited in a patent or during the prosecution.  Kumar v. Ovonic Battery Co., 351 F.3d

---

[3]The terms to be construed are present in claims 1 and 18.

3

1364, 1368 (Fed. Cir. 2003). In most cases, the intrinsic evidence alone will determine the proper meaning of the claim terms. Vitronics, 90 F.3d at 1583.

When construing claims, the analysis begins with, and must focus on, the language of the claims themselves. Interactive Gift Exp., Inc. v. Compuserve Inc., 256 F.3d 1323, 1331 (Fed. Cir. 2001). If the claim language is clear on its face, then the rest of the intrinsic evidence is considered only for whether any deviation from the plain meaning is specified. Id. Deviation may be warranted if, for example, the patentee has "chosen to be his own lexicographer," or if the patentee has disclaimed a certain portion of the claim scope that would otherwise be afforded by the plain meaning. Id. (citations omitted). Where the claim language is not clear, other intrinsic evidence is used to resolve the lack of clarity. Id.

Generally, a court gives the words of a claim their ordinary and customary meaning. Phillips v. AWH Corp., 415 F.3d 1303, 1312 (Fed. Cir. 2005) (en banc). The "ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, i.e., as of the effective filing date of the patent application." Id. at 1313. The context in which a word appears in a claim informs the construction of that word. Id. at 1314. Where there are several common meanings, the patent disclosure "serves to point away from the improper meanings and toward the proper meanings." Brookhill-Wilk 1, LLC v. Intuitive Surgical, Inc., 334 F.3d 1294, 1300 (Fed. Cir. 2003) (citation omitted). If more than one definition is consistent with the usage of a term in the claims, the term may be construed to encompass all consistent meanings. Texas Digital Systems, Inc. v. Telegenix, Inc., 308 F.3d 1193, 1203 (Fed. Cir. 2002).

Other claims of the patent in question "can also be valuable sources of enlightenment as to the meaning of a claim term." Phillips, 415 F.3d at 1314. Because claim terms are normally used consistently throughout the patent, "the usage of a term in one claim can often illuminate the meaning of the same term in other claims." Id. The presence of a dependent claim that adds a particular limitation gives rise to a presumption that the limitation in question is not present in the independent claim. Id. at 1315.

4

Claims must be read in light of the specification. <u>Markman</u>, 52 F.3d at 979.  The specification "is the single best guide to the meaning of a disputed term." <u>Vitronics</u>, 90 F.3d at 1582.  Where a claim term has multiple yet potentially consistent, definitions, the rest of the intrinsic record, beginning with the specification, provides further guidance. <u>Brookhill-Wilk</u>, 334 F.3d at 1300.  If the patentee explicitly defined a claim in the specification, that definition trumps the ordinary meaning of the term. <u>CCS Fitness v. Brunswick Corp.</u>, 288 F.3d 1359, 1366 (Fed. Cir. 2002).  The specification may define a term by implication. <u>Phillips</u>, 415 F.3d at 1321.  The specification may also reveal a disclaimer of the claim scope by indicating that the invention and all of its embodiments only occupy part of the broad meaning of a claim term. <u>SciMed Life Sys. v. Advanced Cardiovascular Sys.</u>, 242 F.3d 1337, 1343-44 (Fed. Cir. 2001).

It is error, however, to import a limitation from the specification into the claim. <u>Liebel-Flarsheim Co. v. Medrad, Inc.</u>, 358 F.3d 898, 905 (Fed. Cir. 2004).  Standing alone, an embodiment disclosed in the specification does not limit the claims. <u>Id.</u> at 906.  Even when the specification describes only a single embodiment, the claims of the patent are not to be construed as restricted to that embodiment unless the patentee demonstrates a clear intention to limit the claim scope using "words or expressions of manifest exclusion or restriction." <u>Teleflex, Inc. v. Ficosa N. Am. Corp.</u>, 299 F.3d 1313, 1327 (Fed. Cir. 2002).  Absent clear statements of scope, courts are constrained to follow the language of the claims and not that of the written description provided by the specification. <u>Id.</u> at 1328;  <u>see also</u> <u>Specialty Composites v. Cabot Corp.</u>, 845 F.2d 981, 987 (Fed. Cir. 1988) (stating a limitation should not be read into the claims unless a specification so requires).

Conversely, a construction that excludes a preferred embodiment is "rarely, if ever, correct." <u>Pfizer Inc. v. Teva Pharm., USA, Inc.</u>, 429 F.3d 1364, 1374 (Fed. Cir. 2005) (<u>quoting</u> <u>Sandisk Corp. v. Memorex Products, Inc.</u>, 415 F.3d 1278, 1285 (Fed. Cir. 2005)).  Courts require highly persuasive evidence that the claims do not encompass a preferred embodiment. <u>Vitronics</u>, 90 F.3d at 1583.

//

5

## II.    Construction of the Disputed Terms

The following analysis considers as intrinsic evidence the claims, the specification, and the prosecution history.

### A.    The '411 Patent

The parties have requested the Court to construe the term "incrementally move."

#### 1.    "Incrementally move"

Claims 40, 46, 53, and 59 of the '411 patent contain the term "incrementally move." For example, claim 40 recites, in relevant part:

> . . . generating second cursor motion signals different from said first cursor motion signals if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing said cursor to <u>incrementally move</u> on the display screen a selected distance in a direction representing the difference between a fixed reference point on said sensing plane and said present position of said object on said sensing plane. . . .

'411 patent at 62:53-60 (emphasis added).

Elantech proposes a construction of "movement defined by the second component of Equations 12 and 13 in the '411 patent, namely, $S(X_{cur}-X_{center})$ and $S(Y_{cur}-Y_{center})$." Limitations in narrow claims dependent from claim 40 may not be imported into the broad language of claim 40. The limitation in dependent claim 44 sets the "fixed reference point" of claim 40 as the center of the sensing plane. Dependent claim 45 includes a speed variable in the calculation of the incremental motion of claim 40. A construction of "movement defined by the second component of Equations 12 and 13 in the '411 patent, namely, $S(X_{cur}-X_{center})$ and $S(Y_{cur}-Y_{center})$" would impermissibly import limitations from dependent claims into a broad claim.

Moreover, Elantech's very narrow construction limiting the claims to one embodiment ignores the explicit statement in the specification of the '411 patent: "[t]hose of ordinary skill in the art will recognize that a linear proportionality is described by the above equation. As used herein, 'proportionality' means that the signal generated is a monotonic function. Those of ordinary skill in the art will recognize that other monotonic functions, including but not limited to inverse proportionality, and non-linear proportionality such as logarithmic or

United States District Court
For the Northern District of California

exponential functions, could be employed in the present invention without departing from the principles disclosed herein." '411 patent at 31:29-38. This statement immediately follows an explanation of how Equations 12 and 13 might be applied within an algorithm in the preferred embodiment. '411 patent at 30:65-67–31:1-29.

The term "incrementally move" means "move in calculated increments."

## B.    The '931 Patent

The parties have requested the Court to construe the following three terms:

(1) "initiating a signal to the host indicating the occurrence of said tap gesture;"

(2) "maintaining said signal for a predetermined period of time;" and

(3) "detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred."

The first and second terms appear together in the claims, and both are used to describe steps concerned with transmission of a signal; these terms will be analyzed together.

### 1.    "Initiating a signal to the host indicating the occurrence of said tap gesture" and "Maintaining said signal for a predetermined period of time"

Claims 1 and 7 of the '931 patent both contain the term "initiating a signal to the host indicating the occurrence of said tap gesture" and the term "maintaining said signal for a predetermined period of time." Claim 1 recites, in relevant part:

> . . . . <u>initiating a signal to the host indicating the occurrence of said tap gesture</u> if the amount of time said conductive object is present on said touch pad is less than said reference amount of time and if the amount of motion made by said conductive object while it is present on said touch pad is less than said reference amount of motion; and <u>maintaining said signal for a predetermined period of time</u>.

'931 patent at 53:4-12 (emphasis added).

For the term "initiating a signal to the host indicating the occurrence of said tap gesture," Synaptics proposes a construction of "initiating the transmission of a set of data to a computer, or other device that can take as input the output of a touch-sensor pad, that indicates that a tap gesture has occurred on the touch-sensor pad." Elantech proposes a

7

construction of "outputting to the host a high state of a signal that has a low and a high state, where the high signal state represents that a tap gesture occurred on the touch-sensor pad."

For the term "maintaining said signal for a predetermined period of time," Synaptics proposes a construction of "to continue, retain, or repeat the signal for a period of time that was determined before."  Elantech proposes a construction of "continuously outputting the high state of the signal only for a predetermined time period (i.e., changing the signal state from high to low at the end of the predetermined time period)."  In other words, Elantech asserts that a "signal" has only two states and that "maintaining" the signal can only be accomplished by continuous output of the signal, while Synaptics asserts a flexible construction of the word "signal" as "the transmission of a set of data" and that "maintaining" a signal may be accomplished in several ways.

The claims and the specification do not support a construction where a "signal" can only represent a low state and a high state.  The word "signal" is used broadly throughout the '931 patent.  As used in claim five, a "signal" is able to indicate both that a tap gesture occurred and *where* the tap gesture occurred.  This type of complex data communication is beyond the capacity of a signal that only has a low state and a high state, and there is nothing in the claims to indicate that the word "signal" in claim five should be construed differently than the word "signal" in claims one or seven.  The word "signal" is also used in other contexts throughout the '931 patent: a packetized "10-bit wide digital signal," '931 patent at 13:64-65, and "a monotonic function."  '931 patent at 31:59-60.  In their opposition brief, Elantech argues that every reference to the word "signal" that relates to gesture recognition refers only to the "OUT" signal described in Fig. 15a-e.  However, the "OUT" signal described in Fig. 15a-e of the specification is the output of tap unit 280, which is only one component in the circuitry.  Id. at 34:23-29.  The "OUT" signal is not the ultimate signal which is sent to the host, as described in the relevant claims; it is only used to convey information about (1) the fact that a tap gesture occurred, and (2) which button click should be emulated–left, middle, or right.  Id. at 35:26-27.

United States District Court
For the Northern District of California

1    There is little in the intrinsic evidence that describes exactly how a "signal" is

2  "maintained."  Nothing in the claims addresses this point, but one clue arises in the

3  description of the flowchart that illustrates the operation of the tap unit: "[s]tep 334 also sets

4  the Suppress flag to True to cause the virtual button signal to stay low for a short period."

5  '931 patent at 43:1-2; Fig. 17B.  The fact that setting a flag to a value of True could cause a

6  signal to "stay low"–to maintain a particular value–"for a short period of time" indicates that

7  there is more than one way of "maintaining" a signal.  There is no evidence to support

8  Elantech's construction that a signal is "maintained" only by continuously outputting the

9  signal.

10    The term "initiating a signal to the host indicating the occurrence of said tap gesture"

11  means "initiating the transmission of a set of data to a computer, or other device that can take

12  as input the output of a touch-sensor pad, that indicates that a tap gesture has occurred on the

13  touch-sensor pad."  The term "maintaining said signal for a predetermined period of time"

14  means "to continue, retain, or repeat the signal for a period of time that was determined

15  before."

16    **2.    "Detecting in which of at least one corner of the touch-sensor pad**

17    **said tap gesture occurred"**

18    Claim 5 of the '931 patent recites, in relevant part:

19    . . . detecting in which of at least one corner of the touch-sensor pad said tap gesture
20    occurred . . .

21    Id. at 53:29-30 (emphasis added).

22    Synaptics proposes a construction of "detecting that a tap gesture has occurred in at

23  least one corner, the identity of which is distinguished in some way from other corners of the

24  touch-sensor pad."  Elantech proposes a construction of "after detecting the occurrence of the

25  tap gesture, separately detecting in which of at least one corner of the touch-sensor pad the

26  tap gesture occurred."  In other words, Synaptics asserts that the single event of the detection

27  of the occurrence of the tap gesture also provides information on where the tap gesture

28  occurred, while Elantech asserts that the detection of where the tap gesture occurred is a

separate event from the detection of the occurrence of the tap gesture.

9

United States District Court
For the Northern District of California

1    Claim five requires that the first two detection steps be complete by the time the last

2    step of the method is executed, since it is not possible to send a signal "indicating the

3    occurrence of said tap gesture and in which of at least one corner of said touch-sensor pad

4    said tap gesture occurred" unless one has already detected the occurrence of said tap gesture

5    and detected in which of at least one corner of said touch-sensor pad said tap gesture

6    occurred.  However, there is nothing in the claim language to indicate that the two detection

7    steps could not occur simultaneously.[4]  Elantech argues that "[i]t would be impossible to

8    detect in which of at least one corner of the touch-sensor pad said tap gesture occurred if the

9    tap gesture has not previously been detected," and cites cases where an order has been

10   imposed upon steps in a method.  However, in all the cases cited there is a modifying

11   adjective present in one step of the method that refers to an action taken in a previous step–an

12   explicit link that requires the imposition of an order as between the two steps.[5]  The cited

13   cases are therefore distinguishable because in the second detection step here there is no

14   adjective modifying the phrase "tap gesture" that refers to an action taken in the first

15   detection step.

16   The term "detecting in which of at least one corner of the touch-sensor pad said tap

17   gesture occurred" means "detecting that a tap gesture has occurred in at least one corner, the

18   identity of which is distinguished in some way from other corners of the touch-sensor pad."

19   //

---

21   [4]The specification and the figures illustrate in meticulous detail the steps involved in detecting the occurrence of a tap gesture and (assuming that it was a corner tap) detecting in which corner the tap gesture occurred.  '931 patent at 42:34-44:33; Fig. 17B-C.  Step 326 is where the tests are performed to determine whether a tap gesture has occurred, and step 348 is where the tests are performed to determine whether a corner tap has occurred.  As described in the specification and figures, there are many interleaving steps, however, there is no way to arrive at step 348 without first proceeding through step 326.  Nevertheless, an order cannot be imposed as between the two detection steps since there is no law to support such a ruling where the plain words of the claim impose no such order.

25   [5]Elantech cites Combined Sys., Inc. v. Def. Tech. Corp. of Am. and Fed. Labs., 350 F.3d 1207, 1210 (Fed. Cir. 2003) (claim 1 of the '562 patent recites a step of "*forming folds* in said tubular sock-like projectile body" and then a step of "inserting said *formed folds* of  said tubular sock-like projectile body") (emphasis added); see also Mantech Envtl. Corp. v. Hudson Envtl. Servs., Inc., 152 F.3d 1368, 1376 n.13 (Fed. Cir. 1998) (where claim 1 of the '483 patent recites a step of "providing a treating flow of *acetic acid . . .* into said groundwater region" and then a step of "introducing . . . an aqueous solution of ferrous ion into said groundwater region, for mixing with said *acidified groundwater*") (emphasis added).

C.      The '352 Patent

The parties have requested the Court to construe the following four terms:

(1) "scanning the touch sensor" or "means for scanning the touch sensor to ...;"

(2) "*scanning the touch sensor to* ... identify a first maxima in a signal corresponding to a first finger;"

(3) "*scanning the touch sensor to* ... identify a minima following the first maxima;" and

(4) "*scanning the touch sensor to* ... identify a second maxima in a signal corresponding to a second finger following said minima."

The latter three terms are used in the context of scanning the touch sensor and together describe the process of recognizing the presence of one or more fingers on the touch sensor; these three terms will be analyzed together.

### 1.      "Scanning the touch sensor"

Claims 1 and 18 of the '352 patent both contain the term "scanning the touch sensor." Claim 1 recites, in relevant part:

> . . . . scanning the touch sensor *to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima*. . . .

'352 patent at 16:16-20 (emphasis added).

Elantech proposes a construction of "examining information associated with the touch sensor." Synaptics contends that the phrase should be construed to mean "measuring the traces in the touch sensor and assigning them to a sequence corresponding to their physical order on the touch sensor." In other words, Elantech asserts a broad construction of "scanning the touch sensor" that is not tied to any particular touch sensor technology and that the data obtained from scanning the touch sensor need not be structured or ordered in any way. By contrast, Synaptics asserts that the "touch sensor" must be limited to capacitive devices using traces and that each capacitance value obtained from scanning the touch sensor must be associated with information representing the particular position on the touch sensor where the value was detected; Synaptics does not argue that the traces must be sensed in a

1  sequential fashion and agrees that, as disclosed by the '352 patent, all traces may be sensed

2  simultaneously.

3      There is nothing in the language of claims 1 or 18 that require a construction of a

4  "touch sensor" that includes traces.  In fact, claim 6, which is dependent from (and thus

5  narrower than) claim 1, includes a limitation on the touch sensor "wherein said touch sensor

6  includes a plurality of lines."  Furthermore, the specification explicitly states that "[t]he

7  present invention may be implemented based on any conventional touch sensing technology,

8  although an exemplary embodiment involves the use of a capacitive touch sensing device."

9  '352 patent at 2:20-24.  Synaptics argues that because the parties have agreed on a

10  construction of the term "operative coupling" to mean "electrical finger-induced effect," the

11  claims must then be limited to methods and systems that measure such an electrical

12  phenomenon.  Although this may be true, there is no evidence that methods and systems that

13  detect electrical finger-induced effect necessarily require traces.

14      Elantech's construction of "examining information associated with the touch sensor,"

15  by contrast, is far too broad, as such words could be interpreted to include determining the

16  chemical composition of the surface of the touch sensor, the manufacture date of the touch

17  sensor, or the power consumption metrics of the touch sensor.  The term "scanning the touch

18  sensor" only appears in claims 1 and 18, and the term only appears in conjunction with the

19  purpose of seeking to detect operative coupling.  '352 patent at 16:16-20, 17:29-34.  As

20  stated in Elantech's own reply brief, the purpose of "scanning the touch sensor" is "to

21  identify finger presence."

22      The term "scanning the touch sensor" means "measuring the values generated by a

23  touch sensor to detect operative coupling and determining the corresponding positions at

24  which measurements are made."

25  //

26  //

27  //

28  //

**United States District Court**
For the Northern District of California

12

United States District Court
For the Northern District of California

2.    "*Scanning the touch sensor* to (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima"

Claims 1 and 18 of the '352 patent both contain the three terms "identify a first maxima in a signal corresponding to a first finger," "identify a minima following the first maxima," and "identify a second maxima in a signal corresponding to a second finger following said minima."  Claim 1 recites, in relevant part:

> . . . . *scanning the touch sensor to* (a) identify a first maxima in a signal corresponding to a first finger, (b) identify a minima following the first maxima, (c) identify a second maxima in a signal corresponding to a second finger following said minima. . . .

Id. at 16:16-20 (emphasis added).

For the term "identify a first maxima in a signal corresponding to a first finger," Elantech proposes a construction of "identify a first peak value in a finger profile obtained from scanning the touch sensor."  Synaptics proposes a construction of "measuring the trace values of the touch sensor corresponding to a first finger and determining the point at which the measured values cease to increase and begin to decrease."

For the term "identify a minima following the first maxima," Elantech proposes a construction of "identify the lowest value in the finger profile that occurs after the first peak value, and before another peak value is identified."  Synaptics proposes a construction of "measuring the trace values of the touch sensor following, in scan order, said minima and determining the point at which the measured values cease to decrease and begin to increase."

For the term "identify a second maxima in a signal corresponding to a second finger following said minima," Elantech proposes a construction of "after identifying the lowest value in the finger profile, identify a second peak value in the finger profile."  Synaptics proposes a construction of "measuring the trace values corresponding to a second finger following, in scan order, said minima and determining the point at which the measured values cease to decrease and begin to increase."

13

**United States District Court**
For the Northern District of California

1    In other words, Elantech asserts that a "maxima" or "minima" represents only the

2    maximum or minimum capacitance value measured across a finger profile; a "maxima" or

3    "minima" does not refer in any way to the particular position[s] on the touch sensor where

4    the maximum or minimum capacitance values appear. Synaptics asserts that a "maxima" or

5    "minima" represents not only the capacitance measured at that one trace, but also the

6    particular position on the touch sensor where that maximum or minimum level of capacitance

7    was detected across the finger profile. Synaptics also asserts that within a finger profile, a

8    "maxima" or "minima" can only appear at one precise point on the touch sensor, and so when

9    a  maximum or minimum capacitance value, as measured across a finger profile, appears at

10   multiple traces (a plateau), the "maxima" or "minima" appears at the last trace that is

11   included within that plateau region. Finally, Synaptics asserts that, in accordance with its

12   construction of "scanning the touch sensor," a limitation must be imposed upon the location

13   in which a minima following a first maxima or a second maxima following a minima may

14   appear.

15        Synaptics bases its argument on the detailed mechanics of the embodiment described

16   in the specification and in Fig. 5-6. There is support in the claims for a construction of the

17   terms "maxima" and "minima" as data objects that have position information, as well as a

18   capacitance value;[6] however, there is no support in the intrinsic evidence for a construction of

19   either the term "maxima" or the term "minima" wherein the position information can only

20   relate to a precise point–a single X axis value and a single Y axis value. Such a construction

21   could twist the ordinary meaning of a "maxima" or a "minima" so as to exclude a plateau

22   maxima, where the maximum capacitance value appears over a range of X axis values and/or

23   Y axis values.

24

25

26        [6]Claim 8 adds a step to the method of claim 1 of "comparing a distance between said first
    maxima and said second maxima to a predefined threshold." '352 patent at 16:41-43. Claim 10 adds
27   the step of "detecting a distance between said first and second maxima." '352 patent at 16:57-59.
        Claim 15 adds the step of "determining if said first and second maxima are within 5
28   centimeters." '352 patent at 17:17-18-43. Claim 13 also adds a step of "detecting a movement of said
    first maxima." '352 patent at 17:2.

1          The term "identify a first maxima in a signal corresponding to a first finger" means

2  "identify a first peak value in a finger profile obtained from scanning the touch sensor."  The

3  term "identify a minima following the first maxima" means "identify the lowest value in the

4  finger profile that occurs after the first peak value, and before another peak value is

5  identified."   The term "identify a second maxima in a signal corresponding to a second

6  finger following said minima" means "after identifying the lowest value in the finger profile,

7  identify a second peak value in the finger profile."

8         **IT IS SO ORDERED.**

9

10  Dated: April 6, 2007                            CHARLES  R. BREYER
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**EXHIBIT C**

(12) **UK Patent Application** (19) **GB** (11) **2 139 762 A**

(43) Application published **14 Nov 1984**

(21) Application No 8408889

(22) Date of filing 6 Apr 1984

(30) Priority data

(31) **483230** (32) **8 Apr 1983** (33) **US**

(71) Applicant
**Gavilan Computer Corporation (USA-California),
240 Hacienda Avenue, Cambell, California 95008, United
States of America**

(72) Inventors
**Gary John Prosenko,
Richard Tabor,
Richard Bruce Ravel**

(74) Agent and/or Address for Service
**Forrester, Ketley & Co.,
Forrester House, 52 Bounds Green Road, London N11 2EY**

(51) INT CL³
**G06F 3/033**

(52) Domestic classification
**G1N** 1A1 1A3B 1D8 3S10 3S1B 4A 7E2 7F 7N 7S AQA
**U1S** 2125 2285 G1N

(56) Documents cited
**None**

(58) Field of search
**G1N
H4T**

(54) **An input device and a method of inputting data to a computer system**

(57) An input device for a computer system comprises a touch sensitive surface or pad 21 for providing signals representative of the position of a user's finger. Movement of a cursor on a display screen of a computer system is controlled in response to a user's finger moving over a defined cursor control area 63 of the surface, e.g. so that it is displaced by an amount related to the displacement of the finger and to finger speed. Once the cursor has been correctly positioned a short tap on the area 63 generates an execution signal to instruct the computer to carry out the instructions determined by the prior cursor movement. The touch-sensitive surface also has a plurality of discrete areas 65,67,69,71,73,75,77,79 adjacent the cursor control area which act as two position switches and generate control signals of the type for which discrete push button switches are generally employed.



FIG. 3.

GB 2 139 762 A

ETD 0010025

2139762

1/6



FIG. 1.



FIG. 2.

FIG. 7.

2/6

2139762



FIG. 3.

ETD 0010027

3/6

2133762



FIG. 4.

ETD 0010028

2139762

4/6



FIG. 5.



FIG. 6.

ETD 0010029

5/6

2139762



FIG. 8.

ETD 0010030

2139762

6/6



FIG. 9.

SPECIFICATION

**An input device and a method of inputting data to a computer**

5      This invention relates to an input device and a method of inputting data to a computer.

Most computer systems use a display employing a
10    cursor, a marking device that is displayed on a screen of the display and is movable by the operator across that screen. A cursor is most commonly used to point to a location on the display where the operator desires to effect some operation. For
15    example, a computer system operating as a word processor can replace or delete a word or letter which the cursor overlays or points to. The operator first moves the cursor to the desired location on the display and then subsequently gives a command to
20    execute some operation at that location.

There are a number of commonly used devices and techniques for inputting these commands from the user to the computer system. An ordinary keyboard is the most common, at least in word
25    processing applications. A mouse is becoming increasingly popular, a hand held device that is moved over a flat surface adjacent the computer system to cause the cursor to move a distance and direction proportional to the movement of the mouse. A
30    mouse device generally also has one or more buttons on it for communicating commands to be executed by the computer system, so that a user can designate that a predetermined action be taken at the location on the display where the cursor has
        been positioned by the mouse.
35    Touch sensitive display screens are also used to generate control and data signals for input to a computer system. Other external devices include joysticks, paddle wheels, track balls and the like. These devices are often used to play games with the
40    computer by controlling motion of a "cursor" in the form of a tank, munchkin or the like. A firing button is generally also provided with the controller for causing execution of a predetermined action once the "cursor" has been positioned where the player
45    wants it to be.

Another cursor controlling device that is becoming accepted is a two dimensional touch pad which is provided either as part of a computer system adjacent its keyboard or as a separate device used
50    along side it and interconnected with the system. Such a pad is sensitive to the touch and is connected to the computer system to cause its cursor to move in both X and Y directions corresponding to the movement of the operator's finger across the sur-
55    face of the pad. Typical pads operate by having an electrically conductive surface with a given resistance per unit length across it. The value of resistance communicated to the computer system depends on the location of a touch on the surface by the user.
60    Other pads operate on a magneto-strictive principle in developing a proportional to the location of touch across the pad. The touch pads now in use provide the desired cursor movement which must then be followed by some other action of the user, such as
65    pressing a separate key, to cause execution of a

function at the new cursor location on the display screen.

It is an object of the present invention to provide a input device and method of inputting data to a
70    computer system which is easier to use, simpler in construction and yet has improved operating features.

According to one aspect of the present invention, there is provided an input device for a computer
75    system, comprising: a touch-sensitive surface for producing a signal when the surface is touched to identify the location on the surface which has been touched; means for receiving a touch location signal for generating an area signal representing a given
80    area of the sensitive surface when the given area is touched so that, in use, the given area acts as a two-position switch for supplying instructions to the computer system; means for receiving a touch location signal for generating a position signal
85    representative of a change in the location on the surface being touched when that location is in another area of the surface for controlling movement of an element displayed on a display means of the computer system.
90    In a second aspect, the present invention provides an input device for a computer, comprising: a touch sensitive surface for producing a signal when the surface is touched to identify the location on the surface which has been touched; means for receiv-
95    ing a touch location signal for generating a position signal representative of a change in the location on the surface being touched when the surface is touched for a time greater than a predetermined time and/or when the location being touched
100   changes by a distance greater than a predetermined distance in a predetermined time; and means for receiving a touch location signal for generating a different signal to supply instructions to the computer system when the surface is touched for a time
105   less than the predetermined time and/or the location touched changes by a distance less than the predetermined distance.

The present invention also provides a computer system whenever incorporating an input device in
110   accordance with the first or second aspect.

In another aspect, the present invention provides a method of inputting data to a computer system, comprising: producing a signal when a touch-sensitive surface is touched identifying the location
115   on the surface which has been touched; generating an area signal representing a given area of the touch-sensitive surface when the given area is touched so that the given area acts as a two-position switch for supplying instructions to the computer
120   system and for generating a position signal representative of a change in the location on the surface being touched when that location is on another area of the surface to control movement of an element displayed on a display means of the computer
125   system.

In a further aspect, the present invention provides a method of inputting data to a computer system, comprising: producing a signal when a touch-sensitive surface is touched identifying the location
130   on the surface which has been touched; generating a

ETD 0010032

position signal representative of a change in the location being touched when the surface is touched for a time greater than a predetermined time and/or when the location being touched changes by a
5 distance greater than a predetermined distance in a predetermined time; and generating a different signal to supply instructions to the computer system when the surface is touched for a time less than the predetermined time and/or the location touched
10 changes by a distance less than the predetermined distance.

