KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.    C06-01839 PVT<br><br>**SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF KARL J. KRAMER**<br><br>Date:     June 24, 2008<br>Time:    2:00 p.m.<br>Dept:    Courtroom 5, 4th Floor<br>Magistrate Judge Patricia V. Trumbull |

1    Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11,

2    and 79-5(d), Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under

3    seal the following documents:  (1) Confidential Reply Brief in Support of Synaptics' Motion for

4    Preliminary Injunction ("Reply Brief"), and (2) Exhibit H to the Declaration of Erika L.

5    Yawger in Support of Synaptics' Motion for Preliminary Injunction ("Exhibit H to the Yawger

6    Declaration").

7    Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document

8    may be obtained when it is established that the document in question contains information that

9    is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

10    Exhibit H to the Yawger Declaration consists of a printout of ASUS's recent sales

11    records, which were provided in response to a subpoena by Synaptics.  ASUS represented that

12    this document contains confidential customer information and sales records, and designated it

13    as "Confidential – Attorneys Eyes Only" pursuant to the September 26, 2006 Amended

14    Protective Order.  *See* Supporting Declaration of Erika L. Yawger (attached).  The Reply Brief

15    contains a detailed discussion of the confidential information in Exhibit H on page four (4).

16    Prior to the reassignment of this case, the Honorable Charles R. Breyer regularly granted

17    Elantech's and Synaptics' requests to file confidential materials under seal.  (*See, e.g.,* February

18    21, 2008 Order Granting Elantech's Administrative Motion to File Papers Under Seal; January

19    2, 2008 Order Granting Synaptics' Administrative Motion to File Papers Under Seal; December

20    26, 2007 Order Granting Synaptics' Administrative Motion to File Papers Under Seal;

21    November 27, 2007 Order Granting Elantech's Administrative Motion to File Papers Under

22    Seal; June 18, 2007 Order Granting Synaptics' Motion to File Papers Under Seal; May 29, 2007

23    Order Granting Elantech's Administrative Motion to File Papers Under Seal; May 21, 2007

24    Order Granting Synaptics' Motion to File Papers Under Seal; March 24, 2008 Order Granting

25    Synaptics' Motion to File Papers Under Seal; March 24, 2008 Order Granting Elantech's

26    Motion to File Papers Under Seal.)

27    For the reasons stated above, Synaptics respectfully requests that the Court grant its

28    Miscellaneous Administrative Request to File Documents Under Seal.

1

2    Dated:  June 18, 2008                          KARL J. KRAMER
                                                     ERIKA L. YAWGER
3                                                    LAURA R. MASON
                                                     MORRISON & FOERSTER LLP
4

5                                                    By:   /s/Karl J. Kramer
                                                           Karl J. Kramer
6                                                          E-Mail:  KKramer@mofo.com

7                                                    Attorneys for Defendant and
                                                     Counterclaimant SYNAPTICS, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### SUPPORTING DECLARATION OF KARL J. KRAMER

2      I, Karl J. Kramer, declare as follows:

3      1.      I am a member of the bar of the State of California, and I am admitted before this

4      Court.  I am an associate of the law firm of Morrison & Foerster LLP, counsel of record for

5      Synaptics, Inc. ("Synaptics") in the above-captioned action.  I have personal knowledge of the

6      facts set forth herein and, if called as a witness, I could competently testify thereto.

7      2.      Synaptics seeks to file under seal the following documents:  1) Confidential Reply

8      Brief in Support of Synaptics' Motion for Preliminary Injunction ("Reply Brief"), and (2) Exhibit

9      H to the Declaration of Erika L. Yawger in Support of Synaptics' Motion for Preliminary

10     Injunction ("Exhibit H to the Yawger Declaration").

11     3.      The Reply Brief and Exhibit H to the Yawger Declaration discuss and refer in

12     detail to information that third party ASUS Computer International ("ASUS") has designated as

13     confidential sales information.  Exhibit H to the Yawger Declaration is a printout of the actual

14     sales records, including customer addresses and price information.  ASUS represented that this

15     document contains highly confidential business information, and that it is likely to suffer

16     competitive injury if this document is made public.  ASUS designated the document as

17     "Confidential – Attorneys' Eyes Only" pursuant to the September 26, 2006 Amended Protective

18     Order.  (*See* Docket No. 55.)  Accordingly, Synaptics seeks to file the Reply Brief and Exhibit H

19     to the Yawger Declaration under seal.

20

21     I declare under penalty of perjury under the laws of the United States of America that,

22     to the best of my knowledge, the foregoing is true and correct.  Executed on June 18, 2008, in

23     Palo Alto, California.

24                                        By:   /s/Karl J. Kramer
                                                Karl J. Kramer
25                                              E-Mail:  KKramer@mofo.com

26

27

28

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 PVT
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                  **[PROPOSED] ORDER
                                              GRANTING SYNAPTICS,
14                   Plaintiff,               INC.'S MISCELLANEOUS
                                              ADMINISTRATIVE REQUEST
15         v.                                 TO FILE DOCUMENTS
                                              UNDER SEAL**
16
     SYNAPTICS, INC., a Delaware corporation;  Date:    June 24, 2008
17   AVERATEC, INC., a California corporation;  Time:    2:00 p.m.
     and PROSTAR COMPUTER, INC., a            Dept:    Courtroom 5, 4th Floor
18   California corporation,                  Magistrate Judge Patricia V. Trumbull

19
                     Defendants.
20

21   AND RELATED COUNTERCLAIMS

22

23

24

25

26

27

28

1    This matter comes before the Court on an administrative motion to file under seal:

2    (1)    Confidential Reply Brief in Support of Synaptics' Motion for Preliminary

3    Injunction ("Reply Brief"); and

4    (2)    (2) Exhibit H to the Declaration of Erika L. Yawger in Support of Synaptics'

5    Motion for Preliminary Injunction ("Exhibit H to the Yawger Declaration").

6    Having considered Synaptics' request, as well as the pleadings and materials lodged and

7    filed in this matter, the Court finds that there is GOOD CAUSE APPEARING for Synaptics'

8    Reply Brief and Exhibit H to the Yawger Declaration to be filed under seal.  Defendant's

9    administrative motion to file documents under seal is hereby GRANTED.

10

11    IT IS SO ORDERED.

12

13    Dated: _____

14

15    _____

16    PATRICIA V. TRUMBULL
      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28