1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
|---|---|
| Plaintiff, | **MANUAL FILING NOTIFICATION:** |
| v. | **CONFIDENTIAL REPLY BRIEF IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION** |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date:    June 24, 2008<br>Time:    2:00 pm<br>Dept.:   Courtroom 5, 4th Floor<br>Magistrate Judge Patricia V. Trumbull |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

MANUAL FILING NOTIFICATION:  SYNAPTICS, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C06-01839 PVT
pa-1242332

Regarding **MANUAL FILING NOTIFICATION OF SYNAPTICS, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.** This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

x___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: June 18, 2008    KARL J. KRAMER
ERIKA L. YAWGER
LAURA R. MASON
MORRISON & FOERSTER LLP

By:    /s/Karl J. Kramer
   Karl J. Kramer
   E-Mail: KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

MANUAL FILING NOTIFICATION: SYNAPTICS, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C06-01839 PVT
pa-1242332

1