1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  ELANTECH DEVICES CORPORATION, a          Case No.   C06-01839 PVT
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                  **DECLARATION OF ERIKA L.
                                             YAWGER IN SUPPORT OF
14              Plaintiff,                    SYNAPTICS' MOTION FOR
                                             PRELIMINARY INJUNCTION**
15       v.
                                             Date:    June 24, 2008
16  SYNAPTICS, INC., a Delaware corporation;  Time:    2:00 p.m.
    AVERATEC, INC., a California corporation; and  Dept:    Courtroom 5, 4th Floor
17  PROSTAR COMPUTER, INC., a California     Magistrate Judge Patricia V. Trumbull
    corporation,
18
                Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

1.    I am a member of the bar of the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.    In the DeBruine Declaration in Support of Elantech's Opposition to Synaptics' Motion for A Preliminary Injunction, Mr. DeBruine claims to have been unable locate any mention of Elantech touchpads or any of the notebook models listed in Exhibits 3-8 of the Declaration of Karl J. Kramer in Support of Synaptics' Motion for Preliminary Injunction ("Kramer Declaration") on the websites listed in Mr. Kramer's declaration. (DeBruine Decl., ¶¶ 4, 5.) I therefore conducted an additional internet search on June 16, 2008 to determine whether I could locate information concerning Elantech's touchpads on the websites listed in Mr. Kramer's declaration.

3.    I determined that most of the models referenced, as well as other references to Elantech's touchpads, are easily still found on the same websites listed in Mr. Kramer's declaration.

4.    Attached hereto as Exhibit A is a true and correct copy of a product specification for an ASI Notebook computer, which bears the same model number (EL80) as the notebook shown in Exhibit 4 to the Kramer Declaration. The website uniform resource locator ("URL") is identical to the URL listed at the bottom of each page on Exhibit 4. Both instances of the webpage state that the ASI EL80 product contains an Elantech Touchpad.

5.    Attached hereto as Exhibit B is a true and correct copy of the driver download page for the MSI L725 notebook computer. It appears to be a more recent version of the webpage included as Exhibit 5 to the Kramer Declaration. Both webpages provide a link to the Elantech Touchpad driver for downloading. I located this webpage by conducting a Google search for "MSI L725 Elantech." The attached webpage was the third listed result.

6.    Attached hereto as Exhibit C is a true and correct copy of a webpage providing a detailed specification for the Sager NP3880 notebook computer. It appears to be a more

1  recent version of the web page that was included as Exhibit 6 to the Kramer Declaration.

2  The website URL is identical to the URL listed at the bottom of each page of Exhibit 6.

3  Both instances of the webpage state that the Sager NP3800 notebook computer uses an

4  Elantech Touchpad.

5      7.    Attached hereto as Exhibit D is a true and correct copy of a webpage from the

6  AVA Direct website that provides a detailed specification for a Compal notebook computer.

7  Although the model number is different from that of the notebook appearing in Exhibit 7 to

8  the Kramer Declaration, the specifications for the two computers are similar, if not identical.

9  Notably, both webpages state that the featured notepad includes an "ElanTech 810511-0911

10  Touchpad with 2 click buttons; support for scroll up/down." According to Elantech's first

11  interrogatory response, the number 810511-0911 corresponds to a part number for Elantech's

12  KTP5 touchpad. (Elantech Devices Corp.'s Objections And Responses To Synaptics, Inc.'s.

13  First Set Of Interrogatories [Nos. 1-8] at 4-5.)

14      8.    Attached hereto as Exhibit E are true and correct copies of two webpages from

15  the Overam website.  Although the notebook computer identified in Exhibit 7 to the Kramer

16  Declaration no longer appears on a webpage mentioning Elantech's touchpads, the attached

17  webpages show two other computer models on the Overam site (the Mirage 3800 and the

18  Mirage 4900 notebooks) that contain Elantech touchpads.  I located these webpages by

19  conducting a Google search for "Overam Elantech."  These webpages appeared as the first

20  and second results.

21      9.    On April 18, 2008, Synaptics served a notice of deposition on Elantech pursuant

22  to Fed. R. Civ. P. 30(b)(6).  The notice asked Elantech to designate one or more persons to

23  testify on Elantech's behalf concerning several topics.  Of note, topic numbers 42, 43, 44,

24  and 45 all pertained to Elantech's activities in the United States, and at least eight other

25  topics pertained to communications between Elantech and various third parties.  A true and

26  correct copy of Synaptics' 30(b)(6) deposition notice is attached hereto as Exhibit F.

27      10.    Since the beginning of May, I have sent seven (7) letters and met and conferred

28  with Mr. DeBruine on at least six (6) occasions to discuss scheduling the noticed depositions

1  of Elantech.  To date, Elantech has refused to agree to a schedule for these important

2  depositions.  True and correct copies of the correspondence exchanged concerning this issue

3  are attached hereto as Exhibit G.

4       11.    On April 18, 2008, Synaptics subpoenaed documents from several third parties,

5  including many U.S. companies identified as distributors of notebook computers with

6  Elantech touchpads.  On May 23, 2008, ASUS Computer International produced documents

7  responsive to Synaptics' request for documents, including a list of sales in the United States

8  of products containing Elantech touchpads.  A true and correct copy of the spreadsheet

9  produced by ASUS Computer International is attached hereto as Exhibit H.

10       12.    On June 10, 2008, ASI Computer Technologies, Inc. produced documents

11  responsive to Synaptics' April 18, 2008 subpoena for documents showing products sold by

12  ASI with Elantech touchpads.  True and correct copies of the documents produced by ASI

13  are attached hereto as Exhibit I.

14       13.    Two of the interrogatories served on Elantech more than a year ago requested

15  information concerning business trips and meetings between Elantech and other U.S.

16  companies.  Elantech did not respond to these interrogatories until April 29, 2008 after

17  Synaptics filed a motion to compel responses.  Synaptics served additional interrogatories

18  and documents requests on May 28, 2008 seeking information concerning Elantech's

19  activities in the United States.

20       14.    Third parties Stratos Product Development Group ("Stratos") and Cirque

21  Corporation ("Cirque") produced documents in response to subpoenas from Elantech on

22  April 3, 2007 and March 29, 2007, respectively.  Documents produced by Stratos and Cirque

23  were attached as exhibits F and L to the Declaration of Dr. Ian Scott MacKenzie in Support

24  of Elantech's Opposition to Synaptics' Motion for Preliminary Injunction ("MacKenzie PI

25  Decl.") (Docket No. 352).  Prior to June 13, 2008, Elantech never made any invalidity

26  contentions on the basis of these documents.

27       15.    Since January 5, 2007 when it served its amended invalidity contentions,

28  Elantech has never notified Synaptics of a need or desire to amend its invalidity contentions.

1  Elantech has also never sought leave of Court to amend its invalidity contentions. Exhibits

2  D, G, I and M to the MacKenzie PI Decl. were never disclosed to Synaptics prior to June 13,

3  2008.

4       16.    Public reports state that Elan Microelectronics Corp. will merge with Elantech

5  in September 2008. A true and correct copy of an article discussing the proposed merger is

6  attached hereto as Exhibit J.

7       17.    According to recent financial data found on the Thomson ONE Banker website

8  (http://banker.thomsonib.com), Elan recorded over NT$5 billion in sales in the year 2007. A

9  true and correct copy of the report found on Thomson ONE Banker is attached hereto as

10  Exhibit K.

11       18.    Synaptics discussed the Alps license agreement in the "Subsequent Events"

12  section of page 11 of its Form 10Q SEC filing submitted on May 3, 2005. A true and correct

13  copy of the Form 10Q is attached hereto as Exhibit L.

14

15       I declare under penalty of perjury under the laws of the United States of America that, to

16  the best of my knowledge, the foregoing is true and correct. Executed on June 18, 2008, in

17  Palo Alto, California.

18

19                                      Erika L. Yawger

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# ASI Notebook
## Model EL80
## Technical
## Specifications
Verified by Intel®

Windows Vista

**Base Model for EL80 (VBI)**
**(2 Spindle)**

**15.4" WXGA    SKU: 5307T (No Optical)**



**Other Views:** Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type** :

  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB
  Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB

- **Processor Speeds Supported** :

  **Core 2 Duo** T7600 (2.33GHz), T7400 (2.16GHz), T7200 (2.00GHz), T5600 (1.83GHz), T5500 (1.66GHz)
  **Core Duo** T2300 (1.66GHz), T2300E (1.66GHz), T2400 (1.83GHz), T2500 (2.0GHz), T2600 (2.16GHz), T2700 (2.33GHz)
  **Core Solo** T1300 (1.66GHz), T1400 (1.83GHz)
  **Celeron M** 410 (1.46GHz), 420 (1.60GHz), 430 (1.73GHz)
  **Will NOT Support** Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), or T7100 (1.8GHz)

- **Chipset** :  Intel 945PM / ICH7-M  "Calistoga-PM"

- **Memory** :  2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices.  Supports DDR2 667/533 SDRAM modules in sizes of:
  512MB & 1GB.  Dual Channel supported.

- **Graphics** :  Integrated PCI Express **Nvidia GeForce GO 7600** (G73M) Video RAM graphics processor with 256MB dedicated video
  RAM. Supports up to 512MB total graphics memory by utilizing shared main memory as long as you have **1GB** or more of system RAM installed.
  Supports dual display option and integrated TV out functions.

- **Display** :  15.4'' WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT

- **Hard Drive** :  2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120 GB capacities.  (7200/5400/4200 RPM drives supported).  ICH7-M
  supports SATA3G.  Note: current SATA mobile drives are SATA 1.5G speeds.

- **Optical Multimedia** :  Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)  ASI SKU: 49773
  DVD Multi (specs TBD)  ASI SKU: 49775

- **Networking** :  Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)

- **Modem** :  Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem

- **ExpressCard Slot** : One PCI Express x1 slot supporting ExpressCard 34 / 54 devices

- **Mouse** :  ElanTech Touchpad with 2 click buttons: support for scroll up/down

- **Keyboard** :  Desktop-like full-size 85/86 keys, 3mm Travel, 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SideWalker app)

located to left of power-on button

- **PCMCIA Slot** : One Type II PC Card slot: PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound** : Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader** : 4-in-1 built-in card reader (ENE PCI controller): SD/MMC/MS/MS PRO
- **Not Included** : Carrying Bag
- **I/O Ports** :

| 1 x RJ-45 LAN | 1 x RJ-11 Modem |
| 3 x USB 2.0 Ports | 1 x VGA port/Mini D-sub 15 pins |
| 1 x S-Video composite TV Out | |
| Kensington Lock hole | 1 x Headphone-out jack | 1 x Microphone-in jack |
| 1 x Type II PCMCIA slot | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type Jack |

- **Wireless** : Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module - **ASI SKU 44608**
- **Camera** : Integrated 1.3 Megapixel Camera: to view picture go to "My Computer" - Integrated camera
- **Fingerprint Reader** : Integrated fingerprint biometric reader between mouse buttons. Softex OmniPass Control Center software. **Note**: in Windows Vista, the OmniPass software has a 30-day trial period and after that you would have to purchase this software from Softex => > http://www.softexinc.com/showorderoption.asp?product=omnipass3
- **Trusted Platform Module** : Integrated Infineon TPM Professional Package v2.5 software & hardware v1.2: Disabled in the CMOS by Default. To enable, press F2 for CMOS, go to "Security" then set "Trusted Platform Support" to "Enabled". Go into Windows then to Infineon program group and click on "Manage Security Platform" to configure.
- **Other Optional Items** : extra regular battery (51551), extra AC adapter (51449), car adapter (56577), Bluetooth module (49762), Extra KB (51450)
- **Recommended Operating Systems** : Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista 32-bit & 64-bit versions supported
- **Included Software** : PowerDVD v5.0 & Nero Express v6.3126
- **Battery** : Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter** : Output => 19V DC, 4.74A, 90W
  Input => 100~240V AC, 50/60Hz universal
- **Dimensions** : 13.85" x 10.43 x 1.24 (WxDxH)
- **Weight** : ~6.9 lbs. fully configured with main battery installed

# EXHIBIT B

MSI -- MICRO-STAR INT'L CO., LTD.

Page 1 of 4

Where to buy | News | Contact Us

MSI Global



| Home | Products | Downloads | Service | Members | About MSI |

You are here : Home > Downloads > Driver

# L725

☑ Forward 🖨 Print 🔲 BOOKMARK

The product picture may differ from the actual product.
Only for your reference.

**MSI recommends Windows® XP Professional**

- Latest Intel® Centrino™ Mobile Technology
- Genuine **Windows® XP Home or**
- , Genuine **Windows® XP Professional**
- NVIDIA GeForce Go 6600 with 64/128 VRAM
- Support the PCI-Express Card Interface
- 17 TFT Super Glare Type WXGA
- Built-in Bluetooth Function(optional)
- DVB Input(optional)

## DRIVER    BIOS    Driver    Manual    Overview

**Special Note:**
The Drivers provided here are exclusively for MSI products only. MSI takes no responsibility for any damage resulted from improper usage or lack of technical expertise.

| Realtek AC97 Audio Driver | |
| --- | --- |
| Description | Realtek AC'97 Sound System Software<br>• Driver Version: 5.10.0.5930<br>• Support OS: Win2000/WinME/WinXP(WDM driver) |
| Update Date | 2007-01-22 |

6/16/2008

MSI -- MICRO-STAR INT'L CO., LTD.

| | Windows 2000/XP (31567KB) |
| Your System OS | Windows Vista 32/64bit (29539KB) |
| | Windows XP 64bit (31567KB) |

**Realtek 10/100/1000 All-in-One Lan Driver**

| Description | • Realtek RTL8139/810x/8169(S/SB)/8110(S/SB) all in one NDIS Driver<br>• Driver Version: 5.649.0615.2006 |
| Update Date | 2006-10-26 |
| Your System OS | Windows 2000/XP (5024KB)    Windows XP 64bit (2328KB) |

**L725 DVB-T TV Tuner Drivers**

| Description | Support OS: WinXP/2000 |
| Update Date | 2006-04-03 |
| Your System OS | Windows 2000/XP (2569KB) |

**L725 WLAN Driver**

| Description | • Driver Version: 9.0.3.9<br>• Support OS: Win2000/XP |
| Update Date | 2006-02-07 |
| Your System OS | Windows 2000/XP (79689KB) |

**L725 VGA Drivers**

| Description | •NVidia Geforce Go 6600<br>•Driver Version: 9.1.0.429 |
| Update Date | 2006-01-05 |

MSI -- MICRO-STAR INT'L CO., LTD.

**Your System OS** — Windows 2000/XP (22430KB)

**L725 Touchpad Drivers**

**Description**
- ElanTech Touchpad Driver
- Support OS: Win2000/XP

**Update Date** — 2006-01-05

**Your System OS** — Windows 2000/XP (3875KB)

**L725 Card Reader Drivers**

**Description**
- O2 Micro Flash Memory Card
- Driver Version: 2.0.2600.2
- Support OS: WinXP/2000

**Update Date** — 2006-01-05

**Your System OS** — Windows 2000/XP (4455KB)

**L725 Agere Systems AC97 Modem Driver**

**Description**
- Agere Systems AC97 Modem v2157DC
- Driver Version: 2.1.46

**Update Date** — 2006-01-05

**Your System OS** — Windows 2000/XP (599KB)

**L725 Intel Chipset Drivers**

The Intel(R) Chipset Software Installation Utility installs to the target system the Windows* INF files that outline to the operating system how the chipset components will be configured. This is needed for the proper functioning of the following features:



**Description**
- Core PCI and ISAPNP Services
- AGP Support
- IDE/ATA33/ATA66/ATA100 Storage Support
- USB Support
- Identification of Intel(R) Chipset Components in the Device Manager
Driver Version: 5.00.1003

**Update Date**       2006-01-05

**Your System OS**       Windows 2000/XP  (2550KB)

**L725 Bluetooth Drivers**

**Description**       IVT BlueSoleil version:1.6.1.1

**Update Date**       2006-01-05

**Your System OS**       Windows 2000/XP  (8724KB)

You are here : Home  > Downloads  > Driver

Order Newsletter | Site Map | Privacy Policy | Contact Us |    RSS
Copyright © 2007 Micro-Star Int'l Co., Ltd. All rights reserved.

# EXHIBIT C





**Sager NP3880 Detailed Specifications**

**Click for cash-discounted pricing**
Shaded items may be customized. Click on the price or model name below to customize/order a system.



> > Detailed Images < <

Eliminate the hassle of cables, cards and antennas, the NP3880 with Intel® Centrino™ mobile technology brings you new freedom and flexibility. Experience wireless freedom with integrated 802.11a/b/g Wireless LAN, and outstanding mobile performance powered by the new Intel® Pentium® M Processor. The NP3880 also features dual channel DDR2 533/400MHz system memory at power benefits along with best-in-class nVIDIA® GeForce™ Go 6600 PCI-Express™ graphics controller - this is a truly ideal notebook for both productivity and entertainment on the go.

| | | |
|---|---|---|
| **Processor** | CPU/Speed | Intel Pentium-M (Centrino) Processor - Sonoma Platform |
| | | 533 MHz System Bus Speed |
| | | Chipset: Intel® 915PM chipset + ICH6M |
| **Controller/BIOS** | | |
| | | 4MB Flash ROM BIOS |
| **Cache** | | 2,048KB L2 Cache |
| **Memory** | SDRAM | DDR2 PC4200 DDR SDRAM |
| | | Dual Channel DDR533. 200-pin |
| | | 2 DIMM Sockets |
| | | Expandable to 2048 MB |
| **Data Storage** | HDD | Detachable 2.5" 9.5mm Hard Disk Drive |
| | | Supports Ultra DMA HDD for High Speed Access |
| | | PCI Local Bus Interface |
| | DVD/CD-ROM | 8X DVD/24x/10x24 CD-R/W w/Software MPEG II Decoder or |
| | | 8X DVD±R/RW Dual-Layer Combo Drive w/ Software Mepg II Decoder |
| | FDD | USB 3.5" 1.44MB Floppy Disk Drive (Optional) |
| | Card Reader | **Internal 4-in-1 flash memory card reader (SD/MMC/MS/MSPro)** |
| **Display** | Type/Size | **15.4" TFT WXGA+ (1280 x 800)** |
| | | **15.4" TFT WSXGA+ (1680 x 1050)** |
| | | **15.4" TFT WUXGA (1920 x 1200)** |
| **Video** | Interface | PCI Express x16 3D Accelerator |
| | Video RAM | **128MB** DDR2 PCI-e **nVIDIA GeForce Go 6600** Video Memory |
| | | CRT: Support up to 2048x1536 external monitor resolution |
| | | Dual Simultaneous Display |
| | | **Video Card Features** |
| | | **Dual-view Support (two DIFFERENT applications open at one time: one on the External Monitor, and one on the Laptop Screen)** |
| **Communication** | | Built-in 56K V.90 modem |
| | | Built-in **Ethernet 10/100/1000** BaseT Network Card |
| | | Internal PCI Intel® PRO/Wireless 2915ABG 802.11a/b/g Wireless LAN |
| | | Fast Infrared (FIR), IrDA 1.1 Compliant, Support 4M Bit FIR |
| | | **Optional Internal Bluetooth** |
| **Audio** | | Built-in Azalia Intel High Definition Surround 3D sound system w/ SRS WOW support |
| | | 6 Channel output w/o External Decoder - 3 multi-function audio ports |
| | | 1 Built-in Microphone |
| | | 4 stereo internal speakers |
| | | Wavetable 3D Stereo Audio/AC'97 2.1 |
| | | S/PDIF Output for DVD Content |

Sager 3880 - 15.4" wide screen pentium M cheap notebooks gaming laptop, cheap notebook, cheap laptop, Alienware, PCI exp...    Page 3 of 4

| | | |
|---|---|---|
| **PCMC1A** | | 1 Type II PCMC1A<br>Supports 32 bit CardBus |
| **Interface Ports** | | 1-IEEE1394a, 4-pin<br>Fast Infrared (FIR), IrDA 1.1 Compliant<br>**3 USB 2.0 Ports**<br>**1 16C550 Compatible Serial Port** (RS232)<br>1 External CRT Port<br>1 Kensington Lock Port<br>1 S-Video Jack for TV Output<br>3 Audio Jacks for Line-Out, Microphone-In, and S/PDIF-Out<br>Built-in 56K V90 Fax/Modem and 10/10/1000 Mbps Ethernet LAN Card<br>**Integrated Video Camera w/ 640x480 resolution** |
| **Power Management** | | System Management Mode (SMM)<br>Suspend to HDD / DRAM<br>Full Features of SMI Power Management, Doze, Sleep, Suspend/Resume Mode |
| **Keyboard & Pointing Device** | Keys | A4 Sizes Keyboard<br>Windows 95 2 Hot keys<br>Integrated with Hot Keys for LCD Brightness, Suspend, Panel/CRT Display<br>2 Hot Keys for E-Mail, Web Browser. |
| **Battery** | Type | 1 Lithium-Ion Battery (12Cell)<br>Full Range Auto-Switching 100V/240V AC Adapter |
| **AC Adapter** | | Universal AC adapter<br>Full Range 110-220V AC, Auto Sensing Auto Switching<br>65W: 100-240V |
| **Software** | | OPTIONAL Windows XP Home or Pro<br>MPEG DVD Playback Software<br>CD Burning software |
| **Dimensions** | Size & Weight | 14.12"w x 10.5"d x 1.5"h<br>7.9Lbs With Battery |
| **Security Features** | | Password protection for system, Kensington Key Lock |
| **Limited Warranty** | | One Year Parts & Labor Warranty<br>Free Lifetime Technical Support<br>Optional Extended Warranty<br>30 Day satifaction Guarantee |
| **Included Accessories** | | Owner's Manual<br>Carrying Bag with Strap<br>Lifetime Free Telephone Tech Support<br>Drivers and Utility CD |

| | |
|---|---|
| **System Chip** | Intel NG82915PM / FW82801FB (ICH6) |
| **LCD Screen** | 15.4" TFT WXGA: N/A; WSXGA+: N/A; 15.4" TFT WUXGA |
| **Video Control Chip** | NVIDIA GEFORCE GO 6600 (NV43M) |
| **Audio Control Chip** | ALC880 Audio CODEC / WOW ASP |
| **Integrated LAN Chip** | Marvell Yukon 88E 8053 PCI-E |
| **Integrated Modem Controller** | Motorola SM56 |
| **IEEE1394 Control Chip** | OHCI compliant IEEE 1394 Host Controller |
| **Wireless LAN** | Intel PRO/Wireless 2915ABG |

| Bluetooth Wireless | Not Available |
| Infrared Chip | National Semiconductor |
| PCMCIA Control Chip | TI Ultra Media PCI1620 |
| Touch Pad | Elantech |
| Hard Disk Drive | Varied |
| Floppy Drive | None |
| CD-ROM/DVD-ROM Drive | Toshiba SD-R2612 (8X DVD/24x10x24 CD-RW) Combo, Toshiba SD-R6472 (8X DVD+R/RW/+DL) Combo, NEC ND-6500A (8X DVD+R/RW/+DL) Combo |
| Miscellanies | Integrated Video Camera Camtel CMM-3130 |

* All specifications are subject to chang without notice.

▷ About Us    ▷ Payment Options    ▷ Shipping Policies    ▷ Privacy & Security

**Affordable, portable solutions since 1995!**
We accept PO's from Schools and Government Organizations

Site map  Partners Links

Copyright 1995-2008 - All Rights Reserved
US Orders Only. APO/FPO Orders Accepted. No International Orders

1886 East College Parkway Suite 103
Carson City, NV 89706

RESELLER
RATINGS

READ OUR
CUSTOMER REVIEWS

# EXHIBIT D



**Buy Online or Call: 1-866-766-4629**

Print Page    Close Window

---

**COMPAL, FL91 (IFL91120005) Core™2 Duo CBB Notebook Barebone, Socket P, Intel® GM965, 15.4" WXGA TFT Glossy, Integrated Intel® GMA X3100 Graphics**



Mfg. Part No. IFL91120005
Item Code. NBB-CPL-IFL91120005

This product is currently priced at:

**$376.32**

Price shown will be adjusted in the checkout with

respect to shipping and taxes (where required)

---

**PRODUCT DESCRIPTION**



**Overview:**

Compal IFL91 Notebook Barebone features Intel Core 2 Duo Socket P processors, Intel GM965 chipset with integrated Intel GMA X3100 graphics and 384MB of shared video RAM. The barebone also features Intel Turbo Memory support, that lets your notebook to load up to twice faster frequently used applications.

