KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 PVT<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:     June 24, 2008<br>Time:    2:00 p.m.<br>Dept:    Courtroom 5, 4th Floor<br>Magistrate Judge Patricia V. Trumbull |

    I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

    I further declare that on the date hereof, I served a copy of:

**CONFIDENTIAL REPLY BRIEF IN SUPPORT OF SYNAPTICS' MOTION FOR PRELIMINARY**

**CONFIDENTIAL EXHIBIT H TO THE DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

1     ☒  **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☒  **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

| | |
|---|---|
| Yitai Hu | _____ Fax |
| Sean P. DeBruine | _____ U.S. Mail |
| Akin Gump Strauss Hauer & Field LLP | _____ Overnight |
| 2 Palo Alto Square, Suite 400 | __X__ Personal |
| 3000 El Camino Real | _____ E-mail **(courtesy copy)** |
| Palo Alto, Ca 94306 | |
| Tele: (650) 838-2121 | |
| Fax: (650) 838-2001 | |
| Email: sdebruine@akingump.com | |
| yhu@akingump.com | |
| COUNSEL FOR PLAINTIFF ELANTECH DEVICES CORPORATION | |

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

2

| | |
|---|---|
| Karen H. Bromberg<br>Damir Cefo<br>Cohen & Gresser LLP<br>100 Park Avenue, 23rd Floor<br>New York, NY  10017<br>Tele:  (212) 957-7604<br>Fax: (212) 957-4514<br>Email: kbromberg@cohengresser.com<br>dcefo@cohengresser.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC. | _____ Fax<br>_____ U.S. Mail<br>__X__ Overnight<br>_____ Personal<br>_____ E-mail **(courtesy copy)** |
| Scott R. Raber<br>Kastner Banchero LLP<br>20 California Street, 7th Floor<br>San Francisco, CA  94111<br>Tele:  (415) 398-7000<br>Fax:  (415) 616-7000<br>Email: srr@kastnerbanchero.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC. | _____ Fax<br>_____ U.S. Mail<br>__X__ Overnight<br>_____ Personal<br>_____ E-mail **(courtesy copy)** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California on June 18, 2008.

| | |
|---|---|
| Sandra K. Devol<br>(typed) | s/Sandra K. Devol<br>(signature) |

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **CERTIFICATE OF SERVICE.**  In compliance with General Order 45, X.B., I hereby attest that Sandra K. Devol has concurred in this filing.

Dated:  June 18, 2008        MORRISON & FOERSTER LLP

By:    /s/Karl J. Kramer
       Karl J. Kramer
       Email:  KKramer@mofo.com

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

3