KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants. | Case No.   C06-01839 PVT<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 360** |
| AND RELATED COUNTERCLAIMS | |

1    Synaptics, Inc. ("Synaptics") hereby moves to remove the following document from ECF, submitted electronically on June 18, 2008 as Docket No. 360 in Case No. C06-01839:

   1. Confidential Reply Brief in Support of Motion for Preliminary Injunction (Public Version).

   This document was incorrectly filed. It contains redacted confidential information and should have properly been filed under seal. The ECF helpdesk has already been contacted and they have promptly locked the document in question and are awaiting the Court's order to remove it from the record.

   Synaptics submitted a corrected version of this document under seal and lodged a copy with the clerk's office on June 19, 2008.

   For the foregoing reasons, Synaptics respectfully requests that the Court grant Synaptics' Motion to Remove Incorrectly Filed Document: Docket No. 360.

Dated: June 19, 2008

KARL J. KRAMER
ERIKA L. YAWGER
LAURA R. MASON
MORRISON & FOERSTER LLP

By: s/Karl J. Kramer
    Karl J. Kramer
    Email: KKramer@mofo.com

Attorneys for Defendant and
Counterclaimant SYNAPTICS, INC.

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 360
CASE NO. C06-01839-PVT
pa-1263549

2

| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | LAURA R. MASON (CA SBN 252251) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 4 | Telephone: 650-813-5600 |
| | Facsimile: 650-494-0792 |
| 5 | KKramer@mofo.com |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | | Case No.   C06-01839 PVT |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 360** |
| | v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | | |
| | Defendants. | |
| AND RELATED COUNTERCLAIMS | | |

1    As set forth in Synaptics Inc. ("Synaptics")'s Motion to Remove Incorrectly Filed
2  Document: Docket No. 360, Synaptics inadvertently filed and lodged the document entered as
3  Docket No. 360 in Case No. C06-01839:
4    1.    Confidential Reply Brief in Support of Motion for Preliminary Injunction (Public
5  Version).
6    Having considered Synaptics' Motion to Remove Incorrectly Filed Document: Docket No.
7  360, and for good cause appearing therefore,
8    IT IS HEREBY ORDERED that the entry for Docket No. 360 is to be removed from the
9  record.

10

11  Dated: _____

12

13                                                    _____
                                                      PATRICIA V. TRUMBULL
14                                                    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 360
CASE NO. C06-01839-PVT
pa-1263549

2