UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., et al.,<br><br>    Defendants. | Case No.: C 06-1839 PVT<br><br>**INTERIM ORDER RE DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

On June 18, 2008, Defendant Synaptics, Inc. ("Synaptics") filed a Miscellaneous Administrative Request to File Documents Under Seal. Based on the request submitted and the file herein,

IT IS HEREBY ORDERED that, no later than June 24, 2008, Synaptics shall provide to non-party ASUS Computer International ("ASUS") copies of both this order and the materials Synaptics seeks to file under seal. Promptly thereafter, Synaptics shall file a declaration certifying that it has done so.

IT IS FURTHER ORDERED that, no later than June 30, 2009, ASUS shall file a declaration pursuant to this court's Civil Local Rule 79-5(d). The declaration shall specifically address the information in the reply brief at page 4, lines 9 through 11, as well as Exhibit H to the Declaration of Erika L. Yawger in Support of Motion for Preliminary Injunction.

Dated: *6/20/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*