Yitai Hu (SBN 248085)(yhu@akingump.com)
Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
Ming-Tao Yang (SBN 221295) (myang@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152)(cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC. and AVERATEC, INC., <br><br> Defendants. | Case No. 3:06-CV-01839 PVT <br><br> [PROPOSED] ORDER GRANTING **ELANTECH DEVICES CORP.'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM AND ORDER RE: SYNAPTICS'S PARTIAL SUMMARY JUDGMENT MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES** |

1 | The Court has received Plaintiff Elantech Devices Corp.'s Notice of Motion and Motion for
2 | Leave to file a Motion for Reconsideration of the Court's Memorandum and Order Re: Synaptics'
3 | Partial Summary Judgment Motions; Memorandum of Points and Authorities, filed June 23, 2008.
4 | Good cause appearing, the motion is GRANTED.
5 | IT IS SO ORDERED.

Dated: June____, 2008

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING ELANTECH'S ADMINISTRATIVE MOTION            CASE NO. 06-CV-01839 CRB
TO FILE ITS REPLY BRIEF IN RESPONSE TO MARCH 6, 2008 ORDER UNDER SEAL