UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/24/08

Court Reporter: Jana Ridenour          Clerk: C. Lew

Case No:C 06-01839 PVT          Case Title: Elantech Devices Corp. v. Synaptics, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Sean DeBruine | Karl Kramer<br>Erika Yawger<br>Luis Garcia |

PROCEEDINGS

Pretrial Conferences:     [ ] Initial          [ ] Status          [ ] Discovery

[ ] Settlement          [ ] Final          **[X] Case Management Conference**

[ ] Other          **[X] Motion Hearing**

| Pltf. | Deft. | MOTIONS | |
|---|---|---|---|
| [ ] | **[X]** | 1. **Defendant's Motion for Preliminary Injunction**. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

DISPOSITION

                              Motion
[ ] Granted          **[X] Submitted**          [ ] Settled

[ ] Denied          [ ] Briefs to be filed          [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

**[ X ]** The court adopted the parties proposed joint case management conference statement.

ORDER TO BE PREPARED BY

[ ] Plaintiff          [ ] Defendant          **[ X ] Court**          [ ] Court w/opinion