1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
|---|---|
| Plaintiff, | **DECLARATION OF ERIKA L. YAWGER IN RESPONSE TO JUNE 20, 2008 INTERIM ORDER RE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date:   June 24, 2008<br>Time:   2:00 p.m.<br>Dept:   Courtroom 5, 4th Floor<br>Magistrate Judge Patricia V. Trumbull |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

YAWGER DECL. IN RESPONSE TO JUNE 20, 2008 INTERIM ORDER
CASE NO. C06-01839-PVT

pa-1263982

1. I am a member of the bar of the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. On June 20, 2008, this Court issued an Interim Order Re Defendant Synaptics' Miscellaneous Request to File Documents Under Seal ("Interim Order") in which it ordered Synaptics to provide nonparty ASUS Computer International ("ASUS") copies of its Interim Order and the materials Synaptics seeks to file under seal.

3. The same day, I contacted counsel for ASUS, Laura Lee Norris to discuss the Interim Order. Following our telephone conversation, I sent an e-mail to Ms. Norris which included a copy of the Court's Interim Order, Synaptics' administrative request to file documents under seal, and the materials that Synaptics asked to be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on June 25, 2008, in Palo Alto, California.

          s/Erika L. Yawger
            Erika L. Yawger
            Email: Eyawger@mofo.com

YAWGER DECL IN RESPONSE TO JUNE 20, 2008 INTERIM ORDER
CASE NO. C06-01839-PVT
pa-1263982

1