LAURA LEE NORRIS (SBN 195844) (laura@corporate-gc.com)
101 Church Street, Suite 17
Los Gatos, CA 95030
Telephone: 408/354-7100
Facsimile: 408/354-7122

Attorney for Third Party
Asus Computer International

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C-06-01839 PVT <br><br> **THIRD PARTY ASUS COMPUTER INTERNATIONAL'S DECLARATION PURSUANT TO CIVIL LOCAL RULE 79-5(d)** <br><br> Dept: Courtroom 5, 4th Floor <br> Magistrate Judge Patricia V. Trumbull |

I, JACKIE HSU, declare and state as follows:

1. I am a duly authorized officer and representative of ASUS COMPUTER INTERNATIONAL ("ACI"). Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I am informed and believe that Defendant Synaptics, Inc. has requested certain information produced by ACI be filed under seal in the above-captioned case. Specifically,

1. Defendant has sought to file under seal the information attached as Exhibit H to the Declaration of Erika L. Yawger in Support of Motion for Preliminary Injunction, and a sentence within the reply brief at page 4, lines 9 through 11, dealing with the number of notebooks sold by ACI within a certain time period (collectively referred to as the "ACI Information").

3. The ACI Information is considered confidential by ACI and has not been made public by ACI. ACI is careful to preserve the confidentiality of information relating to the specifics of its shipments of products and identity of its customers.

4. ACI considers the ACI Information to be of a proprietary business nature.

5. Public disclosure of the ACI Information could harm ACI's competitive position, and could cause harm to ACI's customers.

6. I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 30th day of June, 2008, in Fremont, California.

_____
Jackie Hsu, President of ACI

Third Party Asus Computer International's
Declaration Pursuant to Civil Local Rule 79-5(d)

2