UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>SYNAPTICS, INC., et al., 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants. 　　　　　　　　)<br>_____ ) | Case No.: C 06-1839 PVT<br><br>**FURTHER CASE MANAGEMENT<br>CONFERENCE ORDER** |

　　　　On June 24, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

　　　　IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement filed herein on June 17, 2008 (at docket no. 354).

　　　　IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

　　1.　　The limit set by Rule 30(d)(2) for the duration of a deposition to a single day of seven (7) hours, absent a court order or stipulation, shall be modified to permit Elantech and Synaptics each to take a total of 100 hours of deposition testimony, up to 35 hours of which may consist of testimony taken pursuant to Rule 30(b)(6). This limit on deposition testimony shall not apply to depositions of expert witnesses identified by each party pursuant to Rule 26(b).

     2.     The limit set by Rule 33 on the number of interrogatories that may be propounded shall be modified to permit a total of 45 interrogatories to be propounded by each party.

IT IS FURTHER ORDERED that the prior referral of discovery to Magistrate Judge Spero is deemed vacated as of the date this case was transferred to Magistrate Judge Trumbull.

IT IS FURTHER ORDERED that the parties are referred to the court's mediation program. The parties shall promptly contact the court's ADR department to make the appropriate arrangements. If the parties wish, they may by mutual agreement opt for private mediation. In either event, the mediation must be completed no later than September 26, 2008.

IT IS FURTHER ORDERED that, pursuant to the parties' agreement, the court hereby bifurcates discovery and trial on damages until after the trial on liability issues.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

**PHASE 1 – LIABILITY**

| | |
|---|---|
| Fact Discovery Cutoff. | 10/31/08 |
| Designation of Experts with Reports. | 11/21/08 |
| Designation of Rebuttal Experts with Reports. | 12/12/08 |
| Expert Discovery Cutoff. | 1/9/09 |
| Deadline(s) for Filing Discovery Motions. | *See* Civil Local Rule 26-2 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on 2/24/09 |
| Trial Setting Conference[2]. | 2:00 p.m. on 3/17/09 |

**PHASE 2 – DAMAGES**

| | |
|---|---|
| Further Case Management Conference. | 2:00 p.m. on 6/2/09 |

Dated: *6/26/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] In light of the fact a significant portion of this case is on appeal to the Federal Circuit, the court finds it appropriate to schedule a trial setting conference rather than setting a specific trial date at this time.