UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>SYNAPTICS, INC., et al.,<br><br>        Defendants. | Case No.: C 06-1839 PVT<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

On June 18, 2008, Defendant Synaptics, Inc. ("Synaptics") filed a Miscellaneous Administrative Request to File Documents Under Seal. This court issued an interim order requiring non-party ASUS Computer International ("ASUS"), as the designating party under the protective order herein, to file a declaration pursuant to this court's Civil Local Rule 79-5(d). ASUS has now done so. Based on the request, the declaration submitted by ASUS, and the file herein,

IT IS HEREBY ORDERED that Synaptics' request is GRANTED IN PART and DENIED IN PART. The request is GRANTED as to Exhibit H to the Declaration of Erika L. Yawger in Support of Motion for Preliminary Injunction ("Exhibit H"). The request is DENIED as to page 4, lines 9 through 11 of the reply brief.

The declaration submitted by ASUS, in light of the nature of the information disclosed on Exhibit H itself, is sufficient to show protection is warranted under Rule 26(c). However, the

1 declaration is not sufficient to show protection is warranted for the information disclosed at page 4,
2 lines 9 through 11 of the reply brief.  ASUS failed to specifically address that information as
3 required by this court's interim order.  The declaration submitted by ASUS states only that ASUS is
4 "careful to preserve the confidentiality of information relating to the specifics of its shipments of
5 products and identity of its customers."  The information in the reply brief discloses only that ASUS
6 sold "more than" a certain number of laptops within the first ten days after the new laptop was
7 released.  That information does not disclose any specific information about ASUS' shipments of
8 products or the identities of its customers.

9    IT IS FURTHER ORDERED that, no later than July 7, 2008, Synaptics shall provide a copy
10 of this order to ASUS.  Promptly thereafter, Synaptics shall file a declaration certifying that it has
11 done so.

12    IT IS FURTHER ORDERED that Synaptics shall electronically file an unredacted copy of
13 the reply brief five court days after providing a copy of this order on ASUS.  In the event ASUS files
14 a motion for leave to move for reconsideration under Civil Local Rule 7-9, this order will be stayed
15 pending resolution of that motion.

16 Dated: *7/1/08*

17
                              PATRICIA V. TRUMBULL
18                            United States Magistrate Judge