UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., et al.,<br><br>    Defendants. | Case No.: C 06-1839 PVT<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

On June 23, 2008, Plaintiff filed a Motion for Leave to File a Motion for Reconsideration. Defendant opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving and opposition papers,

IT IS HEREBY ORDERED that, no later than July 10, 2008, the parties shall file simultaneous briefs addressing what standard the court should apply, in addition to Civil Local Rule 7-9, in determining whether to reconsider a ruling or order issued by District Judge Breyer earlier in this case. *See Amarel v. Connell*, 102 F.3d 1494, 1515 (9th Cir. 1997) (original judge and judge to whom a case is reassigned both have discretion "to the same extent" to reconsider interlocutory rulings and orders issued by the original judge); and *Delta Savings Bank v. U.S.,* 265 F.3d 1017, 1027 (9th Cir. 2001) (discussing a stricter "law of the case" standard in the context of determining whether one trial judge's reconsideration of another trial judge's prior ruling in the same case was an abuse of discretion).

Dated: *July 1, 2008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*