1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| | |
|---|---|
| 12  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> 14         Plaintiff, <br><br> 15         v. <br><br> 16  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> 18         Defendants. | Case No.   C06-01839 PVT <br><br> **DECLARATION OF ERIKA L. YAWGER IN RESPONSE TO JULY 1, 2008 ORDER GRANTING IN PART AND DENYING IN PART SYNAPTICS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Date:    June 24, 2008 <br> Time:    2:00 p.m. <br> Dept:    Courtroom 5, 4th Floor <br> Magistrate Judge Patricia V. Trumbull |
| 21  AND RELATED COUNTERCLAIMS | |

YAWGER DECL. IN RESPONSE TO JULY 1, 2008 INTERIM ORDER
CASE NO. C06-01839-PVT
pa-1266513

1. I am a member of the bar of the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. On July 1, 2008, this Court issued an Order Granting in Part and Denying in Part Defendant Synaptics' Miscellaneous Administrative Request to File Documents Under Seal ("Interim Order") in which it ordered Synaptics to provide nonparty ASUS Computer International ("ASUS") with a copy of its Interim Order.

3. The same day, I sent an e-mail to counsel for ASUS, Laura Lee Norris, which included a copy of the Court's Interim Order.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on July 2, 2008 in Palo Alto, California.

                                                      s/Erika L. Yawger
                                                        Erika L. Yawger
                                                        Email: Eyawger@mofo.com