1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  ELANTECH DEVICES CORPORATION, a          Case No.    C06-01839 PVT
    corporation existing under the laws of Taiwan,
13  R.O.C.,                                  **DECLARATION OF ERIKA L.**
                                             **YAWGER IN SUPPORT OF**
14          Plaintiff,                        **SYNAPTICS, INC.'S MOTION TO**
                                             **COMPEL THE DEPOSITION OF**
15      v.                                    **I-HAU YEH**

16  SYNAPTICS, INC., a Delaware corporation;  Date:      August 12, 2008
    AVERATEC, INC., a California corporation; and  Time:   10:00 a.m.
17  PROSTAR COMPUTER, INC., a California     Judge:     Patricia V. Trumbull
    corporation,                             Location:  Courtroom 5, 4th Floor
18
            Defendants.
19

20  AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

1.    I am a member of the bar of the State of California, and I am admitted to practice before this Court.  I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.    On April 18, 2008, Synaptics noticed depositions of several Elantech employees, included Elantech's president, I-Hau ("I.H.") Yeh.  A true and correct copy of Synaptics' Notice of Deposition of I.H. Yeh is attached as Exhibit A.

3.    My letter accompanying the deposition notice stated Synaptics' willingness to schedule the deposition at a time convenient to Elantech.  A true and correct copy of that letter is attached as Exhibit B.

4.    After serving the deposition notice, I made repeated requests to Sean DeBruine, counsel for Elantech, to propose deposition dates that would be convenient to Elantech and Mr. Yeh.

5.    On May 13, 2008, I discussed the depositions with Mr. DeBruine.  He stated that he would speak with his client and propose dates in June for the depositions.  I confirmed this conversation by e-mail on May 14.  A true and correct copy of that e-mail is attached as Exhibit C.

6.    I spoke with Mr. DeBruine again on May 20, 2008.  He said that he had not yet received dates from Elantech, but assured me that he would speak with them that evening and propose dates in June the following day.

7.    We spoke again on May 21 and 22, but Mr. DeBruine did not have proposed dates.  I informed Mr. DeBruine at that time that if Synaptics did not have proposed dates by the following week, we would be forced to re-notice the depositions without Elantech's input.

8.    I left a voicemail message for Mr. DeBruine on May 28, 2008 in which I reiterated Synaptics' need for Elantech's proposed dates.  Finally, on May 29, I left another voicemail and sent a follow-up e-mail again stating that if we did not have Elantech's

1    proposed dates for the depositions before the end of the week, we would re-notice the

2    depositions without Elantech's input.  A true and correct copy of my follow-up e-mail is

3    attached as Exhibit D.

4         9.    After receiving no further response from Elantech, Synaptics re-noticed Mr.

5    Yeh's deposition on May 30, 2008.  True and correct copies of the re-notice and the letter

6    that accompanied it are attached as Exhibit E.

7         10.   On June 4, 2008, I received a letter from Mr. DeBruine stating Elantech's

8    refusal to produce Mr. Yeh for deposition.  A true and correct copy of that letter is attached

9    as Exhibit F.

10        11.   I responded to Mr. DeBruine's June 4, 2008 letter on June 5, 2008, and, after

11   receiving to response, followed up again on June 12, 2008.  True and correct copies of my

12   response and follow up letters are attached as Exhibit G.

13        12.   On June 25, 2008, lead counsel for Synaptics, Karl Kramer, and I met and

14   conferred in person with Mr. DeBruine.  We discussed outstanding discovery issues,

15   including the deposition of Mr. Yeh.  Mr. DeBruine restated Elantech's refusal to produce

16   Mr. Yeh, and we informed Mr. DeBruine that Synaptics would move to compel Mr. Yeh's

17   deposition.

18        13.   Upon information and belief, prior to this lawsuit, Mr. Yeh met with Synaptics

19   employees multiple times to discuss Synaptics' patent rights.

20        14.   Attached as Exhibit H are true and correct copies of letters from Donald E.

21   Kirby to Mr. Yeh dated December 18, 2003 and March 23, 2004.

22        15.   Attached as Exhibit I is a true and correct copy of a June 4, 2008 article from

23   the online magazine, Digitimes, http://www.digitimes.com/bits_chips/a20080604PD205.html

24   (last visited July 7, 2008), describing statements made by Mr. Yeh regarding this lawsuit.

25        16.   Upon information and belief, Mr. Yeh signed two of the assignment agreements

26   for U.S. Patent No. 5,825,352 ("the '352 Patent").  Attached as Exhibit J are true and correct

27   copies of the assignment agreements, produced by Elantech, that ultimately gave Elantech

28   rights to the '352 patent.

17.    Upon information and belief, Mr. Yeh's wife, Yueho "Olivia" Yu, owns a house in Saratoga, CA, that was previously owned and is still used by Mr. Yeh.  Attached as Exhibit K are true and correct copies of reports showing the property transfer from Mr. Yeh to his wife and verifying Ms. Yu's current ownership of the property.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.  Executed on July 8, 2008, in Palo Alto, California.

Erika L. Yawger

# EXHIBIT A

KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 CRB<br><br>**DEFENDANT SYNAPTICS, INC.'S NOTICE OF DEPOSITION OF I.H. YEH** |

**TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, commencing at 9:30 a.m. on May 23, 2008, at the offices of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304, defendant Synaptics, Inc. ("Synaptics") will take the deposition upon oral examination of I.H. Yeh.

The deposition will take place before an officer duly authorized to administer oaths, and will continue from day to day until completed, with such adjournments as to time and place as

1 | may be necessary. Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the

2 | deposition may be recorded by sound-and-visual as well as stenographic means.

3

4 | Dated:  April 18, 2008

KARL J. KRAMER
5 | ERIKA L. YAWGER
MORRISON & FOERSTER LLP

6

7 | By:   _____

8 | Erika L. Yawger
Email:  EYawger@mofo.com

9

10 | Attorneys for Defendant and
Counterclaimant SYNAPTICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause,

3   and I am over the age of eighteen years.

4       I further declare that on the date hereof, I served a copy of:

5   **DEFENDANT SYNAPTICS, INC.'S NOTICE OF DEPOSITION OF
I.H. YEH**

6

7   ☒   **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true
copy thereof enclosed in a sealed envelope with delivery fees provided for,
addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto,

8   California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary
business practices.

9

10  I am readily familiar with Morrison & Foerster LLP's practice for collection and
processing of correspondence for overnight delivery and know that in the ordinary
course of Morrison & Foerster LLP's business practice the document(s) described

11  above will be deposited in a box or other facility regularly maintained by UPS or
delivered to an authorized courier or driver authorized by UPS to receive documents

12  on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

13  ☒   **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true
copy thereof enclosed in a sealed envelope addressed as follows for collection and

14  delivery at Morrison & Foerster LLP, causing personal delivery of the document(s)
listed above to the person(s) at the address(es) set forth below.

15

16  I am readily familiar with Morrison & Foerster LLP's practice for the collection and
processing of documents for hand delivery and know that in the ordinary course of
Morrison & Foerster LLP's business practice the document(s) described above will be

17  taken from Morrison & Foerster LLP and hand delivered to the document's addressee
(or left with an employee or person in charge of the addressee's office) on the same

18  date that it is placed at Morrison & Foerster LLP for collection.

