1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sbedruine@akingump.com)
2  S.H. Michael Kim (SBN 203491) (mkim@akingump.com)
   Richard Chae (SBN 224610) (rchae@akingump.com)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6

7  Attorneys for Defendant
   ELANTECH DEVICES CORPORATION
8

                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  ELANTECH DEVICES CORPORATION,    )
                                     )  Case No. 3:06-CV-01839 PVT
13         Plaintiff,                )
                                     )  **CERTIFICATE OF SERVICE**
14     v.                            )
                                     )
15                                   )
    SYNAPTICS CORPORATION,           )
16                                   )
           Defendants.               )
17  _____

18

19

20

21

22

23

24

25

26

27

28

                                    1
CERTIFICATE OF SERVICE                                CASE NO. CV 07-06434 CRB

## CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California, 94306.

On July 8, 2008, I served the foregoing document(s) described as:

**EXHIBIT C TO ELANTECH DEVICES ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO SYNAPTICS MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING DECLARATIONS**

by the indicated means to the persons at the addresses listed:

Karl J. Kramer
Erika L. Yawger
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Fax: (650) 494-0792
kkramer@mofo.com
eyawger@mofo.com

☒ **BY PERSONAL SERVICE** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ **BY UNITED STATES MAIL** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Palo Alto, California.

☐ **BY OVERNIGHT DELIVERY** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2008, at Palo Alto, California.

_Sissel Browder_
Sissel Browder