1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
3  Two Palo Alto Square, Suite 400
   Palo Alto, California  94306
4  Telephone:     650-838-2000
   Facsimile:     650-838-2001
5
   Attorneys for Plaintiff and Counterdefendant
6  ELANTECH DEVICES CORPORATION

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 | ELANTECH DEVICES CORP.,         | Case No. 3:06-CV-01839 PVT
12 |         Plaintiff,              |
   |                                 | **ELANTECH'S ADMINISTRATIVE
13 |    vs.                          | MOTION TO FILE EXHIBIT C TO
   |                                 | ELANTECH DEVICES ADMINISTRATIVE
14 | SYNAPTICS, INC. and AVERATEC, INC., | MOTION FOR LEAVE TO FILE A SUR-
   |                                 | REPLY TO SYNAPTICS MOTION FOR
15 |         Defendants.             | PRELIMINARY INJUNCTION AND
   |                                 | SUPPORTING DECLARATIONS UNDER
16 |                                 | SEAL.**

1      Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation ("Elantech") hereby requests leave of Court to file under seal the following documents which have been lodged with the Clerk:

    Exhibit C to Elantech Devices Corp.'s Administrative Motion for Leave to File a Sur-Reply to Synaptics Motion for Preliminary Injunction and Supporting Declarations.

    This document is the Supplemental Declaration of Dr, Ian Scott MacKenzie. It includes his explanation and analysis of source code produced by third-party Cirque Corporation and marked as Confidential – Attorneys Eyes Only under the September 26, 2006 Amended Protective Order in force in this case. Dr. MacKenzie's declaration discusses in detail certain aspects of the design and operation of code developed by Cirque. Accordingly, Elantech respectfully requests that these documents be filed under seal.

Dated: July 8, 2008

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
        Sean P. DeBruine

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORP.

1

ELANTECH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF SEAN P. DEBRUINE     CASE NO. 06-CV-01839 PVT

# DECLARATION OF SEAN P. DEBRUINE

I, Sean P. DeBruine, declare as follows:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal its Exhibit C to Elantech Devices Corp.'s Administrative Motion for Leave to File a Sur-Reply to Synaptics Motion for Preliminary Injunction and Supporting Declarations.

3. This document is the Supplemental Declaration of Dr, Ian Scott MacKenzie. It includes his explanation and analysis of source code produced by third-party Cirque Corporation and marked as Confidential – Attorneys Eyes Only under the September 26, 2006 Amended Protective Order in force in this case. Dr. MacKenzie's declaration discusses in detail certain aspects of the design and operation of code developed by Cirque. Accordingly, Elantech respectfully requests that these documents be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this July 8, 2008 at Palo Alto, California.

/s/
Sean P. DeBruine

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   3000 El Camino Real
3  Two Palo Alto Square, Suite 400
   Palo Alto, California 94306
4  Telephone:    650-838-2000
   Facsimile:    650-838-2001
5
   Attorneys for Plaintiff and Counterdefendant
6  ELANTECH DEVICES CORPORATION

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 | ELANTECH DEVICES CORP.,         | Case No. 3:06-CV-01839 PVT
12 |         Plaintiff,              | **[PROPOSED] ORDER GRANTING
                                       ELANTECH'S ADMINISTRATIVE
13 |   vs.                           | MOTION TO FILE EXHIBIT C TO
                                       ELANTECH DEVICES ADMINISTRATIVE
14 | SYNAPTICS, INC. and AVERATEC, INC., | MOTION FOR LEAVE TO FILE A SUR-
                                           REPLY TO SYNAPTICS MOTION FOR
15 |         Defendants.             | PRELIMINARY INJUNCTION AND
                                       SUPPORTING DECLARATIONS UNDER
16                                     SEAL.**

17
18
19
20
21
22
23
24
25
26
27
28

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Exhibit
2  C to Elantech Devices Administrative Motion for Leave to File a Sur-Reply to Synaptics Motion for
3  Preliminary Injunction and Supporting Declarations Under Seal. Good cause appearing, the motion is
4  GRANTED.
5  It is hereby ORDERED that the following documents are to be filed under seal:

8  IT IS SO ORDERED.

11  Dated: July ___, 2008

HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

1