Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
S.H. Michael Kim (SBN 203491) (mkim@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTICS, INC and AVERATEC, INC., <br><br> Defendants. | Case No. 5:06-CV-01839 PVT <br><br> **DECLARATION OF I-HAU YEH IN SUPPORT OF ELANTECH'S OPPOSITION TO SYNAPTICS' MOTION TO COMPEL** <br><br> Date:    August 12, 2008 <br> Time:    10:00 a.m. <br> Judge:   Patricia V. Trumbull <br> Court:   5, 4th Floor |

I, I-Hau Yeh, declare as follows:

1.  I am the Chairman of the Board of Directors of Elantech Devices Corporation ("Elantech"). I do not hold any executive position with Elantech. As the Chairman, I, along with the rest of members of the Board of Directors, provide oversight and supervision to Elantech's management. I am not engaged in the day-to-day operations of the company.

2.  I am also Chairman of the Board of Directors and President of Elan Microelectronics Corp. ("Elan"). On April 30, 2008 Elan announced an agreement to acquire Elantech through a stock merger. The merger is expected to be complete on September 30, 2008.

3.  I have not been involved in the development or design of the Elantech touchpad products accused of infringing Synaptics' patent claims. I also do not have any detailed

1  understanding regarding the design and operation of those products, nor have I been involved in
2  the marketing or sales of the accused products.
3      4.    My involvement in the current patent dispute involving Synaptics has been in
4  settlement negotiations with Mr. Francis F. Lee, President and CEO of Synaptics. A true copy of
5  a June 28, 2005 Agreement concerning the negotiations is attached as Exhibit A.
6      I swear under penalty of perjury under the laws of the United States of America and the
7  laws of Taiwan that the foregoing is true and correct. Executed on July 22, 2008 at Taipei,
8  Taiwan.

                    /s/
                 I-HAU YEH

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
penalty of perjury that concurrence in the filing of this document has been obtained from I-Hau
Yeh.

    Dated: July 22, 2008

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By:     /s/
                        Sang Hui Michael Kim.
                        (State Bar No. 203491 )
                        Attorneys for Elantech Corporation

|   |   |
|---|---|
| 1 | Yitai Hu (SBN 248085)(yhu@akingump.com) |
| 2 | Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)<br>S.H. Michael Kim (SBN 203491) (mkim@akingump.com) |
| 3 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>3000 El Camino Real |
| 4 | Two Palo Alto Square, Suite 400<br>Palo Alto, California  94306 |
| 5 | Telephone:      650-838-2000<br>Facsimile:       650-838-2001 |
| 6 | Attorneys for Plaintiff and Counterdefendant<br>ELANTECH DEVICES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELANTECH DEVICES CORP.,

Plaintiff,

vs.

SYNAPTICS, INC. and AVERATEC, INC.,

Defendants.

Case No. 3:06-CV-01839 PVT

**NOTICE OF MANUAL FILING**

## NOTICE OF MANUAL FILING

REGARDING: **EXHIBIT A TO DECLARATION OF I-HAU YEH IN SUPPORT OF ELANTECH'S OPPOSITION TO SYNAPTICS' MOTION TO COMPEL**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: July 22, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

                              By:        /s/
                                       Sean P. DeBruine

                              Attorneys for Plaintiff
                              ELANTECH DEVICES CORP.

---

1

NOTICE OF MANUAL FILING                              CASE NO. 06-CV-01839 CRB