1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sbedruine@akingump.com)
2  S.H. Michael Kim (SBN 203491) (mkim@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, California  94306
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6
   Attorneys for Plaintiff and Counterdefendant
7  ELANTECH DEVICES CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12 ELANTECH DEVICES CORPORATION,  )  Case No. 5:06-CV-01839 PVT
                                  )
13          Plaintiff,             )  **ELANTECH'S ADMINISTRATIVE**
                                  )  **MOTION TO FILE PAPERS IN SUPPORT**
14     v.                          )  **OF ITS OPPOSITION TO SYNAPTICS'**
                                  )  **MOTION TO COMPEL UNDER SEAL;**
15 SYNAPTICS, INC., AVERATEC, INC.,)  **SUPPORTING DECLARATION OF**
   and PROSTAR COMPUTER, INC.,     )  **ELIZABETH H. RADER**
16                                 )
           Defendants.              )  **Date:**     August 12, 2008
17                                 )  **Time:**     10:00 a.m.
                                  )  **Judge:**    Patricia V. Trumbull
18                                 )  **Court:**    5, 4th Floor
   _____ )
19                                 )
                                  )
20 AND RELATED COUNTERCLAIMS      )
   _____ )
21

22

23

24

25

26

27

28

ELANTECH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;           CASE NO. 5:06-CV-01839 PVT
DECLARATION OF ELIZABETH H. RADER

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Elantech Devices Corporation ("Elantech") hereby requests leave of Court to file under seal the following document which has been lodged with the Clerk:

    1.    Exhibit A to Declaration of I-Hau Yeh in Support of Elantech's Opposition to Synaptics' Motion to Compel.

Dated: July 22, 2008

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
        Elizabeth H. Rader

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORP.

# DECLARATION OF ELIZABETH H. RADER

I, Elizabeth H. Rader, declare as follows:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Plaintiff Elantech Devices Corporation ("Elantech") in this matter. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. Elantech seeks to file under seal Exhibit A to Declaration of I-Hau Yeh in Suppport of Elantech's Opposition to Synaptics' Motion to Compel.

The above-referenced document refers to information designated CONFIDENTIAL or CONFIDENTIAL –ATTORNEYS' EYES ONLY by Elantech Corporation. In accordance with Civil Rule 79-5(b), Elantech files and serves this Administrative Motion for a sealing order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22th day of July, 2008 at Palo Alto, California.

                                              /s/
                                  Elizabeth H. Rader

1  Yitai Hu (SBN 248085)(yhu@akingump.com)
   Sean P. DeBruine (SBN 168071)(SDEBRUINE@AKINGUMP.COM)
2  S. H. Michael Kim (SBN 203491) mkim@akingump.com
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  3000 El Camino Real
   Two Palo Alto Square, Suite 400
4  Palo Alto, California 94306
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11
   ELANTECH DEVICES CORP.,              Case No. 3:06-CV-01839 PVT
12
              Plaintiff,                **[PROPOSED] ORDER GRANTING
13                                      ELANTECH'S ADMINISTRATIVE
        vs.                             MOTION TO FILE EXHIBIT A TO
14                                      DECLARATION OF I-HAU YEH IN
   SYNAPTICS, INC. and AVERATEC, INC.,  SUPPORT OF ELANTECH'S OPPOSITION
15                                      TO SYNAPTICS' MOTION TO COMPEL
              Defendants.               UNDER SEAL.**
16

17

18

19

20

21

22

23

24

25

26

27

28

1  The Court has received Plaintiff Elantech Devices Corp.'s Administrative Motion to File Exhibit
2  A to Declaration of I-Hau Yeh in Opposition to Synaptics' Motion to Compel Under Seal. Good cause
3  appearing, the motion is GRANTED.
4  It is hereby ORDERED that the following documents are to be filed under seal:
5  Ex. A to Declaration of I-Hau Yeh in Opposition to Synaptics' Motion to Compel.
6
7  IT IS SO ORDERED.
8
9
10  Dated: July ___, 2008
11  _____
   HONORABLE PATRICIA V. TRUMBULL
   UNITED STATES MAGISTRATE JUDGE