| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | LAURA R. MASON (CA SBN 252251) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California  94304-1018 |
| 4 | Telephone: 650-813-5600 |
| | Facsimile: 650-494-0792 |
| 5 | KKramer@mofo.com |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
| Plaintiff, | **DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF SYNAPTICS, INC'S MOTION TO COMPEL THE DEPOSITION OF I-HAU YEH** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date:     August 12, 2008<br>Time:     10:00 a.m.<br>Judge:    Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

YAWGER DECL IN SUPPORT OF SYNAPTICS' MOTION TO COMPEL YEH DEPOSITION
CASE NO. C06-01839 PVT

pa-1272506

1. I am a member of the bar of the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of a page from the California Secretary of State Website, http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2403206&printer=yes (last visited July 28, 2008), which displays the corporate information for Elan Information Technology Group.

3. Attached as Exhibit B is a true and correct copy of a page on Elantech's website, http://www.elantech.com.tw/003/about.aspx (last visited July 28, 2008), which lists I.H. Yeh as Elantech's President.

4. Attached as Exhibit C is a true and correct copy of Defendant Synaptics, Inc.'s Notice of Rule 30(b)(6) Deposition of Plaintiff Elantech Corporation, which was served on Elantech on May 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on July 29, 2008, in Palo Alto, California.

Erika L. Yawger

YAWGER DECL ISO SYNAPTICS' MOTION TO COMPEL YEH DEPOSITION
CASE NO. C06-01839 PVT
pa-1272506

1

# EXHIBIT A



**California Business Portal**
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUL 18, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| ELAN INFORMATION TECHNOLOGY GROUP |||
| **Number:** C2403206 | **Date Filed:** 1/11/2002 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 20751 RUSSELL LN |||
| SARATOGA, CA 95070 |||
| Agent for Service of Process |||
| YUEH-O YU |||
| 20751 RUSSELL LN |||
| SARATOGA, CA 95070 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT B

::: 義發科技股份有限公司 :::




About Us

Home > About us > Our Philosophy

## Our Philosophy

"One by one". That's my guarantee.



**"Manufacturing" is the basic communication among human beings.**

As a manufacturer, we need to have a confidence on our products which we are making of, a mind set that to know what is our customer's demand to satisfy; who are the customers of us, when, where and how the customer enjoys our solution.

Our target is to let our customers believe why the good is OK because it is made of ELANTECH.

"One" represents working process one by one, task itself one by one, action one by one. In the meantime, "One" represents our final product, which a customer tastes ELANTECH's quality level. Therefore, "One by one" represents a performance of every aspect of our work to satisfy customer's expectation.

**Our Philosphy**
**Milestone**
**Our location**

::: 義發科技股份有限公司 :::

**Our mission=contribution is to create new value to our society by:**

[MISSION]
- Inventing cool technologies which would be necessary in the future society
- Developing products and solution which is wonderfully easy to use.
- Providing pleasant experiences to our customers by our products and solutions.

**Elantech want to become a "brand" which provides following values:**

[VISION]
- Products/solutions with brilliant design with good functionality.
- Products/solutions with most advanced technology but friendly to use.
- Products/solutions with high quality, durability and reliability.

[VALUE]
- Be sincere to any stakeholder in our society.
- Be responsible to your own mission then never give up until achieve it.
- Be challengeable to make you something different from yesterday for your customer, we call it as "Can-Do Attitude".
- Be an Elantech team member to achieve our shared targets.

| | |
|---|---|
| President | I.H.Yeh |
| Established | September 18, 2003 |
| Capital Stock | NTD 149,725,500 |
| Employee | 120 |
| Locations | 4F,780 Jung-Jeng Rd. Chung Ho City, TaipeiHsien, Taiwan, R.O.C. (Office & Factory) |
| Products | Pointing Stick, Touch Pad |

Copyright 2006 © ELANTECH. All Rights Reserved.
Designed By ERSOFT.

# EXHIBIT C

1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6
   Attorneys for Defendant and Counterclaimant
7  SYNAPTICS, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a       | Case No.   C06-01839 CRB
   | corporation existing under the laws of Taiwan, |
13 | R.O.C.,                                | DEFENDANT SYNAPTICS,
   |                                        | INC.'S NOTICE OF RULE
14 |        Plaintiff,                      | 30(B)(6) DEPOSITION OF
   |                                        | PLAINTIFF ELANTECH
15 |        v.                              | DEVICES CORPORATION
   |                                        |
16 | SYNAPTICS, INC., a Delaware corporation; |
   | AVERATEC, INC., a California corporation; and |
17 | PROSTAR COMPUTER, INC., a California   |
   | corporation,                           |
18 |                                        |
   |        Defendants.                     |
19 |                                        |
20 | AND RELATED COUNTERCLAIMS              |

21

22  **TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:**

23         PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

24  Procedure, Synaptics, Inc. ("Synaptics"), by and through its counsel Morrison & Foerster LLP,

25  will take the deposition upon oral examination of Elantech Devices Corp. ("Elantech"), on

