1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
   Richard Chae (SBN 224610) (richard.chae@alston.com)
3  ALSTON+BIRD LLP
   3000 El Camino Real, Suite 400
4  Palo Alto, California  94306
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6
   Attorneys for Plaintiff and Counter Defendant
7  ELANTECH DEVICES CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 ELANTECH DEVICES CORP.           )  Case No. CV 06 1839 PVT
                                    )
13         Plaintiff,               )  **NOTICE OF CHANGE OF AFFILIATION**
                                    )  **OF COUNSEL**
14    vs.                           )
                                    )
15 SYNAPTICS INCORPORATED,          )
                                    )
16         Defendant.               )
                                    )
17                                  )
   _____  )
18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of August 1, 2008, Yitai Hu, Sean P. DeBruine, S.H Michael Kim and Richard Chae, counsel for plaintiff are no longer affiliated with the law firm of Akin Gump Strauss Hauer and Feld, LLP.  Counsels are now affiliated with the law firm of Alston + Bird LLP.   Counsel's new contact information is as follows:

Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
Richard Chae (SBN 224610) (richard.chae@alston.com)
ALSTON+BIRD LLP
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:     650-838-2000
Facsimile:      650-838-2001

Please update your records accordingly.

Dated:  August 1, 2008                    ALSTON+BIRD  LLP

By:_____/s/_____
         Sean P. DeBruine

Attorneys For Plaintiff
ELANTECH DEVICES CORPORATION