1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELANTECH DEVICES CORPORATION,

Plaintiff,

v.

SYNAPTICS, INC., et al.,

Defendants.

Case No.: C 06-1839 PVT

**ORDER TO SHOW CAUSE WHY
EXHIBIT A TO THE DECLARATION
OF I-HAU YEH SHOULD NOT BE
FILED IN THE PUBLIC COURT FILE**

On July 22, 2008, Plaintiff Elantech Devices Corporation ("Elantech") filed a Miscellaneous Administrative Request to File Document Under Seal. Based on the request submitted and the file herein,

IT IS HEREBY ORDERED that, no later than August 14, 2008, Elantech shall file a declaration showing cause, if any, why Exhibit A to the Declaration of I-Hau Yeh (Docket No. 386) should not be filed in the public court file. As the party who designated the document confidential, it was incumbent on Elantech to file along with its request a declaration establishing that Exhibit A was sealable. *See* Civil L.R. 79-5(b)(1). The only reason proffered in the Declaration of Elizabeth H. Radar which accompanies Elantech's request is that the document refers to information designated confidential by Elantech. However, Local Rule 79-5(a) provides, in relevant part:

"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law, (hereinafter referred to as "sealable.") The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). *A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of*

1    ***documents under seal***."  (Emphasis added.)

2         In order to warrant an order sealing a document, the requesting party must file a declaration

3    by a competent witness setting forth specific facts demonstrating that sealing is warranted under

4    Rule 26(c) of the Federal Rules of Civil Procedure.  "Broad allegations of harm, however,

5    unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test."

6    *Beckman Indus., Inc. v. International Ins. Co.,* 966 F.2d 470, 476 (9th Cir. 1992).

7    Dated: *8/7/08*

8                                              _____
                                              PATRICIA V. TRUMBULL
9                                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28