1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
   Richard Chae (SBN 224610) (richard.chae@alston.com)
3  ALSTON + BIRD LLP
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:       650-838-2001
6

7  Attorneys for Plaintiff and Counterdefendant
   ELANTECH DEVICES CORPORATION
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  ELANTECH DEVICES CORPORATION,  )   Case No. 5:06-cv-01839-PVT
                                    )
13              Plaintiff,          )   **RESPONSE TO ORDER TO SHOW CAUSE**
                                    )   **WHY EXHIBIT A TO THE DECLARATION**
14         v.                       )   **OF I-HAU YEH SHOULD NOT BE FILED**
                                    )   **IN THE PUBLIC COURT FILE**
15  SYNAPTICS, INC. and AVERATEC, INC.,)
                                    )
16              Defendants.         )
                                    )
17  _____)

18

19         Plaintiff Elantech Devices Corporation ("Elantech") hereby responds to the August 8, 2008

20  Order to Show Cause Why Exhibit A to the Declaration of I-Hau Yeh Should Not be Filed in the Public

21  Court File.

22         Exhibit A to the July 22, 2008 Declaraion of I-Hau Yeh in Support of Elantech's Opposition to

23  Synaptics' Motion to Compel ("Yeh Decl."), dkt no. 386, is an agreement between Elantech and

24  defendant Synaptics, Inc. ("Synaptics").   By its terms Elantech is required to maintain the agreement in

25  confidence.  *See* Yeh Decl., Ex. A.  To comply with its contractual obligation, Elantech moved to file

26  that agreement under seal.  Dkt. No. 388.  After further discussion, Elantech and Synaptics now agree

27  that the agreement may be filed in the Court's public file.

28

RESPONSE TO ORDER TO SHOW CAUSE                                          Case No. 5:06-cv-01839-PVT

1        For these reasons, Elantech withdraws its July 22, 2008 Administrative Motion for Leave to File

2    Under Seal.

3

4                                Respectfully submitted,

5    Dated:  August 14, 2008        ALSTON + BIRD LLP

6

7                            By:_____/s/_____
                                   Sean P. DeBruine

8                            Attorneys for Plaintiff and Counterdefendant

9                            ELANTECH DEVICES CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2