| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | LAURA R. MASON (CA SBN 252251) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California  94304-1018 |
| 4 | Telephone: 650-813-5600 |
| | Facsimile: 650-494-0792 |
| 5 | KKramer@mofo.com |

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
| Plaintiff, | **DEFENDANT SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND SUPPORTING DECLARATION OF ERIKA L. YAWGER** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Date:      September 23, 2008 |
| Defendants. | Time:      10:00 a.m. |
| | Judge:     Hon. Patricia V. Trumbull |
| | Location: Courtroom 5, 4th Floor |
| AND RELATED COUNTERCLAIMS | |

1       Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11,
2 and 79-5, Defendant Synaptics, Inc. ("Synaptics") hereby requests permission to file under seal
3 the following documents:

4       1.      Portions of Synaptics, Inc.'s Motion to Strike the Declaration of Jia-Yih Lee in
5 Support of Elantech's Opposition to Synaptics' Motion for Preliminary Injunction ("Motion to
6 Strike");

7       2.      Exhibit A to the Declaration of Erika L. Yawger in Support of Synaptics'
8 Motion to Strike.

9       On August 6-8, 2008, Synaptics deposed Elan Microelectronics employee, Jia-Yih Lee.
10 The deposition was designated "Confidential," at least in part due to the fact that Elantech's
11 firmware source code[1] was discussed at various times throughout the course of the deposition.
12 Because Synaptics' Motion to Strike references and attaches excerpts from Mr. Lee's
13 deposition, Synaptics requests permission to file these documents under seal to fulfill its
14 obligations under to the protective order.

15 Dated: August 15, 2008           KARL J. KRAMER
                                        ERIKA L. YAWGER
16                                        LAURA R. MASON
17                                        MORRISON & FOERSTER LLP

18
19                        By:    /s/ Erika L. Yawger
                                Erika L. Yawger
20                                 Email: EYawger@mofo.com

21                        Attorneys for Defendant and
                       Counterclaimant SYNAPTICS, INC.

22
23
24
25
26
27 [1] Elantech produced its source code with a "Highly Confidential – Attorney's Eyes Only" designation pursuant to the terms of the Amended Stipulated Protective Order [Docket No. 55].
28

SYNAPTICS, INC.'S MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839-PVT                                                                                                           2
pa-1275799

### SUPPORTING DECLARATION OF ERIKA L. YAWGER

I, Erika L. Yawger, declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Synaptics seeks to file under seal the following documents:

   a. Portions of Synaptics, Inc.'s Motion to Strike the Declaration of Jia-Yih Lee in Support of Elantech's Opposition to Synaptics' Motion for Preliminary Injunction ("Motion to Strike");

   b. Exhibit A to the Declaration of Erika L. Yawger in Support of Synaptics' Motion to Strike.

3. On August 6-8, 2008, Synaptics deposed Elan Microelectronics employee, Jia-Yih Lee. The deposition was designated "Confidential," at least in part due to the fact that Elantech's firmware source code was discussed at various times throughout the course of the deposition. Because Synaptics' Motion to Strike references and attaches excerpts from Mr. Lee's deposition, Synaptics requests permission to file these documents under seal to fulfill its obligations under to the protective order.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 15, 2008, in Palo Alto, California.

By:   s/Erika L. Yawger
      Erika L. Yawger

SYNAPTICS, INC.'S MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839-PVT
pa-1275799

3

1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SYNAPTICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:       September 23, 2008<br>Time:       10:00 a.m.<br>Judge:      Patricia V. Trumbull<br>Location:   Courtroom 5, 4th Floor |

1     This matter comes before the Court on an administrative motion to file under seal
2 portions of Synaptics, Inc.'s Motion to Strike the Declaration of Jia-Yih Lee in Support
3 of Elantech's Opposition to Synaptics' Motion for Preliminary Injunction ("Motion to
4 Strike") and Exhibit A to the Declaration of Erika L. Yawger in Support of Synaptics,
5 Inc.'s Motion to Strike.  Having considered Synaptics' request, as well as the pleadings
6 and materials lodged and filed in this matter, the Court finds that there is GOOD CAUSE
7 APPEARING for portions of the Motion to Strike and Exhibit A of the Yawger
8 Declaration to be filed under seal.  Plaintiff's administrative motion to file portions of the
9 Motion to Strike and to file Exhibit A of the Yawger Declaration under seal is hereby
10 GRANTED.
11     IT IS SO ORDERED.
12 Dated: _____
13
14                                                      _____
                                                        PATRICIA V. TRUMBULL
                                                        United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING SYNAPTICS, INC.'S MAR TO FILE DOCUMENTS UNDER SEAL
CASE NO. C06-01839-PVT
pa-1276385

2