KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, <br><br> Defendants. | Case No.   C06-01839 PVT <br><br> **DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF DEFENDANT SYNAPTICS, INC.'S MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE** <br><br> Date:     September 23, 2008 <br> Time:    10:00 a.m. <br> Judge:   Hon. Patricia V. Trumbull <br> Location: Courtroom 5, 4th Floor |
| AND RELATED COUNTERCLAIMS | |

I, Erika L. Yawger, declare as follows:

1. I am a member of the bar of the State of California, and I am admitted before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

1      2.    On August 6-8, 2008 Jia-Yih Lee was deposed. Attached as Exhibit A are true and correct copies of excerpts from the confidential certified transcript of Mr. Lee's deposition.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 15, 2008, in Palo Alto, California.

By:   /s/Erika L. Yawger
       Erika L. Yawger
       Email: EYawger@mofo.com

YAWGER DECL. I/S/O SYNAPTICS, INC.'S MOTION TO STRIKE
CASE NO. C06-01839-PVT
pa-1276365

2

1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
|---|---|
| | **MANUAL FILING NOTIFICATION:** |
| Plaintiff, | |
| | **EXHIBIT A TO THE DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF DEFENDANT SYNAPTICS, INC.'S MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| | Date:     September 23, 2008 |
| | Time:     10:00 a.m. |
| Defendants. | Judge:    Hon. Patricia V. Trumbull |
| | Location: Courtroom 5, 4th Floor |
| AND RELATED COUNTERCLAIMS | |

MANUAL FILING NOTIFICATION
CASE NO. C06-01839 PVT
pa-1276714

**REGARDING MANUAL FILING NOTIFICATION OF EXHIBIT A TO THE DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF DEFENDANT SYNAPTICS, INC.'S MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

x___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: August 15, 2008        KARL J. KRAMER
                              ERIKA L. YAWGER
                              LAURA R. MASON
                              MORRISON & FOERSTER LLP

                              By:   /s/Erika L. Yawger
                                    Erika L. Yawger
                                    E-Mail: EYawger@mofo.com

                              Attorneys for Defendant and Counterclaimant
                              SYNAPTICS, INC.

MANUAL FILING NOTIFICATION
CASE NO. C06-01839 PVT
pa-1276714

1