| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | LAURA R. MASON (CA SBN 252251) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California  94304-1018 |
| 4 | Telephone: (650) 813-5600 |
| | Facsimile: (650) 494-0792 |
| 5 | KKramer@mofo.com |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | Date:     September 23, 2008 |
| | Time:     10:00 a.m. |
| v. | Judge:    Hon. Patricia V. Trumbull |
| | Location:  Courtroom 5, 4th Floor |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

   I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

   I further declare that on the date hereof, I served a copy of:

**DEFENDANT SYNAPTICS, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE IN SUPPORT OF ELANTECH'S OPPOSITION TO SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT A TO THE DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF DEFENDANT SYNAPTICS, INC.'S MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE**

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☒ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

| | |
|---|---|
| Yitai Hu | ____ Fax |
| Sean P. DeBruine | ____ U.S. Mail |
| S.H. Michael Kim | ____ Overnight |
| Richard Chae | __X__ Personal |
| ALSTON+BIRD LLP | ____ E-mail **(courtesy copy)** |
| 3000 El Camino Real, Suite 400 | |
| Palo Alto, CA 94306 | |
| Tele: (650) 838-2000 | |
| Fax: (650) 838-2001 | |
| Email: yitai.hu@alston.com | |
| sean.debruine@alston.com | |
| michael.kim@alston.com | |
| richard.chae@alston.com | |
| COUNSEL FOR PLAINTIFF ELANTECH DEVICES CORPORATION | |

CERTIFICATE OF SERVICE
CASE NO. C06-01839 CRB
pa-1081293

2

| | |
|---|---|
| Karen H. Bromberg<br>Damir Cefo<br>COHEN & GRESSER LLP<br>100 Park Avenue, 23rd Floor<br>New York, NY 10017<br>Tele: (212) 957-7604<br>Fax: (212) 957-4514<br>Email: kbromberg@cohengresser.com<br>dcefo@cohengresser.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC. | \_\_\_\_\_ Fax<br>\_\_\_\_\_ U.S. Mail<br>__X__ Overnight<br>\_\_\_\_\_ Personal<br>\_\_\_\_\_ E-mail **(courtesy copy)** |
| Scott R. Raber<br>KASTNER BANCHERO LLP<br>20 California Street, 7th Floor<br>San Francisco, CA 94111<br>Tele: (415) 398-7000<br>Fax: (415) 616-7000<br>Email: srr@kastnerbanchero.com<br>COUNSEL FOR DEFENDANT<br>AVERATEC, INC. | \_\_\_\_\_ Fax<br>\_\_\_\_\_ U.S. Mail<br>__X__ Overnight<br>\_\_\_\_\_ Personal<br>\_\_\_\_\_ E-mail **(courtesy copy)** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Palo Alto, California on August 15, 2008.

| Sandra K. Devol | s/Sandra K. Devol |
|---|---|
| (typed) | (signature) |

I, Erika L. Yawger, am the ECF User whose ID and password are being used to file this **CERTIFICATE OF SERVICE.** In compliance with General Order 45, X.B., I hereby attest that Sandra K. Devol has concurred in this filing.

Dated: August 15, 2008    MORRISON & FOERSTER LLP

By:   /s/Erika L. Yawger
      Erika L. Yawger
      Email: EYawger@mofo.com