KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>     Plaintiff,<br><br>     v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>     Defendants. | Case No.   C06-01839 PVT<br><br>**DECLARATION OF FRANCIS F. LEE IN SUPPORT OF DEFENDANT SYNAPTICS, INC.'S MOTION FOR A PROTECTIVE ORDER**<br><br>Date:     September 9, 2008<br>Time:     10:00 a.m.<br>Judge:    Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |
| AND RELATED COUNTERCLAIMS | |

I, Francis F. Lee, declare as follows:

1.  I am the President and Chief Executive Officer of Defendant Synaptics, Inc. ("Synaptics"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.  It would be incredibly disruptive to Synaptics' business if I am forced to appear for the deposition that Elantech Devices Corporation ("Elantech") has noticed for September 8,

LEE DECL. I/S/O SYNAPTICS, INC.'S MOTION FOR PROTECTIVE ORDER
CASE NO. C06-01839-PVT
pa-1276963

1

1  2008. I have a business trip to Asia planned for September 3, 2008 through September 12, 2008.
2  Elantech's noticed date falls directly in the middle of that trip.

3      3.    Although I will be in the country the week of September 15-19, 2008, my schedule
4  for that week is already heavily booked with meetings and appointments.

5      4.    I leave the country again the following Monday, September 22, and will not return
6  until October 12, 2008. I will then have to devote substantial time preparing for a shareholder
7  meeting on October 21, 2008 and an earnings call on October 23, 2008.

8      I declare under penalty of perjury under the laws of the United States of America that, to
9  the best of my knowledge, the foregoing is true and correct.

10  Executed on August 18, 2008, in Santa Clara, California.

11  By: _____
      Francis F. Lee