1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a        | Case No.   C06-01839 PVT
   | corporation existing under the laws of Taiwan, |
13 | R.O.C.,                                 | **STIPULATED REQUEST AND
   |                                         | [PROPOSED] ORDER
14 |         Plaintiff,                      | SHORTENING TIME FOR
   |                                         | BRIEFING AND HEARING ON
15 |         v.                              | SYNAPTICS, INC.'S MOTION
   |                                         | FOR PROTECTIVE ORDER**
16 | SYNAPTICS, INC., a Delaware corporation; |
   | AVERATEC, INC., a California corporation; and | Judge:   Hon. Patricia V. Trumbull
17 | PROSTAR COMPUTER, INC., a California    | Location: Courtroom 5, 4th Floor
   | corporation,                            |
18 |                                         |
   |         Defendants.                     |
19 |                                         |
20 | AND RELATED COUNTERCLAIMS               |

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER SHORTENING TIME
CASE NO. C06-01839-PVT                                                                    1
pa-1276404

Pursuant to Civil Local Rule 6-2, and subject to the Court's approval, Plaintiff Elantech Devices Corp. ("Elantech") and Defendant Synaptics, Inc. ("Synaptics") by and through their respective attorneys, hereby stipulate that:

1.  This Stipulated Request for Order Shortening Time should be granted so that the Court can consider Defendant's underlying Motion for Protective Order on an expedited basis.

2.  Synaptics shall file and serve its Motion for Protective Order on or before August 19, 2008.

3.  Elantech shall file and serve its brief opposing Synaptics' Motion for Protective Order on or before August 22, 2008.

4.  Synaptics shall file and serve any reply to Elantech's opposition on or before August 27, 2008.

5.  The hearing will take place on September 9, 2008 at 10:00 a.m.

Dated:  August 19, 2008

KARL J. KRAMER
ERIKA L. YAWGER
LAURA R. MASON
MORRISON & FOERSTER LLP

By:  s/Erika L. Yawger
     Erika L. Yawger
     Email:  EYawger@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

Dated:  August 19, 2008

YITAI HU
SEAN P. DeBRUINE
ALSTON + BIRD LLP

By:  s/Sean P. DeBruine
     Sean P. DeBruine
     Email:  sean.debruine@alston.com

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

STIPULATED REQUEST FOR ORDER SHORTENING TIME
CASE NO. C06-01839-PVT
pa-1276404

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

I, Erika L. Yawger, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON SYNAPTICS, INC.'S MOTION FOR PROTECTIVE ORDER. In compliance with General Order 45, X.B., I hereby attest that SEAN P. DEBRUINE has concurred in this filing.

Dated: August 19, 2008          MORRISON & FOERSTER LLP

By: s/Erika L. Yawger
     Erika L. Yawger
     Email: EYawger@mofo.com

     Attorneys for Defendant and Counterclaimant
     SYNAPTICS, INC.


| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| | ERIKA L. YAWGER (CA SBN 234919) |
| 2 | LAURA R. MASON (CA SBN 252251) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California  94304-1018 |
| 4 | Telephone: 650-813-5600 |
| | Facsimile: 650-494-0792 |
| 5 | KKramer@mofo.com |
| 6 | Attorneys for Defendant and Counterclaimant |
| | SYNAPTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.   C06-01839 PVT |
| Plaintiff, | **DECLARATION OF ERIKA L. YAWGER IN SUPPORT OF STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON SYNAPTICS, INC.'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Judge:    Hon. Patricia V. Trumbull |
| | Location: Courtroom 5, 4th Floor |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

YAWGER DECL. I/S/O STIPULATED REQUEST FOR ORDER SHORTENING TIME
CASE NO. C06-01839-PVT
pa-1277281

1

1    I, Erika L. Yawger, declare as follows:

2    1.    I am a member of the bar of the State of California, and I am admitted before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Synaptics, Inc. ("Synaptics") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

3    2.    On August 15, 2008, I spoke with Sean DeBruine, counsel for Elantech, by telephone. I apprised Mr. DeBruine of Synaptics' plan to seek a protective order concerning the noticed deposition of Francis Lee, Synaptics' CEO and President. Mr. DeBruine agreed that Synaptics' Motion for Protective Order should be heard on an expedited basis and we agreed upon the schedule set forth in the accompanying Stipulated Request for Order Shortening Time.

4    3.    The reason for this Stipulated Request is that, unless the Motion for Protective Order is briefed and heard on an expedited basis, it will not be heard until after the noticed deposition of Francis Lee.

5    4.    There have been at least sixteen time modifications in this case, none of which relate directly to this motion. (*See* Docket Entries 16, 27, 46, 57, 85, 110, 136, 164, 165, 176, 183, 193, 207, 232, 250, and 341). This proposed time modification will not otherwise affect the schedule of the case.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 19, 2008, in Palo Alto, California.

By:  /s/Erika L. Yawger
     Erika L. Yawger
     Email: EYawger@mofo.com

YAWGER DECL. I/S/O STIPULATED REQUEST FOR ORDER SHORTENING TIME
CASE NO. C06-01839-PVT
pa-1277281

2