KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>Defendants. | Case No.   C06-01839 PVT<br><br>**DEFENDANT SYNAPTICS, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>Date: September 23, 2008<br>Time:  10:00 a.m.<br>Courtroom 5, 4th Floor<br>**HON. PATRICIA V. TRUMBULL** |
| AND RELATED COUNTERCLAIMS | |

PLEASE TAKE NOTICE that on Tuesday, September 23, 2008, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Patricia V. Trumbull, United States District Court, 280 South First Street, San Jose, California, Synaptics, Inc. ("Synaptics") will, and hereby does, move the Court for an order that Letters Rogatory issue to the appropriate authority having jurisdiction of civil causes in and for Taiwan, to require the production of documents from Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation.

Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation are companies identified by Elantech Devices Corporation ("Elantech") as customers to whom Elantech has sold or offered to sell Elantech Touchpad Products.  This motion is brought on the grounds that (1) Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation possess documents regarding their purchase, sale and use of Elantech touchpads, which documents are necessary to the preparation of Synaptics' claims and defenses, (2) on information and belief, Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation are Taiwanese companies outside the normal process for procuring documents under the Federal Rules of Civil Procedure and (3) letters rogatory are a means by which parties before this Court may seek discovery from foreign national companies.

This unopposed motion is based on this Notice of Motion and Motion, the accompanying Declaration of Erika L. Yawger (with attached Letters of Request), all pleadings and papers on file in this action, and upon such other matters as may be properly presented to the Court.

### STATEMENT OF ISSUE

Should the Court execute Letters Rogatory to be issued to the Appropriate Judicial Authority having jurisdiction of civil causes in and for Taiwan, to require the production of documents by Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation?

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION

The following motion is unopposed and Plaintiff Elantech Devices Corporation, ("Elantech") agrees that it may be resolved on an expedited basis without hearing.

Synaptics alleges that Elantech infringes Synaptics' United States Patent Nos. 5,543,591; 5,880,411; 5,943,052; 6,380,931, and 7,109,978 (the "Synaptics patents").  The Synaptics patents generally relate to technology for touchpads used as input devices for computers.  Synaptics' alleges that Elantech's touchpad products infringe the Synaptics patents.  Elantech has identified Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation as customers to whom Elantech has sold or offered to sell Elantech Touchpad Products.  On information and belief, Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation are Taiwanese companies outside the normal process for procuring documents under the Federal Rules of Civil Procedure.  Accordingly, Synaptics asks the Court to issue the attached Letters of Request directed to the appropriate Taiwanese authority that has the power to request the production of documents by Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation.

Elantech does not oppose this motion and agrees that it may be resolved on an expedited basis without a hearing.

## II.  ARGUMENT

In response to Synaptics' Interrogatory No. 2, Elantech identified Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation as customers to whom Elantech has sold or offered to sell Elantech Touchpad Products.  Declaration of Erika Yawger ("Yawger Decl.") ¶ 2.  The purchase, use or sale by Elantech's customers of Elantech Touchpad Products is relevant to Synaptics' claims of infringement by Elantech of the Synaptics patents.  *See, e.g.,* 35 U.S.C. § 271(a) (a party may be liable as a direct infringer if it makes, uses, offers to sell or sells a patented invention in the United States, or if it imports a patented invention to the United States); 35 U.S.C. § 271(c) (a party may be liable as a contributory infringer if it offers to sell or sells a component of a patented invention in the United States, or imports such a

component to the United States). Synpatics therefore seeks production by Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation of documents in the following categories (described in more specific detail in the Letters Rogatory, Yawger Decl. Exs. A-C):

1. Documents sufficient to identify the companies' electronic devices containing Elantech touchpads.

2. Documents sufficient to identify the features of the Elantech touchpads contained in the companies' electronic devices.

3. Documents sufficient to describe the companies' purchases of Elantech touchpads.

4. Documents sufficient to identify the companies' customers to whom they have has sold or offered for sale electronic devices containing Elantech touchpads.

5. Documents sufficient to identify the specific electronic devices containing Elantech touchpads sold or offered for sale to the customers identified in No. 4, and the dates and quantities of sale(s), and whether the sale or offer for sale was made in or to a customer located in the United States.

6. For each of the companies' electronic devices identified in response to No. 5, documents that describe the function and operation of the Elantech touchpad.

7. For each of the companies' electronic devices identified in response to No. 5, documents sufficient to describe the process by which the device drivers for the Elantech touchpad are or were provided.

8. All communications between the companies and Elantech referring to or concerning Elantech touchpads or device drivers or any of the patents-in-suit.

9. All communications between the companies and the companies' customers or potential customers referring to or concerning any of the patents-in-suit or Elantech touchpads or device drivers in the companies' electronic devices.

As noted above, on information and belief, Elofa Technology Co. Ltd., Yosun Industrial Co., Ltd., and Ultra Source Technology Corporation are foreign national companies resident in Taiwan and are outside the range of traditional discovery under the Federal Rules of Civil

Procedure. Issuance of a Letter of Request is one method that can be employed to seek documents from a nonparty foreign national witness outside the United States. Accordingly, Synaptics has prepared the Letters of Request submitted herewith for the Court's execution. Yawger Decl. ¶¶ 2-4; Exs. A-C. Upon the Court's granting this motion and execution of the letters, the executed letters, along with certified translations, copies and fees shall be transmitted by Synaptics to the United States State Department for presentation to the Appropriate Judicial Authority of Taiwan. *See* United States Department of State, Information for Americans Abroad, Taiwan Judicial Assistance, *available at* http://travel.state.gov/law/info/judicial/judicial_669.html (last visited August 13, 2008).

Synaptics presented its Letters of Request to Elantech and requested that Elantech stipulate to the Court's execution of the letters. While Elantech declined to stipulate, it stated that it would not oppose this motion and it agreed that the motion could be resolved on an expedited basis without hearing. Yawger Decl. ¶ 5; Ex. D.

### III. CONCLUSION

For the foregoing reasons, Synaptics respectfully requests that the Court grant this motion, without hearing, and execute the attached Letters Rogatory, which letters Synaptics will have translated and transmitted, through the United States State Department to the Appropriate Judicial Authority in Taiwan, pursuant to the requirements of the Appropriate Judicial Authority of Taiwan..

Dated:  August 20, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By:  s/Erika L. Yawger
     Erika L. Yawger
     Email: EYawger@mofo.com

Attorneys for Defendant and
Counterclaimant SYNAPTICS, INC.