1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  LAURA R. MASON (CA SBN 252251)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650-813-5600
   Facsimile: 650-494-0792
5  KKramer@mofo.com

6  Attorneys for Defendant and Counterclaimant
   SYNAPTICS, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C., | Case No.  C06-01839 PVT
13 | | [PROPOSED] ORDER GRANTING SYNAPTICS' UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY
14 | Plaintiff, |
15 | v. |
16 | SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation, | Judge: Hon. Patricia V. Trumbull
   | | Location: Courtroom 5, 4th Floor
17 | |
18 | |
   | Defendants. |
19 | |
20 | AND RELATED COUNTERCLAIMS |

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY
CASE NO. C06-01839-PVT
pa-1277673

1

1
2      Having considered Synaptics' Unopposed Motion for Issuance of Letters Rogatory, and
3  having reviewed the papers submitted by the parties, the Court rules as follows:
4      IT IS HEREBY ORDERED that Synaptics' Inc.'s Motion for Issuance of Letters
5  Rogatory is GRANTED.  The Court will execute the submitted letters rogatory, which letters
6  Synaptics will have translated and transmitted, through the United States State Department to the
7  Appropriate Judicial Authority in Taiwan, pursuant to the requirements of the Appropriate
8  Judicial Authority of Taiwan.
9      IT IS SO ORDERED.
10  Dated: _____

11
12                                              _____
                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge