UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNAPTICS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 06-01839 PVT<br><br>**ORDER DENYING STIPULATED REQUEST TO SHORTEN TIME; AND**<br><br>**ORDER STAYING DEPOSITION OF FRANCIS LEE PENDING RULING ON MOTION FOR PROTECTIVE ORDER** |

    On August 19, 2008, the parties filed a stipulated request for an order shortening time for briefing and hearing Synaptics' motion for protective order. Based on the papers submitted,

    IT IS HEREBY ORDERED that the stipulated request to shorten time is DENIED, and the deposition of Francis Lee is STAYED pending resolution of the underlying motion for protective order. There is plenty of time to hear the motion on a regularly noticed schedule, and for the deposition to take place if warranted, prior to the discovery cut-off. Neither party has shown why the deposition cannot be scheduled for a later date, and thus there is no good cause for an order shortening time.

    IT IS FURTHER ORDERED that, no later than August 29, 2008, counsel for Elantech and Synaptics shall meet and confer *in person* regarding this deposition.

    The court is not impressed with what appears to be a tit for tat discovery tactic. If

Elantech genuinely believes Mr. Lee has relevant first hand knowledge, it should be able to articulate the nature of that knowledge during the meet and confer. If the meet and confer is unsuccessful, Synaptics may re-notice its motion pursuant to Civil Local Rule 7-(2)(a).[1]

Dated: *8/21/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Because Synaptics did not put a hearing date that complies with Local Rule 7-2(a) on the underlying motion, upon denial of the motion to shorten time the motion is not on calendar for *any* hearing date. The better practice is to notice the underlying motion in compliance with Local Rule 7-2(a), and put the proposed shortened time hearing date only in the motion to shorten time.

ORDER, *page 2*