UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNAPTICS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 06-1839 PVT<br><br>**ORDER GRANTING DEFENDANT SYNAPTICS' MOTION FOR THE ISSUANCE OF LETTERS ROGATORY** |

　　On August 27, 2008, Defendant Synaptics, Inc. ("Synaptics") filed a motion for issuance of letters rogatory. Synaptics represents that the motion is unopposed. Based on the moving papers and the file herein,

　　IT IS HEREBY ORDERED that Synaptics motion is GRANTED. However, the form of letters rogatory are not satisfactory to the court. Synaptics shall lodge with the court revised letters rogatory that each:

　　1.　Correctly label the 5th section as "V" instead of "IV," fix the left margin on lines 10-12 of page 3, omit the ECF headers, and have no hole punches;

　　2.　Limit the definition of the company in question to the company and any *specific* related entities designated by name;

　　3.　Omits the references to Federal Rules of Civil Procedure 34 (or else file a supplemental brief citing legal authority for applying Rule 34 to a letter rogatory);

4. Clarifies that the defination of "TOUCHPAD" does not include a keyboard or a mouse;

5. Either defines "COMPUTER SYSTEM" or does not put the term in all capitals in the definition of "TOUCHPAD";

6 Omits the "Instructions" (or else file a supplemental brief citing legal authority for including such instructions in a letter rogatory);

7. Limits each category of documents to devices imported into or sold in the United States;

8. Omits Request No. 8 (or else file a supplemental brief explaining why information regarding such communications with Elantech cannot be obtained from Elantech); and

9. Omits Request No. 9 (or else file a supplemental brief explaining how the particular company's communications with its own customers are otherwise relevant to this action).

Dated: *8/28/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*