KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 PVT<br><br>**DEFENDANT SYNAPTICS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE IN SUPPORT OF ELANTECH'S OPPOSITION TO SYNAPTICS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     September 23, 2008<br>Time:    10:00 a.m.<br>Judge:   Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |

1 | TO PLAINTIFF ELANTECH DEVICES CORPORATION AND ITS COUNSEL OF RECORD:

2 | PLEASE TAKE NOTICE that Defendant Synaptics, Inc. hereby withdraws its Motion to Strike the Declaration of Jia-Yih Lee in Support of Elantech's Opposition to Synaptics' Motion for Preliminary Injunction ("Motion to Strike"), which was filed on August 15, 2008, on the grounds that the declaration is moot in light of the Court's August 27, 2008 Order Denying Synaptics' Motion For Preliminary Injunction Without Prejudice.

Dated:   September 3, 2008

KARL J. KRAMER
ERIKA L. YAWGER
LAURA R. MASON
MORRISON & FOERSTER LLP

By:   s/Erika L. Yawger
       Erika L. Yawger
       Email: EYawger@mofo.com

Attorneys for Defendant and
Counterclaimant SYNAPTICS, INC.

IT IS HEREBY ORDERED that Synaptics, Inc.'s Motion to Strike the Declaration of Jia-Yih Lee in Support of Elantech's Opposition to Synaptics' Motion for Preliminary Injunction scheduled for hearing on September 23, 2008 is deemed withdrawn and hereby taken off calendar.

IT IS SO ORDERED.

Dated: _____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

DEF. SYNAPTICS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE THE DECLARATION OF JIA-YIH LEE;
CASE NO. C06-01839-PVT

2

pa-1279874