Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
Richard Chae (SBN 224610) (richard.chae@alston.com)
ALSTON + BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:       650-838-2000
Facsimile:        650-838-2001

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

Karl J. Kramer (CA SBN 136433)
Erika L. YAWGER (CA SBN 234919)
Laura R. Mason (CA SBN 252251)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>SYNAPTICS, INC. and AVERATEC, INC.,<br><br>             Defendants. | Case No. 5:06-cv-01839-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO COMPLETE MEDIATION**<br><br>Judge:    Hon. Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |

Pursuant to Civil Local Rule 6-2, Plaintiff Elantech Devices Corp. ("Elantech") and Defendants Synaptics, Inc. ("Synaptics") and Averatec, Inc. ("Averatec"), by and through their respective attorneys, hereby stipulate as follows and request that the Court extend the deadline by which they must complete mediation in this matter to and including October 17, 2008.

STIPULATION AND  [PROPOSED] ORDER
CONTINUING MEDIATION DEADLINE                                                                              Case No. 5:06-cv-01839-PVT

1   WHEREAS, in its June 30, 2008 Further Case Management Order (Dkt. No. 371) the parties were referred to the Court's mediation program, and

WHEREAS, the parties are informed by the Court's ADR unit that this case was not flagged as having been referred to mediation, and

WHEREAS, the parties discussed the possibility of using a private mediation as permitted by the Case Management Order but were not able to so agree; and

WHEREAS, upon request by the parties the ADR unit promptly identified Roderick Thompson, Esq. as a mediator qualified and willing to conduct the mediation; and

WHEREAS, Mr. Thompson had a previously-planned trip that will keep him out of the country between September 6 and September 24, 2008; and

WHEREAS, prior to his departure Mr. Thompson and the parties held discussions and have agreed to schedule the mediation session for Friday October 17, 2008,

NOW, THEREFORE, the parties stipulate that the Further Case Management Order be amended and the deadline to complete the mediation be extended to and including October 17, 2008 and respectfully request the Court to so order.

Dated: September 10, 2008      ALSTON + BIRD LLP

By:   s/Sean P. DeBruine

Attorneys for Plaintiff and Counterdefendant
ELANTECH DEVICES CORPORATION

Dated: September 10, 2008      MORRISON & FOERSTER LLP

By:   s/Erika L. Yawger

Attorneys for Defendant and Counterclaimant
Synaptics, Inc.

Dated: September 10, 2008           COHEN & GRESSER LLP

By: _____s/Damir Cefo_____

Attorneys for Defendant and Counterclaimant Averatec, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____9/10/08_____

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING MEDIATION DEADLINE

3

Case No. 5:06-cv-01839-PVT