KAREN H. BROMBERG, kbromberg@cohengresser.com
DAMIR CEFO, dcefo@cohengresser.com
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600 Facsimile: (212) 957-4514

ATTORNEYS FOR DEFENDANT
AVERATEC, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

———————————————————X
ELANTECH DEVICES CORPORATION, a
corporation existing under the laws of Taiwan

    Plaintiff,

v.

SYNAPTICS, INC., a Delaware corporation;
AVERATEC, INC., a California corporation;
and PROSTAR COMPUTER, INC., a
California corporation,

    Defendants.
———————————————————X

Case No. C06-01839 CRB

[PROPOSED] ORDER RE DEFENDANT AVERATEC'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT MEDIATION

Having considered defendant Averatec, Inc.'s ("Averatec") unopposed ADR L.R. 6-9(d) request to be excused from personal attendance at a mediation in the above-referenced matter, the ADR Magistrate Judge enters the following ORDER.

## ORDER

IT IS HEREBY ORDERED that Defendant Averatec not be required to attend in person a mediation in this case, but shall be available to be reached by phone for the entire session if the mediator feels appropriate.

**IT IS SO ORDERED.**

Dated: 9-26 , 2008

Wayne D. Brazil
United States Magistrate Judge