KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.   C06-01839 PVT<br>ORDER ON<br>**STIPULTION TO EXTEND FACT DISCOVERY CUTOFF DATE AND REMAINING DEADLINES**<br><br>Date:     N/A<br>Time:    N/A<br>Judge:   Patricia V. Trumbull<br>Location: Courtroom 5, 4th Floor |

WHEREAS, on June 30, 2008, Judge Trumbull issued a Further Case Management Conference Order setting the schedule for the above-referenced action; and

WHEREAS, the parties have actively engaged in fact discovery since June 2008; and

WHEREAS, the parties have scheduled depositions on ten days in October, and also have one full-day mediation, and two hearings in the month of October; and

1  WHEREAS, the parties have noticed but not yet scheduled ten additional depositions, and
2  anticipate the need to take additional depositions; and
3  WHEREAS, the parties continue to supplement document discovery productions as
4  investigation of the facts and issues in the litigation continues; and
5  WHEREAS, the parties agree that due to scheduling issues, the parties will not have the
6  time necessary to complete fact discovery prior to the current October 31, 2008 fact discovery
7  cutoff date; and
8  WHEREAS, the parties, acting through their counsel, have met and conferred regarding
9  extending the fact discovery cutoff date and remaining deadlines in the case;
10  NOW THEREFORE,
11  The parties to this action, acting by and through their counsel of record, stipulate to extend
12  the fact discovery cutoff date and the subsequent deadlines as follows:
13  **Phase 1 – Liability**
14  Fact Discovery Cutoff – November 21, 2008
15  Last Day to File Motions to Compel – December 3, 2008
16  Designation of Experts with Reports – December 12, 2008
17  Designation of Rebuttal Experts with Reports – January 9, 2009
18  Expert Discovery Cutoff – January 30, 2009
19  Deadline(s) for Filing Discovery Motions – *See* Civil Local Rule 26-2
20  Last Day for Dispositive Motion Hearing – March 24, 2009
21  Trial Setting Conference – April 14, 2009
22  **Phase 2 – Damages**
23  Further Case Management Conference – June 30, 2009
24  **IT IS SO STIPULATED.**
25
26
27
28

1

Dated: October 3, 2008
KARL J. KRAMER
ERIKA L. YAWGER
LAURA R. MASON
MORRISON & FOERSTER LLP


By: /s/Erika L. Yawger
Erika L. Yawger
Email: Eyawger@mofo.com

Attorneys for Defendant
SYNAPTICS, INC.


YITAI HU
SEAN P. DeBRUINE
ALSTON + BIRD


By: s/Sean P. DeBruine
Sean P. DeBruine
Email: SdeBruine@alstonbird.com

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

Dated: October 3, 2008
KAREN BROMBERG
DAMIR CEFO
COHEN & GRESSER LLP


By: s/Damir Cefo
Damir Cefo
Email: Dcefo@cohengresser.com

Attorneys for Defendant
AVERATEC CORPORATION


    I, Erika L. Yawger, am the ECF User whose ID and password are being used to file this Stipultion to Extend Fact Discovery Cutoff Date and Remaining Deadlines.  In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine and Damir Cefo have concurred in this filing.

1  Dated: October 3, 2008                MORRISON & FOERSTER LLP

3                                         By:   /s/Erika L. Yawger
4                                                Erika L. Yawger
                                                 Email: Eyawger@mofo.com

5                                         Attorneys for Defendant
                                          SYNAPTICS, INC.

## ORDER

The following schedule shall apply to this case:

**Phase 1 – Liability**

Fact Discovery Cutoff – November 21, 2008

~~Last Day to File Motions to Compel – December 3, 2008~~   See Civil Local Rule 26-2.

Designation of Experts with Reports – December 12, 2008

Designation of Rebuttal Experts with Reports – January 9, 2009

Expert Discovery Cutoff – January 30, 2009

Deadline(s) for Filing Discovery Motions – *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing – March 24, 2009

Trial Setting Conference – April 14, 2009

**Phase 2 – Damages**

Further Case Management Conference – June 30, 2009

Good cause appearing, IT IS SO ORDERED.

Dated: _____10/6_____, 2008

_____
Honorable Patricia V. Trumbull
United States ~~District~~ Judge
   Magistrate