YITAI HU (SBN 248085)
SEAN P. DEBRUINE (SBN 168071)
ALSTON + BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    650-838-2000
Facsimile:    650-838-2001
Sean.Debruine@alston.com

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION


KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYNAPTICS, INC., a Delaware corporation, AVERATEC, INC., a California corporation; and PROSTAR COMPUTER, INC., a California corporation,<br><br>　　　　　　　Defendants. | Case No.   5:06-CV-01839 PVT<br><br>**STIPULATED ~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE** |

WHEREAS, Plaintiff Elantech Devices Corp. ("Elantech") and Defendants Synaptics, Inc. ("Synaptics") and Averatec, Inc. ("Averatec"), collectively, the "Settling Parties," hereby inform

the Court that they have settled their respective disputes in this case. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the settlement reached between the Settling Parties,

NOW THEREFORE, the Settling Parties stipulate and agree that all claims, counterclaims and other causes of action that each has brought against the other should be dismissed with prejudice, with each party bearing its own expenses, costs of court, and attorneys' fees.

Dated: November 10, 2008

YITAI HU
SEAN P. DeBRUINE
ALSTON + BIRD LLP

By:     s/Sean P. DeBruine
        Sean P. DeBruine
        Sean.Debruine@alston.com

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION

Dated: November 10, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By:     s/Karl J. Kramer
        Karl J. Kramer
        KKramer@mofo.com

Attorneys for Defendant and Counterclaimant
SYNAPTICS, INC.

Dated: November 10, 2008

KAREN BROMBERG
DAMIR CEFO
COHEN & GRESSER LLP

By:     s/Damir Cefo
        Damir Cefo
        Email: DCefo@cohengresser.com

Attorneys for Defendant
AVERATEC, INC.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. This action in its entirety is hereby dismissed with prejudice.

2. Each party shall bear its own expenses, costs of court, and attorneys' fees associated with litigation of this matter prior to the entry of this Order.

Dated: 11/12/08     By: *Patricia V. Trumbull*
HONORABLE PATRICIA V. TRUMBULL

I, Sean P. DeBruine, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE. In compliance with General Order 45, X.B., I hereby attest that Karl J. Kramer and Damir Cefo have concurred in this filing.

Dated: November 10, 2008        ALSTON + BIRD LLP

By:  s/Sean P. DeBruine
Sean P. DeBruine
Sean.Debruine@alston.com

Attorneys for Plaintiff
ELANTECH DEVICES CORPORATION