In a preferred arrangement, the input device has a two dimensional cursor controlling touch-sensitive surface or pad which serves two functions. By a user
15 moving a finger across the touch pad surface, normal cursor movement is caused on a display means of the computer system but, when the cursor is at the desired display location, the operator need not search for some other input device such as a
20 separate key to cause execution of a predetermined function at that location of the display. Rather, the operator need only tap the touch pad quickly such a tap being discriminated by the touch pad as a different command than a longer touch which
25 typically accompanies movement of a finger across the pad to cause the cursor to move. This allows the operator to keep his or her eyes on the display means without having to look for a separate execution button, and further allows a simpler system by
30 eliminating the need for a separate execution button.

In the preferred arrangement the signals from the touch pad are processed before being used to move the cursor such that erratic movement of the user's finger across the touch pad is translated into a
35 smoother movement of the cursor across the display, and the distance of cursor movement for a given distance of finger movement across the pad is made dependent upon the speed of the finger movement. The smoothing is accomplished, accord-
40 ing to a preferred implementation, by reporting from the touch pad to the computer system incremental X and Y finger displacement per unit time with an average of a plurality of successive incremental distance movement being used to move the cursor,
45 thereby to smooth its motion. The scaling feature is provided, according to a preferred implementation, by squaring the average incremental distance move-ment signals before using them to move the cursor, thereby causing the cursor to move farther for a
50 given finger movement across the pad when the speed of such finger movement is higher.

Also in the preferred arrangement, the touch-sensitive surface comprises a plurality of given areas which provide a number of discrete switch or push
55 button functions, the actuation of any of a number of such buttons being communicated from the touch pad on the same signal line as the cursor movement signals and execution tap signals. The discrete push button signals are separated from the X-Y signals in
60 the common touch pad output circuit by subsequent processing. In a preferred implementation, a single touch pad is provided with spacially separated areas for a plurality of push buttons and an X-Y area. The significance of any touch by a user on the touch pad
65 is determined from the location of that touch as

expressed in the common output signal of the touch pad. In one specific form of such an implementation, two resistive sheets are normally held closely spaced and electrically connected to detect the
70 location of a user's touch when it causes the sheets to contact at a particular location.

For a better understanding of the present inven-tion, and to show how the same may be put into effect, reference will now be made, by way of
75 example, to the accompanying drawings, in which:

Figure 1 illustrates generally a portable computer system having an input device embodying the present invention;

Figure 2 is a general block diagram of the compu-
80 ter system of Figure 1;

Figure 3 shows an exploded view of a touch-sensitive surface pad of an input device embodying the invention;

Figure 4 is an electronic circuit diagram of an input
85 device embodying the invention and having the touch pad of Figure 3;

Figure 5 is a timing diagram for the electronic circuit of Figure 4;

Figure 6 illustrates the manipulation of digital data
90 by the circuit of Figure 4;

Figure 7 shows the format of particular digital signals of the circuit of Figure 4;

Figure 8 is a flow diagram showing the operation of the circuit of Figure 4; and
95 Figure 9 is a state diagram illustrating the opera-tion of computer software provided in conjunction with the circuit of Figure 4 for processing informa-tion obtained from the touch pad.

Referring now to the drawings, in particular Figure
100 1, there is shown a portable computer having an input device embodying the invention. Although an input device embodying the present invention is highly useful in any computer system, it is particular-ly advantageous in a portable computer because of
105 the reduced number of circuit elements that are required to perform a given set of desired functions.

As shown in Figure 1, a case 11 of the portable computer contains a keyboard 13 along a front edge that is enclosed by a cover 15 when the unit is being
110 transported. As shown in Figure 1, the cover 15 is in an upright position and contains a display means in the form of a display screen 17 of an appropriate type. The type of screen 17 that is utilised in such a portable computer is a liquid display (LCD) because
115 of its low power consumption. Typically, the display will be of a pixel type and be capable of displaying a plurality, such as eight or more, lines of alpha-numeric information, or graphics of a similar size.

The system is capable of displaying a cursor 19,
120 shown in Figure 1 to be an arrow. Of course, other cursor configurations can be utilised, such as a small rectangle, a large square or rectangular box enclos-ing a significant portion of the screen, and other various shapes and sizes depending upon the appli-
125 cation. In any event, the cursor is movable under control of the operator over the surface of the display screen 17.

Immediately adjacent the keyboard 13 is a graphics sheet 21 which covers the mechanical part
130 of the input device, in particular the touch-sensitive

surface or touch pad thereof. The mechanical aspects of a specific touch pad will be described below with with respect to Figure 3. The orientation of the touch pad immediately adjacent the upper edge of
5 the keyboard 13, and at a greater slope, makes it very easy for user view and access and also provides a compact assembly which is necessary for portability.
Referring to Figure 2, a general system block diagram of the computer 11 is illustrated. A common
10 system bus 23, typical of such systems, intercon- nects a microprocessor 25 with the other major operating elements of the system, including a read only memory (ROM) 27, a random access memory (RAM) 29, a disk drive 31, and a display driving
15 circuit 34. Additionally, the keyboard 13 is connected through an appropriate electronic system to the system bus and a touch pad system 33 is similarly connected in this particular system. The touch pad system 33 of Figure 2 includes the mechanical touch
20 pad assembly illustrated in Figure 3 and its electrical circuit illustrated in Figure 4. In addition, miscel- laneous input/output circuits and devices 35 are connected to the system bus, such as a printer, telephone modem, and similar commonly used
25 peripheral devices. In the particular system being explained as an example, the microprocessor 25 is on Intel 8088.
A particular touch pad mechanical assembly will now be described with respect to Figure 3. A
30 resistive type of touch pad is being shown but, of course, similar signals can be obtained in response to touches on a surface using other transducing mechanisms, such a magneto-strictive device that operates by measuring the time for a pulse to travel
35 across the surface as an indication of location of the touch, and the like. Behind the cover sheet 21 is a first resistive sheet 37, followed by a spacer 39, a second resistive sheet 41, and a rigid substrate backing element 43. Each of the resistive sheets 37
40 and 41 is characterised by its surface facing the other having an electrical conductivity with a uniform resistivity per unit distance across the surface.
The sheets 37 and 41 can be of a number of specific alternative constructions, each of which
45 provide equivalent electrical characteristics. They can be, for example, polyester sheet material coated on their surfaces facing each other with carbon ink or with a material vapour deposited thereon such as indium tin oxide. Alternatively, they can be elas-
50 tomeric conductive sheets having electrically con- ductive materials, such as carbon, impregnated in the sheet itself. In any event, the resistivity per unit length is carefully controlled to uniform across each sheet and its value is chosen by the requirements of
55 the particular electrical circuit in which the touch pad is operating.
One of the sheets 37 and 41 has an electrical potential impressed across opposite sides in the X direction, and the other in the Y direction. Metallic or
60 other high electrical conductivity strips 45 and 47 are placed across the resistive surface at opposite edges to cause a voltage impressed at terminals 49 and 51 to be across the X direction of the sheet 41. Similarly, conductive strips 53 and 55 are placed along oppo-
65 site edges of the sheet 37, thereby causing a

potential gradient thereacross in the Y direction when a voltage is impressed across terminals 57 and 59.
In order to assure that the conductive surfaces of
70 the sheets 37 and 41 do not inadvertently touch each other, a grid of dielectric bumps 61 is silkscreened onto one of them, shown in Figure 3 to be the sheet 41. These bumps are placed about 0.2 inch (5.08 mm) apart in a symmetrical pattern across the sheet
75 41, with a height of less than 1 mil (25.4 mm) and a diameter of about 4 mil (101.6 mm). This spacing and size allows the opposing electrically conductive surfaces of the sheets 37 and 41 to contact each other by a touch of a finger of a desired force
80 anywhere across the sheet 37 through the thin, flexible indicia sheet 21. The sheet 37 is, of course, itself flexible to permit such physical motion and contact.
The touch pad assembly of Figure 3 is utilised to
85 generate a number of independent signals through connection with the single common set of four terminals 49, 51, 57 and 59. The two dimensional area of the touch pad is spatially divided into discreet regions, such as an X-Y two dimensional
90 cursor control area 63, and a plurality of discreet button areas 65, 67, 69, 71, 73, 75, 77 and 79. A larger or smaller number of discreet areas may be pro- vided, depending upon the computer system appli- cation and the available size of the touch pad.
95 As explained below with respect to Figure 4, the particular one of these areas that is depressed is identified by determining the X-Y coordinates of a contact between the resistive surfaces of the sheets 37 and 41.
100 In order to aid in this discrimination, a thin non-conductive spacer sheet 39 is positioned be- tween the electrically resistive sheets 37 and 41. Apertures are provided in the sheet 39 in the same location as the indicia on the surface of the sheet 21
105 for the different button and X-Y cursor control areas. The spacer 39 is not absolutely necessary but does make it easier to discriminate the different discreet areas by the electronic system to be described.
Referring to Figure 4, an electrical schematic
110 diagram is shown wherein the touch pad of Figure 3 is represented electronically by the resistances with- in dotted outline 81. A resistance 83 represents the contact resistance as the sheets 37 and 41 are pushed together at a particular point by the touch of
115 a computer user. The location of such contact is schematically shown in Figure 4 by an electrical connection at particular locations of the resistor of the sheet 41 in the X direction and the resistor of the sheet 37 in the Y direction. The location of the
120 connection between these two representative resist- ances of the surfaces 37 and 41 will vary in both the X and the Y direction as the location of the touch across the two dimensional surface of the touch pad is changed.
125 A power supply voltage +V is selectively impress- ed across the resistance sheet surfaces 37 and 41 under the control of four transistors Q1, Q2, Q3 and Q4. These transistors operate as switches. Transistor Q1 is connected between terminal 49 and ground
130 potential and is maintained in a conductive or

non-conductive state depending upon the voltage level in a conductor 85 which is connected through a resistance to the base terminal of transistor Q1. Similarly, transistor Q2 is connected between ter-
5   minal 59 and ground potential with its base connected through a resistance to a control line 87. Transistor Q3 is connected between the positive voltage supply +V and the terminal 51, its base being connected through a resistance to a the line
10  87. Transistor Q4 is connected between the positive voltage supply +V and the terminal 57, its base being connected to a line 89 through a series resistance.

The control signals to turn these four transistors
15  on and off originate from a central processing unit (CPU) 91 in the form of a TPD control signal in an output line 93 and an PAD CHECK signal in a line 95. For the particular system being described, the CPU 91 is preferably an Intel 8051 microprocessor which
20  includes a certain amount of ROM and RAM. A bi-level control signal in line 93 is passed through an inverter 97 whose output provides a control signal in line 87. The Control signal in line 87 is similarly passed through an inverter 99 which provides a
25  control signal in the line 89. The inverters 97, 99 are preferably made of CMOS integrated circuit elements. Transistors Q3 and Q4 are of the PNP type and the transistors Q1 and Q2 are of the NPN type. The PAD CHECK bi-level signal in line 95 is applied to
30  one input of a NOR gate 101 and to the base, through a series resistance, of an NPN transistor Q5. A second input to the NOR gate 101 is the line 87. The transistor Q5 is effectively connected between the terminal 59 and ground potential, through a series
35  resistance, and is controlled in its on and off states by the signal in the line 95. An output of the NOR gate 101 provides a control signal in line 85.

As will be explained more fully below, the X and Y coordinates of a touch on the sheets 37 and 41 are
40  determined in separate time sequential steps. In one instance of time, the transistors Q1 and Q3 are turned on to impress a voltage across the X resistance 41 while the Y axis resistance 37 acts as a pick-off to communicate the voltage at the location
45  on the resistive sheet 41 where the touch has occured. It is communicated through terminal 59 which is connected to a non-inverting input of an operational amplifier 103 whose output 105 is connected directly to its inverting input. The amplifier
50  103 acts as a buffer so that the Y axis resistance 37 is not itself loaded down, otherwise it could not serve to read the voltage at the point of its connection with the X axis resistance 41.

Similarly, Y axis readings are accomplished by
55  turning transistors Q2 and Q4 on to impress a voltage across the resistance 37. The X axis resistance 41 then serves as a mechanism to communicate the voltage at the point of contact with the Y resistance 37, this communication being through the
60  terminal 49 which is connected to a non-inverting input of a second operational amplifier 107. An output 109 of the amplifier 107 is connected directly back to its inverting input.

The analog voltage in lines 105 and 109 are
65  proportional to the X and Y coordinates, respective-

ly, of the interconnection between the X and Y resistance sheets 41 and 37. These signals are applied one at a time to an analog-to-digital conver-
70  ter 111 through a multiplexer 113 (switch), followed by an isolation amplifier and a resistance-capacitance circuit, as shown. The multiplexer 113 receives in a line 115 from the CPU 91 a control signal telling it whether the signal in line 105 or that
75  in 109 is to be passed on to the A/D converter 111. A signal in a line 117, also originating from the CPU 91, tells the multiplexer 113 when to select one or the other signals. A control signal from the CPU 91 in the conductor 119 is connected to the A/D converter 111
80  to tell it when to start its conversion. Similarly, another control signal in line 121 tells the converter when to read the value of the conversion. A digitized version of the analog voltages in the lines 105 and 109 is then presented in time sequence to a system
85  data bus 123 of the CPU 91. That system bus is connected through an appropriate buffer 125 to the system bus 23 of the main CPU 25 (shown in Figure 2).

The operation of the circuit of Figure 4 to obtain
90  the X and Y coordinates of a particular connection between the X and Y resistances 41 and 37 will now be described with the aid of the timing diagram of Figure 5 and an operational flow chart of Figure 8. Figure 5 shows the time relationship of signals in
95  seven different lines of Figure 4, those lines being identified on Figure 5. At an initial time to the PAD CHECK signal in line 95 goes high (from its 0 to its 1 state), as does the TPD control signal in the line 93. As can be seen from the logic circuit diagram of
100 Figure 4, this condition causes the transistors Q1, Q2 and Q4 to be in their off (non-conductive) states while transistors Q3 and Q5 are in their on (conductive) states. This will provide a voltage to the non-inverting input of the amplifier 103 if the X and Y
105 resistance sheets are touching anywhere. This results in a positive voltage in a line 127 from the output of the amplifier 103, communicating an ON PAD signal to the CPU 91. It is assumed for the purposes of this example that there is a closure of
110 the two resistances 37 and 41 at some point, thus the ON PAD signal in curve (B) of Figure 5 follows the same form as the PAD CHECK signal of curve (A).

At time t1, the PAD CHECK signal from the CPU 91 is caused to return to its low or 0 state and the
115 multiplexer 113 is connected to receive the X position analog signal in the line 105 by the appropriate signals in the lines 115 and 117 from the CPU 91. At this instant, the combination of a low PAD CHECK signal and the remaining high level of the
120 TPD signal of Figure 5 (C) causes, it can be seen from the logic circuitry of Figure 4, transistors Q1 and Q3 to be turned on while the remaining transistors Q2, Q4 and Q5 are turned off. The voltage at the point of the resistance 41 that is being touched by the
125 resistance 37 is thus communicated through the operational amplifier 103 and the mulitplexer 113 to the A/D 111 input. At time t2, the converter 111 is told to start its conversion and at time t3 it is told to read the value of the voltage in the line 105 onto the data
130 bus 123 in digital form, the X coordinate of the touch. Also at time t3, the control signal TPD goes low

and the multiplexer 113 is caused to switch to receive the Y position analog voltage in the line 109. The logic circuits of Figure 4, under those conditions, cause the transistors Q1 and Q3 to be turned off,
5 while transistor Q5 remains off, and transistors Q2 and Q4 are turned on. The X resistance 41 is then used to communicate to the amplifier 107 the value of the voltage at the point on the Y resistance 37 where contact is made by the user pushing at a
10 location on the surface of the touch pad. At time t4, the A/D converter 111 is told to start its conversion and at time t5 it is told to read the digital value of the Y position analog voltage in line 109 onto the data bus 123.
15 At this point, both the X and Y coordinates of a touch on the touch pad have been determined and are available for communication with the host CPU 25 (Figure 2) through the system bus 23. However, as shown in Figures 5 and 8, it is preferable to make a
20 final check to make sure there is a closure between the resistances 37 and 41 at the end of the cycle. The cycle takes about 3 milliseconds, in this particular example, and it is desirable to accept the X and Y coordinate values only if the touch has occurred for
25 at least that long. If it has not, it is unlikely that it is good data. Therefore, at time t6, the PAD CHECK signal and the TPD signal go back high and if the ON PAD signal also goes high as is shown in Figure 5, then it is known the detected touch of the touch pad
30 was genuine and the X and Y values can be communicated for use of the system.
    The form of the digital information developed by the CPU 91 and sent onto the system bus 23 is shown in Figure 7. Two bytes 131 and 133 are sent in
35 immediate succession by the CPU 91. The data byte 133 contains a digital representation of the data while the immediately preceeding status byte 131 identifies the data. There are three types of data sent in this way. The first type is to indicate that one of the
40 touch keys or buttons 65 through 79 of Figure 3 has been depressed and to identify which button it is. The CPU 91 compares the X and Y coordinate information developed as described above and compares it with the known X and Y limits of each of
45 these push-button areas. It then provides in the status byte 131 a code indicating that some button area has been depressed and in the data byte 133 for this type of information the identity of the particular button being depressed.
50 If the CPU 91 determines that the X-Y coordinates received are in the cursor control area 63 of the touch pad of Figure 3, then the existence of cursor controlling information is indicated in the status byte 131 of Figure 7 and information as to the exact X/Y
55 coordinates of the touch at a given cycle are included in the data byte 133. Since the X and Y coordinates are calculated every 30-40 milliseconds, in a particular implementation, movement of a finger across the touch pad area 63 will cause the CPU 91 to periodic-
60 ally send out new X and Y coordinate information as part of the byte 133. In one instant the byte 131 will indicate an X coordinate value is being reported by the byte 133, and in the next instant that the coordinate value is in the Y direction, and so forth.
65 This information is then utilized by the host CPU 25

with standard cursor driving hardware or software to cause the cursor to move across the display 17 a distance and direction related to the movement of the finger across the area 63 of the touch pad. This is
70 the second of the three types of data developed by the CPU 91 from the X-Y information so obtained from the touch pad.
    In a preferred form of this second type of information, the CPU 91 communicates in the data byte 133
75 the differential movement, rather than the absolute X, Y position. That is, the distance of movement of the closure of the resistive sheets 37 and 41 from the location when the last reading was taken is reported. Further, it is desirable not to apply these differential
80 signals directly to the cursor controlling hardware or software since this could cause the cursor to follow an erratic path should the user's finger not follow a smooth path. Therefore, the CPU 91 effects some smoothing of the successively acquired differential
85 X and Y movement values by communicating onto the system bus 23 an average of a plurality of differential readings.
    Figure 6 shows elements 135, 137, and 139 of a register internal to the CPU 91, as well as elements
90 141, 143 and 145 of another internal register. Each new differential X movement value is inserted into the first stage 135 of the first register while each new incremental Y movement value is inserted into the first stage 141 of the second register. In each
95 successive measuring cycle, these values are moved through the registers from left to right and then discarded. The differential X movement value reported by the CPU 91 onto the system bus 23 through the data byte 133 is an average of the three
100 values in the register elements 135, 137 and 139. Similarly, the incremental Y movement value is determined by averaging the last three incremental values stored in the registered elements 141, 143 and 145.
105 It is also desirable in most applications to provide a scaling feature of the cursor movement in response to finger movement in the X-Y area 63 of the touch pad. Thus, the host CPU 25, prior to applying the averaged incremental X and Y values to the
110 standard cursor controlling software or hardware, manipulates these values by a magnitude proportional to the velocity of touch movement. A preferred technique is to mathematically square these values and then multiply that result by some constant
115 (which can be unity). This results in the cursor moving further across the display screen 17 for a given distance of movement of the touch across the touch pad area 63 as the speed of movement increases. It can be seen that since each incremental
120 X and Y value represents the touch movement during a fixed period of time, which is the cycle time of measuring the X and Y values, that the squaring of these differential values before applying them to the usual cursor controlling hardware or software will
125 move the cursor a distance that depends upon the speed of the touch movement. If the user wants the cursor to go a short distance, the finger is moved slowly across the touch pad area 63. Rapid movement of the finger causes the cursor to go further for
130 the same distance of finger movement.

Returning to the data format illustrated in Figure 7, the third and last type of information communicated in that way by the CPU 91 onto the system bus 23 is an indication as to when the X-Y touch pad area 63 has been tapped. That is, once the CPU 91 determines from the X and Y coordinates presented to it that a particular circuit closure between the resistive surfaces 37 and 41 is within the X-Y cursor control area 63, it then performs further investigations by viewing successive interrogations as to whether (1) the closure is greater than or less than a particular fixed time, usually in the neighborhood of a few hundred milliseconds, and (2) the closure has been moved more or less than a certain defined distance in the X direction or another certain defined distance in the Y direction during that particular fixed time interval. If the closure is for more than this particular fixed time or if the touch movement is greater than the certain defined X or Y distances, then the touch is interpreted as a cursor moving command and the second type of data word described above with respect to Figure 7 is communicated.

However, if the closure is less than the predetermined time and the touch movement is less than the certain defined X and Y distances, then a tap is detected and a different form of data according to Figure 7 is communicated to the system bus 23. The status byte 133 then indicates another touch key (push button); that is, the tap is treated simply as another push button area but a physically separate push button has not been required to generate it. The data byte 133 simply indicates by a unique code that it is a tap. Although the use of both the time and distance movement of the touch to discriminate a tap from a cursor movement signal are preferred for most applications, the use of just one factor or the other is satisfactory for some applications.

Thus the X-Y cursor movement area 63 serves the additional function of generating a push button like signal which is most advantageously utilized by the host CPU 25 as an execution signal of the type that normally follows the repositioning of the cursor on a computer display. Thus, the user need not take his or hier eyes off the screen to find another button to push to cause a desired execution at the location of the cursor but rather need only give a short tap to the X-Y area 63 where the finger already is positioned.

Another advantage of generating the tap signal in that manner is that it simplifies the electronic circuitry. The simplification in reduction of circuit components is extremely valuable in the case of a portable computer and, in other environments, provides a cost saving.

The computations described above as performed by the CPU 91 are illustrated in the state diagram of Figure 9 which illustrates the operation of the bulk of the controlling software of the CPU 91. The operations provided by the software in the portions marked as states 10 and 11 are illustrated by a circle 151 of Figure 9. In this state, the system is idle while going through its repetitive cycles of interrogating the touch pad to determine whether a closure between the resistive sheets 37 and 41 has occured. When a closure is detected by the existence of the ON PAD signal being returned, the system proceeds

through a path 153 to states 20 and 21 indicated by a circle 155 if that closure is in the X-Y area 63 of the touch pad. If the closure is detected as part of the states 10 and 11 to be within one of the push button areas 65 through 79, then the system proceeds through a path 157 to state 30 indicated by a circle 159. When in the state 30, the system simply reports in a format described with respect to Figure 7 the particular push button area that has been depressed so long as the ON PAD signal remains high.

If in the state 155 as result of a closure in the X-Y cursor control area 63, a determination is made as to whether the closure has the characteristics of an executing tap or a cursor moving command, according to the criteria discussed above. If it is detected to be a tap, the system moves through a path 161 to states 50 and 51 indicated by a circle 163. On the other hand, if the closure is detected as an instruction to cause X-Y motion, the system moves through a path 165 to states 40 and 41 indicated in Figure 9 by a circle 167. When in the states 40 and 41, the system continues to report differential X and Y movement values through digital signals of the form discussed previously with respect to Figure 7.

When in states 40 and 41, a cycle of operation where the ON PAD signal has been detected to disappear causes movement along a path 169 to the states 50 and 51. When in these latter states, it will return to states 40 and 41 through a path 171 if the ON PAD signal remains absent for only less than a predetermined time (M counts). This thus provides the ability to accept "skating"; that is, an operator's finger when moving across the X-Y area 63 can be temporarily removed from the surface or too light to cause a closure for a short period of time and this will not cause the system to move into another state. However, as soon as it is detected that the ON PAD signal has been missing for more than predetermined time, then the system, operating in states 50 and 51, will return by a path 173 to the initial states 10 and 11.

Another feature of the software as illustrated in its state diagram of Figure 9 is the movement from states 50 and 51 through a path 175 to the state 30 when the ON PAD signal is restored in less than the predetermined time but as a result of the touch moving from the X-Y area 63 into one of the areas 65-79 (Figure 3).

Although the various aspects of the present invention have been described with respect to the preferred embodiment, it will be understood that the various aspects of the invention are entitled to protection within the full scope of the appended claims.

CLAIMS

1.  An input device for a computer system, comprising: a touch-sensitive surface for producing a signal when the surface is touched to identify the location on the surface which has been touched; means for receiving a touch location signal for generating an area signal representing a given area of the sensitive surface when the given area is touched so that, in use, the given area acts as a

ETD 0010037

two-position switch for supplying instructions to the computer system; means for receiving a touch location signal for generating a position signal representative of a change in the location on the
5 surface being touched when that location is in another area of the surface for controlling movement of an element displayed on a display means of the computer system.

2. A device according to claim 1, wherein the
10 position signal generating means are arranged to generate a position signal only when the surface is touched for a time greater than a predetermined time and/or when the location being touched changes by a distance greater than a predetermined
15 distance in a predetermined time.

3. A device according to claim 2, wherein means are provided for receiving a touch location signal representing a location in the other area and for generating a different signal to supply instructions to
20 the computer system when the surface is touched for a time less than the predetermined time and/or the location touched on the surface changes by a distance less than the predetermined distance.

4. An input device for a computer, comprising: a
25 touch sensitive surface for producing a signal when the surface is touched to identify the location on the surface which has been touched; means for receiving a touch location signal for generating a position signal representative of a change in the location on
30 the surface being touched when the surface is touched for a time greater than a predetermined time and/or when the location being touched changes by a distance greater than a predetermined distance in a predetermined time; and means for
35 receiving a touch location signal for generating a different signal to supply instructions to the computer system when the surface is touched for a time less than the predetermined time and/or the location touched changes by a distance less than the prede-
40 termined distance.

5. A device according to claim 3 or 4, wherein the different signal is a tap signal for instructing the computer system to carry out an instruction input thereto by a prior change in the location touched on
45 the touch sensitive surface.

6. A device according to claim 4, wherein means are provided for receiving a touch location signal for generating an area signal representing a given area of the touch-sensitive surface when the given area is
50 touched so that, in use, the given area acts as a two-position switch for supplying instructions to the computer system.

7. A device according to claim 1, 2, 3 or 6, wherein the touch-sensitive surface has a plurality of
55 given areas and the area signal generating means is arranged to generate a respective area signal representing a given area when a location in that particular given area is touched to identify that particular given area so that, in use, each given area acts as a
60 two-position switch for supplying instructions to the computer system.

8. A device according to claim 7, wherein the given areas are defined by means provided in conjunction with the touch-sensitive surface.
65   9. A device according to any preceding claim,

wherein the position signal generating means comprises means for generating incremental distance movement signals per unit time for application to a cursor control system of the computer system.
70   10. A device according to claim 9, wherein the incremental distance signal generating means includes means for averaging a plurality of successive incremental distance readings before applying an incremental signal to the cursor control system,
75 whereby potential erratic movement of touch across the surface is smoothed before the motion is imparted to the cursor.

11. A device according to claim 9 or 10, wherein the incremental distance signal generating means
80 includes means for taking the square of each incremental value before applying it to said cursor control system, whereby the distance the cursor moves across the display means for a given distance of movement of touch across the surface depends
85 upon the speed of such movement.

12. A device according to any preceding claim, wherein the touch sensitive surface comprises: first and second opposed sheets, each of the sheets having a given electrical resistivity per unit length on
90 the surface thereof facing the other sheet, non-electrically conductive spacers being carried by the resistive surface of one of the sheets to normally hold the resistive surfaces apart but to allow the resistive surfaces to come into contact in response to
95 the outside surface of one of the sheets being touched.

13. A device according to claim 12, when dependent on claim 8, wherein the area defining means comprises: a non-electrically conductive spacer
100 positioned between the first and second sheets, the spacer having apertures formed completely therethrough in the locations of the plurality of given areas; and a visual pattern provided on the outside surface of the one sheet.
105   14. A device according to claim 12 or 13, wherein each of the sheets is quadrilateral and one pair of opposite edges of the resistive surface of one of the sheets is electrically connected in a manner to generate the touch location signal and the opposite
110 pair of opposite edges of the other sheet are electrically connected in a manner to generate the touch location signal, whereby the resistive surface of one of the sheets measures a touch position in one direction and the resistive surface of the other of
115 the sheets measures the touch position in another direction not parallel to the one direction.

15. An input device for a computer system substantially as hereinbefore described with reference to and as illustrated in the accompanying
120 drawings.