Maximum everything. Energy-efficient performance. Multimedia power. Based on revolutionary Intel® Core™ microarchitecture, the breakthrough Intel® Core™2 Duo processor family is designed to provide powerful energy-efficient performance so you can do more at once without slowing down. With Intel® Core™2 Duo desktop processor, you'll experience revolutionary performance, unbelievable system responsiveness, and energy-efficiency second to none. And, you won't have to slow down for virus scan, multiple compute intensive programs, or multimedia downloads—these desktop processors are up to 40 percent faster with improved energy-efficiency

Serial ATA (SATA) hard drives are quickly becoming the new standard in hard drive technology. Motherboard manufacturers now include SATA inputs on their boards. SATA hard drives result in less clutter and increased airflow in the computer system because SATA cables are 400 percent narrower than EIDE cables. Some older computer system motherboards don't have SATA ports, but a PCI SATA controller card can be installed to add support for SATA drives.

Windows Vista advancements in security and reliability, along with its cost and operational efficiencies, give you and your users confidence in your company PCs. With Windows Vista, users have clear ways to organize and view their information, which enables them to focus on the most important aspect of their jobs. Windows Vista communication, mobility, and networking features keep users connected to people, information, and devices. Combined, these benefits bring clarity to your world and to the world of your end users.

| | |
|---|---|
| **Processor Type** | • Intel Core 2 Duo processor (65nm) w/ 4MB L2 Cache and 800MHz FSB (Socket-P Only)<br>• Intel Celeron processor 500 series (65nm) single core w/ 1MB L2 Cache and 533MHz FSB (Socket-P Only) |
| **Processor Speeds Supported** | • Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), T7100 (1.8GHz), Celeron 540 (1.86GHz) |
| **Chipset** | • Intel GM965 / ICH8-M "Crestline" |
| **Memory** | • 2 memory slots expandable to 4 GB using SO-DIMM (200-pin/1.8V) devices.<br>• Supports DDR2-667 and DDR2-533 SDRAM modules in sizes of: 512MB, 1GB, & 2GB Dual Channel supported. |
| **Optical Drive** | • Option for Combo Drive(8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)<br>• Option for DVDRW Multi (8x DVD+/-R, 4x DVD+/-R DL, 8x DVD+RW, 6x DVD-RW, 5x DVD-RAM) |
| **HDD** | • 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120, 160 GB capacities. (7200/5400 RPM support) |
| **Display** | • 15.4" WXGA (1280 x 800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT |
| **Graphics** | • Embedded Intel® Graphics Media Accelerator GMA X3100 graphics processor with 500MHz clock and supports up to 384MB of shared video RAM.<br>• Supports dual display option and integrated TV out functions via S-Video out port.<br>• Intel® Clear Video technology, DX 10, OpenGL 1.5, Shader Model 3.0 support. |
| **Sound** | • Built-in 2-channel Intel HD Audio Controller (Realtek ALC268), with 3D effect & full duplex. |

| | |
|---|---|
| | • Built-in 1.5W stereo speakers (front), and mono microphone on LCD bezel (B-Face) |
| **Networking** | • Integrated 10/100 Mbps Ethernet (Broadcom 5906M) |
| **Modem** | • Integrated Motorola SM56 56K bps V.92/90 MDC Fax / Modem |
| **Mouse** | • ElanTech 810511-0911 Touchpad with 2 click buttons; support for scroll up/down |
| **Express card Slot** | • One PCI Express x1 slot supporting ExpressCard 34/54 mm devices |
| **Card Reader** | • 4-in-1 built-in card reader (Ricoh R5C833 PCI controller): SD/MMC/MS/MS PRO |
| **I/O Ports** | • 1 x RJ-45 LAN<br>• 1 x RJ-11 Modem<br>• 1 x S-Video composite TV Out<br>• 1 x VGA port/Mini D-sub 15 pins<br>• 1 x Headphone-out jack<br>• 1 x Microphone-in jack<br>• 1 x ExpressCard 34 / 54<br>• 1 x IEEE 1394 (VIA) - B Type Jack<br>• 4 x USB 2.0 Ports<br>• Kensington Lock hole |
| **Mini Card Slots** | • 2 x Mini-PCI Express slots available |
| **Wireless** | • Option for Intel PRO/WIRELESS 4965AGN (802.11agn) Wi-Fi Mini-PCI express module |
| **Intel Turbo Memory** | • Option for 1GB Intel Turbo Memory "Robson" Module |
| **Keyboard & Hot Keys** | • Desktop-like full-size 86 keys, 3mm Travel<br>• 5 Launch Buttons:<br>Internet, E-mail, WoW Video, WoW Audio and Mute buttons located to the right of power-on button on power panel<br>• Smart Charging & Power USB buttons to the left of the KB |
| **System Status Indicators and Control buttons** | • 3 K/B indicators: Caps Lock (Blue), and Num Lock (Blue), Scroll Lock (Blue)<br>• 1 LED for IDE HDD activity (Blue)<br>• 1 LED for System status (Power On / Suspend) (Blue)<br>• 1 LED for Battery status (Charging / Full / L1 / L2) (Blue/Amber)<br>• 1 LED for Wireless LAN & Bluetooth (Blue/Amber/Purple)<br>• 1 LED for Power Button(Blue)<br>• 1 LED for Mute(Blue)<br>• 1 LED for Power USB (Amber)<br>• 1 LED for Q-Charging (Amber)<br>• Power button x 1<br>• Magnetic lid switch control for system standby/wakeup or suspend/resume<br>• Mute button x 1 |
| **AC Adapter** | • Universal AC adapter. 100-240V AC, 50-60HZ<br>• 19V DC, 3.95A, 75W<br>• 3 pin 240V AC cable |
| **Battery** | • Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh<br>• Run time (~2-3 hrs) is very dependent on your hardware configuration, applications, and OS power settings. |
| **Included Software** | • Cyberlink DVD Suite: PowerDVD 7.0 for DVD playback, Power2Go 5.5 for DVD/CD burning |
| **Recommended Operating Systems** | • Microsoft Windows Vista 32-bit Premium / Business / Ultimate<br>• Windows XP Professional Edition<br>• Windows XP Home Edition |

| Top Cover | • Support for a Customizable Notebook Panel (CNP) |
| Dimensions | • 13.98" x 10.11 x 1.39"~1.48" (WxDxH) |
| Weight | • ~6.25 lbs. fully configured with 6-cell battery installed |

This product is currently priced at:

**$376.32**

Price shown will be adjusted in the checkout with respect to shipping and taxes (where required)

PLEASE NOTE: Configuration and pricing information above is estimated and presented for your reference only. All pricing and shipping information is subject to change without notice. Final order detailed information and total amount, including tax and shipping, will be provided upon comletion of your online order. AVADirect, Inc. is not responsible for typographical or other errors or omissions regarding prices or other information. Products displayed are available to US customers who take delivery in the 50 United States. All sales are subject to AVADirect, Inc. Terms and Conditions of Sale.

✦ PRINT PAGE   ✦ CLOSE WINDOW   ✦ BACK TO TOP

© 2003 AVADirect, Inc. All rights reserved.

# EXHIBIT E

Overam Mirage 4900 laptop specifications, features and pictures











OVERAM Mirage 4900

## World's first laptop with Centrino® and modular video !

The Mirage 4900 has been designed for a maximum of performance and mobility. This laptop features Intel®'s latest generation of Pentium® M (Centrino®) processors, with a 533 MHz Front Side Bus (FSB) and Aviso® chipset. The video controller allows complete flexibility and power, due to its 16X PCI-Express architecture, and lets you enjoy from the outstanding performance of the ATI® Mobility Radeon® X700 with 256 MB of dedicated video memory. Thanks to its generous 12-cell battery, the Mirage 4900 is fully loaded with both business and entertainment features in a mobile design that will follow you everywhere.

## The Overam Advantage

**• Quality**
All Overam notebooks are built by an experienced technician with high-quality parts and include a 1-year warranty on parts and labor.

**• Upgrade-friendly**
Most notebooks are made with proprietary hardware, which can make upgrading a painful process. At Overam, we use stock parts that are easily available to the public. Want to add more memory or a bigger hard drive? The easy-access panels make it simple! We also offer laptop upgrade services.

**• Superior service**
In addition to our no-dead pixel plan, the 1-year warranty can be expanded to 3 or 4 years. All of our notebooks are set up and custom-configured before being shipped. When you order a Mirage, it will arrive running smoothly with the latest updates. Most retail stores charge extra for this, but not us! Plus, you get the added benefit of free lifetime e-mail support!

**• Price-matching**
If you find a lower priced notebook with the same specifications, we will match the price!

**• Extras**
Every Mirage 4900 notebook package includes a deluxe carrying case, a USB flexible night-light, and a universal power supply— everything you need to get started right away! Mirage 4900 Models also include: Four USB ports, Integrated Video Camera (Webcam) and Microphone, 2 built-in speakers, Integrated 56Kbps Modem and





Special laptop deals












Customize your own

Overam Mirage 4900 laptop specifications, features and pictures

Page 2 of 8

10/100/1000 Ethernet networking and Windows XP Home Edition® with Service Pack 2 : OpenOffice® (Microsoft Office® compatible office suite) : Anti-virus, Spyware remover, Spam filter and Firewall software preloaded.

## Specifications

### Processing
- Model Version D400A
- Intel® Pentium M® Centrino®
- CPU clock frequency up to 2.13 GHz
- 2048 KB CPU On-Die L2 cache memory
- 533 MHz FSB
- 4 MB Flash-ROM BIOS
- Intel® 915PM and ICH6M Core Logic
- Up to 2048 MB of PC2700 DDR RAM @ 333 MHz

### Video / Graphics
- 15'' TFT Active Matrix flat full-screen (4/3 ratio)
- S-XGA+ (1400x1050) CHUNGHWA / CLAA150PB01
- 256 MB SG-RAM dedicated video memory
- PCI-Express 16X modular architecture
- ATI® Mobility Radeon® X700
- Dual-View display capability (laptop LCD and external CRT screens)
- Integrated color digital video camera (300,000 pixels)

### Storage
- Internal detachable 2''1/2 Ultra-DMA Hard Disk Drive (9.5 mm)
- 20/30/40/60/100/120 GB HDD (4200/5400/7200 RPM)
- Internal detachable Slim Optical Drive
- CD-ROM, DVD-ROM, CD-RW, DVD & CD-RW combo, DVD/RW-DL, DVD-RAM
- Mobile universal USB 3''1/2, 1.44MB Floppy Disk Drive (optional)
- 4-in-1 universal flash-card reader module
- MultiMedia card (MMC)
- Secure-Digital card (SD)
- Memory Stick (MS)
- Memory Stick PRO (MS Pro)

### Audio
- Azalia® ALC880 Audio controller
- Virtual 8 Channel Analog Audio output (no need for external decoder)
- AC97 compliant, SB Pro compatible, SRS WOW Support
- Total of 2 built-in speakers
- 3D stereo system
- S/PDIF digital output (5.1 CH) for DVD content
- 1 built-in microphone
- Multiple audio connectors (4 Jacks) :
- 1 S/PDIF out / Side Speakers out
- 1 Line-in/Rear L / R Speakers out
- 1 Headphone/Front L / R Speakers out
- 1 Microphone in / Center & subwoofer Speakers out













Page 3 of 8

Overam Mirage 4900 laptop specifications, features and pictures






**Connectivity**
- Built-in 10/100/1000 Mbps LAN NIC ( RJ 45 port)
- Marvell Yukon 88E 8053 PCI-E GigaBit Ethernet controller
- Built-in 56K V90/V92 SmartLink® MDC modem/fax/voice (RJ 11 port)
- Wireless Infrared : Fast IR, SIR and ASK compliant
- 1 parallel port with ECP/EPP support
- 4 USB ports (version 2.0)
- 1 IEEE 1394-A FireWire ports (4-pin)
- Internal Wi-Fi 802. 11a/b/g module (Intel Pro® 2915ABG wireless)
- Internal Blue-Tooth (Class II v1.2) module
- 1 Type II PCM-CIA Slot
- Texas Instrument® Ultra Media PCI1620 32-bit Cardbus controller
- PCM-CIA 3.0 Standard Compliant

**Miscellaneous**
- Silver shell color (grey)
- Multi-language keyboard (QWERTY or AZERTY)
- Keyboard : English, French, French Canadian, German, Italian, Spanish, etc...
- 5 Hot Keys for Web, eMail, Wi-Fi, BlueTooth and Camera launch
- 2 Windows Hot Keys
- Integrated Hot Keys for LCD Brightness, Suspend, Partner CRT Display
- Integrated Elantech® TouchPad with 4-way scrolling slider (up/down)
- Smart Lithium-Ion battery (12-cell)
- Battery autonomy between 2 and 6 hours
- 12.8" x 10.7" x 1.7" (326mm x 273mm x 44.4mm)
- 7.8 lbs (3.5 Kg) with battery

**Service**
- 1-year limited warranty (parts and labor)
- Lifetime Free Technical Support
- Extended warranty program up to 4 extra years (optional)
- Onsite warranty for (continental USA (optional)
- International warranty (optional)

**Package contents**
- Overam Mirage 4900 laptop computer
- Universal (100V / 250V AC) auto-switching external power supply (90 W)
- 110V U.S. power cord (220V French & English power cords optional)
- Deluxe Carrying Bag with handle (variable models available)
- Miscellaneous adapters cables (component specific)
- User manual (English)
- Multi-lingual manual optional (French, German, Italian, Spanish, English)
- Device drivers CD
- Application CDs (component specific)
- Flexible USB night-light
- Latest Microsoft® Service Packs and Security Updates pre-loaded
- Anti-virus, spyware remover, Spam filter and Firewall software pre-loaded
- Complete office suite (Microsoft Office® compatible)

MOBILITY™ RADEON® X700 - The Performance Leader Designed for True Mobility

**Features**

















**Advanced 3D Architecture for Amazing Performance and True Mobility**

MOBILITY™ RADEON® X700 brings a new age of graphics technology and power management to mobile PC users seeking both breathtaking performance and true mobility. With 8 parallel pixel pipelines and breakthrough image enhancement technology, MOBILITY™ RADEON® X700 provides an extremely smooth, responsive HD gaming experience, putting gamers in control of the most demanding game titles. A radically new architecture based on the latest .11 micron manufacturing process delivers fast mobile performance without sacrificing battery life. GDDR3 memory support helps to deliver ultra-fast data rates and unbelievable acceleration.

**The PCI Express® Advantage**

MOBILITY™ RADEON® X700 offers a future-proof solution by fully adopting the newest PC architecture standard – PCI Express® - to support current and upcoming game titles, operating systems and multimedia applications. ATI's PCI Express® graphics have the ability to send and receive data simultaneously at twice the speed of current AGP 8X solutions with reliability and better power management.

**Extended Battery Life with POWERPLAY™ Technology**

MOBILITY™ RADEON® X700 offers POWERPLAY™ technology for optimal power management and extended battery life, combining high performance with low power consumption, letting you work and play longer.

**Get Connected to All the Latest Displays with LCD-EE™**

MOBILITY™ RADEON® X700 supports the latest high resolution and wide-screen notebook displays with a flexible and easy-to-use interface for multiple display settings. ATI's new LCD Enhancement Engine (LCD-EE™) supports the latest high resolution and wide-screen notebook displays such as WXGA (1920x1200) and QXGA (2048x1536).

**Breakthrough Image Quality**

MOBILITY™ RADEON® X700 enables a high-definition gaming experience for the avid mobile gamer by maximizing performance and image quality in higher detail and at higher resolutions than ever before. ATI's new and revolutionary 3Dc™ image enhancement technology brings characters to life and scenery to greater realism with increased performance and lower memory usage.

**World's Most Advanced 3D Architecture**

MOBILITY™ RADEON® X700 features SMARTSHADER™ HD, the most advanced pixel shader engine. With six programmable vertex shader pipelines, it delivers the most beautifully rendered high-definition 3D animation for the ultimate in intense, interactive mobile game play.

**Cutting Edge Video Technology**

With ATI VIDEOSHADER™ HD technology, MOBILITY™ RADEON® X700 takes advantage of its advanced shader processing engine for user programmable video effects, video quality enhancement, and encoding and decoding of many video standards, including MPEG1/2/4, Real Media, DivX and WMV9. MOBILITY™ RADEON® X700 also supports the latest high-definition and wide display formats, giving users bigger and more vivid movie, gaming and Internet experiences.

**DirectX® 9.0 & OpenGL® Leadership Continues**

MOBILITY™ RADEON® X700 offers the latest DirectX 9.0 and OpenGL shader support to









Overam Mirage 4900 laptop specifications, features and pictures

Page 5 of 8











ensure that current and upcoming games look and play brilliantly, especially in high-definition.

**Specifications**

Technology Features
* 8 parallel pixel pipelines
* Six programmable vertex shader pipelines
* 0.11 micron fabrication process
* 128-bit dual-channel DDR1/DDR2/GDDR3 memory support
* PCI Express™ x16 lane native support

SMARTSHADER™ HD
* Support for Microsoft® DirectX® 9.0 programmable vertex and pixel shaders in hardware
  * DirectX 9.0 Vertex Shaders
  o Vertex programs up to 65,280 instructions with flow control
  o Single cycle trigonometric operations (SIN & COS)
  * Direct X 9.0 Extended Pixel Shaders
  o Up to 1,536 instructions and 16 textures per rendering pass
  o 2nd generation F-buffer technology accelerates multi-pass pixel shader programs with unlimited instructions
  o 32 temporary and constant registers
  o Facing register for two-sided lighting
  o 128-bit, 64-bit & 32-bit per pixel floating point color formats
  o Multiple Render Target (MRT) support
  * Complete feature set also supported in OpenGL® via extensions

SMOOTHVISION™ HD
* 2x/4x/6x Anti-Aliasing modes
* Temporal Anti-Aliasing
* 2x/4x/8x/16x Anisotropic Filtering modes

3Dc™
* High quality 4:1 Normal Map Compression
* Works with any two-channel data format

HYPER Z™ HD
* 3-level Hierarchical Z-Buffer with Early Z Test
* Lossless Z-Buffer Compression (up to 48:1)
* Fast Z-Buffer Clear
* Z Cache optimized for real-time shadow rendering
* Optimized for performance at high display resolutions

VIDEOSHADER™ HD
* Seamless integration of pixel shaders with video in real time
* FULLSTREAM™ video de-blocking technology for Real, DivX, and WMV9 formats
* VIDEOSOAP™ noise removal filtering for captured video
* MPEG1/2/4 decode and encode acceleration
  o DXVA Support

Overam Mirage 4900 laptop specifications, features and pictures

Page 6 of 8





o Hardware Motion Compensation, iDCT, DCT and color space conversion
* All-format DTV/HDTV decoding
* YPrPb component output for direct drive of HDTV displays
* Adaptive Per-Pixel De-Interlacing and Frame

HYPERMEMORY™
* Uses the high-speed bi-directional data transfer capabilities of PCI Express® to store and access graphics data in system memory, leading to less dependence on dedicated graphics memory and a lower overall notebook cost

POWERPLAY™ 5.0
* ATI's fifth-generation POWERPLAY™ power management technology provides users with the optimal balance between performance and power consumption
* POWER-ON-DEMAND – constantly monitors system activity, dynamically adjusting clocks and voltage based on user scenario
* LOW POWER LCD – enables lower LCD refresh rate for longer battery life
* VARI-BRIGHT™ technology optimizes notebook panel brightness for more power savings

Visual Display Flexibility
* Flexible and easy-to-use interface for multiple display settings
* LCD-EE™ display engine allows for support of the latest high resolution and wide-screen notebook displays such as WXGA (1920x1200) and OXGA (2048x1536)
* 165 MHz integrated TMDS transmitter, for support of DVI Digital Flat Panels at up to UXGA resolution (1600x1200)
* 230MHz integrated, Dual Channel LVDS
* Integrated TV-Out Encoder
* Dual RAMDACs at speeds of 400MHz
* Integrated HDTV encoder, supporting component output (YPbPr) for both North American and Japanese D-link connectors

VPU Recover™
* Automatically activated if the graphics processor hangs, triggering the driver to reset the GPU, avoiding system "crash"

Multiple Variants For Ultimate Design Flexibility
Support for multiple mobile form factors:
* Discrete
* On-chip 64MB DDR
* On-chip 128MB DDR

AXIOM™ (Advanced eXpress I/O Module) is a flexible approach to PCI Express® modules and provides a reliable, innovative solution on notebook PCs offering:
* Proven, robust connector
* Standard form factors
* Customization for optimal fit with industrial design
* Standard interconnect for graphics and other peripheral designs
* Full support for ATI FLEXFIT™ technology















Overam Mirage 4900 laptop specifications, features and pictures

More information : www.atl.com












Overam Mirage 4900 laptop specifications, features and pictures










OVERAM Computing - Copyright © 1999-2005 - All rights reserved

6/16/2008

Overam Mirage 3800 laptop specifications, features and pictures



















## OVERAM Mirage 3800

## Hi-Tech mobility at an affordable price !

Eliminate the hassle of cables, cards and antennas, the Mirage 3800 with Intel® Centrino™ mobile technology brings you freedom and flexibility. Experience wireless freedom with integrated 802.11a/b/g Wireless LAN, and outstanding mobile performance powered by the new Intel® Pentium® M Processor. The Mirage 3800 also features the powerful dual channel DDR2 533/400MHz system memory architecture along with the best-in-class nVIDIA® GeForce™ Go 6600 PCI-Express™ graphics controller - this is a truly ideal laptop for both productivity and entertainment on the go.

## The Overam Advantage

### • Quality
All Overam notebooks are built by an experienced technician with high-quality parts and include a 1-year warranty on parts and labor.

### • Upgrade-friendly
Most notebooks are made with proprietary hardware, which can make upgrading a painful process. At Overam, we use stock parts that are easily available to the public. Want to add more memory or a bigger hard drive? The easy-access panels make it simple! We also offer laptop upgrade services.

### • Superior service
In addition to our no-dead pixel plan, the 1-year warranty can be expanded to 3 or 4 years. All of our notebooks are set up and custom-configured before being shipped. When you order a Mirage, it will arrive running smoothly with the latest updates. Most retail stores charge extra for this, but not us! Plus, you get the added benefit of free lifetime e-mail support!

### • Price-matching
If you find a lower priced notebook with the same specifications, we will match the price!

### • Extras
Every Mirage 3800 notebook package includes a deluxe carrying case, a USB flexible night-light, and a universal power supply— everything you need to get started right away! Mirage 3800 Models also include: Fantastic picture through the 15.4" screen, 3 USB ports, Integrated Video Camera (Webcam) and Microphone, 4 built-in speakers, Integrated 56Kbps Modem and 10/100/1000 Ethernet networking and Windows XP






Home Edition® with Service Pack 2 : OpenOffice® (Microsoft Office® compatible office suite) : Anti-virus, Spyware removal and Firewall software preloaded.