19

20  Yitai Hu                              _____ Fax
Sean P. DeBruine               _____ U.S. Mail

21  Akin Gump Strauss Hauer & Feld LLP   _____ Overnight
2 Palo Alto Square, Suite 400          __X__ Personal

22  3000 El Camino Real                 _____ E-mail **(courtesy copy)**
Palo Alto, Ca 94306

23  Tele: (650) 838-2121
Fax: (650) 838-2001

24  Email: sdebruine@akingump.com

25  yhu@akingump.com
COUNSEL FOR PLAINTIFF

26  ELANTECH DEVICES
CORPORATION

27

28

1
2
3
4
5
6
7

Karen H. Bromberg
Damir Cefo
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
Tele: (212) 957-7604
Fax: (212) 957-4514
Email: kbromberg@cohengresser.com
dcefo@cohengresser.com
COUNSEL FOR DEFENDANT
AVERATEC, INC.

_____ Fax
_____ U.S. Mail
___X___ Overnight
_____ Personal
_____ E-mail **(courtesy copy)**

8
9
10
11
12
13

Scott R. Raber
Kastner Banchero LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Tele: (415) 398-7000
Fax: (415) 616-7000
Email: srr@kastnerbanchero.com
COUNSEL FOR DEFENDANT
AVERATEC, INC.

_____ Fax
_____ U.S. Mail
___X___ Overnight
_____ Personal
_____ E-mail **(courtesy copy)**

14
15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16

Executed at Palo Alto, California on April 18, 2008.

17

_____Andrea M. Vickery_____          _____
(typed)                                              (signature)

18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 18, 2008

Writer's Direct Contact
650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, Ca 94306

Dear Sean:

Please find enclosed four Notices of Deposition pursuant to Fed. R. Civ. P. 30: a 30(b)(6) deposition of Elantech Devices Corp. on various topics, and notices of deposition for Elantech's employees I.H. Yeh, Jason Liu, and Draco Wu. These deposition notices include our proposed dates for these depositions, but we are happy to discuss these dates so that they are scheduled at a convenient time for both parties.

Also enclosed are the 13 subpoenas pursuant to Fed. R. Civ. P. 45 that are being served on the following third parties: Stephen Bisset, James Eakin, Jiawei Huang, Squire Sanders & Dempsey, Townsend & Townsend & Crew, ASI Computer Tech, Inc., ASUS Computer International, MSI Computer Corp., Overam Computing, ProStar, Quandra Solutions, Inc., Sager Midern Computer Inc., and Wearnes Tech Solutions. Note that Stephen Bisset and James Eakin have also been subpoenaed for depositions.

Please let me know if you have any questions.

Regards,

Erika L. Yawger

cc:  Karen H. Bromberg
     Scott R. Raber

pa-1249372

# EXHIBIT C

**From:**          Yawger, Erika L.
**Sent:**          Wednesday, May 14, 2008 9:53 AM
**To:**            DeBruine, Sean
**Subject:**       Elantech v. Synaptics

Sean,

In our telephone conference yesterday, we agreed to the following:

1) The depositions of Stephen Bisset and James Eakin are currently off-calendar.  Synaptics will notify Elantech if and when they are rescheduled.

2) Elantech will propose dates in June for rescheduling the depositions of I.H. Yeh, Draco Wu, and the 30(b)(6) deposition of Elantech.

3) Elantech will discuss the volume of documents in Squire Sanders' possession with Squire Sanders, and will confer with Synaptics concerning an appropriate deadline for completion of a privilege review and production of those documents.

4) Elantech will identify for Synaptics the document requests for which Elantech has responsive documents, and will confer with Synaptics concerning a time frame  for production of these documents.  Elantech will also supplement its response to Interrogatory No. 17.  We also discussed the fact that Elantech's responses to our document requests are long overdue, and Elantech has had almost a year to identify, review, and produce documents responsive to Synaptics' requests. If we are unable to quickly resolve this issue, we discussed the fact that Synaptics will be forced to renew its motion to compel with Judge Spero.

We agreed that we will meet and confer again on either the afternoon of Friday, May 16, or the morning of Monday, May 19 to discuss these issues further.

Thank you!
Erika

**Erika L. Yawger**
_____
Morrison & Foerster LLP | 755 Page Mill Road, Palo Alto, CA  94304
Direct: 650-813-4218 | Fax: 650-251-3804 | E-mail: EYawger@mofo.com

# EXHIBIT D

**From:**                  Yawger, Erika L.
**Sent:**                  Thursday, May 29, 2008 4:41 PM
**To:**                    DeBruine, Sean
**Subject:**             Elantech v. Synaptics

Sean,

Per my voicemail message, please let me know if you are available on either June 2, 3, or 4 for an in-person meeting to discuss outstanding discovery disputes.  We also still need dates of your client's availability in June for the noticed depositions of Elantech, I.H. Yeh, Jason Liu, and Draco Wu.  If we do not have proposed dates this week, we will simply re-notice the depositions.

Thank you,
Erika


**Erika L. Yawger**

---

Morrison & Foerster LLP | 755 Page Mill Road, Palo Alto, CA  94304
Direct: 650-813-4218 | Fax: 650-251-3804 | E-mail: EYawger@mofo.com

# EXHIBIT E

**MORRISON** | **FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 30, 2008

Writer's Direct Contact
650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, Ca  94306

Re:    Elantech v. Synaptics; Case No. C-06-CV-01839 CRB

Dear Sean:

Please find enclosed notices of deposition of Elantech and certain employees.  These
depositions, which were originally noticed on April 18, 2008, are now being re-noticed with
new dates.

As you know, on many occasions in the past six weeks, I asked you to propose deposition
dates that would be convenient to Elantech and its employees.  Specifically, when the
depositions were noticed on April 18, we stated that we would be happy to schedule them at
times convenient to Elantech.  On May 13, we discussed the depositions, and you stated that
you would speak with your client and propose dates in June for the depositions.  I confirmed
this conversation by e-mail on May 14.  When we spoke on May 20, you said that you had
not yet received dates from your client, but that you would speak with them that evening and
propose dates in June the following day.  We spoke again on May 21 and 22, and you did not
provide proposed dates for these depositions.  I informed you at that time that if we did not
have proposed dates by the following week, we would be forced to simply re-notice the
depositions without Elantech's input.  I left a voicemail message for you on May 28 in which
I reiterated our need for Elantech's proposed dates.  Finally, on May 29, I left another
voicemail and sent a follow-up e-mail again stating that if we did not have Elantech's
proposed dates for deposition before the end of the week, we would re-notice the depositions
without Elantech's input.

**MORRISON** | **FOERSTER**

Sean P. DeBruine
May 30, 2008
Page Two

It has now been six weeks since Synaptics originally noticed these depositions. Elantech has had ample time and opportunity to provide convenient dates and times for these depositions, but has chosen not to do so. Proceeding with discovery is important and cannot be further delayed.