26  July 18, 2008 commencing at 9:30 a.m., at the offices of Morrison & Foerster LLP, 755 Page Mill

27  Road, Palo Alto, CA 94304-1018. The deposition will be recorded by stenographic recording

28  (which may include recording the testimony through the instant visual display of the testimony)

SYNAPTICS' NOTICE OF RULE 30(b)(6) DEPOSITION
CASE NO. C06-01839-CRB                                                            1
pa-1258815

1  and by videotape recording, and will be taken before a notary public authorized to administer
2  oaths in the State of California, and will continue from day to day, Saturdays, Sundays and
3  holidays excepted, until completed.
4        Pursuant to Rule 30(b)(6), Elantech shall designate one or more officers, directors, or
5  managing agents, or other persons to testify on its behalf regarding each of the following subjects:
6        1.    Operation of any product employing a touch sensor that was designed, developed,
7  manufactured, or sold by Elantech since September 18, 2003 ("Elantech Touchpad Products").
8        2.    All documents describing the structure or operation of any product employing a
9  touch sensor that was designed, developed, manufactured, or sold by Elantech, including TP3,
10  KTP2, KTP3, or KTP5 series touchpad devices.
11        3.    The conception, design, and development of Elantech Touchpad Products,
12  including all revisions and versions.
13        4.    All facts relating to the development and release of Elantech's firmware and driver
14  code.
15        5.    The structure, features, functionality and operation of all Elantech Touchpad
16  Products, including all versions of TP3, KTP2, KTP3, or KTP5 series touchpad devices designed,
17  manufactured, or sold by Elantech.
18        6.    All versions of firmware, assemblers, listing files, or any other instructions, that
19  control the operation of any Elantech Touchpad Product, including TP3, KTP2, KTP3, or KTP5
20  series touchpad devices.
21        7.    Any revisions of any firmware, or any other instructions, that control the operation
22  of any of the Elantech Touchpad Products.
23        8.    Communications with any person or party regarding United States Patent Nos.
24  5,543,591, 5,880,411, 5,943,052, and 6,380,931 ("the Synaptics Patents").
25        9.    Elantech's first awareness of each of the Synaptics Patents.
26        10.    Actions taken by Elantech when it became aware of the Synaptics Patents,
27  including any changes to the design of any Elantech Touchpad Products as a result of its
28  awareness of the Synaptics Patents, any analysis or review of the Synaptics Patents, and any

conclusions reached with respect to the Synaptics Patents by any agent, employee, or executive of Elantech.

11. Elantech's policies, procedures and guidelines for marking the patent number of any patent owned by, assigned to or licensed to Elantech on any Elantech Touchpad Products or any of Elantech's licensees.

12. All efforts to mark the '352 Patent number on Elantech Touchpad Products or products of any of Elantech's licensees.

13. The meaning and relevance of documents produced by Elantech in response to Synaptics' Interrogatory No. 5.

14. All facts relevant to any alleged commercial success of the invention or inventions claimed in the '352 Patent.

15. All facts relevant to any other secondary considerations, including any alleged industry acceptance, alleged copying by others, and/or alleged long-felt need of any of the inventions claimed or described in the '352 Patent.

16. The structure, features, and functionality of the Elantech Touchpad Products designed, manufactured, or sold by Elantech.

17. The process by which Elantech Touchpad Products are sold and/or reach the market.

18. All efforts to license the '352 Patent to others, including any discussions, communications, or efforts arising out of litigation or threatened litigation.

19. The sale, offer for sale, and/or use of any products, including the Elantech Touchpad Products, that incorporate any invention claimed in the '352 Patent.

20. The first sale, offer for sale, disclosure, demonstration and/or use of any products, including the Elantech Touchpad Products, that incorporates any invention claimed in the '352 Patent.

21. Elantech's practices, policies, and procedures relating to the disclosure of confidential information to its customers.

22. All communications and agreements with any company related to the technology described in the '352 Patent.

23. Communications concerning the Elantech's Touchpad Products, Synaptics, or the Synaptics Patents between any representative of Elantech and any customer or prospective customer, including, *but not limited to*, Prostar Computer, Averatec, Dell, International Business Machines, Hewlett-Packard, Gateway, Apple, Ultra Source Technology Corp., Yosun Industrial Co., Ltd., Elofa Technology Co. Ltd., Addict PC, ASI, ASUSTeK Computer Inc., Micro-Star International, Overam Computing, Quandra, and Wearnes.

24. Communications with Cirque Corporation.

25. Communications with Stratos Product Development Group.

26. Communications with Synaptics.

27. Any communication with any third party regarding Synaptics' alleged infringement of the '352 Patent.

28. All licenses to the '352 Patent.

29. Any documents, communications, agreements, and facts relating to Elantech's licensing of the '352 Patent from Logitech, Inc.

30. Communications with, or attempts to contact, the inventors of the '352 Patent, including Stephen J. Bisset and Bernard Kasser.