16. A computer system whenever incorporating an input device in accordance with any preceding claims.

17. A method of inputting data to a computer
125 system, comprising: producing a signal when a touch-sensitive surface is touched identifying the location on the surface which has been touched; generating an area signal representing a given area of the touch-sensitive surface when the given area is
130 touched so that the given area acts as a two-position

8     GB 2 139 762 A                                                                                     8

switch for supplying instructions to the computer
system and for generating a position signal repre-
sentative of a change in the location on the surface
being touched when that location is on another area
5  of the surface to control movement of an element
displayed on a display means of the computer
system.

18.  A method according to claim 17, wherein a
position signal is generated only when the surface is
10  touched for a time greater than a predetermined
time and/or when the location being touched
changes by a distance greater than a predetermined
distance in a predetermined time.

19.  A method according to claim 18, wherein a
15  different signal for supplying instructions to the
computer system is generated when the other area
of the surface is touched for a time less than the
predetermined time and/or the location touched on
the surface changes by a distance less than the
20  predetermined distance.

20.  A method of inputting data to a computer
system, comprising: producing a signal when a
touch-sensitive surface is touched identifying the
location on the surface which has been touched;
25  generating a position signal representative of a
change in the location being touched when the
surface is touched for a time greater than a predeter-
mined time and/or when the location being touched
changes by a distance greater than a predetermined
30  distance in a predetermined time; and generating a
different signal to supply instructions to the compu-
ter system when the surface is touched for a time
less than the predetermined time and/or the location
touched changes by a distance less than the prede-
35  termined distance.

21.  A method according to claim 19 or 20,
wherein the different signal is a tap signal for
instructing the computer system to carry out an
instruction input thereto by a prior change in the
40  location touched on the touch sensitive surface.

22.  A method of inputting data to a computer
system substantially as

23.  Any novel feature or combination of features
disclosed herein.

Printed in the UK for HMSO, D8818935, 9/84, 7102.
Published by The Patent Office, 25 Southampton Buildings, London,
WC2A 1AY, from which copies may be obtained.

ETD 0010039

**EXHIBIT D**

# EXHIBIT D

# THE PROSENKO UK GB 2139762 APPLICATION CLAIM CHART

**EXHIBIT D**

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '931 PATENT TO PROSENKO UK GB3129762 APPLICATION ("PROSENKO") | |
|---|---|
| 5.    A method for recognizing a tap gesture made on a touch-sensor pad in a touch sensing system providing X and Y position information to a host, including: | Prosenko, in FIGS. 1-9 and corresponding text, discloses a method and system for recognizing a tap gesture.  For example, block 20/21 in FIG. 9, shows that one of the operations of the system is determining the occurrence of a tap gesture.  This includes determining if "the touch movement is less than the certain defined X and Y distances, then a tap is detected."  Prosenko at 6:24-26.  Prosenko, FIGS. 3 and 7, discloses a touch pad 33 and 63 that is coupled to a host system and X and Y information from the touch is provided to the host system.  Prosenko at Abstract; 3:72-92. |
| detecting the occurrence of a tap gesture made by a tapping object on the touch-sensor pad; | Prosenko, in FIGS. 8-9 and corresponding text, disclose detecting a tap gesture "when the surface is touched for a time less than the predetermined time and/or the location touched changes by a distance less than the predetermined distance."  Prosenko at 2:8-11; *See also* Prosenko at 2:22-26; 5:42-49; 6:23-27; 6:76-80. |
| detecting in which of at least one corner of the touch-sensor pad said tap gesture occurred; and | Prosenko teaches receiving a touch location signal for generating an area signal representing a given area of the sensitive surface.  Prosenko at 1:79.  Prosenko, in FIG. 3 and corresponding text, discloses a rectangular touch surface area 63 having four corners with each of these corners part of a "given area" because the area/corner tap signals are sent along the "same signal line" as cursor movement signals.  Prosenko at 2:52-65. |
| sending a signal to the host indicating the occurrence of said tap gesture and in which of at least one corner of said touch-sensor pad said tap gesture occurred. | Prosenko, in FIGS. 8-9 and corresponding text, disclose initiating a signal to the host in the event of a detected tap gesture in any of the given areas of the touch pad area 63.  For example, Prosenko discloses:<br><br>. . . X-Y cursor movement area 63 serves the additional function of generating a push button like signal which is most advantageously utilized by the host CPU 25 as an execution signal of the type that normally follows the repositioning of the cursor on a computer display.  Thus, the user need not take his or her eyes off the screen to fine another button to push to cause a desired execution at the location of the cursor but rather need only give a short tap to the X-Y area 63 where the |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '931 PATENT TO PROSENKO UK GB3129762 APPLICATION ("PROSENKO") | |
|---|---|
| | finger already is positioned.<br><br>Prosenko at 6:38-47.<br><br>Further, after determining a tap gesture, the gesture is communicated to the host through status and data bytes as shown in FIG. 7 below.<br><br><br><br>Prosenko at 5:42-49; FIG. 7 and corresponding text. For example, Prosenko states that "[i]t then provides in the status byte 131 a code indicating that some button area has been depressed and in the data byte 133 for this type of information the identify of the particular button being depressed." *Id.* |
| 6.    The method of claim 5, wherein one of the corners of the touch-sensor pad simulates a right mouse button click. | Prosenko discloses that any area of the touch pad surface can act as a "two-position switch" that simulates a mouse button click.    Prosenko at 1:80-81.    Further, "an execution signal of the type that normally follows the repositioning of the cursor on a computer display" commonly refers to left or right mouse button clicks to those skilled in the art.  Prosenko at 6:41-43. |

**EXHIBIT E**

US005666113A

# United States Patent [19]

## Logan

[11] **Patent Number:** 5,666,113

[45] **Date of Patent:** Sep. 9, 1997

[54] **SYSTEM FOR USING A TOUCHPAD INPUT DEVICE FOR CURSOR CONTROL AND KEYBOARD EMULATION**

[75] Inventor: **James D. Logan**, Windham, N.H.

[73] Assignee: **MicroTouch Systems, Inc.**, Methuen, Mass.

[21] Appl. No.: **525,859**

[22] Filed: **Sep. 5, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 23,872, Feb. 26, 1993, abandoned, which is a continuation of Ser. No. 739,136, Jul. 31, 1991, abandoned.

[51] Int. Cl.⁶ ........................................... G09G 3/02
[52] U.S. Cl. ........................... **341/34**; 345/157; 345/160; 345/168; 345/173; 341/22
[58] Field of Search ...................... 341/20, 22, 34; 345/157, 160, 168, 173

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,028,695 | 6/1977 | Saich | 341/23 |
| 4,302,011 | 11/1981 | Pepper, Jr. | 341/20 |
| 4,680,577 | 7/1987 | Strayer et al. | 340/206 X |
| 5,428,367 | 6/1995 | Mikan | 345/157 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3419422 | 11/1985 | Germany | 340/709 |

*Primary Examiner*—Jeffery Hofsass
*Assistant Examiner*—Albert K. Wong
*Attorney, Agent, or Firm*—Iandiorio & Teska

[57] **ABSTRACT**

A system for using a touch-sensitive computer input touchpad for computer cursor control and keypad emulation in which the system senses a touch on the touchpad surface, resolves lateral touch movement after the touch, and establishes cursor control on resolution of sufficient lateral movement.

**2 Claims, 2 Drawing Sheets**



**U.S. Patent**          Sep. 9, 1997          Sheet 1 of 2          **5,666,113**



FIG. 1



FIG. 2A

FIG. 2B



FIG. 2C

ETD00009358

FIG. 3

ETD00009359

5,666,113

**1**

### SYSTEM FOR USING A TOUCHPAD INPUT DEVICE FOR CURSOR CONTROL AND KEYBOARD EMULATION

This is a continuation of application Ser. No. 08/023,872 filed Feb. 26, 1993 which is a continuation of application Ser. No. 07/739,136, filed Jul. 31, 1993 both abandoned.

### FIELD OF INVENTION

This invention relates to a system for using a touch-sensitive computer input touchpad for both cursor control and as a keypad emulation device.

### BACKGROUND OF INVENTION

Touchpad input devices are small, touch-sensitive devices that can be used as a pointing device to replace a mouse, trackball or other cursor locator/input device in mouse-driven or other personal computers. The touchpad typically includes a small touch-sensitive screen up to 3" by 5" in size. The touchpad produces X, Y location coordinates representative of the location of the touching device (finger or inanimate object such as stylus) on its surface. The computer interprets these X,Y coordinates to locate the cursor on the computer display. The user typically controls the computer cursor location by moving the input device across the sensor surface. These touchpad devices typically include a switch or "button" underneath the pad or to the side which, when pressed, is used to emulate the selection function of the button on a mouse. In cases where the touchpad has no selection button, a tap on the sensor made immediately after completion of the cursor motion and in a location relatively close to where the cursor location movement was completed, would be interpreted as a selection action equivalent to a button click.

Most personal computer systems employing touchpads as mouse replacements also have a standard keyboard as another means of computer input. In some instances, the touchpads can be used as at least a partial replacement or supplement for the keyboard by designating areas of the touchpad to correspond to the equivalent of keystrokes or keystroke sequences. A template which fits on the surface of the touch sensitive surface of the touchpad, or beneath it if it is transparent, can be used to remind the user of the function of each area. The operator can switch the touchpad from the typical touchpad use (mouse cursor control and mouse emulation) to keyboard emulation through means of keyboard input, a menu selection on the screen, or by clicking a button on the touchpad. The user would then be able to enter a particular keystroke by touching the touchpad in the area corresponding to that keystroke and clicking the button beneath the touchpad, or tapping the sensor if there were no button. For example, if the touchpad is being used as a means of entering numbers into the computer, the template may have small areas designated with numbers and mathematical symbols. When the touchpad is in keypad mode, the system is preprogrammed to recognize a touch at the locations corresponding to those designated areas as an input of that number or operation. For example, if the operator touched the number nine on the template while clicking the touchpad switch, the computer would determine that the operator designated for entry the number nine and so would enter a nine into the system.

The advantage of using the touchpad as both a cursor-control device and a keypad is that the user can do both activities at one location and not have to move back and forth between the keyboard and touchpad. Also, if the

**2**

touchpad were part of a total system design, the need to build function keys into the keyboard could be eliminated.

Although this allows the user to employ the touchpad as both a mouse emulator and a keypad, the operator must continuously manipulate the touchpad or the keyboard to command the touchpad to enter into either the mouse-emulation mode or the keypad mode; if the operator needs to switch between the use of the touchpad as a mouse emulator and a keypad, a separate step must be taken each time a change of mode is desired. As most software would require a mixed sequence of keypad entries and cursor control actions, the need to change modes makes this bi-modal use cumbersome. Accordingly, users often find it easier to simply use the standard computer keyboard for entry of letters and numbers rather than use the touchpad as both a mouse emulator and a keypad.

### SUMMARY OF INVENTION

It is therefore an object of this invention to provide a system which facilitates the use of a touchpad as both a mouse emulator and a keypad.

It is a further object of this invention to provide such a system which allows the user to easily switch between mouse emulation and keypad use.

This invention results from the realization that the use of touchpads as both mouse and keypad emulators is greatly facilitated by having the touchpad automatically change modes through the use of software which interprets the initial motion made by the user immediately after contact to ascertain whether the user wishes the touchpad to be in mouse emulation or keypad mode. This software either establishes the touchpad in cursor control mode if it senses the finger moving laterally after touchdown on the touchpad sensor surface, or puts the touchpad into keypad emulation mode if the user pushes down directly on the selection button before any lateral movement takes place while simultaneously executing the keypad command associated with that touch location. In those touchpads where there is no button beneath the sensor, the software will interpret a tap on the screen in the same manner as a button click.

This invention features a system for using a touch-sensitive computer input touchpad, which preferably includes a separate switch beneath the touchpad, for both computer cursor control and keypad emulation control. The system senses a touch on the touchpad surface and resolves any lateral touch movement after the touch. If a minimum amount of lateral movement is sensed, the system establishes the touchpad to be in cursor control mode and simultaneously translates all such lateral movements into the appropriate cursor movements. If the switch or button is clicked (or if a tap [as identified above] is detected in those systems with no button or switch) before any such lateral movement takes place, within a short preestablished time period after touchdown, the system enters the keypad emulation control mode. The keystroke or keystroke sequence associated with the area touched will then be executed by the system. After entry of the keypad emulation control mode, the system may remain in this mode for a predetermined time, or may remain in the mode until sufficient lateral movement of the touch device is accomplished as described above.

### DISCLOSURE OF PREFERRED EMBODIMENT

Other objects, features and advantages will occur to one skilled in the art from the following description of a preferred embodiment and the accompanying drawings, in which:

5,666,113

3

FIG. 1 is a block diagram of the system of this invention;

FIG. 2A is a side elevational view of a capacitive sensor embodiment of the touchpad of FIG. 1;

FIG. 2B is a side elevational view of a resistive sensor embodiment of the touchpad of FIG. 1;

FIG. 2C is a plan view of a template useful in the touchpad of FIG. 2A; and

FIG. 3 is a flowchart for the system of this invention that allows the touchpad to be used as both a mouse and keypad emulator.

This invention may be accomplished in a system for using a touch-sensitive computer input touchpad for both computer cursor control and keypad control in which the system senses the touch of a finger or another object on the touchpad surface and by resolving any lateral touch movement after the touch determines if that user wishes the touch action to be used for cursor control or for the selection of a keypad function. Cursor control is deemed to be the intent if sufficient lateral movement is detected, preferably about $\frac{1}{16}$", while keypad control is established in one embodiment by operation of a separate mechanical switch under the touchpad before such lateral movement takes place, or in a second embodiment by sensing a touch lift-off from the touchpad before any minimum lateral motion takes place, both preferably within a short pre-established time period after touchdown.

There is shown in FIG. 1 computer system 10 including the system of this invention. System 10 employs standard computer 12 and display 16, which may be, for example, an Apple Macintosh SE Personal Computer. Touchpad input device 14 having touch-sensitive surface 18 is employed as an input device for computer 12. Touchpad 14 may employ any of the touch-sensing technologies known to those skilled in the art, for example, capacitive sensing, or resistive membrane sensing. Touchpad 14 is typically operated with a passive conductive stylus, a corded active stylus, or a human finger.

As shown in FIG. 2A, capacitive touchpad 14 includes conductive coating 24 (the touch surface) on transparent glass substrate 22. Keypad template 28 is inserted under substrate 22 and above non-active template holder 26 so that template 28 is visible through the sensor. Mechanical switch 30 is a second means of computer input, similar to the mechanical switch on a mouse. For resistive touch-sensing technology, FIG. 2B, touchpad 14a includes plastic membranes 32 and 34 having conductive surfaces 33 and 35, respectively, separated by insulating spacers 36. Template 28a is placed on the surface of the sensor. Mechanical switch 30a is provided as a second means of computer input.

An example of a template which may be used to allow touchpad 14 to be used like a calculator keypad is shown in FIG. 2C. When such a template is placed under or over the surface of touchpad 14 as appropriate, system 10 is enabled to recognize a touch in each designated template area as a command to input the appropriate number or accomplish the appropriate mathematical function, as would be apparent to those skilled in the art.

Flowchart 50, FIG. 3, illustrates the system of this invention which uses the touchpad and computer system as described above. If a touch is sensed on the touchpad surface, step 52, the system preferably starts a "button timer", which is a preestablished time within which the operator must press the mouse emulation button 30, FIG. 2A, or liftoff from the surface if no button is present, in order for the system to recognize the button push or tap. Meanwhile, the system in step 56 is looking for lateral

4

movement of the touch device on the touch screen. In one embodiment, lateral movement may be defined as movement in any direction greater than a preestablished distance, for example $\frac{1}{16}$", so that the operator does not have to keep the finger or stylus absolutely still on the screen while accomplishing the button click or screen tap. If lateral movement of at least the predetermined distance is sensed, the system enters the cursor control mode in which the input device movement across the sensor surface causes cursor movement. Such cursor control is enabled until the stylus is lifted from the screen, step 59, at which time operation may return to the start. Alternatively, system 50 could interpret a screen tap or touch within a predetermined short time after liftoff, at approximately the same location where the liftoff occurred, as a click or push of button 30, which then accomplishes a function at the original liftoff cursor location, such as icon selection or menu pulldown, as is typically accomplished in a mouse driven system by the operator pushing the mouse button.

If the system does not sense the sufficient lateral movement after touchdown, step 56, the system proceeds to step 60. If the button timer has expired, the system enters cursor control mode, step 58. If the button timer has not expired, the system monitors for either operation of button 30 or a screen tap, step 62. If the button is pushed or the screen is tapped within the button timer period, the system enters the keypad emulation control mode, step 64, and executes the command associated with that touch location, step 66. If the button has not been pushed, or the screen has not been tapped, operation returns to step 56 in which lateral movement is monitored.

Accordingly, if the operator within the "button timer" period after touchdown pushes down or taps on device 14, the system interprets the operation of switch 30 or the tap as a stroke of the keypad. The system of this invention thus allows a touchpad to be used in both the traditional manner (for cursor movement) and as a keypad, without the need for the operator to choose one of the two modes through some selection means.

Alternatively, when there is a click button an algorithm can be devised allowing the user to stay in keypad mode (once entered) as long as contact with the touch surface is maintained. In other words, the user could slide around on the glass pressing different keypad buttons, as accomplished with steps 68 and 70, once in keypad mode.

Although specific features of the invention are shown in some drawings and not others, this is for convenience only as each feature may be combined with any or all of the other features in accordance with the invention.

Other embodiments will occur to those skilled in the art and are within the following claims:

What is claimed is:

1. A system which automatically switches use of a touch-sensitive computer input touchpad between the functions of cursor control and keypad emulation, the system comprising:

touchpad means;

means for sensing a touch on the touchpad means;

means for timing the time period between a touch on and a lift off from said touchpad means;

mean for sensing lateral movement across the touchpad means after a touch and for determining the distance of said lateral movement;

means for entering cursor control upon a lateral movement across the touchpad means, after a touch, of more

ETD00009361

5,666,113

| 5 | 6 |

than a predetermined distance and for entering cursor control upon the expiration of a predetermined time period after a touch without a liftoff; and

means for entering keypad emulation upon the sensing of a liftoff and a subsequent touch on the touchpad means within said preestablished time of and within said predetermined distance from a prior touch on said touchpad.

2. The system of claim 1 further including separate switch means and means for entering keypad emulation upon sensing movement of said switch means within said preestablished time period of and within said predetermined distance from a prior touch on said touchpad means.

\*    \*    \*    \*    \*

ETD00009362

**EXHIBIT F**

-1-

J WA
COMMENTS

# TOUCHPAD WITH SCROLL AND PAN REGIONS

## Field of the Invention

The present invention relates generally to computer user input devices and, in particular, to computer touchpads or touch panels.

## Background of the Invention

Computers have always required user input devices to allow a user to move a cursor to various locations in a computer program display. Initially, computers with text based user interfaces required only arrow keys to allow cursor movement. The advent of graphical user interfaces (GUIs), however, dictated a more sophisticated user input device. Many types of user input devices have evolved to allow a user to efficiently operate within a GUI environment. The three most popular devices, however, are mouses, trackballs, and touchpads. Using a mouse, trackball, or touchpad, a user may manipulate a cursor to select different functions or commands in the GUI. When the cursor is positioned over a desired icon or menu item, buttons are typically provided on the input device to allow a user to implement the selected command or function.

A common characteristic of all three types of computer user input devices is that the positional information from the user input devices is exclusively linked to a single function in the GUI, typically the cursor movement. For example, a mouse generates

SPD00634

-2-

information corresponding to an X,Y location of the mouse as the user moves the mouse. The positional information is interpreted by the computer and translated to produce movement of the on-screen cursor.    Similarly, touchpads generate a signal that corresponds to the location on the surface of the touchpad where the user contacts the touchpad.   Appropriate mapping of the touchpad surface to the GUI allows a user to move the cursor by moving their contact point with the touchpad.    In all cases, however, an X,Y positional signal from the user input device is mapped to a single function (e.g., cursor movement) in the GUI.

Because the user input device/GUI interface is limited to controlling a single function, the interface between the user and a program operating within the GUI is oftentimes less than optimal.    For example, FIGURE 1 is a representative screen 20 showing a popular spreadsheet application program (EXCEL 5.0) that operates within a graphical user interface (WINDOWS 3.1).   A cursor 22 is provided to allow a user to select different commands from the program's tool bars 24.    The cursor may also be used to select menu items from a pull-down menu bar 26 located at the top of the screen.    As is common in application programs that operate within a GUI, the workspace that is displayed to a user on a screen is significantly smaller than the overall workspace in which the user may manipulate text, data, or images.    For example, in the spreadsheet application shown in FIGURE 1, only columns A through L and rows 1 through 25 of the spreadsheet are displayed to the user.   The entire spreadsheet, however, extends beyond column L or row 25.   To allow a user to view other portions of the spreadsheet, a scroll bar 28 and a pan bar 30 are therefore provided to the user.

To scroll within the spreadsheet and view different rows, a user moves cursor 22 to vertical scroll bar 28.   Typically, two different techniques are available to scroll within the document.   A user may position the cursor 22 over either of the scroll arrows 32, and

SPD00635

-3-

depress a button on the user input device. Selecting one of the scroll arrows in this manner causes the display to scroll upwards or downwards row-by-row according to the arrow over which the cursor was positioned. In this manner, a user may view additional rows within the spreadsheet. Alternatively, a user may position the cursor over a scroll box 34 located within scroll bar 28. The scroll box 34 provides a graphical representation of the vertical location within the current workspace. If scroll box 34 is located near the top of the scroll bar, the user is located working near the top of the workspace. If scroll box 34 is located near the bottom of the scroll bar, the user is operating near the bottom of the workspace. Selecting the scroll box 34 and dragging the scroll box to a desired position in the scroll bar 28 therefore allows the user to jump to a desired vertical position within the workspace.

Pan bar 30 operates in a similar manner to the scroll bar. A user may move cursor 22 to a location over one of the pan arrows 36 in order to selectively pan left or right within the display. In the representative spreadsheet program shown in FIGURE 1, a pan left or right corresponds to shifting the columns left or right to bring other columns of the workspace onto the screen viewed by the user. A pan box 38 is also provided to allow a user to directly move to a desired horizontal position within the workspace.

It will be appreciated that scrolling or panning within the GUI environment shown in FIGURE 1 is a relatively complex task. A user must manipulate the user input device to move cursor 22 to a position over one of the desired scroll arrows 32, pan arrows 36, scroll box 34, or pan box 38. The user must then select the arrow or box over which they are located by depressing a button on the user input device. In response, the portion of the workspace displayed by the program shifts accordingly. The user must then manipulate the user input device to return the cursor 22 to a desired position within the workspace to continue working. The overall process requires a high degree of visual

SPD00636

-4-

acuity, as the user must pay close attention to the location of cursor 22 in order to position the cursor over the appropriate arrow or box. The inclusion of scroll and pan bars on the margins of the screen also detract from the overall workspace that is visible and therefore accessible by the user. It would therefore be desirable to develop a user input device that eliminated the need for scroll and pan bars.

Even for programs that operate in a GUI environment without scroll or pan bars, the GUI typically requires a user to move the user input device to one extreme or the other in order to view other portions of the workspace. For example, in some GUIs the user must move the cursor to the top of the screen in order for the workspace to scroll downward. Similarly, to view a portion of the workspace to the right of the current window, the user must move the cursor to the far right hand side of the screen. Once the cursor reaches the edge of the displayed screen, the workspace typically scrolls beneath the cursor to allow the user to view areas not displayed in the original screen. The movement of the user input devices to the extremes is typically time consuming and burdensome. After scrolling to the desired location, the cursor must be returned to the desired workpoint within the displayed screen. It would therefore be advantageous to develop a user input device that would allow a user to move within a larger workspace without having to move the cursor to the extremes of the displayed screen.

<u>Summary of the Invention</u>

The present invention is a touchpad designed to improve a user's ability to interact with a graphical user interface (GUI) on a computer. In its broadest form, the touchpad comprises a plurality of regions, each of the regions independently generating positional information that may be linked to a function or command within the GUI. The regions are physically or visually separated from each other so that a user may easily identify in

which region they are operating.  A user may therefore easily move between each of the regions in order to implement the selected function or command within the GUI.

Preferably, the touchpad comprises three regions:  a cursor control region, a pan control region, and a scroll control region.  The cursor control region operates like a conventional computer touchpad.  Movement within the cursor control region allows a user to move a corresponding cursor in the GUI.  The pan control region and the scroll control region are separated from the cursor control region.  The pan control region allows a user to pan within the GUI environment by contact or movement within the pan region.  The scroll control region allows a user to scroll within the GUI environment by contact or movement within the scroll region.  Preferably, the pan control region is located below the cursor control region, and the scroll control region is located to the right of the cursor control region.

In accordance with one aspect of the invention, the pan control region and the scroll control region are separated from the cursor control region by panes formed in the touchpad case.  The panes between the regions provide the user a tactile indication of the region in which they are operating.  When the regions are separated by portions of the touch pad case, each of the regions may be comprised of a separate touchpad member or all the regions may be mapped to a single touchpad member.  In the former case, the signals from each touchpad member are separately monitored by the computer in order to control the GUI functions that correspond to each region.  In the latter case, the computer determines from an X,Y location the region in which the user contacted the touchpad member and from the location implements the desired function.

In accordance with another aspect of the invention, the three regions may be contiguously located on a single touchpad member.  When the three regions are contiguous, visual or tactile information is provided to the user to identify in which region

SPD00638

-6-

the user is operating. In one embodiment of the invention, a painted or printed stripe is used to divide a single touchpad member into the cursor control, scroll control, and pan control regions. The user identifies in which region they are operating based on the readily apparent visual cues provided by the stripes. In another embodiment in the invention, ridges may be formed in the surface of the touchpad member in order to visually and tactilely divide the touchpad into different operating regions. A user may therefore identify in which region they are operating based on feeling the ridges as they move their fingertips across the surface of the touchpad member.

In accordance with another aspect of the invention, a function region can be defined in the touchpad in addition to the cursor control, scroll control, and pan control regions. The function region may be linked to various functions contained in the GUI through appropriate software. The user may implement the mapped functions by pressing the appropriate location within the function region.

In accordance with still another aspect of the invention, the touchpad members may be pressure sensitive, or responsive in the Z-axis. The Z-axis sensitivity may be linked to certain GUI functions. For example, the rate of scrolling or panning may be varied by varying the amount of pressure placed in the touchpad scroll and pan control regions.

Significant advantages arise from the touchpad construction disclosed herein. Primarily, the use of a separate cursor control region, pan control region, and scroll control region improves a user's ability to operate an application program having a GUI. By linking certain often-used functions, such as scrolling and panning, with designated touchpad regions, the user can accomplish desired functions quickly and efficiently. Moreover, graphic icons or buttons that typically had to be displayed in the GUI may now be removed from the GUI. For example, the scroll and pan bars that are ubiquitous

**SPD00639**

-7-

in many current application programs could be removed from the user display. Removing the graphic icons increases the overall workspace accessible by the user, and improves the visual appearance of the interface. The disclosed touchpad design therefore improves the overall efficiency and user friendliness between a user and a GUI.

### Brief Description of the Drawings

The foregoing aspects and many of the attendant advantages of this invention will become more readily appreciated as the same becomes better understood by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

FIGURE 1 is a representative screen from an application program having a graphical user interface;

FIGURE 2 is a perspective view of a preferred embodiment of a touchpad having cursor control, scroll control, and pan control regions;

FIGURE 3 is an exploded perspective view of the preferred embodiment of the touchpad shown in FIGURE 2;

FIGURE 4 is a flow chart of an exemplary software routine for processing signals generated by the preferred touchpad embodiment;

FIGURE 5 is a perspective view of a second embodiment of a touchpad having scroll and pan control regions wherein the scroll and pan control regions are designated by visual cues;

FIGURE 6 is a perspective view of a third embodiment of a touchpad having scroll and pan control regions wherein the scroll and pan control regions are designated by tactile cues;

FIGURE 7 is a perspective view of a fourth embodiment of a touchpad having scroll control, pan control, and function regions;

SPD00640

-8-

FIGURE 8 is an exploded perspective view of a fifth embodiment of a touchpad having scroll and pan control regions, wherein each region is constructed with a separate touchpad member;

FIGURE 9 is a perspective view of a sixth embodiment of a touchpad with scroll and pan control regions wherein the scroll and pan control regions are arrayed as a cross; and

FIGURE 10 is a perspective view of a portable computer incorporating the preferred embodiment of the touchpad with scroll and pan control regions.