## Specifications

### Processing
- Model version M38AW
- Intel® Pentium M® (740/750/760/770/780 and 715/725/735/745/755/765)
- CPU clock frequency up to 2.26 GHz (µPGA478)
- 2048 KB CPU On-Die L2 cache memory
- Intel® Centrino® mobile technology
- 533 and 400 MHz FSB (Front Side Bus)
- 4 MB Flash-ROM BIOS (Phoenix)
- Intel® 915PM and FW82801FB (ICH6M) Chipset Core Logic
- Up to 2048 MB of PC3200 DDR2 RAM @ 533 MHz
- Dual Channel memory architecture (64-bit DDR2)
- 2 SO-DIMM memory slots (200-pin)

### Video / Graphics
- 15.4" TFT Active Matrix flat wide-screen (16/10)
- W-XGA (1366x768) LCD (Glare type)
- W-SXGA+ (1680x1050) LCD
- W-UXGA (1920x1200) LCD
- 128 MB DDR SG-RAM dedicated video memory
- PCI-Express modular architecture (x16)
- nVidia® GeForce® Go 6600 (NV43M)
- Dual-View display capability (laptop LCD and external CRT screens)
- Integrated CamTel CMM-3130 color digital video camera (300,000 pixels)
- 1 TV-Out connector (S-Video)
- 1 Video-Out port (external CRT output)

### Storage
- Internal detachable 2"1/2 Ultra-DMA Hard Disk Drive (9.5 mm)
- 20/30/40/60/100/120 GB HDD (4200/5400/7200 RPM)
- Internal detachable Slim Optical Drive (ATAPI interface)
- CD-ROM, DVD-ROM, CD-RW, DVD & CD-RW combo, DVD/RW-DL, DVD-RAM
- Choice of optical drives with tray loader or slot insert
- Mobile universal USB 3"1/2, 1.44MB Floppy Disk Drive (optional)
- 4-in-1 universal flash-card reader module :
  - MultiMedia card (MMC)
  - Secure-Digital card (SD)
  - Memory Stick (MS)
  - Memory Stick PRO (MS Pro)

### Audio
- RealTek® Azalia® ALC880 codec Audio controller
- 6 Channel Analog Audio output (no need for external decoder)
- AC'97 compliant, SB Pro® compatible, SRS WOW support
- Total of 4 built-in speakers
- S/PDIF digital output (5.1 CH) for DVD content
- 1 built-in microphone
- Multiple multi-function audio connectors (3 Jacks) :





Overam Mirage 3800 laptop specifications, features and pictures

Page 3 of 12






- 1 S/PDIF out
- 1 Headphone
- 1 Microphone

Connectivity
- Built-in 10/100/1000 Mbps LAN NIC ( RJ 45 port)
- Marvell® Yukon® 88E 8053 PCI-E GigaBit Ethernet controller
- Built-in 56K V90/V92 Motorola® SM56 modem/fax/voice (RJ 11 port)
- PCI SoftModem (WinModem / LinModem with SLAMR support)
- Wireless Infrared (National Semiconductor®) : Fast IR, SIR and ASK compliant
- 1 parallel port with ECP/EPP support
- 1 serial port (16C550 RS-232 compatible)
- 1 external keyboard/mouse PS/2 port
- 2 USB ports (version 2.0)
- 1 IEEE 1394-A FireWire ports (4-pin)
- FireWire OHCI compliant controller
- I/O controller
- Intel® PRO/Wireless 2915ABG internal Wi-Fi 802.11a/b/g Wi-Fi module
- Internal wireless Blue-Tooth (optional)
- 1 Type II PCM-CIA Slot ( Texas Instruments® Ultra Media PCI1620)
- 32-bit Cardbus controller
- PCM-CIA 3.0 Standard Compliant

Miscellaneous
- Anthracite shell color (charcoal grey)
- Full-size keyboard (A4 format)
- Multi-language keyboard (QWERTY or AZERTY)
- English, French, French Canadian, German, Italian, Spanish, etc...
- Front panel hard-wired switch for Wi-Fi (ON/OFF) for aircraft, hospital, etc...
- 2 Hot Keys for Web browser and eMail client
- 2 Windows® Hot Keys
- Integrated Hot Keys for LCD Brightness, Suspend, Reset/CRT Display
- Integrated TouchPad (Elantech) with scrolling slider (up/down)
- Smart Lithium-Ion battery (6 or 12-cell pack)
- Battery autonomy between 1.5 hour and 6 hours (12-cell battery pack)
- 1 Kensington® Security Lock
- 14.1" x 10.5" x 1.5" (358mm x 266mm x 38.1mm)
- 7.9 lbs (3.5 Kg) with battery

Operating systems
- Windows XP Home Edition®
- Windows XP Professional Edition® (optional)
- Windows XP Media Center 2005 Edition® (optional)
- Windows 2000 Professional® (optional)
- Sun Solaris 10 Unix (optional)
- Linux (optional)

Service
- 1-year limited warranty (parts and labor)
- Lifetime Free Technical Support
- Extended warranty program up to 4 extra years (optional)
- Onsite warranty for (continental USA (optional)
- International warranty (optional)









6/16/2008

Overam Mirage 3800 laptop specifications, features and pictures











**Package contents**
- Overam Mirage 3800 laptop computer
- Universal (100V / 250V AC) auto-switching external power supply
- 110V U.S. power cord (220V French & English power cords optional)
- Deluxe Carrying Bag with handle (variable models available)
- Miscellaneous adapters cables (component specific)
- User manual (English)
- Multi-lingual manual optional (French, German, Italian, Spanish, English)
- Device drivers CD
- Application CDs (component specific)
- Latest Microsoft® Service Packs and Security Updates pre-loaded
- Flexible USB night-light
- Anti-virus, spyware remover and Firewall software loaded and pre-configured
- Complete Sun® Open Office Suite (Microsoft Office® compatible)

About the Realtek ALC880 Azalia codec audio controller

General Description

The ALC880 and ALC880D 7.1 Channel High Definition Audio codecs with UAA (Universal Audio Architecture), featuring four 24-bit two-channel DACs and three stereo 20-bit ADCs, are designed for high performance multimedia PC systems. The ALC880(D) incorporates proprietary converter technology to achieve 100dB sound quality; easily meeting PC2001 requirements and also bringing PC sound quality closer to consumer electronic devices.

The ALC880(D) provides 7.1 output channels, along with flexible mixing, mute, and fine gain control functions to provide a complete integrated audio solution for PCs. The DACs (with a highest sampling frequency of 192kHz) and Realtek proprietary hardware content protection are applicable for DVD-Audio, previously only implemented in high-end consumer electronics, but now achieved by PCs with the ALC880(D) inside. The ALC880(D) is also the only High Definition Audio codec to integrate three stereo ADCs that can support a microphone array with Acoustic Echo Cancellation (AEC), Beam Forming (BF), and Noise Suppression (NS) technology simultaneously, significantly improving recording quality for conference calls. With this unique feature (3 stereo ADCs), the ALC880(D) can provide high-quality audio using S/PDIF to output analog data, or for multiple-source recording applications.

Realtek's proprietary impedance sensing and jack detect techniques allow device loads on inputs and outputs to be auto-detected. All analog IO are input and output capable, and headphone amplifiers are also integrated at each analog output. All analog IOs can be re-tasked according to user's definitions, or automatically switched depending on the connected device type (Universal Audio Jack®).

The ALC880(D) supports 32-bit S/PDIF input and output functions and a sampling rate of up to 96kHz, offering easy connection of PCs to high quality consumer electronic products such as AC-3 decoders/speakers, and mini disk devices.

The ALC880(D) supports host/soft audio from the Intel ICH6 chipset, and also from any



Overam Mirage 3800 laptop specifications, features and pictures










other HDA compatible audio controller. With EAX/Direct Sound 3D/I3DL2/A3D compatibility, and excellent software utilities like Karaoke mode, environment emulation, software equalizer, HRTF 3D positional audio, and optional Dolby® Digital Live, the ALC880(D) provides an excellent entertainment package and game experience for PC users.

Features
* High-performance DACs with 100dB S/N ratio
* ADCs with S/N ratio greater than 85dB
* Meets performance requirements for audio on PC2001 systems
* 8 DAC channels support 16/20/24-bit PCM format for 7.1 audio solution
* 3 stereo ADCs support 16/20-bit PCM format, two for microphone array, one for legacy mixer recording
* Supports 44.1K/48K/96K/192kHz DAC sample rate
* All ADCs support 44.1K/48K/96K sample rate
* Applicable for 4-channel/192kHz and 6-channel/96kHz DVD-Audio solutions
* Up to four channels of microphone input are supported for AEC/BF application
* High-quality differential CD input
* Supports Power Off CD function
* Supports external PCBEEP input and built-in BEEP generator
* PCBEEP Pass-Through when link is in RESET state
* Software selectable 2.5V/3.75V VREFOUT
* Six VREFOUTs are supported by default, with additional four VREFOUTs available by sharing unused analog I/O pins
* Two GPI (General Purpose Input) Jack detection pins (each designed to detect 4 jacks)
* 16/20/24-bit S/PDIF-OUT supports 44.1K/48K/96kHz sample rate
* 16/20/24-bit S/PDIF-IN supports 44.1K/48K/96kHz sample rate
* Optional EAPD (External Amplifier Power Down) supported
* Power support: Digital: 3.3V; Analog: 3.3V/5.0V
* Power management and enhanced power saving features
* Compatible with AC'97
* 48-pin LQFP package (lead-free package also available)
* Reserve analog mixer architecture for backward compatibility with AC'97
* -64dB ~ +30dB with 1dB resolution of mixer gain to achieve finer volume control
* Impedance sensing capability for each re-tasking jack
* All analog jacks are stereo input and output re-tasking for analog plug & play
* Built-in headphone amplifier for each re-tasking jack
* Supports external volume knob control
* Supports 2 GPIOs (General Purpose Input/Output) for customized applications
* Hardware de-scrambling for DVD-Audio Content protection
* Meets Microsoft WHQL/WLP 2.0 audio requirements
* EAX™ 1.0 & 2.0 compatible
* Direct Sound 3D™ compatible
* A3D™ compatible
* I3DL2 compatible
* HRTF 3D Positional Audio
* Emulation of 26 sound environments to enhance gaming experience
* 10 Software Equalizer Bands
* Voice Cancellation and Key Shifting in Karaoke mode
* Realtek Media Player
* Enhanced Configuration Panel and device sensing wizard to improve user experience
* Microphone Acoustic Echo Cancellation (AEC) and Beam Forming (BF) technology for voice application







Page 6 of 12

Overam Mirage 3800 laptop specifications, features and pictures

* Mono/Stereo Microphone noise suppression
* ALC80OD features Dolby® Digital Live output for consumer equipment

Applications
* Multimedia PCs
* 3D PC games
* Information appliances (IA)
* Voice recognition
* Audio conferencing

More information : www.realtek.com.tw







About the nVidia® GeForce™ Go 6600 video controller

The NVIDIA® GeForce™ Go 6600 graphics processing units (GPUs) deliver best-in-class performance and brilliant video on the leading performance mainstream notebook PCs. With the advanced video capabilities of NVIDIA's PureVideo™ technology, support for the latest 3D games and applications, and NVIDIA PowerMizer™ 5.0 technology for high performance and long battery life, the GeForce Go 6600 GPUs deliver unparalleled features for both the road warrior and the multimedia enthusiast. GeForce Go 6600 powered notebook PCs let you can easily travel from the home theater to the boardroom with the perfect blend of performance, features, and portability.

NVIDIA PureVideo Technology
The combination of high-definition video processors and NVIDIA DVD decoder software delivers unprecedented picture clarity, smooth video, accurate color, and precise image scaling for all video content to turn your PC into a high-end home theater. Feature requires supported video software. Features may vary by product.

UltraShadow II Technology
Enhances the performance of bleeding-edge games, like id Software's Doom 3, that feature complex scenes with multiple light sources and objects. 2nd-generation technology delivers more than 4x the shadow processing power over the previous generation.

64-Bit Floating Point Texture Filtering and Blending
Based on the OpenEXR technology from Industrial Light & Magic (http://www.openexr.com/), NVIDIA's 64-bit texture implementation delivers state-of-the-art high dynamic-range (HDR) visual effects through floating point capabilities in shading, filtering, texturing, and blending.

WMV-HD Hardware Acceleration
Playback videos in Microsoft's Windows Media Video High Definition (WMV-HD) format without skipping frames or losing video detail. Accepted by the HD-DVD consortium as a new HD format, WMV-HD is now part of Windows XP to make it easy for users to edit and save their favorite videos.

High-Definition MPEG-2 Hardware Acceleration









**Smoothly** playback all MPEG-2 video with minimal CPU usage so the PC is free to do other work. Battery-life is extended when watching DVDs while running on battery. MPEG-2 is the standard format for DVDs, is accepted as a format for HD-DVD, and is also used for HD broadcast.

Adaptable Programmable Video Processor
PureVideo's programmable technology adapts to new video encoding formats as they are developed to provide a future-proof video solution.

Advanced Spatial Temporal De-Interlacing
Smoothes video and DVD playback on progressive displays to deliver a crisp, clear picture that rivals high-end home theater systems.

Vibrant Color Temperature Correction
Color temperature correction makes actors' faces appear natural, rather than washed out and pale, when playing videos on LCD and CRT displays.

LCD Overdrive
Notebook LCD displays can exhibit "ghosting" effects because of the slow response time of liquid crystals. The LCD overdrive feature compensate for this slower response time by overdriving color signals, thereby automatically eliminating ghosting effects.

High-Quality Real-Time Video Recording
Get full digital video recording functionality without losing data. With NVIDIA PureVideo technology, high-quality recording preserves picture detail while also using minimal space to store videos on the hard drive.

CineFX 3.0 Engine
Powers the next generation of cinematic realism. Full support for Microsoft® DirectX® 9.0 Shader Model 3.0 enables stunning and complex special effects. Next-generation shader architecture delivers faster and smoother gameplay.

Geometry Instancing
Many games repeat 3D geometry (for example, trees or grass) hundreds to thousands of times. The GeForce Go 6 Series GPUs allow a single model of the geometry to be uniquely animated an infinite number of ways, each being a unique "instance" of the original model. This translates into a massive performance benefit when playing games with complex scenes.

Displacement Mapping
The GeForce 6 Series GPUs employ advanced techniques to simulate highly detailed visuals using low-polygon models, enabling a new level of realism in 3D games and applications. This allows many games and professional applications to use coarse, low-polygon models that look highly detailed with very little computational cost.

Intellisample 3.0 Technology
The industry's fastest antialiasing delivers ultra-realistic visuals, with no jagged edges, at lightning-fast speeds. Visual quality is taken to new heights through a new rotated grid sampling pattern.

PCI Express
PCI Express bus doubles the bandwidth of AGP 8X delivering over 4GB/s in both upstream and downstream data transfers. Only supported in some NVIDIA GPUs. Please check product details for bus information.

NVIDIA® nView® Multi-Display Technology
Advanced technology provides the ultimate in viewing flexibility and control for multiple monitors. NVIDIA GPUs are enabled to support multi-displays, but graphics cards vary. Please verify multi-display support in the graphics card before purchasing.

Digital Vibrance Control 3.0 Technology
Allows the user to adjust color controls digitally to compensate for the lighting conditions of their workspace, in order to achieve accurate, bright colors in all conditions.

NVIDIA® ForceWare™ Unified Driver Architecture (UDA)
Delivers a proven record of compatibility, reliability, and stability with the widest range of games and applications. ForceWare ensures the best out-of-box experience for every user and delivers continuous performance and feature updates over the life of NVIDIA GeForce GPUs. Includes full support for PCI Express and AGP.

PowerMizer 5.0
The fifth generation of NVIDIA's advanced hardware power management technology that reduces notebook power consumption for the graphics subsystem without affecting the user experience.

Integrated TV Encoder
Provides best-of-class TV-out functionality for resolutions up to 1024x768.

OpenGL® 2.0 Optimizations and Support
Ensures the best performance and application compatibility for all OpenGL applications.

128-Bit Studio-Precision Computation
128-bit studio-precision computation through the entire pipeline prevents image defects due to low precision and ensures the best image quality for even the most demanding applications.

Dual 400MHz RAMDACs
Blazing-fast RAMDACs support dual QXGA displays with ultra-high, ergonomic refresh rates–up to 2048x1536@85Hz. May vary by model.

Dual DVI Support
Able to drive the industry's largest and highest resolution flat-panel displays including 1900x1200 resolution and the new Apple 30" cinema display. (Support for Apple 30" cinema display available on the GeForce 6800 Ultra 512MB only.)

Full-Speed 32-Bit Color Precision
Delivers increased image quality with no performance compromise.

More information : www.nvidia.com

About the Intel® Centrino® Mobile Technology

Intel® Centrino™ mobile technology represents Intel's best technologies for laptops. More than just a processor, it features fully integrated wireless LAN+ capability and delivers excellent mobile performance while enabling great battery life in lighter, easier-to-carry laptop PCs.

Intel Centrino Mobile technology includes the following components:
- Intel® Pentium® M processor
- Mobile Intel® 915 Express chipset family or Intel® 855 chipset family
- Intel® PRO/Wireless Network Connection Family

Integrated Wireless LAN Capability
Eliminate the hassle of cables, cards, and antennas with the integrated wireless LAN capability of Intel Centrino mobile technology. With the Wi-Fi CERTIFIED*^ components of Intel® Centrino™ mobile technology^, you can access information and communicate on-the-spot through wireless Internet and network connections, many of them available in public Wi-Fi networks (called "hotspots") located around the world. +
What's more, Intel Centrino mobile technology is built to support a wide range of industry WLAN security standards and leading 3rd party security solutions (such as Cisco* Compatible Extensions) so you know your data is secured by the most up-to-date wireless security standards available.
Outstanding Mobile Performance
For today's multi-tasking, on-the-go computing lifestyle, you want outstanding mobile performance when you're away from your home or office. With mobile applications becoming more complex, and demanding faster, more efficient computing performance, Intel Centrino mobile technology is designed to meet the demands of new and future applications with technology that offers faster instruction execution at lower powers.

Some key features contributing to the outstanding mobile performance of Intel Centrino mobile technology include:
- Micro-ops fusion which combines operations to reduce time and power required to execute instructions.
- Power optimized Level 2 Cache and Enhanced Data Pre-fetcher which reduce off-chip memory access and increases availability of valid data in L2 cache.
- Advanced instruction prediction which analyzes past behavior and predicts which operations are likely to be requested in the future eliminating CPU process replication.
- Dedicated stack manager improves processing efficiency by performing general "housekeeping" functions.

Enables Great Battery Life
Intel Centrino mobile technology delivers outstanding mobile performance while enabling great battery life with power saving technologies such as:
- Intelligent power distribution to focus system power where the processor needs it most.

- New power-efficient transistor technology which optimizes power consumption and dissipation for lower CPU power.
- Support for Enhanced Intel SpeedStep® technology to dynamically enhance application performance and power usage.

A Variety of Laptop Designs
Intel Centrino mobile technology enables the latest in mobile PC designs, from thin and light, to full size. To fit high-performance processors into the latest slim and ultra-slim laptops, PC tablets, and other cutting-edge PC designs, Intel Centrino mobile technology uses Micro FCPGA (Flip Chip Pin Grid Array) and FCBGA (Flip Chip Ball Grid Array) technologies for packaging processor chips specifically optimized for thinner, lighter laptop PC designs.
The smaller designs of new laptop computers require special considerations be made at lower powers to suppress thermal power. In response to this, Centrino mobile technology features Low Volt (LV) and Ultra Low Volt (ULV) options that allow the processor to run at lower voltages, to decrease thermal power for tablet and extra-slim laptop designs.

Intel® Centrino™ Mobile Technology is more than just a CPU. See how it all works to bring you an outstanding mobile experience. View tour.

+ Wireless connectivity and some features may require you to purchase additional software, services or external hardware. Availability of public wireless LAN access points is limited, wireless functionality may vary by country and some hotspots may not support Linux-based Intel Centrino mobile technology systems. System performance measured by MobileMark* 2002. System performance, battery life, wireless performance and functionality will vary depending on your specific operating system, hardware and software configurations. See www.intel.com/products/centrino/ for more information.

^ Wireless functionality may vary by country and Wi-Fi certification is not supported on Linux-based Intel Centrino mobile technology notebooks. Check with your PC manufacturer for details. Other names and brands may be claimed as the property of their respective owners.

More information : www.intel.com

About the Intel® Pentium® M Processor

The Intel® Pentium® M Processor, in conjunction with the Intel® 915 Express chipset family and the Intel® PRO/Wireless network connection, is a key component of Intel® Centrino™ Mobile Technology. It delivers outstanding mobile performance and low-power enhancements for sleeker, lighter notebook designs.

Features and benefits

Power Optimized 533/400 MHz processor system bus, Micro-ops Fusion & Dedicated

Stack Manager.
Allows faster execution of instructions at lower power.

Support for enhanced Intel SpeedStep® Technology w/ multiple voltage & frequency operating points.
Allows for better match of performance to application demand.

Execute Disable Bit Support
Can help prevent certain classes of malicious "buffer overflow" attacks when combined with supporting operating system. This is an optional feature and is available on the latest Intel® Pentium® M Processors.

Support for Intel® Mobile Voltage Positioning (Intel® MVP IV).
Dynamically lowers voltage based on processor activity to lower thermal design power enabling smaller notebooks.

Micro FCPGA & FCBGA packaging technology
Optimized for a range of thinner, lighter designs including <1" thick that deliver outstanding performance.

Intel® Centrino™ mobile technology represents Intel's best technologies for notebooks. More than just a processor, it features fully integrated wireless LAN+ capability and delivers excellent mobile performance while enabling great battery life in lighter, easier-to-carry notebook PCs.

Intel Centrino Mobile technology includes the following components:

Integrated Wireless LAN Capability
Eliminate the hassle of cables, cards, and antennas with the integrated wireless LAN capability of Intel Centrino mobile technology. With the WI-FI CERTIFIED^^ components of Intel® Centrino™ mobile technology(1), you can access information and communicate on-the-spot through wireless Internet and network connections, many of them available in public Wi-Fi networks (called "hotspots") located around the world.(2) What's more, Intel Centrino mobile technology is built to support a wide range of industry WLAN security standards and leading 3rd party security solutions (such as Cisco* Compatible Extensions) so you know your data is secured by the most up-to-date wireless security standards available.

Outstanding Mobile Performance
For today's multi-tasking, on-the-go computing lifestyle, you want outstanding mobile performance when you're away from your home or office. With mobile applications becoming more complex, and demanding faster, more efficient computing performance, Intel Centrino mobile technology is designed to meet the demands of new and future applications with technology that offers faster instruction execution at lower powers.

Some key features contributing to the outstanding mobile performance of Intel Centrino mobile technology include:
- Micro-ops fusion which combines operations to reduce time and power required to

execute instructions.
- Power optimized Level 2 Cache and Enhanced Data Pre-fetcher which reduce off-chip memory access and increases availability of valid data in L2 cache.
- Advanced instruction prediction which analyzes past behavior and predicts which operations are likely to be requested in the future eliminating CPU process replication.
- Dedicated stack manager improves processing efficiency by performing general "housekeeping" functions.

Enables Great Battery Life
Intel Centrino mobile technology delivers outstanding mobile performance while enabling great battery life with power saving technologies such as:
- Intelligent power distribution to focus system power where the processor needs it most.
- New power-efficient transistor technology which optimizes power consumption and dissipation for lower CPU power.
- Support for Enhanced Intel SpeedStep® technology to dynamically enhance application performance and power usage.

A Variety of Notebook Designs
Intel Centrino mobile technology enables the latest in mobile PC designs, from thin and light, to full size. To fit high-performance processors into the latest slim and ultra-slim notebooks, PC tablets, and other cutting-edge PC designs, Intel Centrino mobile technology uses Micro FCPGA (Flip Chip Pin Grid Array) and FCBGA (Flip Chip Ball Grid Array) technologies for packaging processor chips specifically optimized for thinner, lighter notebook PC designs.
The smaller designs of new notebook computers require special considerations be made at lower powers to suppress thermal power. In response to this, Centrino mobile technology features Low Volt (LV) and Ultra Low Volt (ULV) options that allow the processor to run at lower voltages, to decrease thermal power for tablet and extra-slim notebook designs.

(1) Wireless functionality may vary by country and Wi-Fi certification is not supported on Linux-based Intel Centrino mobile technology notebooks. Check with your PC manufacturer for details. Other names and brands may be claimed as the property of their respective owners.

(2) Wireless connectivity and some features may require you to purchase additional software, services or external hardware. Availability of public wireless LAN access points is limited, wireless functionality may vary by country and some hotspots may not support Linux-based Intel Centrino mobile technology systems. System performance measured by MobileMark* 2002. System performance, battery life, wireless performance and functionality will vary depending on your specific operating system, hardware and software configurations.

More information : www.intel.com

OVERAM Computing - Copyright © 1999-2005 - All rights reserved

# EXHIBIT F

KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.    C06-01839 CRB <br><br> **DEFENDANT SYNAPTICS, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF ELANTECH DEVICES CORPORATION** |
| AND RELATED COUNTERCLAIMS | |

**TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Synaptics, Inc. ("Synaptics"), by and through its counsel Morrison & Foerster LLP, will take the deposition upon oral examination of Elantech Devices Corp. ("Elantech"), on May 20, 2008 commencing at 9:30 a.m., at the offices of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304-1018. The deposition will be recorded by stenographic recording (which may include recording the testimony through the instant visual display of the

1    testimony) and by videotape recording, and will be taken before a notary public authorized to

2    administer oaths in the State of California, and will continue from day to day, Saturdays, Sundays

3    and holidays excepted, until completed.

4         Pursuant to Rule 30(b)(6), Elantech shall designate one or more officers, directors, or

5    managing agents, or other persons to testify on its behalf regarding each of the following subjects:

6         1.    Operation of any product employing a touch sensor that was designed, developed,

7    manufactured, or sold by Elantech since September 18, 2003 ("Elantech Touchpad Products").

8         2.    All documents describing the structure or operation of any product employing a

9    touch sensor that was designed, developed, manufactured, or sold by Elantech, including TP3,

10   KTP2, KTP3, or KTP5 series touchpad devices.

11        3.    The conception, design, and development of Elantech Touchpad Products,

12   including all revisions and versions.

13        4.    All facts relating to the development and release of Elantech's firmware and driver

14   code.

15        5.    The structure, features, functionality and operation of all Elantech Touchpad

16   Products, including all versions of TP3, KTP2, KTP3, or KTP5 series touchpad devices designed,

17   manufactured, or sold by Elantech.

18        6.    All versions of firmware, assemblers, listing files, or any other instructions, that

19   control the operation of any Elantech Touchpad Product, including TP3, KTP2, KTP3, or KTP5

20   series touchpad devices.

21        7.    Any revisions of any firmware, or any other instructions, that control the operation

22   of any of the Elantech Touchpad Products.

23        8.    Communications with any person or party regarding United States Patent Nos.

24   5,543,591, 5,880,411, 5,943,052, and 6,380,931 ("the Synaptics Patents").

25        9.    Elantech's first awareness of each of the Synaptics Patents.