Sincerely,

Erika L. Yawger

cc: Damir Cefo
    Scott Raber

pa-1259196

1    KARL J. KRAMER (CA SBN 136433)
     ERIKA L. YAWGER (CA SBN 234919)
2    LAURA MASON (CA SBN 252251)
     MORRISON & FOERSTER LLP
3    755 Page Mill Road
     Palo Alto, California 94304-1018
4    Telephone: 650-813-5600
     Facsimile: 650-494-0792
5    KKramer@mofo.com

6
     Attorneys for Defendant and Counterclaimant
7    SYNAPTICS, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   ELANTECH DEVICES CORPORATION, a          Case No.   C06-01839 CRB
     corporation existing under the laws of Taiwan,
13   R.O.C.,                                   **DEFENDANT SYNAPTICS,
                                               INC.'S NOTICE OF DEPOSITION
14              Plaintiff,                     OF I.H. YEH**

15        v.

16   SYNAPTICS, INC., a Delaware corporation;
     AVERATEC, INC., a California corporation; and
17   PROSTAR COMPUTER, INC., a California
     corporation,
18
                Defendants.
19

20   AND RELATED COUNTERCLAIMS

21

22   **TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:**

23        PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

24   Procedure, commencing at 9:30 a.m. on June 30, 2008, at the offices of Morrison & Foerster

25   LLP, 755 Page Mill Road, Palo Alto, California 94304, defendant Synaptics, Inc. ("Synaptics")

26   will take the deposition upon oral examination of I.H. Yeh.

27        The deposition will take place before an officer duly authorized to administer oaths, and

28   will continue from day to day until completed, with such adjournments as to time and place as

SYNAPTICS' NOTICE OF DEPOSITION
CASE NO. C06-01839-CRB                                                           1
pa-1258801

1    may be necessary.  Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the

2    deposition may be recorded by sound-and-visual as well as stenographic means.

3

4    Dated:   May 30, 2008                          KARL J. KRAMER
                                                     ERIKA L. YAWGER
5                                                    LAURA MASON
                                                     MORRISON & FOERSTER LLP
6

7                                          By:    _____
8                                                 Erika L. Yawger
                                                  Email:  EYawger@mofo.com
9
                                                  Attorneys for Defendant and
10                                                Counterclaimant SYNAPTICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause,

3   and I am over the age of eighteen years.

4       I further declare that on the date hereof, I served a copy of:

5   **DEFENDANT SYNAPTICS, INC.'S NOTICE OF DEPOSITION OF
I.H. YEH**

6

7   ☒    **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true
copy thereof enclosed in a sealed envelope with delivery fees provided for,
addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto,

8       California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary
business practices.

9

10      I am readily familiar with Morrison & Foerster LLP's practice for collection and
processing of correspondence for overnight delivery and know that in the ordinary
course of Morrison & Foerster LLP's business practice the document(s) described

11      above will be deposited in a box or other facility regularly maintained by UPS or
delivered to an authorized courier or driver authorized by UPS to receive documents

12      on the same date that it is (they are) placed at Morrison & Foerster LLP for collection.

13  ☐    **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true
copy thereof enclosed in a sealed envelope addressed as follows for collection and

14      delivery at Morrison & Foerster LLP, causing personal delivery of the document(s)
listed above to the person(s) at the address(es) set forth below.

15

16      I am readily familiar with Morrison & Foerster LLP's practice for the collection and
processing of documents for hand delivery and know that in the ordinary course of
Morrison & Foerster LLP's business practice the document(s) described above will be

17      taken from Morrison & Foerster LLP and hand delivered to the document's addressee
(or left with an employee or person in charge of the addressee's office) on the same

18      date that it is placed at Morrison & Foerster LLP for collection.

19

20  Yitai Hu              _____ Fax
Sean P. DeBruine       _____ U.S. Mail

21  Akin Gump Strauss Hauer & Feld LLP   __X__ Overnight
2 Palo Alto Square, Suite 400     _____ Personal

22  3000 El Camino Real         _____ E-mail **(courtesy copy)**
Palo Alto, Ca 94306

23  Tele: (650) 838-2121
Fax: (650) 838-2001

24  Email: sdebruine@akingump.com

25  yhu@akingump.com
COUNSEL FOR PLAINTIFF

26  ELANTECH DEVICES
CORPORATION

27

28

1

2

3

4

5

6

7

| | |
|---|---|
| Karen H. Bromberg | _____ Fax |
| Damir Cefo | _____ U.S. Mail |
| Cohen & Gresser LLP | __X__ Overnight |
| 100 Park Avenue, 23rd Floor | _____ Personal |
| New York, NY 10017 | _____ E-mail **(courtesy copy)** |
| Tele: (212) 957-7604 | |
| Fax: (212) 957-4514 | |
| Email: kbromberg@cohengresser.com | |
| dcefo@cohengresser.com | |
| COUNSEL FOR DEFENDANT | |
| AVERATEC, INC. | |

8

9

10

11

12

13

| | |
|---|---|
| Scott R. Raber | _____ Fax |
| Kastner Banchero LLP | _____ U.S. Mail |
| 20 California Street, 7th Floor | __X__ Overnight |
| San Francisco, CA 94111 | _____ Personal |
| Tele: (415) 398-7000 | _____ E-mail **(courtesy copy)** |
| Fax: (415) 616-7000 | |
| Email: srr@kastnerbanchero.com | |
| COUNSEL FOR DEFENDANT | |
| AVERATEC, INC. | |

14    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

15

16    Executed at Palo Alto, California on May 30, 2008.

17    _____          _____
            Andrea M. Vickery                                    *Andrea M. Vickery*
                  (typed)                                              (signature)

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT F

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

_____ Attorneys at Law

**SEAN DeBRUINE**
650.838.2121/fax: 650.838.2001
sdebruine@akingump.com

June 4, 2008

*Via Electronic Mail*

Erika L. Yawger, Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

     Re:   *Elantech Devices Corp. v. Synaptics Inc. et al.*; Case No. 3:06-CV-01839 CRB

Dear Ms. Yawger:

     I am responding to your letter of May 30, 2008 and the deposition notices served with it. With regard to Kelvin Jian and Jason Liu, we propose to make them available in Hsinchu, Taiwan, during the last two weeks of June, the same time period you proposed. We expect to designate another witness, Roven Li, as well as Kelvin Jian, as Elan's witnesses for some of your 30(b)(6) topics. We will see if Draco Wu is available on July 14 or propose another date for him to be deposed in July. These three witnesses are expected to testify about the conception, design, development, structure and function of Elantech's accused devices and associated firmware. As such, they are defense witnesses with respect to Synaptics' claims brought against Elantech and their depositions should be taken where they reside and work, which is Taiwan. If you disagree, we should raise this immediately with the Court. All of Elantech's witnesses will testify in Mandarin Chinese and require an interpreter.

     With respect to your notice of Elan's Chairman, I.H. Yeh, we object to this notice. Mr. Yeh is the Chairman of Elantech's parent company, Elan Microelectronics Corporation, as well as the Chairman of Elantech. He has not directly involved in the day-to-day operations of Elantech, nor is he familiar with the details of the structure of the accused products or the marketing or sale of those products. His testimony is not calculated to lead to the discovery of admissible evidence, and it would be burdensome for him to be deposed even in Taiwan, let alone to travel to the United States for a deposition. We are willing to revisit this issue after the other depositions have been taken, if it appears that Mr. Yeh has particular knowledge relevant to the case not available through less intrusive discovery. Please let me know if you will agree to withdraw this notice. Otherwise we will ask the Court for protection.