31. Any information about the inventors of the '352 Patent.

32. All prior art to the '352 Patent of which Elantech is aware.

33. The organizational structure of Elantech, including but not limited to its directors, the identity and duties of its officers, its business model, and identity of and its relationship to any parent, sister, subsidiary, and/or other affiliated entity.

34. Elantech's record keeping practice, including both electronic and paper records, including but not limited to the identity of those involved in the design of Elantech Touchpad Products, their duties, and the identity of records relating to the design of Elantech Touchpad Products.

35. Document and information storage systems at Elantech.

1    36.    The organization structure of, and individuals within, the division(s) or department(s) at Elantech involved in the design, development, testing, marketing, sale, lease, importation, and exportation of any Elantech Touchpad Product.

37.    Distribution and sales channels for Elantech Touchpad Products.

38.    Instruction, training, services, or consulting offered or provided by Elantech to its customers in connection with their implementation, optimization, and use of Elantech Touchpad Products, including any documentation promoting or offering such services, as well as the feedback or response provided by any such customer.

39.    Elantech's defenses to Synaptics' allegations of willful infringement of the Synaptics Patents.

40.    The documents produced by Elantech in this litigation.

41.    Elantech's responses to Synaptics' Interrogatories 1-8.

42.    Elantech's attendance and/or participation in conferences in the United States.

43.    Demonstrations or exhibitions of Elantech's touchpads in the United States, including but not limited to demonstrations for potential customers, participation in conferences or trade shows, or meetings in the United States in which Elantech's touchpads were used.

44.    The Multi Fingers Smart Pad.

45.    Elantech's participation in the Consumer Electronics Show, held January 7-10, 2008, in Las Vegas, NV, and in any other Consumer Electronics Show or trade show.

46.    Market analysis and industry research concerning touchpad devices.

47.    All product literature and/or instructions to users or purchasers of Elantech Touchpad Products.

48.    Any evaluations of, or opinions concerning, the Synaptics Patents.

49.    Facts concerning demand for multiple finger detection capability in the Elantech Touchpad Products, including TP3, KTP2, KTP3, or KTP5 series touchpad devices.

50.    The date on which Elantech or any of its predecessors in interest provided notice to Synaptics of infringement of any claim of the '352 patent.

1   51.   Any and all facts relating to the demand for Synaptics' touchpads and any causal connection between that demand and the code functions or operations contained in the Type 2 code that was enabled to detect multiple fingers on the touchpad.

Dated: May 30, 2008

KARL J. KRAMER
ERIKA L. YAWGER
LAURA MASON
MORRISON & FOERSTER LLP

By: _____
Erika L. Yawger
Email: EYawger@mofo.com

Attorneys for Defendant and
Counterclaimant SYNAPTICS, INC.

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

**DEFENDANT SYNAPTICS, INC.'S NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF ELANTECH DEVICES CORPORATION**

[x] **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is (they are) placed at Morrison & Foerster LLP for collection.

[ ] **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP for collection.

Yitai Hu  
Sean P. DeBruine  
Akin Gump Strauss Hauer & Feld LLP  
2 Palo Alto Square, Suite 400  
3000 El Camino Real  
Palo Alto, Ca 94306  
Tele: (650) 838-2121  
Fax: (650) 838-2001  
Email: sdebruine@akingump.com  
yhu@akingump.com  
COUNSEL FOR PLAINTIFF  
ELANTECH DEVICES  
CORPORATION

_____ Fax  
_____ U.S. Mail  
__X__ Overnight  
_____ Personal  
_____ E-mail **(courtesy copy)**

Karen H. Bromberg  
Damir Cefo  
Cohen & Gresser LLP  
100 Park Avenue, 23rd Floor  
New York, NY 10017  
Tele: (212) 957-7604  
Fax: (212) 957-4514  
Email: kbromberg@cohengresser.com  
dcefo@cohengresser.com  
COUNSEL FOR DEFENDANT  
AVERATEC, INC.

\_\_\_\_\_ Fax  
\_\_\_\_\_ U.S. Mail  
__X__ Overnight  
\_\_\_\_\_ Personal  
\_\_\_\_\_ E-mail **(courtesy copy)**

Scott R. Raber  
Kastner Banchero LLP  
20 California Street, 7th Floor  
San Francisco, CA 94111  
Tele: (415) 398-7000  
Fax: (415) 616-7000  
Email: srr@kastnerbanchero.com  
COUNSEL FOR DEFENDANT  
AVERATEC, INC.

\_\_\_\_\_ Fax  
\_\_\_\_\_ U.S. Mail  
__X__ Overnight  
\_\_\_\_\_ Personal  
\_\_\_\_\_ E-mail **(courtesy copy)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California on May 30, 2008.

| Andrea M. Vickery | *Andrea M. Vickery* |
|---|---|
| (typed) | (signature) |

SYNAPTICS' NOTICE OF RULE 30(b)(6) DEPOSITION  
CASE NO. C06-01839-CRB  
pa-1258815

8