### Detailed Description of the Preferred Embodiment

FIGURE 2 is a perspective view of a touchpad 50 of the present invention having multiple regions that may be coupled by software so that each region is linked to a command or function in a graphical user interface (GUI). Touchpad 50 is connected to a computer 60 by a cable 62. Computer 60 includes a monitor 64, a keyboard 66, and a GUI to allow a user to operate various application programs on the computer in a graphical environment. Touchpad 50 generates electrical signals corresponding to the user's contact with different locations on the touchpad and provides the signals to the computer. As will become apparent below, touchpad 50 is arranged to improve the user's efficiency when operating within the GUI on computer 60.

Touchpad 50 is preferably divided into three regions from which a user may enter positional data that may be linked to different functions or commands within the GUI. A cursor control region 54 is centrally disposed within touchpad case 52. The cursor control region is generally rectangular in shape, having relative dimensions in height and width that generally correspond with the screen dimensions of a computer monitor. Application of force by a user within the cursor control region generates a cursor control signal corresponding to the X,Y location of the force within the region. The force may

SPD00641

be from a dedicated stylus, a pen, a user's finger, or any other pointing device. The X,Y positional signal is provided to computer 60 over cable 62.

The cursor control signal is used to govern cursor movement within the GUI of computer 60. Using appropriate software described below, the point where force is applied within the cursor control region 54 causes a corresponding movement of the cursor within the GUI on the computer monitor 64. For purposes of this description, the following reference coordinate system will be used. "Top" will refer to the top of the touchpad, or the portion of the touchpad that is farthest away from the user. The corresponding "top" of the screen will refer to the uppermost portion of the display that is visible to the user on the monitor. The "bottom" of the touchpad will refer to the portion of the touchpad that is closest to the user. The corresponding "bottom" of the screen will refer to the lowest portion of the display that is visible to the user on the monitor. "Left" and "right" on both the touchpad and the monitor will refer to the standard orientation of left and right when a user is facing the touchpad or the monitor. ~~Because the cursor control region is approximately the same relative dimensions as monitor 64,~~ Using the touchpad 50 a user may easily move the cursor to a desired location on the monitor by appropriate contact and movement within the cursor control region 54. For example, movement toward the top of the touchpad will cause the cursor to move towards the top of the screen.

Located adjacent cursor control region 54, and vertically oriented with respect to the right side of the cursor control region, is a scroll control region 56. Preferably, scroll control region 56 is a rectangular region having approximately the same vertical height as the cursor control region. Application of force within the scroll control region 56 at which generates a scroll control signal that is representative of the X,Y location ~~that~~ the user contacted the scroll control region. The scroll control signal is provided to computer 60 over cable 62. Using a technique described in further detail below, the scroll control

SPD00642

-10-

signal may be used to govern scrolling, or up and down movement, of the workspace within the GUI. Preferably, when a user touches the scroll control region in the upper half of the region, the GUI causes the workspace to move downwards on the screen. The upwards scrolling operation therefore corresponds to a user "looking" upwards in the workspace. Similarly, a user may apply force to the lower half of the scroll control region 56. Application of force within the lower half of the scroll control region causes the workspace to scroll upwards on the screen.

Located below the cursor control region 54 is a pan control region 58. Preferably, pan control region 58 is a rectangular region having the same horizontal width as the cursor control region. Application of force within the pan control region 58 generates a pan control signal that is representative of the X,Y location that the user contacted the pan control region. The pan control signal is provided to computer 60 over cable 62. As will be further described below, the GUI may be programmed to interpret the pan control signal to control panning, or left and right movement, within the computer GUI. An application of force to the pan control region in the left half of the region would thereby cause the GUI to pan to the left. That is, the displayed portion of the workspace would shift to the right, bringing new portions of the workspace that were located to the left of the displayed portion into view. Similarly, application of force on the right half of the pan control region would generate a pan control signal causing the GUI to pan to the right. The displayed portion of the workspace would therefore move to the left as viewed by the user, bringing the portion of workspace located to the right of the displayed portion into view.

The use of multiple touchpad regions improves the overall user/computer interface. The addition of a scroll control region 56 and a pan control region 58 eliminates the need to display a scroll or pan bar in the GUI. The overall size of a

**SPD00643**

workspace that may be displayed to a user on a giving monitor is thereby increased.  A
user may also scroll and pan within a GUI more easily since they do not have to
manipulate the cursor and position the cursor over the pan and scroll bars in order to
change the portion of the workspace that is displayed on the monitor.

Touchpad 50 requires both hardware and software modifications in order to
interface the three regions on the touchpad with the computer's GUI.  As shown in the
exploded view of FIGURE 3, preferably a single touch pad member 80 is provided to
form the three touchpad regions.  Case 52 comprises an upper half 82 and a lower
half 84.  The upper half 82 of the case is formed with three openings to define the three
regions of the touchpad.  Opening 86 defines the size of the cursor control region,
opening 88 defines the size of the pan control region, and opening 90 defines the size of
the scroll control region.  Since touchpad members are preferably manufactured in square
or rectangular form, the size of touchpad member 80 is selected so that it extends beneath
all three openings in the upper cover 82.  To prevent shifting of the touchpad member,
touchpad member 80 is fixed to lower cover 84.

The construction of upper cover 82 prevents a user from contacting the entire
surface of touchpad member 80.  Panes 92 and 94 are formed between the cursor control
region, pan control region, and scroll control region.  The panes prevent a user from
directly contacting the portion of the touchpad member located beneath the panes.  The
location that the user contacts touchpad member 80 will therefore determine the region in
which the contact occurred.  Area 96 corresponds to the cursor control region, area 98
corresponds to the pan control region, and area 100 corresponds to the scroll control
region.

Those skilled in the art will recognize that touchpad member 80 may rely on one
of several different technologies to convert the force applied to the touchpad member into

-12-

an electric signal representative of the location of the force. One technology relies on detecting a change in capacitance across the touchpad member. Another technology relies on detecting a change in resistance across the touchpad member. Touchpads have become increasingly popular because it is also possible to construct a touchpad member having sensitivity in the Z-axis. That is, in addition to producing an X,Y positional signal indicative of the location of the applied force on the touchpad member, some touchpad members may also generate an additional signal that is proportional to the magnitude of the force applied to the touchpad member. As discussed below, the force sensitivity may also be linked to control functions or commands of a GUI.

The force applied to touchpad member 80 generates an electrical signal indicative of the X,Y location where the contact occurred. A circuit board 110 is connected to the touchpad member by a cable 112. Those skilled in the art will appreciate that appropriate electronic circuitry is provided on circuit board 110 to convert the X,Y location of the contact point by the user into an appropriate control signal for transmission to the computer over cable 62.

FIGURE 4 is a flow chart of an exemplary software routine 120 that is operative in computer 60 to allow the computer to receive and interpret the control signal from touchpad 50. Routine 120 is incorporated in the GUI or operates in the background of the GUI to convert the received positional information into commands governing various functions in the GUI. At a block 122, a control signal indicative of the X,Y position of the force on the touchpad member is received by the computer. At a decision block 124, a test is made to determine whether the X,Y position of the force indicates that the contact occurred within the cursor control region. If the contact with the touchpad member was in the cursor control region, at a block 126, the cursor is moved in the GUI based on the received X,Y positional information. A user may therefore guide the cursor

-13-

around the GUI by corresponding movement in the cursor control region of the touchpad.

If the X,Y position indicates that the force was not within the cursor control region, at a decision block 128 a test is made to determine if the X,Y position indicates that the contact of the touchpad member was within the pan control region. If the X,Y position indicates that contact was made within the pan control region, at a block 130 the workspace is moved in the GUI to the left or to the right as viewed by the user. It will be appreciated that several different techniques may be used to map the contact of the user within the pan control region to the panning movement of the workspace. For example, the pan control region may be divided into a left half and a right half. If the user contacted the pan control region in the left half, the workspace would slowly pan to the left. Conversely, if the user contacted the pan control region in the right half, the workspace would slowly pan to the right. Panning would continue for as long as the user maintained pressure within the appropriate half of the pan control region. Alternatively, the amount of panning could be directly tied to the location of the user's contact within the pan control region. The further a user contacted the pan control region towards the margins of the region, the greater the panning action that would result. Contact with the pan control region near the middle of the region would therefore cause a slow pan left or right, depending upon the half of the pan control region in which the user's contact was made. Contact with the pan control region at the very outer margins of the region would cause a faster and greater panning action. In-between these two extremes, a linear or logarithmic panning action in the desired direction would result. In large part, the desired panning action will depend upon the typical motion of the user within a given application program. Different panning sensitivities or mappings may therefore be incorporated in software routine 120 in order to vary the panning according to the particular application.

**SPD00646**

-14-

If the X,Y position indicates that the contact was not made within the pan control region, at a decision block 132 a test is made to determine if the X,Y position indicates that the contact with the touchpad member was within the scroll control region. If contact was made within the scroll control region, at a block 134 the workspace is moved in the GUI up or down as viewed by the user. It will be appreciated that contact within the scroll control region may be mapped using the same techniques as contact within the pan control region. That is, the scrolling may be varied depending on the location the user contacts the scroll control region. The sensitivity and type of scrolling may also be changed according to the particular application program being used by the user.

If the X,Y position does not indicate that contact was made within the scroll control region, at a block 136 an error message is generated by the routine to indicate that an erroneous X,Y position has been received. The erroneous information may be ignored, or appropriate error messages generated to alert the user that the touchpad may potentially be malfunctioning.

The touchpad construction described above greatly increases the user's efficiency when operating within a GUI. The addition of scroll and pan control regions minimizes the amount of movement to the outer edges of the screen that a user must perform. Moreover, because panes 92 and 94 in the upper cover of the case form distinctive tactile ridges for the user, the user may determine when they are located within the scroll and pan control regions without having to look at either the screen or the touchpad. The user may therefore concentrate on the work that they are performing, rather than on the tools for moving the workspace in the GUI.

It will be appreciated that several different modifications may be made to the preferred touchpad design that fall within the spirit and scope of the present invention. For example, FIGURE 5 is a second embodiment of a touchpad 150 having cursor, scroll,

SPD00647

-15-

and pan control regions.  In the second embodiment, the upper half 152 of the touchpad case is formed with a single opening allowing access to touchpad member 80.  Rather than having panes to separate the various regions, a vertical line 154 and a horizontal line 156 are painted or otherwise imprinted directly on touchpad member 80.  The vertical and horizontal lines divide the touchpad member 80 into four regions:  a cursor control region 158, a pan control region 160, a scroll control region 162, and a function region 164.  The cursor, pan, and scroll control regions operate as described above.  Rather than relying upon the tactile feedback provided by the panes in the case, however, a user must visually examine the touchpad to ensure that they are applying contact to the touchpad member in the appropriate region.  Function region 164 may be linked to a particular function or command in the GUI.  For example, function region 164 may operate as a button to allow a user to implement a desired command by tapping on the region.  Alternatively, function region 164 may remain unmapped so that contact with that portion of the touchpad member does not implement any function in the GUI.

FIGURE 6 is a third embodiment of a touchpad 180 having a single opening formed in the upper half of the case over touchpad member 80.  In the third embodiment, the surface of touchpad member 80 is formed with integral ridges to delineate the cursor, scroll, and pan control regions.  A horizontal ridge 182 and a vertical ridge 184 divide the touchpad member into a cursor control region 186, a pan control region 188, and a scroll control region 190.  The ridges provides tactile information to a user to allow them to determine by touch in which region they are contacting the touchpad.  The manner in which each of the regions operates is similar to that discussed above.

FIGURE 7 is a fourth embodiment of a touchpad 200 having four defined regions. In addition to a cursor control region 202, a scroll control region 204, and a pan control region 206, a function region 208 is provided adjacent the left side of the cursor control

SPD00648

-16-

region. Preferably, function region 208 is a rectangular region having approximately the same vertical height as the cursor control region. The function region may serve a variety of purposes depending upon the particular application program. For example, function region 208 may be tied to the menu bar of an application program to allow a user to pull down and implement commands in the menu bar. Alternatively, the function region may be divided into a number of "soft" buttons that are each linked to selected command in the application program. A user could implement the selected command by contact with the function region at the appropriate button. Moreover, function region 208 may also be tied to a zoom tool to allow a user to zoom in and out of a workspace in order to achieve a desired view. The particular use of function region 208 may be changed for each application by altering the software routine linking the function region to the GUI.

FIGURE 8 depicts an alternate construction of the preferred touchpad embodiment. In the alternate construction, rather than having a single touchpad member located beneath openings 86, 88 and 90 in the upper cover of the touchpad 50, three touchpad members are provided. A cursor control touchpad member 220 is located beneath the cursor control opening 86, a pan control touchpad member 222 is located beneath the pan control opening 88, and a scroll control touchpad member 224 is located beneath scroll control opening 90. When three touchpad members are provided, interfacing the touchpad with the GUI is simplified. Rather than having to determine the region from a detected X,Y position, contact with a particular touchpad member immediately indicates to the computer in which region the user is operating. Further, because multiple touchpad members are provided, it would be possible to allow the user to perform simultaneous cursor and workspace movements. For example, a user may be able to move diagonally within a work space by simultaneous contact with both the scroll control region and the pan control region. The use of multiple touchpad members are

required to implement simultaneous functions, because present touchpad members are unable to accurately distinguish between multiple contact points on the surface of the touchpad.

FIGURE 9 portrays a sixth embodiment of a touchpad 240 having scroll and pan control regions. Touchpad 240 includes a cursor control region 242 to allow a user to manipulate a cursor. Positioned adjacent the cursor control region are scroll and pan control regions which overlap in the shape of a "plus" (+) 244. The horizontal bar of the "plus" corresponds to the pan control region, and the vertical bar of the "plus" corresponds to the scroll control region. Appropriate contact of the user within the plus would allow the user to scroll or pan within the document. Those skilled in the art will recognize that many arrangements of the scroll and pan control regions are possible, depending on the particular application program and the desires of the user.

While each of the above embodiments was discussed with respect to a stand-alone user input device, it will also be appreciated that the touch pad designs of the present invention may be directly incorporated into a computer keyboard or housing. For example, FIGURE 10 depicts a portable computer 262 having an integral touchpad 260 of the present invention. Particularly in portable computers, where it is desirable to have convenient means to operate a cursor, incorporating the touchpad directly into the computer case facilitates the user's ability to operate within a GUI.

While the preferred embodiment of the invention has been illustrated and described, it will be appreciated that various changes can be made therein without departing from the spirit and scope of the invention. In the preferred embodiment of the invention, the scroll control and pan control regions are linked to scrolling and panning functions in the GUI. It will be appreciated, however, that the regions may alternatively be linked to other commands or functions within the GUI. For example, the scroll and

-18-

pan regions could be linked to a menu bar or a tool bar. The functions to which the scroll and pan regions are linked may also be varied based on the particular application program. Consequently, within the scope of the appended claims, it will be appreciated that the invention can be practiced otherwise than specifically described herein.

SPD00651

-19-

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1.    A touchpad for controlling functions of a graphical user interface on a computer, the graphical user interface producing a display having a cursor, the touchpad comprising:

(a)    a cursor control region for generating and providing a control signal to the computer based on a user input that falls within the cursor control region, the control signal controlling a position of the cursor in the graphical user interface;

(b)    a pan control region adjacent the cursor control region, the pan control region generating and providing a pan control signal to the computer based on a user input that falls within the pan control region, the pan control signal causing at least a portion of the graphical user interface display to pan; and

(c)    a scroll control region adjacent the cursor control region, the scroll control region generating and providing a scroll control signal to the computer based on a user input that falls within the scroll control region, the scroll control signal causing at least a portion of the graphical user interface display to scroll.

2.    The touchpad of Claim 1, wherein the pan control region has a left portion and a right portion, a left pan corresponding to a user input on the left portion of the pan control region, and a right pan corresponding to a user input on the right portion of the pan control region.

3.    The touchpad of Claim 2, wherein the pan control region is pressure sensitive, a rate of panning being proportional to a variable amount of pressure applied to the pan control region by the user input.

SPD00652

4.    The touchpad of Claim 2, wherein the pan control region further has a central portion located between the left portion and the right portion, a rate of panning being proportional to a distance of the user input in the pan control region away from the central portion of the pan control region.

5.    The touchpad of Claim 1, wherein the pan control region is horizontally disposed ~~below~~ the cursor control region.

*adjacent*

6.    The touchpad of Claim 1, wherein the scroll control region has an upper portion and a lower portion, an upward scroll corresponding to a user input on the upper portion of the scroll control region, and a downward scroll corresponding to a user input on the lower portion of the scroll control region.

7.    The touchpad of Claim 6, wherein the scroll control region is pressure sensitive, a rate of scrolling being proportional to a variable amount of pressure applied to the scroll control region by the user input.

8.    The touchpad of Claim 6, wherein the scroll control region further has a central portion located between the upper portion and the lower portion, a rate of scrolling being proportional to a distance of the user input in the scroll control region away from the central portion of the scroll control region.

9.    The touchpad of Claim 1, wherein the scroll control region is vertically disposed adjacent the cursor control region.

10.    The touchpad of Claim 1, wherein the cursor control region, the pan control region, and the scroll control region are portions of a ~~contiguous~~ touchpad member.

*single*

-21-

11.    The touchpad of Claim 10, wherein the cursor control region, the pan control region, and the scroll control region are separated by a visual cue on the touchpad member.

12.    The touchpad of Claim 10, wherein the visual cue is a printed stripe.

13.    The touchpad of Claim 10, wherein the cursor control region, the pan control region, and the scroll control region are separated by a raised ridge on the touchpad member.

14.    The touchpad of Claim 10, further comprising a cover over the touchpad member, the cover having panes to form three openings to designate the cursor control region, the pan control region, and the scroll control region.

15.    The touchpad of Claim 1, wherein the cursor control region, the pan control region, and the scroll control region are each comprised of a touchpad member.

16.    The touchpad of Claim 15, further comprising a cover over each of the touchpad members, the cover having panes to form three openings that designate the cursor control region, the pan control region, and the scroll control region.

17.    The touchpad of Claim 1, further comprising a function control region adjacent the cursor control region, the function control region generating and providing a function control signal to the computer based on a user input that falls within the function control region, the function control signal being linked to a function within the graphical user interface.

-22-

*[handwritten marginalia: not shown in drawing & spec drawing are to Cursor control left X]*

18.    The touchpad of Claim 17, wherein the function control region is horizontally disposed above the cursor control region.

19.    A touch-sensitive user input device coupled to a computer for controlling functions of a graphical user interface operating on the computer, the touch-sensitive user input device comprising:

        (a)    a first control region that generates a first control signal in response to a force applied by a user within the first control region, the first control signal linked to a first function in the graphical user interface to allow the user to control the first function; and

        (b)    a second control region disposed adjacent the first control region, the second control region generating a second control signal in response to a force applied by a user within the second control region, the second control signal linked to a second function in the graphical user interface to allow the user to control the second function.

20.    The touch-sensitive user input device of Claim 19, further comprising a third control region disposed adjacent the first control region, the third control region generating a third control signal in response to a force applied by a user within the third control region, the third control signal linked to a third function in the graphical user interface to allow the user to control the third function.

21.    The touch-sensitive user input device of Claim 20, further comprising a plurality of control regions disposed adjacent the first control region, each of the plurality of control regions generating a control signal in response to a force applied by a user

SPD00655

-23-

within each control region, the control signal linked to a function in the graphical user interface to allow the user to control the function.

22.    The touch-sensitive user input device of Claim 19, wherein the first control region is coupled to the control of a cursor in the graphical user interface.

23.    The touch-sensitive user input device of Claim 19, wherein the second control region is coupled to a pan function in the graphical user interface.

24.    The touch-sensitive user input device of Claim 20, wherein the third control region is coupled to a scroll function in the graphical user interface.

25.    A method of linking a touchpad to different functions within a graphic user interface operating on a computer, the method comprising:

    (a)    mapping a surface of a touchpad member to define a cursor control area and a function area;

    (b)    receiving a signal indicative of a user contact location on the surface of the touchpad member;

    (c)    comparing the user contact location with the defined cursor control area and moving a cursor within the graphic user interface if the user contact falls within the defined cursor control region; and

    (d)    comparing the user contact location with the defined function area and performing a corresponding function within the graphic user interface if the user contact falls within the function area.

# TOUCHPAD WITH SCROLL AND PAN REGIONS

## Abstract of the Disclosure

A touchpad (50) having multiple regions that may be linked to various commands or functions within a graphical use interface (GUI). Preferably, a cursor control region (54), a scroll control region (56), and a pan control region (58) are defined on the touchpad. Application of force in the cursor control region causes movement of a cursor in the GUI. Application of force in the scroll control region or the pan control region causes scrolling or panning, respectively, of the workspace in the GUI. The multiple regions may be mapped onto a single touchpad member (80) or each region identified with a separate touchpad member.

SCB:SCB/jst/smc/jeb/tlb



150

152

160  154

157

156

162

80  158

FIGURE 5

SECOND EMBODIMENT —
PANELS

180

182  188

186

184  190

80

FIGURE 6

SECOND EMBODIMENT —
THIRD RIDGES

200

208

206

204

202

206

FIGURE 7

THIRD EMBODIMENT —
FOURTH 3 PADS

SPD00658



members

50

62

66

perspective

touchpad
arrangement

52

54

56

60

Touchpad
cursor control
region

scroll

Figure 2

PREFERRED
EMBODIMENT

pan

58

82

86

94

90

92

88

FIGURE 3

EXPLODED
PREFERRED

96

80

100

110

84

98

panel

112

SPD00659

88

90

86

FIG. 8

FIFTH
FOURTH EMBODIMENT —

EXPLODED

222

224

220

240

242

244

FIG. 9

FIFTH SIXTH EMBODIMENT



262

FIG. 10

IN COMPUTER

260

SPD00660



SPD00661



SPD00662



SPD00663



SPD00664



SPD00665



SPD00666



SPD00667

ORIGINALS

SPD00668



Figure 1 (Prior Art)

SPD00669



Figure 2

SPD00670



Figure 3

SPD00671



Figure 4

SPD00672



Figure 5

SPD00673



Figure 6

SPD00674



180

182

186

184

190

192

188

80

194

Figure 7

SPD00675



Figure 8

SPD00676



50

90

86

88

Figure 9

222

224

220

SPD00677



240

242

244

Figure 10

SPD00678



250

252

254

256

Figure 11

SPD00679



Figure 12

SPD00680



Figure 13

SPD00681

1/3



Fig. 1.

SPD00682

3/3



*Fig. 3.*



*Fig. 3.*

SPD00683

2/3



Fig. 2.

SPD00684

**EXHIBIT G**

# EXHIBIT G

# THE STRATOS US PATENT APPLICATION (US 5,748,185) CLAIM CHART

**EXHIBIT G**

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '052 PATENT TO STRATOS PATENT APPLICATION ("STRATOS") | |
| --- | --- |
| 14. A method of converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages, said method comprising: | Stratos discloses a system and method for converting user-applied object motion on a cursor-control device into graphical user interface window scrolling messages.<br><br>Specifically, Stratos discloses a touchpad with a scroll region wherein "[T]he scroll control region allows a user to scroll within the GUI environment by contact or movement within the scroll region." [SPD00638]<br><br>"FIGURE 2 is a perspective view of a touchpad 50 of the present invention having multiple regions that may be coupled by software so that each region is linked to a command or function in a graphical user interface (GUI)." [SPD00641]<br><br>Stratos discloses that the user-applied contact and motion is converted into scroll control signals (i.e., graphical user interface window scrolling messages).<br><br>"Touchpad 50 generates electrical signals corresponding to the user's contact with different locations of the touchpad and provides the signals to the computer." [SPD 00641]<br><br>"Application of force within the scroll control region 56 generates a scroll control signal that is representative of the X,Y location that the user contacted the scroll control region. The scroll control signal is provided to computer 60 over cable 62. Using a technique described in further detail below, the scroll control signal may be used to govern scrolling, or up and down movement, of the workspace within the GUI." [SPD00642-SPD00643]<br><br>FIG. 5 and corresponding text disclose that the display is scrolled in response to scrolling messages. |
| forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said | Stratos discloses a system and method for forwarding a plurality of data packets from a cursor-control input device which includes a touchpad having a scrolling zone to a data packet processor, said data packets representing object motion applied by a user to the input |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '052 PATENT TO STRATOS PATENT APPLICATION ("STRATOS") | |
|---|---|
| data packets representing object motion applied by a user to the input device; | device.<br><br>For example, Stratos discloses that the cursor-control device, in this case a touchpad, has a scrolling zone.<br><br>"The scroll control region allows a user to scroll within the GUI environment by contact or movement within the scroll region." [SPD00638]<br><br>Stratos discloses that the touchpad generates data packets based on the user's contact and motion.<br><br>"Touchpad 50 generates electrical signals corresponding to the user's contact with different locations of the touchpad and provides the signals to the computer." [SPD 00641]<br><br>FIG. 4 and corresponding text disclose that control packets are generated at step 130 in response to user-applied contact and motion.<br><br>Stratos discloses that data packets representing object motion are forwarded to the computer 60, which processes the data packets. For example, Stratos discloses<br><br>"Application of force within the scroll control region 56 generates a scroll control signal that is representative of the X,Y location that the user contacted the scroll control region. The scroll control signal is provided to computer 60 over cable 62. Using a technique described in further detail below, the scroll control signal may be used to govern scrolling, or up and down movement, of the workspace within the GUI." [SPD00642-SPD00643] |
| generating a plurality of messages in response to the user-applied object motion; | Stratos discloses that the touchpad generates a plurality of messages based on the user's contact.<br><br>"Touchpad 50 generates electrical signals corresponding to the user's contact with different locations of the touchpad and provides the signals to the computer." [SPD 00641] |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '052 PATENT TO STRATOS PATENT APPLICATION ("STRATOS") | |
|---|---|
| | "Application of force within the scroll control region 56 generates a scroll control signal that is representative of the X,Y location that the user contacted the scroll control region." [SPD00642]<br><br>FIG. 4 and corresponding text disclose that control packets are generated at step 130 in response to user-applied contact and motion. |
| forwarding said messages to an application controlling an active window in said graphical user interface; | Stratos discloses that the messages (i.e., scroll control signals) are forwarded to an application controlling an active window in the GUI.<br><br>"The scroll control signal is provided to computer 60 over cable 62. Using a technique described in further detail below, the scroll control signal may be used to govern scrolling, or up and down movement, of the workspace within the GUI." [SPD00642-SPD00643]<br><br>FIG. 5 and corresponding text disclose that the display is scrolled in response to scrolling messages. |
| scrolling visual display data in response to said messages sent by packet processor. | Stratos discloses that the display is scrolled in response to the messages or scroll control signals.<br><br>"The scroll control signal is provided to computer 60 over cable 62. Using a technique described in further detail below, the scroll control signal may be used to govern scrolling, or up and down movement, of the workspace within the GUI." [SPD00642-SPD00643]<br><br>FIG. 5 and corresponding text discloses that the display is scrolled in response to scrolling messages. |
| 18. The method of claim 14, wherein said generating step includes assessing whether said stimuli represents a motion beginning within, but moving away from said scrolling zone. | Stratos discloses a system and method for assessing whether a user-applied object motion represents a motion beginning within but moving away from a scrolling zone.<br><br>For example, Stratos discloses<br><br>"Touchpad 50 generates electrical signals corresponding to the user's contact with different locations of the touchpad and provides the signals to the computer." [SPD 00641] |

**EXHIBIT H**

US005327161A

# United States Patent [19]

## Logan et al.

[11] **Patent Number:** **5,327,161**

[45] **Date of Patent:** **Jul. 5, 1994**

[54] **SYSTEM AND METHOD FOR EMULATING A MOUSE INPUT DEVICE WITH A TOUCHPAD INPUT DEVICE**

[75] Inventors: **James D. Logan**, Windham, N.H.; **Blair Evans**, Idlewild, Mich.

[73] Assignee: **Microtouch Systems, Inc.**, Methuen, Mass.

[21] Appl. No.: **780,446**

[22] Filed: **Oct. 21, 1991**

### Related U.S. Application Data

[63] Continuation of Ser. No. 391,482, Aug. 9, 1989, abandoned.

[51] Int. Cl.⁵ ............................................... G09G 3/02
[52] U.S. Cl. ..................................... **345/157**; 345/173
[58] Field of Search ............... 340/706, 707, 709, 710, 340/712, 724, 726; 341/20; 178/18, 19; 273/148 B, 438, 434, DIG. 28; 74/471 XY; 200/6 A

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,071,691 | 1/1978 | Pepper . |
| 4,129,747 | 12/1978 | Pepper . |
| 4,148,014 | 4/1979 | Burson ........................... 273/148 B |
| 4,198,539 | 4/1980 | Pepper . |
| 4,293,734 | 10/1981 | Pepper . |
| 4,302,011 | 11/1981 | Pepper . |
| 4,313,113 | 11/1982 | Thornburg ........................... 340/709 |

| | | |
|---|---|---|
| 4,371,746 | 2/1983 | Pepper . |
| 4,430,917 | 2/1984 | Pepper . |
| 4,734,685 | 3/1988 | Watanable ........................... 340/706 |
| 4,766,423 | 8/1988 | Ono et al. ........................... 340/709 |

### FOREIGN PATENT DOCUMENTS

2139762 12/1984 United Kingdom .