26        10.   Actions taken by Elantech when it became aware of the Synaptics Patents,

27   including any changes to the design of any Elantech Touchpad Products as a result of its

28   awareness of the Synaptics Patents, any analysis or review of the Synaptics Patents, and any

1  conclusions reached with respect to the Synaptics Patents by any agent, employee, or executive of

2  Elantech.

3      11.    Elantech's policies, procedures and guidelines for marking the patent number of

4  any patent owned by, assigned to or licensed to Elantech on any Elantech Touchpad Products or

5  any of Elantech's licensees.

6      12.    All efforts to mark the '352 Patent number on Elantech Touchpad Products or

7  products of any of Elantech's licensees.

8      13.    The meaning and relevance of documents produced by Elantech in response to

9  Synaptics' Interrogatory No. 5.

10     14.    All facts relevant to any alleged commercial success of the invention or inventions

11  claimed in the '352 Patent.

12     15.    All facts relevant to any other secondary considerations, including any alleged

13  industry acceptance, alleged copying by others, and/or alleged long-felt need of any of the

14  inventions claimed or described in the '352 Patent.

15     16.    The structure, features, and functionality of the Elantech Touchpad Products

16  designed, manufactured, or sold by Elantech.

17     17.    The process by which Elantech Touchpad Products are sold and/or reach the

18  market.

19     18.    All efforts to license the '352 Patent to others, including any discussions,

20  communications, or efforts arising out of litigation or threatened litigation.

21     19.    The sale, offer for sale, and/or use of any products, including the Elantech

22  Touchpad Products, that incorporate any invention claimed in the '352 Patent.

23     20.    The first sale, offer for sale, disclosure, demonstration and/or use of any products,

24  including the Elantech Touchpad Products, that incorporates any invention claimed in the '352

25  Patent.

26     21.    Elantech's practices, policies, and procedures relating to the disclosure of

27  confidential information to its customers.

28

SYNAPTICS' NOTICE OF RULE 30(b)(6) DEPOSITION
CASE NO. C06-01839-CRB
pa-1245170

3

1       22.    All communications and agreements with any company related to the technology

2    described in the '352 Patent.

3       23.    Communications concerning the Elantech's Touchpad Products, Synaptics, or the

4    Synaptics Patents between any representative of Elantech and any customer or prospective

5    customer, including, *but not limited to*, Prostar Computer, Averatec, Dell, International Business

6    Machines, Hewlett-Packard, Gateway, Apple, Ultra Source Technology Corp., Yosun Industrial

7    Co., Ltd., Elofa Technology Co. Ltd., Addict PC, ASI, ASUSTeK Computer Inc., Micro-Star

8    International, Overam Computing, Quandra, and Wearnes.

9       24.    Communications with Cirque Corporation.

10      25.    Communications with Stratos Product Development Group.

11      26.    Communications with Synaptics.

12      27.    Any communication with any third party regarding Synaptics' alleged

13    infringement of the '352 Patent.

14      28.    All licenses to the '352 Patent.

15      29.    Any documents, communications, agreements, and facts relating to Elantech's

16    licensing of the '352 Patent from Logitech, Inc.

17      30.    Communications with, or attempts to contact, the inventors of the '352 Patent,

18    including Stephen J. Bisset and Bernard Kasser.

19      31.    Any information about the inventors of the '352 Patent.

20      32.    All prior art to the '352 Patent of which Elantech is aware.

21      33.    The organizational structure of Elantech, including but not limited to its directors,

22    the identity and duties of its officers, its business model, and identity of and its relationship to any

23    parent, sister, subsidiary, and/or other affiliated entity.

24      34.    Elantech's record keeping practice, including both electronic and paper records,

25    including but not limited to the identity of those involved in the design of Elantech Touchpad

26    Products, their duties, and the identity of records relating to the design of Elantech Touchpad

27    Products.

28      35.    Document and information storage systems at Elantech.

1        36.     The organization structure of, and individuals within, the division(s) or

2  department(s) at Elantech involved in the design, development, testing, marketing, sale, lease,

3  importation, and exportation of any Elantech Touchpad Product.

4        37.     Distribution and sales channels for Elantech Touchpad Products.

5        38.     Instruction, training, services, or consulting offered or provided by Elantech to its

6  customers in connection with their implementation, optimization, and use of Elantech Touchpad

7  Products, including any documentation promoting or offering such services, as well as the

8  feedback or response provided by any such customer.

9        39.     Elantech's defenses to Synaptics' allegations of willful infringement of the

10  Synaptics Patents.

11        40.     The documents produced by Elantech in this litigation.

12        41.     Elantech's responses to Synaptics' Interrogatories 1-8.

13        42.     Elantech's attendance and/or participation in conferences in the United States.

14        43.     Demonstrations or exhibitions of Elantech's touchpads in the United States,

15  including but not limited to demonstrations for potential customers, participation in conferences

16  or trade shows, or meetings in the United States in which Elantech's touchpads were used.

17        44.     The Multi Fingers Smart Pad.

18        45.     Elantech's participation in the Consumer Electronics Show, held January 7-10,

19  2008, in Las Vegas, NV, and in any other Consumer Electronics Show or trade show.

20        46.     Market analysis and industry research concerning touchpad devices.

21        47.     All product literature and/or instructions to users or purchasers of Elantech

22  Touchpad Products.

23        48.     Any evaluations of, or opinions concerning, the Synaptics Patents.

24        49.     Facts concerning demand for multiple finger detection capability in the Elantech

25  Touchpad Products, including TP3, KTP2, KTP3, or KTP5 series touchpad devices.

26        50.     The date on which Elantech or any of its predecessors in interest provided notice

27  to Synaptics of infringement of any claim of the '352 patent.

28

1        51.    Any and all facts relating to the demand for Synaptics' touchpads and any causal

2    connection between that demand and the code functions or operations contained in the Type 2

3    code that was enabled to detect multiple fingers on the touchpad.

4

5    Dated:  April 18, 2008                 KARL J. KRAMER

                                  ERIKA L. YAWGER

6                                      MORRISON & FOERSTER LLP

7

8                                By:

9                                      Erika L. Yawger

                                Email: EYawger@mofo.com

10                                   Attorneys for Defendant and

11                                   Counterclaimant SYNAPTICS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

3   is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

4       I further declare that on the date hereof, I served a copy of:

5   **DEFENDANT SYNAPTICS, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF ELANTECH DEVICES CORPORATION**

6

7   ☒   **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for,

8   addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

9

10   I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary

11   course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents

12   on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

13   ☒   **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and

14   delivery at Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

15

16   I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of

17   Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same

18   date that it is placed at Morrison & Foerster LLP for collection.

19

20   Yitai Hu             _____ Fax
       Sean P. DeBruine      _____ U.S. Mail

21   Akin Gump Strauss Hauer & Feld LLP   _____ Overnight
       2 Palo Alto Square, Suite 400      X   Personal

22   3000 El Camino Real       _____ E-mail **(courtesy copy)**
       Palo Alto, Ca 94306

23   Tele: (650) 838-2121
       Fax: (650) 838-2001

24   Email: sdebruine@akingump.com
       yhu@akingump.com

25   COUNSEL FOR PLAINTIFF

26   ELANTECH DEVICES
       CORPORATION

27

28

1

Karen H. Bromberg
Damir Cefo                                    _____ Fax

2

Cohen & Gresser LLP                           _____ U.S. Mail

3

100 Park Avenue, 23rd Floor                   __X__ Overnight
New York, NY 10017                            _____ Personal

4

Tele: (212) 957-7604                          _____ E-mail **(courtesy copy)**
Fax: (212) 957-4514

5

Email: kbromberg@cohengresser.com
dcefo@cohengresser.com

6

COUNSEL FOR DEFENDANT

7

AVERATEC, INC.

8

Scott R. Raber                                _____ Fax
Kastner Banchero LLP                          _____ U.S. Mail

9

20 California Street, 7th Floor               __X__ Overnight
San Francisco, CA 94111                       _____ Personal

10

Tele: (415) 398-7000                          _____ E-mail **(courtesy copy)**
Fax: (415) 616-7000

11

Email: srr@kastnerbanchero.com

12

COUNSEL FOR DEFENDANT
AVERATEC, INC.

13

14

    I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

15

    Executed at Palo Alto, California on April 18, 2008.

16

17

_____Andrea M. Vickery_____          _____
          (typed)                                  (signature)

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT G

## Yawger, Erika L.

| | |
|---|---|
| **From:** | Yawger, Erika L. |
| **Sent:** | Wednesday, May 14, 2008 9:53 AM |
| **To:** | DeBruine, Sean |
| **Subject:** | Elantech v. Synaptics |

Sean,

In our telephone conference yesterday, we agreed to the following:

1) The depositions of Stephen Bisset and James Eakin are currently off-calendar.  Synaptics will notify Elantech if and when they are rescheduled.

2) Elantech will propose dates in June for rescheduling the depositions of I.H. Yeh, Draco Wu, and the 30(b)(6) deposition of Elantech.

3) Elantech will discuss the volume of documents in Squire Sanders' possession with Squire Sanders, and will confer with Synaptics concerning an appropriate deadline for completion of a privilege review and production of those documents.

4) Elantech will identify for Synaptics the document requests for which Elantech has responsive documents, and will confer with Synaptics concerning a time frame  for production of these documents.  Elantech will also supplement its response to Interrogatory No. 17.  We also discussed the fact that Elantech's responses to our document requests are long overdue, and Elantech has had almost a year to identify, review, and produce documents responsive to Synaptics' requests. If we are unable to quickly resolve this issue, we discussed the fact that Synaptics will be forced to renew its motion to compel with Judge Spero.

We agreed that we will meet and confer again on either the afternoon of Friday, May 16, or the morning of Monday, May 19 to discuss these issues further.

Thank you!
Erika

**Erika L. Yawger**

Morrison & Foerster LLP | 755 Page Mill Road, Palo Alto, CA  94304
Direct: 650-813-4218 | Fax: 650-251-3804 | E-mail: EYawger@mofo.com

**Yawger, Erika L.**

| | |
|---|---|
| **From:** | Yawger, Erika L. |
| **Sent:** | Thursday, May 29, 2008 4:41 PM |
| **To:** | DeBruine, Sean |
| **Subject:** | Elantech v. Synaptics |

Sean,

Per my voicemail message, please let me know if you are available on either June 2, 3, or 4 for an in-person meeting to discuss outstanding discovery disputes.  We also still need dates of your client's availability in June for the noticed depositions of Elantech, I.H. Yeh, Jason Liu, and Draco Wu.  If we do not have proposed dates this week, we will simply re-notice the depositions.

Thank you,
Erika

**Erika L. Yawger**

Morrison & Foerster LLP | 755 Page Mill Road, Palo Alto, CA  94304
Direct: 650-813-4218 | Fax: 650-251-3804 | E-mail: EYawger@mofo.com

**MORRISON** | **FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 30, 2008

Writer's Direct Contact
650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, Ca 94306

Re:    Elantech v. Synaptics; Case No. C-06-CV-01839 CRB

Dear Sean:

Please find enclosed notices of deposition of Elantech and certain employees. These depositions, which were originally noticed on April 18, 2008, are now being re-noticed with new dates.

As you know, on many occasions in the past six weeks, I asked you to propose deposition dates that would be convenient to Elantech and its employees. Specifically, when the depositions were noticed on April 18, we stated that we would be happy to schedule them at times convenient to Elantech. On May 13, we discussed the depositions, and you stated that you would speak with your client and propose dates in June for the depositions. I confirmed this conversation by e-mail on May 14. When we spoke on May 20, you said that you had not yet received dates from your client, but that you would speak with them that evening and propose dates in June the following day. We spoke again on May 21 and 22, and you did not provide proposed dates for these depositions. I informed you at that time that if we did not have proposed dates by the following week, we would be forced to simply re-notice the depositions without Elantech's input. I left a voicemail message for you on May 28 in which I reiterated our need for Elantech's proposed dates. Finally, on May 29, I left another voicemail and sent a follow-up e-mail again stating that if we did not have Elantech's proposed dates for deposition before the end of the week, we would re-notice the depositions without Elantech's input.

MORRISON | FOERSTER

Sean P. DeBruine
May 30, 2008
Page Two

It has now been six weeks since Synaptics originally noticed these depositions.  Elantech has had ample time and opportunity to provide convenient dates and times for these depositions, but has chosen not to do so.  Proceeding with discovery is important and cannot be further delayed.

Sincerely,

Erika L. Yawger

cc: Damir Cefo
    Scott Raber

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

—————— Attorneys at Law

**SEAN DeBRUINE**
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

June 4, 2008

*Via Electronic Mail*

Erika L. Yawger, Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

Re: *Elantech Devices Corp. v. Synaptics Inc. et al.*; Case No. 3:06-CV-01839 CRB

Dear Ms. Yawger:

I am responding to your letter of May 30, 2008 and the deposition notices served with it. With regard to Kelvin Jian and Jason Liu, we propose to make them available in Hsinchu, Taiwan, during the last two weeks of June, the same time period you proposed. We expect to designate another witness, Roven Li, as well as Kelvin Jian, as Elan's witnesses for some of your 30(b)(6) topics. We will see if Draco Wu is available on July 14 or propose another date for him to be deposed in July. These three witnesses are expected to testify about the conception, design, development, structure and function of Elantech's accused devices and associated firmware. As such, they are defense witnesses with respect to Synaptics' claims brought against Elantech and their depositions should be taken where they reside and work, which is Taiwan. If you disagree, we should raise this immediately with the Court. All of Elantech's witnesses will testify in Mandarin Chinese and require an interpreter.

With respect to your notice of Elan's Chairman, I.H. Yeh, we object to this notice. Mr. Yeh is the Chairman of Elantech's parent company, Elan Microelectronics Corporation, as well as the Chairman of Elantech. He has not directly involved in the day-to-day operations of Elantech, nor is he familiar with the details of the structure of the accused products or the marketing or sale of those products. His testimony is not calculated to lead to the discovery of admissible evidence, and it would be burdensome for him to be deposed even in Taiwan, let alone to travel to the United States for a deposition. We are willing to revisit this issue after the other depositions have been taken, if it appears that Mr. Yeh has particular knowledge relevant to the case not available through less intrusive discovery. Please let me know if you will agree to withdraw this notice. Otherwise we will ask the Court for protection.

A K I N   G U M P
S T R A U S S   H A U E R   &   F E L D LLP
—————————— Attorneys at Law

Erika L. Yawger, Esq.
June 4, 2008
Page 2


        We look forward to working with you to schedule these depositions expeditiously for
dates convenient for both the witnesses and counsel.

                                    Very truly yours,

                                    Sean P. DeBruine

6248068

**From:**      Yawger, Erika L.
**Sent:**      Wednesday, June 04, 2008 12:14 PM
**To:**        DeBruine, Sean; Chae, Richard
**Cc:**        Kramer, Karl J.
**Subject:**   Meet and Confer

Sean and Richard,

Thank you for meeting with us today concerning discovery issues.  To summarize our discussion:

1) This Friday, June 6, Elantech will begin producing documents responsive to Synaptics' requests for production nos. 5-11, 13, 15, 16, 18, 20-22, 27, 34-39, 42-47, 49, 51, 56, and 58.  This includes any assembler manuals that explain the operation of Elantech's code.

2) Elantech will supplement its response to Synaptics' interrogatory no. 17.  Elantech will also determine whether additional information exists concerning interrogatory nos. 12, 15, and 16, and if so, will supplement.  Elantech also clarified its response to interrogatory no. 12 to mean that all of Elantech's current and past touchpad products practice one or more of the asserted claims of the '352 patent.

3) Elantech agreed to produce a privilege log for any documents withheld on the basis of privilege on June 18.

4) Elantech will propose convenient dates and times for the noticed depositions of Elantech this week.

5) Synaptics will consider Elantech's proposal to exchange summary sales information in response to requests 19 and 30 (which seek documents related to commercial success).

Thank you,
Erika


**Erika L. Yawger**

Morrison & Foerster LLP | 755 Page Mill Road, Palo Alto, CA  94304
Direct: 650-813-4218 | Fax: 650-251-3804 | E-mail: EYawger@mofo.com

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 5, 2008

Writer's Direct Contact

650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Re:     *Elantech v. Synaptics*, Case No. C-06-CV-01839 (PVT)

Dear Sean:

I write in response to your letter dated June 4, 2008 regarding Synaptics' deposition notices. First, we do not agree to take the depositions of Kelvin Jian, Jason Liu, or any subsequently designated 30(b)(6) deponents in Taiwan. California is clearly the more convenient and efficient location, and Elantech has availed itself of the laws and protections of this jurisdiction. *See, e.g., United States v. $160,066.98 from Bank of America*, 202 F.R.D. 624, 628 (S.D. Cal. 2001); *Cadent Ltd. v. 3M Unitek Corp.*, 232 F.R.D. 625, 630 (C.D. Cal. 2005). These depositions are relevant to both cases and, for the foregoing reasons, should take place in Palo Alto.

Furthermore, we do not agree to withdraw Mr. Yeh's deposition notice. Mr. Yeh has unique, personal knowledge that is directly relevant to several issues in this case. *WebsideStory, Inc. v. Netratings, Inc.*, 2007 WL 1120567, at *4 (S.D. Cal. 2007). It is also our understanding that Mr. Yeh maintains a permanent residence in California, so the burden to him of appearing for a deposition here, as opposed to Taiwan, would be negligible.

In light of these considerations, please let us know whether you will agree to produce these deponents in the manner noticed.

Sincerely,

Erika L. Yawger

pa-1260516

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 12, 2008

Writer's Direct Contact
650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Re:    *Elantech v. Synaptics*, Case No. C-06-CV-01839 (PVT)

Dear Sean:

On June 5, I responded to your June 4 letter concerning Synaptics' outstanding deposition notices. It has been a week, and I have not received a response from you. Please respond immediately concerning whether Elantech agrees to produce its witnesses for deposition in the United States as noticed.

Sincerely,

Erika L. Yawger

pa-1262062

1   KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
2   LAURA R. MASON (CA SBN 252251)
    MORRISON & FOERSTER LLP
3   755 Page Mill Road
    Palo Alto, California  94304-1018
4   Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
5   KKramer@mofo.com

6   Attorneys for Defendant and Counterclaimant
    SYNAPTICS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ELANTECH DEVICES CORPORATION, a         Case No.    C06-01839 PVT
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                 **MANUAL FILING NOTIFICATION:**

14                  Plaintiff,              **EXHIBIT H TO THE
                                            DECLARATION OF ERIKA L.
15          v.                              YAWGER IN SUPPORT OF
                                            MOTION FOR PRELIMINARY
16                                          INJUNCTION**
    SYNAPTICS, INC., a Delaware corporation;
17  AVERATEC, INC., a California corporation;  Date:       June 24, 2008
    and PROSTAR COMPUTER, INC., a          Time:       2:00 pm
18  California corporation,                 Dept.:      Courtroom 5, 4th Floor
                                            Magistrate Judge Patricia V. Trumbull
19                  Defendants.

20  AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

Regarding **MANUAL FILING NOTIFICATION OF EXHIBIT H TO THE**

**DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF MOTION FOR**

**PRELIMINARY INJUNCTION.**  This filing is in paper or physical form only, and is being

maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's

main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

x__ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: June 18, 2008                    KARL J. KRAMER
                                        ERIKA L. YAWGER
                                        LAURA R. MASON
                                        MORRISON & FOERSTER LLP


                                        By:   /s/Karl J. Kramer_____
                                              Karl J. Kramer
                                              E-Mail:  KKramer@mofo.com

                                        Attorneys for Defendant and
                                        Counterclaimant
                                        SYNAPTICS, INC.

# EXHIBIT I



Home    Support    Security    News    Promotions    Warranty    Technology    Matrix    ASI Websites

**· Notebook Matrix**

▲ **15.4" Widescreen**
- EL92SC (nvidia 8600)
- EL92U (nvidia 8600)
- EL80/EL00 (nvidia 7600)

▲ **14.1" Widescreen**
- ET10 CBB (intel x3100)
- ET00 CBB (nvidia 8400M GS)
- ET01 DDR (Intel x3100)
- SE10/SE00 (nvidia 8400)

▲ **13.3" Widescreen**
- Z37E (Intel X3100)
- Z37S (nvidia 8400M GS)
- Z37S (nvidia 8400M GS)

▲ **Accessories**
- Car Chargers
- Carrying Bag
- Port Replicator
- Cooling Pad
- Audio
- TV Tuner
- Webcam
- Mice
- Keyboard
- External Storage
- GPS Units
- Card Readers
- Speakers
- Networking
- Misc





**ASI Notebook Model EL80 Technical Specifications**

ASI CBB Model!!

**Windows Vista**

**Base Model for EL80 (CBB)**
**(2 Spindle)**

**15.4" WXGA    SKU: 63250 (No Optical)**

Other Views: Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type :**

  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB
  Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Processor Speeds Supported :**

  **Core 2 Duo** T7600 (2.33GHz), T7400 (2.16GHz), T7200 (2.00GHz), T5600 (1.83GHz), T5500 (1.66GHz)
  **Core Duo** T2300 (1.66GHz), T2300E (1.66GHz), T2400 (1.83GHz), T2500 (2.0GHz), T2600 (2.16GHz), T2700 (2.33GHz)
  **Core Solo** T1300 (1.66GHz), T1400 (1.83GHz)
  **Celeron M** 410 (1.46GHz), 420 (1.60GHz), 430 (1.73GHz)
  **Will NOT Support** Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), or T7100 (1.8GHz)
- **Chipset :** Intel 945PM / ICH7-M "Calistoga-PM"
- **Memory :** 2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667/533 SDRAM modules in sizes of: 512MB & 1GB. Dual Channel supported.
- **Graphics :** Integrated PCI Express **Nvidia GeForce GO 7600** (G73M) Video RAM graphics processor with 256MB dedicated video RAM. Supports up to 512MB total graphics memory by utilizing shared main memory as long as you have **1GB** or more of system RAM installed. Supports dual display option and integrated TV out functions.
- **Display :** 15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive :** 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM drives supported). ICH7-M supports SATA3G. Note: current SATA mobile drives are SATA 1.5G speeds.
- **Optical Multimedia :** Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 49773
  DVD Multi (specs TBD) ASI SKU: 49775
- **Networking :** Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- **Modem :** Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot :** One PCI Express x1 slot supporting ExpressCard 34 / 54 devices
- **Mouse :** ElanTech Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard :** Desktop-like full-size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SideWalker app) located to left of power-on button
- **PCMCIA Slot :** One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound :** Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader :** 4-in-1 built-in card reader (ENE PCI controller): SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag
- **I/O Ports :**

| 1 x RJ-45 LAN | | 1 x RJ-11 Modem |
|---|---|---|
| 3 x USB 2.0 Ports | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| Kensington Lock hole | 1 x Headphone-out jack | 1 x Microphone-in jack |
| 1 x Type II PCMCIA slot | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type Jack |

- **Wireless :** Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module - **ASI SKU 44608**
- **Camera :** Integrated 1.3 Megapixel Camera; to view picture go to "My Computer" - integrated camera
- **Fingerprint Reader :** Integrated fingerprint biometric reader between mouse buttons. Softex OmniPass Control Center software.
- **Trusted Platform Module :** Integrated Infineon TPM Professional Package v2.5 software & hardware v1.2; Disabled in the CMOS by Default. To enable, press F2 for CMOS, go to "Security" then set "Trusted Platform Support" to "Enabled". Go into Windows then to Infineon program group and click on "Manage Security Platform" to configure.
- **Other Optional Items :** extra regular battery (59568), extra AC adapter (51449), car adapter (56577), Bluetooth module (49762), Extra KB (51450)
- **Recommended Operating Systems :** Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista 32-bit & 64-bit versions supported
- **Included Software :** PowerDVD v5.0 & Nero Express v6.3126
- **Battery :** Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter :** Output=> 19V DC, 4.74A, 90W
  Input => 100~240V AC, 50/60Hz universal
- **Dimensions :** 13.85" x 10.43 x 1.24 (WxDxH)
- **Weight :** ~6.9 lbs. fully configured with main battery installed



**ASI Mobile** — **Your BTO Notebook Supplier**

| Home | Support | Security | News | Promotions | Warranty | Technology | Matrix | ASI Websites |

**Notebook Matrix**

▲ **15.1" Widescreen**
- EL915+ (Intel 80.33)
- EL912 (Intel PM965)
- series Intel 94xxPM

▲ **14.1" Widescreen**
- ET90 CRB (Intel C400 M GS)
- ET04 CRB (Intel 94xxM GS)
- ET01 CRB (Intel 4 dm c)
- series (Intel 943xxx)

▲ **13.3" Widescreen**
- 303E (Intel X3100)
- 302E (nvidia 5400 M)
- 313E (nvidia 5400 M)

▲ **Accessories**
- Car Charger
- Carrying Bag
- Port Replicator
- Cooling Pad
- Audio
- TV Tuner
- SD Cards
- Mice
- Keyboard
- External Storage
- USB Drive
- Card Readers
- Speakers
- Networking
- Misc

**ASI Notebook Model EL81 Technical Specifications**

Verified by Intel®

Windows Vista

**Base Model for EL81 (VBI)**
**(2 Spindle)**

**15.4" WXGA    SKU: 53078 (No Optical)**

Other Views: Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type :**
  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB
  Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Processor Speeds Supported :**
  **Core 2 Duo** T7600 (2.33GHz), T7400 (2.16GHz), T7200 (2.00GHz), T5600 (1.83GHz), T5500 (1.66GHz)
  **Core Duo** T2300 (1.66GHz), T2300E (1.66GHz), T2400 (1.83GHz), T2500 (2.0GHz), T2600 (2.16GHz), T2700 (2.33GHz)
  **Core Solo** T1300 (1.66GHz), T1400 (1.83GHz)
  **Celeron M** 410 (1.46GHz), 420 (1.60GHz), 430 (1.73GHz)
  **Will NOT Support** Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), or T7100 (1.8GHz)
- **Chipset :** Intel 945GM / ICH7-M  "Calistoga-PM"
- **Memory :** 2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667/533 SDRAM modules in sizes of: 512MB & 1GB.  Dual Channel supported.
- **Graphics :** Embedded Intel Graphics Media Accelerator (GMA) 950 graphics processor with up to 224MB of shared video RAM. Supports dual display option and integrated TV out functions.
- **Display :** 15.4" WXGA (1280x800) WIdescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive :** 2.5" (9.5mm) Parallel ATA (PATA) HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM drives supported).
- **Optical Multimedia :** Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM)  ASI SKU: 49773
  DVD Multi (specs TBD)  ASI SKU: 49775
- **Networking :** Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- **Modem :** Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot:** One PCI Express x1 slot supporting ExpressCard 34 / 54 devices
- **Mouse :** ElanTech Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard :** Desktop-like full-size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SideWalker app) located to left of power-on button
- **PCMCIA Slot :** One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound :** Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader :** 4-in-1 built-in card reader (ENE PCI controller): SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag
- **I/O Ports :**

| | | |
|---|---|---|
| 1 x RJ-45 LAN | | 1 x RJ-11 Modem |
| 3 x USB 2.0 Ports | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| Kensington Lock hole | 1 x Headphone-out jack | 1 x Microphone-in jack |
| 1 x Type II PCMCIA slot | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type jack |

- **Wireless :** Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module - **ASI SKU 44608**
- **Other Optional Items :** extra regular battery (51551), extra AC adapter (51449), car adapter (56577), Bluetooth module (49762), Extra KB (51450)
- **Recommended Operating Systems :** Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista 32-bit & 64-bit versions supported
- **Included Software :** PowerDVD v5.0 & Nero Express v6.3126
- **Battery :** Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter :** Output=> 19V DC, 3.95A, 75W
             Input  => 100~240V AC, 50/60Hz universal
- **Dimensions :** 13.85" x 10.43 x 1.24 (WxDxH)
- **Weight :** ~6.5 lbs. fully configured with main battery installed



Home    Support    Security    News    Promotions    Warranty    Technology    Matrix    ASI Websites

**Notebook Matrix**

- **15.4" Widescreen**
  - FL90S+ (nVidia 8400)
  - FL91 (Intel GMA X3100)
  - Widescreen (nVidia 8400)

- **14" Widescreen**
  - FT10 (nVidia 8400MGS)
  - FT00 SDD (nVidia 8400M GS)
  - FT0C SDD (Intel X3100)
  - T630 n (Intel GMA)

- **13.3" Widescreen**
  - Z37E (nVidia X3100)
  - Z37S (nVidia 8400MGS)
  - S37S (nVidia 8400MGS)

- **Accessories**
  - Car Chargers
  - Carrying Bag
  - Port Replicator
  - Cooling Pad
  - Audio
  - TV Tuner
  - Webcam
  - Mice
  - Keyboard
  - External Storage
  - GPS Units
  - Card Readers
  - Speakers
  - Networking
  - Misc



# ASI Notebook Model FL91 Technical Specifications

ASI CBB Model!