A K I N   G U M P
S T R A U S S   H A U E R   &   F E L D LLP

_____ Attorneys at Law

Erika L. Yawger, Esq.
June 4, 2008
Page 2


     We look forward to working with you to schedule these depositions expeditiously for dates convenient for both the witnesses and counsel.

                     Very truly yours,

                     Sean P. DeBruine

# EXHIBIT G

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 5, 2008

Writer's Direct Contact

650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Re:     *Elantech v. Synaptics*, Case No. C-06-CV-01839 (PVT)

Dear Sean:

I write in response to your letter dated June 4, 2008 regarding Synaptics' deposition notices. First, we do not agree to take the depositions of Kelvin Jian, Jason Liu, or any subsequently designated 30(b)(6) deponents in Taiwan. California is clearly the more convenient and efficient location, and Elantech has availed itself of the laws and protections of this jurisdiction. *See, e.g., United States v. $160,066.98 from Bank of America*, 202 F.R.D. 624, 628 (S.D. Cal. 2001); *Cadent Ltd. v. 3M Unitek Corp.*, 232 F.R.D. 625, 630 (C.D. Cal. 2005). These depositions are relevant to both cases and, for the foregoing reasons, should take place in Palo Alto.

Furthermore, we do not agree to withdraw Mr. Yeh's deposition notice. Mr. Yeh has unique, personal knowledge that is directly relevant to several issues in this case. *WebsideStory, Inc. v. Netratings, Inc.*, 2007 WL 1120567, at *4 (S.D. Cal. 2007). It is also our understanding that Mr. Yeh maintains a permanent residence in California, so the burden to him of appearing for a deposition here, as opposed to Taiwan, would be negligible.

In light of these considerations, please let us know whether you will agree to produce these deponents in the manner noticed.

Sincerely,

Erika L. Yawger

**MORRISON** | **FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 12, 2008

Writer's Direct Contact
650.813.4218
EYawger@mofo.com

Sean P. DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA  94306

Re:   *Elantech v. Synaptics*, Case No. C-06-CV-01839 (PVT)

Dear Sean:

On June 5, I responded to your June 4 letter concerning Synaptics' outstanding deposition notices. It has been a week, and I have not received a response from you. Please respond immediately concerning whether Elantech agrees to produce its witnesses for deposition in the United States as noticed.

Sincerely,

Erika L. Yawger

pa-1262062

# EXHIBIT H

THE
HUMAN
INTERFACE
COMPANY

*Synaptics.*

December 18, 2003

Dear Mr. I-hau Yeh
President
ELAN Microelectronics Corporation
No. 12, Innovation Road 1
Science-Based Industrial Park
Hsinchu City, Taiwan
ROC

Re:  Touch Pad Patents

Dear Mr. I-hau Yeh:

Synaptics has recently become aware of the proposed entry of ELAN Microelectronics
Corporation into the touch pad market through a joint venture agreement with K-Tech Devices
Corporation.  With your proposed entry into this market, we wanted to inform you that Synaptics
has analyzed K-Tech's touch pad products and found that certain features contained in those
analyzed products may be features covered by the claims included in some of Synaptics patents
related to touch pads.  A list of Synaptics' patents in this area is enclosed for your convenience.

Synaptics believes that any company participating in the touch pad market should be mindful of
the intellectual property rights of others and should avoid unauthorized use of such intellectual
property rights.  The enclosed list of Synaptics patents resulted from a significant investment in
the research and development of touch pad products, and it is Synaptics' intent to defend that
investment by vigorously enforcing its intellectual property rights against anyone making, using,
selling, or importing touch pad products that infringe any of the Synaptics patents.

I am currently planning a trip to the Asia-Pacific region in either late January or early February
2004 and would be available to meet with you at that time to discuss this matter.  Please let me
know what dates and times you would be available to meet with me.  You can reach me at (408)
434-0110 or dkirby@synaptics.com.

Yours truly,

Donald E. Kirby
Senior Vice President and
General Manger PC Products

enclosure

Synaptics® TouchPad™ input devices are covered by one or more of the following U.S. patents:

5,374,787
5,495,077
5,543,590
5,543,591
5,861,583
5,880,411
5,914,465
5,920,310
5,943,052
6,028,271
6,188,391
6,239,389
6,380,931
6,414,671
as well as other U.S. and non-U.S. patents and patents pending

THE
HUMAN
INTERFACE
COMPANY

*Synaptics.*

March 23, 2004

Mr. I-hau Yeh
President
ELAN Microelectronics Corporation
No. 12, Innovation Road 1
Science-Based Industrial Park
Hsinchu City, Taiwan
ROC

Re:  Touch Pad Patents

Dear Mr. I-hau Yeh:

I wrote to you in December 2003 concerning certain Synaptics patents that may be of interest to you as your company enters the market for touch pad products.  A copy of that letter is attached. Now, more than three months later, I have still not received a response to that letter.

 I have enclosed two claim charts with this letter that show the correspondence between one of the features covered by the Synaptics patents, namely tap gestures in predefined regions/at least one corner, and the Elantech touch pad product.  These claim charts are merely a sample of the extent to which the fourteen cited Synaptics patents cover state of the art touch pads.  Similar claim charts can be drawn that illustrate the application of other claimed features in Elantech products.

I must reiterate to you that Synaptics intends to enforce vigorously its intellectual property rights. Please let me know when I can expect a response from you.

Yours truly,

Donald E. Kirby
Senior Vice President and
General Manger PC Products

enclosure



THE

HUMAN

INTERFACE

COMPANY

*Synaptics.*

Synaptics® TouchPad™ input devices are covered by one or more of the following U.S. patents:

5,374,787
5,495,077
5,543,590
5,543,591
5,861,583
5,880,411
5,914,465
5,920,310
5,943,052
6,028,271
6,188,391
6,239,389
6,380,931
6,414,671
as well as other U.S. and non-U.S. patents and patents pending

# EXHIBIT I



# Bits + chips

Select a version

| HOME | SYSTEMS | MOBOS | DISPLAYS | BITS + CHIPS | TELECOM | FINANCE |

**Search**

[Go!]

From: Dec 1999
To: Jul 2008

Advanced search
Site map



**DIGITIMES**
**WiMAX portal**

**Members**

username

[Go!]

☐ Save
Password reminder
Join!!

**Sections**
Home
Systems
Mobos
Displays
Bits + chips
Telecom
Finance
Photos

**News calendar**

Jul 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**DIGITIMES**
About
Advertising
Membership
Terms & conditions
Privacy policy
Contact us
Notes & corrections

**Miscellaneous**
Make my home page

There are now [4] new stories posted on our member site. Please sign in to read real-time news updates.

# Elan considers seeking compensation from Synaptics

*Cage Chao, Taipei; Esther Lam, DIGITIMES [Wednesday 4 June 2008]*

Elan Microelectronics said it will take the next step in a preliminary injunction order against Synaptics concerning a patent for multi-finger touchpad technology by informing its customers about the situation. Elan is also considering seeking compensation from Synaptics for patent infringement, according to the company.