### OTHER PUBLICATIONS

Foley et al; "Fundamentals of Interactive Computer Graphic"; Addison–Wesley Publishing Company; 1982; 80–83 and 212–215.

*Primary Examiner*—Alvin E. Oberley
*Assistant Examiner*—Chanh Nguyen
*Attorney, Agent, or Firm*—Joseph S. Iandiorio

[57] **ABSTRACT**

A system and method for emulating a mouse input device with a touchpad input device having a drag switch and touch device in which the direction of movement of the touch device across the touchpad surface is determined, a display cursor is caused to move in the same relative direction as the direction determined by the touch device, and the cursor movement is continued in that same relative direction either in or out of a drag mode, even after the touch device stops moving so as to allow the cursor to be moved a greater distance than the touch device.

**38 Claims, 10 Drawing Sheets**





FIG. 1A



FIG. 1B

<u>50</u>



FIG. 2A

<u>50</u>

FIG. 2B



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

FIG. 9

5,327,161

1

# SYSTEM AND METHOD FOR EMULATING A MOUSE INPUT DEVICE WITH A TOUCHPAD INPUT DEVICE

This is a continuation of application Ser. No. 07/391,482, filed Aug. 9, 1989, now abandoned.

## FIELD OF INVENTION

This invention relates to a system and method for emulating a mouse input device with a touchpad input device and more particularly to such a system and method in which the display cursor may be moved long distances with the drag button up or down with but a single stroke of the touchpad.

## BACKGROUND OF INVENTION

Touchpad input devices are small, touch-sensitive devices that can be used to replace the mouse cursor locator/input device in mouse-driven personal computers. The touchpad typically includes a small touch-sensitive screen anywhere from one by two inches up to three by five inches; the touchpad output is an analog signal representative of the location of the touching device on its surface. The computer system employs this information in placing the cursor on the CRT display. Touchpads may be used as absolute cursor location devices in which the cursor is placed in the same relative location as that of the touch device on the touchpad screen. When used as an absolute positioning device, however, the touchpads make precise cursor location difficult due to the small screen size.

Touchpads are more typically used as relative cursor positioning devices in which the cursor is moved across the display using one or more strokes of the touchpad surface; the cursor movement is related in some manner to the movement of the touchpad device across the surface. However, in order to move the cursor long distances, multiple strokes of the touchpad surface are required. In the smaller touchpads, the problems associated with multiple strokes are magnified due to the short maximum stroke distance.

Touchpad devices typically include a switch or "button" on the lower side of the pad which, when pressed, is used to emulate the selection function of the button on a mouse. When the operator desires to "drag" the cursor across the display, the button must be held down. When the cursor must be moved relatively long distances, necessitating multiple touchpad strokes, it is difficult or impossible to hold the drag button down to prevent release of the button and termination of the drag sequence while accomplishing the multiple strokes. If the finger is simply lifted from the screen, the drag sequence will terminate and must again be started. Even if the cursor can be dragged with a single touchpad stroke, it is extremely difficult to maintain sufficient pressure on the touchpad to hold the button down while sliding the finger across the touchpad surface. Consequently, in using touchpad devices for dragging, the drag sequences are frequently unintentionally terminated.

## SUMMARY OF INVENTION

It is therefore an object of this invention to provide a system and method for emulating a mouse input device with a touchpad input device in which the cursor may be moved long distances with a single stroke.

2

It is a further object of this invention to provide such a system and method in which the cursor may be dragged long distances without holding the drag button down.

It is a further object of this invention to provide such a system and method in which the cursor may be dragged without maintaining finger contact with the touchpad device.

This invention results from the realization that relative positioning touchpad devices can be dramatically improved to allow long distance cursor movement in or out of drag mode by maintaining the cursor movement in the same relative direction as a touchpad stroke after the stroke is terminated.

This invention features a system and method for emulating a mouse input device with a touchpad input device in which the cursor movement continues after completion of a touchpad swipe whether in or out of the drag mode, to allow the cursor to be exactly and quickly positioned.

## DISCLOSURE OF PREFERRED EMBODIMENT

Other objects, features and advantages will occur from the following description of a preferred embodiment and the accompanying drawings in which:

FIG. 1A is a hardware block diagram of a computer system employing a mouse-replacement touchpad for the system and method according to this invention;

FIG. 1B is a block diagram of the software for the computer system of FIG. 1A including the mouse emulation system according to this invention;

FIG. 2A is a schematic side elevational view of a touchpad input device illustrating a touch-sensitive bezel of the system and method according to this invention;

FIG. 2B is a schematic top plan view of the touchpad device of FIG. 2A illustrating the designated perimeter areas of the system and method according to this invention;

FIGS. 3A, 3B and 3C are flow charts of the portion of the mouse emulation system and method according to this invention for maintaining cursor travel after the touch device stops moving using the touchpad device of FIGS. 2A and 2B;

FIG. 4 is a flow chart of the portion of the mouse emulation system and method according to this invention in which the cursor continues moving across the screen even after touch device liftoff;

FIG. 5 is a flow chart of the portion of the mouse emulation system and method according to this invention in which the cursor velocity is proportional to the distance of touch device movement;

FIG. 6 is a flow chart of the portion of the mouse emulation system and method according to this invention in which the touchpad drag button is held in the down position after the mechanical button has been lifted;

FIG. 7 is a flow chart of the portion of the mouse emulation system and method according to this invention in which the drag button is held down for a predetermined time after device liftoff from a border area;

FIG. 8 is a flow chart of the portion of the mouse emulation system and method according to this invention in which the drag button is held down for a predetermined time after device liftoff; and

FIG. 9 is a flow chart of the portion of the mouse emulation system and method according to this inven-

5,327,161

3

tion in which the drag button is toggled down after its release and toggles up when it is again pressed.

This invention may be accomplished in a mouse emulation system and method for use with a microcomputer employing a touchpad cursor location/input device. The system and method according to this invention provides for long-distance cursor movement in or out of the drag mode without the need for the multiple strokes required by the existing touchpad devices.

There is shown in FIG. 1A microcomputer system 10 for use in the system and method according to this invention. Microcomputer system 10 includes microcomputer 12 with CRT 14, which together may be included in for example an Apple Macintosh SE. Touchpad 20 may be a capacitive-type touchpad of the type known in the art. These touchpads employ miniaturized touch screen technology, which is disclosed generally in U.S. Pat. Nos. 4,071,691; 4,129,747; 4,198,539; 4,293,734; 4,391,746; 4,302,011; and 4,430,917, all by Pepper, Jr., incorporated herein by reference. Touchpad controller 18 is the hardware interface between touchpad 20 and microcomputer 12.

Touchpad 20 is typically operated with a conductive device such as a stylus or finger. Touchpad 20 can be either a relative or absolute cursor movement device similar to mouse 24, which is the pointer/input device typically used in microcomputer systems. Mouse 24 has mouse button 25 for accomplishing mouse-controlled functions such as menu pull down and selection and icon selection and use, for example. Two and three button mice are also used; the second and third buttons have assigned functions chosen by the manufacturer. The nature of mice and the mice button(s) are well known to those skilled in the art.

FIG. 1B is a block diagram of the software for use in microcomputer system 10, FIG. 1A. Touchpad controller 18 includes touch point digitizer 34 for interpreting and digitizing the pad touches; the sensed voltages are converted to a digital representation of the X and Y points. Format and handshake firmware 36 is responsive to touch point digitizer 34 for interfacing with similar firmware 37 in computer 12. Computer 12 also includes mouse emulator 38 according to this invention and graphical interface 32 for interpreting cursor location and mouse button emulation signals. Touch point digitizer 34, format and handshake firmware 36, touchpad controller 18 and relative-positioning touchpad 20a are available from MicroTouch Systems, Inc., of Wilmington, Mass. Graphical interface 32 is resident in microcomputer 12 and visually presents through CRT 14a the operating system and applications, for example the windows and icons. Interface 32 interprets cursor position and mouse button signals from emulator 38, as will be described with more particularity below.

Touchpad device 50 for use in this invention is shown in FIGS. 2A and 2B. Device 50 typically includes on its upper surface touch-sensitive screen 54 inside of perimeter area surface 56 including bezel 59. The output of touchpad device 50 is typically an analog signal representative of the X and Y locations of the touch device contacting screen 54. Touchpad 50 may be either a relative or absolute cursor positioning device.

Touchpad 50 further includes drag button 58 for producing a signal to initiate and terminate the drag mode; the drag button and mode are well known to those skilled in the art. Switch 58 is typically a mechanical switch which moves in the direction of arrow 61

4

when screen 54 is pressed down. Thus, in order to initiate dragging, the operator simply presses on screen 54.

In existing touchpad devices, the system remains in drag mode only as long as switch 58 is closed. Thus, if the operator desires to drag the cursor across the CRT screen, he must drag his finger across screen 54 while maintaining sufficient force to close switch 58. This makes operation of touchpad device 50 in the drag mode somewhat awkward. Further, with a relative positioning touchpad device, if the operator desires to drag the cursor for a long distance across the screen, he must make multiple screen strokes. However, if the finger is lifted from screen 54, switch 58 will open and signal the system to leave the drag mode. Thus, in relative-positioning touchpad devices, dragging over long distances typically requires the operator to hold touchpad device 50 down on a table with one hand while stroking screen 54 with the other hand.

Two features of this invention which allow touchpad 50 to be more easily used in the drag mode are illustrated in FIGS. 2A and 2B. These will be described with particularity below. Touchscreen 54 may include designated perimeter area 62, defined by dashed line 63, for providing continued cursor movement even after the touch device stops moving. An alternative to designated perimeter 62 is touch-sensitive strip 60 mounted to bezel 59. The advantages of the strip over the designated area are that it takes no touchpad space and provides definitive tactile feedback exactly when the user has touched the "border" area. If employed in touchpad 50, touch-sensitive strip 60 would preferably cover all four bezel surfaces; strip 60 is shown covering only one bezel surface for purposes of illustration. Strip 60 may be a piezoelectric element or other touch-sensitive device known in the art which senses when the finger or touch device reaches the edge of screen 54. The signal from strip 60 is employed in maintaining cursor movement across the screen as is more fully described below in conjunction with FIGS. 3A, B and C.

FIGS. 3A and 3B illustrate system 70 according to this invention for continuing cursor movement after the touch device stops moving across the touchpad surface. After the start, step 72, in steps 74 and 76 the cursor is held in place awaiting touch device touchdown. When touchdown occurs, the X, Y device location is read, step 78, and the cessation of screen contact, called liftoff, is monitored, step 80. If liftoff occurs, the operation is looped back to step 74.

If contact continues, subsequent X, Y points are read, step 82, and velocity and direction of movement of the touch device across the screen is computed, step 84. Since system 70 is employed in touchpads used as relative positioning devices, the computed finger direction is simply based on the initial and subsequent X and Y points; in relative positioning touchpads the cursor is moved across the screen in the same relative direction as the finger movement across the touchpad screen, as is known to those skilled in the art. The velocity is computed as a function of the change in distance over elapsed time.

Operation continues to step 86, in which the cursor movement is established as a function of the touch velocity and direction, described above. When the touch is in the touchpad border area, which may be either designated surface area 62, or the touch is in contact with touch-sensitive strip 60, FIGS. 2A and 2B, operation proceeds to step 90, in which the cursor movement is continued at the same speed and direction that it was

traveling before the finger went into the border area. Thus, the operator may establish the direction and velocity of cursor movement with a short screen swipe ending in perimeter area 62 or in contact against bezel 59.

Border Designated perimeter area 62 may be established by creating a look-up table in which the touchpad screen locations corresponding to the border area reside. In that case, when the finger is in the border area, the cursor continues moving in the relative direction and velocity established by the finger movement before it entered the border area. Touch-sensitive strip 60 on bezel 59 is used in the same manner as border area 62, and has the advantage of allowing the entire touchpad screen to be used for cursor positioning.

If the touch device does not enter the border area, operation returns to step 78 for allowing the operator to alter the cursor direction and velocity by changing the direction and velocity of finger movement on the touchpad screen. If the touch is in the border area, operation proceeds to step 92, in which the system monitors for device liftoff. If liftoff occurs, cursor movement is stopped. Thus, to move the cursor across the screen, the operator may make a short swipe ending in the border area to establish cursor velocity and direction. The cursor will then continue moving in that direction at that velocity until the finger is lifted from the screen. Alternatively, the cursor control may be regained by simply sliding the finger back into the relative positioning screen area inside of perimeter area 62.

The continuing cursor movement is illustrated beginning in step 96, in which the X, Y finger touchpoint is read. If the touch is not in the border area, step 98, operation proceeds back to step 78. Steps 100 and 102 are preferably included in system 70; however, these steps are not necessary for accomplishing the continuing cursor movement described above. Steps 100 and 102 are added to allow the user to alter the cursor direction when in the border or perimeter area. This is accomplished by computing the finger velocity $T_v$ along axis A, which is parallel to the screen edge touched, step 100. In step 102, the velocity of cursor travel in direction A is changed as a function of the touch velocity $T_v$.

What steps 100 and 102 accomplish may be described as follows. System 70 imparts a direction and velocity to the cursor based on the finger direction and velocity. When the finger enters the border area, the system continues the cursor movement in that direction at that velocity until the finger is lifted from the screen. With the inclusion of steps 100 and 102, the user may slide his finger in a direction parallel to the screen edge while in the border area or against the touch-sensitive strip, whichever is appropriate, to change the direction of cursor movement. As an example, if the operator has established a cursor movement horizontally to the right by a horizontal screen stroke to the right ending in the border area or against the bezel, the user may impart a vertical component to the horizontal motion by sliding his finger up or down. In this example, dimension A would be the vertical or Y direction, and the velocity of cursor movement in that dimension would be changed from zero to some finite value related to the speed of finger movement in direction Y. Step 104 completes the cursor steering loop. The cursor movement is stopped, step 94, on lifting of the finger from the screen.

FIG. 3C illustrates a further system 105 according to this invention for operating system 70 in drag mode. In

step 107, drag button 58, FIGS. 2A and 2B, is monitored. The mouse button drag mode is well known to those skilled in the art If the button is "down", or engaged, caused by sufficient pressure on the touchpad device, operation proceeds to step 108 in which the system provides a button down signal to graphical interface 32, FIG 1B. This signal causes interface 32 to begin operating in the drag mode, in which the cursor may be dragged across the display. Operation then proceeds to the start of system 70 for cursor location in the drag mode. If the drag button is not engaged, at step 109 operation proceeds to step 70 for cursor location, and the button monitor loop is completed through step 107. Thus, the system and method according to this invention provides for continuing cursor movement either in or out of the drag mode.

Algorithm 120, FIG. 4, illustrates the system and method according to this invention for providing cursor direction and velocity with a short swipe of the touchpad, such cursor motion continuing after liftoff, in which the overall cursor movement distance may be established by the user. In steps 124 and 126 the cursor is held in place until touchdown is sensed. In steps 128 and 130, the system monitors for continuing touch. When there is continuing touch and the operator's finger has moved, at step 132 the subsequent touch point is read and the touch velocity and direction are computed, step 134. In step 136, the system causes the cursor to move in a direction and velocity related to the touch direction and velocity; that operation is the same as that described in FIG. 3A.

When the device is lifted off, step 138, operation proceeds to step 140 in which the "friction" setting $F_u$ is read from lookup table 139. "Friction" is a term used to describe the cursor travel distance after liftoff in relation to touch velocity at liftoff. The concept is similar to creating a friction in the pad. When the friction is relatively high, the cursor will only slide a short distance after liftoff before coming to a halt. If the friction is set relatively low, the cursor will slide a long distance before coming to a halt. The "friction" setting, $F_u$, is simply a relative setting and may be established on a relative scale, for example, friction settings of 1 to 10. The operator may then choose a friction setting based on the operator's expertise and the amount of cursor movement which will be required in operating the program. The system interprets the friction setting and in effect establishes a total cursor movement distance after liftoff as a function of the velocity at liftoff and the friction setting. Thus, the effect of the "friction" starts on liftoff; before that, the cursor movers in a relative fashion. At step 142, the cursor velocity $Cm_t$ at time t, is established as a function of its velocity at an earlier moment, $Cm_{t-1}$, modified by the lost speed due to friction, shown as a function of $F_u$. The direction remains constant.

Operation proceeds to steps 144 and 146, in which the cursor movement and further device touchdown are monitored. If the cursor is moving and a second touchdown occurs, the cursor is stopped, step 147, and operation proceeds to step 128. Thus, the user may stop his "throw" of the cursor simply by tapping the screen. If the screen is not touched again, the system loops back through step 142 to continue the slow-down and eventual halt of the cursor. The result of steps 142, 144 and 146 is to slow and halt the cursor over a period of time related to the friction factor. Thus, the overall "throw"

5,327,161

7

of the cursor is related to finger velocity at liftoff and factor $F_u$.

System 120 emulates a cursor positioning device called a trackball. The trackball is a device known in the art which employs a rotatable sphere to drive the display cursor. The sphere is spun in a direction and velocity established by the user, and the cursor is moved across the display in the same relative direction at a velocity related to the spin of the ball. A trackball may be given a hard spin, and when released may spin on its own due to its large mass. The ball eventually slows and stops due to its friction. The effect of system 120 is to emulate a trackball in that in both cases the cursor continues to move after liftoff from the input device, and eventually halts of its own accord.

FIG. 5 illustrates an alternative system and method according to this invention for moving the display cursor without performing the multiple strokes. After the start, step 162, a touchdown is monitored and the X-Y point read, steps 164 and 166. If liftoff occurs, step 168, the cursor is stopped, step 170, and operation returns to step 164. If liftoff does not occur, operation proceeds to step 172 in which a subsequent touch point is read. In steps 174 and 176 the distance and direction from the subsequent touch point to the origin or original touch point are computed. The cursor speed is set, step 178, as a function of the distance. Thus, when the user moves his finger on the pad, the cursor goes forward on the display at a rate which is proportional to the distance from the resting location or origin. In step 180, the cursor direction is set as a function of the direction of the finger movement to cause the cursor to move in the same relative direction as the finger. Liftoff is monitored, step 182, and if there is continuing contact the program continues at step 172. This loop provides the operator with the ability to alter the device direction and/or speed by moving his finger without lifting off from the screen. As an example, pulling the finger back towards the resting location or origin will reduce the cursor speed. Lifting off the pad returns the cursor to the resting position, step 170, and operation proceeds back to step 164 for monitoring of another touchdown.

The operation of system 160 may be likened to a joy stick device. Wherever the user touches down on the touchpad screen, the system defines the position as the equivalent of the resting position for the joy stick. When the user moves his finger on the pad, the cursor moves in a direction that corresponds to the direction the finger has moved relative to the resting location, at a rate which is proportional to the distance from the resting location, to simulate the operation of a joy stick.

FIG. 6 discloses system and method 260 according to this invention which encompasses maintaining the drag mode after the mechanical drag button is lifted. This allows the operator to slide his finger along the touchpad surface to move the cursor without having to maintain sufficient pressure to keep closed the mechanical drag switch.

After starting, step 262, operation proceeds to step 264 in which the mechanical drag button is monitored for closure (the down position). If the button remains up, operation proceeds to step 266, in which the touchpad would be used in a normal manner for cursor positioning. When the user desires to enter the drag mode, he presses the touchpad with sufficient force to close the mechanical drag switch. Operation then proceeds into algorithm 300, which encompasses a series of operations in which the mechanical drag button down posi-

8

tion is emulated and maintained even after the drag button has been released. This allows the operator to move the cursor by sliding his finger across the touchpad surface without maintaining the force required to close the drag switch.

Algorithm 300 includes first step 267 in which a "button down" position is set to begin the drag mode. This "button down" position may be accomplished by providing an equivalent mouse button down signal to graphical interface 32, FIG. 1B. Operation then proceeds to step 268, in which the normal cursor location algorithm is employed to move the cursor in response to finger movements. The cursor location algorithm may be any of the cursor location algorithms known in the art.

In step 270, the cursor movement is monitored. When the cursor has moved more than a predetermined distance, called the "press and drag" distance, operation proceeds to step 276, in which the button down signal is toggled. This is the equivalent of toggling the mechanical drag switch, and results in the provision of a drag button down signal, which maintains the drag mode. After the button is toggled, operation leaves algorithm 300 and proceeds to step 278, in which liftoff is monitored. When liftoff occurs, the button toggle is released to complete the drag sequence, step 282, and operation returns to step 264. If there is no liftoff, operation proceeds to step 280, in which the cursor location algorithm described above is employed in the drag mode to allow the cursor to be positioned where desired.

If the cursor has not moved at least the "press and drag" distance, operation proceeds to step 272, in which the mechanical drag button is monitored. If the drag button is no longer closed, at step 274 the button down signal is terminated. Operation then proceeds to step 266 for cursor location. If the mechanical button is still down, operation proceeds to step 268 to complete the cursor distance monitoring loop.

System and method 260 provides the effect of automatic mechanical toggling of the drag button when the button is held closed while the finger is moved at least a predetermined "press and drag" distance. The press and drag distance may be chosen by one skilled in the art, and is preferably a relatively small distance to provide ease of operation, but should be large enough to allow the operator to jiggle or move his finger slightly without causing the drag button to toggle.

Algorithm 300, which accomplishes the toggling of the drag button, is employed in the remainder of the figures, FIGS. 7–9. System and method 350 according to this invention, FIG. 7, allows the user to drag the cursor until his finger reaches the edge of the touchpad, and then holds the drag button down for enough time to allow the user to lift his finger from the screen and reposition it to continue cursor movement. In steps 354 and 356, if the mechanical drag button is up, the cursor may be located using the previously described algorithms. When the cursor button is down, operation proceeds to algorithm 300.

Operation then proceeds to step 358, in which the position of the finger is monitored for entry into a border area, which may be the same as area 62, FIG. 2B. This embodiment may also be used with the touch sensitive strip such as strip 60, FIG. 2A, for detection of the finger reaching the edge of the touchpad screen.

If the finger is in the border or edge area, liftoff is monitored, step 366, and if the finger remains in contact the cursor location algorithms described above are em-

5,327,161

9

ployed to move the cursor while maintaining the drag mode. Operation then returns to step **358** for completion of the monitoring loop. If the finger has not yet entered the border area, at step **360** the cursor location algorithm is employed with the drag mode maintained, and liftoff is monitored, step **362**. If liftoff occurs, the drag action is terminated, step **364**, and operation returns to step **354**. The finger in border area/liftoff monitoring loop is completed by proceeding from step **362** to step **358** when liftoff has not been detected. Thus, the cursor location algorithms are used with dragging whether or not the finger is in the border area.

If the finger is in the border area and there is liftoff, at step **368** the drag button is held down beginning at the liftoff time, $t_l$. The operator then has a predetermined time called the "time out" in which he must again touch the screen to remain in drag mode. This allows the operator to remain in drag mode and lift his finger from the screen border area and place it down in another location to allow the operator to position the cursor where desired. If the time out time has not expired, another touchdown is monitored, step **372**. The monitoring loop is completed through step **368**. If there is a second touchdown within the time out period, operation proceeds to step **360** for the continuation of the drag mode cursor location. When the time out expires, operation proceeds to step **374** for termination of drag action, and the algorithm is repeated.

An alternative to system and method **350** is system method **390**, FIG. **8**, in which the "time out" second touch time is used regardless of the finger location on liftoff. Steps **394**, **396** and algorithm **300** are the familiar drag button monitoring loop for providing a drag button down when the drag button is held down and the finger moved at least a predetermined distance. Operation proceeds to steps **398** and **400** for a liftoff monitoring loop. When liftoff occurs, a second touchdown occurring before the expiration of the "time out" time is monitored. If there is a second touchdown, operation proceeds to step **400**, which maintains operation in the drag mode. If a second touchdown within the time out time does not occur, the drag sequence is terminated, step **404**, and operation proceeds to step **394**.

System and method **200**, FIG. **9**, illustrates another embodiment of the drag button/cursor location algorithm of this invention. Here, after the drag button is toggled, it remains down until it is again physically pressed with enough force to close the mechanical switch. Thus, the operator may make as many strokes as desired in any screen location while in drag mode. To complete the drag sequence, the operator merely presses down on the pad with sufficient force to re-engage the switch.

After starting in step **202**, operation proceeds to mechanical button monitoring loop, steps **204** and **206**, which continue normal operation until the mechanical drag button is down. When the button is down operation proceeds to algorithm **300** for toggling the drag button, and continues at step **220** and **222**, in which the cursor location algorithm may be used while the mechanical button is down. If the mechanical button is no longer down, at step **224** the cursor location algorithms may still be used as desired while the drag mode is maintained. There is no need for continuous touchpad contact. The mechanical drag button is monitored, step **226**, and when it is again pressed down, the toggled switch is released to terminate the drag mode. Operation then proceeds to step **206**.

10

The system and method according to this invention allow the operator to accomplish long distance cursor movement in or out of drag mode with a relative positioning touchpad device with a minimum number of pad strokes. Skilled operators can position the cursor with but a single stroke, and in situations in which the operators are not at sufficient skill level or precise cursor control is needed, the cursor location may be readily and exactly controlled with few finger movements.

Although specific features of the invention are shown in some drawings and not others, this is for convenience only as each feature may be combined with any or all of the other features in accordance with the invention.

Other embodiments will occur to those skilled in the art and are within the following claims:

What is claimed is:

1. A method of emulating a mouse input device with a touchpad input device, comprising:

designating a touch sensitive border area on the touchpad input device;

determining the direction of movement of a touch device across the surface of the touchpad input device;

causing a display cursor to move in the same relative direction as the determined direction;

sensing when the touch device stops moving in the determined direction in a touch sensitive area excluding the border area and in response stopping the display cursor movement to allow the cursor to be positioned where desired; and

sensing when the touch device stops moving in the determined direction after entering the border area and in response continuing the cursor movement in the relative direction to allow the cursor to be moved a greater distance than the touch device.

2. The method of claim 1 in which determining the direction of movement includes designating an area of the border area in which the touch device must reside to determine the direction of movement.

3. The method of claim 2 in which the designated area is the touchpad perimeter.

4. The method of claim 3 further including stopping the cursor movement in the relative direction on removal of the touch device from the touchpad perimeter.

5. The method of claim 3 in which determining the direction of movement includes determining a change in direction of movement of the touch device in the touchpad perimeter.

6. The method of claim 5 in which causing the cursor to move includes causing the cursor to change direction in response to the determined change to maintain the cursor relative movement.

7. The method of claim 1 in which the touchpad input device includes a drag switch on its lower surface, the method further including:

entering a drag mode only after at least the touchpad is pushed down with sufficient force to engage the drag switch;

continuing in the drag mode for at least a predetermined time after the release of the sufficient force to allow the touch device to be repositioned on the touchpad without terminating the drag mode; and

terminating the drag mode when the time elapsed after the touch device is lifted off the touchpad and before the touch device is repositioned on the touchpad exceeds said predetermined time.

8. The method of claim 7 in which continuing in the drag mode includes designating an area of the touchpad

5,327,161

**11**

in which the touch device must reside when the force is released to continue the drag mode.

**9.** The method of claim **8** in which the designated area is the touchpad perimeter.

**10.** The method of claim **7** further including terminating the drag mode upon expiration of the predetermined time without the sufficient force being reapplied.

**11.** The method of claim **10** further including terminating the drag mode upon lifting of the touch device from the touchpad surface within the predetermined time.

**12.** The method of claim **7** in which the drag mode is entered only after the touch device moves across the touchpad surface at least a predetermined distance after the drag switch is engaged.

**13.** The method of claim **12** in which the drag mode is entered only if the sufficient force is maintained while the touch device is moving the predetermined distance.

**14.** A system for emulating a mouse input device using a touchpad input device, comprising:

means for designating a touch sensitive border area on the touchpad input device;

means for determining the direction of movement of a touch device across the surface of the touchpad input device;

means for causing the cursor to move in the same relative direction as the determined direction;

means for sensing when the touch device stops moving in the determined direction in a touch sensitive area excluding the border area and in response stopping the display cursor movement to allow the cursor to be positioned when desired; and

means for sensing when the touch device stops moving in the determined direction after entering the border area and in response continuing the cursor movement in the relative direction to allow the cursor to be moved a greater distance than the touch device.

**15.** The system of claim **14** in which said means for determining the direction of movement includes means for designating an area of the border area in which the touch device must reside to determined the direction of movement.

**16.** The system of claim **15** in which the designated area is the touchpad perimeter.

**17.** The system of claim **16** further including means for stopping the cursor movement in the relative direction on removal of the touch device from the touchpad perimeter.