Windows Vista

**Base Model for FL91 (CBB)**
(2 Spindle)

15.4" WXGA    SKU: 62479 (No Optical)



Other Views: Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type :**

  Intel Core 2 Duo processor (65nm) w/ 4MB L2 Cache and 800MHz FSB (Socket-P Only)
  Intel Celeron processor 500 series (65nm) single core w/ 1MB L2 Cache and 533MHz FSB (Socket-P Only)
- **Processor Speeds Supported :**

  **Core 2 Duo** T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), T7100 (1.8GHz)
  **Celeron** : 530 (1.73GHz) (must be SKU 66085), 540 (1.86GHz) (must be SKU 62500), 550 (2.0GHz) (must be SKU 65648)
- **Chipset** : Intel GM965 / ICH8-M "Crestline"
- **Memory** : 2 memory slots expandable to 4 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2-667 and DDR2-533 SDRAM modules in sizes of: 512MB, 1GB, & 2GB. Dual Channel support.
- **Graphics** : Embedded Intel® Graphics Media Accelerator **GMA X3100** graphics processor with 500MHz clock and supports up to 384MB of shared video RAM. Supports dual display option and integrated TV out functions via S-Video out port. Intel® Clear Video technology, DX 10, OpenGL 1.5, Shader Model 3.0 support.
- **Display** : 15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive** : 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120, 160 GB capacities. (7200/5400 RPM support)
- **Optical Multimedia** : Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 62591
  DVDRW Multi (8x DVD+/-R, 24x DVD+/-R DL, 8x DVD+RW, 6x DVD-RW, 5x DVD-RAM) SKU: 62633
- **Networking** : Integrated 10/100 Mbps Ethernet (Broadcom 5906M)
- **Modem** : Integrated Motorola SM56 56K bps V.92/90 MDC Fax / Modem
- **ExpressCard Slot:** One PCI Express x1 slot supporting ExpressCard 34/54 mm devices
- **Mouse** : ElanTech 810511-0911 Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard & Hot Keys** : Desktop-like full-size 86 Keys, 3mm Travel; 5 Launch Buttons => Internet, E-mail, WoW Video, WoW Audio and Mute buttons located to the right of power-on button on power panel; Smart Charging & Power USB buttons to the left of the KB
- **Sound** : Built-in 2-channel Intel HD Audio Controller (Realtek ALC268), with 3D effect & full duplex. Built-in 1.5W stereo speakers (front), and mono microphone on LCD bezel (B-Face)
- **Card Reader** : 3-in-1 built-in card reader (Ricoh R5C833 PCI controller): SD/MMC/MS/MS PRO
- **Not Included** : Carrying Bag
- **I/O Ports :**

| 1 x RJ-45 LAN | | 1 x RJ-11 Modem |
|---|---|---|
| 4 x USB 2.0 Ports | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| Kensington Lock hole | 1 x Headphone-out jack | 1 x Microphone-in jack |
| | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type Jack |

- **Wireless** : Option for Intel PRO/WIRELESS 4965AGN (802.11agn) Wi-Fi Mini-PCI express module - **ASI SKU 59935**
- **Intel Turbo Memory (Optional)** : 1GB Intel Turbo Memory "Robson" Module (61660)
- **Other Optional Items** : extra regular battery (59568), extra AC adapter (51449), car adapter (56577), Bluetooth v2.0 module Foxconn T60H928.06 (62646), Extra KB (56830)
- **Recommended Operating Systems** : Microsoft Windows Vista 32-bit Premium / Business / Ultimate, Windows XP Professional Edition, Windows XP Home Edition
- **Included Software** : Cyberlink DVD Suite: PowerDVD 7.0 for DVD playback, Power2Go 5.5 for DVD/CD burning
- **Battery** : Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter** : Output=> 19V DC, 3.95A, 75W
  Input => 100~240V AC, 1.5A, 50/60Hz universal
- **Top Cover** : support for a Customizable Notebook Panel (CNP) - recommend Skinit.com
- **Dimensions** : 13.98" x 10.11 x 1.39"~1.48" (WxDxH)
- **Weight** : ~6.25 lbs. fully configured with 6-cell battery installed



**Your BTO Notebook Supplier**

| Home | Support | Security | News | Promotions | Warranty | Technology | Matrix | ASI Websites |

**Notebook Matrix**

**▲ 15.1" Widescreen**
- FL92S+ (nvidia 8600M GT)
- FL92+ (nvidia 8600M)
- S9050 CBB (nvidia 8400M)

**▲ 14" Widescreen**
- FT60 CBB (nvidia 8400M GS)
- FT00 CBB (nvidia 8400M GS)
- FT01 CBB (Intel X3100)
- S6050 CBB (nvidia X3100)

**▲ 13.3" Widescreen**
- Z97E (Intel X3100)
- Z97S (nvidia 8400M GS)
- Z96S (nvidia 8400M GS)

**▲ Accessories**
- Car Chargers
- Carrying Bag
- Port Replicator
- Cooling Pad
- Audio
- TV Tuner
- WebCam
- Mouse
- Keyboard
- External Storage
- USB Hubs
- Card Readers
- Speakers
- Networking
- Misc

Intel 45nm Penryn Support

**ASI Notebook Model FL92(+) Technical Specifications**

ASI CBB Model!

Windows Vista

**FL92+ (15.4" WXGA+) SKU: 69171**
**FL92 (15.4" WXGA) SKU: 69170**

Other Views: Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type :**

  Intel Core 2 Duo processor (45nm) w/ 6MB L2 Cache and 800MHz FSB (Socket-P Only) (Penryn)
  Intel Core 2 Duo processor (65nm) w/ 4MB or 2MB L2 Cache and 800MHz FSB (Socket P Only)
  Intel Celeron processor 500 series (65nm) single core w/ 1MB L2 Cache and 533MHz FSB (Socket-P Only)

- **Processor Speeds Supported :**

  **Core 2 Duo (Penryn)** T9500 (2.60GHz), T9300 (2.50GHz), T8300 (2.4GHz), T8100 (2.1GHz)
  **Core 2 Duo** T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), T7100 (1.8GHz)
  **Celeron:** 530 (1.73GHz) (must be SKU 66085), 540 (1.86GHz) (must be SKU 62500), 550 (2.0GHz) (must be SKU 65648)

- **Chipset :** Intel PM965 / ICH8-M "Crestline"
- **Memory :** 2 memory slots expandable to 4 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2-667 and DDR2-533 SDRAM modules in sizes of: 512MB, 1GB, & 2GB. Dual Channel supported.
- **Graphics :** Integrated PCI Express NVIDIA GeForce 8600M GT graphics processor clocked at 475MHz with 512MB dedicated video RAM at 700MHz clock. Supports up to 1GB via NVIDIA's Turbo Cache technology which dynamically utilizes shared main memory when needed to increase the performance of system bus data transfers. You will need 1GB or more of system RAM to get 512MB of video RAM, or 2GB or more of system RAM to get 1GB of video RAM. Supports dual display option and integrated TV out functions via S-Video out port. Microsoft DirectX 10, Shader Model 4.0 & OpenGL 2.1 support. NVIDIA® PureVideo™ technology for HD video and High Dynamic-Range Lighting (HDR).
- **External VGA:** Analog VGA out is limited to 2048x1536 max resolution @ 85Hz according to NVIDIA specifications.
- **Display :** (FL92+) 15.4" WXGA+ (1440x900) Widescreen (Glossy Type) Enhanced Screen Active Matrix TFT
  (FL92) 15.4" WXGA (1280x800) Widescreen (Glossy Type) Enhanced Screen Active Matrix TFT
- **Hard Drive :** 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120, 160 GB capacities. (7200/5400 RPM support)
- **Optical Multimedia :** Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 62591   DVD+R Multi (8x DVD+/-R, 4x DVD+/-R DL, 8x DVD+RW, 6x DVD-RW, 5x DVD-RAM)  SKU: 62633
- **Networking :** Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Broadcom 5787M)
- **Modem :** Integrated Motorola SM56 56K bps V.92/90 MDC Fax / Modem
- **ExpressCard Slot:** One PCI Express x1 slot supporting ExpressCard 34/54 mm devices
- **Mouse :** ElanTech 810511-0911 Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard & Hot Keys:** Desktop-like full-size 86 keys, 3mm Travel; 5 Launch Buttons => Internet, E-mail, WoW Video, WoW Audio and Mute buttons located to the right of power-on button on power panel; Smart Charging & Power USB buttons to the left of the KB
- **Sound :** Built-in 2-channel Intel HD Audio Controller (Realtek ALC268), with 3D effect & full duplex. Built-in 1.5W stereo speakers (front), and stereo microphone on LCD bezel (B-Face)
- **Card Reader :** 3-in-1 built-in card reader (Ricoh R5C833 PCI controller): SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag
- **I/O Ports :**

| 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
|---|---|
| 4 x USB 2.0 Ports | 1 x Headphone-out jack | 1 x Microphone-in jack |
| Kensington Lock hole | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type Jack |
| 1 x RJ-45 LAN | 1 x RJ-11 Modem | - |

- **Wireless :** Option for Intel PRO/WIRELESS 4965AGN (802.11agn) Wi-Fi Mini-PCI express module - ASI SKU 59935
- **Camera :** Integrated 2.0 Megapixel Camera (Chicony CNF6212)
- **Fingerprint Reader :** Integrated UPEK TCS4BA fingerprint biometric reader located to the right-side of KB rest. UPEK Protector Suite QL 5.6 software.
- **TPM :** Integrated Infineon Trusted Platform Module for added security.
- **Intel Turbo Memory (Optional) :** 1GB Intel Turbo Memory "Robson" Module (61660)
- **Other Optional Items :** extra regular battery (59567), extra AC adapter (51449), car adapter (56577), Extra KB (56830), DOES NOT SUPPORT TV TUNER OPTION
- **Recommended Operating Systems :** Microsoft Windows Vista 32-bit Premium / Business / Ultimate, Windows XP Professional Edition, Windows XP Home Edition
- **Included Software :** Cyberlink DVD Suite: PowerDVD 7.0 for DVD playback, Power2Go 5.5 for DVD/CD burning
- **Battery :** Lithium-Ion battery w/9 cells, 11.1V, 7200mAh
- **AC Adapter :** Output=> 19V DC, 4.74A, 90W
  Input => 100~240V AC, 1.5A, 50/60Hz universal
- **Dimensions :** 13.98" x 10.11 x 1.39"~1.48" (WxDxH)
- **Weight :** ~6.5 lbs. fully configured with 9-cell battery installed



> **ASI Mobile** — **Your BTO Notebook Supplier**

| Home | Support | Security | News | Promotions | Warranty | Technology | Matrix | ASI Websites |

**- Notebook Matrix**

▲ **15.4" Widescreen**
- FL90S (nvidia 8600)
- FL90-H (nvidia 8600)
- FL90-CBB (nvidia 8600)

▲ **14.1" Widescreen**
- FT00 CBB (nvidia 8400M GS)
- FT00 CBB (nvidia 8400M GS)
- FT00 (fbt (Intel x3100)
- SA01-n (Intel x2465)

▲ **13.3" Widescreen**
- Z37R (Intel X3100)
- Z37S (nvidia 8400M G)
- S37S (nvidia 8400M G)

▲ **Accessories**
- Car Chargers
- Carrying Bag
- Best Replicator
- Cooling Pad
- A-890
- TV Tuner
- Webcam
- Mice
- Keyboard
- External Storage
- GPS Units
- Card Reader
- Special ord
- Network ing
- Misc

## ASI Notebook Model FL90 Technical Specifications

Windows Vista

**Base Model for FL90 (CBB)**
(2 Spindle)

**15.4" WXGA    SKU: 62480   (No Optical)**

**Other Views:** Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type :**
  Intel Core 2 Duo processor (65nm) w/ 4MB L2 Cache and 800MHz FSB (Socket P Only)
- **Processor Speeds Supported :**
  **Core 2 Duo** T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), T7100 (1.8GHz)
- **Chipset :** Intel PM965 / ICH8-M "Crestline"
- **Memory :** 2 memory slots expandable to 4 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667 SDRAM modules in sizes of: 512MB, 1GB, & 2GB. Dual Channel supported.
- **Graphics :** Integrated PCI Express **NVIDIA GF 8600M GS (NB8P-SE)** graphics processor with 256MB dedicated video RAM. Supports up to 1GB via NVIDIA's Turbo cache technology which dynamically utilizes shared main memory when needed to increase the performance of system bus data transfers. You will need **1GB** or more of system RAM to get 512MB of video RAM, or **2GB** or more of system RAM to get 1GB of video RAM. Supports dual display option and integrated TV out functions.
- **External VGA:** Analog VGA out is limited to 2048x1536 max resolution @ 85Hz according to NVIDIA specifications.
- **Display :** 15.4" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive :** 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120, 160 GB capacities. (7200/5400/4200 RPM drives supported).
- **Optical Multimedia :** Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 62591
  DVD Multi (specs TBD) ASI SKU: 62633
- **Networking :** Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Broadcom 5787M)
- **Modem :** Integrated Foxconn HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot:** One PCI Express x1 slot supporting ExpressCard 34 / 54 devices
- **Mouse :** ElanTech 810511-0911 Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard :** Desktop-like full-size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SideWalker app) located to left of power-on button
- **Sound :** Built-in Intel HD Audio Controller (Realtek ALC268), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader :** 4-in-1 built-in card reader (Ricoh R5C833 PCI controller): SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag
- **I/O Ports :**

| | | |
|---|---|---|
| 3 x USB 2.0 Ports | 1 x RJ-45 LAN | 1 x RJ-11 Modem |
| Kensington Lock hole | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| 1 x Type II PCMCIA slot | 1 x Headphone-out jack | 1 x Microphone-in jack |
| | 1 x ExpressCard 34 / 54 | 1 x IEEE 1394 (VIA) - B Type Jack |

- **Wireless :** Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module - **ASI SKU 44608** or Option for Intel PRO/WIRELESS 4965AGN (802.11agn) Wi-Fi Mini-PCI express module - **ASI SKU 59935**
- **Camera :** Integrated 2.0 Megapixel Camera (Chicony CNF6212)
- **Fingerprint Reader :** Integrated fingerprint biometric reader. Softex OmniPass Control Center software.
- **Trusted Platform Module :** Integrated Infineon TPM Professional Package v2.5 software & hardware v1.2 (SLB9635T1.2);
  Disabled in the CMOS by Default. To enable, press F2 for CMOS, go to "Security" then set "Trusted Platform Support" to "Enabled". Go into Windows then to Infineon program group and click on "Manage Security Platform" to configure.
- **Intel Turbo Memory (Optional)** Intel
- **Other Optional Items :** extra regular battery (51551), extra AC adapter (51449), car adapter (56577), Bluetooth module Foxconn T60H928.06 (62646), Extra KB (56830)
- **Recommended Operating Systems :** Microsoft Windows Vista 32-bit Premium / Business / Ultimate, Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005
- **Included Software :** PowerDVD v5.0 & Nero Express v6.3126
- **Battery :** Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter :** Output=> 19V DC, 4.74A, 90W
  Input => 100~240V AC, 50/60Hz universal
- **Dimensions :** 13.85" x 10.43 x 1.24 (WxDxH)
- **Weight :** ~6.25 lbs. fully configured with main battery installed



**Your BTO Notebook Supplier**

Home    Support    Security    News    Promotions    Warranty    Technology    Matrix    ASI Websites

**Notebook Matrix**

**15.4" Widescreen**

**14.1" Widescreen**

**13.3" Widescreen**

**Accessories**
- Car Chargers
- Carrying Bag
- Port Replicator
- Control Pad
- FDD
- TV Tuner
- Web cam
- Mice
- Keyboard
- E-Serial Storage
- GPS Units
- Card Readers
- Speakers
- Networking
- Misc

**ASI Notebook Model GL30 Base Model Technical Specifications**

Verified by Intel®

Windows Vista

**Base Model for GL30 (2 Spindle)**

14.1" WXGA    SKU: 53079  (No Optical)

Other Views: Front, Left, Right, Back, Top, Bottom, Keyboard

- **Processor Type :**
  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB
  Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Processor Speeds Supported :**
  Core 2 Duo T7600 (2.33GHz), T7400 (2.16GHz), T7200 (2.00GHz), T5600 (1.83GHz), T5500 (1.66GHz)
  Core Duo T2300 (1.66GHz), T2300E (1.66GHz), T2400 (1.83GHz), T2500 (2.0GHz), T2600 (2.16GHz), T2700 (2.33GHz)
  Core Solo T1300 (1.66GHz), T1400 (1.83GHz)
  Celeron M 410 (1.46GHz), 420 (1.60GHz), 430 (1.73GHz)
  **Will NOT Support** Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), or T7100 (1.8GHz)
- **Chipset :** Intel 945PM / ICH7-M "Calistoga-PM"
- **Memory :** 2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667/533 SDRAM modules in sizes of: 512MB & 1GB. Dual Channel support.
- **Graphics :** Integrated PCI Express **Nvidia GeForce GO 7600** (G73M) Video RAM graphics processor with 256MB dedicated video RAM. Supports dual display option and integrated TV out functions.
- **Display :** 14.1" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive :** 2.5" (9.5mm) SATA HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM drives supported). ICH7-M supports SATA3G. Note: current SATA mobile drives are SATA 1.5G speeds.
- **Optical Multimedia :** Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 51645
  DVD Multi (specs TBD)  ASI SKU: 51643
- **Networking :** Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- **Modem :** Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot :** One PCI Express x1 slot supporting ExpressCard 34 / 54 devices
- **Mouse :** ElanTech Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard :** Desktop-like full-size 85/86 keys, 3mm Travel; 4 Instant Launch Buttons => Internet, mail, 2 user-defined (use SlideWalker app) located to left of power-on button
- **PCMCIA Slot :** One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound :** Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader :** 4-in-1 built-in card reader (ENE PCI controller); SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag (can be purchased separately, **Click Here**)
- **I/O Ports :**

| 1 x RJ-45 LAN | 1 x RJ-11 Modem | |
|---|---|---|
| 3 x USB 2.0 Ports | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| Kensington Lock hole | 1 x Headphone-out jack | 1 x Microphone-in jack |
| 1 x Type II PCMCIA slot | 1 x ExpressCard 34 / 54 | |

- **Wireless :** Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module - **ASI SKU 44608**
- **Camera :** Integrated 1.3 Megapixel Camera; to view picture in WinXP go to "My Computer" - integrated camera
- **Fingerprint Reader :** Integrated fingerprint biometric reader between mouse buttons. Softex OmniPass Control Center software. Note: in Windows Vista, the OmniPass software has a 30-day trial period and after that you would have to purchase this software from Softex => http://www.softexinc.com/showorderoption.asp?product=omnipass3
- **Trusted Platform Module :** Integrated Infineon TPM Professional Package v2.5 software & hardware v1.2; Disabled in the CMOS by Default. To enable, press F2 for CMOS, go to "Security" then set "Trusted Platform Support" to "Enabled". Go into Windows then to Infineon program group and click on "Manage Security Platform" to configure.
- **Other Optional Items :** extra regular battery (51551), extra AC adapter (51449), car adapter (56577), Bluetooth module (49762), Extra KB (51450).
- **Recommended Operating Systems :** Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista 32-bit & 64-bit versions supported
- **Included Software :** PowerDVD v5.0 & Nero Express v6.3126
- **Battery :** Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter :** Output=> 19V DC, 4.74A, 90W
  Input  => 100~240V AC, 50/60Hz universal
- **Dimensions :** 13.4" x 10.25 x 1.7 (WxDxH)
- **Weight :** ~5.4 lbs. fully configured with main battery installed



**ASI Notebook Model GL31 Technical Specifications**

Verified by Intel®

Windows Vista™

**Base Model for GL31 (VBI) (2 Spindle)**

Other Views: Front, Left, Right, Back, Top, Bottom, Keyboard

**14.1" WXGA    SKU: 50331 (No Optical)**

- **Processor Type :**
  Intel Core 2 Duo, Core Duo & Core Solo processors (65nm) w/ 4MB or 2MB L2 Cache and 667MHz FSB
  Intel Celeron M 400 Series processors (65nm) w/ 1MB L2 Cache and 533MHz FSB
- **Processor Speeds Supported :**
  **Core 2 Duo** T7600 (2.33GHz), T7400 (2.16GHz), T7200 (2.00GHz), T5600 (1.83GHz), T5500 (1.66GHz)
  **Core Duo** T2300 (1.66GHz), T2300E (1.66GHz), T2400 (1.83GHz), T2500 (2.0GHz), T2600 (2.16GHz), T2700 (2.33GHz)
  **Core Solo** T1300 (1.66GHz), T1400 (1.83GHz)
  **Celeron M** 440 (1.46GHz), 420 (1.60GHz), 430 (1.73GHz)
  **Will NOT Support** Core 2 Duo T7700 (2.4GHz), T7500 (2.20GHz), T7300 (2.00GHz), or T7100 (1.8GHz)
- **Chipset :** Intel 945GM / ICH7-M "Calistoga-PM"
- **Memory :** 2 memory slots expandable to 2 GB using SO-DIMM (200-pin/1.8V) devices. Supports DDR2 667/533 SDRAM modules in sizes of: 512MB & 1GB. Dual Channel supported.
- **Graphics :** Embedded Intel Graphics Media Accelerator (GMA) 950 graphics processor with up to 224MB of shared video RAM. Supports dual display option and integrated TV out functions.
- **Display :** 14.1" WXGA (1280x800) Widescreen (Glossy/Glare Type) Enhanced Screen Active Matrix TFT
- **Hard Drive :** 2.5" (9.5mm) Parallel ATA (PATA) HDD with support for 60, 80, 100, 120 GB capacities. (7200/5400/4200 RPM drives supported).
- **Optical Multimedia :** Combo (8x DVD-ROM, 24x CD-R, 24x CD-RW & 24x CD-ROM) ASI SKU: 49774
  DVD Multi (specs TBD) ASI SKU: 49776
- **Networking :** Integrated 10/100/1000 Mbps PCI Express x1 Gigabit Ethernet (Realtek RTL8168/8111)
- **Modem :** Integrated Agere HDAudio 56K V.92/90 MDC Fax / Modem
- **ExpressCard Slot:** One PCI Express x1 slot supporting ExpressCard 34 / 54 devices
- **Mouse :** ElanTech Touchpad with 2 click buttons; support for scroll up/down
- **Keyboard :** Desktop-like full-size 85/86 keys, 3mm Travel; 2 Instant Launch Buttons => Internet and mail
- **PCMCIA Slot :** One Type II PC Card slot; PCI Cardbus Controller (ENE CB-712/714/810)
- **Sound :** Built-in Intel HD Audio Controller (Realtek ALC883), with 3D effect & full duplex. Built-in stereo speakers (front), and microphone (top LCD bezel)
- **Card Reader :** 4-in-1 built-in card reader (ENE PCI controller): SD/MMC/MS/MS PRO
- **Not Included :** Carrying Bag

| I/O Ports : | 1 x RJ-45 LAN | 1 x RJ-11 Modem |
| --- | --- | --- |
| 3 x USB 2.0 Ports | 1 x S-Video composite TV Out | 1 x VGA port/Mini D-sub 15 pins |
| Kensington Lock hole | 1 x Headphone-out jack | 1 x Microphone-in jack |
| 1 x Type II PCMCIA slot | 1 x ExpressCard 34 / 54 | |

- **Wireless :** Option for Intel PRO/WIRELESS 3945ABG (802.11abg) Wi-Fi Mini-PCI express module - **ASI SKU 44608**
- **Other Optional Items :** extra regular battery (51551), extra AC adapter (51449), car adapter (49820), Extra KB (51450), Bluetooth module (49762)
- **Recommended Operating Systems :** Microsoft Windows XP Professional Edition, Windows XP Home Edition, Windows Media Center Edition 2005, Vista 32-bit & 64-bit versions supported
- **Included Software :** PowerDVD v5.0 & Nero Express v6.3126
- **Battery :** Lithium-Ion battery w/6 cells, and 53W/Hrs capacity, 11.1V, 4800mAh
- **AC Adapter :** Output=> 19V DC, 3.95A, 75W
  Input => 100~240V AC, 50/60Hz universal
- **Dimensions :** 13.4" x 10.25" x 1.7" (WxDxH)
- **Weight :** 5.4 lbs. fully configured with main battery installed

# EXHIBIT J

Print



**Elan to Acquire Elantech to Reinforce Touch Panel Production Capability**

Taiwan-based Elan Microelectronics Corp, an IC (integrated circuit) designer, has announced a plan to acquire Elantech Devices Corp, a developer of touch pads and related technology, on September 20, 2008, in a bid to reinforce its production capability for touch panels, and push up market share, according to company sources.