Printer friendly
Related stories
Comments
Email to a friend
Latest news

On March 19, Elan's subsidiary, Elantech Devices, was granted a preliminary injunction in the US forbidding Synaptics to produce, adopt or sell any multi-touch technology solution that infringed on Elantech's US patent. Elan, however, did not act on the order until recently in hopes that positive negotiations would take place with Synaptics, according to Elan company chairman I-Hau Yeh.

Since Synaptics offered no concrete response, Yeh said Elan will inform its notebook and handset customers of the situation. The company is considering seeking compensation from Synaptics and its customers on behalf of Elantech, he added. Yeh, however, was also cited by a Chinese-language *Economic Daily News (EDN)* report that Elan still is hoping to reconcile with Synaptics.

Regarding the sales prospect for its touch panel IC and solutions, Yeh guided that the segment will account for more than 20% of the company's overall shipments in the third quarter. He is confident that monthly sales should exceed NT$500 million (US$16.5 million) during the quarter. After Elan merges with Elantech in October of this year, the ratio is set to exceed 50%, he added. The gross margin of Elan and Elantech averaged 33% and 34%, respectively, in April, according to Yeh.

**Panasonic B2B Plasmas**

Panasonic Flat Panel 1080p Plasmas. Quality and Durability all in one.

www.panasonic.com/proplasma

Ads by Google                    Advertise on this site

Categories: IC design

Tags: Elan Elantech multi-finger Synaptics touchpad

Add to my favorites
Add to My Yahoo!

## Ads by Google

**Maxxima LED Lights**
Choose From A Variety Of LED Lights
Free Shipping On Orders Over $25
www.MaxximaStyle.com

**LCD Monitor Reviews**
Read the Reviews, Compare Prices,
and Buy the Best LCD Monitors
www.ConsumerSearch.com

**Touch Screen Monitor**
7", 8", 10" touch screen monitors
industrial, professional use
www.lcddigital.tv

**Sunlight Readable Display**
LCD Outdoor Advertising, Gasoline
Pump, Optical Bonding, Military.
www.insyncperipherals.com

Advertise on this site

## Related stories

Taiwan IC makers forecast slow sales for June (Jun 9)

Elan touch screen product line grows despite overall weak sales in May (Jun 6)

ITC ruling in favor of Elan patent to shake up touch pad industry (Mar 28)

Elan has resolved touch panel module yields issue (Mar 5)

Elan to see booming shipments of touch-panel solutions (Feb 29)

## Tag cloud

Asustek AUO China CPT Desktop, server display Display components handset IC design IC manufacturing LCD LCD panel LED Memory Mobile phone and PDA Mobo, chipset Monitor, TV Networking notebook panel Passive, PCB, other IC components Portable revenues Software, Internet Solar Storage, peripherals Taiwan Taiwan market Telecom service WiMAX

## Comments & Questions

255 character limit. 255 characters remaining.

If you wish to receive an email reply, please check this box ☐

Name [          ]   Email [          ]

Can we post your comment and/or question anonymously on this page (for anyone to read)?
○ Yes   ○ No

[ Submit ]

## Latest 24 hours news

Fulltech secures funds for fiber glass yarn expansion

China market: More people online buy women's clothing than PCs, says survey

Taiwan market: CHT adjusts down 2008 MOD user base target

SAS US subsidiary said to have broken even earlier than expected

Air Semiconductor touts low-power GPS solution

Share price for LED driver IC design houses subject to downward pressure

Accton June revenues highest for the year

Celxpert expects revenues to grow 20% sequentially in 3Q08

Taiwan thin-film solar module makers secure new orders

Motherboard makers to focus sales activities in China during July and September, says paper

Neo Solar Power sales soar in 1H08; capacity trails behind demand

SiS sees increasing sales in 1H08

IGS arcade machine revenues hit NT$150 million in June

LED penetration to reach 8% of LCD TV market by 2011, says Displaybank

Quanta leading notebook makers in vertical integration, says paper

AUO LCM plant in China to almost triple production value this year, reports paper

Compal Communications and Arima Communications have mixed shipment performance in 1H08

BLU maker Radiant sees June revenues drop 10%

CPT president expects panel industry to be weaker than usual in 2H 2008

Synnex Technology to add investment of up to US$23 million in China

Taiwan lens kit maker Largan sees seven-month high in June revenues

© DIGITIMES Inc. All rights reserved.
Please do not republish, publicly broadcast or publicly transmit content from this website without written permission from DIGITIMES Inc. Please contact us if you have any questions.

# EXHIBIT J

# Patent Assignment Details
## NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Reel/Frame:** 014102 / 0194    View Recorded Assignment 🖹    **Pages:** 3

**Recorded:** 11/04/2003

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Total properties:** 8

1  **Patent #:** 5790107    **Issue Dt:** 08/04/1998    **Application #:** 08478290    **Filing Dt:** 06/07/1995
   **Title:** TOUCH SENSING METHOD AND APPARATUS

2  **Patent #:** 5920309    **Issue Dt:** 07/06/1999    **Application #:** 08582769    **Filing Dt:** 01/04/1996
   **Title:** TOUCH SENSING METHOD AND APPARATUS

3  **Patent #:** 5825352    **Issue Dt:** 10/20/1998    **Application #:** 08608116    **Filing Dt:** 02/28/1996
   **Title:** MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND MOUSE OPERATIONS ON A TOUCH SENSOR PAD

4  **Patent #:** 6147680    **Issue Dt:** 11/14/2000    **Application #:** 08868983    **Filing Dt:** 06/03/1997
   **Title:** TOUCHPAD WITH INTERLEAVED TRACES

5  **Patent #:** 6002389    **Issue Dt:** 12/14/1999    **Application #:** 08935511    **Filing Dt:** 09/23/1997
   **Title:** TOUCH AND PRESSURE SENSING METHOD AND APPARATUS

6  **Patent #:** 5945980    **Issue Dt:** 08/31/1999    **Application #:** 08970947    **Filing Dt:** 11/14/1997
   **Title:** TOUCHPAD WITH ACTIVE PLANE FOR PEN DETECTION

7  **Patent #:** 6002594    **Issue Dt:** 12/14/1999    **Application #:** 08999908    **Filing Dt:** 12/19/1997
   **Title:** FLEXIBLE TOUCHPAD CIRCUIT WITH MOUNTED CIRCUIT BOARD

8  **Patent #:** 6380930    **Issue Dt:** 04/30/2002    **Application #:** 09264802    **Filing Dt:** 03/09/1999
   **Title:** LAPTOP TOUCHPAD WITH INTEGRATED ANTENNA

**Assignor**

1  K-TECH DEVICES CORPORATION                                    **Exec Dt:** 09/23/2003

**Assignee**

1  ELAN MICROELECTRONICS CORP
   NO. 12, INNOVATION 1ST RD.
   SCIENCE-BASED INDUSTRIAL PARK
   HSIN-CHU CITY, TAIWAN R.O.C.