**18.** The system of claim **16** in which said means for determining the direction of movement includes means for determining a change in direction of movement of the touch device in the touchpad perimeter.

**19.** The system of claim **18** in which said means for causing the cursor to move includes means for causing the cursor to change direction in response to the determined change to maintain the cursor relative movement.

**20.** The system of claim **14** further including: a drag switch on the lower surface of the touchpad input device;

means for determining when the drag switch is engaged;

means, responsive to said means for determining, for entering a drag mode only after the drag switch is engaged; and

means, responsive to said means for entering, for continuing in the drag mode for at least a predeter-

**12**

mined time after the drag switch is no longer engaged to allow the touch device to be repositioned on the touchpad without terminating the drag mode; and

means, responsive to said means for entering, for terminating the drag mode when the time elapsed after the touch device is lifted off the touchpad and before the touch device is repositioned on the touchpad exceeds said predetermined time.

**21.** The system of claim **20** in which said means for continuing in the drag mode includes means for designating an area of the touchpad in which the touch device must reside when the drag switch is disengaged to continue the drag mode.

**22.** The system of claim **21** in which the designated area is the touchpad perimeter.

**23.** The system of claim **20** further including means for terminating the drag mode upon expiration of the predetermined time without the drag switch being reengaged.

**24.** The system of claim **23** further including means for terminating the drag mode upon lifting of the touch device from the touchpad surface within the predetermined time.

**25.** The system of claim **20** further including means for determining if the touch device has moved at least a predetermined distance across the touchpad after the drag switch is engaged.

**26.** The system of claim **25** in which said means for entering the drag mode is further responsive to said means for determining if the touch device has moved for entering the drag mode only after the touch device moves at least a predetermined distance across the touchpad surface after the drag switch is engaged.

**27.** The system of claim **26** further including means for establishing if the drag switch is engaged while the touch device is moving the predetermined distance.

**28.** The system of claim **27** in which said means for entering the drag mode is further responsive to said means for establishing for entering the drag mode only if the switch remains engaged while the touch device is moving the predetermined distance.

**29.** A system for emulating a trackball input device using a touchpad input device, comprising:

means for designating a touch sensitive border area on the touchpad input device;

means for determining the velocity and direction of movement of a touch device across the surface of the touchpad input device;

means for moving a display cursor in the same relative direction as the determined direction;

means for sensing when the touch device stops moving in the determined direction in a touch sensitive area excluding the border area and in response stopping the display cursor movement;

means for sensing when the touch device stops moving in the determined direction after entering the border area and in response continuing the cursor movement in the relative direction;

means for establishing or setting a friction factor prior to touchpad operation; and

means for establishing continuing cursor velocity after touch device leaves the touchpad as a function of determined velocity modified by the friction setting.

**30.** The system of claim **29** further including means for establishing a relationship between the distance moved by the cursor and the friction setting.

5,327,161

13

**31**. A system for emulating a joystick input device using a touchpad input device, comprising:

means for designating a touch sensitive border area on the touchpad input device;

means for determining the direction and relative displacement of a touch device across the surface of the touchpad input device;

means for moving the cursor in the same relative direction as the determined direction;

means for sensing when the touch device stops moving in the determined direction in a touch sensitive area excluding the border area and in response stopping the display cursor movement; and

means for sensing when the touch device stops moving in the determined direction after entering the border area and in response continuing the cursor movement in the relative direction to allow the cursor to be moved a greater distance than the touch device.

**32**. The system of claim **31** in which the velocity is directly related to the determined relative displacement.

**33**. The system of claim **32** in which said means for moving the cursor at a velocity related to the determined relative displacement includes means for varying the cursor velocity in relation to variation of the determined relative displacement.

**34**. A method for emulating a trackball input device with a touchpad input device, comprising:

designating a touch sensitive border area on the touchpad input device;

determining the velocity and direction of movement of a touch device across the surface of the touchpad input device;

causing a display cursor to move in the same relative direction as the determined direction;

sensing when the touch device stops moving in the determined direction in a touch sensitive area ex-

14

cluding the border area and in response stopping the display cursor movement; and

sensing when the touch device stops moving in the determined direction after entering the border area and in response continuing the cursor movement in the relative direction;

establishing or setting a friction factor prior to touchpad operation; and

establishing continuing cursor velocity after touch device leaves the touchpad as a function of determined velocity modified by the friction setting.

**35**. The method of claim **34** further including establishing a relationship between the distance moved by the cursor and the friction setting.

**36**. A method for emulating a joystick input device with a touchpad input device, comprising:

designating a touch sensitive border area on the touchpad input device;

determining the direction and relative displacement of a touch device across the surface of the touchpad input device;

causing a display cursor to move in the same relative direction as the determined direction;

sensing when the touch device stops moving in the determined direction in a touch sensitive area excluding the border area and in response stopping the display cursor movement; and

sensing when the touch device stops moving in the determined direction after entering the border area and in response continuing the cursor movement in the relative direction to allow the cursor to be moved a greater distance than the touch device.

**37**. The method of claim **36** in which the velocity is directly related to the determined relative displacement.

**38**. The method of claim **37** further including varying the cursor velocity in relation to variation of the determined relative displacement.

\* \* \* \* \*

**EXHIBIT I**

# EXHIBIT I

# THE LOGAN '161 PATENT
# CLAIM CHART

#6252812

**EXHIBIT I**

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '411 PATENT TO LOGAN '161 PATENT ("LOGAN") | |
|---|---|
| 46.    A method for moving a cursor on a display screen in response to motion of an object sensed on a sensing plane, including the steps of: | Logan discloses a system and method for emulating a mouse input device with a touchpad input device that can move a cursor on a display in response to motion of an object on the touchpad input device. Logan at Abstract, FIGS. 1A-9, and corresponding text. Specifically, Logan discloses a touch pad device 50 which controls cursor motion on a display. *Id.* at FIGS. 1A-2B; 4:21-5:66. |
| providing a sensing plane; | Logan, in FIGS. 1A and 2B shown below, provides a sensing plane (e.g., touchpad 50). Logan at 3:24-35; 4:21-5:66. |
| sensing the presence of an object on said sensing plane and generating present-position signals representing the present position of said object on said sensing plane; | Logan, in blocks 74 and 78 of FIG. 3A (shown below), discloses sensing an object (e.g., a finger) on the sensing plane (touchpad 50) and generating x, y position information representing the position of an object on the sensing plane. Logan at 4:40-48.  |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '411 PATENT TO LOGAN '161 PATENT ("LOGAN") | |
|---|---|
| | |
| sensing whether said object has moved into an outer region proximate to an outer edge of said sensing plane; | At block 88 shown above, in FIG. 3A, Logan discloses sensing whether an object has moved into an outer region proximate to an outer edge of the sensing plane (e.g., touchpad 50 shown in FIG. 2B below).  FIG. 2B Specifically, in FIG. 2B, Logan discloses sensing "[w]hen the touch is in the touchpad border area, which may be either designated surface area 62, or the touch is in contact with touch-sensitive strip 60 . . ." Logan at 4:63-65. |
| generating first cursor motion signals for moving the cursor, said first cursor motion signals for causing said cursor to move in a direction on the display screen representing the difference between a previous position of said object and said present position of said object reported by said present-position signals; | Logan, in blocks 78, 82, 84 and 86 of FIG. 3A, discloses generating first cursor motion signals for moving a cursor on a display that represents the difference between present and previous position of an object.  For example, at block 78, a current x, y position of an object on a sensing plane (touchpad 20) is read.  Next, a determination is made if there is liftoff.  If there is no liftoff a subsequent x, y position of an object on the sensing plane is read.  The touch velocity and direction are then computed.  The cursor movement on the display is then determined as a f(velocity + direction).  Logan at 4:40-62. |
| generating second cursor motion signals different from said first cursor motion signals for moving said cursor if said object has moved into said outer region of said sensing plane, said second cursor motion signals for causing | Logan, in block 90 of FIG. 3A, discloses to "continue" cursor motion when contact is in the "border area."  Logan at 4:67-5:5.  Logan, blocks 100 and 102 of FIG. 3B (shown below), disclose second cursor motion signals different from first cursor motion signals. |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '411 PATENT TO LOGAN '161 PATENT ("LOGAN") | |
|---|---|

| | |
|---|---|
| said cursor to incrementally move on the display screen a selected distance in a fixed direction relative towards said outer edge of said sensing plane to which said object is proximate; and | <br><br>FIG. 3B<br><br>Block 102 is reached from block 90 via blocks 92, 96, and 98, assuming touch device contact continues and is in border area.  Logan at 5:16-66.  Regarding second cursor motion signals, Logan describes:<br><br>Steps 100 and 102 are added to allow the user to alter the cursor direction when in the border or perimeter area.  This is accomplished by computing the finger velocity $T_y$ along axis A, which is parallel to the screen edge touched, step 100.  In step 102, the velocity of the cursor travel in direction A is changed as a function of the touch velocity $T_v$.<br><br>Logan at 5:37-44.  At column 5, lines 45-66, Logan discloses an example where first cursor motion signals pertain to horizontal cursor movement and second cursor motion signals pertain to vertical cursor movement. Logan at 5:45-66. |
| moving said cursor in accordance with said first cursor motion signals when said object is not in said outer region of said sensing plane and moving said cursor in accordance with said first cursor motion signals combined with said second cursor motion signals when said object | Logan, in blocks 86 and 88 of FIG. 3A, disclose moving the cursor in accordance with first cursor motion signals (block 86) when touch device contact is outside border region or in accordance with second cursor motion signals (block 88) when the touch device contact is within border area.  Logan at 4:61-5:4.<br><br>For example, referring to FIGS. 2B and 3A-3B and corresponding text, when a finger touches down in an |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '411 PATENT TO LOGAN '161 PATENT ("LOGAN") | |
|---|---|
| has moved into said outer region of said sensing plane so long as said object remains in said outer region of said sensing plane. | area inside of the dashed line 32 (not in the perimeter area 62) and is dragged into the perimeter area 62 and remains in the perimeter area62, the cursor is moved in accordance with the cursor motion signal generated when the finger was inside of the dashed line 32, combined with the cursor motion signals that occur when the cursor is inside of the perimeter 52 (cursor motion signals that have the same velocity and direction as calculated during movement inside of the dashed line 32). |
| 47. The method of claim 46 wherein said first cursor motion signals and said second cursor motion signals are combined as a vector sum. | Logan, referring to FIGS. 2B and 3A-3B and corresponding text, discloses that a combined cursor movement is a vector sum of the cursor movements that occur when the cursor is in an area inside of the dashed line 32 and when the cursor is in the perimeter area 62. Logan at 4:40-66.  In particular, blocks 86 and 90 of FIG. 3A constitute one processing loop that provides such a combination as a vector sum. |
| 48. The method of claim 46 wherein said fixed direction is perpendicular to said outer edge of said sensing plane to which said object is proximate. | Logan, referring to FIGS. 2B and 3A-3B and corresponding text, discloses a fixed direction perpendicular to the outer edge of the touchpad. Logan at 5:16-66.  For example, when the finger direction computed in block 86 is perpendicular to the outer edge of the touchpad device 50, the direction of the cursor control signal when the cursor is dragged into the perimeter area 62 will also be perpendicular to the outer edge of the touchpad device 50. |
| 49. The method of claim 46 wherein said sensing plane comprises a touchpad. | Logan, in FIGS. 1A and 2A-2B and corresponding text, disclose a touchpad 20 and 50 as a sensing plane.  Logan at 4:20-39. |
| 50. The method of claim 46 wherein said selected distance for cursor motion is chosen to impart a desired speed to the motion of said cursor on said display screen. | Logan discloses that the selected distance for cursor motion is chosen to impart a desired speed to the motion of the cursor on the display screen.  Logan at 5:5-30. |
| 51. The method of claim 46 wherein said present-position signals, said first cursor motion signals, and said second cursor motion signals are digital signals. | Logan, in FIGS. 1A-1B and 2A-2B and corresponding text, discloses that touchpad signals are digital signals. Logan at 3:36-55. |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '411 PATENT TO LOGAN '161 PATENT ("LOGAN") | |
|---|---|
| 52. The method of claim 46 wherein the step of generating second cursor motion signals comprises generating second cursor motion signals for causing said cursor to move in a fixed direction relative to a corner between two abutting outer edges of said sensing plane if said object is in said outer region proximate to said corner. | Logan, in FIGS. 3A-3B and corresponding text, discloses generating second cursor positions for causing a cursor to move on a display screen in any direction when entering an outer edge including a corner.  Logan at 4:40-5:66. |

**EXHIBIT J**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/623,483 | 03/28/96 | GILLESPIE | D | SYN-071 |

L.N41/0331

| EXAMINER |
|---|
| SHANKAR, V |
| ART UNIT | PAPER NUMBER |
| 2775 | 11 |

KENNETH D'ALESSANDRO
D'ALESSANDRO & RITCHIE
PO BOX 640640
SAN JOSE CA 95164-0640

DATE MAILED: 03/31/98

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☑ This communication is responsive to _pre amendment C filed on 8/18/97_

☑ The allowed claim(s) is/are _1-64_

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

     ☐ received.

     ☐ received in Application No. (Series Code/Serial Number) _____

     ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☑ Applicant MUST submit NEW FORMAL DRAWINGS

   ☐ because the originally filed drawings were declared by applicant to be informal.

   ☑ including changes required by the Notice of Draftperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _11_

   ☑ including changes required by the proposed drawing correction filed on _8-18-97_, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☑ Notice of References Cited, PTO-892

☑ Information Disclosure Statement(s), PTO-1449, Paper No(s). _11_

☑ Notice of Draftperson's Patent Drawing Review, PTO-948

☑ Notice of Informal Patent Application, PTO-152

☑ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☑ Examiner's Statement of Reasons for Allowance

VIJAY SHANKAR
(703) 305-4763

PTOL-37 (Rev. 10/95)

☆ U.S. GPO: 1996-404-489/40809

Serial Number: 08/623,483                                                    Page 2

Art Unit: 2775

## DETAILED ACTION

### *Drawings*

1.      This application has been filed with informal drawings which are acceptable for examination purposes only.  Formal drawings will be required when the application is allowed.

2.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

   Meads et al teaches a proximity sensor system and a conductive stylus for use with the touch sensor pad.

   Rayner et al teaches a touch pad system for using a touch pad having an overlay to define control strip surface areas for performing different functions.

   Thornburg teaches a graphic input device for controlling the movement of a cursor upon a visual display.

### *Allowable Subject Matter*

3.      Claims 1-64 are allowed.

Serial Number: 08/623,483                                          Page 3

Art Unit: 2775

4.      The following is an examiner's statement of reasons for allowance: The prior arts fails to

show a method for recognizing an extended or variable  drag gesture made on a touch-sensor pad

in a touch-sensing system proving X and Y position information to a host including the steps of

detecting a first, second, and third presence of a conductive object on the touch sensor pad of a

first , second, third  durations between a start and a finish of the first, second, third presence;

comparing the first duration with a first reference amount of time;   initiating a gesture signal to

the host if the first duration is less than first reference amount of time;   maintaining the gesture

signal and repeatedly sending X and Y position information to the host for the second duration if

the first elapsed time is less than the second reference amount of time; and also maintaining the

gesture signal and repeatedly sending X and Y position information to the host for the third

duration if the second  elapsed time is less than the third  reference amount of time and the

average speed of the conductive object at finish of second presence is greater than the first

reference speed.  Also, the prior arts fails to show the  method for providing an electrical signal

for moving a cursor on a display screen associated with a computer in response to electrical

signals representing the position of an object in a two dimensional plane, including the steps of

generating a second relative position X signal representing the difference between the X

coordinate of the present position of the object and an  X coordinate of a fixed position on the

sensing plane if the object is in the second portion of the outer region of the sensing plane, and

sensing the second relative position X signal to the computer so long as the object is in the second

SYN 00001190

Serial Number: 08/623,483                                                          Page 4

Art Unit: 2775

portion of the outer region of the sensing plane;    generating a second relative position Y signal representing the difference between the Y coordinate of the present position of the object and an Y coordinate of a fixed position on the sensing plane if the object is in the first portion of the outer region of the sensing plane, and sensing the second relative position Y signal to the computer so long as the object is in the first  portion of the outer region of the sensing plane.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

5.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to VIJAY SHANKAR  whose telephone number is (703)305-4763.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703)305-3900.  The Group's new FAX number is (703)308-9051.  This FAX number is to be used only for Group 2700 papers.

VIJAY  SHANKAR
PATENT EXAMINER
GROUP 2700

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISREGARD CARBON

| FORM PTO-892 (REV. 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 623,483 | GROUP ART UNIT 2775 | ATTACHMENT TO PAPER NUMBER 11 |
|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) Gillespie et al | | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPRORRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4 3 1 3 1 1 3 | 1-26-82 | Thornburg | 345 | 159 | |
| * | B | 4 9 8 8 9 8 2 | 1-29-91 | Rayner et al | 345 | 173 | |
| * | C | 5 4 8 8 2 0 4 | 1-30-96 | Mead et al | 345 | 179 | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | ✓ | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| EXAMINER Shankar | DATE 3/27/98 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.06 (a).)

SYN 00001192

Form PTO 948 (Rev. 10-94)        U.S. DEPARTMENT OF COMMERCE – Patent and Trademark Office        Application No. 623983

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftspersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 3/28/96 are
A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ✓ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Not black solid lines. Fig(s)
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s)
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted.
   Fig(s)
   ____ Photographs not properly mounted (must use bristol board or photographic double-weight paper). Fig(s)
   ____ Poor quality (half-tone). Fig(s)
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure. Fig(s)
   ____ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis. Fig(s)
   ____ Individual waveform not identified with a separate designation adjacent to the vertical axis. Fig(s)  15C-15C, 14
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, smooth, nonshiny, and durable. Sheet(s)
   ____ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)  15B, 15B, 15C
   ____ Mylar, velum paper is/ are not acceptable (too thin). Fig(s)  17F-17G, 17G
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:  17F-18C,
   ____ 21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)  20, 21
   ____ 21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   ____ 21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   ____ 21.0 cm. by 29.7 cm. (DIN size A4)
   ____ All drawing sheets not the same size. Sheet(s)
   ____ Drawing sheet not an acceptable size. Sheet(s)
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

| Paper size | | | |
|---|---|---|---|
| 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm. X 33.1 cm. (8 1/2 X 13 inches) | 21.6 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21.0 cm. X 29.7 cm. (DIN Size A4) |
| T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   ____ Margins do not conform to chart above.
   Sheet(s)  12, 13, 16, 20, 20, 26
   Top ____ Left ____ Right ____ Bottom ____
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ____ All views not grouped together. Fig(s)
   ____ Views connected by projection lines or lead lines. Fig(s)
   ____ Partial views. 37 CFR 1.84(h) 2

____ View and enlarged view not labeled separately or properly. Fig(s)
____ Sectional views. 37 CFR 1.84 (h) 3
____ Hatching not indicated for sectional portions of an object. Fig(s)
____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)
   ____ Indication such as "actual size" or scale 1/2" not permalred. Fig(s)
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   ✓ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings). Fig(s)  1 — 26
11. SHADING. 37 CFR 1.84(m)
   ____ Solid black shading areas not permitted. Fig(s)
   ____ Shade lines, pale, rough and blurred. Fig(s)
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
   ____ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(1) Fig(s)  1 — 26
   ____ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(1) Fig(s)
   ____ English alphabet not used. 37 CFR 1.84(p)(2)
   ____ Numbers, letters, and reference characters do not measure at least .32 cm. (3/8 inch) in height. 37 CFR(p)(3)
   Fig(s)
13. LEAD LINES. 37 CFR 1.84(q)
   ____ Lead lines cross each other. Fig(s)
   ____ Lead lines missing. Fig(s)
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
   ____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
   ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)
   ____ View numbers not preceded by the abbreviation Fig. Fig(s)
16. CORRECTIONS. 37 CFR 1.84(w)
   ____ Corrections not made from prior PTO-948. Fig(s)
17. DESIGN DRAWING. 37 CFR 1.152
   ____ Surface shading shown not appropriate. Fig(s)
   ____ Solid black shading not used for color contrast.

COMMENTS:

REVIEWER ____        DATE 2/1/97

SYN 00001193



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE
LM41/0331

KENNETH D'ALESSANDRO
D'ALESSANDRO & RITCHIE
PO BOX 640640
SAN JOSE CA 95164-0640

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | SHANK EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/623,483 | 03/29/96 | | | 2276 | 03/31/98 |

FIRST NAMED APPLICANT: DAVID W. GILLESPIE

TITLE OF INVENTION: OBJECT POSITION DETECTOR WITH EDGE MOTION FEATURE AND GESTURE RECOGNITION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| SYN-071 | 178-18 | J75 | UTILITY | YES | $1210.00 | 06/30/98 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B-Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)    PATENT AND TRADEMARK OFFICE COPY

☆U.S. GOVERNMENT PRINTING OFFICE 1997-425-437/62718

SYN 00001194

**EXHIBIT K**

US005432531A

# United States Patent [19]

## Calder et al.

[11] Patent Number: **5,432,531**

[45] Date of Patent: **Jul. 11, 1995**

[54] **COORDINATE PROCESSOR FOR A COMPUTER SYSTEM HAVING A POINTING DEVICE**

[75] Inventors: **Gary J. Calder**, Eastleigh; **Gavin D. Beardall**, Alresford, both of England

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **772,503**

[22] Filed: **Oct. 7, 1991**

[30] **Foreign Application Priority Data**

Dec. 14, 1990 [GB]   United Kingdom ................ 90313657

[51] **Int. Cl.6** ................................................ G09G 3/02

[52] **U.S. Cl.** ...................................... **345/173**; 345/145

[58] **Field of Search** ............... 345/173, 174, 175, 176, 345/177, 178, 157, 156, 162, 172; 178/18, 19

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,914,624   4/1990   Dunthorn ............................. 364/900
5,119,075   6/1992   Smith .................................. 345/173

### FOREIGN PATENT DOCUMENTS

0156593   3/1985   European Pat. Off. ..... G06K 11/06
2152250   7/1985   United Kingdom ......... G06F 3/033

*Primary Examiner*—Ulysses Weldon

*Assistant Examiner*—Xiao M. Wu
*Attorney, Agent, or Firm*—Martin J. McKinley; Joseph C. Redmond

[57]        **ABSTRACT**

A coordinate processor for a computer system having an absolute position pointing device (10) such as a touch sensitive display screen comprises stimulus detection means (200) for detecting a tactile stimulus of an absolute position pointing device (10) and directed to a point within a data display area (610) of a computer system. The processor further comprises coordinate locking means (210–320) for locking a current cursor position to the point within the display area corresponding to the tactile stimulus in response to said stimulus exceeding a predetermined threshold value. The processor permits the computer system to distinguish a stimulus of the pointing device (10) for repositioning the cursor within the data display area (610) from a stimulus of the pointing device (10) for issuing a button click command to the computer system. The processor may be embodied in an electronic logic circuit within a pointing device adapter portion of the computer system. Equally, the coordinate processor may be in the form of a central processing unit operating under the control of a computer program.

12 Claims, 5 Drawing Sheets



Case 5:06-cv-01839-PVT    Document 352-12    Filed 06/13/2008    Page 3 of 12



FIG. 1

ETD00009113



FIG. 2

ETD00009114

# FIG. 3



ETD00009115



FIG. 4

Case 5:06-cv-01839-PVT    Document 352-12    Filed 06/13/2008    Page 7 of 12



FIG. 5

ETD00009117

5,432,531

**1**

## COORDINATE PROCESSOR FOR A COMPUTER SYSTEM HAVING A POINTING DEVICE

### FIELD OF INVENTION

The present invention generally relates to apparatus and methods for computer input devices, and more particularly to a coordinate processor for a computer system having a pointing device such as a touch sensitive display screen.

### DESCRIPTION OF PRIOR ART

Many widely available computer systems such as the IBM PS/2 Model 70 (IBM and PS/2 are trademarks of IBM Corporation) are capable of receiving and processing data generated by a pointing device such as a mouse, tracker ball or touch sensitive display screen. The pointing device enables a user of the computer system to move, with a simple hand movement, a cursor between points within a data display area of a visual display unit.

A relative displacement pointing device such as a mouse or tracker ball provides the computer system with a vector which identifies the location within the data display area to which the cursor is to be moved relative to the current location of the cursor. The vector is generated by manipulating the pointing device to achieve a desired cursor movement.

An absolute position pointing device such as a touch sensitive display screen provides the computer system with two dimensional coordinates identifying a point within the data display area to which the cursor is to be moved. In a touch sensitive display screen, the coordinates are generated by touching the screen at the point to which the cursor is to be moved.

In general, relative displacement pointing devices are also provided with at least one manually operable push button. The button can be operated by the user in a number of different modes and the computer system can be configured to respond differently to each mode of operation of the button. For example, the computer system may be configured to manipulate a window of displayed data within the data display area when the button is depressed as the pointing device is moved. Equally, the computer system may be programmed to perform another task when the cursor is placed on an icon representing the task within the display area and the button is depressed and released in rapid succession or "clicked". The computer system may also be configured to perform yet another task when the cursor is placed on an icon and the button is clicked twice or "double-clicked".

Touch screens are not generally provided with a manually operable push button. A button click command may however be issued via a touch screen by applying an corresponding sequence of touch stimuli to the touch screen within a predetermined time period. However, it will be appreciated that if each stimulus in the sequence is applied to a different point within a target area of the screen, then the computer system may fail to distinguish the button click command from a request to move the cursor from one point to another. In general therefore, absolute position pointing devices have been thought of as unsuitable for issuing button click commands. Many commercially available application software packages have therefore been written with relative displacement pointing devices in mind. Such packages can therefore be wholly, or at least par-

**2**

tially, incompatible with computer systems having absolute position pointing devices.

### SUMMARY OF THE INVENTION

An aim of the present invention is therefore to provide a coordinate processor which enables a computer system comprising an absolute position pointing device to operate in the same manner as a computer system having a relative displacement pointing device.

In accordance with the present invention, there is now provided a coordinate processor comprising: stimulus detection means for detecting a tactile stimulus of an absolute position pointing device and directed to a point within a data display area of a computer system; characterised in that the processor further comprises: coordinate locking means for locking a current cursor position to the point within the display area corresponding to the tactile stimulus in response to said stimulus exceeding a predetermined threshold value.

This advantageously enables the computer system to distinguish between cursor movement commands and button click commands issued via an absolute position pointing device without requiring a separate, manually operable push button. An operator of such a computer system can therefore fully exploit application software packages designed for operation with relative displacement pointing device without any perceptible degradation in performance of the computer system. Specifically, the coordinate processor enables the computer system to lock the position of the cursor onto a particular coordinate when a stimulus which may signal a button click command is detected. If however, a button click command is not subsequently detected, the cursor is automatically unlocked.

Preferably, the coordinate locking means further comprises first reset means for releasing the cursor for movement within the data display area upon detection of a predetermined button click command.

The coordinate locking means of a preferred embodiment of the present invention further comprises second reset means for releasing the cursor for movement within the data display area upon expiry of a predetermined timeout period.

In addition, the coordinate locking means preferably further comprises third reset means for releasing the cursor for movement within the data display area upon detection of a subsequent tactile stimulus of the pointing device directed to a point outside a predetermined subarea of the data display area. Preferably, the subarea is predetermined by the computer system to be commensurate in size with an graphical icon generated within the display area by the computer system.

Viewing the present invention from a second aspect, there is now provided a coordinate processor comprising: stimulus detection means for detecting a stimulus applied to an absolute position pointing device and directed to a point within a data display area defined by a computer system; characterised in that the processor further comprises: command distinguishing means responsive to the stimulus detection means to distinguish a stimulus of the pointing device for repositioning a cursor within the data display area from a stimulus of the pointing device for issuing a button click command to the computer system.

Preferably, the command distinguishing means can be manually preset to identify either a tactile stimulus of the pointing device for issuing a single button click command to the computer system, or a tactile stimulus

ETD00009118

5,432,531

3

of the pointing device for issuing a multiple button click command to the computer system.

In a preferred embodiment of the present invention to be described later, there is provided a coordinate processor comprising: first receiver means for receiving from an absolute position pointing device an input two dimensional coordinate data value corresponding to a point within a data display area of a computer system and generated by the pointing device in response to a stimulus manually applied to the pointing device; second receiver means for receiving from the pointing device a force data value corresponding to the input coordinate value and generated by the pointing device in response to the stimulus; characterised in that the processor further comprises: coordinate locking means for setting a lock coordinate data value to the input coordinate data value in response to the force data value exceeding a predetermined threshold value; coordinate setting means for setting one or more further input coordinate force data values to the lock coordinate data value in response to any one of the further input coordinate data values falling within a predetermined range of coordinate data values during a predetermined time period; first reset means for resetting the lock coordinate data value in response to at least one discrete stimulus of the pointing device generating a force data value greater than the predetermined threshold value.