Yeh I-hao, Chairman of Elan, said that the acquisition of Elantech, which holds numerous patents for technologies of multi-touch panels, can help his company to achieve vertical integration in production and business this year. In other words, Elan will build integrated production lines, including touch IC designing and conductive glass and touch pad modules manufacturing, in house, and broaden its operations.

Elantech, based in Taiwan, was originally a subsidiary of Japanese passive component maker KOA Speer Electronics Inc, with a 36.77 percent controlling stake owned by Elan so far, and has ventured into production of capacitive touch panels through buying Logitech Inc`s touch pad division.

At the moment, Elantech has capitalization of NT$150 million, and Elan NT$3.618 billion. Elan is going to issue new shares in response to the acquisition and push up its capitalization to NT$4.107 billion in the future. After the acquisition, Yeh added, touch panels will contribute 15-20 percent more to Elan`s total revenue this year.

Market observers believe that Elan`s move to buy Elantech shows intense ambition to transform its original business operation of consumer IC design to touch panel manufacturing, which can help to win more patents for such product.

Yeh said that he is quite optimistic about popularity of touch panels in consumer electronics because Apple Inc`s newly launched MacBook Air and Asusteck Computer Inc`s Eee PC both adopt multi-touch panels. In fact, Elan has already delivered its multi-touch panels for UMPC (ultra mobile personal computer) and MID (mobile Internet device) to domestic notebook PC suppliers.

*Source: CENS*

Print

© 2007, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.

# EXHIBIT K



# Company Overview

## Elan Microelectronics Corp.
**Symbol: 2458-TW (C000088594)**

No 12 Innovation Road 1 SBIP | **Exchange:** TAI | **CUSIP:** | **S&P GICS:** 45301020
Hsinchu City,   TWN | **Sector:** Technology | **SEDOL:** 6241513 | Semiconductors
http://www.emc.com.tw | **Industry:** Semiconductors | | **Company Status:** Active

### Quote
View Detailed Quote

| | Last | Change | % Change | High/Low | Open | Volume | Currency | As Of |
|---|---|---|---|---|---|---|---|---|
| 2458-TW | 54.500 | -1.900 | -3.369% | 54.800/54.100 | 54.100 | 8,812 | TWD | 2:30:00 PM |

Source: Thomson Financial delayed at least 20 minutes.

### Business Description

Elan Microelectronics Corporation. The Group's principal activities are the manufacturing, selling, researching and developing integrated circuits. Its other activities include manufacturing and selling Fuzzy Logic Processor, Digital Signal Processor, 8-bits Microcontroller(MCU) and Special Integrated Circuit(IC). Operations of the Group are carried out in Taiwan, Asia and other countries. The Group exports its products to South East Asia, North East Asia and other countries.

Source: Worldscope

### Key Financials

| | Y07 | Y06 | Y05 |
|---|---|---|---|
| Sales | 5,457.08 | 5,267.00 | 5,223.83 |
| Operating Income | 608.79 | 426.44 | 546.44 |
| Net Income | 593.76 | 279.10 | 401.69 |
| Total Assets | 6,084.20 | 5,122.31 | 5,239.45 |
| Total Liabilities | 955.97 | 878.81 | 1,015.18 |
| EBITDA | 897.28 | 461.55 | 669.58 |

Source: Worldscope - Millions TWD

### Key Fundamentals
View Fundamentals

| | | | |
|---|---|---|---|
| Forward P/E* | 26.22 | Dividend Yld | 0.76 |
| Price to Book | 3.90 | 1Yr Tot Return(%)** | -11.55 |
| Price To CF | 20.56 | Beta** | 1.20 |
| 1Yr Sales Growth | 3.61 | 1Yr EPS Growth | 110.84 |
| Mkt Cap Consol** | 19,717 | Ent Value** | 18,363 |

Source: Worldscope,*FirstCall,**Datastream

### Recent News
More News

⚠️ No records found.

Source: Thomson News

### Price Chart
Interactive Chart

Elan Microelectronics Corp. (12/10/2007-6/9/2008) -...

2458-TW    TAIWAN SE WEIGHTED
TWD Source: Datastream

### Analyst Rating

Sell ▬▬▬▬▬▬▬ Strong Buy

Source: First Call

### Estimate Revisions

No data available on selected company

Source: First Call

### EPS Estimate Forecasts
View Forecasts

No data available on selected company

Source: First Call

### Key Executives
Key Executives

| Chairman & President | Ye Yi Hao |
|---|---|

| Private Equity Investors | Private Equity Investors |
|---|---|
| **Investor** | **Fund** |
| Walden International | Walden International - Unspecified Fund |

Questions? Contact Client Services US 888-I-Need-TF (888-463-3383)- EUR +44 (0)870 191 0596 - ASIA +632-8785-777
© 2008 Thomson Financial. All Rights Reserved. (Disclaimer/Accreditation)
Terms of Use

# EXHIBIT L

# SYNAPTICS INC

## FORM 10-Q
(Quarterly Report)

## Filed 5/3/2005 For Period Ending 3/26/2005

| | |
|---|---|
| Address | 2381 BERING DRIVE |
| | SAN JOSE, California 95131 |
| Telephone | 408-434-0110 |
| CIK | 0000817720 |
| Industry | Electronic Instr. & Controls |
| Sector | Technology |
| Fiscal Year | 06/30 |

Powered By EDGAR® Online

http://www.edgar-online.com/
© Copyright 2005. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online's Terms of Use.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 26, 2005

Commission file number 000-49602

# SYNAPTICS INCORPORATED

(Exact name of Registrant as specified in its charter)

| Delaware | 77-0118518 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**2381 Bering Drive
San Jose, California 95131**

(Address of principal executive offices) (Zip code)

**(408) 434-0110**

(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑    No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act). Yes ☑    No ☐

Number of shares of Common Stock outstanding at April 28, 2005: 25,728,674

**SYNAPTICS INCORPORATED
QUARTERLY REPORT ON FORM 10-Q
FOR THE QUARTER ENDED MARCH 31, 2005**

**TABLE OF CONTENTS**

| | Page |
|---|---|
| Part I.Financial Information | |
| Item 1.Financial Statements (Unaudited): | |
| Condensed Consolidated Balance Sheets— March 31, 2005 and June 30, 2004 | 3 |
| Condensed Consolidated Statements of Income— Three Months and Nine Months Ended March 31, 2005 and 2004 | 4 |
| Condensed Consolidated Statements of Cash Flows— Nine Months Ended March 31, 2005 and 2004 | 5 |

Notes to Condensed Consolidated Financial Statements                                                   6
  Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations         13
  Item 3. Quantitative and Qualitative Disclosures About Market Risk                                    23
  Item 4. Controls and Procedures                                                                       23
Part II. Other Information
  Item 6. Exhibits                                                                                      24
Signatures                                                                                              25
  Exhibit 31.1
  Exhibit 31.2
  Exhibit 32.1
  Exhibit 32.2

Table of Contents

# PART I — FINANCIAL INFORMATION

## ITEM 1. FINANCIAL STATEMENTS

### SYNAPTICS INCORPORATED AND SUBSIDIARIES
### CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands, except share data)
(unaudited)

| | March 31, 2005 | June 30, 2004 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $125,949 | $ 59,489 |
| Short-term investments | 106,651 | 36,810 |
| Accounts receivable, net of allowances of $165 and $130, respectively | 32,432 | 21,875 |
| Inventories | 10,831 | 6,525 |
| Prepaid expenses and other current assets | 2,894 | 3,083 |
| Total current assets | 278,757 | 127,782 |
| Property and equipment, net | 12,387 | 1,829 |
| Goodwill | 1,927 | 1,927 |
| Other assets | 15,487 | 1,115 |
| | $308,558 | $132,653 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 11,042 | $ 9,220 |
| Accrued compensation | 4,174 | 4,594 |
| Income taxes payable | 9,181 | 4,018 |
| Other accrued liabilities | 4,403 | 3,326 |
| Total current liabilities | 28,800 | 21,158 |
| Note payable to a related party | 1,500 | 1,500 |
| Other liabilities | 874 | 855 |
| Convertible senior subordinated notes | 125,000 | — |
| Stockholders' equity: | | |
| Common stock: | | |
| $0.001 par value; 60,000,000 shares authorized; 26,371,425 and 24,987,398 shares issued and outstanding, respectively | 26 | 25 |
| Additional paid-in capital | 105,484 | 88,334 |
| Deferred stock compensation | (372) | (634) |
| Accumulated other comprehensive loss | (158) | (160) |
| Retained earnings | 47,404 | 21,575 |
| Total stockholders' equity | 152,384 | 109,140 |
| | $308,558 | $132,653 |

*See notes to consolidated financial statements.*

3

**SYNAPTICS INCORPORATED AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(in thousands, except per share data)
(unaudited)

| | Three Months Ended March 31, | | Nine Months Ended March 31, | |
|---|---|---|---|---|
| | 2005 | 2004 | 2005 | 2004 |
| Net revenue | $56,668 | $34,284 | $151,302 | $98,129 |
| Cost of revenue (1) | 30,481 | 19,726 | 81,535 | 57,286 |
| Gross margin | 26,187 | 14,558 | 69,767 | 40,843 |
| | | | | |
| Operating expenses: | | | | |
| Research and development (1) | 6,157 | 5,613 | 18,448 | 15,839 |
| Selling, general, and administrative (1) | 4,937 | 3,452 | 13,091 | 9,819 |
| Amortization of deferred stock compensation | 71 | 128 | 258 | 397 |
| Restructuring | — | — | — | 432 |
| Total operating expenses | 11,165 | 9,193 | 31,797 | 26,487 |
| Income from operations | 15,022 | 5,365 | 37,970 | 14,356 |
| Interest income | 1,118 | 246 | 1,783 | 701 |
| Interest expense | (483) | (33) | (660) | (101) |
| Income before provision for income taxes | 15,657 | 5,578 | 39,093 | 14,956 |
| Provision for income taxes | 3,983 | 2,073 | 13,264 | 5,683 |
| Net income | $11,674 | $ 3,505 | $ 25,829 | $ 9,273 |
| | | | | |
| Net income per share: | | | | |
| Basic | $  0.44 | $  0.14 | $  1.00 | $  0.38 |
| Diluted | $  0.38 | $  0.13 | $  0.88 | $  0.34 |
| | | | | |
| Shares used in computing net income per share: | | | | |
| Basic | 26,315 | 24,671 | 25,743 | 24,267 |
| Diluted | 31,464 | 27,451 | 29,588 | 26,921 |

(1) Amounts exclude amortization of deferred stock compensation as follows:

| | | | | |
|---|---|---|---|---|
| Cost of revenue | $      3 | $      5 | $     10 | $     15 |
| Research and development | — | 21 | 8 | 76 |
| Selling, general, and administrative | 68 | 102 | 240 | 306 |
| Amortization of deferred stock compensation | $     71 | $    128 | $    258 | $    397 |

*See notes to consolidated financial statements.*

4

**SYNAPTICS INCORPORATED AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)
(unaudited)

| | Nine Months Ended March 31, | |
|---|---|---|
| | **2005** | **2004** |
| **Cash flows from operating activities** | | |
| Net income | $ 25,829 | $ 9,273 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
|    Depreciation of property and equipment | 745 | 786 |
|    Amortization of deferred stock compensation | 258 | 397 |
|    Amortization of debt issuance costs | 272 | — |
|    Tax benefit from stock options | 8,940 | — |
|    Changes in operating assets and liabilities: | | |
|       Accounts receivable | (10,557) | (5,627) |
|       Inventories | (4,306) | 951 |
|       Prepaid expenses and other current assets | 189 | (142) |
|       Other assets | (10,334) | (103) |
|       Accounts payable | 1,822 | 1,407 |
|       Accrued compensation | (420) | 824 |
|       Income taxes payable | 5,163 | 3,127 |
|       Other accrued liabilities | 1,105 | (759) |
|       Other liabilities | 19 | 84 |
| Net cash provided by operating activities | 18,725 | 10,218 |
| | | |
| **Cash flows from investing activities** | | |
| Purchases of short-term investments | (146,810) | (17,336) |
| Proceeds from sales and maturities of short-term investments | 76,971 | 17,548 |
| Purchases of property and equipment | (11,303) | (828) |
| Net cash used in investing activities | (81,142) | (616) |
| | | |
| **Cash flows from financing activities** | | |
| Payments on capital leases and equipment financing obligations | (28) | (204) |
| Proceeds from issuance of convertible senior subordinated notes | 125,000 | — |
| Debt issuance costs | (4,310) | — |
| Proceeds from issuance of common stock upon exercise of options and stock purchase plan | 8,215 | 4,379 |
| Proceeds from repayment of notes receivable from stockholders | — | 20 |
| Net cash provided by financing activities | 128,877 | 4,195 |
| Net increase in cash and cash equivalents | 66,460 | 13,797 |
| Cash and cash equivalents at beginning of period | 59,489 | 41,697 |
| Cash and cash equivalents at end of period | $ 125,949 | $ 55,494 |
| | | |
| **Supplemental disclosures of cash flow information** | | |
| Cash paid for interest | $  — | $  5 |
| Cash paid for income taxes | 9,595 | 2,550 |

*See notes to consolidated financial statements.*

5

**SYNAPTICS INCORPORATED AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
(unaudited)

## 1. Basis of Presentation

The accompanying unaudited condensed consolidated financial statements have been prepared pursuant to the rules and regulations of the Securities and Exchange Commission (the "SEC") and U.S. generally accepted accounting principles. However, certain information or footnote disclosures normally included in financial statements prepared in accordance with U.S. generally accepted accounting principles have been condensed or omitted pursuant to such SEC rules and regulations. In our opinion, the financial statements include all adjustments, which are of a normal and recurring nature, necessary for the fair presentation of the results of the interim periods presented. The results of operations for the interim periods are not necessarily indicative of the operating results for the full fiscal year or any future period. These financial statements should be read in conjunction with the audited consolidated financial statements and related notes included in our annual report on Form 10-K for the year ended June 30, 2004.

The consolidated financial statements include our financial statements and those of our wholly owned subsidiaries. All significant intercompany balances and transactions have been eliminated upon consolidation.

The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

On an ongoing basis, we evaluate our estimates, including those related to revenue recognition, allowances for doubtful accounts, cost of revenue, inventories, product warranty, provision for income taxes, income taxes payable, intangible assets, and contingencies. We base our estimates on historical experience, applicable laws, and various other assumptions we believe to be reasonable at the time the estimates are made.

Our fiscal year ends on the last Saturday in June. For ease of presentation, the accompanying consolidated financial statements have been shown as ending on June 30 and calendar quarter end dates for all annual, interim, and quarterly financial statement captions.

*Stock-Based Incentive Compensation*

We follow APB Opinion No. 25, "Accounting for Stock Issued to Employees," and related interpretations in accounting for employee stock options. Had compensation expense for stock options been determined based on the fair value of the options at dates of grant consistent with the provisions of Statement of Financial Accounting Standards No. 123, "Accounting for Stock-Based Compensation," net income and net income per share would have been reduced to the pro forma amounts indicated below (in thousands, except per share amounts):

|  | Three Months Ended March 31, | | Nine Months Ended March 31, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Net income — as reported | $ 11,674 | $ 3,505 | $ 25,829 | $ 9,273 |
| Add: Total stock-based compensation included in reported net income, net of tax | 53 | 79 | 170 | 244 |
| Deduct: Total stock-based compensation determined under fair value based method for all awards, net of tax | (2,039) | (1,156) | (4,683) | (3,017) |
| Net income — pro forma | $ 9,688 | $ 2,428 | $ 21,316 | $ 6,500 |
| Net income per share — basic: | | | | |
| As reported | $ 0.44 | $ 0.14 | $ 1.00 | $ 0.38 |
| Pro forma | $ 0.37 | $ 0.10 | $ 0.83 | $ 0.27 |
| Net income per share — diluted: | | | | |
| As reported | $ 0.38 | $ 0.13 | $ 0.88 | $ 0.34 |
| Pro forma | $ 0.32 | $ 0.09 | $ 0.73 | $ 0.24 |

6

In December 2004, the Financial Accounting Standards Board finalized Statement of Financial Accounting Standards No. 123R, "Share-Based Payment" ("FAS 123R"), which will require us to expense stock options based on grant date fair value in our financial statements. The effect of expensing stock options in our results of operations using a Black-Scholes option-pricing model is presented in the preceding pro forma table; however, the amounts presented are not necessarily indicative of future amounts that will be charged to income in connection with our adoption of FAS 123R. Adoption of FAS 123R is not expected to affect cash flow, but will adversely affect net income and net income per share.

The fair value of each award granted was estimated at the date of grant using a Black-Scholes option-pricing model, assuming no expected dividends and the following weighted average assumptions:

|  | Stock Options | | Employee Stock Purchase Plan | |
|  | Three Months Ended March 31, | | Three Months Ended March 31, | |
|  | 2005 | 2004 | 2005 | 2004 |
|---|---|---|---|---|
| Expected volatility | 74.3% | 79.1% | 57.5% | 68.2% |
| Expected life in years | 5 | 5 | 1.2 | 0.4 |
| Risk-free interest rate | 3.7% | 2.8% | 2.9% | 1.0% |
| Fair value per award | $ 19.07 | $ 10.38 | $ 11.83 | $ 2.65 |

|  | Stock Options | | Employee Stock Purchase Plan | |
|  | Nine Months Ended March 31, | | Nine Months Ended March 31, | |
|  | 2005 | 2004 | 2005 | 2004 |
|---|---|---|---|---|
| Expected volatility | 67.8% | 71.6% | 58.9% | 65.0% |
| Expected life in years | 5 | 5 | 1.0 | 0.4 |
| Risk-free interest rate | 3.5% | 2.8% | 2.6% | 1.0% |
| Fair value per award | $ 13.76 | $ 8.00 | $ 10.31 | $ 2.57 |

## 2. Revenue Recognition

We recognize revenue from product sales when there is persuasive evidence that an arrangement exists, delivery has occurred and title has transferred, the price is fixed and determinable, and collectibility is reasonably assured. We accrue for estimated sales returns and other allowances, based on historical experience, at the time we recognize revenue, which is typically upon shipment. We record contract revenue for research and development as the services are provided under the terms of the contract. We recognize non-refundable contract fees for which no further performance obligations exist and for which there is no continuing involvement by us on the earlier of when the payments are received or when collection is assured.

## 3. Net Income Per Share

Basic net income per share amounts for each period presented have been computed using the weighted average number of shares of common stock outstanding. Diluted net income per share amounts for each period presented have been computed (1) using the weighted average number of potentially dilutive shares issuable in connection with stock options under the treasury stock method, and (2) using the weighted average number of shares issuable in connection with convertible debt under the if-converted method, when dilutive.

The following table presents the computation of basic and diluted net income per share (in thousands, except per share amounts):

7

|  | Three Months Ended March 31, | | Nine Months Ended March 31, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| **Numerator:** | | | | |
| Basic net income | $ 11,674 | $ 3,505 | $ 25,829 | $ 9,273 |
| Interest expense and amortization of debt issuance costs on convertible notes (net of tax) | 266 | — | 335 | — |
| Diluted net income | $ 11,940 | $ 3,505 | $ 26,164 | $ 9,273 |
| **Denominator:** | | | | |
| Shares, basic | 26,315 | 24,671 | 25,743 | 24,267 |
| Effect of dilutive stock options | 2,675 | 2,780 | 2,857 | 2,654 |
| Effect of convertible notes | 2,474 | — | 988 | — |
| Shares, diluted | 31,464 | 27,451 | 29,588 | 26,921 |
| Net income per share: | | | | |
| Basic | $ 0.44 | $ 0.14 | $ 1.00 | $ 0.38 |
| Diluted | $ 0.38 | $ 0.13 | $ 0.88 | $ 0.34 |

Options to purchase 328,978, 19,000, 109,659, and 125,720 shares of common stock that were outstanding during the three months ended March 31, 2005 and 2004, and the nine months ended March 31, 2005 and 2004, respectively, were not included in the computation of diluted net income per share for these periods because the exercise prices of such options were greater than the average market price of our common stock during these periods, and therefore, their effect would have been antidilutive.

## 4. Cash Equivalents and Short-term Investments

Cash equivalents consist of highly liquid investments with original maturities of three months or less. Short-term investments consist of marketable securities and are classified as securities "available for sale" under Statement of Financial Accounting Standards No. 115, "Accounting for Certain Investments in Debt and Equity Securities". Such securities are reported at fair value, with unrealized gains and losses, net of taxes, excluded from earnings and shown separately as a component of accumulated other comprehensive income within stockholders' equity. Interest earned on marketable securities is included in interest income. Realized gains and losses on the sale of marketable securities are determined using the specific identification method.

## 5. Restructuring

In June 2003, we completed the acquisition of NSM Technology Limited, or NSM, a Hong Kong company. In connection with the acquisition of NSM, we identified duplicate operational positions at our San Jose and Taiwan locations, resulting in a $432,000 restructuring charge in the first quarter of fiscal 2004, consisting primarily of severance costs.

## 6. Inventories

Inventories are stated at the lower of cost (first-in, first-out method) or market (estimated net realizable value) and consisted of the following (in thousands):

|  | March 31, 2005 | June 30, 2004 |
|---|---|---|
| Raw materials | $ 10,667 | $ 6,044 |
| Finished goods | 164 | 481 |
|  | $ 10,831 | $ 6,525 |

Write-downs to reduce the carrying value of obsolete, slow moving, and non-usable inventory to net realizable value are charged to cost of revenue.