**Correspondence name and address**

   J. C. PATENTS
   JIAWEI HUANG
   4 VENTURE, SUITE 250
   IRVINE, CA 92618

Search Results as of: 08/16/2006 03:40 PM

---

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: July 26, 2006 v.1.10

**ETD 0000046**

4-03; 3:41PM;                                                    ;19496600809              # 2/ 4

Docket No.: ASSIGNMENT-02

| Form 1595<br>1-31-92 | RECORDATION FORM COVER SHEET | U. S. Department of Commerce<br>Patent and Trademark Office |
| --- | --- | --- |

**PATENTS ONLY**

To the Honorable Assistant Commissioner for Patents: Please record the attached
Original documents or copy thereof.

| 1.  Name of conveying party(ies) with the execution date: | 2. Name/address of receiving Party(ies) |
| --- | --- |

**K-Tech Devices Corporation**, September 23, 2003

**Elan Microelectronics Corp**

No. 12, Innovation 1st Rd., Science-Based Industrial Park, Hsin-chu City, Taiwan, R.O.C.

3. Nature of conveyance:

[x] Assignment    [ ] Security Agreement
[ ] Merger       [ ] Change of Name
[ ] Reassignment [ ] Other

Add'l names of receiving parties
Attached? [ ] Yes [X] No

4. Application number(s) or patent number(s):

| A. Patent Application No. (s) | B. Patent No.(s) |
| --- | --- |
|  | 5,790,107 ; 5,825,352 ; 5,920,309 |
|  | 5,945,980 ; 6,002,389 ; 6,002,594 |
|  | 6,147,680 ; 6,380,930 |
|  | [X] Yes    [ ] No |

5. Name and address of party to whom correspondence concerning document should be mailed:

**J. C. Patents**
**4 Venture, Suite 250**
**Irvine, CA  92618**
**(949) 660-0761**

Atty Docket No.: ASSIGNMENT-02

6. Total No. of applications and patents involved:

**EIGHT ( 8 )**

7. Total fee (37CFR§3.41): $320.00
[ ] Enclosed
[X] Charge to Acct. No. 50-0710
(Order No. ASSIGNMENT-02)

8. Total number of pages, including Cover sheet, attachments and Document 2.

**DO NOT USE THIS SPACE**

9.  Statement and Signature:

To the best of my knowledge and belief, the forging information is true and Correct and any attached copy is a true copy of the original document.

Jiawei Huang
Name of person Signing
Registration No. 43,330

Signature

11 / 4 /2003
Date

CH  $320.00  500710  5790107

**ETD 0000047**

**700051356**

**PATENT**
**REEL: 014102 FRAME: 0194**

4-03; 3:41PM;                                           ; 19496600809              # 3/ 4

## ASSIGNMENT OF PATENTS AND PATENT APPLICATIONS

**K-Tech Devices Corporation** a Japanese corporation having a place of business at 14016-30 Ohaza Nakaminowa, Minowa-machi, Kamiina-gun, Nagano, Japan (hereafter ASSIGNOR) has been assigned or otherwise has an ownership interest in certain new and useful improvements as set forth in the patents and patent applications listed in attached Appendix A.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby:

1) Sell(s), assign(s) and transfer(s) to **Elan Microelectronics Corp.**, a Taiwanese corporation having a place of business at No. 12, Innovation 1ˢᵗ Rd., Science-Based Industrial Park, Hsin-chu City, Taiwan, R.O.C. (hereinafter referred to as "ASSIGNEE") the entire right, title and interest in any and all improvements and inventions disclosed in, application(s) based upon, and Patent(s) (including foreign patents) granted upon the information which is disclosed therein.

2) Authorize and request the Commissioner of Patents to issue any and all Letters Patents resulting from said application(s) or any division(s), continuation(s), substitute(s), re-examination(s) or reissue(s) thereof to the ASSIGNEE.

3) Agree to execute all papers and documents and, entirely at the ASSIGNEE's expense, perform any acts which are reasonably necessary in connection with the prosecution of said application(s), as well as any derivative and applications thereof, foreign applications based thereon, and/or the enforcement of patents resulting from such applications.

4) Agree that the terms, covenants and conditions of this assignment shall inure to the benefit of the ASSIGNEE, its successors, assigns and other legal representative(s), and shall be binding upon the inventor(s), as well as the inventor's heirs, legal representatives and assigns.

5) Warrant and represent that ASSIGNOR has not entered, and will not enter into any assignment, contract, or understanding that conflicts with this assignment.

Signed on the date(s) indicated beside my (our) signature(s).

By: _____         Date: _2003/9/23_
Typed Name: YAMAMOTO KOUZOH
Representative
K-Tech Devices Corporation

Witnesses:

Signature _____    Date: _Sep. 23, 2003_
Wilson H.V. Lee
7F-1, No. 100, Roosevelt Rd., Sec. 2
Taipei, Taiwan, R.O.C.

Signature _____    Date: _Sep. 23, 2003_
Felix Yeh
7F-1, No. 100, Roosevelt Rd., Sec. 2
Taipei, Taiwan, R.O.C.

**ETD 0000048**

**PATENT
REEL: 014102 FRAME: 0195**

## Appendix A

| Title :                                                                                      | Patent No. | Date of Patent |
|----------------------------------------------------------------------------------------------|------------|----------------|
| Touch Sensing Method And Apparatus                                                           | 5,790,107  | Aug. 04, 1998  |
| Multiple Fingers Contact Sensing Method For Emulating Mouse Buttons And Mouse Operations On A Touch Sensor Pad | 5,825,352  | Oct. 20, 1998  |
| Touch Sensing Method And Apparatus                                                           | 5,920,309  | July 06, 1999  |
| Touchpad With Active Plane For Pen Detection                                                 | 5,945,980  | Aug. 31, 1999  |
| Touch And Pressure Sensing Method And Apparatus                                              | 6,002,389  | Dec. 14, 1999  |
| Flexible Touchpad Circuit With Mounted Circuit Board                                         | 6,002,594  | Dec. 14, 1999  |
| Touchpad With Interleaved Traces                                                             | 6,147,680  | Nov. 14, 2000  |
| Laptop Touchpad With Integrated Antenna                                                      | 6,380,930  | Apr. 30, 2002  |

**ETD 0000049**

**PATENT
REEL: 014102 FRAME: 0196**

# Patent Assignment Details
## NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Reel/Frame:** 014981 / 0487    View Recorded Assignment 📄    **Pages:** 3

**Recorded:** 02/17/2004

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Total properties:** 8

**1**   **Patent #:** 5790107   **Issue Dt:** 08/04/1998   **Application #:** 08478290   **Filing Dt:** 06/07/1995
     **Title:** TOUCH SENSING METHOD AND APPARATUS

**2**   **Patent #:** 5920309   **Issue Dt:** 07/06/1999   **Application #:** 08582769   **Filing Dt:** 01/04/1996
     **Title:** TOUCH SENSING METHOD AND APPARATUS

**3**   **Patent #:** 5825352   **Issue Dt:** 10/20/1998   **Application #:** 08608116   **Filing Dt:** 02/28/1996
     **Title:** MULTIPLE FINGERS CONTACT SENSING METHOD FOR EMULATING MOUSE BUTTONS AND
     MOUSE OPERATIONS ON A TOUCH SENSOR PAD

**4**   **Patent #:** 6147680   **Issue Dt:** 11/14/2000   **Application #:** 08868983   **Filing Dt:** 06/03/1997
     **Title:** TOUCHPAD WITH INTERLEAVED TRACES