## DESCRIPTION OF DRAWINGS

A preferred embodiment of the present invention will now be described, by way of example only with reference to the accompanying drawings in which:

FIG. 1 is a block diagram of a computer system comprising an absolute position pointing device in the form of a touch-sensitive visual display screen.

FIG. 2 is a block diagram of a coordinate processor of the present invention in the form of a flow chart.

FIG. 3 is a front view of a touch sensitive display screen displaying an icon within a data display area.

FIG. 4 is a waveform diagram corresponding to tactile stimuli representative of a double click command.

FIG. 5 is a waveform diagram corresponding to a tactile stimulus representative of a single click command.

## DESCRIPTION OF PREFERRED EMBODIMENT

FIG. 1 illustrates an example of a computer system for processing input data from an absolute position pointing device. The system comprises a central processing unit (CPU) 20 for executing programmed instructions involving the input data. A bus architecture 30 communicates data between the CPU and other components of the computer system. A read only memory (ROS) 40 provides secure data storage. A random access system memory 50 provides temporary data storage. Data communication with other computer systems (not shown) is provided by a communications (COMM) adapter 60. An input/output (I/O) adapter 70 permits data communication between the bus architecture and a peripheral device such as a hard disk file 80. A visual output from the computer system in the form of a data display area is generated by a display device 110 by a display adapter 120. A user can operate the computer system using a keyboard 90 linked to the bus architecture via a keyboard adapter 100. By way of alternative to keyboard 90, an absolute position pointing device in the form of a touch sensitive display screen 10 is superimposed on display device 110. The touch

4

screen 10 is responsive to a touch stimulus 130 applied by the user to issue a command to the computer system. The command may instruct the computer system to move a cursor between points within the data display area. Alternatively, the touch screen may be employed to issue a button click command instructing the computer system to an operation corresponding to the current position of the cursor in the display area.

The touch screen 10 is resolved by digitising circuitry (not shown) in a pointing device adapter 140 into a two dimensional array of discrete coordinate points. A touch stimulus applied to any one of the coordinate points is detected by a sensor array (not shown) in the touch screen 10. The sensor array generates an analog signal proportional to the force imparted to the touch screen by the stimulus. The signal is digitised by a sampling analogue to digital convertor (ADC) circuit (not shown) in the touch screen 10 to produce a input data value. The input data value, together with the coordinates to which it relates, are transmitted from the touch screen to the pointing device adapter 140. The input data value corresponding to each set of coordinates is typically refreshed by the ADC circuit sixty times a second. The pointing device adapter 140 connected to the bus architecture 30 passes each set of coordinates and the corresponding input data value to the bus architecture 30.

Referring now to FIG. 2, a coordinate processor 200' of the present invention distinguishes stimuli applied to the touch screen 10 to issue button click commands from stimuli to move the cursor within the display area. It will be appreciated that the coordinate processor of the present invention may be embodied in a hardwired electronic logic circuit within the pointing device adapter 140 or the touch screen 10. However, it will also be appreciated that, in other preferred embodiments of the present invention, the coordinate processor may be in the form of a processing unit such as CPU 20 operating under the control of a computer program.

The coordinate processor comprises an input stage 200. The input stage 200 sequentially reads the sampled input data value corresponding to each set of coordinates (x,y) of the touch screen 10 in turn. The coordinate processor increments a running total of button clicks BCNT each time a button click is detected. Initially BCNT is zero.

A count detect stage 210 checks BCNT for each input data value (x,y)n received from input stage 200. If BCNT corresponding to coordinates (x,y) is zero, then a depress detect stage 280 determines whether or not the corresponding input data value has increased above a predetermined button threshold value, THOLD.

If no such increase is detected, coordinates (x,y) are passed from coordinate processor to the computer system to control the positioning of the cursor within the display area. The next input data value is then received by input stage 200.

If, however, the input data value has increased over and above THOLD, then a timer stage 290 sets a timeout period, TIMEOUT which is equal to a current system clock value plus a predetermined value. In a preferred embodiment of the present invention, the timeout period can be manually adjusted about a nominal preset centre value of 500 ms. Another count detect stage 300 then determines again whether or not BCNT is zero.

ETD00009119

5,432,531

**5**

If BCNT is zero, then a coordinate locking stage 310 sets a pair of lock coordinates (xL,yL) to coordinates (x,y).

If BCNT is not zero, the lock coordinates (xL,yL) retain their existing values. In either case, coordinates (x,y) are then passed to the computer system to control cursor positioning. A counter 320 then increments BCNT and the next input data value $(x',y')n$ corresponding to coordinates $(x',y')$ is received by input stage 200.

If count detect stage 210 determines that BCNT is greater than zero for input data value $(x',y')n$, timer stage 220 indicates whether or not the timeout period has been exceeded.

If the timeout period has been exceeded, then a reset stage 270 resets BCNT to zero before $(x',y')n$ is passed to depress detect stage 280.

If the timeout period has not been exceeded, then an location check stage 230 determines whether or not coordinates $(x',y')$ are outside a predetermined coordinate locking area, AREA, of the data display area. If coordinates $(x',y')$ are outside AREA, then reset stage 270 resets BCNT before the $(x',y')n$ is passed to depress detect stage 280.

If coordinates $(x',y')$ are within AREA, then a lock stage 240 replaces coordinates $(x'y')$ corresponding to input data value $(x',y')n$ with the lock coordinates (xL,yL). Release detect stage 250 then detects whether or not input data value $(x',y')n$ has decreased to below THOLD. If no such decrease is detected, then input data value $(x',y')n$, now corresponding to lock coordinates (xL,yL), is passed to depress detect stage 280. The cursor position is now locked to the lock coordinates (xL,yL).

If input data value $(x',y')n$ has decreased over and below THOLD, then count detect stage 260 determines whether or not BCNT is equal to a predetermined click value, NCLICK.

In a particularly preferred embodiment of the present invention, NCLICK can be manually selected by the operator to detect different button click commands. For example, setting NCLICK to two configures the coordinate processor to detect both double and single click commands. Alternatively, setting NCLICK to one configures the coordinate processor to detect only single click commands.

If BCNT is equal to NCLICK, the button click command has been detected. BCNT is therefore reset to zero and input data value $(x',y')n$ is passed to depress detect stage 280. The next input data value, $(x'',y'')n$ corresponding to coordinates $(x'',y'')$, is then received by input stage 200.

In a preferred embodiment of the present invention, predetermined values TIMEOUT, AREA, THOLD, and NCLICK are supplied to the coordinate processor by CPU 20 under the control of an application software program. In particular, with reference to FIG. 3, AREA is preferably selected to represent an area 600 of size and location commensurate with an icon 620 representing graphically, within the data display area 610, a push button or the like. Preferably, the computer system is configured by the software so that the operator can select a particular program option by issuing a click command via touch screen 10 at the position of the icon within the display area.

Referring now to FIG. 4, a double click command can be represented in the form of a curve 400 of tactile force applied to touch screen 10 with respect to time.

**6**

Button threshold THOLD is represented by reference line 420. Initially, BCNT is set to zero, NCLICK is set to 2, and TIMEOUT, AREA, and THOLD are set to appropriate settings by the application software.

Initial tactile contact with touch screen 10 is made at time t0 where curve 400 is coincident with reference line 410.

At time t1, input data value (x,y)1 at coordinates (x,y) is lower than THOLD. However, at time t2, input data value (x,y)2 at coordinates (x,y) is greater than THOLD. Depress detect stage 280 therefore indicates that the button is being depressed, and the timeout period is initialised by timer stage 290. Lock coordinates (xL,yL) are now set to coordinates (x,y). BCNT is incremented to indicate that the position of the cursor within the display area are now locked to the lock coordinates (xL,yL). Therefore, if the next force data values $(x',y')3$ at time t3 and $(x'',y'')4$ at time t4, correspond to coordinates $(x',y')$ and $(x'',y'')$ within the confines of AREA, then coordinates $(x'y')$ and $(x'',y'')$ are both replaced by lock coordinates (xL,yL).

It will be appreciated that if either $(x',y')$ or $(x'',y'')$ fall outside AREA then BCNT would reset to zero thereby unlocking the cursor position.

At time t5, input data value (x,y)5 is just greater than THOLD. However, at time t6, input data value (x,y)6 is lower than THOLD. Release detect stage 260 therefore indicates that the button is being released. However, BCNT does not equal NCLICK. BCNT is therefore not reset to zero. Therefore coordinate $(x',y')$ corresponding to input data value $(x',y')7$ at time t7 are also replaced by lock coordinates (xL,yL). The cursor position is therefore still locked.

At time t8, input data value $(x',y')8$ is greater than THOLD. The timeout period is therefore initialised again by time stage 290. BCNT is incremented to indicate that a second button click has been detected. Lock coordinates (xL,yL) remain set to coordinates (x,y) originally corresponding to input data value (x,y)2. The cursor therefore remains locked to (x,y) within the display area.

At time t9, input data value (x,y)9 is lower than THOLD. Therefore release detect stage 250 indicates that the button is being released. BCNT is now equal to NCLICK indicating that a double click command has been detected. BCNT is now reset to zero to unlock the cursor position. The next touch stimulus producing a input data value greater than THOLD will therefore refresh lock coordinates (xL,yL).

It will be appreciated that BCNT will also be reset to zero if it is maintained at a value greater than zero for a period greater than the timeout period. Similarly, BCNT will be reset to zero if any input stimulus is applied at a coordinate outside AREA.

A coordinate processor of the present invention therefore permits the operator to issue a double click command to a computer system via a touch sensitive display screen by locking the cursor position to a position within the display area at which an applied touch stimulus is of a magnitude exceeding a threshold value. The cursor position is unlocked when the prescribed number of clicks identifying the command is detected. Alternatively, the cursor position is unlocked if a subsequent stimulus is applied to the touch screen outside a predetermined area of the touch screen. Furthermore, the cursor position is also unlocked if the delivery of the command extends beyond a predetermined timeout period. It will therefore be appreciated that the coordi-

ETD00009120

5,432,531

7

nate processor of the present invention provides the operator of the computer system with freedom at all times to move the cursor to any point within the display area. Simultaneously however, the coordinate processor of the present invention enables the operator to issue via the touch screen a button click command to the computer system which is independent of any cursor movement command.

Referring now to FIG. 5, a single click command can be represented in the form of a curve 500 of tactile force applied to the touch screen 10 with respect to time. Button threshold THOLD is represented by reference line 420. Initially, BCNT is set to zero and NCLICK is set to 1. TIMEOUT, AREA, and THOLD are set to appropriate values by an application software program.

Initial tactile contact is made with the touch screen 10 at time t0 where curve 500 is coincident with reference line 410.

At time t1, input data value (x,y)1 corresponding to coordinates (x,y) is lower than THOLD.

At time t2 however, input data value (x,y)2 corresponding to coordinates (x,y) is greater than THOLD. Depress detect stage 280 therefore indicates that the button is being depressed and the timeout period is initialised by timer stage 290. Lock coordinates (xL,yL) are now set to coordinates (x,y) and BCNT is incremented. The cursor position is now locked to coordinates (x,y).

If coordinates (x′,y′) and (x″,y″), corresponding to force data values (x′,y′)3 at time t3 and (x″,y″)4 at time t4, are within the confines of AREA, then (x′,y′) and (x″,y″) are both replaced by lock coordinates (xL,yL). The cursor position is therefore locked at coordinates (x,y).

If either (x′,y′) or (x″,y″) are outside AREA then BCNT will be reset to zero and the next input data value to exceed THOLD will refresh lock coordinates (xL,yL) and relock the cursor position.

At time t5, input data value (x,y)5 is lower than THOLD. Therefore, release detect stage 260 indicates that the button is being released. BCNT now equals NCLICK indicating that the single click command has been detected. BCNT is now reset to zero. Therefore, the next input data value to exceed THOLD will refresh lock coordinates (xL,yL).

It will now be appreciated that a coordinate processor of the present invention also enables the operator of the computer system to issue a single click command to the a computer system via a touch sensitive display screen. In addition however, a coordinate processor of the present invention also enables the operator to issue cursor movement command to the computer system through the touch screen independently of button click commands.

Specifically, the coordinate processor of the present invention locks the cursor position to a point on the touch screen at which an applied touch stimulus has a magnitude exceeding a threshold value. The cursor position is unlocked when the button click command is detected, or if a subsequent stimulus is outside a predetermined area of the touch screen. The cursor position is also unlocked if the delivery of the command extends beyond a predetermined timeout period. It will therefore be appreciated that the cursor may be freely moved to any point within the display area depending on whether or not the operator wishes to complete delivery of the button click command.

8

Curve 510 illustrates a continuous tactile stimulus of the touch screen applied initially at time t0. BCNT is initially set to zero.

At time t1, input data value (x,y)1 corresponding to coordinates (x,y) is lower than THOLD. However, at t2, input data value (x,y)2 corresponding to coordinates (x,y) is greater than THOLD. Therefore, depress detect stage 280 indicates that the button is being depressed and the timeout period is initialised.

Lock coordinates (xL,yL) are now set to coordinates (x,y) and BCNT is incremented. The cursor position is now locked to (x,y).

At time t5, input data value (x,y)5 is not below THOLD. Therefore, if no stimulus has been applied to the touch screen outside AREA at time t5, BCNT is not reset. The cursor position remains locked to coordinates (x,y).

At time t5′ however, the timeout period expires. BCNT is therefore reset to zero. The cursor position is therefore unlocked. The next touch stimulus exceeding THOLD will thus refresh lock coordinates (xL,yL).

A coordinate processor for a computer system having touch sensitive display screen has now been described by way of example of the present invention. It will however be appreciated that the present invention is equally applicable to other absolute position pointing devices such as, for example, tablets.

Applicants claim:

1. A coordinate processor for distinguishing between cursor movement commands for a display and button click commands for a relative displacement pointing device comprising:

stimulus detection means (200) for detecting a single tactile stimulus of an absolute position pointing device (10) exceeding a force threshold within a preselected time period and directed to a point within a data display area (610) of a computer system for forming a pushbutton within a subarea of the display area at the point of the stimulus;

characterized in that the processor further comprises:

coordinate locking means (210–320) for locking a current cursor position to the point within the display area corresponding to the tactile stimulus in response to said stimulus exceeding a predetermined threshold value;

command distinguishing means responsive to the stimulative detection means to distinguish a stimulus of the pointing device for repositioning the cursor within the data display area from a stimulus of the pointing device for issuing a button click command to the computer system;

means for issuing one or more button click commands;

means for counting button click commands to lock the cursor position when a prescribed number of clicks identifying the command is detected; and

means for comparing the counted click commands to a present number for release of the cursor when the counted clicks equal the present number.

2. A processor as claimed in claim 1 wherein the coordinate locking means (210–320) further comprises:

first reset means (260,270) for releasing the cursor for movement within the data display area (610) upon detection of a predetermined button click command.

3. A processor as claimed in claim 2 wherein the coordinate locking means (210–320) further comprises:

5,432,531

**9**

second reset means (290,220,270) for releasing the cursor for movement within the data display area (610) upon expiry of a predetermined timeout period.

4. A processor as claimed in claim 3 wherein the coordinate locking means (210–320) further comprises:

third reset means (230,270) for releasing the cursor for movement within the data display area (610) upon detection of a subsequent tactile stimulus of the pointing device (10) directed to a point outside a predetermined subarea (600) of the data display area (610).

5. A processor as claimed in claim 4 wherein the subarea (600) is predetermined by the computer system to be commensurate in size with a graphical icon (620) generated within the display area (610) by the computer system.

6. A processor as claimed in claim 5, wherein the coordinate locking means (210–320) can be manually preset to identify a tactile stimulus of the pointing device (10) for issuing a single button click command to the computer system.

7. A coordinate processor as claimed in claim 6 wherein the coordinate locking means (210–320) can be manually preset to identify a tactile stimulus of the pointing device (10) for issuing a multiple click command to the computer system.

8. A processor as claimed in claim 5 wherein the coordinate locking means (210–320) is responsive to a digital input value corresponding to the force of the tactile stimulus.

9. A processor as claimed in claim 5 wherein the absolute pointing device (10) is a touch sensitive display screen (10).

10. A method of operating an absolute position pointing device as a relative displacement pointing device in a computer system including a coordinate processor (200'), a display area (610) and a touch screen (10) using a single tactile stimulus exceeding a force threshold within a preselected time period to form a pushbutton within a sub area (600) of the display area (610) at the point of the stimulus, comprising the steps of:

a) supplying predetermined values of TIMEOUT, AREA, THOLD, NCLICK to an input (200) for installation in signal processing elements (220), (230), (260), (280), respectively;

b) setting a button click counter (210) to zero "0" for button clicks BCNT;

c) setting and storing a predetermined number of clicks and comparing the counted clicks with the predetermined number for release of a cursor when the counted clicks equal the predetermined number;

**10**

d) sequentially sampling an input signal (400), (500) definitive of tactile contact and location on a touch screen (10) in terms of signal magnitude; orthogonal coordinates x, y, and time periods 1 . . . j, where j is the last sample in signal (400), (500);

e) passing the input signal to element (280) if BCNT in counter (210) is zero; the element (280) comparing the signal magnitude at n=1 to a signal threshold THOLD;

f) passing the input signal to a timer stage (220), if BCNT is greater than 0 in counter (210)|x, y|n=1 , the timer stage (220) indicating whether the time out period has been exceeded; if exceeded and a predetermined number of clicks have been counted, a reset stage (270) resets BCNT to 0 in elements (210) and (310) before passing the coordinates to element (280) for processing in accordance with steps d and e; and

g) processing succeeding process signal input sample |x', y'|n=j in accordance with steps e) through f).

11. The method of claim 10 wherein step e) comprises the steps of:

e1) if the signal magnitude is less than THOLD, the x, y coordinates at n=1 are passed to the computer system to control the position of a cursor within a display area (600) of a display (110): and

e2) if the signal magnitude exceeds THOLD, a timer stage(290) sets a timeout period for a coordinate locking stage (310) which sets a pair of lock coordinates (x1,y1) for coordinates |x, y|n=1 which are passed to the cursor.

12. The method of claims 10 or 11 wherein step f) comprises the steps of:

f1) if the timeout period in element (220) has not been exceeded, a location check stage (230) determines whether coordinates |(x, y)| n=1 are outside the AREA (600); if the coordinates are within the AREA, the |x,y|n=1 are replaced by coordinates |x1, y1| in an element (240) and supplied to a release stage (250);

f2) the release stage (250) detects whether the signal magnitude is below THOLD, if above THOLD, the signal is passed to element (280) for processing per d and e; if below THOLD, the signal is passed to a count detect stage (260); and

f3) the count detect stage (260) determines whether BCNT is equal to NCLICK; if equal, BCNT is reset to 0 by element (270) and the coordinates |x, y,|n=1 are passed to element (280) or if not equal, the coordinates |x, y,|n=1 are passed to element (280) which processes the coordinates per steps d and e.

\* \* \* \* \*

**EXHIBIT L**



# GLIDEPOINT®

U S E R ' S   G U I D E

PORTABLE
ROUND MOUSE PORT PS/2

CIRQ026512

# GlidePoint® Portable Touch Surface
# Round Mouse Port PS/2 Version
# User's Guide

**Version 1.0**
©1994, Cirque Corporation
P/N 60-000002-00

GlidePoint and Cirque are registered trademarks of Cirque Corporation.
IBM, PC-XT, PC-AT, OS/2, and PS/2 are registered trademarks of
International Business Machines, Inc. Windows is a registered trade-
mark of Microsoft Corporation. All other trademarks are property of their
respective companies.

CIRQ026513

## Table of Contents

Section 1: Introduction .........................1
  What's Included in this Package ...........1
  System Requirements ......................2
Section 2: Quick Start Guide ...................3
Section 3: Installing the GlidePoint Software .....4
Section 4: Using GlidePoint ....................6
  GlidePoint Tutorial .......................6
  Hints for Using GlidePoint ................6
Section 5: Using the Windows GlidePoint Control Panel ......8
  Using the Help Screen ....................8
  Tracking Speed ...........................8
  Acceleration Profile ......................9
  Double Click Speed .......................9
  Buttons ................................10
  Reverse Coordinates .....................13
  Pointers ...............................13
  Rotation ...............................11
  Other Option Settings ...................12
Section 6: Technology and Specifications ........13
  GlidePoint Specifications ................13
Section 7: Technical Support and Other Information ..14
  Technical Support .......................14
  Troubleshooting ........................14
  Returning Items to Cirque ...............15
  Cirque's Limited Lifetime Hardware Warranty ..16

## FCC Notice

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.

- Increase the separation between the equipment and receiver.

- Connect the equipment to an outlet on a circuit different from that to which the receiver is connected.

Changes or modifications not expressly approved by the party responsible for compliance can void the user's authority to operate the equipment. This product is equipped with a shielded cable. Extension cables, if used, must be shielded in order to comply with the emission limits.

This device complies with Part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**FCC ID: LG8CC0001**

CIRQ026514





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 9417  SALT LAKE CITY UT

POSTAGE WILL BE PAID BY ADDRESSEE

CIRQUE CORPORATION
2850 E 3300 S
SALT LAKE CITY UT  84109-9930

CIRQ026515

**G L I D E P O I N T** ®

GlidePoint
Serial # ⌷⌷⌷⌷-⌷⌷⌷⌷⌷

Name: ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

Title: ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

Company: ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

Address: ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

City: ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷
                                    State            Zip

Daytime
Phone:  ❑ Home ❑ Work ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷ Ext. ⌷⌷⌷

Date purchased:_____ Where?_____ Price Paid?_____
How did you learn about GlidePoint?_____
Computer Make/Model: _____
Comments: _____
_____

❑ Please send a 5-1/4" GlidePoint driver diskette
                                              Cirque Corporation

CIRQ026516

# Section 1: Introduction

Thank you for purchasing a GlidePoint touch surface. GlidePoint touch surface is a revolutionary product made specifically for portable computers. Just glide your finger across the surface to move the pointer. Wherever your finger goes on GlidePoint, the pointer goes on the screen.

When using the GlidePoint touch surface, no contact force is required. A light touch works best. For fine positioning, simply roll your finger tip. To click, you use the buttons at the bottom like mouse buttons, or tap on the GlidePoint surface instead. After you install your GlidePoint, run the tutorial for tapping instructions, fun practice, and additional hints. You can't help but smile while using GlidePoint!

Section 2 contains a Quick Start Guide to installing your new GlidePoint, while Section 3 provides detailed instructions on installing the GlidePoint and the GlidePoint device driver software for DOS and Windows. Section 4 explains how to run the tutorial and gives you pointers on using GlidePoint. Once you know how to operate GlidePoint, Section 5 describes how to adjust GlidePoint settings in the GlidePoint Windows Control Panel to best meet your needs. Sections 6 and 7 provide information on specifications and technical support.

## What's Included in this Package

In this package, you should find the following items:

- One GlidePoint touch surface pointing device **(see figure 1-1)**

- One GlidePoint User's Guide including a Quick Start section

- A 3.5" diskette containing GlidePoint utilities and drivers, GlidePoint tutorial, and Readme file

- Warranty card for registering ownership of your GlidePoint with Cirque Corporation

- Four Velcro fasteners **(see figure 1-2)**

If any of these items are missing or damaged, please contact Cirque Corporation Technical Support at 1-800-GLIDE75 (454-3375.)

1

CIRQ026517

## System Requirements

Before installing GlidePoint, make sure your system meets the following requirements:

- **PS/2 mouse port (Round 6 pin)**

  (The PS/2 version does not support 9 pin serial interface, even with adapter cables.)

- MS-DOS Version 3.3 or above

- Microsoft Windows Version 3.1 or above

- 3-1/2" floppy disk drive (if you only have a 5-1/4" drive, you will need a 5-1/4" GlidePoint software diskette. You can request a 5-1/4" GlidePoint software diskette on the enclosed Warranty Registration Card, or by calling our Technical Support department at 1-800-GLIDE75 (454-3375)

**Note >** *Although beneficial, it is not necessary to install and use the included software with this product. GlidePoint is compatible with most standard mouse software drivers.*



**Figure 1-1**



**Figure 1-2**

2

## Section 2: Quick Start Guide

Here is a quick guide to get your GlidePoint up and running in just a few minutes. Follow the steps below to install and begin using your GlidePoint.

1. Turn off your computer. This is necessary to properly start up your new GlidePoint and to protect your computer's PS/2 mouse port from damage.

2. Plug GlidePoint's connector into the round PS/2 mouse port on your computer. **(see figure 1-3)**

3. Turn on your computer.

4. GlidePoint will work with most standard mouse drivers. If you do need to install the GlidePoint drivers, See Section 3: Installing GlidePoint.

5. You're ready to begin using GlidePoint! Just glide your finger across the touch surface to move the pointer. Remember not to exert pressure when gliding and tapping. GlidePoint responds to a light touch, not to contact pressure. You don't need to tap hard. A light, touch-tap works best.

To learn more about using GlidePoint, refer to Section 4: Using GlidePoint or run the program **TUTORIAL.EXE** (located on your GlidePoint diskette) from Windows.



**Figure 2-1**

3

# Section 3: Installing the GlidePoint Software

*The GlidePoint installation program must be run from DOS to install both the DOS and Windows drivers.*

The installation program copies the files for the GlidePoint device drivers for Windows and/or DOS to your hard drive. It allows you to specify which drivers to install and to which directory to install them. Install also updates Windows startup files to use the new driver and control panel. It also has an option to update your **AUTOEXEC.BAT** and **CONFIG.SYS** file to load the driver automatically when DOS starts up.

To install the GlidePoint device drivers for Windows and/or DOS follow these steps:

1. Connect the GlidePoint to the PS/2 mouse port with the power off.

2. Turn your computer on.

3. Insert the GlidePoint Installation Disk in drive A or B.

4. At the DOS prompt type **A:INSTALL** if using drive A, or **B:INSTALL** if using drive B.

5. Follow the instructions as prompted by the installation program. During the installation process, press the F1 key for additional details and pointers on installation.

6. Make your installation selection. You may choose to install **DOS and Windows, DOS only,** or **Windows only.**

7. The program will scan your hard drive to locate any other mouse drivers currently installed. If an existing mouse driver is located, Install will suggest that you install the GlidePoint device driver in the same directory. If no existing driver is located, Install will suggest that you install the GlidePoint device driver in C:\GLIDE. You can install the GlidePoint device driver in any directory you wish by specifying that directory at this time.

8. Install will copy the appropriate files to the specified directory.

9. After the appropriate files are copied to your hard drive, Install gives you the option to automatically update your AUTOEXEC.BAT and CONFIG.SYS files. This option will remove any conflicting driver references that may exist. We recommend choosing this option.

   *(Install automatically makes backup files of AUTOEXEC.BAT and CONFIG.SYS in the event an error occurs in automatic update.)*

10. Installation Complete. You can either restart your computer from this point or exit back to DOS.

**Note >** *If you exit to DOS after this installation, you will need to re-start your computer in order for the software modifications to your AUTOEXEC.BAT and CONFIG.SYS to take affect.*

4

5

CIRQ026519

# Section 4: Using GlidePoint

## GlidePoint Tutorial

The GlidePoint Tutorial program located on the enclosed 3.5" diskette will guide you through the basics of using GlidePoint. It will give you a chance to practice using GlidePoint's exciting new features, such as moving the pointer with your finger and tapping instead of pressing buttons. The tutorial will also give you helpful hints on using GlidePoint. This is the best way to learn about your GlidePoint.

Before running the tutorial, make sure the GlidePoint Touch Surface and necessary drivers are properly installed. If you installed the GlidePoint drivers, TUTORIAL.EXE was automatically installed on your system. If you did not install the GlidePoint drivers, you can run the tutorial by following these steps.

1. From the Windows Program Manager, choose "RUN" from the File Menu.

2. The tutorial is located on your GlidePoint device driver disk. Insert the driver disk into the appropriate disk drive. Type **A:TUTOR.EXE** if using drive A, or **B:TUTOR.EXE** if using drive B.

3. Follow the instructions in the tutorial and have fun gliding and tapping.

## Hints for Using GlidePoint

• To move the pointer, lightly glide your finger across the touch surface. You don't need to apply contact pressure. In fact, the lighter the touch, the better the GlidePoint will respond.

• You can use the mechanical buttons to "click," or you may tap lightly and quickly on the touch surface to activate button functions. Again, GlidePoint responds best to quick, light taps. You don't need to tap hard — GlidePoint doesn't sense pressure. A light touch-tap works best. Use the following taps in place of clicks:

Single tap         =   Single button "click"           **(see figure 4-2)**

Double tap        =   Double button "click"          **(see figure 4-3)**

Double tap and hold  =   Drag / Highlight

6

• To fine tune the position of your pointer, simply roll your finger slightly in the desired direction.