8

Periodically, we purchase inventory from our contract manufacturers when a customer's delivery schedule is delayed or a customer's order is cancelled. In those circumstances in which we purchase inventory from our contract manufacturers, we consider whether a write-down is required to reduce the carrying value of the inventory purchased to its net realizable value.

## 7. Goodwill

As of March 31, 2005 and June 30, 2004, the carrying value of goodwill was $1,927,000. We review the carrying value of goodwill at least annually as of the fiscal year end balance sheet date for impairment and, in connection with our latest annual impairment review, determined there was no impairment of the carrying value.

## 8. Product Warranties and Indemnifications

We generally warrant our products for a period of 12 months or more from the date of sale and estimate probable product warranty costs at the time we recognize revenue. Factors that affect our warranty liability include historical and anticipated rates of warranty claims, materials usage, rework, and delivery costs. Warranty costs incurred have not been material in recent years. However, we assess the adequacy of our warranty obligations periodically and adjust the accrued warranty liability on the basis of our estimates.

Changes in our accrued warranty liability (included in other accrued liabilities) for the nine-month periods ended March 31, 2005 and 2004 were as follows (in thousands):

|  | Nine Months Ended March 31, | |
| --- | --- | --- |
|  | 2005 | 2004 |
| Beginning accrued warranty | $ 704 | $ 1,002 |
| Provision for product warranties | 390 | 384 |
| Cost of warranty claims and settlements | (789) | (495) |
| Ending accrued warranty | $ 305 | $ 891 |

Certain third-party agreements obligate us to indemnify the third party in connection with any technology infringement by us. We have also entered into indemnification agreements with our officers and directors. Maximum potential future payments cannot be estimated because these agreements do not have maximum stated liabilities. However, historical costs related to these indemnification provisions have not been significant. We have not recorded any liability in our consolidated financial statements for such indemnification.

## 9. Convertible Senior Subordinated Notes

On December 7, 2004 and December 17, 2004, we issued an aggregate of $125 million of 0.75% Convertible Senior Subordinated Notes maturing December 1, 2024 (the "Notes") in a private offering pursuant to Rule 144A under the Securities Act of 1933, as amended. In connection with issuing the Notes, we incurred debt issuance costs of $4.3 million, consisting primarily of the initial purchasers' discount and costs related to legal, accounting, and printing, which will be amortized over five years using the straight-line method. We expect to use the net proceeds for working capital and general corporate purposes and potentially for future acquisitions.

The Notes bear interest at a rate of 0.75% per annum payable on December 1 and June 1 of each year, beginning June 1, 2005. However, we will pay additional contingent interest on the Notes if the average trading price of the Notes is at or above 120% of the principal amount of the Notes for a specified period beginning with the six-month period commencing December 1, 2009. The amount of contingent interest payable on the Notes with respect to a six-month period, for which contingent interest applies, will equal 0.375% per annum of the average trading price of the Notes for a specified five trading day period preceding such six-month period. We are also obligated to file and maintain a shelf registration statement with the Securities and Exchange Commission covering resales by the holders of the Notes and the common stock issuable upon conversion of the Notes. In the event of a registration default, we will be obligated to pay additional interest of up to 0.5% per annum until such registration default is cured. On January 27, 2005, we filed a Registration Statement for these securities on Form S-3 (the "Registration Statement") with the Securities and Exchange Commission (the "SEC") and subsequently, on March 31, 2005, we filed Amendment No. 1 to the Registration Statement in response to the SEC's comments to the Registration Statement. On April 20, 2005, we received a second comment letter from the SEC and anticipate filing Amendment No. 2 to the Registration Statement

9

in early May. If the Registration Statement is not declared effective by June 5, 2005, then we will be obligated to pay additional interest in connection with a registration default.

The Notes are convertible into shares of our common stock, initially at a conversion rate of 19.7918 shares per $1,000 principal amount of Notes, or a total of 2,473,975 shares of common stock, which is equivalent to an initial conversion price of approximately $50.53 per share of common stock (subject to adjustment in certain events). The denominator of the diluted net income per share calculation includes the weighted average effect of the 2,473,975 shares of common stock issuable upon conversion of the Notes. Through November 30, 2009, upon the occurrence of a fundamental change as defined in the indenture governing the Notes, we could potentially be obligated to issue up to 27.7085 shares per $1,000 of principal amount of Notes, or a total of 3,463,562 shares of common stock, which is equivalent to a conversion price of $36.09 per share of common stock. The additional 989,587 shares, contingently issuable upon a fundamental change, are not included in the calculation of diluted net income per share.

The Notes may be converted (1) if, during any calendar quarter commencing after December 31, 2004, the last reported sale price of our common stock for at least 20 trading days in the period of 30 consecutive trading days ending on the last trading day of the preceding calendar quarter is greater than or equal to 120% of the applicable conversion price on such last trading day; (2) on or after January 1, 2020; (3) if we have called the Notes for redemption; or (4) during prescribed periods, upon the occurrence of specified corporate transactions or fundamental changes. On or after December 1, 2009, we may redeem for cash all or a portion of the notes at a redemption price of 100% of the principal amount of the notes plus accrued and unpaid interest (including contingent interest and additional interest, if any). Noteholders have the right to require us to repurchase all or a portion of their notes for cash on December 1, 2009, December 1, 2014, and December 1, 2019 at a price equal to 100% of the principal amount of the notes to be purchased plus accrued and unpaid interest (including contingent interest and additional interest, if any). Upon conversion of the Notes, in lieu of delivering common stock, we may, at our discretion, deliver cash or a combination of cash and common stock.

The Notes are unsecured senior subordinated obligations and rank junior in right of payment to all of our existing and future senior indebtedness, equal in right of payment with all of our existing and future indebtedness or other obligations that are not, by their terms, either senior or subordinated to the Notes, including trade debt and other general unsecured obligations that do not constitute senior or subordinated indebtedness, and senior in right of payment to all of our future indebtedness that, by its terms, is subordinated to the Notes. There are no financial covenants in the Notes.

We recorded interest expense of $449,000 and $566,000 on the Notes during the three and nine months ended March 31, 2005, respectively, which included amortization of debt issuance costs. The fair value of the Notes as of March 31, 2005 was $105.2 million based on quoted market prices.

## 10. Income Taxes

The income tax provision for the three months and nine months ended March 31, 2005 and 2004 reflects an effective income tax rate based on expected pre-tax income for the applicable fiscal year. The effective tax rates were 25.4% and 33.9% for the three months and nine months ended March 31, 2005, respectively, and diverged from the combined federal and state statutory rate primarily due to the tax impact of foreign operations, the release of $1.2 million of tax contingency accruals associated with income tax issues settled during the quarter, the benefit of research and development tax credits, and tax exempt interest income partially offset by other permanent taxable differences. The effective tax rates were 37.2% and 38.0% for the three months and nine months ended March 31, 2004, respectively, and diverged from the combined federal and state statutory rate primarily due to permanent taxable differences offset by the benefit of research and development tax credits and tax exempt interest income. We account for income tax contingencies in accordance with Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies".

On October 22, 2004, the American Jobs Creation Act of 2004 (the "Act") was signed into law. The Act creates a temporary incentive for U.S. corporations to repatriate accumulated income earned abroad by providing an 85% dividends received deduction for certain dividends from controlled foreign corporations resulting in an approximate 5.25% federal tax rate on the repatriated earnings. To qualify for the deduction, the earnings must be reinvested in the United States pursuant to a domestic reinvestment plan established by our chief executive officer and approved by our board of directors. Certain other criteria in the Act must be satisfied as well. We have until the end of our fiscal 2006 year to make a qualifying repatriation of earnings. Our tax rate does not reflect any one-time impact that may result from the repatriation of permanently reinvested off-shore earnings under the Act.

10

## 11. Segment, Customers, and Geographic Information

We operate in one segment: the development, marketing, and sale of interactive user interface solutions for electronic devices and products. We generate our revenue from two broad product categories: personal computer ("PC") applications, primarily notebook computers, and non-PC information appliance applications. PC applications accounted for 52% and 81% of net revenue for the three months ended March 31, 2005 and 2004, respectively, and 58% and 85% of net revenue for the nine months ended March 31, 2005 and 2004, respectively.

The following is a summary of net revenue within geographic areas based on the customer location (in thousands):

Net revenue from sales to unaffiliated customers:

|  | Three Months Ended March 31, | | Nine Months Ended March 31, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| China | $ 39,882 | $ 20,629 | $112,401 | $ 52,457 |
| Singapore | 7,151 | 35 | 12,056 | 212 |
| Taiwan | 5,374 | 8,085 | 17,431 | 29,834 |
| Other | 4,261 | 5,535 | 9,414 | 15,626 |
|  | $ 56,668 | $ 34,284 | $151,302 | $ 98,129 |

Major customer net revenue data as a percentage of total net revenue:

|  | Three Months Ended March 31, | | Nine Months Ended March 31, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Customer A | 33% | 31% | 35% | 24% |
| Customer B | * | * | * | 10% |
| Customer C | 13% | * | * | * |

Major customer accounts receivable as a percentage of total accounts receivable:

|  | As of March 31, 2005 | As of June 30, 2004 |
|---|---|---|
| Customer A | 37% | 35% |
| Customer B | 11% | * |

*   Less than 10%

## 12. Comprehensive Income

Our comprehensive income consists of net income, plus the effect of unrealized gains and losses from short-term investments at fair value, which was not material for the three months and nine months ended March 31, 2005 and 2004. Accordingly, comprehensive income closely approximated net income.

## 13. Subsequent Events

In the fourth quarter of fiscal 2005, we entered into a cross license agreement with Japan-based Alps Electric Co., Ltd. and Alps' U.S.-based affiliate, Cirque Corporation. The cross licenses in the agreement are worldwide, non-exclusive, non-transferable, and royalty-free. The cross license agreement settles certain intellectual property claims of the parties and contains mutual releases of the intellectual property claims of the parties. In connection with the cross license agreement, we received a one-time settlement payment which will be included in our financial results in the fourth quarter of fiscal 2005.

On April 14, 2005, our board of directors authorized a common stock repurchase program for up to $40 million of our common stock on the open market or in privately negotiated transactions depending upon market conditions and other factors. Through April 28, 2005 we have repurchased 670,000 shares at an average cost of $18.70 per share.

Additionally, we have made a strategic decision to participate in a private equity financing of Foveon, Inc. ("Foveon"), an affiliated development-stage company in which we have an approximate 17% ownership interest of shares outstanding before the financing. Foveon is developing their unique X3 three-layer direct image sensing technology that potentially provides lower cost, smaller size, and better quality than current digital imaging technology.

## 14. Recent Accounting Pronouncements

In June 2004, the Emerging Issues Task Force ("EITF") issued EITF No. 03-01 "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments" ("EITF 03-01"). EITF 03-01 provides guidance with respect to determining the meaning of other-than-temporary impairment and its application to debt and equity securities within the scope of Statement of Financial Accounting Standards No. 115, "Accounting for Certain Investments in Debt and Equity Securities", including investments accounted for under the cost method and new disclosure requirements for investments that are deemed to be temporarily impaired. We understand the Financial Accounting Standards Board is currently reconsidering disclosure, measurement, and recognition of other-than-temporary impairments of debt and equity securities under EITF 03-01. Until new guidance is issued, the disclosure requirements of EITF 03-01 were effective for our fiscal 2005 annual consolidated financial statements.

In November 2004, the Financial Accounting Standards Board issued Statement of Financial Accounting Standards No. 151, "Inventory Costs, an amendment of ARB No. 43, Chapter 4" ("FAS 151"). FAS 151 clarifies that abnormal inventory costs such as costs of idle facilities, excess freight and handling costs, and wasted materials (spoilage) are required to be recognized as current period costs. The provisions of FAS 151 are effective for our fiscal 2006. We are currently evaluating the provisions of FAS 151 and do not expect adoption to have a material impact on our financial position, results of operations, or cash flows.

In December 2004, the Financial Accounting Standards Board finalized Statement of Financial Accounting Standards No. 123R, "Share-Based Payment" ("FAS 123R"), amending FAS No. 123, effective beginning our first quarter of fiscal 2006. FAS 123R will require us to expense stock options based on grant date fair value in our financial statements. Further, the adoption of FAS 123R will require additional accounting related to the income tax effects and additional disclosure regarding the cash flow effects resulting from share-based payment arrangements. The effect of expensing stock options on our results of operations using a Black-Scholes option-pricing model is presented in our financial statements in Note 1 — Basis of Presentation-Stock-Based Incentive Compensation. We will adopt FAS 123R using the modified prospective method and the adoption thereof will have no effect on our cash flows, but is expected to have a material adverse impact on our financial position and results of operations.

12

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

### Forward-Looking Statements and Factors That May Affect Results

You should read the following discussion and analysis in conjunction with our condensed consolidated financial statements and notes in Item 1 above and with our audited consolidated financial statements and notes included in our Annual Report on Form 10-K for the year ended June 30, 2004.

In addition to the historical information contained herein, this report contains forward-looking statements, including those related to market penetration and market share in the notebook, iAppliance, and other electronic devices markets; competition in the notebook, iAppliance, and other electronic devices markets; revenue from the notebook, iAppliance, and other electronic devices markets; growth rates of these markets; average selling prices; product mix; manufacturing costs; cost-improvement programs; gross margins; customer relationships; research and development expenses; selling, general, and administrative expenses; and liquidity and anticipated cash requirements. These forward-looking statements involve risks and uncertainties that could cause actual results to differ materially.

We caution that these statements are qualified by various factors that may affect future results, including the following: changes in the market for our products and the success of our customers' products, our success in moving products from the design phase into the manufacturing phase, changes in the competitive environment, infringement claims, warranty obligations related to product failures, the failure of key technologies to deliver commercially acceptable performance, our dependence on certain key markets, penetration into new markets, the absence of both long-term purchase and supply commitments, and our lengthy development and product acceptance cycles. This report should be read in conjunction with our Annual Report on Form 10-K for the year ended June 30, 2004, including particularly the section captioned "Business — Risk Factors" and in conjunction with our registration statement on Form S-3, filed January 27, 2005, in connection with the registration of our 0.75% Convertible Senior Subordinated Notes due 2024, including particularly the section captioned "Risk Factors".

### Overview

We are a leading worldwide developer and supplier of custom-designed user interface solutions that enable people to interact more easily and intuitively with a wide variety of mobile computing, communications, entertainment, and other electronic devices. From our inception in 1986 through fiscal 1995, we were a development stage company, focused on developing and refining our pattern recognition and capacitive sensing technologies, and generated revenue by providing contract engineering and design services. In fiscal 1996, we began shipping our proprietary TouchPad. We are a leading supplier of interface solutions to the notebook computer market and the hard-disk drive, or HDD, portable digital music player market. In fiscal 2004, we estimate more than half of notebook computers and HDD portable digital music players shipped contained our products. We believe our market share results from the combination of our customer focus, the strength of our intellectual property, and our engineering know-how, which allow us to design products that meet the demanding design specifications of OEMs.

Our manufacturing operations are based on a virtual manufacturing model in which we outsource all of our production requirements, eliminating the need for significant capital expenditures and allowing us to reduce our investment in inventories. This approach requires us to work closely with our manufacturing subcontractors to ensure adequate production capacity to meet our forecasted volume requirements. We provide our manufacturing subcontractors with six-month rolling forecasts and generally issue purchase orders based on our anticipated requirements for the next 90 days. However, we do not have any long-term supply contracts with any of our manufacturing subcontractors. Currently, we use two third-party manufacturers to provide our proprietary capacitive based ASICs, and in certain cases, we rely on a single source or a limited number of suppliers to provide other key components of our products. Our cost of revenue includes all costs associated with the production of our products, including materials, manufacturing, and assembly and test costs paid to third-party manufacturers and related overhead costs associated with our manufacturing operations personnel. Additionally, all warranty costs and any inventory provisions or write-downs are charged to cost of revenue.

Our gross margin generally reflects the combination of the added value we bring to our customers' products in meeting their custom design requirements and our ongoing cost-improvement programs. These cost-improvement programs include reducing materials and component costs and implementing design and process improvements. Our newly introduced products may have lower margins than our more mature products, which have realized greater

13

benefits associated with our ongoing cost-improvement programs. As a result, new product introductions may initially negatively impact our gross margin.

Our research and development expenses include expenses related to product development, engineering, supplies, and materials, as well as the costs incurred to design interface solutions for customers prior to and after the customers' commitment to incorporate those solutions into their products. These expenses have generally increased, reflecting our continuing commitment to the technological and design innovation required to maintain a leadership position in our existing markets and to adapt our existing technologies or develop new technologies for new markets.

Selling, general, and administrative expenses include expenses related to sales, marketing, and administrative personnel; internal sales and outside sales representatives' commissions; market research; outside legal, accounting, and consulting costs; and other marketing and sales activities. These expenses have generally increased, reflecting incremental staffing, commission expense associated with higher revenue levels, and additional personnel in anticipation of our continued growth in our existing markets and penetration into new markets.

In connection with the grant of stock options to our employees and consultants, we have recorded deferred stock compensation of approximately $3.2 million, representing the difference between the deemed fair value of our common stock for financial reporting purposes and the exercise price of these options at the dates of grant. Deferred stock compensation is presented as a reduction of stockholders' equity and is amortized on a straight-line basis over the applicable vesting period. Options granted are typically subject to a four-year vesting period. We are amortizing the deferred stock compensation over the vesting periods of the applicable options. As of March 31, 2005, there was $372,000 of deferred stock compensation remaining to be amortized. We expect to record amortization expense for deferred stock compensation of approximately $71,000 in the remaining three months of fiscal 2005. Upon the adoption of FAS 123R in fiscal 2006, we will no longer amortize deferred stock compensation, as FAS 123R will require us to expense stock options based on grant date fair value. The adoption of FAS 123R will have no effect on our cash flows, but is expected to have a material adverse impact on our financial position and results of operations.

## Critical Accounting Policies and Estimates

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires us to make estimates and judgments that affect the reported amounts of assets, liabilities, revenue, expenses, and related disclosure of contingent assets and liabilities. On an ongoing basis, we evaluate our estimates, including those related to revenue recognition, allowance for doubtful accounts, cost of revenue, inventories, product warranty, provision for income taxes, income taxes payable, intangible assets, and contingencies. We base our estimates on historical experience, applicable laws, and various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying value of assets and liabilities that are not readily apparent from other sources. We believe the following critical accounting policies affect our more significant judgments and estimates used in the preparation of our consolidated financial statements. Actual results may differ from these estimates under different assumptions or conditions.

### Revenue Recognition

We recognize revenue from product sales when there is persuasive evidence that an arrangement exists, delivery has occurred and title has transferred, the price is fixed and determinable, and collectibility is reasonably assured. We accrue for estimated sales returns and other allowances, based on historical experience, at the time we recognize revenue, which is typically upon shipment. We record contract revenue for research and development as the services are provided under the terms of the contract. We recognize non-refundable contract fees for which no further performance obligations exist and for which there is no continuing involvement by us on the earlier of when the payments are received or when collection is assured.

### Allowance for Doubtful Accounts

We maintain allowances for doubtful accounts for estimated losses resulting from the inability of customers to meet their financial obligations. On an ongoing basis, we evaluate the collectibility of accounts receivable based on a combination of factors. In circumstances in which we are aware of a specific customer's potential inability to meet its financial obligation, we record a specific reserve of the bad debt against amounts due. In addition, we make judgments and estimates on the collectibility of accounts receivable based on our historical bad debt experience, customers' creditworthiness, current economic trends, recent changes in customers' payment trends, and deterioration in the customers' operating results or financial position. If circumstances change adversely, additional bad debt allowances may be required.

14

*Inventory*

We state our inventories at the lower of cost or market. We base our assessment of the ultimate realization of inventories on our projections of future demand and market conditions. Sudden declines in demand, rapid product improvements, or technological changes, or any combination of these factors, can cause us to have excess or obsolete inventories. On an ongoing basis, we review for estimated obsolete or unmarketable inventories and write down our inventories to their net realizable value based upon our forecasts of future demand and market conditions. If actual market conditions are less favorable than our forecasts, additional inventory reserves may be required. The following factors influence our estimates: changes to or cancellations of customer orders, unexpected decline in demand, rapid product improvements and technological advances, and termination or changes by our OEM customers of any product offerings incorporating our product solutions.

Periodically, we purchase inventory from our contract manufacturers when a customer's delivery schedule is delayed or a customer's order is cancelled. In those circumstances in which we purchase inventory from our contract manufacturers, we consider whether a write-down is required to reduce the carrying value of the inventory purchased to its net realizable value.

*Product Warranties*

We provide for the estimated cost of product warranties at the time we recognize revenue. Our warranty obligation is affected by product failure rates, materials usage, rework, and delivery costs incurred in correcting a product failure. We exercise judgment in determining the estimates underlying our accrued warranty liability. The actual results with regard to warranty expenditures could have a material adverse effect on our operating results if the actual rate of unit failure or the associated costs of repair or replacement are greater than what we used in estimating the accrued warranty liability.

*Income Taxes*

We recognize federal, state, and foreign current tax liabilities or assets based on our estimate of taxes payable or refundable in the then current fiscal year for each tax jurisdiction. We also recognize federal, state, and foreign deferred tax liabilities or assets for our estimate of future tax effects attributable to temporary differences and carryforwards and record a valuation allowance to reduce any deferred tax assets by the amount of any tax benefits that, based on available evidence and our judgment, are not expected to be realized. If our assumptions, and consequently our estimates, change in the future, the valuation allowance we have established for our deferred tax assets may be changed, which could impact income tax expense.

We account for income tax contingencies in accordance with Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies". The calculation of tax liabilities involves significant judgment in estimating the impact of uncertainties in the application of complex tax laws. Resolution of these uncertainties in a manner inconsistent with our expectations could have a material impact on our results of operations and financial condition. We believe we have adequately provided for reasonably foreseeable outcomes in connection with the resolution of income tax contingencies. However, our results have in the past, and could in the future, include favorable and unfavorable adjustments to our estimated tax liabilities in the period an assessment is made or resolved or upon the expiration of a statute of limitation. Accordingly, our effective tax rate could fluctuate materially from quarter to quarter.

In our first quarter of fiscal 2006, we will adopt FAS 123R and expense the grant date fair value of stock options. In connection with the expensing of the grant date fair value of stock options, we will set up deferred taxes on the option expense associated with nonqualified stock options, but will account for the option expense associated with incentive stock options and our employee stock purchase plan as a permanent taxable difference, recording tax benefit only in the event of a future period disqualifying disposition. Adoption of FAS 123R will have a significant negative impact on our ability to reasonably estimate our future quarterly and annual effective tax rates.

15

**Results of Operations**

*Three months ended March 31, 2005 compared with the three months ended March 31, 2004*

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2005** | **2004** |
| Net revenue | 100.0% | 100.0% |
| Cost of revenue | 53.8% | 57.5% |
| Gross margin | 46.2% | 42.5% |
| | | |
| Operating expenses: | | |
| Research and development | 10.9% | 16.4% |
| Selling, general, and administrative | 8.7% | 10.1% |
| Amortization of deferred stock compensation | 0.1% | 0.4% |
| Total operating expenses | 19.7% | 26.9% |
| | | |
| Income from operations | 26.5% | 15.6% |
| Interest income | 2.0% | 0.7% |
| Interest expense | -0.9% | -0.1% |
| Income before provision for income taxes | 27.6% | 16.2% |
| Provision for income taxes | 7.0% | 6.0% |
| Net income | 20.6% | 10.2% |

   *Net Revenue.* Net revenue was $56.7 million for the three months ended March 31, 2005 compared with $34.3 million for the three months ended March 31, 2004, an increase of 65%. The increase in net revenue was primarily attributable to a 79% increase in unit shipments in the March 2005 quarter compared with the March 2004 quarter. The impact of the increase in unit shipments was partially offset by a reduction in overall average selling prices, resulting from a change in product mix and general competitive pricing pressure. Revenue from our dual pointing applications was approximately 15% of total revenue for the three months ended March 31, 2005 compared with approximately 30% for the three months ended March 31, 2004. Our non-PC revenue grew to 48% of total revenue for the three months ended March 31, 2005 from 19% of total revenue for the three months ended March 31, 2004, primarily driven by increased demand for HDD portable digital music players utilizing our capacitive interface solutions.

   *Gross Margin.* Gross margin as a percentage of revenue was 46.2% for the three months ended March 31, 2005 compared with 42.5% for the three months ended March 31, 2004. The improvement in gross margin as a percentage of revenue primarily reflected the benefit of a favorable product mix, improved manufacturing yields, and lower manufacturing costs, which were driven by the combination of our continuing design and process improvement programs and lower materials, assembly, and test costs, partially offset by lower average selling prices resulting from general competitive pricing pressure.

   *Research and Development Expenses.* Research and development expenses decreased as a percentage of revenue to 10.9% from 16.4%, while spending on research and development activities increased 9.7% to $6.2 million for the three months ended March 31, 2005 compared with $5.6 million for the three months ended March 31, 2004. The increase in research and development expenses reflected higher employee compensation costs resulting from additional staffing, increased base compensation related to our annual performance review process, and higher incentive pay, and increased travel related costs, partially offset by reduced project spending.