**5**   **Patent #:** 6002389   **Issue Dt:** 12/14/1999   **Application #:** 08935511   **Filing Dt:** 09/23/1997
     **Title:** TOUCH AND PRESSURE SENSING METHOD AND APPARATUS

**6**   **Patent #:** 5945980   **Issue Dt:** 08/31/1999   **Application #:** 08970947   **Filing Dt:** 11/14/1997
     **Title:** TOUCHPAD WITH ACTIVE PLANE FOR PEN DETECTION

**7**   **Patent #:** 6002594   **Issue Dt:** 12/14/1999   **Application #:** 08999908   **Filing Dt:** 12/19/1997
     **Title:** FLEXIBLE TOUCHPAD CIRCUIT WITH MOUNTED CIRCUIT BOARD

**8**   **Patent #:** 6380930   **Issue Dt:** 04/30/2002   **Application #:** 09264802   **Filing Dt:** 03/09/1999
     **Title:** LAPTOP TOUCHPAD WITH INTEGRATED ANTENNA

**Assignor**

**1**   ELAN MICROELECTRONICS CORP.        **Exec Dt:** 02/03/2004

**Assignee**

**1**   ELANTECH DEVICES CORPORATION
     6F, NO. 192-2, LIEN CHENG ROAD
     CHUNG-HO CITY
     TAIPEI HSIEN, TAIWAN R.O.C.

**Correspondence name and address**
     SQUIRE, SANDERS & DEMPSEY L.L.P.
     AARON WININGER
     600 HANSEN WAY
     PALO ALTO, CA 94304-1043

Search Results as of: 08/16/2006 03:41 PM

---

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: July 26, 2006 v.1.10

**ETD 0000050**

Express Mail Label No.: EL 806 909 079 US

Attorney Docket No.: 39409.00022

Form PTO-1595      **RECOF**
(Rev. 10/02)
OMB No. 0651-0027 (exp 6/30/2005)

**02-23-2004**

**U.S. DEPARTMENT OF COMMERCE**
U.S. Patent and Trademark Office

Tab settings ⇨ ⇨ ⇨      ▼      ▼

To the Honorable Commissioner of Pa

‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**102674319**

▼      ▼      ▼

I original documents or copy thereof.

| | |
|---|---|
| 1. Name of conveying party(ies): <br> Elan Microelectronics Corp. <br><br> *2/17/04* <br><br> Additional name of conveying party(ies) attached? ☐ Yes ☒ No | 2. Name and address of receiving party(ies) <br><br> Name:      Elantech Devices Corporation <br><br> Internal Address: _____ <br><br> _____ <br><br> Street Address:  6F, No. 192-2, Lien Cheng Road <br><br> Chung-Ho City <br><br> City: Taipei Hsien    Country: Taiwan, R.O.C.  Zip: _____ <br><br> Additional Name(s) & address(es) attached? ☐ Yes ☒ No |

3. Nature of conveyance:

☒ Assignment          ☐ Merger

☐ Security Agreement      ☐ Change of Name

☐ Other _____

Execution Date: February 3, 2004

| 4. Application number(s) or patent number(s): | |
|---|---|
| If this document is being filed together with a new application, the execution date of the application is: _____ | |
| A. Patent Application No.(s) | B. Patent No.(s) |
| | 5,790,107      6,002,389 <br> 5,825,352      6,002,594 <br> 5,920,309      6,147,680 <br> 5,945,980      6,380,930 |
| Additional numbers attached? ☐ Yes ☒ No | |

| | |
|---|---|
| 5. Name and address of party to whom correspondence concerning this document should be mailed: <br><br> Name:      Aaron Wininger <br><br> Internal Address:  Squire, Sanders & Dempsey L.L.P. <br><br> _____ <br><br> _____ <br><br> Street Address:  600 Hansen Way <br><br> City: Palo Alto      State: CA   Zip: 94304-1043 | 6. Total number of applications and patents involved: ☒ <br><br> 7. Total fee (37 CFR 3.41) . . . . . . .$ 320.00 <br><br> ☐ Enclosed <br><br> ☒ Authorized to be charged to deposit account <br><br> 8. Deposit account number: <br><br> 05-0150 <br><br> (Attach duplicate copy of this page if paying by deposit account) |

**DO NOT USE THIS SPACE**

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Aaron Wininger, Reg. No. 45,229
Name of Person Signing

_____
Signature

February 17, 2004
Date

Total number of pages including cover sheet, attachments, and documents: 8

**PATENT
REEL: 014981 FRAME: 0487**

## ASSIGNMENT OF PATENTS

Elan Microelectronics Corp. a Taiwanese corporation having a place of business at No. 12, Innovation 1ˢᵗ Rd., Science-Based Industrial Park, Hsin-chu City, Taiwan, R.O.C. (hereafter ASSIGNOR.) has been assigned or otherwise has an ownership interest in certain new and useful inventions as set forth in the patents listed in attached Appendix A.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby:

1) Sells, assigns and transfers to Elantech Devices Corporation, a Taiwanese corporation having a place of business at 6F, No. 192-2, Lien Cheng Road, Chung-Ho City, Taipei Hsien, Taiwan, R.O.C. (hereinafter referred to as "ASSIGNEE") the entire right, title and interest in any and all improvements and inventions disclosed in the patents listed in Appendix A (as well as corresponding foreign patents) and any patents granted upon the information which is disclosed therein.

2) Authorize and request the Commissioner of Patents to issue any and all Letters Patents resulting from said application(s) or any division(s), continuation(s), substitute(s), re-examination(s) or reissue(s) thereof to the ASSIGNEE.

3) Agree to execute all papers and documents and, entirely at the ASSIGNEE's expense, perform any acts which are reasonably necessary in connection with the prosecution of said application(s), as well as any derivative and applications thereof, foreign applications based thereon, and/or the enforcement of patents resulting from such applications.

4) Agree that the terms, covenants and conditions of this assignment shall inure to the benefit of the ASSIGNEE, its successors, assigns and other legal representative(s), and shall be binding upon the inventor(s), as well as the inventor's heirs, legal representatives and assigns.

5) Warrant and represent that ASSIGNOR has not entered, and will not enter into any assignment, contract, or understanding that conflicts with this assignment.

Signed on the date indicated beside my signature.

By: _____    Date: 2004/2/3

Name: I-Hau Yeh
Title: President
Elan Microelectronics Corp.