• Use the Windows GlidePoint Control Panel to set the most comfortable speed for your GlidePoint. See Section 5: Using the Windows GlidePoint Control Panel for detailed instructions on setting speed, acceleration, and other parameters.

• Dragging (double tap, hold on second tap, and glide) draws lines in some programs, such as Windows Paintbrush.

• Turn acceleration off for drawing (in the Windows Control Panel).

**Figure 4-1**
**"Gliding"**

**Figure 4-2**
**Single Tap**

**Figure 4-3**
**Double Tap**
**and Drag**

7

CIRQ026520

# Section 5: Using the Windows GlidePoint Control Panel

The GlidePoint Control Panel is designed to allow you to customize the operation of your GlidePoint in Windows. Go to the Windows Program Manager to access the GlidePoint Control Panel. If the GlidePoint Control Panel does not appear, the driver software may not be installed correctly. Refer to "Installing the GlidePoint Device Driver for Windows" in Section 3 and make sure all steps were followed properly. The sections below describe the functions and features of the Control Panel.

## Using the Help Screen

Clicking on the Help button brings up the Help screen at any time. All of the GlidePoint Control Panel functions are described in the Help screen to assist you with the operation of the Control Panel.

## Tracking Speed

The tracking speed scroll bars are used to adjust the speed of your GlidePoint.

- X controls horizontal movement
- Y controls vertical movement

To give x and y the same speed, click on the box labeled "Lock X and Y together." Now both slide bars will move together when you adjust the speed.

To reduce the pointer speed, move the scroll bar in the "Slow" direction. To increase the pointer speed, move the scroll bar in the "Fast" direction.

***HINT:*** *When first using your GlidePoint, you may prefer to use a Slow setting to become familiar with its operation. You may wish to increase the speed setting as you become proficient with GlidePoint.*

8

## Acceleration Profile

The Acceleration Profile allows you to adjust the acceleration of the pointer for both slow and fast movements. You can choose from three active settings—**Slow**, **Moderate**, and **Fast**, and one inactive setting—**Unaccelerated**. Selecting faster acceleration increases the pointer's maximum speed. Selecting slower acceleration decreases the rate at which the pointer speeds up.

For example, when you select **Slow**, **Moderate**, or **Fast** acceleration, the GlidePoint responds slowly to small movements of your finger, allowing you to make precise selections involving limited areas of the screen. If you select **Fast** acceleration, when you move your finger rapidly across the touch surface, the GlidePoint pointer accelerates more quickly, covering larger areas of the screen. When you choose **Slow** acceleration, the pointer does not speed up as much with rapid finger movements.

When you select **Unaccelerated**, the pointer maintains the same rate of speed as your finger on the touch surface. You should select **Unaccelerated** when drawing (Paint programs, for example) with GlidePoint.

## Double Click Speed

The Double Click Speed slide bar sets the maximum time between clicks that Windows will interpret as a double-click.

A slower Double Click Speed setting allows a longer time between the two clicks of a double-click. In other words, at a slower setting you can pause longer between clicks and Windows will still interpret the action as a double-click.

Follow these steps to set the double-click speed:

1. Position the slide bar.
2. To determine if the setting is appropriate, double tap the touch surface of the GlidePoint in the Test box, or use the button to double-click the Test box. The Test box switches between black and white each time a double tap or click is detected.

If the double tap or click speed is not set to your satisfaction, reposition the slider bar and try the Test box again.

9

## Buttons

The Buttons check box allows you to switch the functions of the left and right buttons on the GlidePoint. Normally, the left button is the primary button, which performs most Windows menu and command operations. To select the right button as the primary button, select the Swap box. The change will take effect immediately.

*Note >> After selecting Swap, to exit the Control Panel, remember to use the right button to select OK or Cancel. You can also use the right button to disable the Swap feature and return to normal operation.*

**Left Handed Users:** *When you select the right button as the primary button, you should also set the taps as primary to correspond to the right button. This can be done using the DOS utility* **GPSETUP.EXE**. *Run this program from DOS using the command line switch* **"GPSET-UP/TR"***. It is recommended to run* **GPSETUP** *before any mouse drivers are loaded, e.g. , run it from the* **AUTOEXEC.BAT** *file.*

## Reverse Coordinates

Selecting the Reverse Coordinates check box reverses the direction the pointer moves along the horizontal and vertical coordinates. When selected, if you move your finger to the right, the pointer moves to the left; if you move your finger down, the pointer moves up, and so on. Tap or click the check box to enable this feature.

## Pointers

Selecting the Pointers button opens the Pointer Option dialog box. From here you can select the pointer that will appear on your screen. The following options are available:

**Choose Pointer:** Select the desired pointer from the group of nine pointers displayed. You may choose a black, white, or transparent pointer in small, medium, or large size. The relative size you select will also apply to other Windows pointers, such as the I-beam and the hourglass.

**Enable Pointer Growth:** This feature is only available if you select a medium or large pointer. When you click this box, the pointer will expand to the selected size as you move it. The Threshold slider bar adjusts the speed at which the expanded pointer appears. The Delay slider bar setting determines how long the expanded pointer stays visible after the pointer stops moving.

The Pointer Growth settings take effect immediately. Experiment with different settings to see how they affect the pointer growth.

**Pointer Trails:** Use this scroll bar to produce a pointer trail image on the screen as you move the pointer. This helps make the pointer more visible on the LCD screen. As you move the slider bar toward Max, the trail that appears to follow the pointer becomes larger.

Click OK when you're done to save your settings and return to the GlidePoint Control Panel.

*Note >> The Pointer Trails slide bar will appear dimmed if the type of display detected by the GlidePoint device driver cannot be used with this feature. This is sometimes the case when a third-party video driver has been set up under Windows. Because many video boards and monitors support the standard Windows drivers, you can substitute a Windows driver to enable the Pointer Trails feature. You may switch back to the OEM supplied driver at any time.*

## Rotation

Clicking the Rotation button brings up a dialog box which allows you to change the rotation of the pointer movement and choose button assignments. Click **Set Rotation** to change the angle at which the GlidePoint responds to the different angular movements of your finger on the touch surface. Normally, when you move your finger straight up and down the touch surface, the pointer moves from the top to the bottom of the screen. By changing the rotation response, you can make the GlidePoint pointer move at a 45 degree angle, side to side, or any other angle from the original up and down movement. This response is useful if you find it more comfortable to position the GlidePoint at different angles.

11

10

CIRQ026522

The **Set Buttons** box allows you to switch the functions of the primary and secondary buttons.

## Other Option Settings

The DOS GlidePoint device drivers (**GLIDE.COM & GLIDE.SYS**) include a number of additional options and settings such as :

Removing the Driver Software

Memory Configurations

Sensitivity Settings

Button Mapping

Clicklock

Rotation Angles

**And many more options!**

Your GlidePoint diskette includes the file **GLIDE.TXT** which can be viewed or modified using the DOS "TYPE" command or the text editor of your preference.

# Section 6: Technology and Specifications

**GlidePoint Specifications**

| | |
|---|---|
| **Compatibility:** | MS-DOS based compatible machines only, DOS 3.3 or Windows 3.1 |
| **Size:** | Measures just 3.4" x 2.7" x 0.5" |
| **Weight:** | 2 oz |
| **Cable connector:** | PS/2 round 6 pin mouse port (9 pin PS/2 - Serial adapter is not supported) |
| **Supply voltage:** | 5v +/- 5% |
| **Power consumption:** | 7 mA |
| **Tracking speed:** | Up to 1000 mm/second |
| **Resolution:** | Up to 40 counts/mm |
| **Touch force:** | No contact pressure required |

13

CIRQ026523

# Section 7: Technical Support and Other Information

## Technical Support

Your GlidePoint has been designed for quick and easy installation. If your computer requires a 5-1/4" diskette, simply send in the Warranty Registration Card or call the Technical Support phone number below and one will be promptly mailed to you.

If you have any problems installing or using your GlidePoint, please re-check the section of the manual that relates to your problem. If you are still unable to solve the problem, call the Technical Support number below:

GlidePoint Technical Support:    **1-800-GLIDE-75 (454-3375)**

Technical Support Hours:    8 a.m. – 4 p.m. M-F Mountain time

If you need to contact Technical Support, please have the following information ready — it will help to speed the troubleshooting process.

- Serial Number on your GlidePoint
- Date of GlidePoint purchase
- Where GlidePoint was purchased
- Brand and Model of computer
- Version of Operating System (e.g. DOS 6.0)
- Version of Windows, if applicable (e.g. Windows 3.1)
- Version of mouse driver installed
- Name and Version of application (e.g. Word 5.0)

## Troubleshooting

The GlidePoint Touch Surface is Plug and Point. You should be able to simply install the GlidePoint Touch Surface and begin using. If you do encounter problems with your GlidePoint, please verify that you have fol-lowed our installation procedures.

Some notebook computers require that you disable any built in pointing devices such as trackballs. If your GlidePoint Touch Surface does not respond after installation, it may be necessary for you to disable any built in pointing devices.

14

If you experience trouble, try the following: Be sure you are plugged into a mouseport, not a keyboard port. Connect while your computer is turned off. Install a driver and read the User's Guide. If you need any further assistance with this please call our Technical Support Staff at [(800) 454-3375].

## Returning Items to Cirque

If you need to return GlidePoint for warranty repair contact our Technical Support Staff at [(800) 454-3375] to receive an RMA number, pack GlidePoint securely and include an explanation of the problem and a copy of the dated Bill of Sale, label the box with the RMA number clearly visible, and send the package prepaid and insured to Cirque Corporation at the address below:

Attn:        GlidePoint Technical Support

Cirque Corporation

2850 East 3300 South

Salt Lake City, Utah 84109

RMA # _____

15

### Cirque's Limited Lifetime Hardware Warranty (Non-Transferrable)

Cirque's GlidePoint® Touch Surfaces are warranted to be free from failures due to defects in material and workmanship for as long as you own them. For 2 years from date of purchase, Cirque will, at its sole option, replace or repair at no charge the product which, in its opinion, is defective.

After 2 years from the date of purchase, Cirque will, at its sole option, replace with a current version with comparable functions and features or repair the defective product. Cirque will charge you a fixed fee to cover handling and service costs based on Cirque's then current price schedules.

Customer is responsible for packaging and freight to ship defective Glidepoint products to Cirque, and Cirque is responsible for charges to ship the repaired or replacement product. In the case of charges for which you are liable, the replacement product will be sent C.O.D.

If a product has been modified or altered, the plastic enclosure has been opened, or the failure is the result of misuse, abuse, accident or misapplication, Cirque has no obligation to repair or replace the product.

Before returning a failed unit, you must obtain a Return Merchandise Authorization (RMA) number by calling Cirque's Customer Service: call (800) GLIDE75 (454-3375). The RMA number should be prominently displayed on the outside of the returned package and on the accompanying packing list. Cirque cannot be held responsible for any package returned without an RMA number.

Except as expressly provided above, the hardware and accompanying written materials are provided "as is" without warranty of any kind, including the implied warranties of merchantability and fitness for a particular purpose, even if Cirque has been advised of that purpose. In no event will Cirque be liable for any direct, indirect, consequential or incidental damages arising out of the use of or inability to use such product even if Cirque has been advised of the possibility of such damages.

Warranty claims may not be honored if there is no corresponding registration card on file at Cirque Corporation.

*16*

CIRQ026525

**EXHIBIT M**

# EXHIBIT M

# THE CALDER '531 PATENT AND GLIDEPOINT USER'S GUIDE CLAIM CHART

**EXHIBIT M**

| |
|---|
| **COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '591 PATENT TO CALDER '531 PATENT AND GLIDEPOINT USER'S GUIDE** |

| | |
|---|---|
| 9.  A method for recognizing a drag gesture made on a touch-sensor pad in a touch-sensing system providing X and Y position information to a host, including the steps of: | The GlidePoint User's Guide teaches an implementation of the basic mouse button click operations, including a drag operation.  GlidePoint User's Guide at 6-7.  In particular, the GlidePoint User's Guide shows how to implement a drag gesture by detecting a double tap.<br><br>For example, on page 6, the GlidePoint User's Guide shows the implementation of a drag gesture, which is referred to as a "Double tap and hold" – shown below:<br><br>• You can use the mechanical buttons to "click," or you may tap lightly and quickly on the touch surface to activate button functions. Again, GlidePoint responds best to quick, light taps. You don't need to tap hard — GlidePoint doesn't sense pressure. A light touch-tap works best. Use the following taps in place of clicks:<br><br>Single tap      =   Single button "click"    **(see figure 4-2)**<br>Double tap     =   Double button "click"<br>Double tap and hold  =   Drag / Highlight    **(see figure 4-3)**<br><br>            6<br><br>Further, on page 7, Figures 4-2 and 4-2 show how such an operation can be implemented for a double-tap and drag.<br><br><br><br>            7<br><br>The Calder '531 patent, in FIGS. 1-5 and corresponding text, disclose a method for recognizing a double tap gesture for a touch pad system and providing x-y information to a host. |
| detecting a first presence of a conductive object on the touch- | The Calder '531 patent, in FIGS. 2 and 4 and corresponding text, disclose detecting a first presence of |

| **COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '591 PATENT TO CALDER '531 PATENT AND GLIDEPOINT USER'S GUIDE** | |
|---|---|
| sensor pad; | a conductive object on a touch pad. *Id.* at 4:60-62. For example, referring to FIG. 4 shown below, at t2, the input data value increases above THOLD to detect the first presence of an object.  |
| comparing the duration of said first presence with a first reference amount of time; | The Calder '531 patent, in FIG. 4 and corresponding text, disclose a first reference amount of time as "TIMEOUT." This TIMEOUT is compared with the elapsed time between t2 and the transition of stimulus pressure below THOLD between t5 and t6. *Id.* at 6:25-28. |
| initiating a drag gesture signal to the host indicating the occurrence of a gesture if the duration of said first presence is less than said first reference amount of time; | The Calder '531 patent teaches setting BCNT = 1 indicating the presence of the first contact above THOLD and the duration of such contact being less than TIMEOUT. *Id.* at 6:11-17. Calder expressly states that this signal can be used as a single button click or as a mouse that would select a given icon, as would be performed to start a drag operation, as shown in the GlidePoint User's Guide a Figure 4-3. |
| detecting a second presence of said conductive object on the touch-sensor pad; | The Calder '531 patent teaches that the second reference amount of time is that time which remains in TIMEOUT after the t5/t6 transition noted above. If the second presence does not occur within this amount of time, BCNT is set to 0. *Id.* at 6:50-52. The Calder '531 patent teaches that the second presence occurs at t8 (see FIG. 4). *Id.* at 6:34-37. |

| COMPARISON OF ASSERTED CLAIMS OF SYNAPTICS' '591 PATENT TO CALDER '531 PATENT AND GLIDEPOINT USER'S GUIDE | |
|---|---|
| comparing the duration between said first presence and second presence with a second reference amount of time; | The Calder '531 patent teaches that the third reference amount of time is TIMEOUT. However, for the second presence, TIMEOUT begins afresh at t8, as indicated by TIMEOUT RESET in FIG. 4. *Id.* at 6:35-36 |
| maintaining said drag gesture signal and repeatedly sending X and Y position information to said host for the duration of said second presence if the amount of time between said first presence and second presence is less than said second reference amount of time. | Because it was well known to implement a drag operation by way of a double tap as shown by the GlidePoint User's guide, one of ordinary skill would have known and implemented maintaining the drag feature using the techniques disclosed in the Calder '531 patent to maintain the operation of the double tap if detected. |

**EXHIBIT N**

**3/9/16    (Item 16 from file: 275)**
DIALOG(R)File 275:Gale Group Computer DB(TM)
(c) 2006 The Gale Group. All rts. reserv.

01506850    SUPPLIER NUMBER: 11987636    (THIS IS THE FULL TEXT)
**What ever happened to ... the Gavilan mobile computer? (Gavilan Computer Corp.) (Tech Section)**
Dvorak, John
Computer Shopper, v12, n4, p668(1)
April, 1992
ISSN: 0886-0556    LANGUAGE: ENGLISH    RECORD TYPE: FULLTEXT; ABSTRACT
WORD COUNT:  1161    LINE COUNT:  00087

ABSTRACT:  The Gavilan Computer Corp, originally the Cosmos Computer Corp,
developed its portable computer based on the Intel 8088 microprocessor
using complementary metal oxide semiconductor (CMOS) components for high
speed. The software for the product was a proprietary object-oriented
operating system. Gavilan's design was sleek for the time - the early 1980s
- and implemented a solid state mouse touch panel located between the
keyboard and the liquid crystal display (LCD) screen. The pad was awkward
and accident prone, leaving the users no place to rest their palms. In
spite of the 8088 processor, Gavilan did not use MS-DOS, only offering it
as an option after the company realized its popularity. Gavilan also chose
the wrong size for the disk drive, leaving the product without access to
most software. When the product shipped in 1984, there were fundamental
bugs in the $3,995 machine. Competitors offered other machines at lower
prices and had better distribution methods. Although the company went
bankrupt, devotees of the machine formed users groups and built Gavilans
from parts and accessories acquired at public auction.

TEXT:
    How soon they forget. Over the last few years, laptops have become
lightweight, powerful, and nearly as good as any desktop system. Jump back
a few years to 1982, and the laptop you take for granted today would have
been considered a minor miracle.
    First, in 1982, LCD (Liquid Crystal Display) screen technology was
primitive, and there was no backlighting. To put things in dramatic
perspective, the then standard of excellence for portable computing was the
20-pound Osborne I. Later Compaq would emerge with its IBM version of the
20-pound Osborne. About this time, an upstart company popped on the scene
with a deluge of hoopla and fanfare. It was the Gavilan--the prototype for
today's modern laptop.
    Gavilan Computer Corp. was founded by Manny Fernandez in February
1982. It was believed, at the time, that he raised $31 million in venture
capital for the start-up. Fernandez, who had been a president of Zilog,
recruited John Banning, his former dirctor of software and architecture at
Zilog, to head the software development team that included two former Apple
programmers and three alumni of the Xerox Palo Alto Research Center (PARC).
    Gavilan's original name was Cosmos Computer Corp. The name was chosen
because the founders believed its suggested "OS" for operating system and

"CMOS" for complementary metal-oxide semiconductor. Other than the 8088 CPU and the disk-drive controller, the Gavilan used all high-speed, low-power CMOS components. The software would be based on an object-oriented operating system the company was developing.

Their plans combined all of the advanced technological trends of the period into one blockbuster product. It took advantage of the trend towards portable computing that the Osborne 1 started, the new CMOS technology, and object-oriented programming methods being developed for SmallTalk at Xerox PARC--the type of icon-based user-interface Apple was developing for the Lisa and, later, the Macintosh.

Aesthetically, the Gavilan was a sleek black unit in a half-clamshell case design, foreshadowing the design of today's laptop computers at a time when the laptop state-of-the-art was the Tandy Model 100.

Not content to merely use existing technology, Gavilan set out to create a touch panel, officially referred to as a "solid-state mouse." The touch panel, located between the keyboard and the flip-up LCD screen, controlled the user-interface. The central area of the touch panel controlled the pointer in much the same way a mouse does. The pointer moved across the screen relative to the movement of your finger on the touch panel.

There were also several separate areas of the touch panel that invoked specific functions. Tapping one of these areas with your finger called up a context-sensitive help screen or a menu of basic functions. Other areas of the touch panel included commands to select, cancel, extend, and scroll. Anyone, like myself, who actually played with this pad found it to be awkward and uncomfortable. It was at the top of the keyboard, the user had to worry about hitting keys, and there was no place to rest your palm.

Unfortunately, as for the machine's problems, this was the tip of the iceberg. For example, although the machine used Intel's 8088 microprocessor, MS-DOS was not included in the original plans for the computer. It wasn't until it became apparent just how popular the IBM PC was that MS-DOS was included, and then only as an option.

Another problem was the floppy disk drive. Gavilan originally intended to use the odd 320K 3-inch-format floppy drive, then being promoted by Amdek and others. The prototype shown at the 1983 Spring COMDEX in Atlanta used the 3-inch floppy drive.

By the time the Gavilan began shipping, though, they had switched to a 360K 3.5-inch format. Even that was problematic at a time when all the available software was on 5.25-inch floppies. No matter, Gavilan arrogantly assumed that users were better off buying their software on the memory "capsules" used by the Gavilan, since the programs had to be loaded from disk into the memory capsules anyway. All the while the designers never worked on ways to transfer data to and from a desktop machine.

Finally, quantity shipments of the Gavilan didn't begin until June 1984, although the company kept promising 1983 dates.

In the interim, the press was told that some bugs had been discovered. This was not suprising in a product that used so many new technologies. Some veteran analysts had wondered whether the Gavilan would ship at all. Fixing the bugs, however, required some fundamental changes. Those changes caused the more than six-month delay in quantity shipments

between late 1983 and June 1984.

When the Gavilan finally did ship, customers were scarce. At a list price of $3,995 for the 96K regular model with a 16-line-by-80-character LCD screen and $2,995 for the 64K SC model with an 8-line-by-80-character display, it was too expensive for a machine that didn't have the IBM PC's "full" 256K of RAM.

There were also other machines on the market by this time that had the features users really needed at a lower price. Data General's DG/One, Hewlett-Packard's HP110, MicroOffice's RoadRunner, Morrow's Pivot, Quadram's Datavue 25, and Zenith Data Systems' ZP 150 were all available at about the time the Gavilan was actually shipping. All had comparable memory and features, and many at lower prices.

Another major problem was the method of distribution. Gavilan tried to use VARs (value-added reseller) to sell their product. On the whole, VARs were not as well established in portable computers, and there were fewer of them to sell the Gavilan. This made it even more difficult for the company to recoup its large development costs, and within six months of releasing the Gavilan Mobile Computer, the company had collapsed into bankruptcy.

The computer itself proved somewhat more durable than the company. The following year, a group calling itself the Gavilan Users Group (GUG) was building Gavilans from a stockpile of parts and accessories acquired at a public auction and selling the once costly machine for $800. By 1986, GUG had 12 branches in the United States.

Manny Fernandez licked his wounds, and after the failure of Gavilan in November 1984, he became CEO of Dataquest, Inc., the market research firm. He left there in January 1991, to take a similar position with Dataquest rival the Gartner Group.

John Dvorak is a noted industry columnist and writer with scores of articles, columns, and books to his credit.

COPYRIGHT 1992 Ziff Davis Publishing

DESCRIPTORS:  Laptop/Portable Computer; History of Computing; Design; Product Failures; Competition; Distribution Management
SIC CODES:  3571  Electronic computers
OPERATING PLATFORM:  Intel 8086/8088
FILE SEGMENT:  CD File 275



**Laptop Repair**
discount repair on all brands free estimates 888 665-3863
laptoprepair.com

**Mobile Computer**
$899 Notebook with 14" Display or $719 Desktop from Dell™ Home
www.Dell.com

**Mobile Computer Cabinets**
Industrial grade and big selection. Call today for product assistance.
www.compmark.com/cabinets

**EasySy**
CAN-23
adapter
www.ea

Ads by Goooooogle

**Home** | **About** | *Collections* | **Stories** | *Help!* | **News & Links** | **Friends** | **Lets Talk!** | **Events & Visiting** | **Search**

# Gavilan Mobile Computer

In late 2004 Bryce Beck of the silicon valley donated these two fine Gavlian mobile computer systems. Byte Magazine described the Gavilan as one of the 20 spectacular failures of the PC business:

*This early 8088-based laptop had an eight-line LCD screen, an innovative touchpad, and an optional printer that attached to the back. But it wasn't PC-compatible and suffered from technical problems. In 1984, a Gavilan executive announced, "The microcomputer industry is entering a new chapter -- Chapter 11."*

Read about the Gavilan's launch at the 1983 National Computer Conference in the following excerpt:

*Gavilan mobile computer. This is a note-book-size book-size unit (11.4 X 11.4 X 2.7 ) with a 16-bit 8088 mpu, 80K of memory, 3 microfloppy disk, RS-232 interface, 300 baud modem, and full-stroke keyboard. That's for starters. It also has an LCD display (8 lines X 66 characters) with a Lisa-like (VisiOn-like?) software system of windows, files, menus, and interactive prompts. To select what you want to do, a 3.5 X 1.4 solid state touch pad is mounted above the keyboard; your finger takes the place of the mouse on Lisa.*



**Donor of the Gavilans, Bryce Beck**



**DSC00470.JPG**



**DSC00471.JPG**



**DSC00472.JPG**



**DSC01568.JPG**



**DSC01569.JPG**



DSC01570.JPG



DSC01571.JPG



DSC01572.JPG



DSC01574.JPG



DSC01575.JPG



DSC01576.JPG



**DSC01577.JPG**



**DSC01578.JPG**

**DSC01579.JPG**







**DSC01581.JPG**

**DSC01580.JPG**

**DSC01582.JPG**

**Gavilan Peripherlas and Documentation**


DSC02354.JPG


DSC02355.JPG


DSC02356.JPG


DSC02357.JPG


DSC02358.JPG


DSC02359.JPG



DSC02360.JPG



DSC02361.JPG

**See Also:**

Oldcomputers.net's **page on the Gavilan SC**

Please send site comments to our Webmaster.
**Please see our notices** about the content of this site and its usage.
*(cc) 1998- 2006 Digibarn Computer Museum, some rights reserved under this Creative Commons license.*

**EXHIBIT O**

19 of 21 DOCUMENTS

Copyright 1994 Computerworld, Inc.

# COMPUTERWORLD

Computerworld

**May** 2, 1994

**SECTION:** DSKTOP COMP; Pg. 41

**LENGTH:** 550 words

**HEADLINE: Trackball** alternative shows promise;
New kind of mouse for portables has no moving parts, requires no cleaning

**BYLINE:** Michael Fitzgerald; CW Staff

**BODY:**

Users who run into trouble with dirty mice, particularly on portables with their smaller **trackballs,** will soon have an alternative that is as simple as letting your fingers do the pointing.

**Cirque** Corp. is scheduled today to release its **GlidePoint** finger mouse, a 3- by 3-in. **touch-screen** device that replaces the standard mouse. The 2-in. wide, touch-sensitive screen lets the user glide a finger across the screen to move the cursor. To "click" on the screen, a user simply taps it lightly. To double click, the user taps twice. A tap and a hold lets users drag icons or other on-screen objects. **GlidePoint** also has conventional mouse buttons at its base.

"There are no moving parts, so it doesn't get all dirty or gunked up," said James O'Callaghan, **Cirque's** vice president of marketing and administration, in reference to a problem that occurs both in regular mice and portables that use **trackballs.**

Vendors acknowledge the problem with mice and **trackballs** and have always instructed users to clean them regularly.

Important or not?

A spokesman at Toshiba America Information Systems, Inc. termed the problem a minor one. He said Microsoft Corp. is developing a new mouse, due out in late June, that promises greater ease of use.

**Trackball** dirt "is not something that's a make-or-break issue, but they do become unresponsive after a while, in my experience," said Victor Mutnick, corporate vice president of information systems at New York Life Insurance Co.

Mutnick said he was lukewarm to something like **GlidePoint.** "Just hooking up a mouse or having to plug something in the port, that's always a bugaboo" with users, Mutnick said.

At the same time, he said his users often complain about **trackballs** and find them less responsive than mice. "If it's better than a **trackball,** it could be good for us," Mutnick said.

Some users were more interested in **GlidePoint's** approach.

Trackball alternative shows promise;New kind of mouse for portables has no moving parts, requires no cleaning
Computerworld May 2, 1994

Michael J. Henderson, PC coordinator at James River Corp.'s Neenah Technical Center in Neenah, Wis., also said that in his experience, built-in **trackballs** frequently lose their responsiveness.

"New technology does need to be developed, and this technology sounds like it could be heading in the right direction," Henderson said.

**GlidePoint** can be positioned wherever the user finds it most comfortable and will fit on a plane tray table next to a notebook. It is Microsoft mouse-compatible and connects through the mouse port. It works with IBM-compatible PCs but not Apple Computer, Inc. Macintoshes.

Analysts generally were pleased by the notion of a finger mouse, some because they personally do not like to use **trackballs.**

No more mice

Others said they like **GlidePoint** enough to swear off the **trackballs** more efficient cousin, the mouse.

"I will never use a mouse again," said Tim Bajarin, president of Creative Strategies Research International, Inc. in San Jose, Calif.

Andrew M. Seybold, editor in chief

of the "Outlook" newsletters on computing, dissented, saying users might not be good enough with their fingers to use the device. They also might notlike its cables.

**GlidePoint** will retail for $ 99 and will be distributed initially only through Ingram Micro, Inc., although Salt Lake City start-up **Cirque** is talking directly with retail chains, according to O'Callaghan.

**GRAPHIC:** Illustration:Dave Marshall

**LOAD-DATE:** May 11, 1994