   *Selling, General, and Administrative Expenses.* Selling, general, and administrative expenses decreased as a percentage of revenue to 8.7% from 10.1%, while spending on selling, general, and administrative activities increased 43.0% to $4.9 million for the three months ended March 31, 2005 compared with $3.5 million for the three months ended March 31, 2004. The increase in selling, general, and administrative expenses reflected higher employee compensation costs resulting from additional staffing, increased base compensation related to our annual performance review process, and higher incentive pay, increased corporate governance costs in connection with Sarbanes-Oxley Act compliance, higher commission costs, increased legal fees, and higher travel related costs.

16

*Amortization of Deferred Stock Compensation.* The three months ended March 31, 2005 included amortization expense for deferred stock compensation of $71,000 compared with $128,000 for the three months ended March 31, 2004. We expect to record amortization expense for deferred stock compensation of approximately $71,000 in the remaining three months of fiscal 2005. Upon the adoption of FAS 123R in the first quarter of fiscal 2006, we will no longer amortize deferred stock compensation, as FAS 123R will require us to expense stock options based on grant date fair value.

*Interest Income* . Interest income was $1.1 million for the three months ended March 31, 2005 compared with $246,000 for the three months ended March 31, 2004, resulting from a combination of substantially higher average invested cash balances and higher average interest rates. The increase in cash balances was primarily the result of the net cash proceeds received from the issuance of our convertible senior subordinated notes in December 2004.

*Interest Expense* . Interest expense was $483,000 for the three months ended March 31, 2005 compared with $33,000 for the three months ended March 31, 2004. The increase in interest expense resulted primarily from a combination of interest expense and amortization of debt issuance costs related to our convertible senior subordinated notes issued in December 2004.

*Provision for Income Taxes.* The provision for income taxes for the three months ended March 31, 2005 was $4.0 million compared with $2.1 million for the three months ended March 31, 2004, reflecting the combination of higher pre-tax profit levels partially offset by a lower effective tax rate. The income tax provision represented estimated federal, foreign, and state taxes for the three months ended March 31, 2005 and 2004. The effective tax rate for the three months ended March 31, 2005 was approximately 25.4% and diverged from the combined federal and state statutory rate primarily due to the tax impact of foreign operations, the release of tax contingency accruals associated with income tax issues settled during the quarter, the benefit of research and development tax credits, and tax exempt interest income, partially offset by other permanent taxable differences. The effective tax rate for the three months ended March 31, 2004 was approximately 37.2% and diverged from the combined federal and state statutory rate primarily due to the benefit of research and development tax credits, and tax exempt interest income, partially offset by other permanent taxable differences.

17

Table of Contents

*Nine months ended March 31, 2005 compared with the nine months ended March 31, 2004*

| | Nine Months Ended March 31, | |
|---|---|---|
| | **2005** | **2004** |
| Net revenue | 100.0% | 100.0% |
| Cost of revenue | 53.9% | 58.4% |
| Gross margin | 46.1% | 41.6% |
| | | |
| Operating expenses: | | |
| Research and development | 12.2% | 16.1% |
| Selling, general, and administrative | 8.7% | 10.0% |
| Amortization of deferred stock compensation | 0.1% | 0.4% |
| Restructuring | 0.0% | 0.5% |
| Total operating expenses | 21.0% | 27.0% |
| | | |
| Income from operations | 25.1% | 14.6% |
| Interest income | 1.2% | 0.7% |
| Interest expense | -0.4% | -0.1% |
| Income before provision for income taxes | 25.9% | 15.2% |
| Provision for income taxes | 8.8% | 5.8% |
| Net income | 17.1% | 9.4% |

*Net Revenue.* Net revenue was $151.3 million for the nine months ended March 31, 2005 compared with $98.1 million for the nine months ended March 31, 2004, an increase of 54%. The increase in net revenue was primarily attributable to a 63% increase in unit shipments for the nine months ended March 31, 2005 compared with the nine months ended March 31, 2004. The impact of the increase in unit shipments was partially offset by a reduction in overall average selling prices, resulting from a change in product mix and general competitive pricing pressure. Revenue from our dual pointing applications was approximately 15% of total revenue for the nine months ended March 31, 2005 compared with 27% for the nine months ended March 31, 2004. Our non-PC revenue grew to approximately 42% of total revenue for the nine months ended March 31, 2005 from 15% of total revenue for the nine months ended March 31, 2004, primarily driven by increased demand for HDD portable digital music players utilizing our capacitive interface solutions.

*Gross Margin.* Gross margin as a percentage of revenue was 46.1% for the nine months ended March 31, 2005 compared with 41.6% for the nine months ended March 31, 2004. The improvement in gross margin as a percentage of revenue primarily reflected the benefit of a favorable product mix, improved manufacturing yields, and lower manufacturing costs, which were driven by the combination of our continuing design and process improvement programs and lower materials, assembly, and test costs, partially offset by lower average selling prices resulting from general competitive pricing pressure.

*Research and Development Expenses.* Research and development expenses decreased as a percentage of revenue to 12.2% from 16.1%, while spending on research and development activities increased 16.5% to $18.4 million for the nine months ended March 31, 2005 compared with $15.8 million for the nine months ended March 31, 2004. The increase in research and development expenses reflected higher employee compensation costs resulting from additional staffing, increased base compensation related to our annual performance review process, and higher incentive pay, increased project costs, higher travel costs, and increased travel related costs, partially offset by lower outside services costs.

*Selling, General, and Administrative Expenses.* Selling, general, and administrative expenses decreased as a percentage of revenue to 8.7% from 10.0%, while spending on selling, general, and administrative activities increased 33.3% to $13.1 million for the nine months ended March 31, 2005 compared with $9.8 million for the nine months ended March 31, 2004. The increase in selling, general, and administrative expenses reflected higher employee compensation costs resulting from additional staffing, increased base compensation related to our annual performance review process, and higher incentive pay, increased corporate governance costs in connection with Sarbanes-Oxley Act compliance, increased legal fees, and higher travel related costs.

*Amortization of Deferred Stock Compensation.* The nine months ended March 31, 2005 included amortization expense for deferred stock compensation of $258,000 compared with $397,000 for the nine months ended March 31, 2004. We expect to record amortization expense for deferred stock compensation of approximately $71,000 in the remaining three months of fiscal 2005. Upon the adoption of FAS 123R in the first quarter of fiscal 2006, we will no longer amortize deferred stock compensation, as FAS 123R will require us to expense stock options based on grant date fair value.

*Restructuring.* In June 2003, we completed the acquisition of NSM. In connection with the acquisition of NSM, we identified duplicate operational positions at our San Jose and Taiwan locations, resulting in a $432,000 restructuring charge in the first quarter of fiscal 2004, consisting primarily of severance costs for terminated employees.

*Interest Income* . Interest income was $1.8 million for the nine months ended March 31, 2005 compared with $701,000 for the nine months ended March 31, 2004, resulting from a combination of substantially higher average invested cash balances and higher average interest rates. The increase in cash balances was primarily the result of the net cash proceeds received from the issuance of our convertible senior subordinated notes in December 2004.

*Interest Expense* . Interest expense was $660,000 for the nine months ended March 31, 2005 compared with $101,000 for the nine months ended March 31, 2004. The increase in interest expense resulted primarily from a combination of interest expense and amortization of debt issuance costs related to our convertible senior subordinated notes issued in December 2004.

*Provision for Income Taxes.* The provision for income taxes for the nine months ended March 31, 2005 was $13.3 million compared with $5.7 million for the nine months ended March 31, 2004, reflecting the combination of higher pre-tax profit levels partially offset by a lower effective tax rate. The income tax provision represented estimated federal, foreign, and state taxes for the nine months ended March 31, 2005 and 2004. The effective tax rate for the nine months ended March 31, 2005 was approximately 33.9% and diverged from the combined federal and state statutory rate primarily due to the tax impact of foreign operations, the release of tax contingency accruals associated with income tax issues settled during the quarter, the benefit of research and development tax credits, and tax exempt interest income, partially offset by other permanent taxable differences. The effective tax rate for the nine months ended March 31, 2004 was approximately 38.0% and diverged from the combined federal and state statutory rate primarily due to the benefit of research and development tax credits, and tax exempt interest income, partially offset by other permanent taxable differences.

## Liquidity and Capital Resources

Our cash, cash equivalents, and short-term investments were $232.6 million as of March 31, 2005 compared with $96.3 million as of June 30, 2004, an increase of $136.3 million. The increase in cash is primarily attributable to our issuing $125.0 million of convertible senior subordinated notes in December 2004, from which we received net proceeds of approximately $120.7 million after debt issuance costs of approximately $4.3 million and our strong operating performance.

*Cash Flows from Operating Activities.* During the nine months ended March 31, 2005, operating activities generated cash of approximately $18.7 million compared with $10.2 million of cash generated during the nine months ended March 31, 2004. For the nine months ended March 31, 2005, the net cash provided by operating activities was primarily attributable to net income of $25.8 million, plus tax benefit from stock options totaling $8.9 million, and adjustments for non-cash charges for depreciation, amortization of deferred stock compensation, and amortization of debt issuance costs totaling $1.3 million, partially offset by a net change in operating assets and liabilities of $17.3 million. The net change in operating assets and liabilities related primarily to a $10.6 million increase in accounts receivable and a $10.3 million increase in other assets consisting mainly of non-current prepaid taxes, partially offset by higher income taxes payable, all of which reflect our higher operating levels. For the nine months ended March 31, 2004, net cash provided by operating activities was primarily attributable to net income of $9.3 million, adjusted for non-cash charges for depreciation and amortization of deferred stock compensation totaling $1.2 million, partially offset by changes in operating assets and liabilities of $238,000.

*Cash Flows from Investing Activities.* Our investing activities typically relate to purchases of government-backed securities and investment-grade fixed income instruments and purchases of property and equipment. Investing activities during the nine months ended March 31, 2005 used net cash of $81.1 million compared with net cash used of $616,000 during the nine months ended March 31, 2004. During the nine months ended March 31, 2005, net cash used

19

in investing activities consisted of purchases of $146.8 million of short-term investments and $11.3 million of property and equipment, which included $8.5 million for the purchase of a building, partially offset by $77 million in proceeds from sales and maturities of short-term investments. Cash used by investing activities during the nine months ended March 31, 2004 consisted of cash used for purchases of short-term investments of $17.3 million and $828,000 of capital equipment, partially offset by proceeds from sales and maturities of short-term investments of $17.5 million.

*Cash Flows from Financing Activities.* Our financing activities for the nine months ended March 31, 2005 primarily related to proceeds from the issuance of $125.0 million of convertible senior subordinated notes and $8.2 million in proceeds from common stock issued under our stock option plans and employee stock purchase plan, partially offset by $4.3 million of debt issuance costs. Our financing activities for the nine months ended March 31, 2004 primarily related to proceeds from common stock issued under our stock option plans and employee stock purchase plan of $4.4 million, less payments made on capital lease and equipment financing obligations. Net cash provided by financing activities for the nine months ended March 31, 2005 was $128.9 million compared with $4.2 million for the nine months ended March 31, 2004.

*Building Purchase and Reconfiguration.* During January 2005, we completed the purchase of a 70,000 square foot building located in Santa Clara, California. We used $8.5 million of cash for the purchase price and anticipate moving our current San Jose operations into the new facility no later than July 2005. We are currently reconfiguring the building to support our operations and have used cash of approximately $1.1 million, of an estimated $4.5 million total capital outlay, required to complete those efforts. We do not anticipate incurring material exit costs in connection with exiting our current San Jose lease agreement, which expires May 31, 2005, but will pay rent on a month-to-month basis through our exit date.

*Bank Credit Facility.* We currently maintain a $15 million working capital line of credit with Silicon Valley Bank. The Silicon Valley Bank revolving line of credit, which expires on November 27, 2005, has an interest rate equal to Silicon Valley Bank's prime lending rate and provides for a security interest in substantially all of our assets. We had not borrowed any amounts under the line of credit as of March 31, 2005.

*Convertible Senior Subordinated Notes.* On December 7, 2004 and December 17, 2004, we issued an aggregate of $125.0 million through the issuance of convertible senior subordinated notes maturing December 1, 2024 (the "Notes") in a private offering pursuant to Rule 144A under the Securities Act of 1933, as amended. In connection with issuing the Notes, we incurred debt issuance costs of $4.3 million, consisting primarily of the initial purchasers' discount and costs related to legal, accounting, and printing, which will be amortized over five years using the straight-line method. We expect to use the net proceeds for working capital and general corporate purposes and potentially for future acquisitions.

The Notes bear interest at a rate of 0.75% per annum payable on December 1 and June 1 of each year, beginning June 1, 2005. However, we will pay additional contingent interest on the Notes if the average trading price of the Notes is at or above 120% of the principal amount of the Notes for a specified period beginning with the six-month period commencing December 1, 2009. The amount of contingent interest payable on the Notes with respect to a six-month period, for which contingent interest applies, will equal 0.375% per annum of the average trading price of the Notes for a specified five trading day period preceding such six-month period. We are also obligated to file and maintain a shelf registration statement with the Securities and Exchange Commission covering resales by the holders of the Notes and the common stock issuable upon conversion of the Notes. In the event of a registration default, we will be obligated to pay additional interest of up to 0.5% per annum until such registration default is cured. On January 27, 2005, we filed a Registration Statement for these securities on Form S-3 (the "Registration Statement") with the Securities and Exchange Commission (the "SEC") and subsequently, on March 31, 2005, we filed Amendment No. 1 to the Registration Statement in response to the SEC's comments on the Registration Statement. On April 20, 2005, we received a second comment letter from the SEC and anticipate filing Amendment No. 2 to the Registration Statement in early May. If the Registration Statement is not declared effective by June 5, 2005, then we will be obligated to pay additional interest in connection with a registration default.

The Notes are convertible into shares of our common stock, initially at a conversion rate of 19.7918 shares per $1,000 principal amount of Notes, or a total of 2,473,975 shares of common stock, which is equivalent to an initial conversion price of approximately $50.53 per share of common stock (subject to adjustment in certain events). The denominator of the diluted net income per share calculation includes the weighted average effect of the 2,473,975 shares of common stock issuable upon conversion of the Notes. Through November 30, 2009, upon the occurrence of a fundamental change as defined in the indenture governing the Notes, we could potentially be obligated to issue up to 27.7085 shares per $1,000 of principal amount of Notes, or a total of 3,463,562 shares of common stock, which is

20

Table of Contents

equivalent to a conversion price of $36.09 per share of common stock. The additional 989,587 shares, contingently issuable upon a fundamental change, are not included in the calculation of diluted net income per share.

The Notes may be converted (1) if, during any calendar quarter commencing after December 31, 2004, the last reported sale price of our common stock for at least 20 trading days in the period of 30 consecutive trading days ending on the last trading day of the preceding calendar quarter is greater than or equal to 120% of the applicable conversion price on such last trading day; (2) on or after January 1, 2020; (3) if we have called the Notes for redemption; or (4) during prescribed periods, upon the occurrence of specified corporate transactions or fundamental changes. On or after December 1, 2009, we may redeem for cash all or a portion of the notes at a redemption price of 100% of the principal amount of the notes plus accrued and unpaid interest (including contingent interest and additional interest, if any). Noteholders have the right to require us to repurchase all or a portion of their notes for cash on December 1, 2009, December 1, 2014, and December 1, 2019 at a price equal to 100% of the principal amount of the notes to be purchased plus accrued and unpaid interest (including contingent interest and additional interest, if any). Upon conversion of the Notes, in lieu of delivering common stock, we may, at our discretion, deliver cash or a combination of cash and common stock.

The Notes are unsecured senior subordinated obligations and rank junior in right of payment to all of our existing and future senior indebtedness, equal in right of payment with all of our existing and future indebtedness or other obligations that are not, by their terms, either senior or subordinated to the Notes, including trade debt and other general unsecured obligations that do not constitute senior or subordinated indebtedness, and senior in right of payment to all of our future indebtedness that, by its terms, is subordinated to the Notes. There are no financial covenants in the Notes.

*Note Payable to a Related Party.* The long-term note payable of $1.5 million to National Semiconductor Corporation ("National") represents limited-recourse debt that is secured solely by a portion of our stockholdings in Foveon, Inc. ("Foveon"), in which National is also an investor. We do not anticipate making any payments under the limited-recourse loan with National, either prior to or at maturity, unless Foveon is participating in a liquidity event, such as an initial public offering of its equity securities or a merger, through which we would receive amounts in excess of our $1.5 million long-term note payable plus accrued interest expense.

*Shelf Registration.* We have registered an aggregate of $100.0 million of common stock and preferred stock for issuance in connection with acquisitions, which shares generally will be freely tradeable after their issuance under Rule 145 of the Securities Act, unless held by an affiliate of the acquired company, in which case such shares will be subject to the volume and manner of sale restrictions of Rule 144.

*Liquidity and Capital Resources — Outlook.* Our cash, cash equivalents, and short-term investments were $232.6 million as of March 31, 2005. We believe our existing cash, cash equivalents, and short-term investment balances and anticipated cash flows from operating activities will be sufficient to meet our working capital and other cash requirements over the course of the next 12 months. Our future capital requirements will depend on many factors, including our rate of revenue growth, the timing and extent of spending to support product development efforts, costs related to protecting our intellectual property, the expansion of sales and marketing activities, the timing of introductions of new products and enhancements to existing products, the costs to ensure access to adequate manufacturing capacity, the continuing market acceptance of our product solutions, our common stock repurchase program, and the amount and timing of our investments in, or acquisitions of, other technologies or companies. We cannot assure you that further equity or debt financing will be available to us on acceptable terms or at all. If sufficient funds are not available or are not available on acceptable terms, our ability to take advantage of unexpected business opportunities or to respond to competitive pressures could be limited or severely constrained.

21

**Contractual Obligations and Commercial Commitments**

The following table sets forth a summary of our material contractual obligations and commercial commitments as of March 31, 2005 (in millions):

| Contractual Obligations | Total | Less than 1 year | 1-3 Years | 3-5 Years | More than 5 Years |
|---|---|---|---|---|---|
| Convertible debt and interest | $ 144 | $ 1 | $ 2 | $ 2 | $ 139 |
| Note payable and interest | 2 | — | 2 | — | — |
| Building leases | 1 | 1 | — | — | — |
| Total | $ 147 | $ 2 | $ 4 | $ 2 | $ 139 |

Our convertible debt includes a provision allowing the noteholders to require us, at the noteholders' option, to repurchase their notes at a redemption price of 100% of the principal amount of the notes plus accrued and unpaid interest (including contingent interest and additional interest, if any) on December 1, 2009, December 1, 2014, and December 1, 2019 and in the event of a fundamental change as described in the indenture governing the notes. The early repayment of the notes is not reflected in the above schedule, but if all the noteholders elected to exercise their rights to require us to repurchase their notes on December 1, 2009, then our contractual obligations for the 3-5 years period would be increased by $125 million to a total of $127 million and our contractual obligations for amounts due in more than 5 years would be reduced by $139 million.

**Recent Accounting Pronouncements**

In June 2004, the Emerging Issues Task Force ("EITF") issued EITF No. 03-01 "The Meaning of Other-Than-Temporary Impairment and Its Application to Certain Investments" ("EITF 03-01"). EITF 03-01 provides guidance with respect to determining the meaning of other-than-temporary impairment and its application to debt and equity securities within the scope of Statement of Financial Accounting Standards No. 115, "Accounting for Certain Investments in Debt and Equity Securities", including investments accounted for under the cost method and new disclosure requirements for investments that are deemed to be temporarily impaired. We understand the Financial Accounting Standards Board is currently reconsidering disclosure, measurement, and recognition of other-than-temporary impairments of debt and equity securities under EITF 03-01. Until new guidance is issued, the disclosure requirements of EITF 03-01 were effective for our fiscal 2005 annual consolidated financial statements.

In November 2004, the Financial Accounting Standards Board issued Statement of Financial Accounting Standards No. 151, "Inventory Costs, an amendment of ARB No. 43, Chapter 4" ("FAS 151"). FAS 151 clarifies that abnormal inventory costs such as costs of idle facilities, excess freight and handling costs, and wasted materials (spoilage) are required to be recognized as current period costs. The provisions of FAS 151 are effective for our fiscal 2006. We are currently evaluating the provisions of FAS 151 and do not expect adoption to have a material impact on our financial position, results of operations, or cash flows.

In December 2004, the Financial Accounting Standards Board finalized Statement of Financial Accounting Standards No. 123R, "Share-Based Payment" ("FAS 123R"), amending FAS No. 123, effective beginning our first quarter of fiscal 2006. FAS 123R will require us to expense stock options based on grant date fair value in our financial statements. Further, the adoption of FAS 123R will require additional accounting related to the income tax effects and additional disclosure regarding the cash flow effects resulting from share-based payment arrangements. The effect of expensing stock options on our results of operations using a Black-Scholes option-pricing model is presented in our financial statements in Note 1 — Basis of Presentation-Stock-Based Incentive Compensation. We will adopt FAS 123R using the modified prospective method and the adoption thereof will have no effect on our cash flows, but is expected to have a material adverse impact on our financial position and results of operations.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

Market risk for our company has not changed significantly from the interest rate and foreign currency risks disclosed in Item 7A of our Annual Report on Form 10-K for the fiscal year ended June 30, 2004 with the exception of our convertible senior subordinated notes (the "Notes") issued in December 2004.

The Notes bear a coupon interest rate of 0.75% and mature in December 2024. The fair value of the Notes may increase or decrease for various reasons, including fluctuations in the market price of our common stock, fluctuations in market interest rates, and fluctuations in general economic conditions. The principal and carrying amount of the Notes at March 31, 2005 was $125 million and the fair value of the notes was approximately $105 million based on quoted market prices.

**ITEM 4. CONTROLS AND PROCEDURES**

As of the end of the period covered by this report, our Chief Executive Officer and Chief Financial Officer have reviewed and evaluated the effectiveness of our disclosure controls and procedures, which included inquiries made to certain other of our employees. Based on their evaluation, our Chief Executive Officer and Chief Financial Officer have each concluded that our disclosure controls and procedures are effective and sufficient to ensure that we record, process, summarize, and report information required to be disclosed by us in our periodic reports filed under the Securities Exchange Act within the time periods specified by the Securities and Exchange Commission's rules and forms.

During the fiscal quarter covered by this report, there have not been any changes in our internal control over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**PART II — OTHER INFORMATION**

**ITEM 6. EXHIBITS**

31.1    Certification of Chief Executive Officer pursuant to Rule 13a-14(a) and Rule 15d-14(a), promulgated under the Securities Exchange Act of 1934, as amended

31.2    Certification of Chief Financial Officer pursuant to Rule 13a-14(a) and Rule 15d-14(a), promulgated under the Securities Exchange Act of 1934, as amended

32.1    Certification of Chief Executive Officer, pursuant to 18 U.S.C Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

32.2    Certification of Chief Financial Officer, pursuant to 18 U.S.C Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

24

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  | **SYNAPTICS INCORPORATED** | |
|  | (Registrant) | |
| Date: May 3, 2005 | By: | /s/ Francis F. Lee |
|  | Name: | Francis F. Lee |
|  | Title: | President and Chief Executive Officer |
|  |  |  |
|  | By: | /s/ Russell J. Knittel |
|  | Name: | Russell J. Knittel |
|  | Title: | Senior Vice President, Chief Financial Officer and Chief Administrative Officer |

25

**Exhibit Index**

| Exhibit Number | Description |
| --- | --- |
| 31.1 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) and Rule 15d-14(a), promulgated under the Securities Exchange Act of 1934, as amended |
| 31.2 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) and Rule 15d-14(a), promulgated under the Securities Exchange Act of 1934, as amended |
| 32.1 | Certification of Chief Executive Officer, pursuant to 18 U.S.C Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 | Certification of Chief Financial Officer, pursuant to 18 U.S.C Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

26

EXHIBIT 31.1

**CERTIFICATION**

I, Francis F. Lee, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Synaptics Incorporated;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 3, 2005

/s/ Francis F. Lee
Francis F. Lee
Chief Executive Officer

EXHIBIT 31.2

## CERTIFICATION

I, Russell J. Knittel, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Synaptics Incorporated;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 3, 2005

/s/ Russell J. Knittel
Russell J. Knittel
Chief Financial Officer

EXHIBIT 32.1

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of Synaptics Incorporated (the "Company") for the quarterly period ended March 26, 2005 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Francis F. Lee, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1)   The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a) or 78o(d)); and

(2)   The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Francis F. Lee
_____
Francis F. Lee
Chief Executive Officer
May 3, 2005

EXHIBIT 32.2

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of Synaptics Incorporated (the "Company") for the quarterly period ended March 26, 2005 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Russell J. Knittel, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a) or 78o(d)); and

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Russell J. Knittel
Russell J. Knittel
Chief Financial Officer
May 3, 2005