**ETD 0000052**

## ASSIGNMENT OF PATENTS

### Appendix A

| Title | Patent No. | Issue Date |
|---|---|---|
| Touch sensing method & apparatus | 5,790,107 | 8/4/1998 |
| Multiple fingers contact sensing method for emulating mouse buttons and mouse operations on a touch sensor pad | 5,825,352 | 10/20/1998 |
| Touch sensing method & apparatus | 5,920,309 | 7/6/1999 |
| Touchpad with active plane for pen detection | 5,945,980 | 8/31/1999 |
| Touch & pressure sensing method & apparatus | 6,002,389 | 12/14/1999 |
| Flexible touchpad circuit with mounted circuit board | 6,002,594 | 12/14/1999 |
| Touchpad with interleaved traces | 6,147,680 | 11/14/2000 |
| Laptop touchpad with integrated antenna | 6,380,930 | 4/30/2002 |

ETD 0000053

# EXHIBIT K

1 of 1 DOCUMENT

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

**PROPERTY TRANSFER RECORD FOR** SANTA CLARA COUNTY, CA

**Buyer:** YU, YUEH O (Married Woman), Married woman as her sole and separate property

**Buyer Mailing Address:** 20751 RUSSELL LN, SARATOGA, CA 95070

**Seller:** YEH, I HAU (Married Man)

**Seller Mailing Address:** 20751 RUSSELL LN, SARATOGA, CA 95070

**Property Address:** 20751 RUSSELL LN, SARATOGA, CA 95070

***************************** **SALES INFORMATION** *****************************

**Sale Date:** 3/15/2002

**Recorded Date:** 3/21/2002

**Document Number:** 16169515

**Deed Type:** INTRA-FAMILY TRANSACTION

**Assessor's Parcel Number:** 503-53-037

**Legal Description:**  LOT: 10; CITY: SARATOGA; SUBDIVISION: TRACT #3392 SARAHILLS UNIT #1; RE-CORDER'S MAP REFERENCE: MAP163 PG38&39

*************************** **MORTGAGE INFORMATION** ***************************

**Lender:** WASHINGTON MUTUAL BANK FA

**Type of Mortgage:** FIXED RATE/CONVENTIONAL

**Loan Amount:** $ 665,000

**Term:** 4/1/2032

**Title Company:** OLD REPUBLIC TITLE COMPANY

*************************** **PROPERTY DESCRIPTION** ***************************

**Land Use:** SINGLE FAMILY RESIDENTIAL

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# Finder Report

**Date:** 07/07/08

**Reference Code:** 56355-0000007-13789

## Subject Information

Name: **YUEHO O YU**
Date of Birth: **09/1955**
Age: **52**
SSN: 619-92-xxxx issued in **California**
between **11/01/1996** and **02/03/1997**

## AKAs (Names Associated with Subject)

YUEH O YU
   SSN: 619-92-xxxx
YUEH-O YU
   SSN: 619-92-xxxx
YUEH O YU
   DOB: **09/1955** Age: **52** SSN: 619-92-xxxx
OLIVIA Y YU
   SSN: 619-92-xxxx
O YU
   SSN:

## Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

## Address Summary  ( ✔ - Probable Current Address)

✔ 20751 RUSSELL LN, SARATOGA CA 95070-4813, SANTA CLARA COUNTY (Oct 1997 - Jun 2008)
   Phone at address: 408-868-9988 **YU Y O**

10646 ROSEWOOD RD UNIT A, CUPERTINO CA 95014-6014, SANTA CLARA COUNTY (Nov 1996 - Jan 1999)
   Phone at address: 408-777-9534 **DALIOT AMIT**
                     408-517-8813 **MATKAR RAJESH**
                     408-517-0402 **MUKHOPADHYAY S**
                     408-996-7657 **QURESHI MOHAMMED**

10062 MILLER AVE APT 100, CUPERTINO CA 95014-3494, SANTA CLARA COUNTY (Dec 1997)

## Phone Summary

#### Phones at Address:
408-868-9988 - YU Y O
408-777-9534 - DALIOT AMIT
408-517-8813 - MATKAR RAJESH
408-517-0402 - MUKHOPADHYAY S
408-996-7657 - QURESHI MOHAMMED
408-517-0689 - ACUPUNCTURE FOR WELLNESS
408-366-2800 - ERA
408-253-8700 - NORDEN FINANCIAL SERVICES
408-873-7255 - REMEDIAL CORP
408-777-2931 - SUNSHINE HEALTH CARE CENTER
408-255-3106 - VALLEY US INC

#### Previous Phones:
408-868-9977
859-292-0634
868-9988

#### Neighbor Phones:
408-741-3494 - HARDIKAR MANOJ
408-867-9020 - CAROTHERS JAMES
408-867-3607 - SCHARE D & S
408-867-5136 - SCHARE DONALD & SHERRY
408-996-0743 - GOUR M
408-517-9872 - HIRAKAWA MASAKO
408-725-8830 - IWATA Y
408-973-0315 - HSIEH YAW-CHEH
408-996-2402 - MARCHANDANI RATTEN
408-252-0505 - XANGATI INC.
408-255-3533 - CAIN-WHITE & CO.
408-255-4100 - HUNTER PROPERTIES

## Previous Phone Numbers

Phone: 408-868-9977       Dates: Oct 1997 - Jul 2001
City/State: SARATOGA, CA  Type: LANDLINE

Phone: 859-292-0634       Dates: Oct 1997 - 2001
City/State: COVINGTON, KY Type: LANDLINE

Phone: 868-9988           Dates: Nov 1996 - Jan 1999
City/State:               Type: UNKNOWN

## 1st Degree Relatives Phones

[No Data Available]

## 2nd Degree Relatives Phones

[No Data Available]

## Neighbor Phones

Neighborhood #1:
20751 RUSSELL LN, SARATOGA CA 95070-4813
20727 RUSSELL LN, SARATOGA CA 95070-4854
Phone at address: 408-741-3494 **HARDIKAR MANOJ**
20778 RUSSELL LN, SARATOGA CA 95070-4811
Phone at address: 408-867-9020 **CAROTHERS JAMES**
20715 RUSSELL LN, SARATOGA CA 95070-4813
Phone at address: 408-867-3607 **SCHARE D & S**
                  408-867-5136 **SCHARE DONALD & SHERRY**
20811 RUSSELL LN, SARATOGA CA 95070-4812

Neighborhood #2:
10646 ROSEWOOD RD UNIT B, CUPERTINO CA 95014-6014
10647 ROSEWOOD RD UNIT C, CUPERTINO CA 95014-6013
Phone at address: 408-996-0743 **GOUR M**
10656 ROSEWOOD RD, CUPERTINO CA 95014-6038
Phone at address: 408-517-9872 **HIRAKAWA MASAKO**
                  408-725-8830 **IWATA Y**
                  408-973-0315 **HSIEH YAW-CHEH**
                  408-996-2402 **MARCHANDANI RATTEN**

Neighborhood #3:
10062 MILLER AVE, CUPERTINO CA 95014-3494
10121 MILLER AVE, CUPERTINO CA 95014-3469

## Possible Associates Phones

[No Data Available]

## Bankruptcy Filings

[No Data Available]

## Corporate Affiliations

Corporation Name: **ELAN INFORMATION TECHNOLOGY GROUP** Affiliation: **PRESIDENT**
Charter Number:
C2403206          State of Origin: **CA**    Filing Date:    Status: **ACTIVE**
20751 RUSSELL LN, SARATOGA CA 95070-4813

Corporation Name: **AGC TECHNOLOGY, INC.**              Affiliation: **PRESIDENT**
Charter Number:
C1965916          State of Origin: **CA**    Filing Date:    Status: **DISSOLVED**
10062 MILLER AVE STE 100, CUPERTINO CA 95014-3493

## People at Work

This content was not included in your report but is available for an additional cost by clicking the button below:

Purchase Selection(s)   OR   Upgrade to Comprehensive Report